1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:    (510) 280-2621
4

5

6
   CLAUDIA CENTER – 158255
7  THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
8  180 Montgomery Street, Suite 600
   San Francisco, California  94104-4244
9  Telephone:    (415) 864-8848

   MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
   JANE E. KAHN – 112239
   LISA ELLS – 243657
   AARON J. FISCHER – 247391
   LAURA BOYSEN-ARAGON – 248083
   ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
   San Francisco, California  94104-1823
   Telephone:    (415) 433-6830

   WARREN E. GEORGE – 053588
   BINGHAM McCUTCHEN LLP
   Three Embarcadero Center
   San Francisco, California  94111-4066
   Telephone:    (415) 393-2000

10  Attorneys for Plaintiffs

11             UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,

15             Plaintiffs,

16       v.

17  EDMUND G. BROWN, Jr., et al.,

18             Defendants.[1]

19

20

21

22

23

Case No. Civ S 90-0520 LKK-JFM

**EXHIBITS A-V TO THE
DECLARATION OF AARON J.
FISCHER IN SUPPORT OF
PLAINTIFFS' BRIEF ON
EVIDENTIARY HEARING
REGARDING ORDER TO SHOW
CAUSE WHY EMPTY DMH BEDS
CANNOT BE FILLED WITH CDCR
INMATES AND IN SUPPORT OF
ADDITIONAL RELIEF**

Judge:  Hon. Lawrence K. Karlton
Date:    August 17, 2011
Time:    10:00 a.m.
Crtrm.:  4

24

25

26  [1] The names of Defendants currently serving and their official capacities have been
27  substituted pursuant to Fed. R. Civ. P. 25.

[534603-11]

28
   EXHIBITS A – V TO THE DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' BRIEF ON
   EVIDENTIARY HEARING REGARDING ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS CANNOT BE
   FILLED WITH CDCR INMATES AND IN SUPPORT OF ADDITIONAL RELIEF

# EXHIBIT A



**CALIFORNIA DEPARTMENT OF**
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

August 4, 2011

Matthew A. Lopes, Jr., Esq.                 via:    Debbie J. Vorous
Office of Special Master                             Deputy Attorney General
Pannone, Lopes & Devereaux, LLC                      1300 I Street, Suite 125
317 Iron Horse Way, Suite 301                        P.O. Box 944255
Providence, RI 02908                                 Sacramento, CA 94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville. In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of July 1, 2011 through July 29, 2011.

If you need clarification on any aspect of this report, please contact Candius Burgess, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

# STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
### REPORT DATE:  07/29/11

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 33 | 2 | 9 |
| A-3 ICF Low Custody | 40 | 33 | 1 | 6 |
| P-3 ICF High Custody | 30 | 29 | 1 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 54 | 32 | 30 | 0 | 2 | | | | | 32 | 24 | 0 | 8 |
| TC2 | 74 | 68 | 54 | 53 | 1 | 0 | 20 | 15 | 0 | 5 | | | | |

| SVPP Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 56 | 0 | 2 |
| C-6 | 58 | 55 | 2 | 1 |
| D-5 | 58 | 56 | 1 | 1 |
| D-6 | 58 | 53 | 2 | 3 |

## WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 0 |
| SVPP | 171 |

1

**STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
REPORT DATE:  07/29/11**

**WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE**

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|----------|-----|------|-------|---------------|-----|-----|-------|-------|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 12 | 31 | 9 | 9 | 0 | 92 | 1 | 154 |
| SVPP PC 1370 | 0 | 0 | 0 | 0 | 3 | 11 | 3 | 17 |

# EXHIBIT B



**C A L I F O R N I A   D E P A R T M E N T   O F**

# Mental Health

1600 9th Street, Sacramento, CA  95814
(916) 654-2413

July 5, 2011

Matthew A. Lopes, Jr., Esq.            via:    Debbie J. Vorous
Office of Special Master                        Gregory Gomez
Pannone, Lopes & Devereaux, LLC                 Deputy Attorneys General
317 Iron Horse Way, Suite 301                   1300 I Street, Suite 125
Providence, RI  02908                           P.O. Box 944255
                                                Sacramento, CA  94244-2550

**RE:    MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
        PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
        SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of June 1, 2011 through June 30, 2011

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

# STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
## REPORT DATE: 6/30/11

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 30 | 2 | 12 |
| A-3 ICF Low Custody | 40 | 32 | 1 | 7 |
| P-3 ICF High Custody | 30 | 29 | 1 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 56 | 32 | 29 | 3 | 0 | | | | | 32 | 27 | 0 | 5 |
| TC2 | 74 | 66 | 54 | 50 | 2 | 2 | 20 | 16 | 2 | 2 | | | | |

| SVPP Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 56 | 2 | 0 |
| C-6 | 58 | 58 | 0 | 0 |
| D-5 | 58 | 54 | 2 | 2 |
| D-6 | 58 | 57 | 0 | 1 |

## WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 0 |
| SVPP | 163 |

1

**STATUS OF IMPLEMENTATION OF PLAN FOR**
**INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS**
**AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON**
**REPORT DATE:  6/30/11**

**WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE**

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 12 | 28 | 9 | 11 | 1 | 86 | 0 | 147 |
| SVPP PC 1370 | 1 | 0 | 0 | 3 | 0 | 11 | 1 | 16 |

# EXHIBIT C



**CALIFORNIA DEPARTMENT OF**

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

May 31, 2011

Matthew A. Lopes, Jr., Esq.                              via:   Debbie J. Vorous
Office of Special Master                                         Deputy Attorney General
Pannone, Lopes & Devereaux, LLC                                 1300 I Street, Suite 125
317 Iron Horse Way, Suite 301                                   P.O. Box 944255
Providence, RI 02908                                            Sacramento, CA 94244-2550

RE:   **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville. In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of May 1, 2011 through May 31, 2011.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

# STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
### REPORT DATE:  05/31/11

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 29 | 0 | 15 |
| A-3 ICF Low Custody | 40 | 32 | 0 | 8 |
| P-3 ICF High Custody | 30 | 28 | 2 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 60 | 32 | 31 | 0 | 1 | | | | | 32 | 29 | 0 | 3 |
| TC2 | 74 | 71 | 54 | 51 | 1 | 2 | 20 | 20 | 0 | 0 | | | | |

| SVPP Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 56 | 2 | 0 |
| C-6 | 58 | 55 | 2 | 1 |
| D-5 | 58 | 54 | 3 | 1 |
| D-6 | 58 | 54 | 3 | 1 |

## WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 0 |
| SVPP | 187 |

1

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
## REPORT DATE:  05/31/11

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 14 | 34 | 17 | 28 | 0 | 79 | 0 | 172 |
| SVPP PC 1370 | 1 | 0 | 0 | 5 | 0 | 8 | 1 | 15 |

# EXHIBIT D

CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

May 3, 2011

Matthew A. Lopes, Jr., Esq.                    via:    Debbie J. Vorous
Office of Special Master                                Gregory Gomez
Pannone, Lopes & Devereaux, LLC                         Deputy Attorneys General
317 Iron Horse Way, Suite 301                           1300 I Street, Suite 125
Providence, RI  02908                                   P.O. Box 944255
                                                        Sacramento, CA  94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of April 1, 2011 through April 29, 2011.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

# STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
### REPORT DATE: 04/29/11

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 29 | 0 | 15 |
| A-3 ICF Low Custody | 40 | 28 | 0 | 12 |
| P-3 ICF High Custody | 30 | 29 | 1 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 56 | 32 | 28 | 0 | 4 | | | | | 32 | 28 | 0 | 4 |
| TC2 | 74 | 72 | 54 | 53 | 0 | 1 | 20 | 19 | 1 | 0 | | | | |

| SVPP Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 53 | 3 | 2 |
| C-6 | 58 | 49 | 4 | 5 |
| D-5 | 58 | 51 | 3 | 4 |
| D-6 | 58 | 52 | 3 | 3 |

## WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 0 |
| SVPP | 179 |

1

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
## REPORT DATE: 04/29/11

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 14 | 33 | 10 | 37 | 0 | 70 | 0 | 164 |
| SVPP PC 1370 | 1 | 0 | 0 | 5 | 0 | 8 | 1 | 15 |

# EXHIBIT E

CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA  95814
(916) 654-2413

April 4, 2011

Matthew A. Lopes, Jr., Esq.                    via:    Debbie J. Vorous
Office of Special Master                                Gregory Gomez
Pannone, Lopes & Devereaux, LLC                        Deputy Attorneys General
317 Iron Horse Way, Suite 301                          1300 I Street, Suite 125
Providence, RI  02908                                  P.O. Box 944255
                                                       Sacramento, CA  94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of March 1, 2011 through March 31, 2011.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

**STATUS OF IMPLEMENTATION OF PLAN FOR**
**INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS**
**AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON**
**REPORT DATE: 03/31/11**

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 30 | 0 | 14 |
| A-3 ICF Low Custody | 40 | 28 | 1 | 11 |
| P-3 ICF High Custody | 30 | 29 | 1 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 51 | 32 | 27 | 3 | 2 | | | | | 32 | 24 | 0 | 8 |
| TC2 | 74 | 64 | 54 | 48 | 3 | 3 | 20 | 16 | 0 | 4 | | | | |

| SVPP Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 58 | 0 | 0 |
| C-6 | 58 | 54 | 3 | 1 |
| D-5 | 58 | 50 | 5 | 3 |
| D-6 | 58 | 49 | 5 | 4 |

**WAIT LIST DATA**

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 0 |
| SVPP | 196 |

1

**STATUS OF IMPLEMENTATION OF PLAN FOR**
**INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS**
**AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON**
**REPORT DATE: 03/31/11**

**WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE**

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 17 | 32 | 12 | 43 | 0 | 72 | 5 | 181 |
| SVPP PC 1370 | 1 | 0 | 0 | 6 | 0 | 7 | 1 | 15 |

# EXHIBIT F



CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

March 1, 2011

Matthew A. Lopes, Jr., Esq.              via:    Debbie J. Vorous
Office of Special Master                          Gregory Gomez
Pannone, Lopes & Devereaux, LLC                   Deputy Attorneys General
317 Iron Horse Way, Suite 301                     1300 I Street, Suite 125
Providence, RI 02908                              P.O. Box 944255
                                                  Sacramento, CA 94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville. In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of February 1, 2011 through February 28, 2011.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
### REPORT DATE:  02/28/11

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 34 | 1 | 9 |
| A-3 ICF Low Custody | 40 | 28 | 1 | 11 |
| P-3 ICF High Custody | 30 | 29 | 1 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 55 | 32 | 26 | 6 | 0 | | | | | 32 | 29 | 0 | 3 |
| TC2 | 74 | 67 | 54 | 50 | 1 | 3 | 20 | 17 | 0 | 3 | | | | |

| SVPP Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 58 | 0 | 0 |
| C-6 | 58 | 54 | 3 | 1 |
| D-5 | 58 | 50 | 5 | 3 |
| D-6 | 58 | 49 | 5 | 4 |

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 0 |
| SVPP | 232 |

1

# STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
## REPORT DATE: 02/28/11

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 18 | 37 | 23 | 56 | 0 | 75 | 8 | 217 |
| SVPP PC 1370 | 1 | 0 | 0 | 6 | 0 | 7 | 1 | 15 |

# EXHIBIT G



CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

February 2, 2011

Matthew A. Lopes, Jr., Esq.                via:    Debbie J. Vorous
Office of Special Master                           Gregory Gomez
Pannone, Lopes & Devereaux, LLC                    Deputy Attorneys General
317 Iron Horse Way, Suite 301                      1300 I Street, Suite 125
Providence, RI  02908                              P.O. Box 944255
                                                   Sacramento, CA  94244-2550

RE:    MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of January 1, 2011 through January 31, 2011.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

# STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
### REPORT DATE: 01/31/11

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 37 | 3 | 4 |
| A-3 ICF Low Custody | 40 | 30 | 3 | 7 |
| P-3 ICF High Custody | 30 | 28 | 2 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 60 | 32 | 31 | 1 | 0 | | | | | 32 | 29 | 0 | 3 |
| TC2 | 74 | 68 | 54 | 50 | 0 | 4 | 20 | 18 | 0 | 2 | | | | |

| SVPP Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 21 | 9 | 28 |
| C-6 | 58 | 57 | 0 | 1 |
| D-5 | 58 | 52 | 5 | 1 |
| D-6 | 58 | 51 | 6 | 1 |

## WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 0 |
| SVPP | 243 |

1

# STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
### REPORT DATE: 01/31/11

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|----------|-----|------|-------|---------------|-----|-----|-------|-------|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 22 | 38 | 8 | 63 | 0 | 87 | 10 | 228 |
| SVPP PC 1370 | 1 | 0 | 0 | 7 | 0 | 6 | 1 | 15 |

# EXHIBIT H



**CALIFORNIA DEPARTMENT OF**
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

January 4, 2011

Matthew A. Lopes, Jr., Esq.          via:    Debbie J. Vorous
Office of Special Master                      Gregory Gomez
Pannone, Lopes & Devereaux, LLC               Deputy Attorneys General
317 Iron Horse Way, Suite 301                 1300 I Street, Suite 125
Providence, RI 02908                          P.O. Box 944255
                                              Sacramento, CA 94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville. In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of December 1, 2010 through December 31, 2010.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

### STATUS OF IMPLEMENTATION OF PLAN FOR
### INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
### AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
### REPORT DATE:  12/31/10

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 42 | 1 | 1 |
| A-3 ICF Low Custody | 40 | 39 | 0 | 1 |
| P-3 ICF High Custody | 30 | 27 | 3 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 58 | 32 | 31 | 0 | 1 | | | | | 32 | 27 | 0 | 5 |
| TC2 | 74 | 68 | 54 | 49 | 3 | 2 | 20 | 19 | 1 | 0 | | | | |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 0 | 0 | 58 |
| C-6 | 58 | 57 | 1 | 0 |
| D-5 | 58 | 53 | 4 | 1 |
| D-6 | 58 | 52 | 1 | 5 |

*C-6 not yet activated

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 0 |
| SVPP | 326 |

1

**STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
REPORT DATE: 12/31/10**

**WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE**

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 22 | 50 | 10 | 88 | 0 | 126 | 16 | 312 |
| SVPP PC 1370 | 1 | 0 | 0 | 7 | 0 | 6 | 0 | 14 |

2

# EXHIBIT I



CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

December 2, 2010

Matthew A. Lopes, Jr., Esq.                    via:    Debbie J. Vorous
Office of Special Master                                Gregory Gomez
Pannone, Lopes & Devereaux, LLC                        Deputy Attorneys General
317 Iron Horse Way, Suite 301                          1300 I Street, Suite 125
Providence, RI  02908                                  P.O. Box 944255
                                                       Sacramento, CA  94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of November 1, 2010 through November 30, 2010.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

*Jean Barawed*

for CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

**STATUS OF IMPLEMENTATION OF PLAN FOR**
**INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS**
**AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON**
**REPORT DATE: 11/30/10**

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 42 | 2 | 0 |
| A-3 ICF Low Custody | 40 | 39 | 1 | 0 |
| P-3 ICF High Custody | 30 | 28 | 2 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 52 | 32 | 32 | 0 | 0 | | | | | 32 | 20 | 0 | 12 |
| TC2 | 74 | 69 | 54 | 54 | 0 | 0 | 20 | 15 | 1 | 4 | | | | |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 57 | 1 | 0 |
| C-6* | 58 | 0 | 0 | 58 |
| D-5 | 58 | 56 | 2 | 0 |
| D-6 | 58 | 55 | 3 | 0 |

*C-6 not yet activated

**WAIT LIST DATA**

| UNIT | WAIT LIST |
|---|---|
| P3 ICF HIGH CUSTODY | 0 |
| A2/A3 ICF LOW CUSTODY | 3 |
| SVPP | 273 |

1

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
## REPORT DATE:  11/30/10

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 17 | 39 | 11 | 78 | 0 | 95 | 16 | 256 |
| SVPP PC 1370 | 1 | 0 | 0 | 8 | 0 | 8 | 0 | 17 |

# EXHIBIT J



CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

July 2, 2010

Matthew A. Lopes, Jr., Esq.                    via:    Debbie J. Vorous
Office of Special Master                                 Gregory Gomez
Pannone, Lopes & Devereaux, LLC                         Deputy Attorneys General
317 Iron Horse Way, Suite 301                           1300 I Street, Suite 125
Providence, RI 02908                                    P.O. Box 944255
                                                        Sacramento, CA 94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville. In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of June 1, 2010 through June 30, 2010.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

**STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY
REPORT DATE: 06/30/10**

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|-----------|----------|--------|------|-----------|
| A-2 ICF | 44 | 39 | 2 | 3 |
| A-3 ICF | 40 | 37 | 0 | 3 |
| P-3 ICF Level IV | 30 | 28 | 2 | 0 |

| SVPP Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|------------|-----------|----------------|----------------------|--------------------|------------------|-----------------------|----------------------|--------------------|------------------|-----------------------|---------------|-------------|-----------|----------------|
| TC1 | 64 | 55 | 32 | 32 | 0 | 0 | | | | | 32 | 25 | 2 | 7 |
| TC2 | 74 | 64 | 54 | 51 | 2 | 1 | 20 | 13 | 3 | 4 | | | | |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|------------------|----------------------|--------------------|------------------|-----------------------|
| D-5 | 58 | 56 | 2 | 0 |
| D-6 | 58 | 57 | 1 | 0 |

**WAIT LIST DATA**

| UNIT | WAIT LIST |
|------|-----------|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A2/A3 ICF LEVEL III | 0 |
| SVPP | 305 |

1

**STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY
REPORT DATE: 06/30/10**

**WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE**

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LEVEL III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 26 | 6 | 23 | 58 | 0 | 155 | 19 | 287 |
| SVPP PC 1370 | 3 | 0 | 0 | 9 | 0 | 6 | 0 | 18 |

2

# EXHIBIT K



**CALIFORNIA DEPARTMENT OF**

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

March 3, 2010

Matthew A. Lopes, Jr., Esq.                    via:    Debbie J. Vorous
Office of Special Master                                Samantha Ramsey
Pannone, Lopes & Devereaux, LLC                        Deputy Attorneys General
317 Iron Horse Way, Suite 301                          1300 I Street, Suite 125
Providence, RI  02908                                  P.O. Box 944255
                                                       Sacramento, CA  94244-2550

**RE:   MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of February 1, 2010 through February 28, 2010.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
## REPORT DATE: 02/28/10

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF | 44 | 35 | 2 | 7 |
| A-3 ICF | 40 | 33 | 2 | 5 |
| P-3 ICF Level IV | 30 | 30 | 0 | 0 |

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 30 | 2 | 0 | | | | | 32 | 25 | 2 | 5 |
| TC2 | 54 | 50 | 4 | 0 | 20 | 20 | 0 | 0 | | | | |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 51 | 7 | 0 |
| D-6 | 58 | 56 | 2 | 0 |

## WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A2/A3 ICF LEVEL III | 0 |
| SVPP | 572 |

1

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
## REPORT DATE: 02/28/10

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LEVEL III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 30 | 46 | 46 | 110 | 0 | 302 | 17 | 551 |
| SVPP PC 1370* | 5 | 0 | 0 | 9 | 0 | 7 | 0 | 21 |

2

# EXHIBIT L



CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

February 1, 2010

Matthew A. Lopes, Jr., Esq.                  via:     Debbie J. Vorous
Office of Special Master                               Samantha Ramsey
Pannone, Lopes & Devereaux, LLC                       Deputy Attorneys General
317 Iron Horse Way, Suite 301                         1300 I Street, Suite 125
Providence, RI  02908                                 P.O. Box 944255
                                                       Sacramento, CA  94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of January 1, 2010 through January 31, 2010.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
## REPORT DATE: 01/29/10

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF | 44 | 28 | 5 | 11 |
| A-3 ICF | 40 | 24 | 3 | 13 |
| P-3 ICF Level IV | 30 | 28 | 2 | 0 |

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 31 | 1 | 0 | 32 | 30 | 2 | 0 |
| TC2 | 64 | 53 | 11 | 0 | N/A | N/A | N/A | N/A |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 57 | 1 | 0 |
| D-6 | 58 | 57 | 1 | 0 |

## WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A2/A3 ICF LEVEL III | 0 |
| SVPP | 508 |

1

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
## REPORT DATE:  01/29/10

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LEVEL III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 35 | 52 | 33 | 107 | 0 | 270 | 11 | 508 |
| SVPP PC 1370* | 7 | 0 | 0 | 7 | 0 | 5 | 0 | 19 |

2

# EXHIBIT M



CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

December 3, 2009

Matthew A. Lopes, Jr., Esq.                    via:      Debbie J. Vorous
Office of Special Master                                 Samantha Ramsey
Pannone, Lopes & Devereaux, LLC                         Deputy Attorneys General
317 Iron Horse Way, Suite 301                           1300 I Street, Suite 125
Providence, RI 02908                                    P.O. Box 944255
                                                        Sacramento, CA 94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE TREATMENT
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville. In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of November 1, 2009 through November 30, 2009.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

*Jean Branard*

for CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
## REPORT DATE:  11/30/09

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF | 44 | 27 | 0 | 17 |
| A-3 ICF | 40 | 29 | 0 | 11 |
| P-3 ICF Level IV | 30 | 29 | 1 | 0 |

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 31 | 1 | 0 | 32 | 21 | 4 | 7 |
| TC2 | 64 | 63 | 1 | 0 | N/A | N/A | N/A | N/A |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 57 | 1 | 0 |
| D-6 | 58 | 57 | 1 | 0 |

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A2/A3 ICF LEVEL III | 0 |
| SVPP | 504 |

12/3/2009

**STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY
REPORT DATE: 11/30/09**

**WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE**

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LEVEL III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 46 | 41 | 27 | 107 | 0 | 258 | 9 | 488 |
| SVPP PC 1370* | 8 | 0 | 0 | 4 | 0 | 3 | 1 | 16 |

# EXHIBIT N



**CALIFORNIA DEPARTMENT OF**
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

October 1, 2009

Matthew A. Lopes, Jr., Esq.                    via:    Debbie J. Vorous
Office of Special Master                                 Jeffery Steele
Pannone, Lopes & Devereaux, LLC                         Deputy Attorneys General
317 Iron Horse Way, Suite 301                           1300 I Street, Suite 125
Providence, RI  02908                                   P.O. Box 944255
                                                        Sacramento, CA  94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF THE INTERMEDIATE CARE
       PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
       SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) at the California Medical Facility, Vacaville.  In
addition to the terms of the Court order, the DMH also is providing information on the
implementation of the expanded ICPs at the Salinas Valley Psychiatric Program to optimize
transparency and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

### STATUS OF IMPLEMENTATION OF PLAN FOR
### INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
### AT THE CALIFORNIA MEDICAL FACILITY
### REPORT DATE:  10/01/09

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF (DTP)* | 0 | 0 | 0 | 0 |
| A-2 ICF | 44 | 25 | 1 | 18 |
| A-3 ICF | 40 | 31 | 1 | 8 |
| P-3 ICF Level IV | 30 | 28 | 2 | 0 |

* A2 – Converted to ICF

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 32 | 0 | 0 | 32 | 27 | 2 | 3 |
| TC2 | 64 | 63 | 1 | 0 | N/A | N/A | N/A | N/A |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 57 | 1 | 0 |
| D-6 | 58 | 58 | 0 | 0 |

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A2/A3 ICF LEVEL III | 0 |
| SVPP | 442 |

10/5/2009

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
## REPORT DATE: 10/01/09

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|----------|-----|------|-------|---------------|-----|-----|-------|-------|
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LEVEL III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 39 | 38 | 11 | 88 | 0 | 242 | 5 | 423 |
| SVPP PC 1370* | 9 | 0 | 0 | 3 | 0 | 6 | 1 | 19 |

10/5/2009

2

# EXHIBIT O

**Subject:**           FW: DMH Reports
**Attachments:**     DOC090209_1.pdf; DOC090209.pdf

---

**From:** Debbie Vorous [mailto:Debbie.Vorous@doj.ca.gov]
**Sent:** Wednesday, September 02, 2009 3:27 PM
**To:** Kerry Courtney Hughes, MD; Patricia M. Williams; Haunani Henry; Mary Perrien; Melissa G. Warren, MD; Henry D. Dlugacz; Raymond F. Patterson, MD; Kathryn Burns, MD, MPH; William F. Alvarez; Angela P. Shannon; Ted Ruggles, PhD; Paul Nicoll; Kerry Walsh; lbuffardi@pld-law.com; Matt Lopes; Mary-Joy Spencer; Farah Escamilla; mjones@pldwlaw.com; Jeff Metzner; Yong Joo Erwin; Ron Metz
**Cc:** Debbie Vorous; Jeff Steele; Donald Specter; Steve Fama; Amy Whelan; Jane E. Kahn; Michael W. Bien
**Subject:** DMH Reports

September 2, 2009

Greetings:

Attached are the following Department of Mental Health reports for the month of August 2009:

1. Report on staffing and staffing vacancies for DMH hospitals and facilities; and

2. Report on the licensure of the intermediate care programs.

Please contact me for further information.

Sincerely,


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA  95814
(916) 654-2413

Matthew A. Lopes, Jr., Esq.                    via:    Debbie J. Vorous
Office of Special Master                                    Jeffery Steele
Pannone, Lopes & Devereaux, LLC              Deputy Attorneys General
317 Iron Horse Way, Suite 301                    1300 I Street, Suite 125
Providence, RI  02908                                     P.O. Box 944255
                                                                        Sacramento, CA  94244-2550

RE:    MONTHLY REPORT ON THE LICENSURE OF THE INTERMEDIATE CARE
         PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE AND THE
         SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE PRISON

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICP) at the California Medical Facility, Vacaville.  In addition
to the terms of the Court order, the DMH also is providing information on the implementation of the
expanded ICPs at the Salinas Valley Psychiatric Program to optimize transparency and provide the
full scope of our expansion of services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of August 1, 2009 through August 31, 2009.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
REPORT DATE:  08/31/09

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF | 44 | 34 | 0 | 10 |
| A-3 ICF | 40 | 33 | 0 | 7 |
| P-3 ICF Level IV | 30 | 26 | 4 | 0 |

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 28 | 4 | 0 | 32 | 29 | 0 | 3 |
| TC2 | 64 | 62 | 2 | 0 | N/A | N/A | N/A | N/A |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 57 | 1 | 0 |
| D-6 | 58 | 55 | 3 | 0 |

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A2/A3 ICF LEVEL III | 0 |
| SVPP | 426 |

**STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY BEDS
AT THE CALIFORNIA MEDICAL FACILITY AND SALINAS VALLEY STATE PRISON
REPORT DATE: 08/31/09**

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A2/A3 ICF LEVEL III | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 36 | 30 | 6 | 91 | 0 | 235 | 5 | 403 |
| SVPP PC 1370* | 10 | 0 | 0 | 4 | 0 | 8 | 1 | 23 |

# EXHIBIT P



CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

June 5, 2009

Matthew A. Lopes, Jr., Esq.               via:      Debbie J. Vorous
Office of Special Master                              Jeffery Steele
Pannone, Lopes & Devereaux, LLC                      Deputy Attorneys General
317 Iron Horse Way, Suite 301                        1300 I Street, Suite 125
Providence, RI  02908                                P.O. Box 944255
                                                     Sacramento, CA  94244-2550

RE:    **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE AND DAY
       TREATMENT PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE
       AND THE SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE
       PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) and Day Treatment Programs (DTPs) at the
California Medical Facility, Vacaville.  In addition to the terms of the Court order, the DMH also is
providing information on the implementation of the expanded ICPs and DTPs at the Salinas Valley
Psychiatric Program to optimize transparency and provide the full scope of our expansion of
services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of May 1, 2009 through May 31, 2009.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

## STATUS OF IMPLEMENTATION OF PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
## REPORT DATE:  06/01/09

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 DTP | 44 | 29 | 4 | 11 |
| A-3 ICF | 40 | 33 | 7 | 0 |
| P-2 ICF Level IV | 36 | 36 | 0 | 0 |
| P-3 ICF Level IV | 30 | 30 | 0 | 0 |

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 31 | 1 | 0 | 32 | 26 | 2 | 4 |
| TC2 | 64 | 29 | 7 | 28 | N/A | N/A | N/A | N/A |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 56 | 2 | 0 |
| D-6 | 58 | 56 | 2 | 0 |

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A3 ICF | 0 |
| A2 DTP | 0 |
| SVPP | 230 |

6/5/2009

## WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG -EOP | SHU | EOP | CCCMS | PC 1370 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| P-2 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-3 ICF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-2 DTP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 44 | 18 | 2 | 36 | 0 | 100 | 5 | 25 | 205 |
| SVPP PC 1370* | 10 | 0 | 0 | 4 | 0 | 9 | 2 | --- | 25 |

# EXHIBIT Q

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

# CHAPTER 6
## Department of Mental Health Inpatient Program

A. **INTRODUCTION**

The California Department of Corrections and Rehabilitation (CDCR) is responsible for providing acute and intermediate inpatient care, in a timely manner, to those CDCR inmates clinically determined to be in need of such care. CDCR currently maintains a contract with the California Department of Mental Health (DMH) to provide acute and long-term intermediate inpatient mental health care to inmate-patients. Referrals to a DMH facility may be made by CDCR clinicians for inmate-patients who are so severely disturbed or suicidal that their treatment needs cannot be met in a CDCR treatment program or who may require a comprehensive psychiatric assessment.

1. Inmate-patients who have had repeated admissions to a CDCR Mental Health Crisis Bed (MHCB) or have been in an MHCB for longer than ten days shall be considered for such a referral.

2. The following DMH institutions are available for referrals for the indicated level of care:

   Acute Psychiatric Care: Vacaville Psychiatric Program (VPP), Acute Psychiatric Program (APP) (males only);

   Emergency Acute Psychiatric care: (Mental Health Crisis Beds) ASH and VPP under the conditions prescribed in the acute Memorandum of Understanding (MOU);

   Intermediate Care: Atascadero State Hospital (ASH) (males only); Coalinga State Hospital (CSH) (males only); Patton State Hospital (PSH), (females only); Salinas Valley Psychiatric Program (SVPP), (high security males only); Vacaville Psychiatric Program (VPP); and

   Day Treatment: Vacaville Psychiatric Program, Day Treatment Program (DTP) (males only).

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

## B. OVERALL TREATMENT CRITERIA

### *Inpatient Placement General Requirements*

The inmate-patient to be referred must have a Serious Mental Disorder (See Mental Health Services Delivery System [MHSDS] Program Guides, Chapter 1, Program Guide Overview) and:

1. Have marked impairment and dysfunction in most areas (daily living activities, communication and social interaction) requiring 24-hour inpatient care, or

2. Is a danger to self or others as a consequence of a serious mental disorder, or

3. Meets admission criteria for any of the DMH programs.

## C. DMH ACUTE PSYCHIATRIC PROGRAM (APP)

The APP is a short-term, intensive-treatment program with stays usually up to 30 calendar days to 45 calendar days provided. Actual length of stay shall be determined by the Interdisciplinary Treatment Team on a case-by-case basis. Inmate-patients in the APP who are determined to need long-term mental health inpatient care shall be referred to an appropriate DMH intermediate care program.

Referral to the APP is considered when, in the judgment of the CDCR treating clinician, the inmate-patient meets the following DMH admission criteria:

### *Admission Criteria*

1. Any inmate-patient (age 18 or older) who suffers impairment of functioning with signs and symptoms that may be attributed to either an acute major mental disorder or an acute exacerbation of a chronic major mental illness, as defined by the current Diagnostic and Statistical Manual of Mental Disorders (DSM). Such signs and symptoms of illness may render the inmate-patient:

   - Unable to carry out adequately the normal routines of the institution,

   - Unable to provide for his basic needs or use the supportive treatment resources available to him, or

   - A significant risk of harming himself or others.

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
| --- | --- |

2. Any inmate-patient who has been assessed as a severe suicidal risk.

3. Additional factors that justify consideration for referring an inmate to the APP include:

- The inmate-patient has symptoms or secondary conditions that require inpatient mental health treatment.

- The inmate-patient engages in self-injurious behavior that has not responded to treatment in a CDCR facility. Without mental health treatment, the inmate is likely to develop serious medical complications or present a threat to his life.

4. Each inmate-patient referred from another CDCR institution who is not accepted for direct placement-evaluation to the APP due to lack of an available bed shall be retained at the sending institution until a bed is available.

5. Inmate-patients admitted to the APP shall be inmates anticipated to be stabilized sufficiently for release from DMH within 30 to 45 days.

### *Referral Procedure*

1. Each referral to the APP is the responsibility of CDCR clinical staff. Referrals shall be made whenever in the judgment of the treating clinician the inmate-patient's condition warrants inpatient care and meets the admission criteria for APP. Referrals generally are made by a clinician working in a CDCR MHCB Program or Enhanced Outpatient Program (EOP). Referrals must be completed within two working days of identification.

2. CDCR shall transmit standardized referral information to the appropriate DMH program on the DMH Referral Form/Acute Psychiatric Care. The referral packet shall be sent to the APP Admission and Discharge Coordinator.

3. DMH shall review the referral packet within one working day of receipt. DMH staff shall immediately notify the referring institution on the DMH Referral Decision Form by fax of their decision. The decision shall provide the detailed reasons for any rejections.

4. An inmate-patient considered for transfer to the APP must sign a consent to treatment at DMH or is entitled to a hearing in accordance with Title 15, Section 3369.1 (a) unless the inmate waives the hearing. Documentation of the hearing shall be processed in accordance with Department Operations Manual Section 62030.4.2. Written consent shall be obtained, or the hearing shall be conducted by the prison prior to transfer.

---

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

5. The referral packet shall be completed fully and include all required information as follows:

- If the inmate-patient is referred from a **Mental Health Crisis Bed (MHCB)**, then the referral packet shall only include the following three items with their sub-components:

  a. Written consent OR documentation of the required due process hearing, or a valid waiver of the due process hearing if the inmate-patient refuses to sign consent to transfer;

  b. Custody Case Factor Sheet; and

  c. Mental Health Crisis Bed Inpatient Record including but not limited to:

    **Admission summary**
    **Progress Notes**
    **Orders and lab orders**
    **Interdisciplinary treatment plan**
    **Interdisciplinary Treatment Team notes**
    **Discharge summary**

- If the inmate-patient is referred from **any other level of care (EOP, Correctional Clinical Case Management System [CCCMS]) or other location,** then the referral packet shall include:

  a. Written consent OR documentation of the required due process hearing (CDCR 128-MH6), or a valid waiver of the due process hearing if the inmate-patient refuses to sign consent to transfer;

  b. Custody Case Factor Sheet;

  c. CDCR suicide risk assessment including a Suicide Risk Assessment Checklist (SRAC);

  d. Current Treatment Plan – CDCR 7388-MH, *Mental Health Treatment Plan*

  e. Transfer Medical Summary or Health and Physical (H&P);

  f. Pharmacy Profile or Medication Administration Record (MAR);

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| **Inpatient Program** | |

g.  Supporting Keyhea documentation or Keyhea Order (when relevant for involuntary medications); and

h.  TB chrono from the referring institution.

### *Admission Procedure*

1.  The APP shall notify the referring institution in writing of the decision on a referral (accept, deny, defer) within one (1) calendar day of the referral including, if accepted, the APP bed number.  Inter-institutional endorsements for transfer of inmate-patients accepted into the APP are processed by the Classification and Parole Representative (C&PR) at California Medical Facility (CMF).

2.  Inmate-patients who have been accepted shall be moved via special transport to DMH within 72 hours of bed assignment.  In any event all transfers shall be accomplished within 10 days of the date of the referral.

3.  Referred inmate-patients who are accepted into the APP are transferred from the referring institution as "psych and return" cases (i.e., in most circumstances the inmate-patient will be returned to the referring institution provided that institution can provide appropriate treatment and custody).  Inmate-patients referred to the APP, who are accepted but are deferred for lack of bed availability, are retained at the referring institution pending a bed assignment.

4.  APP staff and the CMF Chief Deputy, Clinical Services, or designees, shall prioritize, on a daily basis, any inmate-patient awaiting transfer into the APP.  Prioritization for admission is based upon the clinical acuity of the inmate-patient, the length of time the inmate-patient has been on the waiting list, and the availability of mental health staff at the referring institution.  APP staff shall separately review, on a weekly basis, APP inmate-patients who are clinically ready to be discharged to a CDCR institution.

5.  DMH is responsible for completing any referral of an APP inmate-patient to any other DMH program.

### *Discharge Procedures*

1.  The APP will contact the receiving institution's designated "DMH Contact" and fax the clinical discharge summary with continuing care recommendations to the designated clinician at the institution.  The discharging clinician shall also telephone the designated clinician at the receiving institution to notify that institution of the impending discharge of the inmate-patient and describe the inmate-patient's recommended aftercare plan.

| Department of Mental Health | Mental Health Services Delivery System |
| --- | --- |
| Inpatient Program | |

2. For each inmate-patient returning to CDCR from the APP the following documents shall be transferred with the inmate-patient to the respective CDCR institution:

- Psychiatric Discharge Summary or Recommended Continuing Care Plan (RCCP);

- Nursing Assessment or Discharge Summary;

- Current physician's orders and/or MAR;

- Current Treatment Plan; and

- Keyhea Order (if applicable).

The inmate-patient shall not be placed in the transport vehicle without the above documents.

In addition, a discharge packet will be faxed by DMH within two weeks of discharge. The discharge packet shall include:

- Interdisciplinary Notes for past 15 days;

- Physician Progress Notes for past 15 days;

- Relevant Consults; and

- If applicable, forms specific to psych and return, mental health placement and transfer information for parolees.

All DMH programs shall provide written copies of the aforementioned cited materials. Due to its proximity to CMF, VPP shall provide the entire Inpatient Medical Record for review by the CMF Chief of Mental Health instead of the materials cited above.

D. **DMH INTERMEDIATE CARE FACILITIES: ASH, CSH, PSH, SVPP, and VPP**

The Intermediate Care Programs (ICF) at ASH, CSH, SVPP and VPP are for male inmate-patients; the program at PSH is for female inmate-patients. These programs provide longer-term mental health intermediate and non-acute inpatient treatment for inmate-patients who have a serious mental disorder requiring treatment that is not available within CDCR. There will not be direct admissions from CDCR to CSH at this time.

Male inmate-patients who require close or high custody shall be referred only to SVPP.

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

Custody Level IV male inmates that do not require close or high custody may be referred to ASH or VPP.

The ICF programs have a full complement of mental health staff including psychiatrists, psychologists, clinical social workers, rehabilitation therapists, psychiatric technicians, and registered nurses. Most housing is dormitory-type rooms. The inmate-patients have access to the day room, supervised yard access and are fed in a dining room. The inmate-patients receive a multidisciplinary assessment. From this information an individualized treatment program is developed from a wide variety of treatment modalities including group and individual psychotherapy, medication management, depression and crisis management, training in daily living skills and interpersonal skills, substance abuse, management of assaultive behavior, supportive counseling, modification of maladaptive behaviors, and educational and vocational programs.

### *Admission Criteria*

Referral to an ICF is considered when in the judgment of the CDCR treating clinician the inmate-patient meets the following DMH admission criteria:

1. An Axis I major (serious) mental disorder with active symptoms and any one of the following:

   - As a result of the major mental disorder, the inmate-patient is unable to adequately function within the structure of the CDCR EOP level of care.

   - The inmate-patient requires highly structured inpatient psychiatric care with 24-hour nursing supervision due to a major mental disorder, serious to major impairment of functioning in most life areas, stabilization or elimination of ritualistic or repetitive self-injurious/suicidal behavior, or stabilization of refractory psychiatric symptoms.

   - The inmate-patient requires a neurological/neuropsychological consultation.

   - The inmate-patient requires an inpatient diagnostic evaluation.

   - The inmate-patient would benefit from a comprehensive treatment program with an emphasis on skill (i.e., coping, daily living, medication compliance) development with increased programming and structured treatment environment.

   - The inmate-patient's psychiatric medication history indicates that a clozapine trial might be useful.

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

- Inmate-patients, who are deemed a significant assault risk, have a history of victimizing other inmate-patients (including inciting others to act in a dangerous manner) or present a high escape risk, shall be referred to the SVPP Intermediate Program. CDCR refers to these inmate-patients as high custody inmate-patients.

- The inmate-patient's Global Assessment of Functioning indicates behavior that is considerably influenced by psychotic symptoms; OR serious impairment in communication or judgment; OR inability to function in almost all areas.

