1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:    (510) 280-2621
4

5

6

7  CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY –
8  EMPLOYMENT LAW CENTER
   180 Montgomery Street, Suite 600
9  San Francisco, California  94104-4244
   Telephone:    (415) 864-8848

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
JANE E. KAHN – 112239
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:    (415) 393-2000

10  Attorneys for Plaintiffs

11  UNITED STATES DISTRICT COURT

12  EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,

15       Plaintiffs,

16    v.

17  EDMUND G. BROWN, Jr., et al.,

18       Defendants.[1]

19

20

21

22

23

Case No. Civ S 90-0520 LKK-JFM

**EXHIBITS X-EE TO THE
DECLARATION OF AARON J.
FISCHER IN SUPPORT OF
PLAINTIFFS' BRIEF ON
EVIDENTIARY HEARING
REGARDING ORDER TO SHOW
CAUSE WHY EMPTY DMH BEDS
CANNOT BE FILLED WITH CDCR
INMATES AND IN SUPPORT OF
ADDITIONAL RELIEF**

Judge:   Hon. Lawrence K. Karlton
Date:     August 17, 2011
Time:    10:00 a.m.
Crtrm.: 4

24

25

26  [1] The names of Defendants currently serving and their official capacities have been
27  substituted pursuant to Fed. R. Civ. P. 25.

28

[534603-11]

EXHIBITS X-EE TO THE DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' BRIEF ON
EVIDENTIARY HEARING REGARDING ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS CANNOT BE
FILLED WITH CDCR INMATES AND IN SUPPORT OF ADDITIONAL RELIEF

# EXHIBIT X

**Aaron Fischer**

| | |
|---|---|
| **From:** | Debbie Vorous <Debbie.Vorous@doj.ca.gov> |
| **Sent:** | Tuesday, August 09, 2011 6:10 PM |
| **To:** | Aaron Fischer |
| **Cc:** | Debbie Vorous |
| **Subject:** | Re: Request for data and documents underlying Defs'    Declarations, 489-3 |
| **Attachments:** | Letter to A Fischer.pdf; Item 6 - ICF Database Data Fields.pdf; Item 6 - ICF Pilot Memo.pdf; Items7-8_Number_of_Referrals_Received_by_Month-Year-Institutions 2010-20.pdf; Item 8 2010 Follow Up MHARP.pdf; Item 9 - CxC Evaluations.pdf; 10 SVPP Quarterly Review Summary - APRIL 2011.pdf; 10  SVPP Quarterly WL Review Summary - JANUARY 2011.pdf; SVPP Quarterly WL Review January 2011.pdf; SVPP Quarterly WL Review April-June 2011.pdf; Item 11 MHCB Waitlist pdf.pdf |

Aaron,

Please see the attached letter containing Defendants' response to your request.  Also attached are pdf documents in response to items 6 to 11 in your letter.

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

>>> Aaron Fischer <AFischer@rbg-law.com> 7/14/2011 9:29 AM >>>
Debbie,

Please see the attached letter containing Plaintiffs' request for data and documents underlying Defendants' Declarations.

Thank you.

Aaron J. Fischer, Esq.
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbg-law.com
www.rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

## SALINAS VALLEY PSYCHIATRIC PROGRAM WAIT LIST
## QUARTERLY REVIEW – JANUARY 2011

### EXECUTIVE SUMMARY

On November 24, 2010, the California Department of Corrections and Rehabilitation (CDCR) submitted its plan to the *Coleman* Court regarding Intermediate Care Facility (ICF) and Acute Inpatient Waitlists, in response to the March 31, 2010 Court order that a plan be developed to "reduce or eliminate the wait lists for inpatient care, and in the interim, to better serve the needs of *Coleman* class members placed on such lists."

This quarterly report evaluates the wait list for Salinas Valley Psychiatric Program (SVPP), which consists of two separate lists – an ICF wait list and a "Pending Medical Clearance" wait list.   On January 12, 2011, the Health Care Placement Oversight Program (HC-POP) staff reviewed the SVPP Wait List dated January 11, 2011.  The results are summarized below:

|  | Cases that should be removed from the list | Cases not eligible for further review | Cases eligible for further review | Total cases reviewed |
|---|---|---|---|---|
| **ICF Wait List** | 92 | 182 | 34 | 308 |
| **Pending Medical List** | 11 | 21 | 8 | 40 |
| *Totals* | *103* | *203* | *42* | *348* |

Of the 42 cases eligible for further review, five were approved for Atascadero State Hospital (ASH) and three for Vacaville Psychiatric Program-Dorms (VPP-Dorms), totaling eight redirected cases.  Thirty-one of the 42 cases were determined to be ineligible for dorm placement (one clinically ineligible), while the remaining three cases were rescinded.

In addition, there were 33 cases that were reviewed by Mental Health and HC-POP that were sent to SVPP but are still pending determination (cases do not appear on the wait list).  None of these cases were eligible for further review.

## SALINAS VALLEY PSYCHIATRIC PROGRAM WAIT LIST
## QUARTERLY REVIEW – JANUARY 2011

Date of SVPP Wait List:                    **1/11/2011**
Number of Cases on ICF Wait List:          **308**

| | |
|---|---|
| Number of cases that should be removed from list | 92 |
| Cases on list that paroled | 36 |
| Cases on list that were rescinded | 22 |
| Cases on list that were in APP beds | 4 |
| Cases on list currently in ICF beds | 25 |
| Out to Court Status | 5 |
| Number of Cases not eligible for further review | 182 |
| Active Security Housing Unit (SHU) Terms | 73 |
| Current Administrative Segregation Unit (ASU) Placement | 32 |
| Expired SHU Terms | 30 |
| Totality of Case Factors | 19 |
| Singe Cell Status | 15 |
| Life Without Parole (LWOP) | 8 |
| Miscellaneous* | 5 |
| Cases eligible for further review | 34 |
| Referring Institution:        CIMRC | 1 |
| CMC | 2 |
| CMF | 2 |
| COR | 4 |
| KVSP | 5 |
| LAC | 6 |
| MCSP | 3 |
| PBSP | 2 |
| RJD | 4 |
| SAC | 3 |
| SATF | 2 |
| **TOTAL NUMBER OF CASES REVIEWED** | **308** |

| RESULTS OF FURTHER REVIEW | 34 CASES |
|---|---|
| **Not eligible for dorm placement** | **24** |
| **Eligible for redirect** | **10** |
| *Approved for ASH* | *5* |
| *Approved for VPP-Dorms* | *2* |
| *Rescinded* | *2* |
| *Clinically ineligible for dorms* | *1* |

**\*Miscellaneous cases** – of these five cases, one case is on the list twice once with a wrong number (Hawkins F50898 wrong #) and the other cases involve APP referrals or DMH deferrals. These cases have been reviewed by DMH staff and an SVPP determination has been made that the inmate-patient is not suitable for dormitory living.

## SALINAS VALLEY PSYCHIATRIC PROGRAM WAIT LIST
## QUARTERLY REVIEW – JANUARY 2011

Date of SVPP "Pending Medical Clearance" Wait List:   **1/11/2011**
Number of Cases on "Pending Medical Clearance" Wait List:   **40**

| | |
|---|---|
| **Number of cases that should be removed from list** | **11** |
| Cases on list that paroled | 3 |
| Cases on list that were rescinded | 5 |
| Cases on list that were in APP beds | 1 |
| Cases on list currently in ICF beds | 2 |
| **Number of Cases not eligible for further review** | **21** |
| Active SHU Terms | 4 |
| Current ASU Placement | 3 |
| Expired SHU Terms | 4 |
| Totality of Case Factors | 4 |
| Single Cell Status | 5 |
| LWOP | 1 |
| **Cases eligible for further review** | **8** |
| Referring Institution:    CIM | 1 |
| LAC | 1 |
| MCSP | 3 |
| RJD | 1 |
| SATF | 1 |
| WSP | 1 |
| **TOTAL NUMBER OF CASES REVIEWED** | **40** |

| RESULTS OF FURTHER REVIEW | 8 CASES |
|---|---|
| **Not eligible for dorm placement** | **6** |
| **Eligible for redirect** | **2** |
| *Approved for VPP-Dorms* | *1* |
| *Rescinded* | *1* |

Number of Referrals in ICF Database not yet appearing on SVPP Wait Lists:   **33**

| Number of Cases not eligible for further review | 33 |
|---|---|
| Active SHU Terms | 10 |
| Current ASU Placement | 1 |
| Expired SHU Terms | 7 |
| Totality of Case Factors | 7 |
| Single Cell Status | 6 |
| LWOP | 2 |

# EXHIBIT Y

**Aaron Fischer**

| | |
|---|---|
| **From:** | Debbie Vorous <Debbie.Vorous@doj.ca.gov> |
| **Sent:** | Tuesday, August 09, 2011 6:10 PM |
| **To:** | Aaron Fischer |
| **Cc:** | Debbie Vorous |
| **Subject:** | Re: Request for data and documents underlying Defs'      Declarations, 489-3 |
| **Attachments:** | Letter to A Fischer.pdf; Item 6 - ICF Database Data Fields.pdf; Item 6 - ICF Pilot Memo.pdf; Items7-8_Number_of_Referrals_Received_by_Month-Year-Institutions 2010-20.pdf; Item 8 2010 Follow Up MHARP.pdf; Item 9 - CxC Evaluations.pdf; 10 SVPP Quarterly Review Summary - APRIL 2011.pdf; 10 SVPP Quarterly WL Review Summary - JANUARY 2011.pdf; SVPP Quarterly WL Review January 2011.pdf; SVPP Quarterly WL Review April-June 2011.pdf; Item 11 MHCB Waitlist pdf.pdf |

Aaron,

Please see the attached letter containing Defendants' response to your request.  Also attached are pdf documents in response to items 6 to 11 in your letter.

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

>>> Aaron Fischer <AFischer@rbg-law.com> 7/14/2011 9:29 AM >>>
Debbie,

Please see the attached letter containing Plaintiffs' request for data and documents underlying Defendants' Declarations.

Thank you.

Aaron J. Fischer, Esq.
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbg-law.com
www.rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

## SALINAS VALLEY PSYCHIATRIC PROGRAM WAIT LIST
## QUARTERLY REVIEW – APRIL 2011

### EXECUTIVE SUMMARY

On November 24, 2010, the California Department of Corrections and Rehabilitation (CDCR) submitted its plan to the *Coleman* Court regarding Intermediate Care Facility (ICF) and Acute Inpatient Waitlists, in response to the March 31, 2010 Court order that a plan be developed to "reduce or eliminate the wait lists for inpatient care, and in the interim, to better serve the needs of *Coleman* class members placed on such lists."

This quarterly report evaluates the wait list for Salinas Valley Psychiatric Program (SVPP).   The Health Care Placement Oversight Program (HC-POP) staff reviewed the SVPP Wait List dated April 22, 2011.  The results are summarized below:

|  | Cases that should be removed from the list | Cases not eligible for further review | Cases eligible for further review | Total cases reviewed |
|---|---|---|---|---|
| **ICF Wait List** | 32 | 152 | 25 | 209 |

Of the 25 cases eligible for further review, four were approved for Atascadero State Hospital (ASH) and six for Vacaville Psychiatric Program-Dorms (VPP-Dorms), totaling ten redirected cases.  Twelve of the 25 cases were determined to be ineligible for dorm placement, one was clinically ineligible, and the remaining two cases were rescinded.

**SALINAS VALLEY PSYCHIATRIC PROGRAM WAIT LIST**
**QUARTERLY REVIEW – APRIL 2011**

Date of SVPP Wait List:                **4/22/2011**
Number of Cases on ICF Wait List:      **209**

| | |
|---|---|
| Number of cases that should be removed from list | 32 |
| Cases on list that paroled | 13 |
| Cases on list that were rescinded | 1 |
| Cases on list that were in APP beds | 4 |
| Cases on list currently in ICF beds | 11 |
| Out to Court Status | 3 |
| Number of Cases not eligible for further review | 152 |
| Active Security Housing Unit (SHU) Terms | 44 |
| Current Administrative Segregation Unit (ASU) Placement | 28 |
| Expired SHU Terms | 27 |
| Totality of Case Factors | 13 |
| Singe Cell Status | 26 |
| Sensitive Needs Status | 5 |
| Life Without Parole (LWOP) | 4 |
| DMH Deferrals/CCAT Redirects* | 5 |
| Cases eligible for further review | 25 |
| Referring Institution:       CIMRC | 1 |
| CMC | 5 |
| CMF | 10 |
| LAC | 3 |
| MCSP | 1 |
| NKSP | 1 |
| PBSP | 1 |
| RJD | 1 |
| SATF | 2 |
| **TOTAL NUMBER OF CASES REVIEWED** | **209** |

| RESULTS OF FURTHER REVIEW | 25 CASES |
|---|---|
| **Not eligible for dorm placement** | **12** |
| **Eligible for redirect** | **13** |
| *Approved for ASH* | *4* |
| *Approved for VPP-Dorms* | *6* |
| *Rescinded* | *2* |
| *Clinically ineligible for dorms* | *1* |

**\*DMH Deferrals/CCAT Redirects** – These cases have been reviewed by DMH staff and an SVPP determination has been made that the inmate-patient is not suitable for dormitory living.

