Case Name: Ralph Colman et al., -vs- Pete Wilson et al.,

Case No. Civ S-90-0520 LKK

I, **Bruce Koklich V-25135**, am a resident of the State of California, Mule Creek State Prison (M.C.S.P.) at Ione, California, County of Amador, and I am at least 18 years of age and am a party to the within action. My mailing address is: P. O. Box 409060, Ione, California, 95640-9060.

FILED
AUG 11 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

On, **August 9, 2011**, I served a true and correct copy of the following documents upon:

1) Declaration of Class Member Bruce Koklich in Support of Deliberate Indifference finding Against Mental Health Care Supervisor James Davison (including EXHIBITS 1-5).

on each party listed below, by placing it in a sealed envelope with adequate postage or provided, and depositing said envelope in the institutional mail box, or turned said envelope in to custodial personnel for the United States Mail at Mule Creek State Prison, P. O. Box 409060, Ione, California, 95640-9060. Each party to the action has been duly served.

This copy is being mailed to:

United States District Court, Eastern District of California (Sacramento Div.)
Attn. The Honorable Lawerence K. Karlton Senior District Judge
501 "I" Street, 4-200
Sacramento CA. 95814

I have mailed additional copies to:

| Class Counsel, Rosen, Bien & Galvan LLP. | Mule Creek State Prison |
|---|---|
| Attn. Michael W. Bien CSB # 096891 | Attn. Appels Coordinator D. Thomason |
| 155 Montgomery Street | 4001 Hwy. 104, P.O. Box 409040 |
| San Francisco CA. 94104 | Ione CA. 95649-9040 |
| | (Via Local Institutional Mail) |

There is regular service by the United States Mail between the above place of mailing and the parties listed.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this **9th** day of **August 9, 2011** at Ione, California.

Name (Signature): _[signature]_     CDCR No. **V-25135**

Please return to Bruce Koklich at B6-218 L

## M.C.S.P. MAIL ROOM ACKNOWLEDGEMENT OF MAILING

Date:                    Signed:

Class Counsel
Rosen, Bien & Galvan LLP
Michael W. Bien CSB# 096891
155 Montgomery Street
San Francisco CA. 94104

Telephone (415) 433-6830

UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
-oOo-

| RALPH COLMAN et al, | ) Case No. Civ S-90-0520 LKK-JFF |
|---|---|
| Plaintiff's | ) DECLARATION OF CLASS MEMBER |
| | ) BRUCE KOKLICH IN SUPPORT OF |
| -vs- | ) DELIBERATE INDIFFERENCE FINDING |
| | ) AGAINST MENTAL HEALTH CARE |
| PETE WILSON et al, | ) SUPERVISOR JAMES DAVISON |
| | ) [Supporting documentation necessary to clarify] |
| | ) [Appeal Log # MCSP-16-11-11265, Purusant to ] |
| Defendants | ) [Cal.Code.Regs. 15 CCR § 3084.2(a)(2)        ] |

I BRUCE KOKLICH, hereinafter "Declarant/Patient" declare as follows:

1.      Declarant is currently suffering with a Serious Mental Health Disorder and is being intentionally deprived of basic access to adequate Mental Health Care by Mule Creek State Prison (MCSP), Supervisor James Davison et al.

2.      Declarant is currently a member of the above captioned Colman -vs- Wilson Class action suit, in that declarant is currently a MHSDS patient under the CCCMS level of care (see attached EXHIBIT A pg.1).

3.      Declarant seeks to document, expose and establish Negligent and possibly Racist Mental Health Care Decisions of MCSP Mental Health care supervisor James Davison Jr and Psychologist Dr. M. Smith et at.

