DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
JANE E. KAHN – 112239
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants.[1] | Case No. Civ S 90-0520 LKK-JFM<br><br>**PROOF OF SERVICE** |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1  I, Kevin E. Jones, declare that I am a resident of the State of California, am over the
2  age of eighteen years and am not a party to the within action. I am an employee of Rosen,
3  Bien & Galvan LLP, whose address is 315 Montgomery Street, 10th Floor, San Francisco,
4  California 94104-1823. On August 12, 2011, I served the following document(s):

**CONFIDENTIAL DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF ON EVIDENTIARY HEARING ON ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS SHOULD NOT BE FILLED WITH CDCR INMATES AND IN SUPPORT OF ADDITIONAL RELIEF:**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ x ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

[538321-1]

1

PROOF OF SERVICE

1  **All documents were sent to the following persons in the manner identified above:**

2  Debbie J. Vorous
   Deputy Attorney General
3  State of California
   Department of Justice
4  1300 I Street
   Sacramento CA 94244-2550

5

6

7

8  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Proof of Service was executed on this 12th day of August 2011 at San Francisco, California.

9

10

11

12  _____
    Kevin E. Jones

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[538321-1]

2
PROOF OF SERVICE

LISA ELLS
ROSEN, BIEN & GALVAN
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff : RALPH COLEMAN, et al.

Defendant : EDMUND G. BROWN, JR., et al.

Ref#: 296622        *   **PROOF OF SERVICE**   *   Case No.: S90-0520 LKK JFM

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

CONFIDENTIAL DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF ON EVIDENTIARY HEARING REGARDING ORDER TO SHOW CAUSE WHY EMPTY DMH BEDS CANNOT BE FILLED CITH CDCR INMATES AND IN SUPPORT OF ADDITIONAL RELIEF; PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served    : DEBBIE J. VOROUS, DEPUTY ATTORNEY GENERAL

    By serving      : Matt "Doe," refused to state surname, Mailroom Clerk

    Address         : Department of Justice
                      1300 I Street
                      Sacramento, CA 94244

    Date of Service: August 12, 2011

    Time of Service: 3:35 PM

Person who served papers:
JAVIER BARAONA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $60.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 118
(iii) County: Marin

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 15, 2011                    Signature_____JBaraona_____