KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS - SBN 166884
WILLIAM KWONG - SBN 168010
DANIELLE F. O'BANNON - SBN 207095
KYLE A. LEWIS - SBN 201041
DAVID BRICE - SBN 269443
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
debbie.vorous@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER, SBN 39374
PAUL B. MELLO, SBN 179755
WALTER R. SCHNEIDER, SBN 173113
MEGAN C. OLIVER THOMPSON, SBN 256654
SAMANTHA D. WOLFF, SBN 240280
RENJU P. JACOB, SBN 242388
PAUL B. GRUWELL, SBN 252474
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' SUPPLEMENTAL REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

The California Department of Corrections and Rehabilitation (CDCR) has now completed its updated population projections that take into account more recent population numbers, subsequent legislative modifications to Assembly Bill 109, and better data on the impact of other recent crowding reduction measures. (Decl. of Jay Atkinson in Support of Defs.' Supplemental Report in Response to June 30, 2011 Order ¶¶ 3-5.) According to these projections, CDCR will be two percentage points shy of achieving the December 2011 benchmark of 167% of design capacity, but will meet the June 27, 2012 benchmark of 155% of design capacity. (*See* Decl. of Ross Meier in Support of Defs.' Supplemental Report in Response to June 30, 2011 Order ¶¶ 3-4.) In terms of actual numbers, CDCR is projected to reduce its in-state prison population by about 9,200 inmates by the end of the year, and by about 20,000 inmates by the end of next June. (*Id.*) The accompanying declarations of Jay Atkinson and Ross Meier explain these new projections in greater detail.

Of course, it is important to keep in mind that some uncertainty is inherent in any projections no matter how good they are. (*See* Decl. of Atkinson ¶ 6.) And trying to predict the precise impact of AB 109 before it has even been implemented is difficult. (*Id.*) CDCR's projections demonstrate that realignment will reduce prison crowding in a substantial way, although perhaps not in a way that is exactly in line with each benchmark. (*Id.*) At this point, though, there appears to be no need to implement additional measures or to ask that the benchmark dates be extended, when Defendants' best projections show that they will achieve the June 2012 benchmark on time.[1] (*See* Decl. of Meier ¶ 5.) If it reaches a point where it becomes clear that modification of the order is appropriate, Defendants will seek one at that time. (*Id.*) As realignment begins in October, Defendants will closely monitor its actual impact on prison crowding and

---

[1] Because AB 109 has not yet been implemented and the reliability of projections based in large part on the trends associated with implementation of AB 109 are by their very nature somewhat premature, Defendants do not believe offering projections beyond next June would be useful at this point. (Decl. of Meier ¶ 6.)

1 | adjust their projections as appropriate. (*Id.*) Defendants will also continue to keep the
2 | Court apprised of their updated projections. (*Id.*)
3 | DATED: August 16, 2011                HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Edmund G. Brown, Jr., et al.

DATED: August 16, 2011                KAMALA D. HARRIS
Attorney General of the State of California

By: /s/ Debbie Vorous
DEBBIE VOROUS
Deputy Attorney General
Attorneys for Defendants
Edmund G. Brown, Jr., et al.