1 | KAMALA D. HARRIS
Attorney General of the State of California
2 | JONATHAN L. WOLFF
Senior Assistant Attorney General
3 | DEBBIE VOROUS - SBN 166884
WILLIAM KWONG - SBN 168010
4 | DANIELLE F. O'BANNON - SBN 207095
KYLE A. LEWIS - SBN 201041
5 | DAVID BRICE - SBN 269443
Deputy Attorneys General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5500
Facsimile: (415) 703-5843
8 | debbie.vorous@doj.ca.gov
kyle.lewis@doj.ca.gov
9
Attorneys for Defendants
10

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – SBN 39374
PAUL B. MELLO – SBN 179755
WALTER R. SCHNEIDER – SBN 173113
MEGAN C. OLIVER THOMPSON -
SBN - 256654
SAMANTHA D. WOLFF- SBN 240280
RENJU P. JACOB - SBN 242388
PAUL B. GRUWELL – SBN 252474
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777--3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

11 | **UNITED STATES DISTRICT COURT**

12 | **EASTERN DISTRICT OF CALIFORNIA**

13 | **AND THE NORTHERN DISTRICT OF CALIFORNIA**

14 | **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

15 | **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

16

17 | RALPH COLEMAN, et. al.,

18 | Plaintiffs,

19 | v.

20 | EDMUND G. BROWN, JR., et al.,

21 | Defendants.

CASE NO. 2:90-cv-00520 LKK JFM P

**THREE-JUDGE COURT**

22 | MARCIANO PLATA, et al.,

23 | Plaintiffs,

24 | v.

25 | EDMUND G. BROWN, JR., et al.,

26 | Defendants.

27

28

CASE NO. C01-1351 TEH

**THREE-JUDGE COURT**

**DECLARATION OF ROSS MEIER IN
SUPPORT OF DEFENDANTS'
SUPPLEMENTAL REPORT IN
RESPONSE TO JUNE 30, 2011 ORDER**

3207942.7

DECLARATION OF ROSS MEIER ISO DEFENDANTS' SUPPLEMENTAL REPORT
CASE NO. 2:90-cv-00520 LKK JFM; C01-1351 TEH

1    I, ROSS MEIER, declare as follows:

2    1.    I am the Chief of the Population Management Unit of the Division of Adult

3  Institutions for the California Department of Corrections and Rehabilitation (CDCR).  I

4  have been employed in this position since March 2010 and have been with the

5  Population Management Unit since 2003.  I have assisted in gathering data maintained

6  by CDCR on numerous occasions.  I am competent to testify to the matters set forth in

7  this declaration, and if called upon to do so, I would and could so testify.  I submit this

8  declaration in support of Defendants' Supplemental Response to the Court's June 30,

9  2011 order.

10    2.    As part of my duties, I manage the day-to-day intake of offenders from

11  county jails, and the movement and housing of inmates throughout the state prison

12  system.  In addition to the plan I had developed in conjunction with the July 20, 2011

13  filing, I have been asked by CDCR to develop a revised population management plan

14  using Fall 2011 population projections to forecast in-state institution population in

15  response to the Court's June 30, 2011 order.

16    3.    The population management plan takes the overall CDCR population from

17  the Fall 2011 population projections and allocates this population to the various available

18  placements including institutions, fire camps, new construction, and contracted facilities.

19  Based on this plan, on December 27, 2011, CDCR's in-state institution population is

20  projected to be about 134,400 inmates, or 169% of design capacity.  This is a projected

21  reduction of approximately 9,200 inmates compared to today's in-state institution

22  population.  Additionally, the plan forecasts that CDCR will achieve 167% of design

23  capacity in its in-state institutions around January 27, 2012.

24    4.    Likewise, CDCR's updated population reduction projections demonstrate

25  that Defendants anticipate that on June 27, 2012, Defendants will reach 155.1% of

26  design capacity.  According to the current population management plan, on June 27,

27  2012, CDCR's in-state institution population is projected to be about 123,450 inmates.

28  This is a projected reduction of approximately 20,000 inmates from July 27, 2011.

DECLARATION OF ROSS MEIER ISO DEFENDANTS' SUPPLEMENTAL REPORT
CASE NO. 2:90-cv-00520 LKK JFM; C01-1351 TEH

3207942.7

1      5.     By the end of December, CDCR would have the added benefit of evaluating
2  more data and would be in a better position to assess the impact of AB 109 on the prison
3  population.  At this point, though, there appears to be no need to implement additional
4  measures or to ask that the benchmark dates be extended, when Defendants' best
5  projections show that they will be at 155.1% of design bed capacity at the time of the
6  June 2012 benchmark.  Once realignment is implemented if it becomes clear that
7  modification of the Court's order is warranted, CDCR will seek one at that time.

8      6.     Because AB 109 has not yet been implemented and the reliability of
9  projections based in large part on the trends associated with implementation of AB 109
10  are by their very nature somewhat premature, Defendants do not believe offering
11  projections beyond next June would be useful at this point.

12      I declare under the penalty of perjury under the laws of the State of California that
13  the foregoing is true and correct.  Executed in Sacramento, California on August 16,
14  2011.

15

16                      ROSS MEIER

17

18

19

20

21

22

23

24

25

26

27

28

3207942.7