FILED
AUG 2 5 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER DENYING REQUEST FOR INTERVENTION BY INMATE EDUARDO ALVAREZ, ET AL. |

    Eduardo Alvarez and nine other inmates at California Correctional Institution have submitted the attached "notice of intervention," in which they state their intent to file a motion for declaratory and injunctive relief. Their submission has failed to persuade the Court that Plaintiffs' counsel's representation is inadequate. Accordingly, with good cause appearing, the request for intervention is DENIED. If these inmates continue to seek relief in this case, they shall communicate with Plaintiffs' counsel, who may raise the issues with this Court as appropriate. Any attempted motion for declarative and injunctive relief submitted

by these inmates will not be filed; instead, the Clerk shall return any such motion to the inmates with a copy of this order.

**IT IS SO ORDERED.**

Dated: 8/25/11

On behalf of the Court:[1]

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[1] A single judge is authorized to make this ruling under 28 U.S.C. § 2284(b)(3).