UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al,

        Plaintiff,

v.

EDMUND G. BROWN, et al,

        Defendant.

                               /

Case Number: CV01-01351 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eduardo Alvarez G-16059
David E. Anderson T-41965
Fernando Arreola J-49675
Jermain Davis J-16857
Eric Einsmann V-35695
Gerardo Estrada D-58882
John D. Martin J-87352
Edward J. Meister G-35958
Lawrence Remsen C-67186
Ricky Williver V-08930
California Correctional Institution
PO Box 608
Tehachapi, CA 93581

Dated: August 25, 2011

Richard W. Wieking, Clerk
By: Tana Ingle, Deputy Clerk