1

2

FILED

AUG 2 5 2011

3      IN THE UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

4      FOR THE EASTERN DISTRICT OF CALIFORNIA

5      AND THE NORTHERN DISTRICT OF CALIFORNIA

6      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

7      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

8

| | |
|---|---|
| 9   RALPH COLEMAN, et al., | |
| 10                Plaintiffs, | NO. CIV S-90-0520 LKK JFM P |
| 11   v. | **THREE-JUDGE COURT** |
| 12   EDMUND G. BROWN JR., et al., | |
| 13                Defendants. | |
| 14 | |
| 15   MARCIANO PLATA, et al., | NO. C01-1351 TEH |
| 16                Plaintiffs, | **THREE-JUDGE COURT** |
| 17   v. | ORDER DENYING REQUEST FOR HEARING BY INMATES CLARK AND SAIF'ULLAH |
| 18   EDMUND G. BROWN JR., et al., | |
| 19                Defendants. | |
| 20 | |

21          On July 19, 2011, this Court rejected a request by inmates Thomas M. Clark and

22     Khalifa E.D. Saif'ullah to be appointed as counsel so that they may request an order releasing

23     "Indeterminately Sentenced prisoners who have exceeded their minimum term

24     requirements."  The Court noted in a footnote that "[t]he inmates reference documents

25     submitted for filing on June 9, 2010, but this Court has no record of any such documents."

26     July 19, 2011 Order at 1 n.1.  The inmates have now re-submitted the documents previously

27     sent in June 2010 along with the attached request for a hearing.  Upon review of the inmates'

28     submission, the Court continues to be unpersuaded that class counsel's representation is

1  inadequate, nor does the Court find an evidentiary hearing to be necessary at this time.

2  Accordingly, with good cause appearing, the inmates' request is DENIED.

3

4  **IT IS SO ORDERED.**

5

6  Dated: _S/25/11_                    On behalf of the Court:[1]

7

8  _____
                                    THELTON E. HENDERSON
9                                   SENIOR UNITED STATES DISTRICT JUDGE
                                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28            [1]A single judge is authorized to make this ruling under 28 U.S.C. § 2284(b)(3).

2