UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al, | Case Number: CV01-01351 TEH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EDMUND G. BROWN, et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas M. Clark CDCR # C12457
Kahlifa E.D. Saif'ullah CDCR # C14257
California State Prison/Solano
PO Box 4000
Vacaville, CA 95696-4000

Dated: August 25, 2011

Richard W. Wieking, Clerk
By: Tana Ingle, Deputy Clerk