KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8010
 Fax: (916) 324-5205
 E-mail: David.Brice@doj.ca.gov
Attorneys for Defendants
Brown, Cate, Matosantos, and Allenby

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                   Plaintiffs,<br><br>          v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>                                   Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' FIRST STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |

On August 15, 2011, the Court ordered that Defendants, over the next ninety days, work with the *Coleman* special master to "develop a supplemental plan to reduce or eliminate the inpatient wait list and to better serve the treatment needs of the inmates on the wait list." (Docket No. 4069 ¶ 3.) The Court further ordered that during this same time period, Defendants "shall work with the special master so that an assessment process that meets his approval has been conducted and completed by December 9, 2011." (*Id.* ¶ 4.) Moreover, the Court ordered Defendants to report to the Court on the status of the development of the supplemental wait list

1

plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing, with the first report due on September 9, 2011.  (*Id.* ¶ 5.)  Defendants now present their first status report to the Court.

### A.  Supplemental Wait List Plan.

Representatives from the California Department of Corrections and Rehabilitation (CDCR), Department of Mental Health (DMH), Department and Finance, and Health and Human Services Agency (hereafter, "the State") met on August 22, 2011, to develop a supplemental wait list plan to address the bed needs of the high-custody inmate-patients needing Intermediate Care Facility treatment in an inpatient program operated by the DMH.  (Burleson Decl. ¶ 3.)  The State then created task forces consisting of representative decisions makers to:  (1) address alternative delivery options; (2) evaluate the option of converting current prison beds into inpatient beds and/or constructing new inpatient beds; and (3) reviewing current bed usage in order to maximize all available and appropriate beds for inpatient care.  (*Id.* at ¶ 4.)  The task forces are continuing to meet and develop these proposals, which include those set forth in the Court's August 15, 2011 order as well as additional proposals aimed at addressing the wait list.  (*Id.*)

Additionally, the State continues to work with the special master and his team to complete their supplemental plan.  Representatives from the State met with them to discuss the alternative delivery options and evaluate bed conversion and/or construction options and to review current bed usage.  (Burleson Decl. ¶ 5.)  They are scheduled to meet again in person on either September 21 or 22.  (*Id.*)  The State and the special master are working on a schedule for further follow-up meetings.  (*Id.*)

### B.  Status of the Assessment Process.

Representatives from CDCR and DMH met with the special master and his team on August 24, 2011, to review and discuss information and data related to CDCR's processes to manage and sustain referrals to inpatient programs operated by the DMH.  (Burleson Decl. ¶ 6.)  As outlined in Defendants' July 1, filing, CDCR has developed and/or is in the process of developing two primary processes to manage and sustain referrals:  (1) a process done at the institutional level to audit the Interdisciplinary Treatment Team - Screening for Higher Level of Care Form 7388-B;

2

Defs.' First Status Report on Supp. Wait List Plan and Assessment Process  (2:90-cv-00520 LKK JFM P)

and (2) an assessment process done at the headquarters level to review documentation and justification for not referring inmate-patients who meet one of three objective criteria. (*See* Docket No. 4035 at 17:20–23:25; Burleson Decl. ¶ 6.)

On September 7 and 8, 2011, CDCR and DMH met with the special master and his team to further discuss CDCR's audit and assessment processes as well as review additional data and information related to those processes. (Burleson Decl. ¶ 7.) Defendants and the special master team agreed to a joint visit to five prisons—Richard J. Donovan Correctional Facility, Mule Creek State Prison, California Men's Colony, Central California Women's Facility, and, California State Prison, Los Angeles County—to review and evaluate the audit and assessment processes. (*Id.*) CDCR and DMH are working with the special master to outline what the review will entail and have set up a conference call for September 14 to finalize the review process. (*Id.*) An additional meeting is set for either September 21 or 22 with the intention that all five visits will occur during October. (*Id.*)

Defendants remain committed to working with the special master and his team to develop a supplemental plan to reduce or eliminate the inpatient wait list and to better serve the treatment needs of waitlisted inmate-patients in addition to working to ensure a sustainable referral process.

Dated: September 9, 2011                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DEBBIE J. VOROUS
Deputy Attorney General

/S/ DEBBIE J. VOROUS

DEBBIE J. VOROUS
Deputy Attorney General
Attorneys for Defendants
Brown, Cate, Matosantos, and Allenby

CF1997CS0003

3

Defs.' First Status Report on Supp. Wait List Plan and Assessment Process (2:90-cv-00520 LKK JFM P)