KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8010
 Fax: (916) 324-5205
 E-mail: David.Brice@doj.ca.gov
Attorneys for Defendants
Brown, Cate, Matosantos and Allenby

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF JUDY BURLESON IN SUPPORT OF DEFENDANTS' FIRST STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

I, Judy Burleson, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Associate Director, Statewide Mental Health Program, Correctional Health Care Services. I have been the Associate Director since November 2010. Before that date, I was the Chief, Operational Program Oversight (formerly known as *Coleman* Compliance). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' First Status

1

1 | Report on the Supplemental Wait List Plan and Assessment Process.

2. I am familiar with the Court's August 15, 2011 order that Defendants, over the next ninety days, work with the *Coleman* special master to develop a supplemental plan to reduce or eliminate the inpatient wait list and to better serve the treatment needs of the inmates on the wait list. Also, that Defendants work with the special master so that an assessment process that meets his approval has been conducted and completed by December 9, 2011. I am also familiar with the part of the Court's order that requires Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing.

3. As the Associate Director, I am familiar with the actions taken by the Defendants to respond to the Court's August 15, 2011 order. With respect to the supplemental wait list plan, representatives from the California Department of Corrections and Rehabilitation (CDCR), Department of Mental Health (DMH), Department and Finance, and Health and Human Services Agency (hereafter, the "State") met on August 22, 2011, to develop a supplemental wait list plan to address the bed needs of the high-custody inmate-patients needing Intermediate Care Facility treatment in an inpatient program operated by the DMH.

4. After Defendants' August 22, 2011 meeting on the wait list plan, the State created task forces consisting of representative decision makers to: (1) address alternative delivery options; (2) evaluate the option of converting current prison beds into inpatient beds and/or constructing new inpatient beds; and (3) review current bed usage in order to maximize all available and appropriate beds for inpatient care. The task forces are continuing to meet and develop these proposals, which include those set forth in the Court's August 15, 2011 order as well as additional proposals aimed at addressing the wait list.

5. Additionally, the State met with the special master and his team to discuss the alternative delivery options and bed conversion and/or construction options and to review current bed usage. They are scheduled to meet again in person on either September 21 or 22. The State and the special master are working on a schedule for further follow-up meetings.

2

Burleson Decl. in Supp. of Defs.' First Status Rep. on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)

6. With respect to the assessment process, representatives from CDCR and DMH met with Special Master and his team on August 24, 2011, to review and discuss information and data related to Defendants' processes to manage and sustain referrals to inpatient programs operated by the DMH. CDCR has developed and/or is in the process of developing two primary processes to manage and sustain referrals: (1) a process performed at the institutional level to audit the Interdisciplinary Treatment Team - Screening for Higher Level of Care Form 7388-B; and (2) an assessment process performed at the headquarters level to review documentation and justification for not referring inmate-patients who meet one of three objective criteria.

7. On September 7 and 8, 2011, CDCR and DMH met with the special master and his team to further discuss CDCR's audit and assessment processes as well as review additional data and information related to those processes. Defendants and the special master team agreed to a joint visit to five prisons—Richard J. Donovan Correctional Facility, Mule Creek State Prison, California Men's Colony, Central California Women's Facility, and, California State Prison, Los Angeles County—to review and evaluate the audit and assessment processes. CDCR and DMH are working with the special master to outline what the review will entail and have set up a conference call for September 14 to finalize the review. An additional meeting is set for either September 21 or 22 with the expectation that all five visits will occur during October.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2011, at Sacramento, California.

/s/ Judy Burleson
JUDY BURLESON

CF1997CS0003

3

Burleson Decl. in Supp. of Defs.' First Status Rep. on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)