# TABLE OF APPENDICES

1    Receiver's Turnaround Plan of Action Matrix

2    CCHCS Information Technology Project Matrix

3    Executive Summary & Health Care Access Quality Reports – April 2011 through July 2011

4    Human Resources Recruitment and Retention Reports – April 2011 through July 2011

5    Performance Improvement Plan 2011-2012

6    Health Care Services Dashboard – August 2011

7    Asthma Performance Report – May 2011

8    HIV Screening Report – May 2011

9    Cancer Screening Report – June 2011

10   CPR Financial Statements – July 2010 through June 2011

11   CPR Financial Statements – July through August 2011

12   Master Contract Waiver