# PART 2 OF 2:

# APPENDICES 8-12

# APPENDIX 8

STATE OF CALIFORNIA
PRISON HEALTH CARE SERVICES

QUALITY MANAGEMENT SECTION

# Memorandum

Date : May 5, 2011

To : Chief Executive Officers, Reception Center Institutions
Chief Medical Executives, Reception Center Institutions
Chief Nurse Executives, Reception Center Institutions

From : The Public Health Unit and the Quality Management Section
on behalf of CPHCS Executive Staff

Subject : **Updated HIV Screening Baseline Report**

---

The Centers for Disease Control and Prevention (CDC) estimates that 1.1 million people living in the United States, which is 0.4 percent of the total population, are infected with Human Immunodeficiency Virus (HIV), the virus that causes Acquired Immune Deficiency Syndrome (AIDS)[1]. Each year, approximately 56,000 people become infected with HIV[2] and more than 17,000 people with an HIV or AIDS diagnosis die[3]. However, significant advances in HIV treatment are slowing the progression from asymptomatic HIV infection to AIDS and allowing HIV infection to be managed as a chronic disease.

Identifying and treating HIV early in the disease process is critical to decreasing infectiousness and transmission of the virus, achieving positive patient outcomes, and avoiding costly interventions to treat complications. The CDC estimates that prevention and screening efforts have averted more than 350,000 HIV infections in the United States, and that early interventions produced savings of $125 billion in medical costs[4].

The prevalence of HIV infection and AIDS among prison inmates is higher than in the general population. The United States Department of Justice reports that in 2008, 1.6 percent of inmates incarcerated in state prisons nationwide have been diagnosed with HIV or AIDS[5], four times the prevalence in the general population. Since an estimated 21 percent of infected persons are unaware of their HIV status[1], the actual prevalence of HIV infection among state prison inmates is likely higher. Because many inmates may have infrequent contact with health care services upon release, the period of incarceration presents a critical opportunity for screening and treating HIV.

Identifying those incarcerated persons who are infected with HIV but not yet symptomatic allows these inmates to modify high risk behaviors and prevent transmission of HIV infection to other individuals. Inmates who know they are HIV-infected can initiate clinically-indicated treatment to prevent the development of AIDS, avoid opportunistic infections and AIDS-related conditions and complications, and improve health outcomes. Early detection and rapid intervention can also reduce infectiousness and treatment costs of advanced AIDS and associated comorbidities.

To promote improvement in HIV screening rates for California's prison inmates, California Prison Health Care Services (CPHCS) included a performance goal in its 2011 Performance Improvement Plan:

- By December 31, 2011, greater than 85 percent of all inmates processed through a Reception Center will have been screened for HIV infection

To assess progress toward reaching this goal, CPHCS is producing and distributing biannual reports illustrating statewide and institution-specific adherence. The performance data included in these reports will also be displayed in the Statewide Health Care Services Dashboard posted on the Quality Management SharePoint site.

This report is the first of these scheduled distributions, and details baseline Reception Center screening rates statewide. The information contained in this report is intended to assist institutional health care leaders in evaluating and improving their institution's screening rates, with the ultimate goal of improving patient care and patient outcomes.

## Methodology

Data sources for this report include laboratory databases and patient tracking systems. The Distributed Data Processing System (DDPS), an inmate location system, provided population data. Patients processed through a CPHCS Reception Center during the timeframe were eligible for inclusion. HIV screening data was gathered from Quest Diagnostics and Foundation Laboratories, which provided HIV screening services to institutions statewide; the most recent date for Quest and Foundation test results was December 31, 2010. Screening results were matched to patients and their Reception Center location; it is important to note that screening at patients' endorsed institutions within the timeframe specified would be matched to their Reception Center institution.

## California Prison Health Care Services HIV Screening Policy Changes

In June 2010, CPHCS instituted several HIV testing-related policy changes consistent with an "opt-out" approach. These modifications were intended to improve identification and treatment of California inmates infected with HIV, and include:

- Providing HIV screening as a default test; inmates may decline HIV testing or "opt out"

- Offering all inmates voluntary HIV testing at the same time as other routine screenings (e.g., syphilis) upon entry or reentry to a Reception Center

- Offering voluntary HIV screening in any clinical setting when recommended by a clinician or requested by the patient (e.g., primary care clinics)

These policy changes are based on national standards for correctional health care screening, and the updated policy can be found in Attachment A: Inmate Medical Services Policies and Procedures, Volume 10, Chapter 8.

## Major Findings

The major findings of this baseline report are noted below; comprehensive findings can be found in Attachment B: CPHCS HIV Screening Rates, March 2011.

- Statewide screening rate increases. Statewide screening rates **increased by 115 percent.** In the six months prior to implementation of the opt-out HIV screening policy, 33 percent of new arrivals were screened for HIV, compared to 72 percent of patients in the six months following implementation of the policy.

- Institution screening rates. Changes in institution screening rates between the two periods were varied, with decreases ranging to 7 percent and increases ranging to nearly 300 percent.

- <u>Prevalence of HIV infection.</u> Statewide HIV infection prevalence between July and December 2010 was approximately one percent of all patient screened, with institution prevalence ranging from 0 percent to 2 percent.

## Recommendations

Based on the findings in this report, opportunities exist to improve HIV screening rates of CDCR inmates.  The following actions are recommended to improve screening rates:

- <u>Provide information and support to health care staff.</u> Remind Reception Center staff of the current HIV screening policy.  During routine staff meetings, review the policy with Reception Center staff, discuss the baseline report results, and brainstorm methods for improving screening rates.

- <u>Educate patients about the importance of HIV screening.</u> Materials with information on HIV screening and HIV/AIDS (including brochures, posters, and a video) have been developed by the CPHCS Public Health Unit for distribution to newly arriving inmates.  Patients may be unaware of the clinical guidelines for HIV screening, and informing patients about the importance of testing may improve compliance.  In particular, patients who refuse screening should be educated about the consequences of declination.  Attachment C provides an example of available HIV information that can be provided to patients.

- <u>Offer HIV screening at every patient encounter.</u>  Remind Primary Care Providers to offer HIV screening during every patient encounter.

- <u>Provide prompt medical follow-up.</u> Patients with a confirmed positive test result should be promptly notified and scheduled for an appointment with a trained health care provider for confidential counseling and treatment planning.

- <u>Evaluate for mental health services.</u> Patients with a confirmed positive test result should be provided mental health evaluation and counseling services if clinically indicated.

It is our goal to make quality management tools, including performance reports, as useful as possible to staff in the field.  If you have any questions or feedback to offer on this project, please contact Sarah Larson, analyst with the Quality Management Section, at sarah.larson@cdcr.ca.gov.  If you have any questions specifically related to patient education, or if you would like additional patient education materials for your institution, please contact Pamela Michel with the Public Health Unit, at pamela.michel@cdcr.ca.gov.  We will continue to re-evaluate HIV screening biannually to encourage and trend screening rates until we reach our statewide performance goal.

We look forward to continuing to work with you to monitor and improve patient care.

### References

[1] Centers for Disease Control and Prevention. HIV Prevalence Estimates – United States, 2006. MMWR 2009;57(39):1073-76. Available at: http://www.cdc.gov/mmwr/preview/mmwrhtml/mm5739a2.htm

[2]Hall HI, Ruiguang S, Rhodes P, et al. Estimation of HIV incidence in the United States. JAMA. 2009;300:520-529.

