KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS - SBN 166884
WILLIAM KWONG - SBN 168010
DANIELLE F. O'BANNON - SBN 207095
KYLE A. LEWIS - SBN 201041
DAVID BRICE - SBN 269443
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
debbie.vorous@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER, SBN 39374
PAUL B. MELLO, SBN 179755
WALTER R. SCHNEIDER, SBN 173113
MEGAN C. OLIVER THOMPSON, SBN 256654
SAMANTHA D. WOLFF, SBN 240280
RENJU P. JACOB, SBN 242388
PAUL B. GRUWELL, SBN 252474
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' SEPTEMBER STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1  Defendants submit this monthly status report in response to the Court's June 30,
2  2011 Order.  That Order directs Defendants to submit monthly status reports that "list
3  design capacity, actual population, and population as a percentage of design capacity at
4  each adult institution, as well as aggregate figures for the total inmate population housed
5  in adult institutions."  The order also directs Defendants to include in the reports "an
6  updated discussion on whether defendants expect to meet the next six-month benchmark
7  and, if not, what further actions are contemplated and the specific persons responsible for
8  executing those actions."  (Order Requiring Interim Reports at 2, June 30, 2011, *Plata*
9  ECF no. 2374.)

10  Defendants set forth the design capacity, actual population, and population as a
11  percentage of design capacity in Exhibit A to this report.  Exhibit A reports these figures
12  in the aggregate and by institution.[1]  The figures are based upon CDCR's most recent
13  weekly population report, dated September 12, 2011, which is based on available data
14  through September 7, 2011.[2]

15  As reported in last month's filing, CDCR recently completed its Fall 2011
16  population projections.  Those projections were released to the public on September 8,
17  2011.[3]  (Declaration of Jay Atkinson ¶ 3.)  CDCR expects to have updated projections at
18  the end of February 2012.  (*Id.*)  Due to a recent minor reduction in the amount of beds
19  available out-of-state, CDCR revised its population management plan.  (Declaration of

---

[1] Defendants note that the Court's order is not directed toward the population of individual institutions.  As recognized by the Supreme Court, the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit."  *Brown v. Plata*, 131 S. Ct. 1910, 1940-41; 179 L. Ed. 2d 969, 1000 (U.S. 2011); (Opinion and Order at 183:2-4, Aug. 4, 2009.)

[2] The weekly population reports are available on CDCR's web site.  *See* http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.

[3] The Fall 2011 Population Projection is also available on CDCR's web site.  *See* http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Projections/S11Pub.pdf.

Ross Meier ¶ 2.)  This revision did not materially change the projections set forth in the report Defendants filed last month.  (*Id.* ¶¶ 2-4.)  Thus, CDCR projects that it will still achieve the first benchmark of 167% of design capacity approximately one month later than the December 27, 2011 date set by the Court.  (Meier Decl. ¶ 3.)  CDCR projects that it will achieve 155.4% of design capacity on June 27, 2012.  (Meier Decl. ¶ 4.)

As previously reported, realignment will begin to be implemented on October 1, 2011.  (Defs.' Response to June 30, 2011 Order at 3:25-4:20, July 20, 2011, *Plata* ECF No. 2387; Atkinson Decl. ¶ 4.)  In the report Defendants will file in January 2012, CDCR will provide population numbers that will take into account the impact of three months of realignment.  (Atkinson Decl. ¶ 4.)

There appears to be no need at this time to implement additional measures or to ask that the benchmark dates be extended, when Defendants' best projections show that Defendants will essentially achieve the June 2012 benchmark on time.  (*See* Decl. of Meier ¶ 5.)  If it reaches a point where it becomes clear that a modification of the order is appropriate, Defendants will seek one at that time.  (*Id.*)

DATED: September 15, 2011   HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants
Edmund G. Brown, Jr., et al.

DATED: September 15, 2011   KAMALA D. HARRIS
Attorney General of the State of California

By: /s/ Debbie Vorous
DEBBIE VOROUS
Deputy Attorney General
Attorneys for Defendants
Edmund G. Brown, Jr., et al.

# EXHIBIT A

Exhibit A    Population Chart*
As of September 7, 2011

| Institution | Design Capacity | Actual Population | Population as % of design capacity |
|---|---|---|---|
| Total housed in adult institutions | 79,650 | 144,007 | 180.8 |
| **Individual CDCR Institutions - Men** | | | |
| Avenal State Prison | 2920 | 5737 | 196.5 |
| California Correctional Center | 3883 | 5497 | 141.6 |
| California Correctional Institution | 2783 | 5683 | 204.2 |
| California Institution for Men | 2976 | 6035 | 202.8 |
| California Medical Facility | 2297 | 2896 | 126.1 |
| California Men's Colony | 3838 | 6274 | 163.5 |
| California Rehabilitation Center | 2491 | 4028 | 161.7 |
| California State Prison, Calipatria | 2308 | 4256 | 184.4 |
| California State Prison, Centinela | 2308 | 4176 | 180.9 |
| California State Prison, Corcoran | 3116 | 4930 | 158.2 |
| California State Prison, Los Angeles | 2300 | 4261 | 185.3 |
| California State Prison, Sacramento | 1828 | 2875 | 157.3 |
| California State Prison, San Quentin | 3082 | 4663 | 151.3 |
| California State Prison, Solano | 2610 | 4951 | 189.7 |
| California Substance Abuse Treatment Facility, Corcoran | 3424 | 6307 | 184.2 |
| Chuckawalla Valley State Prison | 1738 | 3173 | 182.6 |
| Correctional Training Facility | 3312 | 6649 | 200.8 |
| Deuel Vocational Institution | 1681 | 3843 | 228.6 |
| Folsom State Prison | 2469 | 3744 | 151.6 |
| High Desert State Prison | 2324 | 4271 | 183.8 |
| Ironwood State Prison | 2200 | 4141 | 188.2 |
| Kern Valley State Prison | 2448 | 4684 | 191.3 |
| Mule Creek State Prison | 1700 | 3592 | 211.3 |
| North Kern State Prison | 2694 | 5137 | 190.7 |
| Pelican Bay State Prison | 2380 | 3297 | 138.5 |
| Pleasant Valley State Prison | 2308 | 4579 | 198.4 |
| RJ Donovan Correctional Facility | 2200 | 4364 | 198.4 |
| Salinas Valley State Prison | 2452 | 3932 | 160.4 |
| Sierra Conservation Center | 3736 | 5147 | 137.8 |
| Wasco State Prison | 2984 | 5746 | 192.6 |
| **Individual CDCR Institutions - Women** | | | |
| California Institute for Women | 1356 | 1980 | 146 |
| Central California Women's Facility | 2004 | 3782 | 188.7 |
| Valley State Prison | 1980 | 3469 | 175.2 |

Source - September 12, 2011 Weekly Population Report, available at: http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html