KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS - SBN 166884
WILLIAM KWONG - SBN 168010
DANIELLE F. O'BANNON - SBN 207095
KYLE A. LEWIS - SBN 201041
DAVID BRICE - SBN 269443
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
debbie.vorous@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - SBN 39374
PAUL B. MELLO - SBN 179755
WALTER R. SCHNEIDER - SBN 173113
MEGAN C. OLIVER THOMPSON - SBN 256654
SAMANTHA D. WOLFF - SBN 240280
RENJU P. JACOB - SBN 242388
PAUL B. GRUWELL - SBN 252474
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777--3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al., | CASE NO. 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | CASE NO. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | **DECLARATION OF JAY ATKINSON IN SUPPORT OF DEFENDANTS' SEPTEMBER STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

3461315.2

I, JAY R. ATKINSON, declare as follows:

1. I am the Acting Deputy Director of the Office of Research for the California Department of Corrections and Rehabilitation (CDCR). I have been employed in this position since January 1, 2011. I have been with the Office of Research and the Offender Information Services Branch of CDCR since 1999, and have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' September Status Report to the Court's June 30, 2011 order.

2. As Acting Deputy Director for the Office of Research, I am responsible for management and oversight of the Offender Information Services Branch that supplies research and analysis to CDCR and outside agencies regarding population estimates and projections. I am responsible for the development of CDCR's Spring and Fall population projections and I know how they are developed.

3. Population projections at CDCR are normally done every six months. CDCR's Fall 2011 Population Projections were released to the public on September 8, 2011 and CDCR expects to have updated projections at the end of February 2012.

4. As previously reported, realignment will begin to be implemented on October 1, 2011. By January 2012, CDCR will have population numbers that will take into account the impact of three months of realignment.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Sacramento, California on September 15 2011.

JAY R. ATKINSON

-1-

DECLARATION OF JAY ATKINSON IN SUPPORT OF DEFENDANTS' SEPT. STATUS REPORT
CASE NO. 2:90-cv-00520 LKK JFM; C01-1351 TEH