KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS - SBN 166884
WILLIAM KWONG - SBN 168010
DANIELLE F. O'BANNON - SBN 207095
KYLE A. LEWIS - SBN 201041
DAVID BRICE - SBN 269443
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
debbie.vorous@doj.ca.gov
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – SBN 39374
PAUL B. MELLO – SBN 179755
WALTER R. SCHNEIDER – SBN 173113
MEGAN C. OLIVER THOMPSON - SBN - 256654
SAMANTHA D. WOLFF- SBN 240280
RENJU P. JACOB - SBN 242388
PAUL B. GRUWELL – SBN 252474
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777--3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' SEPTEMBER STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

I, ROSS MEIER, declare as follows:

1. I am the Chief of the Population Management Unit of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR). I have been employed in this position since March 2010 and have been with the Population Management Unit since 2003. I have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' September Status Report to the Court's June 30, 2011 order.

2. As part of my duties, I manage the day-to-day intake of offenders from county jails, and the movement and housing of inmates throughout the state prison system. Due to a recent minor reduction in the amount of beds available out-of-state, CDCR revised its population management plan. This revision did not materially change the projections set forth in the report Defendants filed last month.

3. The revised population management plan takes the overall CDCR population from the Fall 2011 population projections and allocates this population to the various available placements including institutions, fire camps, new construction, and contracted facilities. Based on this plan, on December 27, 2011, CDCR's in-state institution population is projected to be about 134,617 inmates, or 169% of design capacity. Additionally, the plan forecasts that CDCR will achieve 167% of design capacity in its in-state institutions around January 27, 2012.

4. Likewise, CDCR's updated population reduction projections demonstrate that Defendants anticipate that on June 27, 2012, Defendants will reach 155.4% of design capacity. According to the current population management plan, on June 27, 2012, CDCR's in-state institution population is projected to be about 123,742 inmates.

5. At this point, there appears to be no need to implement additional measures or to ask that the benchmark dates be extended, when Defendants' best projections show that they will be at 155.4% of design bed capacity at the time of the June 2012

1  benchmark. Once realignment is implemented if it becomes clear that modification of the
2  Court's order is warranted, CDCR will seek one at that time.
3      I declare under the penalty of perjury under the laws of the State of California that
4  the foregoing is true and correct. Executed in Sacramento, California on September 15,
5  2011.

_____
ROSS MEIER