PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 433-6830

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD SANGSTER, Bar No. 121041
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone:  (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2011** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

[549146-1]

1    On March 19, 1996, the district court established procedures by which Plaintiffs are to

2    collect periodic attorneys' fees and costs in this case in connection with their work monitoring

3    Defendants' compliance with the Court's orders and collecting fees.

4    Pursuant to these procedures, Plaintiffs sent their Quarterly Statement for the Second

5    Quarter of 2011 to Defendants via overnight Federal Express on July 29, 2011. Plaintiffs

6    received Defendants' objections on August 30, 2011. The parties completed their meet and

7    confer process on September 12, 2011. Attached hereto as Exhibit A are charts setting forth

8    the undisputed fees and costs due and owing for the second quarter of 2011, which total

9    $340,197.46.

10    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $340,197.46

11    plus interest is due and collectable as of forty-five days from the date of entry of this Order.

12    Interest on these fees and costs will run from August 30, 2011 (31 days after Defendants'

13    receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961

14    IT IS SO STIPULATED.

15    DATED: September 15, 2011

     Debbie Vorous, Esq. David Brice
16    Deputy Attorney General
     Attorneys for Defendants

17

18    DATED: September 14, 2011      /s/ Lisa Ells
     Lisa Ells, Esq.
19    Rosen, Bien & Galvan, LLP
     Attorneys for Plaintiffs

20

21

22

23

24

25

26

27

28

1

# Exhibit A

Coleman v. Brown
Summary of Stipulated Fees and Costs
April 1, 2011 through June 30, 2011

|  | **FEES** | **COSTS** |
|---|---|---|
| Monitoring | $279,935.80 | $18,842.41 |
| Monitoring Fees on Fees | $27,224.65 | $867.49 |
| Ninth Circuit Appeal re C5/C6 | $10,525.29 | $2,801.82 |
| **Totals:** | $317,685.74 | $22,511.72 |

**Total Claimed Fees and Costs**          **$340,197.46**

549104

Coleman v. Brown
Stipulated  Monitoring  Fees 489-3
April 1, 2011 through June 30, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plainitffs' Requested Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 90.80 | 89.50 | 82.79 | 0.00 | $211.50 | $211.50 | $17,509.56 | $0.00 |
| Ernest Galvan | 32.10 | 32.00 | 29.60 | 0.00 | $211.50 | $211.50 | $6,260.40 | $0.00 |
| Jane E. Kahn | 189.90 | 189.00 | 174.83 | 0.00 | $211.50 | $211.50 | $36,975.49 | $0.00 |
| Aaron J. Fischer | 121.90 | 119.00 | 110.08 | 0.00 | $211.50 | $211.50 | $23,280.86 | $0.00 |
| Lisa Ells | 52.40 | 51.40 | 47.55 | 0.00 | $211.50 | $211.50 | $10,055.77 | $0.00 |
| Laura Boysen-Aragon | 52.80 | 52.70 | 48.75 | 0.00 | $211.50 | $211.50 | $10,310.10 | $0.00 |
| Thomas Nolan | 24.40 | 24.40 | 22.57 | 0.00 | $211.50 | $211.50 | $4,773.56 | $0.00 |
| Kevin E. Jones | 7.40 | 0.70 | 0.65 | 0.00 | $211.50 | $211.50 | $136.95 | $0.00 |
| Josephine Weinberg | 94.70 | 92.70 | 85.75 | 0.00 | $211.50 | $211.50 | $18,135.60 | $0.00 |
| Hugo D. Cabrera | 4.00 | 4.00 | 3.70 | 0.00 | $205.00 | $205.00 | $758.50 | $0.00 |
| Elizabeth S. Hennessey | 355.50 | 342.10 | 316.44 | 0.00 | $205.00 | $205.00 | $64,870.71 | $0.00 |
| Marc Shinn-Krantz | 249.20 | 231.20 | 213.86 | 0.00 | $205.00 | $205.00 | $43,841.30 | $0.00 |
| Misha Goodwin | 2.90 | 2.70 | 2.50 | 0.00 | $210.00 | $210.00 | $524.48 | $0.00 |
| Doris Tseng | 112.20 | 106.80 | 98.79 | 0.00 | $200.00 | $200.00 | $19,758.00 | $0.00 |
| **Totals** | **1390.20** | **1338.20** | | | | | **$257,191.26** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Claimed Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Donald Specter | 1.00 | 1.00 | 0.93 | 0.00 | $211.50 | $211.50 | $195.64 | $0.00 |
| Steve Fama | 22.70 | 22.70 | 21.00 | 0.00 | $211.50 | $211.50 | $4,440.97 | $0.00 |
| Alison Hardy | 0.50 | 0.50 | 0.46 | 0.00 | $211.50 | $211.50 | $97.82 | $0.00 |
| Rebekah Evenson | 6.00 | 6.00 | 5.55 | 0.00 | $211.50 | $211.50 | $1,173.83 | $0.00 |
| Meghan Hagler | 0.10 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Kelly Knapp | 0.40 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Sergio Broholm | 51.70 | 51.70 | 47.82 | 0.00 | $185.00 | $185.00 | $8,847.16 | $0.00 |
| Vincent Quan | 0.20 | 0.00 | 0.00 | 0.00 | $185.00 | $185.00 | $0.00 | $0.00 |
| Riley Doyle Evans | 46.00 | 46.00 | 42.55 | 0.00 | $185.00 | $185.00 | $7,871.75 | $0.00 |
| **Totals** | **128.60** | **127.90** | | | | | **$22,627.17** | |

