MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

DONALD SPECTER – 83925
STEVEN FAMA – 99641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

JEFFREY L. BORNSTEIN – 99358
EDWARD P. SANGSTER – 121041
RAYMOND E. LOUGHREY – 194363
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

WARREN E. GEORGE – 53588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>       Defendants. | Case No. 2:90-cv-00520-LKK-JFM<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2011** |

[549170-1]

On September 15, 2011, the parties in this case filed a stipulation confirming the results of their meet and confer session concerning fees and costs for the second quarter of 2011, pursuant to the March 19, 1996 periodic fees order in this case.

Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and costs of $340,197.46, plus interest, are due and collectable forty-five days from the date of entry of this Order. Interest on this amount will run from August 30, 2011, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED

DATED: September ___, 2011

_____
John F. Moulds
United States Magistrate Judge

[549170-1]

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2011