MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

DONALD SPECTER – 83925
STEVEN FAMA – 99641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

JEFFREY L. BORNSTEIN – 99358
EDWARD P. SANGSTER – 121041
RAYMOND E. LOUGHREY – 194363
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone: (415) 882-8200

WARREN E. GEORGE – 53588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>            Defendants. | Case No. 2:90-cv-00520-LKK-JFM<br><br>**ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2011** |

[550422-1]

ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2011

1    On September 15, 2011, the parties in this case filed a stipulation confirming the
2 results of their meet and confer session concerning fees and costs for the second quarter of
3 2011, pursuant to the March 19, 1996 periodic fees order in this case.
4    Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and
5 costs of $340,197.46, plus interest, are due and collectable forty-five days from the date of
6 entry of this Order.  Interest on this amount will run from August 30, 2011, accruing at the
7 rate provided by 28 U.S.C. § 1961.
8    IT IS SO ORDERED

10 DATED: September 16, 2011.

UNITED STATES MAGISTRATE JUDGE

[550422-1]

1

ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2011