1   KAMALA D. HARRIS
    Attorney General of California
2   JONATHAN L. WOLFF
    Senior Assistant Attorney General
3   DEBBIE J. VOROUS, State Bar No. 166884
    DAVID E. BRICE, State Bar No. 269443
4   Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 324-8010
     Fax: (916) 324-5205
7    E-mail: David.Brice@doj.ca.gov

8   *Attorneys for Defendants*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

12

| | |
|---|---|
| 13 **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| 14                           Plaintiffs, | **DEFENDANTS' PLAN TO FURNISH** |
| 15 | **SUICIDE-RESISTANT BEDS IN ALL** |
| 16          v. | **MENTAL HEALTH CRISIS BED UNITS** |
| 17 **EDMUND G. BROWN, JR., et al.,** | |
| 18                           Defendants. | |

19

20      On July 21, 2011, the Court ordered that Defendants, within sixty days, "file with the court

21   and submit to the special master a plan to furnish suicide-resistant beds in their [Mental Health

22   Crisis Beds] for any at-risk inmates who would otherwise not be provided with a bed while in a

     / / /

23   / / /

24   / / /

25

26

27

28

                                        1

1    MHCB unit." (Docket No. 4044 ¶ 2.)  Enclosed as Exhibit A is Defendants' Plan to Furnish

2    Suicide-Resistant Beds in all Mental Health Crisis Bed Units.

3    Dated:  September 19, 2011                              Respectfully submitted,

4                                                           KAMALA D. HARRIS
                                                            Attorney General of California
5                                                           DEBBIE J. VOROUS
                                                            Deputy Attorney General
6
7                                                           */s/ David E. Brice*

8                                                           DAVID E. BRICE
                                                            Deputy Attorney General
9                                                           *Attorneys for Defendants Brown, Cate,*
                                                            *Matosantos, and Allenby*
10   CF1997CS0003
     31348036.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2

# EXHIBIT A

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
Assistant Secretary
P.O. Box 942883
Sacramento, CA 94283-0001



September 15, 2011


Ms. Debbie Vorous
Deputy Attorney General
Department of Justice
1300 I Street
Sacramento, CA 94244-2550

Dear Ms. Vorous:

Enclosed for submittal to the *Coleman* Special Master is the September 13, 2011 Plan to Provide Suicide-Resistant Beds in Mental Health Crisis Beds Units.

Sincerely,

BENJAMIN T. RICE
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation


Enclosures

TABLE OF ACRONYMS

| Acronym | Term |
|---------|------|
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections and Rehabilitation |
| CIW | Correctional Institution for Women |
| COR | California State Prison, Corcoran |
| HDSP | High Desert State Prison |
| KVSP | Kern Valley State Prison |
| LAC | California State Prison, Los Angeles County |
| MCSP | Mule Creek State Prison |
| MHCB | Mental Health Crisis Bed |
| NKSP | North Kern State Prison |
| PBSP | Pelican Bay State Prison |
| PVSP | Pleasant Valley State Prison |
| RJD | Richard J. Donovan Correctional Facility |
| SAC | California State Prison, Sacramento |
| SATF | California Substance Abuse Treatment Facility |
| SOL | California State Prison, Solano |
| SVSP | Salinas Valley State Prison |
| WSP | Wasco State Prison |

**DEFENDANTS' COURT-ORDERED PLAN TO FURNISH SUICIDE-RESISTANT
BEDS IN ALL MENTAL HEALTH CRISIS BED UNITS**

## INTRODUCTION

On September 27, 2010 the *Coleman* Special Master issued his Report on Defendants' Review of Suicide Prevention Policies, Practices, and Procedures. The Report contains five recommendations for orders by the Court. Defendants objected to the fourth recommendation that the California Department of Corrections and Rehabilitation (CDCR) submit a plan to furnish suicide-resistant beds in all its Mental Health Crisis Bed (MHCB) units. On July 21, 2011, the Court overruled Defendants' objection and ordered that within sixty days Defendants file "a plan to furnish suicide-resistant beds in their MHCBs for any at risk inmates who would otherwise not be provided with a bed while in an MHCB unit." Without waiving any appellate rights or conceding the appropriateness of the Court's order, Defendants now present this Plan as required by the Court's July 21, 2011 order.

