MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

JEFFREY L. BORNSTEIN – 099358
EDWARD P. SANGSTER – 121041
RAYMOND E. LOUGHREY – 194363
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK_JFM<br><br>**STIPULATION AND ORDER RE: PARALEGAL AND LITIGATION ASSISTANT RATES FOR 2010 AND THE FIRST QUARTER OF 2011** |

[547992-3]

On June 28, 2011 the parties stipulated to meet and confer regarding the 2010 hourly rate for paralegals and certain other litigation assistants within 30 days after resolution of the parties' related litigation on this issue in *Armstrong v. Brown*, C94 2307 CW (N.D. Cal.). *See* Docket No. 4029 ¶¶ 4, 6. On August 8, 2011, the *Armstrong* Court granted Plaintiffs' motion to compel compensation at their counsel's billed 2010 hourly rates (*Armstrong* Docket No. 1919).

In light of the *Armstrong* Court's order, Plaintiffs now seek a total of $311,947.33 for the four quarters of 2010 and $107,010.25 for the first quarter of 2011. These numbers represent the difference between Plaintiffs' demanded PLRA-capped hourly rates for paralegal and litigation assistants and the $82.50 per hour Defendants have paid during the pendency of this dispute. Attached hereto as **Exhibit A** are charts setting forth the fees payable to Plaintiffs for the undisputed hours incurred in these five quarters.

WHEREFORE, Defendants agree to pay Plaintiffs' counsel $418,957.58 within 45 days of the signing of this Order. On the 45th day following the entry of this Order, interest on any unpaid amount will begin to accrue at the rate provided by 28 U.S.C. § 1961 (i.e., the weekly average 1 year constant maturity Treasury yield for the calendar week preceding the date of the Order).

/ / /
/ / /
/ / /
/ / /
/ / /

[547992-3]

1

STIPULATION AND ORDER RE: PARALEGAL AND LITIGATION ASSISTANT RATES FOR 2010 AND THE FIRST QUARTER OF 2011

**IT IS SO STIPULATED.**

Dated:  September 22, 2011                Respectfully submitted,

                                                        ROSEN, BIEN & GALVAN, LLP

                                                       By: */s/ Ernest Galvan*
                                                          Ernest Galvan
                                                          Attorneys for *Coleman* Plaintiffs

Dated:  September 22, 2011                OFFICE OF THE ATTORNEY GENERAL

                                                       By: /s/
                                                          David Brice, Deputy Attorney General
                                                          Attorneys for *Coleman* Defendants

**IT IS SO ORDERED.**

Dated: October 3, 2011.

                                                          UNITED STATES MAGISTRATE JUDGE

[547992-3]