KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-8010
  Fax: (916) 324-5205
  E-mail: David.Brice@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION AND ORDER RE: NUMBER OF MENTAL HEALTH CRISIS BEDS AT CALIFORNIA MEN'S COLONY** |

The Parties to the above-captioned case, through their counsel, stipulate as follows:

1. On May 1, 2006, the Court ordered that the Locked Observation Unit at California Men's Colony (CMC) would remain open as a thirty-six bed Mental Health Crisis Bed (MHCB) unit. (Docket No. 1800 at 6.)

2. However, CMC has forty regular rooms and two safety cells available in the Locked Observation Unit and has, since 2006, used and staffed those 42 beds to treat inmate-patients in need of crisis care. The parties have met and conferred regarding the discrepancy between the number of beds acknowledged in the 2006 order and the actual number of beds in the Locked Observation Unit. Also, the parties have consulted with the

1

*Coleman* Special Master on this issue, and he approves of this stipulation.  Defendants have also consulted with counsel in *Budd v. Cambra*, a state court case concerning licensing requirements, regarding this matter.[1]  So that CMC can use all of the available beds to treat inmate-patients in crisis, the parties jointly request that the Court's May 1, 2006 order be amended to reflect that the MHCB unit at CMC has 42 beds.

IT IS SO STIPULATED.

Dated:  October 4, 2011

KAMALA D. HARRIS
Attorney General of California

*/s/ David E. Brice*
DAVID E. BRICE
Deputy Attorney General
*Attorneys for Defendants*

Dated:  October 4, 2011

*/s/ Jane Kahn*
Jane Kahn
Rosen, Bien & Galvan, LLP
*Attorneys for Plaintiffs*

Dated:  October 4, 2011

*/s/ Steven Fama*
Steven Fama
Prison Law Office
*Attorneys for Plaintiffs*

---

[1] *Budd v. Cambra*, Cause No. 319578, in the Superior Court of California for the County of San Francisco.

2

Stipulation and Proposed Order Re: Number of Mental Health Crisis Beds at California Men's Colony  (2:90-cv-00520 LKK JFM P)

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, this Court hereby amends its May 1, 2006 order (Docket No. 1800) to reflect that the Locked Observation Unit at the California Men's Colony operating as a Mental Health Crisis Bed Unit has forty-two beds and not thirty-six beds, as the order originally stated. No further revisions are made to that order.

**IT IS SO ORDERED**.

DATED: October 6, 2011

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

3

Stipulation and Proposed Order Re: Number of Mental Health Crisis Beds at California Men's Colony  (2:90-cv-00520 LKK JFM P)