KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8010
 Fax: (916) 324-5205
 E-mail: David.Brice@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' SECOND STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |

## I.  INTRODUCTION

On August 15, 2011, the Court ordered that Defendants, over the next ninety days, work with the *Coleman* special master to "develop a supplemental plan to reduce or eliminate the inpatient wait list and to better serve the treatment needs of the inmates on the wait list." (Docket No. 4069 ¶ 3.) Additionally, the Court indicated that it will only entertain a request to vacate the December 14, 2011 evidentiary hearing on Coalinga State Hospital if "such a request is accompanied by a supplemental plan to reduce the wait list that has been approved by the special master." (*Id.* at 6:10–13.)

1

Defs.' Second Status Rep. on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)

The Court further ordered that during this same ninety-day time period, Defendants "shall work with the special master so that an assessment process that meets his approval has been conducted and completed by December 9, 2011." (Docket No. 4069 ¶ 4.) Moreover, the Court ordered Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing, with the first report due on September 9, 2011. (*Id.* ¶ 5.) Defendants now present their second status report to the Court.

## II.   STATUS REPORT

### A.   Supplemental Wait List Plan.

Defendants have developed a supplemental plan to reduce or eliminate the Salinas Valley Psychiatric Program (SVPP) and Acute Psychiatric Program (APP) waitlists. (Burleson Decl. ¶ 3.) Specifically, Defendants have modified the ICF Pilot Program custody criteria and implemented a patient movement plan that will, in the near future, reduce the number of inmate-patients on the SVPP and APP waitlists. (*Id.*) Additionally, Defendants supplemental plan includes a plan to convert the L-Wing at California Medical Facility (CMF) into 113 beds for high-custody inmate-patients needing an ICF level of care. (*Id.*) Defendants have met with the special master and discussed the components of their supplemental plan and believe that he approves of their plan in concept. (*Id.*) Defendants expect to meet with the special master and Plaintiffs' counsel on October 12, 2011, and expect to file their plan with the Court by Friday, October 14, 2011. (*Id.*)

### B.   Status of the Assessment Process Review.

Representatives from the California Department of Corrections and Rehabilitation and the Department of Mental Health continued to meet over the past thirty days with the special master and his team to review CDCR's two primary processes to manage and sustain referrals: (1) a process done at the institutional level to audit the Interdisciplinary Treatment Team - Screening for Higher Level of Care Form 7388-B; and (2) an assessment process done at the headquarters level to review documentation and justification for not referring inmate-patients who meet one of three objective criteria. (Burleson Decl. ¶ 4.)

2

Defs.' Second Status Rep. on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)

On September 27, 28, and 29, 2011, representatives from CDCR mental health met with the special master's team for three full days to further review and discuss CDCR's audit and assessment processes. (Burleson Decl. ¶ 5.)  This review was done in preparation for the special master team's joint visits to five prisons—Richard J. Donovan Correctional Facility, Mule Creek State Prison, California Men's Colony, Central California Women's Facility, and, California State Prison, Los Angeles County. (*Id.*)  Additionally, CDCR mental health staff worked with the special master and his team to outline the scope and extent of the reviews and site visits.  (*Id.*)

The first site visit took place on October 3 and 4 at Richard J. Donovan Correctional Facility.  (Burleson Decl. ¶ 6.)  The special master and members of his team, accompanied by two mental health clinicians from CDCR headquarters, participated in the visits.  (*Id.*)  The four remaining visits are scheduled for October.  (*Id.*)

Dated:  October 11, 2011  

Respectfully submitted,

KAMALA D. HARRIS  
Attorney General of California  
DEBBIE J. VOROUS  
Deputy Attorney General  

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS  
Deputy Attorney General  
*Attorneys for Defendants*

CF1997CS0003  
31362716.doc

3

Defs.' Second Status Rep. on Supp. Wait List Plan and Assessment Process  
(2:90-cv-00520 LKK JFM P)