KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8010
 Fax: (916) 324-5205
 E-mail: David.Brice@doj.ca.gov
Attorneys for Defendants
Brown, Cate, Matosantos and Allenby

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF JUDY BURLESON IN SUPPORT OF DEFENDANTS' SECOND STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

I, Judy Burleson, declare as follows:

    1.    I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Associate Director, Statewide Mental Health Program, Correctional Health Care Services. I have been the Associate Director since November 2010. Before that date, I was the Chief, Operational Program Oversight (formerly known as *Coleman* Compliance). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Second

1

Status Report on the Supplemental Wait List Plan and Assessment Process.

2. I am familiar with the Court's August 15, 2011 order that Defendants, over the next ninety days, work with the *Coleman* special master to develop a supplemental plan to reduce or eliminate the inpatient wait list and to better serve the treatment needs of the inmates on the wait list. Also, that Defendants work with the special master so that an assessment process that meets his approval has been conducted and completed by December 9, 2011. I am also familiar with the part of the Court's order that requires Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing.

3. As the Associate Director, I am familiar with the actions taken by the Defendants to respond to the Court's August 15, 2011 order. With respect to the supplemental wait list plan, representatives from the California Department of Corrections and Rehabilitation (CDCR), Department of Mental Health (DMH), Department and Finance, and Health and Human Services Agency have met with the special master and developed a supplemental wait list plan to address the bed needs of the high-custody inmate-patients needing Intermediate Care Facility and Acute Psychiatric Program treatment in an inpatient program operated by the DMH. Specifically, Defendants have modified the ICF Pilot Program custody criteria and implemented a patient movement plan that will, in the near future, reduce the number of inmate-patients on the SVPP and APP waitlists. Additionally, Defendants supplemental plan includes a plan to convert the L-Wing at California Medical Facility (CMF) into 113 beds for high-custody inmate-patients needing an ICF level of care. Defendants have met with the special master and discussed the components of their supplemental plan and believe that he approves of their plan in concept. Defendants expect to meet with the special master and Plaintiffs' counsel on October 12, 2011, and expect to file their plan with the Court by Friday, October 14, 2011.

4. With respect to the assessment process, representatives from CDCR and DMH continued to meet over the past thirty days with the special master and his team to review CDCR's two primary processes to manage and sustain referrals: (1) a process performed at the institutional level to audit the Interdisciplinary Treatment Team - Screening for Higher Level of

2

Burleson Decl. in Supp. of Defs.' Second Status Rep.
(2:90-cv-00520 LKK JFM P)

Care Form 7388-B; and (2) an assessment process performed at the headquarters level to review documentation and justification for not referring inmate-patients who meet one of three objective criteria.

5. On September 27, 28, and 29, 2011, representatives from CDCR mental health met with the special master's team for three full days to further review and discuss CDCR's audit and assessment process. This review was done in preparation for the special master's joint visits to five prisons—Richard J. Donovan Correctional Facility, Mule Creek State Prison, California Men's Colony, Central California Women's Facility, and, California State Prison, Los Angeles County. Additionally, CDCR mental health staff worked with the special master and his team to outline the scope and extent of the reviews and site visits.

6. The first site visit took place on October 3 and 4 at Richard J. Donovan Correctional Facility. The special master and members of his team, accompanied by two mental health clinicians from CDCR headquarters, participated in the visits. The four remaining visits are scheduled for October.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October 2011, at Sacramento, California.

*Judy Burleson*
JUDY BURLESON

CF1997CS0003

3

Burleson Decl. in Supp. of Defs.' Second Status Rep.
(2:90-cv-00520 LKK JFM P)