Deborah J. Fox (SBN 110929)
dfox@meyersnave.com
Edward A. Grutzmacher(SBN 228649)
egrutzmacher@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
333 South Grand Avenue, Suite 1670
Los Angeles, California  90071
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Intervenor
CITY OF CHINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | CASE NO. 2:90-CV-00520-LKK-JFM |
| Plaintiffs, | NOTICE OF CHANGE OF ADDRESS |
| v. | Hon. Lawrence K. Karlton |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES AND TO THEIR RESPECTIVE

2  ATTORNEYS OF RECORD:

3        PLEASE TAKE NOTICE that effective October 15, 2011, the new address of

4  Meyers, Nave, Riback, Silver & Wilson is:

5        633 West Fifth Street

6        Suite 1700

7        Los Angeles, California 90071.

8        The firm telephone number will remain the same – (213) 626-2906; and the

9  facsimile number also remains the same – (213) 626-0215.

10

11 DATED:  October 12, 2011        MEYERS, NAVE, RIBACK, SILVER & WILSON

12

13                          By:   /s/ Deborah J. Fox
                               DEBORAH J. FOX
14                             Attorneys for Intervernor
15                             CITY OF CHINO

16 1727664.1
17 1433.002

18

19

20

21

22

23

24

25

26

27

28

1