KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
DAVID BRICE, State Bar No. 269443
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-3035
  Fax:  (415) 703-5843
  E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following Deputy Attorney General to the case as counsel for Defendants:

   Patrick R. McKinney, State Bar No. 215228
   Deputy Attorney General
   California Department of Justice
   Office of the Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
   Telephone: (415) 703-3035
   Facsimile:  (415) 703-5843
   Email:      Patrick.McKinney@doj.ca.gov

1

NOTICE OF ASSOCIATION OF COUNSEL (2:90-cv-00520 LKK JFM P)

1 | Please add Patrick R. McKinney to the Court's service list in this matter.

2 | Dated: October 13, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

/s/ Patrick R. McKinney

PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
20538731.doc

# CERTIFICATE OF SERVICE

Case Name:  **Coleman, et al. v. Schwarzenegger, et al.**   No.  **2:90-cv-00520 LKK JFM P**

I hereby certify that on <u>October 13, 2011</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ASSOCIATION OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 13, 2011</u>, at San Francisco, California.


| L. Santos | /s/ L. Santos |
|---|---|
| Declarant | Signature |

20539780.doc