| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>WILLIAM KWONG, State Bar No. 168010<br>DANIELLE F. O'BANNON, State Bar No. 207095<br>KYLE A. LEWIS, State Bar No. 201041<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>DAVID BRICE, State Bar No. 269443<br>Deputy Attorneys General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone: (415) 703-3035<br> Fax: (415) 703-5843<br> E-mail:  Patrick.McKinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>MEGAN C. OLIVER, State Bar No. 256654<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>RENJU P. JACOB, State Bar No. 242388<br>PAUL B. GRUWELL, State Bar No. 252474<br> 425 Market Street, 26th Floor<br> San Francisco, California 94105<br> Telephone:   (415) 777-3200<br> Fax:  (415) 541-9366<br> E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>           Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>           Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OCTOBER 2011 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

Defendants submit this monthly status report on the state prison population. Exhibit A sets forth the current design capacity, population, and population as a percentage of design capacity for each state prison and for all state prisons combined.[1] On October 1st, California implemented a historic public safety realignment that will greatly reduce the state's prison population in the coming months. The figures in Exhibit A do not reflect the impact realignment will have on the prison population because they are based on data available as of October 5, 2011, just a few days after realignment went into effect.[2] Neither do the figures in Exhibit A alter Defendants' previously reported population projections. (*See* Sept. 15, 2011 Decl. of Ross Meier., Dkt. No. 4085-2, ¶¶ 3 & 4.)

Defendants' current projections indicate that the state prison population will be reduced to 167% of design capacity about a month after the Court's December 27, 2011 benchmark. (*Id.* at ¶ 3.) These projections also indicate that the prison population will be further reduced to 155.4% of design capacity by the Court's June 27, 2012 benchmark. (*Id.* at ¶ 4.) Because the current projections indicate that Defendants will achieve these benchmarks at or near the dates set by the Court, there does not appear to be a need at this time to undertake additional crowding-reduction measures or ask for additional time to achieve compliance. (*See id.* at ¶ 5.)

Dated: October 14, 2011                    HANSON BRIDGETT LLP

                                           By: /s/ Paul B. Mello
                                           PAUL B. MELLO
                                           *Attorneys for Defendants*

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's October 10th weekly population report, available on CDCR's web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.

2

Defendants' October 2011 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

1  Dated: October 14, 2011

KAMALA D. HARRIS
Attorney General of California

By: /s/ Patrick McKinney
PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
20527681.doc

3

Defendants' October 2011 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH