IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,   No. 2:90-cv-0520 LKK JFM (PC)

vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.   <u>ORDER</u>

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of September 2011.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

        Matthew A. Lopes, Jr., Esq.
        Special Master
        Pannone Lopes & Devereaux LLC
        317 Iron Horse Way, Suite 301
        Providence, RI 02908

the amount of $416,535.40 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: October 18, 2011.

                                    /s/ John F. Moulds
                                UNITED STATES MAGISTRATE JUDGE

12
cole11.sep

1