IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,                  :

      Plaintiffs,                          :

   v.                                           :          No. 2:90-cv-0520 LKK JFM (PC)

ARNOLD SCHWARZENEGGER et al.,            :

      Defendants.

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2011.

Matthew A. Lopes, Jr., Special Master
      Services              $19,173.00
      Disbursements         $20,112.11

      Total amount due                    $39,285.11

Mohamedu F. Jones, J.D., Deputy Special Master
      Services              $31,775.00
      Disbursements         $     0.00

      Total amount due                    $31,775.00

Linda E. Holden, J.D., Deputy Special Master
      Services              $27,975.00
      Disbursement          $     0.00

      Total amount due                    $27,975.00

Kerry F. Walsh, J.D.
      Services              $30,591.00
      Disbursements         $     0.00

      Total amount due                    $30,591.00

1  Kristina M. Hector, J.D.
          Services              $34,496.50
2         Disbursements         $     0.00

3         Total amount due                        $34,496.50

4  Steven W. Raffa, J.D.
          Services              $40,447.50
5         Disbursements         $     0.00

6         Total amount due                        $40,447.50

7  Paul Nicoll, M.P.A.
          Services              $   600.00
8         Disbursements         $     0.00

9         Total amount due                        $   600.00

10 Kerry C. Hughes, M.D.
          Services              $16,181.00
11        Disbursements         $ 2,571.41

12        Total amount due                        $18,752.41

13 Jeffrey L. Metzner, M.D.
          Services              $ 1,825.00
14        Disbursements         $     0.00

15        Total amount due                        $ 1,825.00

16 Raymond F. Patterson, M.D.
          Services              $ 7,172.00
17        Disbursements         $   362.94

18        Total amount due                        $ 7,534.94

19 Ted Ruggles, Ph.D.
          Services              $37,163.00
20        Disbursements         $5,104.28

21        Total amount due                        $42,267.28

22
   Kathryn A. Burns, MD, MPH
23        Services              $14,630.00
          Disbursements         $1,220.64
24
          Total amount due                        $15,850.64
25

26

3

| | | |
|---|---|---|
| Yong Joo Erwin, LCSW | | |
|     Services | $ 8,302.50 | |
|     Disbursements | $    670.82 | |
|     Total amount due | | $ 8,973.32 |
| Mary Perrien, Ph.D. | | |
|     Services | $25,251.00 | |
|     Disbursements | $ 2,520.16 | |
|     Total amount due | | $27,771.16 |
| Patricia M. Williams, J.D. | | |
|     Services | $10,695.00 | |
|     Disbursements | $ 2,123.07 | |
|     Total amount due | | $12,818.07 |
| Henry A. Dlugacz, MSW, J.D. | | |
|     Services | $13,032.00 | |
|     Disbursements | $ 2,134.58 | |
|     Total amount due | | $15,166.58 |
| J. Ronald Metz | | |
|     Services | $       0.00 | |
|     Disbursements | $       0.00 | |
|     Total amount due | | $       0.00 |
| I.C. Haunani Henry | | |
|     Services | $14,880.00 | |
|     Disbursements | $       0.00 | |
|     Total amount due | | $14,880.00 |
| William F. Alvarez, Ph.D. | | |
|     Services | $42,931.50 | |
|     Disbursements | $ 2,594.39 | |
|     Total amount due | | $45,525.89 |
| **TOTAL AMOUNT TO BE REIMBURSED** | | **$416,535.40** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/
Matthew A. Lopes, Jr.
Special Master