IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,           No. 2:90-cv-0520 LKK JFM (PC)

    vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.          ORDER

_____/

      The Special Master has requested an extension of time to report to the court on the adequacy of defendants' September 19, 2011 plan to furnish suicide resistant beds in mental health crisis bed units. Good cause appearing, IT IS HEREBY ORDERED that:

      1. The Special Master's October 18, 2011 request for extension of time is granted; and

      2. The Special Master is granted an extension of time to and including November 18, 2011 in which to report to the court on the adequacy of defendants' September 19, 2011 plan.

DATED: October 19, 2011.

/s/ LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1