Raymond F. Patterson, M.D.
1904 R Street, N.W.
Washington, D.C.  20009
Telephone:  301-292-3737
Facsimile:  301-292-6272

REPORT ON SUICIDES COMPLETED
IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
IN CALENDAR YEAR 2010

## 1.    Introduction

This is the Twelfth Report on Completed Suicides in the California Department of Corrections and Rehabilitation ("CDCR" or "Department"), covering 35 such deaths which occurred in calendar year 2010.  It is submitted as part of the Special Master's continuing review of the Defendants' compliance with court-ordered remediation in the matter of *Coleman v. Brown*, No. CIV S-90-0520 LKK JFM P (E.D. Cal.).  Like the combined Tenth and Eleventh Report, this Report does not include an appendix of individual suicide case reviews, in accordance with the *Coleman* parties' agreement on content for the combined Tenth and Eleventh Report, as well as for this Report.

This report is organized as a summary of the data regarding completed suicides in 2010.  It consists of:

1. An Introduction, which covers terminology used in the Report and contains an outline of CDCR suicide review tracking timelines;
2. A statistical summary of suicides from 2000 through 2010, by year, number, and rate per 100,000, and a suicide rate trend analysis for calendar years 1999 through 2004, and 2005 through 2010;
3. Chart 1, which lists suicides by CDCR facility;
4. Chart 2, which describes inmate housing, R-suffix, method, history of suicidal behavior, history of mental health treatment, Keyhea orders, severe or life threatening illness, presence on the mental health caseload at time of death, demographics, and significant indications of inadequate treatment among the 35 suicides in 2010;
5. Findings, which include specification as to whether the Department complied with the timelines of its own suicide review and reporting process, and the percentage of suicides that were foreseeable and/or preventable;
6. Table 1, which presents basic demographics for the 35 suicides in 2010;
7. Table 2, which presents mental health information and reporting timelines for the 35 suicides in 2010; and
8. Bar graph representations of suicide data, covering the period from 1999 through 2010.

The appendix of individual case reviews that appeared in previous suicide reports through calendar year 2007 is not included with this report, as the Coleman parties agreed to forgo

individual case review in favor of a more streamlined format for the reports for calendar years 2008 through 2010.

A.     **Terminology and Definitions**

As utilized in the CDCR 2005 Annual Report on Suicides[1], "suicide" is defined in the sources indicated below as follows:

> World Health Organization:  Suicide is the result of an act deliberately initiated and performed by a person in the full knowledge or expectation of its fatal outcome.

> National Violent Death Reporting System, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention:  Suicide is a death resulting from the intentional use of force against oneself.  A preponderance of evidence should indicate that the use of force was intentional.

The CDCR Annual Suicide Report for 2005 classified as suicides any deaths under the circumstances described below:

- A person committed a suicidal act, then changed his mind, but still died as a result of the act.

- A person intended only to injure rather than kill himself, for example by playing "Russian roulette" voluntarily with a firearm.

- Assisted suicide, including passive assistance to the decedent, for example, by supplying only information or the means needed to complete the act.

- Intentional, self-inflicted death committed while under the influence of a voluntarily-taken mind-altering drug.

- Intentional, self-inflicted death committed while under the influence of a mental illness.

According to the CDCR Annual Suicide Report for 2005, deaths under the circumstances described below should *not* be classified as suicides:

- The physical consequences of chronic substance abuse, including alcohol or drugs (natural death).

---

[1] The CDCR Annual Suicide Report for 2005 was the latest such report which classified deaths as suicides under the described circumstances.

- Acute substance abuse, including alcohol or drugs, with less than a preponderance of evidence showing intent to use the substance(s) against oneself (undetermined or unintentional injury or death).

- Death as a result of autoerotic behavior, e.g., self-strangulation during sexual activity (death by unintentional injury).

