KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF JON DE MORALES IN SUPPORT OF DEFENDANTS' THIRD STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |

I, Jon De Morales, declare:

1. I am the Acting Deputy Director of State Hospital Operations for the California Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Third Status Report on Supplemental Wait List Plan and Assessment Process.

2. I have been employed by DMH since April 10, 1961, and as the Acting Deputy Director of State Hospital Operations since August 25, 2011. As the Acting Deputy Director of

1

De Morales Decl. in Supp. of Defs.' Third Status Report on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)

State Hospital Operations, I am familiar with the DMH programs that serve California Department of Corrections and Rehabilitation (CDCR) male inmate-patients admitted to Atascadero State Hospital (ASH), Coalinga State Hospital (CSH), the Vacaville Psychiatric Program (VPP) at California Medical Facility, and the Salinas Valley Psychiatric Program (SVPP) at Salinas Valley State Prison.

3. I am familiar with the part of the Court's August 15, 2011 order that requires Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing.

4. As the Acting Deputy Director of State Hospital Operations, I am familiar with the actions that DMH has taken to respond to the Court's August 15, 2011 order, and report on the actions that DMH has taken on its patient movement plan as of November 4, 2011. First, DMH transferred six inmate-patients from ASH to CSH and six were scheduled for transfer.

5. Second, with respect to moving inmate-patients from SVPP to other DMH programs, DMH has been working with the CDCR Health Care Placement Oversight Program (HC-POP) to identify inmate-patients housed in SVPP who may be appropriate for transfer to a dormitory setting. To that end, HC-POP provided ASH clinical and admissions teams with a list of 118 inmate-patients housed at SVPP who qualified for the modified ICF Pilot Program custody criteria. Defendants added two inmate-patients to that list. A team of two staff from ASH reviewed the 120 inmate-patients and determined from a clinical perspective that 92 of the inmate-patients were appropriate for ASH. After further clinical assessment of the 92 inmate-patients, the ASH team determined that 20 inmate-patients were not suitable for transfer to ASH and that eleven inmate-patients were already in the process of discharging back to CDCR, leaving 61 inmate-patients as eligible for transfer from SVPP to ASH.

6. Of the 61 inmate-patients eligible for transfer from SVPP to ASH, DMH started the transfer process by selecting the first eighteen inmate-patients on the list. DMH transferred four of the inmate-patients to ASH on October 27 and three on November 3. Of the remaining eleven inmate-patients, DMH removed two from the list for behavior reasons. Of the remaining nine,

2

four are scheduled for admission on November 9, two are scheduled for admission on November 10, and three are scheduled for admission on November 15.

7.   Of the 43 remaining from the 61, DMH has removed two from the list for behavior reasons, and seven from the list because they are discharging back to CDCR. DMH expects to transfer the remaining 34 inmate-patients to ASH at a rate of six per week.  But, as noted above, unanticipated circumstances may prohibit transfer of one or more of the remaining inmate-patients.

8.   Third, as of November 4, 2011, DMH had transferred three inmate-patients from the Acute Psychiatric Program (APP) at California Medical Facility to ASH.  Though DMH changed these inmate-patients' level of care to ICF upon transfer to ASH, their movement opened up additional APP beds at CMF.

I declare that the foregoing is true.  Executed this 9th day of November 2011, at Sacramento, California.

_____
JON DE MORALES

CF1997CS0003

3