KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8010
 Fax: (916) 324-5205
 E-mail: David.Brice@doj.ca.gov
Attorneys for Defendants
Brown, Cate, Matosantos and Allenby

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF JUDY BURLESON IN SUPPORT OF DEFENDANTS' THIRD STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |

I, Judy Burleson, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Associate Director, Statewide Mental Health Program, Correctional Health Care Services. I have been the Associate Director since November 2010. Before that date, I was the Chief, Operational Program Oversight (formerly known as *Coleman* Compliance). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts,

1

Burleson Decl. in Supp. of Defs.' Third Status Rep. on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)

1. could and would do so competently. I make this declaration in support of Defendants' Third Status Report on Supplemental Wait List Plan and Assessment Process.

2. I am familiar with the Court's August 15, 2011 order that Defendants work with the special master to develop a supplemental plan to reduce or eliminate the inpatient wait list and that Defendants work with the special master so that an assessment process that meets his approval has been conducted and completed by December 9, 2011. I am also familiar with the part of the Court's order that requires Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing.

3. As the Associate Director, I am familiar with the actions taken by the Defendants to respond to the Court's August 15, 2011 order. With respect to the inpatient wait list, Defendants filed their supplemental plan to reduce or eliminate the Salinas Valley Psychiatric Program (SVPP) and Acute Psychiatric Program wait lists on October 18, 2011. Part of Defendants' plan is to convert 113 Enhanced Outpatient Program General Population (EOP-GP) beds in the L-Wing at California Medical Facility (CMF) into 110 temporary unlicensed Intermediate Care Facility (ICF) beds and three observation and restraint rooms for high-custody inmate-patients on the SVPP waitlist.

4. In order to meet the timelines for converting the L-Wing, Defendants are not able to make any of the L-Wing beds wheelchair accessible. Activating 110 ICF beds as part of the L-Wing conversion and completing the new 64-bed ICF unit at CMF will bring the total number of temporary and permanent ICF beds for high-custody inmate-patients in CDCR's prisons to 574 beds: 370 at SVPP and 204 at CMF. After adding these additional temporary and new ICF beds, CDCR will have 56 wheelchair accessible beds system wide—eight beds in the new 64-bed ICF unit at California Medical Facility, and 48 beds in the Salinas Valley Psychiatric Program.

5. With respect to the assessment process, representatives from CDCR and DMH continued to meet over the past thirty days with the special master and his team to review CDCR's two primary processes to manage and sustain referrals: (1) a process performed at the institutional level to audit the Interdisciplinary Treatment Team - Screening for Higher Level of

2

Burleson Decl. in Supp. of Defs.' Third Status Rep. on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)

Care Form 7388-B; and (2) an assessment process performed at the headquarters level to review documentation and justification for not referring inmate-patients who meet one of three objective criteria.

6. Specifically, the special master's team completed their October 2011 joint visits to five prisons—Richard J. Donovan Correctional Facility, Mule Creek State Prison, California Men's Colony, Central California Women's Facility, and, California State Prison, Los Angeles County. Plaintiffs' counsel participated in the visits to California State Prison, Los Angeles County, and to California Men's Colony.

7. Additionally, representatives from CDCR worked with the special master and his team to outline the scope and extent of nine additional reviews and site visits. These nine site visits are scheduled over the next thirty days, as follows: California State Prison, Sacramento (November 7 and 8); California Medical Facility (November 9 and 10); California State Prison, Corcoran (November 15 and 16), California Substance Abuse Treatment Facility (November 17 and 18); California Institution for Men (November 21 and 22); California Correctional Institution (November 28 and 29); Deuel Vocational Institution (November 30 and December 1); San Quentin State Prison ( December 5 and 6); and Salinas Valley State Prison ( December 7 and 8).

8. Representatives from CDCR met with the special master's team and Plaintiffs' counsel on November 4, 2011, to further review and discuss CDCR's audit and assessment processes as well as the nine additional reviews and site visits. Plaintiffs' counsel will participate in the site visits to California Institution for Men, San Quentin State Prison, and Salinas Valley State Prison.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of November 2011, at Sacramento, California.

_____
JUDY BURLESON

CF1997CS0003

3

Burleson Decl. in Supp. of Defs.' Third Status Rep. on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)