KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF RICK JOHNSON IN SUPPORT OF DEFENDANTS' THIRD STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Rick Johnson, declare:

1. I am the Chief of the Health Care Placement Oversight Program for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Third Status Report on Supplemental Wait List Plan and Assessment Process.

/ / /

1

2. I began working at CDCR in 1983, and have worked as the Chief of the Health Care Placement Oversight Program (HC-POP) since 2008.

3. I am familiar with the part of the Court's August 15, 2011 order that requires Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing.

4. As the Chief, I was involved in the development of a CDCR Pilot Program for housing inmate-patients with identified security concerns in the Department of Mental Health (DMH) Intermediate Care Facility (ICF) programs at Atascadero State Hospital (ASH) and the Vacaville Psychiatric Program (VPP) dorms at California Medical Facility (CMF), and I am familiar with the purpose and program components of the Pilot Program.

5. The ICF Pilot Program began on October 23, 2009 and ended on October 23, 2011. As a result of the pilot program, CDCR and DMH modified the ICF Pilot Program custody criteria to allow for more efficient use of single celled housing in DMH programs. On October 27, 2011, CDCR submitted proposed emergency regulations to the Office of Administrative Law to permanently adopt the modified ICF Pilot Program. HC-POP is using the modified ICF custody criteria to consider ICF referrals for placement into ASH or the VPP dorms pending completion of the regulatory process.

6. Using the modified ICF custody criteria, HC-POP reviewed the SVPP wait list to reconsider the inmate-patients on the wait list for placement into ASH or the VPP dorms. HC-POP determined that an additional 60 inmate-patients were potentially eligible for placement into ASH or the VPP dorms pending case-by-case reviews. Upon further review, sixteen of the 60 cases were found to have transferred to a DMH program, paroled, or had case factors making them ineligible. As of November 4, 2011, the status of the 44 remaining cases is: one direct ASH referral and pending transfer; three direct referrals to the VPP dorms and pending transfer;

///

///

///

1  16 inmate-patients recommended for ASH pending case-by-case reviews; and 24 inmate-patients
2  recommended for the VPP dorms pending case-by-case reviews.
3  I declare that the foregoing is true. Executed this 9th day of November 2011, at
4  Sacramento, California.

_R.W. Johnson_<br>RICK JOHNSON

7  CF1997CS0003

3

Johnson Decl. in Supp. of Defs.' Third Status Report on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)