KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                              Plaintiffs,<br><br>             v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF SHARON AUNGST IN SUPPORT OF DEFENDANTS' REQUEST FOR WAIVER OF STATE LICENSING REQUIREMENTS: RE: CALIFORNIA MEDICAL FACILITY** |

I, Sharon Aungst, declare as follows:

1. I am the Director of the Division of Correctional Health Care Services at the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so. I submit this declaration in support of Defendants' Request for Waiver of State Licensing Requirements Re: California Medical Facility.

2. I began working as the Director of the Division of Correctional Health Care Services on July 1, 2011. I previously served as Chief Deputy Secretary of the Division of Correctional

1

1. Health Care Services beginning on February 9, 2009. I am responsible for the overall management and oversight of the CDCR mental health services delivery system.

3. I am familiar with Defendants' supplemental plan to reduce or eliminate the Salinas Valley Psychiatric Program (SVPP) and Acute Psychiatric Program wait lists. Specifically, I am familiar with the plan to convert the 113 Enhanced Outpatient Program General Population (EOP-GP) beds in the L-Wing at California Medical Facility into 110 temporary unlicensed Intermediate Care Facility (ICF) level of care beds and three observation and restraint rooms for high-custody inmate-patients on the SVPP wait list. I am also aware that Defendants informed the Court in their plan that converting the L-Wing will require the Court to waive the State's licensing requirements regarding the licensing of Correctional Treatment Centers—California Health and Safety Code section 1250(j) and California Code of Regulations, Title 22, sections 79501–79861.

4. CDCR is ready to begin converting the 113 EOP-GP beds in the L-Wing at CMF into 110 temporary unlicensed ICF level of care beds and three observation and restraint rooms for high-custody inmate-patients on the SVPP waitlist.

5. CDCR cannot begin converting the 113 beds unless the Court waives the above-referenced licensing requirements governing the licensing of Correctional Treatment Centers.

6. Waiving state law will allow CDCR to convert the beds as detailed in their supplemental plan.

I declare under penalty of perjury that the foregoing is true. Executed this 9th day of November, 2011 in Sacramento, California.

Sharon Aungst

CF1997CS0003