1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER WAIVING STATE LAW RE:  CALIFORNIA MEDICAL FACILITY** |
| **v.** | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

On November 9, 2011, Defendants filed an ex parte request that this Court waive state licensing requirements so that the California Department of Corrections and Rehabilitation can convert 113 cells in the L-Wing at California Medical Facility into 110 temporary unlicensed Intermediate Care Facility level of care beds and three observation and restraint rooms for high-custody inmate-patients on the Salinas Valley Psychiatric Program wait list.

Good cause presented to the Court and good cause appearing, the Court waives the below-described licensing requirements so that the California Department of Corrections and Rehabilitation can convert the 113 cells in the L-Wing at California Medical Facility into 110 temporary unlicensed Intermediate Care Facility beds and three observation and restraint rooms.

1

1       IT IS HEREBY ORDERED AS FOLLOWS:

2          The following state licensing requirements shall be waived with the respect to the 110

3   temporary Intermediate Care Facility beds and three observation and restraint rooms in the L-

4   Wing at California Medical Facility:

5          1.     California Health and Safety Code section 1250(j); and

6          2.     California Code of Regulations, Title 22, sections 79501–79861.

7          **IT IS SO ORDERED**

8   Dated: _____

9                                                    _____
                                                     LAWRENCE K. KARLTON
                                                     SENIOR JUDGE
10                                                   UNITED STATES DISTRICT COURT

11

12  CF1997CS0003

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2