KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS, State Bar No. 166884
WILLIAM KWONG, State Bar No. 168010
DANIELLE F. O'BANNON, State Bar No. 207095
KYLE A. LEWIS, State Bar No. 201041
PATRICK R. MCKINNEY, State Bar No. 215228
DAVID BRICE, State Bar No. 269443
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
MEGAN C. OLIVER, State Bar No. 256654
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
PAUL B. GRUWELL, State Bar No. 252474
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:  (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOVEMBER 2011 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

Defendants submit this monthly status report on the state prison population. Exhibit A sets forth the current design capacity, population, and population as a percentage of design capacity for each state prison and for all state prisons combined.[1] On October 1st, California implemented a historic public safety realignment that will greatly reduce the state's prison population in the coming months. The figures in Exhibit A, which are based on data available as of November 9, 2011, reflect that 140,041 inmates are housed in the state's adult institutions.[2] This total equates to a reduction of 4,147 inmates in California's prison population in approximately the first five weeks of realignment, as compared with the total population of 144,188 reported in Defendants' October 14, 2011 report. (*See* Dkt. No. 4099-1.)

The figures in Exhibit A do not alter Defendants' previously reported population projections. (*See* Sept. 15, 2011 Decl. of Ross Meier., Dkt. No. 4085-2, ¶¶ 3 & 4.) Defendants' current projections indicate that the in-state prison population will be reduced to 167% of design capacity about a month after the Court's December 27, 2011 benchmark. (*Id.* at ¶ 3.) These projections also indicate that the prison population will be further reduced to 155.4% of design capacity by the Court's June 27, 2012 benchmark. (*Id.* at ¶ 4.) Because the current projections indicate that Defendants will achieve these benchmarks at or near the dates set by the Court, there does not appear to be a need at this time to undertake additional crowding-reduction measures or ask for additional time to achieve compliance. (*See id.* at ¶ 5.)

Dated: November 15, 2011                           HANSON BRIDGETT LLP


                                                   By: */s/ Paul B. Mello*
                                                       PAUL B. MELLO
                                                       *Attorneys for Defendants*

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's November 14th weekly population report, available on CDCR's web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.

2

Defendants' November 2011 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

| | | |
|---|---|---|
| 1 | Dated: November 15, 2011 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | | |
| 3 | | By: */s/ Patrick R. McKinney*<br>PATRICK R. MCKINNEY |
| 4 | | Deputy Attorney General<br>*Attorneys for Defendants* |

CF1997CS0003
20553412.docx

3