DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
JANE E. KAHN – 112239
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

  v.

EDMUND G. BROWN, Jr., et al.,

    Defendants.[1]

Case No. Civ S 90-0520 LKK-JFM

STIPULATION AND [PROPOSED] ORDER WAIVING STATE LAW RE: CALIFORNIA MEDICAL FACILITY

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[567899-3]

STIPULATION AND [PROPOSED] ORDER WAIVING STATE LAW RE: CALIFORNIA MEDICAL FACILITY

On November 9, 2011, Defendants filed an ex parte request that this Court waive state licensing requirements so that the California Department of Corrections and Rehabilitation can convert 113 cells in the L-Wing at California Medical Facility into 110 temporary unlicensed Intermediate Care Facility level of care beds and three observation and restraint rooms for high custody inmate-patients on the Salinas Valley Psychiatric Program wait list.

The Court recognizes that it has not previously permitted Defendants to operate a DMH inpatient care facility on an unlicensed basis.  The Court further recognizes, however, that given the urgent need by class members for access to timely inpatient psychiatric care, state licensing requirements must temporarily give way on an emergency basis.

Accordingly, Defendants will be permitted to convert and open the L-Wing inpatient beds without complying with state licensing standards on an emergency, temporary basis, on the expedited schedule outlined by Defendants at page 7 of their October 18, 2011 Supplemental Plan to Reduce or Eliminate the Inpatient Waitlists (Docket No. 4103).  To the extent that any delays in complying with their proposed conversion timeline are discovered, Defendants will be required to promptly notify the parties, the Special Master, and the Court.  Defendants are further ordered to staff the L-Wing at the same nursing and clinical staffing levels as the other high custody ICF at CMF, as they propose.  *Id.*; Defendants' Request for Waiver of State Licensing Requirements Re: California Medical Facility (Docket No. 4112) at n.1.  Finally, the waivers of state law ordered herein are necessary until the 432 high custody ICF beds planned as part of the California Health Care Facility in Stockton are fully occupied.  *See* Defendants' Response re: New Activation Schedule for the Consolidated Care Center (Docket No. 3794–1) at 4.

Furthermore, the Special Master has been consulted on this matter and he concurs on this stipulation.

/ / /

[567899-3]

1

STIPULATION AND [PROPOSED] ORDER WAIVING STATE LAW RE: CALIFORNIA MEDICAL FACILITY

Good cause presented to the Court and good cause appearing, the Court waives the below described licensing requirements so that the California Department of Corrections and Rehabilitation can convert the 113 cells in the L-Wing at California Medical Facility into 110 temporary unlicensed Intermediate Care Facility beds and three observation and restraint rooms.

IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:

1. The following state licensing requirements shall be waived, on a temporary and emergency basis, with the respect to the 110 temporary Intermediate Care Facility beds and three observation and restraint rooms in the L-Wing at California Medical Facility:

    A. California Health and Safety Code section 1250(j); and

    B. California Code of Regulations, Title 22, sections 79501–79861.

2. Defendants shall staff the L-Wing utilizing the same nursing and clinical staffing patterns as the other high custody ICF unit at CMF.

3. Defendants shall apprise the Court promptly should any delays prevent the L-Wing conversion from being completed as to L-3 by April 6, 2012, as to L-2 by April 30, 2012, and as to L-1 by May 31, 2012. Defendants are further required to apprise the Court promptly should patient admissions not commence by April 30, 2012.

DATED: November 15, 2011

*/s/ David Brice*
David Brice
Office of the Attorney General
Attorneys for Defendants

DATED: November 15, 2011

*/s/ Aaron J. Fischer*
Aaron J. Fischer
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

SO ORDERED.

DATED: _____, 2011

Lawrence K. Karlton
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[567899-3]

2
STIPULATION AND [PROPOSED] ORDER WAIVING STATE LAW RE: CALIFORNIA MEDICAL FACILITY