KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-8010
 Fax:  (916) 324-5205
 E-mail:  David.Brice@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' AMENDED PLAN TO FURNISH SUICIDE-RESISTANT BEDS IN ALL MENTAL HEALTH CRISIS BED UNITS** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

On July 21, 2011, the Court ordered that Defendants, within sixty days, "file with the court and submit to the special master a plan to furnish suicide-resistant beds in their [Mental Health Crisis Beds] for any at-risk inmates who would otherwise not be provided with a bed while in a

/ / /

/ / /

/ / /

1

1   MHCB unit."  (Docket No. 4044 ¶ 2.)  On September 19, 2011, Defendants filed their Plan to

2   Furnish Suicide-Resistant Beds in all Mental Health Crisis Bed Units.  (Docket No. 4089.)

3   Defendants have since consulted with the Special Master and Plaintiffs' counsel to discuss their

4   plan.  Based on those conversations, Defendants now submit an amended plan.  Enclosed as

5   Appendix A is Defendants' Amended Plan to Furnish Suicide-Resistant Beds in all Mental Health

6   Crisis Bed Units.

7   Dated:  November 16, 2011                                    Respectfully submitted,

8                                                                                KAMALA D. HARRIS
                                                                                 Attorney General of California
9                                                                                JAY C. RUSSELL
                                                                                 Supervising Deputy Attorney General
10
                                                                                 */s/ David E. Brice*
11
                                                                                 DAVID E. BRICE
12                                                                               Deputy Attorney General
                                                                                 *Attorneys for Defendants*
13  CF1997CS0003
    31384786.doc
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# APPENDIX A

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
Assistant Secretary
P.O. Box 942883
Sacramento, CA 94283-0001



November 16, 2011


Ms. Debbie Vorous
Deputy Attorney General
Department of Justice
1300 I Street
Sacramento, CA 94244-2550

Dear Ms. Vorous:

Please see enclosed, Defendents' Amended Court-Ordered Plan to Furnish Suicide-Resistant Beds in All Mental Health Crisis Bed Units.

Sincerely,

BENJAMIN T. RICE
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation

Enclosures

TABLE OF ACRONYMS

| Acronym | Term |
|---------|------|
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections and Rehabilitation |
| CIM | Correctional Institution for Men |
| CIW | Correctional Institution for Women |
| COR | California State Prison, Corcoran |
| HDSP | High Desert State Prison |
| KVSP | Kern Valley State Prison |
| LAC | California State Prison, Los Angeles County |
| MCSP | Mule Creek State Prison |
| MHCB | Mental Health Crisis Bed |
| NKSP | North Kern State Prison |
| PBSP | Pelican Bay State Prison |
| PIA | Prison Industry Authority |
| PVSP | Pleasant Valley State Prison |
| RJD | Richard J. Donovan Correctional Facility |
| SAC | California State Prison, Sacramento |
| SATF | California Substance Abuse Treatment Facility |
| SOL | California State Prison, Solano |
| SVSP | Salinas Valley State Prison |
| WSP | Wasco State Prison |

*Defs.' Amended Plan to Furnish Suicide-Resistant Beds in MHCB Unit*                    *November 16, 2011*

**DEFENDANTS' AMENDED COURT-ORDERED PLAN TO FURNISH SUICIDE-RESISTANT BEDS IN ALL MENTAL HEALTH CRISIS BED UNITS**

## INTRODUCTION

On September 27, 2010 the *Coleman* Special Master issued his Report on Defendants' Review of Suicide Prevention Policies, Practices, and Procedures. The Report contains five recommendations for orders by the Court. Defendants objected to the fourth recommendation that the California Department of Corrections and Rehabilitation (CDCR) submit a plan to furnish suicide-resistant beds in all its Mental Health Crisis Bed (MHCB) units. On July 21, 2011, the Court overruled Defendants' objection and ordered that within sixty days Defendants file "a plan to furnish suicide-resistant beds in their MHCBs for any at risk inmates who would otherwise not be provided with a bed while in an MHCB unit." Without waiving any appellate rights or conceding the appropriateness of the Court's order, Defendants presented their Plan on September 19, 2011, as required by the Court's July 21, 2011 order.

Defendants have since met with the Special Master and Plaintiffs' counsel to discuss their plan. Based on these conversations, Defendants now submit an amended plan as follows.

