# EXHIBIT A

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
CALIFORNIA INSTITUTION for WOMEN (CIW)
45-BED PSYCHIATRIC INPATIENT PROGRAM

**STAFFING PLAN INTRODUCTION:**

On August 17, 2007, the California Department of Corrections and Rehabilitation (CDCR) submitted a long-range bed plan that included, among other projects, an inpatient 45-bed Acute Psychiatric Program (APP) and Intermediate Care Facility (ICF) level mental health unit (hereafter 45-bed Psychiatric Inpatient Program) at the California Institution for Women (CIW). Additionally, the plan provided that CDCR would assume the delivery of inpatient acute and intermediate level mental health care for the female inmate-patients at CIW and that the California Department of Mental Health (DMH) would provide consultative onsite assistance. On October 1 , 2007, the Court approved the CIW project, but required that Defendants submit to the Coleman Special Master a plan for: (1) anticipated clinical and custody staffing needs and a program for providing the personnel required to recruit, vett, hire and retain adequate staffing; and (2) recruitment and compensation for an administrator to run the program.[13] Defendants now submit their plan.

**CLINICAL STAFFING:**

CDCR intends to operate and staff the new CIW 45-bed Psychiatric Inpatient Program using a model substantially similar to the model that DMH uses at the ICF program it operates at the Salinas Valley Psychiatric Program (SVSP) at Salinas Valley State Prison. Specifically, the new program will have psychiatrists, psychologists, clinical social workers, rehabilitation therapists, licensed vocational nurses, licensed psychiatric technicians, and registered nurses. CDCR's Division of Correctional Health Care Services (DCHCS) will use DMH staffing classifications to model the organization and program design, as well as meet the specific and unique staffing needs of this new program. Based substantially on DMH's model and staffing classifications, DCHCS anticipates those staffing needs outlined in Attachment A, CIW 45-Bed Psychiatric Inpatient Program Anticipated Staffing Needs.

DCHCS will work in conjunction with the California Prison Health Care Services (CPHCS) to facilitate recruitment, hiring, and retention of the required personnel. The Workforce Development and Selection Services' program provides the personnel required to recruit, vet, hire, and retain adequate staffing by utilizing various traditional and nontraditional means for assuring that all mental health positions will be staffed with high-quality candidates in a timely manner. Methods include monitoring eligibility lists for all classifications, and where a candidate pool needs to be enhanced, attending recruitment events, professional association conferences, and placing print and online advertising, with each activity focused on one or more classifications. Nontraditional workforce development methods include funding psychiatric technician education at community

---

[13] The Court's October 1 , 2007 order further requires Defendants to submit a plan to the *Coleman* Special Master with timeframes for meeting Licensure and Joint Commission accreditation and a memorandum of understanding on DMH's mentoring and direct service obligations for integration in an inter-agency agreement. Defendants have separately submitted these two plans.

colleges (multiplying the program output six-fold), and developing the opportunity to provide clinical rotation opportunities at correctional sites for advancing health care education.

**CUSTODY STAFFING:**

Like with clinical staffing, CDCR expects to operate and staff the Custody (i.e. Correctional Officer staffing) positions needed for the CIW 45-bed Inpatient Psychiatric Program using the model that DMH uses at the SVSP for ICF level of care. There will be one difference in staffing, however. This difference will be the absence of Medical Technical Assistants (MTAs), which DMH currently uses in its program. Instead, CDCR intends to use Licensed Psychiatric Technicians (LPTs), Registered Nurses (RNs), and Licensed Vocational Nurses (LVNs) in a fashion similar to how DMH utilizes MTAs, with the exception of the MTA's custodial role. Nursing staff will hold keys and manage inmate-patient movement and access to care within the new facility. There will be a custody component and presence within the new facility, which will assist with inmate-patient movement and access to care inside and outside the new program. Custody staffing and presence will also be embedded in the program's operations with regard to emergency management and general support. See Attachment A.

