# EXHIBIT B

**MEMORANDUM OF UNDERSTANDING**
**CALIFORNIA DEPARTMENT OF CORRECTIONS and REHABILITATION**
**A N D**
**CALIFORNIA DEPARTMENT OF MENTAL HEALTH**
Training and Mentoring Program for Inpatient Mental Health Services

**I.   INTENT**

The intent of the California Department of Corrections and Rehabilitation (CDCR) and the California Department of Mental Health (DMH), by entering into this Memorandum of Understanding (MOU), is to create the framework by which DMH will train and mentor CDCR staff in, as well as provide consultation regarding, the operational structure of the 45-bed Acute and Intermediate level of inpatient mental health care facility [hereafter Psychiatric Inpatient Program (PIP)] at the California Institution for Women (CIW).

**II.   GENERAL PROVISIONS**

a. This MOU is effective from the date the MOU is signed and approved by CDCR, the Federal Receiver, and DMH for a period of two years. Should any of the parties deem it necessary to review and revisit the terms of this agreement, they agree to address their concerns through the addendum process currently in place.
   i. Should an addendum to this MOU be required as a result of a new policy by DMH, the Federal Receiver, or CDCR or a new court order, a sub-committee shall be appointed by the executive staff of DMH and CDCR headquarters. This sub-committee shall be composed of both DMH and CDCR headquarters staff and shall develop the addendum for presentation to the executive staff of the two Departments and the Federal Receiver. Upon approval, the addendum shall be signed by the Chief Deputy Director of DMH, the Chief Deputy Secretary of the CDCR DCHCS and the Federal Receiver, which will be a party until the court terminates the need for the Receivership. The signed addendum shall be forwarded to the Deputy Attorney General for forwarding to the *Coleman* court.
b. DMH and CDCR shall work collaboratively in assuming their respective roles, with any issues that arise being resolved at the department level between the Chief Deputy Director, DMH, Chief Deputy Receiver, and the Chief Deputy Secretary, DCHCS, CDCR.

c. CDCR shall provide inpatient mental health care services to female inmate-patients at the CIW 45-bed PIP by establishing a licensed Correctional

    Treatment Center (CTC) at CIW. This PIP shall be modeled on DMH's program design, structure and milieu to provide mental health inpatient care and services to inmate-patients. The PIP Executive Director shall have responsibility for the ongoing management and operation of the CIW 45-bed PIP facility.

  d. DMH shall assist CDCR in monitoring the delivery of inpatient care to ensure that the program meets licensing standards as well as the applicable standards of The Joint Commission (formerly the Joint Commission on Accreditation of Healthcare Organizations / JCAHO).

  e. DMH will not transfer CDCR inmate-patients from Patton State Hospital (Patton) to CIW until no wait list exists for admission to CIW's PIP facility and both CDCR and DMH agree that the transfer of an inmate-patient will not negatively impact the inmate-patient's treatment and or jeopardize the inmate-patient's health and safety. If it is determined that the need for ICF care provided to female inmate-patients is being met by the CIW 45-bed PIP, and DMH services at Patton State Hospital are no longer required, CDCR and DMH may request approval from the *Coleman* Court to return Patton's 30 *Coleman* class beds to the hospital for use by other penal classes.

### III. DIVISION OF RESPONSIBILITIES AND INTER-RELATIONSHIPS

  a. **Designated Roles and Responsibilities of CDCR and DMH:**

    **CDCR:**
1. CDCR shall assume responsibility for all costs incurred in operating the CIW PIP facility and administering this program both at CDCR headquarters and at CIW.
2. CDCR shall establish the necessary positions at CIW, based on staffing recommendations from DMH, to provide the services anticipated by this MOU. CDCR will allocate positions to obtain and maintain Joint Commission accreditation and provide oversight of the program.

