# **Exhibit C**

**BILL LOCKYER**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 327-7872
Facsimile: (916) 324-5205
E-Mail: Lisa.Tillman@doj.ca.gov

October 26, 2004

J. Michael Keating, Jr.                                     *Via Email and US Mail*
Special Master
285 Terrace Avenue
Riverside, RI 02915

RE:   COLEMAN, et al. v. SCHWARZENEGGER, et al.
      USDC Court, Eastern District of California, Case No. CIV S-90-0520 LKK JFM P

Dear Mr. Keating:

Please find enclosed defendants' plan to meet system-wide the needs for the evaluation and treatment of inmates with the paraphilia or sexual disorder of exhibitionism when it involves public exposure and masturbation. This plan is submitted in response to the court order of July 27, 2004.

Sincerely,

LISA A. TILLMAN
Deputy Attorney General

For   BILL LOCKYER
      Attorney General

*Enclosure

See attached copy list

October 26, 2004
Page 2

cc: Mathew Lopes
　　Michael Bien
　　Steve Fama
　　Jeffrey Metzner
　　Melissa Warren
　　Ray Patterson
　　Mohamedu Jones
　　Dennis Koson
　　Paul Nicoll

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                Arnold Schwarzenegger, Governor

**DEPARTMENT OF CORRECTIONS**
P.O. Box 942883
Sacramento, CA 94283-0001



OCT 25 2004

Mr. J. Michael Keating, Jr.
Special Master
285 Terrace Avenue
Riverside, RI 02915

Dear Special Master Keating:

PROCEDURES FOR MENTAL HEALTH ASSESSMENT OF INMATE INDESCENT EXPOSURE AND TREATMENT FOR EXHIBITIONISM

Enclosed are the "Procedures for Mental Health Assessment of Inmate Indecent Exposure and Treatment for Exhibitionism," in compliance with the July 27, 2004, court order requiring submission of "a plan to meet system-wide needs for the evaluation and treatment of inmates with the paraphilia or sexual disorder of exhibitionism, when it involves public exposure and masturbation."

The California Department of Corrections (Department) intends to implement the evaluation and treatment procedures at all institutions after receiving court approval of the appropriateness of the submitted procedures. Prior to implementation, the Department intends to conduct training, primarily through statewide videoconferences between headquarters staff and staff in the field and will develop such training pending court approval of the procedures. Upon receiving approval of the procedures from the court, the Department will set an implementation date and schedule training date(s).

If you have any questions or concerns, please contact Dr. Timothy Fishback, Chief Psychiatrist, Health Care Services Division, at (916) 324-5236.

Sincerely,

J. S. WOODFORD
Director

Enclosure

cc: Ernest Van Sant, Chief Deputy Director, Support Services
John Dovey, Chief Deputy Director, Field Operations
Renee Kanan, Deputy Director (A), Health Care Services Division
Kathleen Keeshen, Deputy Director, Legal Affairs Division
Cheryl Pliler, Deputy Director, Institutions Division

# Procedures for Mental Health
# ASSESSMENT of Inmate Indecent Exposure
# And TREATMENT for Exhibitionism

## INTRODUCTION

The California Penal Code defines indecent exposure as the willful and lewd exposure of a person, or the private parts thereof, in any public place, or any place where there are present other persons to be offended or annoyed thereby.

Indecent exposure of the genitals in a public setting (including at cell front) in a CDC environment can be the behavioral manifestation of one or more of the following:

- A serious mental disorder
- Substance intoxication
- Exhibitionism
- Antisocial behavior
- Public urination
- Environmental stimulus such as encouragement or peer pressure

The Diagnostic and Statistical Manual (DSM) of Mental Disorders, Fourth Edition, defines Exhibitionism as a mental disorder in an individual who meet both of the following criteria:

A. Over a period of at least 6 months, recurrent, intense sexually arousing fantasies, sexual urges, or behaviors involving the exposure of one's genitals to an unsuspecting stranger. *

B. The fantasies, sexual urges, or behaviors cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

> \* For CDC's purpose, in the correctional environment the unsuspecting individual is typically an employee rather than a stranger.

## POLICY

The California Department of Corrections (CDC) does not tolerate indecent exposure. Every incident of indecent exposure shall be reported, tracked, managed, and when appropriate, disciplined and prosecuted. An inmate who engages in indecent exposure of the genitals in a public setting (including at cell front) in a CDC environment shall be subject to a variety of clinical and custody interventions in an attempt to reduce or eliminate the intolerable behavior.

CDC shall offer mental health treatment to inmate-patients who have been diagnosed with Exhibitionism, per criteria set forth in the most recent version of the Diagnostic and Statistical Manual for Mental Disorders, *and* who engage in indecent exposure of one's genitals in a public setting (including at cell front) in a CDC environment. The inmate-patient must be capable of participating with treatment and provide informed consent.

## ISSUES AND ASSUMPTIONS

1                                                         Revised October 10, 2004

These procedures address the occurrence of incidents of indecent exposure of one's genitals in a public setting (including at cell front) in a CDC environment.

Intervention Procedures may include:

- Custody interventions: including but not limited to body jumpsuits, restriction of privileges, etc... as determined by departmental/institution policy and procedures

- Clinical interventions: assessment, monitoring, and treatment if clinically indicated

**Clinical assessment** shall be provided for the behavior and patterns of indecent exposure, starting with the first incident in a CDC environment.

**Clinical treatment** for Exhibitionism shall be offered to inmate-patients who engage in indecent exposure under one of the following circumstances:

- An inmate-patient who has been given a diagnosis of Exhibitionism (per the most recent edition of the Diagnostic and Statistical Manual (DSM) of Mental Disorders), *and* has engaged in the indecent exposure of one's genitals in a public setting (including at cell front) in a CDC environment, and is enrolled in the Mental Health Services Delivery System (MHSDS). If the inmate-patient does not also have a serious mental disorder, as defined in the Mental Health Program Guide, enrollment in the MHSDS shall be with the designation of "Medical Necessity".

- An inmate-patient is already enrolled in the MHSDS for a serious mental disorder and the indecent exposure is a behavioral manifestation of either that disorder, or a concomitant diagnosis of Exhibitionism.

It is CDC's policy to only provide clinical resources for the treatment of indecent exposure, or "exhibitionistic" *behavior* that is secondary to a serious mental disorder and/or the DSM diagnosis of Exhibitionism.

Clinical treatment for Exhibitionism *shall not be* offered to inmates who engage in indecent exposure secondary to substance intoxication, antisocial behavior, public urination (which is sometimes offered as an explanation for the behavior), or behavior that results from encouragement or peer pressure.

Additionally, clinical treatment *shall not* be offered to inmate-patients who have received a diagnosis of Exhibitionism, either before or during incarceration in the CDC, when the diagnostic criteria include only sexual fantasies and/or urges to expose one's genitals, but *not* the behavior of indecently exposing one's genitals in a public setting (including at cell front) in a CDC environment.

Clinical and custody staff shall work together, especially in the Interdisciplinary Treatment Team process, to assess inmate behavior, collect data, share information and develop clinical and custody interventions to reduce the occurrence of indecent exposure behaviors.

Revised October 10, 2004