ASSESSMENT

I. **Initial Clinical Assessment Procedures: The Mental Health Screen**

All inmates who engage in indecent exposure shall be assessed with a screening for mental health problems.

Purpose of the mental health screening process:

The purpose of the mental health screening process varies as a function of whether or not the inmate is currently included within the MHSDS:

- For inmates who are *not* enrolled in the MHSDS, the purpose of the screen is to determine whether the inmate exhibits a serious mental disorder that would warrant enrollment into the MHSDS as delineated in the Mental Health Program Guide.

- For inmate-patients who *are* enrolled in the MHSDS at the time of referral, the screening is intended to determine whether the existing mental health diagnosis is appropriate and contributing to the behavior.

*Note:* A mental health screen alone is not sufficient to rule in or out a definitive diagnosis of Exhibitionism. A final diagnostic determination can be made after a period of observation of the inmate's behavior in the presence of security measures, additional records have been reviewed, consideration is given to possible environmental supports for the behavior, and a comprehensive mental health evaluation has been completed.

Steps of the mental health screening process:

The mental health screening shall be conducted as soon as possible following the incident.

When possible, the mental health screening should occur within normal business hours on the same day as the incident. Otherwise, the screening should occur by the next regular business day and no later than 72 hours from the time of the incident. It is not the Department's intention that the mental health assessment occurs after-hours, nights, weekends, or holidays unless an on-call mental health clinician is already on grounds. The closer the mental health screening occurs in relation to the time of the behavioral incident, the greater the opportunity for the evaluating mental health clinician to observe signs and symptoms or other factors that would support a determination of any of the following:

- Acute mental deterioration
- Antisocial behavior
- Public urination
- Substance intoxication
- Possible environmental supports for the behavior
- The influence of already imposed security measures on the behavior

The steps of the mental health screening process include the following:

Revised October 10, 2004

1. Mental health staff shall be notified of the indecent exposure incident utilizing established departmental/institution procedures such as the Program Guides and local operating procedures

2. A review of the inmate's health records

3. A diagnostic interview with the inmate in a confidential setting. If the inmate refuses to be interviewed in a private setting, then the evaluating clinician shall make his or her best effort to conduct at least a mental status exam in the current setting, while maintaining confidentiality to the best extent possible.

4. Following completion of a mental health screening, a brief report shall be completed and placed in the unit health record (UHR). The format for this report shall follow that in Attachment 1.

5. An Interdisciplinary Treatment Team (IDTT) shall then review the information obtained in steps one, two and three. The IDTT shall do one or more of the following:

   - Not enroll the inmate in the MHSDS because there is insufficient evidence to support a determination of serious mental disorder or medical necessity

   - Enroll the inmate in the MHSDS, in accordance with Program Guide criteria, and develop an initial treatment plan

   - If already enrolled, modify the existing diagnosis and treatment plan as necessary

   - Request a more comprehensive mental health evaluation to rule in or out a diagnosis of Exhibitionism

This entire mental health screening process (steps 1 through 5) shall be completed within ten (10) business days of the reported incident of indecent exposure.

II. **Additional Clinical Assessment Procedures: Comprehensive Mental Health Evaluation to Assess for the Presence of Exhibitionism**

An IDTT shall determine whether an inmate needs a more comprehensive mental health evaluation in order to rule in or out a diagnosis of Exhibitionism as defined by the DSM.

Purpose of the comprehensive mental health evaluation:

The purpose of a more comprehensive mental health evaluation, when provided to an inmate that has engaged in indecent exposure, is to assess for a diagnosis of Exhibitionism. An IDTT shall request the evaluation when one or more of the following circumstances apply:

- The inmate has engaged in indecent exposure in a public setting (including at cell front) in a CDC environment and the initial mental health screening is positive for a serious mental disorder

- Clinical staff determines that the pattern of indecent exposure suggests the behavior is associated with a serious mental disorder and/or Exhibitionism

- The occurrence of indecent exposure continues despite the imposition of security measures

The Mental Health Program clinical manager(s) will assign the comprehensive evaluation to an appropriate clinician.

