IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                 No. 2:-90-cv-0520 LKK JFM (PC)

    vs.

EDMUND G. BROWN, JR., et al.,

      Defendants.            <u>ORDER</u>

                                        /

        Pursuant to court order, on November 17, 2011, the special master filed a report and recommendation on the adequacy of defendants' plan to furnish suicide resistant beds in all mental health crisis bed units. Neither party has filed objections.

        As detailed in the special master's report, defendants replaced their initial plan with an amended plan filed on November 16, 2011. The court agrees with the special master that defendants are to be commended for the advances made in the amended plan, including increasing the number of suicide-resistant beds that will be provided, extending placement of those beds to additional units, and speeding up the timetable for their installation. The special master approves the amended plan and recommends its implementation as quickly as possible. That will be the order of the court.

/////

In accordance with the above, IT IS HEREBY ORDERED that defendants' Amended Plan to Furnish Suicide-Resistant Beds in All Mental Health Crisis Bed Units, filed November 16, 2011, is approved. Defendants shall implement the plan forthwith.

DATED: December 5, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2