KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-8010
  Fax: (916) 324-5205
  E-mail: David.Brice@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' FOURTH STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

1

# ACRONYM LIST

| Acronym | Term |
|---|---|
| APP | Acute Psychiatric Program |
| ASH | Atascadero State Hospital |
| ASU | Administrative Segregation Unit |
| CCI | California Correctional Institution |
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections and Rehabilitation |
| CIM | California Institution for Men |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| COR | California State Prison, Corcoran |
| DMH | Department of Mental Health |
| DVI | Deuel Vocational Institution |
| EOP | Enhanced Outpatient Program |
| EOP-GP | Enhanced Outpatient Program General Population |
| eUHR | Electronic Unit Health Record |
| HC-POP | Health Care Placement Oversight Program |
| HQ | Headquarters |
| ICF | Intermediate Care Facility |
| IDTT | Interdisciplinary Treatment Team |
| LAC | California State Prison, Los Angeles County |
| MCSP | Mule Creek State Prison |
| MHCB | Mental Health Crisis Bed |
| MHOHU | Mental Health Outpatient Housing Unit |
| MHTS.net | Mental Health Tracking System |
| OAL | Office of Administrative Law |
| OHU | Outpatient Housing Unit |
| PBSP | Pelican Bay State Prison |
| RJD | Richard J. Donovan Correctional Facility |
| RVR | Rules Violation Report |
| SAC | California State Prison, Sacramento |
| SATF | Substance Abuse Treatment Facility |
| SM | Special Master |
| SQ | San Quentin State Prison |
| SVPP | Salinas Valley Psychiatric Program |
| SVSP | Salinas Valley State Prison |
| UHR | Unit Health Record |
| VPP | Vacaville Psychiatric Program |
| WSP | Wasco State Prison |

2

Defs.' Fourth Status Rep. on Supp. Wait List Plan and Assess. Process (2:90-cv-00520 LKK JFM P)

## I. INTRODUCTION

On August 15, 2011, the Court ordered that Defendants, over the next ninety days, work with the *Coleman* special master to "develop a supplemental plan to reduce or eliminate the inpatient wait list and to better serve the treatment needs of the inmates on the wait list." (Docket No. 4069 ¶ 3.) The Court further ordered that during this same ninety-day time period, Defendants "shall work with the special master so that an assessment process that meets his approval has been conducted and completed by December 9, 2011." (*Id* ¶ 4.) Moreover, the Court ordered Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing, with the first report due on September 9, 2011. (*Id.* ¶ 5.) Defendants now present their fourth status report to the Court.

## II. STATUS REPORT

### A. Status of the SVPP and APP Waitlists.

Defendants filed their supplemental plan to reduce or eliminate the Salinas Valley Psychiatric Program (SVPP) and Acute Psychiatric Program (APP) waitlists on October 18, 2011. (Docket No. 4103.) Defendants reported in that plan that the SVPP waitlist as of October 13, 2011, totaled 139 inmate-patients and that the APP waitlist as of October 13, 2011, totaled 28 inmate-patients. (*Id.*) Since Defendants implemented their supplemental plan, the SVPP waitlist has decreased by 37% to 88 inmate-patients, for a reduction of 51 inmate-patients as of December 9, 2011. (De Morales Decl. ¶ 4.) And the APP waitlist has decreased by 82% to 3 inmate-patients, for a reduction of 25 inmate-patients. (*Id.*) Additionally, between October 4, 2011 and December 9, 2011, Defendants have removed 180 inmate-patients from the SVPP waitlist and 151 from the APP waitlist and added 131 and 113 inmate-patients, respectively. (*Id.*)

### B. Status of Supplemental Wait List Plan.

Defendants divided their supplemental plan to reduce or eliminate the SVPP and APP waitlists into three parts. (Docket No. 4109.) First, Defendants discussed changes in the Intermediate Care Facility (ICF) Pilot Program custody criteria that allow patient movement from

3

Defs.' Fourth Status Rep. on Supp. Wait List Plan and Assess. Process (2:90-cv-00520 LKK JFM P)

the SVPP into other ICF programs operated by the Department of Mental Health (DMH). (*Id.* 7–9.) Second, Defendants provided an update on the construction of the 64 permanent ICF beds in the Vacaville Psychiatric Program (VPP) at California Medical Facility (CMF). (*Id.* at 9–10.) Third, Defendants discussed their plan to convert 113 cells in the L-Wing at CMF into 110 temporary unlicensed ICF level of care beds and three observation rooms for high-custody inmate-patients on the SVPP waitlist. (*Id.* at 10–11.)[1] Defendants report below on each part of the plan.

