IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                No. 2:90-cv-0520 LKK JFM (PC)

    vs.

EDMUND G. BROWN, JR., et al.,

      Defendants.           <u>ORDER</u>

          By order filed July 22, 2011, the court set this matter for evidentiary hearing on August 17, 2011. By order filed August 15, 2011, the court continued the hearing to December 14, 2011. The purpose of the continuance was to allow defendants to work with the special master to develop a supplemental plan to reduce or eliminate the wait list for inpatient care and to better serve the treatment needs of inmates on the wait list. Defendants were also ordered to work with the special master to conduct and complete an assessment process approved by the special master. The August 15, 2011 order contains several reporting requirements which have, to date, been met.

          On December 9, 2011, the special master informed the court that defendants have taken several very important steps and have made considerable progress reducing the inpatient wait list, and that the assessment process required by the August 15, 2011 order has been

completed. In addition, the special master informed the court that both the final status report and the report on the results of the assessment process required by that order would be timely filed[1], and that the parties had reached an agreement on a process for reporting, meeting and conferring on the status and progress of defendants' efforts to reduce the inpatient wait list. The special master represented that he and all parties were of the view that the evidentiary hearing should be continued for a period of several months.

The court is very encouraged by the substantial progress reported by the special master. Defendants' last request to continue the evidentiary hearing was granted conditioned upon proof that additional time would allow for development of a serious plan to address the crisis in lack of adequate access to inpatient care. It now appears that significant and diligent efforts have been brought to bear, and that defendants have demonstrated to the special master a substantial commitment to solving, finally, this problem that has seemed intractable. In light of these developments, the evidentiary hearing set for December 14, 2011 will be continued for a period of time to allow this significant progress to continue.

In accordance with the above, IT IS HEREBY ORDERED that the evidentiary hearing set for December 14, 2011 is continued to July 13, 2012 at 10:00 a.m.

DATED:   December 12, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The record reflects that the final status report was filed on December 9, 2011.

2