| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>JANE E. KAHN – 112239<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>LAURA BOYSEN-ARAGON – 248083<br>ROSEN, BIEN & GALVAN, LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 |
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:   (415) 864-8848 | WARREN E. GEORGE – 053588<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California  94111-4066<br>Telephone:   (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>          Defendants.[1] | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PROCESS FOR REPORTING ON THE STATUS OF PROGRESS OF DEFENDANTS' EFFORTS TO ADDRESS ACCESS TO INPATIENT CARE** |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[578996-1]

During an in-person meet and confer on December 9, 2011, the parties stipulated to the following process for reporting, meeting and conferring on the status and progress of Defendants' efforts to address the long-standing problem of access to inpatient care.

1.  Between January 2012 and July 13, 2012, the parties will continue to meet and confer regarding the Defendants' plans to address access to inpatient care. Meet and confer sessions will be set at intervals of approximately 45 days. The first meet and confer will be held the week of January 16, 2012.

2.  Within 10 days after each meet and confer session, Defendants shall file a status report on the progress toward implementation of Defendants' Supplemental Plan to Reduce or Eliminate the Inpatient Waitlists, the referral review process, and, as needed, other issues and developments related to inpatient access.

DATED: December 13, 2011            Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Laura Boysen-Aragon*
    Laura Boysen-Aragon

Attorneys for Plaintiffs

DATED: December 13, 2011            ATTORNEY GENERAL OF CALIFORNIA

By: */s/ David Brice*
    David Brice

Attorneys for Defendants

IT IS SO ORDERED

DATED: December ___, 2011

_____
Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

[578996-1]

1

Stipulation and [Proposed] Order Regarding Process for Reporting on the Status of Progress of Defendants' Efforts to Address Access to Inpatient Care