DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
JANE E. KAHN – 112239
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>  Defendants.[1] | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION AND ORDER REGARDING PROCESS FOR REPORTING ON THE STATUS OF PROGRESS OF DEFENDANTS' EFFORTS TO ADDRESS ACCESS TO INPATIENT CARE** |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[578996-1]

During an in-person meet and confer on December 9, 2011, the parties stipulated to the following process for reporting, meeting and conferring on the status and progress of Defendants' efforts to address the long-standing problem of access to inpatient care.

1. Between January 2012 and July 13, 2012, the parties will continue to meet and confer regarding the Defendants' plans to address access to inpatient care. Meet and confer sessions will be set at intervals of approximately 45 days. The first meet and confer will be held the week of January 16, 2012.

2. Within 10 days after each meet and confer session, Defendants shall file a status report on the progress toward implementation of Defendants' Supplemental Plan to Reduce or Eliminate the Inpatient Waitlists, the referral review process, and, as needed, other issues and developments related to inpatient access.

DATED: December 13, 2011        Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Laura Boysen-Aragon*
    Laura Boysen-Aragon

Attorneys for Plaintiffs

DATED: December 13, 2011        ATTORNEY GENERAL OF CALIFORNIA

By: */s/ David Brice*
    David Brice

Attorneys for Defendants

IT IS SO ORDERED.

DATED: December 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[578996-1]

1
Stipulation and [Proposed] Order Regarding Process for Reporting on the Status of Progress of Defendants' Efforts to Address Access to Inpatient Care