KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS, State Bar No. 166884
WILLIAM KWONG, State Bar No. 168010
DANIELLE F. O'BANNON, State Bar No. 207095
KYLE A. LEWIS, State Bar No. 201041
PATRICK R. MCKINNEY, State Bar No. 215228
DAVID BRICE, State Bar No. 269443
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
MEGAN C. OLIVER, State Bar No. 256654
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
PAUL B. GRUWELL, State Bar No. 252474
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                  Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                  Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' DECEMBER 2011 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

Defendants' December 2011 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

Defendants submit this monthly status report on the state prison population. Exhibit A sets forth the current design capacity, population, and population as a percentage of design capacity for each state prison and for all state prisons combined.[1] On October 1st, California implemented a historic public safety realignment that has already begun to greatly reduce the state's prison population. The figures in Exhibit A, which are based on data available as of December 7, 2011, reflect that 135,970 inmates are housed in the state's adult institutions.[2] This total equates to a reduction of 8,218 inmates in California's prison population in approximately the first nine weeks of realignment, as compared with the total population of 144,188 reported in Defendants' October 14, 2011 report. (*See* Dkt. No. 4099-1.)

These population figures are consistent with Defendants' previously reported projections, which indicate that the in-state prison population will be reduced to 167% of design capacity about a month after the Court's December 27, 2011 benchmark. (*See* Sept. 15, 2011 Decl. of Ross Meier., Dkt. No. 4085-2, ¶ 3.) Defendants also continue to project that the prison population will be further reduced to 155.4% of design capacity by the Court's June 27, 2012 benchmark. (*Id.* at ¶ 4.) Because the current population and projections indicate that Defendants will achieve these benchmarks at or near the dates set by the Court, there does not appear to be a need at this time to undertake additional crowding-reduction measures to achieve compliance. (*See id.* at ¶ 5.)

Dated: December 15, 2011                                  HANSON BRIDGETT LLP

                                                          By: /s/ Paul B. Mello
                                                          PAUL B. MELLO
                                                          *Attorneys for Defendants*

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's December 12th weekly population report, available on CDCR's web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.

2

Defendants' December 2011 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

1  Dated: December 15, 2011                    KAMALA D. HARRIS
                                               Attorney General of California
2

3                                              By: /s/ Patrick R. McKinney
                                                   PATRICK R. MCKINNEY
4                                                  Deputy Attorney General
                                                   *Attorneys for Defendants*
5
   CF1997CS0003
6  40494259.docx

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3