PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD SANGSTER, Bar No. 121041
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2011** |

On March 19, 1996, the district court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's orders and collecting fees.

Pursuant to these procedures, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2011 to Defendants via overnight Federal Express on October 31, 2011. Plaintiffs received Defendants' objections on December 2, 2011. The parties completed their meet and confer process on December 20, 2011. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the third quarter of 2011, which total $584,816.93.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $584,816.93 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 1, 2011 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. §1961

IT IS SO STIPULATED.

DATED: December 27, 2011

[signature]
Debbie Vorous, Esq.
Deputy Attorney General
Attorneys for Defendants

DATED: December 21, 2011

/s/ Lisa Ells
Lisa Ells, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

# EXHIBIT A

Coleman v. Brown
Summary of Stipulated Fees and Costs
July 1, 2011 through September 30, 2011

| | FEES | COSTS |
|---|---|---|
| Monitoring | $453,520.55 | $59,523.77 |
| Monitoring Fees on Fees | $25,893.40 | $1,411.61 |
| Three-Judge Court and Supreme Court Fees on Fees | $44,372.70 | $94.90 |
| **Totals:** | $523,786.65 | $61,030.28 |

**Total Claimed Fees and Costs** **$584,816.93**

Coleman v. Brown
Stipulated Monitoring Fees 489-3
July 1, 2011 through September 30, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plainitffs' Requested Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 166.50 | 166.50 | 166.50 | 0.00 | $211.50 | $211.50 | $35,214.75 | $0.00 |
| Ernest Galvan | 67.00 | 67.00 | 67.00 | 0.00 | $211.50 | $211.50 | $14,170.50 | $0.00 |
| Jane E. Kahn | 247.60 | 247.30 | 247.30 | 0.00 | $211.50 | $211.50 | $52,303.95 | $0.00 |
| Aaron J. Fischer | 228.80 | 225.30 | 225.30 | 0.00 | $211.50 | $211.50 | $47,650.95 | $0.00 |
| Blake Thompson | 13.10 | 12.40 | 12.40 | 0.00 | $211.50 | $211.50 | $2,622.60 | $0.00 |
| Lisa Ells | 241.00 | 240.80 | 240.80 | 0.00 | $211.50 | $211.50 | $50,929.20 | $0.00 |
| Laura Boysen-Aragon | 269.50 | 269.50 | 269.50 | 0.00 | $211.50 | $211.50 | $56,999.25 | $0.00 |
| Thomas Nolan | 0.30 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Kevin E. Jones | 53.60 | 37.70 | 37.70 | 0.00 | $211.50 | $211.50 | $7,973.55 | $0.00 |
| Josephine Weinberg | 168.20 | 166.60 | 166.60 | 0.00 | $211.50 | $211.50 | $35,235.90 | $0.00 |
| Hugo D. Cabrera | 3.70 | 3.70 | 3.70 | 0.00 | $205.00 | $205.00 | $758.50 | $0.00 |
| Matthew Cagle | 2.50 | 2.50 | 2.50 | 0.00 | $211.50 | $211.50 | $528.75 | $0.00 |
| Elizabeth S. Hennessey | 293.70 | 287.70 | 287.70 | 0.00 | $205.00 | $205.00 | $58,978.50 | $0.00 |
| Haruka Roudebush | 0.60 | 0.00 | 0.00 | 0.00 | $205.00 | $205.00 | $0.00 | $0.00 |
| Marc Shinn-Krantz | 281.40 | 269.50 | 269.50 | 0.00 | $205.00 | $205.00 | $55,247.50 | $0.00 |
| Misha Goodwin | 3.10 | 3.10 | 3.10 | 0.00 | $210.00 | $210.00 | $651.00 | $0.00 |
| Doris Tseng | 252.50 | 232.20 | 60.56 | 0.00 | $200.00 | $200.00 | $12,112.00 | $0.00 |
| **Totals** | **2293.10** | **2231.80** | **2060.16** | | | | **$431,376.90** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Claimed Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Donald Specter | 1.70 | 1.70 | 1.70 | 0.00 | $211.50 | $211.50 | $359.55 | $0.00 |
| Steve Fama | 45.10 | 45.10 | 45.10 | 0.00 | $211.50 | $211.50 | $9,538.65 | $0.00 |
| Kelly Knapp | 1.50 | 1.50 | 1.50 | 0.00 | $211.50 | $211.50 | $317.25 | $0.00 |
| Madeline Bailey | 2.70 | 2.70 | 2.70 | 0.00 | $211.50 | $211.50 | $571.05 | $0.00 |
| Miriam Rubenson | 0.30 | 0.00 | 0.00 | 0.00 | $185.00 | $185.00 | $0.00 | $0.00 |
| Simon Woodward | 8.70 | 8.70 | 8.70 | 0.00 | $185.00 | $185.00 | $1,609.50 | $0.00 |
| Viraj Talwar | 0.30 | 0.00 | 0.00 | 0.00 | $185.00 | $185.00 | $0.00 | $0.00 |
| Vincent Quan | 0.90 | 0.00 | 0.00 | 0.00 | $185.00 | $185.00 | $0.00 | $0.00 |
| Riley Doyle Evans | 53.80 | 53.80 | 52.69 | 0.00 | $185.00 | $185.00 | $9,747.65 | $0.00 |
| **Totals** | **115.00** | **113.50** | **112.39** | | | | **$22,143.65** | |

