KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-8010
 Fax: (916) 324-5205
 E-mail: David.Brice@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>      v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**UPDATE TO THE COURT ON THE 45-BED ACUTE PSYCHIATRIC PROGRAM AND INTERMEDIATE CARE FACILITY UNIT AT CALIFORNIA INSTITUTION FOR WOMEN; MENTAL HEALTH BED NEED STUDY BASED ON FALL 2011 AB 109 POPULATION PROJECTIONS** |

1

**ACRONYM LIST**

| Acronym | Term |
|---|---|
| AB | Assembly Bill |
| APP | Acute Psychiatric Program |
| ASU | Administrative Segregation Unit |
| CDCR | California Department of Corrections and Rehabilitation |
| CIW | California Institution for Women |
| CMF | California Medical Facility |
| DMH | Department of Mental Health |
| EOP-ASU | Enhanced Outpatient Program Administrative Segregation Unit |
| EOP-GP | Enhanced Outpatient Program General Population |
| ICF | Intermediate Care Facility |
| MHCB | Mental Health Crisis Bed |
| PSU | Psychiatric Services Unit |

2

Defs.' Update Re: 45-Bed APP and ICF Unit at CIW and Mental Health Bed Needs Study Fall 2011
(2:90-cv-00520 LKK JFM P)

## I. INTRODUCTION

Defendants submit this update to the Court on their project to build a new 45 Acute Psychiatric Program (APP) and Intermediate Care Facility (ICF) level mental health bed unit at California Institution for Women (CIW). Specifically, Defendants anticipate adjusting the full occupancy date for the CIW 45-bed unit due to construction delays. Additionally, Defendants are activating the CIW 45-bed unit in a phased manner so that they can: (1) verify that there is adequate capacity in the CIW 45-bed unit to accommodate future need at this level of care and decommission the 30 *Coleman* class beds at Patton State Hospital; and (2) evaluate the continued need to activate all 45 beds for APP and ICF levels of care beds in light of realignment under Assembly Bill (AB) 109.

Additionally, Defendants take this opportunity to provide the Court with the Mental Health Bed Need Study Based on Fall 2011 AB 109 Population Projections (October 2011). Specifically, Defendants provide a comparison of the projections to 2013 against the spring 2009 forecasts that Defendants used to construct their Long-Range Mental Health Bed Plan.

## II. UPDATE TO COURT

### A. 45-Bed APP and ICF Level Mental Health Care Unit at CIW

Defendants' long-range mental health bed plan includes, among other projects, the inpatient 45-bed APP and ICF level mental health care unit at CIW. (Docket No. 3724–2 at 13,61.) Defendants' plan for this project provided that the California Department of Corrections and Rehabilitation (CDCR) would assume the delivery of inpatient APP and ICF level of mental health care for the female inmate-patients at CIW. (*Id.;* Docket No. 2461.) Additionally, the plan provided that, once it is determined that the need for APP and ICF care provided to female inmate-patients is being met by the CIW 45-bed unit, the parties would decommission the 30 *Coleman* class beds at Patton State Hospital operated by the California Department of Mental Health (DMH). (*Id.* at 7, 13*; Id.*)

The CIW 45-bed unit contains 45 single occupancy inmate-patient cells in two wings: the West Wing (21 beds) and the East Wing (24 beds). (Hickerson Decl. ¶ 4.) This facility will be a

3

licensed mental health treatment facility for female inmate-patients and will serve as an annex to, and under the license of, the existing 18-bed Correctional Treatment Center (CTC). (*Id.* ¶ 4.) In addition, CDCR is in the process of seeking accreditation by the Joint Commission (formerly the Joint Commission on Accreditation of Healthcare Organizations) under their Behavioral Health Care standards. (*Id.*)

