1    EDMUND G. BROWN JR.
Attorney General of California
2    JONATHAN L. WOLFF
Senior Assistant Attorney General
3    JAY C. RUSSELL
Supervising Deputy Attorney General
4    DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
5    Deputy Attorneys General
    1300 I Street, Suite 125
6     P.O. Box 944255
    Sacramento, CA 94244-2550
7     Telephone:  (916) 324-5345
    Fax:  (916) 324-5205
8     E-mail:  Debbie.Vorous@doj.ca.gov

9    Attorneys for Defendants

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12                SACRAMENTO DIVISION

13

14

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF CHAD R. HICKERSON IN SUPPORT OF DEFENDANTS' UPDATE TO THE COURT ON THE 45-BED ACUTE PSYCHIATRIC PROGRAM AND INTERMEDIATE CARE FACILITY UNIT AT CALIFORNIA INSTITUTION FOR WOMEN; MENTAL HEALTH BED NEED STUDY BASED ON FALL 2011 AB 109 POPULATION PROJECTIONS** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

22      I, Chad R. Hickerson,

23      1.     I am the Chief of Mental Health at California Medical Facility (CMF) for the

24 California Department of Corrections and Rehabilitation (CDCR).  I am also the Chief of the

25 Joint Commission Accreditation Unit for the Division of Correctional Health Care Services,

26 Psychiatric Inpatient Programs, at CDCR.  I have personal knowledge of the facts stated in this

27 declaration and if called to testify to those facts could and would do so competently.  I make this

28 declaration in support of Defendants' Update to the Court on the 45-Bed Acute Psychiatric

1   Program and Intermediate Care Facility Unit at California Institution for Women; Mental Health

2   Bed Need Study Based on Fall 2011 AB 109 Population Projections.

3       2.      I began working at CDCR in 2007, and have worked as the Chief of Mental Health at

4   CMF since 2011.  Additionally, I began working as the Chief of the Joint Commission

5   Accreditation Unit in 2010.

6       3.      As the Chief of Mental Health at CMF and Chief of the Joint Commission

7   Accreditation Unit, I am familiar with and have been involved in the planning, licensing,

8   accreditation, and activation of the new 45-bed Psychiatric Inpatient Program (PIP) and facility at

9   California Institution for Women (CIW).  I am also familiar with the facility itself and with the

10  mental health inpatient levels of care that Defendants will offer the female inmate-patients who

11  will be housed in the new CIW 45-bed unit.

12      4.      The new CIW 45-bed unit contains 45 single occupancy inmate-patient cells in two

13  wings:  the West Wing (21 beds) and the East Wing (24 beds).  The facility will be a licensed

14  mental health inpatient treatment facility for female inmate-patients and will serve as an annex to,

15  and under the license of, the existing 18-bed Correctional Treatment Center.  In addition, CDCR

16  is in the process of seeking accreditation by the Joint Commission (formerly the Joint

17  Commission on Accreditation of Healthcare Organizations) under their Behavioral Health Care

18  standards.

19      5.      The CIW 45-bed unit was initially scheduled to start inmate-patient admissions on

20  January 9, 2012, and end on March 9, 2012.  Due to construction delays, CDCR revised the

21  admission date for patient admissions to no earlier than April 17, 2012, and no later than June 17,

22  2012.  During this delay in activating the CIW 45-bed unit, Defendants intend to provide interim

23  mental health treatment to those inmate-patients waiting to get into the program.  For inmate-

24  patients who are on a "wait list" to be admitted into the program prior to the opening date, those

25  inmate-patients will be offered enhanced treatment to meet their individual needs in the program

26  in which they are housed at the time of the decision to admit.  Inmate-patients who are on a "wait

27  list" at either Central California Women's Facility or Valley State Prison for Women will be

28  endorsed and transferred to CIW to the program from which they came (i.e., EOP to EOP).  The

2

1    enhanced treatment will be provided by the clinical/nursing staff hired to work in the CIW 45-bed

2    unit prior to its opening.

3        6.    Defendants are activating the CIW 45-bed unit in a phased manner to ensure that no

4    waitlist exists for this female population.  Specifically, the East Wing (24 beds) will be activated

5    first, followed by the West Wing (21 beds) within six months pending evaluation of population

6    need.  Defendants anticipate four things occurring within six months after patient admissions to

7    CIW start.  First, CDCR will admit into the East Wing (24 beds) those inmate-patients who are

8    currently housed in the three female institutions who need mental health inpatient levels of care.

9    Second, CDCR will admit into the East Wing those inmate-patients who are referred for mental

10    health inpatient levels of care through the normal referral process.  Third, inmate-patients housed

11    at Patton State Hospital will either remain at Patton for treatment or be discharged from

12    treatment.  Last, Defendants will be evaluating the need to activate all 45 mental health inpatient

13    beds because of realignment under AB 109.  By suspending activation of the West Wing,

14    Defendants are avoiding expending resources on staffing an inpatient housing unit pending

15    further evaluation of need.

16        I declare that the foregoing is true.

17        Executed this 20th day of December, 2011, at Sacramento, California.

18

19                                                    _____
                                                    CHAD R. HICKERSON

20    CF1997CS0003

21

22

23

24

25

26

27

28

Hickerson Decl. in Supp. of Defs.' Update Re:  45-bed APP and ICF Unit at CIW; Mental Health Bed Need Study
(2:90-cv-00520 LKK JFM P)