MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

JEFFREY L. BORNSTEIN – 99358
EDWARD P. SANGSTER – 121041
RAYMOND E. LOUGHREY – 194363
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

DONALD SPECTER – 83925
STEVEN FAMA – 99641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:   (510) 280-2621

WARREN E. GEORGE – 53588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:   (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520-LKK-JFM |
| Plaintiffs, | **ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2011** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

[581932-1]

1  On December 27, 2011, the parties in this case filed a stipulation confirming the
2  results of their meet and confer session concerning fees and costs for the third quarter of
3  2011, pursuant to the March 19, 1996 periodic fees order in this case.
4  Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and
5  costs of $584,816.93, plus interest, are due and collectable forty-five days from the date of
6  entry of this Order.  Interest on this amount will run from December 1, 2011, accruing at
7  the rate provided by 28 U.S.C. § 1961.
8  IT IS SO ORDERED.
9  DATED: January 3, 2012

UNITED STATES MAGISTRATE JUDGE

/coleaf3q11

[581932-1]

1
ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2011