KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS, State Bar No. 166884
WILLIAM KWONG, State Bar No. 168010
DANIELLE F. O'BANNON, State Bar No. 207095
KYLE A. LEWIS, State Bar No. 201041
PATRICK R. MCKINNEY, State Bar No. 215228
DAVID BRICE, State Bar No. 269443
  Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
MEGAN C. OLIVER, State Bar No. 256654
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
PAUL B. GRUWELL, State Bar No. 252474
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' JANUARY 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

### I. DEFENDANTS MET THE COURT'S FIRST BENCHMARK BY REDUCING THE IN-STATE PRISON POPULATION TO LESS THAN 167% OF DESIGN CAPACITY.

Defendants have achieved the Court's first benchmark of reducing the in-state prison population to no more than 167% of design capacity. Exhibit A sets forth the current design capacity, population, and population as a percentage of design capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of December 28, 2011, 132,887 inmates were housed in the state's adult institutions, which amounts to 166.8% of design capacity.[2] This is 11,301 fewer inmates than were housed in California prisons as recently as October 1, 2011, when California's historic public safety realignment was implemented under Assembly Bill 109, and 18,149 fewer inmates than when the Court issued its prisoner reduction order in January 2010. (*See* Decl. Ross Meier Supp. Defs.' Jan. 2012 Status Rep. (Meier Decl.), ¶ 3.)[3]

### II. THE IN-STATE PRISON POPULATION IS BEING REDUCED PRIMARILY THROUGH PUBLIC SAFETY REALIGNMENT.

In its January 12, 2010 order, the Court stated that it was "not endorsing or ordering the implementation of any of the specific measures contained in the State's plan, only that the State reduce the prison population to the extent and at the times designated in this Order." (Dkt. No. 3767 at p. 3.) The Court further recognized its "limited role" and the need to "afford the State maximum flexibility in its efforts to achieve the constitutionally required population reduction." (*Id.* at pp. 2 & 3.) With these guidelines in mind, Defendants briefly report on the reductions associated with the individual measures described in Defendants' November 12, 2009 population

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's January 3, 2012 weekly population report, available on CDCR's web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.

[3] On January 12, 2010, California housed 151,036 inmates in its 33 in-state prisons. (*See* http://www.cdcr.ca.gov/reports_research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad100113.pdf.) As reported in Defendants' October 14, 2011 report (*see* Dkt. No. 4099-1), the in-state prison population when realignment began was 144,188 inmates.

2

Defendants' January 2012 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

reduction plan, as well as the additional population reduction measures that Defendants subsequently adopted, as directed by the Court's June 30, 2011 order. (Dkt. No. 4032, at p. 2.)

The prison crowding reductions that have been achieved are primarily attributable to the landmark realignment legislation that went into effect October 1, 2011. This is apparent from the fact that of the total population reduction of more than 18,000 inmates that has been achieved since January 2010, the population dropped by more than 11,000 inmates in just the last few months since realignment has been in effect. (Decl. Jay Atkinson Supp. Defs.' Jan. 2012 Status Rep. (Atkinson Decl.), ¶ 4.) In addition to realignment, the measures described in Defendants' November 12, 2009 plan have also contributed, to a lesser degree, to the reduction in prison crowding. (*Id.* at ¶ 5.) For example, Senate Bill 18 XXX (enacted January 2010) has reduced the prison population through enhanced sentencing credits, changes to parole rules which resulted in fewer parolees returning to state prison, funding for community-corrections programs for felony probationers, and by redefining certain crimes so that fewer crimes result in felony convictions and prison sentences.[4] (*Id.*) Although it is not possible to specify the precise population reductions associated with each of these measures, they have all contributed to the reductions in prison crowding that Defendants have achieved. (*Id.* at ¶ 6.)

In addition to reducing the population, Defendants are also increasing design capacity by constructing new health care facilities, including a new 64-bed Intermediate Care Facility at the California Medical Facility, which is scheduled to open in early 2012; a new 45-bed Intermediate Care Facility at the California Institution for Women, which is scheduled to open in early to mid-2012; and the new California Health Care Facility in Stockton, which will house 1,722 inmates and is expected to open in 2013. (Meier Decl., ¶ 4.)

---

[4] Another example is Defendants' California Out-of-State Correctional Facility program. As of December 28, 2011, 9,312 inmates were housed in out-of-state facilities. (*See* report dated January 3, 2012 at http://www.cdcr.ca.gov/reports_research/Offender_Information_Services_Branch/Population_Reports.html.)

3

Defendants' January 2012 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

III.  **DEFENDANTS CONTINUE TO PROJECT THAT THE IN-STATE PRISON POPULATION WILL BE REDUCED TO 155% OF DESIGN CAPACITY AT OR NEAR THE COURT'S JUNE 27, 2012 BENCHMARK.**

Defendants previously reported that the in-state prison population would be reduced to 155% of design capacity at or near the Court's June 27, 2012 benchmark. (Meier Decl., ¶ 5.) CDCR is currently preparing the spring 2012 population projection, and expects to have updated projections at the end of February 2012. (Atkinson Decl., ¶ 7.) Defendants will refine their projection concerning the June 27, 2012 benchmark once the spring 2012 population projection is complete. (*Id.*)  Because Defendants met the Court's first benchmark and Defendants' best projections continue to show that they will achieve the next benchmark at or near the June 27, 2012 target date, there is no need at this time to undertake additional crowding-reduction measures to achieve compliance. (Meier Decl., ¶ 5.)

Dated:  January 6, 2012                                    HANSON BRIDGETT LLP

                                                           By: */s/ Paul B. Mello*
                                                               PAUL B. MELLO
                                                               *Attorneys for Defendants*

Dated:  January 6, 2012                                    KAMALA D. HARRIS
                                                           Attorney General of California

                                                           By: */s/ Patrick R. McKinney*
                                                               PATRICK R. MCKINNEY
                                                               Deputy Attorney General
                                                               *Attorneys for Defendants*

CF1997CS0003
40502024.docx

4

Defendants' January 2012 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH