KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DEBBIE VOROUS, State Bar No. 166884
WILLIAM KWONG, State Bar No. 168010
DANIELLE F. O'BANNON, State Bar No. 207095
KYLE A. LEWIS, State Bar No. 201041
PATRICK R. MCKINNEY, State Bar No. 215228
DAVID BRICE, State Bar No. 269443
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
MEGAN C. OLIVER, State Bar No. 256654
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
PAUL B. GRUWELL, State Bar No. 252474
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' JANUARY 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

I, ROSS MEIER, declare as follows:

1. I am the Chief of the Population Management Unit of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR). I have been employed in this position since March 2010 and have been with the Population Management Unit since 2003. I have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' January 2012 Status Report to the Court's June 30, 2011 order.

2. As part of my duties, I manage the day-to-day intake of offenders from county jails, and the movement and housing of inmates throughout the state prison system. On October 1, 2011, the state implemented public safety realignment under Assembly Bill 109. CDCR's most recent weekly report of population, which includes data through December 28, 2011, reflects that as of that date, the actual population for in-state adult institutions was 132,887 inmates, or 166.8% of design capacity.

3. As comparison, there are 11,301 fewer inmates than were housed in California's prisons as recently as October 11, 2011, when California's historic public safety realignment was implemented, and 18,149 fewer inmates than when the Court issued its January 12, 2010 prisoner reduction order.

4. Defendants are currently constructing new health care facilities that will increase design capacity, including at the California Medical Facility (64-bed Intermediate Care Facility, scheduled for activation in early 2012), the California Institution for Women (45-bed Intermediate Care Facility, scheduled for activation in early to mid-2012), and the California Health Care Facility in Stockton, which will house 1,722 inmates and is expected to open in 2013.

5. Based on the current population and CDCR's revised population management plan, CDCR continues to project that Defendants will reach 155% of design capacity on or about June 27, 2012. Because Defendants' best projections show that they will be at or near 155% of design bed capacity at the time of the June 2012 benchmark, there appears to be no need to implement additional measures or to ask the Court to extend the benchmark dates at this time.

2

Declaration of Ross Meier in Support of Defendants' January 2012 Status Report
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Sacramento, California on January 6, 2012.

_____
Ross Meier

CF1997CS0003
20537337.doc

3

Declaration of Ross Meier in Support of Defendants' January 2012 Status Report
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH