KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>               Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' UPDATE TO COURT RE:  DEWITT, ESTRELLA, AND CENTRAL CALIFORNIA WOMEN'S FACILITY CONSTRUCTION PROJECTS** |

I, Debbie Vorous, declare

1.   I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court.  I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.  I submit this declaration in support of Defendants' Update to the Court on the DeWitt, Estrella, and Central California Women's Facility (CCWF) Construction Projects.

/ / /

2. According to California Department of Corrections and Rehabilitation (CDCR), as of January 10, 2012, the Enhanced Outpatient Program census statewide has decreased by 450 inmate-patients since October 5, 2011.

3. Attached as Exhibit 1 is a true and correct copy of an updated December 22, 2011 activation schedule for Defendants' long-range mental health bed project for the DeWitt Nelson conversion project. I forwarded this activation schedule to the Special Master and Plaintiffs' counsel on January 3, 2012. The updated DeWitt Nelson activation schedule now notes that in light of the significant reductions in the prison population that are occurring under realignment, the State is not willing, at the present time, to proceed with the DeWitt Nelson project.

4. Attached as Exhibit 2 is a true and correct copy of an updated December 22, 2011 activation schedule for Defendants' long-range mental health bed project for the Estrella Health Care Facility project. I forwarded this activation schedule as well to the Special Master and Plaintiffs' counsel on January 3, 2012. According to the Estrella activation schedule, on April 6, 2011, the Joint Legislative Budget Committee (JLBC) notified CDCR in writing that in light of the Governor's proposed realignment (AB 109) and its potential impact to lower level offender beds, they could not support the project at that time. Like with the DeWitt Nelson project, the updated activation schedule for Estrella now notes that that in light of the significant reductions in the prison population that are occurring under realignment, the State is not willing, at the present time, to proceed with the Estella project.

5. Attached as Exhibit 3 is a true and correct copy of an updated December 22, 2011 activation schedule for Defendants' long-range mental health bed project for the CCWF project. I forwarded this activation schedule as well to the Special Master and Plaintiffs' counsel on January 3, 2012. The CCWF activation schedule reflects a start date of August 29, 2011, for seeking JLBC approval of the preliminary plans and financing for this project, which has not

///

///

occurred.  The schedule notes that the revised release of the preliminary plan JLBC submittal is "pending an examination of CDCR population as it will be affected by re-alignment pursuant to AB 109."

I declare under penalty of perjury that the foregoing is true.

Executed this 11th day of January, 2012, in Sacramento, California.

/s/ Debbie Vorous
DEBBIE VOROUS

CF1997CS0003

# EXHIBIT 1

55

Project: DeWitt Nelson Conversion
Responsible Person: Chris Meyer/CDCR
Address of Resp. Person: 9838 Old Placerville Rd., Suite B Sacramento California
Project Architect: Kitchell CEM (Criteria Architect)
Location: DeWitt Nelson, Stockton
Funding Source: AB 900 (GC 15819.40)

Report Date: December 22, 2011

Keith Gmeinder/DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Certification to SM Completion | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 153 | 11/6/09 | 11/6/09 | | 4/8/10 | 4/8/10 | | | M. Meredith | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| DOF Review and Approval of Design Build Approach | | | | | | 10/22/10 | | | C. Lief | Pursuant to Government Code Section 14661.1.j | CDCR received approval for use of Design-Build from DOF on 10/22/10. |
| Review Funding Request Package | 32 | 4/9/10 | 4/12/10 | 3 | 5/11/10 | 5/13/10 | | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 5/12/10 | 5/14/10 | 2 | 6/11/10 | 6/11/10 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 6/14/10 | 6/14/10 | | 6/14/10 | 6/14/10 | | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 21 | 5/25/10 | 5/11/10 | (14) | 6/15/10 | 6/15/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 6/16/10 | 6/16/10 | | 6/16/10 | 6/16/10 | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| California Environmental Quality Act Compliance (CEQA) | 265 | 6/17/10 | 6/17/10 | | 3/9/11 | 1/28/11 | (40) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The NOD was filed 12/29/10. The 30-Day statute of limitations period expired on 01/29/11 with no public comment or litigation. The final EIR was approved on 12/30/10. |
| Select Bridging Architect | 18 | 2/18/10 | 6/17/10 | 119 | 3/8/10 | 8/2/10 | 147 | | M. Meredith | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). Assumes CM/Bridging Architect selected from pre-approved list. | Kitchell CEM was selected as the Criteria Architect. |
| Prepare Bridging Document | 249 | 6/17/10 | 8/3/10 | 47 | 2/21/11 | 8/11/11 | 171 | | M. Meredith | Includes development of basis of design, pre-qualification of Design-Build entities, preparation of Bridging Documents including performance criteria. | Bridging Documents are 100% complete. |
| PWB Approval | 45 | 2/22/11 | 6/30/11 | 128 | 4/8/11 | 8/12/11 | 126 | | C. Lief | PWB Approval of performance criteria. | PWB issued a conditional approval for the RFP design criteria at August 2011 PWB, consistent with concerns raised by the JLBC. As a condition of approval, CDCR needs to demonstrate the need for mental health and medical beds at Dewitt before a DB construction contract is awarded. |

