KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
DAVID E. BRICE, State Bar No. 269443
Deputy Attorneys General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone:  (916) 324-8010
    Fax:  (916) 324-5205
    E-mail:  David.Brice@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>                    v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' UPDATE TO THE COURT ON THE DEWITT, ESTRELLA, AND CENTRAL CALIFORNIA WOMEN'S FACILITY CONSTRUCTION PROJECTS** |

I, Ross Meier, declare as follows:

1.        I am the Chief of the Population Management Unit of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR).  I have been employed in this position since March 2010 and have been with the Population Management Unit since 2003.  I have assisted in gathering data maintained by CDCR on numerous occasions.  I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.  I make this declaration in support of Defendants'

/ / /

1

1  Update to the Court on the Dewitt, Estrella, and Central California Women's Facility

2  Construction Projects.

3       2.    As part of my duties, I manage the day-to-day movement and housing of inmates

4  throughout the state prison system, including movement to and from non-traditional housing such

5  as gymnasiums and dayrooms where inmates were often triple-bunked. In September 2011, prior

6  to realignment, there were over 6,000 nontraditional beds activated. By the end of January,

7  CDCR will only have 380 nontraditional beds activated, the remaining nontraditional beds are

8  expected to be deactivated in the coming months.

9       3.    Attached as Exhibit 1 is a bar chart reflecting Nontraditional beds from September

10 2011 through January 2012, and attached as Exhibit 2 is a line graph reflecting Nontraditional

11 beds from August 2007 through January 2012. In August 2007, there were approximately 19,618

12 nontraditional beds activated.

13      I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th

14 day of January 2012, at Sacramento, California.

15

16

17                         ROSS MEIER

18    CF1997CS0003

19

20

21

22

23

24

25

26

27

28

2

EXHIBIT 1



EXHIBIT 2



**Nontraditional Beds July 2007 - January 2012**