# TABLE OF APPENDICES

1      Receiver's Turnaround Plan of Action Matrix

2      CCHCS Information Technology Project Matrix

3      Executive Summary & Health Care Access Quality Reports – August 2011 through November 2011

4      Human Resources Recruitment and Retention Reports – August 2011 through November 2011

5      Health Care Services Dashboard – December 2011

6      Sample Chronic Care Master List

7      Chronic Care Master List User's Guide

8      Health Care Appeals and Habeas Corpus Petition Activity – September 2011 through December 2011

9      Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level –

       September 2011 through December 2011

10     CPR Financial Statements – September through December 2011