# PART 2 OF 3:

# APPENDIX 7

# APPENDIX 7



# CHRONIC CARE MASTER LIST – USER'S GUIDE

## CHRONIC CARE MASTER LIST – USER'S GUIDE

This User's Guide is intended to help you get maximum benefit from the Chronic Care Master List that is released each month.  The User's Guide includes:

- **Overview**
- **Explanation of Terms**
- **Data Sources**
- **Tips on Sorting**
- **Tips on Filtering**
- **How to Compare Care Team Performance Using Patient Lists**

## CHRONIC CARE MASTER LIST - OVERVIEW

Since 2009, CCHCS has been producing lists of patients with specific chronic diseases, adding to these lists as time progresses.  In 2011, CCHCS created a Chronic Care Master List that combines information from disease-specific patient lists into one document that should capture most inmates under treatment for some of the most prevalent chronic diseases.

CCHCS uses centralized pharmacy, laboratory, inmate locator, and claims data to create the Chronic Care Master List.  There may be instances where an inmate with a chronic condition is not included because laboratory or pharmacy data related to that condition is not available, such as when a patient has seizure disorder, but has not recently been prescribed medication to treat the condition.

The Chronic Care Master List can support day-to-day patient care in the many ways.  Among other functions, the list:
- Offers important data that can be used to manage patients, such as recent laboratory results.
- Highlights results that are abnormal or services that are missing.
- Is updated monthly, providing information about patients that may have recently joined a care team's assigned panel.
- Flags patients who are considered clinically complex and are at highest risk for poor health outcomes.
- Details patients who also have a mental health diagnosis and may benefit from co-management by medical and mental health providers.

### *Patient Lists and Disease Management Scores*
Each month, CCHCS uses the data in the Chronic Care Master List and other patient registries to report on institution performance.  As individual care teams address the abnormal results or missing services flagged in this patient list, institutions should see an improvement in patient outcomes and related disease management scores posted on the Health Care Services Dashboard and on individual Institution Scorecards.  CCHCS incorporated information from existing evidence-based practice guidelines to assign the flags found in the Chronic Care Patient List.

### *Manipulating Patient List Information for Use by Care Teams and Managers*
The Chronic Care Master List can be sorted and filtered in many ways, such as by care teams or by red flags.  This User's Guide provides instructions on sorting and filtering patient lists.  Managers can also use patient lists to compare care teams' performance on specific disease management performance measures.

## EXPLANATION OF TERMS

The Chronic Care Master List is separated into three major sections, with multiple columns under them, described below.  Conditions noted with (*) have a stand-alone patient registry with more detail available on the Quality Management SharePoint Portal.

