# PART 3 OF 3:

# APPENDICES 8-10

# APPENDIX 8



Healthcare Appeals - Institutions (Statewide)
September 2011 - December 2011
7000
6000
5000
4000
3000
2000
1000
0
5757
5357
4863
4519
6475
6278
5339
5311
547
469
354
354
Total Formal Appeals Received
Number of Appeals Adjudicated
Total Overdue
Sep-11
Oct-11
Nov-11
Dec-11

Health Care Appeals - Third Level
September 2011 - December 2011
3000
2500
2000
1500
1000
500
0
575
576
568
572
567
644
860
762
2380
2420
2218
2094
Number of Appeals Received
Number of Appeals Adjudicated
Open Appeals
Sep-11
Oct-11
Nov-11
Dec-11

Petitions for Writ of Habeas Corpus
September 2011 - December 2011
15
10
5
0
6
11
5
6
8
7
8
11
11
4
6
4
Writs Received
Completed MD Reviews
Writs Closed
Sep-11
Oct-11
Nov-11
11-Dec

# APPENDIX 9



**TOP DRUGS--SEPTEMBER 2011-DECEMBER 2011**

Abilfy, $3,420,504
Pegasys, $2,809,876
Geodon, $2,314,781
Truvada, $2,036,715
Atripla, $1,984,794
Risperidone, $1,855,758
Flovent, $1,666,755
Advair, $1,353,639
Reyataz, $960,299
Lipitor, $1,184,719
All Other, $23,041,146



TOP THERAPEUTIC CATEGORY PURCHASES-SEPTEMBER 2011-DECEMBER 2011

Psych, $12,849,114

HIV, $8,809,097

Pulmonary, $4,149,087

HCV, $2,809,876

Coronary, $2,086,853

Blood Agents, $1,669,701

Anti-infectives, $1,789,117

Diabetes, $1,123,906

Anti-convulsants, $841,881

Anti-inflamatory, $972,093

All Other Categories, $7,665,618



CENTRAL FILL PHARMACY SERVICE LEVEL-SEPTEMBER 2011-DECEMBER 2011

# APPENDIX 10

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
**Discussion and Analysis of Unaudited Financial Statements**
**For the Period July 1, 2011 through December 31, 2011**

The December 31, 2011 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the six months ended December 31, 2011 shows a total difference of $1,950,922 or 65.0% variance under budget. One line item or activity in the statement account for the majority of the difference.

Professional fees were $2,003,988 or 84.1% under budget. The Legal costs anticipated in the budget have been much less to date than originally considered primarily because of timing with court dates and filings.

Net capital assets have decreased $92,488,402 during the first six months of the Fiscal year. The reason for the decrease was due to the transfer of all remaining capital expenditures to CDCR.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the six months ended
December 31, 2011

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $58,661 | $ - | $ 58,661 |
| Prepaid items | $0 | - | - |
|  | 58,661 | - | 58,661 |
| **Noncurrent assets:** | | | |
| Deposits with others | 18,777 | - | 18,777 |
| Capital assets, net | - | $0 | - |
| Total assets | $ 77,438 | - | $ 77,438 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 15,668 | - | 15,668 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 63,444 | | 63,444 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $ 220,853 | $ 42,230 | $ 263,083 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 18,777 | (18,777) | - |
| Unreserved, undesignated | - | - | - |
| Total fund balance | 18,777 | (18,777) | - |
| Total liabilities and fund balance | $ 239,630 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 8,522,755 | 8,522,755 |
| Total net assets | | $ 8,522,755 | $ 8,522,755 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the six months ended
December 31, 2011

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $3,000,985 | $675,000 | $ (2,325,985) |
| Investment earnings | $0 | $71 | 71 |
| Total revenues | 3,000,985 | 675,071 | (2,325,914) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 503,124 | 544,560 | (41,436) |
| Legal and professional services | 2,382,060 | 378,072 | 2,003,988 |
| Travel | 18,000 | 8,711 | 9,289 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 9,000 | 4,511 | 4,489 |
| Telephone and network | 3,390 | 3,341 | 49 |
| Insurance | 9,000 | 9,255 | (255) |
| Other | 73,872 | $117,463 | (43,591) |
| Capital outlay | - | - | - |
| Total expenditures | 3,000,985 | 1,050,063 | 1,950,922 |
| **Change in fund balance** | $ - | (374,992) | $ (374,992) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,989,339 | |
| Fund balance - December 31, 2011 | | $ 8,614,347 | |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the six months ended
December 31, 2011

