KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-2445
  Fax: (916) 324-5205
  E-mail: William.Downer@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>          v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF ASSOCIATION OF COUNSEL AND REQUEST TO TERMINATE DAVID E. BRICE FROM SERVICE LIST** |

**TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following person as Deputy Attorney General to the case as follows:

William H. Downer, SBN 257644
Deputy Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-2445
Facsimile: (916) 324-5205
E-Mail:     William.Downer@doj.ca.gov

1

Please add William H. Downer to the Court's service list and terminate David E. Brice from the Court's service list.

Dated: January 31, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ William H. Downer*

WILLIAM H. DOWNER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31399062.doc