KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-2445
  Fax: (916) 324-5205
  E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF NORMAN KRAMER IN SUPPORT OF DEFENDANTS' FIRST STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Norman Kramer, declare:

1. I am the Acting Deputy Director for the Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' First Status Report on Plans to Address Access to Inpatient Care.

2. I have been employed by DMH since September 2011 and as the Acting Deputy Director of DMH since January 5, 2012. As the Acting Deputy Director of DMH, I am familiar with the DMH programs that serve California Department of Corrections and Rehabilitation

1

1  (CDCR) male inmate-patients admitted to Atascadero State Hospital (ASH), Coalinga State
2  Hospital (CSH), the Vacaville Psychiatric Program (VPP) at the California Medical Facility, and
3  the Salinas Valley Psychiatric Program (SVPP) at Salinas Valley State Prison.
4     3.  I am familiar with the Court's December 15, 2011 order that requires Defendants to
5  file status reports on the progress toward implementing Defendants' Supplemental Plan to Reduce
6  or Eliminate Inpatient Waitlists, the referral review process, and, as needed, other issues and
7  developments related to inpatient access.
8     4.  As the Acting Deputy Director of DMH, I am familiar with the status of the Acute
9  Psychiatric Program (APP) and SVPP waitlists and the action taken by DMH to reduce or
10 eliminate these waitlists. As of January 19, 2012, the SVPP waitlist totaled 68 inmate-patients
11 and the APP waitlist totaled 6 inmate-patients.
12    5.  Since December 9, 2011, the Health Care Placement and Oversight Program and
13 DMH have completed their review of the remaining three inmate-patients on the SVPP waitlist
14 who were potentially eligible for placement into ASH or VPP. One of the inmate-patients was
15 admitted to ASH, one was approved for the VPP dorms but the referral was deferred back to
16 SVPP because of a clinical concern that the inmate would be unable to live in a dorm setting, and,
17 after a case-by-case review, the third inmate-patient was denied transfer to either the VPP dorms
18 or ASH.
19    6.  According to plan, DMH has also transferred all 50 inmate-patients from ASH to
20 CSH, filling all 50 *Coleman* beds at that facility.
21    7.  On December 9, 2011, Defendants reported that the transfers of eight inmate-patients
22 from SVPP to ASH were pending. Since then, seven of the inmate-patients, whose transfers were
23 pending, have been admitted to ASH. The remaining inmate-patient's admission is pending a
24 Keyhea hearing.
25    I declare that the foregoing is true and correct. Executed this first day of February, 2012, at
26 Vacaville, California.

NORMAN KRAMER

CF1997CS0003

2