KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF LUCINDA McGILL IN SUPPORT OF DEFENDANTS' FIRST STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Lucinda McGill, declare:

1. I am a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program within the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' First Status Report on Plans to Address Access to Inpatient Care.

2. I began working for CDCR in 1997 and in the CDCR Mental Health Utilization Management Program in May 2008. The mission of Mental Health Utilization Management is

1

twofold: (1) to ensure timely access to care and continuity and quality of care for patients in mental and medical health care services; and (2) to implement a standardized utilization management that will facilitate coordinated, state-wide, evidence-based quality care.

3. I am familiar with the Court's December 15, 2011 order that requires the parties to meet and confer every 45 days, and file status reports on the progress toward implementing Defendants' Supplemental Plan to Reduce or Eliminate Inpatient Waitlists, the referral review process, and, as needed, other issues and developments related to inpatient access. I attended the meet and confer meetings between Defendants, Plaintiff's counsel, and the special master conducted on January, 18, 19, and 23, 2012, regarding Defendants' plans to address access to inpatient care.

4. As a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program, I am also familiar with the status of CDCR's referral review process. On December 13, 2011, CDCR reported that following an extensive review of over 900 inmate-patient cases, the special master team had recommended that CDCR's Interdisciplinary Treatment Teams (IDTTs) consider 44 inmate-patients for referral to DMH inpatient care. From the 44 cases, the IDTTs referred 21 inmate-patients to DMH inpatient care. As of January 19, 2012, nine of the 21 inmate-patients referred had been admitted to inpatient care, 11 were pending admission, and one was in the referral process.

5. To further enhance the referral review process, CDCR has also continued to improve the Mental Health Tracking System (MHTS.net) and provide training on data entry procedures and documentation issues, and has worked with the special master's team to revise the 7388-B screening form for referrals to higher levels of care and the associated audit tool. The new 7388-B form and audit tool are scheduled for roll out to the institutions during the week of March 5, 2012.

6. CDCR has also taken steps to implement its sustainable self-monitoring process for ensuring the timely delivery of inpatient mental health care to inmate-patients requiring such a level of care. To inform and advise institutional management about the self-monitoring process, CDCR conducted an informal training by video conference on January 20, 2012. Chief Executive

2

Officers, Chiefs of Mental Health, and DMH coordinators at the institutions with Enhanced Outpatient (EOP) programs, and non-EOP institutions with an EOP population attended the training. Plaintiffs' counsel and two members of the special master's team also attended the training.

7. During the January 19, 2012 meet and confer session, CDCR reported that, as part of implementing its sustainable self monitoring process for ensuring that inmate-patients in need of inpatient mental health care are timely identified, transferred, and referred to such care, CDCR mental health staff have made progress in implementing the monthly, quarterly, and annual reviews. In particular, staff has: (1) revised the monthly audit tool; (2) created and disbursed the 2012 calendar for the annual review, by quarter; (3) improved the process that will be used by headquarters for its annual review; (4) drafted a template for use by the Regional Chiefs during their quarterly reviews; and (5) drafted an updated duty statement for the Regional Chiefs.

I declare that the foregoing is true and correct. Executed this 1st day of February, 2012, at Sacramento, California.

*/s/ Lucinda M. McGill*
LUCINDA McGILL

CF1997CS0003

3

McGill Decl. in Supp. Defs.' First Status Rep. on Plans to Address Access to Inpatient Care
(2:90-cv-00520 LKK JFM P)