1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   ALISON HARDY, Bar No. 135966
3  SARA NORMAN, Bar No. 189536
   REBEKAH EVENSON, Bar No. 207825
4  1917 Fifth Street
   Berkeley, CA  94710
5  Telephone:  (510) 280-2621

6  THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
7  CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
8  San Francisco, CA  94107
   Telephone:  (415) 864-8848
9
   Attorneys for Plaintiffs
10

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
ERNEST GALVAN, Bar No. 196065
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

11  IN THE UNITED STATES DISTRICT COURTS

12  FOR THE EASTERN DISTRICT OF CALIFORNIA

    AND THE NORTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14  PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15  RALPH COLEMAN, et al.,

16          Plaintiffs,

17  vs.

    ARNOLD SCHWARZENEGGER, et al.,

18  Defendants

19

20  MARCIANO PLATA ,et al.,

21          Plaintiffs,

    vs.

22  ARNOLD SCHWARZENEGGER, et al.,

23  Defendants

No.  Civ S 90-0520 LKK-JFM P
**THREE-JUDGE COURT**

**DECLARATION OF JAMES AUSTIN IN
SUPPORT OF PLAINTIFFS' MOTION FOR
AN ORDER REQUIRING DEFENDANTS TO
DEMONSTRATE HOW THEY WILL
ACHIEVE THE REQUIRED POPULATION
REDUCTION BY JUNE 2013**

No. C01-1351 TEH
**THREE-JUDGE COURT**

24

25

26

27

28

-1-

I, James Austin, hereby declare:

1.    I am a criminologist retained by Plaintiffs' counsel in this action.  I have previously submitted expert reports in this action, and have testified before the Court.  I have personal knowledge of the matters set forth herein and if called as a witness I could and would competently so testify.

2.    I have reviewed the State's Fall 2011 Population Projections, as well as the data underlying those projections.  A true and correct copy of the State's Fall 2011 Population Projections is attached hereto as Exhibit A.  The underlying data from which these projections were made was provided to me by Jay Atkinson, Chief of CDCR's Offender Information Services Branch.  I have also reviewed CDCR's population data reflecting the population changes between October 1, 2011 (the date that AB 109 Realignment went into effect) and January 31, 2012.

3.    The State's Fall 2011 Population Projections estimate that the State will be more than 6,000 prisoners short of achieving the court-ordered reduction of the population of the 33 adult prisons.

4.    The information about the projected population of the 33 adult prisons in 2013 is not explicitly spelled-out in the Fall 2011 Population Reports.  In order to find that information, I started with the projection for the overall population, which is found in Table A, page 10 of the Report.   Next, I adjusted that figure to subtract-out those prisoners who will not be housed in the 33 prisons covered by this Court's order (prisoners currently in out-of-state facilities; prisoners projected to be held in CCCs, Contract beds, and DMH; and prisoners projected to be housed in the to-be-constructed Stockton facility, and others).  I then compared the resulting population of the 33 prisons to the court-ordered population reduction.  The following table shows these projections based on the CDCR population projection report and its weekly population reports that are available on the CDCR website:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

Table 1:  Projected Main Institution Prison Population and Bed Surplus

June 30, 2011- June 30, 2017

| Item | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|
| Projected | 147,754 | 136,614 | 128,921 | 125,452 | 123,593 | 123,360 | 124,039 |
| Adjustments | 14,943 | 10,765 | 12,499 | 12,499 | 12,499 | 12,499 | 12,499 |
| Out of State | 9,397 | 9,397 | 9,397 | 9,397 | 9,397 | 9,397 | 9,397 |
| CCC | 4,112 | 227 | 227 | 227 | 227 | 227 | 227 |
| Contracts | 1,156 | 875 | 875 | 875 | 875 | 875 | 875 |
| DMH | 278 | 266 | 278 | 278 | 278 | 278 | 278 |
| Stockton | 0 | 0 | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 |
| Net Main Population | 132,811 | 125,849 | 116,422 | 112,953 | 111,094 | 110,861 | 111,540 |
| Court Order | 133,363 | 117,391 | 109,805 | 109,805 | 109,805 | 109,805 | 109,805 |
| Difference | -552 | 8,458 | 6,617 | 3,148 | 1,289 | 1,056 | 1,735 |

17      5.       According to these calculations based on the State's most recent projections, the

18  State will never achieve a population of 137.5% of capacity.

19      6.       The shortfall will be far higher if the State reduces the number of out-of state

20  inmates.   Currently, there are approximately 9,400 California prisoners in out-of-state prisons.

21  If those prisoners were returned to California, the State would need to adopt methods to reduce

22  the prison population by a total of more than 16,000 prisoners by 2013, if it were to meet this

23  Court's order

24      7.       Although population projections are not an exact science, the State's Fall 2011

25  Population Projections have already proven to be accurate, based on my review of the data

26  showing the population changes that occurred between October 1, 2011 and January 31, 2012.

27      8.       The State has readily-available to it additional means to further reduce the prison

28  population without adversely impacting public safety.

9.      As I explained in my August 15, 2008, Report, and my testimony to this Court, the State has two basic options available for reducing the prison population safely:  granting good time credits to low-risk prisoners, and diverting low-level, low-risk prisoners and parole violators away from prison.  To date, the State has chosen to focus its efforts primarily on diversion; under AB 109, the State is now diverting low-risk, low-level offenders and parole violators away from prison to local jails.

10.      However, the State has implemented much more limited measures to extend good time credits.  As I previously explained, the State could safely implement good time credit programs granting four to six months of credit for good behavior without having any adverse impact on public safety.

11.      Currently, however, the State only offers up to six weeks of credits per year for such program participation and completion.  Given the reduced number of programs provided at the prisons, these credits have had limited impact.

12.      The State's program good time credit program remains minimal in contrast to the programs that exist in other states. For example, Indiana provides 6 months to two years of credits for completing educational programs.

13.      The State could expand its good time credit program by offering four to six months of credits for program completion, and by increasing the number of programs available – for example, via adding programs or less expensive correspondence courses – without harming public safety.

14.      Based on reasonable program participation and completion rates I have estimated that allowing the program credits to increase to this level would reduce the CDCR Institution Population by about another 7,000.

15.      This number would be even larger if program credits were offered to everyone discipline free who is on a waiting list of a full-time job, in college, or in a reception center.

16.      Additional population reduction options exist.  For example, the State passed Senate Bill 1266, a law that "authorizes the Secretary of the CDCR to offer female inmates, pregnant inmates, or primary caregiver inmates, participation in a voluntary alternative custody

-4-

program in lieu of confinement in state prison."  The State initially estimated that 45% of female inmates (or nearly 3,500) would be eligible for the program.   To date, the state has reportedly only placed twenty prisoners in the program.  Expanding this program could be an effective way of reducing the prison population.

17.    If the State is to meet its June 2013 population reduction deadline, time is of the essence.  Implementing population reduction plans takes time and planning, and the full effects of measures such as good time credits and alternative custody programs are not felt immediately unless the policies have been made retroactive to the current prison population.  Accordingly, I recommend that the State immediately draft its plans for additional population reduction measures beyond AB 109 that will ensure it will be able it to safely reduce its prison population in line with the Court's order and without compromising public safety.


I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct, and that this declaration was executed February 7, 2012, in Los Angeles, California.




_____/s/_____
James Austin

(original signature retained by Plaintiffs' counsel)

Exhibit A

# FALL 2011

# Adult Population Projections



# 2012 - 2017

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION



# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**MATTHEW CATE**
*Secretary*

**SCOTT KERNAN**
*Undersecretary, Operations*

**MARTIN HOSHINO**
*Undersecretary, Admin & Offender Services*

**LEE SEALE**
*Director*
*Division of Internal Oversight & Research*

**JAY ATKINSON**
*Deputy Director (A)*
*Office of Research*

**SUE PANNELL**
*Research Program Specialist III*
*Offender Information Services Branch*

**JACQUI CODER**
*Research Manager II*
*Estimates and Statistical Analysis Section*

---

## Population Projections Unit

**JUNE DEVOE**
*Research Program Specialist I*

**SHELLEY BUTTLER**
*Research Analyst II*

**FRANK VARGAS**
*Research Analyst I*

*Cover : Pelican Bay State Prison*

# ACKNOWLEDGMENTS

Although the Estimates and Statistical Analysis Section is responsible for the semiannual publication of the Population Projections, others in the Department of Corrections and Rehabilitation made significant contributions that are greatly appreciated. Among those involved in the projections were (in alphabetical order) the:

- Board of Parole Hearings

- Division of Adult Institutions

- Division of Adult Parole Operations

- Office of Budget Management

- Enterprise Information Systems

- Office of Substance Abuse Treatment Services

## TABLE OF CONTENTS                                                PAGE

### EXECUTIVE SUMMARY-------------------------------------------------------------1

### FALL 2011 ADULT POPULATION PROJECTIONS-----------------------------3

*Projections Methodology and Limitations*---------------------------------------------4

### SECTION I – SUMMARY OF FALL 2011  PROJECTIONS------------------5

*Population Trends*-------------------------------------------------------------------------6

*Impact of Public Safety Realignment*-----------------------------------------------------6

### SECTION II – FALL 2011 FINAL PROJECTIONS------------------------------9

Institution Population-----------------------------------------------------------------------10

*Institution Population Projections*-----------------------------------------------------10

Parole Violators-----------------------------------------------------------------------------12

Parole Population---------------------------------------------------------------------------16

Fall 2011 Final Projection Tables--------------------------------------------------------18

### SECTION III – FALL 2011 BASELINE PROJECTIONS----------------------37

Institution Population-----------------------------------------------------------------------38

*Institution Trends*-------------------------------------------------------------------------38

New Admissions-----------------------------------------------------------------------------41

Court Sentences-----------------------------------------------------------------------------42

Parole Violators-----------------------------------------------------------------------------43

Parole Population---------------------------------------------------------------------------49

Fall 2011 Baseline Projection Tables----------------------------------------------------53

### APPENDIX ------------------------------------------------------------------------72

Chaptered Legislation----------------------------------------------------------------------73

Glossary of Terms--------------------------------------------------------------------------75

# EXECUTIVE  SUMMARY

# EXECUTIVE SUMMARY

The Fall 2011 Adult Population Projections for fiscal years 2011-12 through 2016-17, compiled by CDCR, are contained in the attached report. These projections do not reflect proposed legislation, programs, propositions, or policy changes that have not been signed or affirmed as of the beginning of the projection process (i.e., June 30, 2011). The impacts to institution and parole populations set forth by Assembly Bill 109, Public Safety Realignment (Realignment), and related legislation, are taken into account here to the extent possible. We relied on our best understanding of the law as of June 30, 2011.

With regard to actual population, the total institution population was 162,368 on June 30, 2011. This is 2.1 percent (3,449) lower than the total institution population on June 30, 2010. This drop in total institution population compares to a decline of 1.2 percent (2,015) seen from June 30, 2009 to June 30, 2010.

The active parole population on June 30, 2011 was 90,813. This is 4.2 percent (3,935) lower than the actual active parole population on June 30, 2010, primarily due to a decrease in releases to parole from the institution. This decrease in the active parole population compares to a 14.8 percent (16,454) decrease seen from June 30, 2009 to June 30, 2010.

With regard to differences between the Fall 2011 and the Spring 2011 Projections, the Fall 2011 Projections institution population is lower than the Spring 2011 Projections throughout the projection cycle, primarily due to the impact of Realignment. The institution population is projected to be 136,614 on June 30, 2012, which is 26,320 lower than that projected in the Spring 2011 Projections. The population is projected to be 124,039 on June 30, 2017, which is 42,383 lower than the Spring 2011 Projections.

The Fall 2011 Projections active parole population is lower than forecasted in the Spring 2011 Projections. Apart from the first year, active parole was already in decline. On June 30, 2012, the active population is projected to be 75,293, which is 11,367 lower than that projected in the Spring 2011 Projections. The active parole population is projected to be 26,120 on June 30, 2017, which is 53,315 lower than the Spring 2011 Projections.

# FALL 2011 ADULT POPULATION PROJECTIONS

## ADULT POPULATION PROJECTIONS

This is the California Department of Corrections and Rehabilitation's (CDCR) projections of the adult institution and parole populations for fiscal years 2011-12 through 2016-17. The projections are based upon the most current actual data for the adult populations from the previous years. The projections take into account the effects of existing laws and regulations on the State prison and parole populations. The potential effects of newly signed legislation that will come into effect during the current projections cycle are also considered, but only if the impact on the State prison and/or parole populations can be estimated. The projections do not include proposed legislation, programs, propositions, or policy changes that have not been signed or affirmed as of June 30, 2011.

*Projections Methodology and Data Limitations*

The CDCR Office of Research uses the most current data and methodology to produce these population projections. Outside experts are employed to review the methodology periodically as a means of continual improvement of the techniques applied.

**Methodology -** Although the CDCR institution and parole population projections are designed to be as accurate as possible, most corrections population experts agree that projections beyond two to three years are difficult at best.[1] Most experts also agree that micro-simulation models provide the most accurate long-term projections. To forecast future population levels, *Adult Population Projections* first utilizes projected new admissions and then a micro-simulation model to project the number of offenders who will be returned to prison, and how long they and current inmates will stay. The model simulates the expected movements (e.g., from institution to parole, from parole to discharge) and lengths of stay at each stage for each individual offender, one felon at a time. Movements and lengths of stay are based upon historical trend data input into the model. The simulation process continues until the felon either dies, discharges, or his or her next move is beyond the projection period. When one of these conditions occur the model returns to the main program for the next felon until it has processed all offenders projected in the system.

**Limitations of the Data -** Offender movement in the modeling process is based on major factors that affect the population, such as new admissions from court, length of stay in prison, length of stay on parole, and rate of return to prison from parole. This process requires the application of sound and reasonable assumptions, which preclude simulations from being an "exact" science. Rather they provide realistic projections of trends that are grounded in historical and current data.

---

[1] See, for example, "Public Safety, Public Spending: Forecasting America's Prison Population, 2007-2011." Public Safety Performance, The Pew Charitable Trusts, February 2007 (Available at http://www.pewcenteronthestates.org), and also, Butts, J., and Adams, W. 2001 (March). Anticipating space needs in juvenile detention and correctional facilities. Washington, DC: U.S. Department of Justice, Office of Justice Programs, Office of Juvenile Justice and Delinquency Prevention.

# Section I
## Summary of Fall 2011 Population Projections

*Population Trends*

On June 30, 2011, the total institution population was 162,368. This is 2.1 percent (3,449) lower than the total institution population on June 30, 2010. This was mainly due to a decrease in parole violator returns. See Section III, Institution Population, for more details.

The active parole population on June 30, 2011 was 90,813. This is 4.2 percent (3,935) lower than the June 30, 2010 active parole population due to fewer releases from prison to parole. See Section III, Parole Population, for more details.

*Impact of Public Safety Realignment*

On April 5, 2011, Assembly Bill 109, Public Safety Realignment (Realignment) was signed into law. This law impacts CDCR's institution and parole populations by changing the criteria for which offenders serve their sentence in prison and which offenders serve their sentences in jail. Realignment also created a new class of offenders who will be subject to post-release community supervision rather than state parole. Finally, under realignment, parole violators will no longer be returned to prison for parole violations; rather, any revocations will be served in jail. It was a challenge to project the impacts of Realignment because we lack historical trend data for some of these changes. For further discussion of what was included in the projections and the impact of those changes, please see sections I and II of this document.

Realignment specifies that most offenders convicted of non-violent, non-serious, non-sex registrant offenses will serve time in county jail rather than state prison. Offenders with current or prior serious or violent felonies as described in Penal Code (PC) §1192.7(c), PC §1192.8, and PC § 667.5(c) and offenders required to register as a sex offender pursuant to PC § 290 will be remanded to state prison. Other specified crimes (approximately 60) will also continue to require state prison sentences.

Realignment also specifies that current (irrespective of priors) non-violent, non-serious, and non-high-risk sex registrants will be released to post-release community supervision. Individuals with a serious or violent commitment offense (as described in PC §1192.7(c), PC §1192.8, and PC § 667.5(c)), third strikers, lifers, high risk sex registrants as defined by CDCR, sexually violent predators and mentally disordered offenders will be supervised by state parole. Also, under Realignment parole revocations will be served in county jail, with the exception of persons previously sentenced to a term of life in prison, sexually violent predators, and mentally disordered offenders, who can be revoked to prison if court ordered.

The Fall 2011 Final Projections incorporate the impact of Realignment on the institution and parole populations. The institution population is expected to be significantly lower due to low-level offenders and most parole violators being sent to county jail or other local sentencing options rather than state prison. The parole population also will be significantly lower due to the decrease in the number of releases to parole and the fewer number of offenders placed on state parole. See the *Legislation* section in the appendix for more details on Assembly Bill 109.

Tables A and B show the net impact of Realignment on the Fall 2011 Final Projections and the trend impact of the Fall 2011 Baseline Projections compared to the Spring 2011 Projections for the institution and parole populations.

Table A
Fall 2011 Projections vs. Spring 2011 Projections
Adult Institution Population
June 30, 2012 through June 30, 2017

|  | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| Spring 2011 | 162,934 | 163,359 | 163,977 | 164,262 | 165,638 | 166,422 |
| Fall 2011 Baseline | 160,558 | 160,018 | 160,652 | 161,532 | 162,752 | 164,398 |
| Trend Impact | -2,376 | -3,341 | -3,325 | -2,730 | -2,886 | -2,024 |
| Realignment Impact | -23,944 | -31,097 | -35,200 | -37,939 | -39,392 | -40,359 |
| Net Impact | -26,320 | -34,438 | -38,525 | -40,669 | -42,278 | -42,383 |
| Fall 2011 Final | 136,614 | 128,921 | 125,452 | 123,593 | 123,360 | 124,039 |

On June 30, 2012, the institution population is projected to be 136,614, which is 26,320 lower than projected in the Spring 2011 Projections. The Fall 2011 Baseline Projection decreased the population by 2,376 (trend impact). The final Fall 2011 Projection is 23,944 lower than the Fall 2011 Baseline (Realignment impact). By June 30, 2017, the institution population is projected to be 124,039; the trend impact decreases the population by 2,024 and Realignment decreases it by 40,359 for a net impact of 42,383 lower than the Spring 2011 Projections. See Section II, Institution Population, and Section III, Institution Population, for more detailed explanations of these changes.

