| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>SARA NORMAN, Bar No. 189536<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>ERNEST GALVAN, Bar No. 196065<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | No. C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br>[PROPOSED] ORDER REQUIRING DEFENDANTS TO DEMONSTRATE HOW THEY WILL ACHIEVE THE REQUIRED POPULATION REDUCTION BY JUNE 2013 |

1    This matter comes before the Court on Plaintiffs' February 7, 2012, Motion for An Order Requiring Defendants to Demonstrate How They Will Achieve the Required Population Reduction By June 2013.

    Defendants have neglected to inform the Court that CDCR's Fall 2011 Population Projections estimate that the total population of the 33 adult prisons on June 30, 2013, will be 116,000 prisoners – more than 6,000 higher than the population level ordered by the Court.

    That shortfall will be far higher if, as Defendants intend, the State "reduce[s] the number of out-of state inmates." Def's June 7, 2011 Status Report at 5. Currently, there are approximately 9,400 prisoners in out-of state facilities.[1]

    Defendants have informed the Court that they will complete CDCR's Spring 2012 Population Projections in February 2012. Def's Jan. 6, 2012 Status Report at 4.

    Good cause therefore appearing, the Court now ORDERS that, in addition to the matters required by this Court's June 30, 2011 Order, Defendants shall include in their March 15, 2012, Status Report the following information:

    (1) Detailed population projections showing the projected population of the 33 adult prisons through June 27, 2013.

    (2) A description of each of the population reduction methods by which Defendants intend to achieve the court-ordered population reduction by June 27, 2013, including a description of any new population reduction measures the State will adopt (in addition to those currently being implemented), and the numerical population reductions associated with each.

    (3) An explanation of any plans to "reduce the number of out-of state inmates" (June 7, 2011 Status Report at 5), including the timing of any such proposed change.

---

[1] *See* CDCR Week Population Report as of January 25, 2012, available at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad120125.pdf (site last visited February 7, 2012)

-2-

1 | **IT IS SO ORDERED**

2 | Dated: February __, 2012

3 | _____
4 | HON. STEPHEN REINHART
5 | UNITED STATES CIRCUIT JUDGE
  | NINTH CIRCUIT COURT OF APPEALS

6 | Dated: February __, 2012

7 | _____
8 | HON. LAWRENCE K. KARLETON
  | SENIOR UNITED STATES DISTRICT JUDGE
9 | EASTERN DISTRICT OF CALIFORNIA

11 | Dated: February __, 2012

12 | _____
   | HON. THELTON E. HENDERSON
13 | SENIOR UNITED STATES DISTRICT JUDGE
   | NORTHERN DISTRICT OF CALIFORNIA