KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: USE OF FORCE REPORTS FROM CSP-CORCORAN** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

The Parties to the above-captioned case, through their counsel, stipulate as follows:

1. On March 8, 2005, the Court ordered that: "Within thirty days from the end of each month, defendants shall provide to the special master a copy of incident reports at CSP/Corcoran involving the use of force against Mental Health Services Delivery System (MHSDS) caseload inmates, as well as a copy of said institution's Institution Head Use of Force Review Form with a notation on the disposition for each incident reviewed during the preceding month." (Docket No. 1654 at 3, ¶ 7.)

///

2. Defendants and Plaintiffs have agreed that there is no longer any need for Defendants to provide these monthly reports and forms.  Also, the parties have consulted with the *Coleman* Special Master on this issue, and he approves of this stipulation.  The parties jointly request that the Court's March 8, 2005 order be amended to reflect that Defendants are no longer required to provide monthly reports and forms on use of force incidents at CSP-Corcoran.

IT IS SO STIPULATED.

Dated: February 15, 2012

KAMALA D. HARRIS
Attorney General of California

*/s/ Debbie J. Vorous*
Debbie J. Vorous
Deputy Attorney General
*Attorneys for Defendants*

Dated: February 15, 2012

*/s/ Jane Kahn*
Jane Kahn
Rosen, Bien & Galvan, LLP
*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, this Court hereby amends its March 8, 2005 order (Docket No. 1654) so that Defendants are no longer required to provide monthly reports and forms on use of force incidents at CSP-Corcoran. No further revisions are made to that order.

**IT IS SO ORDERED**.

DATED: _____, 2012

_____
Lawrence K. Karlton
United States District Judge

CF1997CS0003