KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, SBN 166884
WILLIAM H. DOWNER, SBN 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **EDMUND G. BROWN, JR., et al.,** <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **NOTICE OF FILING SEALED DOCUMENTS** |

### INTRODUCTION

On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH) to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care. The report must include a complete list of all class members currently waiting for transfer to any level of DMH hospital care. Such identifying patient information is subject to a protective order entered in this action on January 12, 2007. This Order is attached as Exhibit A.

1

1

**NOTICE**

2   Notice is hereby given under Local Rule 141(b) that Defendant Department of Mental

3   Health is filing a document in compliance with the Court's May 23, 2007, Order under seal and

4   shall file the document via email with the Court and serve copies upon the parties.

5   Dated: February 15, 2012

Respectfully submitted,

6

KAMALA D. HARRIS
Attorney General of California

7

*/s/ Debbie J. Vorous*

8

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

9

10  CF1997CS0003
31410247.doc