IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                   No. 2:90-cv-0520 LKK JFM (PC)

    vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.               ORDER

_____/

         The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of January 2012.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. The Clerk of the Court is directed to pay to

> Matthew A. Lopes, Jr., Esq.
> Special Master
> Pannone Lopes & Devereaux LLC
> 317 Iron Horse Way, Suite 301
> Providence, RI 02908

the amount of $331,219.99 in accordance with the attached statement; and

         2. A copy of this order shall be served on the financial department of this court.

DATED: February 22, 2012.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

cole12.jan

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | : | |
| Plaintiffs, | : | |
| v. | : | No. 2:90-cv-0520 LKK JFM (PC) |
| ARNOLD SCHWARZENEGGER et al., | : | |
| Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2012.

Matthew A. Lopes, Jr., Special Master
    Services    $15,026.00
    Disbursements    $ 7,053.37

    Total amount due    $22,079.37

Mohamedu F. Jones, J.D., Deputy Special Master

    Services    $34,425.00
    Disbursements    $      0.00

    Total amount due    $34,425.00

Linda E. Holden, J.D., Deputy Special Master

    Services    $35,299.00
    Disbursement    $      0.00

    Total amount due    $35,299.00

| | | | |
|---|---|---|---|
| 1 | Kerry F. Walsh, J.D. | | |
| |     Services | $37,647.00 | |
| 2 |     Disbursements | $      0.00 | |
| 3 |     Total amount due | | $37,647.00 |
| 4 | Kristina M. Hector, J.D. | | |
| |     Services | $33,511.00 | |
| 5 |     Disbursements | $      0.00 | |
| 6 |     Total amount due | | $33,511.00 |
| 7 | Steven W. Raffa, J.D. | | |
| |     Services | $34,448.00 | |
| 8 |     Disbursements | $      0.00 | |
| 9 |     Total amount due | | $34,448.00 |
| 10 | Paul Nicoll, M.P.A. | | |
| |     Services | $ 3,600.00 | |
| 11 |     Disbursements | $    413.80 | |
| 12 |     Total amount due | | $ 4,013.80 |
| 13 | Kerry C. Hughes, M.D. | | |
| |     Services | $21,414.00 | |
| 14 |     Disbursements | $    851.54 | |
| 15 |     Total amount due | | $22,265.54 |
| 16 | Jeffrey L. Metzner, M.D. | | |
| |     Services | $19,218.00 | |
| 17 |     Disbursements | $ 1,959.01 | |
| 18 |     Total amount due | | $21,177.01 |
| 19 | Raymond F. Patterson, M.D. | | |
| |     Services | $11,095.00 | |
| 20 |     Disbursements | $     83.50 | |
| 21 |     Total amount due | | $11,178.50 |
| 22 | Ted Ruggles, Ph.D. | | |
| |     Services | $19,078.00 | |
| 23 |     Disbursements | $ 1,858.27 | |
| 24 |     Total amount due | | $20,936.27 |
| 25 | | | |
| 26 | | | |

1  Kathryn A. Burns, MD, MPH
             Services              $  5,012.00
2            Disbursements         $     542.73

3            Total amount due                        $  5,554.73

4
   Mary Perrien, Ph.D.
5            Services              $14,830.00
             Disbursements         $  1,159.12
6
             Total amount due                        $15,989.12
7
   Patricia M. Williams, J.D.
8            Services              $16,040.00
             Disbursements         $  1,537.60
9
             Total amount due                        $17,577.60
10
   Henry A. Dlugacz, MSW, J.D.
11           Services              $  5,994.00
             Disbursements         $     604.05
12
             Total amount due                        $  6,598.05
13
   I.C. Haunani Henry
14           Services              $  8,520.00
             Disbursements         $       0.00
15
             Total amount due                        $  8,520.00
16

17 TOTAL AMOUNT TO BE REIMBURSED                     $331,219.99

18 Receipts for justification of reported expenditures are available upon request.

19
   Respectfully submitted,
20
   /s/
21
   Matthew A. Lopes, Jr.
22 Special Master

23

24

25

26

4