| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>DANIELLE F. O'BANNON, State Bar No. 207095<br>KYLE A. LEWIS, State Bar No. 201041<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>Deputy Attorneys General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-3035<br> Fax:  (415) 703-5843<br> E-mail:  Patrick.McKinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>RENJU P. JACOB, State Bar No. 242388<br> 425 Market Street, 26th Floor<br> San Francisco, California 94105<br> Telephone:   (415) 777-3200<br> Fax:  (415) 541-9366<br> E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　　　　Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' MARCH 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

Defendants submit this monthly status report on the state prison population. Exhibit A sets forth the current design capacity, population, and population as a percentage of design capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of March 7, 2012, 126,111 inmates were housed in the state's adult institutions, which amounts to 158.3% of design capacity.[2] This is 18,077 fewer inmates than were housed in California's prisons as recently as October 1, 2011, when California's historic public safety realignment was implemented under Assembly Bill 109. (*See* Defendants' October 14, 2011 report, Dkt. No. 4099-1.)

Defendants project that the in-state prison population will be reduced to 155% of design capacity prior to the June 27, 2012 benchmark. (*See* Decl. of Ross Meier., ¶ 3.) Because the current population and projections indicate that Defendants will achieve the next benchmark prior to the date set by the Court, there is no need at this time to undertake additional crowding-reduction measures to achieve compliance. (*See id*.)

Dated: March 15, 2012            HANSON BRIDGETT LLP

                                 By: */s/ Paul B. Mello*
                                     PAUL B. MELLO
                                     *Attorneys for Defendants*

Dated: March 15, 2012            KAMALA D. HARRIS
                                 Attorney General of California

                                 By: */s/ Patrick R. McKinney*
                                     PATRICK R. MCKINNEY
                                     Deputy Attorney General
                                     *Attorneys for Defendants*

CF1997CS0003
10860540.docx

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's March 12, 2012 weekly population report, available on CDCR's web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.

2

Defendants' March 2012 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH