| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>DANIELLE F. O'BANNON, State Bar No. 207095<br>KYLE A. LEWIS, State Bar No. 201041<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone: (415) 703-3035<br>  Fax: (415) 703-5843<br>  E-mail: Patrick.McKinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>RENJU P. JACOB, State Bar No. 242388<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: (415) 777-3200<br>  Fax: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>                           Plaintiffs,<br>v.<br>EDMUND G. BROWN JR., et al.,<br>                           Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>                           Plaintiffs,<br>v.<br>EDMUND G. BROWN JR., et al.,<br>                           Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' MARCH 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

I, ROSS MEIER, declare as follows:

1. I am the Chief of the Population Management Unit of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR). I have been employed in this position since March 2010 and have been with the Population Management Unit since 2003. I have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' March 2012 Status Report to the Court's June 30, 2011 order.

2. As part of my duties, I manage the day-to-day intake of offenders from county jails, and the movement and housing of inmates throughout the state prison system. On October 1, 2011, the state implemented public safety realignment under Assembly Bill 109. CDCR's most recent weekly report of population, which includes data through March 7, 2012, reflects that as of that date, the actual population for in-state adult institutions was 126,111 inmates, or 158.3% of design capacity.

3. Defendants currently project that the in-state population will be reduced to 155% of design capacity prior to the June 27, 2012 benchmark. Because Defendants' best projections show that the population will be reduced to 155% of design bed capacity prior to the June 2012 benchmark, there appears to be no need to implement additional measures or to ask the Court to extend the benchmark dates at this time.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Sacramento, California on March 14, 2012.

_____
Ross Meier

CF1997CS0003
10860544.docx

2

Declaration of Ross Meier in Support of Defendants' March 2012 Status Report
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH