KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**UPDATE TO COURT RE: MENTAL HEALTH BED PLAN** |

On January 11, 2012, Defendants informed the Court that they were reevaluating their existing mental health bed plan due to the significant population decreases that are occurring under realignment. (Docket No. 4144 at 4:5–6.) Defendants stated that they would reevaluate the bed plan transparently and in collaboration with the Special Master and Plaintiffs' counsel. (*Id.* at 4:6–9.) Defendants expected to move to modify their existing bed plan within the next sixty days to reflect the updated demand for mental health care beds. (*Id.* at 4:9–10.)

/ / /

Circumstances have arisen that have made clear that more planning time is needed than the sixty days Defendants originally contemplated. On January 17, 2012, Judge Henderson in *Plata v. Brown* ordered the state to meet and confer with the Plaintiffs and the Receiver on post-receivership planning, including construction issues, and to file a joint report on their efforts by April 30, 2012. (Docket No. 2417, case no. 3:01-cv-01351-TEH.) As a result, the parties met with the participants in the four-court coordination group on January 19th to discuss Judge Henderson's order in connection with Defendants' bed planning efforts in *Coleman*. It was agreed that Defendants should focus their planning efforts on developing a "master" bed plan that, among other things, contemplates Judge Henderson's January order, as well as the needs of a changing inmate population and the *Coleman, Plata,* and *Armstrong* classes. As the receivership discussions occur in *Plata*, Defendants are working to develop bed plans that take into account the plaintiffs' needs in these three class actions, in light of the changing inmate population.

Defendants' bed planning is also now taking into consideration a new inmate classification study.[1] This study found that certain inmates can safely be moved into lower housing levels. Defendants are determining the study's likely impact on the availability of future housing and program space for the plaintiff classes.

/ / /

/ / /

/ / /

---

[1] *See* http://www.cdcr.ca.gov/Reports/index.html

Defendants are committed to working collaboratively with the Special Master and Plaintiffs' counsel to develop a bed plan that contemplates the needs of a changing inmate population in a timely manner. Defendants will move to modify their existing mental health bed plan as soon as reasonably possible.

| | |
|---|---|
| Dated: March 19, 2012 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| | */s/ Debbie J. Vorous* |
| | DEBBIE J. VOROUS<br>Deputy Attorney General<br>Attorneys for Defendants |

CF1997CS0003
31426067.docx