1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, California 94104-1823
4  Telephone: (415) 433-6830

5  CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY –
6  EMPLOYMENT LAW CENTER
   600 Harrison Street, Suite 120
7  San Francisco, California 94107-1389
   Telephone: (415) 864-8848

   DONALD SPECTER – 083925
   STEVEN FAMA – 099641
   PRISON LAW OFFICE
   1917 Fifth Street
   Berkeley, California 94710-1916
   Telephone: (510) 280-2621

   WARREN E. GEORGE – 053588
   BINGHAM McCUTCHEN LLP
   Three Embarcadero Center
   San Francisco, California 94111-4067
   Telephone: (415) 393-2000

8

9  Attorneys for Plaintiffs

10

11               UNITED STATES DISTRICT COURT

12               EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,                    Case No. Civ S 90-0520 LKK_JFM

15          Plaintiffs,                       **STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2011**

16      v.

17  EDMUND G. BROWN, JR., et al.,

18          Defendants.

---

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2011

1  On March 19, 1996, the district court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's orders and collecting fees.

Pursuant to these procedures, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2011 to Defendants via overnight Federal Express on January 31, 2012. Plaintiffs received Defendants' objections on March 5, 2012. The parties completed their meet and confer process on March 14, 2012. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the fourth quarter of 2011, which total $362,087.11.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $362,087.11 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 2, 2012 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: March 27, 2012

William Downer
Deputy Attorney General
Attorneys for Defendants

DATED: March 21, 2012

/s/ Lisa Ells
Lisa Ells
ROSEN, BIEN & GALVAN, LLP
Attorneys for Plaintiffs

# EXHIBIT A

Coleman v. Brown
Summary of Stipulated Fees and Costs
October 1, 2011 through December 31, 2011

|                                             | **FEES**     | **COSTS**   |
|---------------------------------------------|--------------|-------------|
| Monitoring                                  | $301,956.75  | $14,678.97  |
| Monitoring Fees on Fees                     | $13,964.80   | $365.57     |
| Three-Judge and Supreme Court Fees on Fees  | $30,415.82   | $705.20     |
| **Total:**                                  | $346,337.37  | $15,749.74  |

**$362,087.11**

613321

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Undisputed Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Michael W. Bien | 132.40 | 132.20 | 132.20 | $211.50 | $27,960.30 | $0.00 |
| Ernest Galvan | 78.80 | 78.50 | 78.50 | $211.50 | $16,602.75 | $0.00 |
| Jane E. Kahn | 214.30 | 213.40 | 213.40 | $211.50 | $45,134.10 | $0.00 |
| Aaron J. Fischer | 77.60 | 74.20 | 74.20 | $211.50 | $15,693.30 | $0.00 |
| Blake Thompson | 18.40 | 18.40 | 18.40 | $211.50 | $3,891.60 | $0.00 |
| Lisa Ells | 113.30 | 111.80 | 111.80 | $211.50 | $23,645.70 | $0.00 |
| Laura Boysen-Aragon | 111.70 | 90.10 | 90.10 | $211.50 | $19,056.15 | $0.00 |
| Kevin E. Jones | 14.10 | 7.90 | 7.90 | $211.50 | $1,670.85 | $0.00 |
| Josephine Weinberg | 112.40 | 108.60 | 108.60 | $211.50 | $22,968.90 | $0.00 |
| Elizabeth S. Hennessey | 53.90 | 51.40 | 51.40 | $205.00 | $10,537.00 | $0.00 |
| Marc Shinn-Krantz | 310.50 | 286.70 | 286.70 | $205.00 | $58,773.50 | $0.00 |
| Abigail Haney | 63.20 | 50.60 | 50.60 | $210.00 | $10,626.00 | $0.00 |
| Doris Tseng | 203.00 | 192.60 | 125.93 | $205.00 | $25,815.65 | $0.00 |
| **Total** | **1503.60** | **1416.40** | **1349.73** | | **$282,375.80** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Donald Specter | 1.10 | 1.10 | 1.10 | $211.50 | $232.65 | $0.00 |
| Steve Fama | 61.70 | 61.70 | 61.70 | $211.50 | $13,049.55 | $0.00 |
| Kelly Knapp | 0.30 | 0.30 | 0.30 | $211.50 | $63.45 | $0.00 |
| Megan Hagler | 0.10 | 0.10 | 0.10 | $211.50 | $21.15 | $0.00 |
| Simon Woodard | 11.20 | 11.20 | 11.20 | $185.00 | $2,072.00 | $0.00 |
| Lauren Kelleher | 0.40 | 0.40 | 0.40 | $185.00 | $74.00 | $0.00 |
| Vincent Quan | 1.30 | 1.30 | 1.30 | $185.00 | $240.50 | $0.00 |
| Riley Doyle Evans | 25.30 | 25.30 | 20.69 | $185.00 | $3,827.65 | $0.00 |
| **Total** | **101.40** | **101.40** | **96.79** | | **$19,580.95** | |
| **Grand Total** | **1605.00** | **1517.80** | **1446.52** | | **$301,956.75** | |

