1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, California 94104-1823
4  Telephone: (415) 433-6830

   DONALD SPECTER – 083925
   STEVEN FAMA – 099641
   PRISON LAW OFFICE
   1917 Fifth Street
   Berkeley, California 94710-1916
   Telephone: (510) 280-2621

5  CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY –
6  EMPLOYMENT LAW CENTER
   600 Harrison Street, Suite 120
7  San Francisco, California 94107-1389
   Telephone: (415) 864-8848

   WARREN E. GEORGE – 053588
   BINGHAM McCUTCHEN LLP
   Three Embarcadero Center
   San Francisco, California 94111-4067
   Telephone: (415) 393-2000

8
9  Attorneys for Plaintiffs

10

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,                  Case No. Civ S 90-0520 LKK_JFM

15         Plaintiffs,                      **[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2011**

16      v.

17  EDMUND G. BROWN, JR., et al.,

18         Defendants.

[614674-1]

1   On March 27, 2012, the parties in this case filed a stipulation confirming the results
2 of their meet and confer session concerning fees and costs for the fourth quarter of 2011,
3 pursuant to the March 19, 1996 periodic fees order in this case.
4   Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and
5 costs of $362,087.11, plus interest, are due and collectable forty-five days from the date of
6 entry of this Order.  Interest on this amount will run from March 2, 2012, accruing at the
7 rate provided by 28 U.S.C. § 1961.

9   IT IS SO ORDERED
10 DATED: _____, 2012

John F. Moulds
United States Magistrate Judge

[614674-1]

1
[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2011