KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF LUCINDA McGILL IN SUPPORT OF DEFENDANTS' SECOND STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Lucinda McGill, declare:

1.    I am a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program within the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Second Status Report on Plans to Address Access to Inpatient Care.

2.    I began working for CDCR in 1997 and in the CDCR Mental Health Utilization Management Program in May 2008. The mission of Mental Health Utilization Management is

1

1  twofold:  (1) to ensure timely access to care and continuity and quality of care for patients in

2  mental and medical health care services; and (2) to implement a standardized utilization

3  management that will facilitate coordinated, state-wide, evidence-based quality care.

4      3.    As a Nurse Consultant III Supervisor with the Mental Health Utilization Management

5  Program, I am also familiar with the status of CDCR's referral review process.  In 2011, the

6  special master team recommended that CDCR's Interdisciplinary Treatment Teams (IDTTs)

7  consider 44 inmate-patients for referral to DMH inpatient care.  From the 44 cases, the IDTTs

8  referred twenty-one inmate-patients to DMH inpatient care.  As of March 14, 2012, nineteen of

9  the twenty-one inmate-patients referred had been admitted to inpatient care, one paroled, and one

10  previously referred to APP care had that referral rescinded and is now pending Intermediate Care

11  Facility admission.

12      4.    CDCR continues to improve the Mental Health Tracking System (MHTS.net) by

13  providing training on data entry procedures and documentation issues, and has worked with the

14  special master's team to revise the 7388-B screening form for referrals to higher levels of care

15  and the associated audit tool.  The new 7388-B form and audit tool were rolled out to the

16  institutions the week of March 5, 2012.  Training on the new 7388-B form occurred during the

17  week of March 5, 2012.  Several *Coleman* court monitors observed that training.

18      5.    Beginning in early 2012, clinical institutional and headquarters staff were involved in

19  the review of considerations for higher levels of care.  Specifically, CDCR continued to use

20  available tracking systems to record and monitor referrals to DMH.  In addition, the institutions

21  continued to create nonreferral logs and forwarded them to headquarters for review.  Also, the

22  institutions continued to complete monthly audits using the 7388-B referral review process,

23  summarizing the results in the monthly Mental Health Subcommittee minutes.  Last, the

24  institutions completed agreement audits for January data on March 15, 2012.  These audits

25  reconcile MHTS.net records with the documentation contacts (completed appointments)

26  maintained in the Unit Health Record.

27  / / /

28  / / /

2

6.      The sustainable process is also reviewed quarterly, during which the three Regional Directors of Mental Health conduct quarterly on-site visits to the EOP programs at institutions in their regions.  The institutions selected to participate in the first quarter review of 2012 were: California State Prison, Los Angeles County (LAC); California State Prison, Sacramento (SAC); California Men's Colony (CMC); and Salinas Valley State Prison (SVSP).  The Regional Directors conducted their first quarter on-site visits on the following dates:  LAC – February 21-22; SAC – February 22-23; CMC – February 22-23; and SVSP – February 28-29.  The *Coleman* experts observed the Regional Directors' on-site visits.

7.      During the LAC on-site visit, Regional Director Norris reviewed ten inmate-patients who prison staff identified as functioning sub-optimally.  Of the ten inmate-patients identified, Director Norris referred five inmate-patients to IDTT for consideration of DMH care; one inmate-patient to a Mental Health Crisis Bed; and one inmate-patient to IDTT to reassess his treatment plan.

8.      During the SAC on-site visit, Regional Director Clavere reviewed thirty inmate-patients who prison staff identified as functioning sub-optimally.  Of these thirty inmate-patients, Director Clavere referred two inmate patients to IDTT for consideration of DMH care.

9.      During the CMC on-site visit, Regional Director Araminta reviewed thirty-two inmate-patients who prison staff identified as functioning sub-optimally.  Of these thirty-two inmate-patients, Director Araminta referred one inmate-patient to IDTT for consideration of DMH care and ten inmate-patients to Mental Health for non-urgent assessment, care, or follow-up evaluations.

10.      During the SVSP on-site visit, Regional Director Araminta reviewed thirty inmate-patients who prison staff identified as functioning sub-optimally.  Of these thirty inmate-patients Director Araminta referred two inmate-patients to IDTT for consideration of DMH care; two inmate-patients to IDTT for treatment plan clarification; and seven inmate-patients to mental health staff for non-urgent assessment, care, or follow-up evaluations.

11.      The sustainable process is also reviewed annually at headquarters.  To obtain a sample for review, CDCR headquarters generates lists of inmate-patients who meet objective or

3

1    subjective criteria that prompt clinical consideration of a change in their level of care.  The

2    subjective criteria are listed in the 7388-B form as items 1-3 in part II, section A of the form.  The

3    objective criteria are listed in the 7388-B form as items 4-7 in part II, section A of the form.  A

4    true and correct copy of the 7388-B form is attached to this declaration as Exhibit 1.

