KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF THIEN NGUYEN IN SUPPORT OF DEFENDANTS' SECOND STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Thien Nguyen, declare:

1. I am senior staff counsel for the Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Second Status Report on Plans to Address Access to Inpatient Care.

2. As senior staff counsel for DMH, I am familiar with the DMH programs that serve California Department of Corrections and Rehabilitation (CDCR) male inmate-patients admitted

1

to Atascadero State Hospital, the Vacaville Psychiatric Program at the California Medical Facility, and the Salinas Valley Psychiatric Program at Salinas Valley State Prison.

3. Using modified Intermediate Care Facility (ICF) custody criteria, CDCR's Health Care Placement Oversight Program and DMH have reviewed and reconsidered all forty-four inmate-patients for placement into Atascadero State Hospital or the Vacaville Psychiatric Program dorms from Salinas Valley. As of March 14, 2012, the only patient whose review was pending was admitted to the DMH program at Salinas Valley.

4. DMH has continued to reduce the current number of inmate-patients housed at Salinas Valley and Vacaville by transferring eligible inmate-patients to Atascadero. The one eligible inmate-patient who had not been transferred to Atascadero as of Defendants' last report remained pending because of a Keyhea hearing. Since then, that inmate-patient was transferred to Atascadero.

5. As of March 14, 2012, there were thirty-one inmate-patients who had been referred to Salinas Valley, accepted by DMH, and pending admission. Of these thirty-one inmate-patients, five had been waiting for more than thirty days. As of March 28, 2012, forty-eight inmate-patients are awaiting ICF care at Salinas Valley, of which two have been waiting for more than thirty days.

6. On March 14, 2012, DMH reported that twenty-two inmate-patients were awaiting placement in an Acute Care program and that it expected to place all inmate-patients in Acute Care programs by March 26, 2012. As of March 28, 2012, three of the twenty-two inmate-patients originally reported continue to await placement in an Acute Care program. Referrals made since March 14, 2012, have, however, increased the overall number of inmate-patients awaiting placement in an Acute Care program to eighteen.

///
///
///

7. As of March 28, 2012, DMH has admitted thirty-two inmate-patients into the 64-bed ICF Unit for high-custody inmate-patients at the California Medical Facility.

I declare that the foregoing is true. Executed this 28th day of March, 2012, at Sacramento, California.

/s/ THIEN NGUYEN

CF1997CS0003

3

Nguyen Decl. in Supp. Defs.' Second Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)