KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
DANIELLE F. O'BANNON, State Bar No. 207095
KYLE A. LEWIS, State Bar No. 201041
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                              Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' APRIL 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

Defendants submit this monthly status report on the state prison population. Exhibit A sets forth the current design capacity, population, and population as a percentage of design capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of April 4, 2012, 124,489 inmates were housed in the state's adult institutions, which amounts to 156.3% of design capacity.[2] This is 19,699 fewer inmates than were housed in California's prisons as recently as October 1, 2011, when California's historic public safety realignment was implemented under Assembly Bill 109. (*See* Defendants' October 14, 2011 report, Dkt. Nos. 2407/4099-1.)

Defendants project that the in-state prison population will be reduced to 155% of design capacity prior to the June 27, 2012 benchmark. (*See* March 15, 2012 Decl. of Ross Meier, Dkt. Nos. 2427/4165, ¶ 3.) Because the current population and projections indicate that Defendants will achieve the next benchmark prior to the date set by the Court, there is no need at this time to undertake additional crowding-reduction measures to achieve compliance. (*See id.*)

Dated: April 13, 2012                                      HANSON BRIDGETT LLP

                                                           By: */s/ Paul B. Mello*
                                                               PAUL B. MELLO
                                                               *Attorneys for Defendants*


Dated: April 13, 2012                                      KAMALA D. HARRIS
                                                           Attorney General of California

                                                           By: */s/ Patrick R. McKinney*
                                                               PATRICK R. MCKINNEY
                                                               Deputy Attorney General
                                                               *Attorneys for Defendants*

CF1997CS0003
10860540.docx

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's April 9, 2012 weekly population report, available on CDCR's web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.

2

Defendants' April 2012 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH