# EXHIBIT A

**Exhibit A**
Population as of April 4, 2012

| Institution | Design Capacity | Actual Population | Population as % of design capacity |
|---|---|---|---|
| Total housed in adult institutions | 79,650 | 124,489 | 156.3% |
| | | | |
| **Individual CDCR Institutions - Men** | | | |
| Avenal State Prison | 2,920 | 5,182 | 177.5% |
| California Correctional Center* | 3,883 | 4,844 | 124.7% |
| California Correctional Institution | 2,783 | 4,710 | 169.2% |
| California Institution for Men | 2,976 | 5,185 | 174.2% |
| California Medical Facility | 2,297 | 2,396 | 104.3% |
| California Men's Colony | 3,838 | 5,511 | 143.6% |
| California Rehabilitation Center | 2,491 | 3,921 | 157.4% |
| California State Prison, Calipatria | 2,308 | 4,042 | 175.1% |
| California State Prison, Centinela | 2,308 | 3,699 | 160.3% |
| California State Prison, Corcoran | 3,116 | 4,473 | 143.5% |
| California State Prison, Los Angeles | 2,300 | 3,933 | 171.0% |
| California State Prison, Sacramento | 1,828 | 2,773 | 151.7% |
| California State Prison, San Quentin | 3,082 | 3,932 | 127.6% |
| California State Prison, Solano | 2,610 | 4,455 | 170.7% |
| California Substance Abuse Treatment Facility, Corcoran | 3,424 | 5,741 | 167.7% |
| Chuckawalla Valley State Prison | 1,738 | 2,689 | 154.7% |
| Correctional Training Facility | 3,312 | 5,685 | 171.6% |
| Deuel Vocational Institution | 1,681 | 2,577 | 153.3% |
| Folsom State Prison | 2,469 | 2,908 | 117.8% |
| High Desert State Prison | 2,324 | 3,770 | 162.2% |
| Ironwood State Prison | 2,200 | 3,467 | 157.6% |
| Kern Valley State Prison | 2,448 | 4,154 | 169.7% |
| Mule Creek State Prison | 1,700 | 3,048 | 179.3% |
| North Kern State Prison | 2,694 | 4,776 | 177.3% |
| Pelican Bay State Prison | 2,380 | 3,081 | 129.5% |
| Pleasant Valley State Prison | 2,308 | 3,761 | 163.0% |
| RJ Donovan Correctional Facility | 2,200 | 3,641 | 165.5% |
| Salinas Valley State Prison | 2,452 | 3,496 | 142.6% |
| Sierra Conservation Center* | 3,736 | 4,710 | 126.1% |
| Wasco State Prison | 2,984 | 5,130 | 171.9% |
| | | | |
| **Individual CDCR Institutions - Women** | | | |
| California Institution for Women* | 1,356 | 1,649 | 121.6% |
| Central California Women's Facility | 2,004 | 2,836 | 141.5% |
| Valley State Prison | 1,980 | 2,425 | 122.5% |

* The individual Design Capacity and Actual Population figures for California Correctional Center, Sierra Conservation Center and California Institute for Women include persons housed in camps. This population is excluded from the "Total housed in adult institutions" included on Exhibit A.

Source - April 9, 2012 Weekly Population Report, available at:
http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html