1    KAMALA D. HARRIS
     Attorney General of California
2    JONATHAN L. WOLFF
     Senior Assistant Attorney General
3    JAY C. RUSSELL
     Supervising Deputy Attorney General
4    DEBBIE J. VOROUS, SBN 166884
     WILLIAM H. DOWNER, SBN 257644
5    Deputy Attorney General
      1300 I Street, Suite 125
6     P.O. Box 944255
      Sacramento, CA 94244-2550
7     Telephone:  (916) 324-5345
      Fax:  (916) 324-5205
8     E-mail:  Debbie.Vorous@doj.ca.gov

9    *Attorneys for Defendants*

10                  IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12                         SACRAMENTO DIVISION

13

14
     **RALPH COLEMAN, et al.,**                  2:90-cv-00520 LKK JFM P
15
                                 Plaintiffs,     **NOTICE OF FILING SEALED
16                                               DOCUMENTS**

17           v.

18   **EDMUND G. BROWN, JR., et al.,**

19                                Defendants.

20

21                             **INTRODUCTION**

22           On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH) to

23   file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from

24   any level of outpatient mental health care to any level of inpatient mental health care, and from

25   any level of inpatient mental health care to a different level of mental health care. The report must

26   include a complete list of all class members currently waiting for transfer to any level of DMH

27   hospital care. Such identifying patient information is subject to a protective order entered in this

28   action on January 12, 2007.  This Order is attached as Exhibit A.

                                        1

1

**NOTICE**

2    Notice is hereby given under Local Rule 141(b) that Defendant Department of Mental

3    Health is filing a document in compliance with the Court's May 23, 2007, Order under seal and

4    shall file the document via email with the Court and serve copies upon the parties.

5    Dated:  April 16, 2012                                  Respectfully submitted,

6                                                            KAMALA D. HARRIS
                                                             Attorney General of California
7
                                                             */s/ Debbie J. Vorous*
8
                                                             DEBBIE J. VOROUS
9                                                            Deputy Attorney General
                                                             *Attorneys for Defendants*
10   CF1997CS0003
     31444770.doc
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2