KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' THIRD STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |
| v. | |
| **EDMUND G. BROWN JR. et al.,** | |
| Defendants. | |

1

**ACRONYM LIST**

| Acronym | Term |
|---|---|
| APP | Acute Psychiatric Program |
| ASH | Atascadero State Hospital |
| CDCR | California Department of Corrections and Rehabilitation |
| CMF | California Medical Facility |
| DMH | Department of Mental Health |
| EOP | Enhanced Outpatient Program |
| EOP-GP | Enhanced Outpatient Program-General Population |
| ICF | Intermediate Care Facility |
| IDTT | Interdisciplinary Treatment Team |
| MHTS.net | Mental Health Tracking System |
| SVPP | Salinas Valley Psychiatric Program |
| VPP | Vacaville Psychiatric Program |

2

Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)

## I.  INTRODUCTION

On December 15, 2011, the Court ordered that between January 2012 and July 2012, the parties meet and confer at intervals of approximately 45 days, beginning the week of January 16, 2012, to address access to inpatient care.  (Docket No. 4134 at 2:4–23.)  Moreover, the Court ordered that "[w]ithin 10 days after each meet and confer session, Defendants shall file a status report on the progress toward implementation of Defendants' Supplemental Plan to Reduce or Eliminate the Inpatient Waitlists, the referral review process, and, as needed, other issues and developments related to inpatient access."  (*Id.*)  Defendants filed their supplemental plan to reduce or eliminate the Salinas Valley Psychiatric Program (SVPP) and the Vacaville Psychiatric Program (APP) waitlists on October 18, 2011.  (Docket No. 4103.)  The California Department of Corrections and Rehabilitation (CDCR) filed its report on the referral review process and sustainable self-monitoring process for ensuring that inmate-patients in need of inpatient mental health care are timely identified, referred, and transferred to such care, on December 13, 2011.  (Docket No. 4132).

In accordance with the Court's December 15, 2011 order, Defendants first met and conferred with Plaintiffs' counsel on January 18, 19, and 23, 2012, and filed their first status report to the Court on February 2, 2012.  (Docket No. 4150.)  Defendants met and conferred with Plaintiffs' counsel on March 14 and 22, 2012, and filed their second status report to the Court on April 2, 2012.  (Docket No. 4172.)  Defendants have since met and conferred with Plaintiffs' counsel on April 18, 2012, and now present their third status report to the Court on the progress made toward implementing their plans to address access to inpatient care.  In this third report, Defendants also inform the Court that CDCR believes it may be unsafe to house inmate-patients in the second and third tiers in the L-Wing (L-2 and L-3) scheduled to open in early and mid-May 2012 at California Medical Facility until satisfactorily addressing a ventilation and heat issue recently discovered after two doors were installed in the L-Wing and seasonal temperatures rose. Defendants expect to activate the first tier (L-1) in June 2012, opening up an additional 36 beds for those inmate-patients.

3

Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)

## II. STATUS REPORT

**A. Status of Defendants' October 18, 2011 Supplemental Wait List Plan.**

Defendants' October 18, 2011 supplemental plan to reduce or eliminate the SVPP and APP wait lists has three components: (1) adjusting the custody criteria employed by the Intermediate Care Facility (ICF) Pilot Program to expand inmate-patient access to ICF programs operated by the Department of Mental Health (DMH); (2) constructing 64 ICF beds at California Medical Facility (CMF); and (3) opening additional ICF level beds by converting 113 cells in the L-Wing at CMF into 110 temporary ICF level beds and three observation rooms for high-custody inmate-patients from the SVPP waitlist. (Docket No. 4103 at 7-11.) As reported on April 2, 2012, Defendants have completed the first component—adjusting the custody criteria employed by the ICF Pilot Program to expand access to DMH programs. (Docket No. 4172 at 4:9–12.) In addition, Defendants have activated the 64 ICF beds at CMF, and are continuing to admit inmate-patients into that facility. CDCR, however, has determined that it may be unsafe to activate tiers L-2 and L-3 of the L-Wing until satisfactorily addressing a recently discovered ventilation and heat issue. Because of the ability to open windows on L-1, Defendants expect to activate the first tier of the L-Wing in mid June 2012.

**1. DMH Patient Movement Reduced the Number of Inmate-Patients Waiting for SVPP and APP Treatment.**

When Defendants filed their supplemental plan to reduce or eliminate the SVPP and APP wait lists on October 18, 2011, Defendants reported that as of October 13, 2011, the SVPP wait list totaled 139 inmate-patients and the APP waitlist totaled 28 inmate-patients. (Docket No. 4103 at 6 n.1.) In addition, the new 64-bed ICF program at CMF had yet to open.

