KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-2445
  Fax: (916) 324-5205
  E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF THIEN NGUYEN IN SUPPORT OF DEFENDANTS' THIRD STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Thien Nguyen, declare:

1. I am senior staff counsel for the Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Third Status Report on Plans to Address Access to Inpatient Care.

2. As senior staff counsel for DMH, I am familiar with the DMH programs that serve California Department of Corrections and Rehabilitation (CDCR) male inmate-patients admitted to Atascadero State Hospital (ASH), Coalinga State Hospital, the Vacaville Psychiatric Program

1

at the California Medical Facility (VPP), and the Salinas Valley Psychiatric Program at Salinas Valley State Prison (SVPP).

3. Between October 4, 2011, and April 30, 2012, DMH transferred 150 inmate-patients from one DMH program to another DMH program, to allow for more efficient use of single-celled housing: 60 inmate-patients were transferred from ASH to Coalinga; 67 from SVPP to ASH; 13 from VPP Acute to ASH; 2 from VPP Intermediate Care Facility (ICF) to ASH; 1 from VPP waitlist to ASH; and 7 from SVPP waitlist (redirected) to ASH. In addition, the California Medical Facility (CMF) 64-bed ICF unit opened in February and as of April 30, 2012, housed 59 inmate-patients.

4. As of April 18, 2012, there were 41 inmate-patients who had been accepted by DMH, and were pending admission. Of these 41 inmate-patients, four had been waiting for more than thirty days, but of these four, one inmate-patient was on a medical hold. As of April 30, 2012, there are 21 inmate-patients who have been accepted by DMH, and are pending admission. Of these 21 inmates-patients, three have been waiting for more than thirty days due to a medical hold.

5. On April 18, 2012, DMH reported that 18 inmate-patients were awaiting placement in an Acute program, but by April 30, 2012, the number had reduced to 11 inmate-patients.

6. If the retrofits and repairs to tier L-1 in the L-Wing at CMF are completed by May 24, 2011, DMH expects to start admitting inmate-patients into that tier on approximately June 15, 2012.

I declare that the foregoing is true. Executed this 30th day of April, 2012, at Sacramento, California.

THIEN NGUYEN

CF1997CS0003

2

Nguyen Decl. in Supp. Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care
(2:90-cv-00520 LKK JFM P)