KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-2445
  Fax: (916) 324-5205
  E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF LUCINDA McGILL IN SUPPORT OF DEFENDANTS' THIRD STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Lucinda McGill, declare:

1. I am a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program within the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Third Status Report on Plans to Address Access to Inpatient Care.

2. I began working for CDCR in 1997 and in the CDCR Mental Health Utilization Management Program in May 2008. The mission of Mental Health Utilization Management is

1

twofold: (1) to ensure timely access to care and continuity and quality of care for patients in mental and medical health care services; and (2) to implement a standardized utilization management that will facilitate coordinated, state-wide, evidence-based quality care.

3.   As a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program, I am also familiar with the status of CDCR's referral review process. In 2011, the special master team recommended that CDCR's Interdisciplinary Treatment Teams (IDTTs) consider 44 inmate-patients for referral to DMH inpatient care. From the 44 cases, the IDTTs referred twenty-one inmate-patients to DMH inpatient care. As of April 18, 2012, twenty of the twenty-one inmate-patients referred had been admitted to inpatient care and one paroled.

4.   CDCR continues to improve the Mental Health Tracking System (MHTS.net), including the development of a process by which headquarters and the institutions can utilize MHTS.net to identify inmate-patients waiting for inpatient beds and access referral and non-referral data. In addition, CDCR revised its audit tool for monitoring the new 7388-B form, which was rolled out to the institutions on April 17, 2012.

5.   Beginning early 2012, institutional clinical staff and headquarters staff began their monthly review of level of care decisions made at the institutional level. To perform this review, CDCR continued to use available tracking systems to record and monitor referrals to DMH. In addition, the institutions continued to create nonreferral logs and forward them to headquarters for review. Also, the institutions continued to complete monthly audits, using the 7388-B referral review process, and summarize the results in the monthly Mental Health Subcommittee minutes.

6.   The Regional Directors of Mental Health conduct one to two day on-site visits to select EOP programs at institutions in their regions. The EOP institutions selected to participate in the second quarter review of 2012 are: California Medical Facility (CMF); California State Prison, Corcoran (COR); Kern Valley State Prison (KVSP); and Richard J. Donovan Correctional Facility (RJD). The Regional Directors' site visits to these EOP institutions are scheduled for May 2012.

7.   The sustainable process is also reviewed annually at headquarters. In April, CDCR headquarters started the 2012 review process for the second group of EOP institutions: CMF,

2

McGill Decl. in Supp. Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care
(2:90-cv-00520 LKK JFM P)

COR, KVSP, and RJD. It also started the 2012 review process for the second group of the non-EOP institutions with an EOP population: Calipatria State Prison; Correctional Training Facility; High Desert State Prison; Sierra Conservation Center; California State Prison, Solano. Specifically, it generated its sampled lists for the nine institutions included in the second quarter review and provided the lists to the institutions. The institutional reviews are due back to headquarters on April 27 and 30, 2012, with headquarters' reviews scheduled the weeks of April 30 and May 7.

    I declare that the foregoing is true and correct. Executed this 30th day of April 2012, at Sacramento, California.

*/s/ Lucinda McGill*
LUCINDA McGILL

CF1997CS0003

3

McGill Decl. in Supp. Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care
(2:90-cv-00520 LKK JFM P)