KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF CHRIS MEYER IN SUPPORT OF DEFENDANTS' THIRD STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Chris Meyer, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Third Status Report on Plans to Address Access to Inpatient Care.

///

///

1

2. I began working as Senior Chief on September 14, 2009. I work on healthcare projects on behalf of and at the direction of CDCR Secretary Cate and the *Plata* Federal Receiver, Clark Kelso.

3. In my current role as Director, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with Defendants October 18, 2011 supplemental plan to reduce or eliminate the Salinas Valley Psychiatric Program (SVPP) by converting 113 cells in the L-Wing at California Medical Facility into 110 temporary Intermediate Care Facility (ICF) level beds and three observation rooms for high-custody inmates from the SVPP waitlist.

4. I am also familiar with the statement in Defendants' plan that construction of L-3 will end in the beginning of April 2012, L-2 the end of April 2012, and L-1 the end of May 2012. Construction of L-2 and L-3 are slightly delayed, but L-1 remains on schedule.

5. In the past week, CDCR discovered a ventilation and heat issue on the second (L-2) and third (L-3) tiers of L-Wing after two doors were installed in the L-Wing and seasonal temperatures rose. Specifically, by increasing security for the ICF population that will be housed on tiers L-2 and L-3—installing the security cell doors with no openings from the corridor into the cell and installing security exterior window mesh screenings that prohibit the opening/closing of windows—natural air flow into the cells was unintentionally reduced, such that CDCR now believes it may be unsafe to house inmate-patients in those cells during the upcoming hot summer months.

6. Although there is no air conditioning in the L-Wing, CDCR moved forward with the L-Wing conversion in good faith believing that Defendants could provide ICF care in that Wing as had been previously provided in the P-Wing after a very similar conversion. Thus, CDCR did not expect this development in the L-Wing but now understands that the orientation of the building itself contributed to the increased temperature on the higher tiers. Specifically, L-Wing has a southern-facing exposure and the sun impacts it much more dramatically than in the P-Wing, which has a northern-facing exposure.

2

7. Because Defendants are better able to ventilate the cells on L-1 (the ground floor), inmates can be housed in those cells once the retrofit is completed in May, 2012. Specifically, the first tier windows can be opened and closed from the outside by opening the hinged exterior window screens. Defendants expect the retrofits and repairs to L-1 will be completed by the end of May, 2012.

I declare that the foregoing is true and correct. Executed this 30th day of April 2012, at Sacramento, California.

CHRIS MEYER

CF1997CS0003

3

Meyer Decl. in Supp. Defs.' Third Status Rep. on Plans to Address Access to Inpatient Care
(2:90-cv-00520 LKK JFM P)