| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>SARA NORMAN, Bar No. 189536<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>ERNEST GALVAN, Bar No. 196065<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br>[PROPOSED] ORDER REQUIRING DEFENDANTS TO DEMONSTRATE HOW THEY WILL ACHIEVE THE REQUIRED POPULATION REDUCTION BY JUNE 2013 |

1    This matter comes before the Court on Plaintiffs' Renewed Motion for An Order Requiring Defendants to Demonstrate How They Will Achieve the Required Population Reduction By June 2013.

Defendants project that they will not comply with the court-ordered prison crowding reduction by June 2013, and that crowding will increase significantly thereafter.

Good cause therefore appearing, the Court now ORDERS that, within 30 days, Defendants shall submit to the Court a revised plan to reduce crowding in the 33 adult prisons to 137.5% of design capacity pursuant to this Court's January 12, 2010, Order. The plan shall:

(1) Describe what crowding-reduction methods the State will employ to comply with the January 12, 2010, Order, and explain the numerical impact that each method is expected to have on the population;

(2) Include detailed population projections showing the projected population of the 33 adult prisons through June 2017; and

(3) Grant the Secretary of CDCR authority to take additional steps as necessary to comply with the Order, if the State's plan does not produce the expected population reduction.

**IT IS SO ORDERED**

Dated: May __, 2012

HON. STEPHEN REINHART
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

-2-

1  Dated: May __, 2012

2  _____
3  HON. LAWRENCE K. KARLETON
   SENIOR UNITED STATES DISTRICT JUDGE
4  EASTERN DISTRICT OF CALIFORNIA

5

6  Dated: May __, 2012

7  _____
   HON. THELTON E. HENDERSON
8  SENIOR UNITED STATES DISTRICT JUDGE
   NORTHERN DISTRICT OF CALIFORNIA

-2-
[PROPOSED] ORDER, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH