WILSON, D., K-66474
Log# RJD-2-11-00574
Page 2

You were interviewed by K. Balakian, SCEP, on September 29, 2011, at approximately 1530 hours. During the interview, you stated that you want the AD-SEG library moved back to Housing Unit 6. You allege you have been denied access to the law library. You indicated you are a General Library User (GLU) and you want to access the law library once a week.

You also informed K. Balakian, that it is acceptable for you to provide the Correctional Officers with your copy requests, but it is unacceptable for them to deliver your copies to you. You would like the library staff to deliver your copies to you, to ensure that you receive them. You stated that the Correctional Officers assigned to the AD-SEG library, take your copies of legal documents to Housing Unit 6, and sometimes place them on a table and become busy or distracted. You allege that at times when other Correctional Officers in Housing Unit 6 look at your copies and notice their name in a complaint or lawsuit, you do not receive your copies. You stated that the intention of the Correctional Officers assigned to the AD-SEG library, is to provide you with your copies, but sometimes they become busy or distracted.

You also allege that inmates in AD-SEG do not have enough to do. You suggested to K. Balakian that they study for their GED, and requested that two of each GED subject area books be included in the collection of recreational library books. Additionally, you requested that a list of all recreational books by title, genre, and author, be provided to inmates in AD-SEG, so they may make book selections from a list. Finally, you allege that Correctional Officer, Carreon, is the only Correctional Officer in Housing Unit 6 that distributes and/or exchanges recreational library books each Sunday, as stated in OP #164.

The applicable sections of CCR, Title 15, have been reviewed. It specifically states as follows:

### CCR Article 3, Library, Section 3120, Inmate Library Requirements

(a) Each warden shall ensure a library, law library and related services are maintained for the benefit of all inmates in their facility, including those inmates confined to segregated housing units. A library access schedule shall be approved by the warden and posted throughout the facility.

### CCR, Section (§) 3122 –Inmate Law Library

(a) Each facility shall provide legal materials through its law library to provide inmates with meaningful access to the courts.

(b) Inmates who have established court deadlines may apply for Priority Legal User (PLU) status to the prison law libraries. Inmates who are granted PLU status based on their application shall receive higher priority to prison law library resources than other inmates. All inmates who are not on PLU status are on General Legal User (GLU) status.

Exhibit XLL (4)b

WILSON, D., K-66474
Log# RJD-2-11-00574
Page 3

### CCR, Section (§) 3123 –Access to Law Libraries

(b) All inmates, regardless of their classification or housing status, shall be entitled to physical law library access that is sufficient to provide meaningful access to the courts. Inmates on PLU status, may receive a minimum of 4 hours per calendar week of requested physical law library access, as resources are available, and shall be given higher priority to the law library resources. Inmates on GLU status may receive a minimum of 2 hours per calendar week, of requested physical law library access, as resources are available.



(c) When unable to physically access the law library, an inmate may request access to legal material through delivery of those materials to the inmate by library staff. This process is referred to as law library paging. An inmate shall not be limited to law library paging fro access to legal materials, except under extraordinary circumstances including, but not limited to, the following:

  (1) The inmate is directly under a prison lockdown.
  (2) The inmate is under restricted movement due to his or her medical status.
  (3) The inmate has been suspended from physical access to the law library, pending investigation of a serious rule violation.

(e) When inmates are limited to law library paging for any reason as described in Section 3123(c), law library staff must deliver the requested legal material to their cells as soon as possible, but no later than 16 calendar days from the date of the paging request.

### CCR Article 3, Library, Section 3164, Administrative Segregation

(a) Inmates confined in Administrative Segregation for any reason, will not be limited in their access to the courts.

K. Balakian verified that you have GLU status and have had physical access to the AD-SEG law library on seven occasions from July 7, 2011, to September 27, 2011. This is based on the AD-SEG law library logs. During the aforementioned dates, the Correctional Officers assigned to the law library were redirected on seven occasions. During that time, you received paging services on three occasions. Also, the law library staff was unavailable to open the library on three occasions, due to staff absences and a staff meeting.



### APPEAL DECISION:

Under normal operating procedures, and when resources are available, you may receive a minimum of two hours per calendar week of requested physical law library access. Also, your request for the delivery of your copies of legal documents will be provided to you in accordance with OP #164.

*Exhibit XLL (4)c*

WILSON, D., K-66474
Log# RJD-2-11-00574
Page 4


Two of each GED subject area books will be included in the collection of recreational library books, and a list of all recreation books by title, genre and author, scheduled to be delivered next quarter, is being generated for distribution to Housing Unit 6. Delivery of the GED books will also take place by the next quarterly delivery date. Finally, according to Correctional Lieutenant Williams, books are distributed and/or exchanged according to OP #164.

Based on the aforementioned, your appeal is **PARTIALLY GRANTED** at the Second Level of Review.

Any inmate or parolee under the department's jurisdiction may appeal any departmental decision action, condition, or policy which they can demonstrate as having an adverse effect upon their welfare.


W. J. SULLIVAN
Chief Deputy Warden (A)
Richard J. Donovan Correctional Facility

Exhibit A54 (3)

      

HORROR    War    SCIENCE FICTION    BIOGRAPHY    MYSTERY    FANTASY    WESTERN

  

ADVENTURE    Suspense    SPANISH ESPAÑOL

INMATE MUST FILL OUT HIGHLIGHTED AREAS ON EACH PART OF THIS FORM....

INMATE WILL BE CHARGED FOR ANY DEFACED, DESTROYED OR LOST BOOK.



STATE OF CALIFORNIA
CDC – 193 (00/01)

DEPARTMENT OF CORRECTIONS

## TRUST ACCOUNT WITHDRAWAL ORDER

DO NOT DATE

Date _____ 20 ___

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize the withdrawal of that sum from my account.

NUMBER                              NAME (Signature of ... )

the person to ROLE TO for which withdrawal is requested ...

NAME                                NAME

BOOK REPLACEMENT

OVER –SIDE-2 →

| Contact Date | Book Title/Author | Return Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Contact Date | Book Title/Author | Return Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Exhibit PR(2)

## Affidavit of Statement

To Whom it may concern, today July 29, 2011, in Ad-Seg RJD 6 Bldg, We were denied a "Lunch & Milk" when **cold uncovered** Food trays stacked 6 high on cart for 'Breakfast' & the Officer states were out again, which we **heat** many EOP's "yell give my Lunch before" & then (**attempted suicide's**) for "Food short rations" & a c/o Alvarado denying to attend Groups; Nurse's Drs Line; Psy. Dr's & Med. Dr's for her antagonistic Verbally confrontational hostile attitude Where **she concocts** refusal & tells other c/o's "do not" give Canteen or see Dr's & she & Other c/o's Work "two shifts" in EOP Ad-Seg to continue Terrorism denying Recreational Reading Books & request for any Form, & **tell Us We have Nothing coming** & Deny to pick-Up Legal & Confidential Mail & Refuse to Sign & 8-1-2011, & other Days Dinner Meals intentionally Shortened & condiments By c/o's to Punish For No. thats Ioves & Unsanitary Food Utensils & I/M Eddie Lee Hodge removed cell 243 property taken & next brought back.

The Following Men State the above is True and Correct and They have Suffered all above or part of, and this is given under Penalty of perjury. And request c/o Alvarado not Work No EOP Units & No c/o's Work 2 Watches in EOP's

| Printed Name | CDC# | CELL# | Date | Signature |
|---|---|---|---|---|
| David W. Wilson | K66474 | 6-1144L | 7-29-2011 | David W. Wilson |
| James Abel | P34981 | 6-145L | 7-29-2011 | James Abel |
| Gregory Skeeter | J-35005 | 6-143L | 7-29-11 | Gregory Skeeter |
| Larry Pineda | T-94428 | 6-143U | 7-29-11 | Larry Pineda |
| M. Mitchell | D41946 | 6-140 | 7-29-11 | M |
| Albert Tolliver | C-40346 | 6-148L | 7-29-11 | Albert Tolliver |
| Kenneth Floyd | F-45814 | 6-243L | 7-29-11 | Kenny Floyd |
| ENNETH B. Hunter | D-81234 | 6-131it | 7-29-11 | Kenneth Hunter |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

C. C. 1 of 2                                      Exhibit PR (5)

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8-18-2011 | Sgt. 6 Bldg. Asu | WILSON | K-66474 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| 2-6- | #144L | ASU/EOP | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sir, I request "Meal Sample Food Tray" pursuant DOM 54080, & if necessary will sign for "Food" Cold, Warm, Good, OK, "Hot," for I am not disrespectful & have filed Legal action for in 33 years RJD is denying Butter, condiments, short issue, & to resolve I request Food Sample THANK you Respectfully W W Wilson

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|

DISPOSITION

## Affidavit

Exhibit PR(3)

I write this because on 9-11 during dinner time, Lt. Elissa was making rounds, before reaching my door. I noticed several c.o.'s wasn't wearing net caps while making trays. When Lt. Elissa reached my door, I asked her could she please ask c.o. to put on proper hair gear to serve our chow. We're always finding things in our food, its an ongoing occurrence. Lt. Elissa tells them and all said. To Armstead, Carrion, Reyes, burns around and starts calling me, Punk ass Snitches, and Bitch. B.N.Y, Lt. Armstead then tells me, you went not to be a snitch, watch how your dinner tray looks. C.o. are known for playing with inmates food. At this point Sgt. Hagman was making rounds, when he reached my door. I explained what was said about my food by Lt. Armstead. Sgt. Hagman then asked me, do I believe everything I have? I told if my dinner is played with, me and my celly, who's numeria Kenneth Lloyd were going to board up our windows. When I next reached our door, Lt. Reyes asked Lt. Armstead, were the two trays on the bottom for cell 243, Armstead stated yeah. The trays given me, as well as my cellmate were scraps for a dog. So my celly and I boarded up our windows because, we were really wronged. After 3½ hours, me and c.o.'s to check on us, we were both decided to take everything down. A little over an hour later, Lt. Carrion, Armstead, and a lot I didn't know came and told me Lt. Elissa wanted to speak to me. I was handcuffed extremely tight and grabbed by both arms by Lt. Armstead and the unknown to, Lt. Armstead instantly started calling me once again, a "Silly Bitch" the just and ended every word with "Blood" which is a street gang to Armstead to spark of. He's always dressing up the Blood gang sign to inmates of the same gang. Lt. Elissa did not want to talk to me. It was ... ...

C.C. 1 of 2                                                    Exhibit FR(5)

STATE OF CALIFORNIA
GA-22 (9/92)
# INMATE REQUEST FOR INTERVIEW
DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8-18-2011 | Sgt, 6 Bldg, ASU | WILSON | K-66474 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| 2-6- | #144L | ASU/EOP | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Sir! I request "Meal Sample Food Tray" pursuant DOM 54080, & if necessary
will sign for "Food" Cold, Warm, Good, OK, "Hot," for I am not Disrespectful & have
filed Legal action for in 33 years RJD is denying Butter, Condiments, short
issue, & to resolve I request Food Sample THANK You Respectfully Wilson J M Wilson

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|
| | |

DISPOSITION

## Affidavit of Statement

Exhibit PR(10)

To whom it may concern here at R. J. Donovan 6 Bldg, Administrative
segregation Unit, We EOP & some G.P. Inmates have all "Food" given
as today August 25, 2011, for Breakfast the Waffals are so **cold**
We **cannot** Eat them for they are **Hard** like **Bricks**, also our Pancakes
are given **cold** and Hard and connot eat them when given every week as
Waffals. All our Food is cold when given Breakfast & Dinner. Food
is brought over in Metal **uninsulated** cart **uncovered** many times
for Breakfast with Waffals & Pancakes & Officers stock Food Trays 6
High & 4 accross Metal carts placed on. The Electric Steam Line is
"never" Used or broke. All above **Violates** Title 15 #3050(a)(2), meals each
day, two of which **shall be** served "HOT," We are denied 1 Syurp & G.P. given
2 with Waffals & Pancakes, We are denied Tarta sauce on Fish or Subsitute &
intentional given Short Food Rations by Officers Who do not Wear Kitchen Hats,
Approns or Plastic Gloves as G.P., & Officers remove Inmate's from Showers Who
have AIDS, HIV, HIP-C, and Were Shaving & go back to serving Food wearing personal
Gloves, We are denied Lunch at Breakfast that contain Breakfast Milk & done
Every day 11 or 12 Lunches for Officers can Order more to Eat themselves as they
also break-up certain Food item(s) Potatoe's, cake to Eat Themselves & Sgt. & EOP's
in Upper c-section, B-section See this, & We receive short Food, & on other Days,
The above is given under penalty of perjury as true & correct

| Printed Name | CDC# | Cell # | Date | Signature |
|---|---|---|---|---|
| DAVID W. WILSON | K-66474 | 2-6-144L | 8-25-2011 | David W. Wilson |
| Gregory Slocth | J-35005 | 2-6 143L | 9-25-11 | Gregory Slocth |
| Larry Pineda | T-94428 | 2-6 142U | 8-25-11 | Larry Pin |
| Jathan Steinbach | V-56870 | 2-6-179 | 8-25-11 | Jathan Steinbach |
| Reed Lzory | J-79542 | 26 138 | 8 25 11 | Reed Lzory |
| ROSALES | T-63956 | F2-6-143 | 8-31-11 | J. Rosales |
| bert Tolliver | C-40346 | F2-6-148 | 9-3-11 | Albert Tolliver |
| David Silva | H-39717 | F-2-6-147 | 9-3-11 | Silva |
| RAY BROOKS | P-12701 | F-2-6-145 | 9-3-11 | Ray Brooks |
| | V80781 | F-2-6-144 | 9-3-11 | A |
| Floyd A. Rod | T73867 | b-136 | 9-8-11 | Floyd A. Rod |
| Kennry Floyd | E-85814 | 2-6-216 | 9-8-11 | Kennry Floyd |
| | D-39738 | | | |

INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE

CDCR 22 (10/09)    received 7-21-2011, 3 T-shirts & 3 underwear & 602-HCS & ADA Forms from c/o Carrion

Exhibit CW

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| WILSON | DAVID · | K-06474 | David W. Wilson |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 2-6-144 L | ASU/EOP | | Request Indigent Envelopes CCR #3138(9) & CDCR-22's, 602-A's |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I request "Indigent Envelopes" per CCR Title 15 #3138(b) for placed ASU 7/7/2011, & as all I/m's Not given Envelopes to contact Family & Courts, also denied "CDCR 22 Request" as required before grievances & I was denied 602 & 602-A; Trust Withdrawls; Writing Paper; as a "WRITING FISH KIT" & NO pen/pencil, No socks, underwear & T-shirt, Other I/m's had to give me by Fishing Line, 7/14/2011, When Writing Supplies given NO "Indigent Envelopes" CDCR-22's, 602-A's On 7/19/2011, c/o Brown passed out Indigent Envelope & I requested, she stated I was Not on list, I told if Up-Dated it would show I'm Indigent & I Should True Statement Point Blank/Reason Tell Brown they Still 7's 9/20-9/26/2011 for all denied method of delivery Cart & Given out & Not in. NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED ASU Placement & 602-HCS & ADA Forms

☐ SENT THROUGH MAIL. ADDRESSED TO:_____    DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| E. Carrion | 7/21/11 | | (CIRCLE ONE)  YES    NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| 2/W SGT. | | (CIRCLE ONE)  IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Exhibit PR7

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| WILSON | DAVID | K-66474 | David W. Wilson |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM___ TO___ | TOPIC &E-MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 2-6-144L | ASU/EOP | | Modify ASU EOP Treatment Conditions to Stop Attempted Suicides |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: To ASU Psy. Supervisor A. Vail; Chief Psy Grundwald; CEO M.A. Glynn
Modification ASU EOP Psy. Reception: Interviews, Groups, Treatment 1) C/o's to deny clothing & Writing Materials Books, Food to cause "On-going Attempted Suicides." 1) I & Others as ASU Placement 7-7-2011, did "Not" see Psy. Dr. Until 7-13-2011, brought to Dr. Vail, & Request seen in 24 hrs CCR Titl 15#3310(b), 2) Reception ASU I & Others denied socks, T-shirts, Underwore & Envelopes, Paper, 602-HC & 602-A, & Int'pons as Required CCR#3084.6(b)/0, & denied ADA Forms, CDCR-22's Trust Forms, which C/o's state we have nothing coming, 3) Psy. Techs walk thru but! C/o's present & EOP's cannot talk; C/o's must contact if EOP's want Groups for ill will & denys. Request Psy. Tech contact EOP's for Group. 4) The 1-on-1 Psy. Interviews in 6 cubicals & 6ft High in about 25ft by 16ft, all are heard by Other In'ms/C/o's/Psy. Staff volloting Confidentiality P.C. & 636(b)' Civil Code#5621(b), Request Modify & More Group Cages or C.F. LAC. for In'ms Groups. 5) EOP's ASU allowed to Order 3 Books a Week as Gift, & ASU Law Library Put back to Bldg, I'm addressed 2) & 5) by CDCR 22's

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: __/__/__
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES / NO |
|---|---|---|---|
| Zucker, S | 7/26/11 | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY (CIRCLE ONE) IN PERSON / BY US MAIL |
|---|---|---|
| Dr. Greene | 7/28/11 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Z.A. | 7/28/11 | | |

1) Partially granted, all inmates are screened via lockup procedure within 24 hours of arrival to Admin and are assigned a clinician who will see the inmate within the next week. Item 2) non mental health #5 non-essential hoc 10. Item 4) non mental health at this facil. Item 3) psych techs not available to ask inmates about group attendance due to other duties.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

Inmate Advised to use Health Care Appeal form.
I received above 8-22-2011, & Disagree for following: at 1) Psy, Dr. Supervisor, Greenwald or anyone could Review if EOP seen in 24 hours reception ASU, at 2) Sgt. & 3rd Wt Sgt. refuse to respond CDCR-22, Exhibit (Ex) CW, & at 3) I submit 7362, Ex, PR(6), today for Psy. Techs rounds Without C/o's & Contact for Groups, at 4) Wrote 7362 for EOP's not shower 9-3:30, on 8-9-2011, Dr. Bispo Groups could not hear & No 1-on-1 Confidentiality gave Dr. Zudiker 8-10-2011, after Ex. PR7 not accepted, (at 1) See Ex's ASU(4) XL(4) of 4).

| SIGNATURE: | DATE SUBMITTED: | |
|---|---|---|
| David W. Wilson | 8-22-2011 | To Healthcare CEO, Mary Ann Glynn |

## SECTION D: SUPERVISOR'S REVIEW       received 8-22-2011 above

| RECEIVED BY SUPERVISOR: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Exhibit PR 4

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| WILSON | DAVID | K-66474 | David W. Wilson |

| HOUSING/BED NUMBER: 2-6-144 L | ASSIGNMENT: Ad-Seg/EOP | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Request 6 Bldg 5/m's Not Shower. At Group Time To Hear Groups & 1-on-1' |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Request 6 Bldg. EoP Showers done between 6:30 AM/0630 to 9:00 AM/0900 & after 3:30 PM/1530, for I/m's use this time to yell, but Bars to cuss, with foul invectives & Vituperations at other I/m's & make sexual remarks to Psy, & Medical staff. The Psy. Groups cannot be heard by Clinicians & I/m's & many do not attend Psy. Groups or 1-on-1 Psy. sessions for this & 1-on-1's violate Confidentality P.C. &636(b); CA Civil Code &56. 2/(b)K There fore request last Room left side C-sections made into two or three Interview Rooms with Glass/Plexi Glass separating Caged area for I/m's & Psy. Dr's. Requested per Title 15#3361(C), Mental health often revealing personal, private matters.., all care shall provide a manner to maintain dignity of inmate, Professional relationships shall be conducted with proper privacy. reatment will be in accord sound Principles of practice and will not serve a punitive purpose.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:_____   DATE MAILED: ___/___/___

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: Dr. J. Quinlan PsyD | DATE: 8/9/11 @ 12:30 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: Dr. Zutiker | | DATE DELIVERED/MAILED: 8/9/11 | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL |
|---|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
|  |  |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
|  |  |  |  |

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☒ |
|---|---|---|---|---|

NAME: DAVID W. WILSON    CDC NUMBER: K-66474    HOUSING: 2-6-144 L

PATIENT SIGNATURE: David W. Wilson    DATE: 8-23-2011

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe Your Health Problem And How Long You Have Had The Problem) Request ASU Televisions at Groups be Hooked-Up to Cable Tower Officer Watches TV on & C/os 3rd Watch A-Section 6 Bldg, So EOPs in Groups can Watch Current Events "NEWS" and that any "Clinical Psychologist" can run/give a current Events Group for EOPs can come out cells & prevent all the "attempted Suicides" This is done ASU EOPs CMF-Vacaville, CMC-E, CSP-LAC 2008. Also stopped 5 minutes before Group Over to discuss how effects of EVENTS/NEWS relates to EOPs & Therapy.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

Exhibit As (17) 1629122

Exhibit As (17)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☒    DENTAL ☐    MEDICATION REFILL ☐

| NAME DAVID W. WILSON | CDC NUMBER K-66474 | HOUSING 2-6-144 L |
|---|---|---|
| PATIENT SIGNATURE *David W. Wilson* | | DATE 8-30-2011 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe Your Health Problem And How Long You Have Had The Problem) Request by Psy. Dr. for seeing RED for DEMONS & C/o McNarmara denied (2) Taco Packs & Milk when "Not" given Lunch as cells 144 to 150 for Breakfast to help digest Beans & Eggs still in cell. This happens almost everyday & C/o McNarma ask do We want yard when Breakfast Items & Lunch denied & C/o 2 hours later refuse to go pick-up. I am in state of ANGER/FRUSTRATION & then DEPRESSED for DEMONS control C/o

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM ☒ Staff to punish ME NE OPS Ñ ignore, laugh at denial go to throw Lunch out

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT everyday |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)  Request to See Psy. Dr. |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Copy 1 of 2

Exhibit 16 (17)

David W. Wilson, K66474

At Group Gave Psy, Dr. Circket who gave Psy, Supervisor 8-30-2011

about 10:00 a.m.

7362 For Psy. "Intervention" to Psy. Supervisor, Dr. Parker

For Staff "destroys/Tear up" for Not brought to attention Psy, or Administrative Hierachy that Food is being Used to punish by With holding & denying Yard for to Wait for Food "Lunch"/Breakfast & C/o's do not have to Work escorting. Also Why EOP's myself losing Weight.

THANK YOU

Request Free Cook present to check temperature as G.P., for Hot Food denied to Bldg. & For c/o's cannot serve "Short Rations" & Denie Condiments, Milk, Lunches, And serve in Hygiene conditions & Keep Food for c/o's e.g. Lunches, Milks, certain item(s).     Respectfuly David W. Wilson

Also a c/o O. Alvarado is using her job to deny Groups & attempts confrontation with me to Create incident. Please, I have c/o other than c/o Alvarado escort me.

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Case 2:90-cv-00520-KJM-SCR   Document 4181-1   Filed 05/09/12   Page 17 of 51
Copy 1 of 5   Exhibit FK(?) 9

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| WILSON | DAVID | K-66474 | David W. Wilson |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 2-6-144 L | ASU/EOP | | Food Menus & Intervention Hot Meals & Guards Serving Condiments/Food & Sanitation |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Food Manager, Bradford, Mam! I request Food Menus for 3 months Title 15 #3050 (b), & delivered to cell by Food Cook I or II for c/o's will not deliver in Mail, Also request a Food Cook I, to supervise 6 Bldg Food preparation for c/o's do not use Electric Steam Line or Broken intentionally & Never a "Hot Meal" #3050 (a)(2), & c/o's & cat's eat our Food & give short rations & With hold Food as Caloric Restrictions & Only 1 Syrup pack with Pancakes & Waffles & No Butter Tabs ever, & only 4 Taco Sauce When given, & G.P.'s got "2" No Taco Sauce or Substitutes, Violates 3050 (a)(2), & Kitchen Gloves Hats, Aprons "Not" use & Trays Stacked to High 5 accross given Food 30 minutes later & Milk not given with Breakfast & Lunches 11, 12, short for c/o's Order extra to eat, denies 3050 (c)(d)(e)(f) & I will file PROTECTION ORDER/INJUNCTION/CANCELLATION Uses D. No. 2:90-cv-0189S WILSON V. PARAMO Redacted Meal Samples & Forms to I/M's

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)   *NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED*

☒ SENT THROUGH MAIL: ADDRESSED TO: Food Manager, Bradford      DATE MAILED: 9/11/2011

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| R. Lucht | 9/11/11 | | (CIRCLE ONE) (YES)   NO |

| IF FORWARDED TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Food Manager Bradford | 9/11/11 | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Hickson J | 11-4-11 | | 11-4-11 |

Menus are sent to Program office and buildings every Two weeks so there should be a copy you can see. Syurp is one per inmate per food manager. I will make sure you are getting your Butter I will be in contact with the cook to see if the pans that go to the building with butter come back empty.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW  received 11-8-2011

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY. Dissatisfied

CCR# 3050(b)... This in ASU housing shall, upon request be provided a weekly menu "J & 2 Hot meals" CCR# 3050(a)(2), G.P.# 64, XL: B, not given for c/o's stack 18 Food Pans 4 per Pan in Uninsulated Metal carts 2 at & Trays on Top of each other violating a.#(a)(2), XL: F, Hot carts Not used & metal Un Covered serving cart used also, Food served on None-porus Table Health & safety Violation, c/o's serve Food & No Aprons Hats, Gloves as G.P., & 2 Syurp as G.P.! No Butter, Also I was Food & Cook until 5-23-11, & did Meal Sample Forms Sheet 54080 til-1, & requested a Bldg. Request Milk with Breakfast as G.P., & c/o's carry & Food Trays on Local Rock/Food Pans etc etc.

| SIGNATURE: | DATE SUBMITTED: | |
|---|---|---|
| David W. Wilson | 11-9-2011 | To Food Manager |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Exhibit 66

State of California                                    Department of Corrections and Rehabilitation

Memorandum

Date  :     January 19, 2011

To:         All California Department of Corrections and Rehabilitation Staff

Subject:    INMATE APPEALS PROCESS:    INTRODUCTION TO THE INMATE/PAROLEE
            WRITTEN REQUEST PROCESS

New, emergency regulations effective January 28, 2011 improve the submittal and
processing of inmate/parole appeals including the elimination of the informal level of
appeal review. At the same time offenders will have a new option with respect to
making written requests.

