MICHAEL JAMES HICKS
B-80852
P.O. BOX 7500
CRESCENT CITY, CA 95532
IN PRO SE

FILED
MAY 11 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> MICHAEL JAMES HICKS, PLAINTIFF <br><br> A COLEMAN CLASS MEMBER <br> IN PRO SE | CASE NO. 2:90 CV 00520 LKK-JFM <br><br> MOTION FOR INJUNCTIVE RELIEF |

PLAINTIFF MICHAEL JAMES HICKS, IN HIS OWN BEHALF AS A COLEMAN CLASS MEMBER COMES BEFORE THIS COURT SEEKING INJUNCTIVE RELIEF TO OBTAIN PSYCHIATRIC TREATMENT SPECIFICALLY TARGETED TO TREAT HIS SEXUAL DISORDER, WHICH RENDERS HIM TO BE SUICIDAL, SUFFER SUICIDAL IDEATION AND ENGAGE IN ACTS OF SELF MUTILATION TO RELIEVE SYMPTOMS.

INJUNCTIVE RELIEF IS REQUESTED BASE UPON BOTH THE DMH AND CDCR HAVE REFUSED TO PROVIDE THE REQUESTED TREATMENT. PLAINTIFF WAS AT SALINAS VALLEY PSYCHIATRIC PROGRAM WHEN HE FILED AN INMATE APPEAL. THOSE OFFICIALS CLAIMED THAT SVP TREATMENT WAS OBTAINED THROUGH CDCR AND THE COURT. THE CDCR CLAIMS THAT THE TREATMENT IS OBTAINED THROUGH DMH. AND IN THE MEANTIME PLAINTIFF WAS DISCHARGED AND RETURNED TO THE CDCR. (SEE EXHIBIT A).

PLAINTIFF REQUEST OF THE COURT THAT HE BE EXAMINED BY THE SPECIAL MASTER'S EXPERT PSYCHIATRIST FOR DIAGNOSIS AND TREATMENT/PLACEMENT CONSIDERATION.

RESPECTFULLY SUBMITTED:   Michael James Hicks
                          IN PRO SE

VERIFICATION

I, MICHAEL JAMES HICKS, DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: MAY 7, 2012     Michael James Hicks
                       IN PRO SE

# EXHIBIT A

3.

**NON EMERGENCY**
INMATE/PAROLEE HEALTH CARE
APPEAL FORM
CDCR 602-HC (6/08)

PRISON HEALTH CARE SERVICES

Side 1

Location: Institution/Parole Region: 1. SVSP-HC  2. ___
Log#: 1. 11045676  2. ___
Category: 1. ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. This form shall be used when the policy, action or decision being appealed involves health care services (medical, dental, or mental health services). You must first informally seek relief through discussion with the appropriate staff member or by utilizing the health care services processes at your institution. If you are not satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Health Care Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly

NAME: HICKS, MICHAEL J.
NUMBER: B-80852
ASSIGNMENT: SUPP
UNIT/ROOM NUMBER: D6-108

A. Describe Problem: I AM A NEW ARRIVAL TO S.U.P.P. FROM PBSP/PSU. I WAS REFERRED TO DMH FOR SUICIDAL IDEATION. I HAVE A MOOD DISORDER AND AM SCHIZO AFFECTIVE-BIPOLAR. I ALSO HAVE A SEVER SEXUAL SADISM DISORDER. THE COMBINATION OF THESE FACTORS CAUSE ME TO WANT TO HARM MYSELF AND OTHERS AND DESPARE OF MY LIFE. THOUGH I AM NOT SUICIDAL. I WISH I WAS DEAD. I FEEL LIKE THIS ON A DAILY BASIS. I HAVE A LIFE SENTENCE, WITH NO FAMILY. I'M HIGH FUNCTIONING AND FEEL THAT S.U.P.P. HAS LITTLE TO OFFER ME AS AN
If you need more space, attach one additional sheet. "EDUCATIONAL" TREATMENT MODEL (GROUPS).

B. Action Requested: THAT MY CASE BE REVIEWED BY DMH HEADQUARTERS FOR ALTERNATE PLACEMENT WHERE I CAN RECIEVE EXTENSIVE ONE-ONE WITH FOCUS ON SVP COPING SKILLS AS WELL AS SELF WORTH.

Inmate/Parolee Signature: Michael Hicks    Date Submitted: 10-15-11

C. INFORMAL LEVEL (Date Received ___)
Staff Response: BYPASS

Staff Signature: ___   Date Returned to Inmate: ___

D. FORMAL LEVEL.
If you are dissatisfied, explain below, attach supporting documents (Health Care Service Request Form, CDC 7362, Comprehensive Accommodation Chrono, CDC 7410, Trust Account Statement, etc.) and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response.

