KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
DANIELLE F. O'BANNON, State Bar No. 207095
KYLE A. LEWIS, State Bar No. 201041
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:  (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' MAY 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1

Defendants achieved the Court's June 27, 2012 prison-population benchmark more than two months early. The in-state prison population reached 155% of design bed capacity on April 25, 2012. (*See* April 25, 2012 population report, *available at* http://www.cdcr.ca.gov/reports_research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad120425.pdf.) Since then, the prison population has continued to drop. Exhibit A sets forth the current design capacity, population, and population as a percentage of design capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of May 9, 2012, 122,659 inmates were housed in the state's adult institutions, which amounts to 154.0% of design capacity.[2] This is 21,529 fewer inmates than were housed in California's prisons as recently as October 1, 2011, when California's historic public safety realignment was implemented under Assembly Bill 109. (*See* Defendants' October 14, 2011 report, Dkt. Nos. 2407/4099-1.) Accordingly, there is no need at this time to undertake additional crowding-reduction measures to achieve compliance. (*See* March 15, 2012 Decl. of Ross Meier, Dkt. Nos. 2427/4165, ¶ 3.)

Dated: May 15, 2012

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

Dated: May 15, 2012

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
20607039.docx

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's May 14, 2012 weekly population report, which is available on CDCR's Web site at http://www.cdcr.ca.gov/reports_research/Offender_Information_Services_Branch/Population_Reports.html.