

# Achieving a Constitutional Level of Medical Care in California's Prisons

**Twentieth Tri-Annual Report of the Federal Receiver's Turnaround Plan of Action**
**For January 1 – April 30, 2012**

**May 15, 2012**

# California Correctional Health Care Receivership

**Vision:**

As soon as practicable, provide constitutionally adequate medical care to patient-inmates of the California Department of Corrections and Rehabilitation (CDCR) within a delivery system the State can successfully manage and sustain.

**Mission:**

Reduce avoidable morbidity and mortality and protect public health by providing patient-inmates timely access to safe, effective and efficient medical care, and integrate the delivery of medical care with mental health, dental and disability programs.

# Table of Contents

Page

1. **Executive Summary**.................................................................... **1**

2. **The Receiver's Reporting Requirements**.................................................. **3**

3. **Status and Progress Toward the Turnaround Plan Initiatives**................................ **4**

  **GOAL 1    Ensure Timely Access to Health Care Services**....................................... **4**

  *Objective 1.1*    Screening and Assessment Processes.................................................... 4

  *Objective 1.2*    Access Staffing and Processes................................................................. 4

  *Objective 1.3*    Scheduling and Patient-Inmate Tracking System............................... 5

  *Objective 1.4*    Standardized Utilization Management System.................................... 5

  **GOAL 2    Establish a Prison Medical Program Addressing the Full Continuum of Health Care Services**.................................................................... **6**

  *Objective 2.1*    Primary Care................................................................................ 6

  *Objective 2.2*    Chronic Care................................................................................. 6

  *Objective 2.3*    Emergency Response..................................................................... 6

  *Objective 2.4*    Specialty Care and Hospitalization................................................ 7

  **GOAL 3    Recruit, Train and Retain a Professional Quality Medical Care Workforce**.................................................................................... **8**

  *Objective 3.1*    Physicians and Nurses................................................................... 8

  *Objective 3.2*    Clinical Leadership and Management Structure............................. 8

  *Objective 3.3*    Professional Training Program...................................................... 8

  **GOAL 4    Implement a Quality Assurance and Continuous Improvement Program**.................................................................................... **9**

  *Objective 4.1*    Clinical Quality Measurement and Evaluation Program.................. 9

  *Objective 4.2*    Quality Improvement Programs..................................................... 11

  *Objective 4.3*    Medical Peer Review and Discipline Process.................................. 15

  *Objective 4.4*    Medical Oversight Unit.................................................................. 15

  *Objective 4.5*    Health Care Appeals Process......................................................... 15

i

*Objective 4.6*     Out-of-State, Community Correctional Facilities and Re-entry
Oversight.............................................................................................    15

**GOAL 5**       **Establish Medical Support / Allied Health Infrastructure......................**    **16**

*Objective 5.1*     Pharmacy.........................................................................................    16

*Objective 5.2*     Medical Records..............................................................................    17

*Objective 5.3*     Imaging/Radiology and Laboratory Services...................................    17

*Objective 5.4*     Clinical Information Systems...........................................................    18

*Objective 5.5*     Telemedicine...................................................................................    19

**GOAL 6**       **Provide for Necessary Clinical, Administrative and Housing**
**Facilities.........................................................................................**    **20**

*Objective 6.1*     Upgrade Administrative and Clinical Facilities.................................    20

*Objective 6.2*     Expand Administrative, Clinical, and House Facilities.......................    20

*Objective 6.3*     Finish Construction at San Quentin State Prison.............................    21

4.      **Additional Successes Achieved by the Receiver........................................**    **22**

A.     Office of the Inspector General – Update on the Medical Inspections of
California's 33 Adult Prisons...........................................................    22

5.      **Particular Problems Faced by the Receiver, Including Any Specific Obstacles**
**Presented By Institutions Or Individuals.................................................**    **23**

6.      **An Accounting of Expenditures for the Reporting Period...........................**    **24**

7.      **Other Matters Deemed Appropriate for Judicial Review...........................**    **25**

A.     Coordination with Other Lawsuits....................................................    25

B.     Master Contract Waiver Reporting...................................................    25

C.     Consultant Staff Engaged by the Receiver........................................    25

8.      **Conclusion.......................................................................................**    **26**

# Section 1: Executive Summary

In our second Tri-Annual report for 2012, the accomplishments for the period of January 1 through April 30, 2012 are highlighted. Progress continues toward implementing the Vision and Mission outlined in the Receiver's Turnaround Plan of Action (RTPA). Highlights for this reporting period include the following:

- RTPA - Substantial completion of more than 77 percent of the action items.  Work on remaining items continues.
- Office of the Inspector General (OIG) Inspections – Preparation for Cycle three inspections.
- Health Care Services Dashboard – Launched in on the CCHCS Web site in February.  The Dashboard provides data regarding chronic disease management, access to care, medication management, and availability of patient-inmate electronic records, among other important measures related to delivery of care.
- Integrated Health Care Delivery System – Continued work on implementing a primary care model of care, including development of a Primary Care Tool Kit to support implementing the model at the institution level.

While we have made improvements in many important areas, our progress in other areas continues to be slow and is negatively impacted by the State's budget and fiscal crisis and overcrowding, which remains an issue in several prisons. The budget and fiscal crisis are likely to continue for the foreseeable future.  In the meantime, the Receivership is doing everything it can to reduce expenditures without cutting into core health care areas. However, productivity is impacted throughout the organization, and coupled with some staff turnover; implementation of certain projects and initiatives continue to be delayed. Due to these factors, this report reflects extensions on some of the objectives and action item dates to fulfill the goals.

As noted in previous reports, OIG scores in the areas of timely access to primary care physicians and timely access to medications continue to not meet. Since implementation of realignment began in October of 2011, the population has dropped by 20,800. We are currently monitoring and evaluating the impact of overcrowding reduction on our ability to provide more timely access to care and better medication management. We also continue with our focus on "getting back to basics" in these two critical areas where it appears the other initiatives of the Turnaround Plan have simply not achieved much traction.

