# TABLE OF APPENDICES

1    Receiver's Turnaround Plan of Action Matrix

2    CCHCS Information Technology Project Matrix

3    Executive Summary & Health Care Access Quality Reports – December 2011 through March 2012

4    Human Resources Recruitment and Retention Reports – December 2011 through March 2012

5    Health Care Services Dashboard Glossary

6    Statewide Memorandum Re: Institution Quality Officers & Proposed Duty Statement

7    Clinical Risk Classification System

8    Health Care Appeals and Habeas Corpus Petition Activity – January through April 2012

9    Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level – January through April 2012

10   CPR Financial Statements – January through April 2012