# PART 2 OF 2:

# APPENDICES 9-10

# APPENDIX 9

## Top Drugs - January to April 2012



Abilify, $4,940,488
Pegasys, $2,723,062
Truvada, $2,047,736
Atripla, $1,902,708
Ziprasidone, $1,764,017
Risperidone, $1,529,891
Olanzapine, $1,502,871
Flovent, $1,388,540
Reyataz, $1,212,965
Advair, $1,185,662
All Other, $23,025,852

# Top Therapeutic Category Purchases - January to April 2012





## Central fill Pharmacy Service Level  January to April 2012



# APPENDIX 10

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
**Discussion and Analysis of Unaudited Financial Statements**
**For the Period July 1, 2011 through April 30, 2012**

The April 30, 2012 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the ten months ended April 30, 2012 shows a total difference of $3,325,639 or 66.0% variance under budget. One line item or activity in the statement account for the majority of the difference.

Professional fees were $3,404,662 or 85.8% under budget. The Legal costs anticipated in the budget have been much less to date than originally considered primarily because of timing with court dates and filings.

Net capital assets have decreased $93,056,829 during the first ten months of the Fiscal year. The reason for the decrease was due to the transfer of all remaining capital expenditures to CDCR.

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2012

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $111,505 | $           - | $     111,505 |
| Prepaid items | $0 | - | - |
|  | 111,505 | - | 111,505 |
| **Noncurrent assets:** | | | |
| Deposits with others | 16,990 | - | 16,990 |
| Capital assets, net | - | $0 | - |
| Total assets | $     128,495 | - | $     128,495 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 47,899 | - | 47,899 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 38,666 | | 38,666 |
| Compensated absences | 0 | 55,415 | 55,415 |
| Total liabilities | $     228,306 | $     55,415 | $     283,721 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 16,990 | (16,990) | - |
| Unreserved, undesignated | (116,801) | 116,801 | - |
| Total fund balance | (99,811) | 99,811 | - |
| Total liabilities and fund balance | $     128,495 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 8,555,496 | 8,555,496 |
| Total net assets | | $     8,555,496 | $     8,555,496 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2012

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $3,500,726 | $850,000 | $ (2,650,726) |
| Investment earnings | $0 | $80 | 80 |
| Total revenues | 3,500,726 | 850,080 | (2,650,646) |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 586,978 | 633,927 | (46,949) |
| Legal and professional services | 2,779,070 | 400,507 | 2,378,563 |
| Travel | 21,000 | 15,953 | 5,047 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 10,500 | 5,321 | 5,179 |
| Telephone and network | 3,955 | 3,887 | 68 |
| Insurance | 10,500 | 10,819 | (319) |
| Other | 86,184 | $168,047 | (81,863) |
| Capital outlay | - | - | - |
| Total expenditures | 3,500,726 | 1,222,610 | 2,278,116 |
| Change in fund balance | $ - | (372,530) | $ (372,530) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,983,441 | |
| Fund balance - January 31, 2012 | | $ 8,610,911 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2012

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 850,000 | - | $ 850,000 |
| General revenues: | | | |
| Investment earnings | 80 | - | 80 |
| Total revenues | 850,080 | | 850,080 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 633,927 | - | 633,927 |
| Legal and professional services | 400,507 | - | 400,507 |
| Travel | 15,953 | - | 15,953 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 10,819 | - | 10,819 |
| Other | 177,255 | - | 177,255 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | 93,056,829 | 93,056,829 |
| Total expenditures/expenses | 1,222,610 | 94,226,885 | 95,449,495 |
| Change in fund balance | (372,530) | 372,530 | - |
| Change in net assets | - | (94,226,885) | (94,599,415) |
| Fund balance/net assets - July 1, 2011 | 8,983,441 | 85,486,260 | 103,154,911 |
| Fund balance/net assets - January 31, 2012 | $ 8,610,911 | $ (8,368,095) | $ 8,555,496 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 29, 2012

