KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - SBN 166884
DANIELLE F. O'BANNON - SBN 207095
KYLE A. LEWIS - SBN 201041
PATRICK R. McKINNEY – SBN 215228
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-3035
Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – SBN 39374
PAUL B. MELLO – SBN 179755
WALTER R. SCHNEIDER – SBN 173113
SAMANTHA D. WOLFF-  SBN 240280
RENJU P. JACOB - SBN 242388
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al., | CASE NO. 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | |
| v. | **THREE-JUDGE COURT** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | CASE NO. C01-1351 TEH |
| Plaintiffs, | |
| v. | **THREE-JUDGE COURT** |
| EDMUND G. BROWN, JR., et al., | **DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR AN ORDER REQUIRING DEFENDANTS TO DEMONSTRATE HOW THEY WILL ACHIEVE THE REQUIRED POPULATION REDUCTION BY JUNE 2013** |
| Defendants. | |

4316380.1

1    I, ROSS MEIER, declare as follows:

2    1.    I am the Chief of the Population Management Unit of the Division of Adult

3  Institutions for the California Department of Corrections and Rehabilitation (CDCR).  I

4  have been employed in this position since March 2010 and have been with the

5  Population Management Unit since 2003.  I have assisted in gathering data maintained

6  by CDCR on numerous occasions.  I am competent to testify to the matters set forth in

7  this declaration, and if called upon to do so, I would and could so testify.  I submit this

8  declaration in support of Defendants' Opposition to Plaintiffs' Renewed Motion for an

9  Order Requiring Defendants to Demonstrate How They Will Achieve the Required

10  Population Reduction by June 2013.

11    2.    As part of my duties, I manage the day-to-day intake of offenders from

12  county jails, and the movement and housing of inmates throughout the state prison

13  system.

14    3.    I have reviewed Plaintiffs' motion and the supporting declaration of Mr.

15  James Austin.  At Paragraph 5(a) of his declaration, Mr. Austin asserts that CDCR's use

16  of California Health Care Facility (CHCF) placements at Stockton is misdirected and

17  implies that these placements should not be included in CDCR's housing capacity.  But

18  CDCR anticipates being able to house inmates at CHCF on or before July 27, 2013,

19  admitting inmate-patients at a level acceptable to ensure the appropriate level of

20  treatment for the new admissions.  Based on this intake process, CHCF placements will

21  steadily increase throughout 2013, with all CHCF beds occupied by December 27, 2013.

22    4.    In addition, included the Governor's May Revise Budget is the

23  Administration's comprehensive plan for CDCR, *The Future of California Corrections*

24  *(Blueprint),* proposes to renovate the Dewitt Annex to the CHCF and to build three Level

25  II in-fill projects.  It is anticipated that the Dewitt Annex will be available to house

26  offenders by June 2014, and that the in-fill projects will be available to house offenders by

27  Fiscal Year 2015/16.

28  / / /

4316380.1

1     I declare under the penalty of perjury under the laws of the State of California and

2  the United States of America that the foregoing is true and correct.  Executed in

3  Sacramento, California on May 23, 2012.

4

5

6                                            Ross Meier

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4316380.1