KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' FOURTH STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

1

Defs.' Fourth Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)

**ACRONYM LIST**

| Acronym | Term |
|---|---|
| APP | Acute Psychiatric Program |
| ASH | Atascadero State Hospital |
| CDCR | California Department of Corrections and Rehabilitation |
| CMF | California Medical Facility |
| DMH | Department of Mental Health |
| EOP | Enhanced Outpatient Program |
| HC-POP | Health Care Placement Oversight Program |
| ICF | Intermediate Care Facility |
| IDTT | Interdisciplinary Treatment Team |
| MHTS.net | Mental Health Tracking System |
| SVPP | Salinas Valley Psychiatric Program |
| VPP | Vacaville Psychiatric Program |

/ / /

/ / /

/ / /

## I. INTRODUCTION

Since their April 30, 2012 status report, Defendants have completed admissions to the California Medical Facility's (CMF) intermediate care facility, continued construction on CMF's L-Wing conversions, and continued implementing a sustainable self-monitoring process. Given these measures, Defendants have essentially eliminated the waitlist for intermediate care facility placements, and have significantly reduced the waitlist for acute care referrals. Defendants' fourth status report on the implementation of their supplemental plan to reduce these waitlists follows. The parties have most recently met and conferred on June 1, 2012, and Defendants' fourth status report follows.

## II. STATUS REPORT

**A.  Status of Defendants' October 18, 2011 Supplemental Wait List Plan.**

Defendants' October 18, 2011 supplemental plan to reduce or eliminate the SVPP and APP wait lists has three components: (1) adjusting the custody criteria employed by the Intermediate Care Facility (ICF) Pilot Program to expand patient access to ICF programs operated by the Department of Mental Health (DMH); (2) constructing 64 ICF beds at California Medical Facility (CMF); and (3) opening additional ICF beds by converting 113 cells in CMF's L-Wing into 110 temporary ICF beds and three observation rooms for high-custody patients from the SVPP waitlist. (Docket No. 4103 at 7-11.) As reported on April 2, 2012, Defendants have completed the first component—adjusting the custody criteria employed by the ICF Pilot Program to expand access to DMH programs. (Docket No. 4172 at 4:9–12.)

In addition, Defendants activated the 64 ICF beds at CMF in March 2012. Construction continues on the L-Wing to remedy ventilation and heating issues and Defendants expect to begin admitting inmate-patients on July 2, 2012.

**1.  DMH Patient Movement (and Opening of ICF 64-bed Unit) Reduced the Number of Inmate-Patients Waiting for SVPP and APP Treatment.**

When Defendants filed their supplemental plan to reduce or eliminate the SVPP and APP waitlists on October 18, 2011, 139 inmate-patients were on the SVPP waitlist and 28 inmate-

///

patients were on the APP waitlist. (Docket No. 4103 at 6, n.1.) In addition, the new 64-bed ICF program at CMF had not yet opened.

The CMF 64-bed ICF unit is fully activated and in use. (Nguyen Decl. ¶ 3.) In addition, between March 1, and May 31, 2012, DMH transferred 37 inmate-patients within DMH programs to allow for more efficient use of single-celled housing. Specifically, nineteen inmate-patients were transferred from SVPP to Atascadero; two from Vacaville Psychiatric Program (VPP) Acute to Atascadero, seven from VPP ICF to Atascadero, and nine inmate-patients were transferred from Atascadero State Hospital to Coalinga State Hospital. (*Id.* at ¶ 4.)

During the June 1, 2012 meet and confer session, Defendants identified fourteen inmate-patients who were awaiting admission into a DMH intermediate care facility. By June 8, 2012, all of them were either appropriately housed or had their referrals rescinded. As of June 1, nine patient-inmates were waiting acute program placement (*Id.* at ¶ 6.)