- For SVPP only, the inmate-patient is medically appropriate as determined by the receiving prison medical staff. The program psychiatrist will determine mental health suitability. If agreement is not reached refer to the Coordinated Clinical Assessment Team (CCAT) process in Section VI. Any denial for medical reasons will be immediately referred to the, Assistant Deputy Director, CDCR, Division of Correctional Health Care Services (DCHCS).

2. In addition to a primary Axis I disorder, admission to VPP and SVPP shall be considered when:

- The patient engages in ritualistic or repetitive self-injurious/suicidal behavior that has not responded to treatment in a CDCR facility. Without inpatient mental health treatment, the inmate-patient is likely to develop serious medical complications or present a threat to his life.

- The patient is chronically suicidal and has had repeated admissions to a Mental Health Crisis Bed (MHCB).

3. Inmate-patient committed to DMH by the courts as being incompetent to stand trial per Penal Code, Section 1370.

   Inmate-patients who commit an offense while in CDCR, are referred to the District Attorney for prosecution, and are found by the court to be incompetent to stand trial per Penal Code, Section 1370 will first be considered for the SVPP. If there are no custodial or clinical reasons for admission to SVPP, they will then be considered for other DMH programs.

4. Whenever the CDCR institution referring clinician is in doubt concerning the appropriateness of referring a particular patient, or the appropriate DMH program to meet the inmate-patient's custody needs, the referring clinician will discuss the case with the

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

interdisciplinary treatment team (IDTT). If the IDTT does not reach consensus, or does not agree regarding the appropriate DMH program, a case conference shall be scheduled with a clinical facilitator from the headquarters DCHCS office. Case conference calls can be requested by calling the Mental Health Program Specialist at DCHCS headquarters.

5.  Inmate-patients shall be eligible for admission to a DMH program regardless of parole date. CDCR will provide all discharge and community planning. CDCR will transfer the inmate-patient from the DMH program to a CDCR institution for release at least one calendar day prior to the release date.

6.  Inmate-patients who are serving a Security Housing Unit (SHU) term and are clinically appropriate for placement in an ICF, shall be referred to the sending institution's Institutional Classification Committee (ICC). The IDTT/ICC shall consider suspension of the SHU term.

    •   When the sending institution's IDTT/ICC decides to suspended the SHU term, the inmate-patient shall be eligible to participate in the entire ICF program upon arrival at the receiving institution.

    •   It is not necessary for the sending institution's ICC to suspend a determinate or indeterminate SHU term prior to transferring the inmate-patient if the ICC is disinclined to take such action due to safety and/or security concerns. The inmate-patient shall be transferred to DMH with the SHU term in place

    •   In cases where the sending institution's IDTT/ICC elects not to suspend the SHU term, the inmate-patient may participate in only Phase I of the ICF program. The inmate-patient will be evaluated in Phase I and a decision regarding suspension of the SHU term will be made by the receiving institution's IDTT/ICC.

### *Referral Procedure*

Referrals must be completed within five working days of identification by IDTT if inmate-patient consent is obtained and within ten working days of identification if due process hearing is required.

The following CDCR institutions retain Unit Health Records (UHR) for inmate-patients referred to ASH/PSH. California Men's Colony (CMC) shall retain records of inmate-patients referred to ASH. California Institution for Women (CIW) shall retain records for female inmate-patients referred to PSH.

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

1. All referrals shall be made on the required referral form – <u>Department of Mental Health Referral Form-Intermediate Care Program.</u> The referral packet shall be sent to the DMH Forensic Coordinator or the Admission and Discharge Coordinator. The form shall be fully completed and include all required information as follows:

   - Transfer Medical Summary or History & Physical for Transfer to DMH. The H&P is required for SVPP and must have been completed within the last 30 days;

     Current Treatment Plan – CDCR **7388**-MH, *Mental Health Treatment Plan*;

   - Due Process documentation of the hearing OR Written consent  (Use CDCR 128C until CDCR 128-MH6 is implemented), or a valid waiver of the due process hearing is required for referral if the patient refuses to sign consent to transfer;

     Pharmacy Profile;
     Supporting Keyhea documentation or a Keyhea Order (when relevant);
     Interdisciplinary Progress Notes for past 15 days (May be less for new arrival to reception center);
     TB chrono from the referring institution;
     Abstract of Judgment (For State Hospitals only);
     Legal Status Summary (For State Hospitals only);
     Chrono History (For State Hospitals only);
     Custody Case Factor Sheet;
     CDCR Suicide Risk Assessment.

2. Any CDCR clinical concerns regarding the referral shall be discussed with the Chief of Mental Health, or designee, at DCHCS, prior to completion of the referral form. Questions regarding the transfer process shall be discussed with Health Care Placement Oversight Program (HCPOP), or designated Central Office Staff.  (See also CCAT below).

3. DMH shall review the referral packet within three working days of receipt, and shall immediately notify the referring institution by fax of the decision to accept or reject. The decision shall provide detailed reasons for any rejections.

***Transfer Procedure***

1. The CDCR institution shall provide for transportation of a patient between a DMH program and a CDCR institution or DMH psychiatric program. The parole unit or region shall provide for transportation of a parolee between a DMH program and a local

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

detention facility or community placement. Transfer must take place within 30 days of referral if accepted at DMH.

2. A transfer schedule shall be established by the CDCR referring institution and the respective DMH program.

3. Inmate-patients who have been accepted shall be transported to DMH within 72 hours of bed assignment.

4. Each patient or parolee admitted to a DMH program shall have with him/her, unless already sent, all documentation listed in Section V. B. 4. If, following the patient's admission, it is determined by assessments of the DMH staff that the patient does not meet admission criteria for the inpatient mental health program CDCR will transport the inmate-patient back to an institution on expedited basis but no more than 72 hours.

   If the admission was based on a 5150 evaluation by the state hospital and the patient does not meet criteria for continued hospitalization or conservatorship. CDCR/Parole will transport the patient back to prison or the inmate-patients county of residence within 24 hours. The state hospital cannot retain a patient beyond 24 hours and if the inmate-patient is not picked up within this time period, it may become necessary for the state hospital to discharge the inmate-patient to the street.

5. A patient who has been found to pose an unusual and severe security risk to the DMH program in which he/she is housed shall be transferred by CDCR to a CDCR institution within 24 hours. However, if the security risk is on the basis of mental disorder rather than criminality or personality disorder, DMH shall make every effort to retain and treat the patient or parolee in the DMH hospital.

6. A patient or parolee's personal property and funds are to accompany him/her at the time of delivery to and from the DMH hospital.

   - Property, other than legal materials, shall be limited to no more than can be stored within six cubic feet.

   - The property box from CDCR shall be inventoried and sealed. Any Board of Control Claim resulting from items missing from a patient or parolee's property upon admission to the DMH hospital is the responsibility of CDCR.

   - CDCR shall ensure that items on the DMH Hospital Contraband List (see Attachment # 1-Contraband List) are not transferred to a DMH hospital with the patient or parolee's personal property.

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

7.  Each patient or parolee shall be subject to TB evaluation by DMH upon admittance.

### *Utilization Management (UM)*

1.  CDCR reserves the right to inspect, monitor, and perform utilization reviews prospectively, concurrently, or retrospectively regarding the courses of treatment or inpatient care provided to CDCR's inmate-patient. Such reviews shall be undertaken to determine whether the course of treatment or services was prior authorized, medically necessary and performed in accordance with CDCR rules and guidelines. DMH agrees to make available, upon request by CDCR, for purposes of utilization review, an individual patient's medical record and any committee reviews and recommendations related to a CDCR patient.

2.  DMH acknowledges and agrees that concurrent utilization management review shall not operate to prevent or delay the delivery of emergency treatment.

3.  DMH acknowledges that the care of a patient at DMH shall be reviewed by CDCR Utilization Management (UM) nurses or designated party and by a Joint CDCR/DMH Review Process.

4.  CDCR UM nurses or designated party will gather data and review cases of CDCR inmate-patients in DMH programs. CDCR UM nurses or designated party will report their findings and make recommendations to the CDCR Health Care Manager and CDCR Chief Psychiatrist or their designee(s). CDCR and DMH managers or their designees will meet monthly to review the data. Each DMH program also will have a joint CDCR/DMH UM process that will review individual cases.

    If there is a disagreement about discharge, the UM nurse will review the patient's record and forward a recommendation to the Joint CDCR/DMH UM Review Process. If there continues to be disagreement, the recommendation will be conveyed to the CCAT.

### *Discharge Criteria*

1.  The inmate-patient has improved to a degree that further hospitalization is unnecessary, or the primary illness or problem for which hospitalization was required is in substantial remission, and the remaining symptoms are those of a disorder for which continued DMH inpatient care is not necessary, the inmate-patient will be returned to CDCR for ongoing treatment; or

2.  Evaluation during hospitalization has resulted in a change of diagnoses such that continued hospitalization is not appropriate or necessary.

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

3. If requested by DMH, an inmate-patient who has withdrawn informed consent for mental health treatment or psychiatric medication, but for whom continued treatment is otherwise recommended, may be returned to CDCR after all other clinical and legal avenues to obtain authorization to treat have been exhausted, if the following two criteria have been met:

- Withdrawal of informed consent shall be demonstrated by seven calendar days of continuous refusal to take oral medication or 30 calendar days of continuous refusal to accept scheduled depo-injectable medication, and documentation of discussions between treating DMH psychiatrists and other team members and the patient regarding the risks and benefits of continuing medication.

- Documentation that the patient has not met criteria for involuntary treatment for at least the last seven calendar days.

### *Discharge Procedure*

1. Inmate-patients will be returned to the institution from which they came per the "psych and return" policy provided that institution can meet the level of care and security needs of the inmate-patient. Generally most inmate-patients will be returned to an institution that has an EOP. The EOP IDTT may decide to discharge the inmate-patient to a lower level of care after the initial 14-28 day evaluation period.

2. Inmates who are paroling and require ongoing treatment will be referred to the Parole and Community Services Division (P&CSD) Transition Case Management Program and to a Parole Outpatient Clinic or to a State hospital per Penal Code 2974.

3. DMH shall fax a copy of the Discharge Summary to the designated "DMH contact", of the receiving institution at the time of notification of discharge. DMH shall also call the receiving institution. The inmate-patient shall then be returned to the CDCR institution within five working days after the time of notification, or resolution of any appeal, whichever occurs later.

4. Appeals for denial of return to CDCR will be reviewed by the Coordinated Clinical Assessment Team (CCAT), Part V of this document.

5. Emergency returns to CDCR, shall be accomplished within twenty-four hours. Such returns will be with prior notification and approval by telephone of the CDCR institution's C&PR staff and Mental Health Program Director, or designee. DMH shall call the receiving institution to provide continuity of care including medication.

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

A dictated, typed discharge summary shall follow as soon as practicable, but not more than fourteen days after return.

6.  Discharge Information: For each inmate-patient returning to CDCR from a DMH program, DMH shall ensure that the following documents be shall be transferred with the inmate-patient to the respective CDCR institution:

- Psychiatric Discharge Summary;

- Nursing Assessment or Discharge Summary;

- Current Physicians orders and/or MAR;

- Current Treatment Plan;

- Keyhea Order (if applicable).

The inmate-patient shall not be placed in the transport vehicle without the above documents. For each parolee returning to (P&CSD) supervision, DMH shall ensure that the parolee's documents shall be forwarded to the Chief Psychiatrist of the respective Parole Region.

In addition, a DMH discharge packet will be faxed within two weeks of discharge. The discharge packet shall include but not be limited to (see Attachment #2-DMH Discharge Checklist:

- Interdisciplinary Notes for past 15 days;

- Physician Progress Notes for past 15 days;

- Relevant Consults;

- If applicable, forms specific to psych and return, mental health placement and transfer information for parolees.

The DMH psychiatric programs will include in their discharge packets, the forms specific to psych and return, mental health placement and transfer information for parolees.

All DMH programs shall provide written copies of the aforementioned cited materials. For VPP and SVPP, due to their close proximity to CMF and SVSP, shall provide the

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

entire UHR for review by the CMF and SVSP Chief of Mental Health instead of the above.

7. When an inmate returns to a prison from DMH, the Receiving & Release nurse shall notify Mental Health Service upon arrival. The inmate shall be evaluated by a mental health clinician within 24 hours of arrival. Medications shall be continued according to Inmate Medical Services Policies and Procedures, *Volume 4, Chapter 11, Medication Management.*

**E.** <u>DMH DAY TREATMENT PROGRAM (DTP) at CMF</u>

The DTP is a comprehensive treatment program with an emphasis on skill development. This program provides treatment for inmate-patients who require a higher LEVEL OF CARE than is provided in EOP but do not require 24-hour nursing care. The program includes increased programming and supervision to improve level-of-functioning, reduce further need for inpatient treatment and promote successful adjustment to the EOP, CCCMS, GP or parole environment.

***Admission Criteria***

To be accepted the inmate-patient:

1. Has an Axis I major (serious) mental disorder with active symptoms.

2. Does not require 24-hour nursing supervision.

3. Suffers from mild to moderate impairment of functioning in most life areas that would benefit from focused and comprehensive skill development to improve functioning within the prison setting or in preparation for parole, and/or requires continuing stabilization of psychiatric symptoms in a more structured setting.

4. Is able to function in a structured therapeutic setting with minimal staff prompting.

5. Is able to participate in own treatment planning.

6. Has had no serious suicide attempts in the past 30 days.

7. Has no acute medical issues.

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

### Referral Process

All referrals shall include a completed DTP referral form and a referral packet, which consists of:

1. Medical H&P for Transfer to DMH;

2. Current Treatment Plan – CDCR 7388;

3. Due process or written consent;

4. Pharmacy profile;

5. Interdisciplinary Progress Notes for past 15 days;

6. TB chrono from the referring institution;

7. Custody Case Factor Sheet; and

8. CDCR Suicide Risk Assessment (including a SRAC).

DMH psychiatric programs (VPP and SVPP) shall require only a transfer form (see Attachment #3-DMH Referral/Transfer Form) and case factor sheet for DMH-to-DMH transfers.

All male CDCR institutions shall provide written copies of the aforementioned cited materials except for CMF where due to their proximity they shall provide the entire UHR for review by the DTP Admission and Discharge Coordinator or designee.

### Discharge Process

DTP options for return to CDCR:

1. Return to the sending institution provided that institution can meet the treatment needs.

2. If the inmate-patient requires continued mental health care, transfer to an appropriate LEVEL OF CARE (see Chapter 3, CCCMS, and Chapter 4, EOP, for inclusion criteria).

3. Discharge to parole with a referral to a Parole Outpatient Clinic as needed.

| Department of Mental Health | Mental Health Services Delivery System |
|---|---|
| Inpatient Program | |

4.  The inmate-patient shall be returned to the CDCR institution on an expedited basis but no later than 5 working days after the time of notification.

### *Discharge Procedure*

1.  For each inmate-patient returning to CDCR from the DTP, the DTP shall ensure that the following documents be shall be transferred with the inmate-patient to the CDCR institution (see Attachment #2-DMH Discharge Checklist):

    - Psychiatric Discharge Summary;

    - Nursing Assessment or Discharge Summary;

    - Current Physicians orders and/or MAR;

    - Current Treatment Plan; and

    - Keyhea Order (if applicable).

    The inmate-patient shall not be placed in the transport vehicle without the above documents.  For each parolee returning to P&CSD supervision, the DTP shall ensure that the parolee's documents shall be forwarded to the Chief Psychiatrist of the Parole Region.

    In addition, a discharge packet will be faxed within two weeks of discharge.  The discharge packet shall include but not be limited to:

    - Interdisciplinary Notes for past 15 days;

    - Physician Progress Notes for past 15 days;
    - Relevant Consults;

    - If applicable, forms specific to psych and return, mental health placement and transfer information for parolees.

    The DTP shall provide written copies of the aforementioned cited materials except for CMF where due to their proximity; they shall provide the entire UHR for review by the CMF Chief of Mental Health or designee.

| Department of Mental Health<br>Inpatient Program | Mental Health Services Delivery System |
|---|---|

F.  **PROCESS FOR CENTRALIZED DECISION MAKING FOR REJECTIONS AND INCOMPLETE PACKETS-CCAT**

The Coordinated Clinical Assessment Team (CCAT) shall review referrals of CDCR inmate-patients that were rejected by DMH, and referrals where incomplete items were not resolved within two working days.  Conducted by members of both the DMH and CDCR DCHCS, CCAT provides a centralized approach to expedite the review and decision making process for inmate-patients referred to DMH.

When any DMH program rejects an inmate-patient for admission, or is unable to resolve incomplete referral items within two days after referral, a designee from DMH Long Term Care shall contact a designee from CDCR DCHCS to initiate the CCAT process.  The CDCR, DCHCS designee shall facilitate a telephone or videoconference to discuss the case with involved clinical and custody staff.

The CCAT shall include (but not be limited to):

- Senior mental health clinician(s) from DCHCS

- CDCR HCPOP representative(s)

- CDCR Classifications Services Unit representative(s)

- The referring clinician and supervising clinician(s) from the referring CDCR institution, and

- Senior clinician(s) from the relevant DMH programs.

When reviewing a rejection, a senior clinician from each potentially relevant DMH program shall participate in the review.  When reviewing an incomplete packet, only the DMH senior clinician from the affected state hospital or psychiatric program shall be required to participate.

Case Conferences: The CDCR, DCHCS designee shall schedule case conferences upon request by DMH and/or CDCR clinicians regarding a difficult or perplexing inmate-patient case, including repeated admissions of the same inmate-patient in a short time frame.

G. **HEALTH CARE PLACEMENT OVERSIGHT PROGRAM**

The HCPOP shall assist institution staff in referring and placing an inmate-patient in a DMH facility in the following ways:

| Department of Mental Health<br>Inpatient Program | Mental Health Services Delivery System |
|---|---|

1. Assist field staff with DMH intermediate or acute LEVEL OF CARE referrals

   - Coordinate with mental health staff at DCHCS headquarters for proper determination of appropriate DMH LEVEL OF CARE and subsequent placement determination.

   - Assist field staff concerning the referral process for the different DMH placement settings.
   - Assist field staff regarding Program Guide and MOU placement requirements such as timelines and means of transportation.

2. HCPOP staff shall assist field staff with appeals of referrals denied by DMH for clinical and custody reasons

   - Assist field staff regarding the DMH appeal process as appropriate (e.g., DMH contact persons, obtain written denial).

   - Coordinate with headquarters DCHCS mental health staff for determination of appealing referrals denied by DMH for clinical and/or custody reasons.

# EXHIBIT R

CALIFORNIA DEPARTMENT OF
# MENTAL HEALTH

Home -» About DMH

# About the California Department of Mental Health (DMH)

## Mission:

The California Department of Mental Health (DMH), entrusted with leadership of the California mental health system, ensures through partnerships the availability and accessibility of effective, efficient, culturally competent services. This is accomplished by advocacy, education, innovation, outreach, understanding, oversight, monitoring, quality improvement, and the provision of direct services.

## Responsibilities:

The California Department of Mental Health, located in Sacramento, has oversight of a public mental health budget of more than $4 billion, including local assistance funding. Its responsibilities include:

- providing leadership for local county mental health departments;
- evaluation and monitoring of public mental health programs;
- administration of federal funds for mental health programs and services;
- the care and treatment of people with mental illness at the five state mental hospitals (Atascadero, Metropolitan, Napa, Coalinga and Patton State Hospitals) and at the Acute Psychiatric Programs located at the California Medical Facilities in Vacaville and Salinas Valley; and
- implementation of the Mental Health Services Act (Proposition 63), which provides state tax dollars for specific county mental health programs and services.

DMH employs more than 10,000 employees in nine locations throughout the state, including its headquarters in Sacramento, five hospital facilities, three acute care facilities within the Department of Corrections and Rehabilitation. As a state public agency, DMH has worked hard to transform and improve the state's mental health systems of care by working with the mental health constituency to develop a system of partnerships and coordinated interagency efforts. These models have provided the framework for success in developing department programs and coordinating services in the treatment of children and adults who are mentally ill.

Department staff constantly strive to find the most effective use of resources and innovation at all levels - not just in treatment, but in prevention and intervention as well. All programs are designed with the recovery process in mind.