# EXHIBIT Z

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA 94283-0001



July 1, 2011

Matthew A. Lopes, Jr. Esquire             via: Debbie J. Vorous, Esquire
Office of the Special Master                    Gregory Gomez, Esq.
Pannone Lopes & Devereaux LLC                   Deputy Attorney General
317 Iron Horse Point Way, Suite 301             Department of Justice
Providence, RI 02908                            1300 "I" Street, Suite 125
                                                P. O. Box 944255
                                                Sacramento, CA 94244-2550

RE: **COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of May, 2011, data (or as otherwise
noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy
   History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary
   and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly
   Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center
   (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
   Psychiatric Aging Report. **(Not available due to MHTS.net conversion).**
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal
    Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative
    Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ,
    California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care
    Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level
    of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Sharon Aungst, Director, Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    J. Ronald Metz, *Coleman* Monitor
    William Alvarez, Ph.D., *Coleman* Monitor
    Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3


Gregory Gomez, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, Division of
    Correctional Health Care Services
Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division
    of Correctional Health Care Services
Teresa Owens, Staff Services Analyst, Operational Program Oversight, Division of
    Correctional Health Care Services

**(For the Week of MAY 9, 2011)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 173 | 3 | 98% | 62 | 3 | *3-MCSP*, 10-AVE, 2-CCI, 1-LAC, 6-MCSP, 14-CIM, 1-DVIRC, 3-LACRC, 11-NKSP, 3-RJDRC, 3-SQRC, 5-WSP |
| SATF COD II | 88 | 86 | 2 | 98% | 7 | 5 | *1-CMC, 1-CRC, 2-CIM, 1-DVIRC,* 2-CMC |
| CMC III | 580 | 535 | 45 | 92% | 13 | 13 | *1-CAL, 2-COR, 1-SAC, 1-SATF, 2-DVIRC, 1-LACRC, 1-NKSP, 3-RJDRC, 1-SQRC* |
| CMF III | 533 | 501 | 32 | 94% | 10 | 6 | *3-CMC, 1-SATF, 1-SVSP, 1-DVIRC,* 4-COR |
| RJD III | 330 | 333 | -3 | 101% | 12 | 0 | 1-AVE, 2-CMC, 7-COR, 1-LAC, 1-CIM |
| LAC IV (270) | 300 | 210 | 90 | 70% | 5 | 5 | *1-CCI, 1-MCSP, 2-SAC, 1-DVIRC* |
| COR IV (270) | 150 | 90 | 60 | 60% | 1 | 1 | *1-SAC* |
| MCSP SNY III | 360 | 369 | -9 | 103% | 42 | 8 | *1-CMC, 1-CTF, 1-FOL, 1-SAC, 3-SATF, 1-SOL,* 2-AVE, 3-CMC, 1-COR, 1-CTF, 3-PVSP, 3-RJD, 3-SAC, 4-SCC, 6-CIM, 1-DVIRC, 1-LACRC, 5-NKSP, 1-RJDRC |
| MCSP SNY IV (270) | 150 | 154 | -4 | 103% | 26 | 5 | *2-KVSP, 1-LAC, 2-RJD,* 3-COR, 1-HDSP, 2-ISP, 3-SAC, 2-SATF, 1-SCC, 4-SVSP, 1-CIM, 2-RJDRC, 2-WSP |
| RJD SNY IV (270) | 150 | 152 | -2 | 101% | 32 | 4 | *1-KVSP, 2-MCSP, 1-NKSP,* 2-CMC, 1-COR, 1-CTF, 1-WSP, 1-HDSP, 3-KVSP, 2-LAC, 2-MCSP, 1-PBSP, 4-SAC, 2-SATF, 2-SVSP, 3-LACRC, 3-NKSP |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 39 | 7 | *1-COR, 2-MCSP, 1-RJD, 2-SATF, 1-SQRC,* 1-CMC, 7-COR, 2-HDSP, 2-LAC, 1-MCSP, 1-SATF, 3-SVSP, 2-DVIRC, 5-NKSP, 2-RJDRC, 6-WSP |
| PBSP IV (180) | 66 | 59 | 7 | 89% | 2 | 2 | *1-SAC, 1-SVSP* |
| SAC IV (180) | 384 | 388 | -4 | 101% | 1 | 1 | *1-CMC* |
| SVSP IV (180) | 192 | 188 | 4 | 98% | 2 | 2 | *1-PBSP, 1-LAC* |
| TOTALS: | 3555 | 3331 | 224 | 94% | 254 | 62 | |

(per 5-9-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 18 | 2 | 90% | 0 | 0 | |
| PBSP PSU | 128 | 113 | 15 | 88% | 20 | 6 | *1-PVSP, 1-KVSP, 1-SVSP, 1-COR, 2-CMC,* 2-LAC, 5-COR, 1-SVSP, 2-CMC, 2-MCSP, 1-CCI, 1-CMF |
| SAC PSU | 256 | 243 | 13 | 95% | 54 | 3 | *1-NKSP, 1-SVSP, 1-COR,* 4-COR, 3-CMC, 8-LAC, 7-WSP, 6-NKSP, 1-CIM, 2-CMF, 3-CCI, 5-RJD, 1-SCC, 3-DVI, 1-KVSP, 2-SAC, 3-SVSP, 1-SQ, 1-MCSP |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 34 | 20 | 63% | 0 | 0 | |
| CIW | 75 | 57 | 18 | 76% | 0 | 0 | |
| TOTALS: | 129 | 91 | 38 | 71% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note: A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 5-6-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source: Transportation Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II SNY: Capacity=176; pop.=173  Moved 3 of 62 (5%)    Level II COD: Capacity=88; pop.=86  Moved 5 of 7  (72%)
Level III GP: Capacity=1443; pop.=1369  Moved 19 of 35 (55%)    Level IV GP 180 Capacity=642; pop.=635  Moved 5 of 5 (100%)

**WEEKLY EOP POPULATION REPORT**
**(For the Week of MAY 9, 2011)**

Level III SNY:  Capacity=360; pop =369  Moved 8 of 42  (19%)

Level IV GP 270 Capacity=450; pop.=300 Moved 6 of 6  (100%)
Level IV SNY:  Capacity=396; pop.=399  Moved 16 of 97  (17%)

# EXHIBIT AA

# ℨ telecor™

## Security Communication Systems

## T3-SC Case Study

## SUMMARY

- Coalinga California State Mental Health Facility
- Hospital comprised of 1.2 million gross square feet (gsf) of floor space
- State-of-the art 1,500-bed forensic hospital
- Over 1200 medical and clinical health positions
- Personal alarm duress system monitors Support Services security personnel
- Intercom and paging system is linked to duress monitoring system and is synchronised to follow a mobile duress event
- 3900 bi-directional speakers are monitored and capable of being paged

## APPLICATION

The Coalinga State Hospital was dedicated on August 24, 2005 followed by the September 2005 opening. The facility is a brand new state-of-the-art 1,500-bed forensic hospital run by the California Department of Mental Health. The maximum-secured facility will ultimately hold up to 1,500 patients – both sexually violent predators and mentally ill inmates - from the California Department of Corrections and Rehabilitation.

The new state hospital began construction in the fall of 2001. The hospital comprises 1.2 million gross square feet (gsf) of floor space. This includes 900,000 gsf for clinical services and programs, 158,000 gsf for support services, 75,000 gsf for administration, and 67,000 gsf for plant operations.

A staff of over 1200 healthcare, administrative, maintenance and security personnel provide treatment services, facility management as well as patient and staff security monitoring.

Staff and patient security is of paramount importance. In addition to a large number of security personnel to help manage patients in lounge areas and under Support Services escort through movement corridors, is a state-of-the-art electronic security system.

The electronic security communications system has two layers: a local intercom system and a duress paging system. The local intercom system consists of traditional intercom stations located at movement control points such as secure doorways and hallways. It is centered around Telecor's T3-SC Controllers with MCC-PL-GM gooseneck microphone Control Consoles integrated to computer touchscreens and PLC's for door and movement control operations. Standard ASCII Serial messages over RS-232 connections enable the T3-SC Controllers to communicate back and forth with the PLC controlled touchscreens. The touchscreens are used to select intercom station icons to both receive and place calls. One of the T3 MCC-PL-GM Consoles is located in the Central Control Office. The other two Consoles are located in Security Rooms for local movement intercom station control. All Controllers are networked together using Telecor's T3-TNB Transfer Network Boards. Control Consoles are manned 24/7, but while off shift or at other required times, the Security Room consoles can be forwarded to Central Control and all call-ins normally routed to the Security Rooms are routed to Central Control over the T3-SC Network.

The second layer of the security communications system is for duress paging and integrates Telecor's T3-SC paging communications capabilities with a wireless personal alarm system.



The alarm system users have the ability to be mobile and, at the same time, the capability of being identified in their exact location in a crisis. The first criterion of a personal alarm system is to notify the monitoring center that an unacceptable situation exists. Next in importance is the ability to give the exact location of this situation. Third is the ability to evaluate the urgency of the situation through audio monitoring and two-way voice communications.

Support Services escorts wear personal alarm call switches. In a duress situation, the security personnel will activate the switch, creating a call-in to the personal alarm monitor. This in turn creates a simultaneous serial message to the Telecor T3-SC Controller in Central Control that opens a listen path to the local bi-directional speaker zone. The security officer at the T3-SC Control Console is able to listen to the situation and determine if additional action is required. The operator, through computer touchscreen icons, can page a message to the monitored speaker zone and then toggle back to listen again. If the situation is a duress call, then appropriate security action is taken with announcements to other security officers advising them to assemble in response staging areas as pictured on the right.

The personal alarm system is wireless and has the ability to track a moving duress situation. Sensors will continue to pick-up the personal alarm and signal its location to the alarm monitoring system. This system in turn will send additional serial messages to the T3-SC Controller that results in the opening of a listen path associated with the new duress position in the facility. The operator is again able to listen and page to the local speaker zone.

In all, there are 3900 bi-directional speakers and intercoms segmented into 210 zones for monitoring and paging to potential duress locations throughout the facility. The T3-SC's paging capabilities enable the listen zone to be rapidly synchronized with the personal alarm monitoring system, enhancing the security officers' ability to respond to developing

duress situations. Response times are a maximum 1.5 seconds from page zone icon selection to opening the paging/listen circuit.

In addition to the ability to provide two-way audio communications in a mobile duress situation, the system also provides visual indication of movement direction through the use of movement area wall mounted lights, pictured below.

Owner: California Dept. of Mental Health
Architect: KMD
Security Electronics Consultant: HK Electrical Engineering LLC
Integrator: Trentech/Norment



**Response Team Assembly Area**



**Visual Indicator**          **Alarm Sensor**

For more information on this and other Telecor T3-SC applications, please visit our website or contact our offices listed below.

All product information subject to change without notice.

---

# telecor™ inc.     www.telecor.com

**In the USA:**   2434 Jerauld Avenue; Niagara Falls, New York; 14305;  Phone: (716) 285-8272  Fax (716) 285-8287

**In Canada:**   1114 Westport Crescent; Mississauga, Ontario; L5T 1G1;  Phone: (905) 564-0801  Fax: (905) 564-0806

**In the UK:**   Unit 3a, 21 Coopers Court, Coopers Yard, Newport Pagnell; Milton Keynes  MK16 8JS; Buckinghamshire;  Phone: 44-(0)-1908-211782  Fax 44-(0)-1908-216946

Rev. 0.0
ETS-2385
E:\T3-03\T3-C03.qxd/mm
Printed in Canada

# EXHIBIT BB

**Subject:**            FW: Mental Health Bed Need Study - Spring 2011 Update
**Attachments:**        MH Bed Study - SPRING 2011 FINAL 5-24-11.pdf

-------------------------------------------
**From:** Debbie Vorous[SMTP:DEBBIE.VOROUS@DOJ.CA.GOV]
**Sent:** Tuesday, May 24, 2011 1:54:39 PM
**To:** Kerry Courtney Hughes, MD; Patricia M. Williams; Haunani Henry;
Mary Perrien; Henry D. Dlugacz; Raymond F. Patterson, MD;
Kathryn Burns, MD, MPH; William F. Alvarez; Ted Ruggles, PhD; Paul Nicoll;
Farah Escamilla; Kristina Hector; Linda Holden; Mohamedu Jones;
Steve Raffa; Kerry Walsh; mlopes@pldwlaw.com; Jeff Metzner;
Yong Joo Erwin; jronmetz@yahoo.com
**Cc:** Debbie Vorous; Steve Fama; Jane E. Kahn; Michael W. Bien
**Subject:** Mental Health Bed Need Study - Spring 2011 Update
**Auto forwarded by a Rule**

Dear Special Master Lopes:

Attached is the Mental Health Bed Need Study for Spring 2011.  Please note that this Study does not include reductions based on AB 109 Realignment.

Please contact me if you have any questions.

Thank you,

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Consulting Services for
# California Department of Corrections
# & Rehabilitation

# MENTAL HEALTH BED NEED STUDY
# Based on SPRING 2011 Population Projections

# May 2011

# McManis Consulting



# Assignment & Scope

This is the Spring 2011 Mental Health Bed Need Study developed under the California Department of Corrections and Rehabilitation's (CDCR's) contract with McManis Consulting. As in previous reports, John Misener of McManis Consulting is the lead author and forecaster for the materials in this report.

DATA USED

This update uses either six or nine months of the fiscal year 2011 census and wait list data. The "Spring 2011 Adult Population Projections" from the CDCR Offender Information Services Branch (OISB) were used for the models, replacing the Fall 2010 values, and are based on policies and practices in place at the time the projections were developed.  OISB also provided additional projections of inmate populations by level of security classification, through 2021, for use in a new Enhanced Outpatient Program forecast methodology requested by the Division of Correctional Health Care Services (DCHCS).

# Table of Contents

SPRING 2011 – ISSUES & FEATURES                                        Page        4

METHODOLOGY                                                                          5

SPRING  2011 POPULATION PROJECTIONS                                                  6

MENTAL HEALTH PROGRAM CAPACITIES (as of March 28, 2011)                              7

FORECASTS

    Acute Psychiatric Program (APP) – Males                                      8

    Acute/Intermediate Care Facility (ICF) Program – Females                    11

    ICF Program – Males                                                         12

    Mental Health Crisis Bed (MHCB) – Males                                     17

    MHCB – Females                                                              21

    Enhanced Outpatient Program (EOP) General Population (GP)  – Males           22

    EOP – Administrative Segregation (ASU) – Males                              23

    Psychiatric Services Unit (PSU) – Males                                     24

    EOP-GP – Females                                                            26

    EOP-ASU – Females                                                           27

    PSU – Females                                                               28

    Correctional Clinical Case Management System (CCCMS) – Males                 29

    CCCMS – Females                                                             31

APPENDIX

    List of Abbreviations Used in Report                                         33

    Comparison of Bed Need Forecasts – Spring 2011 vs. Fall 2010                 34

    Mental Health Services Delivery System Bed Need                              35

    New Male EOP-GP Forecast Assumptions & Methods                               36

# Spring 2011 – ISSUES & FEATURES

## MALE

Adult male population projections averaged about 1.5% lower than those used in the Fall 2010 study.

The most intensive mental health services – **Acute (APP)** and **Intermediate (ICF)** care were lower for Spring 2011 than Fall 2010.

Other male programs experienced comparative increases for FY 2016 as follows:

- **MHCB** – 6.5% higher than Fall 2010 study
- **EOP-GP** – 2.0% higher
- **EOP ASU** – 7.9% higher
- **PSU** – 18.5% higher
- **CCCMS** – 3.1% higher

## FEMALE

Adult female population projections were also lower than the Fall 2010 projections, averaging 3.1% across the forecast years.

Comparing the Spring 2011 with the Fall 2010 projections, the increases in 5 years (FY 2016) are as follows:

- **MHCB** – 7.5% higher than the Fall 2010 study.
- **EOP-GP** – 17.7% higher
- **EOP ASU** – 48.0% higher
- **PSU** – 6.1% higher
- **CCCMS** – 2.8% higher
- **Acute/ICF** -  increased by 17.0% over the Fall 2010, though a change in methodology was used to include high-risk inmates previously not included.

## OVERALL

The FY2011 Mental Health Services Delivery System (MHSDS) population, excluding CCCMS, is higher than the estimate made in the Fall 2010 study for FY2011 by 2.0% (+147).  By 2020, the new forecast is 1.9% (+93) higher than the Fall 2010 projection, but is 2.3% lower than the Spring 2010 study.