4.      On May 13, 2011, Declarant Reported Serious Mental Health Disorder symptoms including: fear, anxiety, irrational behavior, memory loss, lack of concentration. Patient is also experiencing night sweats, ringing in ears and suffers from mental

Declaration [Pg.1 of 6]

MC-025

| SHORT TITLE: Colman etal., -vs- Wilson et al., | CASE NUMBER: Civ S-90-0520 LKK JFF |
|---|---|

1. instability. (See: Health Care Services form 7362, EXHIBIT A, Pg.2).

5. On May 18, 2011 at 0930 hrs., MHSDS patient Koklich was interviewed by IDTT committee for level of care evaluation. After consideration of patients documented symptoms, the IDTT Chairman assigned Dr. Fowler to perform further Psychological assessment on Koklich and make a recommendation of a treatment plan including goals and objectives.

6. On May 23, 2011, at 1005 hrs., Declarant was evaluated by Dr. Fowler and admitted to the MHSDS AT THE CCCMS level of care. Dr. Fowler prescribed 50mg. of Hydrixzine (Vitrasil) to address the Mental Health symptoms shown at Para.4 above.

7. On June 12, 2011, Declarant/Patient reported painful and dangerous interactions from the prescribed Vitrasil medication, including sore throat, difficulty breathing, drying eyes, increased ringing in ears ect... Declarant requested an increased level of care (See: Health Care Services form 7362, EXHIBIT A, Pg.3).

8. On June 14, 2011 at approximately 1030 hrs., Declarant was examined by Psychologist Dr. M. Smith at Facility B-Mod. Dr. Smith concluded that the interactions of the previously prescribed medication (Hydroxzine "Vitrasil") warranted discontinued use of the medication. During the examination Dr. Smith inquired into the patients previous Mental Health Treatment. Declarant informed Dr. Smith that patient was previously and successfully treated by Danielle Spiegler PHD. During the patient's previous treatment, declarant's symptom's (similar to the current one's) were successfully managed by Melatonin. Declarant inquired to Dr. M. Smith as to the medication's viability. Dr. Smith then located on his computer (via MCSP's Formulary) the sleep medication of "Bevitamel" by Westlake laboratories and stated that the reported

Declaration [Pg.2 of 6]

| SHORT TITLE: Colman et al., -vs- Wilson et al., | CASE NUMBER: Civ S-90-0520 LKK JFF |
|---|---|

1. medication side affects of "Bevitamel" were not as extensive as the previously prescribed drug Hydroxzine (Vitrasil) and that "Bevitamel's usage was recommended for my symptoms. Dr. Smith also stated that the Westlake Laboratories medication of Betvitamel was not currently on MCSP's formulary. Dr. Smith said that he could only offer (Rim Ron), a dangerous psychotropic narcotic. When asked, Dr. Smith could not produce the current drug interactions or Rim-Ron. Patient reminded Dr. Smith of Declarant's Chronic Care medical status as a Valley Fever victim and patient and that the patient is currently on two inhalers (Flowvent and Albuteral). Patient also discussed with Dr. Smith his allergic Codine as well as the Vitrasil interaction and wished to first try the lease expensive and less potent medication before proceeding to a more expensive, dangerous Anti-psychotropic narcotic drug. Dr. Smith acted uncaring, disinterested and generally abusive to the patients documented Mental Health care needs. Dr. Smith did agree that Group Therapy would be an effective treatment plan, then he denied Group Therapy at the EOP level of care, even when the patients symptoms call for an increased level of care. Dr. Smith also scolded declarant that if declarant appealed his denial of a higher level of care (EOP), Declarant would be transferred from MCSP and shipped to a prison that would have a more inferior level of care than offered here at MCSP.

9. On June 19, 2011 Declarant reported continuing Mental Health problems including depression, agitation and weakness ect... The continuing hyperinsomina is causing loss of normal function and most likely other Mental Health Symptoms (See: Health Care Services form 7362, EXHIBIT A, Pg.4).