[3] Centers for Disease Control and Prevention. HIV/AIDS, Statistics and Surveillance, Basic Statistics. Available at: http://www.cdc.gov/hiv/topics/surveillance/basic.htm#hivest

[4]Centers for Disease Control and Prevention. HIV/AIDS, Fact Sheets. CDC's Prevention Progress in the US. Available at: http://www.cdc.gov/hiv/resources/factsheets/cdcprev.htm

[5]US Department of Justice, Office of Justice Program, Bureau of Justice Statistics, 2009. HIV in Prisons, 2007-08. Available at: http://bjs.ojp.usdoj.gov/index.cfm?ty=pbdetail&iid=1747

Cc:  Clark Kelso
     Elaine Bush
     Liana Bailey-Crimmins
     Brenda Epperly
     Renee Kanan
     Karen Rea
     Dave Runnels
     Denny Sallade
     Kathy Stigall
     Steve Tharratt
     Jared Goldman
     Kathleen Webb

# CALIFORNIA PRISON HEALTH CARE SERVICES

| | |
|---|---|
| **VOLUME 10: PUBLIC HEALTH /INFECTION CONTROL** | Effective Date: 6/1/10 |
| **CHAPTER 8** | Revision Date(s): |
| **OPT-OUT HIV ANTIBODY SCREENING POLICY** | Attachments: Yes ☐ No ☒ |

## I. POLICY

**A.** The California Prison Health Care Services (CPHCS) shall adopt opt-out human immunodeficiency virus (HIV) screening of patient-inmates in compliance with applicable state law. Prior to ordering a test that identifies infection with HIV, a medical care provider shall inform the patient-inmate that the test is planned, provide information about the test, inform the patient-inmate that there are numerous treatment options available for a patient-inmate who tests positive for HIV and that a person who tests negative for HIV should continue to be routinely tested, and advise the patient-inmate that he or she has the right to decline the test. If a patient-inmate declines the test, the medical care provider shall note that fact in the patient-inmate's medical file.

**B.** This policy does <u>not</u> apply to mandatory, court-ordered HIV testing performed as part of a blood borne pathogen exposure among patient-inmates and/or staff working in correctional settings.

**C.** Voluntary HIV testing will be offered to all patient-inmates upon entry or reentry to the California Department of Corrections and Rehabilitation (CDCR), at the patient-inmate's request, during medical encounters when recommended by a clinician, and as part of a contact investigation.

**D.** At reception centers (RCs) collection of blood for HIV screening will occur at the same time as other laboratory testing (e.g., testing for syphilis or pregnancy). Prior to collecting blood specimens, patient-inmates will be provided with information about HIV screening (together with other medical information) and who they should notify if they wish to decline testing.

**E.** Persons who test HIV *positive* will be counseled and notified of the results by a trained health care provider (primary care provider, psychiatrist, psychologist, or licensed clinical social worker) in a confidential setting.

**F.** CPHCS primary care providers shall not disclose a patient-inmate's HIV status unlawfully.

**G.** CPHCS recommends that providers follow current Centers for Disease Control and Prevention (CDC) guidelines for HIV testing in correctional health care settings. The CDC January 2009 guidelines include:

1. HIV information should be provided to patient-inmates along with other medical information (e.g., hepatitis, TB) upon intake into the correctional facility. Information could be provided by counselors, videos, pamphlets, or posters.

# CALIFORNIA PRISON HEALTH CARE SERVICES

2. HIV information should include who has access to medical information, HIV testing policy, medical care for patient-inmates who are HIV positive, and policies concerning inmates with HIV infection.
3. Conducting HIV testing should be part of routine medical services.
4. Consent for HIV screening should be incorporated into the general informed consent for medical diagnostic services.
5. HIV test results should be provided in a confidential and timely manner.
6. Inmates with positive results should be scheduled to see a trained health care provider for notification and counseling in a confidential setting.
7. Patient-inmates with a negative result may receive information in person or through confidential written notification that does not specify the test (e.g., all tests were normal).

## II.    RESONSIBILITIES

The Chief Executive Officer/Health Care Manager (CEO/HCM) is responsible for cooperatively maintaining the institution's ability to offer informed consent for voluntary opt-out HIV antibody screening for patient-inmates.

## III.    REFERENCES

- California Health and Safety Code Sections 125090, 125107, and 120990
- The Centers for Disease Control and Prevention (CDC) "HIV Testing Implementation Guidance for Correctional Settings," January 2009
- CPHCS Inmate Medical Services Policies and Procedures (IMSP&P) Volume 6 *Health Record Services*, Chapter 42 *Release of Health Information: HIV Test Results*
- Volume 10 *Public Health/Infection Control,* Chapter 4 *HIV/AIDS Program Overview and Transitional Case Management Program*

Reviewed and approved by:


**Reviewed and Approved By:**

**Dwight W. Winslow, M.D.**

**Chief Physician Executive**

Name                                Date

**Attachment B: CPHCS HIV Screening Rates, March 2011**

| 2010 HIV Screening Rates Among Newly Arriving Inmates, California Reception Center Institutions | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reception Center Institutions | January - June 2010 | | | July - December, 2010 | | | | Percentage Change between Time Periods |
| | Total Number of Newly Arriving Inmates | Newly Arriving Inmates Screened for HIV | | Total Number of Newly Arriving Inmates | Newly Arriving Inmates Screened for HIV | | Percentage of Screened Patients with Positive Result | |
| | | Number | Percent | | Number | Percent | | |
| CCI | 1777 | 397 | 22% | 1558 | 1379 | 89% | 0.58% | 296% |
| CCWF | 1408 | 413 | 29% | 1426 | 1289 | 90% | 0.85% | 208% |
| CIM | 430 | 65 | 15% | 376 | 95 | 25% | 2.11% | 67% |
| CIW | 307 | 157 | 51% | 203 | 102 | 50% | 1.96% | -2% |
| DVI | 2783 | 719 | 26% | 2565 | 1652 | 64% | 0.79% | 149% |
| HDSP | 510 | 326 | 64% | 625 | 501 | 80% | 0.00% | 25% |
| LAC | 1203 | 1151 | 96% | 1065 | 943 | 89% | 1.27% | -7% |
| NKSP | 5339 | 908 | 17% | 5130 | 3465 | 68% | 1.15% | 297% |
| RJD | 1432 | 490 | 34% | 1316 | 1142 | 87% | 1.05% | 154% |
| SQ | 1683 | 1123 | 67% | 2118 | 1515 | 72% | 0.59% | 7% |
| VSPW | 1146 | 341 | 30% | 1207 | 541 | 45% | 0.37% | 51% |
| WSP | 4139 | 1327 | 32% | 4338 | 3141 | 72% | 0.76% | 126% |
| **All Reception Center Institutions** | **22157** | **7417** | **33%** | **21927** | **15765** | **72%** | **0.96%** | **115%** |

# HIV Screening Rates Among Newly Arriving Inmates, California Reception Center Institutions, January - June 2010 and July - December 2010



# Change in HIV Screening Rates at California Reception Center Institutions between January - June 2010 and July - December 2010



# PATIENT EDUCATION: HIV

## WHAT YOU SHOULD KNOW ABOUT HIV:

### About HIV

✓ Many people who have HIV do not know that they have it.

✓ Knowing your HIV status will help you stay healthy.

✓ Doctors recommend that everyone get tested for HIV.

✓ AIDS is caused by HIV.

✓ You can have HIV for years and not feel sick.

✓ HIV, if left untreated, gradually destroys your immune system, leaving you at risk for other serious and potentially deadly infections.

✓ There is no cure or vaccine for HIV. Effective treatment can prolong your life and prevent potentially painful and serious complications.

### About the HIV Screening Test

✓ The HIV test is voluntary and has no co-pay.

✓ You can ask your provider for a routine HIV test during any visit.

✓ A negative result means that you do not have HIV or that you might have HIV but it is too soon for the test to tell (it may take up to 6 months to be detectable).

✓ A positive test result means you have HIV.  There are many medicines and treatments to help fight HIV and help you stay well.

### About Protecting Yourself

1. **Know your status.** Get tested – you can ask your medical provider for a routine HIV test.