**Employment Law Center**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Claimed Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Claudia Center | 0.60 | 0.60 | 0.56 | 0.00 | $211.50 | $211.50 | $117.38 | $0.00 |
| **Totals** | **0.60** | **0.60** | | | | | **$117.38** | |

**Grand Total**                                                            **$279,935.80**

549104

Coleman v. Brown
Stipulated Monitoring  Costs 489-3
April 1, 2011 through June 30, 2011

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiff's | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $816.00 | $816.00 | $0.00 | $0.00 | $0.00 | $816.00 | $0.00 |
| In-House Copying | $4,561.20 | $4,561.20 | $0.00 | $0.00 | $0.00 | $4,561.20 | $0.00 |
| Outside Copying | $6,211.49 | $6,211.49 | $0.00 | $0.00 | $0.00 | $6,211.49 | $0.00 |
| L-D Telephone | $19.80 | $19.80 | $0.00 | $0.00 | $0.00 | $19.80 | $0.00 |
| Postage and Delivery | $1,849.43 | $1,849.43 | $0.00 | $0.00 | $0.00 | $1,849.43 | $0.00 |
| Facsimile | $5.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 |
| Translation | $3,627.72 | $3,627.72 | $0.00 | $0.00 | $0.00 | $3,627.72 | $0.00 |
| Retainer | $2,000.00 | $2,000.00 | $2,000.00 | $174.73 | $1,825.27 | $174.73 | $0.00 |
| Transcription | $387.16 | $387.16 | $0.00 | $0.00 | $0.00 | $387.16 | $0.00 |
| Travel | $114.45 | $114.45 | $0.00 | $0.00 | $0.00 | $114.45 | $0.00 |
| **Total** | | **$19,592.25** | | | | **$17,766.98** | |

549104

Coleman v. Brown
Stipulated Monitoring  Costs 489-3
April 1, 2011 through June 30, 2011

**Prison Law Office**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiff's | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Postage and Delivery | $399.33 | $399.33 | $0.00 | $0.00 | $0.00 | $399.33 | $0.00 |
| Travel | $138.10 | $138.10 | $0.00 | $0.00 | $0.00 | $138.10 | $0.00 |
| In-House Copying | $538.00 | $538.00 | $0.00 | $0.00 | $0.00 | $538.00 | $0.00 |
| **Total** | | **$1,075.43** | | | | **$1,075.43** | |