## DEFENDANTS' PLAN TO PROVIDE SUICIDE-RESISTANT BEDS IN
## CDCR MENTAL HEALTH CRISIS BED UNITS

Defendants' plan consists of three elements: (1) identification of the MHCB units that are part of Defendants' plan; (2) a discussion of the types of beds that CDCR intends to install in the MHCB units that are part of the plan and the process it expects to follow to install them; and (3) the time line for purchasing and installing the beds in the MHCB units that are part of the plan.

First, CDCR plans to furnish suicide-resistant beds in those MHCB units that are identified as permanent in Defendants' Long Range Mental Health Bed Plan and which do not already have suicide-resistant beds in them.[1] (*See* Docket No. 3845–2 at 15.) Additionally, CDCR proposes to install a restraint bed in the observation room in each of these MHCB units.

Table 1 below identifies, by institution, the number of permanent MHCBs for male inmate-patients as reflected in Defendants' Long-Range Mental Health Bed Plan. All of the beds in these units will be converted to suicide-resistant beds. Table 1 also lists the number of new restraint beds that will be installed at each institution in a separate observation room.

*Table 1*

| Institution | No. of MHCBs for Males | No. of Restraint Beds Per MHCB Unit |
|---|---|---|
| COR | 23 | 1 |
| HDSP | 10 | 1 |
| KVSP | 12 | 1 |
| LAC | 12 | 1 |
| MCSP | 8 | 1 |
| NKSP | 10 | 1 |
| PBSP | 10 | 1 |

---

[1] The 50-bed MHCB unit at California Medical Facility already has suicide-resistant beds installed in that unit.

2

*Defs.' Plan to Furnish Suicide-Resistant Beds in MHCB Units*                    September 19, 2011

| PVSP | 6 | 1 |
|---|---|---|
| RJD | 14 | 1 |
| SAC | 24 | 1 |
| SATF | 20 | 1 |
| SOL | 9 | 1 |
| SVSP | 10 | 1 |
| WSP | 6 | 1 |
| **SUBTOTAL** | **174** | **14** |

Table 2 below identifies, by institution, the number of permanent MHCBs for female inmate-patients.

*Table 2*

| Institution | No. of MHCBs for Females | No. of Restraint Beds per MHCB Units |
|---|---|---|
| CCWF | 12 | 1 |
| CIW | 10 | 1 |
| **SUBTOTAL** | **22** | **2** |

The total for both tables is as follows:

| | No. of MHCBs for Males and Females | No. of Restraint Beds per MHCB Units |
|---|---|---|
| **TOTAL** | **196** | **16** |

Thus, the combined number of MHCBs that CDCR intends to retrofit with suicide-resistant beds for both male and female inmate-patients totals 196, while the combined number of restraint beds totals 16.

Second, CDCR expects to procure two different kinds of beds for installation in the MHCB units that are part of Defendants' plan. For the suicide-resistant beds, CDCR expects to procure 196 Prison Industry Authority skirted beds. For the restraint beds, CDCR expects to procure 16 Duramax Humane Restraint beds. The suicide-resistant beds and the Duramax Humane Restraint beds are the same manufactured beds that CDCR intends to install in the MHCB units and the Intermediate Care Facility units in the new Correctional Health Care Facility in Stockton. CDCR expects that it will require two to three months to procure all the beds for the MHCB units, due in part to the fact that CDCR will need to purchase the Duramax beds as a "special order." In most cases, CDCR expects to install the beds using institutions' plant operations staff but, in some cases, it will use Inmate Ward Labor when plant operations cannot be used. Installation of the beds will occur as a staged process to cause the least disruption in treatment and to minimize the impact on bed availability due to the redlining of cells for retrofit.

Last, Defendants propose to complete the purchase and installation of the suicide-resistant beds and the restraint beds by September 2013. CDCR expects to utilize resources contained in the Budget Act for Fiscal Year 2012-13, with funding authorized July 1, 2012, or as soon as a budget is passed. Of course, implementation of this plan will depend upon funding being approved by

the State Legislature. CDCR anticipates that it will require two to three months to procure all the beds and nine to ten months to complete the installation of the beds after the fiscal year funding is authorized. Any delays in enacting the annual Budget could affect the anticipated September 2013 completion date.

4

*Defs.' Plan to Furnish Suicide-Resistant Beds in MHCB Units*                                    September 19, 2011