In this report, the terms "foreseeable" and "preventable" are used as they have been in previous reports.  They describe the adequacy and implications of the CDCR suicide prevention policies and procedures, the training and supervision of staff, clinical judgments, and utilization of clinical and custodial alternatives in order to reduce the likelihood of completed suicides, and emergency response.  The term "foreseeable" refers to those cases in which available information about an inmate indicates the presence of substantial or high risk for suicide, and requires reasonable ethical, custodial, and/or administrative intervention(s).  Assessment of the degree of risk, whether high, moderate, or low to none, is an important component in determining foreseeability.  In contrast to a high and immediately detectable risk that requires immediate clinical and safety interventions, a "moderate risk" of suicide indicates a more ambiguous set of circumstances that requires significant clinical judgment based on adequate training, as well as a timely assessment, to determine the level of risk and the most appropriate and relevant interventions to prevent suicide.  These interventions may include, but are not limited to, changes in clinical level of care (LOC), placement on suicide precautions or suicide watch, and changes in housing, including utilization of safe cells and transfers to higher LOCs.  Individuals evaluated as "low risk," "no risk," or "negligible risk" may continue to require some degree of clinical and custodial monitoring and subsequent evaluation, with appropriate notification to clinical staff of a potential for self-injury and/or suicidal ideation or activity.

The term "preventable" refers to those cases in which the likelihood of completed suicide might have been reduced substantially had some additional information been gathered and/or some additional intervention(s) undertaken, usually as required in existing policy.  Suicides that may have been preventable include not only cases in which additional information might have been gathered or additional interventions undertaken, but also cases involving issues with emergency response by custody and clinical staff.  First responders in CDCR include custody officers.  As discussed in the Findings Section of this report, there were suicide cases in which custody officers did not perform CPR or other life saving measures, including first aid, on inmates when they arrived on the scene.  This issue transcends mere training and calls for appropriate supervisory responsibility.

**B.**   **Tracking Timelines for Departmental Review of Inmate Suicides**[2]

| **Event/Documents** | **Timeline** |
| --- | --- |
| 1.  Date of Death | 0 hour |
| 2.  Chief Medical Officer notice to Death Notification Coordinator | 8 hours from time of death |

---

[2] *See* Mental Health Services Delivery Program Guide, Chapter 10.

3

3. Initial Death Report by local SPR FIT Coordinator to Death
   Notification Coordinator
   
   2 business days
   from date of death

4. Death Notification Coordinator Notice to DCHCS SPR FIT
   Coordinator
   
   1 business day from
   no. 3

5. DCHCS SPR FIT Coordinator appoints Mental Health Suicide
   Reviewer
   
   2 business days
   from no.4

6. Mental Health Suicide Reviewer completes Preliminary Suicide
   Report
   
   30 days from date
   of death

7. DCHCS Suicide Case Review Subcommittee forwards completed
   Report to Mental Health Suicide Reviewer
   
   45 days from date
   of death

8. Report signed and issued by Directors of DCHCS and the Division
   of Adult Institutions
   
   60 days from date of
   death

9. Facility Warden and Chief Medical Officer Implement Quality
   Improvement Plan (QIP)
   
   120 days from date of
   death

10. Facility warden and CMO submit report of implementation of
    Quality improvement plan
    
    150 days from date of
    Death

## II.  <u>Statistical Summaries of Suicides</u>

Consistent with suicide reports in previous years, this report summarizes the demographic and
mental health characteristics of all inmates who committed suicide and includes this reviewer's
overall critique of the Department's level of compliance with the various applicable standards for
suicide prevention within CDCR institutions as well as the findings relative to each completed
suicide.

### A.  <u>Overview of Annual Suicide Rates 2000-2110</u>

The chart below offers an overview of the annual rates of suicides among CDCR inmates which
occurred from 2000 through 2010:

2000 – 15 suicides in a population of approximately 160,855:
Completed suicide rate of 9.3/100,000.

2001 – 30 suicides in a population of approximately 155,365:
Completed suicide rate of 19.3/100,000.

2002 – 22 suicides in a population of approximately 158,099:
Completed suicide rate of 13.9/100,000.

2003 – 36 suicides in a population of approximately 155,722:
Completed suicide rate of 23.1/100,000.

2004 – 26 suicides in a population of approximately 163,346:
Completed suicide rate of 15.9/100,000.

2005 – 43 suicides in a population of approximately 164,179:
Completed suicide rate of 26.2/100,000.

2006 – 43 suicides in a population of approximately 171,340:
Completed suicide rate of 25.1/100,000.