## DEFENDANTS' AMENDED PLAN TO PROVIDE SUICIDE-RESISTANT BEDS IN CDCR MENTAL HEALTH CRISIS BED UNITS

Defendants' plan consists of three elements: (1) identification of the MHCB units that are part of Defendants' plan; (2) a discussion of the types of beds that CDCR intends to install in the MHCB units that are part of the plan and the process it expects to follow to install them; and (3) the time line for purchasing and installing the beds in the MHCB units that are part of the plan.

First, CDCR plans to furnish suicide-resistant beds in those male and female MHCB units that are identified as permanent in Defendants' Long Range Mental Health Bed Plan and which do not already have suicide-resistant beds in them.[1] (*See* Docket No. 3845–2 at 15.) Additionally, CDCR plans to install suicide-resistant beds in the unlicensed male MHCB units at California State Prison, Sacramento, and California Institution for Men. (*See* Docket Nos. 3748, 3516.) CDCR plans to install a restraint bed in the observation room in each of these MHCB units.

Table 1 below identifies, by institution, the number of MHCBs for male inmate-patients. All the beds in each of these units will be converted to suicide-resistant beds. Table 1 also lists the number of new restraint beds that will be installed in each unit.

*Table 1*

| Institution | No. of MHCBs for Males | No. of Restraint Bed Per MHCB Unit |
|---|---|---|
| CIM (unlicensed) | 34 | 1 |
| COR | 23 | 1 |

---

[1] The 50-bed MHCB unit at California Medical Facility already has suicide-resistant beds installed in the unit.

| HDSP | 10 | 1 |
|------|-----|-----|
| KVSP | 12 | 1 |
| LAC | 12 | 1 |
| MCSP | 8 | 1 |
| NKSP | 10 | 1 |
| PBSP | 10 | 1 |
| PVSP | 6 | 1 |
| RJD | 14 | 1 |
| SAC | 24 | 1 |
| SAC (unlicensed) | 20 | 1 |
| SATF | 20 | 1 |
| SOL | 9 | 1 |
| SVSP | 10 | 1 |
| WSP | 6 | 1 |
| SUBTOTAL | 228 | 16 |

Table 2 below identifies, by institution, the number of permanent MHCBs for female inmate-patients. All the beds in each of these units will be converted to suicide-resistant beds. Table 2 also lists the number of new restraint beds that will be installed in each unit.

*Table 2*

| Institution | No. of MHCBs for Females | No. of Restraint Beds per MHCB Units |
|------|------|------|
| CCWF | 12 | 1 |
| CIW | 10 | 1 |
| SUBTOTAL | 22 | 2 |
| **TOTAL** | **250** | **18** |

The total for both tables is as follows:

| | No. of MHCBs for Males and Females | No. of Restraint Beds per MHCB Units |
|------|------|------|
| **TOTAL** | **250** | **18** |

Second, CDCR plans to procure two different kinds of beds for installation in the MHCB units that are part of Defendants' plan. For the suicide resistant beds, CDCR plans to procure 250 Prison Industry Authority (PIA) skirted beds. And for the restraint beds, CDCR plans to procure 18 Duramax Humane Restraint beds. The suicide-resistant beds and the Duramax Humane Restraint beds are the same manufactured beds that CDCR intends to install in the MHCB units and the Intermediate Care Facility units in the new Correctional Health Care Facility in Stockton. In most cases, CDCR expects to install the beds using institutions' plant operations staff but, in some cases, it will use Inmate Ward Labor when plant operations cannot be utilized. Installation of the beds will occur as a staged process to cause the least disruption in treatment and to minimize the impact on bed availability due to the redlining of cells for retrofit.

3

CDCR expects that the purchase order for the beds will be processed by January 2012.  It takes approximately 45 days from receipt of the purchase order for PIA to procure the raw materials necessary to fabricate the suicide-resistant beds.  After the 45 days, PIA intends to produce ten beds a week until the order is filled.  CDCR plans to facilitate shipment of the beds from PIA on a flow basis, and to install them upon receipt.  Based on this schedule, CDCR expects to complete installation of all the suicide-resistant beds by summer 2012.

4

*Defs.' Amended Plan to Furnish Suicide-Resistant Beds in MHCB Unit*                *November 16, 2011*