**ADMINISTRATION:**

CDCR intends to operate the CIW 45-bed Psychiatric Inpatient Program under the authority of a Career Executive Assignment (CEA) level administrator, who will have overall operational responsibility for that program. A former Central Regional Health Care Administrator has been appointed as the acting CEA level administrator for the program, pending establishment of a permanent position. At the headquarters level, a CEA level administrator will have responsibility for the statewide oversight of programs, including the CIW 45-bed program, and Joint Commission accreditation, to include policy and quality. The Chief Deputy Secretary (DCHCS) has been appointed as the acting overall statewide administrator of CDCR's inpatient treatment programs, pending establishment of a permanent position.

Additionally, DCHCS will utilize the expertise of a special consultant throughout the accreditation process, in order to ensure the project's success and the program's initial and sustained accreditation. This special consultant has been appointed and will remain in place as planning and activation activities are already underway, and while a permanent position is established. Additionally, an administrator from California Medical Facility has been appointed as the acting Chief of Psychiatric Inpatient Programs and project lead for the Joint Commission accreditation, and the former Central Regional Health Care Administrator has been appointed as the acting Executive Director for the CIW 45-bed Psychiatric Inpatient Program.

DCHCS will coordinate with the CPHCS in the permanent establishment of administrator positions, and the recruitment, hiring, and retention of future incumbents. DCHCS and CPCHS are working in conjunction to implement a staffing structure to ensure all program elements are met. This structure includes executive level program and headquarters administrators as well as a special consultant whose responsibility it will be to ensure the program is successful in its initial accreditation as well as in sustaining that accreditation. DCHCS and CPHCS are committed to establishing these positions and to the recruitment, hiring, and retention of future staff.

**A t t a c h m e n t  A**
**CIW 45 Bed Psychiatric Inpatient Program**
**Anticipated Staffing Needs**

California Department of Corrections and Rehabilitation
California Institution for Women - CIW 45 Bed Acute/Intermediate Psychiatric Inpatient Program