    **DMH:**
1. DMH shall support CDCR in the process of assuming responsibility for inpatient mental health care services by providing access to its existing resources that might aid the Department in this process. Access to these resources shall include, but not be limited to, its staff (subject matter experts), facilities and programs (Salinas Valley Psychiatric Program and Vacaville Psychiatric Program), documentation (policies, procedures, directives, guidelines), training materials, etc., as agreed upon by DMH and CDCR.
2. DMH shall assume responsibility for all costs of DMH staff who provide guidance, training, and mentoring services; and other

      resources required in facilitating their responsibilities as provided through this MOU.
   3. DMH shall provide guidance, training, and mentoring to CDCR throughout this process, including identifying potential issues and assisting in correcting problems and sustaining long term resolutions.
   4. DMH will train and mentor CDCR staff as outlined below and assist with planning and implementation of this project.

iii. **CDCR and DMH:** Both departments intend to collaborate to develop operational criteria for the CIW 45-bed PIP facility that will meet licensing standards as well as the applicable standards for Joint Commission accreditation.

iv. **CDCR Accreditation Team:** The CDCR Accreditation Team is responsible for ensuring that the CIW 45-bed PIP achieves and maintains Joint Commission accreditation.

v. **PIP Project Coordination & Collaboration:**
   1. PIP project coordination and collaboration shall be established and maintained at the Headquarters level and shall include executive personnel and staff from DMH and CDCR with expertise necessary to plan, activate, and manage the inpatient facility at CIW.
      a. DMH staff assisting with the coordination of and collaboration on this project shall include, but not be limited to: DMH administrative staff from DMH headquarters, DMH staff working in facilities currently providing inpatient treatment to CDCR inmate-patients, and others, all of whom have experience administering these programs.
      b. CDCR Staff dedicated to this project shall include, but not be limited to: the CDCR Joint Commission Accreditation Team and representatives from mental health (executive, clinical, and support staff), nursing, licensing, budgets, human resources, labor relations, training, health care placement unit, facilities management, workforce planning and development, and information technology.
   2. The responsibilities of those dedicated to the CIW 45-bed PIP shall be to oversee the planning and activation of the CIW PIP facility and ensure that adequate and appropriate infrastructure exists to support ongoing operation of this program. Where competing needs exist, DMH and CDCR staff shall ensure that changes do not compromise the facilities' function as a psychiatric inpatient program.

   b. **Inter-Relationships with other Agencies and Programs:**

   i. **Federal Receiver:** The Federal Receiver will provide all services currently provided to DMH programs operating within SVSP and CMF to the new CIW 45-bed PIP facility. The new CIW PIP will utilize the approved CDCR formulary for use with all pharmaceuticals.

   ii. **Division of Adult Institutions (DAI):** CDCR will assume responsibility for the transportation of inmate-patients to and from, as well as within, CIW receiving treatment in the CIW 45-bed PIP facility.

   iii. **Health Care Population Oversight Program (HCPOP):** Referrals for PIP placement consideration will be made by direct referral from the referring institution to the CIW PIP Clinical Assessment Team (or equivalent), within established referral and transfer procedures and timeframes. A copy of CIW's daily census and waiting lists will be sent electronically to HC-POP daily for tracking and monitoring purposes.

## IV. GENERAL PLANS

   a. **Training Plan:** DMH shall provide a training plan (outline, curriculum materials) designed to meet the initial and ongoing training needs of all clinical and non-clinical staff included in activating the CIW 45-bed PIP facility. This training curriculum shall meet the facility's pre-activation and full activation training needs of the facility.

   b. **Mentoring Plan:** DMH staff shall also provide mentoring to CDCR staff in preparation for and during the initial activation of the CIW 45-bed PIP facility. The format for this mentoring is described below and will occur in two phases:

   1. Initial mentoring phase: Occurs between 3/1/2011 and 10/1/2011. This phase is focused on a combination of DCHCS headquarters staff, CIW PIP pre-activation staff, and related CIW health care and custody staff at the supervisory, management, administrative, and executive levels who are involved in the activation and or operation of the new CIW PIP. This phase of mentoring shall focus on preparing these staff for and guiding them through the design, development, implementation, activation, and operation of this new program.

   2. Activation phase: Occurs between 10/1/2011 and 3/9/2012. This phase of mentoring is focused on the full complement of CIW PIP

activation staff and related CIW health care and custody staff (at all levels) who are involved with the activation and operation of this new program. This phase of mentoring shall focus on preparing these

California Department of Corrections and Rehabilitation
California Department of Mental Health

staff for and guiding them through the implementation, activation, and operation of the new CIW PIP.

c. **CIW Activation Plan:** The activation of the CIW 45-bed PIP facility shall include the following components:

**Peer Review:** CDCR shall integrate a local peer review system at CIW, consistent with Joint Commission and CTC standards, into its organized medical staff and mental health system. DMH shall provide consultation on the structure of CDCR's organized medical staff model, to the extent that it is consistent with The Joint Commission standards and requirements.