Steps of the comprehensive mental health evaluation for determination of Exhibitionism:

1. A functional analysis is conducted of the pattern of indecent exposures based on available information regarding the inappropriate behaviors. Consistencies in behaviors are noted in addition to the effects they have on the employee(s) who witnesses the behavior and others in the environment. The analysis shall entail the collection of any available documented acts of inappropriate sexual behavior, including that which occurred before incarceration, during previous incarcerations, and during the current incarceration. This information may be found in the Central File by researching previous disciplinary write-ups and other information. The analysis should include:

   - Date(s) of the offense
   - Name of the affected employee(s)
   - Job classification of affected employee(s)
   - Time(s) of day
   - Location and/or setting(s)
   - Other individuals present and witnessing the behavior
   - Description of the inappropriate behavior
   - Information regarding the consequences of the behavior (e.g. legal or other disciplinary consequences)
   - Information regarding the reaction of the affected employee(s)
   - Information regarding the reaction of any witnesses to the behavior

2. The inmate shall then be interviewed to gather additional information regarding sexual history and insight into the patterns of behavior. Within the context of this interview, the following information will be gathered:

   - Inmate's sexual history including involvement in consensual behavior
   - Inmate's recollection of involvement in inappropriate and/or nonconsensual sexual behavior
   - Inmate's history of involvement in treatment for sexual behaviors
   - Inmate's perception of the basis for any inappropriate sexual behavior that occurred prior to incarceration
   - Inmate's perception of the basis for any occurrence of inappropriate sexual behavior during incarceration
   - Inmate's perception of the effect that indecent exposure has on CDC employee(s)
   - Inmate's perception of the self-impact of engaging in inappropriate sexual behavior

3. Appropriate psychometric tests may be administered to assist with:

- Diagnosing Axis I and Axis II conditions that may be contributing to the patterns of indecent exposure
- Determination of ability and/or willingness to participate in treatment
- Determining treatment methods

These may include, but are not limited to, measures of cognitive functioning, personality measures, and measures designed to assist in assessing the veracity of self-reporting.

4. The analysis shall include consideration of the impact of security measures on the behavior.

5. A determination shall be made as to whether or not the inmate has Exhibitionism per the DSM criteria.

6. A report documenting the results from the comprehensive mental health evaluation shall be completed and placed in the UHR. The format for this report shall follow that presented in Attachment 2.

### III. Imposition of Security Measures

Inmates who engage in acts of indecent exposure may be subjected to security measures (including but not limited to body jumpsuits, restriction of privileges, etc…as determined by departmental/institution policy and procedures) that are designed to decrease the opportunity for the inmate to repeat the behavior and/or will minimize the impact that the behavior has on staff.

- Custody staff may initiate implementation of these security measures. If the inmate is a participant in the MHSDS, custody staff will make initial decisions regarding the implementation and continuation of security measures with subsequent input by the IDTT.

- The IDTT will participate in decisions regarding the appropriateness and effectiveness of security measures for inmates enrolled in the MHSDS.

- Some security measures are designed to prevent inmates from receiving behavior-reinforcing feedback regarding the effects of indecent exposure on staff members. Observation of the impact of these security measures provides significant information regarding the potential basis of the behavior. This information will be reviewed as part of the comprehensive mental health evaluation to assess for the presence of the disorder of Exhibitionism.

### IV. Tracking the Effects of Security Measures and Determining Whether Additional Evaluation and Intervention Is Necessary

Following the imposition of security measures, the inmate's behavior will be monitored and tracked as a means of determining the effects on the occurrences of the behavior.

- A mental health clinician shall provide follow-up reviews, document them in the UHR, and report to the IDTT, as appropriate. The IDTT shall determine whether additional

evaluations for the presence of Exhibitionism or additional treatment plan modifications are indicated.