### 1. Modified ICF Pilot Program Custody Criteria/Department of Mental Health Patient Movement Plan.

Defendants have made substantial progress in finalizing and using the modified ICF Pilot Program custody criteria to review inmate-patients currently on the SVPP waitlist and to move inmate-patients from one DMH program into another DMH program, thereby allowing more efficient use of single celled housing in DMH programs. Thus, this movement has opened up additional beds for inmate-patients on the SVPP and APP waitlists and, as reflected by the current waitlist numbers, reduced those lists.

#### a. Modified ICF Pilot Program Custody Criteria.

The ICF Pilot Program began on October 23, 2009, and ended on October 23, 2011. (Docket No. 4103 at 7.) As a result of the pilot program, CDCR and DMH modified the ICF Pilot Program custody criteria to allow for more efficient use of single celled housing in DMH programs, thereby reducing the SVPP waitlist. (*Id.*) On October 27, 2011, CDCR submitted proposed emergency regulations to the Office of Administrative Law (OAL) to permanently adopt the modified ICF Pilot Program. On December 2, 2011, the Notice of Change of Regulation was posted, with the public comment period ending January 24, 2012. (Johnson Decl. ¶ 5.)

Using the modified ICF custody criteria, CDCR Health Care Placement Oversight Program (HC-POP) reconsidered the inmate-patients currently on the SVPP waitlist for placement into

---

[1] Defendants' report states that they are adding three observation and restraint rooms. This is incorrect. Defendants are adding three observation rooms, but no restraint rooms.

4

Defs.' Fourth Status Rep. on Supp. Wait List Plan and Assess. Process (2:90-cv-00520 LKK JFM P)

Atascadero State Hospital (ASH) or the VPP dorms.  (*See* Docket No. 4103 at 8.)  After review of the SVPP waitlist as of October 24, 2011, HC-POP determined that an additional 44 inmate-patients were potentially eligible for placement into ASH or the VPP dorms pending case-by-case reviews.  (Johnson Decl. ¶ 6.)   As of December 7, 2011, all but three of the 44 inmate-patient cases have been reviewed.  (*Id.*)  The status of all 44 cases is set forth in table 1 below:

**Table 1**
Number of Cases Reviewed:  168

| | |
|---|---|
| Total Number Of Cases Not Eligible For Further Review | 124 |
| Cases Eligible For Further Review Based On DMH-ICF Program Custody Criteria | 44 |
| Cases Rescinded (5 Paroled; 1 Clinician Rescinded) | 6 |
| Total Number Of Cases Referred For Case By Case Review | 38 |
| Completed Case by Case Reviews  Approved For VPP-Dorm / ASH | 13 |
| Completed Case by Case Reviews Not Approved For VPP-Dorm / ASH | 11 |
| Case by Case Reviews Pending Completion | 3 |
| Case By Case Reviews Not Completed Due to Transfer to ICF Program Or Change In Case Factors Making Case Ineligible For Alternate ICF Placement | 9 |
| Cases Deferred by DMH To SVPP | 2 |
| **Completed Case By Case Reviews Approved For ASH/VPP-Dorm** | **13** |
| Cases Approved For ASH (2 of 6 cases have transferred to ASH) | 6 |
| Cases Approved For VPP-Dorm (4 of 5 cases have transferred to VPP-Dorm) | 5 |
| Approved Case By Case Reviews For Alternate ICF Placement That Moved To An Intermediate Care Facility Prior to ASH/VPP-Dorm Placement | 2 |
| **Completed Case By Case Reviews Not Approved For ASH/VPP-Dorm** | **11** |
| Not Approved Based on Custody Issues | 3 |
| Not Approved Based on Mental Health Issues | 8 |
| **Case By Case Reviews Pending Completion** | *3* |
| ASH Case By Case Reviews Pending | *3* |
| **Case By Case Reviews Not Completed** | **9** |
| Cases Transferred To Intermediate Care Facility Prior To Completion of Case By Case Review | 7 |
| Case By Case Reviews Rescinded Due to Change In Case Factors Making Case Ineligible For Alternate ICF Placement | 2 |
| **Cases Deferred By DMH** | **2** |
| VPP-Dorm Placement Reviews Deferred By DMH | 2 |