| | Actual Hours | Claimed Hours | Undisputed Hours | Undisputed Amount |
|---|---|---|---|---|
| **Grand Total** | **2408.10** | **2345.30** | **2172.55** | **$453,520.55** |

Coleman v. Brown
Stipulated Monitoring Costs 489-3
July 1, 2011 through September 30, 2011

**Rosen, Bien & Galvan**

| Description | Actual | Claimed | Objections W/D by Defendants | Costs W/D by Plaintiff's | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|
| Computer Legal Research | $1,639.72 | $1,639.72 | $0.00 | $0.00 | $1,639.72 | $0.00 |
| In-House Copying | $9,081.80 | $9,081.80 | $0.00 | $0.00 | $9,081.80 | $0.00 |
| Outside Copying | $39,057.06 | $39,057.06 | $0.00 | $0.00 | $39,057.06 | $0.00 |
| L-D Telephone | $34.15 | $34.15 | $0.00 | $0.00 | $34.15 | $0.00 |
| Postage and Delivery | $4,159.41 | $4,159.41 | $0.00 | $0.00 | $4,159.41 | $0.00 |
| Facsimile | $34.00 | $34.00 | $0.00 | $0.00 | $34.00 | $0.00 |
| Translation | $150.00 | $150.00 | $0.00 | $0.00 | $150.00 | $0.00 |
| Expert Fees and Costs | $10,257.27 | $10,257.27 | $0.00 | $10,075.00 | $182.27 | $0.00 |
| Transcription | $771.05 | $771.05 | $0.00 | $0.00 | $771.05 | $0.00 |
| Travel | $2,706.86 | $2,706.86 | $2,706.86 | $0.00 | $2,706.86 | $0.00 |
| **Total** | | **$67,891.32** | | | **$57,816.32** | |

Coleman v. Brown
Stipulated Monitoring Costs 489-3
July 1, 2011 through September 30, 2011

**Prison Law Office**

| Description | Actual | Claimed | Objections W/D by Defendants | Costs W/D by Plaintiff's | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|
| Postage and Delivery | $363.93 | $363.93 | $0.00 | $0.00 | $363.93 | $0.00 |
| Travel | $774.52 | $774.52 | $0.00 | $0.00 | $774.52 | $0.00 |
| In-House Copying | $569.00 | $569.00 | $0.00 | $0.00 | $569.00 | $0.00 |
| **Total** | | **$1,707.45** | | | **$1,707.45** | |