On November 6, 2009, Defendants submitted a detailed activation schedule for the CIW 45-bed unit. (Docket No. 3724–2 at 60–62.) This schedule indicated a planned end date for construction of December 11, 2011, and a planned start and end date of inmate-patient admissions of January 9, 2012 to March 9, 2012. (*Id.*) Due to delays associated with, among other things, weather days, electrical work, and the fire alarm, Defendants have revised the end date for construction to no earlier than February 14, 2012, and no later than April 15, 2012. (Vorous Decl. ¶ 3, Ex. 1.) Consequently, Defendants revised the start date for patient admissions to no earlier than April 17, 2012, and no later than June 17, 2012.[1] (*Id.*) Although Defendants intend to license and accredit the *entire* CIW 45-bed unit, they are using a phased approach to activate the two inmate-patient wings. (*Id.*) Specifically, the East Wing (24 beds) will be activated first, followed by the West Wing (21 beds) within six months pending evaluation of population need, as discussed below. (*Id.*)

Defendants are activating the CIW 45-bed unit in a phased manner so that they can verify that there is adequate alternative capacity in this new program to accommodate future need at the APP and ICF levels of care and ensure that no wait list exists. (Hickerson Decl. ¶ 6; *see* Docket No. 3724–2 at 7, 13.) In other words, that DMH services at Patton are no longer needed and the

---

[1] During the delay in activating the CIW 45-bed unit, Defendants intend to provide interim mental health treatment to those inmate-patients waiting to get into the program. For inmate-patients who are on a "wait list" to be admitted into the program prior to the opening date, they will be offered enhanced treatment to meet their individual needs in the program in which they are housed at the time of the decision to admit. (Hickerson Decl. ¶ 5.) Inmate-patients who are on the "wait list" at either Central California Women's Facility or Valley State Prison for Women will be transferred and endorsed to CIW to the program from which they came (i.e., EOP to EOP). (*Id.*) The enhanced treatment will be provided by the clinical/nursing staff hired to work in the CIW 45-bed unit prior to its opening. (*Id.*)

4

Defs.' Update Re: 45-Bed APP and ICF Unit at CIW and Mental Health Bed Needs Study Fall 2011
(2:90-cv-00520 LKK JFM P)

beds can be decommissioned.  At the same time, Defendants will be evaluating the need for all 45 beds because of realignment under AB 109.

To evaluate the full need for the APP and ICF beds and ensure that no waitlist exists for this female population, Defendants anticipate four things occurring within the first six months after patient admissions to CIW start.  First, CDCR will admit into the East Wing (24 beds) those inmate-patients who are currently housed in the three female institutions and who need APP or ICF level of care.  (Hickerson Decl. ¶ 6.)  Second, CDCR will admit into the East Wing those inmate-patients who are referred for APP or ICF level of care through the normal referral process.  (*Id.*)  Third, inmate-patients housed at Patton will either remain at Patton for treatment or be discharged from treatment.  The census at Patton as of December 15, 2011, was 18 inmate-patients.  (Vorous Decl. ¶ 4.)  And, over the past year (December 2010 to November 2011), the referrals for inmate-patients needing APP or ICF level of care have averaged 4.5 referrals per month.  (*Id.* ¶ 5, Ex. 2.)  Thus, given the current census and average referral rate over the past year, the 21-bed West Wing may not be needed.

Last, Defendants will also be evaluating the need to activate all 45 APP and ICF beds because of realignment under AB 109.  (Hickerson Decl. ¶ 6.)  This spring, the Legislature passed and the Governor signed into law AB 109.  (Cal. Gov't Code § 30025 et seq.).)  AB 109 became effective on October 1, 2011.  (*Id*)  In October 2011, CDCR published a Mental Health Bed Need Study Based on Fall 2011 AB 109 Population Projections, prepared by John Misener of McManis Consulting.  (Vorous Decl. ¶ 6, Ex. 3.)  These new fall 2011 AB 109 population projections generate a pronounced decrease in bed need compared to the spring 2011 forecast.  (*Id.*)  For instance, the fall 2011 AB 109 projections show a drop of 11 female APP/ICF beds in 2012 (projected bed need of 20) compared to the prior spring 2011 study projections to 2012 (projected bed need of 31).  (*Id.* at 13.)  Thus, by activating the CIW 45-bed unit in phases—and bringing the second wing up after realignment has been in place for nearly a year—Defendants will have a better understanding of the bed need for this population.  As this Court has previously indicated, revisions to the long-range bed plan should be considered if a change in the inmate population warrants such consideration.  (Docket No. 3761 at 3:15–18.)  Moreover, by suspending activation