Page 1

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Design-Build Competition/Contractor Selection | 120 | 4/11/11 | 8/13/11 | 124 | 8/9/11 |  | 135 |  | N. Giannini | Selection of Design-Build entities. Firms submit Design-Build proposals. CDCR evaluates and selects contractor. | RFP was issued on 9/19/11. RFP competition with 3 DB entities is complete. Selection interviews were held on 11/18/11. The selection process was completed on 12/14/11 with Hensel Phelps Construction Company being announced as the selected firm pending the Department's evaluation of the Administrations realignment legislation. |
| Award Design Build Contract | 11 | 8/10/11 |  | 134 | 8/21/11 |  | 123 |  | J. Cummings | Issue Notice to Proceed, Execute contract. | In light of AB109, which will dramatically reduce prison population, the State at the present time will not commit to obligating scarce resources for the conversion of Dewitt Nelson. |
| Design Build Duration [3] | 560 | 8/22/11 |  | 122 | 3/4/13 |  |  |  | N. Giannini | Mobilize Design-Build Entity, Construction Manager, Inspector of Record. Finalize programming and complete drawings; Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.) Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | See comment above in Award Design Build Contract. |
| Activation Planning/Workforce Development/Hire Staff/Procurement | 540 | 10/4/11 |  | 79 | 3/27/13 |  |  |  | D. Sallade C. Radavsky K. Baker | Schedule development, policy and procedures, workforce planning, advertise, hire and train staff, group II/III equipment planning and equipment certification, long lead items acquisition, contracts/vendors, labor relations, training. This will impact DMH/CDCR/Receivers office and has to be coordinated between the three departments. DMH does not have the lead on this but will provide technical assistance and comply with the agreed upon dates. |  |
| Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 560 | 8/22/11 |  | 122 | 3/4/13 |  |  |  | N. Giannini | Including final as-built drawings. |  |
| Self Certification | 7 | 3/5/13 |  |  | 3/12/13 |  |  |  | C. Meyer |  |  |
| Licensing Application & Approval | 45 | 3/13/13 |  |  | 4/27/13 |  |  |  | D. Sallade C. Radavsky K. Baker | DPH initial licensing survey. Will license entire facility, suspend, then activate beds tied to a staff activation schedule. | Note: This activity is not applicable. Project is not a licensed facility. |
| Activation | 32 | 3/28/13 |  |  | 4/29/13 |  |  |  | D. Sallade C. Radavsky K. Baker | Transitional training, initial staff occupancy, staff orientation, building acceptance/shakedown, furniture/fixture installation, stock supplies/inventory, placement of Group II equipment. |  |
| Patient Admissions | 112 | 4/28/13 |  |  | 8/18/13 |  |  |  | D. Sallade C. Radavsky K. Baker | This will impact DMH/CDCR/CPHCS office and has to be coordinated between the three departments. DMH does not have the lead on this but will provide technical assistance. DMH expects to admit 5 inmate-patients per week for each licensed unit that is completely staffed due to clinical and safety reasons. |  |

[1] This facility is intended to include 375 EOP, 50 EOP/ASU, and 708 non-mental health beds.
[2] Special master shall receiver updates on construction every 90 days.
[3] Activation is contingent upon full activation of the California Health Care Facility construction project, which has a planned complete date of 12/31/2013.