| SECTION | COLUMNS |
|---|---|
| **IDENTIFICATION AND HOUSING –** *Demographic data* | **Demographic data provided:**  CDCR number, last name, date of birth, cell bed, and care team or yard as of the list run date. |
| **RISK GROUP –** *Information about chronic care patients who are high-risk or have  a mental health diagnosis.* | **Clinically Complex:**  Patients considered to be at high risk for poor outcomes because they have multiple chronic diseases or serious health care conditions, as specified in pharmacy, laboratory, and claims data.<br><br>**Mental Health High Utilizers (MH High Util.):** Patients with multiple admissions to higher mental health levels of care within a six-month period.<br><br>**Mental Health Level of Care (MH LOC):**  If the patient is an enrollee in the mental health delivery system, this column indicates a patient's current Mental Health Level of Care. |
| **SELECT CHRONIC CONDITIONS –** *Categories of chronic disease, which diseases are applicable to each inmate, important treatment information, and flags for patients with abnormal values.* | **Condition Count (Cond. Count):** Count of a total identified chronic conditions for a specific patient.<br><br>**Asthma*:**  If the patient has been identified as a persistent asthmatic, determined by a count of medications dispensed over a period of time, the ratio of short-acting beta agonist (SABA) to inhaled corticosteroid (ICS) is shown.  Per guidelines, the ratio should be 2:1 or less;  patients with a ration higher than 2:1 are flagged.<br><br>**Chronic Pain:**  Patients receiving long-term prescriptions for various pain medications are on the registry as "OPI" and/or "ADJ", showing whether the patient is taking an opioid, adjunctive, or both.<br><br>**Diabetes*:**   Patients who receive diabetic medication and/or had a hemoglobin A1C result of greater than or equal to 6.5%.  Patients with a most recent HgA1C score greater than 8.0% are flagged.<br><br>**HCV:**  Patients who, using lab data, currently have hepatitis C virus or antibodies present.  The three indicators for hepatitis C (HCV) are a) Ab+, antibody presence, b) VL+/VL-, indicating the presence of virus currently known, and c) "On TX", representing a patient currently on HCV treatment (this is highlighted as a flag).<br><br>**HIV:** HIV patient identified through lab screening or patients actively receiving anti-HIV medications.  The patient's most recent CD4 count is shown when known.  Patients with a most recent CD4 result less than 200 are flagged.<br><br>**Hyperlipidemia (HLP):** Patients having been dispensed medications linked to hyperlipidemia within the past six months.  A patient's LDL value is shown where observed within the last six months, otherwise simply "LDL" will be shown.  Patients with a most recent LDL result greater than 130 (or greater than 100 if diabetic) are flagged. |

**Hypertension** (HTN): Patients having been dispensed medications linked to hypertension within the past six months.

**Seizures:** Patients having been dispensed seizure medications within the past six months by non-mental health providers. The name of the medication is indicated (i.e, "KEPPRA", "DILANT", "DEPAKO").

**Warfarin\*:** Patients currently receiving an anticoagulation medication such as Warfarin. A patient's most recent INR value is included if available, otherwise "WAR" is simply indicated. Patients with a most recent INR result greater than 4.0 are flagged.

**Alert Flags: Number of flags for important clinical information, such as abnormal values or missing services, that were identified for a given patient.**

## DATA SOURCES

The following data sources were used to create the Chronic Care Master List:

- DDPS/OBIS: Inmate demographic, identification, and location data.
- Quest/Foundation: Laboratory results data.
- Guardian/Maxor: Prescription, dispensing, and provider data.
- MHTS.net: Mental health housing and level of care data.

## SORTING TIPS (EXCEL 2007)

Chronic Care Master List data can be presented in a number of ways by using the "sort" function. Step by step instructions for common sorting exercises are provided below.



The top row includes a 'header' which describes the 'data' within that column.

> ### Example A:  " I want a list of all inmates who have a specific disease."

**Step 1:**  Select the entire data set to ensure data integrity. (Improper selection of data can cause mismatching of records).
   a)  Left-click any cell that has data and is not blank.
   b)  Press **Ctrl+A** on your keyboard (this will expand your selection to their entire list).

**Step 2:**  Locate the Excel custom sort option.
   a)  At the top of your screen, left-click the **Data** ribbon option.
   b)  In the **Sort & Filter** section at the top of your screen, left-click the **Sort** button.  This will open a new dialog box.

**Step 3:**  Make your selections.
   a)  While in the dialog box, select what you want to sort by using the 'sort by' drop down menu.
   b)  You can sort by multiple criteria (adding more levels to the sort) by clicking 'Add Level' on the top left of the dialog box.

### *The following example shows a 'multi-level' sort:*



   c)  Ensure the '**My data has headers'** box is checked.  This will allow you to sort by the column headers and exclude them from the actual sorting.
   d)  Left-click the blank, **Sort by** dropdown box under the **Column** header.  Choose the option that you would like the Chronic Care Master list sorted by. In this example you would use the column of the disease you wish to target. The example also shows additional levels, it is much more efficient to do multi level sorting all at once rather than sort each one individually.
   e)  Under the order column, select the ordering method that best fits your needs
      •  For text values you can order data 'A to Z' or 'Z to A'
      •  For Numeric values or dates you can be ordered data 'Smallest to Largest' and 'Largest to Smallest'
   f)  Left-click the **OK** button on the bottom right corner of the dialog box to process the sort.  Patients with the targeted disease should now be grouped together at the top of the list.