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** |  |  |  |
| Program revenues: |  |  |  |
| Operating grants and contributions: |  |  |  |
| State of California appropriation to Receivership | $    675,000 | - | $    675,000 |
| General revenues: |  |  |  |
| Investment earnings | 71 | - | 71 |
| Total revenues | 675,071 | - | 675,071 |
| **Expenditures/Expenses:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 544,560 | - | 544,560 |
| Legal and professional services | 378,072 | - | 378,072 |
| Travel | 8,711 | - | 8,711 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 9,255 | - | 9,255 |
| Other | 174,678 | - | 174,678 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | 92,488,402 | 92,488,402 |
| Total expenditures/expenses | 1,099,425 | 93,658,458 | 94,757,883 |
| Change in fund balance | (424,354) | 424,354 | - |
| Change in net assets | - | (93,658,458) | (94,082,812) |
| Fund balance/net assets - July 1, 2011 | 8,989,339 | 84,925,118 | 102,605,567 |
| Fund balance/net assets - December 31, 2011 | $    8,564,985 | $    (8,308,986) | $    8,522,755 |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the five months ended
November 30, 2011

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $110,051 | $ - | $ 110,051 |
| Prepaid items | $0 | - | - |
| | 110,051 | - | 110,051 |
| **Noncurrent assets:** | | | |
| Deposits with others | 21,224 | - | 21,224 |
| Capital assets, net | - | $0 | - |
| Total assets | $ 131,275 | - | $ 131,275 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 68,696 | - | 68,696 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 37,545 | | 37,545 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $ 247,982 | $ 42,230 | $ 290,212 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 21,224 | (21,224) | - |
| Unreserved, undesignated | - | - | - |
| Total fund balance | 21,224 | (21,224) | - |
| Total liabilities and fund balance | $ 269,206 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 8,549,463 | 8,549,463 |
| Total net assets | | $ 8,549,463 | $ 8,549,463 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the five months ended
November 30, 2011

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $2,501,244 | $525,000 | $ (1,976,244) |
| Investment earnings | $0 | $49 | 49 |
| Total revenues | 2,501,244 | 525,049 | (1,976,195) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 419,270 | 454,335 | (35,065) |
| Legal and professional services | 1,985,050 | 310,869 | 1,674,181 |
| Travel | 15,000 | 8,532 | 6,468 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 7,500 | 3,874 | 3,626 |
| Telephone and network | 2,825 | 2,796 | 29 |
| Insurance | 7,500 | 7,691 | (191) |
| Other | 61,560 | $116,685 | (55,125) |
| Capital outlay | - | - | - |
| Total expenditures | 2,501,244 | 888,932 | 1,612,312 |
| Change in fund balance | $          - | (363,883) | $ (363,883) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,989,339 | |
| Fund balance - November   30, 2011 | | $    8,625,456 | |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the five months ended
November 30, 2011

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 525,000 | - | $ 525,000 |
| General revenues: | | | |
| Investment earnings | 49 | - | 49 |
| Total revenues | 525,049 | - | 525,049 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 454,335 | - | 454,335 |
| Legal and professional services | 310,869 | - | 310,869 |
| Travel | 8,532 | - | 8,532 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 7,691 | - | 7,691 |
| Other | 157,118 | - | 157,118 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | 92,488,402 | 92,488,402 |
| Total expenditures/expenses | 922,695 | 93,658,458 | 94,581,153 |
| Change in fund balance | (397,646) | 397,646 | - |
| Change in net assets | - | (93,658,458) | (94,056,104) |
| Fund balance/net assets - July 1, 2011 | 8,989,339 | 84,925,118 | 102,605,567 |
| Fund balance/net assets - November 30, 2011 | $ 8,591,693 | $ (8,335,694) | $ 8,549,463 |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the four months ended
October 31, 2011

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $120,775 | $        - | $      120,775 |
| Prepaid items | $0 | - | - |
| | 120,775 | - | 120,775 |
| **Noncurrent assets:** | | | |
| Deposits with others | 23,039 | - | 23,039 |
| Capital assets, net | - | $0 | - |
| Total assets | $      143,814 | - | $      143,814 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 75,429 | - | 75,429 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 36,456 | | 36,456 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $      253,626 | $      42,230 | $      295,856 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 23,039 | (23,039) | - |
| Unreserved, undesignated | - | - | - |
| Total fund balance | 23,039 | (23,039) | - |
| Total liabilities and fund balance | $      276,665 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 8,556,360 | 8,556,360 |
| Total net assets | | $      8,556,360 | $      8,556,360 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the four months ended
October 31, 2011