Table B
Fall 2011 Projections vs. Spring 2011 Projections
Active Parole Population
June 30, 2012 through June 30, 2017

|  | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| Spring 2011 | 86,660 | 84,637 | 82,549 | 81,101 | 79,846 | 79,435 |
| Fall 2011 Baseline | 87,117 | 83,752 | 80,594 | 78,725 | 77,271 | 76,457 |
| Trend Impact | 457 | -885 | -1,955 | -2,376 | -2,575 | -2,978 |
| Realignment Impact | -11,824 | -42,766 | -50,497 | -51,168 | -50,676 | -50,337 |
| Net Impact | -11,367 | -43,651 | -52,452 | -53,544 | -53,251 | -53,315 |
| Fall 2011 Final | 75,293 | 40,986 | 30,097 | 27,557 | 26,595 | 26,120 |

On June 30, 2012, the active parole population is projected to be 75,293, which is 11,367 lower than projected in the Spring 2011 Projections. The Fall 2011 Baseline Projection increased the population by 457 (trend impact). The final Fall 2011 Projection is 11,824 lower than the Fall 2011 Baseline (Realignment impact). The trend impact will partially offset the impact of Realignment for the first year of the projection cycle. By June 30, 2017, the active parole population is projected to be 26,120; the trend impact decreases the population by 2,978 and Realignment decreases it by 50,337 for a net impact of 53,315 lower than the Spring 2011 Projections. See Section II, Parole Population, and Section III, Parole Population, for more detailed explanations of these changes.

# Section II
## Fall 2011 Population Projections
## With Impact of Realignment

Institution Population

*Institution Population Projections*

The institution population is projected to be 136,614 on June 30, 2012, and is expected to decrease to a projected population of 124,039 by June 30, 2017. Table A shows the projected population for the next six years. See the Fall 2011 Final Projections Tables 1, 3, and 4 at the end of this section for more detail.

Table A
Fall 2011 Final Projections
Institution Population
June 30, 2012 through June 30, 2017

| June 30 | Total | Total Males | Total Females |
|---------|-------|-------------|---------------|
| 2012 | 136,614 | 129,973 | 6,641 |
| 2013 | 128,921 | 123,154 | 5,767 |
| 2014 | 125,452 | 119,873 | 5,579 |
| 2015 | 123,593 | 118,077 | 5,516 |
| 2016 | 123,360 | 117,846 | 5,514 |
| 2017 | 124,039 | 118,524 | 5,515 |

*Institution Population Projections Comparison*

Table B compares the Fall 2011 Final Projections to the Fall 2011 Baseline Projections. The institution population is projected to be lower than forecasted in the Fall 2011 Baseline Projections throughout the projection cycle.

Table B
Fall 2011 Final Projections vs. Fall 2011 Baseline Projections
Institution Population
June 30, 2012 through June 30, 2017

| June 30 | Fall 2011 Projections | | |
|---------|-------|----------|------------|
| | Final | Baseline | Difference |
| 2012 | 136,614 | 160,558 | -23,944 |
| 2013 | 128,921 | 160,018 | -31,097 |
| 2014 | 125,452 | 160,652 | -35,200 |
| 2015 | 123,593 | 161,532 | -37,939 |
| 2016 | 123,360 | 162,752 | -39,392 |
| 2017 | 124,039 | 164,398 | -40,359 |

See the *Legislation* section in the appendix for more detail on the impact of Realignment.

*New Admissions Projections Comparison*

Table C compares the Fall 2011 Final Projections, which includes the impact of Realignment, to the Fall 2011 Baseline Projections. Felon new admissions from court are projected to be lower than forecasted in the Fall 2011 Baseline Projections throughout the projection cycle.

Table C
Fall 2011 Final Projections vs. Fall 2011 Baseline Projections
Felon New Admissions from Court
June 30, 2012 through June 30, 2017

| | Fall 2011 Projections | | |
|---|---|---|---|
| Fiscal Year | Final | Baseline | Difference |
| 2011-12 | 27,667 | 40,683 | -13,016 |
| 2012-13 | 23,456 | 40,981 | -17,525 |
| 2013-14 | 23,709 | 41,261 | -17,552 |
| 2014-15 | 23,961 | 41,526 | -17,565 |
| 2015-16 | 24,209 | 41,774 | -17,565 |
| 2016-17 | 24,456 | 42,010 | -17,554 |

The reduction in new admissions is affected by Realignment's requirement that offenders with current or prior serious or violent felonies (as described in PC §1192.7(c), PC §1192.8, and PC § 667.5(c)), registerable sex offenses or certain specified crimes, will be remanded to state prison. The difference in the above table indicates the number of non-violent, non-serious, non-sex registrants (low-level) who will serve time in county jail or other local sentencing options rather than state prison.

Parole Violators

*Male Felon Parole Violator Projections and Comparisons*

Figure 1 displays the actual male felon PV-RTC/PendRev returns for the last ten fiscal years, along with six years of projected returns for the Fall 2011 Final Projections and the Fall 2011 Baseline Projections



**Figure 1**
**Male Felon Active PV-RTC/PendRev Returns**
**June 2002 through June 2017**

PV-RTC/PendRevs are parole violators returned to custody or pending revocation.

This chart reflects one of the key provisions of Realignment in which individuals meeting specified criteria, such as someone who was previously sentenced to a term of life, can be revoked and returned to prison. All other parole violators will be sent to county jail. As a direct result, the number of male felon parole violators returned to prison will be significantly reduced. See Table 7 in the Fall 2011 Final Projections Tables for more details.

Figure 2 displays the actual male felon PV-WNT returns for the last ten fiscal years, along with six years of projected returns for the Fall 2011 Final Projections and the Fall 2011 Baseline Projections.

**Figure 2**
**Male Felon Active PV-WNT Returns**
**June 2002 through June 2017**



PV-WNTs are parole violators returned with new term.

As with the new admissions, shown in Table C, Realignment is expected to have a significant impact on the number of male felon parole violators returned with a new term. See Table 7 in the Fall 2011 Final Projections Tables for more details.

FALL 2011 ADULT POPULATION PROJECTIONS

*Female Parole Violator Projections and Comparison*

Figure 3 displays the actual female felon PV-RTC/PendRev returns for the last ten fiscal years, along with the projected returns for the Fall 2011 Final Projections and the Fall 2011 Baseline Projections.



**Figure 3**
**Female Felon Active PV-RTC/PendRev Returns**
**June 2002 through June 2017**

PV-RTC/PendRevs are parole violators returned to custody or pending revocation.

Realignment is expected to have a significant impact on the number of female felon parole violators returned to prison for the same reason as the male felons (refer to Figure 1). See Table 8 in the Fall 2011 Final Projections Tables for more details.

Figure 4 displays the actual female felon PV-WNT returns for the last ten fiscal years, along with six years of projected returns for the Fall 2011 Final Projections and the Fall 2011 Baseline Projections.



**Figure 4**
**Female Felon Active PV-WNT Returns**
**June 2002 through June 2017**

PV-WNTs are parole violators returned with new term.

The number of female felon parole violators returned with a new term is also significantly impacted by Realignment. See Table 8 in the Fall 2011 Final Projections Tables for more details.

Parole Population

*Active Parole and Outpatient Population Projections*

The active parole population (including outpatients) is projected to be 75,293 on June 30, 2012. The parole population is predicted to decline throughout the projection cycle. On June 30, 2017, the active parole population is projected to be 26,120. Table D shows the projected parole and outpatient population for the next six years.

Table D
Fall 2011 Final Projections
Active Parole and Outpatient Population
Supervised in California
June 30, 2012 through June 30, 2017

| June 30 | Total | Total Males | Total Females |
|---------|-------|-------------|---------------|
| 2012 | 75,293 | 69,731 | 5,562 |
| 2013 | 40,986 | 37,952 | 3,034 |
| 2014 | 30,097 | 27,755 | 2,342 |
| 2015 | 27,557 | 25,329 | 2,228 |
| 2016 | 26,595 | 24,390 | 2,205 |
| 2017 | 26,120 | 23,894 | 2,226 |

See the Fall 2011 Final Projections Tables at the end of this section for a more detailed breakout of the projected active parole and outpatient population. Table 11 displays populations for the current and subsequent fiscal years. Table 12 displays the projected average daily parole numbers in detail for the current and subsequent fiscal years.

*Felon Parole Movement Projections*

Parole intake in fiscal year 2011-12, which includes releases from the institutions and reinstatements to active parole from suspend status, is anticipated to be 44.7 percent (65,962) lower than fiscal year 2010-11. Releases from prison to parole are anticipated to decrease by 49.9 percent (59,475) in fiscal year 2011-12 compared to fiscal year 2010-11. Intake is expected to decrease throughout the projection cycle.

Parole exits (discharges from parole, returns to custody, suspensions, and deaths) in fiscal year 2011-12 are expected to be 36.3 percent (55,165) lower than fiscal year 2010-11. Exits are projected to continue to decrease during the remainder of the projection cycle.

The projected movements of the male and female felon parole populations are detailed in Tables 13 and 14 at the end of this section. Additionally, the movement projections for the male and female civil narcotic addict outpatient population are detailed in Tables 15 and 16 at the end of this section.

*Active Parole and Outpatient Projections Comparison*

Table E compares the Fall 2011 Final Projections, which includes the impact of Realignment, to the Fall 2011 Baseline Projections.

Table E
Fall 2011 Final vs. Fall 2011 Baseline Projections
Active Parole and Outpatient Population
Supervised in California
June 30, 2012 through June 30, 2017

| | Fall 2011 Projections | | |
|---|---|---|---|
| June 30 | Final | Baseline | Difference |
| 2012 | 75,293 | 87,117 | -11,824 |
| 2013 | 40,986 | 83,752 | -42,766 |
| 2014 | 30,097 | 80,594 | -50,497 |
| 2015 | 27,557 | 78,725 | -51,168 |
| 2016 | 26,595 | 77,271 | -50,676 |
| 2017 | 26,120 | 76,457 | -50,337 |

The active parole population is projected to be lower than forecasted in the Fall 2011 Baseline Projections throughout the projection cycle. This change is primarily due to the implementation of post release supervision, which was authorized by Realignment. See the *Legislation* section in the appendix for more details on Realignment.

On June 30, 2012, the population is projected to be 75,293, which is 11,824 lower than projected in the Fall 2011 Baseline Projections. By June 30, 2017, the population is projected to be 26,120 or 50,337 lower than the Fall 2011 Baseline Projections.

Fall 2011 Final Projections Tables

The Fall 2011 Final Projections are summarized in Tables 1 through 18.

- Table 1 – Institution Population
- Table 2 – Parole Population
- Table 3 – Institution Population by quarter
- Table 4 – Institution Average Daily Population (ADP) by quarter
- Table 5 – Projected Placement Needs for Male Felon Institution Population
- Table 6 – Projected Placement Needs for Total Male Institution Population
- Table 7 – Movement of Male Felon Institution Population
- Table 8 – Movement of Female Felon Institution Population
- Table 9 – Movement of Male Civil Narcotic Addict Institution Population
- Table 10 – Movement of Female Civil Narcotic Addict Institution Population
- Table 11 – California Supervised Parole and Outpatient Population
- Table 12 – California Supervised Parole and Outpatient ADP
- Table 13 – Movement of Male Felon Parole Population
- Table 14 – Movement of Female Felon Parole Population
- Table 15 – Movement of Male Civil Addict Outpatient Population
- Table 16 – Movement of Female Civil Addict Outpatient Population
- Table 17 – Male Felon Institution Population by Age Group
- Table 18 – Female Felon Institution Population by Age Group

Population Projections Unit                                                                                        Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                        State of California
Offender Information Services Branch                    **Fall 2011 Final Adult Population Projections**          August 18, 2011

Table 1

Institution Population

June 30, 2002 through June 30, 2017

| As of June 30 | Total | Total Males | Male Felons | Male Addicts[1] | Male Others[2] | Total Females | Female Felons | Female Addicts[1] | Female Others[2] |
|---|---|---|---|---|---|---|---|---|---|
| Actual | | | | | | | | | |
| 2002 | 157,979 | 148,153 | 146,455 | 1,351 | 347 | 9,826 | 9,453 | 311 | 62 |
| 2003 | 160,931 | 150,851 | 149,449 | 1,104 | 298 | 10,080 | 9,752 | 270 | 58 |
| 2004 | 163,500 | 152,859 | 151,493 | 1,086 | 280 | 10,641 | 10,339 | 261 | 41 |
| 2005 | 164,179 | 153,323 | 152,016 | 966 | 341 | 10,856 | 10,528 | 283 | 45 |
| 2006 | 172,561 | 160,812 | 159,616 | 908 | 288 | 11,749 | 11,335 | 366 | 48 |
| 2007 | 173,312 | 161,424 | 160,325 | 800 | 299 | 11,888 | 11,571 | 281 | 36 |
| 2008 | 170,973 | 159,581 | 158,681 | 656 | 244 | 11,392 | 11,131 | 222 | 39 |
| 2009 | 167,832 | 156,805 | 155,986 | 615 | 204 | 11,027 | 10,761 | 238 | 28 |
| 2010 | 165,817 | 155,721 | 154,995 | 554 | 172 | 10,096 | 9,869 | 198 | 29 |
| 2011 | 162,368 | 152,803 | 152,206 | 419 | 178 | 9,565 | 9,409 | 131 | 25 |
| Projected | | | | | | | | | |
| 2012 | 136,614 | 129,973 | 129,467 | 332 | 174 | 6,641 | 6,487 | 124 | 30 |
| 2013 | 128,921 | 123,154 | 122,686 | 299 | 169 | 5,767 | 5,626 | 111 | 30 |
| 2014 | 125,452 | 119,873 | 119,449 | 259 | 165 | 5,579 | 5,437 | 112 | 30 |
| 2015 | 123,593 | 118,077 | 117,645 | 271 | 161 | 5,516 | 5,381 | 105 | 30 |
| 2016 | 123,360 | 117,846 | 117,416 | 273 | 157 | 5,514 | 5,384 | 100 | 30 |
| 2017 | 124,039 | 118,524 | 118,103 | 267 | 154 | 5,515 | 5,390 | 95 | 30 |

[1] Civil Narcotic Addict commitments.

[2] Others include county diagnostic cases, other state/federal prisoners, county safekeepers and Juvenile Justice (JJ) wards.

Population Projections Unit                                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                    State of California
Offender Information Services Branch          **Fall 2011 Final Adult Population Projections**                    August 18, 2011

Table 2
Active Parole and Outpatient Population
Supervised in California
June 30, 2002 through June 30, 2017

| As of June 30 | Total | Total Males | Male Felons | Male Outpatients[1] | Male Others[2] | Total Females | Female Felons | Female Outpatients[1] | Female Others[2] |
|---|---|---|---|---|---|---|---|---|---|
| Actual |
| 2002 | 120,336 | 107,136 | 103,794 | 2,027 | 1,315 | 13,200 | 12,366 | 646 | 188 |
| 2003 | 116,173 | 103,371 | 99,937 | 2,034 | 1,400 | 12,802 | 11,976 | 636 | 190 |
| 2004 | 112,685 | 100,399 | 97,311 | 1,628 | 1,460 | 12,286 | 11,563 | 533 | 190 |
| 2005 | 115,371 | 102,783 | 99,930 | 1,473 | 1,380 | 12,588 | 11,946 | 458 | 184 |
| 2006 | 116,563 | 103,551 | 100,850 | 1,327 | 1,374 | 13,012 | 12,422 | 419 | 171 |
| 2007 | 126,330 | 112,057 | 109,506 | 1,264 | 1,287 | 14,273 | 13,581 | 504 | 188 |
| 2008 | 125,097 | 111,399 | 109,080 | 1,071 | 1,248 | 13,698 | 13,075 | 427 | 196 |
| 2009 | 111,202 | 98,401 | 96,201 | 948 | 1,252 | 12,801 | 12,230 | 357 | 214 |
| 2010 | 94,748 | 86,042 | 84,000 | 785 | 1,257 | 8,706 | 8,174 | 322 | 210 |
| 2011 | 90,813 | 82,943 | 80,967 | 685 | 1,291 | 7,870 | 7,367 | 299 | 204 |
| Projected |
| 2012 | 75,293 | 69,731 | 67,845 | 605 | 1,281 | 5,562 | 5,139 | 221 | 202 |
| 2013 | 40,986 | 37,952 | 36,204 | 467 | 1,281 | 3,034 | 2,641 | 193 | 200 |
| 2014 | 30,097 | 27,755 | 26,071 | 403 | 1,281 | 2,342 | 1,991 | 152 | 199 |
| 2015 | 27,557 | 25,329 | 23,690 | 358 | 1,281 | 2,228 | 1,873 | 156 | 199 |
| 2016 | 26,595 | 24,390 | 22,769 | 340 | 1,281 | 2,205 | 1,870 | 136 | 199 |
| 2017 | 26,120 | 23,894 | 22,285 | 328 | 1,281 | 2,226 | 1,900 | 128 | 198 |

Note: These projections do not include non-revocable parolees.

[1] Civil Narcotic Addict commitments.

[2] Others include co-ops and state/federal parolees.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 3
Institution Population
Fiscal Years 2011-12 through 2012-13

| | Actual | Fiscal Year 2011-12 | | | | Fiscal Year 2012-13 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | June 30 2011 | Sep 30 2011 | Dec 31 2011 | Mar 31 2012 | Jun 30 2012 | Sep 30 2012 | Dec 31 2012 | Mar 31 2013 | Jun 30 2013 |
| Community Correctional Centers [1] | | | | | | | | | |
| Male Felons | 4,146 | 2,551 | 600 | 600 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 492 | 556 | 227 | 227 | 227 | 227 | 227 | 227 | 227 |
| Total Felons | 4,638 | 3,107 | 827 | 827 | 227 | 227 | 227 | 227 | 227 |
| Prison Population | | | | | | | | | |
| Male Felons | 148,060 | 148,539 | 139,877 | 132,103 | 129,467 | 127,193 | 125,518 | 123,756 | 122,686 |
| Male Addicts [2] | 419 | 378 | 326 | 312 | 332 | 333 | 326 | 308 | 299 |
| Male Others [3] | 178 | 177 | 176 | 175 | 174 | 173 | 171 | 170 | 169 |
| Total Male | 148,657 | 149,094 | 140,379 | 132,590 | 129,973 | 127,699 | 126,015 | 124,234 | 123,154 |
| Female Felons | 8,917 | 8,746 | 7,707 | 6,766 | 6,260 | 5,961 | 5,719 | 5,510 | 5,399 |
| Female Addicts [2] | 131 | 130 | 132 | 126 | 124 | 122 | 117 | 118 | 111 |
| Female Others [3] | 25 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Total Female | 9,073 | 8,906 | 7,869 | 6,922 | 6,414 | 6,113 | 5,866 | 5,658 | 5,540 |
| Total Prison Population | 157,730 | 158,000 | 148,248 | 139,512 | 136,387 | 133,812 | 131,881 | 129,892 | 128,694 |
| **Institution Population** | | | | | | | | | |
| **Male** | **152,803** | **151,645** | **140,979** | **133,190** | **129,973** | **127,699** | **126,015** | **124,234** | **123,154** |
| **Female** | **9,565** | **9,462** | **8,096** | **7,149** | **6,641** | **6,340** | **6,093** | **5,885** | **5,767** |
| **Total** | **162,368** | **161,107** | **149,075** | **140,339** | **136,614** | **134,039** | **132,108** | **130,119** | **128,921** |

[1] Community Correctional Center data are based on the bed activation schedules provided by the Division of Adult Institutions and Division of Adult Parole Operations.