613321

Coleman v. Brown
Stipulated Monitoring Costs 489-3
October 1, 2011 through December 31, 2011

**Rosen, Bien & Galvan**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---:|---:|---:|---:|
| Computer Legal Research | $157.84 | $157.84 | $157.84 | $0.00 |
| In-House Copying | $2,777.80 | $2,777.80 | $2,777.80 | $0.00 |
| Outside Copying | $3,974.50 | $3,974.50 | $3,974.50 | $0.00 |
| L-D Telephone | $19.35 | $19.35 | $19.35 | $0.00 |
| Postage and Delivery | $1,262.95 | $1,262.95 | $1,262.95 | $0.00 |
| Facsimile | $13.00 | $13.00 | $13.00 | $0.00 |
| Translation | $300.00 | $300.00 | $300.00 | $0.00 |
| Transcription | $164.45 | $164.45 | $164.45 | $0.00 |
| Travel | $5,344.78 | $5,344.78 | $5,344.78 | $0.00 |
| **Total** | | | **$14,014.67** | |

**Prison Law Office**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---:|---:|---:|---:|
| Postage and Delivery | $295.30 | $295.30 | $295.30 | $0.00 |
| Travel | $108.80 | $108.80 | $108.80 | $0.00 |
| In-House Copying | $260.20 | $260.20 | $260.20 | $0.00 |
| **Total** | | | **$664.30** | |

**Grand Total** $14,678.97

613321

Coleman v. Brown
Stipulated Monitoring Fees on Fees 489-5
October 1, 2011 through December 31, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Ernest Galvan | 0.50 | 0.50 | 0.50 | $211.50 | $105.75 | $0.00 |
| Lisa Ells | 23.30 | 23.30 | 23.30 | $211.50 | $4,927.95 | $0.00 |
| Kevin E. Jones | 45.90 | 41.40 | 41.40 | $211.50 | $8,756.10 | $0.00 |
| **Total** | **69.70** | **65.20** | **65.20** | | **$13,789.80** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Edie DeGraff | 1.00 | 1.00 | 1.00 | $175.00 | $175.00 | $0.00 |
| **Total** | **1.00** | **1.00** | **1.00** | | **$175.00** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Grand Total** | **70.70** | **66.20** | **66.20** | | **$13,964.80** | |

613321

Coleman v. Brown
Stipulated Costs on Fees 489-5
October 1, 2011 through December 31, 2011

**Rosen, Bien & Galvan**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---|---|---|---|
| Computer Legal Research | $15.34 | $15.34 | $15.34 | $0.00 |
| Outside Copying | $292.65 | $292.65 | $292.65 | $0.00 |
| In-House Copying | $35.80 | $35.80 | $35.80 | $0.00 |
| Telephone | $1.55 | $1.55 | $1.55 | $0.00 |
| Postage and Delivery | $20.23 | $20.23 | $20.23 | $0.00 |
| **Total** | | | $365.57 | |

**Grand Total**     $365.57

613321

Coleman v. Brown
Stipulated Three-Judge and Supreme Court Fees on Fees  489-12
October 1, 2011 through December 31, 2011

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Michael W. Bien | 25.10 | 24.60 | 24.60 | $211.50 | $5,202.90 | $0.00 |
| Ernest Galvan | 49.60 | 49.60 | 49.60 | $211.50 | $10,490.40 | $0.00 |
| Aaron J. Fischer | 39.40 | 39.40 | 39.40 | $211.50 | $8,333.10 | $0.00 |
| Lisa Ells | 25.10 | 25.10 | 25.10 | $211.50 | $5,308.65 | $0.00 |
| Kevin E. Jones | 29.30 | 26.60 | 5.11 | $211.50 | $1,080.77 | $0.00 |
| **Total** | **168.50** | **165.30** | **143.81** | | **$30,415.82** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Grand Total** | **168.50** | **165.30** | **143.81** | | **$30,415.82** | |

613321

Coleman v. Brown
Stipulated Three-Judge and Supreme Court Costs on Fees  489-12
October 1, 2011 through December 31, 2011

**Rosen, Bien & Galvan**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---:|---:|---:|---:|
| Computer Legal Research | $263.28 | $263.28 | $263.28 | $0.00 |
| Toll Telephone Charges | $1.85 | $1.85 | $1.85 | $0.00 |
| Postage | $208.67 | $208.67 | $208.67 | $0.00 |
| In-House Copying | $231.40 | $231.40 | $231.40 | $0.00 |
| **Total** | | | **$705.20** | |

**Grand Total** $705.20

613321