5         12.    Between January 30, and February 3, 2012, CDCR headquarters completed its

6    sampling of data for the first quarter EOP institutions (LAC, SAC, CMC, SVSP) and non-EOP

7    institutions (Avenal State Prison (ASP); North Kern State Prison (NKSP); Pleasant Valley State

8    Prison (PVSP); and Wasco State Prison (WSP), generated a spreadsheet for each institution or the

9    sample data, and sent it to the institutions for their review on February 9, 2012.  Between

10   February 13, and 16, 2012, a senior psychologist at headquarters reviewed the sampled completed

11   7388-B forms and recorded his evaluation on a spreadsheet for the eight institutions.  A *Coleman*

12   Deputy Special Master, two court experts, three Regional Directors, and other headquarters staff

13   participated in the review process.

14        13.    All eight institutions reviewed as a part of the first quarter process exceeded the 15%

15   benchmark for "unacceptable" documentation on their 7388-B forms.  Consequently, they will be

16   included in the second quarter review.  As anticipated, insufficient documentation was the most

17   common reason for concluding that a 7388-B form was unacceptable.  This result was expected

18   given the novelty of the review process during the first quarter of 2012.

19        14.    After completing the headquarters-level review, CDCR headquarters returned the

20   spreadsheets to the institutions with the headquarters' review results and conducted follow-up

21   training.  On March 2, 2012, all eight institutions reported their follow-up actions and outcomes

22   for the inmate-patients who were the subjects of 7388-B level of care decisions that were deemed

23   "unacceptable" during the first quarter review.  Also, headquarters has begun its review of data

24   for the second quarter review process that is scheduled to begin in April 2012.

25        I declare that the foregoing is true and correct.  Executed this 30th day of March, 2012, at

26   Sacramento, California.

27

28                                              _____
                                                 LUCINDA McGILL

4

# EXHIBIT 1

State of California
Department of Corrections and Rehabilitation
**INTERDISCIPLINARY TREATMENT TEAM - LEVEL OF CARE DECISION**
CDCR MH-7388-B (Rev. April/12)

| PART I: IDTT INFORMATION |
|---|

| CDCR Institution: | Current Housing: | Date of IDTT: |
|---|---|---|

| Type of IDTT: | If other, enter reason for IDTT: | Level of Care before IDTT: |
|---|---|---|

| Level of care after IDTT: | Inmate referred to ICF/Acute level of care?  ☐ Yes   ☐ No | If yes, level referred to: |
|---|---|---|

| Date of ICF/Acute LOC Referral: | If referred to DMH, is the inmate-patient clinically suitable for dormitory housing?   ☐ Yes   ☐ No |
|---|---|

| PART II: LEVEL OF CARE CONSIDERATION |
|---|

| SECTION A: Complete for all levels of care. |
|---|

1. As a result of a major mental disorder, the inmate-patient is unable to adequately function at the current level of care.  ☐ Yes  ☐ No

2. The inmate-patient requires highly structured inpatient psychiatric care with 24-hour nursing supervision due to a major mental disorder; serious to major impairment of functioning in most life areas; ritualistic or repetitive self-injurious/suicidal behavior; or refractory psychiatric symptoms.  ☐ Yes  ☐ No

3. The inmate-patient demonstrates chronic psychiatric symptoms (e.g., disturbed emotions, perceptions, thought processes, and/or impaired cognitions) that have not responded sufficiently to at least 6 months of treatment to a degree that facilitates adequate levels of functioning.  ☐ Yes  ☐ No

4. The inmate-patient is currently in a MHCB and has been in a MHCB for at least 10 days.  ☐ Yes  ☐ No

5. The inmate-patient has had 3 or more MHCB placement requests initiated during the last 6 months (includes all MHCB placement requests regardless of where the inmate-patient was housed when the request was initiated, e.g., OHU, alternative housing or overflow beds).  ☐ Yes  ☐ No

6. The inmate-patient has had 3 or more CDCR 115-MH evaluations completed during the last 3 months.  ☐ Yes  ☐ No

*Reason for Non-Referral to a Higher Level of Care:*

1-6 A. If "Yes" was selected for any of the 1-6 considerations AND a referral to a higher level of care is NOT made, explain why the referral was NOT made.