The picture is very different today. The CMF 64-bed ICF unit opened in February and, as of April 30, 2012, housed 59 inmate-patients. (Nguyen Decl. ¶ 3.)[1] In addition, between October 4, 2011, and April 30, 2012, DMH transferred 150 inmate-patients from one DMH program to

---

[1] Although not part of Defendants' supplemental plan, the parties agreed to schedule a tour of the new 45-bed Acute/ICF facility at California Institution for Women. The tour is scheduled for May 11, 2011.

4

Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)

another DMH program to allow for more efficient use of single-celled housing, as follows: 60 inmate-patients were transferred from Atascadero State Hospital (ASH) to Coalinga State Hospital; 67 from SVPP to ASH; 13 from Vacaville Psychiatric Program (VPP) Acute to ASH; 2 from VPP ICF to ASH; 1 from VPP waitlist to ASH; and 7 from SVPP waitlist (redirected) to ASH. (*Id.*)

In addition, as of April 18, 2012, there were 41 inmate-patients who had been accepted by DMH and were pending admission. (Nguyen Decl. ¶ 4.) Of these 41 inmate-patients, four had been waiting for more than thirty days, with one on a medical hold. (*Id.*) As of April 30, 2012, there are 21 inmate-patients who have been accepted by DMH and are pending admission. (*Id.*) While three of these 21 inmate-patients have been waiting for more than thirty days, they are waiting due to medical holds. (*Id.*) The APP waitlist as of April 18, 2012, totaled 18 inmate-patients but, as of April 30, 2012, the number had reduced to 11 inmate-patients. (*Id.* at ¶ 5)

**2. Defendants Expect to Activate Tier L-1 in the L-Wing in mid June 2012 but CDCR Believes it may be Unsafe to House Inmate-Patients on Tiers L-2 and L-3 Until Satisfactorily Addressing a Recently Discovered Ventilation and Heat Issue.**

Defendants are converting 113 cells in the L-Wing at CMF from Enhanced Outpatient Program General Population (EOP-GP) beds to 110 temporary unlicensed ICF level of care beds and three observation rooms for high-custody inmates on the SVPP waitlist. (Docket No. 4103 at 10–11.) CDCR is nearing completion of the construction of the three tiers (L-1, L-2, and L-3) in the L-Wing but now believes that it may be unsafe to house inmate-patients in tiers L-2 and L-3 until satisfactorily addressing a recently discovered ventilation and heat issue. Defendants expect to timely activate tier L-1 in June, 2012.

The L-Wing conversion has three interrelated components: (1) deactivating the L-Wing and relocating the EOP-GP inmates housed in those beds; (2) retrofitting the L-Wing from an EOP-GP housing unit to a temporary unlicensed ICF unit; and (3) staffing the L-Wing and providing appropriate ICF level of care. The first component is completed, and the third component is unchanged.

///

5

Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)

The second component involves retrofitting the L-Wing to accommodate the SVPP waitlist population and activating admissions. This retrofit included, among other things, retrofitting the facility with security cell doors and security exterior window screenings. (Docket No. 4103 at 10.) The retrofits were scheduled to be done in a phased manner concurrent with vacating the tiers—construction beginning as each floor was vacated, and finished in the same sequence. (Docket No. 4103 at 10–11.) In Defendants' supplemental plan, Defendants stated, "[a]s currently scheduled, construction of L-3 will end in the beginning of April 2012, L-2 the end of April 2012, and L-1 the end of May 2012." (Docket No. 4103 at 11.) Construction of L-2 and L-3 are slightly delayed, but L-1 remains on schedule. (Meyer Decl. ¶ 4.)

In the past week, CDCR discovered a ventilation and heat issue on the second (L-2) and third (L-3) tiers of L-Wing after two doors were installed in the L-Wing and seasonal temperatures rose. (Meyer Decl. ¶ 5.) Specifically, by increasing security for the ICF population that will be housed on tiers L-2 and L-3—installing the security cell doors with no openings from the corridor into the cell and installing security exterior window mesh screenings that prohibit the opening/closing of windows—natural air flow into the cells was unintentionally reduced, such that CDCR now believes it may be unsafe to house inmate-patients in those cells during the upcoming hot summer months. (*Id*). Although there is no air conditioning in the L-Wing, CDCR moved forward with the L-Wing conversion in good faith believing that Defendants could provide ICF care in that Wing as had been previously provided in the P-Wing after a very similar conversion. (*Id.* ¶ 6.) Thus, CDCR did not expect this development in the L-Wing but now understands that the orientation of the building itself contributed to the increased temperature on the higher tiers. Specifically, L-Wing has a southern-facing exposure and the sun impacts it much more dramatically than in the P-Wing, which has a northern-facing exposure. (*Id.*)

Because Defendants are better able to ventilate the cells on L-1 (the ground floor), inmates can be housed in those cells once the retrofit is completed in May, 2012. (Meyer Decl. ¶ 7.) Specifically, the first tier windows can be opened and closed from the outside by opening the hinged exterior window screens. (*Id.*) Defendants expect that the retrofits and repairs to L-1 will

///

6

Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)

completed by the end of May 2011, with admissions starting on approximately June 15, 2012. (Docket No. 4103 at 11; Meyer Decl. ¶ 7; Nguyen Decl. ¶ 6.)