New Form Affects All Staff Having Inmate/Parolee Contact

The California Department of Corrections and Rehabilitation (CDCR) Form 22,
Inmate/Parolee Request for Interview, Item or Service (10/09) is intended to facilitate
communication between staff and inmates/parolees by providing offenders a means for
making routine written requests when verbal requests or simple correspondence is
insufficient. This particular form appears in the no carbon required format. It is not an
appeal form, cannot be used in lieu of the approved departmental appeal forms, and
does not serve to stay appeal filing time limits when used by inmates/parolees. The
form will serve to document routine requests for contact, items or services in instances
where such documentation is needed or desired. Since a supervisor's review is
permitted, a completed form that includes both the staff and supervisor's response will
be considered a final *decision* on a matter that may be appealed if the offender is
dissatisfied.

Therefore it is important that responses are timely, professional, informative, and strive
meaningfully to resolve the offender's issue. Staff respondents must clearly document
on the form in the space provided what action was taken and why and then retain a
copy for their records. This will preclude inmates/parolees from modifying responses
on the form after the fact. If there is evidence that the request process is being abused,
such abuse can be documented in this manner. Offenders will also retain a receipt
which documents the submission of their request.

When a CDCR Form 22 is Appropriate

The CDCR Form 22 is intended to enhance communication between inmates/parolees
and staff and need not be used in situations where less formal means including verbal
requests would be more effective and timely. It should not be used in lieu of other
departmentally approved forms with specific intent (such as the CDCR Form 2171,
Priority Library User (PLU) Request and Declaration, to apply for PLU status). Nor
should it be used for matters on which a final decision has already been rendered and
documented on any other departmentally approved request form. However, it can be

All California Department of Corrections and Rehabilitation Staff
Page 2

used whenever an offender has a need to document their request and/or staff response
to a routine matter. Appropriate use of the CDCR 22 includes, but is not limited to, the
following instances and issues:

- Library Access
- Mail Issues
- Trust Account matters
- Living conditions and maintenance
- Recreational and yard issues
- Supply Issues
- Release and Receiving contacts including property and package issues
- Request for Change in Conditions of Parole
- Transfer Requests

Receiving and/or Forwarding the Form

Staff are expected to accept, and if possible, respond to the CDCR Form 22 at the time
it is presented to them unless they are occupied in other duties which require their full
attention. It is important that if the Form 22 is not accepted, the reason for not
accepting it be valid since the form will later be subject to supervisory review and
offenders can file staff complaints on staff who refuse to accept these forms without
good cause. If the inmate/parolee is simply asking that the form be delivered to another
specific staff or unit (e.g., mailroom supervisor, etc.) that is not available to them, any
staff can accept the form, provide the offender the receipt copy and forward the form as
requested. Staff are not expected to accept a form dealing with an issue which they
cannot address and which has not identified another person to whom they can forward
it. In these instances, staff should advise the inmate/parolee to give the form to the
appropriate person or contact their counselor/parole agent/teacher/work supervisor for
assistance in determining where to send the form.

Inmates/parolees are not to submit this form to appeals coordinators, wardens,
captains, or any other office for general distribution or mailing.

How the New Form Works

Since the CDCR Form 22 is a no carbon required form, it has carbon copy pages that
function as receipts. When presented with the form, staff should accept, date, sign it,
and provide the bottom copy to the inmate/parolee as a receipt. For simple requests, it
is preferable for staff to respond immediately, then tear off the pink copy and retain for
their own records. Since this form is used for routine requests, staff is expected to
respond within three working days unless precluded by unusual or exigent
circumstances. Forms received in the mail must be mailed back or hand delivered
within three days of receipt. If the issue is complex and cannot be responded to within
this timeframe, the inmate/parolee should be advised of this in the response and
instructed to submit an appeal on the issue. The inmate/parolee should then attach the
CDCR Form 22 to the appeal when it is submitted to the appeals office.

*Exhibit 66 (3)*

All California Department of Corrections and Rehabilitation Staff
Page 3

If an inmate/parolee files duplicate Form 22s, repeatedly uses the form to raise issues that cannot be addressed by the form, includes uncivil or obscene language or otherwise misuses the form, the abuse should be noted in the staff response section and returned to the inmate/parolee and a copy retained by staff for reference. If the inmate/parolee has not provided sufficient information to describe their request, staff should advise the inmate/parolee in writing on the form that they are not receiving a response and what changes, if any, must be made before they can receive a response to their request.

**Formal Training and Further Information**

Adult Institution and Parole executives and managers are asked to disseminate to staff under their jurisdiction a copy of this memorandum to ensure that all have been alerted to these changes. An acceptable alternative to personal delivery will be posting on all bulletin boards and other places where staff congregate. At a minimum, sharing this information in briefings and general announcements, accompanied by any suitable log notation is expected. A Notice of Change to Regulations (NCR) on this subject will be distributed separately by the Regulations and Policy Management Branch, with the usual posting expectations.

In-Service and On-the-Job Training curriculum on these topics has been designed and the modules distributed to In-Service Training Managers statewide. Consequently, over the course of the next calendar year all field employees with custody and parole responsibilities will receive training and orientation about these matters and proof of practice documentation will be generated. In addition, commencing this January, academy level training will be afforded to new custody and parole employees.

For employees with Intranet access, posted on the Inmate Appeals Branch (IAB) Website are a variety of informational and training aids on these topics. The Intranet address is: http://intranet/ops/ao/ins/ia/Pages/default.aspx.

Wardens, please ensure the videos concerning the emergency inmate/parolee appeal regulations are accessible and readily available for viewing by the offender population at your respective institution.

If you have any questions regarding this matter, please contact Captain Tom Emigh, IAB, at Thomas.Emigh@cdcr.ca.gov or Ellery Kuhn, Staff Services Manager, IAB, at Ellery.Kuhn@cdcr.ca.gov.


GEORGE J. GIURBINO
Director
Division of Adult Institutions

Exhibit PR(107)

Pg-1.08-2

HERE ON 3RD WATCH BUILDING "6" E.O.P INMATES
ARE HAVING NUMEROUS ISSUES WITH THE C.O's
PERFORMING THERE DUTIES ALL OF THIS IS DUE TO
L.T. WILLAMS AND SGT. GUZMAN ALLOWING C.O's
*ARMSTEAD, TIBAYAN, LUCHT, *CANEDO, AND *TYSON TO
DO AS THEY PLEASE. THESE C.O's NAMED ABOVE
ARE WITH HOLDING MAIL, TAMPERING WITH MAIL
BY TEARING OFF RETURN ADDRESS AND REMOVING
THE CONTENTS THERE EVEN SO BUSY GAMBALING IN
THE COMMITTEE ROOM (REVIEW CAMRA ON 9-2-11)
THAT INMATES MAIL WAS NOT PASSED OUT TILL
SATURDAY BY C.O BROWN ON 2ND WATCH C.O TIBAYAN
STATED "WHEN ASKED TO PASS OUT MAIL" I AINT PASSING
OUT SHIT. AND IF YOU HAVE ANYTHING IMA THROW
IT AWAY. YOU GUYS ARE FUKING MY MONEY UP.'
FURTHERMORE MY CELLY (SLEETH J-35005) THEN RECEIVED
A LETTER ON SATURDAY 9-3-11 THE FOLLOWING DAY
WITH THE RETURN ADDRESS REMOVED ALONG WITH
THE CONTENTS. NOW TO ADD TO THIS TOTAL DISREGARD
TO C.O.L.R RULES AN REGULATIONS ALL C.O's
* TYSON TIBAYAN, CANEDO, LUCHT, AND ARMSTEAD INCLUDING
SGT. GUZMAN AND L.T. WILLAMS HAVE TOTAL DISRE-
GARD TO HUMAN LIFE BY STARVING INMATES. CELLS
203, 213, 244 WERE NOT FED. AND EVERYONE OF THE
ABOVE NAMES TURNED THERE FACE THE OTHER WAY
WHEN IT WAS BROUGHT TO THERE ATTENTION NOW MAIL

IS RESEALED WITH TAPE AND SLEETH'S MAIL WAS
LITERALLY REOPENED AFTER BEING TAPED AND THE
CONTENTS REMOVED. ALSO WE ARE NOT ALLOWED T.V'S
OR RADIOES SO ARE ONLY MEANS TO DISTRACK ARE STRESS
DEPRESSION IS TO READ BOOKS WHICH C.O'S ARE
SUPPOSE TO PASS OUT WEEKLY "BUT NEVER DO!" BECAUSE
C.O'S AN SGT. GUZMAN ARE TO BUSY REMOVING A-
SECTION E.O.P T.V./DVD PLAYER AND WATCHING
GAMES AND MOVEES "REVIEW CAMRAS ON 8-20-11 - 8-21-11"
AND MORE THROUGH OUT THE MONTHS INMATES DON'T
EVEN RECEIVE PROPER SUPPLIES TO KEEP/MAINTAIN
CELL LIVING. TO TOP ALL THIS OFF C.O'S HERE ARE
EXTREMELY DISRESPECTFUL AND TELL INMATES WHO ARE
SUICIDLE TO "JUST DO IT" AND WONT PULL'EM OUT
OR TELLING OTHER INMATES THEY ARE CHILDMOLESTERS
AND PUTTING THERE LIFES IN DANGER EVEN WHEN ITS
NOT TRUE ALL C.O'S ARE EXTREMELY RECKLESS WITH
TOTAL DISREGARD FOR HUMAN LIFE MANY INMATES
ATTEMPTED SUICIDE DUE TO ALL THIS MESS TREATMENT
LOOK INTO IT ON 7-7-11 I INMATE Rosales T-63456
HERNANDEZ, AND LABHARA PLUS MORE ALL THIS IS
DOCUMENTED

T-63956
X JEREMY ROSALES

I DECLARE UNDER PERJURY AND PENALTY THAT THE FOREGOING
IS TRUE AND CORRECT.          X Rosales T-63956   P2-6-143
9-4-11

# Affidavit of Statement          Exhibit PR (21)

To whom it may Concern On Tuesday, September 20, 2011, a EOP Webb Inmate Patient in cell #249 yells he want to see a Dr, & Floods his cell in R.J. Donovan 6 Bldg. EOP, & Water runs over tier into cells 148, 149 #146, #145, #144, & into our cells & I/m is placed in Lower C-section showers about 8:30 A.M. & hell yells I took 100 pills & sollowed razor blades.

I/m ask to see Medical staff while Nurse's line is going at C-section by Offices, & Nurse, Durkin is running, I/m Yells I Would like to see a Dr or Medical staff, I sollowed about 100 pills. A C/o J. Rodriguez tells I/m Webb don't worry we'll bury you. And he ask RN Durkin to Help him. Which C/o O. Alvarado responded just do it, do it, go head and get it over with.   The I/m Jonathan Webb is put back in his cell & 10 minutes later we see about four C/o's & Sgt. Guizman run upstairs with Plastic shield.

I/m Webb is brought down stairs by C/o McNamara who has I/m Webbs hand twisted up behind his back and is twisting Webbs hand up & yet! Webb is "not" resisting in any manner at all. At the same time C/o E. Pimentel comes up while C/o McNamara has one twised up behind back & takes other hand & thumb & bends for No reason & walks off. C/o's put Leg restraints on I/m Webb & we see 3 minutes later C/o's Come With Noose from upstairs,

I/m Webb is placed in shower Lower C-section, & Calls to SEE Psy Dr. & his Dr. Williams,

While is shower C/o Alvarado comes to shower & tells we hear for I/m Webb next time Hang himself do not tell anyone just do it. For Over 2 hours about 7 Psy. Drs & 2 LPT's never respond to his request.

The above is given under Penalty of Perjury as true & correct.

| Printed Name | CDC# | Cell# | Date | Signature |
|---|---|---|---|---|
| Rosales | T 63936 | 6-143 | 9-20-11 | Rosl |
| David W. Wilson | K66474 | 6-144L | 9-20-2011 | David W. Wilson |
| Raymond Scott | T25095 | 6-142L | 9-20-2011 | Raymond Scott |

Case 2:90-cv-00520-KJM-SCR   Document 4181-1   Filed 05/09/12   Page 24 of 51

Exhibit PR(23)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) WILSON | (FIRST NAME) DAVID | CDC NUMBER: K-66474 | SIGNATURE: David W. Wilson |
|---|---|---|---|

| HOUSING/BED NUMBER: 2-6-144L | ASSIGNMENT: ASU/EOP | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Request Personal Interview as IM RJD Protection Order DISMISSED Before State Court |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Request Interview & personal response at R. J. Donovan for EOP ASU 6 Bldg. conditions as described in Protection Order of 9-27-2011, & Exhibit's minus Title 15, Exhibit's. The Court denied received 9-29-2011, & dated 9-27-2011, for not paying filing fee $350 In Forma Pauperis. I have Director's Review's 2005, 2010, 2011, & when access to Will filed State Habeas Corpus & no fee required, & Writs of MANDATE. I humbly request intervention before U.S. Dept. of Justice & Chula Vista Grand Jury; & Web/Media.  ✖ —Also I am in state of constant severe anxiety & requested per CCR #3361(b), to Warden, Perremo, & Chief Psychiatrist for 1-on-1 Individual Psychotherapy 2-3 times weekly & sent to NAPA/PATTON/METRO for RJD/CDCR does not offer & under "Coleman" 5 I/m's can go to each Hospital. I am in ASU for fabricate reasons as in U.S.E.D. Court WILSON v. TILTON, No. CIV-07-01192-DADY **PLEASE HELP** Thank you

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)   **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: Chief Deputy Secretary Health Care, Sharen August     DATE MAILED: 10 / 5 /2011

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

THIS IS A MEDICAL ISSUE. AS SUCH, CDCR FORM 7362 MUST BE USED AND THIS REQUEST SHOULD BE REDIRECTED TO THE APPROPRIATE INDIVIDUAL AT R.J. DONOVAN.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL GOLDENROD COPY.