Signature: ___   Date Submitted: ___

[Stamps: RECEIVED OCT 24 2011 HC APPEALS 1st; COMPLETED NOV - 7 2011 HC APPEALS; SVSP MEDICAL APPEALS RECEIVED NOV 10 2011 2nd; COMPLETED NOV 16 2011 HC APPEALS 2nd]

CDCR Appeal Number: ___

4.

| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|
| INMATE/PAROLEE HEALTH CARE APPEAL FORM | PRISON HEALTH CARE SERVICES |
| CDCR 602-HC (6/08) | Side 2 |

**FIRST LEVEL:**  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days):  Date assigned: 10/24/11   Due Date: 12/7/11

Interviewed by   T. FAINA, SRMTA-P

See attached

Staff Signature: T. FAINA, SRMTA-P    Title: _____    Date: 11/2/11

Division Head Approval Staff Signature: _____    Title: H&C    Date Returned to Inmate: 11/7/11

F. If dissatisfied explain reasons for requesting a Second Level Review, and submit for processing to the Health Care Appeals coordinator at your location within 15 days of receipt of response:

DISSATISFIED: MR. FAINA'S REVIEW MISSES THE CORE OF MY COMPLAINT. I HAVE A ILLNESS THAT CAUSES ME TO WANT TO HURT OR KILL MYSELF. I SEEK 1:1 TREATMENT FROM A CLINICIAN QUALIFIED TO TREAT SVP DISORDERS. TREATMENT IS NOT AVAILABLE WITHIN CDCR AND NOT HERE AT S.V.R.R. AS A §2684 I SEEK TO GO WHERE THERE ARE PEOPLE WHO KNOW HOW TO TREAT ME.

Signature: Michael Ricks    Date Submitted: 11-9-11

**SECOND LEVEL:**  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned: 11/10/11   Due Date: 12/27/11

Signature: T. FAINA, SRMTA-P    Date Submitted: 11/16/11

Health Care Services Hiring Authority Signature: X _____    Title: CLINICAL ADMINISTRATOR    Date Returned to Inmate: 11/17/11

H. If dissatisfied, add data of reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

THE ABOVE IS A ABUSE OF DISCRETION. DMH IS NOT PROCEEDING AS REQUIRED BY LAW IN THAT THE LOWER DECISION'S ARE NOT SUPPORTED BY THE FINDINGS WITHIN THE APPEAL OR THE FINDING'S ARE NOT SUPPORTED BY THE EVIDENCE. INCARCERATION IN A MENTAL HOSPITAL WITHOUT PROPER TREATMENT IN THAT MY DISORDER CAUSES A SERIOUS THREAT OF SUICIDE AND SUBSTANTIAL RISK OF SERIOUS HARM CONSTITUTES CRUEL AND UNUSUAL TREATMENT.

Signature: Michael Ricks    Date Submitted: 11-22-11

For the Director's Review of health Care Issues, submit all documents to: Office of Third Level Appeals - Health Care, P.O. Box 4038, Sacramento, CA 95812-4038

**DIRECTOR'S ACTION:**  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____
☒ See Attached Letter    Date: FEB 28 2012

[Stamps: OTLA-HC NOV 30 2011; OTLA-HC COMPLETED FEB 28 2012]

5.

 

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

## Institution Response for First Level HC Appeal

**Date:** 11/7/2011

**To:** Hicks, Michael (B80852)
D 006 1108001LP
Salinas Valley State Prison-DMH
P. O. Box 1020
Soledad, CA 93960-1020

**Tracking/Log #:** SVSP HC 11045676

### Appeal Issues:
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 10/24/2011, you indicated:

| Issue Type | Action Requested | Disposition |
|---|---|---|
| **Issue 1:** Disagreement with Treatment (Psychiatrist) | Request that your case be reviewed by DMH headquarters for alternative placement where you can receive extensive one on one with focus on SVP coping skills as well as self worth | |

### Interview:
You were interviewed by T. Faina SrMTA-P on 11/2/11 in D6 regarding this appeal

A review of the Test of Adult Basic Education (TABE) list reveals the appellant has no score available and the Disability and Effective Communication System (DECS) reveals the appellant does not have a physical impairment that would limit effective communication. Therefore, the appellant's unknown TABE level was taken into consideration. Appellant was able to understand the questions asked of him and provide appropriate responses to achieve effective communication.