In the area of construction, some progress has been made.  In April, CDCR released a "Blueprint" for the future of Corrections, which included adding the DeWitt project back into the construction planning to meet bed capacity needs.  This is a significant move forward in meeting the mandate of providing adequate patient-inmate care.  With more than 32,000 inmates serving life without parole sentences, the number of inmates who will serve prison time as senior citizens and, as a result, require more medical care and assistance is a significant

percentage of the population. CDCR's plan to include the DeWitt facility, as agreed to in the original construction plan and agreement, is an important step.


Format of the Report

To assist the reader, this Report provides three forms of supporting data:

1. *Metrics*: Metrics that measure specific RTPA initiatives are set forth in this report with the narrative discussion of each Goal and the associated Objectives and Actions that are not completed.

2. *Appendices*: In addition to providing metrics, this report also references documents in the Appendices of this report.

3. *Website References*: Whenever possible website references are provided.

RTPA Matrix

In an effort to provide timely and accurate progress reports on the RTPA to the Courts and other vested stakeholders, this format provides an activity status report by enterprise, for statewide applications/programs, and by institution, as appropriate for and in coordination with that operation.

The Enterprise Project Deployment worksheet and the Institution Project Deployment worksheet provide an illustration of the progress made toward each action item outlined in the RTPA and reported in the Tri-Annual Report. The Enterprise Project Deployment worksheet captures projects specifically assigned to the Receiver for broad administrative handling, analysis or testing. The Institution Project Deployment captures the status of all other activity by institution. Reporting will reflect activity that is completed, on schedule, delayed or not progressing, with corresponding dates. The Tri-Annual Report will continue to provide a narrative status report.

Due to the size of the document, the Matrix is included as Appendix 1.

Information Technology Project Matrix

In addition to the RTPA Matrix, a separate chart has been created to specifically illustrate the major technology projects and the deployment of those projects. This document is included as Appendix 2.

# Section 2: The Receiver's Reporting Requirements

This is the twentieth report filed by the Receivership, and the fourteenth submitted by Receiver Clark Kelso.

The Order Appointing Receiver (Appointing Order) filed February 14, 2006 calls for the Receiver to file status reports with the *Plata* court concerning the following issues:

1. All tasks and metrics contained in the Plan and subsequent reports, with degree of completion and date of anticipated completion of each task and metric.
2. Particular problems being faced by the Receiver, including any specific obstacles presented by institutions or individuals.
3. Particular success achieved by the Receiver.
4. An accounting of expenditures for the reporting period.
5. Other matters deemed appropriate for judicial review.

(Reference pages 2-3 of the Appointing Order at
http://www.cphcs.ca.gov/docs/court/PlataOrderAppointingReceiver0206.pdf)

In support of the coordination efforts by the four federal courts responsible for the major health care class actions pending against the CDCR, the Receiver files the Tri-Annual Report in four different federal court class action cases: *Armstrong, Coleman, Perez, and Plata*. An overview of the Receiver's enhanced reporting responsibilities related to these cases and to other *Plata* orders filed after the Appointing Order can be found in the Receiver's Eleventh Tri-Annual Report on pages 15 and 16. (http://www.cphcs.ca.gov/receiver_tri.aspx)

Four court coordination activities include: facilities and construction; telemedicine and information technology; pharmacy; recruitment and hiring; credentialing and privileging; and space coordination.

# Section 3: Status of the Receiver's Turnaround Plan Initiatives

## Goal 1: Ensure Timely Access to Health Care Services

**Objective 1.1.** **Redesign and Standardize Screening and Assessment Processes at Reception/Receiving and Release**

*Action 1.1.1. By January 2009, develop standardized reception screening processes and begin pilot implementation*

This action is completed.

*Action 1.1.2. By January 2010, implement new processes at each of the major reception center prisons*

This action is completed.

*Action 1.1.3. By January 2010, begin using the new medical classification system at each reception center prison.*

This action is completed.

*Action 1.1.4. By January 2011, complete statewide implementation of the medical classification system throughout CDCR institutions.*

This action is completed.

**Objective 1.2.** **Establish Staffing and Processes for Ensuring Health Care Access at Each Institution**

*Action 1.2.1. By January 2009, the Receiver will have concluded preliminary assessments of custody operations and their influence on health care access at each of CDCR's institutions and will recommend additional staffing, along with recommended changes to already established custody posts, to ensure all patient-inmates have improved access to health care at each institution.*

This action is completed.

*Action 1.2.2. By July 2011, the Receiver will have fully implemented Health Care Access Units and developed health care access processes at all CDCR institutions.*

This action is completed.

Refer to Appendix 3 for the Executive Summary and Health Care Access Quality Reports for December 2011 through March 2012.

**Objective 1.3.** Establish Health Care Scheduling and Patient-Inmate Tracking System

*Action 1.3.1. Work with CDCR to accelerate the development of the Strategic Offender Management System with a scheduling and inmate tracking system as one of its first deliverables.*

This action is ongoing. Progress during this reporting period is as follows:

Significant progress has been made since the new strategy was approved in December 2011. The new Health Care Scheduling and Tracking System (HCSTS) relies on discipline-specific modules for Medical, Dental, and Mental health, with each able to access a shared Strategic Offender Management System (SOMS) inmate calendar. For the past quarter, the project team has focused on the following objectives:

    a) Transition existing Medical and Dental scheduling systems to enterprise wide solutions;
    b) Build an interface to the SOMS shared calendar;
    c) Validate scheduling processes and collect required data elements; and
    d) Ensure that operational and mandated reporting requirements are met.

Subject matter and technology experts have been engaged and the design work is anticipated for completion by spring, 2012. Software development resources are assigned and statewide deployment is planned for fall, 2012. Projected spending, including the development changes, will not negatively impact the budget.