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $87,615 | $ - | $ 87,615 |
| Prepaid items | $0 | - | - |
| | 87,615 | - | 87,615 |
| **Noncurrent assets:** | | | |
| Deposits with others | 3,034 | - | 3,034 |
| Capital assets, net | - | $0 | - |
| Total assets | $ 90,649 | - | $ 90,649 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 51,146 | - | 51,146 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 41,622 | | 41,622 |
| Compensated absences | 0 | 55,415 | 55,415 |
| Total liabilities | $ 234,509 | $ 55,415 | $ 289,924 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 3,034 | (3,034) | - |
| Unreserved, undesignated | (146,894) | 146,894 | - |
| Total fund balance | (143,860) | 143,860 | - |
| Total liabilities and fund balance | $ 90,649 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 8,511,448 | 8,511,448 |
| Total net assets | | $ 8,511,448 | $ 8,511,448 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 29, 2012

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $4,000,467 | $1,000,000 | $ (3,000,467) |
| Investment earnings | $0 | $87 | 87 |
| Total revenues | 4,000,467 | 1,000,087 | (3,000,380) |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 670,832 | 730,319 | (59,487) |
| Legal and professional services | 3,176,080 | 489,509 | 2,686,571 |
| Travel | 24,000 | 16,589 | 7,411 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 12,000 | 6,261 | 5,739 |
| Telephone and network | 4,520 | 4,441 | 79 |
| Insurance | 12,000 | 12,383 | (383) |
| Other | 98,496 | $173,015 | (74,519) |
| Capital outlay | - | - | - |
| Total expenditures | 4,000,467 | 1,416,665 | 2,583,802 |
| Change in fund balance | $ - | (416,578) | $ (416,578) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,983,441 | |
| Fund balance - February 29, 2012 | | $ 8,566,863 | |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 29, 2012

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $  1,000,000 | - | $  1,000,000 |
| General revenues: | | | |
| Investment earnings | 87 | - | 87 |
| Total revenues | 1,000,087 | - | 1,000,087 |
| | | | |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 730,319 | - | 730,319 |
| Legal and professional services | 489,509 | - | 489,509 |
| Travel | 16,589 | - | 16,589 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 12,383 | - | 12,383 |
| Other | 183,716 | - | 183,716 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | 93,056,829 | 93,056,829 |
| Total expenditures/expenses | 1,416,665 | 94,226,885 | 95,643,550 |
| | | | |
| Change in fund balance | (416,578) | 416,578 | - |
| | | | |
| Change in net assets | - | (94,226,885) | (94,643,463) |
| | | | |
| Fund balance/net assets - July 1, 2011 | 8,983,441 | 85,486,260 | 103,154,911 |
| | | | |
| Fund balance/net assets - February 29, 2012 | $  8,566,863 | $  (8,324,047) | $  8,511,448 |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine  months ended
March 31, 2012

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $106,650 | $            - | $     106,650 |
| Prepaid items | $0 | - | - |
|  | 106,650 | - | 106,650 |
| **Noncurrent assets:** | | | |
| Deposits with others | 577 | - | 577 |
| Capital assets, net | - | $0 | - |
| Total assets | $      107,227 | - | $     107,227 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 45,393 | - | 45,393 |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 39,787 | | 39,787 |
| Compensated absences | 0 | 55,415 | 55,415 |
| Total liabilities | $      226,921 | $     55,415 | $     282,336 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 577 | (577) | - |
| Unreserved, undesignated | (120,271) | 120,271 | - |
| Total fund balance | (119,694) | 119,694 | - |
| Total liabilities and fund balance | $      107,227 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 8,526,832 | 8,526,832 |
| Total net assets | | $   8,526,832 | $   8,526,832 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2012

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $4,500,208 | $1,150,000 | $ (3,350,208) |
| Investment earnings | $0 | $95 | 95 |
| Total revenues | 4,500,208 | 1,150,095 | (3,350,113) |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 754,686 | 822,359 | (67,673) |
| Legal and professional services | 3,573,090 | 527,242 | 3,045,848 |
| Travel | 27,000 | 15,992 | 11,008 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 13,500 | 6,471 | 7,029 |
| Telephone and network | 5,085 | 4,501 | 584 |
| Insurance | 13,500 | 13,947 | (447) |
| Other | 110,808 | $176,628 | (65,820) |
| Capital outlay | - | - | - |
| Total expenditures | 4,500,208 | 1,551,289 | 2,948,919 |
| Change in fund balance | $ - | (401,194) | $ (401,194) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 |  | 8,983,441 |  |
| Fund balance - March 31, 2012 |  | $ 8,582,247 |  |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2012