### 2. L-Wing Update.

Defendants have been converting 113 cells in CMF's L-Wing from Enhanced Outpatient Program General Population (EOP-GP) beds to 110 temporary unlicensed ICF beds and three observation rooms to house high-custody inmate-patients on the SVPP waitlist. (Docket No. 4103 at 10-11.) CDCR completed all major construction and retrofitting for all three tiers (L-1, L-2, and L-3) in the L-Wing but encountered a ventilation and climate-control issue that required additional construction work to ensure inmate-patient safety. (Docket 4179 at 5.)

Defendants reported in April that, despite problems with the ventilation and air-conditioning on the second (L-2) and third (L-3) tiers, tier L-1 was expected to be timely activated in June 2012. (Docket 4179 at 5.) Defendants also reported that they were working on a solution to satisfactorily address the ventilation and heat issues on tiers L-2 and L-3 and would provide an update to the Court in their next status report. (*Id.* at 7:3–4.)

Defendants reported at the meet and confer session that they have been working to install a new air cooling system that will address the ventilation and heat issues in all three tiers, and that they expect the system to be fully functional by July 1, 2012. Defendants further reported that

///

4

they fortunately addressed these ventilation and heat issues more swiftly than was originally anticipated, and as a result, expect to begin admitting inmate-patients on July 2, 2012.

**C.    Sustainable Self-Monitoring Process.**

CDCR's sustainable self-monitoring process consists of three broad categories of review—monthly procedures, quarterly procedures, and annual procedures.  (Docket No. 4132 at 26–31.) .

    **1.    Monthly Procedures.**

In early 2012, institutional clinical staff and headquarters staff began their monthly review of institutional level-of-care decisions.  (Docket Nos. 4132 at 27; 4172 at 26-31.)  CDCR continues to use available tracking systems to record and monitor referrals to DMH.  (McGill Decl. ¶ 4.)  At the June 1, 2012, meet and confer, Defendants summarized the monthly monitoring process, demonstrated the SharePoint tracking tool and its functions, discussed timelines and presented the templates and forms used in the monthly review process.  (*Id.* ¶ 5.)  Defendants advised Plaintiffs that the DMH coordinator's user manual is in production.  (*Id.*)  In addition, the institutions continue to create non-referral logs and forward them to headquarters for review.  (*Id.*)  Also, the institutions continue to complete monthly audits, using the 7833-B referral review process, and summarizing the results in the monthly Mental Health Subcommittee minutes.  (*Id.*)

    **2.    Quarterly Procedures.**

Every three months, one-fourth of the institutions with Enhanced Outpatient Programs (EOP) participate in a quarterly review process.  (Docket No. 4132 at 27-28.)  This ensures one annual review for each EOP program.  (*Id.*)  The Regional Directors conduct one- to two-day on-site visits at selected institutional EOP programs in their regions.  (*Id.*)

Between May 15, and May 31, 2012, the Regional Directors conducted on-site visits at California State Prison, Corcoran (Corcoran), Kern Valley State Prison (Kern Valley), California Medical Facility (CMF), and Richard J. Donovan Correctional Facility (RJD).  (McGill Decl. ¶ 6.)  Northern Regional Chief, Dr. Clavere, conducted the CMF site visit, Central Regional Chief, Dr. Araminta, conducted the site visits at Corcoran and Kern Valley, and Southern Regional Chief, Dr. Norris, conducted the RJD site visit with assistance from incoming Southern Regional

5

Chief, Dr. Kendall. (*Id.*) Dr. Kendall was not able to complete the RJD site visit and is rescheduling a completion date. (*Id.*) The *Coleman* experts accompanied and observed these visits. (*Id.*)

During the June 1, 2012 meet and confer session, Dr. Clavere reported that he concluded his site visit to CMF without issues. (McGill Decl. ¶ 7.) Dr. Araminta reported that she is still in the process of reviewing the data from her two visits. (*Id.*)

### 3. Annual Procedure.

Each year, one-fourth of the institutions with EOP programs will participate in an annual review process. Non-EOP institutions with an EOP population will also be included in the annual procedure. (Docket No. 4132 at 28.) The annual procedure, which CDCR implemented in early 2012, consists of three components: (1) headquarters procedure and sampling methodology; (2) institutional review of sampled lists; and (3) headquarters review of institutional data. (*Id.* at 28–29.) *See* Defendants' April 2, 2012 report to the Court explaining each of these components in detail. (Docket No. 4172 at 10-12.)