DMH's state hospital programs and staff are among the country's finest. The facilities have passed national rigorous accreditation reviews. Each hospital is staffed by professionally trained clinicians and administrative support team who provide full-time inpatient care to the most serious mentally ill and those incapable of living in the community. These referrals come from county mental health departments, the courts, the Department of Corrections and Rehabilitation and the California Youth Authority. In recent years, the population of the state mental hospitals has shifted to a majority (approximately 90 percent) of forensic patients, and DMH has met this challenge by prioritizing and balancing state-of-the-art treatment and public safety.

---

Conditions of Use | Privacy Policy
Copyright @ 2011 State of California

CALIFORNIA DEPARTMENT OF
# MENTAL HEALTH

Home ·» Services and Programs ·» State Hospitals ·» **Coalinga**

## Coalinga State Hospital

**Hospitals will operate normally, including visitation hours, during the furlough process.**

## The Department of Mental Health is proud to welcome its newest addition...



California's newest state mental health hospital and the first constructed in more than a half century was dedicated on August 24, 2005. Federal, State, and local dignitaries touted the facility as a leading example for mental health service delivery for challenging populations as well as an economic engine for the Central Valley. Coalinga State Hospital began treating forensically committed individuals -- mostly sexually violent predators who were transferred from Atascadero State Hospital -- in early September 2005.

Construction was completed on the new state hospital in the summer of 2005. The hospital sits on 320 acres and is comprised of 1.2 million gross square feet of floor space. At full capacity, the facility will house 1,500 individuals and employ approximately 1,600 staff.



**Administration Entrance**



**Main Courtyard**

Located at the edge of the Coastal Mountain Range in the heart of California in the City of Coalinga is the site for the facility. The City of Coalinga is ten miles west of Interstate 5. It is halfway between Los Angeles and San Francisco and sixty miles southwest of Fresno, California's sixth largest city. The beach communities of Monterey, Morro Bay, and Pismo Beach are within easy driving distance as are the Sequoia, Kings, and Yosemite National Parks.

This small, rural community of approximately 16,000 people is an ideal location in which to settle and escape the traffic and congestion found in the larger cities of California. We enjoy the strong and enthusiastic support of a progressive and family friendly community.

If you have not had a chance to visit Coalinga in recent years, we are in the midst of a housing boom with an estimated 1,000 new homes in the planning stages for the next few years. Housing prices remain affordable. Community members are very accepting and eager to have our mental health professionals join their community. Plus, Coalinga is a very clean and nice hometown. Our climate is mildly seasonal compared to other Valley locations and its 676-foot elevation mitigates fog.



Please take a look at the exciting career opportunities available at Coalinga's new state-of-the-art forensic facility, Coalinga State Hospital.

Human Resources

Contact Information

Conditions of Use | Privacy Policy
Copyright @ 2011 State of California

CALIFORNIA DEPARTMENT OF
# MENTAL HEALTH

Home ‑» Services and Programs ‑» State Hospitals ‑» Coalinga ‑» ‑» Security

# Coalinga State Hospital: Security

The State of California is planning to build a 1,500-bed psychiatric hospital for repeat sexual offenders who have completed their prison sentence and have been committed for extended treatment. The maximum-security facility combines internal and external security with community oversight to meet the community's needs.

A state-of-the-art security system, run by the California Department of Corrections, will surround the hospital.

## Security Measures

The California Department of Corrections (CDC) will be responsible for external security. Working in close cooperation with the Department of Mental Health (DMH) staff, Correctional Officers will operate sallyports to control entry and exit from the facility, observation towers, and perimeter patrols.

Internal security will be the responsibility of DMH. All employees are provided extensive training and supervision to ensure compliance with essential security policies and procedures. In addition, numerous internal security measures exist in a maximum-security setting:

Census count - Maintenance of a patient count system is an essential part of the hospital. A physical count by unit employees of all patients at specified and unspecified times is required.

Lockable units - Enable internal lockdown in emergency situations.

Uniforms and photo identification of all patients.

All employees have photo identification.

On-going escape risk assessments.

Random shakedowns.

Contol of contraband.

Metal detectors.

## Community Safety Assured

Consistent with policy and procedures, all patients at the facilities are constantly and directly supervised. Peace officers will always accompany staff and supervise patients when escorting them off-grounds.

Patients will not be involved in off-grounds work activities.

The treatment facility will have a Citizens Advisory Board, whose members will be appointed by the Governor and whose role is to ensure community involvement.

Conditions of Use | Privacy Policy
Copyright @ 2011 State of California

**CALIFORNIA DEPARTMENT OF**

# MENTAL HEALTH

Home → services and programs → state hospitals → coalinga → Director

# Director's Message

Welcome to the Coalinga State Hospital website. CSH is owned and operated by the State of California and is the newest state-of-the-art forensic facility in the Department of Mental Health system. The State's goal in the design and construction of this hospital is to ensure a secure and safe environment for patients and staff, while providing the patients with the highest level of therapeutic treatment. Please see **Model Sex Offender Treatment Program** for a more detailed discussion about the patients and the treatment program.

The maximum-secured forensic facility will ultimately hold up to 1,500 patients – both sexually violent predators and mentally ill inmates from the California Department of Corrections and Rehabilitation.

This facility is a critical part of Governor Schwarzenegger's very clear goal to protect Californian's from sexual predators. Rather than having some of the most serious sex offenders released into the community after serving their criminal sentences, these predators will come to this maximum security psychiatric hospital to receive critical treatment and evaluation.

Coalinga State Hospital is a community within a community and is a full-service hospital, dedicated to rehabilitating the seriously mentally ill.

When the facility is fully operational, it will be the largest employer in the Coalinga area with an annual operating budget of $152 million and more than 2,000 staff.  I encourage you to review our **Human Resources** page and see if there is a position for you.

I am pleased to introduce Coalinga State Hospital Executive Team. These individuals bring the credentials, as well as the experience to implement the activation of the hospital. If we can be of any assistance, please feel free to give us a call.

Conditions of Use | Privacy Policy
Copyright @ 2011 State of California

# EXHIBIT S

HEALTH AND HUMAN SERVICES                                                                    HHS    1

# 4440    Department of Mental Health

The California Department of Mental Health leads the state's mental health system, ensuring the availability and accessibility of effective, efficient, and culturally competent services. Advocacy, education, innovation, outreach, understanding, oversight, monitoring, quality improvement, and the provision of direct services accomplish this mission.

Since department programs drive the need for infrastructure investment, each department has a related capital outlay program to support this need. For the specifics on the Department of Mental Health's Capital Outlay Program see "Infrastructure Overview."

## 3-YR EXPENDITURES AND PERSONNEL YEARS

|  |  | Personnel Years | | | Expenditures | | |
|---|---|---|---|---|---|---|---|
|  |  | 2009-10 | 2010-11 | 2011-12 | 2009-10* | 2010-11* | 2011-12* |
| 10 | Community Services | 138.2 | 171.2 | 171.2 | $4,049,700 | $3,602,473 | $3,189,537 |
| 15 | Mental Health Services Oversight and Accountability Commission | 22.0 | - | - | 3,618 |  |  |
| 20 | Long-Term Care Services | 9,843.1 | 10,447.0 | 10,736.9 | 1,232,496 | 1,272,322 | 1,346,304 |
| 35.01 | Administration | 258.8 | 218.5 | 218.5 | 16,233 | 16,618 | 19,233 |
| 35.02 | Distributed Administration | - | - | - | -16,233 | -16,618 | -19,233 |
| | TOTALS, POSITIONS AND EXPENDITURES (All Programs) | 10,262.1 | 10,836.7 | 11,126.6 | $5,285,814 | $4,874,795 | $4,535,841 |

| FUNDING |  | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|---|
| 0001 | General Fund | $1,683,832 | $1,788,664 | $1,291,055 |
| 0001 | General Fund, Proposition 98 | 27,257 | 15,000 | 15,000 |
| 0311 | Traumatic Brain Injury Fund | 680 | - | - |
| 0814 | California State Lottery Education Fund | 90 | 145 | 145 |
| 0890 | Federal Trust Fund | 61,807 | 64,031 | 64,208 |
| 0995 | Reimbursements | 1,608,432 | 1,821,754 | 1,608,919 |
| 3085 | Mental Health Services Fund | 1,903,349 | 1,184,838 | 1,556,124 |
| 3099 | Licensing and Certification Fund, Mental Health | 367 | 363 | 390 |
| | TOTALS, EXPENDITURES, ALL FUNDS | $5,285,814 | $4,874,795 | $4,535,841 |

## LEGAL CITATIONS AND AUTHORITY

DEPARTMENT AUTHORITY

Welfare and Institutions Code, Divisions 4-8 (commencing with Section 4000).

## MAJOR PROGRAM CHANGES

- The Governor's Budget includes a reduction of $762.6 million General Fund in 2011-12 for the Early and Periodic Screening, Diagnosis, and Treatment (EPSDT) and mental health managed care (MHMC) programs and a substitution with Mental Health Services Act (Proposition 63) funds for these programs and AB 3632 services.

## DETAILED BUDGET ADJUSTMENTS

|  | 2010-11* | | | 2011-12* | | |
|---|---|---|---|---|---|---|
|  | General Fund | Other Funds | Personnel Years | General Fund | Other Funds | Personnel Years |
| **Workload Budget Adjustments** | | | | | | |
| **Other Workload Budget Adjustments** | | | | | | |
| • Employee Compensation Adjustments | -$54,353 | -$5,621 | - | -$15,020 | -$1,540 | - |
| • Retirement Rate Adjustment | 18,716 | 1,644 | - | 18,716 | 1,644 | - |
| • Full Year Cost of New/Expanded Programs | - | - | - | 18,926 | - | 198.5 |
| • Carryover/Reappropriation | 2,706 | - | - | - | - | - |
| • Lottery Education Fund Adjustment | - | 45 | - | - | 45 | - |
| • ProRata/SWCAP Adjustment | - | - | - | - | 14 | - |
| • Transfer to Leg. Claims per Chapter 576, Statutes of 2010 | -1 | - | - | - | - | - |

* Dollars in thousands, except in Salary Range.

## 4440   Department of Mental Health - Continued

| | 2010-11* | | | 2011-12* | | |
|---|---|---|---|---|---|---|
| | General Fund | Other Funds | Personnel Years | General Fund | Other Funds | Personnel Years |
| • Central Plant Adjustment | 211 | 302 | - | 211 | 302 | - |
| • Short-Doyle/Medi-Cal Program Reimbursements Adjustments | - | 197,110 | - | - | 115,405 | - |
| • Healthy Families Program Adjustments | - | -494 | - | - | 2,164 | - |
| • Mental Health Services Fund County Allocation Adjustment | - | 52,150 | - | - | -439,350 | - |
| • Mental Health Managed Care (MHMC) Program Adjustments | 707 | 13,952 | - | 33,243 | -15,576 | - |
| • Backfill Expiring ARRA Funds | - | - | - | 67,100 | - | - |
| • Early and Periodic Screening, Diagnosis and Treatment (EPSDT) Program Adjustments | 3,511 | 69,030 | - | 95,933 | -37,435 | - |
| • Sex Offender Commitment Program Adjustment | - | - | - | 6,728 | - | - |
| • State Hospital Population Adjustment | - | - | - | 7,500 | - | 76.3 |
| • Lease Revenue Debt Service Adjustment | -1,085 | 57 | - | -114 | - | - |
| • Workforce Cap Adjustment | -57,031 | -3,379 | -570.0 | -57,031 | -3,379 | -570.0 |
| **Totals, Other Workload Budget Adjustments** | **-$86,619** | **$324,796** | **-570.0** | **$176,192** | **-$377,706** | **-295.2** |
| **Totals, Workload Budget Adjustments** | **-$86,619** | **$324,796** | **-570.0** | **$176,192** | **-$377,706** | **-295.2** |
| **Policy Adjustments** | | | | | | |
| • Fund EPSDT, MHMC, and AB 3632 Mandate with Mental Health Services Act Funds | $- | $- | - | -$762,571 | $861,157 | - |
| • Billable Legal Services Conversion | - | - | - | 2,151 | - | - |
| **Totals, Policy Adjustments** | **$-** | **$-** | **-** | **-$760,420** | **$861,157** | **-** |
| **Totals, Budget Adjustments** | **-$86,619** | **$324,796** | **-570.0** | **-$584,228** | **$483,451** | **-295.2** |

* Dollars in thousands, except in Salary Range.

## 4440    Department of Mental Health - Continued

### State Hospital In-Hospital Population

| State Hospital | Last Wednesday of Fiscal Year | | | | | Average (Two Year Average) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Observed | Observed | Observed | Estimated | Estimated | Observed | Observed | Observed | Estimated | Estimated |
| | 6-25-08 | 6-24-09 | 6-30-10 | 6-29-11 | 6-29-12 | 07-08 | 08-09 | 09-10 | 10-11 | 11-12 |
| **Atascadero** | | | | | | | | | | |
| LPS | 3 | 4 | 2 | 4 | 4 | 4 | 4 | 3 | 3 | 4 |
| PC[1] | 869 | 894 | 873 | 932 | 888 | 824 | 882 | 884 | 903 | 910 |
| Other[2] | 163 | 126 | 260 | 292 | 309 | 159 | 144 | 193 | 276 | 300 |
| **Total** | 1,035 | 1,024 | 1,135 | 1,228 | 1,201 | 987 | 1,030 | 1,080 | 1,182 | 1,214 |
| **Coalinga** | | | | | | | | | | |
| PC[1] | 0 | 0 | 86 | 100 | 100 | 0 | 0 | 43 | 93 | 100 |
| Other[2] | 745 | 825 | 809 | 904 | 981 | 679 | 785 | 817 | 857 | 942 |
| **Total** | 745 | 825 | 895 | 1,004 | 1,081 | 679 | 785 | 860 | 950 | 1,042 |
| **Metropolitan** | | | | | | | | | | |
| LPS | 225 | 206 | 180 | 183 | 183 | 232 | 215 | 193 | 181 | 183 |
| PC[1] | 425 | 423 | 417 | 449 | 413 | 421 | 424 | 420 | 433 | 431 |
| Other[2] | 28 | 13 | 23 | 36 | 36 | 23 | 21 | 18 | 30 | 36 |
| **Total** | 678 | 642 | 620 | 668 | 632 | 676 | 660 | 631 | 644 | 650 |
| **Napa** | | | | | | | | | | |
| LPS | 197 | 180 | 176 | 192 | 192 | 197 | 188 | 178 | 184 | 192 |
| PC[1] | 899 | 895 | 889 | 915 | 894 | 905 | 897 | 892 | 902 | 905 |
| Other[2] | 57 | 74 | 87 | 52 | 52 | 52 | 66 | 81 | 70 | 52 |
| **Total** | 1,153 | 1,149 | 1,152 | 1,159 | 1,138 | 1,154 | 1,151 | 1,151 | 1,156 | 1,149 |
| **Patton** | | | | | | | | | | |
| LPS | 104 | 79 | 84 | 92 | 92 | 100 | 92 | 82 | 88 | 92 |
| PC[1] | 1,343 | 1,351 | 1,327 | 1,352 | 1,331 | 1,341 | 1,347 | 1,339 | 1,339 | 1,342 |
| Other[2] | 59 | 78 | 91 | 83 | 83 | 62 | 68 | 84 | 87 | 83 |
| **Total** | 1,506 | 1,508 | 1,502 | 1,527 | 1,506 | 1,504 | 1,507 | 1,505 | 1,514 | 1,517 |
| **Salinas Valley** | | | | | | | | | | |
| PC[1] | 4 | 0 | 7 | 0 | 0 | 2 | 2 | 4 | 3 | 0 |
| Other[2] | 161 | 211 | 228 | 370 | 370 | 151 | 186 | 219 | 299 | 370 |
| **Total** | 165 | 211 | 235 | 370 | 370 | 153 | 188 | 223 | 302 | 370 |
| **Vacaville** | | | | | | | | | | |
| Other[2] | 266 | 270 | 277 | 396 | 396 | 266 | 268 | 273 | 336 | 396 |
| **Total** | 266 | 270 | 277 | 396 | 396 | 266 | 268 | 273 | 336 | 396 |
| **Total** | | | | | | | | | | |
| LPS | 529 | 469 | 442 | 471 | 471 | 533 | 499 | 456 | 456 | 471 |
| PC[1] | 3,540 | 3,563 | 3,599 | 3,748 | 3,626 | 3,493 | 3,552 | 3,582 | 3,673 | 3,688 |
| Other[2] | 1,479 | 1,597 | 1,775 | 2,133 | 2,227 | 1,390 | 1,538 | 1,685 | 1,955 | 2,179 |
| **Total** | 5,548 | 5,629 | 5,816 | 6,352 | 6,324 | 5,416 | 5,589 | 5,723 | 6,084 | 6,338 |

Acronyms Used Above: Lanterman-Petris-Short (LPS) and Penal Code (PC)

[1] Includes Not Guilty by Reason of Insanity, Incompetent to Stand Trial, and Mentally Disordered Offender patients.

[2] Includes Penal Code 2684/Penal Code 2974, Welfare and Institutions Code 1756, Other Penal Code and Sexually Violent Predator patients.

---

* Dollars in thousands, except in Salary Range.

## 4440   Department of Mental Health - Continued

### Mental Health Service Act Housing Support Account

#### County Transfers

| County | 2009-10 | 2010-11 | 2011-12 |
|---|---|---|---|
| Alpine | $ - | $ - | $ 15,700 |
| Calaveras | | | 639,500 |
| Del Norte | | | 416,700 |
| El Dorado | 2,276,500 | | |
| Kings | | | 2,204,100 |
| Lassen | | | 413,600 |
| Siskiyou | 593,600 | | |
| Sutter/Yuba | | | 2,365,900 |
| Tehama | 860,500 | | |
| Tri-City | 2,389,400 | | |
| **Total, Transfers** | $ 6,120,000 | $ - | $ 6,055,500 |
| **Prior Year Transfers** | $ 388,757,100 | | |
| *Counties not participating in the MHSA Housing Program. | 1,230,600 | | |
| Less County Contribution | (2,163,200) | | |
| **Total, After Adjustments** | $ 393,944,500 | $ - | $ 6,055,500 |

#### Loans Closed

| Project Name/County | 2009-10 | 2010-11 | 2011-12 |
|---|---|---|---|
| Alameda/Fairmount | $ 1,000,000 | $ - | $ - |
| Alameda/Main Street Village | 2,040,000 | | |
| Contra Costa/Lillie Mae Jones | | 1,090,000 | |
| Los Angeles/Courtyards | 4,494,403 | | |
| Los Angeles/Daniel's Village | 1,461,810 | | |
| Los Angeles/Glenoaks Gardens | | 9,000,000 | |
| Los Angeles/The Ford Apartments | 18,794,700 | | |
| Los Angeles/Villas at Gower | 7,000,000 | | |
| Los Angeles/Young Burlington | 2,800,000 | | |
| Marin/Fireside Apts. | 725,000 | | |
| Placer/Timberline Shared Housing | 874,300 | | |
| Riverside/Rancho Dorado | 2,800,000 | | |
| Riverside/Vintage at Snowberry Senior | | 2,522,400 | |
| Sacramento/Boulevard Court (Budget Inn) | 4,500,000 | | |
| Sacramento/Folsom Oaks Apts | 500,000 | | |
| Sacramento/Mutual Housing of North Highlands | 4,775,000 | | |
| San Diego/15th and Commercial | 3,657,000 | | |
| San Diego/34th Street | 370,610 | | |
| San Diego/Cedar Gateway | 5,052,000 | | |
| San Francisco/220 Goldengate Ave | | 3,400,000 | |
| Santa Barbara/ Homebase on G | | 1,050,000 | |
| Santa Barbara/MHA Garden Street | 1,250,000 | | |
| Santa Clara/90 Archer Street Apts | | 1,200,000 | |
| Santa Clara/Kings Crossing | | 2,150,000 | |
| Santa Clara/MP Fair Oaks II | 1,872,000 | | |
| Sonoma/Fife Creek Commons | | 1,800,000 | |
| Tulare/East Tulare Apartments | 1,840,000 | | |
| Ventura/La Rahada | 1,618,653 | | |
| **Totals, Loans Closed** | $ 67,425,476 | $ 22,212,400 | $ - |
| **Prior Years, Loans Closed** | $ 5,937,400 | | |

* Dollars in thousands, except in Salary Range.