# Methodology

The fundamental modeling approach for the Mental Health Bed Need Study is the Census Rate method, which is a population-based model. The method entails development of forecasts of the target populations and the development of use rates for those populations (based on average daily census per 1,000 inmates) for each level of care. Thus, this model uses the following variables:

- **Overall CDCR population (actual and projected)**
- **Periodic census counts by program**
- **Periodic wait list counts by program (if they exist)**

A Census Rate Adjustment Factor (CRAF) is applied to a forecast when the census rate increases over several years in order to simulate future increases. It is not always applied such as when the rate is erratic or when the rate is not expected to continue to increase based on other information related to operations (indication of length of stay reduction, improvements in wait list management, etc.) or when more recent data exhibits a decline.

The goal of the study is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply. Occupancy standards were selected to ensure that, on the average, capacities would not be exceeded in the future given the forecasted bed requirements. The Division of Correctional Health Care Services decided to apply a 90 percent occupancy standard (rather than the 95 percent standard) to all *inpatient* programs. The lower occupancy standard increases the probability of having an empty bed available.

# Spring 2011 Population Projections

The preliminary Spring 2011 10-year projections from CDCR's OISB were received on February 23, 2011, for internal use. The official projections were published unchanged on April 27, 2011. The chart for Males averages about 1.5% lower than the Fall 2010 projections, while the Female chart shows even larger drops averaging 3.1% lower projections.

### Male Population: 2002-2021



### Female Population: 2002-2021



*The Spring 2011 Male projections are lower each year than the Fall 2010 projections, averaging 1.5% below last year's projections.*

*The chart for Females shows some decreases each year compared to the Fall 2010 projections, with 2016 showing the largest variance (-4.7%). The difference averages 3.1% over the forecast period.*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

6

*Data Source: CDCR OISB Population Projections Unit*

# Mental Health Program Capacities as of March 28, 2011

| | |
|---|---|
| APP (CMF-VPP) | 198 |
| ICF (dorms) | 390 |
| *ASH* | *256* |
| *CSH* | *50* |
| *CMF-VPP* | *84* |
| ICF (High Custody) | 400 |
| *CMF-VPP* | *30* |
| *SVPP* | *370* |
| MHCB | 351 |
| EOP | 3,555 |
| EOP-ASU | 566 |
| PSU | 384 |
| CCCMS | 23,871 |

| FEMALE | |
|---|---|
| Acute/ICF (PSH) | 30 |
| MHCB | 22 |
| EOP | 129 |
| EOP-ASU | 19 |
| PSU | 20 |
| CCCMS | 2,247 |

**Male Capacity Changes:**
- APP – CMF-VPP: addition of 32 beds (P-1) on 11/1/10, increasing capacity to 198 beds. However, 4 beds will be down at a time due to the Suicide Proofing Project.
- SVPP – 58 beds were reactivated and fully opened 1/18/11.

**Female Capacity Changes:**
- PSU – CIW's PSU capacity increased from 10 to 20 as reported on 2/14/11 MIS Report.

*Data Source:  HC-POP*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

# APP Bed Need – Males

This Forecast is **Lower** than Fall 2010

## Acute Psychiatric Program Bed Need Forecast

| Acute Psych - Male | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | — Actual — | | | | | Est. | | | | | — Forecast — | | | | | |
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,049 | 153,374 | 153,827 | 154,449 | 154,571 | 155,858 | 156,467 | 157,136 | 157,851 | 159,018 | 160,118 |
| Census Rate | 0.94 | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.11 | 1.45 | 1.42 | 1.44 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 |
| ADC from databases a/ | 142 | 136 | 131 | 146 | 115.1 | 134.4 | 128.8 | 144.11 | 167.68 | | | | | | | | | | |
| Wait List ADC b/ | | | | 31 | 42.0 | 55.0 | 45.9 | 81.48 | 47.69 | | | | | | | | | | |
| Total ADC Est. & Forecast | | | 131 | 177 | 157 | 189 | 175 | 226 | 215.4 | 222 | 224 | 225 | 226 | 227 | 228 | 229 | 230 | 232 | 234 |
| Census Rate Adj. Factor c/ | | | | | | | | | 3.0% | 2.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 157 | 151 | 146 | 197 | 175 | 210 | 194 | 251 | 239 | 246 | 249 | 250 | 251 | 253 | 254 | 255 | 256 | 258 | 260 |

a/ Data Source: FY11 data from DMH VPP Census Reports FYE11 through March 31, 2011.

b/ The Wait list based on average daily counts through 3/31/11 was 47.7. The wait list has dropped since a high point in April 2010. This is shown on the next page. The average was used in this model.

c/ A census rate adjustment factor (CRAF) has been used in prior updates due to historical increases in the rate of utilization vs. the population increase. The goal of applying the CRAF was to predict future use rates based on the historical trend. Because of the significant "jump" in morbidity levels identified by the MHARP team and the resulting increase in census levels, the use of a CRAF based on a 5 year trend is inappropriate (too large). We chose, however, to apply the CRAF from the Fall 2009 study which will allow for future increases. This also may prove too high given the recent drops in the APP Wait List but it will continue to be tracked in future updates.

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2010 | | | | | | | | 253 | 256 | 261 | 265 | 266 | 268 | 270 | 272 | 274 | 276 | 278 |
| Forecast based on Spring 2010 | | | | | | | | 245 | 252 | 258 | 263 | 263 | 265 | 267 | 268 | 270 | 271 | 273 |
| Forecast based on Fall 2009 | | | 194 | 202 | 210 | 217 | 222 | 224 | 227 | 230 | 232 | 235 | 237 | | | | | | |

*The Spring 2011 bed need forecast is lower than that of the Fall 2010 study due to an average 1.5% lower population estimate over the forecasted years compared to OISB's Fall 2010 forecast and a 5.1% lower census rate for 2011 (based on 9 months actual data) versus the census rate projection used in the Fall 2010 study. The resulting differences average 6.5% lower bed need forecast over the forecast years versus the Fall 2010 study. In 2011, the bed need is 16.6 lower than the Fall 2010 study, 17.3 beds lower in 2016 and 20.3 beds lower by 2020. The decision was made in the Spring 2010 study to modify the CRAF ramp-up (because the 5 year annual average was deemed to aggressive), and this modified CRAF was again applied in the Fall 2010 study, as well as this Spring 2011 study.*

*The average census increased in FY2011 especially due to the availability of 32 new beds at CMF activated on 11/1/2010. This was also the primary cause of the reduction in the Wait List. However, the combined average census and wait list decreased from FY2010 to FY2011 (9 months) by 10.2.*

# APP Wait List – FY2010 & FY 2011



FY2010 Average Wait List = 81.5
FY 2011 Average Wait List = 47.7



| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 |
|---|---|---|---|---|---|---|---|
| ▣ Average Wait List | 94.89 | 66.88 | 81.11 | 83.05 | 88.36 | 24.89 | 29.41 |

Despite recent increases in the wait list, the trend has reversed significantly in FY2011.

*Data Source: DMH VPP Census Reports FYE11*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

# APP Bed Need – Males (Cont'd)

***Census Rate Trends and Projection Comparison***

***This Spring 2011 forecast uses a lower census rate projection than the Fall 2010 forecast.***

*Data Source: McManis Mental Health Bed Need model*

# Acute/ICF Program Bed Need – Females

This Forecast is
**Higher**
than Fall 2010

## Patton State Hospital Acute/ICF Program – Bed Need Forecast

| Acute/ICF- Female | Actual | | | | | | | | Est. | Forecast | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,497 | 9,560 | 9,532 | 9,528 | 9,691 | 9,780 | 9,955 | 10,076 | 10,245 | 10,388 | 10,586 |
| Census Rate a/ | 2.38 | 1.58 | 2.99 | 2.22 | 1.73 | 1.84 | 1.95 | 2.06 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 |
| Average Daily Census b/ | 23.96 | 16.85 | 32.47 | 26.03 | 20.58 | 20.99 | 21.52 | 20.81 | 19.44 | | | | | | | | | | |
| Potential High Security Census c/ | | | | | | | | | 8.32 | | | | | | | | | | |
| Total Avg. Daily Census | | | | | | | | | 27.75 | 28 | 28 | 28 | 28 | 29 | 29 | 29 | 30 | 30 | 31 |
| Bed Need @ 90% Occ | 27 | 19 | 36 | 29 | 23 | 23 | 24 | 23 | 31 | 31 | 31 | 31 | 31 | 32 | 32 | 33 | 33 | 34 | 34 |

a/  Model uses "Census Rate" method. Forecast uses the FY11 9 month census rate as constant after adding "Potential High Security Census". A Census Rate adjustment factor was not applied.
b/  ADC originally calculated using discharge rate model through 2006. Data since July 2008 is based on the HC-POP weekly MIS report.
c/  A list of 11 inmates since July 1, 2011 qualify as patients except for security issues, but will be accommodated  which will be resolved with new construction. Applying a length of stay of 276 days to these 11 cases yields an incremental average daily census (ALOS) of 8.3. The 276 ALOS was calculated for 2011 based on data from PSH excluding selected cases.

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2010 | | 23 | 22 | 22 | 22 | 23 | 23 | 24 | 24 | 24 | 25 |
| Forecast based on Spring 2010 | 21 | 21 | 20 | 20 | 20 | 21 | 21 | 21 | 21 | 22 | 22 |
| Forecast based on Fall 2009 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 25 | 25 | 25 | 26 |

> *CDCR is building a 45-bed Female ICF set to activate in early 2012. The methodology for this Spring 2011 study was modified from that used in the Fall 2010 and earlier studies by adding those inmates rejected by Patton State Hospital due to custodial concerns.   These potential patients will be accommodated in the new facility, and thus, the 2011 and future forecast years assume the addition of this category of patients. With this qualification of a change in methodology, the Spring 2011 bed need increased compared to the Fall 2010 forecast by 8.6 beds in 2011 (38.6%), 8.2 beds in 2016 (35.1%) and 8.9 beds in 2020 (35.7%). No census rate adjustment factor was applied due to the change and lack of comparability in methodology.*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

11

*Source: HC-POP weekly MIS reports and PSH Length of Stay data*

# ICF Program Bed Need – Males



This Forecast is **Lower** than Fall 2010

| CMF - ICF | — Actual — | | | | | | | Est. | | — Forecast — | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,049 | 153,374 | 153,827 | 154,449 | 154,571 | 155,858 | 156,467 | 157,136 | 157,851 | 159,018 | 160,118 |
| CMF-ICF Hi-Custody Census Rate a/ | | | | | | | | 0.18 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 |
| CMF-ICF Hi-Custody ADC | | | | 27 | 36 | 63 | 64 | 28.7 | 28.3 | 28.6 | 28.7 | 28.8 | 29.0 | 29.2 | 29.3 | 29.4 | 29.6 | 29.8 | |
| CMF-ICF Lo-Custody (Dorm) Census Rate a/ | | | | | | | | 0.40 | 0.49 | 0.49 | 0.49 | 0.49 | 0.49 | 0.49 | 0.49 | 0.49 | 0.49 | 0.49 | |
| CMF-ICF Lo-Custody (Dorm) ADC w Wait List | | | | 73 | 72 | 71 | 71 | 62.7 | 74.9 | 75.6 | 75.8 | 76.1 | 76.2 | 76.8 | 77.1 | 77.4 | 77.8 | 78.3 | 78.9 |
| Total CMF-ICF ADC | 79 | 76 | 80 | 100 | 107 | 134 | 135 | 91.4 | 103.2 | 104.1 | 104.5 | 104.9 | 105.0 | 105.8 | 106.2 | 106.7 | 107.2 | 108.0 | 108.7 |
| CMF-ICF Bed Ned @ 90% | 88 | 85 | 88 | 111 | 119 | 149 | 150 | 102 | 115 | 116 | 116 | 117 | 117 | 118 | 118 | 119 | 119 | 120 | 121 |

| ASH | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Census Rate b/ | 0.88 | 0.65 | 0.76 | 0.72 | 0.64 | 0.59 | 0.86 | 1.48 | 1.52 | 1.52 | 1.52 | 1.52 | 1.52 | 1.52 | 1.52 | 1.52 | 1.52 | 1.52 | 1.52 |
| Avg. Census (HC-POP weekly file) | 132 | 100 | 117 | 116 | 108.6 | 94.0 | 113.4 | 210.7 | 224.82 | | | | | | | | | | |
| ASH-ICF wait list | | | | | | | 21.0 | 20.5 | 6.77 | | | | | | | | | | |
| Total Avg. Census Est. & Forecast | | | | | | | | 231.2 | 231.59 | 234 | 234 | 235 | 235 | 237 | 238 | 239 | 240 | 242 | 244 |
| Bed Need (90% Occ) | 147 | 111 | 130 | 128 | 115 | 104 | 126 | 257 | 257 | 260 | 260 | 261 | 262 | 264 | 265 | 266 | 267 | 269 | 271 |

| SVPP | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2020 |
| Census Rate Hi-Custody c/ | | | | | | | 2.13 | 4.52 | 4.24 | 4.24 | 4.24 | 4.24 | 4.24 | 4.24 | 4.24 | 4.24 | 4.24 | 4.24 | |
| ADC - Hi-custody ADC | | 48 | 51 | 69 | 117.6 | 178.3 | 197.9 | 231.4 | 272.97 | 650 | 652 | 655 | 655 | 661 | 663 | 666 | 669 | 674 | 679 |
| ADC on Waitlist d/ | | 11 | 3 | 100 | 78 | 80 | 136 | 472.2 | 371.46 | | | | | | | | | | |
| Total ADC Est. & Forecast | | 54 | 92 | 179 | 190 | 258 | 334 | 703.6 | 644 | 650 | 652 | 655 | 655 | 661 | 663 | 666 | 669 | 674 | 679 |
| ADC on 1370 wait list | | | | | 27.9 | 31.7 | 19.2 | 19.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | 16.3 | |
| Bed Need w/o 1370's @90% | | | | | | | | 782 | 716 | 722 | 724 | 727 | 728 | 734 | 737 | 740 | 743 | 749 | 754 |
| Bed Need (90% Occ) with 1370's | - | 60 | 102 | 198 | 248 | 322 | 392 | 803 | 734 | 740 | 743 | 745 | 746 | 752 | 755 | 758 | 762 | 767 | 772 |

| All Intermediate - Combined | — Actual — | | | | | | | Est. | | — Forecast — | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| ADC | 211 | 231 | 288 | 375 | 429 | 513 | 624 | 1,056 | 979 | 988 | 991 | 996 | 1,004 | 1,008 | 1,012 | 1,017 | 1,024 | 1,031 | |
| Bed Need (90% Occ) excl. 1370's | 234 | 256 | 320 | 416 | 477 | 570 | 693 | 1,173 | 1,088 | 1,098 | 1,101 | 1,105 | 1,106 | 1,115 | 1,120 | 1,124 | 1,130 | 1,138 | 1,146 |
| ASH Dorm Bed Need (@90% occupancy) | | | | | | | | 257 | 257 | 260 | 260 | 261 | 262 | 264 | 265 | 266 | 267 | 269 | 271 |
| CMF-ICF (Dorms) Bed Need | | | | | | | | 70 | 83 | 84 | 84 | 85 | 85 | 85 | 86 | 86 | 86 | 87 | 88 |
| CMF-ICF Hi-Custody Bed Need | | | | | | | | 32 | 31 | 32 | 32 | 32 | 32 | 33 | 33 | 33 | 33 | 33 | 33 |
| SVPP Hi-Custody Bed Need | | | | | | | | 782 | 716 | 722 | 724 | 727 | 728 | 734 | 737 | 740 | 743 | 749 | 754 |
| Sub-Total Lo-custody (Dorm Housing) ADC c/ | | | | | | | | 359 | 841 | 344 | 345 | 346 | 346 | 349 | 350 | 352 | 354 | 356 | 359 |
| Sub-Total Hi-Custody Bed Need c/ | | | | | | | | 814 | 748 | 754 | 756 | 759 | 760 | 766 | 769 | 773 | 776 | 782 | 787 |
| Total ICF Bed Need (@ 90% occupancy) | | | | | | | | 1,173 | 1,088 | 1,098 | 1,101 | 1,105 | 1,106 | 1,115 | 1,120 | 1,124 | 1,130 | 1,138 | 1,146 |

a/ Census rate for CMF-ICF assumed to be constant at 2011 levels. CMF data from the DMH daily summary file. Coalinga data was not shown as there was no census there in FY2011.
b/ For ASH the census rate was assumed to remain at the FY11 levels throughout the forecast.
c/ For SVPP the census rate was assumed to remain at the FY11 levels throughout the forecast. Discussion of the most recent downward trend in the wait list is discussed on the next page.
d/ The average Wait List used for calculation of bed need at SVPP (371.46) was unadjusted and based on DMH daily data.