10. On July 2, 2011, at 1005 hrs., Declarant met with Psychologist

Declaration [Pg.3 of 6]

1 Dr. Babrah at Facility B-Mod. Dr. Babrah completed a Mental Health Exam.
2 of Patient Koklich and concurred with Dr. Smith's decision to deny the
3 patient a less expensive, less harmful OTC medication "Betvitamel".
4 Dr. Barbah had no response when informed by Declarant that Patient did
5 not receive a interaction/precaution information sheet on the
6 Anti-psychotropic and narcotic medication (Rim-Ron) when recommended
7 by Dr. Smith, even after requested. Dr. Babrah also offered no
8 drug interaction information and her conduct showed disinterest in
9 addressing the patients continuing Mental Health Symptoms.
10 11.      On July 4, 2011, at approximately 1105 hrs., Declarant was
11 examined by James Davison Jr., PH.D., Senior Psychologist, Supervisor
12 at Facility B-Mod. Davison reviewed patients continuing Mental Health
13 symptoms including hyperinsomina, headaches, lack of Mental focus,
14 hearing voices, tiredness and depression. Davison (of African dissent)
15 was clearly pleased that the patient is continuing to suffer (shown
16 by his attitude and demeanor) to the point of inability to normally
17 function. Davison's obvious ability to derive pleasure from the
18 declarants pain and suffering appears to be racially motivated. Davison
19 stated that Group Therapy would be an effect treatment option, but
20 denied the treatment plan of Group Therapy at the EOP level of care.
21 Other MCSP inmates of African Dissent are currently receiving a higher
22 level of care adding to the evidence of Davison's callous and Racially
23 motivated deliberate indifference conduct including withholding of basic
24 and adequate Mental Health care by a MHSDS Supervisor.
25 12.     On July 12, 2011 at approximately 1015 hrs., Declarant
26 appeared before IDTT committee for examination and Mental Healty Care
27 review. The Chair of the IDTT committee was James Davison Jr. Doctor

Declaration [Pg.4 of 6]

1  Babrah and other unidentified members were present. After requested
2  by Dr. Babrah, Declarant described his continuing Serious Mental Health
3  disorder and again Requested an increased level of care. Dr. Davison
4  abruptly and disrespectfully interrupted declarant and stated "We are
5  only going to provide the treatment that I want", Davison went on to
6  direct the committee to continue patient at the CCCMS level of care
7  (no care). The meeting ended with a committee member alleging that some
8  of declarants Mental Healty Symptoms could be caused by declarant's
9  Chronic Care Medical conditions as a result of declarants Valley Fever
10 disease. The patient exited IDTT hearing distrubed and Mentally
11 traumatized and does not expect any level of care. Certainly not a
12 increased level of care to EOP as other inmates of African dissent are
13 receiving. As Patient was exiting the hearing, Dr. Babrah requested
14 that declarant provide the contact information to declarants previous
15 Mental Health Care provider and asked Declarant to come to her office
16 the following day (July 13,2011) and sign a Medical record consent
17 release form/authorization.
18 13.     On July 18, 2011, After patient (as instructed) stopped by
19 twice at MCSP Facility B-Mod Mental Health Center on July 13, 2011,
20 and once on July 14, 2011, declarant forwarded the requested Mental
21 Health previous treatment information to Dr. Babrah, via institutional
22 mail. Dr. Babrah was absent from her B-Mod office the date she asked
23 declarant (and thereafter) to stop by and provide the requested follow
24 up information (See: July 18, 2011 Health Care Services form 7363 at
25 EXHIBIT A pg.5).
26 14.     As of August 9, 2011, Dr. Babrah has failed to have patient
27 execute a Mental Health Information release authorization form.

Declaration [Pg.5 of 6]

Form Approved for Optional Use
Judicial Council of California
MC-025 [New July 1, 2002]

WEST GROUP

Page ___ of ___

1. Dr. Babrah also failed to advocate a considerably less expensive and
2. medically sound OTC medication in favor of a more expensive and more
3. dangerous Anti-Psychotropic Narcotic drug (Rim-Ron).