2. **Protect yourself.** *Sexual activity and the use of needles for non-prescribed purposes are illegal within the California Department of Corrections and Rehabilitation and may lead to prosecution.*  Know how HIV is most commonly passed and avoid those risky behaviors. HIV can be transmitted through unprotected sexual contact and sharing needles with someone who is HIV infected.

3. **Know how HIV is NOT spread.** HIV is not spread by dry kissing, shaking hands, hugging, sharing utensils or food, or on toilets.

4. **Get treated.** If you have been exposed, seek medical attention, especially if you have flu-like symptoms, night sweats, fevers, weight loss, diarrhea, swollen lymph glands, oral thrush (white fungus patches in your mouth), or vaginal yeast infections.

## SYPHILIS

- Syphilis is a very common sexually transmitted disease (STD).
- It can be spread during vaginal, anal, or oral sex.
- Many people do not have any symptoms for years, then get sick if not treated. There are 4 Stages of syphilis which can take years to happen:
  1. Early - A small hard round sore on the penis, vagina or mouth that does not hurt.
  2. Secondary - A skin rash that appears over any area of the body, especially on the palms of the hand and soles of the feet.
  3. Latent—There are no symptoms but the infection is still there.
  4. Final - Paralysis, blindness, dementia, from damage to the brain, nerves, heart, blood vessels and eyes.
- It is curable, but it is very important to get treatment when it is in the Early Stages. Left untreated, it can become very serious. Pregnant women with syphilis can pass it on to their babies.
- The test for syphilis is done on your blood.

Be informed.  Get tested for Syphilis.  Stay healthy.

## CHLAMYDIA

- Chlamydia is a very common sexually transmitted disease (STD).
- It can be spread during vaginal, anal, or oral sex.
- Most people who have Chlamydia do not have any symptoms.  You should be checked by a doctor or nurse if it hurts or burns when you pee or if you have an unusual discharge from the penis or vagina, or bleeding between menstrual periods.
- If Chlamydia is not treated, it can be very serious.
- The test for Chlamydia is done on your urine.
- Chlamydia can be treated with medicine and cured.

Be informed.  Get tested for Chlamydia.  Stay healthy.

## HEPATITIS B and C

- People with Hepatitis B and C usually do not have any symptoms.  It is a virus found in the blood.  Tests for hepatitis are offered in medical clinics.
- Hepatitis B is spread through the blood and during sex.
- You can keep from getting Hepatitis B by being vaccinated.
- Hepatitis C is spread through the blood mainly through sharing needles and works for drugs or tattoos.  It also lives in tattoo ink.
- There is no vaccine to prevent Hepatitis C.
- More than 30% of people in California prisons have Hepatitis C.
- The test for Hepatitis B and C is done on your blood.
- Hepatitis symptoms can be treated.

Be informed.  Get tested for Hepatitis.  Stay healthy.

## GONORRHEA

- Gonorrhea is one of the most common STDs.
- Gonorrhea can be spread during vaginal, anal, or oral sex.
- Some people who have Gonorrhea may not have any symptoms.
- You should be checked by a doctor or nurse if it hurts or burns when you pee or if you have a thick white, yellow, green , or bloody discharge from the penis or vagina.
- The test for Gonorrhea is done on your urine.
- Gonorrhea can be treated with medicine and cured.

Be informed.  Get tested for Gonorrhea.  Stay healthy.

If you have had sex without a condom or shared needles, get tested.

Having these diseases, even if you do not know it, can be very serious.

## HIV

- HIV is the virus that weakens the body ' s ability to fight off germs.
- HIV lives in blood and other body fluids that have blood in them.  It spreads from person to person during sex or by sharing needles and works for drugs or tattoos.  It also can be passed from mother to baby.  It is not spread by eating after someone or through spit, tears, or sweat.
- The test for HIV is done on your blood.
- HIV causes AIDS.  Many new medicines are helping people with HIV and AIDS live longer, healthier lives.   While in prison, people with HIV or AIDS can get good health care from medical specialists and their primary care team.

Be informed.  Get tested for HIV.  Stay healthy.

## LIFESTYLE MATTERS

**T**AKE CARE OF YOURSELF
**E**XERCISE DAILY
**S**TAY HEALTHY
**T**ALK TO YOUR DOCTOR
**E**AT GOOD FOOD
**D**RINK WATER

- COVER YOUR COUGH
- WASH YOUR HANDS
- LIMIT "JUNK" FOOD
- PRACTICE DEEP BREATHING EXERCISES
- GET SUNSHINE IN MODERATION
- JOIN A SUPPORT GROUP
- HELP SOMEONE EACH DAY



Be Informed
Get Tested
Stay Healthy

Most tests are offered on arrival.
And, you can ask for a test at any time.
No co-pay required.

Prepared by the California Prison Health Care Services, Public Health Unit and CMF Peer Educators.  Your healthcare provider can tell you more about these tests.

## SIFILIS

Al tener estas enfermedades, aunque usted no lo sabe, puede ser muy grave.

- Sifilis puede ser propagada durante sexo vaginal, anal, o oral.
- Muchas personas no tienen ningún síntomas por anos, si no son tratados se desarrolla la enfermedad. Ahí 4 Etapas de sifilis que pueden dusar anos para que pasen:
  1. Temprano – Una llaga chica dura redonda en el pene, vagina, o boca que no duele.
  2. Secundario – Un sarpullido en la piel que aparece en cualquier área de el cuerpo, especialmente en las palmas de la mano y en las plantas de los pies.
  3. Latente – No ahí síntomas pero la infección permanece todavía allí.
  4. Final – Parálisis, ceguera, demencia, por danos a el cerebro, nervios, vasos sanguíneos y ojos.
- Es curable, pero es muy importante resivir tratamiento cuando esta en las etapas tempranas. Si se deja sin tratamiento, puede convertirse muy grave. Mujeres embarazadas con sífilis pueden pasarlo a sus bebes.
- La prueba para la sífilis se hecha de sangre.

Infórmase. Hágase la prueba para la sífilis. Permanesca saludable.

## CLAMIDIA

- Clamidia es una enfermedad de transmisión sexual (ETS ) muy común.
- Puede ser propagada durante el sexo vaginal, anal, o oral.
- La mayoría de personas quienes tienen clamidia no tienen ningún síntomas. Una debería ser examinado por un doctor o enfermera duele o arde si orina o tienes una secreción de el pene o de la vagina, o sangrado entre períodos menstruales.
- Si la Clamidia no se trata, puede ser muy grave.
- La prueba para la Clamidia se hech por su orina.
- Clamidia puede ser tratada con medicina y curada.

Infórmase. Hágase la prueba para la Clamidia. Permanesca saludable.

## HEPATITIS B and C

- Personas con Hepatitis B y C usualmente no tienen síntomas. Es un virus encontrado en la sangre.
- La Hepatitis B es propagada a través de la sangre y durante el sexo.
- Puedes protegerse de la Hepatitis B al ser vacunado.
- La Hepatitis C es propagada del persona a persona principalmente a través de compartir agujas y jeringas para drogas o tatuajes. También vive en tinta para tatuajes.
- No ahí una vacuna para prevenir la Hepatitis C.
- Mas de un 30% de personas en las cárceles de California tienen Hepatitis C.
- La Hepatitis B y C es hecha a per su sangre.
- Síntomas de Hepatitis pueden ser tratados.

Infórmase. Hágase la prueba para la Hepatitis. Permanesca saludable.

## GONORREA

Si ha tenido el sexo sin agujas condona o compartido, hazte la prueba.

- Gonorrea es una de las ETS mas comunes.
- Gonorrea puede ser propagado durante el sexo vaginal, anal, o oral.
- Algunas personas quienes tienen Gonorrea pueden no tener ningún síntomas. Una deberia ser examinado por un doctor o enfermera duele o arde al orina o tienes una secreción espesa blanca, amarilla, verde, o estas sangrando de el pene o vagina.
- La prueba para la Gonorrea es hecha en su orina.
- Gonorrea puede ser tratada y curada con medicinas.