**Grand Total**                                    **$18,842.41**

549104

Coleman v. Brown
Stipulated Ninth Circuit Appeal re C5/C6  Fees 489-11
April 1, 2011 through June 30, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Claimed Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 17.20 | 17.10 | 15.8175 | 0.00 | $211.50 | $211.50 | $3,345.40 | $0.00 |
| Ernest Galvan | 34.00 | 34.00 | 31.45 | 0.00 | $211.50 | $211.50 | $6,651.68 | $0.00 |
| Jane E. Kahn | 2.30 | 1.90 | 1.7575 | 0.00 | $211.50 | $211.50 | $371.71 | $0.00 |
| Lisa Ells | 1.20 | 0.80 | 0.74 | 0.00 | $211.50 | $211.50 | $156.50 | $0.00 |
| **Totals** | **54.70** | **53.80** | | | | | **$10,525.29** | |

**Grand Total**                                                                                      **$10,525.29**

549104

Coleman v. Brown
Stipulated Ninth Circuit Appeal re C5/C6 Costs 489-11
April 1, 2011 through June 30, 2011

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $97.10 | $97.10 | $0.00 | $0.00 | $0.00 | $97.10 | $0.00 |
| In-House Copying | $39.20 | $39.20 | $0.00 | $0.00 | $0.00 | $39.20 | $0.00 |
| Travel | $2,665.52 | $2,665.52 | $0.00 | $0.00 | $0.00 | $2,665.52 | $0.00 |
| | | $2,801.82 | | | | $2,801.82 | |

**GRAND TOTAL**                                                                **$2,801.82**

549104

Coleman v. Brown
Stipulated Fees on Fees 489-5
April 1, 2011 through June 30, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plainitffs' Requested Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 1.00 | 1.00 | 0.925 | 0.00 | $211.50 | $211.50 | $195.64 | $0.00 |
| Ernest Galvan | 5.00 | 5.00 | 4.625 | 0.00 | $211.50 | $211.50 | $978.19 | $0.00 |
| Lisa Ells | 58.40 | 55.80 | 51.615 | 0.00 | $211.50 | $211.50 | $10,916.57 | $0.00 |
| Kevin E. Jones | 93.00 | 73.90 | 68.3575 | 0.00 | $211.50 | $211.50 | $14,457.61 | $0.00 |
| Misha Goodwin | 2.40 | 2.40 | 2.22 | 0.00 | $210.00 | $210.00 | $466.20 | $0.00 |

**Totals**       **159.80**    **138.10**                                          **$27,014.21**

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plainitffs' Requested Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 1.30 | 1.30 | 1.2025 | 0.00 | $175.00 | $175.00 | $210.44 | $0.00 |
| **Totals** | **1.30** | **1.30** | | | | | **$210.44** | |

**Grand Total**                                                                  **$27,224.65**

549104

Coleman v. Brown
Stipulated Costs on Fees 489-5
April 1, 2011 through June 30, 2011

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objected | Objections W/D by Defendants | Costs W/D by Plaintiff's | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $224.61 | $224.61 | $0.00 | $0.00 | $0.00 | $224.61 | $0.00 |
| Outside Copying | $373.84 | $373.84 | $0.00 | $0.00 | $0.00 | $373.84 | $0.00 |
| In-House Copying | $228.40 | $228.40 | $0.00 | $0.00 | $0.00 | $228.40 | $0.00 |
| Telephone | $3.00 | $3.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 |
| Postage and Delivery | $37.64 | $37.64 | $0.00 | $0.00 | $0.00 | $37.64 | $0.00 |
| **Total** | | **$867.49** | | | | **$867.49** | |

**Grand Total**                                                                      **$867.49**

549104