2007 – 34 suicides in a population of approximately 172,535:
Completed suicide rate of 19.7/100,000.

2008 – 37 suicides in a population of approximately 165,790:
Completed suicide rate of 22.3/100,000.

2009 -  25 suicides in a population of approximately 159,084:
Completed suicide rate of 15.7/100,000.

2010 – 35 suicides in a population of approximately 165,747:
Completed suicide rate of 21.1/100,000.

**B.**     **Suicide Rate Trend Analyses**

CDCR Suicide Rate Trend Analysis (average suicide rate/year) for 1999-2004: 16.2/100,000.

- Average Suicide Rate for U.S. State Prisons 1999-2004[3]:  15.17/100,000.

CDCR Suicide Rate Trend Analysis (average suicide rate/year) for 2005-2010:  21.7/100,000.

- Average Suicide Rate for U.S. State Prisons 2005-2007[4]:  16.67/100,000.

---

[3] Source: U.S. Department of Justice, Bureau of Justice Statistics.
[4] *Ibid.*; 2007 is most recent year reported by U.S. Department of Justice, Bureau of Justice Statistics.

C.     **Charts**

Charts 1 and 2 summarize the 35 suicides that occurred in 2010, by various characteristics as indicated:

**CHART 1**

Frequency of 35 total suicides, by facility

| | |
|---|---|
| California Men's Colony (CMC) | 6 |
| Salinas Valley State Prison (SVSP) | 4 |
| San Quentin State Prison (SQ) | 3 |
| California State Prison, Los Angeles County (CSP/LAC) | 3 |
| North Kern State Prison (NKSP) | 2 |
| Folsom State Prison (Folsom) | 2 |
| Kern Valley State Prison (KVSP) | 2 |
| Mule Creek State Prison (MCSP) | 2 |
| California Correctional Institution (CCI) | 1 |
| Correctional Training Facility (CTF) | 1 |
| Pelican Bay State Prison (PBSP) | 1 |
| California State Prison, Corcoran (CSP/Corcoran) | 1 |
| California State Prison, Solano (CSP/Solano) | 1 |
| Deuel Vocational Institution (DVI) | 1 |
| North Fork Correctional Facility (NFCF) | 1 |
| California Substance Abuse Treatment Facility (CSATF) | 1 |
| Central California Women's Facility (CCWF) | 1 |
| California Medical Facility (CMF) | 1 |
| California State Prison, Sacramento (CSP/Sacramento) | 1 |

**CHART  2**

- Single-Cell Housing:

  21 of 35                              (60 percent)

- Inmates Incarcerated for Sex Offenses
  ("R" Suffix):

  5 of 35                               (14 percent)

- Method:

  o   Hanging:          29 of 35         (83 percent)
  o   Exsanguination:   4 of 35          (11 percent)

    o  Overdose:             2 of 35           (6 percent)

- History of Suicidal Behavior:

  26 of 35           (74 percent)

- History of Past Mental Health Treatment:

  29 of 35           (83 percent)

- Housed in Infirmary, MHCB, Outpatient Housing Unit (OHU), Psychiatric Services Unit Transitional Living Unit, or DMH:

  2 of 35           (6 percent)

- Housed in Administrative Segregation Unit (ASU), Security Housing Unit (SHU), or Condemned:

  - ASU:        12 of 35      (34 percent)
  - SHU:        0 of 35       (0 percent)
  - Condemned:  1 of 35       (3 percent)

- Housed in Reception Center (RC) or Sensitive Needs Yard (SNY):

  - RC:         3 of 35       (9 percent)
  - SNY:       4 of 35      (11 percent)

- Inmates on Keyhea Order for Involuntary Medication:

  1 of 35           (3 percent)

- Concomitant Severe or Life-Threatening Medical Illness:

  7 of 35           (20 percent)

- On Mental Health Service Delivery System (MHSDS) Caseload at Time of Death:

  21 of 35           (60 percent)

    °  9 of 21 in Enhanced Outpatient Program (EOP)    (26 percent of all suicides; 43 percent of suicides by inmates on MHSDS caseload)

    °  12 of 21 in Correctional Clinical Case Management System (3CMS)    (34 percent of all suicides, 57 percent of suicides by inmates on MHSDS caseload)