| Anticipated Staffing Needs | | FY 2010/11 Current Year | | | | FY 2011/2012 Budget Year | | | | Total Need |
|---|---|---|---|---|---|---|---|---|---|---|
| Classification | Classification Number | Phase I Date | Staffing | Phase II Date | Staffing | Phase III Date | Staffing | Phase IV Date | Staffing | Total Staffing |
| **Joint Commission Accreditation Team -Headquarters** | | | | | | | | | | |
| AGPA | **5393** | 11/01/10 | 2.00 | | | | | | | 2.00 |
| Nurse Consultant II | 8195 | 11/01/10 | 1.00 | | | | | | | 1.00 |
| Office Technician       in | 1139 | 11/01/10 | 2.00 | | | | | | | 2.00 |
| Senior Psychiatrist, S ecialist C&RS | 9759 | 11/01/10 | 1.00 | | | | | | | 1.00 |
| Senior Ps chol    ist,Specialist CF | 9287 | 11/01/10 | 1.00 | | | | | | | 1.00 |
| Clinical Social Worker (H/CF | 9872 | 11/01/10 | 1.00 | | | | | | | 1.00 |
| Chief, Psychiatric Inpatient Programs (CEA) | 7500 | 11/01/10 | 1.00 | | | | | | | 1.00 |
| **Total Joint Commission Accreditation Team-HQ** | | | **9.00** | | | | | | | **9.00** |
| **DMH Model - Administration** | | | | | | | | | | |
| Executive Director (CEA) | 7500 | 11/01/10 | 1.00 | | | | | | | 1.00 |
| Chief Psychiatrist, (C&RS) | 9774 | | | | | | | | | |
| Clinical Administrator | 8255 | | | | | | | | | |
| Chief Psychologist, CF | 9859 | | | | | | | | | |
| Hospital Administrator | 4780 | | | | | | | | | |
| Senior Ps chiatrist, Su ervisor (C&RS) | 9761 | | | 01/01/11 | 1.00 | | | | | 1.00 |
| Administrative Assistant 1 | **5361** | | | | | 07/01/10 | 1.00 | | | 1.00 |
| Program Director, Mental Disabilities (Safety) | **8103** | | | 01/01/11 | 1.00 | | | | | 1.00 |
| Program Assistant, Mental Disabilities (Safety) | 8102 | | | 01/01/11 | 1.00 | | | | | 1.00 |
| Supervising Registered Nurse III - CF (Coordinator Nursing Services) | 9319 | | | 01/01/11 | 1.00 | | | | | 1.00 |
| Supervising Registered Nurse II - CF (Asst Coord Nursing Services) | **9318** | | | | | | | | | |
| Registered Nurse CF     (Utilization Management Coordinator) | 9275 | | | | | | | | | |
| Health Services Specialist (Safety) | 9699 | | | | | | | | | |
| Staff Services Manager I (Admissions & Discharge) | 4800 | | | | | | | | | |
| Senior Psychiatric Technician (Safety) (Admissions) | 8252 | | | | | | | | | |
| Individual Program Treatment Coordinator (Safety): | 9890 | | | | | | | | | |
| Accounting Officer, Specialist | 4546 | | | | | | | | | |
| Accounting Technician | 1741 | | | | | | | | | |
| SSA/AGPA (Data Analyst) | **5393** | | | | | | | | | |
| Office Technician, (Typing) | 1139 | | | | | 10/01/11 | 3.00 | | | 3.00 |
| **DMH Model - Level of Care** | | | | | | | | | | |
| Clinical Dietitian | 1/ See Licensin   Section | | | | | | | | | |
| Staff Psychiatrist, C&RS | **9758** | | | | | 10/01/11 | 2.00 | | | 2.00 |
| Psychologist, Clinical CF | **9283** | | | | | 10/01/11 | 3.00 | | | 3.00 |
| Program Director, Mental Disabilities (Safety) - Chief of Social Work | **8103** | | | | | | | | | |
| Clinical Social Worker | 9872 | | | | | 10/01/11 | 4.00 | | | 4.00 |
| Program Director, Mental Disabilities (Safety) - Chief of Rehab. Therapy | **8103** | | | | | | | | | |
| Recreation Therapist CF | **8324** | | | | | 10/01/11 | 4.00 | | | 4.00 |
| Senior Psychologist, Supervisor CF - PBST | **9288** | | | | | | | | | |
| Supervising Psychiatric Social Worker - CF - PBST | 9291 | | | | | | | | | |
| Supervising Rehabilitation Therapist - PBST | **8316** | | | | | | | | | |
| Senior Psychiatric Technician (Safety) - PBST | 8252 | | | | | | | | | |
| **DMH Model - Nursing** | | | | | | | | | | |
| Unit Supervisor (Safety): | 8104 | | | | | | | | | |
| Registered Nurse (Safety): | 1/ See Licens n   Section | | | | | | | | | |
| Licensed Vocational Nurse (Safety) | 8274 | | | | | 10/01/11 | 10.50 | | | 10.50 |
| Psychiatric Technician (Safety): | **8253** | | | | | 10/01/11 | 31.50 | | | 31.50 |
| Supervising Registered Nurse (Safety) (Staffing) | **8096** | | | | | | | | | |
| Senior Ps chiatric Technician (Staffing) | 8252 | | | | | 10/01/11 | 6.00 | | | 6.00 |
| **Total DMH Model** | | | **1.00** | | **4.00** | | **65.00** | | **0.00** | **70.00** |
| **Licensing - Required** | | | | | | | | | | |
| Associate Information S   tems Anal   t - Required for Licensin | 1470 | | | 01/01/11 | 1.00 | | | | | 1.00 |
| Building Maintenance Worker - **Required for Licensing** | **6216** | | | | | 07/01/11 | 1.00 | | | 1.00 |
| Correctional Health Services Administrator II - **Required for Licensing** | 4910 | | | 01/01/11 | 1.00 | | | | | 1.00 |
| Custodian (Janitor) - **Required for Licensing** | 2006 | | | | | 10/01/11 | 7.00 | | | 7.00 |
| Custodian Supervisor II, CF -**Required for Licensing** | 2004 | | | | | 07/01/11 | 1.00 | | | 1.00 |
| Registered Dietitian CF - **Required for Licensing** | 9279 | | | | | | | | | |
| Food Administrator I - **Required for Licensing** | 2153 | | | 0110111 | 1.00 | | | | | 1.00 |
| Health Records Technician I - **Required for Licensing** | **1869** | | | | | 10/01/11 | 3.00 | | | 3.00 |
| Health Records Technician II Supervisor- **Required for Licensing** | **1887** | | | 03/01/11 | 1.00 | | | | | 1.00 |
| Materials & Stores Supervisor I - **Required for Licensing** | 1508 | | | 0310111 | 1.00 | | | | | 1.00 |
| Medical Transcriber - **Required for Licensing** | 1177 | | | | | | | | | |