**ii. Mentoring and Oversight:** CDCR is seeking accreditation from The Joint Commission and must meet all requirements of The Joint Commission as well as CTC licensing requirements. DMH will continue to provide mentoring and oversight, alongside CDCR staff, and consultation for a period of not less than one year after the activation phase of the CIW PIP facility is complete and CIW has established & maintained accreditation by The Joint Commission.

**V. MENTORING FORMAT**

a. **Initial Mentoring Phase**

**CDCR shall ensure that, during the initial phase of mentoring as defined above and scheduled to occur prior to activating the CIW 45-bed PIP facility, qualified CDCR administrative, clerical, and support staff are available to work directly with DMH in operating Psychiatric Acute and Intermediate level of care inpatient mental health care programs.**

ii. CDCR staff will receive mentoring from DMH staff in the following order:
1. CDCR members of the Joint Commission Accreditation Team.
2. CDCR Executive, Management, Supervisory, and related staff that will activate the CIW 45-bed PIP.
3. CDCR staff that will provide direct service to the inmate-patients, including, but not limited to: facility staff from non-clinical disciplines such as administrative, office staff, janitorial services, health records services, dietary services, and other support & ancillary staff.

**iii. CDCR will hire and embed staff for mentoring and shadowing in the DMH Salinas Valley Psychiatric Program prior to activating the CIW 45-bed PIP facility in order to facilitate its successful activation. Patton State Hospital staff shall be available to provide consultative services**

90

  specifically as they relate to gender treatment issues and Positive Behavioral Support services. DMH shall provide those resources necessary to host CDCR activation staff at its Patton State Hospital, Salinas Valley Psychiatric Program, and other program sites for training and mentoring during this initial training phase. This process is anticipated to begin as early as 03/01/2011. The staff trained will include, but not be limited to:

1. **CDCR Executive Director, Program Director, and other management staff shadowing DMH equivalent positions at Patton State Hospital, Salinas Valley Psychiatric Program, and other programs until both parties agree that mentoring is no longer needed.**
2. **CDCR clinicians, nursing, ancillary, and other mental health staff shadowing DMH staff at Patton State Hospital, Salinas Valley Psychiatric Program, and other programs until both parties agree that mentoring is no longer needed.**

 iv. DMH shall provide assistance to CDCR for on-going assessment of staff performance and overall program progress at the CIW 45-bed PIP facility. Feedback will be shared with individual CDCR team members as well as the designated supervisors at CDCR headquarters.

 **b. <u>Activation Phase</u>**

  CDCR will model operation of the CIW 45-bed PIP facility on DMH's Psychiatric Program operations, utilizing DMH policies, procedures, program guidelines, and training materials.

1. CIW PIP will adopt an organizational structure substantially similar to that used by DMH in their Psychiatric Programs.
2. **CIW PIP facility staffing and operation will be modeled on DMH's program design, structure and milieu to provide mental health inpatient care and services to inmate-patients.**
3. **Once CDCR fully activates the CIW 45-bed PIP, and has obtained accreditation by The Joint Commission, DMH shall perform follow-up supportive services to evaluate the maintenance of accreditation criteria for a period of at least one-year. The feedback from these services will be shared with the CDCR Accreditation Team and designated staff at CDCR headquarters. DMH and CDCR may jointly extend this one-year follow-up period.**

**VI. MODIFICATION & TERMINATION**

 CDCR, the Federal Receiver, and DMH may jointly determine if any aspect referenced in this MOU in whole or in part, should be removed or revised as new

California Department of Corrections and Rehabilitation California Department of Mental Health

goals and objectives are formulated. All aspects, in whole or in part, not revised or terminated pursuant to this provision, shall remain in full force and effect.

SIGNATORS:

TERRI MCDONALD                                    Date of Signature
CHIEF DEPUTY SECRETARY
  Adult Operations
  California Department of Corrections and Rehabilitation

SHARON AUNGST                                     Date of Signature
 CHIEF DEPUTY SECRETARY
 **Division of Correctional Health Care Services**
 **California Department of Corrections and Rehabilitation**


STAN BAJORIN                                      Date of Signature
 CHIEF DEPUTY DIRECTOR
 Department of Mental Health

J. CLARK KELSO                                    Date   of
Signature  RECEIVER
  California Prison Health Care Services


MATTHEW L. CATE                                   Date of
  Secretary
     California Department of Corrections and Rehabilitation