- If the IDTT determines that the occurrence of indecent exposure has decreased significantly over a reasonable amount of time following the imposition of security measures, then the IDTT may decide that mental health clinicians no longer need to participate in tracking and monitoring the behavior.

- If additional mental health evaluation is indicated, the Mental Health Program clinical manager(s) will assign the case to an appropriate clinician.

- If clinical or custody staff determine that an inmate, who is on security precautions for indecent exposure, is exhibiting signs of any mental health symptoms, the following shall occur:

    1. The staff member shall submit a Referral for Mental Health Services according to established referral procedures, using the procedure for emergency referral if warranted by the inmate's condition.

    2. If the clinician responding to the referral determines that the inmate has no significant mental health problems or symptoms, or has symptoms not attributable to the effects of the security precautions, the inmate will be monitored according to established procedures.

    3. If the clinician responding to the referral determines that the inmate is experiencing deterioration in his mental health, possibly related to the effects of the security precautions, he or she shall:

        - Write a 128-C Chrono documenting these concerns and route a copy to the appropriate Facility Captain and to the inmate's Central File within three business days of the evaluation. The clinician shall also discuss the concerns with the appropriate custody supervisor at the next IDTT meeting, or in another forum determined by the Facility Captain, within seven calendar days of the evaluation.

        - Discuss the case at the next IDTT

        - If warranted, refer the inmate to a Mental Health Crisis Bed

## TREATMENT

### I. Purpose

To provide those inmate-patients diagnosed with Exhibitionism, who have also engaged in incidents of indecent exposure of one's genitals in a public setting (including at cell front) in a CDC environment, with mental health treatment that focuses on the reduction or prevention of such behaviors.

### II. Inmate-Patient Criteria

Inmate-patients will be accepted for treatment for Exhibitionism only when they meet all of the following criteria:

- A. The inmate-patient engages in an incident of indecent exposure of one's genitals in a public setting (including at cell front) in a CDC environment

- B. The inmate-patient receives a DSM Axis I diagnosis of Exhibitionism following the assessment procedures set forth above

- C. The inmate-patient, in the opinion of the evaluating mental health clinician, is capable of participating in and willing to accept treatment

- D. The inmate-patient provides informed consent to participate in the treatment

### III. Treatment Methods

- A. Psychotherapeutic Treatment:

Treatment will focus on assisting the inmate-patient in the development of self-management strategies for reducing or preventing action on the urges to indecently expose one's genitals. The treatment method(s) will be determined by the inmate-patient's Interdisciplinary Treatment Team (IDTT) and recorded in the treatment plan. The treatment method(s) shall include one or both of the following:

  1. Individual psychotherapy that is insight-oriented, behavior modifying and/or supportive, approximately 45 to 50 minutes face-to-face with the inmate-patient, at least once per week, with a mental health clinician.

  2. Group therapy with other inmate-patients that have engaged in indecent exposure of one's genitals in a public setting (including at cell front) in a CDC environment **and** are diagnosed with Exhibitionism, at least two times per week for a total of approximately 150 to 160 minutes of face-to-face time per week. Group therapy shall only be provided when three or more of these inmate-patients are in the same program/housing unit, agree to participate, and adequate security measures can be implemented to provide for such therapy.

- B. Psychiatric Consultation and Psychotropic Medication Management:

A psychiatrist shall provide consultation for diagnostic assessment or confirmation and, if clinically indicated, medication management services to any inmate-patient in the MHSDS who has engaged in indecent exposure of one's genitals in a public setting (including at cell front) in a CDC environment **and** has a diagnosis of Exhibitionism.