(*Id.*)

5

Defs.' Fourth Status Rep. on Supp. Wait List Plan and Assess. Process (2:90-cv-00520 LKK JFM P)

  **b.  Department of Mental Health Patient Movement Plan.**

  DMH, using in part the modified ICF custody criteria, developed a three-part patient movement plan: (1) transfers from ASH to another DMH ICF program; (2) reduce the current number of inmate-patients housed at SVPP; and (3) transfers from VPP to ASH for Acute care. (Docket No. 4103 at 7.)

  Defendants expected that by virtue of reviewing the inmate-patients currently housed in SVPP for transfer to another DMH ICF program along with review of the inmate-patients currently on the SVPP waitlist for placement in ASH or the VPP dorms, they would reduce the SVPP waitlist by approximately 50 inmate-patients. (Docket No. 4103. at 8.) In addition, 11 inmate-patients have transferred to ASH or the VPP dorms or are pending transfer. And as discussed below, CDCR and DMH have indentified *and* transferred 36 inmate-patients from SVPP and 2 from the VPP –Cells to ASH, thereby opening up those beds for inmate-patients on the SVPP waitlist. Thus, over the past ten-week period, Defendants have approximated their expectation of impacting the ICF waitlist by 50—DMH has transferred 38 inmate-patients from SVPP and VPP-Cells to ASH; and CDCR has transferred (or is in the process of transferring) 11 inmate-patients from the SVPP waitlist to ASH or the VPP dorms.

  **(1).  Transfers from ASH to Another DMH ICF Program.**

  As of December 9, 2011, DMH had transferred 36 inmate-patients from ASH to Coalinga State Hospital and 14 more are scheduled for transfer by the end of December, which will fill all 50 *Coleman* beds at Coalinga. (*See* Docket No. 4013 at 8, stating that DMH will transfer approximately 50 inmate-patients from ASH to another DMH program; De Morales Decl. ¶ 5.) During this same time period, ASH admitted 108 *Coleman* class members for treatment. (*Id.*)

  **(2).  Reduce the Current Number of Inmate-Patients Housed at SVPP.**

  This part of DMH's patient movement plan was to use the reconfigured custody criteria to review the inmate-patients that are currently housed at SVPP or in the VPP-cells for potential placement into ASH. (Docket No. 4103 at 8.) CDCR and DMH completed this review and, over the time period from October 4 to December 9, 2011, DMH transferred 36 inmate-patients from

6

Defs.' Fourth Status Rep. on Supp. Wait List Plan and Assess. Process (2:90-cv-00520 LKK JFM P)

SVPP to ASH and 2 from the VPP-Cells to ASH.  (De Morales Decl. ¶ 6.)  In the same period, DMH admitted 110 inmate-patients to SVPP and 41 inmate-patients to the VPP cells.  (*Id.*)

In Defendants' November 9, 2011 update to the Court, Defendants indicate that 34 inmate-patients remained to be transferred.  (Docket No. 4111 at 6:3–5.)  As of December 9, 2011, DMH has transferred 20 of those inmate-patients, 8 are pending transfer, 2 were removed for violence, 1 discharged back to CDCR and 3 did not consent to transfer.  (De Morales Decl. ¶ 6.)