| | |
|---|---|
| **Grand Total** | **$59,523.77** |

Coleman v. Brown
Stipulated Fees on Fees 489-5
July 1, 2011 through September 30, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plainitffs' Requested Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 3.90 | 3.90 | 3.90 | 0.00 | $211.50 | $211.50 | $824.85 | $0.00 |
| Gay C. Grunfeld | 0.40 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Ernest Galvan | 8.50 | 8.50 | 8.50 | 0.00 | $211.50 | $211.50 | $1,797.75 | $0.00 |
| Lisa Ells | 34.90 | 34.90 | 34.90 | 0.00 | $211.50 | $211.50 | $7,381.35 | $0.00 |
| Shirley Huey | 0.10 | 0.00 | 0.00 | 0.00 | $211.50 | $211.50 | $0.00 | $0.00 |
| Kevin E. Jones | 79.50 | 74.30 | 74.30 | 0.00 | $211.50 | $211.50 | $15,714.45 | $0.00 |
| Marc Shinn-Krantz | 0.10 | 0.00 | 0.00 | 0.00 | $205.00 | $205.00 | $0.00 | $0.00 |
| Misha Goodwin | 0.10 | 0.00 | 0.00 | 0.00 | $210.00 | $210.00 | $0.00 | $0.00 |
| **Totals** | **127.50** | **121.60** | **121.60** | | | | **$25,718.40** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Plainitffs' Requested Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 1.00 | 1.00 | 1.00 | 0.00 | $175.00 | $175.00 | $175.00 | $0.00 |
| **Totals** | **1.00** | **1.00** | | | | | **$175.00** | |

**Grand Total** **$25,893.40**

581747

Coleman v. Brown
Stipulated Costs on Fees 489-5
July 1, 2011 through September 30, 2011

**Rosen, Bien & Galvan**

| **Description** | **Actual** | **Claimed** | Objected | Objections W/D by Defendants | Costs W/D by Plaintiff's | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $283.29 | $283.29 | $0.00 | $0.00 | $0.00 | $283.29 | $0.00 |
| Outside Copying | $918.35 | $918.35 | $0.00 | $0.00 | $0.00 | $918.35 | $0.00 |
| In-House Copying | $158.20 | $158.20 | $0.00 | $0.00 | $0.00 | $158.20 | $0.00 |
| Telephone | $2.25 | $2.25 | $0.00 | $0.00 | $0.00 | $2.25 | $0.00 |
| Postage and Delivery | $49.52 | $49.52 | $0.00 | $0.00 | $0.00 | $49.52 | $0.00 |
| **Total** | | **$1,411.61** | | | | **$1,411.61** | |

**Grand Total** **$1,411.61**

Coleman v. Brown
Three-Judge Court and Supreme Court Fees on Fees 489-12
July 1, 2011 through September 30, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Remaining Disputed Hours | Claimed Rate | CDCR Demanded Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|
| Sanford Jay Rosen | 2.70 | 2.70 | 2.70 | $0.00 | $211.50 | $211.50 | $571.05 | $0.00 |
| Michael W. Bien | 6.10 | 6.10 | 6.10 | $0.00 | $211.50 | $211.50 | $1,290.15 | $0.00 |
| Gay C. Grunfeld | 0.70 | 0.60 | 0.60 | $0.00 | $211.50 | $211.50 | $126.90 | $0.00 |
| Ernest Galvan | 75.90 | 75.90 | 75.90 | $0.00 | $211.50 | $211.50 | $16,052.85 | $0.00 |
| Jane E. Kahn | 0.10 | 0.10 | 0.10 | $0.00 | $211.50 | $211.50 | $21.15 | $0.00 |
| Aaron J. Fischer | 8.80 | 8.60 | 8.60 | $0.00 | $211.50 | $211.50 | $1,818.90 | $0.00 |
| Lisa Ells | 33.30 | 33.30 | 33.30 | $0.00 | $211.50 | $211.50 | $7,042.95 | $0.00 |
| Matthew Cagel | 8.50 | 8.50 | 8.50 | $0.00 | $211.50 | $211.50 | $1,797.75 | $0.00 |
| Kevin E. Jones | 86.10 | 85.00 | 74.00 | $0.00 | $211.50 | $211.50 | $15,651.00 | $0.00 |
| **Totals** | **222.20** | **220.80** | **209.80** | | | | **$44,372.70** | |

**Grand Total** **$44,372.70**

581747

Coleman v. Brown

Three-Judge Court and Supreme Court Costs on Fees 489-12

July 1, 2011 through September 30, 2011

**Rosen, Bien & Galvan**

| **Description** | **Actual** | **Claimed** | Objected | Objections W/D by Defendants | Costs W/D by Plaintiffs | Stipulated Costs | Remaining Disputed Costs |
|---|---|---|---|---|---|---|---|
| Computer Legal Research | $48.70 | $48.70 | $0.00 | $0.00 | $0.00 | $48.70 | $0.00 |
| In-House Copying | $46.20 | $46.20 | $0.00 | $0.00 | $0.00 | $46.20 | $0.00 |
| **Total** | | **$94.90** | | | | **$94.90** | |

**GRAND TOTAL** **$94.90**