5

Defs.' Update Re: 45-Bed APP and ICF Unit at CIW and Mental Health Bed Needs Study Fall 2011
(2:90-cv-00520 LKK JFM P)

of the West Wing, Defendants are avoiding expending resources on staffing an inpatient housing unit pending further evaluation of need.  (Hickerson Decl. ¶ 6.)

Nonetheless, because Defendants are uncertain what the population need will be for APP and ICF beds once the West Wing is activated, Defendants will, if necessary, reevaluate moving those inmate-patients housed at Patton to CIW earlier than expected should the population need decrease or, alternatively, open up the East Wing earlier than expected should the population need increase.  Defendants will continue to update the Court on the status of updated population projections for this population.

### B. Mental Health Bed Need Study Based on Fall 2011 AB 109 Population Projections.

On August 9, 2011, Defendants informed the Court that they would "continue to update the Court on the status of updated population projections on mental health bed needs."  (Docket No. 4054 at 10:15–16.)  Attached as Exhibit 3 to the Declaration of Debbie J. Vorous is the Mental Health Bed Need Study Based on Fall 2011 AB109 Population Projections (October 2011), prepared by John Misener of McManis Consulting.  (Vorous Decl. ¶ 6, Ex. 3.)  These projections estimate the impact of AB 109.  (*Id.,* Ex. 3 at 2.)  Specifically, the October 2011 Study provides the opportunity for a comparison of the fall 2011 projections to 2013 against the spring 2009 projections to 2013—the projections Defendants used for their Long-Range Mental Health Bed Plan.  (*Id.*, *see* Docket No. 3724–2 at 58, 67; Docket No. 3845–2 at 15.)

The below table, which reflects the spring 2009 and the fall 2011 projections to 2013, uses information from Defendants' Long-Range Bed Plan and Exhibit 3, respectively, to show the impact on the male and female programs:

6

| Level of Care | DIFFERENCE FROM BED PLAN | | | |
|---|---|---|---|---|
| | Spring 2009 *(used for Bed Plan)* | Fall 2011 | Fall 2011 minus Spring 2009 Projections | Higher/ Lower? |
| **Male** | | | | |
| EOP-GP | 4,763 | 3,595 | -1,168 | Lower |
| EOP-ASU | 675 | 595 | -80 | Lower |
| PSU | 546 | 486 | -60 | Lower |
| MHCB | 470 | 360 | -110 | Lower |
| Acute | 193 | 229 | 36 | Higher |
| ICF | 301 | 279 | -22 | Lower |
| ICF – High | 624 | 708 | 84 | Higher |
| **Totals** | **7,572** | **6,252** | **-1,320** | **Lower** |
| | | | | |
| **Females** | | | | |
| EOP-GP | 199 | 97 | -102 | Lower |
| EOP-ASU | 16 | 18 | 2 | Higher |
| PSU | 12 | 17 | 5 | Higher |
| MHCB | 18 | 12 | -6 | Lower |
| Acute/ICF | 27 | 18 | -9 | Lower |
| **Totals** | **272** | **162** | **-110** | **Lower** |

(Vorous Decl. Ex. 3 at 10, 13–14, 20, 24–25, 27, 29, 32–34; Docket No. 3724–2 at 58, 67; Docket No. 3845–2 at 15.)

Dated: December 27, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

/s/ *Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003

7

Defs.' Update Re: 45-Bed APP and ICF Unit at CIW and Mental Health Bed Needs Study Fall 2011
(2:90-cv-00520 LKK JFM P)