Page 2

Project:  DeWitt Nelson Conversion

## Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Baker | Karen | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meredith | Michael | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Radavsky | Cindy | DMH | 1600 9th Street | Sacramento | 95814 |
| Sallade (A) | Denny | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| TBD | | Warden | | | |

57

# EXHIBIT 2

**Project:** Estrella Health Care Facility "El Paso de Robles Conversion" 1,2
**Responsible Person:** Chris Meyer/CDCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** DLR
**Location:** Paso Robles, CA
**Funding Source:** AB 900 (GC 15819.40)

**Report Period Ending: December 22, 2011**

Keith Gmeinder/DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | 11/6/09 | 11/2/09 | (4) | 11/6/09 | 11/4/09 | (2) | | B. Khaghani | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 30 | 11/9/09 | 11/9/09 | | 12/9/09 | 12/11/09 | 2 | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 12/10/09 | 12/14/09 | 4 | 1/9/10 | 6/2/10 | 144 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | JLBC approved project 06/02/10. |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 1/11/10 | 6/14/10 | 154 | 1/11/10 | 6/14/10 | 154 | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 20 | 12/30/09 | 12/1/09 | (29) | 1/19/10 | 12/15/09 | (35) | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 1/20/10 | 12/16/09 | (35) | 1/20/10 | 6/16/10 | 147 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 7 | 1/21/10 | 6/21/10 | 151 | 1/28/10 | 7/27/10 | 180 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | The A/E contract was executed on 7/27/10. |
| Preliminary Plans - Bid Package Structure | 196 | 1/29/10 | 7/28/10 | 180 | 8/13/10 | 2/18/11 | 189 | | B. Khaghani | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | CDCR has completed analysis of the delay encountered obtaining JLBC project authorization and contract award. As a means to mitigate the delay, all 3 bid packages have been combined into only one bid package. The PP phase was completed 02/18/11. CDCR will mitigate the delay in the W/D phase. |
| California Environmental Quality Act Compliance (CEQA) | 153 | 8/3/09 | 8/3/09 | | 1/3/10 | 1/28/11 | 390 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The NOD was filed 12/29/10 and the 30-day statute of limitations period expired on 01/28/11 with no public comment or litigation. Delay was due to issues encountered with the City of Paso Robles on water and sewer services and to address the volume of comments received on the Draft Environmental Impact Report. There is no impact to the overall project schedule. |

47

Page 1

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Certification to Completion SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JLBC Approval of Preliminary Plans | 126 | 7/8/10 | 2/22/11 | 229 | 11/11/10 | | 406 | | JLBC | JLBC Approval. | On 4/6/2011 the JLBC notified CDCR in writing that in light of the Governor's proposed realignment (AB109) and its potential impact to lower level offender beds, they could not support the project at this time. In light of AB109, which will dramatically reduce prison population, the State at the present time will not commit to obligating scarce resources for the conversion of Estrella. |
| PWB Approval of Preliminary Plans - Bid Package Structure | 126 | 7/9/10 | | 531 | 11/12/10 | | 405 | | C. Lief | PWB Approval. | |
| Working Drawings (Construction Documents) - Bid Package Structure | 270 | 7/2/10 | | 538 | 3/29/11 | | 268 | | B. Khaghani | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Bid and Award - Bid Package Structure | 116 | 11/18/10 | | 399 | 5/20/11 | | 216 | | B. Khaghani | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction³ - Bid Package Structure | 397 | 2/8/11 | | 317 | 3/11/12 | | | | B. Khaghani | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Hire Staff | 153 | 11/10/11 | | 42 | 4/11/12 | | | | D. Sallade (A) K. Baker Warden | Advertise, Hire, and Train Staff. | |
| Activation | 30 | 4/18/12 | | | 5/18/12 | | | | D. Sallade (A) K. Baker Warden | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |
| Patient Admissions | 120 | 5/19/12 | | | 9/16/12 | | | | D. Sallade (A) K. Baker Warden | | |

¹ This facility is intended to include 150 EOP, 40 EOP/ASU, and 709 non-mental health beds.
² Court Order filed 1/4/10, Docket No. #3761
³ Special Master shall receive updates on construction every 90 days.