---



# Chronic Care Master List User Guide

## Excel 2007: Filtering Tables

# DATA



# FILTERING TABLES: EXERCISE 1



**QUESTION: HOW DO I FILTER CHRONIC CARE PATIENTS BY A SPECIFIC CARE TEAM/YARD?**





# FILTER DROPDOWN BOXES APPLIED TO TABLE

## CAUTION! – ENSURE FILTER DROPDOWN BOXES HAVE BEEN APPLIED TO ALL COLUMNS BEFORE CONTINUING!



1. CLICK DROPDOWN BOX NEXT TO "CARE TEAM OR YARD"

2. CLICK AND SELECT CHECKBOX NEXT TO DESIRED CARE TEAM(S)/YARD(S).

# EXERCISE 1 RESULTS

Sample_Master_List.xlsx - Microsoft Excel

Home | Insert | Page Layout | Formulas | Data | Review | View | Developer | Acrobat

G11

## Master Registry - Chronic Conditions — CA State Prison, Sample (XSP)

Identification & Housing (09-27-2011)     Risk Group     Selected Chronic Conditions

Click Here - User's Guide

| | | | | | | Clinically | MH | MH | Cond. | Asthma | Chronic | Diabetes | ESLD | HCV | HIV | HLP | HTN | Seizul | Warfarin | Alert |
| CDCR# | Last | F | A | Cell Bed (6) | Care Team or Yard | Comp | High U | LOI | Coul | (SABA/I | Pain | (Hg A1 | (Album | (HC | (CD | (Li | (H | | (INR | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CXXXXX | ABARR | D. | 28 | FA/FOO Unit 3 | | | | CCCMS | 5 | | OPI | 8.3 | | Ab+VL+ | | 71 | HTN | | | 1 |
| VXXXXX | ABASOLO | R. | 29 | FA7 2 0 Unit 3 | | | | EOP | 5 | | OPI | 7.0 | | Ab+VL+ | | 53 | HTN | | | 0 |
| EXXXXX | ABASTA | T. | 30 | FB7 2 0 Unit 3 | | | | EOP | 5 | 1.3 :1 | OPI | 5.7 | | Ab+VL+ | | | HTN | | | 0 |
| CXXXXX | ABDALLA | D. | 18 | FA/FOO Unit 3 | | | | EOP | 4 | | OPI | 9.2 | | | | 98 | HTN | | | 1 |
| VXXXXX | ABDALLAH | R. | 19 | FA7 2 0 Unit 3 | | | | MHCB | 4 | | ADJ | | | | | 107 | HTN | DEPAKE | | 0 |
| EXXXXX | ABDELAZIZ | T. | 20 | FB7 2 0 Unit 3 | CC | | | EOP | 4 | | OPI | | | | | 65 | HTN | | 2.3 | 0 |
| CXXXXX | ABDUL-MALIK | D. | 25 | FA/FOO Unit 3 | | | | EOP | 4 | | ADJ | | | HCV+ | | | HTN | KEPPRA | | 0 |
| VXXXXX | ABDULLA | R. | 26 | FA7 2 0 Unit 3 | | | | EOP | 4 | | OPI | | | Ab+VL+ | | 39 | HTN | | | 0 |
| EXXXXX | ABDULLAH | T. | 27 | FB7 2 0 Unit 3 | | | | EOP | 4 | | | 5.7 | | | | 80 | HTN | DEPAKE | | 1 |
| CXXXXX | ABEBE | D. | 18 | FA/FOO Unit 3 | | | | CCCMS | 4 | | | 6.7 | | Ab+VL+ | | HLP | HTN | | | 1 |
| VXXXXX | ABED | R. | 19 | FA7 2 0 Unit 3 | | | | CCCMS | 4 | | ADJ | 6.4 | | | | 117 | HTN | | | 1 |
| EXXXXX | ABEDI | T. | 20 | FB7 2 0 Unit 3 | | | | | 4 | | ADJ | DM | | Ab+VL+ | | | HTN | | | 1 |
| CXXXXX | ABELAR | D. | 24 | FA/FOO Unit 3 | CC | | | | 4 | | OPI | | | On TX | | 59 | HTN | | | 0 |
| VXXXXX | ABELE | R. | 25 | FA7 2 0 Unit 3 | | | | | 4 | 0.7 :1 | OPI | | | Ab+VL+ | | | HTN | | | 0 |
| EXXXXX | ABELLA | T. | 26 | FB7 2 0 Unit 3 | | | | | 4 | 0.7 :1 | OPI ADJ | | | Ab+VL+ | | | HTN | | | 0 |
| CXXXXX | ABERCROMBI | D. | 30 | FA/FOO Unit 3 | CC | | | | 4 | | OPI | | | Ab+VL+ | 6 | 77 | HTN | | | 1 |
| VXXXXX | ABERNATHY | R. | 23 | FA7 2 0 Unit 3 | CC | | | | 4 | | OPI | | | Ab+VL+ | | HLP | HTN | | | 1 |
| EXXXXX | ABETE | T. | 24 | FB7 2 0 Unit 3 | | | | CCCMS | 4 | 1.0 :1 | | | | Ab+VL+ | | | HTN | LAMICT | | 0 |