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $2,001,503 | $375,000 | $ (1,626,503) |
| Investment earnings | $0 | $34 | 34 |
| Total revenues | 2,001,503 | 375,034 | (1,626,469) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 335,416 | 363,469 | (28,053) |
| Legal and professional services | 1,588,040 | 253,870 | 1,334,170 |
| Travel | 12,000 | 7,149 | 4,851 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 6,000 | 3,294 | 2,706 |
| Telephone and network | 2,260 | 2,180 | 80 |
| Insurance | 6,000 | 6,127 | (127) |
| Other | 49,248 | $116,011 | (66,763) |
| Capital outlay | - | - | - |
| Total expenditures | 2,001,503 | 736,249 | 1,265,254 |
| Change in fund balance | $    - | (361,214) | $ (361,214) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,989,339 | |
| Fund balance - October  31, 2011 | | $    8,628,125 | |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the four months ended
October 31, 2011

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $    375,000 | - | $    375,000 |
| General revenues: | | | |
| Investment earnings | 34 | - | 34 |
| Total revenues | 375,034 | - | 375,034 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 363,469 | - | 363,469 |
| Legal and professional services | 253,870 | - | 253,870 |
| Travel | 7,149 | - | 7,149 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 6,127 | - | 6,127 |
| Other | 151,020 | - | 151,020 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | 92,488,402 | 92,488,402 |
| Total expenditures/expenses | 765,783 | 93,658,458 | 94,424,241 |
| Change in fund balance | (390,749) | 390,749 | - |
| Change in net assets | - | (93,658,458) | (94,049,207) |
| Fund balance/net assets - July 1, 2011 | 8,989,339 | 84,925,118 | 102,605,567 |
| Fund balance/net assets - October 31, 2011 | $    8,598,590 | $    (8,342,591) | $    8,556,360 |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the three  months ended
September 30, 2011

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $163,659 | $ - | $ 163,659 |
| Prepaid items | $0 | - | - |
| | 163,659 | - | 163,659 |
| **Noncurrent assets:** | | | |
| Deposits with others | 18,495 | - | 18,495 |
| Capital assets, net | - | $0 | - |
| Total assets | $ 182,154 | - | $ 182,154 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 80,955 | - | 80,955 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 37,883 | | 37,883 |
| Compensated absences | 0 | 42,230 | 42,230 |
| Total liabilities | $ 260,579 | $ 42,230 | $ 302,809 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 18,495 | (18,495) | - |
| Unreserved, undesignated | - | - | - |
| Total fund balance | 18,495 | (18,495) | - |
| Total liabilities and fund balance | $ 279,074 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 8,587,746 | 8,587,746 |
| Total net assets | | $ 8,587,746 | $ 8,587,746 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the three months ended
September 30, 2011

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $1,501,762 | $250,000 | $ (1,251,762) |
| Investment earnings | $0 | $26 | 26 |
| Total revenues | 1,501,762 | 250,026 | (1,251,736) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 251,562 | 274,397 | (22,835) |
| Legal and professional services | 1,191,030 | 205,593 | 985,437 |
| Travel | 9,000 | 7,149 | 1,851 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 4,500 | 2,525 | 1,975 |
| Telephone and network | 1,695 | 1,626 | 69 |
| Insurance | 4,500 | 4,564 | (64) |
| Other | 36,936 | $115,655 | (78,719) |
| Capital outlay | - | - | - |
| Total expenditures | 1,501,762 | 595,657 | 906,105 |
| Change in fund balance | $ - | (345,631) | $ (345,631) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,989,339 | |
| Fund balance - September 30, 2011 | | $ 8,643,708 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the three months ended
September 30, 2011

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $    250,000 | - | $    250,000 |
| General revenues: | | | |
| Investment earnings | 26 | - | 26 |
| Total revenues | 250,026 | - | 250,026 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 274,397 | - | 274,397 |
| Legal and professional services | 205,593 | - | 205,593 |
| Travel | 7,149 | - | 7,149 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 4,564 | - | 4,564 |
| Other | 133,537 | - | 133,537 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | 92,488,402 | 92,488,402 |
| Total expenditures/expenses | 609,389 | 93,658,458 | 94,267,847 |
| Change in fund balance | (359,363) | 359,363 | - |
| Change in net assets | - | (93,658,458) | (94,017,821) |
| Fund balance/net assets - July 1, 2011 | 8,989,339 | 84,925,118 | 102,605,567 |
| Fund balance/net assets - September 30, 2011 | $    8,629,976 | $    (8,373,977) | $    8,587,746 |