[2] Civil Narcotic Addict commitments

[3] Others include county diagnostic cases, other state/federal prisoners, county safekeepers and JJ wards.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 4
Average Daily Institution Population
Fiscal Years 2011-12 through 2012-13

| | Fiscal Year 2011-12 | | | | | Fiscal Year 2012-13 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | FY Average | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | FY Average |
| Community Correctional Centers [1] | | | | | | | | | | |
| Male Felons | 3,728 | 2,222 | 600 | 501 | 1,763 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 545 | 298 | 227 | 227 | 324 | 227 | 227 | 227 | 227 | 227 |
| Total Felons | 4,273 | 2,520 | 827 | 728 | 2,087 | 227 | 227 | 227 | 227 | 227 |
| Prison Population | | | | | | | | | | |
| Male Felons | 148,025 | 144,333 | 135,455 | 130,424 | 139,559 | 128,309 | 126,356 | 124,358 | 123,208 | 125,558 |
| Male Addicts [2] | 405 | 358 | 318 | 315 | 349 | 331 | 332 | 312 | 307 | 321 |
| Male Others [3] | 178 | 177 | 176 | 174 | 176 | 173 | 172 | 171 | 170 | 172 |
| Total Male | 148,608 | 144,868 | 135,949 | 130,913 | 140,085 | 128,813 | 126,860 | 124,841 | 123,685 | 126,050 |
| Female Felons | 8,814 | 8,344 | 7,192 | 6,483 | 7,708 | 6,083 | 5,837 | 5,596 | 5,450 | 5,742 |
| Female Addicts [2] | 130 | 134 | 124 | 124 | 128 | 122 | 120 | 119 | 112 | 118 |
| Female Others [3] | 29 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Total Female | 8,973 | 8,508 | 7,346 | 6,637 | 7,866 | 6,235 | 5,987 | 5,745 | 5,592 | 5,890 |
| Total Prison Population | 157,581 | 153,376 | 143,295 | 137,550 | 147,951 | 135,048 | 132,847 | 130,586 | 129,277 | 131,940 |
| **Institution Population** | | | | | | | | | | |
| **Male** | **152,336** | **147,090** | **136,549** | **131,414** | **141,847** | **128,813** | **126,860** | **124,841** | **123,685** | **126,050** |
| **Female** | **9,518** | **8,806** | **7,573** | **6,864** | **8,190** | **6,462** | **6,214** | **5,972** | **5,819** | **6,117** |
| **Total** | **161,854** | **155,896** | **144,122** | **138,278** | **150,038** | **135,275** | **133,074** | **130,813** | **129,504** | **132,167** |

[1] Community Correctional Center data are based on the bed activation schedules provided by the Division of Adult Institutions and Division of Adult Parole Operations.

[2] Civil Narcotic Addict commitments

[3] Others include county diagnostic cases, other state/federal prisoners, county safekeepers and JJ wards.

Population Projections Unit                                                                                Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                                    State of California
Offender Information Services Branch                    **Fall 2011 Final Adult Population Projections**                          August 18, 2011

Table 5
Projected Placement Needs for Male Felon Institution Population
Fiscal Years 2011-12 through 2016-17

| Fiscal Year | Fiscal Quarter | Reception Center | Level I | Level II | Level III | Level IV | Special Housing | | | Total Population |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PHU | SHU | Total | |
| 2011-12 | September 30 | 23,646 | 20,724 | 36,518 | 35,911 | 28,693 | 11 | 5,586 | 5,597 | 151,089 |
| | December 31 | 14,142 | 19,863 | 35,989 | 36,405 | 28,705 | 11 | 5,362 | 5,373 | 140,477 |
| | March 31 | 10,962 | 17,344 | 34,137 | 36,329 | 28,736 | 11 | 5,184 | 5,195 | 132,703 |
| | June 30 | 10,728 | 15,888 | 32,832 | 35,944 | 28,938 | 11 | 5,126 | 5,137 | 129,467 |
| 2012-13 | September 30 | 10,167 | 15,025 | 32,071 | 35,805 | 29,079 | 11 | 5,035 | 5,046 | 127,193 |
| | December 31 | 9,607 | 14,503 | 31,547 | 35,751 | 29,163 | 10 | 4,937 | 4,947 | 125,518 |
| | March 31 | 8,905 | 14,048 | 31,010 | 35,829 | 29,132 | 10 | 4,822 | 4,832 | 123,756 |
| | June 30 | 9,020 | 13,588 | 30,327 | 35,812 | 29,102 | 10 | 4,827 | 4,837 | 122,686 |
| 2013-14 | June 30 | 8,397 | 12,944 | 28,896 | 35,620 | 28,965 | 11 | 4,616 | 4,627 | 119,449 |
| 2014-15 | June 30 | 8,261 | 12,502 | 28,244 | 35,157 | 28,964 | 11 | 4,506 | 4,517 | 117,645 |
| 2015-16 | June 30 | 8,250 | 12,577 | 28,432 | 34,862 | 28,902 | 11 | 4,382 | 4,393 | 117,416 |
| 2016-17 | June 30 | 8,332 | 12,953 | 28,878 | 34,736 | 28,843 | 11 | 4,350 | 4,361 | 118,103 |

Population Projections Unit                                                                     Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                          State of California
Offender Information Services Branch          **Fall 2011 Final Adult Population Projections**                    August 18, 2011

Table 6

Projected Placement Needs for Total Male Institution Population

Fiscal Years 2011-12 through 2016-17

| Fiscal Year | Fiscal Quarter | Reception Center | Level I | Level II | Level III | Level IV | Special Housing | | | Total Population |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PHU | SHU | Total | |
| 2011-12 | September 30 | 23,823 | 20,724 | 36,896 | 35,911 | 28,693 | 11 | 5,586 | 5,597 | 151,644 |
| | December 31 | 14,318 | 19,863 | 36,315 | 36,405 | 28,705 | 11 | 5,362 | 5,373 | 140,979 |
| | March 31 | 11,137 | 17,344 | 34,449 | 36,329 | 28,736 | 11 | 5,184 | 5,195 | 133,190 |
| | June 30 | 10,902 | 15,888 | 33,164 | 35,944 | 28,938 | 11 | 5,126 | 5,137 | 129,973 |
| 2012-13 | September 30 | 10,340 | 15,025 | 32,404 | 35,805 | 29,079 | 11 | 5,035 | 5,046 | 127,699 |
| | December 31 | 9,778 | 14,503 | 31,873 | 35,751 | 29,163 | 10 | 4,937 | 4,947 | 126,015 |
| | March 31 | 9,075 | 14,048 | 31,318 | 35,829 | 29,132 | 10 | 4,822 | 4,832 | 124,234 |
| | June 30 | 9,189 | 13,588 | 30,626 | 35,812 | 29,102 | 10 | 4,827 | 4,837 | 123,154 |
| 2013-14 | June 30 | 8,562 | 12,944 | 29,155 | 35,620 | 28,965 | 11 | 4,616 | 4,627 | 119,873 |
| 2014-15 | June 30 | 8,422 | 12,502 | 28,515 | 35,157 | 28,964 | 11 | 4,506 | 4,517 | 118,077 |
| 2015-16 | June 30 | 8,407 | 12,577 | 28,705 | 34,862 | 28,902 | 11 | 4,382 | 4,393 | 117,846 |
| 2016-17 | June 30 | 8,486 | 12,953 | 29,145 | 34,736 | 28,843 | 11 | 4,350 | 4,361 | 118,524 |

Note: These projections assume that the male reception center population will increase proportionately with the increase in male felon intake.

Reception Center includes others as defined on Table 1.  Level II includes civil narcotic addict commitments.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 7

Movement of Male Felon Institution Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | From Court | PV-WNT | PV-RTC | Other Intake[1] | Total Outgo | First Parole | PV-RTC Parole | Other Outgo[2] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 27,484 | 8,983 | 4,023 | 14,397 | 81 | 28,215 | 14,097 | 13,589 | 529 | -718 | 154,277 |
| | Oct-Dec | | 26,413 | 8,992 | 3,815 | 13,541 | 65 | 28,421 | 13,955 | 13,924 | 542 | -1,859 | 152,418 |
| | Jan-Mar | | 26,933 | 8,823 | 3,711 | 14,335 | 64 | 26,821 | 12,903 | 13,446 | 472 | 73 | 152,491 |
| | Apr-Jun | | 26,978 | 8,943 | 3,665 | 14,317 | 53 | 27,230 | 12,938 | 13,806 | 486 | -285 | 152,206 |
| | Total | | 107,808 | 35,741 | 15,214 | 56,590 | 263 | 110,687 | 53,893 | 54,765 | 2,029 | -2,789 | |
| 2011-12 | Jul-Sep | * | 25,530 | 9,058 | 3,756 | 12,696 | 20 | 26,646 | 13,285 | 12,864 | 497 | -1,116 | 151,090 |
| | Oct-Dec | * | 12,755 | 5,470 | 3,289 | 3,972 | 24 | 23,368 | 4,899 | 10,218 | 8,251 | -10,613 | 140,477 |
| | Jan-Mar | * | 8,142 | 5,091 | 3,000 | 23 | 28 | 15,916 | 4,429 | 4,187 | 7,300 | -7,774 | 132,703 |
| | Apr-Jun | * | 8,380 | 5,548 | 2,780 | 27 | 25 | 11,616 | 4,374 | 1,361 | 5,881 | -3,236 | 129,467 |
| | Total | | 54,807 | 25,167 | 12,825 | 16,718 | 97 | 77,546 | 26,987 | 28,630 | 21,929 | -22,739 | |
| 2012-13 | Jul-Sep | * | 7,776 | 5,557 | 2,162 | 22 | 35 | 10,050 | 4,457 | 394 | 5,199 | -2,274 | 127,193 |
| | Oct-Dec | * | 7,338 | 5,522 | 1,748 | 28 | 40 | 9,013 | 4,328 | 64 | 4,621 | -1,675 | 125,518 |
| | Jan-Mar | * | 6,745 | 5,175 | 1,505 | 35 | 30 | 8,507 | 4,311 | 46 | 4,150 | -1,762 | 123,756 |
| | Apr-Jun | * | 7,070 | 5,596 | 1,407 | 36 | 31 | 8,140 | 4,210 | 27 | 3,903 | -1,070 | 122,686 |
| | Total | | 28,929 | 21,850 | 6,822 | 121 | 136 | 35,710 | 17,306 | 531 | 17,873 | -6,781 | |

* Projected

[1] Other intake includes JJ 'M' cases and transfers from other states.

[2] Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 8
Movement of Female Felon Institution Population
Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | From Court | PV-WNT | PV-RTC | Other Intake[1] | Total Outgo | First Parole | PV-RTC Parole | Other Outgo[2] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 2,840 | 1,425 | 400 | 1,011 | 4 | 2,884 | 1,877 | 970 | 37 | -34 | 9,835 |
| | Oct-Dec | | 2,501 | 1,235 | 333 | 929 | 4 | 2,743 | 1,720 | 997 | 26 | -247 | 9,588 |
| | Jan-Mar | | 2,307 | 1,138 | 300 | 868 | 1 | 2,513 | 1,633 | 856 | 24 | -227 | 9,361 |
| | Apr-Jun | | 2,494 | 1,341 | 282 | 868 | 3 | 2,467 | 1,595 | 849 | 23 | 48 | 9,409 |
| | Total | | 10,142 | 5,139 | 1,315 | 3,676 | 12 | 10,607 | 6,825 | 3,672 | 110 | -460 | |
| 2011-12 | Jul-Sep | * | 2,370 | 1,310 | 303 | 756 | 1 | 2,477 | 1,655 | 786 | 36 | -107 | 9,302 |
| | Oct-Dec | * | 774 | 395 | 206 | 172 | 1 | 2,142 | 313 | 542 | 1,287 | -1,368 | 7,934 |
| | Jan-Mar | * | 601 | 397 | 201 | 2 | 1 | 1,542 | 270 | 187 | 1,085 | -941 | 6,993 |
| | Apr-Jun | * | 578 | 398 | 178 | 2 | 0 | 1,084 | 271 | 39 | 774 | -506 | 6,487 |
| | Total | | 4,323 | 2,500 | 888 | 932 | 3 | 7,245 | 2,509 | 1,554 | 3,182 | -2,922 | |
| 2012-13 | Jul-Sep | * | 540 | 399 | 138 | 0 | 3 | 839 | 259 | 5 | 575 | -299 | 6,188 |
| | Oct-Dec | * | 505 | 401 | 101 | 2 | 1 | 747 | 273 | 2 | 472 | -242 | 5,946 |
| | Jan-Mar | * | 486 | 403 | 78 | 2 | 3 | 695 | 290 | 2 | 403 | -209 | 5,737 |
| | Apr-Jun | * | 467 | 403 | 63 | 1 | 0 | 578 | 241 | 2 | 335 | -111 | 5,626 |
| | Total | | 1,998 | 1,606 | 380 | 5 | 7 | 2,859 | 1,063 | 11 | 1,785 | -861 | |

* Projected

[1] Other intake includes JJ 'M' cases and transfers from other states.

[2] Other outgo includes discharges and deaths.

Population Projections Unit                                                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                              State of California
Offender Information Services Branch          **Fall 2011 Final Adult Population Projections**                           August 18, 2011

Table 9

Movement of Male Civil Narcotic Addict Institution Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | From Court | Outpatients Returned | Total Outgo | Outpatient Status | Other Outgo[1] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 143 | 52 | 91 | 137 | 90 | 47 | 5 | 559 |
| | Oct-Dec | | 122 | 59 | 63 | 215 | 174 | 41 | -94 | 465 |
| | Jan-Mar | | 152 | 55 | 97 | 157 | 118 | 39 | -4 | 461 |
| | Apr-Jun | | 118 | 49 | 69 | 146 | 130 | 16 | -42 | 419 |
| | Total | | 535 | 215 | 320 | 655 | 512 | 143 | -135 | |
| | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 116 | 41 | 75 | 157 | 144 | 13 | -41 | 378 |
| | Oct-Dec | * | 122 | 47 | 75 | 174 | 145 | 29 | -52 | 326 |
| | Jan-Mar | * | 118 | 47 | 71 | 132 | 108 | 24 | -14 | 312 |
| | Apr-Jun | * | 115 | 52 | 63 | 95 | 70 | 25 | 20 | 332 |
| | Total | | 471 | 187 | 284 | 558 | 467 | 91 | -87 | |
| | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 111 | 41 | 70 | 110 | 90 | 20 | 1 | 333 |
| | Oct-Dec | * | 106 | 47 | 59 | 113 | 90 | 23 | -7 | 326 |
| | Jan-Mar | * | 93 | 47 | 46 | 111 | 86 | 25 | -18 | 308 |
| | Apr-Jun | * | 98 | 52 | 46 | 107 | 82 | 25 | -9 | 299 |
| | Total | | 408 | 187 | 221 | 441 | 348 | 93 | -33 | |

* Projected

[1] Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 10

Movement of Female Civil Narcotic Addict Institution Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | From Court | Outpatients Returned | Total Outgo | Outpatient Status | Other Outgo[1] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 44 | 22 | 22 | 67 | 54 | 13 | -17 | 181 |
| | Oct-Dec | | 41 | 16 | 25 | 66 | 58 | 8 | -25 | 156 |
| | Jan-Mar | | 36 | 18 | 18 | 53 | 45 | 8 | -15 | 141 |
| | Apr-Jun | | 38 | 19 | 19 | 50 | 44 | 6 | -10 | 131 |
| | Total | | 159 | 75 | 84 | 236 | 201 | 35 | -67 | |
| | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 40 | 20 | 20 | 41 | 40 | 1 | -1 | 130 |
| | Oct-Dec | * | 34 | 12 | 22 | 32 | 27 | 5 | 2 | 132 |
| | Jan-Mar | * | 35 | 19 | 16 | 41 | 33 | 8 | -6 | 126 |
| | Apr-Jun | * | 40 | 23 | 17 | 42 | 41 | 1 | -2 | 124 |
| | Total | | 149 | 74 | 75 | 156 | 141 | 15 | -7 | |
| | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 35 | 20 | 15 | 37 | 28 | 9 | -2 | 122 |
| | Oct-Dec | * | 31 | 12 | 19 | 36 | 31 | 5 | -5 | 117 |
| | Jan-Mar | * | 29 | 19 | 10 | 28 | 23 | 5 | 1 | 118 |
| | Apr-Jun | * | 35 | 23 | 12 | 42 | 38 | 4 | -7 | 111 |
| | Total | | 130 | 74 | 56 | 143 | 120 | 23 | -13 | |

* Projected

[1] Other outgo includes discharges and deaths.

28

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 11
California Supervised Parole and Outpatient Population
Fiscal Years 2011-12 through 2012-13

| | Actual | Fiscal Year 2011-12 | | | | Fiscal Year 2012-13 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | June 30 2011 | Sep 30 2011 | Dec 31 2011 | Mar 31 2012 | Jun 30 2012 | Sep 30 2012 | Dec 31 2012 | Mar 31 2013 | Jun 30 2013 |
| **Male Population** | | | | | | | | | |
| Felons | 80,967 | 80,184 | 76,724 | 72,887 | 67,845 | 59,871 | 49,053 | 41,410 | 36,204 |
| Outpatients[1] | 685 | 669 | 680 | 662 | 605 | 566 | 532 | 493 | 467 |
| Others[2] | 1,291 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 |
| Total Male | 82,943 | 82,134 | 78,685 | 74,830 | 69,731 | 61,718 | 50,866 | 43,184 | 37,952 |
| **Female Population** | | | | | | | | | |
| Felons | 7,367 | 7,409 | 6,787 | 5,950 | 5,139 | 4,235 | 3,388 | 2,962 | 2,641 |
| Outpatients[1] | 299 | 290 | 258 | 226 | 221 | 209 | 202 | 191 | 193 |
| Others[2] | 204 | 204 | 203 | 202 | 202 | 201 | 201 | 201 | 200 |
| Total Female | 7,870 | 7,903 | 7,248 | 6,378 | 5,562 | 4,645 | 3,791 | 3,354 | 3,034 |
| **Total Population** | | | | | | | | | |
| **Felons** | **88,334** | **87,593** | **83,511** | **78,837** | **72,984** | **64,106** | **52,441** | **44,372** | **38,845** |
| **Outpatients[1]** | **984** | **959** | **938** | **888** | **826** | **775** | **734** | **684** | **660** |
| **Others[2]** | **1,495** | **1,485** | **1,484** | **1,483** | **1,483** | **1,482** | **1,482** | **1,482** | **1,481** |
| **Total** | **90,813** | **90,037** | **85,933** | **81,208** | **75,293** | **66,363** | **54,657** | **46,538** | **40,986** |

Note: These projections do not include non-revocable parolees.