1-6 B. If "Yes" was selected for any of the 1-6 considerations AND a referral to a higher level of care is NOT made OR if the inmate-patient was referred to a DMH program and is on the DMH waitlist, summarize the specific treatment modifications that are documented in the treatment plan to improve the inmate-patient's ability to function.


| **Interdisciplinary Treatment Team**<br>**Level of Care Decision**<br>**CDCR MH-7388-B (Rev. April/12)**<br><br>.Confidential Inmate-Patient Information | Last Name:<br><br>First Name:                         MI:<br><br>CDCR #<br><br>DOB |
|---|---|

State of California                                                                    Department of Corrections and Rehabilitation
**INTERDISCIPLINARY TREATMENT TEAM - LEVEL OF CARE DECISION**
CDCR MH-7388-B (Rev. April/12)

| SECTION B: Complete only if the current level of care is EOP or MHCB. |
|---|

| 7. On average and in the last three months, has the inmate-patient participated in less than the minimum number of structured treatment hours per week (minimums per week are 5 hours for EOP inmate-patients, 2.5 hours for RC-EOP inmate-patients, and 50% of scheduled hours for inmate-patients on modified treatment plans)? | ☐ Yes   ☐ No<br>☐ NA |
|---|---|

**7-A.** If "Yes" was selected for consideration 7 AND a referral to a higher level of care is NOT made, explain why the referral was NOT made.




**7-B.** If "Yes" was selected for consideration 7 AND a referral to a higher level of care is NOT made OR if the inmate-patient has been referred to a DMH program and is on the DMH waitlist, summarize the specific treatment modifications that are documented in the treatment plan to improve the inmate-patient's ability to function.




| PART III: SIGNATURES |
|---|

| Treatment Team Members | Name (Print) | Signature |
|---|---|---|
| Primary Clinician | | |
| Psychiatrist | | |
| Correctional Counselor | | |
| Other: | | |
| Other: | | |
| Other: | | |

| Inmate-patient attended IDTT: | ☐ Yes   ☐ No | If no, enter reason for not attending. |
|---|---|---|

| **Interdisciplinary Treatment Team**<br>**Level of Care Decision**<br>**CDCR MH-7388-B (Rev. April/12)**<br><br>Confidential Inmate-Patient Information | Last Name:<br><br>First Name:            MI:<br><br>CDCR #<br><br>DOB |
|---|---|

Interdisciplinary Treatment Team - Level of Care Decision, CDCR MH-7388-B (Rev. April/12)                    Page 2 of 2

State of California                                                      Department of Corrections and Rehabilitation
INTERDISCIPLINARY TREATMENT TEAM – LEVEL OF CARE DECISION
CDCR MH-7388-B (April/12)

**Instructions**

I. **General:**
The CDCR MH-7388-B, Interdisciplinary Treatment Team – Level of Care Decision, is a component of the CDCR MH-7388, Mental Health Treatment Plan.
The 7388-B is:
- Used to guide the IDTT in determining an inmate-patient's level of care based on an assessment of the inmate-patient's behaviors and symptoms, and the potential benefit to the inmate-patient of a different level of care.
- Completed electronically.
- Completed at a frequency consistent with the Mental Health Services Delivery System (MHSDS) Program Guide (2009 Revision) requirements.
- Discussed during the IDTT process.

II. **Form Completion:**
Check all boxes that apply by entering a "Yes," "No" or "NA" response; and, as indicated, an explanation.
Enter the inmate-patient's demographics in the bottom right hand corner of the form.

III. **References:**
Mental Health Services Delivery System Program Guide (2009 Revision).

IV. **PART I: IDTT INFORMATION:**
- Enter the CDCR Institution.
- Enter the inmate-patient's current housing.
- Enter the date and type of IDTT (initial, weekly, etc.). If "Other" is selected, enter the reason for the "Other" IDTT.
- Enter the inmate-patient's level of care before and after the IDTT.
- Enter "Yes" or "No" if the inmate-patient was referred to an Intermediate Care Facility (ICF) or Acute level of care.
- If "Yes," enter the level referred to (ICF or Acute).
- If referred to ICF or Acute, enter the date of the referral. This date should always be the initial referral date for the current open referral.
- If the inmate-patient is referred to the Department of Mental Health (DMH), state whether the inmate-patient is clinically suitable for dormitory housing. Enter "Yes" or "No".
  Indications for stating that the inmate-patient is not clinically suitable for dormitory housing may include, but are not limited to:
  ➢ Tendency toward violence as a perpetrator.
  ➢ Inability to advocate for self resulting in victimization.
  ➢ Severe mental health symptoms (e.g., delusions, hallucinations) that grossly interfere with social functioning.
  ➢ Cannot function amongst other inmates without undue distress.
  ➢ Cannot cope with strong affect without resorting to aggression either toward self or others.
  If dormitory housing is not clinically indicated, provide the rationale for this decision. Document the rationale on the CDCR MH-7388 or on a progress note.

V. **PART II: LEVEL OF CARE CONSIDERATIONS**
Complete Sections A and B
**SECTION A: Complete for all levels of care.**
Select "Yes" or "No" for considerations 1-6.