Defendants are working on a solution to satisfactorily address the heat issues on tiers L-2 and L-3 and will provide an update to the Court in their next status report.

**B.     Status of the Referral Review Process.**

On December 13, 2011, Defendants presented the results of the referral review process. (Docket No. 4132.) At that time, CDCR reported that following an extensive review of over 900 inmate-patient cases, the special master team had recommended that the CDCR Interdisciplinary Treatment Teams (IDTTs) consider 44 inmate-patients for referral to DMH inpatient care. (*Id.* at 21.) From the 44 cases, the IDTTs referred 21 inmate-patients to DMH inpatient care. (McGill Decl. ¶ 3.) As of April 18, 2012, 20 of the 21 inmate-patients referred had been admitted to inpatient care and one paroled. (*Id.*)

CDCR also identified in its report as a "next step" a series of quality management issues that it has elected to address as part of its long-term Information Technology solutions and continual improvement in the Mental Health Tracking System (MHTS.net). (Docket No. 4132 at 22–23.) CDCR continues to improve MHTS.net, including the development of a process by which headquarters and the institutions can utilize MHTS.net to identify inmate-patients waiting for inpatient beds and access referral and non-referral data. (McGill Decl. ¶ 4.) In addition, CDCR revised its audit tool for monitoring the new 7388-B form, which was rolled out to the institutions on April 17, 2012. (*Id.*)

**C.     Sustainable Self-Monitoring Process.**

The sustainable self-monitoring process that CDCR developed consists of three broad categories of review—monthly procedures, quarterly procedures, and annual procedures. (Docket No. 4132 at 26–31.)

    **1.     Monthly Procedures.**

Beginning in early 2012, institutional clinical staff and headquarters staff began their monthly review of level-of-care decisions made at the institutional level. (Docket Nos. 4132 at 27, 4172 at 7:26–27.) To perform this review, CDCR continued to use available tracking systems

7

to record and monitor referrals to DMH. (McGill Decl. ¶ 5.) In addition, the institutions continued to create nonreferral logs and forward them to headquarters for review. (*Id.*) Also, the institutions continued to complete monthly audits, using the 7833-B referral review process, and summarize the results in the monthly Mental Health Subcommittee minutes. (*Id.*)

### 2. Quarterly Procedures.

Every three months, one-fourth of the institutions with Enhanced Outpatient Programs (EOP) participate in a quarterly review process. (Docket No. 4132 at 27–28.) This ensures one annual review for each EOP program. (*Id.*) The Regional Directors conduct one to two day on-site visits to select EOP programs at institutions in their regions. (*Id.*) The next Regional site visits are scheduled for May 2012. (McGill Decl. ¶ 6.)

### 3. Annual Procedure.

Each year, one-fourth of the institutions with EOP programs will participate in an annual review process. Non-EOP institutions with an EOP population are also included in the annual procedure. (Docket No. 4132 at 28.) The annual procedure, which CDCR implemented in early 2012, consists of three components: (1) headquarters procedure and sampling methodology; (2) institutional review of sampled lists; and (3) headquarters review of institutional data. (*Id.* at 28–29.) *See* Defendants' April 2, 2012 report to the Court explaining each of these components in detail, and highlighting the results of the 2012 review of the first one-fourth of the institutional reviews. (Docket No. 4172 at 10–12.)

In April, Headquarters started the review process for the 2012 review of the second group of institutions with EOP populations: CMF; California State Prison, Corcoran; Kern Valley State Prison; Richard J. Donovan Correctional Facility; Calipatria State Prison; Correctional Training Facility; High Desert State Prison; Sierra Conservation Center; and California State Prison, Solano. (McGill Decl. ¶¶ 6–7.) Specifically, it generated its sampled lists for the nine institutions included in the second quarter review and provided the lists to the institutions. (*Id.*) The institutional reviews are due back to headquarters on April 27 and 30, 2012, with headquarters reviews scheduled the weeks of April 30 and May 7. (*Id.* at ¶ 7.)

///

1  Defendants intend to continue to conduct meetings with the parties every 45 days to discuss
2  the status and progress of Defendants' plans to address access to inpatient care. Other issues and
3  developments related to inpatient access will be discussed and reported on as needed.

4  Dated: April 30, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/S/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003

9

Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)