N / A

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

N / A

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME  Wilson

CDC NUMBER  K-66474

HOUSING  2-6-144L

PATIENT SIGNATURE  David H. Wilson

DATE  10-31-2011

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I am in SEVERE Pain & totally incompacitated. Cannot move from bed at times & cannot Walt or Move due to below lower Right back failure & Request MRI for specific Nerve damage. Request crem by my PCP Dr. Camkbull, or M.D., & Renewal Vitamin Chrono for Chelated Minerals & Vitamins denied 4 months & 40 Lb. Weight loss, from denial of Protien Pills in Property & food With held by C/O's. Request No C/O's do Weight check/ Vitals, & for Confidentiality With M.D. P.C. §6330. for taking supplements 33 years

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM       Pain Level 10   & Seen by Clinical Nutritionist

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

Exhibit AS(2)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME DAVID W. WILSON | CDC NUMBER K-66477 | HOUSING 2-6-144 L |
|---|---|---|
| PATIENT SIGNATURE *David W. Wilson* | | DATE 11-10-2011 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Request Egg Crate Mattress & Cervical Pillow to STop back Paralization or allowed to Order for 10-29-2011 until present if sitting, Moving Wrong Way I have Complete Waist below Paralization 10-30 seconds & Cannot Move & Severe SEVERE PAIN to scream, & 11-7-2011, Physical Therapis Dr. Grant Mosenburg Who Previous Helped I called to tell he stated sacroilliac & Nerves into low back is problem, Egg Crate Mattress & Cervical Pillow given 10-20%, CMF-Vacaville for Weight Bar Crushed bone in Neck 1982, & Pain to Sleep is Worst & Guards take extra Clothing to make Pillow to make Pain, Pain Level 10+

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Exhibit MX (2)

TO WHOM IT MAY CONCERN,                    11-29-11

WHILE INCARCERATED AT DONOVAN STATE CORRECTIONAL FACILITY ON NOVEMBER 26TH AT ~~correctional~~ (mjt) APPROXIMATELY 9:30 PM I WAS IN CELL 137 AND MY NEIGHBOR INMATE MCCUTTRY WAS SAYING HE WAS GOING TO CUT HIMSELF BECAUSE WE DO NOT GET MEDICAL SUPPLIES TO CLEAN OUR CELL. SEVERAL OFFICERS WERE AT THE CELL DOOR 136 TELLING INMATE MCCUTTRY TO TAKE THIS COVERS OFF THE WINDOW. I WAS TELLING HIM NOT TO CUT HIMSELF AND TO JUST PUT IT ON PAPER. HE TOLD THE OFFICERS THAT HE WOULD TAKE THE COVERS OFF WHEN SOMEONE GOT CLEANING SUPPLIES AND HE SAID HE HAD NEVER GOT ANY CLEANING SUPPLIES SINCE HE WAS IN THIS BUILDING. AT THAT TIME OFFICER ARMSTEAD CALLED HIM A LIAR AND I TOLD OFFICER ARMSTEAD THAT I HAVE BEEN HERE TWICE AS LONG AS INMATE MCCUTTRY AND I NEVER SAW OR RECEIVED ANY CLEANING SUPPLIES AND I WAS CATHETERS IN THIS DIRTY CELL AND I CURRENTLY HAD

2 STAFF OR MERSA INFECTIONS ON MY FACE (DOCUMENTED ON MY VISIT TO THE DR ON 11-28-11,) C/O ARMSTEAD THEN THREATENED ME AND TOLD ME "SHUT THE FUCK UP LAFOREST OR YOUR NEXT) AT THAT TIME SGT ARTEAGA AND ANOTHER LT. ARRIVED. I INFORMED THEM BOTH THAT C/O ARMSTEAD THREATENED ME AND AT THAT TIME C/O ARMSTEAD CAME TO MY DOOR AND TOLD ME I WAS A PUNK AND I WAS "GOING TO GET IT TOMORROW". (THIS WAS DONE IN THE PRESENCE OF SGT ARTEAGA AND THE LT. THE LT SPENT ABOUT 15 MINUTES TRYING TO TALK WITH INMATE MC MUNTRY TO NO AVAIL. AT THAT TIME THE LT. TURNED TO C/O ARMSTEAD AND TOLD HIM TO "HANDLE IT." THE SGT AND THE LT. WALKED TOWARDS THE OFFICE AND THE CELL EXTRACTION COMMENCED. C/O ARMSTEAD HAD HIS BATON OUT AND WAS 4TH INSIDE. I HEARD THROUGH MY VENT A BUNCH OF HITTING AND

SIDE 2
OVER

SCUFFELING AND I HEARD INMATE MCMURTRY SAY "OK YOU
GOT ME IM NOT RESISTING" 7 THEN HEARD THE HANDCUFFS
BEING PUT ON HIM THEN C/O ARMSTED SAID IS HE CUFFED
AND ANOTHER C/O SAID YEAH HES GOOD TO GO" THEN # I
HEARD A LOUD BANG ON THE TOILET ON A KICKER AND C/O
ARMSTED SAID SOMETHING TO THIS EFFECT OF I CANT GET
HIM, MOVE HIM OUT THEN I HEARD C/O ARMSTED SAY THIS
IS FOR CALLING ME A PUNK THEN I HEARD INMATE MCMURTRY CRY
OUT THEN TH TOILET GOT HIT AND C/O ARMSTED SAID SHUT
MOVE HIM OUT AND I HEARD HIM CALL MCMURTRY A PUNK AND
I HEARD HIM CRY OUT 2 MORE TIMES THEN THE TOILET GOT
HIT AGAIN. THIS WHOLE TIME THE BUTTON FOR THE ALARM
WAS NOT PUSHED AND NOTHING WAS RECORDED. I HEARD
INMATE MCMURTRY CRYING AND SAYING PLEASE YOU WON
JUST PLEASE let ME WALK OUT LIFE A MAN. I PROMISE
I WONT TELL ANYONE YOU BEAT ME UP. THEY TOOK THE INMATE
OUT AND TO A CAGE AND THEN THEY PUSHED THE PANIC
BUTTON.

   THIS WAS NOT RECORDED
   THE ALARM WAS NOT PUSHED TILL IT WAS OVER
   THE SGT AND LT WALKED AWAY
   INMATE WAS CUFFED AND BEATEN


ON 11-28-11 I TOLD EVERYTHING TO DR BIZIO IN
MY GROUP AND I ASKED HIM TO GET T SGT. THAT NIGHT
I WAS CALLED TO THE OFFICE AND STATED ALL OF THIS ABOVE
TO THE SGT AND LT. ON 3RD WATCH WHICH BEING VIDEOTAPED
BEFORE I WENT INSIDE THE OFFICE C/O ARMSTED TRIED TO
INTIMIDATE ME FROM TESTIFYING IN FRONT OF THE LT
OFFICE. WHEN I FINISHED TAPING, THE LT TOLD ME THAT
WE WERE ONLY HERE TO TALK ABOUT C/O ARMSTED THREATENING
TO KILL ME. I TOLD THEM THAT I WANTED TO DOCUMENT
HIS AGGRESSIVE BEHAVIOR AND THREATS BUT HE NEVER THREATENED

Exhibit MX(2)a

to kill me. I told them that I was mostly there to make a claim of misuse of force against C/O Armstead and to document his threat in case of retaliation. At that time the LT refused to tape me about my claim of use of excessive force, battery on an inmate and assault on an inmate. I told him specifically that I was a witness to C/O Armstead beating an inmate after he was subdued and cuffed and I am making a claim against C/O Armstead for misuse of force. This LT refused to take my statement. The next day I saw inmate McCurry with what appeared to be a broken hand which would be concurrent with someone hitting your hands with a baton while your hands are cuffed behind your back.

I certify that the above statement is true and correct under penalty of perjury.

Matthew Laforest

MATTHEW LAFOREST
F-69723  2-6-137
P.O. Box 799002
San Diego, CA
          92179

E-mail  AHORA007@Hotmail.com
        AHORA007@MSN.com
        AHORA007MGL@GMAIL.com

Exhibit MX

In re: MCMURTRY v. RJDCF ; (Ad-seg Custody ; Medical STAFF)

I ▓▓ THE UNDERSIGNED HEREBY DECLARES:

On Wednesday, Nov. 16, 2011 during case manager's Segal's (Psychologist) group, I inmate McMurtry #H-34280 ; Cell b-130- did tell Dr. Segal repeatedly that I cut myself recently and felt like cutting myself again. I further told Dr. Segal that a Psych Doctor had ordered me Risperdal mediction fourteen days previous and had not recieved it yet. Additionally, McMurtry (I) told Dr. Segal if I didn't recieve help soon I would surely cut myself again.

Dr. Segal replied "I'll look into your mediction, but as far as you cutting yourself you're going to do what you want to do." Dr. Segal saw me cutting myself stating "Be careful that you don't bleed out... hah!, hah!.") (Dr. Segal laughed and made jokes about me cutting myself

On Thursday Nov. 17, 2011, I told the psych tech at approx. 0900 hours that I was suicidal and was going to cut myself if I wasn't taken out of the cell immediately. She stated "I have a hundred other inmates to see to... you're just going to have to wait." she continued to do her psych rounds and left McMURTRY (I) to cut myself.

Subsequently, I screamed "man down" and cut myself repeatedly for about 6 hours, Lt. Rink came and observed me cutting myself and told me "We're going to come and get you and fuck you up like last time."

I screamed man down for hours and several c/o's - Russell, Alverado, Brown, Dr. Segal, Lt. Rink, ; Sgt. Guzman all come to my cell several times yet refused to give me medical attention or extract me so I could stop cutting myself.

( Continued )                OVER →

Page 2 of 2

Declaration

There existed 2 vast puddles of blood seeping from under the front of my door.

Further, multiple strips of blood soaked sheets I used to soak my wound was visible outside the front of my cell door.

Further, my window was saturated with a large quantity of blood.

C/O Alvarado even stated at one point "Yeah, that is a lot of real blood." Despite this no medical attention was given McMurtry, Nor, was any attempts made to halt him from cutting ~~those~~ myself.

I DECLARE UNDER PENALTY OF PERJURY THAT The foregoing is True And Correct
Executed at San Diego CA. on 5-28-11
McMurtry, Charley #H-34380   6-136

·· · ε.ε.

Affidavit of Statement                 Exhibit TA

**#1**

To Whom it May Concern on Wednesday, November 23, 2011, my neighbor in Cell # B-6-143, G. Sleeth, J35005, AKA 'Cisco' ask 2nd Watch Sgt. Hispanic/Mexican gentleman about 1:00 p.m. after asking C/o's for 2 days for "Indigent Envelopes"(5) five per week, & the Sgt. Stated; "Thats 3rd Watch" I/m Sleeth stated; "No, C/o Brown does it 2nd Watch & She has 'not' passed them out in two (2) weeks," & 3rd Watch C/o's Armstead; Tyson; Cancodo; Carrion are tampering with my Mail & losing, destroying outgoing & incoming, & Why I need Envelopes & to write friends & Gov't officials, & now Courts of this.

The above is given as True and Correct under penalty of perjury

| David W. Wilson | K66474 | B-6-144L | 11-23-2011 | | David W. Wilson |
| Dossmott Blevins | F50795 | B-6-142L | 11-29-2011 | | Blevins |

**#2**        Affidavit of Statement

On November 23, 2011, at about 2:30 p.m. I seen & heard a C/o Stop at Cell #B-6-143L, & say Sleeth are you in there, & why are you boarded up/Window covered. C/o J. Cancodo came again about 3:30 & ask "hey! Sleeth Whats going on," I I/m Wilson stated; "he want speak to me & he talked to 2nd Watch Sgt. about getting his Indigent Envelopes." C/o left & came back with Sgt. Tamios. Sgt. Tamios "ask Sleeth Whats the problem," I/m Sleeth stated; "I'm tired of these 3rd Watch C/o's playing with my Mail & I only have few left & need my Indigent Envelopes & have not received in 2 weeks, The Sgt. Stated; "Take down the Window coverings," & Sleeth replied 'No' not until I get my Envelopes." The Sgt. left & Came back with about 6 C/o's & 7 Bldg. Sgt. Wall & Other staff around. The Sgt. Stated; "Final Warning Take down the Covering & Cuff up." I/m Sleeth complied & C/o's Yanked Cell door open for something held door.