During the interview, you were afforded the opportunity to further explain your appeal issue and to provide any supporting evidence or documents.

### Response:
The first level reviewer determined that your request "That my case be reviewed by DMH Headquarters for alternate placement where I can receive extensive one on one with focus on Sexually Violent Predator coping skills as well as self worth." is denied. Only the courts can classify sexually violent predators. If you are designated as a sexually violent predator per the courts and CDCR, then you can appeal to the courts for treatment. If you are under the custody and control of CDCR at the time that you are court ordered to attend sexually violent predator treatment, then it would fall under CDCR jurisdiction to address your placement at that time.
Salinas Valley Psychiatric Program is not a treatment program for sexually violent predators. Salinas Valley Psychiatric Program is an Intermediate Care Facility treating Axis 1 serious mental disorders. You were admitted to SVPP on October 11, 2011 with an Axis 1 diagnosis of Mood Disorder NOS, and you are currently receiving treatment for this diagnosis.

A review of your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.

**Appeal Decision:** Denied

*[signature]*
R. Dosange
Health Program Coordinator

 

# HEALTH CARE SERVICES

## Institution Response for Second Level HC Appeal

**Date:** 11/16/2011

**To:** Hicks, Michael (B-80852)
D 006 1108001LP
Salinas Valley State Prison-DMH
P. O. Box 1020
Soledad, CA 93960-1020

**Tracking/Log #:**   SVSP HC 11045676

### Appeal Issues:
In your CDCR-602HC Inmate/Parolee Health Care Appeal Form received on 11/10/2011, you indicated:

| Issue Type | Action Requested | Disposition |
|---|---|---|
| **Issue 1:** Disagreement with Treatment (Psychiatrist) | Request that your case be reviewed by DMH headquarters for alternative placement where you can receive extensive one on one treatment with focus on SVP coping skills as well as self worth | |

### Interview:
You were interviewed at the First Level Review by T. Faina SrMTA-P on 11/7/11 in D6 regarding this appeal.

A review of the Test of Adult Basic Education (TABE) list reveals the appellant has no score available and the Disability and Effective Communication System (DECS) reveals the appellant does not have a physical impairment that would limit effective communication. Therefore, the appellant's unknown TABE level was taken into consideration. Appellant was able to understand the questions asked of him and provide appropriate responses to achieve effective communication.

During the interview, you were afforded the opportunity to further explain your appeal issue and to provide any supporting evidence or documents.

### Second Level Response:
The first level reviewer determined your request "That my case be reviewed by DMH Headquarters for alternate placement where I can receive extensive one on one with focus on SVP coping skills as well as self worth" was denied. At the First Level Review (FLR) you responded that the FLR "misses the core of your complaint. That you have an illness that causes you to want to hurt or kill yourself, and that you seek 1:1 treatment from a clinician qualified to treat SVP disorders. As per PC 2684 I seek to go where there are people who know how to treat me." is denied. Again a review of your inpatient DMH mental health records indicates that you are in fact receiving therapeutic treatment for your Axis 1 diagnosis of Mood Disorder NOS. Per PC 2684 it falls under the jurisdiction of the Director of Corrections and the Courts to determine your placement in a program to treat Sexually Violent Predators. It is beyond the scope of a Second Level Review to grant your appeal.

8.

M Hicks (B80852)
SVSP HC 11045676
Page 2 of 2

A review of your appeal with attachment(s), Unit Health Record (UHR), and all pertinent departmental policies and procedures were reviewed.
Penal Code 2684
Penal Code 1168
Penal Code 646.9
California Welfare and institutions Code 6601 WIC
California Welfare and institutions Code 6602 WIC
California Welfare and institutions Code 6604 WIC

**Appeal Decision:** Denied

L Neal
Clinical Administrator

9.

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

Date: FEB 28 2012

**To:** HICKS, MICHAEL (B80852)
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

**From:** California Correctional Health Care Services
Office of Third Level Appeals - Health Care
P.O. Box 4038
Sacramento, CA 95821-4038

**Tracking/Log # :** SVSP HC 11045676

This appeal was reviewed on behalf of the Director, Policy and Risk Management Services, by staff under the supervision of the Chief, Office of Third Level Appeals-Health Care. All submitted information has been considered.