**Objective 1.4.** Establish a Standardized Utilization Management System

*Action 1.4.1. By May 2010, open long-term care unit.*

This action is completed.

*Action 1.4.2. By October 2010, establish a centralized UM System.*

This action is completed.

## Goal 2: Establish a Prison Medical Program Addressing the Full Continuum of Health Care Services

**Objective 2.1.** Redesign and Standardize Access and Medical Processes for Primary Care

*Action 2.1.1. By July 2009, complete the redesign of sick call processes, forms, and staffing models.*
This action is ongoing. Progress during this reporting period is as follows:

The Episodic Care Policy and Procedure has been put on hold as of January 20, 2012. Per email from Kathleen Webb, former Director of Policy & Risk Management Services, "As we move forward with and integrate a primary care model with our medical classification system, we are reassessing the need to establish a specific policy to address episodic care. As such, we have put this draft policy on hold"; the Prison Law Office was noticed.

*Action 2.1.2. By July 2010, implement the new system in all institutions.*
This action is ongoing. Progress during this reporting period is as follows:

Upon approval of the Policy and Procedure, the implementation team will begin a phased rollout at seven institutions. Full implementation at all institutions will follow.

**Objective 2.2.** Improve Chronic Care System to Support Proactive, Planned Care

*Action 2.2.1. By April 2009, complete a comprehensive, one-year Chronic Care Initiative to assess and remediate systemic weaknesses in how chronic care is delivered.*
This action is completed.

**Objective 2.3.** Improve Emergency Response to Reduce Avoidable Morbidity and Mortality

*Action 2.3.1. Immediately finalize, adopt and communicate an Emergency Medical Response System policy to all institutions.*
This action is completed.

*Action 2.3.2. By July 2009, develop and implement certification standards for all clinical staff and training programs for all clinical and custody staff.*
This action is completed.

*Action 2.3.3. By January 2009, inventory, assess and standardize equipment to support emergency medical response.*
This action is completed.

**Objective 2.4.** **Improve the Provision of Specialty Care and Hospitalization to Reduce Avoidable Morbidity and Mortality**

*Action 2.4.1. By June 2009, establish standard utilization management and care management processes and policies applicable to referrals to specialty care and hospitals.*
This action is completed.

*Action 2.4.2. By October 2010, establish on a statewide basis approved contracts with specialty care providers and hospitals.*
This action is completed.

*Action 2.4.3. By November 2009, ensure specialty care and hospital providers' invoices are processed in a timely manner.*
This action is completed.

## Goal 3: Recruit, Train and Retain a Professional Quality Medical Care Workforce

**Objective 3.1** Recruit Physicians and Nurses to Fill Ninety Percent of Established Positions

For details related to vacancies and retention, refer to the Human Resources Recruitment and Retention Reports for December 2011 through March 2012. These reports are included as Appendix 4.

*Action 3.1.1. By January 2010, fill ninety percent of nursing positions.*
This action is completed.

*Action 3.1.2. By January 2010, fill ninety percent of physician positions.*
This action is completed.

**Objective 3.2** Establish Clinical Leadership and Management Structure

*Action 3.2.1. By January 2010, establish and staff new executive leadership positions.*
*Action 3.2.2. By March 2010, establish and staff regional leadership structure.*
These actions are completed.

**Objective 3.3.** Establish Professional Training Programs for Clinicians

*Action 3.3.1. By January 2010, establish statewide organizational orientation for all new health care hires.*
This action is completed.

*Action 3.3.2. By January 2009, win accreditation for CDCR as a CONTINUING MEDICAL EDUCATION provider recognized by the Institute of Medical Quality and the Accreditation Council for Continuing Medical Education.*
The action is completed.

## Goal 4: Implement Quality Improvement Programs

**Objective 4.1.** **Establish Clinical Quality Measurement and Evaluation Program**

**_Action 4.1.1. By July 2011, establish sustainable quality measurement, evaluation and patient safety programs._**
This action is ongoing. Progress during this reporting period is as follows:

Public Release of the Full Health Care Services Dashboard
In February 2012, CCHCS released all available data in the Health Care Services Dashboard for public view.

Issued monthly since September 2010, the Health Care Services Dashboard consolidates strategic performance information across all clinical program areas into a single report. The primary goal of the Dashboard is to provide CCHCS staff with information that can be used to improve the health care delivery system and patient-inmate outcomes.

Previously CCHCS made state-level data available from the Dashboard, for public view on the CCHCS Internet site. As of February, entities and individuals outside of CDCR/CCHCS also have access to each of the 33 institution scorecards, reports that compare institution performance, and patient-inmate demographics.

The Health Care Services Dashboard is located on the CCHCS website at:
http://www.cphcs.ca.gov/docs/special/CCHCS_Dashboard_External.pdf

The Dashboard changes as CCHCS priorities evolve and measurement needs arise. Several measures were added to the Dashboard during this reporting period. To help institutions evaluate whether staff have timely access to health information on an ongoing basis, the Dashboard now measures the average time required to scan clinical documentation after a patient-inmate encounter. The Dashboard also monitors the percentage of patient-inmates who have changed cell beds in the past six months; a factor that is important because frequent patient-inmates transfers can disrupt continuity of care.

A glossary with information on all of the measures featured in the Dashboard can be found in Appendix 5.

Patient-Inmate Registries
For more than a year CCHCS has produced registries, or lists of patient-inmates, with certain chronic conditions or with those who are eligible for preventive services, such as cancer screening. Within these patient-inmate registries, those who may not have received services per CCHCS guidelines or who show abnormal laboratory findings are highlighted; prompting care teams to take action to meet patient-inmate needs.

During this reporting period, CCHCS staff designed and tested a new format for patient-inmate registries. CCHCS issued previous patient-inmate registries on a monthly basis, which meant that some sensitive information, such as International Normalizing Ratio results for patient-inmates on anticoagulants, was not updated frequently enough to be useful for care teams as a tracking tool. Based in a programming language called Structured Query Language (SQL), the new registries are continuously updated as source data is available. For example, patient-inmate location data is updated daily.