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 1,150,000 | - | $ 1,150,000 |
| General revenues: | | | |
| Investment earnings | 95 | - | 95 |
| Total revenues | 1,150,095 | - | 1,150,095 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 822,359 | - | 822,359 |
| Legal and professional services | 527,242 | - | 527,242 |
| Travel | 15,992 | - | 15,992 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 13,947 | - | 13,947 |
| Other | 187,600 | - | 187,600 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | 93,056,829 | 93,056,829 |
| Total expenditures/expenses | 1,551,289 | 94,226,885 | 95,778,174 |
| Change in fund balance | (401,194) | 401,194 | - |
| Change in net assets | - | (94,226,885) | (94,628,079) |
| Fund balance/net assets - July 1, 2011 | 8,983,441 | 85,486,260 | 103,154,911 |
| Fund balance/net assets - March 31, 2012 | $ 8,582,247 | $ (8,339,431) | $ 8,526,832 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2012

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $50,706 | $    - | $    50,706 |
| Prepaid items | $0 | - | - |
|  | 50,706 | - | 50,706 |
| **Noncurrent assets:** | | | |
| Deposits with others | (1,867) | - | (1,867) |
| Capital assets, net | - | $0 | - |
| Total assets | $    48,839 | - | $    48,839 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | (1,105) | - | (1,105) |
| Accrued salaries and benefits | 141,741 | - | 141,741 |
| Other accrued expenses | 773 | | 773 |
| Compensated absences | 0 | 55,415 | 55,415 |
| Total liabilities | $    141,409 | $    55,415 | $    196,824 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | (1,867) | 1,867 | - |
| Unreserved, undesignated    - | (90,703) | 90,703 | - |
| Total fund balance | (92,570) | 92,570 | - |
| Total liabilities and fund balance | $    48,839 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 8,553,957 | 8,553,957 |
| Total net assets | | $    8,553,957 | $    8,553,957 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2012

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $4,999,949 | $1,325,000 | $   (3,674,949) |
| Investment earnings | $0 | $102 | 102 |
| Total revenues | 4,999,949 | 1,325,102 | (3,674,847) |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 838,540 | 917,564 | (79,024) |
| Legal and professional services | 3,970,100 | 565,438 | 3,404,662 |
| Travel | 30,000 | 17,444 | 12,556 |
| Rents and leases | 2,539 | (15,851) | 18,390 |
| Office expenses | 15,000 | 6,975 | 8,025 |
| Telephone and network | 5,650 | 5,065 | 585 |
| Insurance | 15,000 | 15,510 | (510) |
| Other | 123,120 | $187,026 | (63,906) |
| Capital outlay | - | - | - |
| Total expenditures | 4,999,949 | 1,699,171 | 3,300,778 |
| Change in fund balance | $              - | (374,069) | $   (374,069) |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance - July 1, 2011 | | 8,983,441 | |
| Fund balance - April 30, 2012 | | $   8,609,372 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2012

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 1,325,000 | - | $ 1,325,000 |
| General revenues: | | | |
| Investment earnings | 102 | - | 102 |
| Total revenues | 1,325,102 | - | 1,325,102 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 917,564 | - | 917,564 |
| Legal and professional services | 565,438 | - | 565,438 |
| Travel | 17,444 | - | 17,444 |
| Rents and leases | (15,851) | - | (15,851) |
| Insurance | 15,510 | - | 15,510 |
| Other | 199,066 | - | 199,066 |
| Depreciation | 0 | 1,170,056 | 1,170,056 |
| Capital outlay - Fixed Assets | - | 93,056,829 | 93,056,829 |
| Total expenditures/expenses | 1,699,171 | 94,226,885 | 95,926,056 |
| Change in fund balance | (374,069) | 374,069 | - |
| Change in net assets | - | (94,226,885) | (94,600,954) |
| Fund balance/net assets - July 1, 2011 | 8,983,441 | 85,486,260 | 103,154,911 |
| Fund balance/net assets - April 30, 2012 | $ 8,609,372 | $ (8,366,556) | $ 8,553,957 |