In April 2012, headquarters completed the annual review process for a second group of institutions. (McGill Decl. ¶ 8.) The EOP institutions included in the second group of institutions were CMF; Corcoran; Kern Valley; and RJD. (*Id.*) The non-EOP institutions included Calipatria State Prison; Correctional Training Facility; High Desert State Prison; Sierra Conservation Center; and California State Prison, Solano. (*Id.*) Headquarters also performed follow-up reviews of institutions that were initially reviewed in February 2012, including California State Prison, Sacramento; California Men's Colony; Salinas Valley State Prison; California State Prison, Los Angeles County; Avenal State Prison; Pleasant Valley State Prison, North Kern State Prison; and Wasco State Prison. (*Id.*)

Between April 9, and April 13, 2012, headquarters completed its data sampling for all 17 institutions, and generated a spreadsheet on this data which it then sent to each institution for review. (McGill Decl. ¶ 9.) Between April 30, and May 4, 2012, a senior psychologist, Dr. Reininga, reviewed the 7388-Bs on each spreadsheet for the follow-up review of institutions reviewed in February 2012. (*Id.*) Between May 7, and May 10, 2012, Dr. Reininga reviewed the

6

Defs.' Fourth Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)

second quarter institutions in the same manner.  (*Id.*)  A *Coleman* Deputy Special Master, two court experts, Southern Regional Director Dr. Kendall, and other headquarters staff participated in the review process of the second quarter institutions and Dr. Reininga briefed them on the follow-up review of the first quarter institutions.  (*Id.*)

The sustainable process provides that "[i]f more than 15% of the documentation at an institution is considered unacceptable, headquarters will determine whether the nature of the problem is systemic, documentation, or supervisory."  (Docket No. 4132 at 30.)  In addition, "[i]f appropriate, headquarters and local management will work together to develop a remedial plan and headquarters will provide additional training."  (*Id.*)  With the exception of Pleasant Valley and North Kern State Prisons (both non-EOP institutions), each institution exceeded the 15% limit for "unacceptable" documentation on their 7388-Bs.  (McGill Decl. ¶ 10.)  After completing the headquarters-level review, headquarters returned the spreadsheets to the institutions with these results and conducted follow-up training.  (*Id.* at ¶ 11.)  Insufficient documentation was the basis for most of the 7388-Bs deemed "unacceptable."  (*Id.* at ¶ 12.)  By June 6, 2012, all second quarter institutions reported their follow-up actions and outcomes for inmate-patients whose level of care decisions were deemed "unacceptable" during the first quarter review.  (*Id.* at ¶ 13.)  Headquarters will begin its review of data for the third quarter of its annual review process on July 16, 2012.  (*Id.*)

/ / /

/ / /

/ / /

7

Defs.' Fourth Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)

The parties agreed to convene via teleconference on July 2, 2012, to discuss the status of the upcoming evidentiary hearing. Other issues and developments related to inpatient access will be discussed and reported on as needed.[1]

Dated:  June 11, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/S/ WILLIAM H. DOWNER*

WILLIAM H. DOWNER
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003

---

[1] Although not directly related to access to SVPP or VPP inpatient programs, during the June 1, 2012 meet and confer session, the parties also discussed inmate-patient issues concerning the ICF program for condemned inmates at San Quentin and California Institute for Women's 45-bed psychiatric in-patient facility, which will be activated on July 2, 2012.

8

Defs.' Fourth Status Rep. on Plans to Address Access to Inpatient Care (2:90-cv-00520 LKK JFM P)