# 4440   Department of Mental Health - Continued

## Mental Health Service Act Housing Support Account

**County Projects - Committed**

| Project Name/County | 2009-10 | 2010-11 | 2011-12 |
|---|---|---|---|
| Alameda/720 E. 11th Street Apartments | $        1,600,000 | $               - | $               - |
| Alameda/Ashland Neighborhood Stabilization Program #1 | 648,960 | | |
| Alameda/Ashland Neighborhood Stabilization Program #2 | 1,119,190 | | |
| Alameda/Harmon Gardens | 500,000 | | |
| Alameda/Jefferson Oaks Apartments | 2,500,000 | | |
| Alameda/MacArthur Apts | 648,000 | | |
| City of Berkeley/Harmon Gardens | 500,000 | | |
| Fresno/Renaissance at Trinity | | 875,000 | |
| Kern/Haven Cottages | 4,315,920 | | |
| Kern/West Columbus | | 2,871,600 | |
| Los Angeles/28th Street YMCA Residence | 10,023,840 | | |
| Los Angeles/Caroline Severance Manor | 9,031,840 | | |
| Los Angeles/Charles Cobb Apts. | 2,500,000 | | |
| Los Angeles/Epworth Apartments | 3,967,770 | | |
| Los Angeles/Horizon Apts. | 1,261,632 | | |
| Los Angeles/KIWA Apts | 1,048,300 | | |
| Los Angeles/Menlo Family Housing | | 524,150 | |
| Los Angeles/Nehemiah Court | | 1,848,000 | |
| Los Angeles/NoHo Senior Villas | 5,004,483 | | |
| Los Angeles/Osborne Place Apts. | 6,499,460 | | |
| Los Angeles/Progress Place I & II | 2,800,000 | | |
| Los Angeles/PWC Family Housing | 524,150 | | |
| Madera/Madera County-Shared Housing #1 | 2,318,200 | | |
| Merced/Gateway Terrace | 1,161,600 | | |
| Monterey/Wesley Oaks | 560,348 | | |
| Nevada/Winter's Haven-Shared Housing Phase 1 | | 1,862,625 | |
| Nevada/Winter's Haven-Shared Housing Phase 2 | | 1,862,625 | |
| Orange/Avenida Villas | 1,694,000 | | |
| Orange/Harper's Pointe Senior Apartments | 946,120 | | |
| Orange/San Clamente Senior Housing | 2,046,296 | | |
| Riverside/The Vineyards at Menifee | 2,800,000 | | |
| Sacramento/7th & H | 1,800,000 | | |
| San Bernardino/Horizons at Yucaipa | 1,649,160 | | |
| San Diego/Tavarua Senior Apartments | 1,700,000 | | |
| San Mateo/Cedar Street Apts. | 2,084,125 | | |
| San Mateo/El Camino Family Housing Phase I | 1,081,600 | | |

_____
\* Dollars in thousands, except in Salary Range.

## 4440    Department of Mental Health - Continued

### Mental Health Service Act Housing Support Account

| | | | |
|---|---|---|---|
| San Mateo/El Camino Family Housing Phase II | 1,081,600 | | |
| Santa Barbara/Rancho Hermosa | 550,000 | | |
| Santa Cruz/Bay Avenue Senior | 800,000 | | |
| Solano/South PACE | | 1,940,000 | |
| Sonoma/Windsor Redwoods | 1,000,000 | | |
| Tuolumne/Tuolumne County Shared Housing | 797,700 | | |
| Los Angeles/Willis Avenue Apts. | 4,000,000 | | |
| Ventura/Hillcrest Project | 1,958,040 | | |
| Ventura/Paseo De Luz Apartments | 2,996,000 | | |
| Totals, Loans Committed | $    87,518,334 | $    11,784,000 | $    - |

**County Projects to Receive Commitments**

| Project Name/County | 2009-10 | 2010-11 | 2011-12 |
|---|---|---|---|
| Alameda/6th & Oak | $    - | $    300,000 | $    - |
| Alameda/Fairmont Apartments #2 | | 100,000 | |
| Contra Costa/Anka BHI-Scattered Site Shared Housing | | 3,500,000 | |
| Los Angeles/5216 S. Figueroa St. Apts. | | 2,297,130 | |
| Los Angeles/Parkview on the Park Apts. | | 659,760 | |
| Los Angeles/Step Up On Vine (Galaxy Hotel) | | 3,200,000 | |
| Merced/Pacheco Place Shared Housing | | 1,072,900 | |
| Napa/Hartle Court | | 2,437,200 | |
| Riverside/Legacy | | 3,000,000 | |
| San Diego/9th & Broadway | | 4,704,000 | |
| San Diego/The Mason Apartments | | 2,820,660 | |
| Santa Clara/Sobrato Apartments | | 3,400,000 | |
| Sonoma/McMinn Ave Shared Housing | | 682,804 | |
| Stanislaus/Bennett Place Apartments | | 1,521,711 | |
| Ventura/D St Apts | | 1,378,350 | |
| Totals, Applications Received-In Process/Committed | $    - | $    31,074,515 | $    - |
| Totals, Commitments | $    87,518,334 | $    42,858,515 | $    - |

**In Process at County Level**

| Project Name/County | 2009-10 | 2010-11 | 2011-12 |
|---|---|---|---|
| Butte/Oakdale | $    - | $    - | $    1,461,810 |
| Los Angeles/Avalon II Family Apartments | | | 3,000,000 |
| Los Angeles/New Genesis Apartments | | | 1,835,142 |
| Los Angeles/Parker Hotel | | | 1,467,620 |
| Los Angeles/Swarthy World Society | | | 626,490 |
| Los Angeles/The Bobbi Owens Family Living Community | | | 3,600,000 |
| Los Angeles/TBD | | | 1,000,000 |

---

* Dollars in thousands, except in Salary Range.

**HEALTH AND HUMAN SERVICES**                                                      HHS   7

## 4440    Department of Mental Health - Continued

### Mental Health Service Act Housing Support Account

| | | | |
|---|---|---|---|
| Los Angeles/VOALA Navy Village | | | 1,257,960 |
| Orange/Liberty Senior Community Apartments | | | 7,200,000 |
| Orange/Palm Courts | | | 2,000,000 |
| Placer/Legacy & Advocates for the Mentally Ill | | | 3,000,000 |
| San Diego/Comm 22 | | | 1,400,000 |
| San Diego/Raymond's Refuge II | | | 1,600,000 |
| San Diego/Tecolate Commons | | | 4,573,009 |
| San Joaquin/Zettie Miller's Haven | | | 650,000 |
| San Luis Obispo/Wineman Hotel | | | 5,774,000 |
| Santa Clara/Lathono | | | 1,200,000 |
| Solano/House of Joy | | | 1,200,000 |
| Stanislaus/615-5th Street | | | 400,000 |
| Stanislaus/Bennett Place | | | 3,600,000 |
| Stanislaus/Meadow Glen (Coolidge Ave) | | | 5,021,000 |
| **Totals, In Process at County Level** | $          - | $          - | $     51,867,031 |
| **Totals, Projects** | $     154,943,810 | $     65,070,915 | $     51,867,031 |

**California Housing Finance Agency (CalHFA) Estimated Fees Collected**

| Fees | 2009-10* | 2010-11** | 2011-12 *** |
|---|---|---|---|
| Servicing Fee | $          63,002 | $        482,718 | $        734,178 |
| Program Administrative Fee | 849,624 | 51,629 | - |
| Loan Origination Fee | 528,042 | 543,267 | 500,000 |
| **Total, Fees** | $       1,440,668 | $     1,077,614 | $     1,234,178 |
| **Prior Year Fees** | $       4,020,844 | $          - | $          - |

*     As of 6/30/10.  For the period 7/1/2009 to 6/30/2010.
**    For the period July 1, 2010 to 9/30/2010 and estimates for 9/3/2010 to June 30, 2010.
***  Estimates for 7/1/2011 to 6/ 30/ 2010.

**Totals**

| | 2009-10 | 2010-11 | 2011-12 |
|---|---|---|---|
| Balance carried forward from previous year | $     378,798,856 | $     227,601,778 | $     161,453,249 |
| Transfers | $       6,120,000 | $          - | $       6,055,500 |
| Adjustments | $       (932,600) | $          - | $          - |
| Projects | $   (154,943,810) | $   (65,070,915) | $   (51,867,031) |
| Fees | $     (1,440,668) | $    (1,077,614) | $    (1,234,178) |
| **Balance** | $     227,601,778 | $     161,453,249 | $     114,407,540 |

## 4440    Department of Mental Health - Continued

### PROGRAM DESCRIPTIONS

#### 10 - COMMUNITY SERVICES

The Community Services Program coordinates delivery of mental health treatment and support services. Community Services sets overall policy for the delivery of mental health services statewide; develops and oversees performance contracts with county mental health departments; monitors compliance with state and federal statutes; and administers various state-funded programs and projects. Funding assists counties in providing a broad array of mental health treatment and rehabilitative services in a local setting that promotes recovery and integration into the community for clients with mental illness and children and youth with serious emotional disturbance. Producing measurable outcomes is essential to the success of the Community Services Program. This includes consumer satisfaction strategies and enhancing cost-effectiveness by improving clinical efficacy, implementing recovery principles, and valuing a coordinated services approach to serving children, youth, adults, and older adults.

Community Services also provides statewide leadership and oversight for implementation of the Mental Health Services Act, which funds various local programs that expand community mental health services to children, youth, adults and older adults who have severe mental illnesses. Efforts include:
* Expand recovery and resiliency mental heath services to children, youth, adults and older adults who have severe mental illnesses.
* Implement the Prevention and Early Intervention program to reduce stigma, conduct outreach on recognizing early signs of mental illness, and reduce negative mental health outcomes such as suicide, incarceration, homelessness, school failure, unemployment and foster care.
* Develop innovative programs to improve access to high-quality mental health services.
* Expand capital facilities and address technology needs.
* Recruit, retain, and train additional staff to provide mental health services.

#### 20 - LONG-TERM CARE SERVICES

The Long-Term Care Services Program administers the California state hospital system, the Forensic Conditional Release Program (CONREP), the Sex Offender Commitment Program, and the treatment and evaluation of judicially and civilly committed and voluntary patients. The state hospital system includes five state hospitals: Atascadero, Metropolitan, Napa, Patton and Coalinga. In addition, this program includes two inpatient psychiatric programs, one at the California Medical Facility in Vacaville and one at Salinas Valley State Prison, which provide treatment services to California Department of Corrections and Rehabilitation (CDCR) inmates. This program also provides services to juvenile justice wards of CDCR at the Southern Youth Correctional Treatment Center in Norwalk.

#### 35 - DEPARTMENTAL ADMINISTRATION

Departmental Administration provides an array of services to support the Community Services and Long-Term Care Services Programs in meeting their objectives. Services provided include: budgeting, accounting, contracts and procurement, fiscal systems, information technology, personnel, labor relations, business services, local program financial support, and Health Insurance Portability and Accountability Act compliance.

---

### DETAILED EXPENDITURES BY PROGRAM

| | | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|---|
| | **PROGRAM REQUIREMENTS** | | | |
| **10** | **COMMUNITY SERVICES** | | | |
| | **State Operations (Headquarters):** | | | |
| 0001 | General Fund | $18,106 | $20,595 | $20,691 |
| 0311 | Traumatic Brain Injury Fund | 83 | - | - |
| 0890 | Federal Trust Fund | 2,414 | 3,340 | 3,517 |
| 0995 | Reimbursements | 10,697 | 21,882 | 22,913 |
| 3085 | Mental Health Services Fund | 29,968 | 32,988 | 34,617 |
| 3099 | Licensing and Certification Fund, Mental Health | 367 | 363 | 390 |
| | **Totals, State Operations** | **$61,635** | **$79,168** | **$82,128** |
| | **Local Assistance:** | | | |
| 0001 | General Fund | $548,146 | $591,211 | $20,698 |
| 0311 | Traumatic Brain Injury Fund | 597 | - | - |
| 0890 | Federal Trust Fund | 59,393 | 60,691 | 60,691 |
| 0995 | Reimbursements | 1,510,166 | 1,719,553 | 1,504,513 |
| 3085 | Mental Health Services Fund | 1,869,763 | 1,151,850 | 1,521,507 |
| | **Totals, Local Assistance** | **$3,988,065** | **$3,523,305** | **$3,107,409** |
| | **ELEMENT REQUIREMENTS** | | | |

---

* Dollars in thousands, except in Salary Range.

HEALTH AND HUMAN SERVICES                                                      HHS   9

## 4440    Department of Mental Health - Continued

| | | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|---|
| 10.25 | **Community Services - Other Treatment** | **$2,943,865** | **$2,214,924** | **$1,766,337** |
| | **State Operations:** | | | |
| 0001 | General Fund | 18,106 | 20,595 | 20,691 |
| 0311 | Traumatic Brain Injury Fund | 83 | - | - |
| 0890 | Federal Trust Fund | 2,414 | 3,340 | 3,517 |
| 0995 | Reimbursements | 10,697 | 21,882 | 22,913 |
| 3085 | Mental Health Services Fund | 29,968 | 32,988 | 34,617 |
| 3099 | Licensing and Certification Fund, Mental Health | 367 | 363 | 390 |
| | **Local Assistance:** | | | |
| 0001 | General Fund | 168,676 | 133,860 | 2,470 |
| 0890 | Federal Trust Fund | 51,296 | 52,343 | 52,343 |
| 0995 | Reimbursements | 802,802 | 809,853 | 699,020 |
| 3085 | Mental Health Services Fund | 1,859,456 | 1,139,700 | 930,376 |
| 10.30 | **Early and Periodic Screening, Diagnosis and Treatment** | **$1,023,517** | **$1,276,264** | **$1,309,657** |
| | **Local Assistance:** | | | |
| 0001 | General Fund | 348,985 | 439,123 | - |
| 0995 | Reimbursements | 674,532 | 837,141 | 730,676 |
| 3085 | Mental Health Services Fund | - | - | 578,981 |
| 10.35 | **Early Mental Health Initiative Program** | **$27,257** | **$15,000** | **$15,000** |
| | **Local Assistance:** | | | |
| 0001 | General Fund | 27,257 | 15,000 | 15,000 |
| 10.47 | **Children's Mental Health Services** | **$310** | **$310** | **$310** |
| | **Local Assistance:** | | | |
| 0001 | General Fund | 310 | 310 | 310 |
| 10.75 | **Homeless Mentally Disabled** | **$8,097** | **$8,348** | **$8,348** |
| | **Local Assistance:** | | | |
| 0890 | Federal Trust Fund | 8,097 | 8,348 | 8,348 |
| 10.77 | **Brain Damaged Adults** | **$2,918** | **$2,918** | **$2,918** |
| | **Local Assistance:** | | | |
| 0001 | General Fund | 2,918 | 2,918 | 2,918 |
| 10.87 | **Traumatic Brain Injury Project** | **$746** | **$-** | **$-** |
| | **Local Assistance:** | | | |
| 0995 | Reimbursements | 149 | - | - |
| 0311 | Traumatic Brain Injury Fund | 597 | - | - |
| 10.97 | **Healthy Families** | **$32,683** | **$32,559** | **$35,217** |
| | **Local Assistance:** | | | |
| 0995 | Reimbursements | 32,683 | 32,559 | 35,217 |
| 10.98 | **Continued Implementation of the MHSA** | **$10,307** | **$52,150** | **$51,750** |
| | **Local Assistance:** | | | |
| 0995 | Reimbursements | - | 40,000 | 39,600 |
| 3085 | Mental Health Services Fund | 10,307 | 12,150 | 12,150 |
| | **PROGRAM REQUIREMENTS** | | | |
| 15 | **MENTAL HEALTH SERVICES OVERSIGHT AND ACCOUNTABILITY COMMISSION** | **$3,618** | **$-** | **$-** |
| | **State Operations:** | | | |
| 3085 | Mental Health Services Fund | 3,618 | - | - |
| | **Totals, State Operations** | **$3,618** | **$-** | **$-** |
| | **PROGRAM REQUIREMENTS** | | | |

* Dollars in thousands, except in Salary Range.

## 4440    Department of Mental Health - Continued

|  |  | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|---|
| 20 | **LONG-TERM CARE SERVICES** | | | |
|  | **State Operations:** | | | |
| 0001 | General Fund | $1,144,837 | $1,191,858 | $1,264,666 |
| 0814 | California State Lottery Education Fund | 90 | 145 | 145 |
| 0995 | Reimbursements | 87,569 | 80,319 | 81,493 |
|  | **Totals, State Operations** | $1,232,496 | $1,272,322 | $1,346,304 |
|  | **ELEMENT REQUIREMENTS** | | | |
|  | **State Operations (Headquarters):** | | | |
| 0001 | General Fund | **$27,969** | **$25,219** | **$34,797** |
| 20.10 | **Lanterman-Petris-Short** | **$82,016** | **$77,479** | **$78,710** |
|  | **State Operations:** | | | |
| 0001 | General Fund | 500 | 500 | 500 |
| 0814 | California State Lottery Education Fund | 90 | 145 | 145 |
| 0995 | Reimbursements | 81,426 | 76,834 | 78,065 |
| 20.20 | **Penal Code and Judicially Committed** | **$963,955** | **$1,142,921** | **$1,206,094** |
|  | **State Operations:** | | | |
| 0001 | General Fund | 957,812 | 1,139,436 | 1,202,666 |
| 0995 | Reimbursements | 6,143 | 3,485 | 3,428 |
| 20.30 | **Department of Corrections and Rehabilitation** | **$131,862** | **$-** | **$-** |
|  | **State Operations:** | | | |
| 0001 | General Fund | 131,862 | - | - |
| 20.70 | **Conditional Release Program** | **$26,694** | **$26,703** | **$26,703** |
|  | **State Operations:** | | | |
| 0001 | General Fund | 26,694 | 26,703 | 26,703 |
|  | **TOTALS, EXPENDITURES** | | | |
|  | State Operations | 1,297,749 | 1,351,490 | 1,428,432 |
|  | Local Assistance | 3,988,065 | 3,523,305 | 3,107,409 |
|  | **Totals, Expenditures** | **$5,285,814** | **$4,874,795** | **$4,535,841** |

## EXPENDITURES BY CATEGORY

| 1 State Operations | Positions/Personnel Years | | | Expenditures | | |
|---|---|---|---|---|---|---|
|  | 2009-10 | 2010-11 | 2011-12 | 2009-10* | 2010-11* | 2011-12* |
| **Headquarters** | | | | | | |
| PERSONAL SERVICES | | | | | | |
| Authorized Positions (Equals Sch. 7A) | 491.1 | 516.4 | 516.4 | $28,065 | $34,055 | $34,746 |
| Total Adjustments | - | - | - | - | -3,360 | - |
| Estimated Salary Savings | - | -51.0 | -51.0 | - | -2,655 | -3,346 |
| **Net Totals, Salaries and Wages** | **491.1** | **465.4** | **465.4** | **$28,065** | **$28,040** | **$31,400** |
| Staff Benefits | - | - | - | 10,444 | 10,429 | 10,712 |
| **Totals, Personal Services** | **491.1** | **465.4** | **465.4** | **$38,509** | **$38,469** | **$42,112** |
| OPERATING EXPENSES AND EQUIPMENT | | | | $81,407 | $92,621 | $101,515 |
| **TOTALS, POSITIONS AND EXPENDITURES (Headquarters)** | | | | **$119,916** | **$131,090** | **$143,627** |
| **State Hospitals** | | | | | | |
| PERSONAL SERVICES | | | | | | |
| Authorized Positions (Equals Sch. 7A) | 9,771.0 | 11,507.3 | 11,716.3 | $729,853 | $832,149 | $857,559 |
| Total Adjustments | - | - | 80.3 | - | -43,958 | 7,454 |
| Estimated Salary Savings | - | -1,136.0 | -1,135.4 | - | -86,953 | -101,751 |

* Dollars in thousands, except in Salary Range.