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2010 | | | | | | | | | 1,473 | 1,463 | 1,464 | 1,467 | 1,478 | 1,190 | 1,190 | 1,498 | 1,208 | 1,215 | 1,225 |
| Forecast Based on Spring 2010 | | | | | | | | | 1,165 | 1,276 | 1,367 | 1,422 | 1,426 | 1,437 | 1,452 | 1,464 | 1,468 | 1,479 | |
| Forecast Based on Fall 2009 | | | | | | | | 693 | 777 | 866 | 939 | 988 | 999 | 1,011 | 1,023 | 1,033 | 1,045 | 1,055 | |

*The future bed need for Male ICF decreased relative to the Fall 2010 study. Census + Wait list combined volumes have continued to drop off the highs from 2010. CMF-ICF volume increased with the increase in bed supply there. While ASH census increased, the wait list there dropped resulting in a small increase (0.2%) in FY2011 (9mo). More significantly, the Census + Wait List at SVPP dropped 8.4% from FY2010 to FY2011 (9mo) even with the bed increase in the C-Wing. The total ICF bed need forecasted in this study dropped 6.4% for FY11 relative to the Fall 2010 Study.*

# ICF Program Bed Need – Males



**SVPP Census & Wait List**

| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 |
|---|---|---|---|---|---|---|---|
| ■ Wait List | 397.9 | 477.0 | 533.6 | 481.8 | 463.1 | 377.4 | 271.7 |
| ▨ Census | 232.3 | 230.0 | 230.5 | 233.0 | 229.4 | 271.0 | 321.3 |



**ASH Census & Wait List**

| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 |
|---|---|---|---|---|---|---|---|
| ■ Wait List | 38.5 | 17.2 | 16.3 | 8.9 | 10.5 | 5.8 | 4.0 |
| ▨ Census | 155.7 | 209.1 | 234.3 | 246.1 | 245.5 | 222.3 | 206.7 |

*Daily counts are shown as quarterly averages for FY10 and for FY11 through March 31, 2011.*
*For the most recent full available quarter (FY11 Q3), the combined Census + Wait List average was 8.4 lower than the FY10 average and 22.4% lower than the same quarter in FY10. The trend for ASH is less pronounced. FY11 through 3/28/11 is only slightly higher than the average Census + Wait list for FY10 (0.3%) but FY11 Q3 is 16% lower than that for FY10 Q3. It is assumed that a stabilization of ASH volume is occurring.*

*A CRAF was not applied for this forecast. In prior studies, the CRAF was applied in order to simulate future census rate increases based on historical trends. However, in this case, the trend represented by the large jump in FY10 over FY09 appears to have leveled out or begun a decline.*

*HC-POP has assumed an on-going role in monitoring the wait list.*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

13

# SVPP Census Trends – FY 2006-2011

*The Census Trends at SVPP reflect the increases in capacity. In April 2009, the addition of Treatment Center 2 corresponds with a jump in census. Additions in February, September and December 2010 show corresponding increases in census.*



| Fiscal Year | Average |
|---|---|
| FY06 | 68.5 |
| FY07 | 117.6 |
| FY08 | 178.3 |
| FY09 | 197.9 |
| FY10 | 231.4 |
| FY11 (3 Qtrs) | 273.0 |

(1) C-5 was closed temporarily on Dec. 8 2010, and C-6 was opened on Dec. 9 2010. C-5 was reactivated on Jan. 18 2011.

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

14

*Data Sources: HC-POP weekly MIS reports (top chart) and DMH "Census SVPP FYE11 4-11-11.xls and older files.*

# ASH Intermediate Census Trends FY 2007-2011 (3 qtrs)

*The rapid growth of the census at ASH is attributed to MHARP and the ICF Pilot Program.*

*In FY 2009, the average census and wait lists were: 113.4 and 21.0, respectively. For FY 2010, these grew to: 210.7 and 20.5 respectively. In FY 2011 (Q1-Q3), the average census was 224.8 and the Wait List had dropped to 6.4, a combined increase over FY 2010 of only 0.3% marking a leveling off.*



|  | ASH-ICF | Wait List | ASH ICF+Wait List |
|---|---|---|---|
| FY09 | 113.4 | 21.0 | 134.4 |
| FY10 | 210.7 | 20.5 | 231.2 |
| FY11 (Q1-Q3) | 224.8 | 6.8 | 231.6 |

*Data Source: HC-POP weekly MIS reports*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

15

# SVPP Wait List Trend



**SVPP CDCR Inmates + 1370 Wait List Census Rate Trend**

*The SVPP Wait List increased significantly since April 2008 and especially since the MHARP began. However, a drop has started to occur since March 2010. A 10-bed capacity increase in February 2010 and especially the increases in the Charlie Yard (C-5 and C-6 both contain 58 new beds) capacity starting in September and December 2010, respectively, explains most of this drop. Data not adjusted for wait list duplications, transfers, and paroles.*

*Data Source: DMH SVPP Bed Utilization Management Reports*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

16

# MHCB Bed Need - Males

This Forecast is
**Higher**
than Fall 2010

## Male MHCB - Bed Need Forecast

| MHCB - Males | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | Est. 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,049 | 153,374 | 153,827 | 154,449 | 154,571 | 155,858 | 156,467 | 157,136 | 157,851 | 159,018 | 160,118 |
| Census Rate a/ | 1.11 | 1.15 | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 2.01 | 2.05 | 2.28 | 2.48 | 2.62 | 2.70 | 2.70 | 2.70 | 2.70 | 2.70 | 2.70 | 2.70 | 2.70 |
| Average census | 157 | 167 | 165 | 151 | 147 | 241 | 246.7 | 292.4 | 302.8 | 332.38 | | | | | | | | | | |
| Wait List | 8 | 7 | 7 | 53 | 40 | 9.60 | 36.0 | 23.4 | 16.5 | 13.87 | | | | | | | | | | |
| Combined ADC | 165 | 174 | 172 | 204 | 187 | 250 | 283 | 316 | 319 | 346.26 | 380 | 403 | 417 | 417 | 421 | 422 | 424 | 426 | 429 | 432 |
| Census Rate Adjustment factor b/ | | | | | | | | | | 11.7% | 8.8% | 5.9% | 2.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 183 | 193 | 192 | 227 | 208 | 278 | 314 | 351 | 355 | 385 | 422 | 448 | 463 | 464 | 467 | 469 | 471 | 473 | 477 | 480 |

a/ Rate includes actual census and wait list average. FY2011 census data from Mental Health Crisis Bed (MHCB) Weekly Census Report.
b/ Assumes that rates will continue to increase at a decelerating rate to 2015. A 4-year trend was used for the CRAF because 2006 was a unusually low year and creates a significantly higher (unrealistic) forecast.

| | 2002 | | | | | | | | | | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2010 | | | | | | | | | | | 355 | 382 | 407 | 426 | 437 | 440 | 444 | 447 | 450 | 453 | 457 |
| Forecast based on Spring 2010 | | | | | | | | | | | 345 | 373 | 397 | 415 | 425 | 428 | 430 | 433 | 436 | 437 | 441 |
| Forecast based on Fall 2009 | | | | | | | | | 351 | | 395 | 437 | 469 | 490 | 496 | 502 | 508 | 513 | 519 | 524 | |

*The Spring 2011 forecast increased by 2.9 beds in 2011 (0.8%) over the Fall 2010 study. There was an increase of 23.9 beds (5.4%) over the Fall 2010 study in 2016 and an increase of 20.0 beds (4.4%) by 2020. These increases occurred due to an increase in the census rate, though the wait list dropped to an average of 13.9 from the 2010 average of 16.5.*

Data Sources:  20101227_MHCB Census.xls; 20110425_MHCB Census.pdf

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

# MHCB Bed Need – Males: Census Rate Trends & Forecasts



*Census Rate Trends and Projection Comparison*

This Spring 2011 model has a higher census rate forecast than the Fall 2010 Study. For 2011, the census rate is 2.3% higher than that projected in the Fall 2010 study. Because of the census rate adjustment factor used, the rate is projected to be 6.9% higher by 2016.

*Data Source:  McManis Mental Health Bed Need model*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

18

# MHCB Bed Need – Males: Census Trends



*5 ¾ -Year Census Trends MHCB – Male (July 2005- March 2011)*

S-1 CMF 25-bed unit opened

S-1 CMF 25-bed unit closed

CMF 50-bed unit opened (6/23/08)

SAC conversion of 20-bed MH-OHU (12/14/09)

SQ 17-bed unit opened (1/8/10)

*In the first 3 quarters of FY2011, the census averaged 335 versus 303 in FY2010; an increase of 10.6%. The average wait list dropped from 16.5 to 13.9 (-15.9%) indicating that inmates needing crisis care have better access to service. The combined census + waitlist increased 9.2% between the two periods. On January 8, 2010, 17 beds were added to the MHCB capacity at San Quentin.*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

19

*Data Source: HC-POP weekly MIS reports*

# MHCB Bed Need – Males: Wait List Trends

***5 3/4 -Year MHCB Wait List Trend (July 2005 – March 2011)***

**The MHCB wait list continues the drop begun in 2008. In FY11 (Q1-Q3), the average wait list was 13.9 compared to 16.5 in FY2010 or a decrease of 15.9%.**

*Data Source: HC-POP weekly MIS reports*

This Forecast is
**Higher**
than Fall 2010

# MHCB Bed Need – Females

## Female MHCB - Bed Need Forecast

| MHCB - Females | Actual | | | | Est. | — Forecast — | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 11,888 | 11,392 | 11,027 | 10,096 | 9,497 | 9,560 | 9,532 | 9,528 | 9,691 | 9,780 | 9,955 | 10,076 | 10,245 | 10,388 | 10,536 |
| Census Rate a/ | 1.04 | 1.15 | 1.20 | 1.41 | 1.63 | 1.81 | 1.93 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| Average census | 12.4 | 13.2 | 13.2 | 14.25 | 15.51 | 17 | 18 | 19 | 19 | 20 | 20 | 20 | 21 | 21 | 21 |
| Census Rate Adjustment factor b/ | | | | | 14.1% | 10.6% | 7.0% | 3.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 14 | 15 | 15 | 16 | 17 | 19 | 20 | 21 | 22 | 22 | 22 | 22 | 23 | 23 | 23 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a/ Includes CCWF and CIW. Data through March 2011 from HC-POP weekly MHCB Census report. | | | | | | | | | | | | | | | |
| b/ Assumes that rates will continue to increase at a decelerating rate to 2015. Based on an 4-year increase between 2007 and 2011. | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2010 | | | | | 16 | 17 | 18 | 19 | 19 | 20 | 20 | 20 | 21 | 21 | 21 |
| Forecast based on Spring 2010 | | | | | 16 | 17 | 18 | 19 | 19 | 19 | 19 | 20 | 20 | 20 | 20 |
| Forecast based on Fall 2009 | | | | 15 | 15 | 16 | 17 | 17 | 17 | 17 | 18 | 18 | 18 | 18 | |

> *The Spring 2011 projections indicate an increase in bed need over the Fall 2010 forecast due to an increase in the MHCB census rate. This includes 0.6 beds (3.5%) in 2011, 1.6 beds (7.8%) in 2016, and 1.8 beds (8.3%) in 2020.*

The census rate in Spring 2011 is 4.4% higher than that forecast in the Fall 2010 study.