VERIFICATION - C.C.P. §§ 446 and 2015.5

This Declaration was submitted by Class Member BRUCE KOKLICH, In Pro-Se'. Declarant prays that Defendants address and further document the facts pled in this Pro-Se' declaration. I BRUCE KOKLICH the undersigned, say; I am a Class Member in this action; I have read the foregoing "Declaration of Class Member Bruce Koklich in Support of Deliberate Indifference Finding against Mental Health Care Supervisor James Davison"; the same is true of my own knowledge; and I make this verification because the facts set forth in the Declaration are within my knowledge.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America and the laws of the State of California, additionally this declaration serves as Bruce Koklich's written statement of consent to a Polygraph examination of these matters pursuant to 15 CCR § 3293(a)(1), and is sworn to and executed on this 9th Day of August, 2011 at Amador County in the City of Ione, California.

Respectfully Submitted

Bruce Koklich V-25135
Declarant/Patient in Pro-Se'
MCSP B6-218 L
4001 Hwy. 104, P.O. Box 409040
Ione CA. 95640-9040

Declaration [Pg.6 of 6]

# EXHIBIT A

STATE OF CALIFORNIA
**MENTAL HEALTH PLACEMENT CHRONO**
CDCR 128-MH3 (REV. 03/09)
DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate Name: _Louitai Bruce_ (Last, First, MI)   CDC Number: _V05135_   Institution: _MCSP_   Housing: _Bc/2/Cc_

IDTT Into ad seg

Dx: _296.9_

**THIS INMATE HAS RECEIVED A MENTAL HEALTH EVALUATION WITH THE FOLLOWING RESULTS** (check box(s) below):

a) ☐ **Does not** meet criteria for inclusion in the Mental Health Services Delivery System (MHSDS).
b) ☒ **Meets** inclusion criteria for the MHSDS. Check Level of Care (LOC) below.
   ☐ Qualifying mental disorder **or**
   ☐ Inclusion is for Medical Necessity (obtain Chief of Mental Health signature below.)
c) ☒ **Currently** included in the MHSDS. Check new or continuing LOC below.

**LOC:** ☒ Clinical Case Management (CCCMS)   ☐ Enhanced Outpatient Program (EOP)   ☐ Crisis Bed (MHCB)
Referral to DMH: ☐ DTP   ☐ ICF   ☐ APP
Level of Functioning Assessment (GAF Score): _70_   Psychotropic Medication Prescribed: Yes ☐ No ☒

Behavioral Alerts: _____

_[signature]_   _[signature]_
CLINICIAN'S NAME (Print)   CLINICIAN'S SIGNATURE

_[signature]_   _[signature]_   DATE _7/12/11_
IDTT LEADER SIGNATURE   CHIEF OF MENTAL HEALTH or DESIGNEE SIGNATURE

DISTRIBUTION: Pink - Central File; Blue - Unit Health Record; White - Mental Health Tracking

EXHIBIT A [Pg.1 of 5]

STATE OF CALIFORNIA                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION

# HEALTH CARE SERVICES REQUEST FORM

**PART I: TO BE COMPLETED BY THE PATIENT**

| CDCR Number | Name | Housing | Institution |
|---|---|---|---|
| V-25135 | Koklich | MCP C12-101L | [illegible] |

I want/need: ☐ Medical   ☒ Mental Health   ☐ Dental   ☐ Optometry   ☐ Medication Refill

I have been hearing voices, experiencing fear and anxiety, irrational behavior, memory loss, lack of concentration. I also am having night sweats, ringing in my ears and suffering from mental [illegible]. These and other headaches and nightmares have been occurring more frequently over a two year period and have tried to improve my ability to sleep. I have been in continual denial of these symptoms hoping they would improve without treatment. My reading and mental focus are also greatly affecting my function.

Note: A fee of $5 may be charged to your trust account for each health care visit. If the patient is unable to complete this form, a health care staff member must complete the form on behalf of the patient and sign the form.