Infórmase. Hágase la prueba para la Gonorrea. Permanesca saludable.

## V I H

- El VIH es el virus que debilita la habilidad del cuerpo para rechazar gérmenes.
- El VIH vive in la sangre y en otros fluidos corporales que tienen sangre en ellos. Se propagada de persona a persona durante el sexo o por compartir agujas y jeringas para drogas o tatuajes. También puede ser pasado de la madre a su bebe. No se propaga por comer después de alguien o a  través de saliva, lagrimas, o sudor.
- La prueba para el VIH es hecha de sangre.
- El VIH causa SIDA. Muchas medicinas nuevas están ayudando a personas con VIH y SIDA a vivir una vida mas larga y saludables. Mientras están en la prisión, personas con VIH o SIDA pueden resivir. Buena atención medica de especialistas médicos y de su equipo de atención primaria.

Infórmase. Hágase le prueba para el VIH. Permanesca saludable.

## El Estilo de Vida Importa

### P R U E B A

- PRACTIQUE EJERCICIOS DE RESPIRACION PROFUNDA
- EJERCISIE DIARIAMENTE
- BEBER MUCHA AGUA
- AYUDA A ALGUIEN CADA DIA

- MAINTENGASE SALUDABLE
- CUBRA SU TOS
- LAVESE SUS MANOS
- LIMITE COMIDAS " CHATARRAS"
- HABLE CON SU DOCTOR
- TOME SOL EN MODERACION
- INCORPORAS A UN GRUPO DE APOYO

Preparado por los Servicios del Cuidado Medico de la Prisión de California, Unida de Salud Publica y los Internos Educadores de CMF e ISP. Su proveedor de salud puede decirle mas sobre estas pruebas.



Infórmase.

Hagace la prueba.

Permanesca saludable.

Mayoria de las pruebas se ofrecen a la llegada.
Y, puede pedir una prueba en cualquien momento.
Sin copago requerido.

# APPENDIX 9

California Correctional Health Care Services



# Cancer Screening Report

*An Analysis of Colorectal Cancer Screening Rates from April 2010 through March 2011*



Quality Management Section
501 J Street, Suite 310
Sacramento, CA 95814
Updated Report
Issued: June 2011

California Correctional Health Care Services

# CANCER PREVENTION: COLORECTAL CANCER SCREENING RATES

*An Analysis of Colorectal Cancer Screening Rates from April 2010 through March 2011*



# TABLE OF CONTENTS

Introduction ..................................................................................................................... 1

Data Sources and Methodology ..................................................................................... 2

Major Findings ............................................................................................................... 3

Recommendations .......................................................................................................... 4

Findings by Category ..................................................................................................... 5

Population Ages 50 through 75 years ............................................................................ 5

Colorectal Cancer Screening Rates .............................................................................. 6

Percent Change in Colorectal Cancer Screening Rates ............................................... 7

Colorectal Cancer Screening with Refusal Rates ........................................................ 8

Appendix ........................................................................................................................ 9

# INTRODUCTION

In November of 2010, California Correctional Health Care Services (CCHCS) released the first Cancer Screening Report to provide institution healthcare managers and primary care team members with timely, relevant, and actionable information to improve cancer screening practices. This report is the second in a series of reports to monitor statewide and institution-specific progress toward meeting cancer screening performance objectives.

Cancer screening is considered a priority for patient safety and quality improvement efforts for a number of reasons, including, but not limited to:

- Cancer is the second leading cause of death in the United States and has been the leading cause of death among inmates in the custody of the California Department of Corrections and Rehabilitation (CDCR) for the past several years.

- Colorectal cancer treatment is extremely effective in the disease's earliest stages and the five-year survival rate exceeds 90 percent (90%). Thus, national standards are to appropriately screen for colorectal cancer for persons age 50 through 75 years.

- In a 2009 analysis of patterns and trend in California inmate mortality, CCHCS identified cancer screening as an area for improvement.

- Medical inspections conducted by the Office of the Inspector General (OIG) report that most CDCR institutions have low adherence to preventive services policies, which include cancer screening.

The ultimate goal is to improve patient care and primary care services, and reduce potentially avoidable morbidity, mortality and costs. As part of ongoing efforts to determine performance improvement priorities, CCHCS established the following statewide colorectal cancer screening performance objective:

> By December 31, 2011, greater than 85 percent of eligible inmates ages 50 through 75 years will have a fecal occult blood test (FOBT) performed in the preceding 12 months, a sigmoidoscopy in the preceding 5 years, or a colonoscopy in the preceding 10 years.

The cancer screening performance measures discussed in this report will be included in the Statewide Health Care Services Dashboard posted on the **Quality Management SharePoint site.**

It is important to mention that the Statewide Health Care Services Dashboard benchmark reflects our statewide performance as a percentile rankings as established by the National Committee for Quality Assurance's (NCQA) Health Effectiveness Data and Information Set (HEDIS) methodology, for comparison with outside healthcare organizations. The internal benchmark of greater than 85 percent aligns with the OIG's auditing process which measures the degree to which institutions adhere to policies, including chronic care and preventative services policies.

This report does not address change in breast cancer screening rates since the November 2010 report because the institution tracking logs for two institutions were not available in time for this report. Updated breast cancer screening rates will appear on the June 2011 Statewide Health Care Services.

## DATA SOURCES AND METHODOLOGY

For this report, the colorectal cancer screening standard was met for patients ages 51 through 75 years housed in their current location for six or more months if screening was provided in one of the following three ways:

- Fecal occult blood testing (defined as the completion of three consecutive FOBT cards) within the preceding twelve months,

- Sigmoidoscopy within the previous five years, or

- Colonoscopy within the previous ten years.

There is one change in methodology for this report compared to the first report. In the original report, the population eligible for inclusion in the performance measure was inmates age 50 through 75. In this report, the eligible patient population is inmates age 51 through 75 in order to allow 50 year old patients a 12-month opportunity for screening. This change in the calculation brings the performance measure methodology into alignment with the National Committee for Quality Assurance's (NCQA) Healthcare Effectiveness Data and Information Set (HEDIS) allowing for comparisons with other healthcare organizations.

For the Statewide Health Care Services Dashboard, colorectal cancer screening rates do not include refusal data. This allows closer comparison with other healthcare organizations using HEDIS, which does not consider patient refusal as satisfying colorectal cancer screening. However, inmate refusal data reported within the preceding twelve months are also included in this report to acknowledge healthcare staff efforts in offering colorectal cancer screening to more inmates that actually complete screening.

For a detailed explanation of the data sources, methodology, and limitations please see the Appendix.

## MAJOR FINDINGS



- For March 2011, eighteen percent (18%) or 26,832 of 146,655 inmates were ages 50 through 75 years.

- Forty-six percent (46%) or 7,950 of 17,170 eligible male and female inmates age 51 through 75 years who met the six-month residency requirement, received colorectal cancer screening. This represents a thirteen percent (13%) increase in colorectal cancer screening from the reported thirty-three percent (33%) screened reported in the November 2010.

-  Twenty-six (26) institutions demonstrated improvement in cancer screening rates. Most notably, CMC and CRC showed increases of fifty-one percent (51%) and forty percent (40%), respectively.

- FSP and CIW had the highest performance without including refusal data at seventy-three percent (73%) and seventy-two percent (72%), respectively.

- Of the 17 institutions with refusal data, the rate of refusals ranged from less than one percent (<1%) to forty-eight percent (48%).