- <u>Age Range</u>

  | | | |
  |---|---|---|
  | o Under 18: | 0 | (0 percent) |
  | o 18-30: | 10 of 35 | (29 percent) |
  | o 31-40: | 7 of 35 | (20 percent) |
  | o 41-50: | 10 of 35 | (29 percent) |
  | o 50+: | 8 of 35 | (23 percent) |

- <u>Race</u>

  | | | |
  |---|---|---|
  | o Caucasian | 20 of 35 | (57 percent) |
  | o Hispanic | 9 of 35 | (26 percent) |
  | o African-American | 2 of 35 | (6 percent) |
  | o Asian | 2 of 35 | (6 percent) |
  | o Native American | 1 of 35 | (3 percent) |
  | o Caucasian-Hispanic | 1 of 35 | (3 percent) |

- <u>Gender</u>

  | | | |
  |---|---|---|
  | o Male | 34 of 35 | (97 percent) |
  | o Female | 1 of 35 | (3 percent) |

- <u>Significant Indications of Inadequate Treatment</u>:

      26 of 35    (74 percent)

**III.**   <u>**Findings**</u>

- For calendar year 2010, the rate of suicides in CDCR prisons was 21.1 per 100,000 inmates, which was higher than the most recently reported national prison average suicide rate of 16/100,000. It was also higher by 5.4 percent than the CDCR suicide rate for 2009, which was 15.7 per 100,000.

- The trend analysis for the six-year CDCR average suicide rate from 2005 through 2010 was 21.7/100,000, compared to the trend analysis for the six-year CDCR average suicide rate from 1999 through 2004, which was 16.2/100,000.

- In 74 percent of the suicide cases in 2010, there was at least some degree of inadequacy in assessment, treatment, or intervention, which represented a decrease from the 84-percent rate of inadequacy in these areas for suicide cases in 2009.

- In 18 or 51 percent of the suicide cases in 2010, inmate suicide risk assessments were either not done, or found levels of "low" or "no appreciable" risk of suicide, without adequate consideration of risk factors, past history, and/or review of medical records. Therefore, interventions that would have been appropriate were not implemented.

- Requirements for custodial welfare checks for inmates newly admitted to administrative segregation units were not followed consistently.  Mandatory custodial rounds/checks were not completed consistently in administrative segregation units and in general population.

- In 15 cases among the total 35 suicide deaths in 2010 – inmates numbered 2, 3, 5, 7, 14, 16, 18, 20, 22, 23, 25, 26, 28, 32, and 34 on Tables One and Two below -- cardiopulmonary resuscitation, including availability or use of the Automated External Defibrillator (AED) and/or first aid, were not performed in a timely and/or appropriate manner.  Among these 15 cases, 12 included failures to follow policies regarding availability and/or use of the AED.  These 12 failures occurred in the deaths of inmates numbered 2, 5, 7, 14, 16, 18, 22, 25, 26, 28, 32, and 34, appearing on Tables One and Two below.  Also among the 15 cases were three cases of failure to comply with policies regarding use of CPR and/or first aid, but *not* involving the availability or use of the AED.  These three cases were inmates numbered 3, 20, and 23 on Tables One and Two below.  Six of the 15 cases involved failures to follow policies on both the proper availability and use of the AED as well as the proper use CPR and/or first aid.  These six cases were inmates numbered 2, 17, 18, 28, 32, and 34 on Tables One and Two, below.

- Deadlines for completion and submission of required departmental documentation following suicides were met within required timeframes in 26 percent of cases, and missed in 74 percent of cases.  This represents relative improvement over past years.

- There were no suicide deaths by CDCR inmates in any Department of Mental Health (DMH) facilities in calendar year 2010.

- In 2010, there were six suicides in one institution, CMC, within one calendar year, which is an unprecedented high throughout the years 1999 through 2010 for which this reviewer has examined and reported on suicides within CDCR institutions.  Five or 83 percent of these six suicides were determined to have been more likely foreseeable and/or preventable than not.  Thus far in 2011, another three suicides have occurred at CMC. According to the draft version of Special Master's Twenty-Third Round Monitoring Report, CMC's response to this exceptionally high number of suicides has been to form a suicide prevention quality improvement committee and a root cause analysis committee, in addition to its SPRFIT, which remained active with identifying and monitoring pertinent suicide-related issues and responding to the suicide quality improvement plans (QIPs) that were developed.  It is essential that CMC closely examine this problem,

determine why these suicides were not prevented, and identify and implement all measures which must be taken to stop this disturbing trend that appears to be emerging at this institution.