| Position | Code | | | Date | Qty | Date | Qty | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Instructor CF - **Required for Licensing** | 9353 | | | | | | | | | |
| Training Officer I - **Required for Licensin** | 5197 | | | 01/01/11 | 1.00 | | | | | 1.00 |
| Office Technician (Typing) - **Required for Licensing** | 1139 | | | | | | | | | |
| Personnel Specialist - **Required for Licensin** | 1303 | | | 0110111 | 1.00 | | | | | 1.00 |
| Pharmacist I - **Required for Licensing** | 7982 | | | | | | | | | |
| Pharmacy Technician - **Required for Licensing** | 7979 | | | | | 10/01/11 | 2.00 | | | 2.00 |
| Physician & Surgeon CF - **Required for Licensing** | 9269 | | | | | | | | | |
| Nurse Practitioner (CE)- **Required for Licensing** | 9278 | | | | | 10/01/11 | 0.50 | | | 0.50 |
| Procurement Officer - **Required for Licensing** | 4760 | | | | | | | | | |
| Registered Nurse (CF) - **Required for Licensing** | 9275 | | | | | 10/01/11 | 11.00 | | | 11.00 |
| **Stations** En ineer-**RequiredforLicensin** | 6713 | | | 01/01/11 | 1.00 | | | | | 1.00 |
| Correctional **Supervising** Cook I - **Required for Licensing** | 2183 | | | | | 10/01/11 | 3.22 | | | 3.22 |
| Supervising Registered Nurse II CF -**Required for Licensing** | 9318 | | | 01/01/11 | 2.00 | | | | | 2.00 |
| **Total Licensing - Required** | | | | 0.00 | | 10.00 | | **28.72** | 0.00 | 38.72 |
| **Custody -Field** | | | | | | | | | | |
| Correctional Counselor I | 9904 | | | | | 10/01/11 | 1.00 | | | 1.00 |
| Correctional Lieutenant | 9656 | | | | | | | | | |
| Correctional Officer (Control Officer) | 9662 | | | | | | | | | |
| Correctional Officer Floor | 9662 | | | | | | | | | |
| Correctional Officer (Housing Rover) | 9662 | | | | | | | | | |
| Correctional Officer Pr     ram Escort) | 9662 | | | | | 10/01/11 | 9.66 | | | 9.66 |
| Correctional Officer (Search & Escort) | 9662 | | | | | 10/01/11 | 3.22 | | | 3.22 |
| Correctional Officer (Tower) | 9662 | | | | | | | | | |
| Correctional Officer (Yard/Coverage | 9662 | | | | | | | | | |
| Correctional Sergeant | 9659 | | | 11/01/10 | 1.83 | 10/01/11 | 3.00 | | | 4.83 |
| **Total Custody** | | | | 0.00 | | 1.83 | | 16.88 | 0.00 | 18.71 |
| **Total** | | | | | | | | | | |
| **Total Required F/Y201012011** | | | | 10.00 | | 15.83 | | | | 25.83 |
| **Total Required F/Y201112012** | | | | | | | | 110.60 | 0.00 | 110.60 |
| **TOTAL REQUIRED** | | | | | | | | | | 135.43 |