The psychiatrist shall:

  1. Review current and historical diagnostic assessments and provide input and/or recommendations.

  2. Assess for the possibility that the indecent exposure is due to substance intoxication.

3. Attempt to rule out medical causes for the behavior (such as excessively elevated testosterone).

4. Attempt to rule out antisocial behavior as the sole cause.

5. If clinically indicated, discuss the potential usefulness of high dose selective serotonin reuptake inhibitor (SSRI) therapy in the treatment of Exhibitionism with the inmate-patient.

6. If clinically indicated, prescribe and monitor SSRI therapy.

IV. **Treatment Reviews**

A. The inmate-patient's IDTT has primary responsibility for the delivery and monitoring of treatment for Exhibitionism in inmate-patients who have engaged in indecent exposure. Treatment review for Exhibitionism will occur at least every 90 days, per the Mental Health Program Guides, and will specifically address the occurrence of CDC disciplinary (115) write ups and an assessment of treatment progress.

B. Clinical collaboration with custody will occur during IDTT meetings regarding the use of any security measures imposed by custody. The clinical members of the IDTT will provide input into custody decisions about the length of time for each imposed security measure.

9                                    Revised October 10, 2004

Attachment 1

# Report Format for Mental Health Screening
# Following Incident of Indecent Exposure

I. **Health Care Records Review**

   A. Determination of current MHSDS enrollment status
   B. If enrolled, current diagnosis
   C. If enrolled, current treatment plan
   D. Current (if enrolled) and any past symptoms (with dates) of mental illness

II. **Current Mental Status**

   A. General description - appearance, behavior and psychomotor activity, attitude toward examiner
   B. Mood and affect and appropriateness
   C. Speech – quantity, rate of production, and quality
   D. Perceptual disturbances such as hallucinations and illusions
   E. Thought – process (form of thinking) and content
   F. Sensorium and cognition – alertness and level of consciousness, orientation, memory, concentration, abstract thinking, fund of information and intelligence
   G. Impulse control
   H. Judgment and insight
   I. Reliability

III. **Assessment**

   A. DSM-IV Diagnosis:
   
      Axis I:
      Axis II:
      Axis III:
      Axis IV:
      Axis V:
   B. Summarize the findings that support the Axis I and Axis II diagnoses
   C. Assessment of the inmate's ability and willingness to participate in mental health treatment

IV. **Plan/Recommendations**

   A. Present to IDTT
   B. Provide IDTT with specific recommendations for treating any serious mental illness discovered with the mental health screen

V. **Document in the Unit Health Record a description of any security measures instituted as a result of the indecent exposure incident, including dates of implementation**

Revised October 10, 2004

Attachment 2

# Comprehensive Mental Health Evaluation
# For Indecent Exposure Behavior

I. **Central File Record Review**

   Determination of indecent exposure behavior before or during incarceration in a CDC facility

II. **Summary of the Findings Regarding Environmental Correlates of the Behavior, Obtained Through the Functional Analysis**

   A. Summarization of the nature of incidents of inappropriate sexual behavior (e.g. the nature of the acts committed, period of time across which these act have occurred, etc.)

   B. Summarization of any existing consistency with respect to setting

   C. Summarization of affected employee's demographic characteristics

   D. Summarization of information regarding the consequences of the behaviors (e.g. previous incarcerations, etc.)

   E. Summarization of apparent or reported reactions by staff

III. **Summary of the Information Obtained from Interview with the Inmate**

   A. Relevant sexual history

   B. Inmate's recollection of history of inappropriate sexual behavior

   C. Inmate's perception of the basis for inappropriate sexual behavior and the effect that this behavior has on affected employees

IV. **Summary of the Findings from Psychometric Testing**

   A. List of the instruments used

   B. Report of the findings and relevance to diagnostic issues

V. **Review of the Impact of Behavioral Sanctions Implemented by Custody**

VI. **Diagnostic Impressions**

   Discussion of diagnostic impressions resulting from the comprehensive mental health evaluation.

VII. **Recommendations for follow-up and/or treatment**

Revised October 10, 2004