### (3).   Transfer from the APP in the Vacaville Psychiatric Program to ASH for APP care.

In Defendants' October 18, 2011 supplemental plan, Defendants indicated that ASH would change the 25 ICF beds at ASH back to 25 APP beds.  (Docket No. 4013 at 8–9.)  Because there has been sufficient bed supply for the APP population in the APP program at CMF, DMH has not had to activate those beds.  (De Morales Decl. ¶ 7.)  Should there be a need for those beds, DMH will make them available.  (*Id.*)  The APP waitlist as of December 9, 2011, totaled 3 inmate-patients.  (*Id.*)  DMH received all three referrals last week and they are pending DMH review.  (*Id.*)

Also, as of December 9, 2011, DMH had transferred 6 inmate-patients from the APP in the VPP at California Medical Facility to ASH.  (De Morales Decl. ¶ 8.)  Though DMH changed these inmate-patients' level of care to ICF upon transfer to ASH, their movement opened up additional APP beds at CMF.  (*Id.*)

### 2.   CMF 64-bed ICF High Custody Unit

The 64-bed ICF for high-custody inmate-patients at California Medical Facility remains on schedule to open in early 2012, with patient admissions beginning no earlier than January 9, but no later than March 1, 2012.  Admissions are planned to begin at a rate of six inmate-patients per week.

### 3.   Conversion of the L-Wing at CMF From Enhanced Outpatient Level of Care to ICF Level of Care.

Defendants are converting 113 cells in the L-Wing at CMF from Enhanced Outpatient Program General Population beds to 110 temporary unlicensed ICF level of care beds and three observation rooms for high-custody inmates on the SVPP waitlist.  (Docket No. 4103 at 10–11.)

7

This conversion is ongoing and Defendants expect inmate-patient admissions to begin in late April 2012. (*Id.*)

Defendants informed the Court in their October 18, 2011 supplemental plan that converting the L-Wing would require the Court to waive the State's licensing requirements regarding the licensing of Correctional Treatment Centers—California Health and Safety Code section 1250(j) and California Code of Regulations, Title 22, sections 79501–79861. (Docket No. 4103 at 11.) The Court granted the parties' joint request for waiver of state licensing requirements by order on November 16, 2011. (Docket No. 4120)

While Defendants had previously indicated that they would need to seek waivers of state and federal accessibility requirements, the parties have reached an agreement regarding accessible cells. (Docket No. 4111 at 9.) This agreement will be filed separately with the Court. Accordingly, Defendants will not need to seek waivers from the Court regarding accessibility requirements.

**B.     Status of the Assessment Process Review.**

Defendants' final report on the assessment process review will be filed separately with the Court no later than December 14.

## CONCLUSION

The following actions taken over the last 90 days constitute a plan that has had and will continue to have a direct impact on the SVPP and APP waitlists:

1)     Defendants have made permanent changes to the custody criteria regarding admissions to ASH and the VPP dorms so that more patients will be eligible to go to ASH and the VPP dorms instead of SVPP in the future on an ongoing basis;

2)     Defendants have moved 36 inmate-patients into Coalinga and plan to fill all 50 *Coleman* beds at Coalinga by the end of the year;

3)     Defendants have transferred 36 inmate-patients from SVPP and 2 from the VPP Cells to ASH;

4)     There are 11 inmate-patients that have transferred to ASH or the VPP dorms or are pending transfer;

8

Defs.' Fourth Status Rep. on Supp. Wait List Plan and Assess. Process (2:90-cv-00520 LKK JFM P)

    5)      Defendants will have 64 high custody ICF beds coming on line in the first part of 2012 that will directly supplement the available high custody ICF beds at SVPP and VPP; and

    6)      Defendants will convert and open the 110-bed L-wing facility at CMF, with admissions starting in April 2012, providing 110 more high custody ICF beds to supplement SVPP and VPP.

Because of the effects of these actions, Defendants believe that the Court's goal that was set out in its August 15 order of providing time to develop a serious plan to provide access to inpatient hospital care has been met.  Already, the SVPP wait list for ICF care has been reduced to 88 inmate-patients and the APP wait list has been reduced to 3 inmate-patients.  Furthermore, Defendants' plan will continue to reduce these numbers as the planned transfers continue and two new projects begin patient admissions in the first months of 2012.