Page 2

Project:

Estrella Health Care Facility "El Paso de Robles Conversion"

### Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Baker | Karen | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Khaghani | Bobby | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Sallade (A) | Denny | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| TBD | | Warden | 4545 Aiport Rd. | Paso Robles | |

49

EXHIBIT 3

Report Period Ending: December 22, 2011

Project: EOP-GP Treatment and Office Space
Responsible Person: Deborah Hysen/CDCR
Address of Resp. Person: 9838 Old Placerville Rd., Suite B Sacramento California
Project Architect: TBD
Location: Central California Women's Facility
Funding Source: AB 900 (GC 15819.40)

Keith Gmeinder/DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SW | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 143 | 3/15/10 | 3/15/10 | | 8/5/10 | 8/2/10 | (3) | | K. Beland | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 32 | 8/6/10 | 8/3/10 | (3) | 9/7/10 | 10/15/10 | 38 | | C. Lief | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | DOF released the 30-Day notification to JLBC on 10/15/10. |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 9/8/10 | 10/18/10 | 40 | 10/8/10 | 11/12/10 | 35 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 10/11/10 | 11/15/10 | 35 | 10/11/10 | 11/15/10 | 35 | | C. Lief | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | PWB approved scope, schedule and cost on 11/15/10. Impact to overall schedule is under review. |
| Request Loan from PMIA | 20 | 9/29/10 | 10/13/10 | 14 | 10/19/10 | 10/13/10 | (6) | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | Funding was approved at the 12/15/10 PMIA meeting. |
| Approval of PMIA Funding | 1 | 10/20/10 | 10/14/10 | (6) | 10/20/10 | 12/15/10 | 56 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 90 | 10/21/10 | 12/16/10 | 56 | 1/19/11 | 3/29/11 | 69 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | A/E NTP was issued on 3/29/11. Project schedule recovered by restructuring A/E activities in PP & WD phases. There is no impact to overall schedule. |
| Preliminary Plans | 218 | 1/20/11 | 3/30/11 | 69 | 8/26/11 | 9/22/11 | 27 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Pre-design activities commenced on 3/30/11. PP's are 100% complete. The revised PP completion date is 9/22/11. |
| California Environmental Quality Act Compliance (CEQA) | 270 | 10/21/10 | 11/15/10 | 25 | 7/18/11 | 11/23/10 | (237) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The Notice of Exemption was filed and the litigation period expired on 11/23/10. Accelerated time was gained by completing a less restrictive environmental document (Notice of Exemption vs. Initial Study/ Mitigated Negative Declaration). The method and required time were not reported in the 11/22/10 action plan and the appropriate "days behind" calculation is included in this report. |
| JLBC Approval of Preliminary Plans | 45 | 8/29/11 | | 115 | 10/13/11 | | 70 | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. | The revised release of the PP JLBC submittal is pending an examination of CDCR population as it will be affected by re-alignment pursuant to AB109. |
| PWB Approval of Preliminary Plans | 45 | 8/30/11 | | 114 | 10/14/11 | | 69 | | C. Lief | PWB Approval. | See JLBC approval of PP comment above. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days Behind (Ahead) | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Working Drawings (Construction Documents) | 203 | 10/17/11 | | 66 | 5/7/12 | | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | See JLBC approval of PP comment above. |
| Bid and Award | 90 | 5/8/12 | | | 8/6/12 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction [1] | 450 | 8/7/12 | | | 10/31/13 | | | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |
| Hire Staff | 151 | 5/3/13 | | | 10/1/13 | | | | D. Sallade M. Lattimore | Advertise, Hire, and Train Staff. | |
| Activation | 60 | 11/1/13 | | | 12/31/13 | | | | D. Sallade M. Lattimore | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Special Master shall receive updates on construction every 90 days.

Page 2

Project:

EOP-GP Treatment and Office Space

## Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lattimore | Mary | Warden (A), CCWF | 23370 Rd 22 | Chowchilla, CA | 93610 |
| Lief | Christopher | DOF | 915 L Street | Sacramento | 95814 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Sallade (A) | Denny | CDCR/DCHCS | 501 J Street | Sacramento | 95814 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |

53