Quality Management Section

7

# FILTERING TABLES: EXERCISE 2



**QUESTION: HOW DO I SORT ALL DIABETIC PATIENT-INMATES BY CARE TEAM/YARD?**





**FILTER DROPDOWN BOXES APPLIED TO TABLE**

**CAUTION! – ENSURE FILTER DROPDOWN BOXES HAVE BEEN APPLIED TO ALL COLUMNS BEFORE CONTINUING!**





# EXERCISE 2 RESULTS



# FILTERING TABLES: EXERCISE 3



**QUESTION: HOW DO I LOCATE ALL DIABETIC PATIENTS IN A SPECIFIC CARE TEAM/YARD WITH ABNORMAL HGA1C TEST RESULTS?**





**FILTER DROPDOWN BOXES APPLIED TO TABLE**

**CAUTION! – ENSURE FILTER DROPDOWN BOXES HAVE BEEN APPLIED TO ALL COLUMNS BEFORE CONTINUING!**





# EXERCISE 3 RESULTS



Master Registry - Chronic Conditions

Identification & Housing (09-27-2011)          Risk Group          Selected Chronic Conditions

CA State Prison, Sample (XSP)

Click Here – User's Guide

| CDCR# | Last | Fir | A | Cell Bed (6) | Care Team or Yard | Clinically Comp | MH High U | MH LO | Cond. Cou | Asthma (SABA) | Chronic Pain | Diabetes (HgA1 | ESLD (Album | HC | HIV (CD | HLP (LL | H | Seizur | Warfarin (INR | Alert Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CXXXXX | ABARR | D. | 28 | FAIFOO | Unit 3 | | | CCCMS | 5 | OPI | 8.3 | | Ab+VL+ | | 71 | HTN | | | 1 |
| 31 | CXXXXX | ABDALLA | D. | 18 | FAIFOO | Unit 3 | | | EOP | 4 | OPI | 9.2 | | | | 98 | HTN | | | 1 |
| 46 | EXXXXX | ABEDI | T. | 20 | FB7 2 0 | Unit 3 | | | | 4 | ADJ | DM | | Ab+VL+ | | | HTN | | | 1 |
| 65 | | | | | | | | | | | | | | | | | | | | |



# Chronic Care Master List User Guide

## Excel 2007: Pivot Tables

Quality Management Section

# DATA

**Master Registry - Chronic Conditions**

CA State Prison, Sample (XSP)