[1] Civil Narcotic Addict commitment releasees.

[2] Others include co-ops and other state/federal parolees.

29

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 12
Average Daily California Supervised Parole and Outpatient Population
Fiscal Years 2011-12 through 2012-13

| | Fiscal Year 2011-12 | | | | | Fiscal Year 2012-13 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | FY Average | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | FY Average |
| Male Population | | | | | | | | | | |
| Felons | 80,477 | 77,612 | 75,018 | 70,341 | 75,862 | 64,377 | 54,215 | 45,196 | 38,675 | 50,616 |
| Outpatients[1] | 671 | 671 | 664 | 640 | 662 | 586 | 552 | 510 | 476 | 531 |
| Others[2] | 1,283 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 |
| Total Male | 82,431 | 79,564 | 76,963 | 72,262 | 77,805 | 66,244 | 56,048 | 46,987 | 40,432 | 52,428 |
| Female Population | | | | | | | | | | |
| Felons | 7,347 | 7,085 | 6,400 | 5,548 | 6,595 | 4,730 | 3,751 | 3,166 | 2,789 | 3,609 |
| Outpatients[1] | 293 | 274 | 245 | 226 | 260 | 215 | 204 | 194 | 193 | 202 |
| Others[2] | 204 | 203 | 203 | 202 | 203 | 202 | 201 | 201 | 201 | 201 |
| Total Female | 7,844 | 7,562 | 6,848 | 5,976 | 7,058 | 5,147 | 4,156 | 3,561 | 3,183 | 4,012 |
| **Total Population** | | | | | | | | | | |
| **Felons** | **87,824** | **84,697** | **81,418** | **75,889** | **82,457** | **69,107** | **57,966** | **48,362** | **41,464** | **54,225** |
| **Outpatients[1]** | **964** | **945** | **909** | **866** | **921** | **801** | **756** | **704** | **669** | **733** |
| **Others[2]** | **1,487** | **1,484** | **1,484** | **1,483** | **1,484** | **1,483** | **1,482** | **1,482** | **1,482** | **1,482** |
| **Total** | **90,275** | **87,126** | **83,811** | **78,238** | **84,862** | **71,391** | **60,204** | **50,548** | **43,615** | **56,440** |

Note: These projections do not include non-revocable parolees.

[1] Civil Narcotic Addict commitment releasees.

[2] Others include co-ops and other state/federal parolees.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 13

Movement of Male Felon Active Parole Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | Paroled | Reinstated | Other Intake[1] | Total Outgo | DCH | PV-WNT | PV-RTC | PALS[2] | Other Outgo[3] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 34,961 | 25,786 | 8,443 | 732 | 37,570 | 7,944 | 3,754 | 13,460 | 9,270 | 3,142 | -2,456 | 81,544 |
| | Oct-Dec | | 34,433 | 25,972 | 7,822 | 639 | 34,483 | 7,627 | 3,584 | 12,657 | 9,316 | 1,299 | -36 | 81,508 |
| | Jan-Mar | | 33,141 | 24,459 | 7,992 | 690 | 33,332 | 7,202 | 3,446 | 13,426 | 8,234 | 1,024 | -131 | 81,377 |
| | Apr-Jun | | 33,507 | 24,884 | 8,406 | 217 | 34,337 | 7,425 | 3,412 | 13,380 | 8,997 | 1,123 | -410 | 80,967 |
| Total | | | 136,042 | 101,101 | 32,663 | 2,278 | 139,722 | 30,198 | 14,196 | 52,923 | 35,817 | 6,588 | -3,033 | |
| 2011-12 | Jul-Sep | * | 33,591 | 26,129 | 6,743 | 719 | 34,374 | 7,817 | 3,408 | 11,973 | 8,236 | 2,940 | -783 | 80,184 |
| | Oct-Dec | * | 20,297 | 15,096 | 5,053 | 148 | 23,757 | 8,789 | 2,934 | 3,706 | 7,090 | 1,238 | -3,460 | 76,724 |
| | Jan-Mar | * | 12,954 | 8,601 | 4,222 | 131 | 16,791 | 8,116 | 2,560 | 16 | 5,109 | 990 | -3,837 | 72,887 |
| | Apr-Jun | * | 9,087 | 5,718 | 3,217 | 152 | 14,129 | 7,653 | 2,217 | 23 | 3,476 | 760 | -5,042 | 67,845 |
| Total | | | 75,929 | 55,544 | 19,235 | 1,150 | 89,051 | 32,375 | 11,119 | 15,718 | 23,911 | 5,928 | -13,122 | |
| 2012-13 | Jul-Sep | * | 7,425 | 4,840 | 2,444 | 141 | 15,399 | 10,675 | 1,604 | 19 | 2,454 | 647 | -7,974 | 59,871 |
| | Oct-Dec | * | 6,489 | 4,374 | 1,965 | 150 | 17,307 | 13,515 | 1,255 | 21 | 1,926 | 590 | -10,818 | 49,053 |
| | Jan-Mar | * | 6,049 | 4,348 | 1,560 | 141 | 13,692 | 10,581 | 1,058 | 22 | 1,569 | 462 | -7,643 | 41,410 |
| | Apr-Jun | * | 5,708 | 4,226 | 1,332 | 150 | 10,914 | 8,190 | 938 | 25 | 1,299 | 462 | -5,206 | 36,204 |
| Total | | | 25,671 | 17,788 | 7,301 | 582 | 57,312 | 42,961 | 4,855 | 87 | 7,248 | 2,161 | -31,641 | |

* Projected

[1] Other intake includes transfers direct from court, interstate parole unit (ISPU), and co-ops.

[2] PALS are parolees-at-large with warrant issued (absconded from parole supervision).

[3] Other outgo includes transfers to ISPU and non-revocable parole, and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

**Fall 2011 Final Adult Population Projections**

Department of Corrections and Rehabilitation
State of California
August 18, 2011

Table 14

Movement of Female Felon Active Parole Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | Paroled | Reinstated | Other Intake[1] | Total Outgo | DCH | PV-WNT | PV-RTC | PALS[2] | Other Outgo[3] | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 3,095 | 2,149 | 827 | 119 | 3,484 | 814 | 325 | 902 | 884 | 559 | -455 | 7,719 |
| | Oct-Dec | | 2,915 | 2,113 | 694 | 108 | 3,025 | 822 | 248 | 825 | 854 | 276 | -65 | 7,654 |
| | Jan-Mar | | 2,773 | 1,903 | 753 | 117 | 2,791 | 815 | 241 | 760 | 757 | 218 | 6 | 7,660 |
| | Apr-Jun | | 2,700 | 1,870 | 780 | 50 | 3,056 | 885 | 232 | 791 | 868 | 280 | -293 | 7,367 |
| | Total | | 11,483 | 8,035 | 3,054 | 394 | 12,356 | 3,336 | 1,046 | 3,278 | 3,363 | 1,333 | -807 | |
| | | | | | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 3,106 | 2,437 | 554 | 115 | 3,064 | 869 | 238 | 691 | 545 | 721 | 42 | 7,409 |
| | Oct-Dec | * | 1,216 | 852 | 348 | 16 | 1,838 | 990 | 148 | 143 | 497 | 60 | -622 | 6,787 |
| | Jan-Mar | * | 754 | 456 | 289 | 9 | 1,591 | 1,024 | 153 | 2 | 377 | 35 | -837 | 5,950 |
| | Apr-Jun | * | 558 | 309 | 242 | 7 | 1,369 | 981 | 121 | 2 | 223 | 42 | -811 | 5,139 |
| | Total | | 5,634 | 4,054 | 1,433 | 147 | 7,862 | 3,864 | 660 | 838 | 1,642 | 858 | -2,228 | |
| | | | | | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 451 | 264 | 178 | 9 | 1,355 | 1,051 | 97 | 0 | 178 | 29 | -904 | 4,235 |
| | Oct-Dec | * | 410 | 275 | 120 | 15 | 1,257 | 1,016 | 72 | 2 | 137 | 30 | -847 | 3,388 |
| | Jan-Mar | * | 420 | 290 | 124 | 6 | 846 | 673 | 48 | 0 | 101 | 24 | -426 | 2,962 |
| | Apr-Jun | * | 374 | 243 | 114 | 17 | 695 | 534 | 34 | 1 | 106 | 20 | -321 | 2,641 |
| | Total | | 1,655 | 1,072 | 536 | 47 | 4,153 | 3,274 | 251 | 3 | 522 | 103 | -2,498 | |

* Projected

[1] Other intake includes transfers direct from court, interstate parole unit (ISPU) and co-ops.

[2] PALS are parolees-at-large with warrant issued (absconded from parole supervision).

[3] Other outgo includes transfers to ISPU and non-revocable parole, and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 15

Movement of Male Civil Narcotic Addict Outpatient Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | Released | Reinstated | Total Outgo | PV-WNT | PV-RTC | RALS[1] | Other Outgo[2] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 117 | 90 | 27 | 206 | 2 | 86 | 28 | 90 | -86 | 699 |
| | Oct-Dec | | 206 | 174 | 32 | 156 | 0 | 63 | 37 | 56 | 45 | 744 |
| | Jan-Mar | | 153 | 118 | 35 | 217 | 1 | 91 | 33 | 92 | -63 | 681 |
| | Apr-Jun | | 147 | 130 | 17 | 148 | 0 | 67 | 26 | 55 | 4 | 685 |
| | Total | | 623 | 512 | 111 | 727 | 3 | 307 | 124 | 293 | -100 | |
| | | | | | | | | | | | | |
| 2011-12 | Jul-Sep | | 173 | 144 | 29 | 189 | 1 | 70 | 41 | 77 | -16 | 669 |
| | Oct-Dec | | 168 | 145 | 23 | 157 | 4 | 67 | 23 | 63 | 11 | 680 |
| | Jan-Mar | * | 138 | 108 | 30 | 156 | 1 | 67 | 31 | 57 | -18 | 662 |
| | Apr-Jun | * | 91 | 70 | 21 | 148 | 3 | 56 | 22 | 67 | -57 | 605 |
| | Total | | 570 | 467 | 103 | 650 | 9 | 260 | 117 | 264 | -80 | |
| | | | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 112 | 90 | 22 | 151 | 2 | 66 | 19 | 64 | -39 | 566 |
| | Oct-Dec | * | 109 | 90 | 19 | 143 | 3 | 53 | 27 | 60 | -34 | 532 |
| | Jan-Mar | * | 100 | 86 | 14 | 139 | 0 | 43 | 17 | 79 | -39 | 493 |
| | Apr-Jun | * | 101 | 82 | 19 | 127 | 1 | 40 | 21 | 65 | -26 | 467 |
| | Total | | 422 | 348 | 74 | 560 | 6 | 202 | 84 | 268 | -138 | |

* Projected

[1] RALS are releasees-at-large with warrant issued (absconded from parole supervision).

[2] Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

**Fall 2011 Final Adult Population Projections**

Department of Corrections and Rehabilitation
State of California
August 18, 2011

Table 16
Movement of Female Civil Narcotic Addict Outpatient Population
Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | Released | Reinstated | Total Outgo | PV-WNT | PV-RTC | RALS[1] | Other Outgo[2] | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 61 | 54 | 7 | 74 | 1 | 21 | 9 | 43 | -8 | 314 |
| | Oct-Dec | | 66 | 58 | 8 | 62 | 1 | 23 | 11 | 27 | 3 | 317 |
| | Jan-Mar | | 51 | 45 | 6 | 67 | 0 | 18 | 6 | 43 | -18 | 299 |
| | Apr-Jun | | 54 | 44 | 10 | 55 | 0 | 19 | 5 | 31 | 0 | 299 |
| | Total | | 232 | 201 | 31 | 258 | 2 | 81 | 31 | 144 | -23 | |
| | | | | | | | | | | | | |
| 2011-12 | Jul-Sep | | 43 | 40 | 3 | 52 | 1 | 18 | 3 | 30 | -9 | 290 |
| | Oct-Dec | | 35 | 27 | 8 | 67 | 0 | 22 | 6 | 39 | -32 | 258 |
| | Jan-Mar | * | 36 | 33 | 3 | 68 | 1 | 15 | 7 | 45 | -32 | 226 |
| | Apr-Jun | * | 47 | 41 | 6 | 52 | 1 | 14 | 7 | 28 | -5 | 221 |
| | Total | | 161 | 141 | 20 | 239 | 3 | 69 | 23 | 142 | -78 | |
| | | | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 34 | 28 | 6 | 46 | 0 | 15 | 6 | 25 | -12 | 209 |
| | Oct-Dec | * | 37 | 31 | 6 | 44 | 0 | 19 | 4 | 21 | -7 | 202 |
| | Jan-Mar | * | 23 | 23 | 0 | 34 | 1 | 9 | 5 | 19 | -11 | 191 |
| | Apr-Jun | * | 41 | 38 | 3 | 39 | 0 | 12 | 3 | 24 | 2 | 193 |
| | Total | | 135 | 120 | 15 | 163 | 1 | 55 | 18 | 89 | -28 | |

* Projected

[1] RALS are releasees-at-large with warrant issued (absconded from parole supervision).

[2] Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 17

Male Felon Institution Population by Age Group

June 30, 2002 through June 30, 2017

| As of June 30 | Total | Under Age 35 | Age 35 - 39 | Age 40 - 44 | Age 45 - 49 | Age 50 - 54 | Age 55 - 59 | Age 60 and Over |
|---|---|---|---|---|---|---|---|---|
| Actual | | | | | | | | |
| 2002 | 146,455 | 73,093 | 25,565 | 21,963 | 13,329 | 6,818 | 3,105 | 2,582 |
| 2003 | 149,449 | 73,672 | 24,912 | 22,703 | 14,530 | 7,394 | 3,405 | 2,833 |
| 2004 | 151,493 | 74,150 | 24,298 | 22,930 | 15,243 | 8,053 | 3,742 | 3,077 |
| 2005 | 152,016 | 73,342 | 23,739 | 22,678 | 16,213 | 8,618 | 4,103 | 3,323 |
| 2006 | 159,616 | 76,148 | 24,223 | 23,155 | 17,778 | 9,735 | 4,880 | 3,697 |
| 2007 | 160,325 | 75,435 | 23,505 | 22,593 | 18,649 | 10,696 | 5,296 | 4,151 |
| 2008 | 158,681 | 73,509 | 22,605 | 21,632 | 18,951 | 11,612 | 5,699 | 4,673 |
| 2009 | 155,986 | 71,421 | 21,523 | 20,733 | 18,850 | 12,170 | 6,150 | 5,139 |
| 2010 | 154,995 | 70,570 | 20,792 | 19,949 | 18,499 | 12,755 | 6,658 | 5,772 |
| 2011 | 152,206 | 68,699 | 19,915 | 18,975 | 17,796 | 13,331 | 7,177 | 6,313 |
| Projected | | | | | | | | |
| 2012 | 129,467 | 54,664 | 17,009 | 16,174 | 15,428 | 12,471 | 7,162 | 6,559 |
| 2013 | 122,686 | 50,453 | 15,881 | 15,092 | 14,428 | 12,299 | 7,510 | 7,023 |
| 2014 | 119,449 | 48,096 | 15,275 | 14,441 | 13,720 | 12,305 | 7,966 | 7,646 |
| 2015 | 117,645 | 46,526 | 14,867 | 13,981 | 13,393 | 12,139 | 8,365 | 8,374 |
| 2016 | 117,416 | 45,804 | 14,776 | 13,769 | 13,048 | 12,109 | 8,677 | 9,233 |
| 2017 | 118,103 | 45,582 | 14,590 | 13,776 | 12,973 | 12,006 | 9,137 | 10,039 |

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Final Adult Population Projections**

Table 18

Female Felon Institution Population by Age Group

June 30, 2002 through June 30, 2017

| As of June 30 | Total | Under Age 35 | Age 35 - 39 | Age 40 - 44 | Age 45 - 49 | Age 50 - 54 | Age 55 - 59 | Age 60 and Over |
|---|---|---|---|---|---|---|---|---|
| Actual | | | | | | | | |
| 2002 | 9,453 | 4,019 | 2,102 | 1,709 | 937 | 417 | 160 | 109 |
| 2003 | 9,752 | 4,186 | 1,979 | 1,817 | 979 | 478 | 190 | 123 |
| 2004 | 10,339 | 4,473 | 2,102 | 1,865 | 1,064 | 478 | 209 | 148 |
| 2005 | 10,528 | 4,486 | 2,034 | 1,894 | 1,166 | 567 | 222 | 159 |
| 2006 | 11,335 | 4,842 | 2,029 | 2,034 | 1,383 | 622 | 256 | 169 |
| 2007 | 11,571 | 4,895 | 2,014 | 1,998 | 1,518 | 674 | 266 | 206 |
| 2008 | 11,131 | 4,784 | 1,774 | 1,819 | 1,484 | 744 | 316 | 210 |
| 2009 | 10,761 | 4,701 | 1,565 | 1,683 | 1,442 | 783 | 357 | 230 |
| 2010 | 9,869 | 4,388 | 1,341 | 1,398 | 1,284 | 842 | 369 | 247 |
| 2011 | 9,409 | 4,132 | 1,317 | 1,317 | 1,203 | 832 | 355 | 253 |
| Projected | | | | | | | | |
| 2012 | 6,487 | 2,762 | 820 | 890 | 848 | 620 | 309 | 238 |
| 2013 | 5,626 | 2,392 | 723 | 732 | 685 | 553 | 291 | 250 |
| 2014 | 5,437 | 2,318 | 699 | 660 | 643 | 544 | 305 | 268 |
| 2015 | 5,381 | 2,299 | 672 | 665 | 582 | 538 | 339 | 286 |
| 2016 | 5,384 | 2,254 | 700 | 663 | 596 | 533 | 333 | 305 |
| 2017 | 5,390 | 2,299 | 702 | 640 | 584 | 495 | 360 | 310 |

# Section III
## Fall 2011 Baseline Population Projections
## Based on Changes in Historical Trends

Institution Population

*Institution Trends*

On June 30, 2011, the total institution population was 162,368.  This is 2.1 percent (3,449) lower than the total institution population on June 30, 2010.  This was mainly due to a decrease in parole violator returns.