**Reason for Non-Referral to a Higher Level of Care:**
1-6 A.    If "Yes" was selected for any of the 1-6 considerations AND a referral to a higher level of care is NOT made, explain why the referral was NOT made.
- For consideration 1, the operational definition of "...*unable to adequately function*..." may be but is not limited to:
  ➢ The severity of the inmate-patient's symptoms and/or level of functioning suggest that the current level of care is insufficient to meet the inmate-patient's treatment needs.
  ➢ The inmate-patient is unable to attend or meaningfully participate in structured activities at the current level of care.
- For consideration 5, the terms, "The inmate-patient has had 3 or more MHCB placement requests initiated during the last 6 months," mean:
  ➢ A clinical determination has been made that the inmate-patient needs to be referred to a MHCB.
  ➢ Includes all MHCB placement requests regardless of where the IM was housed when the request was initiated, e.g., OHU, alternative housing or overflow beds.

State of California                                                                                                Department of Corrections and Rehabilitation
INTERDISCIPLINARY TREATMENT TEAM – LEVEL OF CARE DECISION
CDCR MH-7388-B (April/12)

## Instructions (Cont.)

Examples of reasons for non-referral may include but are not limited to:

- Existing Acute referral
- Existing ICF referral
- Inmate-patient level of care changed to a higher level of care, e.g., from CCCMS to EOP
- Initiation of Clozaril trial

- Medication change
- Modified Treatment Plan
- Recent initiation of Keyhea
- Recent return from DMH
- Recent arrival to current level of care

- Inmate-patient won Vitek Hearing
- Inmate-patient moved to a lower level of care, e.g., EOP to CCCMS or General Population
- Referred for diagnostic psychological evaluation

**Reason for Non-Referral to a Higher Level of Care:**

1-6 B. If "Yes" was selected for any of the 1- 6 considerations AND a referral to a higher level of care is NOT made OR if the inmate-patient was referred to a DMH program and is on a DMH waitlist, summarize the specific treatment modifications that are documented in the treatment plan to improve the inmate-patient's ability to function.

**SECTION B: Complete only if current level of care is EOP or MHCB.**
Select "Yes" or "No" for consideration 7.

7-A.  If "Yes" was selected for consideration 7 AND a referral to a higher level of care is NOT made, explain why the referral was NOT made. Any EOP inmate-patient, who on average and in the last 3 months, has participated in less than the minimum number of structured treatment hours per week (e.g., minimums per week are 5 hours for EOP inmate patients, 2.5 hours for RC-EOP inmate-patients, and 50% of scheduled hours for inmate-patients on modified treatment plans), will trigger a "Yes" response. For an EOP inmate-patient who is currently in a MHCB, consider the inmate-patient's participation in structured treatment hours in the last three months.

Examples of reasons for non-referral may include but are not limited to:

- Existing Acute referral
- Existing ICF referral
- Inmate-patient level of care changed to a higher level of care, e.g., from CCCMS to EOP
- Initiation of Clozaril trial

- Medication change
- Modified Treatment Plan
- Recent initiation of Keyhea
- Recent return from DMH
- Recent arrival to current level of care

- Inmate-patient won Vitek Hearing
- Inmate-patient moved to a lower level of care, e.g., EOP to CCCMS or General Population
- Referred for diagnostic psychological evaluation

7-B.  If "Yes" was selected for consideration 7 AND a referral to a higher level of care is NOT made OR if the inmate-patient has been referred to a DMH program and is on the DMH waitlist, summarize the specific treatment modifications that are documented in the treatment plan to improve the inmate-patient's ability to function.

## VI.  PART III: SIGNATURES:

- Signatures are required.
- The Primary Clinician will print, sign, and date the 7388B prior to submitting for scanning and filing into the eUHR.
- If a paper copy of the 7388-B is not available at the time of the IDTT, type all treatment team member's names on the space provided.  In the "signatures" section, type a comment referring to other treatment plan forms for signature (i.e.  *See MH-7388 dated xx/xx/xx for original signatures*).
- If a clinician is participating in the IDTT by telemedicine/psychiatry, type in the name and title of the clinician and note "tele-psychiatry".

Indicate whether the inmate-patient attended the IDTT and, if not, select the reason for non-attendance.

## VII: Distribution:  File in the CDCR eUHR Mental Health Treatment Plan section.

## VIII: Reports for objective consideration numbers 5-7.

- Consideration 5
  Use the MHTS.net report that is in the On Demand Folder: DMH Indicators.
  Use the column labeled "# of MHCB Requests/Admits in prior 180 days".
- Consideration 6:  CDCR 115-MH Evaluation.
  Use the same report as above.
  Use the column labeled "# of 115 MH Evals in prior 90 days".
- Consideration 7:  Program Participation:
Use the On Demand report: Weekly Treatment Hours Summary (High Refuser) report.