**#3** I seen C/o Armstead grab I/m Sleeth handcuffed & Yank Sleeth to the Floor & Sleeth 'Not' resisting & Other staff held Shield on Sleeth's upper body & by hands on shoulder. During this time & for five (minutes) C/o Armstead was applying **excessive force** his Knee on Sleeth's head & Neck smiling & using his **weight** to apply **pressure**." I/m Sleeth was put in Leg Restraints & taken away.    ✳

**#5** After Sleeths removal, I seen & or heard Sgt. Tamis say; "Throw all his stuff away, he's on management Status." C/o Armstead went in cell & threw out all personal property & put in Trash all except Knee brace & Pillow & Mattress.

**#6** About four (4) hours later C/o Carrion was Bagging trash up & Sleeth was brought back to cell, & ask for his Bible, Books, C/o Carrion was throwing away, & C/o gave him, I/m Sleeth ask for his Toothpaste, Deodorant, Food, Pictures, Phone Book, Ink pens, Stamps & Books almost complete, & C/o Carrion Stated; "It's not in this trash," About 30 minutes later I/m Sleeth Called Lt. C/t. Franco to cell & requested his property as Lt. told give back.

I State Under Penalty of Perjury I seen or heard above at #1, #2, #3, #4, #5, #6, & given as True & Correct.

| Printed Name | CDC# | Cell# | Date | #'s Witness | Signature |
|---|---|---|---|---|---|
| David W. Wilson | K66474 | B-6-144L | 11-23-2011 | 1,2,3,4,5,6 | David W. Wilson |
| Dossmith A. Blevins | F50795 | 8-6-142L | 11-28-2011 | 1,2,3,5,6 | D.A. Blevins |
| Mike M. Tchell | D41946 | 2-6-140 | 11-29-11 | 5,6 | Mike |
| Larry Reel | J-79542 | B-6-138L | 11-29-11 | 123,56 | Larry Reel |
| George Green | V-40273 | B-6-138U | 11-29-11 | 12,4,5,6 | George Green |
| David Dunkl | V35395 | B6-132L | 12-2-11 | 123856 | David Dunkl |

avid W. Wilson, K66474

5P-LAc, A4-#115

4750 60th Street West

ancaster, CA 93536

September, 16, 2008

o: INSPECTOR GENERAL, D. F. SHAW

P.O. Box 348780, Sacramento, CA 95834-8780

: Request Investigation Preventable "Suicide Death" I/M Sprinkle A4-#121, 9-16-08, For "5th Attempt"
No Suicide Prevention Within 5 Days & No Mental 5-Step-Down & CTC CSP-LAC Inadequate
Follow-Up Prognosis Causing Excessive Ad-Seg Suicide's & Requesting Closing EOP No Treatment & Budget

- David W. Wilson, K66474, state as true & correct under penalty of perjury 9-16-2008, While
in cell A4#115, I looked out my cell about 10:00 A.M. & seen about 4 c/o's standing around I/M Sprinkle's
cell #A4#121, about 25 feet away, Which c/o's looked for about 2 minutes, then called for back up,
& Officer Went & got plastic shield & 3 more c/o's came. They rushed in cell & brought out
I/M Sprinkle With shield pressing him to ground & draging by hands, Which once outside cell
I/M Sprinkle Was not moving & leg chains & handcuffs applied. then Officer's stood around
2 minutes, & then attempted to slap & revive I/M Sprinkle. 2 more minutes a c/o applied chest
pressing for CPR 2 more minutes & Nurse shows up & place Oxygen mask over face & c/o
continues CPR 5 minutes later Wheel Gurney is brought & I/M Sprinkle taken away Dead, hung
himself after telling Dr. he would & c/o's gave sheets again.

   About 9-13-2008, I/M Sprinkle had broke window, "No" safety glass, & used to cut himself &
I could see blood on cell Wall enterance & he was removed.

   About 9-12-2008, 3rd Watch I/M Sprinkle Was draged out cell Unconscious & after 5
minutes c/o's standing around & slaping to revibe, Nurse came smelling salts & then Blood
pressure machine & sticking to get response. I/M Sprinkle Was revibed & taken away.

   About 9-11-2008, & about 9-10-2008, I/M Sprinkle Was carried from cell, Which is
Enhanced Out Patient (EOP) Administrative Segregation (Ad-Seg) Suicide cell Which I/M Sprink
had been placed in California State Prison Los Angeles County, for purpose to be monitored.

1.  Here at CSP-LAC Ad-seg Inmate/Patients are sent to (CTC) crisis Center & sent back in 3
days to Ad-seg to react/rehang themselves & sent back to (CTC) & sent back to Ad-seg, over
& Over & "Not" as other prisons, 5-Day-Step-Down & No continual monitoring, & many times
Guards & Nurse's Will decide Whether it's suicide & the Psy. staff do not follow up survelance.

2.  I can give name's of Inmate's Who this has happen to, Which this along With other
Non-Theraputic Mental treatment for Group Therapy, "No" Library, "No" Televisions/Radios as other
Ad-Segs, & along With denial of medical proper treatment is reason not just Ad-Seg but main
line EOP program of assaults by staff is Why Request closing EOP & for Budget relief

27.   Please forward Copy I/M Sprinkle's Family, Thank You check CTC & A4 Records,

   David W. Wilson, David W. Wilson K66474, A4 #115

Exhibit LH(x) 2

1  David W. Wilson, K66474
2  R. J. Donovan, B-1-141 L
3  480 Alta Road
   San Diego, CA 92179
4      In Pro Per Paralegal
5
6
7
8      IN THE SUPERIOR COURT OF CALIFORNIA
9         FOR THE COUNTY OF SAN DIEGO
10            CHULA VISTA SOUTH COUNTY
11
12  In re DAVID W. WILSON  /  No. 37-2011-00080105-CU-WM-SC
13  vs. Director, GEORGE J. Giuribino,  /  Judge Kenneth J. Medel, in Dept. S-07
                                           ORDER TO SHOW CAUSE AND
14  on Writ of Mandate  /  RESPOND California Code of Civil
15                          Procedure §1088.5; §1089.5
16
17  PETITIONER DAVID W. WILSON, in compliance to Courts Reassignment
18  attached dated: 2/25/2012, received 3/27/2012, due to out To Court
19  resubmitts motion of March 25, 2012, for;
20  Courts ORDER for Respondents to answer or otherwise respond to
21  Writ of Mandate above en-titled, as first two (2) pages filed date:
22  December 22, 2011, and attached Proof of Service show Respondents
23  served December 18, 2011, a complete copy and Exhibits, which the
24  Petitioner sent copy attached Request acceptance Completed Form
25  CM-010, For Complex Evidence on January 9, 2012, filed by Court January
26  12, 2012, and Respondents served.
27      Petitioner has not received No response from Respondents and
28  and there is No settlement Offered or will be accepted.

1

1   Therefore hereto attached is 'copy' of complete Writ of Mandate
2 and 'all' Exhibit's for Court to serve Respondents. For when
3 Out to Court at CSP-Sacramento, the Administration Segregation
4 Unit allows Televisions in Unit, and **Exhibit SAC 1,** Canteen List
5 sells TV Cables, splitters, for that ASU Would allow Petitioner
6 his Television as all Inmate's in ASU, and given Educational
7 Opportunities on TV as General Population, for 'NO' recreational
8 reading Books given Out routinely at R.J.Donovan ASU 6 Bldg.
9   The Petitioner in ASU almost nine (9) months, 70 Lbs
10 lost, denied to adequate Medical Dr's is in pain, severe cold and
11 suffering physically, mentally, having 'not' been Outdoors 9 months
12 for this is done in Underwear even in 'Rain,' and fabricated
13 disciplinary Charges DISMISSED almost 2 months ago, **Exhibit's**
14 **AA(33)U, AA(33)U1,** at **AA(33)U2,** and 602 grievance for Release,
15 **Exhibit AA(35), (35)a,** is screened/Barred by Appeals Coordinator, R.
16 Cobb for FALSE Rejection, **Exhibit AA(35)c,** denying Chief Appeals, **Exhibit AA(36).**
17 **Exhibit AA(38),** 114-D, Lock-Up Order denied Due Process of Witnesses
18 for Lieutenant, Allamby Captain (A)cting concocted Original Lock-UP,
19 disciplinary, Informants, e.g., Enemy not meeting (DOM)61020.3.4,
20 .8, .9, Reliability of Source who self-incriminated in DISMISSED,
21 **Exhibit AA(33)U2,** where the Witnesses requested not listed/
22 denied as Questions for Lock-UP, **Exhibit's AA(38)1, (38)2,** and
23 next day another 114-D, **Exhibit AA(41),** denying Questions, **Exhibit**
24 **AA(40)3,** at Committee 3/29/2012, Associate Warden, Hernandez & Lt/Captain, A.Allamby
25 told, **Exhibit AA(43),** conflict & to transfer in retaliation 602, court actions
26 to deny food, Clothing, Psy., Medical, Books, sensory deprivation
27 of "Television" for educational, rehabilation programs, & A.W., listed.
28   Therefore to prevent degredation, atypical significant

1  hardship in day to day living relief must be given, and show
2  cause should be granted for above Enhanced Out Patients and
3  CCCMS Mental inmate's "Group Class" at RJD 6, 7, Bldg's.
4      Requested pursuant California Code of Civil Procedure
5  § 1088.5, § 1089.5, the Respondents must respond within
6  30 days.
7  Dated: _April 3, 2012_____ ,
8                              Respectfully submitted
9                              David W. Wilson
10                             David W. Willson
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

iii

<u>PROOF OF SERVICE BY MAIL</u>

STATE OF CALIFORNIA    )
                     ) SS
COUNTY OF  SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, David W. Wilson am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action.   My address is listed below.

On April 3, 2012, I served the following documents:

ORDER TO SHOW CAUSE AND RESPOND California Code Of Civil Procedure § 1088.5; § 1089.5

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

CHULA VISTA SUPERIOR COURT
SOUTH BAY REGIONAL CENTER
500 3rd Avenue
Chula Vista, CA 91910-5694

R.J. Donovan
Warden, Daniel Paramo
480 Alta Vista Road
San Diego, CA 92179

OFFICE OF ATTORNEY GENERAL
110 West "A" street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

Director of Adult Institutions
George J. Giurbino
1515 "S" street
P.O. Box 942883
Sacramento, CA 94283-0001

UNITED STATES ATTORNEY GENERAL
Eric Holder
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on April , 2012

David W. Wilson

David W. Wilson, K66474
R.J. Donovan, B-6-141 L
P.O. Box 799002, 480 Alta Road
San Diego, CA   92179-900

Pursuant to the holding of the United States Supreme Court in <u>Houston v. Lack</u> 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

# CALIFORNIA STATE PRISON - SACRAMENTO
## ADMINISTRATIVE SEGREGATION UNIT
## CANTEEN LIST & ORDER FORM

Exhibit SAC 1

| ORDER | LIMIT | ITEM DESCRIPTION | PRICE | ORDER | LIMIT | ITEM DESCRIPTION | PRICE |
|---|---|---|---|---|---|---|---|
| | 20 | US Postage Stamps | 0.44 | | 2 | Folgers Coffee, 8 oz. | 7.25 |
| | 20 | US Post Stamps (Postcards) | 0.29 | | 2 | Mojoe Coffee, 6oz. | 5.40 |
| | 40 | Envelopes, Business | 0.03 | | | Soups, Beef | 0.25 |
| | | Envelopes, Manila, 9 x 12" | 0.15 | | | Soups, Chili | 0.25 |
| | | Paper, Tablet, Lined, 8½ x 11" | 0.80 | | | Soups, Chicken | 0.25 |
| | | Paper, Legal, 28 Line, 8½ x 11" | 0.10 | | | Instant Oatmeal, 10 Pack | 2.50 |
| | | Postcards, Folsom | 0.30 | | | BBQ Chips, 8oz. | 1.90 |
| | 1 | Dictionary, Webster's | 3.55 | | | Chili Cheese Corn Chips, 12 oz | 1.85 |
| | 1 | Wash Cloth | 0.45 | | | Nacho Tortilla Chips, 16 oz. | 2.50 |
| | 2 | AquaFresh Sensitive 5.6 oz. | 3.75 | | | Pork Rinds, 5 oz. | 1.85 |
| | 2 | Tooth Paste, Colgate 4.2 oz. | 2.40 | | | Chocolate Chip Cookies, 12 oz. | 1.20 |
| | 2 | Jergens Bar Soap | 0.50 | | | Raspberry Shortbread Cookies, 8oz | 1.25 |
| | 1 | Suave Shampoo, 15 oz. | 1.75 | | | Chocolate Creme Cookies, 5 oz. | 0.60 |
| | 1 | Mennen Speed Stick, Anti-per. 3 oz | 2.90 | | | Snack Crackers. 16 oz | 2.50 |
| | 1 | Mennen Speed Stick, Active Fresh 3 oz | 2.90 | | | Refried Beans, Spicy, 12 oz | 1.75 |
| | 1 | Shower Shoes | 1.00 | | | Peanut Butter Wafers | 2.20 |
| | 1 | Generic Effergrip Cream (2.5 oz) | 3.40 | | 1 | Salt & Pepper Shakers | 1.80 |
| | 1 | Denture Cleaner (40 tabs) | 2.90 | | 3 | Swiss Rolls | 1.90 |
| | | | | | 2 | M-O-M Marshmellow Mateys, 19 oz | 4.50 |
| | | | | | 10 | Cool Raspberry Drink Mix | 0.55 |
| | | AUDIO/VIDEO SUPPLIES | | | 1 | Tea Bags | 2.25 |
| | 1 | TV Cable | 2.10 | | | Nutrageous | 0.95 |
| | 1 | TV Cable Splitter | 2.00 | | | Caramel Twix Candy bar | 0.85 |
| | 1 | Male Splice | 1.75 | | | Milky Way Candy Bar | 0.85 |
| | 1 | Earbud Headphones | 3.25 | | | Snickers Candy Bar | 0.85 |
| | | | | | | Hershey, Almond (3.5 oz) | 1.65 |
| | | | | | | Hershey, Plain (3.5 oz) | 1.65 |
| | | | | | 1 | Multiple Vitamins | 3.50 |
| | 5 | GREETING CARDS | 0.60 | | 1 | Sugar Substitute (w/Aspartame) | 1.50 |

Age:  1-10 yrs.   11-15 yrs.   16-19 yrs.   20+ yrs. (denotes the age of the person the greeting card is for)
MALE          FEMALE              BIRTHDAY          THINKING OF YOU

This is the ASU Canteen List and Order Form.  This list is designed to meet the security needs
of this unit by reducing the introduction of contraband and weapon stock.  Canteen ducats must be turned in
Friday prior to your draw.  In ordering any food items, I hereby absolve California State Prison - Sacramento
staff and the institution of any responsibility for the condition of the above items due to them being repackaged.