**DIRECTOR'S LEVEL DECISION:**
Appeal is denied.

**PATIENT/INMATE ISSUES:**
Your CDCR 602-HC, submitted on October 15, 2011, indicated you were a new arrival to Salinas Valley Psychiatric Program (SVPP) from Pelican Bay State Prison (PBSP) Psychiatric Services Unit (PSU). You stated you were referred to the Department of Mental Health (DMH) program due to suicidal ideations, mood disorder, and schizoaffective disorder. You indicated the SVPP DMH program had little to offer you as an educational treatment model.

You requested for your case to be reviewed by DMH headquarters for an alternative placement where you could receive extensive individual therapy with a focus on SVP (sexually violent predator) coping skills, as well as self-worth.

**INSTITUTION DECISION:**

Second Level:
The Second Level Response (SLR) stated your appeal was denied and indicated the following:
- Review of you records indicated you were receiving therapeutic treatment for your Axis I diagnosis of Mood Disorder, Not Otherwise Specified (NOS).
- Your placement falls under the jurisdiction of the Director of Corrections and the Courts to determine your placement in a program to treat SVP. You were advised it was beyond the scope of the Second Level Review to grant your appeal.

**BASIS FOR DIRECTOR'S LEVEL DECISION:**

At the Director's Level of Review (DLR), submitted on November 22, 2011, you state the DMH is not proceeding as required by law and you reiterate your issues and concerns as noted above.

At the DLR, your appeal file and documents obtained from your Unit Health Record (UHR) were reviewed by licensed clinical staff. Review of your appeal file revealed the following:

- According to the Mental Health Tracking System, you are currently enrolled in the Mental Health Services Delivery System (MHSDS) at the Enhanced Outpatient Program (EOP) level of care at PBSP. Records show you returned to PBSP on January 17, 2012; since that time, you have been provided with access to mental health services, including change of level of care, change of program, and change of housing, indicative of ongoing clinical evaluation of your symptoms and mental health needs.

Although the Office of Third Level Appeals (OTLA) takes your complaints and issues seriously, the OTLA has no administrative authority over the Department of Mental Health (DMH). The OTLA is neither authorized nor mandated to affect the development or implementation of DMH policy, procedure, or treatment guidelines. As such, no administrative action can be taken by the Director's Level of Review.

Please be aware, all efforts are made, at the Director's Level of Review, to ensure these matters are thoroughly researched and responded to accordingly. Your appeal, along with this Director's Level Response, will be forwarded to administrative staff at SVPP/DMH.

After review, there is no compelling evidence that warrants intervention at the Director's Level of Review as your mental health condition, at the time of your original appeal submission, was under the jurisdiction of the Department of Mental Health at Salinas Valley Psychiatric Program.

**RULES AND REGULATIONS:**

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Program Policies and Procedures (2011); and the Department Operations Manual; Mental Health Services Delivery System Program Guide, 2009 Revision (MHSDS Program Guide, 2009 Rev.).

**ORDER:**

No changes or modifications are required by the institution.

This decision exhausts your available administrative remedies.

L.D. Zamora, Chief
California Correctional Health Care Services
Office of Third Level Appeals-Health Care

cc: Chief Executive Officer, PBSP
Health Care Appeals Coordinator, PBSP
Health Care Appeals Coordinator, SVSP
Health Program Coordinator, SVPP

jm/kc

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, MICHAEL J. HICKS, declare:

I am over 18 years of age and a party to this action. I am a resident of PELICAN BAY STATE Prison, in the county of DEL NORTE, State of California. My prison address is: MICHAEL HICKS, B-80852, P.O. BOX 7500, CRESCENT CITY, CA 95532.

On MAY 7, 2012 (DATE)

I served the attached: MOTION FOR INJUNCTIVE RELIEF
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

SEE ATTACHED PAGE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5-7-12 (DATE)          /s/ Michael Hicks (DECLARANT'S SIGNATURE)

POS-030(P)

| SHORT TITLE: IN RE: MICHAEL JAMES HICKS | CASE NUMBER: |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)

*(This Attachment is for use with form POS-030)*

**NAME AND ADDRESS OF EACH PESON SERVED BY MAIL:**

| Name of Person Served | Address (number, street, city, and zip code) |
|---|---|
| UNITED STATES DISTRICT COURT EASTERN DIST. OF CALIFORNIA | 501 'I' STREET, RM. 4-200 SACRAMENTO, CA 95814 |
| PANNONE LOPES DEVEREAUX & WEST LLC | 317 IRON HORSE WAY, SUITE 301 PROVIDENCE, RI 02908 |
| PRISON LAW OFFICE | GENERAL DELIVERY SAN QUENTIN, CA 94964-0001 |

Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED) (Proof of Service)**

Legal Solutions Plus

Page 2 of 2

13.