When care teams access the SQL-based registries, they are receiving more timely information. CCHCS posted previous versions of the patient-inmate registries in Microsoft Excel format, and care teams occasionally had difficulty navigating. With the SQL-based registries, care teams are able to customize the registry information using dropdown menus. It is a more user-friendly format for clinical staff without Excel experience.

CCHCS has also augmented the available patient-inmate registries with new information that will assist medical and mental health staff to better manage patient-inmates, including:

- <u>Mental Health Registries</u>. With the release of the SQL-based registries in May, mental health staff will continue to receive information about high utilizers of mental health services. In addition, they will gain access to a mental health registry that provides pharmacy and laboratory data for patient-inmates on psychotropic medications, and flags patient-inmates who have not received monitoring or follow-up services per current guidelines.

- <u>Patient-Inmate Panel Registries.</u> Care teams will be able to view a patient-inmate panel report, which identifies all patient-inmates assigned to the care team; each patient-inmate's risk level will be specified to easily identify the highest-risk patient-inmates, and patient-inmates who have recently transferred to the panel will be marked with an asterisk and highlighted in bold. Lastly, care teams will be able to search.

- <u>Information on Americans with Disabilities Act (ADA) Status, Risk Level, and Potentially Avoidable Hospitalizations.</u> The Chronic Care Master Registry, which lists patient-inmates with common chronic illnesses, will include each patient-inmate's ADA status. Health care staff will have the option of clicking on a particular patient-inmate's risk level to see the specific clinical factors that caused the patient-inmate to be categorized in that risk category. The Master List will also note whether the patient-inmate has had a hospitalization recently that might have been avoided with appropriate primary care services.

The SQL-based registries will be introduced to health care staff statewide through special training sessions in May, and ongoing face-to-face tutorials with institution staff. During the next reporting period, CCHCS will develop standardized, push-button reports that will allow institutions to evaluate performance on several patient-inmate outcome measures, and compare results at the care team and provider levels.

***Action 4.1.2. By July 2009, work with the Office of the Inspector General to establish an audit program focused on compliance with Plata requirements.***

This action is completed.

**Objective 4.2.** **Establish a Quality Improvement Program**

***Action 4.2.1.(merged Action 4.2.1 and 4.2.3)****: By January 2010, train and deploy existing staff--who work directly with institutional leadership--to serve as quality advisors and develop model quality improvement programs at selected institutions; identify clinical champions at the institutional level to implement continuous quality improvement locally; and develop a team to implement a statewide/systems-focused quality monitoring/measurement and improvement system under the guidance of an interdisciplinary Quality Management Committee.*

This action item is ongoing. Progress during this period is as follows:

Establishing Quality Improvement Programs at Institution Level

The Quality Management (QM) Program Policies, which are currently being revised, define elements that can be found in a well-functioning institution QM program, including:

- An annual improvement plan with measurable performance objectives
- Staff at all reporting levels who are informed about improvement plan objectives and understand their role in supporting improvement activities
- A multi-disciplinary committee structure that manages improvement projects and coordinates improvement activities across the major health care programs
- Institution staff with the skills to isolate the root causes of quality problems, implement program changes and redesign health care processes, and evaluate results
- A reliable measurement system that evaluates progress toward improvement objectives and provides ongoing surveillance of critical health care processes
- A culture that promotes continuous learning and improvement, under which health care staff consider the improvement of health care processes a routine part of their day-to-day work

Performance Improvement Plans

During this reporting period, CCHCS modified the corrective action process that follows each Office of the Inspector General (OIG) medical inspection to promote a system-wide approach to improvements and full implementation of the primary care model. In the first two rounds of OIG inspections, the Program Compliance Unit worked with institutions to develop a Corrective Action Plan after each inspection, focusing on areas where the institution had less than 75 percent compliance with medical policies. Sometimes this approach resulted in limited process improvement efforts, with an emphasis on redesigning one small part of an overall process.

During the third round of OIG inspections, the QM Section will partner with the Program Compliance Unit on post-inspection activities. The QM Section will assist institutions in establishing a Performance Improvement Plan for the year, placing priority on core processes in

the primary care model, such as medication management and timely access to health information. The Program Compliance Unit will continue providing institutions with independent follow-up reviews six months after the inspection, and will help institutions to assess progress to date in accomplishing improvement plan objectives.

In April, CCHCS notified all institutions of the change in the post-inspection corrective action process. Improvement plan templates have been established, and are ready for testing with the first institutions to receive a third round inspection. It is CCHCS' goal to establish a Performance Improvement Plan for each institution by the end of 2012.

Quality Improvement Champions – Institution Quality Officers
As of February 2012, institutions have the ability to redirect one health care staff position to serve as an Institution Quality Officer. CCHCS obtained approval from the Department of Personnel Administration, to use existing civil service positions for performance management functions, under Compelling Management Need provisions in State Personnel Board Rules and the Government Code.

Among other functions, the Institution Quality Officer serves as a local quality improvement champion. Under the direction of the Chief Executive Officer (CEO), the Quality Officer oversees implementation of an effective performance management program at an individual institution, ensuring that there are appropriate systems in place to evaluate and improve the local health care system; that health care staff have the skills and knowledge required to participate in improvement activities; and that the organizational culture at the institution supports continuous learning and improvement.   The Institution Quality Officer coordinates the establishment and improvement of all major components of the QM program, including:

- other activities in connection with risk management
- identification and dissemination of best practices both within the institution and at other health care organizations
- health incident reporting and sentinel event review
- other patient-inmate safety activities
- preparation and coordination of external surveys, audits, and other reviews

Depending on the needs of the institutions, the Institution Quality Officer may support development of a Performance Improvement Plan, facilitate QM Committee meetings and quality improvement teams, train staff in rapid-cycle improvement, root cause analysis, and other quality improvement techniques, prepare for surveys and inspections, and direct performance measurement and validation efforts. Institution Quality Officers are responsible for conveying the latest information about the statewide QM program, as well as available training and improvement tools, to institution health care staff.