HEALTH AND HUMAN SERVICES                                                              HHS   11

# 4440    Department of Mental Health - Continued

| 1 State Operations | Positions/Personnel Years | | | Expenditures | | |
|---|---|---|---|---|---|---|
| | 2009-10 | 2010-11 | 2011-12 | 2009-10* | 2010-11* | 2011-12* |
| Net Totals, Salaries and Wages | 9,771.0 | 10,371.3 | 10,661.2 | $729,853 | $701,238 | $763,262 |
| Staff Benefits | - | - | - | 228,618 | 282,183 | 283,649 |
| Totals, Personal Services | 9,771.0 | 10,371.3 | 10,661.2 | $958,471 | $983,421 | $1,046,911 |
| OPERATING EXPENSES AND EQUIPMENT | | | | $178,768 | $194,909 | $194,910 |
| SPECIAL ITEMS OF EXPENSE | | | | | | |
| Lease Payment | | | | $40,523 | $41,945 | $42,851 |
| Bond Insurance | | | | 71 | 125 | 133 |
| Totals, Special Items of Expense | | | | $40,594 | $42,070 | $42,984 |
| TOTALS, POSITIONS AND EXPENDITURES (State Hospitals) | | | | $1,177,833 | $1,220,400 | $1,284,805 |
| TOTALS, POSITIONS AND EXPENDITURES, ALL FUNDS (State Operations) | 10,262.1 | 10,836.7 | 11,126.6 | $1,297,749 | $1,351,490 | $1,428,432 |

| 2 Local Assistance | Expenditures | | |
|---|---|---|---|
| | 2009-10* | 2010-11* | 2011-12* |
| Community Services - Other Treatment | $1,022,774 | $996,056 | $753,833 |
| Early and Periodic Screening, Diagnosis and Treatment | 1,023,517 | 1,276,264 | 1,309,657 |
| Early Mental Health Initiative Program | 27,257 | 15,000 | 15,000 |
| Children's Mental Health Services | 310 | 310 | 310 |
| Homeless Mentally Disabled | 8,097 | 8,348 | 8,348 |
| Brain Damaged Adults | 2,918 | 2,918 | 2,918 |
| Traumatic Brain Injury Projects | 746 | - | - |
| Healthy Families | 32,683 | 32,559 | 35,217 |
| Continued Implementation of the MHSA | 10,307 | 52,150 | 51,750 |
| Mental Health Services Fund | 1,859,456 | 1,139,700 | 930,376 |
| TOTALS, EXPENDITURES, ALL FUNDS (Local Assistance) | $3,988,065 | $3,523,305 | $3,107,409 |

## DETAIL OF APPROPRIATIONS AND ADJUSTMENTS

| 1   STATE OPERATIONS | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| **0001   General Fund** | | | |
| APPROPRIATIONS | | | |
| 001 Budget Act appropriation (Headquarters) | $65,929 | $46,456 | $51,007 |
| Allocation for employee compensation | - | 104 | |
| Adjustment per Section 3.60 | 54 | 491 | - |
| Reduction per Section 3.90 | -2,739 | -1,662 | - |
| Adjustment per Section 4.04 | -2,008 | - | |
| Adjustment per Section 4.30 | 61 | 207 | - |
| Reduction per Control Section 3.91 | - | -899 | - |
| Adjustment per Section 3.55 | -15 | - | - |
| Reduction per Section 18.40 | -8,447 | - | - |
| 003 Budget Act appropriation | 40,617 | 43,097 | 42,983 |
| Adjustment per Section 4.30 | -2,618 | -1,085 | - |
| 005 Budget Act appropriation | - | - | 3,351 |
| 011 Budget Act appropriation (State Hospitals) as amended by Chapter 1, Statutes of 2009, Fourth Extraordinary Session | 1,193,423 | - | - |
| Adjustment per Section 3.60 | -1,059 | - | - |

---

* Dollars in thousands, except in Salary Range.

# 4440   Department of Mental Health - Continued

|  | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| **1  STATE OPERATIONS** | | | |
| Reduction per Section 3.90 | -134,266 | - | - |
| Adjustment per Section 4.04 | -4,412 | - | - |
| Adjustment per Section 3.55 | -2,027 | - | - |
| 011 Budget Act appropriation (State Hospitals) | - | 1,185,375 | 1,159,683 |
| Allocation for employee compensation | - | 2,354 | - |
| Adjustment per Section 3.60 | - | 18,220 | - |
| Reduction per Section 3.90 | - | -55,335 | - |
| Transfer to Legislative Claims (9670) | - | -1 | - |
| Reduction per Control Section 3.91 | - | -55,895 | - |
| 016 Budget Act appropriation | 27,453 | 26,703 | 26,703 |
| 017 Budget Act appropriation | 1,146 | 1,114 | 1,085 |
| Allocation for employee compensation | - | 1 | - |
| Adjustment per Section 3.60 | 1 | 5 | - |
| Reduction per Section 3.90 | -54 | -34 | - |
| Adjustment per Section 4.04 | -33 | - | - |
| Adjustment per Section 4.30 | 1 | 4 | - |
| Reduction per Control Section 3.91 | - | -18 | - |
| Welfare and Institutions Code Section 4094 | - | 45 | 45 |
| Welfare and Institutions Code Section 4112(b) | 521 | 500 | 500 |
| Prior year balances available: | | | |
| Chapter 322, Statutes of 2007 | 2,843 | 2,706 | - |
| **Totals Available** | **$1,174,371** | **$1,212,453** | **$1,285,357** |
| Unexpended balance, estimated savings | -8,722 | - | - |
| Balance available in subsequent years | -2,706 | - | - |
| **TOTALS, EXPENDITURES** | **$1,162,943** | **$1,212,453** | **$1,285,357** |
| **0311   Traumatic Brain Injury Fund** | | | |
| APPROPRIATIONS | | | |
| 001 Budget Act appropriation (Headquarters) | $122 | - | - |
| **Totals Available** | **$122** | **$-** | **$-** |
| Unexpended balance, estimated savings | -39 | - | - |
| **TOTALS, EXPENDITURES** | **$83** | **$-** | **$-** |
| **0814   California State Lottery Education Fund** | | | |
| APPROPRIATIONS | | | |
| Government Code Section 8880.5 | $90 | $145 | $145 |
| **TOTALS, EXPENDITURES** | **$90** | **$145** | **$145** |
| **0890   Federal Trust Fund** | | | |
| APPROPRIATIONS | | | |
| 001 Budget Act appropriation as amended by Chapter 1, Statutes of 2009, Fourth Extraordinary Session | $3,524 | - | - |
| Adjustment per Section 3.60 | 2 | - | - |
| Reduction per Section 3.90 | -160 | - | - |
| Adjustment per Section 4.30 | 9 | - | - |
| Adjustment per Section 3.55 | -2 | - | - |
| Budget Adjustment | -959 | - | - |
| 001 Budget Act appropriation | - | $3,539 | $3,517 |
| Allocation for employee compensation | - | 5 | - |
| Adjustment per Section 3.60 | - | 24 | - |
| Reduction per Section 3.90 | - | -52 | - |
| Adjustment per Section 4.30 | - | 29 | - |

---

* Dollars in thousands, except in Salary Range.

## 4440    Department of Mental Health - Continued

| 1  STATE OPERATIONS | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| Reduction per Control Section 3.91 | - | -205 | - |
| **TOTALS, EXPENDITURES** | **$2,414** | **$3,340** | **$3,517** |
| **0995   Reimbursements** | | | |
| APPROPRIATIONS | | | |
| Reimbursements | $98,266 | $102,201 | $104,406 |
| **3085   Mental Health Services Fund** | | | |
| APPROPRIATIONS | | | |
| 001 Budget Act appropriation as amended by Chapter 1, Statutes of 2009, Fourth Extraordinary Session | $40,124 | - | - |
| Adjustment per Section 3.60 | 26 | - | - |
| Reduction per Section 3.90 | -1,746 | - | - |
| Adjustment per Section 4.30 | 51 | - | - |
| Reduction per Section 15.30 | -164 | - | - |
| Adjustment per Section 3.55 | -10 | - | - |
| 001 Budget Act appropriation | - | $35,077 | $34,617 |
| Allocation for employee compensation | - | 49 | - |
| Adjustment per Section 3.60 | - | 235 | - |
| Reduction per Section 3.90 | - | -517 | - |
| Adjustment per Section 4.30 | - | 174 | - |
| Reduction per Control Section 3.91 | - | -2,030 | - |
| **Totals Available** | **$38,281** | **$32,988** | **$34,617** |
| Unexpended balance, estimated savings | -4,695 | | |
| **TOTALS, EXPENDITURES** | **$33,586** | **$32,988** | **$34,617** |
| **3099   Licensing and Certification Fund, Mental Health** | | | |
| APPROPRIATIONS | | | |
| 001 Budget Act appropriation | $397 | $384 | $390 |
| Allocation for employee compensation | - | 1 | - |
| Adjustment per Section 3.60 | - | 2 | - |
| Reduction per Section 3.90 | -18 | -6 | - |
| Adjustment per Section 4.30 | 1 | 5 | - |
| Reduction per Control Section 3.91 | - | -23 | - |
| **Totals Available** | **$380** | **$363** | **$390** |
| Unexpended balance, estimated savings | -13 | | |
| **TOTALS, EXPENDITURES** | **$367** | **$363** | **$390** |
| **TOTALS, EXPENDITURES, ALL FUNDS (State Operations)** | **$1,297,749** | **$1,351,490** | **$1,428,432** |
| | | | |
| 2  LOCAL ASSISTANCE | 2009-10* | 2010-11* | 2011-12* |
| **0001   General Fund, Proposition 98** | | | |
| APPROPRIATIONS | | | |
| 102 Budget Act appropriation (Early Mental Health Initiative) | $15,000 | $15,000 | $15,000 |
| Chapter 3, Statutes of 2009, Fourth Extraordinary Session | 12,257 | - | - |
| **TOTALS, EXPENDITURES** | **$27,257** | **$15,000** | **$15,000** |
| **0001   General Fund** | | | |
| APPROPRIATIONS | | | |
| 101 Budget Act appropriation as amended by Chapter 1, Statutes of 2009, Fourth Extraordinary Session | $352,697 | - | - |
| 101 Budget Act appropriation | - | $2,780 | $2,780 |
| 103 Budget Act appropriation (Mental Health Managed Care) | 226,654 | 150,347 | - |
| Adjustment per Control Section 8.65 | - | -18,957 | |

---

* Dollars in thousands, except in Salary Range.

## 4440   Department of Mental Health - Continued

| 2   LOCAL ASSISTANCE | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| Reduction per Section 18.40 | -113,380 | - | - |
| 104 Budget Act appropriation | 104,000 | - | - |
| Reduction per Section 18.40 | -52,000 | - | - |
| 105 Budget Act appropriation | - | 483,048 | - |
| Adjustment per Control Section 8.65 | - | -43,925 | - |
| 111 Budget Act appropriation (Brain Damaged Adults) | 10,547 | 2,918 | 2,918 |
| Reduction per Section 18.40 | -7,629 | - | - |
| 115 Budget Act appropriation | 86,679 | - | - |
| Prior Year Payment (EPSDT) | -86,679 | - | - |
| **TOTALS, EXPENDITURES** | **$520,889** | **$576,211** | **$5,698** |

### 0311   Traumatic Brain Injury Fund

| APPROPRIATIONS | | | |
|---|---|---|---|
| 101 Budget Act appropriation | $1,050 | - | - |
| **Totals Available** | **$1,050** | **$-** | **$-** |
| Unexpended balance, estimated savings | -453 | - | - |
| **TOTALS, EXPENDITURES** | **$597** | **$-** | **$-** |

### 0890   Federal Trust Fund

| APPROPRIATIONS | | | |
|---|---|---|---|
| 101 Budget Act appropriation as amended by Chapter 1, Statutes of 2009, Fourth Extraordinary Session | $60,691 | - | - |
| Budget Adjustment | -1,298 | - | - |
| 101 Budget Act appropriation | - | $60,691 | $60,691 |
| **TOTALS, EXPENDITURES** | **$59,393** | **$60,691** | **$60,691** |

### 0995   Reimbursements

| APPROPRIATIONS | | | |
|---|---|---|---|
| Reimbursements | $1,510,166 | $1,719,553 | $1,504,513 |

### 3085   Mental Health Services Fund

| APPROPRIATIONS | | | |
|---|---|---|---|
| 101 Budget Act appropriation as amended by Chapter 1, Statutes of 2009, Fourth Extraordinary Session | $12,150 | - | - |
| 101 Budget Act appropriation | - | $12,150 | $12,150 |
| Budget Act Appropriation | - | - | 183,590 |
| 105 Budget Act Appropriation | - | - | 578,981 |
| 295 Budget Act appropriation | - | - | 98,586 |
| Welfare and Institutions Code Section 5890 | 1,859,456 | 1,139,700 | 648,200 |
| **Totals Available** | **$1,871,606** | **$1,151,850** | **$1,521,507** |
| Unexpended balance, estimated savings | -1,843 | - | - |
| **TOTALS, EXPENDITURES** | **$1,869,763** | **$1,151,850** | **$1,521,507** |
| **TOTALS, EXPENDITURES, ALL FUNDS (Local Assistance)** | **$3,988,065** | **$3,523,305** | **$3,107,409** |
| **TOTALS, EXPENDITURES, ALL FUNDS (State Operations and Local Assistance)** | **$5,285,814** | **$4,874,795** | **$4,535,841** |

## FUND CONDITION STATEMENTS

| | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| **3085   Mental Health Services Fund** [s] | | | |
| BEGINNING BALANCE | $2,149,360 | $1,053,285 | $743,257 |
| Prior year adjustments | 3,435 | - | - |
| Adjusted Beginning Balance | $2,152,795 | $1,053,285 | $743,257 |
| REVENUES, TRANSFERS, AND OTHER ADJUSTMENTS | | | |
| Revenues: | | | |
| 114700 Personal Income Tax | 798,570 | 891,000 | 924,000 |

* Dollars in thousands, except in Salary Range.

## 4440    Department of Mental Health - Continued

|  | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| 150300 Income From Surplus Money Investments | 14,885 | 3,900 | 494 |
| Total Revenues, Transfers, and Other Adjustments | $813,455 | $894,900 | $924,494 |
| Total Resources | $2,966,250 | $1,948,185 | $1,667,751 |
| EXPENDITURES AND EXPENDITURE ADJUSTMENTS | | | |
| Expenditures: | | | |
| 0250 Judicial Branch (State Operations) | 999 | 1,012 | 1,063 |
| 0840 State Controller (State Operations) | 295 | 714 | 1,733 |
| 1110 Department of Consumer Affairs Regulatory Boards (State Operations) | 271 | 122 | 120 |
| 4140 Office of Statewide Health Planning and Development | | | |
| State Operations | 2,937 | 5,879 | 5,895 |
| Local Assistance | 436 | 500 | 500 |
| 4170 Department of Aging (State Operations) | 115 | 236 | 259 |
| 4200 Department of Alcohol and Drug Programs (State Operations) | 251 | 289 | 267 |
| 4260 Department of Health Care Services (State Operations) | 842 | 1,331 | 1,522 |
| 4280 Managed Risk Medical Insurance Board (State Operations) | 81 | 171 | 177 |
| 4300 Department of Developmental Services | | | |
| State Operations | 322 | 393 | 393 |
| Local Assistance | 740 | 740 | 740 |
| 4440 Department of Mental Health | | | |
| State Operations | 33,586 | 32,988 | 34,617 |
| Local Assistance | 1,869,763 | 1,151,850 | 1,521,507 |
| 4560 Mental Health Services Oversight and Accountability Commission (State Operations) | - | 5,408 | 4,529 |
| 5160 Department of Rehabilitation (State Operations) | 103 | 220 | 216 |
| 5180 Department of Social Services (State Operations) | 734 | 759 | 766 |
| 6110 Department of Education (State Operations) | 523 | 940 | 711 |
| 6120 California State Library (State Operations) | 171 | 182 | 179 |
| 6870 Board of Governors of the California Community Colleges (State Operations) | 158 | 212 | 216 |
| 8880 Financial Information System for California (State Operations) | - | 28 | 190 |
| 8940 Military Department (State Operations) | 215 | 451 | 552 |
| 8955 Department of Veterans Affairs | | | |
| State Operations | 153 | 233 | 237 |
| Local Assistance | 270 | 270 | 270 |
| Total Expenditures and Expenditure Adjustments | $1,912,965 | $1,204,928 | $1,576,659 |
| FUND BALANCE | $1,053,285 | $743,257 | $91,092 |
| Reserve for economic uncertainties | 1,053,285 | 743,257 | 91,092 |

### 3099   Licensing and Certification Fund, Mental Health [5]

|  | | | |
|---|---|---|---|
| BEGINNING BALANCE | $1 | $115 | $121 |
| Prior year adjustments | 79 | - | - |
| Adjusted Beginning Balance | $80 | $115 | $121 |
| REVENUES, TRANSFERS, AND OTHER ADJUSTMENTS | | | |
| Revenues: | | | |
| 125700 Other Regulatory Licenses and Permits | 402 | 369 | 383 |
| Total Revenues, Transfers, and Other Adjustments | $402 | $369 | $383 |
| Total Resources | $482 | $484 | $504 |
| EXPENDITURES AND EXPENDITURE ADJUSTMENTS | | | |
| Expenditures: | | | |
| 4440 Department of Mental Health (State Operations) | 367 | 363 | 390 |
| Total Expenditures and Expenditure Adjustments | $367 | $363 | $390 |
| FUND BALANCE | $115 | $121 | $114 |

* Dollars in thousands, except in Salary Range.

HEALTH AND HUMAN SERVICES

## 4440    Department of Mental Health - Continued

|  | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| Reserve for economic uncertainties | 115 | 121 | 114 |

### CHANGES IN AUTHORIZED POSITIONS

| | Positions/Personnel Years | | | Expenditures | | |
|---|---|---|---|---|---|---|
| | 2009-10 | 2010-11 | 2011-12 | 2009-10* | 2010-11* | 2011-12* |
| Totals, Authorized Positions | 10,262.1 | 12,023.7 | 12,232.7 | $757,918 | $866,204 | $892,305 |
| Salary Adjustments | - | - | - | - | - | 1,780 |
| Furlough Adjustments | - | - | - | - | -21,009 | - |
| PLP Adjustments | - | - | - | - | -26,309 | - |
| **Workload and Administrative Adjustments:** | | | | **Salary Range** | | |
| **Vacaville Psychiatric Program (VPP) - Coleman Beds - Phase II Full Year** | | | | | | |
| **Level-of-Care Professional:** | | | | | | |
| Staff Psychiatrist | - | - | 2.0 | 19,554-22,377 | - | 503 |
| Physician & Surgeon | - | - | 1.0 | 13,886-16,413 | - | 182 |
| Nurse Practitioner | - | - | 1.0 | 9,064-10,329 | - | 116 |
| Psychologist | - | - | 2.0 | 8,400-8,930 | - | 208 |
| Rehab Therapist | - | - | 2.0 | 5,679-6,367 | - | 145 |
| Clinical Soc Worker | - | - | 2.0 | 3,554-4,430 | - | 96 |
| Dietetic Techn | - | - | 1.0 | 2,746-3,339 | - | 36 |
| **Level-of-Care Nursing:** | | | | | | |
| Registered Nurse | - | - | 8.0 | 8,030-9,296 | - | 832 |
| Sr Med Tech Asst | - | - | 4.0 | 5,675-6,892 | - | 302 |
| Med Tech Asst | - | - | 22.0 | 5,055-6,144 | - | 1,478 |
| **Non Level-of-Care:** | | | | | | |
| Asst Coord Nursing Svcs | - | - | 2.0 | 7,116-8,651 | - | 189 |
| Prog Asst | - | - | 2.0 | 6,883-7,557 | - | 173 |
| Hlth & Safety Ofcr | - | - | 1.0 | 4,622-5,576 | - | 61 |
| Training Ofcr I | - | - | 1.0 | 4,402-5,348 | - | 58 |
| Acctg Ofcr | - | - | 1.0 | 3,841-4,670 | - | 51 |
| Hlth Recds Techn I | - | - | 1.0 | 3,367-3,680 | - | 42 |
| Prop Controller I | - | - | 1.0 | 3,158-3,836 | - | 42 |
| Supvng Cook I | - | - | 1.0 | 2,901-3,526 | - | 39 |
| Med Transcriber | - | - | 1.0 | 2,751-3,354 | - | 37 |
| Ofc Techn (T) | - | - | 3.0 | 2,686-3,264 | - | 107 |
| Cook Spec II | - | - | 2.0 | 2,659-3,233 | - | 71 |
| Acctg Techn | - | - | 1.0 | 2,638-3,209 | - | 35 |
| Custodian Suprv II | - | - | 1.0 | 2,507-3,050 | - | 33 |
| Custodian | - | - | 2.0 | 2,098-2,549 | - | 56 |
| **Total, VPP Coleman Beds Full Year** | | | **65.0** | **$-** | **$-** | **$4,892** |
| **VPP - Coleman Beds - Phase II Partial Year** | | | | | | |
| **Level-of-Care Nursing:** | | | | | | |
| Med Tech Asst (4.0 pos eff 10-1-11, 6.0 pos eff 11-1-11 and 2.0 pos eff 1-1-12) | - | - | 8.0 | 5,055-6,144 | | 538 |
| **Non Level-of-Care:** | | | | | | |
| Hlth Recds Techn I | - | - | 1.0 | 3,367-3,680 | - | 42 |
| Supvng Cook I (1.0 pos eff 9-1-11) | - | - | 0.8 | 2,901-3,526 | | 31 |
| Med Transcriber (1.0 pos eff 9-1-11) | - | - | 0.8 | 2,751-3,354 | | 29 |
| Cook Spec II (1.0 pos eff 9-1-11, 1.0 pos eff 11-1-11) | - | - | 1.5 | 2,659-3,233 | | 53 |

---

* Dollars in thousands, except in Salary Range.