Data Sources: 20101227_MHCB Census.xls; 20110425_MHCB Census.pdf

# EOP-GP Bed Need - Males

This Forecast is **Higher** than Fall 2010

## *Male EOP–GP Detailed Forecast by Security Level*

| EOP Program by Type | Actual & Estimated | | | | | Forecast | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Level I** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Pop Level I (as of Spring 2009) a/ | 29,933 | 29,077 | 28,917 | 28,800 | 22,816 | 24,668 | 25,160 | 25,366 | 25,321 | 25,516 | 25,616 | 25,725 | 25,842 | 26,033 | 26,213 |
| Census Rate | 7.5 | 8.4 | 9.2 | 10.7 | 13.6 | 15.67 | 17.27 | 18.15 | 18.15 | 18.15 | 18.15 | 18.15 | 18.15 | 18.15 | 18.15 |
| Census+WL b/ | 224 | 243 | 267 | 307 | 310 | 386 | 434 | 450 | 459 | 463 | 465 | 467 | 469 | 472 | 476 |
| Bed Need @ 95% | 236 | 256 | 281 | 323 | 326 | 407 | 457 | 485 | 484 | 487 | 489 | 491 | 494 | 497 | 501 |
| Census Rate Adj. Factor c/ | | | | | 20.4% | 15.3% | 10.2% | 5.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Level II** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Pop Level II (as of Spring 2009) | 42,012 | 40,924 | 40,625 | 40,519 | 38,044 | 36,876 | 36,186 | 35,920 | 35,620 | 35,595 | 35,734 | 35,887 | 36,050 | 36,317 | 36,568 |
| Census Rate | 18.3 | 22.0 | 23.4 | 23.4 | 27.6 | 30.19 | 32.11 | 33.13 | 33.13 | 33.13 | 33.13 | 33.13 | 33.13 | 33.13 | 33.13 |
| Census+WL b/ | 767 | 899 | 949 | 949 | 1,048 | 1,113 | 1,162 | 1,190 | 1,180 | 1,179 | 1,184 | 1,189 | 1,194 | 1,203 | 1,212 |
| Bed Need @ 95% | 808 | 946 | 999 | 999 | 1,104 | 1,172 | 1,223 | 1,253 | 1,242 | 1,241 | 1,246 | 1,252 | 1,257 | 1,267 | 1,275 |
| Census Rate Adj. Factor c/ | | | | | 12.7% | 9.5% | 6.4% | 3.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Level III** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Pop Level III (as of Spring 2009) | 33,750 | 33,765 | 33,660 | 34,075 | 33,905 | 34,740 | 35,385 | 35,995 | 36,475 | 36,920 | 37,064 | 37,223 | 37,392 | 37,669 | 37,929 |
| Census Rate | 24.4 | 25.52 | 25.2 | 23.0 | 25.0 | 24.98 | 24.98 | 24.98 | 24.98 | 24.98 | 24.98 | 24.98 | 24.98 | 24.98 | 24.98 |
| Census+WL b/ | 824 | 862 | 847 | 785 | 847 | 868 | 884 | 899 | 911 | 922 | 926 | 930 | 934 | 941 | 947 |
| Bed Need @ 95% | 868 | 907 | 892 | 826 | 891 | 913 | 930 | 946 | 959 | 971 | 974 | 979 | 983 | 990 | 997 |
| **Level IV** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Pop Level IV (as of Spring 2009) | 26,590 | 25,975 | 25,780 | 25,945 | 27,845 | 28,325 | 28,815 | 29,345 | 29,900 | 30,485 | 30,604 | 30,735 | 30,875 | 31,103 | 31,318 |
| Census Rate | 34.9 | 39.0 | 42.9 | 42.6 | 42.1 | 42.07 | 42.07 | 42.07 | 42.07 | 42.07 | 42.07 | 42.07 | 42.07 | 42.07 | 42.07 |
| Census+WL b/ | 929 | 1,014 | 1,105 | 1,105 | 1,171 | 1,191.7 | 1,212.3 | 1,234.6 | 1,257.9 | 1,282.6 | 1,287.6 | 1,293.1 | 1,299.0 | 1,308.6 | 1,317.6 |
| Bed Need @ 95% | 978 | 1,067 | 1,163 | 1,163 | 1,238 | 1,254 | 1,276 | 1,300 | 1,324 | 1,350 | 1,355 | 1,361 | 1,367 | 1,377 | 1,387 |
| **Reception Centers** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Reception Center Pop (Spring 2009) | 27,690 | 26,608 | 26,878 | 22,028 | 24,164 | 23,405 | 22,831 | 22,278 | 21,615 | 21,602 | 21,686 | 21,779 | 21,878 | 22,040 | 22,192 |
| Census Rate (Endorsed + non) | 16.04 | 20.03 | 26.4 | 30.7 | 30.0 | 30.04 | 30.04 | 30.04 | 30.04 | 30.04 | 30.04 | 30.04 | 30.04 | 30.04 | 30.04 |
| Census + WL  b/ | 444 | 533 | 709 | 677 | 726 | 703 | 686 | 669 | 649 | 649 | 651 | 654 | 657 | 662 | 667 |
| Bed Need @ 95% | 468 | 561 | 747 | 713 | 764 | 740 | 722 | 704 | 684 | 683 | 686 | 689 | 692 | 697 | 702 |
| **Bed Need Level I-IV + RCs & Misc** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Level I | 236 | 256 | 281 | 323 | 326 | 407 | 457 | 485 | 484 | 487 | 489 | 491 | 494 | 497 | 501 |
| Level II | 808 | 946 | 999 | 999 | 1,104 | 1,172 | 1,223 | 1,253 | 1,242 | 1,241 | 1,246 | 1,252 | 1,257 | 1,267 | 1,275 |
| Level III | 868 | 907 | 892 | 826 | 891 | 913 | 930 | 946 | 959 | 971 | 974 | 979 | 983 | 990 | 997 |
| Level IV | 978 | 1,067 | 1,163 | 1,163 | 1,238 | 1,254 | 1,276 | 1,300 | 1,324 | 1,350 | 1,355 | 1,361 | 1,367 | 1,377 | 1,387 |
| Reception Centers | 468 | 561 | 747 | 713 | 764 | 740 | 722 | 704 | 684 | 683 | 686 | 689 | 692 | 697 | 702 |
| Total Bed Need - All Levels | 3,357 | 3,737 | 4,083 | 4,023 | 4,318 | 4,485 | 4,609 | 4,688 | 4,692 | 4,733 | 4,751 | 4,771 | 4,793 | 4,828 | 4,862 |

a/ Population data used: Spring 2011 projections for 2010-2021. And, S10Pub.pdf; S09Pub.pdf; S09Pub.pdf and S08Pub.pdf for earlier estimates.

b/ Census +WL source was EOP by Level data from HC-POP from FY07-FY11 (9mo) with allocation of "Misc" using actual distribution of Level I-IV for each year. Each year's total by Level was reduced for ASU using assumption of 90% Level IV, 10% Level III. Census rates for FY07-FY10 are actual and FY11 based on 9 months data.

c/ Census Rate Adjustment Factors – used actual 4 year CRAF for Level I and II. No CRAF applied to Level III (dropping) or Level IV (stable). No CRAF was applied to Reception Center as the census has been fluctuating since 2009 and census rate dropped in FY11 (9 months).

| Totals | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fall 2010 (facility-based method) | | | | 4,131 | 4,146 | 4,241 | 4,325 | 4,405 | 4,444 | 4,531 | 4,562 | 4,601 | 4,630 | 4,667 |
| Spring 2010 (Old method) | | | | 4,010 | 4,193 | 4,862 | 4,494 | 4,559 | 4,594 | 4,594 | 4,594 | 4,594 | 4,594 | 4,594 |

**The Spring 2011 forecast is higher than the Fall 2010 forecast in aggregate. In 2011, the difference is a higher bed need of 173 (4.2%); in 2016, 202 higher (4.5%) and in 2020, 161 higher (3.5%).**

# EOP-ASU Bed Need - Males

This Forecast is
**Higher**
than Fall 2010

## *Male EOP–ASU Bed Need Forecast*

| Ad-Seg EOP Need - Males | 2003 | 2004 | 2005 | 2006 | — Actual — 2007 | 2008 | 2009 | 2010 | Est. 2011 | 2012 | 2013 | 2014 | 2015 | — Forecast — 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,049 | 153,374 | 153,827 | 154,449 | 154,571 | 155,858 | 156,467 | 157,136 | 157,851 | 159,018 | 160,118 |
| Census /1000 males | 2.55 | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.62 | 3.35 | 3.75 | 3.88 | 3.98 | 4.04 | 4.08 | 4.08 | 4.08 | 4.08 | 4.08 | 4.08 | 4.11 |
| Average census a/ | 385 | 420 | 398 | 496 | 498 | 560 | 567 | 521.2 | 569.7 | 594 | 612 | 625 | 630 | 636 | 638 | 641 | 644 | 649 | 659 |
| Census Rate Adjustment factor b/ | | | | | | | | | 4.3% | 3.4% | 2.6% | 1.7% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 524 | 589 | 597 | 549 | 600 | 626 | 644 | 657 | 664 | 669 | 672 | 675 | 678 | 683 | 693 |

a/ Source: HC-POP Management Information Report (R1). The average census for FY 2011 uses 9 months data.
b/ Assumes that rates will continue to increase but at a decelerating rate to 2016.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2010 | | | | | | | | 549 | 569 | 590 | 605 | 615 | 619 | 624 | 628 | 634 | 638 | 643 |
| Forecast Based on Spring 2010 | | | | | | | | 545 | 568 | 590 | 608 | 616 | 621 | 624 | 628 | 633 | 634 | 639 |
| Forecast Based on Fall 2009 | | | | | | | 597 | 627 | 658 | 681 | 699 | 707 | 716 | 724 | 731 | 740 | 747 | |

*The Spring 2011 forecast is higher than the Fall 2010 forecast due to the higher census rate experienced in the first 9 months of FY 2011. This results in a 2011 bed need estimate that is higher by 30.7 beds (5.4%) in 2011, 45.1 beds higher in 2016 (7.2%), and 39.9 beds higher in 2020 (6.2%) than the Fall 2010 study.*



A higher census rate created an increase in bed need in the forecasted years. The Spring 2011 estimated census rate for 2011 is 7.0% higher than that projected in the Fall 2010 study.

*Data Source: HC-POP R1*

Mental Health Bed Need Study (based on Spring 2011 Population Projections)    23

# PSU Bed Need – Males

This Forecast is **Higher** than Fall 2010

## *Male PSU Bed Need Forecast*

| PSU - Males | Actual | | | | | | | Est. | Forecast | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,049 | 153,374 | 153,827 | 154,449 | 154,571 | 155,858 | 156,467 | 157,136 | 157,851 | 159,018 | 160,118 |
| Census /1000 males | 1.77 | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.67 | 2.64 | 3.06 | 3.35 | 3.57 | 3.69 | 3.69 | 3.69 | 3.69 | 3.69 | 3.69 | 3.69 | 3.69 |
| Average Census a/ | 267 | 265 | 292 | 303 | | 310 | 380 | 376 | 379.37 | 514 | 549 | 569 | 570 | 574 | 577 | 579 | 582 | 586 | 590 |
| Endorsed & Waiting a/ | | | | | 15.9 | 43 | 43 | 37 | 85.53 | | | | | | | | | | |
| Census Rate Adjustment factor b/ | | | | | | | | | 12.9% | 9.7% | 6.5% | 3.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 281 | 279 | 308 | 319 | 343 | 445 | 442 | 433 | 489 | 541 | 578 | 599 | 600 | 605 | 607 | 610 | 612 | 617 | 621 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2010 | | | | 433 | 455 | 477 | 493 | 503 | 506 | 510 | 514 | 518 | 521 | 526 |
| Forecast Based on Spring 2010 | | | | 392 | 458 | 482 | 500 | 509 | 513 | 515 | 518 | 522 | 524 | 528 |
| Forecast Based on Fall 2009 | | | 442 | 479 | 516 | 544 | 563 | 570 | 577 | 583 | 589 | 596 | 601 | |

a/ Data source: HC-POP.  Starting in FY07 allows separation of actual census and endorsed & waiting counts. Both are included in census rate calculation.  FY2011 data is for 9 months through March 2011.
b/ Census rate adjustment factor used the period 2007-2011 (4 years) to avoid the low 2006 value in a 5-year adjustment calulation. The CRAF assumes a decelerating rate to 2015.

> The Spring 2011 forecast is higher in 2011 than the Fall 2010 study by 34.3 beds (7.5% higher) because of the small 1.5% increase in the actual PSU census between FY 2010 and the 9 months of FY 2011. But the main cause of the increase is a 130% jump in the Wait List between the two periods which grew from an average of 37 in 2010 to 86 in 2011. As noted in the Fall 2010 study there was a major decrease in the admission rate at the largest male PSU hub that significantly impacted the statewide PSU wait list.



Data Source: HC-POP

# PSU Bed Need – Males: Census & Wait List Trends



PSU Housed and PSU Waiting Census: Jan 2006-March 2011

This Forecast is
**Lower**
than Fall 2010

# EOP General Population Bed Need - Females

### Female EOP–GP Bed Need Forecast

| EOP-GP Female | — Actual — | | | | | | | Est. | — Forecast — | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,497 | 9,560 | 9,532 | 9,528 | 9,691 | 9,780 | 9,955 | 10,076 | 10,245 | 10,388 | 10,536 |
| Census /1000 Females | 12.37 | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 13.5 | 16.78 | 16.47 | 16.47 | 16.47 | 16.47 | 16.47 | 16.47 | 16.47 | 16.47 | 16.47 | 16.47 |
| Avg census a/ | 125 | 141 | 163 | 184 | 206 | 165 | 149 | 169.4 | 156.44 | 157 | 157 | 157 | 160 | 161 | 164 | 166 | 169 | 171 | 174 |
| Bed Need @ 95% Occ | 131 | 149 | 171 | 193 | 217 | 174 | 157 | 178 | 165 | 166 | 165 | 165 | 168 | 170 | 173 | 175 | 178 | 180 | 183 |

a/ Data source: HC-POP Management Information Report (R1). FY 2011 based on 9 months of data ending March 2011.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2010 | | | | | | | | 178 | 175 | 176 | 179 | 182 | 187 | 190 | 191 | 194 | 196 | 201 |
| Forecast Based on Spring 2010 | | | | | | | | 184 | 181 | 183 | 185 | 187 | 188 | 191 | 195 | 196 | 200 | 201 |
| Forecast Based on Fall 2009 | | | | | | | 157 | 155 | 155 | 160 | 161 | 159 | 160 | 164 | 166 | 167 | 170 | |

*The Spring 2011 forecast is lower than the Fall 2010 forecast indicating 10.5 fewer beds needed in 2011 (-5.8%), 18.7 fewer beds in 2016 (-10.0%), and 20.8 fewer beds needed in 2020 (-10.4%). This is due to a decrease in demand in the first 3 quarters of FY 2011.*

### Census Rate Trend/Forecast – Spring 2011



Data Source: HC-POP MIR

# EOP-ASU Bed Need – Females

This Forecast is
**Higher**
than Fall 2010

### Female EOP–ASU Bed Need Forecast

| EOP-ASU Female | — Actual — | | | | | | | | Est. | — Forecast — | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,497 | 9,560 | 9,532 | 9,528 | 9,691 | 9,780 | 9,955 | 10,076 | 10,245 | 10,388 | 10,536 |
| Census /1000 Females | 0.64 | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 1.2 | 1.95 | 2.52 | 2.81 | 3.02 | 3.14 | 3.14 | 3.14 | 3.14 | 3.14 | 3.14 | 3.14 | 3.14 |
| Avg census a/ | 7 | 10 | 14 | 17 | 18.7 | 8.3 | 13.5 | 19.7 | 23.95 | 27 | 29 | 30 | 30 | 31 | 31 | 32 | 32 | 33 | 33 |
| Census Rate Adjustment factor b/ | | | | | | | | | 15.1% | 11.4% | 7.6% | 3.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 7 | 10 | 15 | 18 | 20 | 9 | 14 | 21 | 25 | 28 | 30 | 31 | 32 | 32 | 33 | 33 | 34 | 34 | 35 |

a/ Source: HC-POP R1 daily report. Data 9 months of FY 2011 ending March 2011.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2016 based on the change between 2007-2011.

| Forecast Based on Fall 2010 | | | | | | | | | | | 21 | 22 | 23 | 24 | 25 | 25 | 26 | 26 | 26 | 27 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2010 | | | | | | | | | | | 18 | 18 | 19 | 19 | 20 | 20 | 20 | 20 | 21 | 21 |
| Forecast Based on Fall 2009 | | | | | | | | 14 | 15 | 15 | 16 | 17 | 16 | 17 | 17 | 17 | 17 | 18 |

> **The Spring 2011 forecast has a higher bed need of 3.7 (17.0%) in 2011 than the Fall 2010 forecast due to the increase in the census rate. By 2016, the projected bed need is 6.6 higher (25.5%) and 7.1 beds higher (26.1%) in 2020.**