Signature: [signature]   Date Submitted: 05/13/2011

**PART II: TO BE COMPLETED BY HEALTH CARE STAFF**

Response:                                               Date Received:

Discussed by Primary Care Team – disposition: ☐ Administrative Response  ☐ Episodic Care Visit -- RN  PCP  RN/PCP

**Medication Issues:**
☐ Your medications were refilled/renewed on _____.
☐ You will need to be evaluated by your physician before changes can be made to medications. An appointment has been scheduled for you in approximately _____. You will receive a ducat or call for your appointment.

**Appointments:**
☐ An appointment has been scheduled for you to discuss this issue with your primary care provider in approximately _____. You will receive a ducat or call for your appointment.
☐ You have a follow-up appointment with a specialist scheduled in approximately _____.

**Chronos/Cell Feed/Lay-Ins:**
☐ Your chart was reviewed and your chrono renewed on _____.

**Lab Issues:**
☐ A lab test has been ordered for you. You will receive a ducat or call for your lab draw.

**Other:**

| Name | Title | Signature | Date Response Sent |
|---|---|---|---|
|  |  |  |  |

**PART III: APPOINTMENT INFORMATION**

You were seen on _____ by _____.

You were ordered:
☐ medications                          ☐ Referral to _____.
☐ laboratory tests                     ☐ A plan of care was initiated/updated.
☐ diagnostic imaging                   ☐ An Asthma Action Plan was initiated/updated.
☐ monitoring B/P FSBS Weight
☐ follow-up appointment in approximately _____. You will receive a ducat or call for any pending appointments.
☐ Resubmit a CDCR Form 7362 for any new requests.

☐ Visit is not exempt from $5.00 copayment. (send pink copy to Inmate Trust Office.)

| Name | Title | Signature | Date seen in Appointment |
|---|---|---|---|
|  |  |  |  |

EXHIBIT A [pg.2 of 5]

MCSP 7362 (01/10) 7362 Draft 4-20-10 CZ (4) (2).doc
Original – Unit Health Record          Pink – Inmate Trust Office (if copayment applicable)
Blue – Clinic File                     Yellow – Inmate (after Appointment)   Gold – Inmate 

STATE OF CALIFORNIA  DEPARTMENT OF CORRECTIONS AND REHABILITATION

# HEALTH CARE SERVICES REQUEST FORM

**PART I: TO BE COMPLETED BY THE PATIENT**

| CDCR Number | Name | Housing | Institution |
|---|---|---|---|
| V-25135 | Koklich | MCSP R6-141 | MCSP |

I want/need: ☐ Medical  ☒ Mental Health  ☐ Dental  ☐ Optometry  ☐ Medication Refill

I continue to have sleeping problems and are depressed and having painful and dangerous interactions from my Vistoril medication including sore throat, difficulty breathing, drying eyes, increased ringing in my ears ect.. Please call me in for a increased level of care. I continue to be weak, tired and cant concintrate.

Note: A fee of $5 may be charged to your trust account for each health care visit. If the patient is unable to complete this form, a health care staff member must complete the form on behalf of the patient and sign the form.

Signature: [signed]
Date Submitted: June 12, 2011

**PART II: TO BE COMPLETED BY HEALTH CARE STAFF**

Response:

Date Received:

Discussed by Primary Care Team – disposition: ☐ Administrative Response ☐ Episodic Care Visit -- RN  PCP  RN/PCP

**Medication Issues:**
  ☐ Your medications were refilled/renewed on _____.
  ☐ You will need to be evaluated by your physician before changes can be made to medications. An appointment has been scheduled for you in approximately _____. You will receive a ducat or call for your appointment.

**Appointments:**
  ☐ An appointment has been scheduled for you to discuss this issue with your primary care provider in approximately _____. You will receive a ducat or call for your appointment.
  ☐ You have a follow-up appointment with a specialist scheduled in approximately _____.