## RECOMMENDATIONS

Based on the findings in this report, there continue to be opportunities for improving colorectal cancer screening rates for inmates incarcerated within CDCR. To improve cancer screening rates, it is recommended that health care staff perform the following activities to improve compliance:

**Use the distributed institution patient lists and identify patients who should receive screening.** Each institution has access to a list of patients identified as eligible for colorectal cancer screening, which will be updated every three months (July, October, January, and April). The electronic version of the institution patient lists is recommended to be used to record on-site screening performed, colonoscopies, and refusals (including date of testing/refusal and test results). These patient lists can then be submitted to CCHCS Quality Management Section for incorporation into the quarterly registries and for analysis in the next cancer screening report. Healthcare staff members who may contribute to updating this list include primary care team members, utilization management staff, and specialty service scheduling.

Institutions can access their patient lists here: **Cancer Patient Lists**

**Schedule follow-up for patients with a positive test result.** Patient lists indicate inmates who have not received screening according to guidelines, as well as patients who have had a positive test result and not received appropriate follow-up care. Primary care teams and healthcare staff can use this patient list to ensure necessary care is provided to individual patients and intervene as clinically indicated.

**Educate patients about the importance of cancer screening.** Patients may be unaware of the benefits associated with early detection of premalignant polyps or early stage cancer afforded by routine screening. Informing patients about the value of screening may improve compliance in screening rates and reduce refusal rates. Patients who refuse screening in particular should be educated that screening is key to potential prevention or early detection of cancer leading to significant reductions in morbidity and mortality.

**Set up a system for periodic cancer screening.** Each institution should establish cancer screening as a routine process through strategies like the ones noted below:

- Use the quarterly electronic patient lists for updating patients who are age 50 through 75 years and sending monthly alerts to primary care teams for patients who have not yet received screening or who have reached the timeframe for re-screening.
- Establish certain times each month when primary care teams review the screening status of patients who are age 50 through 75 years during their daily huddle and refer patients for screening as necessary.
- Assign staff to audit charts of patients who are age 50 through 75 years quarterly, and place removable "cancer screening alerts" in the records of patients who have not received screening.
- Establish routine scheduling process (ducating) for patients age 50 through 75 years for annual screening during their birth month.
- Consider implementing a colorectal cancer screening day, perhaps in conjunction with annual TB testing or influenza vaccinations.
- Consider using contracted lab services, currently Quest Diagnostic services for FOBT testing, to ensure data is available to track and report via central data sources.

## POPULATION AGES 50 THROUGH 75

The percentage of patients ages 50 through 75 years in all California adult institutions as of March 2011 are shown below in **Figure 1** (see also Appendix, **Table 1**).

- Eighteen percent (18%) or 26,832 of the 146,655 inmates statewide were between ages 50 and 75 years in March 2011.

- The highest percentage of patients, ages 50 through 75 years is at CMF with thirty-seven percent (37%) and the lowest at KVSP with eight percent (8%).



Figure 1. Percentage of population ages 50-75 years, California adult institutions, March 2011

## COLORECTAL CANCER SCREENING RATES

To be eligible for this measure, patients had to be from ages 51 through 75 years and continuously incarcerated at one institution for at least the previous six months. A residency requirement of six months at the current housing institution was applied to ensure that institutions had enough time to order screening tests and appropriate screening referrals. For March 2011, there were 17,170 of the 26,832 patients between ages 51 through 75 years (64 percent) who fulfilled age and residency requirements. The percentage of eligible patients who received colorectal cancer screening at a California adult institutions as of March 2011 is shown below in **Figure 2** (see also Appendix, **Table 2**).

- Approximately forty-six percent (46%), or 7,950 of the 17,170 eligible patients age 51 through 75 years showed completion of three FOBT cards performed within the previous twelve months, sigmoidoscopy within the previous five years and/or colonoscopy within the previous ten years. This represents an approximate **thirteen percent (13%) increase in cancer screening** from September 2010 to March 2011 as defined by HEDIS and reported on the Statewide Health Care Services Dashboard.

- FSP and CIW had the highest screening rates with seventy-three percent (73%) and seventy-two percent (72%), respectively.



Figure 2. Percentage of patients ages 51-75 years and at least 6 months residency who received colorectal cancer screening, California adult institutions, September 2010 and March 2011

*Institution performs some on-site laboratory testing

# PERCENT CHANGE IN COLORECTAL CANCER SCREENING RATES

**Figure 3** (see also Appendix, **Table 2**) below shows the difference in percentage of patients from September 2010 to March 2011 ages 51 through 75 years with at least six-months residency in their respective institutions who received colorectal cancer screening.

- Institutions with the highest percentage increase of colorectal cancer screening based on available data were CMC and CIM achieving increases of fifty-one percent (51%) and forty percent (40%) respectively.



Figure 3. Change in percentage from September 2010 to March 2011 of patients ages 51-75 years and at least 6 months residency who received colorectal cancer screening, California adult institutions

*Institution performs some on-site laboratory testing

## COLORECTAL CANCER SCREENING WITH REFUSAL RATES

For this report, we have added an additional analysis evaluating the percentage of refusal data in the preceding twelve months contributing to the overall performance of colorectal cancer screening shown below in **Figure 4** (see also Appendix, **Table 2**).

- When including submitted inmate refusal data, the percentage of screening offered increases approximately nine percent (9%) to fifty-five percent (55%) or an additional 1,619 of the 17,170 eligible patients ages 51 through 75 years.

- There were seventeen (17) institutions with available refusal data that were considered in this analysis if the refusal came within the preceding twelve months.



Figure 4. Percentage of patients ages 51-75 years and at least 6 months residency who received or refused colorectal cancer screening, California adult institutions, March 2011

*Institution performs some on-site laboratory testing

# APPENDIX

## Data Sources and Methodology Detailed

Data sources included laboratory databases, fiscal data, and institution screening logs. Fecal occult blood testing (FOBT) data was gathered from Quest Diagnostics and Foundation Laboratories, which provide FOBT testing services to institutions statewide, as well as from institutions performing on-site testing. Effective January 1st, 2011, Quest Diagnostics was contracted for laboratory testing statewide. For this report, FOBT result data used from Quest was April 1 through March 31, 2011; for Foundation, April 1 through December 31, 2010. Colonoscopy and sigmoidoscopy data was obtained from a third party administrator claims paid and institution self-reporting through March 31, 2011.

For this report, institutions met the colorectal cancer screening standard for patients, age 51 through 75 years if screening was provided in any of three ways:

- Fecal occult blood testing (defined as the completion of three consecutive FOBT cards) within the preceding twelve months,

- Sigmoidoscopy within the previous five years, or

- Colonoscopy within the previous ten years.

The population used for performance measure calculations in this report came from the Distributed Data Processing System (DDPS), an inmate location system. The population is defined as inmates age 51 through 75 years, which is consistent with the Healthcare Effectiveness Data and Information Set (HEDIS) provided by the National Committee for Quality Assurance (NCQA). For the performance measure calculations, a residency requirement of six months at the current housing institution was applied to ensure that institutions had enough time to order screening tests and appropriate screening referrals.

As a part of the effort to screen inmates for colorectal cancer, an updated list of all patients who are ages 50 through 75 years will be posted to the Quality Management SharePoint site. These lists will be updated quarterly, and are intended to facilitate clinical decision making. Of all patients eligible for colorectal cancer screening, regardless of length of stay at a particular institution, patients who have not yet received screening, whose screening is out-of-date, or who have a positive screening result and have not been provided follow-up evaluation are flagged.

## Limitations

Please note that this report is subject to limitations, including:

- Incomplete data.
  - Third party administrator claims data tracking began in July 2008. Colonoscopies and sigmoidoscopies performed dating back to April 2000 are not captured here, and may satisfy individual patient's colorectal cancer screening by revised U.S. Preventative Services Task Force (USPSTF) and CCHCS standards. Individual institutions have submitted colonoscopy or sigmoidoscopy screening data, dating as far back as December 2002. It is possible

previously untracked or non-reporting institutions have some patients reported as not screened who may have actually received appropriate screening or follow-up evaluation.

o   Laboratory data from institutions conducting on-site testing of FOBT specimens were not readily available for inclusion into this report. Information provided to the Quality Management Section was incorporated into the report, but it is possible this information is incomplete.

o   This report does not include laboratory data from outside medical facilities, such as testing that occurred during inpatient hospitalizations and data from community laboratories that were not processed through Quest or Foundation.

o   This report does not capture data from outside medical facilities when the patient was not incarcerated, which is particularly important for a ten-year opportunity for screening coupled with average sentences of approximately eighteen-months.