- In one inmate suicide case, inmate number 13, information that the inmate had a "Do Not Resuscitate" (DNR) advance directive was forwarded to the community hospital to which this inmate was transported.  This resulted in staff at the community hospital not performing basic life support procedures on this inmate.  There needs to be a policy at CDCR that DNR directives *do not apply to cases of suicides and suicide attempts*.

**2010 SUICIDES**
**Table One**

| No. | Facility | Date of Death | Sex | Method | Ethnicity | Age | HOUSING | LOC | R-SUFFIX | MEDICAL |
|-----|----------|---------------|-----|--------|-----------|-----|---------|-----|----------|---------|
| 1 | CMC | 1/7/2010 | M | Hanging | Hispanic | 41 | ASU-S | EOP | n | n |
| 2 | COR | 1/14/2010 | M | Hanging | Hispanic | 34 | ASU-S | EOP | n | n |
| 3 | CCWF | 1/14/2010 | F | OD | Cauc | 25 | RC-Dorm | N/A | n | y |
| 4 | CTF | 1/20/2010 | M | Hanging | Cauc | 79 | SNY-D | N/A | y | n |
| 5 | NFCF | 1/28/2010 | M | Exsang | Nat. Amer. | 39 | ASU-S | N/A | n | n |
| 6 | LAC | 2/11/2010 | M | Hanging | Cauc | 22 | RC-S | EOP | n | n |
| 7 | MCSP | 2/13/2010 | M | Hanging | Hispanic | 37 | ASU-S | EOP | n | n |
| 8 | SOL | 2/14/2010 | M | Exsang | Cauc | 60 | Dorm | CCCMS | n | n |
| 9 | NKSP | 2/17/2010 | M | Hanging | Cauc | 26 | GP-S | EOP | n | n |
| 10 | CCI | 2/19/2010 | M | Hanging | Cauc | 47 | GP-S | CCCMS | n | n |
| 11 | CMC | 3/5/2010 | M | Hanging | Chinese | 29 | GP-S | EOP | n | n |
| 12 | SVSP | 3/7/2010 | M | Exsang | Cauc | 77 | CTC-S | N/A | n | y |
| 13 | SATF | 4/4/2010 | M | Hanging | Cauc | 33 | ASU-S | CCCMS | n | n |
| 14 | SQ | 4/6/2010 | M | Hanging | Cauc-Hisp | 30 | ASU-S | CCCMS | n | y |
| 15 | MCSP | 5/20/2010 | M | Hanging | Cauc | 56 | GP-S | EOP | n | n |
| 16 | CMF | 6/3/2010 | M | Hanging | Cauc | 49 | GP-S | CCCMS | n | n |
| 17 | FSP | 6/7/2010 | M | Hanging | Cauc | 29 | GP-D | CCCMS | n | n |
| 18 | CMC | 7/3/2010 | M | Hanging | Korean | 56 | GP-S | CCCMS | n | n |
| 19 | KVSP | 7/5/2010 | M | Hanging | Cauc | 44 | SNY-D | EOP | y | n |
| 20 | CMC | 8/11/2010 | M | Hanging | Hispanic | 22 | ASU-S | N/A | n | n |
| 21 | SAC | 8/13/2010 | M | OD | Cauc | 45 | GP-D | CCCMS | n | y |
| 22 | SQ | 8/24/2010 | M | Hanging | Hispanic | 33 | ASU-S | N/A | n | n |
| 23 | LAC | 8/25/2010 | M | Hanging | Cauc | 43 | ASU-S | N/A | n | n |
| 24 | SQ | 8/28/2010 | M | Hanging | Cauc | 70 | Cond.-S | N/A | n | y |
| 25 | SVSP | 9/5/2010 | M | Exsang | Hispanic | 29 | GP-D | N/A | n | n |
| 26 | CMC | 9/12/2010 | M | Hanging | Hispanic | 49 | ASU-S | N/A | n | y |
| 27 | CMC | 9/16/2010 | M | Hanging | Cauc | 60 | GP-D | N/A | n | y |
| 28 | NKSP | 10/16/2010 | M | Hanging | Cauc | 29 | ASU-S | CCCMS | n | n |
| 29 | SVSP | 10/30/2010 | M | Hanging | Hispanic | 44 | ASU-S | CCCMS | y | n |
| 30 | FSP | 10/31/2010 | M | Hanging | African Amer | 30 | GP-D | N/A | n | n |
| 31 | SVSP | 11/5/2010 | M | Hanging | Hispanic | 35 | SNY-D | N/A | y | n |
| 32 | KVSP | 11/9/2010 | M | Hanging | Cauc | 44 | SNY-D | CCCMS | y | n |
| 33 | LAC | 11/27/2010 | M | Hanging | Cauc | 62 | GP-D | N/A | n | n |
| 34 | DVI | 12/7/2010 | M | Hanging | Cauc | 48 | RC-D | CCCMS | n | n |
| 35 | PBSP | 12/9/2010 | M | Hanging | African Amer | 36 | GP-D | EOP | n | n |