Dated:  December 9, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
10787543.doc

9

Defs.' Fourth Status Rep. on Supp. Wait List Plan and Assess. Process (2:90-cv-00520 LKK JFM P)

# ATTACHMENTS

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF RICK JOHNSON IN SUPPORT OF DEFENDANTS' FOURTH STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |

I, Rick Johnson, declare:

1. I am the Chief of the Health Care Placement Oversight Program for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Fourth Status Report on Supplemental Wait List Plan and Assessment Process.

2. I began working at CDCR in 1983, and have worked as the Chief of the Health Care Placement Oversight Program (HC-POP) since 2006.

1

3. I am familiar with the part of the Court's August 15, 2011 order that requires Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing.

4. As the Chief, I was involved in the development of a CDCR Pilot Program for housing inmate-patients with identified security concerns in the Department of Mental Health (DMH) Intermediate Care Facility (ICF) programs at Atascadero State Hospital (ASH) and the Vacaville Psychiatric Program (VPP) dorms at California Medical Facility (CMF), and I am familiar with the purpose and program components of the Pilot Program.

5. On October 27, 2011, CDCR submitted proposed emergency regulations to the Office of Administrative Law (OAL) to permanently adopt the modified ICF Pilot Program. On December 2, 2011, the Notice of Change of Regulation was posted, with the public comment period ending January 24, 2012.

6. Using the modified ICF custody criteria, HC-POP reconsidered the inmate-patients currently on the SVPP waitlist for placement into ASH or the VPP dorms. After review of the SVPP waitlist as of October 24, 2011, HC-POP determined that an additional 44 inmate-patients were potentially eligible for placement into ASH or the VPP dorms pending case-by-case reviews. As of December 7, 2011, all but three of the 44 inmate-patient cases have been reviewed. The status of all 44 cases is set forth in table 1 below:

2

**Table 1**
Number of Cases Reviewed: 168

| | |
|---|---:|
| Total Number Of Cases Not Eligible For Further Review | 124 |
| Cases Eligible For Further Review Based On DMH-ICF Program Custody Criteria | 44 |
| Cases Rescinded (5 Paroled; 1 Clinician Rescinded) | 6 |
| Total Number Of Cases Referred For Case By Case Review | 38 |
| Completed Case by Case Reviews Approved For VPP-Dorm / ASH | 13 |
| Completed Case by Case Reviews Not Approved For VPP-Dorm / ASH | 11 |
| Case by Case Reviews Pending Completion | 3 |
| Case By Case Reviews Not Completed Due to Transfer to ICF Program Or Change In Case Factors Making Case Ineligible For Alternate ICF Placement | 9 |
| Cases Deferred by DMH To SVPP | 2 |
| **Completed Case By Case Reviews Approved For ASH/VPP-Dorm** | **13** |
| Cases Approved For ASH (2 of 6 cases have transferred to ASH) | 6 |
| Cases Approved For VPP-Dorm (4 of 5 cases have transferred to VPP-Dorm) | 5 |
| Approved Case By Case Reviews For Alternate ICF Placement That Moved To An Intermediate Care Facility Prior to ASH/VPP-Dorm Placement | 2 |
| **Completed Case By Case Reviews Not Approved For ASH/VPP-Dorm** | **11** |
| Not Approved Based on Custody Issues | 3 |
| Not Approved Based on Mental Health Issues | 8 |
| *Case By Case Reviews Pending Completion* | *3* |
| *ASH Case By Case Reviews Pending* | *3* |
| **Case By Case Reviews Not Completed** | **9** |
| Cases Transferred To Intermediate Care Facility Prior To Completion of Case By Case Review | 7 |
| Case By Case Reviews Rescinded Due to Change In Case Factors Making Case Ineligible For Alternate ICF Placement | 2 |
| **Cases Deferred By DMH** | **2** |
| VPP-Dorm Placement Reviews Deferred By DMH | 2 |

I declare that the foregoing is true. Executed this 9th day of December, 2011, at Sacramento, California.