Click Here - User's Guide

| | | | Identification & Housing (09-27-2011) | | | Risk Group | | | | | | Selected Chronic Conditions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last | First | Age | Cell Bed | Care Team or Yard | Clinically Complex | MH High Util. | MH LOC | Cond. Count | Asthma (SABA-ICS) | Chronic Pain | Diabetes (HgA1C) | ESLD (Albumin) | HCV | HIV (CD4) | HLP (LDL) | HTN Seizures | Warfarin (INR) | Alert Flags |
| DXXXXX | AARON | J. | 18 | FA5 1 O | Unit 1 | CC | | EOP | 6 | | OPI | 8.8 | | Ab+VL+ | 838 | 75 | HTN | | 1 |
| PXXXXX | AARONIAN | F. | 19 | FA6 1 O | Unit 1 | CC | | EOP | 6 | | OPI | 4.7 | | Ab+VL+ | 181 | 40 | HTN | | 1 |
| HXXXXX | ABACA | R. | 20 | FB3 2 O | Unit 1 | CC | | MHCB | 6 | | ADJ | | | Ab+VL+ | 1516 | HLP | HTN DEPAKE | | 1 |
| FXXXXX | ABAD | A. | 21 | FA4 1 O | Unit 2 | | | CCCMS | 5 | | ADJ | | | Ab+VL+ | | 60 | HTN | | 0 |
| AXXXXX | ABADIA | A. | 22 | FB1 1 O | Unit 2 | | | EOP | 5 | 1.0:1 | ADJ | | | Ab+ | | | HTN | | 0 |
| KXXXXX | ABALOS | B. | 23 | FA4 1 O | Unit 2 | CC | MH-HU | EOP | 5 | 1.3:1 | ADJ | 8.9 | | | | HLP | HTN KEPPRA | | 2 |
| DXXXXX | ABALOZ | D. | 24 | FB1 2 O | Unit 2 | | MH-HU | EOP | 5 | 1.0:1 | OPI | 6.1 | | | | 81 | HTN | | 0 |
| EXXXXX | ABANATHIE | L. | 25 | FA7 1 O | Unit 2 | | | EOP | 5 | 1.0:1 | OPI | | | | | | HTN DILANT | | 0 |
| PXXXXX | ABANICO | R. | 26 | FA7 1 O | Unit 2 | | | CCCMS | 5 | | OPI | 7.0 | | Ab+V/- | | 79 | HTN | | 0 |
| CXXXXX | ABARCA | T. | 27 | FB7 1 O | Unit 3 | CC | | | 5 | | ADJ | 5.1 | | Ab+VL+ | | | HTN | | 1 |
| CXXXXX | ABARR | D. | 28 | FA-F0 O | Unit 3 | | | CCCMS | 5 | | OPI | 8.3 | | Ab+VL+ | 308 | 71 | HTN | | 1 |
| KXXXXX | ABASOLO | R. | 29 | FA7 2 O | Unit 3 | | | EOP | 5 | | OPI | 7.0 | | Ab+VL+ | | 53 | HTN | | 0 |
| EXXXXX | ABASTA | T. | 30 | FB7 2 O | Unit 3 | | | EOP | 5 | 1.3:1 | OPI | 5.7 | | Ab+V/+ | | | HTN | | 0 |
| TXXXXX | ABAT | M. | 18 | FA3 2 O | Unit 4 | | | CCCMS | 5 | | OPI/ ADJ | 6.8 | | Ab+V/- | | 46 | HTN | | 0 |
| XXXXXX | ABATTE | W. | 19 | FB1 1 O | Unit 4 | CC | | EOP | 5 | | OPI | 6.0 | | | 747 | 61 | HTN | | 0 |