Table A shows the actual institution population from June 30, 2002 through June 30, 2011. Table 1, in the Fall 2011 Baseline Projections Tables at the end of this section, displays a more detailed version of the actual population numbers.

Table A
Actual Institution Population
June 30, 2002 through June 30, 2011

| June 30 | Total | Total Males | Total Females |
|---|---|---|---|
| 2002 | 157,979 | 148,153 | 9,826 |
| 2003 | 160,931 | 150,851 | 10,080 |
| 2004 | 163,500 | 152,859 | 10,641 |
| 2005 | 164,179 | 153,323 | 10,856 |
| 2006 | 172,561 | 160,812 | 11,749 |
| 2007 | 173,312 | 161,424 | 11,888 |
| 2008 | 170,973 | 159,581 | 11,392 |
| 2009 | 167,832 | 156,805 | 11,027 |
| 2010 | 165,817 | 155,721 | 10,096 |
| 2011 | 162,368 | 152,803 | 9,565 |

Note: The projections presented in this section are based on historical trends only and do not include the impact of Realignment.  The Fall 2011 Final Projections, which include the impact of Realignment, are presented in Section II.

*Institution Population Projections*

The institution population is projected to be 160,558 on June 30, 2012, and is expected to increase to a projected population of 164,398 by June 30, 2017.  This is a 1.3 percent increase from the actual prison population on June 30, 2011, shown above in Table A. Table B shows the projected population for the next six years.  See the Fall 2011 Baseline Projections Tables 1, 3, and 4 at the end of this section for more detail

Table B
Fall 2011 Baseline Projections
Institution Population
June 30, 2012 through June 30, 2017

| June 30 | Total | Total Males | Total Females |
|---------|-------|-------------|---------------|
| 2012 | 160,558 | 151,354 | 9,204 |
| 2013 | 160,018 | 150,725 | 9,293 |
| 2014 | 160,652 | 151,235 | 9,417 |
| 2015 | 161,532 | 152,034 | 9,498 |
| 2016 | 162,752 | 153,190 | 9,562 |
| 2017 | 164,398 | 154,795 | 9,603 |

*Placement Needs Projections*

Projections of institution bed needs, by level, consider both inmate classification score level and administrative determinants, such as institutional security and public safety, as specified in Section 62010 of the CDCR's Department Operations Manual.

Effective with the Fall 2011 projections, in order to produce a projection that is more reflective of current placement needs within the CDCR, the Department's Simulation Model was expanded to provide projected bed needs based on the new Inmate Classification Scoring System (ICSS). Actual time spent in a reception center, endorsed classification levels at admission, acceptable reasons for administrative placement, and change in endorsement levels are all now being considered. The Spring 2011 projections used data from the old Classification Tracking System (CTS) to project future placement needs by classification score level. Projected placement needs for the male felon and total male institution populations are displayed in Tables 5 and 6 at the end of this section.

*Institution Population Projections Comparison*

The adult institution population was 162,368 on June 30, 2011, or 822 higher than forecasted in the Spring 2011 Projections. The difference is due to more returns to custody than expected which is partially offset by more parole violator re-releases to parole than expected.

Table C compares the Fall 2011 Baseline Projections to the Spring 2011 Projections.

Table C
Fall 2011 Baseline Projections vs. Spring 2011 Projections
Institution Population
June 30, 2012 through June 30, 2017

| June 30 | Fall 2011 Projections | Spring 2011 Projections | Difference |
|---------|-----------------------|-------------------------|------------|
| 2012 | 160,558 | 162,934 | -2,376 |
| 2013 | 160,018 | 163,359 | -3,341 |
| 2014 | 160,652 | 163,977 | -3,325 |
| 2015 | 161,532 | 164,262 | -2,730 |
| 2016 | 162,752 | 165,638 | -2,886 |
| 2017 | 164,398 | - | - |

The institution population is projected to be lower than forecasted in the Spring 2011 Projections and continue to be lower throughout the remaining projection cycle. The change is due to an increase in projected re-releases to parole in the first year and a decrease in projected returns to custody in the remaining five years.

On June 30, 2012, the population is projected to be 160,558, which is 2,376 lower than projected in the Spring 2011 Projections. By June 30, 2017, the institution population is projected to be 164,398.

New Admissions

*New Admission Trends*

Table D summarizes actual felon admissions to CDCR prisons from fiscal year 2001-02 through fiscal year 2010-11.  Consistent with past practice, admission rates displayed in Tables D and E are expressed as the number of felon new admissions from court per 100,000 California residents, ages 18-49.

Table D
Actual Total Felon Admissions
Fiscal years 2001-02 through 2010-11

| Fiscal year | Number of CDCR Felon Admissions[1] | State Population Ages 18-49 (In Thousands) | Admission Rate[2] |
|---|---|---|---|
| 2001-02 | 37,516 | 16,271.6 | 230.6 |
| 2002-03 | 40,616 | 16,414.8 | 247.4 |
| 2003-04 | 45,434 | 16,530.2 | 274.9 |
| 2004-05 | 47,204 | 16,606.2 | 284.3 |
| 2005-06 | 49,474 | 16,673.4 | 296.7 |
| 2006-07 | 47,771 | 16,755.6 | 285.1 |
| 2007-08 | 46,263 | 16,841.7 | 274.7 |
| 2008-09 | 44,436 | 16,945.6 | 262.2 |
| 2009-10 | 44,701 | 17,055.3 | 262.1 |
| 2010-11 | 40,880 | 17,171.0 | 238.1 |

[1] Not including Division of Juvenile Justice cases, other state/federal admissions, or direct admissions to parole.
[2] Number of CDCR felon admissions per 100,000 California State residents, ages 18-49.

In the last 6 months, the number of new admissions (NA) from court was 20,245.  This is a decrease of 3.2 percent compared to the NAs for the same time period one year ago.  Male felon NAs decreased by 2.5 percent (457) over the last six months when compared to the same time period one year ago.  Female felon NAs decreased by 7.8 percent (211) over the last six months compared to the same time period in 2010.

In the last fiscal year, the number of NAs from court was 40,880, a decrease of 3,821 or 8.5 percent compared to the number of NAs in fiscal year 2009-10.  Male NAs decreased by 8.9 percent (3,495) and female NAs decreased by 6.0 percent (326) when compared to the prior fiscal year of 2009-10.

*New Admission Projections and Comparison*

As shown in Table E, the Fall 2011 felon admissions projection is lower than the Spring 2011 Projections throughout the projection cycle.  This change is due to the fact that during the last six months, admissions were 1.9 percent (390) lower compared to Spring 2011 Projections.

Table E
Fall 2011 Baseline Projections vs. Spring 2011 Projections
Total Felon Admissions
Fiscal years 2011-12 through 2016-17

| Fiscal year | Fall 2011[1] | Spring 2011 | Change | Admission Rate[2] |
|---|---|---|---|---|
| 2011-12 | 40,683 | 41,164 | -481 | 235.2 |
| 2012-13 | 40,981 | 41,528 | -547 | 235.3 |
| 2013-14 | 41,261 | 41,875 | -614 | 235.4 |
| 2014-15 | 41,526 | 42,204 | -678 | 235.5 |
| 2015-16 | 41,774 | 42,517 | -743 | 235.6 |
| 2016-17 | 42,010 | - | - | 235.6 |

[1] Not including Division of Juvenile Justice cases, other state/federal admissions, or direct admissions to parole.
[2] Number of CDCR felon admissions per 100,000 California State residents, ages 18-49.

Court Sentences

As shown in Table F, the average sentence for newly admitted felons and parole violators returned with new terms (PV-WNT) was 56.5 months for fiscal year 2010-11, an increase of 2.4 months over the previous fiscal year.  Pre-confinement credits increased by 0.5 months during fiscal year 2010-11.

Table F
Average Sentence and Credits
For Felon New Admissions and PV-WNTs
(in months)

| Fiscal year | Sentence[1] | Pre-confinement Credits |
|---|---|---|
| 2001-02 | 53.8 | 7.2 |
| 2002-03 | 53.3 | 7.2 |
| 2003-04 | 50.7 | 7.2 |
| 2004-05 | 48.5 | 7.1 |
| 2005-06 | 47.3 | 7.1 |
| 2006-07 | 47.6 | 7.2 |
| 2007-08 | 49.8 | 7.6 |
| 2008-09 | 52.1 | 8.0 |
| 2009-10 | 54.1 | 8.4 |
| 2010-11 | 56.5 | 8.9 |

[1] Includes third-strike and other life commitments

Parole Violators

*Male Felon Parole Violator Trends*

For the 6 month period from January to June 2011, there were 28,652 male felon parole violators returned to custody or pending parole revocation (PV-RTC/PendRev), 3,441 less than in the Spring 2011 Projections.

There were 6,907 male felon PV-WNTs for the same January to June 2011 period, 134 less than in the Spring 2011 Projections.

Figure 1 illustrates actual male felon parole violator returns for each quarter from June 2002 through June 2011.



**Figure 1**
**Male Felon Parole Violator Returns**
**June 2002 through June 2011**

PV-RTC/PendRevs are parole violators returned to custody or pending revocation.
PV-WNTs are parole violators returned with new term.

*Male Felon Parole Violator Time Served*

The average time served in prison for male PV-RTCs during the January to June 2011 period was 3.5 months and the average was 3.6 months for fiscal year 2010-11.  The Fall 2011 Baseline Projections assume the time served will remain at 3.6 months.

*Male Felon Parole Violator Projections and Comparisons*

Figure 2 displays the actual male felon PV-RTC/PendRev returns for the last ten fiscal years, along with the projected returns for the Fall 2011 Baseline Projections and the Spring 2011 Projections.



**Figure 2**
**Male Felon Active PV-RTC/PendRev Returns**
**June 2002 through June 2017**

PV-RTC/PendRevs are parole violators returned to custody or pending revocation.

Figure 3 displays the actual male felon PV-WNT returns for the last ten fiscal years, along with the projected returns for the Fall 2011 Baseline Projections and the Spring 2011 Projections.



**Figure 3**
**Male Felon Active PV-WNT Returns**
**June 2002 through June 2017**

PV-WNTs are parole violators returned with new term.

There were 477 female felon PV-WNTs for the same January thru June 2011 period, 12 less than in the Spring 2011 Projections.

Figure 4 illustrates actual female felon parole violators returned to custody for each quarter from June 2002 through June 2011.



Figure 4
Female Felon Parole Violator Returns
June 2002 through June 2011

PV-RTC/PendRevs are parole violators returned to custody or pending revocation.
PV-WNTs are parole violators returned with new term.

*Female Felon Parole Violator Time Served*

The average time served for female PV-RTCs during the January to June 2011 period was 3.4 months and the average for fiscal year 2010-11 was 3.4 months. The Fall 2011 Baseline Projections assume that time served will remain at 3.4 months.

*Female Parole Violator Projections and Comparison*

Figure 5 displays the actual female felon PV-RTC/PendRev returns for the last ten fiscal years, along with the projected returns for the Fall 2011 Baseline Projections and the Spring 2011 Projections.



**Figure 5**
**Female Felon Active PV-RTC/PendRev Returns**
**June 2002 through June 2017**

PV-RTC/PendRevs are parole violators returned to custody or pending revocation.

47

Figure 6 displays the actual female felon PV-WNT returns for the last ten fiscal years, along with the projected returns for the Fall 2011 Baseline Projections and the Spring 2011 Projections.



**Figure 6**
**Female Felon Active PV-WNT Returns**
**June 2002 through June 2017**

PV-WNTs are parole violators returned with new term.
Rates are calculated by dividing annualized returns by the average daily parole and parolee-at-large (PAL) populations then multiplying by 100.

Parole Population

*Parole and Outpatient Population Trends*

The total parole population on June 30, 2011 was 105,397.  This is 3.0 percent (3,259) lower than the June 30, 2010 parole population.

On June 30, 2011, the active parole population (including outpatients) was 90,813, or 1.1 percent higher than projected.  The active male parole population was 82,943 and the active female parole population was 7,870.

The total non-revocable parole (NRP) population was 14,584, or 4.2 percent lower than projected.  The male and female NRP populations were 11,056 and 3,528, respectively.

Table G
Actual Parole and Outpatient Population
Supervised in California
June 30, 2002 through June 30, 2011

| June 30 | Total | Total Males | Total Females |
|---------|-------|-------------|---------------|
| 2002 | 120,336 | 107,136 | 13,200 |
| 2003 | 116,173 | 103,371 | 12,802 |
| 2004 | 112,685 | 100,399 | 12,286 |
| 2005 | 115,371 | 102,783 | 12,588 |
| 2006 | 116,563 | 103,551 | 13,012 |
| 2007 | 126,330 | 112,057 | 14,273 |
| 2008 | 125,097 | 111,399 | 13,698 |
| 2009 | 111,202 | 98,401 | 12,801 |
| 2010 | 108,656 | 95,734 | 12,922 |
| 2011 | 105,397 | 93,999 | 11,398 |

*Felon Active Parole Movement Trends*

Felon active parole intake decreased by 8.7 percent (14,070) during fiscal year 2010-11, compared to a decrease of 6.5 percent (11,241) in the previous fiscal year.  Releases from prison to active parole decreased by 10.8 percent (13,212) during fiscal year 2010-11, compared to a decrease of 10.4 percent in the previous fiscal year.

During January through June 2011, releases from prison to parole of NAs and PV-WNTs was 17.9 percent (5,303) less than projected and releases of PV-RTCs to parole was 11.3 percent more (2,921) than projected.

Felon active parole exits decreased by 15.0 percent (26,753) during fiscal year 2010-11 compared to a 4.7 percent (8,729) decrease in the previous fiscal year.  Exits by discharge

decreased by 28.5 percent (13,373) during fiscal year 2010-11 compared to a decrease of 22.7 percent during fiscal year 2009-10.  Other exits (PV-WNT and PV-RTC/PendRev returns, transfers to NRP, suspensions, and deaths) decreased by 10.1 percent (13,380) in fiscal year 2010-11, compared to an increase of 4.0 percent (5,078) in the previous fiscal year.

Over the last 6 months, exits from parole were 0.6 percent less (420) than projected in the Spring 2011 Projections.

*Active Parole and Outpatient Population Projections*

The active parole population (including outpatients) is projected to be 87,117 on June 30, 2012.  The parole population is predicted to decline throughout the projection cycle. On June 30, 2017, the parole population is projected to be 76,457.  Table H shows the projected parole and outpatient population for the next six years.

Table H
Fall 2011 Baseline Projections
Parole and Outpatient Population
Supervised in California
June 30, 2012 through June 30, 2017

| June 30 | Total | Total Males | Total Females |
|---------|-------|-------------|---------------|
| 2012 | 87,117 | 79,150 | 7,967 |
| 2013 | 83,752 | 75,989 | 7,763 |
| 2014 | 80,594 | 73,025 | 7,569 |
| 2015 | 78,725 | 71,333 | 7,392 |
| 2016 | 77,271 | 69,964 | 7,307 |
| 2017 | 76,457 | 69,145 | 7,312 |

See the Fall 2011 Baseline Projections Tables at the end of this section for a more detailed breakout of the projected active parole and outpatient population.  Table 11 displays populations for the current and subsequent fiscal years.  Table 12 displays the projected average daily parole numbers in detail for the current and subsequent fiscal years.

*Felon Active Parole Movement Projections*

Active parole intake in fiscal year 2011-12, which includes releases from the institutions and reinstatements to active parole from suspend status, is anticipated to be 11.0 percent (16,190) lower than fiscal year 2010-11.  Similarly, active parole exits (discharges from parole, returns to custody, suspensions, and deaths) in fiscal year 2011-12 are expected to be 11.3. percent (17,217) lower than fiscal year 2010-11.  These decreases are primarily driven by the reduction in NAs (see Table E) and increase in releases to NRP.

Both intake and exits are projected to continue to decrease during the remainder of the projection cycle. The projected movements of the male and female felon active parole populations are detailed in Tables 13 and 14 in the appendix. Additionally, the movement projections for the male and female civil narcotic addict outpatient population are detailed in Tables 15 and 16 in the appendix.

*Active Parole and Outpatient Projections Comparison*

The active parole population was 90,813 on June 30, 2011, or 996 higher than projected in the Spring 2011 Projections. This difference was mainly due to more re-releases and reinstatements to parole than expected, partially offset by more returns to custody than expected.

Table I compares the Fall Baseline 2011 Projections with the Spring 2011 Projections for the active parole population.

Table I
Fall 2011 Baseline Projections vs. Spring 2011 Projections
Parole and Outpatient Population
Supervised in California
June 30, 2012 through June 30, 2017

| June 30 | Fall 2011 Projections | Spring 2011 Projections | Difference |
|---------|-----------------------|-------------------------|------------|
| 2012 | 87,117 | 86,660 | 457 |
| 2013 | 83,752 | 84,637 | -885 |
| 2014 | 80,594 | 82,549 | -1,955 |
| 2015 | 78,725 | 81,101 | -2,376 |
| 2016 | 77,271 | 79,846 | -2,575 |
| 2017 | 76,457 | - | - |

The active parole population is projected to be lower than forecasted in the Spring 2011 Projections throughout the projection cycle. The decrease is primarily due to fewer NAs and a longer length-of-stay.

On June 30, 2012, the population is projected to be 87,117 which is 457 higher than projected in the Spring 2011 Projections. By June 30, 2016, the active parole population is projected to be 76,457.

*Non-Revocable Parole Projection*

The NRP population is projected to be 12,993 on June 30, 2012. The NRP population is predicted to decline throughout the projection cycle. On June 30, 2017, the NRP population is projected to be 12,220. Table J shows the projected NRP population for the next six years.

Table J
Fall 2011 Baseline
Projected Non-Revocable Parole Population
June 30, 2012 through June 30, 2017

| June 30 | Total | Total Males | Total Females |
|---------|-------|-------------|---------------|
| 2012 | 12,993 | 10,190 | 2,803 |
| 2013 | 12,519 | 9,812 | 2,707 |
| 2014 | 12,192 | 9,500 | 2,692 |
| 2015 | 12,157 | 9,438 | 2,719 |
| 2016 | 12,209 | 9,456 | 2,753 |
| 2017 | 12,220 | 9,457 | 2,763 |

*Non-Revocable Parole Projection Comparison*

On June 30, 2012, the NRP population is projected to be 12,993, which is 1,174 higher than projected in the Spring 2011 Projections.  By June 30, 2017, the NRP population is projected to be 12,220.