*D. LAGUNA*

Facility Captain (A)
Administrative Segregation Unit

NOTE: Due to repackaging the following items are limited to:

A combined total of 5 bags of chips.
A combined total of 5 bags of cookies.
A combined total of 72 soups.
A combined total of 2 toothpastes.
A combined total of 1 deodorant.
You may only order a combined total of
5 of the following items:
Snack crackers
Refried Beans
Peanut Butter Wafers

*All prices are subject to change.*

NAME: _____     CDC#: _____     CELL NUMBER:_____
Rev. (January 20, 2011)

CDC 804 A RECORDS DEPARTMENT

Exhibit AA(33)0

received 2-12-2012
c/o Wright

STATE OF CALIFORNIA
**RULES VIOLATION REPORT**                     MHSDS: EOP      GPL: 16.2      DEPARTMENT OF CORRECTIONS

| DC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| K-66474 | WILSON, D. | (BLK) | | KJDCF | FA-1-140L | F1-11-4279 |

| VIOLATED RULE NO(S). | | SPECIFIC ACTS | | LOCATION | DATE | TIME |
|---|---|---|---|---|---|---|
| 3005(c): FORCE & VIOLENCE | | THREAT TO ASSAULT AN INMATE | | F1 HU #1 | 12/20/11 | 0900 |

CIRCUMSTANCES   Ordered re-issued/ re-heard on 12/20/11 by CDO(A) E.KOEN based on appeal
#RJD-B-11-00727.

On Tuesday, 7/26/11, at approximately 0900 hours, an investigation was completed regarding
an anonymous note that you, Inmate WILSON, K-66474, F1-1-140L, was the author of this
anonymous note threatening to assault Inmate SAMUELS, K-61962, FA-1-239L.

### THE CIRCUMSTANCES OF THE EVENT ARE AS FOLLOWS:

On Thursday, 7/7/11, at approximately 0900 hours, while performing my duties as FA Program
Sergeant. Information was received that you, I/M WILSON, K-66474, FA-1-140L, was the
author of an anonymous note during 1st Watch indicating that you were to scald and slice
I/M SAMUELS, K-61962, FA-1-239L, if he was not removed from F1 Yard General Population
(Refer to 1030/CONFIDENTIAL INFORMATION DISCLOSURE FORM). Therefore, I/M WILSON was placed
in Administrative Segregation Unit pending investigation with regard to this matter.

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | | ASSIGNMENT | RDO'S |
|---|---|---|---|---|---|
| B.KIRBY Jr., Correctional Sergeant | | 10/21/2011 | | F1 PROG. SGT. | W/T |

| VIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | | |
|---|---|---|---|---|---|
| A.ALLANDY., Correctional Lieutenant | | DATE | | LOC. | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | | M.F.STEELE., ALPHA FAC. CAPTAIN | ☐ HO  ☑ SHO  ☐ SC  ☐ FC | |
| SERIOUS | F | 12-31-11 | | | |

| COPIES GIVEN INMATE BEFORE HEARING | | | | | |
|---|---|---|---|---|---|
| CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | |
| | ▶ | | | | |
| INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
| | ▶ | | | ▶ | | |

HEARING

See Attached

REFERRED TO  ☐ CLASSIFICATION     ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | | SIGNATURE | | DATE | TIME |
|---|---|---|---|---|---|
| | | ▶ | | | |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE | |
| | | ▶ | | | |
| COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | | | DATE | TIME |
| | ▶ | | | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C

PAGE    1    OF    2

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-66474 | WILSON, D. | F1-11-429R | RJDCF | 02-07-12 |

☐ SUPPLEMENTAL ☒ CONTINUATION OF: ☐ CIRCUMSTANCES ☒ HEARING ☐ INVESTIGATIVE EMPLOYEE ☐ STAFF ASSISTANT ☐ OTHER:

PLEA: Not Guilty                    FINDINGS: Not Guilty

On February 7, 2012, at approximately 0925 hours, Inmate WILSON made a personal appearance before this Senior Hearing Official (SHO), Correctional Lieutenant D. ARGUILEZ, for the purpose of adjudicating this Rules Violation Report. Inmate WILSON stated he was in good health.

The CDC-115 reflects that Inmate WILSON received a copy of the following documentation more than twenty-four (24) hours prior to this hearing:

- CDC 115 Description of Circumstances
- CDC 115-A
- Investigative Employee's Report
- CDCR 115 MH
- Modification Order

**EFFECTIVE COMMUNICATION:** These reports as well as the disciplinary charge of Threat to Assault an Inmate were reviewed with Inmate WILSON during the hearing. Inmate WILSON is able to understand and effectively articulates both the nature of the charge(s) and the disciplinary process. This was determined by allowing Inmate WILSON to read the RVR, and then verbally articulate the charge. Inmate WILSON stated he understood and was prepared to begin. Inmate WILSON has a record of a 10.2 GPL on file.

**MENTAL HEALTH ASSESSMENT:** Inmate WILSON is a participant in the Mental Health Delivery System at the Enhanced Outpatient level of care. SHO notes that the described behavior of Inmate WILSON did not appear unusual, uncharacteristic or bizarre. A mental health assessment was completed by Dr. Loebenstein on 1/13/12 and a copy was issued to Inmate WILSON on 1/18/12.

**DISTRICT ATTORNEY REFERRAL:** This matter was not reviewed for possible referral to the District Attorney or criminal prosecution.

**DUE PROCESS:** The RVR was served within fifteen (15) days of discovery. The hearing was not held within thirty (30) days of service. Time constraints have not been met. There are due process violations which will preclude any forfeiture of behavioral credits.

**STAFF ASSISTANT:** A Staff Assistant was assigned, in accordance with CCR 3315(d)(2)(A). Officer Balitang met with Inmate WILSON more than 24 hours prior to the hearing.

**INVESTIGATIVE EMPLOYEE:** Officer Griffis was assigned as the Investigative Employee on 12/28/11. Officer Griffis met with Inmate WILSON on 12/28/11 and Inmate WILSON was provided a copy of the Investigative Employee's Report on 1/18/12, more than 24 hours prior to the hearing.

**CHARGES:** The Rules Violation Report (RVR), CDC-115, charges Inmate WILSON with a violation of California Code of Regulations (CCR), Title 15, Section 3005 (d) Force or Violence. The specific act charges Inmate WILSON with Threat to Assault an Inmate.

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| D. ARGUILEZ, Correctional Lieutenant | 02/07/12 |

| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | | 2/10/12 | 1300 |

DC 115-C (5/95)

Exhibit AA (33)02

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C

PAGE   2   OF   2

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|------------|---------------|------------|-------------|--------------|
| K-66474 | WILSON, D. | F1-11-429R | RJDCF | 02-07-12 |

☐ SUPPLEMENTAL ☒ CONTINUATION OF ☐ CIRCUMSTANCES ☒ HEARING ☐ INVESTIGATIVE EMPLOYEE ☐ STAFF ASSISTANT ☐ OTHER

CCR Section 3005 (d)(1) Force or Violence states: Inmates shall not willfully commit or assist another person in the commission of an assault or battery to any person or persons, nor attempt or threaten the use of force or violence upon another person.

PLEA/STATEMENT: The charges contained in the RVR were read aloud to WILSON who entered a plea of Not Guilty stating, "I didn't threaten anybody."

WITNESS(ES): Inmate WILSON was advised he may request witnesses for this hearing. No witnesses were requested for this hearing.

FINDINGS: Inmate WILSON is being found 'Not Guilty' of Threat to Assault an Inmate. SHO's finding is based on the following evidence:

. SHO notes that this RVR was ordered to be Reissued and Reheard based on Appeal Log # RJD-B-11-00727. Specifically, upon review of the appeal it was noted that Inmate WILSON was not issued a CDCR-1030 (Confidential Disclosure Form) prior to the adjudication of the original RVR (F1-11-429). SHO notes that Inmate WILSON was not issued a CDCR-1030 prior to the hearing of F1-11-429R. SHO finds no exceptional circumstances exist to explain why Inmate WILSON was not provided with a CDCR-1030. In the Interest of Justice, SHO elects to dismiss the RVR.

DISPOSITION: Found 'Not Guilty' of a Division E Offense. The charges are DISMISSED.

APPEAL RIGHTS: Upon receipt of this document, Inmate WILSON has been apprised of the above findings and his right to appeal this decision per CCR Section 3084. Inmate WILSON is further advised that he would receive a completed copy of this Rules Violation Report upon find audit by the Chief Disciplinary Officer (CDO).

| SIGNATURE OF WRITER | | DATE SIGNED |
|---------------------|--|-------------|
| D. ARGUILEZ / Correctional Lieutenant | | 02/07/12 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| | 2/12/12 | 1:300 |

☐ COPY OF CDC 115-C GIVEN TO INMATE

C 115-C (5/95)

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**   **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): WILSON DAVID | CDC Number: K-66474 | Unit/Cell Number: B-6-144 L | Assignment: ASU/EOP |
|---|---|---|---|

**State briefly the subject of your appeal** (Example: damaged TV, job removal, etc.): REMOVAL CDC-128-B DISMISSED RVR #FI-11-429R, & Removal Fabricated Enemies to transfer from 60/020 Ancillary

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): CONTINUED 602-A
I am appealing DISMISSAL to CDC-128 B, per Title 15 #3326(d), for RVR 3 pages & Reissued 2 pages, that GA-22, of 12-28-2011, requested witnesses including Sgt. Ormohandro & Captain, Steele, Yet! 9 pages Witnesses given attached & in last page

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): CONTINUED 602-A
Release from ASU & CDC-128 B, removed from C-File, & any alleged enemy removed from 8/2. If not let any or all be held accountable to Courts for degradation of Title 15 #3004(b),(c), #3321(b)(1), (b)(3)(A),(c)(3), (d)(1),(2)(3); DOM 60/020 34, .5, .9, 9.1,

**Supporting Documents:** Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
Final DISMISSAL; Reissued 115 & Supplements; GA-22 for Witnesses; Witnesses Responses; Original 602 copy at Director; DOM 61020

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: _David W. Wilson_   Date Submitted: 2-13-2012
☐ **By placing my initials in this box, I waive my right to receive an interview.**

RECEIVED
FEB 14 2012
RJDCF APPEALS
S5 R4
12-SH
A/P

---

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached?   ☒ Yes   ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction) Date: MAR 08 2012   Date:_____  Date:_____  Date:_____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.
Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

| | AC Use Only<br>Date mailed/delivered to appellant ____ / ____ / ____ |
|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | | Category: |
|---|---|---|---|---|---|
| | | | | **FOR STAFF USE ONLY** | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded.**    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): WILSON   DAVID | CDC Number: K-66477 | Unit/Cell Number: B-6-144 L | Assignment: ASU/EOP |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** DISPOSITION has "No witnesses
were requested." And although DISMISSED this issue at Director's Review on the
original CDC 115 for ancillary Enemies/confidential informants created &
manufactured, & any alleged concocted enemy pursuant attached DOM 61020
6 pages given by Office of Administrative Law, at DOM 61020.3.4, VERIFICATION
AND DOCUMENTATION OF ENEMY INFORMATION, the "Staff" believe likely to do
mortal or serious Injury one to the Other. I/m who claim enemy are to provide Info
sufficient, I contend that staff who authorized at DOM 61020.7 page 5, the
812, for enemy is a staff member I had U.S.E.A. Court ruling No. Civ-1192-GEA-
PAD-P, on No. against & I have Filed STAFF complaint against & the reporting
employee is in retaliation to 602 appeals I filed violating Title 15 #3084.1(d),
reprisals & if alleged enemy/informant did at DOM 61020.9.1 CONFIDENTIAL
MATERIAL/RELIABILITY OF SOURCE, incriminated themselves previous on
1030 & now DISMISSED, then enemy/informant is unreliable at page 8
DOM, & I should not be transferred based on staff or committee involved
in conspiracy/fabrication, as at California Court of Appeals, Division 1, &
for enemy/informant to do In camera Interview with Judge, & compensate.
I request release for No enemy for 2 years at A-Fac, & removal of CDC-128B
& review of staff documenting any enemy & said enemy for threat self-implicated.