During this reporting period, the QM Section designed an orientation program for Institution Quality Officers. By mid-May, Quality Officers covering seven institutions will have completed the two-day training.

The statewide memorandum pertaining to Institution Quality Officers is attached as Appendix 6, and includes the proposed duty statement for this position.

Statewide Improvement Initiative – CCHCS Primary Care Model
In December 2011, CCHCS entered the planning phase of a statewide initiative that will strengthen the health care delivery system at each institution, using the nationally recognized Advanced Primary Care Model. One of the major improvement strategies in the 2011-2012 Performance Improvement Plan, implementation of the CCHCS Primary Care Model will include, but is not limited to: a self-assessment process, orientation and training, dissemination of best practices and implementation tools, and on-site technical assistance.

CCHCS convened a Primary Care Advisory Team in December 2011 to provide input and guidance during initiative planning from experienced staff in the field and at headquarters. Chosen by CCHCS executives because of their experience in change management, implementation of major initiatives, correctional health care operations, and non-clinical health care programs, will help to design an implementation plan, and will provide input into both the development of major deliverables, such as the institution assessment tool, and the techniques used to disseminate tools and information.

The Primary Care Advisory Team met a second time during this reporting period to provide feedback on the institution self-assessment tool, share local best practices, and provide guidance on the statewide implementation strategy. With the support of the advisory team, CCHCS has established a streamlined self-assessment tool for testing in the field.

Building upon the work of the Primary Care Advisory Team, CCHCS developed a core set of primary care standards during this reporting period, adapted from essential "must pass" elements in the NCQA accreditation program, which will be the focus for 2012 implementation efforts. These core primary care elements have been integrated into the current template for institution Performance Improvement Plans.

CCHCS also began gathering source materials for a Primary Care Tool Kit that will support institutions in implementing this core set of standards, aggregating best practices already proven effective at CDCR institutions and existing decision support, such as Care Guides and patient-inmate registries, into one package of materials. CCHCS is exploring the use of a certification process, similar to the NCQA accreditation process, to assess whether institutions have been able to successfully implement core primary care elements, such as timely medication delivery and identification and management of high risk patient-inmates.

Statewide Improvement Initiative – High Risk Patient-Inmates
A critical aspect of CCHCS Primary Care Model implementation is effective placement and management of the patient-inmates who are most at risk for adverse health outcomes. Diagnosed with serious health care conditions or multiple chronic diseases, high risk patient-inmates require more intensive monitoring and management services than other populations. Because of their frequent need for acute care hospital and specialty services, cost-effective care

for high risk patient-inmates generally requires placement at Intermediate institutions, which are located in close proximity to tertiary care centers and a large local network of specialists. These are also the patient-inmates most likely to be eligible for treatment at the new California Health Care Facility (CHCF), in Stockton.

With the initial implementation of the Medical Classification System policy in 2010, institution health care staff were expected to assign patient-inmates a risk category based on information collected at health screenings and from available medical records, and record this information in a Medical Classification Chrono. Clinicians did not necessarily have full access to all clinical data sources at the time of assigning risk levels to patient-inmates, however, and risk levels were updated infrequently, though a patient-inmate's health status may have changed significantly.

During this reporting period, CCHCS established a standardized, automated system for determining the risk level for each CCHCS patient-inmate; intended to reduce the workload of institution staff and ensure continuously updated risk information for each patient-inmate. CCHCS applied widely accepted and evidence based predictive models to develop standardized criterion for each risk category, and uses centralized laboratory, pharmacy, bed utilization, and claims data to update risk categories on a continuous basis. Please see Appendix 7 for a description of the risk categories and associated risk factors.

Using the new risk stratification system, a multi-disciplinary workgroup of custody, classification, and CCHCS staff continue to convene regularly to identify clinically complex patient-inmates at institutions with basic medical missions, and, where appropriate, move these patient-inmates to intermediate institutions or CHCF.

During this reporting period, CCHCS issued new patient-inmate registries, described more fully under the status update for Objective 4.1.1, which allow care teams to identify high risk patient-inmates within an assigned patient-inmate panel and provide more intensive care coordination and case management services for this subpopulation.

CCHCS has begun monitoring the quality of care provided to clinically complex patient-inmates in domains such as continuity of care and potentially avoidable hospitalizations through a series of performance reports that will focus on appropriate placement of high risk patient-inmates and strategies used to manage these patient-inmates, expected in summer, 2012.

*Action 4.2.2. By September 2009, establish a Policy Unit responsible for overseeing review, revision, posting and distribution of current policies and procedures.*
This action is completed.

*Action 4.2.3. By January 2010, implement process improvement programs at all institutions involving trained clinical champions and supported by regional and statewide quality advisors.*
This action is combined with Action 4.2.1.

**Objective 4.3.** Establish Medical Peer Review and Discipline Process to Ensure Quality of Care

*Action 4.3.1. By July 2008, working with the State Personnel Board and other departments that provide direct medical services, establish an effective Peer Review and Discipline Process to improve the quality of care.*
This action is completed.

**Objective 4.4.** Establish Medical Oversight Unit to Control and Monitor Medical Employee Investigations

*Action 4.4.1. By January 2009, fully staff and complete the implementation of a Medical Oversight Unit to control and monitor medical employee investigations.*
This action is completed.

**Objective 4.5.** Establish a Health Care Appeals Process, Correspondence Control and Habeas Corpus Petitions Initiative

*Action 4.5.1. By July 2008, centralize management overall health care patient-inmate appeals, correspondence and habeas corpus petitions.*
This action is completed.