HEALTH AND HUMAN SERVICES                                                                                    HHS   17

# 4440    Department of Mental Health - Continued

| | Positions/Personnel Years | | | Expenditures | | |
|---|---|---|---|---|---|---|
| | 2009-10 | 2010-11 | 2011-12 | 2009-10* | 2010-11* | 2011-12* |
| Custodian (2.0 pos eff 8-1-11, 2.0 pos eff 11-1-11) | - | - | 3.2 | 2,098-2,549 | - | 89 |
| **Total, VPP Coleman Beds Partial Year** | - | - | 15.3 | $- | $- | $782 |
| **Totals, Workload & Admin Adjustments** | - | - | 80.3 | $- | $- | $5,674 |
| **Total Adjustments** | - | - | 80.3 | $- | -$47,318 | $7,454 |
| **TOTALS, SALARIES AND WAGES** | 10,262.1 | 12,023.7 | 12,313.0 | $757,918 | $818,886 | $899,759 |

## INFRASTRUCTURE OVERVIEW

The Department of Mental Health operates five state hospitals throughout California including: Atascadero State Hospital (San Luis Obispo County), Coalinga State Hospital (Fresno County), Metropolitan State Hospital (Los Angeles County), Napa State Hospital (Napa County), and Patton State Hospital (San Bernardino County). These five facilities comprise over 5.9 million gross square feet of space on 2,600 acres of land. Each state hospital provides inpatient treatment services for California's mentally disabled.

## SUMMARY OF PROJECTS

| | State Building Program Expenditures | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|---|
| 55 | **CAPITAL OUTLAY** | | | |
| | **Major Projects** | | | |
| 55.35 | **METROPOLITAN STATE HOSPITAL** | **$5,177** | **$-** | **$-** |
| 55.35.295 | Construct New Kitchen & Remodel Satellite Serving Kitchens | 5,177[Cgn] | - | - |
| 55.40 | **NAPA STATE HOSPITAL** | **$-** | **$-** | **$33,256** |
| 55.40.280 | Construct New Main Kitchen | - | - | 28,954[WCn] |
| 55.40.285 | Metropolitan and Napa Fire Sprinkler System for Skilled Nursing Facility | - | - | 2,092[PWg] |
| 55.40.295 | Fire Alarm Replacement System | - | - | 2,210[PWg] |
| 55.45 | **PATTON STATE HOSPITAL** | **$-** | **$-** | **$62,118** |
| 55.45.270 | Renovate Admission Suite & FL&S & Environ Improv Phases II&III-EB Bld | - | - | 28,982[Cn] |
| 55.45.295 | Construct New Main Kitchen | - | - | 33,136[WCn] |
| | **Totals, Major Projects** | **$5,177** | **$-** | **$95,374** |
| **TOTALS, EXPENDITURES, ALL PROJECTS** | | **$5,177** | **$-** | **$95,374** |

| FUNDING | | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|---|
| 0001 | General Fund | $10 | $- | $4,302 |
| 0660 | Public Buildings Construction Fund | 5,167 | - | 91,072 |
| **TOTALS, EXPENDITURES, ALL FUNDS** | | **$5,177** | **$-** | **$95,374** |

## DETAIL OF APPROPRIATIONS AND ADJUSTMENTS

| 3   CAPITAL OUTLAY | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| **0001   General Fund** | | | |
| APPROPRIATIONS | | | |
| 301 Budget Act appropriation | - | - | $4,302 |
| Prior year balances available: | | | |
| Item 4440-301-0001, Budget Act of 2007 | $10 | - | - |
| Item 4440-301-0001, Budget Act of 2008 | 100 | - | - |
| **Totals Available** | **$110** | **$-** | **$4,302** |
| Unexpended balance, estimated savings | -100 | - | - |
| **TOTALS, EXPENDITURES** | **$10** | **$-** | **$4,302** |
| **0660   Public Buildings Construction Fund** | | | |
| APPROPRIATIONS | | | |

---

* Dollars in thousands, except in Salary Range.

HHS   18                                                                HEALTH AND HUMAN SERVICES

## 4440   Department of Mental Health - Continued

| 3  CAPITAL OUTLAY | 2009-10* | 2010-11* | 2011-12* |
|---|---|---|---|
| *Prior year balances available:* | | | |
| Item 4440-301-0660, Budget Act of 2005, as reappropriated by Item 4440-490, Budget Act of 2006 and Item 4440-491, Budget Act of 2007 | $28,982 | $28,982 | $28,982 |
| Item 4440-301-0660, Budget Act of 2007 | 2,657 | - | - |
| *Augmentation per Government Code Sections 16352, 16409 and 16354* | 2,510 | - | - |
| Item 4440-301-0660, Budget Act of 2008 | 62,090 | 62,090 | 62,090 |
| **Totals Available** | **$96,239** | **$91,072** | **$91,072** |
| Balance available in subsequent years | -91,072 | -91,072 | - |
| **TOTALS, EXPENDITURES** | **$5,167** | **$-** | **$91,072** |
| **TOTALS, EXPENDITURES, ALL FUNDS (Capital Outlay)** | **$5,177** | **$-** | **$95,374** |

---

**\* Dollars in thousands, except in Salary Range.**

# EXHIBIT T

CALIFORNIA DEPARTMENT OF
# MENTAL HEALTH

Home -» services and programs -» state hospitals -» **Atascadero**

# Atascadero State Hospital: Home Page

Mission | Values | Vision | Philosophy | History

## Our Mission



The staff of Atascadero State Hospital (ASH) proudly serve the people of the State of California by providing protection for the community, expert evaluations for the courts, and state-of-the-science psychiatric recovery services for individuals referred to us from across the state.

The mission of ASH is three-fold: Protection, Recovery, and Evaluation.

**Protection:** In emphasizing public safety, we provide a secure environment within which individuals referred to our care can recover from the effects of their psychiatric conditions. This secure environment protects the community as well as the people within the hospital and enables and supports the therapeutic milieu.

**Recovery:** We provide up-to-date treatment and rehabilitation services to the individuals in our care and ensure that community standards of practice and care are provided in our facility. We recognize that recovery is most effectively achieved when services are person oriented, empirically based, and arise out of a diverse theoretical and multidisciplinary foundation.

**Evaluation:** We provide consumer-specific objective evaluations and recommendations to the courts and other agencies using the most up-to-date instruments and risk assessment models.

## Values

**Excellence.** The hospital is committed to the pursuit of clinical, forensic, and organizational excellence. We provide those we serve with the most up-to-date treatment. We provide our staff with opportunities for career-long professional development, research, and continuing education.

**Security.** The hospital's security is dependent, first and foremost, on the partnership between skilled clinical and hospital police staff. These two groups communicate regularly, both formally and informally, and monitor safe therapeutic relationships between staff and patient residents, control of contraband and criminal activity, and the integrity of the perimeter of the facility.

**Norm of non-violence.** The staff members of ASH work with the residents to promote and maintain a norm of nonviolence in the hospital. Staff members continually model and teach pro-social communication skills. Each individual is assisted in using his strengths to learn new skills to manage his behavior in an environment that is designed to be a model of the larger community.

**Spirit of community.** A spirit of community and value in service is maintained by all employees. Mutual respect, open communications, and teamwork create an atmosphere of pride and esprit de corps.

**Dignity and Respect.** All individuals in our care deserve respect and benevolence in treatment with maximum involvement possible in their care decisions. Essential interpersonal skills are cultivated in an environment that is supportive while still setting limits. We create and maintain an atmosphere of mutual dignity and respect, and cultural awareness so that individuals can work towards achieving their own personal goals.

**Innovation.** The hospital is committed to fostering an environment wherein innovation, change, creative problem solving, and performance improvement occur in an atmosphere of collaboration, with mindful planning that supports input from the staff and the individuals we serve.

**Individual Responsibility.** The hospital promotes individual responsibility and accountability of each person. Employees and patients are empowered to identify problems, propose recommendations, and implement solutions.

## Vision

We envision a hospital in which individuals referred to our care receive the treatment, rehabilitation services, and support they need to recover from a psychiatric disability. We strive to ameliorate disabling symptoms of mental disorders, assist in the development of knowledge and skills needed to meet daily life challenges, and support the concept that, through hope, positive change is possible and all individuals can move forward towards recovery. We provide opportunities for individuals to experience a sense of purpose, have a role as a contributing member of their community, and realize that their ideas can and do make a difference in the life of the hospital.

We envision a hospital in which staff are healthy, well-trained, and competent. Staff are engaged, productive, and motivated to provide quality services. Each staff member is valued for their skill, unique experiences, and specialized training. Contributions are acknowledged and rewarded.

We envision a hospital milieu in which the physical environment is clean, attractive, well-maintained, comfortable, and safe. Within the milieu, individuals are afforded choices, input into treatment decisions, and positive support. Staff are familiar with each individual's recovery objectives and take the opportunity to reinforce learning on a daily basis. Conflicts are resolved with respect and equanimity; the individual's needs are understood and supported; and safety and security are integral to everyday life.

## Philosophy

As a public sector forensic psychiatric facility, public protection is our first concern. Our recovery efforts are best provided in an environment that successfully balances security with each individual's recovery needs. We fulfill our security mandate while at the same time, to the extent possible, creating the least restrictive rehabilitation milieu to promote maximum autonomy.

We recognize that psychiatric disorders, including those that are associated with habitual criminal and anti-social acts, are complex phenomena stemming from various nurture and nature influences. We maintain that while severe and persistent psychiatric disorders are not curable at this time, rehabilitation and development of skills and supports needed to achieve one's goals are within the reach of each and every individual. We strive to assist those in our care to manage their symptoms, antisocial behaviors, and develop functional skills using the most current biological and psychosocial rehabilitation available so that they may be returned to their communities with pro-social skills that promote nonviolence. We continually seek to discover new, more effective modes of treatment and actively engage in collaborative scholarly activities with experts in the field of behavioral health, nationally and internationally.

We believe that the process of providing expert clinical evaluation and treatment for mentally ill forensic individuals takes place most effectively in an environment that fosters innovation, creative problem-solving, and mutual respect within a dynamic therapeutic milieu. Competency, respect for social and cultural differences and active efforts to dispel the stigma that is associated with the person's criminal offenses are paramount. Expert clinical evaluation is drawn directly from current risk assessment models and addresses the needs of external agencies and stakeholders.

All members of the hospital community share a responsibility for safety and security including security in interpersonal relationships and identification and control of contraband and environmental security risks. We provide structure, support, and validation for those we serve to facilitate recovery.

# History and Description

Located on California's Central Coast, midway between San Francisco and Los Angeles, Atascadero State Hospital (ASH) is an all-male, maximum security, forensic facility serving the entire state of California. ASH opened in 1954 and is a completely self-contained psychiatric hospital constructed within a security perimeter. ASH has a licensed capacity of 1275 beds, of which 204 are acute/psychiatric and 1071 are intermediate care. All residents at Atascadero State Hospital are male and have a mental disability and pose a threat to others or themselves. The majority are remanded for treatment by the superior courts of the counties of California or by the Department of Corrections pursuant to various sections of the California Penal Code and the Welfare and Institutions Code. Individuals are admitted from state prisons, county jails or are transferred from other state hospitals. The hospital does not accept voluntary admissions.

As a public sector facility, ASH's mission is linked to public policy. ASH has undergone a number of changes due to shifting public, professional, and legislative policy and law regarding the relationship between crime and mental disorders. The hospital's current mission includes the provision of a secure environment that protects the community as well as the people within the hospital, evaluations to the courts and other agencies, and recovery-focused treatment and rehabilitation services.



The hospital is currently incorporating the concepts, philosophy and activities put forth in the Recovery Model of Psychosocial Rehabilitation. The Recovery Model incorporates the elements of hope, choice, empowerment, respect, and self determination for the individuals served, while supporting the individual's recovery through a variety of cognitive, social, and functional skill-building strategies. The model is growth-oriented and normalizing, necessitates the individual's participation and collaboration in the Wellness and Recovery planning process, and emphasizes his strengths over his limitations .

The residential treatment programs, in conjunction with Recovery and Mall Services, provide a variety of individual, group, and unit-wide skills training, rehabilitative and enrichment activities. These activities are prescribed by the Wellness and Recovery team according to the individual's identified interests and assessed needs. Included in these activities is a vocational rehabilitation program which provides the individuals with the opportunity to learn an increasing number of vocational and work skills under the direction of trained vocational counselors and a variety of school-based classes where individuals can improve academic achievement, receive a GED, or pursue advanced independent studies.

Atascadero State Hospital employs over 2000 staff and supports a community volunteer organization. An American Psychological Association-approved internship program and Cuesta College Psychiatric Technician Training program are operated on-site and a state-sponsored 20:20 program is available for career advancement.

ASH is a fully state licensed and Joint Commission on Accreditation of Healthcare Organizations (J.C.A.H.O.) accredited facility. In 1993 and 1996, A.S.H. received "Accreditation with Commendation", the highest level of accreditation awarded by the Joint Commission.

ASH is located in a region that encompasses 100 miles of pristine coastline, a rapidly growing wine industry, agricultural lands, ranches and a carefully preserved rural quality. An unpolluted environment spiced with charm and friendliness, the central coast offers the amenities of an urban area in a serene country setting.

The area is host to five state parks, part of the Los Padres National Forest, four lakes, scenic mountains and snug hills and valleys, each contributing to a wide selection of outdoor recreational activities. Among its many activities, San Luis Obispo County boasts its own Mozart Festival and is host to the Mid-State Fair, one of the largest in the State.

The climate is as varied as the terrain with coastal moderation and inland areas experiencing four distinct seasonal changes. Pleasant small communities with excellent schools, California Polytechnic University at San Luis Obispo, Cuesta Community College, and access to land and air transportation are all readily available.

The seaside communities of Pismo Beach, Morro Bay, and Cambria offer ocean breezes, beautiful beaches, fine dining and entertainment. San Simeon and Hearst Castle are less than an hour's drive to the north along California's spectacular coastline winding its way north to Big Sur. Within a two-hour drive to the north are Pebble Beach, Carmel-by-the-Sea and the world famous Cannery Row on the Monterey Peninsula. Two hours to the south lies Santa Barbara and its famous beaches, the Santa Barbara Zoo and many historical landmarks.

Conditions of Use | Privacy Policy
Copyright @ 2011 State of California

CALIFORNIA DEPARTMENT OF
# MENTAL HEALTH

Home »» Services and Programs »» State Hospitals »» Atascadero »» **Treatment**

# Treatment Programs and Rehabilitation

Wellness and Recovery Planning

The Wellness and Recovery Planning Team (WRPT)

Provision of Treatment, Rehabilitation, and Supplemental Activities

Recovery and Mall Services (RMS)

Psychosocial Rehabilitation Mall (PSR Mall)

Central Medical Services

Trial Competency Program

Mentally Disordered Offenders Programs

Mentally Ill Prisoner Programs

*Content of this page, Treatment Programs and Rehabilitation page in PDF format



Program Management is responsible to ensure a safe and therapeutic environment through the appropriate management of resources and the provision of recovery based treatment and rehabilitation services specific to the individuals' needs. ASH utilizes the Recovery Model of Psychosocial Rehabilitation. The Recovery Model incorporates the elements of hope, choice, empowerment, respect, and self-determination for the individuals served, while supporting the individual's recovery through a variety of cognitive, social, and functional skill-building strategies. The model is growth oriented and normalizing. It necessitates the individual's participation and collaboration in the Wellness and Recovery planning process and emphasizes his strengths over his limitations.

The residential treatment programs, in conjunction with Recovery and Mall Services (RMS), provide a variety of individual, small-group, unit and program wide skills training, rehabilitation, and supplemental activities. These activities are prescribed by the Wellness and Recovery Planning Team (WRPT) according to the individual's identified needs. When indicated, individual psychotherapy, vocational training, and educational training are also provided.

## WELLNESS AND RECOVERY PLANNING

Wellness and Recovery planning is directed toward the goal of helping individuals to recover from psychiatric disability, which includes the reduction of symptoms, acquisition of skills for coping with the effects of mental illness, successful fulfillment of constructive adult roles, and the development of supports, which in combination will permit maximum independence and quality of life. The planning process offers the individual, family members, relatives, significant others, and authorized representatives full opportunity to participate meaningfully in the recovery and discharge process.

Each individual will have a comprehensive, individualized **Wellness and Recovery Plan (WRP)** based on the integrated assessments of mental health professionals. Therapeutic and rehabilitation services are designed to address each individual's needs and to assist the individual in meeting their specific recovery and wellness goals, consistent with generally accepted professional standards of care. Such plans are developed and reviewed on a regular basis in collaboration with the individual.

## The Wellness and Recovery Planning Team (WRPT)

The Wellness and Recovery Planning Team (WRPT) consists of an interdisciplinary core of members, including at least the individual served, treating psychiatrist, psychologist, rehabilitation therapist, social worker, registered nurse, and psychiatric technician sponsor, and may include the individual's family, guardian, advocates, and attorneys as appropriate. Based on the individual's needs, other members may also be included, but not limited to: dietitian, pharmacist, teacher, physical therapist, speech-language pathologist, occupational therapist, vocational services staff, and psychiatric nurse practitioner.

Families and officials (CONREPs, Conservators, etc.) who will be responsible for outpatient services may be included as active participants with the team and may be of considerable assistance in assessment, planning, treatment, and post-hospital care of the individuals. At the time of admission, families shall be notified so that they may meet with the team, provided the individual gives consent for notification.

# PROVISION OF TREATMENT, REHABILITATION, AND SUPPLEMENTAL ACTIVITIES

Our goal is to provide individualized active recovery services that focus on maximizing the functioning of persons with psychiatric disabilities. We endeavor to identify, support, and build upon each recovering individual's strengths to achieve their maximum potential towards their hopes, dreams, and life goals. The concept of recovery shall be the guiding principal and operating framework for the mall system of care we provide at our psychiatric facility.

## Recovery and Mall Services (RMS):

RMS is a clinical treatment program providing specialized day and evening services for all individuals upon direct referral from the Wellness and Recovery Planning Teams throughout the hospital. Services may be provided centrally or on an outreach basis on the individual's residential unit, either regularly scheduled or on a consultative basis, as requested by the Wellness and Recovery Team. RMS also provides space for groups conducted by staff from the residential units.

## Psychosocial Rehabilitation (PSR) Mall

The PSR Mall is a centralized approach to delivering services where the individuals served and the staff from throughout the hospital come together to participate in services. Malls represent more of a centralized system of programming rather than a reference to a specific building or certain location. Mall interventions are provided, as much as possible, in the context of real-life functioning and in the rhythm of life of the individual. Thus, a PSR mall extends beyond the context of a building or "place," and its services are based on the needs of the individual, not the needs of the program, the staff members or the institution.

PSR Malls are designed to ensure that each individual receives individualized services to promote his increased wellness and ability to thrive in the world. All decisions regarding what is offered through each mall are driven by the needs of the individuals served. Mall services are provided in an environment that is culturally sensitive and strengths based.

Services facilitated through the mall include courses and activities designed to help with symptom management, personal skills development and life enrichment. The mall capitalizes on human and staff resources from the entire hospital to provide a larger diversity of interaction and experiences for all individuals in the mall.

<u>Top of Page</u>

## Central Medical Services

**Central Medical Services (CMS)** provides definitive medical care and evaluation to all residents in the hospital. These services include radiology, public health, laboratory, physical therapy, dentistry, pharmacy, medical clinics, unit sick call, contractual services inside and outside the hospital, and review of community-based consultations. Services are available to residents on referral from general physicians and psychiatrists who have primary responsibility for the care of individuals on residential treatment units. CMS also clinically supervises nursing staff who provide occupational health services to employees.