### Census Rate Trend/Forecast – Spring 2011





This Forecast is
**Higher**
than Fall 2010

# PSU Bed Need – Females

## Female PSU Bed Need Forecast

| PSU - Females | | Actual | | | Est. | | Forecast | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 11,888 | 11,392 | 11,027 | 10,096 | 9,497 | 9,560 | 9,532 | 9,691 | 9,780 | 9,955 | 10,076 | 10,245 | 10,388 | 10,536 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.91 | 1.78 | 1.96 | 2.04 | 2.10 | 2.14 | 2.16 | 2.19 | 2.21 | 2.23 | 2.25 | 2.28 | 2.30 |
| Average Census | 9.73 | 8.85 | 9.30 | 9.70 | 10.84 | 20 | 20 | 20 | 21 | 21 | 22 | 22 | 23 | 24 | 24 |
| Endorsed & Waiting | 0.64 | 0.25 | 0.78 | 8.26 | 7.79 | | | | | | | | | | |
| Census Rate Adjustment factor b/ | | | | | | 4.0% | 3.0% | 2.0% | 1.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Bed Need @ 95% Occ | 10.9 | 9.6 | 11 | 19 | 20 | 21 | 21 | 21 | 22 | 23 | 23 | 24 | 24 | 25 | 25 |

| a/ Census rates calculated using actual census plus wait list. FY2011 data based on HC-POP data through March 2011. |
|---|
| b/ In the Fall 2010 study, due to lack of a realistic trend for this "start-up" program, a 5% decelerating rate to 2015 was applied. For FY 2011 through March, the census rate increased 3.7% over FY2010. The following CRAF was applied to this update: 4%, 3%, 2% and 1% for the years 2012-2015, respectively. |

| Forecast Based on Fall 2010 | | | | | | 19 | 19 | 19 | 20 | 20 | 21 | 21 | 21 | 22 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2010 | | | | | | 18 | 18 | 19 | 19 | 20 | 20 | 20 | 20 | 21 | 21 |
| Forecast Based on Fall 2009 | | | 11 | | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | |

> *The census rate in FY2010 increased significantly over past years. In FY 2011 through March, the census rate increased 10.3%, while the census plus wait list increased 3.7%. Because this is still a relatively new program with capacity changes, a census rate adjustment factor was applied to increase the 2012 rate by 4% with a decelerating adjustment through 2015. This adjustment factor will be reviewed again in the next study for measure how it predicts growth.*

### Female PSU Census and Wait List: January 2007 – March 2011



### Census Rate Trend/Forecast: Spring 2011



Data Source: HC-POP

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

# CCCMS - Males

This Forecast is
**Higher**
than Fall 2010

## Male CCCMS Bed Need Forecast

| CCCMS - Males | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 (Est.) | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,049 | 153,374 | 153,827 | 154,449 | 154,571 | 155,858 | 156,467 | 157,136 | 157,851 | 159,018 | 160,118 |
| Census/1,000 males a/ | 124 | 134 | 144 | 147 | 154 | 158 | 161 | 178 | 184 | 192 | 198 | 202 | 204 | 204 | 204 | 204 | 204 | 204 | 204 |
| Census Rate Adj. Factor b/ | | | | | | | | | | 5.2% | 4.1% | 3.1% | 2.1% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,046 | 29,459 | 30,461 | 31,216 | 31,563 | 31,826 | 31,951 | 32,087 | 32,233 | 32,472 | 32,696 |

a/ Source: HC-POP Management Information Report (R1) for the first downloaded day of each month. FY11 data through March 2011.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2016.

| Forecast Based on Fall 2011 | | | | | | | | | | 28,500 | 29,343 | 29,970 | 30,435 | 30,591 | 30,866 | 31,081 | 31,346 | 31,596 | 31,796 |
| Forecast Based on Spring 2010 | | | | | | | | | | 27,541 | 28,512 | 29,444 | 30,177 | 30,540 | 30,771 | 30,933 | 31,107 | 31,358 | 31,440 | 31,687 |
| Forecast Based on Fall 2009 | | | | | | | | 25,289 | 26,278 | 27,453 | 28,401 | 29,250 | 29,835 | 30,189 | 30,528 | 30,834 | 31,211 | 31,488 |

*Though this Spring 2011 forecast begins slightly lower for the bed need in 2011 than was forecast in the Fall 2010 projections, the 5-year trend used in the census rate adjustment factor produces a slight acceleration of bed need in the forecast years. This results in an increase of 960.5 beds in 2016 over the previous study.*



**A higher census rate adjustment (based on a 5-year historical trend) creates a higher census/1,000 in the forecast years.**

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

29

*Data Source: HC-POP MIR*

# CCCMS – Males:  Census Trend & Forecast



**CCCMS – Male Census Trend & Forecast**

# CCCMS - Females


This Forecast is
**Higher**
than Fall 2010

### Female CCCMS Bed Need Forecast

| CCCMS - Females | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | Est. 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | — Actual — | | | | | | | | | | | — Forecast — | | | | | |
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
| Population (Spring 2011) | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,497 | 9,560 | 9,532 | 9,528 | 9,691 | 9,780 | 9,955 | 10,076 | 10,245 | 10,388 | 10,556 |
| Census /1,000 Females a/ | 230 | 210 | 210 | 220 | 245 | 255 | 262 | 297 | 317 | 340 | 358 | 370 | 377 | 377 | 377 | 377 | 377 | 377 | 377 |
| Census Rate Adj. Factor b/ | | | | | | | | | 8.8% | 7.1% | 5.3% | 3.5% | 1.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 2,322 | 2,237 | 2,283 | 2,587 | 2,903 | 2,891 | 3,001 | 3,013 | 3,247 | 3,409 | 3,528 | 3,652 | 3,685 | 3,751 | 3,797 | 3,860 | 3,914 | 3,970 | |

a/ Source: HC-POP Management Information Report (R1) for the first downloaded day of each month. FY11 data through March 2011.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2016.

| Forecast Based on Fall 2010 | | | | | | | | | 3,078 | 3,200 | 3,308 | 3,439 | 3,474 | 3,586 | 3,595 | 3,654 | 3,706 | 3,791 | |
| Forecast Based on Spring 2010 | | | | | | | 3,014 | 3,094 | 3,233 | 3,334 | 3,407 | 3,431 | 3,483 | 3,547 | 3,572 | 3,654 | 3,668 | | |
| Forecast Based on Fall 2009 | | | | | | 2,891 | 2,988 | 3,114 | 3,292 | 3,388 | 3,364 | 3,386 | 3,469 | 3,530 | 3,544 | 3,595 | | | |

*The Spring 2011 forecast results in a higher forecast when compared to the program bed need projected in the Fall 2010 study. This is due to the higher utilization of CCCMS measured by the census rate. Though the new 2011 population estimates dropped by 2.2% compared to the Fall 2010 projections, the census increased slightly. After adjusting for future potential census rate increases (CRAF), the bed need is expected to grow by 98.8 in 2016 (2.8%) and 122.8 by 2020 (3.2%) over the previous forecast.*

### Census Rate Trend/Forecast – Spring 2011



Data Source: McManis Mental Health Bed Need model

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

31

Mental Health Bed Need Study (based on Spring 2011 Population Projections)

32

# Appendix

# Abbreviations used in report

ADC – Average Daily Census

ALOS – Average Length of Stay

ASH – Atascadero State Hospital

ASU – Administrative Segregation Unit

CADDIS – Census And Discharge Data Information System

CCCMS – Correctional Clinical Case Management System

CDCR – California Department of Corrections and Rehabilitation

CMF-APP – California Medical Facility – Acute Psychiatric Program

CMF-ICF – California Medical Facility – Intermediate Care Facility

CMF-VPP – California Medical Facility – Vacaville Psychiatric Program

CRAF – Census Rate Adjustment Factor

CSH – Coalinga State Hospital

DMH – Department of Mental Health

EOP – Enhanced Outpatient Program

FY – Fiscal Year – the convention used here indicates the fiscal year ending e.g. FY10 ends June 30, 2010

GP – General Population

HC-POP – Health Care Placement Oversight Program

MHARP – Mental Health Assessment and Referral Project

MHCB – Mental Health Crisis Bed

PSH – Patton State Hospital

PSU – Psychiatric Services Unit

SNY – Sensitive Needs Yard

SVPP – Salinas Valley Psychiatric Program

UNA – Unmet Needs Assessment

# Comparison of Bed Need Forecasts: Spring 2011 vs. Fall 2010 Study

*The forecasts produced for this Spring 2011 study are compared to the forecasts in the Fall 2010 forecast for the year 2016 (a 5-year projection). The most intensive male programs, Acute and Intermediate, experienced decreases while other programs, with the exception of Female EOP-GP, experienced increases.*

| Program | Higher/ Lower | 2016 Spring 2011 Study | 2016 Fall 2010 Study | Spring 2011 minus Fall 2010 (for 2016) | % Variance (Spring 2011 – Fall 2010) |
|---|---|---|---|---|---|
| **Males** | | | | | |
| Acute | Lower | 253 | 270 | (17.3) | -6.4% |
| Intermediate * | Lower | 1,115 | 1,190 | (74.6) | -6.3% |
| MHCB | Higher | 467 | 444 | 23.9 | 5.4% |
| EOP - GP | Higher | 4,623 | 4,531 | 92.2 | 2.0% |
| EOP ASU | Higher | 669 | 624 | 45.1 | 7.2% |
| PSU | Higher | 605 | 510 | 94.5 | 18.5% |
| CCCMS | Higher | 31,826 | 30,866 | 960.5 | 3.1% |
| | | | | | |
| **Females** | | | | | |
| Acute/Intermediate | Higher | 32 | 24 | 8.2 | 35.1% |
| MHCB | Higher | 22 | 20 | 1.6 | 7.8% |
| EOP - GP | Higher | 170 | 190 | (20.5) | -10.8% |
| EOP ASU | Higher | 32 | 26 | 6.6 | 25.5% |
| PSU | Higher | 23 | 21 | 1.3 | 6.1% |
| CCCMS | Higher | 3,685 | 3,586 | 98.8 | 2.8% |

*\* Intermediate bed need excludes inmate-patients deemed incompetent to stand trial (Penal Code section 1370) as they do not meet the requirements for ICF level of care.*

# Mental Health Services Delivery System Bed Need

Total Bed Need for the MHSDS (excluding CCCMS) increases 1.1% in 2020 over the forecast period relative to the Fall 2010 study.



| | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MHSDS Bed Need Spring 2011 | 6,038 | 6,566 | 7,148 | 7,371 | 7,587 | 7,742 | 7,861 | 7,920 | 8,010 | 8,045 | 8,082 | 8,123 | 8,185 | 8,250 |
| MHSDS Bed Need Fall 2010 | 6,038 | 6,566 | 7,148 | 7,224 | 7,397 | 7,543 | 7,670 | 7,751 | 7,849 | 7,902 | 7,971 | 8,025 | 8,092 | |

# Male EOP-GP Forecast Assumptions & Methods

For this Spring 2011 study, HC-POP requested an analysis that would utilize the detailed counts of EOP male inmates by security level. Utilization is expected to occur in proportion to the total population within a specific security level. Levels I - IV and Reception Center populations were used to calculate census rates within these categories based on HC-POP's security level EOP data. Populations were obtained from Spring 2011 population projections and analogous reports from 2008-2010. Special projections were provided by CDCR OISB for the years 2016-2021.

Census rates by security level were calculated using averages of FY2008, 2009, 2010 and the partial year 2011 actual weekly counts provided by HC-POP using the R-4 report. Two adjustments were made before rate calculation: 1) It was assumed that the "Misc" EOP patients (i.e. Miscellaneous counts which averaged 92.5 in 2011) would be distributed in the same proportions as the distribution of the Level I-IV EOP counts; and 2) the average EOP census counts by security level were reduced by the estimated number of ASU-EOP patients in the data. It was assumed that 90% of these ASU-EOPs were Level IV and 10% were Level III.

The security level forecast was then made using the projections from OISB. For Spring 2011, only Level I and Level II were modeled using a census rate adjustment factor, due to the increasing historical census rates.

# EXHIBIT CC

Coalinga State Hospital

**OPERATING MANUAL**

SECTION - MEDICAL/NURSING SERVICES
ADMINISTRATIVE DIRECTIVE NO. 552
**(Replaces A.D. No. 552 dated 10/5/06)**

Effective Date:  March 8, 2007

**SUBJECT:    RESTRAINT AND/OR SECLUSION**

I.      <u>PURPOSE</u>

To establish consistent procedures, in regard to the practice of Seclusion and Behavioral Restraint.

II.     <u>AUTHORITY</u>

By order of the Deputy Director, Long Term Care Services and in accordance with California Health and Safety Code Sections 1180.1–1180.5; California Code of Regulations, Title 22, Sections 71545 and 73523; Department of Mental Health (DMH), Special Order 119.06.

III.    <u>POLICY</u>

A.     The DMH strives to ensure that each Individual served is thoroughly assessed and interventions are designed and implemented to meet the Individual's needs. The use of seclusion or restraint shall be avoided whenever possible and used only to ensure the safety of all persons after all verbal and less restrictive interventions have failed.  The use of seclusion or restraint is appropriate only when the Individual or others need to be protected from injury and the use of less intrusive measures poses a greater risk than the risk of using seclusion or restraint.

B.     Use of seclusion or restraint must never act as a barrier to the provision of safe and appropriate care, treatments and other interventions to meet the needs of Individuals served.  Seclusion or restraint shall not be used as aversive treatment, punishment, retaliation, or for the convenience of staff and shall not be used in lieu of providing recovery-oriented treatment services.  Staff shall not threaten the use of seclusion or restraint in an attempt to gain compliance from an Individual.

A.D. No. 552

IV.    METHOD

Definitions:

A.    Authorized Restraint Devices – Behavioral:

    1.    Belts and cuffs – any combination of restraints fastened around the Individual's wrists, waist and/or ankles in order to limit the range of motion of arms and legs. The use of ankle restraints is considered non-ambulatory.

    2.    Posey Belts – devices specifically designed to restrain a seated Individual to a chair.

    3.    Gloves and Mittens – items designated to keep an Individual served from harming self (e.g. scratching, picking at wound).

    4.    Five-point restraint – also known as Full Bed Restraint (FBR) is the application of belts and cuffs to the Individual's wrists, ankles and waist, including a posey belt, which is fastened to a bed in a room designated for FBRs.

    5.    A combination of the above.

B.    Authorized Behavioral Restraints (if used) Requiring Medical Director Approval:

    1.    Walking wrist to waist/ankle restraint – a special procedure behavioral restraint device consisting of leather belts, wrist, and ankle cuffs designed to restrict the range of motion of the Individual's arms and legs. Use of these devices affords an added degree of safety for others while enabling the Individual to participate in the unit milieu, to a limited extent, in certain activities not requiring full mobility.