**Chronos/Cell Feed/Lay-Ins:**
  ☐ Your chart was reviewed and your chrono renewed on _____.

**Lab Issues:**
  ☐ A lab test has been ordered for you. You will receive a ducat or call for your lab draw.

**Other:**

| Name | Title | Signature | Date Response Sent |
|---|---|---|---|
|  |  |  |  |

**PART III: APPOINTMENT INFORMATION**

You were seen on _____ by _____.

You were ordered:
  ☐ medications                    ☐ Referral to _____
  ☐ laboratory tests               ☐ A plan of care was initiated/updated.
  ☐ diagnostic imaging             ☐ An Asthma Action Plan was initiated/updated.
  ☐ monitoring B/P FSBS Weight
  ☐ follow-up appointment in approximately _____. You will receive a ducat or call for any pending appointments.
☐ **Resubmit a CDCR Form 7362 for any new requests.**

☐ Visit is not exempt from $5.00 copayment. (send pink copy to Inmate Trust Office.)

| Name | Title | Signature | Date seen in Appointment |
|---|---|---|---|
|  |  |  |  |

EXHIBIT A [Pg. 3 of 5]

MCSP 7362 (01/10) 7362 Draft 4-20-10 CZ (4) (2).doc
Original – Unit Health Record        Pink – Inmate Trust Office (if copayment applicable)

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

# HEALTH CARE SERVICES REQUEST FORM

**PART I: TO BE COMPLETED BY THE PATIENT**

| CDCR Number | Name | Housing | Institution |
|---|---|---|---|
| V-25125 | Koklich | MCSP B6-141L | Mule Creek |

I want/need: ☐ Medical  ☒ Mental Health  ☐ Dental  ☐ Optometry  ☐ Medication Refill

I continue to have Mental Health problems including gradual depression, irritation and weakness. The lack of sleep causes me to have more back pain and hip pain. I request an increased level of care because I can't function normally. My ears are ringing louder.

Note: A fee of $5 may be charged to your trust account for each health care visit. If the patient is unable to complete this form, a health care staff member must complete the form on behalf of the patient and sign the form.

Signature: Kenn Koklich

Date Submitted: June 19, 2011

**PART II: TO BE COMPLETED BY HEALTH CARE STAFF**

Response: 

Date Received:

Discussed by Primary Care Team – disposition: ☐ Administrative Response ☐ Episodic Care Visit -- RN  PCP  RN/PCP

**Medication Issues:**
☐ Your medications were refilled/renewed on _____.
☐ You will need to be evaluated by your physician before changes can be made to medications. An appointment has been scheduled for you in approximately _____. You will receive a ducat or call for your appointment.

**Appointments:**
☐ An appointment has been scheduled for you to discuss this issue with your primary care provider in approximately _____. You will receive a ducat or call for your appointment.
☐ You have a follow-up appointment with a specialist scheduled in approximately _____.

**Chronos/Cell Feed/Lay-Ins:**
☐ Your chart was reviewed and your chrono renewed on _____.

**Lab Issues:**
☐ A lab test has been ordered for you. You will receive a ducat or call for your lab draw.

**Other:**

| Name | Title | Signature | Date Response Sent |
|---|---|---|---|
| | | | |

**PART III: APPOINTMENT INFORMATION**

You were seen on _____ by _____.
You were ordered:
☐ medications
☐ laboratory tests
☐ diagnostic imaging
☐ monitoring  B/P  FSBS  Weight
☐ follow-up appointment in approximately _____.
☐ Referral to _____.
☐ A plan of care was initiated/updated.
☐ An Asthma Action Plan was initiated/updated.
You will receive a ducat or call for any pending appointments.
☐ **Resubmit a CDCR Form 7362 for any new requests.**

☐ *Visit is not exempt from $5.00 copayment. (send pink copy to Inmate Trust Office.)*

| Name | Title | Signature | Date seen in Appointment |
|---|---|---|---|
| | | | |