• Patient refusal data for colorectal cancer screening could not be identified from central data sources. Seventeen (17) institutions: CAL, CCI, CIM, CMC, CMF, CRC, CVSP, HDSP, LAC, MCSP, NKSP, RJD, SATF, SCC, SOL, SQ, and SVSP submitted refusal data for colorectal screening. While not included in the performance measure, inmate refusal data reported within the preceding twelve months are included in this report to acknowledge healthcare staff efforts in offering colorectal cancer screening at higher rates than those reflected by the performance measure on the Statewide Health Care Services Dashboard.

The aforementioned limitations suggest that the colorectal cancer screening rates in this report are likely underestimates of actual screening rates.

**Table 1: Number and percentage of patients, ages 50 through 75 years, California adult institutions, March 2011**

| Institution | Number of Patients Ages 50-75 years | Total Number of Patients | March 2011 Percent Ages 50-75 years |
|---|---|---|---|
| Statewide | 26,832 | 146,655 | 18% |
| ASP | 1,588 | 5,747 | 28% |
| CAL | 383 | 4,195 | 9% |
| CCC | 486 | 5,488 | 9% |
| CCI | 720 | 5,564 | 13% |
| CCWF | 617 | 3,721 | 17% |
| CEN | 469 | 4,231 | 11% |
| CIM | 1,190 | 5,873 | 20% |
| CIW | 319 | 2,068 | 15% |
| CMC | 1,782 | 6,189 | 29% |
| CMF | 1,013 | 2,765 | 37% |
| COR | 756 | 4,976 | 15% |
| CRC | 779 | 4,103 | 19% |
| CTF | 2,021 | 6,472 | 31% |
| CVSP | 726 | 3,153 | 23% |
| DVI | 512 | 3,794 | 13% |
| FSP | 618 | 3,729 | 17% |
| HDSP | 435 | 4,110 | 11% |
| ISP | 570 | 3,884 | 15% |
| KVSP | 362 | 4,641 | 8% |
| LAC | 666 | 4,357 | 15% |
| MCSP | 1,031 | 3,502 | 29% |
| NKSP | 645 | 5,151 | 13% |
| PBSP | 317 | 3,183 | 10% |
| PVSP | 1,095 | 4,627 | 24% |
| RJD | 809 | 4,357 | 19% |
| SAC | 415 | 2,798 | 15% |
| SATF | 1,456 | 6,051 | 24% |
| SCC | 710 | 5,358 | 13% |
| SOL | 1,531 | 4,979 | 31% |
| SQ | 1,194 | 4,935 | 24% |
| SVSP | 557 | 3,741 | 15% |
| VSPW | 460 | 3,239 | 14% |
| WSP | 600 | 5,674 | 11% |

**Table 2: Number and percentage of inmates, ages 51 through 75 years and six or more months residency who received appropriate colorectal cancer screening, California adult institutions, March 2011**

| Institution | March 2011 Number of Patients Screened | March 2011 Number of Patients Ages 51-75 years and at least 6 months residency | March 2011 Percentage of patients who completed screening | September 2010 Percentage of patients who completed screening | Difference in percentage | March 2011 Number of Refusals | March 2011 Refusal Rate |
|---|---|---|---|---|---|---|---|
| Statewide | 7,950 | 17,170 | 46% | 33% | 13% | 1,619 | 9% |
| ASP | 658 | 1,166 | 56% | 38% | 19% | --- | --- |
| CAL | 134 | 258 | 52% | 56% | -4% | 50 | 19% |
| CCC | 102 | 273 | 37% | 28% | 9% | --- | --- |
| CCI | 58 | 376 | 15% | 15% | 1% | 1 | 0% |
| CCWF | 235 | 363 | 65% | 31% | 34% | --- | --- |
| CEN | 117 | 326 | 36% | 17% | 19% | --- | --- |
| CIM | 114 | 368 | 31% | 7% | 24% | 178 | 48% |
| CIW | 137 | 189 | 72% | 48% | 24% | --- | --- |
| *CMC | 671 | 1,242 | 54% | 3% | 51% | 468 | 38% |
| *CMF | 302 | 765 | 39% | 32% | 7% | 171 | 22% |
| COR | 242 | 495 | 49% | 44% | 5% | --- | --- |
| CRC | 281 | 469 | 60% | 20% | 40% | 1 | 0% |
| CTF | 490 | 1,544 | 32% | 28% | 4% | --- | --- |
| CVSP | 212 | 508 | 42% | 44% | -2% | 1 | 0% |
| DVI | 66 | 186 | 35% | 26% | 9% | --- | --- |
| FSP | 330 | 454 | 73% | 56% | 17% | --- | --- |
| HDSP | 87 | 275 | 32% | 36% | -4% | 72 | 26% |
| ISP | 114 | 375 | 30% | 27% | 3% | --- | --- |
| *KVSP | 43 | 237 | 18% | 13% | 5% | --- | --- |
| LAC | 219 | 334 | 66% | 56% | 10% | 26 | 8% |
| MCSP | 536 | 834 | 64% | 65% | -1% | 161 | 19% |
| *NKSP | 11 | 127 | 9% | 21% | -12% | 2 | 2% |
| PBSP | 46 | 238 | 19% | 17% | 2% | --- | --- |
| PVSP | 501 | 814 | 62% | 31% | 31% | --- | --- |
| RJD | 242 | 425 | 57% | 56% | 1% | 40 | 9% |
| SAC | 126 | 307 | 41% | 70% | -29% | --- | --- |
| SATF | 255 | 999 | 26% | 11% | 15% | 2 | 0% |
| SCC | 206 | 447 | 46% | 14% | 32% | 6 | 1% |
| SOL | 560 | 1,172 | 48% | 56% | -8% | 433 | 37% |
| SQ | 557 | 802 | 69% | 53% | 16% | 3 | 0% |
| *SVSP | 99 | 383 | 26% | 14% | 12% | 4 | 1% |
| VSPW | 185 | 265 | 70% | 55% | 15% | --- | --- |
| *WSP | 14 | 154 | 9% | 6% | 3% | --- | --- |

\*  Institution performs some on-site laboratory testing

--- No refusal data available

**Table 3: California adult institutions' Fecal occult blood testing laboratory testing sites, March 2011**

| Institution | Quest (4/1/2010-3/31/2011) | Foundation (4/1/2010 – 12/31/2010) | On-site (4/1/2010-3/31/2011) |
|---|:---:|:---:|:---:|
| ASP | ● | ● | |
| CAL | ● | ● | |
| CCC | ● | | |
| CCI | ● | ● | |
| CCWF | ● | ● | |
| CEN | ● | ● | |
| CIM | ● | | |
| CIW | ● | ● | |
| CMC | ● | | ● |
| CMF | ● | | ● |
| COR | ● | ● | |
| CRC | ● | ● | |
| CTF | ● | ● | |
| CVSP | ● | ● | |
| DVI | ● | | |
| FSP | ● | | |
| HDSP | ● | | |
| ISP | ● | ● | |
| KVSP | ● | | ● |
| LAC | ● | ● | |
| MCSP | ● | | |
| NKSP | ● | | ● |
| PBSP | ● | | |
| PVSP | ● | ● | |
| RJD | ● | ● | |
| SAC | ● | | |
| SATF | ● | ● | |
| SCC | ● | ● | |
| SOL | ● | | |
| SQ | ● | | |
| SVSP | ● | | ● |
| VSPW | ● | ● | |
| WSP | ● | | ● |

# APPENDIX 10

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
**Discussion and Analysis of Unaudited Financial Statements**
**For the Period July 1, 2010 through June 30, 2011**

The June 30, 2011 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the twelve months ended June 30, 2011 shows a total difference of $3,449,500 or 57.5 % variance under budget. One line item or activities in the statement account for the majority of the difference.