**2010 SUICIDES**
Table Two

| No | Facility | PMH Hx | Suicide Hx | Keyhea | MHCB/ DMH /PSU | 5 Day F/U | CPR | Suicide Report | QIP | For/ Prev | Timelines for SR/QIP |
|----|----------|--------|-----------|--------|----------------|-----------|-----|----------------|-----|-----------|----------------------|
| 1 | CMC | y | y | n | n | N/A | y | 3/12/10 | 7/1/10 | y | n |
| 2 | COR | y | y | n | n | N/A | y | 4/12/10 | 8/6/10 | y | n |
| 3 | CCWF | y | y | n | n | N/A | N/A | 5/4/10 | 10/5/10 | y | n |
| 4 | CTF | y | y | n | n | N/A | y | 3/24/10 | 6/3/10 | n | y |
| 5 | NFCF | n | n | n | n | N/A | y | 5/4/10 | 6/11/10 | y | y |
| 6 | LAC | y | y | n | n | n | y | 5/4/10 | 7/16/10 | y | n |
| 7 | MCSP | y | y | y | n | y | y | 5/18/10 | 9/14/10 | y | n |
| 8 | SOL | y | y | n | n | y | y | 5/27/10 | 9/16/10 | y | n |
| 9 | NKSP | y | y | n | n | N/A | y | 5/18/10 | 9/16/10 | y | n |
| 10 | CCI | y | n | n | n | N/A | y | 6/23/10 | n/a | n | n |
| 11 | CMC | y | y | n | y(TLU) | y | y | 5/26/10 | 10/5/10 | y | n |
| 12 | SVSP | n | n | n | y (CTC) med. | N/A | N/A | 7/2/10 | 10/7/10 | y | n |
| 13 | SATF | y | y | n | n | N/A | n | 6/23/10 | 5/6/11 | y | n |
| 14 | SQ | y | y | n | n | N/A | y | 6/23/10 | 10/21/10 | y | n |
| 15 | MCSP | y | y | n | n | N/A | y | 8/19/10 | 11/8/10 | y | n |
| 16 | CMF | y | y | n | n | N/A | y | 10/11/10 | 10/29/10 | y | y |
| 17 | FSP | y | y | n | n | N/A | y | 9/9/10 | 1/20/11 | y | n |
| 18 | CMC | y | y | n | n | N/A | y | 10/14/10 | 2/22/11 | y | n |
| 19 | KVSP | y | y | n | n | N/A | y | 11/12/10 | 1/20/11 | y | n |
| 20 | CMC | y | y | n | n | N/A | y | 10/14/10 | 11/1/10 | y | y |
| 21 | SAC | y | y | n | n | N/A | n | 11/12/10 | 1/20/11 | y | n |
| 22 | SQ | y | y | n | n | N/A | y | 11/19/10 | 3/3/11 | y | n |
| 23 | LAC | y | y | n | n | N/A | y | 10/14/10 | 12/1/10 | n | y |
| 24 | SQ | y | n | n | n | N/A | n | 10/29/10 | 1/20/11 | y | y |
| 25 | SVSP | n | n | n | n | N/A | n | 12/9/10 | 3/3/11 | y | n |
| 26 | CMC | n | n | n | n | N/A | n | 12/22/10 | 2/8/11 | y | y |
| 27 | CMC | y | y | n | n | N/A | y | 12/14/10 | n/a | n | n |
| 28 | NKSP | y | y | n | n | y | y | 12/31/10 | 4/11/11 | y | n |
| 29 | SVSP | y | y | n | n | N/A | y | 2/2/11 | 5/18/11 | y | n |
| 30 | FSP | y | n | n | n | N/A | y | 1/9/11 | 4/6/11 | y | n |
| 31 | SVSP | y | y | n | n | N/A | y | 2/9/11 | 4/11/11 | n | n |
| 32 | KVSP | y | y | n | n | N/A | y | 1/20/11 | 4/11/11 | y | n |
| 33 | LAC | n | n | n | n | N/A | y | 2/2/11 | n/a | n | n |
| 34 | DVI | n | n | n | n | N/A | y | 1/26/11 | 5/2/11 | n | y |
| 35 | PBSP | y | y | n | y | N/A | y | 2/2/11 | 4/26/11 | n | y |