RICK JOHNSON

CF1997CS0003

3

Johnson Decl. in Supp. of Defs.' Fourth Status Report on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF JON DE MORALES IN SUPPORT OF DEFENDANTS' FOURTH STATUS REPORT ON SUPPLEMENTAL WAIT LIST PLAN AND ASSESSMENT PROCESS** |

I, Jon De Morales, declare:

1.　I am the Acting Deputy Director of State Hospital Operations for the California Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Fourth Status Report on Supplemental Wait List Plan and Assessment Process.

2.　I have been employed by DMH since April 10, 1961, and as the Acting Deputy Director of State Hospital Operations since August 25, 2011. As the Acting Deputy Director of

1

State Hospital Operations, I am familiar with the DMH programs that serve CDCR male inmate-patients admitted to Atascadero State Hospital (ASH), Coalinga State Hospital (CSH), the Vacaville Psychiatric Program (VPP) at California Medical Facility (CMF), and the Salinas Valley Psychiatric Program (SVPP) at Salinas Valley State Prison.

3.   I am familiar with the part of the Court's August 15, 2011 order that requires Defendants to report to the Court on the status of the development of the supplemental wait list plan and the assessment process every thirty days from the date of the order until the time of the December 14, 2011 evidentiary hearing.

4.   As the Acting Deputy Director of State Hospital Operations, I am familiar with the action taken by DMH to respond to the Court's August 15, 2011 order, and report those actions that DMH has taken on its patient movement plan as of December 5, 2011.  First, Since Defendants implemented their supplemental plan, the SVPP waitlist has decreased by 37% to 88 inmate-patients, for a reduction of 51 inmate-patients as of December 9, 2011.  And the APP waitlist has decreased by 82% to 3 inmate-patients, for a reduction of 25 inmate-patients. Additionally, between October 4, 2011 and December 9, 2011, Defendants have removed 180 inmate-patients from the SVPP waitlist and 151 from the APP waitlist and added 131 and 113 inmate-patients, respectively.

5.   Second, DMH transferred 36 inmate-patients from ASH to CSH and 14 are scheduled for transfer before the end of December, which will fill all 50 *Coleman* beds at CSH.  During this same time period, ASH admitted 108 inmate-patients for treatment.

6.   Third, with respect to moving inmate-patients from SVPP to other DMH programs, CDCR and DMH completed a review and, over the time period from October 4 to December 9, 2011, DMH transferred 36 inmate-patients from SVPP to ASH and 2 from the VPP cells to ASH. In the same period, DMH admitted 110 inmate-patients to SVPP and 41 inmate-patients to the VPP cells.  In Defendants' November 9, 2011 update to the Court, Defendants indicate that 34 inmate-patients remained to be transferred.  As of December 9, 2011, DMH has transferred 20 of those inmate-patients, 8 are pending transfer, 2 were removed for violence, 1 discharged back to CDCR and 3 did not consent to transfer.

2

7. Fourth, regarding APP transfers, in Defendants' October 18, 2011 supplemental plan, Defendants indicated that ASH would change the 25 ICF beds at ASH back to 25 APP beds. Because there has been sufficient bed supply for the APP population at the APP program at CMF, DMH has not had to activate those beds. Should there be a need for those beds, DMH will make them available. The APP waitlist as of December 9, 2011, totaled 3 inmate-patients. DMH received all three referrals last week and they are pending DMH review.

8. Last, as of December 9, 2011, DMH had transferred 6 inmate-patients from the APP in the VPP at California Medical Facility to ASH. Though DMH changed these inmate-patients' level of care to ICF upon transfer to ASH, their movement opened up additional APP beds at CMF.

I declare that the foregoing is true. Executed this 9th day of December, 2011, at Sacramento, California.

_____
JON DE MORALES

CF1997CS0003

3

De Morales Decl. in Supp. of Defs.' Fourth Status Report on Supp. Wait List Plan and Assessment Process
(2:90-cv-00520 LKK JFM P)