# USING PIVOT TABLES: EXERCISE 1



## Master Registry - Chronic Conditions

**CA State Prison, Sample (XSP)**

| CDCR# | Last | First | Age | Cell Bed | Care Team or Yard | Clinically Complex | MH High Util. | MH LOC | Cond. Count | Asthma (SABA/ICS) | Chronic Pain | Diabetes (HgA1C) | ESLD (Albumin) | HCV | HIV (CD4) | HLP (LDL) | HTN | Seizures | Warfarin (INR) | Alert Flags |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DXXXXX | AARON | J. | 18 | FA5 1 0 | Unit 1 | CC | | EOP | 6 | | OPI | 8.8 | | Ab+VL+ | 838 | 75 | HTN | | | 1 |
| PXXXXX | AARONIAN | F. | 19 | FA6 1 0 | Unit 1 | CC | | EOP | 6 | | OPI | 4.7 | | Ab+VL+ | 181 | 40 | HTN | | | 1 |
| HXXXXX | ABACA | R. | 20 | FB3 2 0 | Unit 1 | CC | | MHCB | 6 | | ADJ | | | Ab+VL+ | 1516 | | HLP | HTN | DEPAKE | | 1 |
| FXXXXX | ABAD | A. | 21 | FA4 1 0 | Unit 2 | | | CCCMS | 5 | | ADJ | | | Ab+VL+ | | 60 | | HTN | | | 0 |
| AXXXXX | ABADIA | A. | 22 | FB1 1 0 | Unit 2 | | MH-HU | EOP | 5 | 1.0:1 | ADJ | | | Ab+ | | | | HTN | KEPPRA | | 0 |
| KXXXXX | ABALOS | B. | 23 | FA4 1 0 | Unit 2 | CC | MH-HU | EOP | 5 | 1.3:1 | ADJ | 8.9 | | | | HLP | HTN | | | 2 |
| DXXXXX | ABALOZ | D. | 24 | FB1 2 0 | Unit 2 | | | EOP | 5 | 1.0:1 | OPI | 6.1 | | | | 81 | | HTN | | | 0 |
| EXXXXX | ABANATHIE | L. | 25 | FA7 1 0 | Unit 2 | | | EOP | 5 | 1.0:1 | OPI | | | | | | | HTN | DILANT | | 0 |
| CXXXXX | ABANICO | R. | 26 | FA7 1 0 | Unit 2 | | | CCCMS | 5 | | OPI | 7.0 | | Ab+VI- | | | 79 | HTN | | | 0 |
| CXXXXX | ABARCA | T. | 27 | FB7 1 0 | Unit 3 | CC | | | 5 | | ADJ | 5.1 | | Ab+VL+ | | | | HTN | | | 1 |
| CXXXXX | ABARR | D. | 28 | FAF00 | Unit 3 | | | CCCMS | 5 | | OPI | 8.3 | | Ab+VL+ | 308 | 71 | HTN | | | 1 |
| KXXXXX | ABASOLO | R. | 29 | FA7 2 0 | Unit 3 | | | EOP | 5 | | OPI | 7.0 | | Ab+VL+ | | 53 | | HTN | | | 0 |
| EXXXXX | ABASTA | T. | 30 | FB7 2 0 | Unit 3 | | | EOP | 5 | 1.3 :1 | OPI | 5.7 | | Ab+VI+ | | | | HTN | | | 0 |
| TXXXXX | ABAT | M. | 18 | FA3 2 0 | Unit 4 | | | CCCMS | 5 | | OPI / ADJ | 6.8 | | Ab+VI- | | 46 | | HTN | | | 0 |
| AXXXXX | ABATE | W. | 19 | FB1 1 0 | Unit 4 | | | EOP | 5 | | OPI | 6.0 | | | 747 | 61 | HTN | | | 0 |

**Click Here** – User's Guide

## QUESTION: HOW MANY CHRONIC CARE PATIENTS ARE IN EACH CARE TEAM/YARD?

Quality Management Section

3



1. SELECT DATA: CLICK A CELL ANYWHERE IN THE ACTUAL DATASET

2. CLICK ON "PIVOT TABLE" (FOUND ON THE 'INSERT' TAB)

Quality Management Section



POP-UP DIALOGUE BOX

CLICK "OK"