Table K
Comparison of Fall 2011 Baseline with Spring 2011 Projections
Projected Non-Revocable Parole Population
June 30, 2012 through June 30, 2017

| June 30 | Fall 2011 Projections | Spring 2011 Projections | Difference |
|---------|-----------------------|-------------------------|------------|
| 2012 | 12,993 | 11,819 | 1,174 |
| 2013 | 12,519 | 11,453 | 1,066 |
| 2014 | 12,192 | 11,192 | 1,000 |
| 2015 | 12,157 | 11,229 | 928 |
| 2016 | 12,209 | 11,155 | 1,054 |
| 2017 | 12,220 | - | - |

Fall 2011 Baseline Projections Tables

The Fall 2011 Baseline Projections are summarized in Tables 1 through 18.

- Table 1 – Institution Population
- Table 2 – Parole Population
- Table 3 – Institution Population by quarter
- Table 4 – Institution Average Daily Population (ADP) by quarter
- Table 5 – Projected Placement Needs for Male Felon Institution Population
- Table 6 – Projected Placement Needs for Total Male Institution Population
- Table 7 – Movement of Male Felon Institution Population
- Table 8 – Movement of Female Felon Institution Population
- Table 9 – Movement of Male Civil Narcotic Addict Institution Population
- Table 10 – Movement of Female Civil Narcotic Addict Institution Population
- Table 11 – California Supervised Parole and Outpatient Population
- Table 12 – California Supervised Parole and Outpatient ADP
- Table 13 – Movement of Male Felon Parole Population
- Table 14 – Movement of Female Felon Parole Population
- Table 15 – Movement of Male Civil Addict Outpatient Population
- Table 16 – Movement of Female Civil Addict Outpatient Population
- Table 17 – Male Felon Institution Population by Age Group
- Table 18 – Female Felon Institution Population by Age Group

Population Projections Unit                                                                          Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                          State of California
Offender Information Services Branch        **Fall 2011 Baseline Adult Population Projections**                          August 18, 2011

Table 1
Institution Population
June 30, 2002 through June 30, 2017

| As of June 30 | Total | Total Males | Male Felons | Male Addicts[1] | Male Others[2] | Total Females | Female Felons | Female Addicts[1] | Female Others[2] |
|---|---|---|---|---|---|---|---|---|---|
| Actual |
| 2002 | 157,979 | 148,153 | 146,455 | 1,351 | 347 | 9,826 | 9,453 | 311 | 62 |
| 2003 | 160,931 | 150,851 | 149,449 | 1,104 | 298 | 10,080 | 9,752 | 270 | 58 |
| 2004 | 163,500 | 152,859 | 151,493 | 1,086 | 280 | 10,641 | 10,339 | 261 | 41 |
| 2005 | 164,179 | 153,323 | 152,016 | 966 | 341 | 10,856 | 10,528 | 283 | 45 |
| 2006 | 172,561 | 160,812 | 159,616 | 908 | 288 | 11,749 | 11,335 | 366 | 48 |
| 2007 | 173,312 | 161,424 | 160,325 | 800 | 299 | 11,888 | 11,571 | 281 | 36 |
| 2008 | 170,973 | 159,581 | 158,681 | 656 | 244 | 11,392 | 11,131 | 222 | 39 |
| 2009 | 167,832 | 156,805 | 155,986 | 615 | 204 | 11,027 | 10,761 | 238 | 28 |
| 2010 | 165,817 | 155,721 | 154,995 | 554 | 172 | 10,096 | 9,869 | 198 | 29 |
| 2011 | 162,368 | 152,803 | 152,206 | 419 | 178 | 9,565 | 9,409 | 131 | 25 |
| Projected |
| 2012 | 160,558 | 151,354 | 150,848 | 332 | 174 | 9,204 | 9,050 | 124 | 30 |
| 2013 | 160,018 | 150,725 | 150,257 | 299 | 169 | 9,293 | 9,152 | 111 | 30 |
| 2014 | 160,652 | 151,235 | 150,811 | 259 | 165 | 9,417 | 9,275 | 112 | 30 |
| 2015 | 161,532 | 152,034 | 151,602 | 271 | 161 | 9,498 | 9,363 | 105 | 30 |
| 2016 | 162,752 | 153,190 | 152,760 | 273 | 157 | 9,562 | 9,432 | 100 | 30 |
| 2017 | 164,398 | 154,795 | 154,374 | 267 | 154 | 9,603 | 9,478 | 95 | 30 |

[1] Civil Narcotic Addict commitments.

[2] Others include county diagnostic cases, other state/federal prisoners, county safekeepers and Juvenile Justice (JJ) wards.

Population Projections Unit                                                                                      Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                                             State of California
Offender Information Services Branch          **Fall 2011 Baseline Adult Population Projections**                                        August 18, 2011

Table 2
Active Parole and Outpatient Population
Supervised in California
June 30, 2002 through June 30, 2017

| As of June 30 | Total | Total Males | Male Felons | Male Outpatients[1] | Male Others[2] | Total Females | Female Felons | Female Outpatients[1] | Female Others[2] |
|---|---|---|---|---|---|---|---|---|---|
| Actual | | | | | | | | | |
| 2002 | 120,336 | 107,136 | 103,794 | 2,027 | 1,315 | 13,200 | 12,366 | 646 | 188 |
| 2003 | 116,173 | 103,371 | 99,937 | 2,034 | 1,400 | 12,802 | 11,976 | 636 | 190 |
| 2004 | 112,685 | 100,399 | 97,311 | 1,628 | 1,460 | 12,286 | 11,563 | 533 | 190 |
| 2005 | 115,371 | 102,783 | 99,930 | 1,473 | 1,380 | 12,588 | 11,946 | 458 | 184 |
| 2006 | 116,563 | 103,551 | 100,850 | 1,327 | 1,374 | 13,012 | 12,422 | 419 | 171 |
| 2007 | 126,330 | 112,057 | 109,506 | 1,264 | 1,287 | 14,273 | 13,581 | 504 | 188 |
| 2008 | 125,097 | 111,399 | 109,080 | 1,071 | 1,248 | 13,698 | 13,075 | 427 | 196 |
| 2009 | 111,202 | 98,401 | 96,201 | 948 | 1,252 | 12,801 | 12,230 | 357 | 214 |
| 2010 | 94,748 | 86,042 | 84,000 | 785 | 1,257 | 8,706 | 8,174 | 322 | 210 |
| 2011 | 90,813 | 82,943 | 80,967 | 685 | 1,291 | 7,870 | 7,367 | 299 | 204 |
| Projected | | | | | | | | | |
| 2012 | 87,117 | 79,150 | 77,264 | 605 | 1,281 | 7,967 | 7,544 | 221 | 202 |
| 2013 | 83,752 | 75,989 | 74,241 | 467 | 1,281 | 7,763 | 7,370 | 193 | 200 |
| 2014 | 80,594 | 73,025 | 71,341 | 403 | 1,281 | 7,569 | 7,218 | 152 | 199 |
| 2015 | 78,725 | 71,333 | 69,694 | 358 | 1,281 | 7,392 | 7,037 | 156 | 199 |
| 2016 | 77,271 | 69,964 | 68,343 | 340 | 1,281 | 7,307 | 6,972 | 136 | 199 |
| 2017 | 76,457 | 69,145 | 67,536 | 328 | 1,281 | 7,312 | 6,986 | 128 | 198 |

Note: These projections do not include non-revocable parolees.

[1] Civil Narcotic Addict commitments.

[2] Others include co-ops and other state/federal parolees.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Baseline Adult Population Projections**

Table 3
Institution Population
Fiscal Years 2011-12 through 2012-13

| | Actual | Fiscal Year 2011-12 | | | | Fiscal Year 2012-13 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | June 30 2011 | Sep 30 2011 | Dec 31 2011 | Mar 31 2012 | Jun 30 2012 | Sep 30 2012 | Dec 31 2012 | Mar 31 2013 | Jun 30 2013 |
| **Community Correctional Centers** [1] | | | | | | | | | |
| Male Felons | 4,146 | 2,551 | 600 | 600 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 492 | 556 | 227 | 227 | 227 | 227 | 227 | 227 | 227 |
| Total Felons | 4,638 | 3,107 | 827 | 827 | 227 | 227 | 227 | 227 | 227 |
| **Prison Population** | | | | | | | | | |
| Male Felons | 148,060 | 148,538 | 150,064 | 149,598 | 150,848 | 150,714 | 150,605 | 149,977 | 150,257 |
| Male Addicts [2] | 419 | 378 | 326 | 312 | 332 | 333 | 326 | 308 | 299 |
| Male Others [3] | 178 | 177 | 176 | 175 | 174 | 173 | 171 | 170 | 169 |
| Total Male | 148,657 | 149,093 | 150,566 | 150,085 | 151,354 | 151,220 | 151,102 | 150,455 | 150,725 |
| Female Felons | 8,917 | 8,743 | 8,854 | 8,823 | 8,823 | 8,880 | 8,839 | 8,850 | 8,925 |
| Female Addicts [2] | 131 | 130 | 132 | 126 | 124 | 122 | 117 | 118 | 111 |
| Female Others [3] | 25 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Total Female | 9,073 | 8,903 | 9,016 | 8,979 | 8,977 | 9,032 | 8,986 | 8,998 | 9,066 |
| Total Prison Population | 157,730 | 157,996 | 159,582 | 159,064 | 160,331 | 160,252 | 160,088 | 159,453 | 159,791 |
| **Institution Population** | | | | | | | | | |
| **Male** | **152,803** | **151,644** | **151,166** | **150,685** | **151,354** | **151,220** | **151,102** | **150,455** | **150,725** |
| **Female** | **9,565** | **9,459** | **9,243** | **9,206** | **9,204** | **9,259** | **9,213** | **9,225** | **9,293** |
| **Total** | **162,368** | **161,103** | **160,409** | **159,891** | **160,558** | **160,479** | **160,315** | **159,680** | **160,018** |

[1] Community Correctional Center data are based on the bed activation schedules provided by the Division of Adult Institutions and Division of Adult Parole Operations.

[2] Civil Narcotic Addict commitments

[3] Others include county diagnostic cases, other state/federal prisoners, county safekeepers and JJ wards.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

**Fall 2011 Baseline Adult Population Projections**

Department of Corrections and Rehabilitation
State of California
August 18, 2011

Table 4
Average Daily Institution Population
Fiscal Years 2011-12 through 2012-13

| | Fiscal Year 2011-12 | | | | | Fiscal Year 2012-13 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | FY Average | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | FY Average |
| Community Correctional Centers [1] | | | | | | | | | | |
| Male Felons | 3,728 | 2,222 | 600 | 501 | 1,763 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 545 | 298 | 227 | 227 | 324 | 227 | 227 | 227 | 227 | 227 |
| Total Felons | 4,273 | 2,520 | 827 | 728 | 2,087 | 227 | 227 | 227 | 227 | 227 |
| Prison Population | | | | | | | | | | |
| Male Felons | 148,024 | 148,719 | 149,677 | 150,059 | 149,120 | 150,882 | 150,730 | 150,030 | 150,251 | 150,473 |
| Male Addicts [2] | 405 | 358 | 318 | 315 | 349 | 331 | 332 | 312 | 307 | 321 |
| Male Others [3] | 178 | 177 | 176 | 174 | 176 | 173 | 171 | 170 | 169 | 171 |
| Total Male | 148,607 | 149,254 | 150,171 | 150,548 | 149,645 | 151,386 | 151,233 | 150,512 | 150,727 | 150,965 |
| Female Felons | 8,813 | 8,912 | 8,812 | 8,824 | 8,840 | 8,854 | 8,852 | 8,799 | 8,870 | 8,844 |
| Female Addicts [2] | 130 | 134 | 124 | 124 | 128 | 122 | 120 | 118 | 111 | 118 |
| Female Others [3] | 29 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Total Female | 8,972 | 9,076 | 8,966 | 8,978 | 8,998 | 9,006 | 9,002 | 8,947 | 9,011 | 8,992 |
| Total Prison Population | 157,579 | 158,330 | 159,137 | 159,526 | 158,643 | 160,392 | 160,235 | 159,459 | 159,738 | 159,956 |
| **Institution Population** | | | | | | | | | | |
| **Male** | **152,335** | **151,476** | **150,771** | **151,049** | **151,408** | **151,386** | **151,233** | **150,512** | **150,727** | **150,965** |
| **Female** | **9,517** | **9,374** | **9,193** | **9,205** | **9,322** | **9,233** | **9,229** | **9,174** | **9,238** | **9,219** |
| **Total** | **161,852** | **160,850** | **159,964** | **160,254** | **160,730** | **160,619** | **160,462** | **159,686** | **159,965** | **160,183** |

[1] Community Correctional Center data are based on the bed activation schedules provided by the Division of Adult Institutions and Division of Adult Parole Operations.

[2] Civil Narcotic Addict commitments

[3] Others include county diagnostic cases, other state/federal prisoners, county safekeepers and JJ wards.

Population Projections Unit                                                          Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                      State of California
Offender Information Services Branch          **Fall 2011 Baseline Adult Population Projections**          August 18, 2011

Table 5
Projected Placement Needs for Male Felon Institution Population
Fiscal Years 2011-12 through 2016-17

| Fiscal Year | Fiscal Quarter | Reception Center | Level I | Level II | Level III | Level IV | Special Housing | | | Total Population |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PHU | SHU | Total | |
| 2011-12 | September 30 | 23,646 | 20,724 | 36,518 | 35,911 | 28,693 | 11 | 5,586 | 5,597 | 151,089 |
| | December 31 | 23,069 | 20,991 | 36,091 | 36,404 | 28,706 | 11 | 5,392 | 5,403 | 150,664 |
| | March 31 | 22,590 | 21,049 | 35,658 | 36,759 | 28,870 | 11 | 5,261 | 5,272 | 150,198 |
| | June 30 | 23,232 | 21,148 | 35,422 | 36,757 | 29,072 | 11 | 5,206 | 5,217 | 150,848 |
| 2012-13 | September 30 | 22,778 | 21,364 | 35,231 | 37,001 | 29,188 | 11 | 5,141 | 5,152 | 150,714 |
| | December 31 | 22,512 | 21,482 | 35,049 | 37,164 | 29,343 | 11 | 5,044 | 5,055 | 150,605 |
| | March 31 | 22,049 | 21,359 | 34,952 | 37,263 | 29,376 | 11 | 4,967 | 4,978 | 149,977 |
| | June 30 | 22,427 | 21,401 | 34,653 | 37,366 | 29,418 | 11 | 4,981 | 4,992 | 150,257 |
| 2013-14 | June 30 | 22,110 | 21,996 | 34,510 | 37,758 | 29,574 | 13 | 4,850 | 4,863 | 150,811 |
| 2014-15 | June 30 | 22,063 | 22,433 | 34,597 | 37,817 | 29,874 | 11 | 4,807 | 4,818 | 151,602 |
| 2015-16 | June 30 | 21,689 | 23,082 | 35,282 | 37,935 | 30,021 | 13 | 4,738 | 4,751 | 152,760 |
| 2016-17 | June 30 | 21,643 | 23,802 | 36,069 | 38,085 | 30,058 | 14 | 4,703 | 4,717 | 154,374 |

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

**Fall 2011 Baseline Adult Population Projections**

Department of Corrections and Rehabilitation
State of California
August 18, 2011

Table 6
Projected Placement Needs for Total Male Institution Population
Fiscal Years 2011-12 through 2016-17

| Fiscal Year | Fiscal Quarter | Reception Center | Level I | Level II | Level III | Level IV | Special Housing | | | Total Population |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PHU | SHU | Total | |
| 2011-12 | September 30 | 23,823 | 20,724 | 36,896 | 35,911 | 28,693 | 11 | 5,586 | 5,597 | 151,644 |
| | December 31 | 23,245 | 20,991 | 36,417 | 36,404 | 28,706 | 11 | 5,392 | 5,403 | 151,166 |
| | March 31 | 22,765 | 21,049 | 35,970 | 36,759 | 28,870 | 11 | 5,261 | 5,272 | 150,685 |
| | June 30 | 23,406 | 21,148 | 35,754 | 36,757 | 29,072 | 11 | 5,206 | 5,217 | 151,354 |
| 2012-13 | September 30 | 22,951 | 21,364 | 35,564 | 37,001 | 29,188 | 11 | 5,141 | 5,152 | 151,220 |
| | December 31 | 22,683 | 21,482 | 35,375 | 37,164 | 29,343 | 11 | 5,044 | 5,055 | 151,102 |
| | March 31 | 22,219 | 21,359 | 35,260 | 37,263 | 29,376 | 11 | 4,967 | 4,978 | 150,455 |
| | June 30 | 22,596 | 21,401 | 34,952 | 37,366 | 29,418 | 11 | 4,981 | 4,992 | 150,725 |
| 2013-14 | June 30 | 22,275 | 21,996 | 34,769 | 37,758 | 29,574 | 13 | 4,850 | 4,863 | 151,235 |
| 2014-15 | June 30 | 22,224 | 22,433 | 34,868 | 37,817 | 29,874 | 11 | 4,807 | 4,818 | 152,034 |
| 2015-16 | June 30 | 21,846 | 23,082 | 35,555 | 37,935 | 30,021 | 13 | 4,738 | 4,751 | 153,190 |
| 2016-17 | June 30 | 21,797 | 23,802 | 36,336 | 38,085 | 30,058 | 14 | 4,703 | 4,717 | 154,795 |

Note: These projections assume that the male reception center population will increase proportionately with the increase in male felon intake.