Inmate/Parolee Signature: David W. Wilson        Date Submitted:
2-13-2012

**B. Continuation of CDCR 602, Section B only (Action requested):** Penal Code's §§ 21a, § 182.(a)(5), § 134, § 136(ii), § 118.1,
§ 2600, § 6102; 1st, 6th, 8th, 14th Amendment. Will seek damages at Liability, Obligation, Detriment,
Future Detriment, Exemplary, Emotional Distress, Mental Anguish, at Individual & Official
Capacities for enemy/informant self-incriminated original 115 Dispo, part C, thereby meeting
Ponte v. Real, 105 S. ct. 2192, 471 U.S. 491 (1985) at 2205 In Camera Interview with Judge;
Burnsworth v. Gunderson, 179 F.3d 771, 772, 774 (9th Cir. 1999) No evidence to support 115 of escape;
Zimmerlee v. Keeney, 831 F.2d 183 (9th Cir. 1987); Cato v. Rushen, 824 F.2d 703 (9th Cir. 1987) hearsay
uncorroborated statement of informant had no first hand knowledge prisoner's involvement;
See In re Jackson, 43 Cal. 3d 501 [233 Cal. Rptr.] (1987) DUE PROCESS & Untruthfulness;
In re Estrada, 47 Cal. App. 4th 1688 [55 Cal. Rptr. 2d 506] (1996) record allows court
to review determination.
C.C. Cal. Court of Appeals Div. 1, on 2-8-2012, PETITION FOR REVIEW "Amend"

Inmate/Parolee Signature: David W. Wilson        Date Submitted: 2-13-2012

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

*Exhibit AA (35)*

*Received 3-27-2012*

RE: Screening at the FIRST Level

*March 13, 2012*

**WILSON, K66474**
*FOLSOM*

SEGREGATION HEARINGS, ASU Placement, 02/14/2011
Log Number: RJD-B-
(Note: Log numbers are not assigned to screen out appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(4). Your appeal contains threatening, obscene, demeaning, or abusive language.*

*Pursuant to CCR 3084.4 you are advised that this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead to your being placed on appeal restriction as described in CCR 3084.4(g).*

R. Cobb
Appeals Coordinator
Richard J. Donovan Correctional Facility

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.




**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

*received 2-15-2012*

February 9, 2012

WILSON, DAVID, K66474
Richard J. Donovan Correctional Facility
at Rock Mountain
P.O. Box 799006
San Diego, CA 92179-9005

RE: TLR# 1107746    RJD-11-00727    DISCIPLINARY

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(11). The issue under appeal has been resolved at a previous level.

Your Rules Violation Report (RVR) was ordered reissued and reheard. If you have a new issue after the rehearing, you need to submit a new appeal.

D. FOSTON, Chief
Office of Appeals

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

STATE OF CALIFORNIA
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev. 10/98)

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - INSTITUTION NEEDS |
| BLUE - INMATE (2ND COPY) | PINK - INSTITUTION NEEDS |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER |
|---|---|
| WILSON, DAVID | K-66474 |

## REASON(S) FOR PLACEMENT  *(PART A)*

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY     [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On Friday, March 16, 2012, Inmate Wilson, D., K-66474, are being placed in the Administrative Segregation Unit (ASU), based on the following reason(s):  On Friday, March 16, 2012 you arrived at the RJDCF's Receiving and Release via CDC Bus Schedule C as an Out to Court Return.  A review of the Strategic Offenders Management System (SOMS) was conducted and it was discovered that your current custody level is MAX-S. Further review also indicated that you left the RJDCF on 2/21/12, from the ASU.  Your Central File was not available for further review of your case factors.  Based on the aforementioned, your presence in the General Population is deemed a threat to the safety and security of this institution.  You will remain in the ASU pending administrative review for more appropriate housing and program needs.
MHSDS: EOP          TABE: NTR

| [ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) | [ ] IF CONFIDENTIAL INFORMATION USED, DATE INMATE RECEIVED | | /   / |
|---|---|---|---|
| DATE OF ASU PLACEMENT 03/16/12 | SEGREGATION AUTHORITY'S PRINTED NAME D. ARGUILEZ | SIGNATURE | TITLE CORR. LT. |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
| [ ] INMATE REFUSED TO SIGN | | INMATE SIGNATURE | | CDC NUMBER |

## ADMINISTRATIVE REVIEW *(PART B)*
*The following to be completed during the administrative review by Captain or higher on the first working day following placement*

| STAFF ASSISTANT (SA) IS THIS INMATE: | | | | INVESTIGATIVE EMPLOYEE (IE) | | |
|---|---|---|---|---|---|---|
| ILLITERATE? | YES [ ] | NO [ ] | | ASU FOR NONDISCIPLINARY REASONS | YES [ ] | NO [ ] |
| NOT FLUENT IN ENGLISH? | YES [ ] | NO [ ] | | EVIDENCE COLLECTION NECESSARY | YES [ ] | NO [ ] |
| UNABLE TO COMPREHEND ISSUES? | YES [ ] | NO [ ] | | WITNESSES REQUESTED | YES [ ] | NO [ ] |
| IN THE MHSDS? | YES [ ] | NO [ ] | | INMATE REQUESTS ASSIGNMENT OF IE | YES [ ] | NO [ ] |
| DDP, OR DPP  WHICH REQUIRES SA ASSIGNMENT? | YES [ ] | N/A [ ] | | DECLINED FIRST IE | YES [ ] | N/A [ ] |
| DECLINING FIRST STAFF ASSISTANT ASSIG | YES [ ] | N/A [ ] | | | | |
| Any "YES" requires SA assignment | | [ ] NOT ASSIGNED | | Any "YES" *may* require IE assignment | | [ ] NOT ASSIGNED |
| STAFF ASSISTANT'S NAME | | TITLE | | INVESTIGATIVE EMPLOYEE'S NAME | | TITLE |

## WITNESSES REQUESTED FOR ICC HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

| **INMATE WAIVERS** | [ ] | INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME |
|---|---|---|
| INMATE SIGNATURE | | DATE |

| **DECISION:** [ ] RELEASE TO UNIT/FACILITY _____ | [ ] RETAIN PENDING ICC REVIEW | [ ] DOUBLE CELL | [ ] SINGLE CELL PENDING ICC |
|---|---|---|---|
| REASON FOR DECISION: | | | |

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | REVIEW DATE | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE | |
|---|---|---|---|---|---|
| ASSOCIATE WARDEN'S PRINTED NAME (if necessary - same date of review) | | ASSOCIATE WARDEN'S CO-SIGNATURE | | | DATE OF REVIEW |

**See Chronological Classification Review document (CDC 128-G) for specific hearing information**

Copy 2 of 2  Day 1

Exhibit A A (38) 1

David W. Wilson, K66474
3-18-2012 & 3-20-2012

Questions For 114-D, Investigative Employee In Writing
For Witnesses & Documentary Evidence Pursuant Title 15
#3337(b), Given To Captain Next Day For Title 15 #3338 (f),(g),(h) &(i),
For ICC Review Witnesses & Statements; Wright v. Enomoto, 462 F.
Supp. 397 (1976); Wright v. Rushen, 642 F.2d 1129 (1981) at VI. 3. & 4. Release 12 months,
6.

## Witness #1 Lieutenant, A. Allamby

?1. Lt., Allamby did you author CDC 1030, July 21, 2011, for Confidential Informants/Enemies
violating DOM 61020.3.4 VERIFICATION & DOCUMENTATION OF ENEMY, for No likely mortal
injury to one or other in retaliation I/m Wilson, K66474 letter to Warden, Neotti 6/23/2010
you prepared FALSE Documents, for 114-D, 3/16/2012, & 3/20/2012.

?2. Lt., Allamby did you author 114-D, Lock-Up to I/m Wilson, K66474, 7-7-2011, With P.C. 8219, specific
Intent for fabricated CDC Form 812 INFO 7/26/2011, for Enemies Violating DOM 61020.3 Critical
CASE INFO SAFETY OF PERSONS to transfer in retaliation to Wilson's PRELIMINARY INJUNCTION
against RJD/CDCR Where you Chaired Ucc Wilson's 3/22/2011, & Not listed, Count U.S.E.D. No. CIV-S-
01192-GEB-DAD, for 114-D, 3/16/2012, & 3/20/2012.

?3. Lt., Allamby did you author CDC Form 812, 7/26/2011, & subsequent CDC 115 #FI-11-479 as Reviewer
as DISMISSED Reheard in retaliation 602 #RJD-1-1-00089, MAC Recall & given Old MAC Office e.g. Lt's
Lt's office & created Informant/Enemies With MAC chairman Raymond Solis Violating DOM 61020.7
CDC 812 IDENTIFICATION METHODS for source "Self-Admission"manufactured & No threat to I/M.

?4. Lt., Allamby did you receive Drugs, cash, or deposits in Family accounts by Mexican I/m Gang or
Confidential Informant/Enemy concocted for I/m Wilson's RECALL MAC or 602's Race Discrimination
RJD-10-0826 & RJD-10-1222, & is this why CDC Form 812, 7/26/2011, to Wilson & NOT meeting DOM
61020.8 Confidential Material Criteria, & 61020.9.1 CONFIDENTIAL MATERIAL/RELIABILITY OF SOURCE;
Title 15 #3321(b)(1), (b)(3)(A), (c)(3), (d)(1),(2),(3), for Original CDC 115 #FI-11-479R, DISMISSED threat &
your source self-incriminated himself & you, for 114-D, 3/16/2012, & 3/20/2012.

?5. Lt., Allamby on 7/26/2011, When you authored CDC 812 to I/m Wilson for Informants/Enemies
Were you under influence of Drugs or Alcohol & Will you take Atomic Mass spectograph
Hair test to prove not influenced Now & for Court, & 114-D, 3/16/2012, & 3/20/2012

?6. Lt., Allamby Will you take polygraph examination per DOM 14030.5, any I/m, Parotee,
employee under investigation may request; Title 15 #3293(g)(1), for 114-D, 3/16/2012, & 3/20/2012

?7. Lt., Allamby Will you give In Camera Interview With Judge & outside agency for
Info on I/m Wilson & 114-D, 3/16/2012, & 3/20/2012.

CONTINUED Page 2

Page 2

Exhibit AA(38)2
David W. Wilson, K66474
3-18-2012 & 3/20/2012

Questions For 114-D, I.E.

## Witness #2 Captain, Karen Reid

?1. Captain, Reid on 10/14/2011, did you sit in with captain, Steele for 114-D, hearing for New Lock-up for DISMISSED CDC 115#F1-11-479R, for alleged threat & enemies given in retaliation Wilson, K66474, PRELIMINARY INJUNCTION against ucc 3/22/2011, you let Lt., Allamby chair to transfer Wilson & Lt., Allamby NOT listed & U.S. E.D. Court, No., CIV-S-01192-GEB-DAD, ORDERED response including you not do 114-D, Ucc, Icc, 602's for 114-D 3/16/2012, & 3/20/2012.

?2. Captain, Reid on 10/20/2011, did you as C&PR at Icc I/m Wilson, K66474 participate in FALSE CDC 128-G, & confirm SHU Term for DISMISSED CDC 115#F1-11-479R, in retaliation & participation Lt, Allambys fabricated CDC 1030 & 812 to transfer for 602 RJD-11-259 speake to your actions as to Court & why you as C&PR endorsed transfer for reprisal, & 114-D, 3/16/2012, & 3/20/2012.

?3. Captain, Reid on 12/22/2011, did you as C&PR at Icc I/m Wilson, K66474, participate for the purpose to claim enemy concerns Reissued now DISMISSED CDC 115#F1-11-479R, in retaliation False ucc 128-G, 3/22/2011, & Court ORDER & 602 RJD-10-0826, Race discrimination & why you allowed fabricated CDC 812 for transfer purposes, & 114-D, 3/16/12, & 3/20/2012.

?4. Captain, Reid has Mexican I/m Gang provided you cash, Drugs, Alcohol, Cigaretts, or deposits in Family accounts for Code of Silence & Race discrimination & is this why you acquiescence Informants e.g. Enemy to transfer I/m Wilson, K66474, with out meeting Dom 61020.9.1 RELIABILITY OF SOURCE & participated in manufactured threat DISMISSED yet! Enemy self-incriminated, & 114-D, 3/16/2012, & 3/20/2012

?5. Captain, Reid will you take Atomic Mass Spectrograph Hair test to show you were not Under influence of Drugs & Alcohol for committees 3/22/2011, 10/20/2011, 12/22/2011, & now & for Court, & 114-D, 3/16/2012, & 3/20/2012.

?6. Captain, Reid will you take pollygraph examination per Dom 14030.5, any I/m, parolee, employee under investigation may request; Title 15#3293(a)(1), for 114-D, 3/16/2012, & 3/20/2012.