Refer to Appendix 8 for health care appeals, and habeas corpus petition activity for September 2011 through December 2011.

*Action 4.5.2. By August 2008, a task force of stakeholders will have concluded a system-wide analysis of the statewide appeals process and will recommend improvements to the Receiver.*
This action is completed.

**Objective 4.6.** Establish Out-of-State, Community Correctional Facilities (CCF) and Re-entry Facility Oversight Program

*Action 4.6.1. By July 2008, establish administrative unit responsible for oversight of medical care given to patient-inmates housed in out-of-state, community correctional or re-entry facilities.*
This action is completed.

## Goal 5: Establish Medical Support / Allied Health Infrastructure

**Objective 5.1.** **Establish a Comprehensive, Safe and Efficient Pharmacy Program**

During this reporting period, implementation of the Pharmacy Services Road Map to Excellence continues to make progress. Progress during this reporting period is detailed below.

> *Action 5.1.1. Continue developing the drug formulary for the most commonly prescribed medications.*

This action is completed.

The CDCR Pharmacy and Therapeutics (P&T) Committee continues its monthly meetings to review utilization trends, to actively manage the formulary, and to review and approve pharmacy policies and procedures. During these meetings, the committee members review monthly reports including the pharmacy dashboard, monthly metrics summary, and medication error reports. The P&T Committee finished the cost-effective analyses with psycho-therapeutic medications. The P&T Committee is actively considering therapeutic equivalent products and generic equivalents in an effort toward cost effective care. CCHCS pharmacy services has an agreement with the school of pharmacy at the University of California in San Diego, where faculty and senior pharmacy students are collaborating by introducing evidence to inform the Committee's decision for the therapeutic interchange questions.

Refer to Appendix 9 for Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level for January through April 2012.

> *Action 5.1.2. By March 2010, improve pharmacy policies and practices at each institution and complete the roll-out of the GuardianRx® system.*

This action is completed.

The roll-out of the GuardianRx® System is completed with 33 out of the 33 pharmacies and the GuardianRx® System has fully migrated to a more stable health care network. This project will be closed.

The P&T Committee continued to actively review and revise pharmacy policies and procedures as needed. The 2012 revisions have started and the first ten pharmacy policies have been reviewed and being vetted through the organization's approval processes. The second ten pharmacy policies are presently under active review and revision.

> *Action 5.1.3. By May 2010, establish a central-fill pharmacy.*

This action is completed.

The present plan is to support the facilities by dispensing and delivering Keep-on-Person (KOP) prescriptions to the supported facilities. By the end of May 2012, the central pharmacy will dispense and deliver KOP prescriptions to 25 institution pharmacies throughout the state.

The central pharmacy has implemented a centralized order entry service since January 2011. The concept was instituted to establish mutual support from the central pharmacy located in Sacramento to assist the institution pharmacies that had to depend on unreliable and expensive registry labor. Today, this small service has grown to support 18 institutions' pharmacies. Since this centralized order entry team is more efficient, the service is also able to provide support for the pharmacies that require assistance due to unplanned events, such as power outages at the local prison. The service is also providing support for planned absences, such as providing vacation coverage.

**Objective 5.2.** **Establish Standardized Health Records Practice**

*Action 5.2.1. By November 2009, create a roadmap for achieving an effective management system that ensures standardized health records practice in all institutions.* This action has been completed.

**Objective 5.3.** **Establish Effective Imaging/Radiology and Laboratory Services**

*Action 5.3.1. By August 2008, decide upon strategy to improve medical records, radiology and laboratory services after receiving recommendations from consultants.* This action is ongoing. Progress during the reporting period is as follows:

Imaging/Radiology Services
The replacement of priority Medical Imaging equipment is near completion. All institutions now have digital imaging capabilities, and those institutions in need of upgraded digital equipment have equipment procured or are in the end of the procurement process. All equipment upgrades will be completed by the end of Fiscal Year (FY) 2011/2012.

As of April 2012, 18 institutions are in the construction process for new mobile pads; two institutions have completed mobile pads that meet recently revised guidelines, and 13 institutions have recently completed pads but now need upgrades in order to meet recently revised guidelines. The mobile pad improvement project will improve the workflow of the specialty modalities (Magnetic Resonance Imaging (MRI) Computerized Tomography (CT), and Ultrasound) and reduce the turnaround-time dramatically in combination with the Fuji Radiology Information System and Picture Archiving and Communication System (RIS/PACS) implementation.

Three clinical information systems have been procured to support the workflow of Imaging Services, one for Dental Services and two for Medical Imaging Services. The Medicore mini Picture Archiving and Communication System (MiPACS) for Dental Services is projected to begin implementation in summer, 2012. The RIS/PACS for Medical Imaging Services is projected to begin implementation in early fall, 2012.

In March 2012, a statewide radiology group was contracted through the Prison Health Care Provider Network. This new radiology group will be responsible for providing interpretation services for all on-site and mobile exams, and their services will begin in conjunction with the RIS/PACS implementation. In addition, they will be performing all Radiology Supervisor and Operator duties.

*Major Accomplishments This Reporting Period:*
- PowerScribe software has been procured for the transcription component of the RIS/PACS.
- Radiology group has been contracted for statewide interpretation and Radiology Supervisor and Operator services.
- Design and configuration of the network, as well as necessary network drops, are now completed.

Laboratory Services
The transition to Quest Diagnostics (Quest) as the sole provider of off-site clinical laboratory services for all CDCR institutions is complete. All 33 institutions have been trained and are using Quest's Care360 (Care360) web-based application to view results, print bar code specimen labels, and manage patient-inmate clinical laboratory results.

In addition, as of March 9, 2012, 77 percent of all test requisitions submitted to Quest were transmitted electronically, through Care360. Although the target is 100 percent, the rate will vary each week depending on Quest IT server status, on-line access, barcode printer and workstation status. Paper requisitions serve as a back-up to electronic requisitioning.