## Trial Competency Program

Individuals admitted to the hospital under PC 1370 as Incompetent to Stand Trial receive specialized programming targeted specifically at helping the individual gain the knowledge and skills necessary to return to court as competent to understand court proceedings and effectively participate in their defense.

## Mentally Disordered Offenders (MDO) Program:

Individuals are paroled to the hospital by authority of the Board of Paroles under provisions of PC 2962 and PC 2964. Individuals may be released to parole, placed in Conditional Release Programs or committed to civil commitment.

MDO's lack information about medication and symptom management. A significant history of substance abuse is also present in most of these individuals. Groups designed to communicate relevant, specific information and teach skills related to successful adaptation to the expected Conditional Release Program placement are primary modes of treatment.

## Mentally Ill Prisoner Program

These individuals are mentally ill inmates from CDC-R committed under PC 2684 in accordance with the Memorandum of Understanding between the Department of Corrections and Rehabilitation and Department of Mental Health. Individuals admitted to this program required evaluation and treatment not available within CDC-R and will be either paroled, returned to CDC-R, or continue hospitalization under a civil commitment.

<u>Top of Page</u>

<u>Conditions of Use</u> | <u>Privacy Policy</u>
Copyright @ 2011 State of California

**CALIFORNIA DEPARTMENT OF**
# MENTAL HEALTH

Home  ⇢  services and programs  ⇢  state hospitals  ⇢  Atascadero  ⇢  **Director**

# Director's Message

Welcome to the Atascadero State Hospital (ASH) Website. ASH is a 1275 bed maximum-security forensic hospital located on the Central Coast of California. We provide inpatient forensic services for adult males who are court committed from throughout the State of California.

Our patient population consists of:



Mentally Ill Inmates

Mentally Disordered Offenders

Patients who have been found Incompetent to Stand Trial

Patients who have been found Not Guilty by Reason of Insanity

Patients who have been committed under the Sexually Violent Predator Civil Commitment

ASH employs 2,000 exemplary staff members committed to the development and evaluation of state-of-the-science forensic practice. The treatment program at ASH is multidisciplinary including strong emphasis on Biopsychosocial Rehabilitation, Medical Management of chronic psychiatric disorders, Relapse Prevention and Substance Abuse Treatment. Patients receive a wide variety of clinical services including recreational and horticultural therapy, educational opportunities and work experience. We recognize the role that family and social support plays in successful community tenure and encourage family participation in patient treatment whenever possible. We nourish the development of our patients through a variety of optional pastoral services.

ASH is committed to the professional development of our staff. The hospital has a substantial professional education program including weekly, monthly and annual colloquia by guests nationally recognized as leaders in the field. We provide numerous opportunities for staff interested in professional advancement. In addition to our onsite 12-month Psychiatric Technology Program, we are affiliated with a number of universities across the state and provide internship and fellowship programs in a variety of disciplines including nursing, psychiatry, psychology, and pharmacy. We value our contributions to the field of forensic mental health and strongly support applied research activities, grant writing, and publication.

The staff of Atascadero State Hospital take great pride in serving the people of California by fulfilling a venerable social mission-- providing care and treatment for the dangerous mentally ill members of our communities.

Thank you for your interest in Atascadero State Hospital. We welcome your inquiries regarding patient treatment, career opportunities and forensic clinical practice.

**Jon DeMorales**
**Executive Director**

Conditions of Use | Privacy Policy
Copyright @ 2011 State of California

# EXHIBIT U

CALIFORNIA DEPARTMENT OF

# MENTAL HEALTH

# Patton State Hospital

Announcements | Mission | Vision | History

## Announcements:

Patton State Hospital holds a Quarterly Neighbors Meeting which is open to the public. The purpose of this meeting is to give the hospital an opportunity to discuss with the local neighbors upcoming hospital events and changes. The public will also be able to ask questions and regarding any of their concerns. The meetings are usually held on the first Tuesday of each Quarter (unless otherwise designated below) in the PSH Auditorium and the meeting starts at 7:30 in the evening.

MEETING SCHEDULE :
October 4, 2011
January 3, 2012
April 3, 2012
July 3, 2012

Patton State Hospital is now accepting applications from those who wish to be a Presenter at our 19th Annual Forensic Mental Health Conference which is being held on **September 28 and 29, 2011**.  Please complete the "**Call For Papers**" document and submit as directed.

## Hospital Mission

Patton State Hospital's mission is to empower forensic and civilly committed individuals to recover from mental illness utilizing Recovery principles and evidenced based practices within a safe, structured, and secure environment.



Major components of the hospital's mission include:

**EVALUATION:** To provide professional evaluations, including recommendations to the courts and other agencies regarding whether individuals are, as relevant to their classification status, competent to stand trial, appropriate for release into the community, or appropriate placement in an alternative facility;

**TREATMENT:** To design and provide individualized quality treatment for mentally ill individuals utilizing a recovery focused biopsychosocial rehabilitation model; and

**PROTECTION:** To maintain a secure, safe, therapeutic, and supportive environment for the benefit of the individuals we serve, our employees, and the community.

**DISPOSITION:** To prepare individuals we serve for transfer or discharge to the next level of care.

Top of Page

## Hospital Vision

Patton State Hospital's vision is to lead in the Recovery of individuals in need of psychiatric care.

### Hospital Philosophy

We believe that by providing a secure and therapeutic environment, within the context of a Recovery focused biopsychosocial rehabilitation model, we will maximize our individuals' potential to live as independently as possible and minimize the disruption of their lives and the lives of others impacted by their illness.

We believe that the process of providing expert clinical evaluation and treatment for the mentally ill individual takes place most effectively in an environment which fosters innovation, creative problem-solving, mutual respect, and a dynamic, therapeutic milieu characterized by collaboration between the staff, the individuals we serve, and the community. We foster this collaboration through communication based upon understanding of customer-supplier relationships, resulting in responsive work processes.

As a forensic psychiatric facility whose mission is vitally linked to public policy and community concerns, we believe that our individuals are best served in an environment which balances each individual's treatment needs with security. All members of the Patton State Hospital community are personally responsible for the safety and security of the hospital environment. To maintain security, we provide the structure, support, validation and interactions, which promote self-responsibility, well being, and health.

It is our philosophy to promote positive public relations and encourage employee and Individual served participation in educating the public regarding mental health issues and the role of Patton State Hospital.

**Hospital Values**

Patton State Hospital is committed to clinical, forensic, and organizational excellence and a strong spirit of community while providing individual's care with respect and dignity. Employees and Individuals served are s empowered and held accountable to identify problems, propose recommendations, and implement solutions.

The following are all values of great importance:

**EXCELLENCE:** The hospital is committed to clinical, forensic, and organizational excellence, while providing competent clinical treatment for all individuals in our care. All individuals are treated with respect and dignity with person-centered treatment planning. This collaborative process fosters mutual respect, open communication, teamwork, and a culture of hope.

**PERFORMANCE IMPROVEMENT:** The hospital promotes individual responsibility and accountability. All staff & Choice are empowered to improve organizational performance and assist individuals with their treatment decisions. Individuals served are empowered to improve their own rehabilitation and recovery experiences. Improvement is determined by the measurable outcomes submitted to the Quality Improvement Team for Review and follow-up.

**SECURITY:** The hospital's security is created in order to maintain safety for all individuals who live and work at Patton State Hospital by providing and environment that promotes Recovery while maintaining a safe therapeutic relationship between all staff and Individuals served.

**SAFETY:** Safety is the cornerstone in the performance of all hospital work. Each of us are equally responsible for our own personal safety as well as the safety of others. The expectation for all who live and work at Patton State Hospital is that while violence is not acceptable, staff member shall be confident, trained, and prepared to handle the situation in the most humane and safe manner.

**SPIRIT OF COMMUNITY:** The hospital values its strong spirit of community and takes pride in the leadership provided from all levels of the hospital.

**DIGNITY AND RESPECT:** The hospital is committed to developing the potential of all that live and work within the hospital. This development occurs in an atmosphere of mutual dignity and respect, built on a framework of personal and organizational integrity.

**INNOVATION:** The hospital is committed to fostering an environment where innovation and creativity are at the forefront in the improvement of any aspect of service provided.

**INDIVIDUAL RESPONSBILITY:** The hospital promotes individual responsibility and accountability. All people are empowered to identify problems, propose recommendations, and implement solutions.

<u>Top of Page</u>

# History and Description

Patton State Hospital is a major forensic mental hospital operated by the California Department of Mental Health. It is located in San Bernardino, California, a community of approximately 181,000 people. The hospital was first opened in August 1, 1893. In 1927 it was renamed Patton State Hospital after a member of the first Board of Managers, Harry Patton of Santa Barbara.

Patton State Hospital is currently a forensic hospital with a licensed bed capacity of 1287 for individuals who have been committed by the judicial system for treatment. Currently the hospital is fully accredited by the Joint Commission on Accreditation of HealthCare Organizations (JCAHO). The Joint Commission's Board of Commissioner's approved a proposal to conduct all regular accreditation surveys on an unannounced basis beginning January 2006. Joint Commission standards deal with organizational quality of care issues and the safety of the environment in which care is provided. Anyone believing that he or she has pertinent and valid information about such matters may contact the <u>Joint Commission</u> in writing or by telephone (630-792-5000 or at <u>www.jcaho.org</u>).

The hospital currently provides psychiatric care and treatment to judicially committed, mentally disordered adult individuals. The Individuals served are assigned to a living unit, which is part of one of the seven Treatment Programs. The hospital is currently going through changes regarding how treatment is provided to the Individuals we serve. Currently treatment is delivered through a centralized approach, where the Individuals served and the staff, from throughout the Hospital, come together to participate in services within Psychosocial Rehabilitation (PSR) Malls. Mall interventions are provided, as much as possible, in the context of real-life functioning and in the rhyme of life of the Individual. Thus, a PSR mall extends beyond the context of a building or place and its services are based on the needs of the Individual, not the needs of the program, the staff members or the institution.

PSR Mall are designed to insure that each Individual receives intensive and individual services to promote his/her increased wellness and ability to thrive in the world. All decisions regarding what is offered through each mall are driven by the needs of the Individuals served. Mall services are provided in an environment that is culturally sensitive and strength based. The concept of recovery shall be the guiding principal and operation framework for the mall system.

Each Individual served has a treatment team that they work with in developing the individual Wellness and Recovery Plan. The teams include a Psychiatrist, Psychologist, Social Worker, Rehabilitation Therapist, Registered Nurse, and Psychiatric Technician.

Patton State Hospital is located at the base of the San Bernardino mountains, 60 miles east of Los Angeles and 60 miles west of the low desert Palm Springs resort area. A diversity of attractions characterize San Bernardino, seat of the largest land mass county in the United States. The City of San Bernardino houses the California Theater of Performing Arts, a civic light opera, the San Bernardino Symphony Orchestra, diverse outdoor recreation and major air transportation access. Housing costs in San Bernardino are substantially lower than those of many other Southern California urban areas. Year-round mountain recreation is only thirty minutes away in the 11,000 foot high San Bernardino range which includes the popular ski resorts of Mt. Baldy, Big Bear, and Wrightwood. Lake Arrowhead offers year-round recreation and aquatic sports,

blending the quaint charm of this mountain village with a modern entertainment and shopping complex. To the northeast is the serenely beautiful California high desert, the Mojave, with Las Vegas less than a four hour drive.

Within easy commute of Patton State Hospital are major university campuses including CSU San Bernardino, Loma Linda University, and the University of Redlands. Within the area are the medical schools of the University of California, Los Angeles; University of Southern California; University of California, Irvine, and Loma Linda University. Teaching affiliations are available to qualified physicians at these institutions.

Typical of Southern California's gentle climate, winters are mild and summers are typified by hot, dry days and pleasant, balmy evenings. The area enjoys a Mediterranean-type climate with an average temperature of 67 degrees, and an average of 312 days of sunshine. Average annual rainfall is 15 inches.

Top of Page

Conditions of Use | Privacy Policy
Copyright @ 2011 State of California

CALIFORNIA DEPARTMENT OF
# MENTAL HEALTH

Home »» services and programs »» state hospitals »» Patton »» **Hospital Security**

# Hospital Security

Hospital Police Department | California Department of Corrections and Rehabilitation

## HOSPITAL POLICE DEPARTMENT (HPD)

Patton State Hospital Police Department began operation with the deployment of the first eight sworn officers in January of 2002.

### Role of Police

Hospital police gain their peace officer authority under Penal Code Section 830.38. While this authority extends to any place in the state for purposes of performing their duty or when making an arrest, it is important to note that the hospital police officers' primary responsibility is the performance of their duties on state hospital grounds. Special Investigators are post-certified peace officers, who engage in complex investigations of all sorts, both criminal and administrative.

A visible uniformed presence is seen as one of the most important aspects of police service at Patton State Hospital. Therefore, hospital police officers are to remain mobile within the hospital perimeter. The California Department of Corrections maintains fence perimeter under an interagency memorandum of understanding. Attention is given to ensure that the presence of a "uniform" becomes and remains a positive element. Striking this balance entails ongoing communication between and among hospital police officers program staff and Individuals served. A professional appearance and demeanor by officers is seen as key.

Hospital police officers play an important interagency security role. They will take reasonable and necessary actions to restore order as circumstances dictate, working with California Department of Corrections officers, programs staff and others. Scene containment, preservation of evidence and initial reporting are within the scope of the hospital police officer's duties where suspected criminal conduct has occurred. Such activities are coordinated with special investigations, as well as allied agencies as set forth in relevant memorandums of understanding. Program staff are encouraged to seek the early assistance of hospital police officers when needed.

**Operations**
Communications Operator: 24 hours - **(909) 425-7000**
Watch Commander: 7:00am to 11:00 pm - **(909)425-6572**
Special Investigations - **(909) 425-7766**

**Administrative**
Chief, Hospital Police: **(909) 425-6379**
Lieutenant: **(909) 425-6551**
Secretary: **(909) 425-6455**

## CALIFORNIA DEPARTMENT OF CORRECTIONS and REHABILITATION (CDCR)

The Department of Corrections and Rehabilitation at Patton State Hospital is responsible for the integrity and security of the compound perimeter fence lines and checking for unauthorized movement. Security for areas within the perimeter fence is the responsibility of the Hospital Police Department. The CDCR is also responsible for:

Control of the Sally Ports of each secure compound.

Supervision in the Visiting Center and the package room.

Transportation/escort of Individuals served to appointments in the community and maintaining continuous escort of Individuals served who are hospitalized in the community.

Watch Commander: **(909) 425-7784**

Watch Sergeant : **(909) 425-7781**

Conditions of Use | Privacy Policy
Copyright @ 2011 State of California

# EXHIBIT V

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF CALIFORNIA

3                      ---oOo---

4    BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7          Plaintiffs,

8    Vs.                        CASE NO. CIV. S-90-0520 LKK

9    ARNOLD SCHWARZENEGGER,
     et al.,

10

11         Defendants.

12    _____/

13

14

15

16                      ---oOo---

17

18                 REPORTER'S TRANSCRIPT

19              MONDAY, OCTOBER 3RD, 2010

20    RE:  EVIDENTIARY HEARING REGARDING THE C5-C6 PROJECT AT SVSP

21

22                      ---oOo---

23

24

25    Reported by:              CATHERINE E.F. BODENE,
                                CSR. No. 6926

29

1        THE WITNESS:  It's simply that, you know, if you have

2   a certain size crew that you can work in the designated area,

3   I can do three crews versus one crew.

4        THE COURT:  Okay.

5        Anything further?

6        MS. KAHN:  No.  No, Your Honor.

7        THE COURT:  You may step down, sir.

8        MS. VOROUS:  The STATE FIRE MARSHA call Victor

9   Brewer.

10       THE COURT:  Come around and be sworn, sir.

11       Mr. Brewer.  There you go.

12       THE CLERK:  Please, raise your right hand.

13                 VICTOR BREWER,

14   was thereupon called as a witness herein by the Defendants,

15   and having been sworn to tell the truth, the whole truth and

16   nothing but the truth, was thereupon examined and testified

17   as follows:

18       THE CLERK:  Please, take a seat.

19       State your name, spell your last name and speak

20   directly into the microphone.

21       THE WITNESS:  My name is Victor Brewer, B-R-E-W-E-R.

22                 DIRECT EXAMINATION

23   BY MS. VOROUS:

24   Q.    Mr. Brewer, what is your current title?

25   A.    Executive Director of the Salinas and Vacaville

42

1    Q.    You also talked about having a concern when you moved

2    patients into these units that you might disrupt therapeutic

3    relationships.

4         Do you recall testifying to that on your direct?

5         THE COURT:  She's talking about if you -- Never mind.

6         Do you recall that testimony that you had?

7         THE WITNESS:  No.  If you could repeat it for me, I

8    will.

9    BY MS. WHELAN:

10   Q.    I believe she asked you whether you could move -- you

11   could just move some staff from other units, other SVPP units

12   into C5.  And I believe you said that you had some concerns

13   about doing that because you would be removing those staff

14   from their existing patients; is that correct?

15   A.    That is accurate.

16   Q.    But when you move any patients into these units,

17   you're interrupting their clinical relationships, correct?

18   A.    Not with a new admission.  That's why --

19        THE COURT:  That's because they don't have any

20   therapeutic programs.

21   BY MS. WHELAN:

22   Q.    Right.  They're coming from all over the state.

23   They're coming theoretically from all 33 prisons and

24   different units within those prisons into the SVPP, right?

25   A.    That is accurate.

43

1    Q.       And you're not bringing clinicians from their

2    original prisons with them to maintain those therapeutic

3    relationships, correct?

4    A.       That is true.  However, you're going from an

5    outpatient service to an inpatient service, and that will

6    always be disrupted in the system.

7    Q.       You also move patients between SVPP units?  Like you

8    move patients between D5 and D6 or between the treatment

9    centers, right?

10   A.       It is done, but it is done as little as possible, not

11   to disrupt that patient's milieu.

12   Q.       But you do it?  You have to do it.  You sometimes

13   have to move patients between these units?

14   A.       That is correct.

15   Q.       Or you might use one unit as an admission unit, and

16   then move those patients?

17            You might use a treatment center as an admission unit

18   and then move those patients to D5 or D6, right?

19   A.       We do not use any one entity as an admission unit

20   now.

21   Q.       Okay.  But did you ever use admission units in a

22   separate unit for a different -- for instance, D5 and D6?

23   A.       No.  We used A-Wing and TC1 as an admission unit and

24   found out that was not a good idea.

25   Q.       Okay.  At the time you did that, you then moved

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

44

1    patients into D5 and D6 from the treatment centers?

2    A.        No.  I moved all the patients into D5 and D6, direct

3    admissions.

4    Q.        How many staff positions would you need for full

5    activation of C5 and C6?

6    A.        Four psychiatrists, four psychologists, eight social

7    workers, eight rehabilitation therapists, four SRNs, 22 RNs.

8    Q.        And can you say how many of each of those categories

9    you have right now?

10   A.        The psychiatrist positions are filled minus one with

11   either employees or contractors.  All the psychologist

12   positions are filled.  All the rehab therapist positions are

13   filled.  All the social worker positions are filled.  I

14   believe I have one vacancy for registered nurses.

15   Q.        And your senior registered nurses?

16   A.        I don't recall that number today.

17   Q.        When you say that they're filled, are those people

18   actually staffed and working at Salinas Valley right now?

19   A.        No.  Many of them we have commitments and are coming

20   on board over the next 30 to 45 days.

21   Q.        And how many staff do you have in the unit right now?

22   A.        Sufficient numbers to fully staff C5.

23   Q.        Now, you never went back and tried to alter your five

24   patients per week admission plan in light of the very long

25   waiting list for these beds; is that right?

1                    REPORTER'S CERTIFICATE

2                      ---o0o---

3

    STATE OF CALIFORNIA  )

4   COUNTY OF SACRAMENTO )

5

6

         I certify that the foregoing is a correct transcript

7   from the record of proceedings in the above-entitled matter.

8

9

10              IN WITNESS WHEREOF, I subscribe this
    certificate at Sacramento, California on this 7TH day of

11  OCTOBER, 2010.

12

13

14   /S/_Catherine E.F. Bodene_____
       CATHERINE E.F. BODENE, CSR NO. 6926

15      Official United States District Court Reporter

16

17

18

19

20

21

22

23

24

25