    2.    Chair restraint – the use of restraints with a chair affords an added degree of safety for others while enabling the Individual to participate in the therapeutic milieu, to a limited extent in certain activities not requiring full mobility.

C.    Authorized Medical Supports:

    1.    Soft tie as defined above.

    2.    Gloves and mittens as defined above.

    3.    Posey Belts as defined above.

    4.    Side Rails – mechanical safety devices, attached to the sides of beds, to prevent falls from the bed.

A.D. No. 552

D.   Authorized Protective Devices:

1.   Spit Net – a light weight mesh biological hazard protective device designed to fit over an Individual's head that does not inhibit breathing or vision for the purpose of reducing staff risk of exposure from bodily fluids and or biting.

2.   Restraint Blanket – a padded, water resistant blanket which is designed to be utilized when containing an Individual.

E.   Behavioral Restraint – the "mechanical restraint" or "manual restraint" practices used to manage an unavoidable dangerous situation. These are last resort interventions used when an Individual presents an immediate danger to self or to others. It does not include restraints used for medical or surgical purposes, including, but not limited to, securing an intravenous needle or immobilizing a person for a surgical procedure, postural restraints, or devices used to prevent injury or to improve an Individual's mobility and independent functioning rather than to restrict movement. It also does not include any type of mechanical or physical restraint used by the hospital police or law enforcement for transport, security or custodial purposes.

F.   Chemical Restraint – any medication used to control behavior or restrict the Individual's freedom of movement that is not a standard treatment for the Individual's medical or psychiatric condition. "Chemical" restraint, as defined in this administrative directive, is prohibited and clearly distinguished from emergency medication. Medications that comprise regular medical regimens (including PRN medications) are not considered chemical restraints, even if their purpose is to assist the Individual with self control.

G.   Containment – the brief physical restraint of a dangerous Individual for the purpose of prevention of harm to self or others.

H.   Emergency – a situation in which action to impose treatment or safety measures over the person's objection is immediately necessary for the preservation of life or the prevention of serious bodily harm to the Individual or others, and it is impractical to first gain consent. It is not necessary for harm to take place or be unavoidable prior to intervention or treatment.

I.   Emergency Medication – a medication given over the Individual's objection that is immediately necessary for the preservation of life or the prevention of serious bodily harm to the Individual or others, and it is impractical to first gain consent. It is not necessary for actual harm to take place or become unavoidable prior to the administration of an emergency medication.

J.   High-Use Notifications – the increased oversight and monitoring resulting from extended periods of seclusion or restraint to ensure that the Individual's needs are being met and ensure availability of resources needed by the treatment team.

A.D. No. 552

K.  Mechanical Restraint – the use of a mechanical device or equipment (for either behavioral emergencies or medical purposes) attached or adjacent to the Individual's body that the Individual cannot easily remove and restricts freedom of movement of all or part of the Individual's body (e.g. 5-point restraint).

L.  Positive Behavior Support (PBS) Plan – the use of a problem-solving approach to understanding the reasons for an Individual's maladaptive behavior and designing comprehensive interventions that are match to hypotheses about why the maladaptive behavior is occurring and to the Individual's unique social, environmental and cultural milieu. A critical goal of PBS plans is not only to reduce maladaptive behaviors in the short term, but also to help the Individual achieve life-style changes in the long term.

M.  Preference Plan – any tool used during admissions and throughout the stay of an Individual served to elicit preferences for treatment, emergencies and interactions with staff or others.

N.  Physical or Manual Restraint/Hold – manual hold of an Individual that restricts freedom of movement of all or part of a person's body or to restrict access to the person's body when used as a behavioral restraint. A physical restraint or manual hold does not include briefly holding a person without undue force in order to calm or comfort, or physical contact intended to gently assist a person in performing tasks or to guide a person from one area to another.

O.  Prevention and Management of Assaultive Behavior (PMAB) – the procedure used by staff to recognize risk factors for violence and utilize proper preventive therapeutic behavioral management skills to de-escalate a potential crisis or emergency event.

P.  Prone Restraint/Containment – the use of a mechanical device to restrain an Individual face down or the placement of an Individual in a face-down position during containment.

Q.  Psychiatric or behavioral PRN Medication – prescribed by a physician for specified and individualized behaviors for an appropriately limited time and administered as needed. Within one hour of administration of PRN medication nursing staff must assess the Individual and document the Individual's response.

R.  Seclusion – the involuntary confinement of a person alone in a room or an area from which the person is physically prevented from leaving. It does not include those instances when an Individual is restrained in a room and is prevented voluntary egress by virtue of the restraints. Seclusion also does not apply to correctional settings such as mental health programs located within a state prison or to "time-out" strategies wherein an Individual agrees to remain in an unlocked room or area and maintains the choice to leave.

A.D. No. 552

S.  Serious Injury – a significant impairment of the physical condition of an Individual or staff as determined by qualified medical personnel that requires medical attention beyond first aid and includes, but is not limited to burns lacerations, bone fractures, substantial hematoma, or injuries to internal organs.

T.  STAT medication – a prescribed medication by a physician in response to a psychiatric or behavioral emergency (as described in H) and is administered immediately by a nurse. Each psychiatric or behavioral emergency requires a new physician order which can be written or verbal. Within one hour of administration of STAT medication nursing staff must assess the Individual and document the Individual's response. Within 24 hours of the administration of a STAT medication, a psychiatrist must conduct a face-to-face assessment of the Individual with the exception that a physician may undertake the assessment during weekends and holidays. The assessment shall address the reason for the STAT administration, Individual's response, and as appropriate, adjustment of current treatment and/or diagnosis.

U.  Wellness and Recovery Plan – a comprehensive case formulation for each Individual that emanates from interdisciplinary assessments of the Individual. This plan specifies the Individual's focus of hospitalization, assessed needs and how the staff will assist the Individual to achieve his goals and objectives.

V.  Nurse – any nursing staff, i.e., Registered Nurse (RN), Licensed Vocational Nurse (LVN), or Psychiatric Technician (PT).

V.  GENERAL PRINCIPLES AND EXPECTATIONS

A.  All staff must view the need for, and use of, seclusion or restraint as a rare and extreme situation wherein the life or safety of the Individual or others is imminently at risk and all other possible interventions have failed. As such, a Special Incident Report (SIR) shall be completed each time seclusion, mechanical restraint or a physical restraint is initiated.

B.  Staff recognition of triggers, precursors or other warnings displayed by an Individual that are known to lead to dangerous or unsafe situations shall warrant, and prompt, the immediate use of individualized treatment measures, including safety techniques and interventions identified as preferred by the Individual.

C.  Staff shall not presume the need for seclusion or restraint based solely on the Individual's previous need for these emergency interventions or based solely on a history of dangerous behavior. Evidence of current imminent harm at an emergency level with a failure of all other possible options must be presented each and every time the use of seclusion or restraint is utilized to ensure safety.

A.D. No. 552

D. Medications:

1. Medications shall not be used as a chemical restraint. PRN (as needed) medications may be offered to the Individual during a period of increasing agitation or may be given involuntarily when the behavior threatens the safety of the Individual or others, but must be limited, according to clinical judgment and medication guidelines, to the least amount required to lessen the dangerous behavior.

2. The use of psychiatric PRN medication and STAT medication requires that:

   a. Medications are used in a manner that is clinically justified and are not used as a substitute for adequate treatment of the underlying cause of the Individual's distress.

   b. PRN medications, other than for analgesia, are prescribed for specified and individualized behaviors.

   c. PRN medications are appropriately time-limited. Within one hour of administration of STAT or PRN medication nursing staff must assess the Individual and document the Individual's response.

E. Staff shall afford to Individuals who do require restraints, the least number of restraint points and the maximum freedom of movement that will ensure the physical safety of the Individual and others.

F. The Individual shall be made aware of the reason seclusion or restraint is necessary and the safe behavioral criteria needed for the emergency intervention to be discontinued.

G. The Individual's safety, dignity and rights will be preserved at all times when either seclusion or restraint is used.

H. For any Individual placed in seclusion or restraints more than 3 times in any 4-week period, the Individual's Wellness and Recovery Planning team will review the Individual's Wellness and Recovery Plan within 3 business days and modify the plan as clinically appropriate.

VI. <u>ASSESSMENTS AND EFFORTS TO AVOID EMERGENCY INTERVENTIONS</u>

A. Assessments and History:

A discussion and review of the Individual's history shall occur to obtain information about Individual skills and preferred treatment interventions to avoid an emergency. The initial and/or integrated assessment, history, preferences and treatment interventions shall be documented and shall address all of the following:

A.D. No. 552

1. Inform the Individual of seclusion or restraint policies and procedures and the goal to prevent behavioral emergencies that lead to the use of restrictive control measures.

2. Identify any pre-existing medical condition(s) or any physical disabilities that would place the Individual at greater risk during seclusion or restraint.

3. Identify history of trauma, sexual or physical abuse that may place the Individual at greater psychological risk during seclusion or restraint.

4. Identify Individual characteristics, stressors, triggers and environmental factors that may contribute to an Individual experiencing distress that, if not properly addressed, may be warning signs of behavioral difficulty or an emergency. Items 1-4 above shall be included in the Unit's card file that is used during morning and/or inter-shift reports.

5. Assist the Individual to identify tools, actions, or interventions that would help the Individual manage behavior and have needs met in proactive and pro-social ways.

6. Involvement of the family or others when possible (with permission of the Individual) who may have helpful information about what tools or strategies to use and strategies to avoid. Items 1-6 above shall be addressed at Treatment Planning Conferences (TPCs).

B. Identifying Triggers, Warning Signs and Environmental Factors:

Treatment staff shall remain cognizant of, and have the ability to recognize identified antecedent behaviors and the internal triggers (e.g., thoughts, emotions, thought disorder and other psychotic symptoms) and external triggers (e.g., sights, sounds, scents, etc.) for each Individual they serve that may precede significant distress, and shall initiate appropriate proactive intervention. Proactive intervention may include:

1. Administration of a voluntary medication (PRN) or an emergency medication (involuntary) if the behavior is reaching an emergency status.

2. Referencing the Individual's preference plan and utilizing feasible activities or interventions of choice documented by the Individual and/or facilitating communication with staff, other Individuals, a family member or friend.

3. Development of an integrated PBS Plan or psychological intervention plan during TPCs.

A.D. No. 552

C.    Incident Reviews and Debriefings:

Problem solving and avoiding future emergency incidents or the use of seclusion or restraint shall occur through the special incident review process and review of post-incident debriefings, on going assessments, and updating of treatment interventions (reference Section VIII, F of this policy for more specific debriefing procedures).

VII.    <u>SPECIAL CONSIDERATIONS</u>

Certain medical and/or psychological conditions and the positioning of the Individual during the containment and restraint process warrant heightened staff awareness and the use of special precautionary nursing and monitoring measures to avoid undue harm to the Individual served.

A.    Medical/Physical Precautions – special consideration shall be given whenever an Individual served has a history of a medical/physical condition that would place the Individual at greater risk.

B.    Psychological Precautions – special consideration shall be given whenever an Individual served has a history of trauma, sexual or physical abuse that would place the Individual at greater psychological risk during seclusion or restraint.

C.    Prone Position Precautions – the prone position for mechanical restraints is prohibited.  The prone position during floor containment is to be avoided to the greatest extent possible in order to prevent the potential risks of respiratory distress or positional asphyxia.  The contraindications that increase the risk for positional asphyxia are:

1.    Asthma

2.    Chronic Obstructive Pulmonary Disease (COPD)

3.    Emphysema

4.    Overweight/Obese

5.    Abnormalities (e.g., one lung, enlarged heart, chest deformities)

6.    Individual's level of psychological agitation

7.    Length of time of extreme physical exertion/resistance by the Individual

8.    The number of staff involved in the containment

9.    Positioning of staff on or around the Individual's body

A.D. No. 552

D. Seclusion or restraint is always contraindicated when:

    1. The Individual's behavior can be controlled with less restrictive methods.

    2. The "imminent danger" has subsided and the emergency no longer exists.

    3. The release criteria for seclusion or restraint have been met.

## VIII. EMERGENCY INTERVENTION PROCESS

A. Establishing When an Emergency Exists:

The decision to utilize seclusion or restraint must be based on the current presentation of dangerous/violent behavior wherein serious bodily harm or loss of life to the Individual or others is imminent without immediate physical intervention. Although it is not necessary for actual harm to take place to establish an emergency and use seclusion or restraint, the following criteria must also be considered before making the final decision:

    1. All other attempts to diminish the dangerous behavior without physical contact have failed or will be insufficient to prevent serious bodily harm from immediately occurring.

    2. Verbal threats of harm to self or others or the use of foul language by the Individual are not used as the sole basis for establishing an emergency.

    3. Slamming a fist on the wall or table, kicking chairs, spitting or other similar behaviors may not necessarily result in imminent serious bodily harm to the Individual or others and shall not be the sole indicator for utilizing seclusion or restraint.

    4. If an assault on another has occurred, staff must determine/assess if the assaultive behavior is likely to continue (preventing use of any de-escalation techniques) prior to moving forward with a physical intervention.

B. Containment Procedure:

When a physical intervention has been determined to be a necessary last resort measure, the following process shall be followed:

    1. The Individual shall be contained with the least amount of physical force possible and only by staff trained in the use of PMAB techniques.

A.D. No. 552

2.    The Individual shall be contained in a manner that avoids, if at all possible, placing the Individual face-down on the floor in a prone position. If the prone position is unavoidable and does occur, staff must be cognizant to avoid pressure on the neck, back or any area of the upper torso that may inhibit adequate respiration and must reposition the Individual as soon as possible. Monitoring of the Individual's respiration and physical well-being shall be continuous during the entire containment process by a staff person who is not physically participating in the event.

3.    The Individual shall be released from containment without the application of seclusion or restraint when it is determined that the violent or aggressive behavior that created the emergency is no longer displayed, and there is no continued threat of harm to the Individual or others.

4.    If an emergency, as defined, continues after the containment has been accomplished, the Individual shall be transported to a restraint room in a supine or non-prone position. If spitting, biting, urinating or other public health hazards occur, staff may utilize any type of approved shield for protection that does not interfere with the Individual's respiration, vision or ability to communicate.

C.    Seclusion and/or Restraint Room – General Requirements:

Upon placing an Individual in restraints or in a seclusion room, the following actions shall occur:

1.    As soon as possible, the Individual shall be informed of why seclusion or restraint is necessary and the dangerous behavior that must cease before release can occur.

2.    All Individuals in restraint shall be observed continuously in-person. If, however, the staff's presence in the room is agitating to the Individual, observation may occur for a brief period through the window of an unlocked door.

3.    No later than 15 minutes after initiation, the Individual shall be assessed for the need of seclusion or restraint, contraindications for seclusion or restraint, and the proper application of any restraint by the physician/psychiatrist, or registered nurse.

4.    If the assessment is performed by a registered nurse, there shall be an additional assessment by a physician/psychiatrist performed within one hour.

5.    The physician/psychiatrist order for seclusion or restraint shall be obtained as soon as possible and no later than 15 minutes after the application of seclusion or restraint.