EXHIBIT A [pg. 4 of 5]

MCSP 7362 (01/10) 7362 Draft 4-20-10 CZ (4) (2).doc
*Original – Unit Health Record*                *Pink – Inmate Trust Office (if copayment applicable)*
*Blue – Clinic File*                           *Yellow – Inmate (after Appointment)*        *Gold - Inmate*

STATE OF CALIFORNIA    Attn. P. Sabrah PHD    DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH CARE SERVICES REQUEST FORM

### PART I: TO BE COMPLETED BY THE PATIENT

| CDCR Number | Name | Housing | Institution |
|---|---|---|---|
| V-25135 | Koklich | MCSP 96-218 L | MCSP Mental Health |

**I want/need:** ☐ Medical   ☒ Mental Health   ☐ Dental   ☐ Optometry   ☐ Medication Refill

Dear Ms. Sabrah PHD., As requested at my July 12, 2011 IDTT evaluation, I stopped by your office on July 13, 2011 and on July 14, 2011 (twice on the 13th). As per your request, the following is the contact information of the Mental Health Professional who was in charge of my care previously [Danielle Spiegler PHD, 7910 Woodmont Ave Suite 1101, Bethesda MD, 20814 (Fax 301-654-4195)]. Please note for the record that I continue to suffer daily from Hyperinsomnia and other impaired functioning symptoms. A less expensive medication was reviewed and accepted as a proper treatment under my health circumstances by Dr. M. Smith, but patient continues to be denied an increased level of care and proper medication due to a shortage of basic Mental Health medications (including basic OTC medications).

*Note: A fee of $5 may be charged to your trust account for each health care visit. If the patient is unable to complete this form, a health care staff member must complete the form on behalf of the patient and sign the form.*

**Signature:** [signed]   **Date Submitted:** July 18, 2011

### PART II: TO BE COMPLETED BY HEALTH CARE STAFF

**Response:** _____   **Date Received:** _____

Discussed by Primary Care Team – disposition: ☐ Administrative Response ☐ Episodic Care Visit -- RN  PCP  RN/PCP

**Medication Issues:**
☐ Your medications were refilled/renewed on _____.
☐ You will need to be evaluated by your physician before changes can be made to medications. An appointment has been scheduled for you in approximately _____. You will receive a ducat or call for your appointment.

**Appointments:**
☐ An appointment has been scheduled for you to discuss this issue with your primary care provider in approximately _____. You will receive a ducat or call for your appointment.
☐ You have a follow-up appointment with a specialist scheduled in approximately _____.

**Chronos/Cell Feed/Lay-Ins:**
☐ Your chart was reviewed and your chrono renewed on _____.

**Lab Issues:**
☐ A lab test has been ordered for you. You will receive a ducat or call for your lab draw.

**Other:** _____

| Name | Title | Signature | Date Response Sent |
|---|---|---|---|
| | | | |

### PART III: APPOINTMENT INFORMATION

You were seen on _____ by _____.

**You were ordered:**
☐ medications
☐ laboratory tests
☐ diagnostic imaging
☐ monitoring B/P FSBS Weight
☐ follow-up appointment in approximately _____. You will receive a ducat or call for any pending appointments.
☐ Referral to _____.
☐ A plan of care was initiated/updated.
☐ An Asthma Action Plan was initiated/updated.

☐ **Resubmit a CDCR Form 7362 for any new requests.**

☐ *Visit is not exempt from $5.00 copayment. (send pink copy to Inmate Trust Office.)*

| Name | Title | Signature | Date seen in Appointment |
|---|---|---|---|
| | | | |

EXHIBIT A [pg. 5 of 5]

MCSP 7362 (01/10) 7362 Draft 4-20-10 CZ (4) (2).doc
Original – Unit Health Record    Pink – Inmate Trust Office (if copayment applicable)
Blue – Clinic File    Yellow – Inmate (after Appointment)    Gold - Inmate