Professional fees were $3,503,878 or 73.3% under budget. The Legal costs anticipated in the budget have been much less to date than originally considered primarily because of timing with court dates and filings.

Capital assets have decreased $8,664,270 for the twelve months ending June 30, 2011. The reason for the decrease was due to the transfer of certain completed capital projects to CDCR.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the twelve  months ended
June 30, 2011

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $251,006 | $        - | $      251,006 |
| Prepaid items | $3,000 | - | 3,000 |
| | 254,006 | - | 254,006 |
| **Noncurrent assets:** | | | |
| Deposits with others | 194,222 | - | 194,222 |
| Capital assets, net | - | $93,658,458 | 93,658,458 |
| Total assets | $     448,228 | 93,658,458 | $    94,106,686 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 49,568 | - | 49,568 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 92,794 | | 92,794 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $     284,103 | $     42,230 | $      326,333 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 197,222 | (197,222) | - |
| Unreserved, undesignated | - | - | - |
| Total fund balance | 197,222 | (197,222) | - |
| Total liabilities and fund balance | $     481,325 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 93,658,458 | 93,658,458 |
| Unrestricted | | 8,947,109 | 8,947,109 |
| Total net assets | | $   102,605,567 | $   102,605,567 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the twelve months ended
June 30, 2011

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 2,577,205 | - | $ 2,577,205 |
| General revenues: | | | |
| Investment earnings | 135 | - | 135 |
| Total revenues | 2,577,340 | - | 2,577,340 |
| | | | |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 1,006,055 | - | 1,006,055 |
| Legal and professional services | 1,276,814 | - | 1,276,814 |
| Travel | 17,645 | - | 17,645 |
| Rents and leases | 175,635 | - | 175,635 |
| Insurance | 19,878 | - | 19,878 |
| Other | 54,473 | - | 54,473 |
| Depreciation | 0 | 7,020,336 | 7,020,336 |
| Capital outlay - Fixed Assets | (8,664,269) | 8,664,269 | - |
| Total expenditures/expenses | (6,113,769) | 15,684,605 | 9,570,836 |
| | | | |
| Change in fund balance | 8,691,109 | (8,691,109) | - |
| | | | |
| Change in net assets | - | (15,684,605) | (6,993,496) |
| | | | |
| Fund balance/net assets - July 1, 2010 | 298,230 | 109,300,833 | 109,599,063 |
| | | | |
| Fund balance/net assets - June 30, 2011 | $ 8,989,339 | $ 84,925,118 | $ 102,605,567 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the Twelve months ended
June 30, 2011

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $6,000,000 | $2,577,205 | $ (3,422,795) |
| Investment earnings | $0 | $135 | 135 |
| Total revenues | 6,000,000 | 2,577,340 | (3,422,660) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 1,058,460 | 1,006,055 | 52,405 |
| Legal and professional services | 4,780,692 | 1,276,814 | 3,503,878 |
| Travel | 36,000 | 17,645 | 18,355 |
| Rents and leases | 30,468 | 175,635 | (145,167) |
| Office expenses | 63,600 | 42,073 | 21,527 |
| Telephone and network | 7,980 | 7,676 | 304 |
| Insurance | 18,000 | 19,878 | (1,878) |
| Other | 4,800 | $4,723 | 77 |
| Capital outlay | (8,664,269) | (8,664,269) | - |
| Total expenditures | (2,664,269) | (6,113,769) | 3,449,500 |
| Change in fund balance | $ 8,664,269 | 8,691,109 | $ 26,840 |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2010 | | 298,230 | |
| Fund balance - June 30, 2011 | | $ 8,989,339 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2011

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $199,003 | $          - | $      199,003 |
| Prepaid items | $4,564 | - | 4,564 |
| | 203,567 | - | 203,567 |
| **Noncurrent assets:** | | | |
| Deposits with others | 194,222 | - | 194,222 |
| Capital assets, net | - | $94,243,486 | 94,243,486 |
| Total assets | $      397,789 | 94,243,486 | $   94,641,274 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 12,752 | - | 12,752 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 93,996 | | 93,996 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $      248,489 | $      42,230 | $      290,719 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 198,786 | (198,786) | - |
| Unreserved, undesignated | (49,486) | 49,486 | - |
| Total fund balance | 149,300 | (149,300) | - |
| Total liabilities and fund balance | $      397,789 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 94,243,486 | 94,243,486 |
| Unrestricted | | 8,932,284 | 8,932,284 |
| Total net assets | | $   103,175,770 | $   103,175,770 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2011

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 2,401,380 | - | $ 2,401,380 |
| General revenues: | | | |
| Investment earnings | 114 | - | 114 |
| Total revenues | 2,401,495 | - | 2,401,495 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 918,885 | - | 918,885 |
| Legal and professional services | 1,197,858 | - | 1,197,858 |
| Travel | 16,732 | - | 16,732 |
| Rents and leases | 187,513 | - | 187,513 |
| Insurance | 18,315 | - | 18,315 |
| Other | 50,177 | - | 50,177 |
| Depreciation | 0 | 6,435,308 | 6,435,308 |
| Capital outlay - Fixed Assets | (8,664,269) | (8,664,269) | - |
| Total expenditures/expenses | (6,274,790) | (2,228,961) | 8,824,788 |
| Change in fund balance | 8,676,284 | (8,676,284) | - |
| Change in net assets | - | 2,228,961 | (6,423,293) |
| Fund balance/net assets - July 1, 2010 | 298,230 | 109,300,833 | 109,599,063 |
| Fund balance/net assets - May 31, 2011 | $ 8,974,514 | $ 102,853,510 | $ 103,175,770 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2011

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $5,500,000 | $2,401,380 | $    (3,098,620) |
| Investment earnings | $0 | $114 | 114 |
| Total revenues | 5,500,000 | 2,401,495 | (3,098,505) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 970,255 | 918,885 | 51,370 |
| Legal and professional services | 4,382,301 | 1,197,858 | 3,184,443 |
| Travel | 33,000 | 16,732 | 16,268 |
| Rents and leases | 27,929 | 187,513 | (159,584) |
| Office expenses | 58,300 | 38,774 | 19,526 |
| Telephone and network | 7,315 | 7,070 | 245 |
| Insurance | 16,500 | 18,315 | (1,815) |
| Other | 4,400 | $4,333 | 67 |
| Capital outlay | (8,664,269) | (8,664,269) | - |
| Total expenditures | (3,164,269) | (6,274,790) | 3,110,520 |
| Change in fund balance | $    8,664,269 | 8,676,284 | $         12,015 |
| GAAP basis difference - compensated absences | | - | - |
| Fund balance - July 1, 2010 | | 298,230 | |
| Fund balance - May  31, 2011 | | $    8,974,514 | |

# APPENDIX 11

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
**Discussion and Analysis of Unaudited Financial Statements**
**For the Period July 1, 2011 through August 31, 2011**

The August 31, 2011 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the two months ended August 31, 2011 shows a total difference of $655,244 or 65.4% variance under budget. One line item or activity in the statement account for the majority of the difference.

Professional fees were $626,750 or 78.9% under budget. The Legal costs anticipated in the budget have been much less to date than originally considered primarily because of timing with court dates and filings. We do anticipate legal costs to ramp up to budgeted levels for the fiscal year.