The figures above include 1 death in 2003 at RJD, 4 deaths in 2005 (2 at CSP/Sac, 1 at CIM, and 1 at SQ) and 1 death in 2008 at CSATF that were found by Special Master's expert to be suicides and found by CDCR to be non-suicides.



The figures above include 1 death in 2003 at RJD, 4 deaths in 2005 (2 at CSP/Sac, 1 at CIM, and 1 at SQ) and 1 death in 2008 at CSATF that were found by Special Master's expert to be suicides and found by CDCR to be non-suicides.



The figures above include 1 death in 2003 at RJD, 4 deaths in 2005 (2 at CSP/Sac, 1 at CIM, and 1 at SQ) and 1 death in 2008 at CSATF that were found by Special Master's expert to be suicides and found by CDCR to be non-suicides.



SUICIDES IN CDCR INSTITUTIONS BY FACILITY 1999-2010
(Highest to Lowest)

The figures above include 1 death in 2003 at RJD, 4 deaths in 2005 (2 at CSP/Sac, 1 at CIM, and 1 at SQ) and 1 death in 2008 at CSATF that were found by Special Master's expert to be suicides and found by CDCR to be non-suicides.



The figures above include 1 death in 2003 at RJD, 4 deaths in 2005 (2 at CSP/Sac, 1 at CIM, and 1 at SQ) and 1 death in 2008 at CSATF that were found by Special Master's expert to be suicides and found by CDCR to non-suicides.



**AVENAL STATE PRISON**
**1999-2010**



# CALIFORNIA CORRECTIONAL CENTER
## 1999-2010





Includes 1 death in 2005 found by the Special Master's expert to be a suicide and found by CDCR to be a non-suicide.



## CALIFORNIA INSTITUTION FOR WOMEN
### 1999-2010









CALIFORNIA STATE PRISON/ CORCORAN
1999-2010



**CALIFORNIA STATE PRISON/LOS ANGELES COUNTY 1999-2010**



Includes 2 deaths in 2005 that were found by the Special Master's expert to be suicides and found by CDCR to be non-suicides.





Includes 1 death in 2008 found by the Special Master's expert to be a suicide and found by CDCR to be a non-suicide.



CALIPATRIA
1999-2010



CENTINELA
1999-2010



CENTRAL CALIFORNIA WOMEN'S FACILITY
1999-2010













IRONWOOD STATE PRISON
1999-2010



**KERN VALLEY STATE PRISON**
**1999-2010**

*Facility Opened July 2005











The above figures include 1 death in 2003 that was found by Special Master's expert to be a suicide and found by CDCR to be a non-suicide.



SALINAS VALLEY STATE PRISON
1999-2010



Includes 1 death in 2005 found by the Special Master's expert to be a suicide and found by CDCR to be a non-suicide.





VALLEY STATE PRISON FOR WOMEN
1999-2010





**SUICIDES IN DMH FACILITIES 1999-2010**



**DMH AT CALIFORNIA MEDICAL FACILITY**
**1999-2010**