# PIVOT TABLE VIEW





**1. FIND AND CLICK THE CHECK BOX FOR "CARE TEAM OR YARD"**

**2. TO COUNT PATIENTS, DRAG THE "CARE TEAM OR YARD" LABEL AND DROP IT INTO THE "VALUES" BOX**



**EXERCISE 1 RESULTS**

Quality Management Section

# USING PIVOT TABLES: EXERCISE 2



**QUESTION: HOW MANY PATIENTS DOES EACH CARE TEAM OR YARD HAVE WITH THESE CHRONIC CONDITIONS: ASTHMA, CHRONIC PAIN, AND DIABETES?**



Quality Management Section



POP-UP DIALOGUE BOX

# PIVOT TABLE VIEW





**1. FIND AND CLICK THE CHECK BOX FOR "CARE TEAM OR YARD"**

**2. TO COUNT PATIENTS, DRAG EACH FIELD NAME AND DROP IT INTO THE "VALUES" BOX (ONE AT A TIME)**

Quality Management Section

13

EXERCISE 2 RESULTS

# USING PIVOT TABLES: EXERCISE 3



# QUESTION: WHAT IS THE STATUS OF PATIENTS EXPOSED TO HCV?

Quality Management Section

15





POP-UP DIALOGUE BOX

CLICK "OK"

18

# PIVOT TABLE VIEW





**1. FIND AND CLICK THE CHECK BOXES FOR "CARE TEAM OR YARD" AND "HCV"**

**2. TO COUNT PATIENTS, DRAG THE "HCV" LABEL AND DROP IT INTO THE "VALUES" BOX**

Quality Management Section



**EXERCISE 3 RESULTS**

# USING PIVOT TABLES: EXERCISE 4



**QUESTION: HOW MANY DIABETES PATIENTS AT EACH CARE TEAM OR YARD HAVE ABNORMAL HGA1C RESULTS?**







POP-UP DIALOGUE BOX

CLICK "OK"

24

# PIVOT TABLE VIEW



25



**1. FIND AND <u>CLICK</u> THE CHECK BOX FOR "CARE TEAM OR YARD"**

**2. TO FILTER PATIENTS, <u>DRAG</u> THE "DIABETES (HGA1C)" LABEL AND <u>DROP</u> IT INTO THE "REPORT FILTER" BOX**

**3. TO COUNT PATIENTS, <u>DRAG</u> THE "DIABETES (HGA1C)" LABEL AND <u>DROP</u> IT INTO THE "VALUES" BOX**

Quality Management Section





**EXERCISE 4 RESULTS**

# BONUS QUESTION:

## FOR EACH CARE TEAM/YARD, COMPARE THE NUMBER AND PERCENT OF DIABETES PATIENTS WITH ABNORMAL HGA1C RESULTS



1. USE EXERCISE 2 RESULTS FOR THE TOTAL DIABETES PATIENT COUNT

2. USE EXERCISE 4 RESULTS FOR THE COUNT OF DIABETES PATIENTS WITH ABNORMAL HGA1C



31

## BONUS QUESTION RESULTS



|  | Percent of Patients with Abnormal Hga1c Results | Patients with Abnormal Hga1c Results | Diabetes Patients |
|---|---|---|---|
| Unit 1 | 60% | 3 | 5 |
| Unit 2 | 25% | 2 | 8 |
| Unit 3 | 25% | 2 | 8 |
| Unit 4 | 10% | 1 | 10 |
| Institution Total | 26% | 8 | 31 |

Quality Management Section

# EXTRA CREDIT:

# MAKE A CHART WITH THE DIABETES HGA1C COMPARISON DATA





YOU CAN ALSO USE 'CHART TOOL' TABS: DESIGN, LAYOUT, AND FORMAT TO CHANGE THE WAY THE CHART LOOKS (COLORS, LABELS, ETC.)

EXTRA CREDIT RESULTS
(THE DEFAULT FORMAT FOR THIS TYPE OF CHART IS DISPLAYED)

Percent of Patients with Abnormal Hga1c Results