Reception Center includes others as defined on Table 1.  Level II includes civil narcotic addict commitments.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Baseline Adult Population Projections**

Table 7

Movement of Male Felon Institution Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | PV-WNT | PV-RTC | Other Intake[1] | Total Outgo | First Parole | PV-RTC Parole | Other Outgo[2] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | 27,484 | 8,983 | 4,023 | 14,397 | 81 | 28,215 | 14,097 | 13,589 | 529 | -718 | 154,277 |
| | Oct-Dec | 26,413 | 8,992 | 3,815 | 13,541 | 65 | 28,421 | 13,955 | 13,924 | 542 | -1,859 | 152,418 |
| | Jan-Mar | 26,933 | 8,823 | 3,711 | 14,335 | 64 | 26,821 | 12,903 | 13,446 | 472 | 73 | 152,491 |
| | Apr-Jun | 26,978 | 8,943 | 3,665 | 14,317 | 53 | 27,230 | 12,938 | 13,806 | 486 | -285 | 152,206 |
| | Total | 107,808 | 35,741 | 15,214 | 56,590 | 263 | 110,687 | 53,893 | 54,765 | 2,029 | -2,789 | |
| 2011-12 | Jul-Sep * | 25,526 | 9,058 | 3,759 | 12,689 | 20 | 26,643 | 13,285 | 12,861 | 497 | -1,117 | 151,089 |
| | Oct-Dec * | 25,634 | 8,897 | 3,715 | 12,999 | 23 | 26,059 | 12,947 | 12,645 | 467 | -425 | 150,664 |
| | Jan-Mar * | 24,547 | 8,418 | 3,667 | 12,434 | 28 | 25,013 | 12,236 | 12,312 | 465 | -466 | 150,198 |
| | Apr-Jun * | 25,391 | 9,154 | 3,781 | 12,429 | 27 | 24,741 | 12,118 | 12,196 | 427 | 650 | 150,848 |
| | Total | 101,098 | 35,527 | 14,922 | 50,551 | 98 | 102,456 | 50,586 | 50,014 | 1,856 | -1,358 | |
| 2012-13 | Jul-Sep * | 24,302 | 9,085 | 3,531 | 11,651 | 35 | 24,436 | 12,178 | 11,808 | 450 | -134 | 150,714 |
| | Oct-Dec * | 24,037 | 8,939 | 3,461 | 11,599 | 38 | 24,146 | 12,339 | 11,360 | 447 | -109 | 150,605 |
| | Jan-Mar * | 23,402 | 8,504 | 3,500 | 11,367 | 31 | 24,030 | 12,355 | 11,233 | 442 | -628 | 149,977 |
| | Apr-Jun * | 23,863 | 9,173 | 3,402 | 11,257 | 31 | 23,583 | 12,054 | 11,102 | 427 | 280 | 150,257 |
| | Total | 95,604 | 35,701 | 13,894 | 45,874 | 135 | 96,195 | 48,926 | 45,503 | 1,766 | -591 | |

* Projected

[1] Other intake includes JJ 'M' cases and transfers from other states.

[2] Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

**Fall 2011 Baseline Adult Population Projections**

Department of Corrections and Rehabilitation
State of California
August 18, 2011

Table 8
Movement of Female Felon Institution Population
Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | PV-WNT | PV-RTC | Other Intake[1] | Total Outgo | First Parole | PV-RTC Parole | Other Outgo[2] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | 2,840 | 1,425 | 400 | 1,011 | 4 | 2,884 | 1,877 | 970 | 37 | -34 | 9,835 |
|  | Oct-Dec | 2,501 | 1,235 | 333 | 929 | 4 | 2,743 | 1,720 | 997 | 26 | -247 | 9,588 |
|  | Jan-Mar | 2,307 | 1,138 | 300 | 868 | 1 | 2,513 | 1,633 | 856 | 24 | -227 | 9,361 |
|  | Apr-Jun | 2,494 | 1,341 | 282 | 868 | 3 | 2,467 | 1,595 | 849 | 23 | 48 | 9,409 |
|  | Total | 10,142 | 5,139 | 1,315 | 3,676 | 12 | 10,607 | 6,825 | 3,672 | 110 | -460 | |
| 2011-12 | Jul-Sep * | 2,367 | 1,310 | 302 | 754 | 1 | 2,477 | 1,655 | 786 | 36 | -110 | 9,299 |
|  | Oct-Dec * | 2,142 | 1,232 | 250 | 659 | 1 | 2,360 | 1,628 | 701 | 31 | -218 | 9,081 |
|  | Jan-Mar * | 2,258 | 1,264 | 270 | 723 | 1 | 2,289 | 1,568 | 697 | 24 | -31 | 9,050 |
|  | Apr-Jun * | 2,272 | 1,350 | 282 | 640 | 0 | 2,272 | 1,588 | 660 | 24 | 0 | 9,050 |
|  | Total | 9,039 | 5,156 | 1,104 | 2,776 | 3 | 9,398 | 6,439 | 2,844 | 115 | -359 | |
| 2012-13 | Jul-Sep * | 2,282 | 1,339 | 265 | 676 | 2 | 2,225 | 1,546 | 652 | 27 | 57 | 9,107 |
|  | Oct-Dec * | 2,197 | 1,267 | 258 | 671 | 1 | 2,238 | 1,565 | 654 | 19 | -41 | 9,066 |
|  | Jan-Mar * | 2,228 | 1,296 | 275 | 655 | 2 | 2,217 | 1,590 | 611 | 16 | 11 | 9,077 |
|  | Apr-Jun * | 2,303 | 1,378 | 250 | 674 | 1 | 2,228 | 1,546 | 655 | 27 | 75 | 9,152 |
|  | Total | 9,010 | 5,280 | 1,048 | 2,676 | 6 | 8,908 | 6,247 | 2,572 | 89 | 102 | |

* Projected

[1]Other intake includes JJ 'M' cases and transfers from other states.

[2]Other outgo includes discharges and deaths.

Population Projections Unit                                                          Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                          State of California
Offender Information Services Branch          **Fall 2011 Baseline Adult Population Projections**                    August 18, 2011

Table 9

Movement of Male Civil Narcotic Addict Institution Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | From Court | Outpatients Returned | Total Outgo | Outpatient Status | Other Outgo[1] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 143 | 52 | 91 | 137 | 90 | 47 | 5 | 559 |
| | Oct-Dec | | 122 | 59 | 63 | 215 | 174 | 41 | -94 | 465 |
| | Jan-Mar | | 152 | 55 | 97 | 157 | 118 | 39 | -4 | 461 |
| | Apr-Jun | | 118 | 49 | 69 | 146 | 130 | 16 | -42 | 419 |
| | Total | | 535 | 215 | 320 | 655 | 512 | 143 | -135 | |
| | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 116 | 41 | 75 | 157 | 144 | 13 | -41 | 378 |
| | Oct-Dec | * | 122 | 47 | 75 | 174 | 145 | 29 | -52 | 326 |
| | Jan-Mar | * | 118 | 47 | 71 | 132 | 108 | 24 | -14 | 312 |
| | Apr-Jun | * | 115 | 52 | 63 | 95 | 70 | 25 | 20 | 332 |
| | Total | | 471 | 187 | 284 | 558 | 467 | 91 | -87 | |
| | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 111 | 41 | 70 | 110 | 90 | 20 | 1 | 333 |
| | Oct-Dec | * | 106 | 47 | 59 | 113 | 90 | 23 | -7 | 326 |
| | Jan-Mar | * | 93 | 47 | 46 | 111 | 86 | 25 | -18 | 308 |
| | Apr-Jun | * | 98 | 52 | 46 | 107 | 82 | 25 | -9 | 299 |
| | Total | | 408 | 187 | 221 | 441 | 348 | 93 | -33 | |

* Projected

[1] Other outgo includes discharges and deaths.

Population Projections Unit                                                                                      Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                                      State of California
Offender Information Services Branch          **Fall 2011 Baseline Adult Population Projections**                      August 18, 2011

Table 10

Movement of Female Civil Narcotic Addict Institution Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | From Court | Outpatients Returned | Total Outgo | Outpatient Status | Other Outgo[1] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 44 | 22 | 22 | 67 | 54 | 13 | -17 | 181 |
| | Oct-Dec | | 41 | 16 | 25 | 66 | 58 | 8 | -25 | 156 |
| | Jan-Mar | | 36 | 18 | 18 | 53 | 45 | 8 | -15 | 141 |
| | Apr-Jun | | 38 | 19 | 19 | 50 | 44 | 6 | -10 | 131 |
| | Total | | 159 | 75 | 84 | 236 | 201 | 35 | -67 | |
| | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 40 | 20 | 20 | 41 | 40 | 1 | -1 | 130 |
| | Oct-Dec | * | 34 | 12 | 22 | 32 | 27 | 5 | 2 | 132 |
| | Jan-Mar | * | 35 | 19 | 16 | 41 | 33 | 8 | -6 | 126 |
| | Apr-Jun | * | 40 | 23 | 17 | 42 | 41 | 1 | -2 | 124 |
| | Total | | 149 | 74 | 75 | 156 | 141 | 15 | -7 | |
| | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 35 | 20 | 15 | 37 | 28 | 9 | -2 | 122 |
| | Oct-Dec | * | 31 | 12 | 19 | 36 | 31 | 5 | -5 | 117 |
| | Jan-Mar | * | 29 | 19 | 10 | 28 | 23 | 5 | 1 | 118 |
| | Apr-Jun | * | 35 | 23 | 12 | 42 | 38 | 4 | -7 | 111 |
| | Total | | 130 | 74 | 56 | 143 | 120 | 23 | -13 | |

* Projected

[1] Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Baseline Adult Population Projections**

Table 11
California Supervised Parole and Outpatient Population
Fiscal Years 2011-12 through 2012-13

| | Actual | Fiscal Year 2011-12 | | | | Fiscal Year 2012-13 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | June 30 2011 | Sep 30 2011 | Dec 31 2011 | Mar 31 2012 | Jun 30 2012 | Sep 30 2012 | Dec 31 2012 | Mar 31 2013 | Jun 30 2013 |
| **Male Population** | | | | | | | | | |
| Felons | 80,967 | 80,184 | 79,381 | 78,491 | 77,264 | 76,839 | 75,722 | 75,032 | 74,241 |
| Outpatients[1] | 685 | 669 | 680 | 662 | 605 | 566 | 532 | 493 | 467 |
| Others[2] | 1,291 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 |
| Total Male | 82,943 | 82,134 | 81,342 | 80,434 | 79,150 | 78,686 | 77,535 | 76,806 | 75,989 |
| **Female Population** | | | | | | | | | |
| Felons | 7,367 | 7,410 | 7,544 | 7,520 | 7,544 | 7,570 | 7,505 | 7,463 | 7,370 |
| Outpatients[1] | 299 | 290 | 258 | 226 | 221 | 209 | 202 | 191 | 193 |
| Others[2] | 204 | 204 | 203 | 202 | 202 | 201 | 201 | 201 | 200 |
| Total Female | 7,870 | 7,904 | 8,005 | 7,948 | 7,967 | 7,980 | 7,908 | 7,855 | 7,763 |
| **Total Population** | | | | | | | | | |
| **Felons** | **88,334** | **87,594** | **86,925** | **86,011** | **84,808** | **84,409** | **83,227** | **82,495** | **81,611** |
| **Outpatients[1]** | **984** | **959** | **938** | **888** | **826** | **775** | **734** | **684** | **660** |
| **Others[2]** | **1,495** | **1,485** | **1,484** | **1,483** | **1,483** | **1,482** | **1,482** | **1,482** | **1,481** |
| **Total** | **90,813** | **90,038** | **89,347** | **88,382** | **87,117** | **86,666** | **85,443** | **84,661** | **83,752** |

Note: These projections do not include non-revocable parolees.

[1] Civil Narcotic Addict commitment releasees.

[2] Others include co-ops and other state/federal parolees.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Baseline Adult Population Projections**

Table 12
Average Daily California Supervised Parole and Outpatient Population
Fiscal Years 2011-12 through 2012-13

| | Fiscal Year 2011-12 | | | | | Fiscal Year 2012-13 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | FY Average | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | FY Average |
| **Male Population** | | | | | | | | | | |
| Felons | 80,478 | 79,751 | 78,944 | 77,876 | 79,262 | 77,177 | 76,233 | 75,558 | 74,528 | 75,874 |
| Outpatients[1] | 670 | 671 | 664 | 640 | 661 | 586 | 551 | 510 | 475 | 531 |
| Others[2] | 1,283 | 1,281 | 1,281 | 1,281 | 1,282 | 1,281 | 1,281 | 1,281 | 1,281 | 1,281 |
| Total Male | 82,431 | 81,703 | 80,889 | 79,797 | 81,205 | 79,044 | 78,065 | 77,349 | 76,284 | 77,686 |
| **Female Population** | | | | | | | | | | |
| Felons | 7,348 | 7,487 | 7,551 | 7,521 | 7,477 | 7,585 | 7,562 | 7,516 | 7,426 | 7,522 |
| Outpatients[1] | 293 | 274 | 245 | 225 | 259 | 215 | 203 | 194 | 192 | 201 |
| Others[2] | 204 | 203 | 203 | 202 | 203 | 202 | 201 | 201 | 201 | 201 |
| Total Female | 7,845 | 7,964 | 7,999 | 7,948 | 7,939 | 8,002 | 7,966 | 7,911 | 7,819 | 7,925 |
| **Total Population** | | | | | | | | | | |
| **Felons** | **87,826** | **87,238** | **86,495** | **85,397** | **86,739** | **84,762** | **83,795** | **83,074** | **81,954** | **83,396** |
| **Outpatients[1]** | **963** | **945** | **909** | **865** | **921** | **801** | **754** | **704** | **667** | **732** |
| **Others[2]** | **1,487** | **1,484** | **1,484** | **1,483** | **1,485** | **1,483** | **1,482** | **1,482** | **1,482** | **1,482** |
| **Total** | **90,276** | **89,667** | **88,888** | **87,745** | **89,144** | **87,046** | **86,031** | **85,260** | **84,103** | **85,610** |

Note: These projections do not include non-revocable parolees.

[1] Civil Narcotic Addict commitment releasees.

[2] Others include co-ops and other state/federal parolees.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

**Fall 2011 Baseline Adult Population Projections**

Department of Corrections and Rehabilitation
State of California
August 18, 2011

Table 13

Movement of Male Felon Active Parole Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | Paroled | Reinstated | Other Intake[1] | Total Outgo | DCH | PV-WNT | PV-RTC | PALS[2] | Other Outgo[3] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 34,961 | 25,786 | 8,443 | 732 | 37,570 | 7,944 | 3,754 | 13,460 | 9,270 | 3,142 | -2,456 | 81,544 |
| | Oct-Dec | | 34,433 | 25,972 | 7,822 | 639 | 34,483 | 7,627 | 3,584 | 12,657 | 9,316 | 1,299 | -36 | 81,508 |
| | Jan-Mar | | 33,141 | 24,459 | 7,992 | 690 | 33,332 | 7,202 | 3,446 | 13,426 | 8,234 | 1,024 | -131 | 81,377 |
| | Apr-Jun | | 33,507 | 24,884 | 8,406 | 217 | 34,337 | 7,425 | 3,412 | 13,380 | 8,997 | 1,123 | -410 | 80,967 |
| Total | | | 136,042 | 101,101 | 32,663 | 2,278 | 139,722 | 30,198 | 14,196 | 52,923 | 35,817 | 6,588 | -3,033 | |
| | | | | | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 33,586 | 26,126 | 6,741 | 719 | 34,369 | 7,819 | 3,411 | 11,967 | 8,232 | 2,940 | -783 | 80,184 |
| | Oct-Dec | * | 33,386 | 25,570 | 7,094 | 722 | 34,189 | 7,830 | 3,329 | 12,176 | 8,169 | 2,685 | -803 | 79,381 |
| | Jan-Mar | * | 32,156 | 24,532 | 6,938 | 686 | 33,046 | 7,665 | 3,207 | 11,634 | 8,034 | 2,506 | -890 | 78,491 |
| | Apr-Jun | * | 31,897 | 24,291 | 6,907 | 699 | 33,124 | 7,700 | 3,313 | 11,588 | 8,087 | 2,436 | -1,227 | 77,264 |
| Total | | | 131,025 | 100,519 | 27,680 | 2,826 | 134,728 | 31,014 | 13,260 | 47,365 | 32,522 | 10,567 | -3,703 | |
| | | | | | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 31,250 | 23,970 | 6,573 | 707 | 31,675 | 7,976 | 3,096 | 10,871 | 7,371 | 2,361 | -425 | 76,839 |
| | Oct-Dec | * | 30,832 | 23,675 | 6,453 | 704 | 31,949 | 8,422 | 2,980 | 10,865 | 7,264 | 2,418 | -1,117 | 75,722 |
| | Jan-Mar | * | 30,536 | 23,567 | 6,250 | 719 | 31,226 | 8,246 | 3,029 | 10,691 | 6,892 | 2,368 | -690 | 75,032 |
| | Apr-Jun | * | 29,888 | 23,138 | 6,040 | 710 | 30,679 | 7,961 | 2,944 | 10,544 | 6,919 | 2,311 | -791 | 74,241 |
| Total | | | 122,506 | 94,350 | 25,316 | 2,840 | 125,529 | 32,605 | 12,049 | 42,971 | 28,446 | 9,458 | -3,023 | |

* Projected

[1] Other intake includes transfers direct from court, interstate parole unit (ISPU), and co-ops.

[2] PALS are parolees-at-large with warrant issued (absconded from parole supervision).

[3] Other outgo includes transfers to ISPU and non-revocable parole, and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Baseline Adult Population Projections**

Table 14

Movement of Female Felon Active Parole Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | Paroled | Reinstated | Other Intake[1] | Total Outgo | DCH | PV-WNT | PV-RTC | PALS[2] | Other Outgo[3] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 3,095 | 2,149 | 827 | 119 | 3,484 | 814 | 325 | 902 | 884 | 559 | -455 | 7,719 |
| | Oct-Dec | | 2,915 | 2,113 | 694 | 108 | 3,025 | 822 | 248 | 854 | 854 | 276 | -65 | 7,654 |
| | Jan-Mar | | 2,773 | 1,903 | 753 | 117 | 2,791 | 815 | 241 | 760 | 757 | 218 | 6 | 7,660 |
| | Apr-Jun | | 2,700 | 1,870 | 780 | 50 | 3,056 | 885 | 232 | 791 | 868 | 280 | -293 | 7,367 |
| | Total | | 11,483 | 8,035 | 3,054 | 394 | 12,356 | 3,336 | 1,046 | 3,278 | 3,363 | 1,333 | -807 | |
| | | | | | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 3,106 | 2,437 | 553 | 116 | 3,063 | 869 | 237 | 689 | 546 | 722 | 43 | 7,410 |
| | Oct-Dec | * | 2,974 | 2,326 | 536 | 112 | 2,840 | 852 | 184 | 599 | 545 | 660 | 134 | 7,544 |
| | Jan-Mar | * | 2,878 | 2,264 | 499 | 115 | 2,902 | 912 | 192 | 674 | 526 | 598 | -24 | 7,520 |
| | Apr-Jun | * | 2,823 | 2,246 | 466 | 111 | 2,799 | 924 | 202 | 583 | 502 | 588 | 24 | 7,544 |
| | Total | | 11,781 | 9,273 | 2,054 | 454 | 11,604 | 3,557 | 815 | 2,545 | 2,119 | 2,568 | 177 | |
| | | | | | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 2,764 | 2,198 | 450 | 116 | 2,738 | 859 | 180 | 610 | 513 | 576 | 26 | 7,570 |
| | Oct-Dec | * | 2,797 | 2,219 | 454 | 124 | 2,862 | 940 | 192 | 620 | 525 | 585 | -65 | 7,505 |
| | Jan-Mar | * | 2,718 | 2,198 | 408 | 112 | 2,760 | 933 | 190 | 594 | 436 | 607 | -42 | 7,463 |
| | Apr-Jun | * | 2,720 | 2,201 | 406 | 113 | 2,813 | 954 | 160 | 608 | 474 | 617 | -93 | 7,370 |
| | Total | | 10,999 | 8,816 | 1,718 | 465 | 11,173 | 3,686 | 722 | 2,432 | 1,948 | 2,385 | -174 | |

* Projected

[1] Other intake includes transfers direct from court, interstate parole unit (ISPU) and co-ops.