?7. Captain, Reid will you give In Camera Interview with Judge & outside agency for Info on I/m Wilson, & 114-D, 3/16/2012, & 3/20/2012.

CONTINUED Page 3

Exhibit AA (4) 3

David W. Wilson, K66474
3-20-2012

Questions For 114-D, I.E.

## Witness #3  CCII(A)cting, R. Olivarria

?1. CCII(A), Olivarria did you use P.C. §21g, Specific Intent When you authored 114-D, to I/m Wilson, K66474, dated 3/19/2012, Yet! received 3/20/2012, & Where you aware of Violating Penal Code §132 Ante Dating & Article-22 Employee Discipline Matrix E, 7) Falsification or making intentionally misleading statements in official reports or records, Penalty Level 9 Dismissal, 114-D 3/19/12.

?2. CCII(A), Olivarria did you Ante Date 114-D, 3/19/2012, received 3/20/2012 in P.C, §182.(a)(5) Conspiracy With Captain, Reid & Lt., A.Allamby for Questions given Captain, Reid 3/19/2012, had her as Witness & Allamby as Witness 1 effort to not respond & coordinated effort to prohibit the reporting of misconduct, Article-22, section B. 5)  Penalty Level 9 Dismissal, for 114-D, 3/19/12,

?3. CCII(A), Olivarria Was your intent to add "Safety Concerns at Fac. A," part of Article-22, Section B. 2) Intimidation, threats, or coercion or act of retaliation toward I/m Wilson, K66474, for bringing to "light" Mexican/Hispanic 70% Staff RJD & gerrmandering African Americans/Blacks out of Jobs I/m's & Staff by Mexican I/m Gangs & Drugs, Cash, for 114-D, 3/19/2012.

?4. CCII(A) Olivarria have you received Cash, Drugs or deposits in Family accounts by Mexican I/m Gang or from MAC chairman, Informants/Enemies fabricated to I/m Wilson, & Why you manufactured safety concerns not meeting DOM 61020.3:4, VERIFICATION & DOCUMENTATION of ENEMY, for there is No likey mortal injury to one or other, for 114-D, 3/19/12.

?5. CCII(A) Olivarria did you Check CDC 812 Info 7/26/2011, by Lt., Allamby concocted in reprisal 602, & Court ORDER & DISMISSED CDC 115# FI-11479R, & Enemy NOT meeting DOM 61020.3 CRITICAL CASE INFO SAFETY OF PERSONS, & DOM 61020.7 IDENTIFICATION METHODS for Source for "Self-Admission" Manufactured & No threat for CDC 115 DISMISSED, for 114-D, 3/19/2012.

?6. CCII(A) Olivarria When you authored 114-P, 3/19/2012, were you under influence of Drugs or Alcohol & Will you take Atomic Mass Spectorgraph Hair test to prove not influenced now & to Court for 114-D, 3/19/2012.

?7. CCII(A), Olivarria Will you take polygraph examination per DOM 14030:5, any I/m, parolee, employee may request; Title 15 #3293.(a)(1), for 114-D, 3/19/2012,

?8. CCII(A), Olivarria Will you give In Camera Interview with Judge & outside agency for Info on I/m Wilson, & 114-D, 3/19/2012.

attend the funeral shall be governed by CDC's needs. Claims for overtime and/or travel expenses are not authorized.

**31090.10    Attendance At Funeral Of Outside Law Enforcement Or Public Official:**

Staff may attend on state time, and with the use of a state vehicle, the funeral of a public official or law enforcement official from an outside agency with the advance authorization of the hiring authority. Prior approval of the hiring authority is also required for any claims of overtime and/or travel expenses.

**31090.11    Attendance at Funeral Of a Co-Worker's Family Member**

Staff who wishes to attend the funeral of a co-worker's relative may do so with the prior approval of their supervisor, on a case-by-case basis. Claims for overtime and/or any expenses are not authorized.

**31090.12    When An Employee's Death Is Imminent**

If any active employee has five or more years of state service or qualifies for retirement and his/her death is imminent, personnel staff shall contact PERS Benefits Services Division, Ombudsman, (916) 326-3216, immediately. The PERS staff will expedite the retirement processing and explain the best options to the family.

**31090.13    Return of Personal Property**

The CDC representative shall be responsible for ensuring the return of all personal property to the survivors. The deceased employee's desk, locker, bulletin boards, office space and other appropriate areas should be inspected for any personal items. The CDC representative shall discuss with the hiring authority the appropriate disposition of any material that may be embarrassing or painful to the family.

**31090.14    Return of State-Issued Property**

The CDC representative shall be responsible for the collection and inventory of the deceased employee's state-issued property. Permission shall be obtained from the family to remove state-issued property from the deceased's residence. If the deceased lived alone, the person identified on the Emergency Notification Form shall be contacted to obtain permission to remove state property from the deceased employee's residence.

If the family refuses to relinquish state property, the hiring authority shall determine appropriate recovery efforts.

**31090.15    Long Term Family Support**

The responsibility of CDC to the family does not end at the funeral. CDC staff shall remain sensitive to the needs of the family and provide necessary follow-up and long term support.

**31090.16    Revisions**

The Deputy Director, ASD, or designee, shall ensure that the content of this section is accurate and current.

**31090.17    References**

GC §§ 11030.1; 12479; 13959-13974.1; 19859.3; and 21490-21635.

LC, Article 4, §§ 4700-4702, Death Benefits.

Public Safety Officers Benefit Program Act of 1976, and as amended.

Law Enforcement Officers' Information Guide for Federal Benefits (under 5 USC 8101, et seq., as extended by 5 USC 8191, et seq.).

SAM §§ 0772, 2580.2, 8477.1-8477.26, 8477.3-8477.32

DPA, §§ 599.636, 599.636.1 and 599.506.

DOM §§ 33010 and 33020.

U.S. Department of Justice, 1996 Pamphlet 564/49109 (CA721 & CA722).

Personnel Action Manual Section 6.9, Personnel Action.

PERS Benefits Booklets: Benefits for State Industrial Members; Benefits for State Safety Members; and Benefits for State Peace Officers/Firefighters.

PERS Retirement System Booklet: Beneficiary Designations and Election and Survivor Benefits.

PERS Circular Letters regarding the death of an employee are available through PERS, Letters No. 400-533, dated: 06/20/93 and 400-021, dated: 07/26/93.

SPB, Personnel Transactions Manual, Sections 590-594, Death, provides information regarding lump sum payment.

DPA Compensation Plus booklet provides a summary of primary benefits for managerial, supervisory and confidential employees and provides some information on employee death.



**ARTICLE 10 — CONFLICT OF INTEREST**

*Effective February 13, 1990*

**31100.1    Policy**

Employees and appointed officials of the Department, PIA, PIB, and NAEA shall neither make nor participate in making governmental decisions which may affect their own economic interests.

**31100.2    Purpose**

This section specifies the requirements and categories for disclosure of economic interests and identifies those positions within the Department, PIA, PIB, and NAEA which are subject to the disclosure requirements.

**31100.4    Responsibility**

Incumbents of designated positions, based on the assigned category, shall complete and file with their local personnel office a Statement of Economic Interest, STD Form 730 .

The local personnel office shall forward these forms to the Filing Officer - the Deputy Director, ASD, Central Office.

The Filing Officer or designee shall:

- After retaining a copy, forward the original statements of the following persons to the Fair Political Practices Commission:

  - Director of Corrections.
  - Members of boards and commissions.
  - Members and Administrative Officer of NAEA.
  - PIB members.

- Retain the original statements of all other employees for public inspection.

**31100.5    Submittal of Statement of Economic Interest**

All incumbents of current designated positions shall file annual statements no later than April 1 each year for the preceding calendar year.

Incumbents of positions which become designated by an amendment of the conflict of Interest Code shall file initial statements within 30 days after the effective date of the amendment.

Persons who are appointed (from an open or promotional employment list or by transfer, reinstatement, demotion, or any other means) to designated positions shall file assuming office statements as follows:

- Within 30 days of the date of nomination or effective date of appointment if subject to State Senate confirmation; or

- Within 30 days of the effective date of appointment to any other designated position.

**Leaving Office Statement**

Each person who leaves a designated position shall file a leaving office statement within 30 days after leaving.

**311000.6    Disqualification**

**Self- Disqualification**

Persons in designated positions shall disqualify themselves from making, participating in, or influencing any decisions which foreseeably have material financial effect on any of the following:

OVER — SIDE 2 →

- A business entity in which an investment of more than $1,000 is held or in which the person is a director, partner, officer, trustee, employee, supervisor, or manager.

- An interest of more than $1,000 in real property.

- A source of income of $250 or more in value received by or provided or promised to the person within 12 months prior to the decision.

**Exception**

No person in a designated position shall be prevented from making or participating in any decision if the participation is legally required for the decision to be made.

The fact that the vote of a person who is on a voting body is needed to break a tie does not make the participation legally required for purposes of this section.

### 31100.7    Manner of Disqualification

In the case of a person who is the head of an agency, this determination and disclosure shall be made in writing to the appointing authority.

When a person in a designated position determines that he or she should not make a governmental decision because of an economic interest, the determination not to act shall be accompanied by disclosure of the economic interest.

**Head of Agency Board/Commission Members**

If the person is a board or commission member, the determination and disclosure shall be entered into the official record at the meeting during which consideration of the decision takes place.

**Other Persons**

In the case of other persons, this determination and disclosure shall be made in writing to the person's supervisor.

- Upon receipt of the determination and disclosure, the supervisor shall immediately reassign the matter to another person.

- After reassignment of the matter, the supervisor shall forward the determination and disclosure with a notation of the reassignment to the local personnel office for forwarding to the Filing Officer.

### 31100.8    Revisions

The Deputy Director, ASD or designee shall ensure that the content of this section is accurate and current.

### 31100.9    References

CCR (2) § 18730.

GC § 81000 et. seq

CCR (15) (3) § 3416.

### ARTICLE 11 — SMOKING – NONSMOKING

*Revised December 9, 1994*

### 31110.    Policy

To provide a healthful, comfortable, and productive work environment for employees, The Director has prohibited cigarette, cigar, and pipe smoking in all Department facilities (including headquarters, facilities, camps, parole regions, etc.) except for in designated areas. In all cases, the right of a nonsmoker to protect their health and comfort shall take precedence over another employee's desire to smoke.

### 31110.1    Purpose

This section designates smoking and nonsmoking areas--to maximize the amount of smoke-free work environment for all employees.

### 31110.2    Responsibility

All employees shall:

- Adhere to and enforce this policy.

- Respect the rights of employees who wish to smoke.

- Respect the rights of employees who object to smoking in the work area.

- Attempt to resolve disagreements informally.

- Bring to the attention of the appropriate supervisor any conflicts which cannot be resolved informally.

Hiring authorities shall establish local smoking policies which are consistent with the provisions in all this section and the Governor's Executive Order D-62-87. Smoking in all Department facilities shall be limited as much as possible.

### 31110.4    Definition

"Smoking" means inhaling, exhaling, burning, or carrying any lighted cigarette, cigar, pipe, or other lighted smoking equipment (paraphernalia) for tobacco or any other plant.

### 31110.5    Smoke Breaks

Time taken away from an employee's work station shall not exceed the total time an employee is otherwise authorized to take for rest periods. Smoke breaks are in lieu of regular breaks or rest periods and shall be permitted at the discretion of the supervisor.

### 31110.6    Smoking Areas

Designated smoking areas are the following:

- Outside (open air) areas.

- State vehicles, unless passenger(s) express a displeasure.

- At facilities, inmate housing areas are exempt from this policy and smoking is permitted.

- Cafeterias and break rooms with a capacity of 100 people or more may contain a designated smoking area if it can be accomplished without interfering with the health and comfort of nonsmoking employees.

### 31110.7    Nonsmoking Areas

Smoking is prohibited throughout the headquarters interior walls at all times whether it be before, during, or after regular working hours. This includes private offices, hallways, stairways, lobbies, elevators, restrooms, conference rooms, supply/equipment rooms, individual work areas, reception, and break areas.

Designated nonsmoking areas at other Department facilities include, but may not be limited to, the following.

- Any area in which a fire or safety hazard exists.

- Most common areas including, but not limited to, elevators, stairwells, waiting rooms, libraries, copier rooms, mail rooms, auditoriums, reception areas, lounges, and restrooms.

- Conference rooms and classrooms.

- Computer, production, and manufacturing areas.

- Areas where smokers and nonsmokers work together (e.g., open space offices).

- Cafeterias and break rooms with a capacity of less than 100 people.

- Reception areas in parole offices.

The facility administrator shall designate individual areas as nonsmoking to comply with the Department's smoking/nonsmoking policy if circumstances create a need for further direction.

### 31110.8    Assistance for Smokers

The Department urges smokers to contact the local chapter of the American Lung Association for more information about smoking cessation programs. These programs provide for a supportive environment in which employees can quit smoking through education. The Department's Health and Safety Office shall periodically distribute helpful literature for those interested in such programs. Additional information can be obtained from the departmental EAP Coordinator, headquarters.

### 31110.9    Violations

Resolution of any disagreement on behalf of an employee may be pursued through the Department's complaint process. Refer to the applicable