Laboratory Services coordinated efforts with Medical Services and Quest to customize several clinical laboratory test panels to better meet the needs of CCHCS physician providers in the institutions. These were finalized on March 9, 2012.

Laboratory Services has collaborated with Quest to create an electronic version of the *Notification of Diagnostic Test Results,* CDCR Form 7393, to be auto-printed as a cover sheet with each report. This form will reduce manual transcription and have a place for the Physician's signature. This form will pilot at a Northern and Southern California institution during the 2nd Quarter of FY 2012/2013.

**Objective 5.4.** **Establish Clinical Information Systems**

*Action 5.4.1. By September 2009, establish a clinical data repository available to all institutions as the foundation for all other health information technology systems.*
This action is completed.

**Objective 5.5.** Expand and Improve Telemedicine Capabilities

*Action 5.5.1. By September 2008, secure strong leadership for the telemedicine program to expand the use of telemedicine and upgrade CDCR's telemedicine technology infrastructure.*

This action is completed.

## Goal 6: Provide for Necessary Clinical, Administrative and Housing Facilities

**Objective 6.1.** Upgrade administrative and clinical facilities at each of CDCR's thirty-three prison locations to provide patient-inmates with appropriate access to care.

Although progress on this objective continues to be impacted, CDCR has now published a plan, *The Future of California Corrections*, which proposes the upgrades of the existing facilities (with the exception of California Rehabilitation Center, which is proposed for closure) along with a streamlined legislative approval process allowing oversight to be retained by the Public Works Board (PWB). As these changes require legislative approval, CDCR is continuing to follow the existing statutory processes working with the Department of Finance (DOF) to finalize the California Medical Facility (CMF) and California State Prison, Solano (SOL) project approval packages (30-Day Letters) for submittal to the Joint Legislative Budget Committee (JLBC). Once approved by the JLBC, projects will be scheduled for the soonest PWB available to receive project approval.

> *Action 6.1.1. By January 2010, completed assessment and planning for upgraded administrative and clinical facilities at each of CDCR's thirty-three institutions.*

This action item is ongoing. Progress during this reporting period is as follows:

No project approvals have yet been secured. Currently, the soonest PWB available to consider action on the CMF and SOL projects is June 2012. Submission of 30-Day Letters for subsequent projects will be delayed pending approval of the first two projects.

> *Action 6.1.2. By January 2012, complete construction of upgraded administrative and clinical facilities at each of CDCR's thirty-three institutions.*

This action item is ongoing. Progress during this reporting period is as follows:

The design, bid, and construction phases for projects at each of the 33 institutions will begin once PWB project approvals and Pooled Money Investment Board (PMIB) loan approvals have been obtained. The typical project duration is three to four years from PMIB loan approval.

**Objective 6.2.** Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.

The Receiver and CDCR developed a bed plan in January 2011 that provides medical and mental health facilities for the projected patient-inmate population through 2013. The approved plan envisions one new facility with 1,722 beds and the use of three former Division of Juvenile Justice (DJJ) facilities, which would be converted to accommodate patient-inmates with medical and mental health conditions. Since then, the JLBC has denied approval of the DJJ Heman G. Stark (Stark) and DJJ Estrella Correctional Facility (Estrella) projects. In CDCR's recently published plan, which takes into account the projected patient-inmate population reductions resulting from the AB 109 realignment, they have now included the previously pended renovation of DeWitt Nelson Youth Correctional Facility (DeWitt) that will add 1,133 beds, of

which 953 will be health care beds. This facility is immediately adjacent to the CHCF, in Stockton. CDCR previously selected a design-build contractor for DeWitt and has indicated they will be requesting a loan from the PMIB at the May board meeting to fund this work.

**Action 6.2.1. Complete pre-planning activities on all sites as quickly as possible.**
This action item is ongoing. Progress during this reporting period is as follows:

The Request for Proposal competition for DeWitt was completed on December 14, 2011 and Hensel Phelps Construction Company was selected as the design-build firm. The contract may be awarded once CDCR receives a loan at the PMIB. Stark and Estrella are not supported by CDCR nor included in their recently published plan.

**Action 6.2.2. By February 2009, begin construction at first site.**
This action item is ongoing. Progress during this reporting period is as follows:

CHCF is on schedule for construction to be completed in August 2013 with full occupancy by December 2013. The CEO was appointed in March 2012. There are 500 trade workers onsite daily. Hensel Phelps/Granite Joint Venture (JV) is on schedule for Design-Build Package #1, which includes, but is not limited to, the design and construction of guard towers, central plant, and warehouse. Clark/McCarthy JV is on schedule for Design-Build Package #2 for the design and construction of all secure facilities including housing units, treatment facilities, main kitchen, and all other support facilities.

**Action 6.2.3. By July 2013, complete execution of phased construction program.**
This action item is ongoing. Progress during this reporting period is as follows:

Occupancy for DeWitt remains delayed beyond the scheduled completion dates and there is no plan by CDCR to proceed with Stark or Estrella.

**Objective 6.3.** Complete Construction at San Quentin State Prison

**Action 6.3.1. By December 2008, complete all construction except for the Central Health Services Facility.**
This action is completed.

**Action 6.3.2. By April 2010, complete construction of the Central Health Services Facility.**
This action is completed.

# Section 4: Additional Successes Achieved by the Receiver

**A.   Office of the Inspector General – Update on the Medical Inspections of California's 33 Adult Prisons**

To evaluate and monitor the progress of medical care delivery to inmates at each prison, the Receiver requested that the California OIG conduct an objective, clinically appropriate, and metric-oriented medical inspection program. To fulfill this request, the Inspector General assigns a score to each prison based on multiple metrics to derive an overall rating of zero to 100 percent. Although only the federal court may determine whether a constitutional standard for medical care has been met, the Receiver's scoring criteria for adherence to medical policies and procedures establish the minimum score for moderate adherence to that standard to be 75 percent. Scores below 75 percent denote low adherence, while those above 85 percent reflect high adherence.