A.D. No. 552

6. The length of any physician/psychiatrist order for seclusion or restraint shall be determined by the current clinical situation. Orders for adults (initial and each renewal) shall be for a maximum of four (4) hours. Renewal orders shall only be provided after an assessment by a physician/psychiatrist or registered nurse, and documentation of justification for continued use is indicated.

7. The Individual shall be re-assessed by the registered nurse or a physician/psychiatrist, no less than once (within 2 hours), prior to the expiration of the order to evaluate that Individual's condition and the need for continuing the seclusion or restraint. This does not preclude release from restraint prior to expiration of the order at any time staff assessment indicates the Individual is no longer dangerous.

8. When a medical/physical condition develops that contraindicates the use of seclusion or restraint, the Individual shall be released and the physician/psychiatrist notified immediately to evaluate the condition of the Individual.

D. Safety, Dignity and Patients' Rights of Individuals shall be preserved when seclusion or restraint is used:

1. The room used for seclusion shall provide maximum safety, comfort and freedom of movement for the Individual, and have a window that permits a view of the room. The room shall also have appropriate light and ventilation.

2. While providing continuous in-person monitoring during seclusion or restraint use, staff shall protect the Individual from unnecessary observation by others.

3. Individuals shall be restrained in a manner that allows for expedient release in the event of fire or other emergencies.

4. The Individual shall be appropriately attired or covered at all times.

5. The Individual in seclusion or restraint retains the right to see the Patients' Rights Advocate and/or file a complaint.

6. Rights of an Individual are not considered denied unless the Individual actually requests to exercise a specific legal right.

7. When the Individual is under the age of 22 and the intervention of seclusion or restraint prevents or interrupts participation in an educational program, the treatment plan shall address how the Individual's education program will be provided until the ability to return to school is re-established.

A.D. No. 552

E.   Release Criteria:

The Individual shall be released from seclusion or restraint when the violent or dangerous behavior that created the emergency is no longer displayed. In addition, the following criteria must be applied:

1.   No Individual shall be permitted to sleep in restraints without justification and regular assessment per policy. Staff will give every consideration to utilize less restrictive means throughout the period of sleep, and will document the reason(s) after each assessment why release from restraints and/or less restrictive means will not prevent harm to the Individual or others.

2.   Release from seclusion or restraint shall not be contingent upon the ability of the Individual to:

   a.   Verbally say they recognize what behavior prompted the seclusion or restraint, or that they are sorry for their actions.

   b.   Verbally contract for safety.

   c.   Agree to cease using foul language and/or making verbal threats.

3.   Release from seclusion or restraint shall not be contingent upon the ability of the Individual to be reintegrated into the unit milieu without one-to-one supervision or other supports that may be needed.

F.   Post-incident Debriefings:

After every seclusion or restraint episode, staff shall conduct a post-incident debriefing to assist the Individual and staff in identifying what led to the incident and to identify what can be done differently to avoid similar situations in the future. Form MH 2507, Seclusion/Restraint Debriefing Form shall be used to document information learned from the event and shall encompass the minimum guidelines provided below. Debriefings shall:

1.   Be conducted as quickly as possible, but no later than 24 hours after the Individual's release from seclusion or restraints. A full treatment team post-debriefing may be delayed until the next working day.

2.   Include participation by the Individual (encouraged, but only if voluntary), the staff members involved in the incident (if reasonably available), a supervisor, and, if the Individual requests it and it is possible, the person's significant other, domestic partner, family member, or conservator (if the third party can participate at the time of the debriefing in accordance with security restrictions and at no cost to the facility) to discuss how to avoid a similar incident in the future. Phone contact with family/others may be substituted for a face-to-face meeting.

A.D. No. 552

3.    Include the following:

    a.    The Individual's experience of the incident (what happened and why).

    b.    The Individual's feelings before, during and after the event.

    c.    Suggestions for "changes" -- what the staff and Individual can do differently to prevent another similar situation.

4.    Post debriefing activities -- information obtained from the debriefing shall be used to accomplish the following:

    a.    Determine and implement treatment modifications to address the Individual's internal and external provocations, precursors and behavior chains leading up to the incident;

    b.    Review of the Individual's PEP plan, or other identified Individual preferred techniques or interventions for avoiding behavioral emergencies;

    c.    Review mental status assessments, the PMAB and de-escalation techniques, unit rules, staff response to Individual needs prior to, or during the crisis situation to more effectively restore the Individual to safety.

5.    Post Incident Debriefing form filing:

    a.    All completed PDF shall be filed in the Individual's medical record.

    b.    A copy shall be immediately submitted to the Standards Compliance Department.

## IX.   TRAINING AND EDUCATION

A.    Training Goals and Improvements:

1.    All staff whose responsibilities include the implementation or assessment of seclusion, restraints, psychiatric PRN medications, or STAT medication shall successfully complete competency-based training regarding implementation of all policies and the use of less restrictive interventions.

2.    Effective training for administrators and all clinical disciplines is essential to facilitate the cultural, philosophical and clinical practices necessary for improvements that lead to minimizing seclusion and restraint use. Through the sharing of best practices in the recovery treatment model, state hospitals are to develop or enhance training in the following areas:

a. Increase staff competencies in the efficient use of: problem solving, alternative dispute resolution strategies, effective methods to avoid and/or de-escalate "power struggles" between Individuals, and between Individuals and staff. This includes the effective practices to resolve conflicts that may occur between staff disciplines and/or between shifts or departments that ultimately hinder healthy working relationships, role modeling and the therapeutic milieu.

b. Increase staff competency to model and teach Individuals effective communication, mindfulness techniques, emotional management, and stress reduction skills.

c. Augment existing PMAB Training with additional strategies and tools (e.g., clinical assessments and verbal skills) to effectively avert the need for physical intervention, seclusion or restraint.

B. Augment Individual and family education about when and why seclusion or restraint could become necessary and the goals, prevention methods and alternatives that may facilitate a reduction in the need for these emergency interventions.

C. Enhance staff competencies in the understanding, identification and treatment of the effects from trauma.

D. Mandated Training – employees participating in the containment, seclusion or restraint of Individuals shall be current in required PMAB Training Classes. Nursing staff shall also be current with procedures for the proper application of restraints and nursing care requirements as identified in the Nursing Care Procedure Manual.

X.  DATA COLLECTION, REPORTING AND ANALYSIS

Data collection and analysis is crucial in the effort to reduce behavioral emergencies and safely and effectively minimize seclusion and restraint use. Varied, detailed and reliable data allows the hospital to identify strengths, flag problem areas, benchmark with other settings, review unit or clinician-specific trends, and to implement improvements appropriately and effectively.

A. Internal Data Collection – under the direction of the Standards Compliance Director, data concerning the use of restraint and/or seclusion shall be collected, analyzed, and disseminated within the hospital for incorporation into the facilities' goals and objectives.

B. Headquarters' Reportable Data – as determined by the statewide data collection team, specific elements of data shall be reported to headquarters for inclusion in the state hospital quarterly seclusion and restraint report that is posted on the DMH internet web page. Minimum monthly reporting elements include:

1. Hospital identification number.

- 14 -

A.D. No. 552

2.   Individual identification number.

3.   The number of incidents of seclusion and the duration of time spent in seclusion (date, time in and time released).

4.   The number of incidents of restraint and the duration of time spent per incident in restraint (date, time in and time released).

5.   The number of incidents that an emergency medication, as defined in this Administrative Directive was administered to an Individual in response to a behavioral emergency.

6.   The number of incidents where a serious injury, as defined in this Administrative Directive has occurred to either the individual and/or staff during seclusion or restraint use or during the containment process.

7.   The number of incidents where a death occurred as a direct result of or in relation to the use of seclusion, restraint or the physical intervention and containment process.

C.   Reports to the Protection & Advocacy Agency (PAI):

In addition to reporting seclusion and restraint related deaths to the Center for Medicaid and Medicare Services (CMS) as required by federal law and to the Licensing Division of California Department of Health Services, each state hospital is required to report each incident of a serious injury to or death of an Individual served that may be related to containment, seclusion or restraint to the PAI. The report to PAI must be made no later than the close of business of the day following the serious injury or death and will be provided by mailing or faxing a notification form letter.

_W. T. Voss (signature)_

W. T. VOSS
Executive Director

Cross Reference(s):
A.D. No. 526 Suicide Prevention
A.D. No. 554 Prevention and Management of Assaultive Incidents of Individuals
A.D. No. 604 Patients' Rights Advocacy Program
A.D. No. 610 Procedure for Documentation of Denial of Rights

- 15 -                                              A.D. No. 552

# EXHIBIT DD



Population Census of Atascadero State Hospital and Coalinga State Hospital
April 2007 - June 2011

May 2, 2006 – Court orders activation of 50 ICF beds at CSH for *Coleman* class members. (Dkt. No. 1800)

June 18, 2009 – Court orders that Defendants fill 256 ICF beds at ASH with class members. (Dkt. No. 3613)

January 27, 2010 –Dkt. No. 3787 Court denies Defendants' request for relief from the requirement to use all 256 ASH beds. (Dkt. No. 3787)

March 31, 2010 – Court finds that SVPP ICF wait list has grown to 574 class members following MHARP, and orders Defendants to "forthwith direct their attention to solving the ongoing, and growing, problem" of access to inpatient care and to "develop a plan to reduce or eliminate the wait lists for inpatient care and, in the interim, to better serve the treatment needs of Coleman class members placed on such lists." (Dkt. No. 3831)

ASH

CSH

ASH Census
CSH Census

Number of Patients

Source data: All data is derived from the *Coleman* Monthly Report, Enclosures 3 and 10, which Defendants provide to Plaintiffs' counsel, and the DMH Bed Utilization Report, which Defendants file with the Court monthly under seal.

| Date | ASH Census | CSH Census | | Date | ASH Census | CSH Census |
|---|---|---|---|---|---|---|
| April, 2007 | 88 | | | January, 2010 | 229 | 34 |
| May, 2007 | 76 | 50 | | February, 2010 | 239 | 37 |
| June , 2007 | 66 | 50 | | March, 2010 | 255 | 13 |
| July, 2007 | 60 | 50 | | April, 2010 | 265 | 12 |
| August, 2007 | 83 | 50 | | May, 2010 | 270 | 0 |
| September, 2007 | 95 | 50 | | June , 2010 | 260 | 0 |
| October, 2007 | 115 | 50 | | July, 2010 | 262 | 0 |
| November, 2007 | 113 | 50 | | August, 2010 | 257 | 0 |
| December, 2007 | 108 | 50 | | September, 2010 | 256 | 0 |
| January, 2008 | 106 | 50 | | October, 2010 | 232 | 0 |
| February, 2008 | 117 | 50 | | November, 2010 | 225 | 0 |
| March, 2008 | 120 | 50 | | December, 2010 | 214 | 0 |
| April, 2008 | 137 | 50 | | January, 2011 | 198 | 0 |
| May, 2008 | 148 | 50 | | February, 2011 | 214 | 0 |
| June , 2008 | 146 | 49 | | March, 2011 | 219 | 0 |
| July, 2008 | 154 | 50 | | April, 2011 | 202 | 0 |
| August, 2008 | 149 | 49 | | May, 2011 | 198 | 0 |
| September, 2008 | 135 | 49 | | June , 2011 | 183 | 0 |
| October, 2008 | 119 | 49 | | | | |
| November, 2008 | 122 | 46 | | | | |
| December, 2008 | 116 | 49 | | | | |
| January, 2009 | 114 | 49 | | | | |
| February, 2009 | 108 | 45 | | | | |
| March, 2009 | 108 | 49 | | | | |
| April, 2009 | 107 | 41 | | | | |
| May, 2009 | 105 | 42 | | | | |
| June , 2009 | 116 | 47 | | | | |
| July, 2009 | 117 | 47 | | | | |
| August, 2009 | 170 | 50 | | | | |
| September, 2009 | 179 | 49 | | | | |
| October, 2009 | 197 | 44 | | | | |
| November, 2009 | 200 | 41 | | | | |
| December, 2009 | 209 | 36 | | | | |

# EXHIBIT EE



CALIFORNIA DEPARTMENT OF

# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

July 1, 2009

Matthew A. Lopes, Jr., Esq.                     via:     Debbie J. Vorous
Office of Special Master                                  Jeffery Steele
Pannone, Lopes & Devereaux, LLC                          Deputy Attorneys General
317 Iron Horse Way, Suite 301                            1300 I Street, Suite 125
Providence, RI 02908                                     P.O. Box 944255
                                                         Sacramento, CA 94244-2550

RE:     **MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE AND DAY
        TREATMENT PROGRAMS AT THE CALIFORNIA MEDICAL FACILITY, VACAVILLE
        AND THE SALINAS VALLEY PSYCHIATRIC PROGRAM, SALINAS VALLEY STATE
        PRISON**

In accordance with the July 24, 2007 Court order issued by Judge Karlton, the California
Department of Mental Health (DMH) is to provide a monthly report on the implementation of the
expanded Intermediate Care Programs (ICPs) and Day Treatment Programs (DTPs) at the
California Medical Facility, Vacaville.  In addition to the terms of the Court order, the DMH also is
providing information on the implementation of the expanded ICPs and DTPs at the Salinas Valley
Psychiatric Program to optimize transparency and provide the full scope of our expansion of
services.

Enclosed is the monthly report providing data on each program's census and wait list information.
The data reflects the time period of June 1, 2009 through June 30, 2009.

If you need clarification on any aspect of this report, please contact Nathan Stanley, Long Term
Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

STATUS OF IMPLEMENTATION OF PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
AT THE CALIFORNIA MEDICAL FACILITY
REPORT DATE:  06/30/09

| VPP UNITS | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 DTP | 44 | 35 | 0 | 9 |
| A-3 ICF | 40 | 40 | 1 | 0 |
| P-2 ICF Level IV* | 36 | 17 | 0 | 19 |
| P-3 ICF Level IV | 30 | 28 | 2 | 0 |

*Unit being deactivated for conversion to an acute unit.

| SVPP Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| TC1 | 32 | 31 | 1 | 0 | 32 | 24 | 4 | 4 |
| TC2 | 64 | 55 | 9 | 0 | N/A | N/A | N/A | N/A |

| SVPP Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| D-5 | 58 | 53 | 5 | 0 |
| D-6 | 58 | 58 | 0 | 0 |

WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| P3 ICF LEVEL IV | 0 |
| A3 ICF | 0 |
| A2 DTP | 0 |
| SVPP | 337 |

7/3/2009                                                     1

**STATUS OF IMPLEMENTATION OF PLAN FOR**
**INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS**
**AT THE CALIFORNIA MEDICAL FACILITY**
**REPORT DATE:  06/30/09**

**WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE**

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P-2 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| P-3 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-3 ICF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-2 DTP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 38 | 18 | 1 | 58 | 0 | 190 | 7 | 312 |
| SVPP PC 1370* | 10 | 0 | 0 | 4 | 0 | 10 | 1 | 25 |