Capital assets have not increased during the first two months of the Fiscal year.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended
August 31, 2011

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $243,000 | $ - | $ 243,000 |
| Prepaid items | $0 | - | - |
|  | 243,000 | - | 243,000 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $92,488,402 | 92,488,402 |
| Total assets | $ 243,000 | 92,488,402 | $ 92,731,402 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 75,046 | - | 75,046 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 85,922 | | 85,922 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $ 302,709 | $ 42,230 | $ 344,939 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | - | - | - |
| Unreserved, undesignated | - | - | - |
| Total fund balance | - | - | - |
| Total liabilities and fund balance | $ 302,709 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 92,488,402 | 92,488,402 |
| Unrestricted | | 8,725,350 | 8,725,350 |
| Total net assets | | $ 101,213,752 | $ 101,213,752 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended
August 31, 2011

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $1,002,021 | $125,000 | $ (877,021) |
| Investment earnings | $0 | $18 | 18 |
| Total revenues | 1,002,021 | 125,018 | (877,003) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 167,708 | 185,589 | (17,881) |
| Legal and professional services | 794,020 | 167,270 | 626,750 |
| Travel | 6,000 | 3,651 | 2,349 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 3,000 | 1,279 | 1,721 |
| Telephone and network | 1,130 | 1,060 | 70 |
| Insurance | 3,000 | 3,000 | 0 |
| Other | 24,624 | $780 | 23,844 |
| Capital outlay | - | - | - |
| Total expenditures | 1,002,021 | 346,777 | 655,244 |
| Change in fund balance | $ - | (221,759) | $ (221,759) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,989,339 | |
| Fund balance - August 31, 2011 | | $ 8,767,580 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended
August 31, 2011

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 125,000 | - | $ 125,000 |
| General revenues: | | | |
| Investment earnings | 18 | - | 18 |
| Total revenues | 125,018 | - | 125,018 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 185,589 | - | 185,589 |
| Legal and professional services | 167,270 | - | 167,270 |
| Travel | 3,651 | - | 3,651 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 3,000 | - | 3,000 |
| Other | 3,118 | - | 3,118 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | - | - |
| Total expenditures/expenses | 346,777 | 1,170,056 | 1,516,833 |
| | 0 | 0 | |
| Change in fund balance | (221,759) | 221,759 | - |
| Change in net assets | - | (1,170,056) | (1,391,815) |
| Fund balance/net assets - July 1, 2011 | 8,989,339 | 84,925,118 | 102,605,567 |
| Fund balance/net assets - August 31, 2011 | $ 8,767,580 | $ 83,976,821 | $ 101,213,752 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2011

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $105,968 | $          - | $        105,968 |
| Prepaid items | $1,436 | - | 1,436 |
| | 107,404 | - | 107,404 |
| **Noncurrent assets:** | | | |
| Deposits with others | 194,222 | - | 194,222 |
| Capital assets, net | - | $93,073,430 | 93,073,430 |
| Total assets | $      301,626 | 93,073,430 | $     93,375,056 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 49,461 | - | 49,461 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 76,465 | | 76,465 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $      267,667 | $      42,230 | $        309,897 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 195,658 | (195,658) | - |
| Unreserved, undesignated | - | - | - |
| Total fund balance | 195,658 | (195,658) | - |
| Total liabilities and fund balance | $      463,325 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 93,073,430 | 93,073,430 |
| Unrestricted | | 8,816,944 | 8,816,944 |
| Total net assets | | $   101,890,374 | $   101,890,374 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2011

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ - | - | $ - |
| General revenues: | | | |
| Investment earnings | 9 | - | 9 |
| Total revenues | 9 | - | 9 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 95,588 | - | 95,588 |
| Legal and professional services | 46,933 | - | 46,933 |
| Travel | 1,749 | - | 1,749 |
| Rents and leases | (17,146) | - | (17,146) |
| Insurance | 1,564 | - | 1,564 |
| Other | 1,487 | - | 1,487 |
| Depreciation | 0 | 585,028 | 585,028 |
| Capital outlay - Fixed Assets | - | - | - |
| Total expenditures/expenses | 130,174 | 585,028 | 715,202 |
| | 0 | 0 | |
| Change in fund balance | (130,165) | 130,165 | - |
| Change in net assets | - | (585,028) | (715,193) |
| Fund balance/net assets - July 1, 2011 | 8,989,339 | 84,925,118 | 102,605,567 |
| Fund balance/net assets - July 31, 2011 | $ 8,859,174 | $ 84,470,255 | $ 101,890,374 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2011

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $502,280 | $0 | $          (502,280) |
| Investment earnings | $0 | $9 | 9 |
| Total revenues | 502,280 | 9 | (502,271) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 83,854 | 95,588 | (11,734) |
| Legal and professional services | 397,010 | 46,933 | 350,077 |
| Travel | 3,000 | 1,749 | 1,251 |
| Rents and leases | 2,539 | (17,146) | 19,685 |
| Office expenses | 1,500 | 587 | 913 |
| Telephone and network | 565 | 494 | 71 |
| Insurance | 1,500 | 1,564 | (64) |
| Other | 12,312 | $406 | 11,906 |
| Capital outlay | - | - | - |
| Total expenditures | 502,280 | 130,174 | 372,106 |
| Change in fund balance | $          - | (130,165) | $          (130,165) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,989,339 | |
| Fund balance - July 31, 2011 | | $      8,859,174 | |

# APPENDIX 12

<u>Vendors Engaged by the Receiver During this Reporting Period Relating to Services to
Assist the Receivership in the Development and Delivery of Constitutional Medical Care
Within the California Department of Corrections and Rehabilitation ("CDCR") and its
Prisons</u>

During this reporting period, the Receiver has used the substitute contracting
process to assist the Office of the Receiver in the development and delivery of
constitutional care within CDCR and its prisons.  The Receiver has engaged the following
vendors for provision of the services noted:

<u>Increasing and Improving Clinical Space</u>

San Quentin Project:  Medical Facility Construction

<u>San Quentin Switchgear Replacement and Generator Repairs</u>

During this reporting period, the Office of the Receiver engaged a contractor to
replace the two existing 15KV main service switchgears and to repair two existing
generators, used to provide power to the San Quentin Medical Facility.  The Office of
the Receiver issued a Request for Proposal, via the Expedited Formal Bid process, to
solicit proposals from qualified entities to provide those services.  The Request for
Proposal was posted on BidSync.  Proposals were solicited from Berg Electric Corp, Delta
Electric, and Cupertino Electric.  Proposals were received from Berg Electric Corp, Tri-
Technic, Inc., and Lescure Company, Inc.  Berg Electric Corp was awarded the contract.

<u>Medical Records and the Effective Management of Patient Care</u>

IT Technical and Operational Infrastructure Project

<u>Rural Health Care Program – Voice and Data Services</u>

During this reporting period, the Office of the Receiver engaged a contractor to
provide Voice and Data Services at 19 adult correctional institutions, divided into three
regions, designated as rural providers under the Rural Health Care Program.  The Office
of the Receiver issued a Request for Proposal, via the Expedited Formal Bid process, to
solicit proposals from qualified entities to provide those services.  Proposals were
solicited from all qualified vendors via posting on the Receiver's website.  Proposals
were received from Verizon Business Network Services, Inc., and Pacific Bell Telephone
Company, d.b.a. AT&T California.  Verizon Business Network Services, Inc. was awarded
a contract, for each of the three regions.

<u>Information Technology</u>

Radiology Services Project

<u>MiPACS Sortware</u>

During this reporting period, the Office of the Receiver engaged a contractor to install, maintain, repair, and provide technical support for the MiPACS software, which had been purchased originally under the Radiology Services Project.  The Office of the Receiver procured this contract, via the sole source bidding process, as the software previously purchased is proprietary and the services therefore are limited to Medicor Imaging, Inc., the vendor to which this contract was awarded.