[2] PALS are parolees-at-large with warrant issued (absconded from parole supervision).

[3] Other outgo includes transfers to ISPU and non-revocable parole, and deaths.

Population Projections Unit                                                                Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                State of California
Offender Information Services Branch          **Fall 2011 Baseline Adult Population Projections**          August 18, 2011

Table 15

Movement of Male Civil Narcotic Addict Outpatient Population

Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | Released | Reinstated | Total Outgo | PV-WNT | PV-RTC | RALS[1] | Other Outgo[2] | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 117 | 90 | 27 | 206 | 2 | 86 | 28 | 90 | -86 | 699 |
| | Oct-Dec | | 206 | 174 | 32 | 156 | 0 | 63 | 37 | 56 | 45 | 744 |
| | Jan-Mar | | 153 | 118 | 35 | 217 | 1 | 91 | 33 | 92 | -63 | 681 |
| | Apr-Jun | | 147 | 130 | 17 | 148 | 0 | 67 | 26 | 55 | 4 | 685 |
| | Total | | 623 | 512 | 111 | 727 | 3 | 307 | 124 | 293 | -100 | |
| | | | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 173 | 144 | 29 | 189 | 1 | 70 | 41 | 77 | -16 | 669 |
| | Oct-Dec | * | 168 | 145 | 23 | 157 | 4 | 67 | 23 | 63 | 11 | 680 |
| | Jan-Mar | * | 138 | 108 | 30 | 156 | 1 | 67 | 31 | 57 | -18 | 662 |
| | Apr-Jun | * | 91 | 70 | 21 | 148 | 3 | 56 | 22 | 67 | -57 | 605 |
| | Total | | 570 | 467 | 103 | 650 | 9 | 260 | 117 | 264 | -80 | |
| | | | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 112 | 90 | 22 | 151 | 2 | 66 | 19 | 64 | -39 | 566 |
| | Oct-Dec | * | 109 | 90 | 19 | 143 | 3 | 53 | 27 | 60 | -34 | 532 |
| | Jan-Mar | * | 100 | 86 | 14 | 139 | 0 | 43 | 17 | 79 | -39 | 493 |
| | Apr-Jun | * | 101 | 82 | 19 | 127 | 1 | 40 | 21 | 65 | -26 | 467 |
| | Total | | 422 | 348 | 74 | 560 | 6 | 202 | 84 | 268 | -138 | |

* Projected

[1] RALS are releasees-at-large with warrant issued (absconded from parole supervision).

[2] Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Baseline Adult Population Projections**

Table 16
Movement of Female Civil Narcotic Addict Outpatient Population
Fiscal Years 2010-11 through 2012-13

| Fiscal Year | Fiscal Quarter | | Total Intake | Released | Reinstated | Total Outgo | PV-WNT | PV-RTC | RALS[1] | Other Outgo[2] | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010-11 | Jul-Sep | | 61 | 54 | 7 | 74 | 1 | 21 | 9 | 43 | -8 | 314 |
| | Oct-Dec | | 66 | 58 | 8 | 62 | 1 | 23 | 11 | 27 | 3 | 317 |
| | Jan-Mar | | 51 | 45 | 6 | 67 | 0 | 18 | 6 | 43 | -18 | 299 |
| | Apr-Jun | | 54 | 44 | 10 | 55 | 0 | 19 | 5 | 31 | 0 | 299 |
| | Total | | 232 | 201 | 31 | 258 | 2 | 81 | 31 | 144 | -23 | |
| | | | | | | | | | | | | |
| 2011-12 | Jul-Sep | * | 43 | 40 | 3 | 52 | 1 | 18 | 3 | 30 | -9 | 290 |
| | Oct-Dec | * | 35 | 27 | 8 | 67 | 0 | 22 | 6 | 39 | -32 | 258 |
| | Jan-Mar | * | 36 | 33 | 3 | 68 | 1 | 15 | 7 | 45 | -32 | 226 |
| | Apr-Jun | * | 47 | 41 | 6 | 52 | 1 | 14 | 7 | 30 | -5 | 221 |
| | Total | | 161 | 141 | 20 | 239 | 3 | 69 | 23 | 144 | -78 | |
| | | | | | | | | | | | | |
| 2012-13 | Jul-Sep | * | 34 | 28 | 6 | 46 | 0 | 15 | 6 | 25 | -12 | 209 |
| | Oct-Dec | * | 37 | 31 | 6 | 44 | 0 | 19 | 4 | 21 | -7 | 202 |
| | Jan-Mar | * | 23 | 23 | 0 | 34 | 1 | 9 | 5 | 19 | -11 | 191 |
| | Apr-Jun | * | 41 | 38 | 3 | 39 | 0 | 12 | 3 | 24 | 2 | 193 |
| | Total | | 135 | 120 | 15 | 163 | 1 | 55 | 18 | 89 | -28 | |

* Projected

[1] RALS are releasees-at-large with warrant issued (absconded from parole supervision).

[2] Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
August 18, 2011

**Fall 2011 Baseline Adult Population Projections**

Table 17

Male Felon Institution Population by Age Group
June 30, 2002 through June 30, 2017

| As of June 30 | Total | Under Age 35 | Age 35 - 39 | Age 40 - 44 | Age 45 - 49 | Age 50 - 54 | Age 55 - 59 | Age 60 and Over |
|---|---|---|---|---|---|---|---|---|
| Actual |
| 2002 | 146,455 | 73,093 | 25,565 | 21,963 | 13,329 | 6,818 | 3,105 | 2,582 |
| 2003 | 149,449 | 73,672 | 24,912 | 22,703 | 14,530 | 7,394 | 3,405 | 2,833 |
| 2004 | 151,493 | 74,150 | 24,298 | 22,930 | 15,243 | 8,053 | 3,742 | 3,077 |
| 2005 | 152,016 | 73,342 | 23,739 | 22,678 | 16,213 | 8,618 | 4,103 | 3,323 |
| 2006 | 159,616 | 76,148 | 24,223 | 23,155 | 17,778 | 9,735 | 4,880 | 3,697 |
| 2007 | 160,325 | 75,435 | 23,505 | 22,593 | 18,649 | 10,696 | 5,296 | 4,151 |
| 2008 | 158,681 | 73,509 | 22,605 | 21,632 | 18,951 | 11,612 | 5,699 | 4,673 |
| 2009 | 155,986 | 71,421 | 21,523 | 20,733 | 18,850 | 12,170 | 6,150 | 5,139 |
| 2010 | 154,995 | 70,570 | 20,792 | 19,949 | 18,499 | 12,755 | 6,658 | 5,772 |
| 2011 | 152,206 | 68,699 | 19,915 | 18,975 | 17,796 | 13,331 | 7,177 | 6,313 |
| Projected |
| 2012 | 150,848 | 65,164 | 19,803 | 18,819 | 17,786 | 14,204 | 8,025 | 7,047 |
| 2013 | 150,257 | 63,237 | 19,737 | 18,493 | 17,437 | 14,786 | 8,764 | 7,803 |
| 2014 | 150,811 | 61,925 | 19,779 | 18,228 | 17,272 | 15,290 | 9,542 | 8,775 |
| 2015 | 151,602 | 61,149 | 19,849 | 18,052 | 17,261 | 15,407 | 10,168 | 9,716 |
| 2016 | 152,760 | 60,580 | 19,988 | 18,161 | 16,978 | 15,572 | 10,755 | 10,726 |
| 2017 | 154,374 | 60,477 | 19,886 | 18,311 | 17,160 | 15,487 | 11,335 | 11,718 |

Population Projections Unit                                                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                    State of California
Offender Information Services Branch          **Fall 2011 Baseline Adult Population Projections**          August 18, 2011

Table 18

Female Felon Institution Population by Age Group

June 30, 2002 through June 30, 2017

| As of June 30 | Total | Under Age 35 | Age 35 - 39 | Age 40 - 44 | Age 45 - 49 | Age 50 - 54 | Age 55 - 59 | Age 60 and Over |
|---|---|---|---|---|---|---|---|---|
| Actual |  |  |  |  |  |  |  |  |
| 2002 | 9,453 | 4,019 | 2,102 | 1,709 | 937 | 417 | 160 | 109 |
| 2003 | 9,752 | 4,186 | 1,979 | 1,817 | 979 | 478 | 190 | 123 |
| 2004 | 10,339 | 4,473 | 2,102 | 1,865 | 1,064 | 478 | 209 | 148 |
| 2005 | 10,528 | 4,486 | 2,034 | 1,894 | 1,166 | 567 | 222 | 159 |
| 2006 | 11,335 | 4,842 | 2,029 | 2,034 | 1,383 | 622 | 256 | 169 |
| 2007 | 11,571 | 4,895 | 2,014 | 1,998 | 1,518 | 674 | 266 | 206 |
| 2008 | 11,131 | 4,784 | 1,774 | 1,819 | 1,484 | 744 | 316 | 210 |
| 2009 | 10,761 | 4,701 | 1,565 | 1,683 | 1,442 | 783 | 357 | 230 |
| 2010 | 9,869 | 4,388 | 1,341 | 1,398 | 1,284 | 842 | 369 | 247 |
| 2011 | 9,409 | 4,132 | 1,317 | 1,317 | 1,203 | 832 | 355 | 253 |
| Projected |  |  |  |  |  |  |  |  |
| 2012 | 9,050 | 3,871 | 1,233 | 1,270 | 1,183 | 844 | 375 | 274 |
| 2013 | 9,152 | 3,815 | 1,242 | 1,292 | 1,190 | 884 | 419 | 310 |
| 2014 | 9,275 | 3,846 | 1,289 | 1,279 | 1,139 | 946 | 451 | 325 |
| 2015 | 9,363 | 3,860 | 1,272 | 1,326 | 1,147 | 909 | 479 | 370 |
| 2016 | 9,432 | 3,902 | 1,304 | 1,333 | 1,128 | 849 | 521 | 395 |
| 2017 | 9,478 | 3,870 | 1,307 | 1,343 | 1,153 | 872 | 516 | 417 |

# APPENDIX

# APPENDIX

Significant Chaptered Legislation, Initiatives, Propositions and Policy Changes

*Legislation*

- Chapter 23, <u>Statutes of 2011</u> [Assembly Bill 94, (Committee on Budget; Blumenfield, Chair)]. Authorizes counties that have received a conditional award under one specified jail facilities financing program to relinquish that award and reapply for a conditional award under a separate financing program, as specified. This bill would lower to 10% the required county contribution and additionally require the California Department of Corrections and Rehabilitation (CDCR) and Corrections Standards Authority (CSA) to give funding preference to those counties that relinquish those specified local jail construction conditional awards and agree to continue to assist the state in siting reentry facilities, as specified. Additionally, this bill would cap at $100,000,000 the amount a county may receive in proceeds from State Public Works Board (SPWB)'s issuance of bonds, notes, or bond anticipation notes under those specified provisions. This bill contains other related provisions. The impact of this bill is related to the financing of housing for specified populations. The number of persons affected would be more directly indicated with the impact of Chapter 15, Statutes of 2011 Assembly Bill 109. An <u>impact of this bill has not been incorporated into the Population Projections</u>.

- Chapter 15, <u>Statutes of 2011</u> [Assembly Bill 109, (Committee on Budget; Blumenfield, Chair)]. Provides that a felony is a crime that is punishable with death, by imprisonment in the state prison, or notwithstanding any other provision of law, by imprisonment in a county jail for more than one year. Generally provides that felonies are punishable by imprisonment in a county jail for 16 months, 2, or 3 years. This bill provides exceptions to imprisonment in a county jail for a variety of felonies, including serious felonies and violent felonies, as defined, felonies requiring registration as a sex offender, and when the defendant has a prior conviction for a serious or violent felony, or a felony subjecting the defendant to registration as a sex offender, among other exceptions. This bill contains other related provisions and other existing laws. It is anticipated that the impact of this bill would result in fewer persons spending time in state prison.  An estimate of the impact on the state prison and parole populations has been completed and that <u>impact has been incorporated into the Populations Projections</u>.

- Chapter 16, <u>Statutes of 2011</u> [Assembly Bill 111, (Committee on Budget; Blumenfield, Chair)], Existing law requires the CDCR and participating counties, and the SPWB to acquire, design, and construct local jail facilities approved by the CSA. Existing law authorizes the SPWB to issue revenue bonds, notes, or bond anticipation notes to finance the acquisition, design, or construction, and a reasonable construction reserve, of approved local jail facilities, as specified. This bill decreases the authorization for revenue bonds, notes, or bond anticipation notes, as specified, and increases the authorization of moneys to a continuously appropriated fund, this bill would make an appropriation. Deletes the provisions requiring the CDCR and the CSA to give funding preference to counties that assist

the state in siting specified facilities and would instead require those entities to give that preference to counties that committed the largest percentage of inmates to state custody in relation to the total inmate population of the department in 2010. Additionally, deletes the provision prohibiting the department and the authority from awarding funds pursuant to these provisions until specified construction progress and siting requirements are met. This bill contains other related provisions and other existing law. The impact of this bill is related to authorization, appropriation, and funding preferences which are not directly related to the populations. The number of persons affected would be more directly indicated with the impact of Chapter 15, Statutes of 2011 Assembly Bill 109. An impact of this bill has not been incorporated into the Population Projections.

- Chapter 39, Statutes of 2011 [Assembly Bill 117, (Committee on Budget; Blumenfield, Chair)], The passage of Chapter 15 of the Statutes of 2011, provided that certain felonies shall be punishable by incarceration in a county jail. This bill would provide that certain specified felonies would continue to be punishable by incarceration in state prison. This bill would make other technical changes. This bill contains other related provisions and other existing laws. This bill provides clarification for specific felony offense exceptions that would continue to be admitted to state prison. The clarifications made by this bill have been considered in the development of the Populations Projections.

- Chapter 183, Statutes of 2011 [Assembly Bill 1026, Knight], Reorganizes PC Section 245 (Assault) by defining the various forms of assault. It is anticipated that this bill would have no direct impact on the state prison or parole populations. For this reason, an impact has not been incorporated into the Population Projections.

- Chapter 129, Statutes of 2011 [Senate Bill 430, Kehoe], Establishes the Diana Gonzalez Strangulation Act of 2011, specifying that "traumatic condition" includes injury as a result of strangulation or suffocation, as defined. Expanding the definition of "traumatic condition" could result in some persons spending additional time in state prison. The impact of this bill is anticipated to be negligible. For this reason, an impact has not been incorporated into the Population Projections.

*Initiatives*

Currently, there are no initiatives that will have an estimated impact on the State prison system.

*Policy Changes*

Currently, there are no new policy changes that have been implemented that will have an impact on the State prison system.

## Glossary of Terms

**ADP (Average Daily Population):**    The average population per day for a stated population for a specified time period, usually one year.

**ADMISSION:**    The first commitment from court for felons and civil narcotic addicts.

**CCC:**  Community Correctional Center

**CNA (Civil Narcotic Addict):**    An offender civilly committed to CDCR for treatment of narcotic addiction per Welfare and Institutions Code 3000 et seq.

**CO-OPS (Cooperative Cases):**    Cases provided parole supervision through the Interstate Compact agreement between California and other states.

**COP (Continued on Parole):**  Parolees who are returned to CDCR custody and are returned to parole without having revocation time assessed and their parole revoked.

**DIAGNOSTIC (County Diagnostic Case):**    An offender placed by the court in CDCR custody for a pre-sentence diagnostic evaluation (Penal Code Section 1203.03).

**DJJ "M" Cases:**    Youth offenders under Division of Juvenile Justice  jurisdiction currently housed in adult facilities.

**DOF:**  Department of Finance

**DISCHARGE:**  When an offender is no longer under the jurisdiction of the CDCR.

**DSL:**  Cases that fall under the Determinate Sentencing Law.

**FELON:**  A person convicted of a felony offense and sentenced to state prison by the court.

**ICSS (Inmate Classification Score System):**    Security level classification system implemented on October 15, 2002.

**LEVEL I, II, III, IV:**    The security level, and therefore the facility level, assigned to inmates based on their ICSS score ranges.  The higher the score, the higher the security level.

**MEAN:**  The sum of individual values divided by the number of cases; an average of all values.

**MEDIAN:**  The middle value in a distribution, above and below which lie an equal number of values.

**NA (New Admission):** See Admission.

**OUTPATIENT:**  A civil narcotic addict on parole.

**PAL (Parolee-At-Large):**   A felon parolee who absconds (hides) from parole supervision.

**PAROLE:**   After the prison term is served, offenders are supervised in the community by CDCR for an established period up to the statutory maximum.

**PAROLEE:**  A felon released from confinement in state prison to supervision in the community.

**PENDING REVOCATION:**   A parolee who has been charged with violating a condition of parole and placed in CDCR custody pending investigation to determine if revocation time will be assessed.

**PHU:**  Protective Housing Unit.

**PV-RTC (Parole Violator -Returned To Custody):**   A parolee who has violated the conditions of parole and has been returned to prison.

**PV-WNT (Parole Violator-Ret urned With a New  Term):**   A parolee who has received a court sentence for a new crime and been returned to prison.

**RAL (Releasee-At-Large):**   A civil narcotic addict (CNA) on outpatient (parole) status who absconds from CDCR supervision.

**RECEPTION CENTER:**  An institution designated by the director as a center for the reception of prisoners newly committed to CDCR.

**RETURN RATE:**  A return rate is a measure of annualized returns per the average daily parole and parolee-at-large (PAL) population.  Rates are computed using annualized returns and average daily populations to facilitate comparison between time periods of different lengths and to maintain consistency and stability despite variability in the population.

> *Example:*
> Suppose the number of parole violators returned to custody in a quarter ending was 15,000 and the average daily parole and PAL population for that quarter was 120,000.  In this case, the return rate would be 50.0.
> 15,000 x 4 = 60,000 (annualized returns for the quarter)
> 60,000 ÷ 120,000 = .50 x 100 = 50.0

**SAFEKEEPER:**  County prisoners housed in state prison during sentencing when the county facility does not have adequate facilities to provide for the prisoner.

**SHU:**  Security Housing Unit.

**S/V:**  Serious, as defined in Penal Code (PC) 1192.7(c) and 1192.8, and Violent as defined in PC 667.5(c).

**SUSPENSION:**  The interruption of a parole period, usually by absconding.  Time on suspension is not credited to the period of parole.