Using this tool, the Inspector General has rated California's 33 adult institutions for the first cycle of inspections (September 2008 – June 2010) at 72.9 percent, on average. High Desert State Prison scored lowest, at 62.4 percent, and Folsom State Prison (FSP) received the highest score, at 83.2 percent. The Inspector General found that nearly all prisons were not effective in ensuring that inmates receive their medications. In addition, prisons were generally not effective at ensuring that inmates are seen or provided services for routine, urgent, and emergency medical needs according to timelines set by CCHCS policy. However, the Inspector General did find that prisons generally performed well in areas involving duties performed by nurses, and continuity of care.

Second cycle inspections began September 2010 and OIG has completed 33 inspections as of April 30, 2012 and issued 33 final inspection reports. Summary results of these final reports show that four of the 33 institutions achieved a score higher than 85 percent placing them in the category of high adherence and 25 of the 33 institutions achieved a score of 75 percent or higher placing them in the moderate adherence area. California Correctional Center achieved the highest score of 89.5 percent. Of the four institutions scoring less than 75 percent, Richard J. Donovan Correctional Facility scored the lowest at 73 percent but improved by 5 percent over their previous score of 68 percent. With 33 finalized inspections reports, the overall statewide average for the second cycle inspections is 78.9 percent which reflects an improvement of 7 percent over the first cycle statewide average of 71.9 percent.

The OIG has just begun the third cycle of inspections.  Based on draft scores for the first couple of institutions, which are awaiting confirmation, we anticipate continued improvement in scores throughout the institutions.

# Section 5: Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals

While the Receivership has made progress in many key areas to achieve the goal of providing a constitutional level of health care within California's adult correctional system, the State's fiscal crisis has and will likely have continued impact on CCHCS, as it has on many state government operations. While this impact is difficult to define and measure, this Tri-Annual Report identified programmatic areas in which timelines have been adjusted and the reasons for change. While blame for these failures cannot be placed solely on fiscal challenges, there is little doubt that budget cuts and mandates have and will likely continue to contribute to these setbacks.

The release of state revenue figures, which were billions below what leadership anticipated coupled with the resulting revised budget deficit, which has ballooned to nearly $16 billion, the forecast is for continued fiscal challenges in the coming years. However, the Receiver continues to focus all available resources on ensuring the goals and objectives cited in the Turnaround Plan of Action are achieved, and will continue to strive in these efforts to fulfill the Vision and Mission.

# Section 6: An Accounting of Expenditures for the Reporting Period

**A.   Expenses**

The total net operating and capital expenses of the Office of the Receiver for the four month period from January through April 2012 were $649,108 and $0 respectively. A balance sheet and statement of activity and brief discussion and analysis is attached as Appendix 10.

**B.   Revenues**

For the months of January through April 2012, the Receiver requested transfers of $650,000 from the State to the California Prison Health Care Receivership Corporation (CPR) to replenish the operating fund of the office of the Receiver. Total year to date funding for the FY 2011/2012 to the CPR from the State of California is $1,325,000.

All funds were received in a timely manner.

# Section 7: Other Matters Deemed Appropriate for Judicial Review

**A.    Coordination with Other Lawsuits**

During the reporting period, regular meetings between the four courts, *Plata, Coleman, Perez,* and *Armstrong* (Coordination Group) class actions have continued. A Coordination Group meeting was held on January 18th. Progress has continued during this reporting period and is captured in meeting minutes.

**B.    Master Contract Waiver Reporting**

On June 4, 2007, the Court approved the Receiver's Application for a more streamlined, substitute contracting process in lieu of State laws that normally govern State contracts. The substitute contracting process applies to specified project areas identified in the June 4, 2007 Order and, in addition, to those project areas identified in supplemental orders issued since that date. The approved project areas, the substitute bidding procedures and the Receiver's corresponding reporting obligations are summarized in the Receiver's Seventh Quarterly Report and are fully articulated in the Court's Orders, and therefore, the Receiver will not reiterate those details here.

During the last reporting period, the Receiver has used the substitute contracting process for various solicitations relating to services to assist the Office of the Receiver in the development and delivery of constitutional care within CDCR and its prisons. However, those solicitations have not yet resulted in fully executed and approved contracts. Therefore, those contracts will be reported in subsequent Reports to the Court.

**C.    Consultant Staff Engaged by the Receiver**

During this reporting period, the Office of the Receiver has not engaged any consultant staff.

## Section 8: Conclusion

It is clear that we have made significant progress towards full implementation of the Turnaround Plan of Action and towards our ultimate goal of providing a constitutionally adequate level of medical care within California's adult prisons. With the scores reported by the OIG showing consistent improvement, the number of clearly avoidable deaths remaining at a consistently low rate, and the progress being made by the State in reducing overcrowding, we are now in a position to start the process of ending the Receivership, the transition from day-to-day management by the Receiver back to day-to-day management by the State and, ultimately, the conclusion of the case. The meet-and-confer ordered by the Court helped set the stage for this transition, and we wait for further direction from the Court.

There remain a number of unresolved issues that are of notable concern, including the following: First, the State has not yet followed through with all of the terms of the agreement reached with the Receivership several years ago on construction. The State has issued a "Blueprint" for the future of corrections which includes a reduced construction plan that takes into account the population reductions association with realignment. The Receiver agrees that the construction called for in that Blueprint – completing the CHCF in Stockton, renovating the juvenile justice facility at DeWitt, and completing $725 million in upgrades at individual prisons – is sufficient to satisfy the needs for medical care within CDCR. We now await further Administration action on DeWitt and Administrative action and legislative approvals on the upgrade program. Second, the State and the Receiver have not yet reached an agreement about post-Receivership organization and governance. Some progress was made at a very high level in the meet-and-confer, but the details of reintegrating health care back into CDCR are important and must be worked out over the next several months.