KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF LUCINDA McGILL IN SUPPORT OF DEFENDANTS' FOURTH STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Lucinda McGill, declare:

1. I am a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program within the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Fourth Status Report on Plans to Address Access to Inpatient Care.

2. I began working for CDCR in 1997 and in the CDCR Mental Health Utilization Management Program in May 2008. The mission of Mental Health Utilization Management is

1

McGill Decl. in Supp. Defs.' Fourth Status Rep. on Plans to Address Access to Inpatient Care
(2:90-cv-00520 LKK JFM P)

twofold: (1) to ensure timely access to care and continuity and quality of care for patients in mental and medical health care services; and (2) to implement a standardized utilization management that will facilitate coordinated, state-wide, evidence-based quality care.

3. As a Nurse Consultant III Supervisor with the Mental Health Utilization Management Program, I am familiar with the status of CDCR's referral review process.

4. CDCR uses available tracking systems to record and monitor referrals to DMH.

5. At the June 1, 2012 meet and confer, Defendants presented a summary of the monthly monitoring process, which included a demonstration of the SharePoint tracking tool and its functions, and a discussion regarding timelines and how DMH referrals are processed. Defendants presented the templates and forms used for the monthly process via webinar. Defendants also informed meeting participants that the DMH coordinator's user manual is in production. The institutions continue to create non-referral logs and forward them to headquarters for review, and complete monthly audits, using the 7833-B referral review process, summarizing the results in the monthly Mental Health Subcommittee minutes.

6. Between May 15, and May 31, 2012, the Regional Directors of Mental Health conducted on-site visits at California Medical Facility (CMF), California State Prison, Corcoran (Corcoran), Kern Valley State Prison (Kern Valley), and Richard J. Donovan Correctional Facility (RJD). Northern Regional Chief, Dr. Clavere, conducted the site visit for CMF, Central Regional Chief, Dr. Araminta, conducted the site visits to Corcoran and Kern Valley, and Southern Regional Chief, Dr. Norris, conducted the site visit to RJD with assistance from incoming Southern Regional Chief, Dr. Kendall. Dr. Kendall was not able to complete the RJD site visit and is scheduling another day to complete it. The *Coleman* experts accompanied and observed these visits.

7. During the June 1, 2012 meet and confer, Dr. Clavere reported that he concluded his site visit to CMF without issues. Dr. Araminta reported that she is still in the process of reviewing the data from her visits to Corcoran and Kern Valley.

8. In April 2012, headquarters completed the annual review process for a second group of institutions. The Enhanced Outpatient (EOP) institutions included in the second group were

2

McGill Decl. in Supp. Defs.' Fourth Status Rep. on Plans to Address Access to Inpatient Care
(2:90-cv-00520 LKK JFM P)

1  CMF, Corcoran, Kern Valley, and RJD.  The non-EOP institutions included Calipatria State
2  Prison, Correctional Training Facility, High Desert State Prison, Sierra Conservation Center, and
3  California State Prison, Solano.  Headquarters also performed follow-up assessments of
4  institutions that were reviewed in February 2012, including California State Prison, Sacramento,
5  California Men's Colony; Salinas Valley State Prison; California State Prison, Los Angeles
6  County, Avenal State Prison, Pleasant Valley State Prison, North Kern State Prison, and Wasco
7  State Prison.

8      9.   Between April 9, and April 13, 2012, headquarters completed its sampling of data for
9  all 17 institutions, generated a spreadsheet for each institution or the sample data, and sent it to
10 the institutions for review.  Between April 30, and May 4, 2012, a senior psychologist at
11 headquarters, Dr. Reininga, reviewed the 7388-Bs on each spreadsheet for the follow-up review
12 of institutions reviewed in February 2012.  Between May 7, and May 10, 2012, Dr. Reininga
13 reviewed second quarter institutions in the same manner.  A *Coleman* Deputy Special Master, two
14 court experts, Southern Regional Director Dr Kendall, and other headquarters staff participated in
15 the review process of the second quarter institutions and Dr. Reininga briefed them on the follow-
16 up review of the first quarter institutions.

17     10.  With the exception of Pleasant Valley and North Kern State Prisons (both non-EOP
18 institutions), each institution reviewed exceeded the 15% limit for "unacceptable documentation
19 on their 7388-Bs.

20     11.  After completing the headquarters-level review, headquarters returned the
21 spreadsheets to the institutions with the headquarters' review results and conducted follow-up
22 training.

23     12.  Insufficient documentation was the basis for most of the 7388-Bs deemed
24 "unacceptable."

25 / / /
26 / / /
27 / / /
28

3

 1      13.   By June 6, 2012, all second quarter institutions reported their follow-up actions and outcomes for inmate-patients who were the subjects of 7388-B level of care decisions that were deemed "unacceptable" during the first quarter review. Headquarters will begin reviewing data for the third quarter annual review process on July 16, 2012.

      I declare that the foregoing is true and correct. Executed this 11th day of June, 2012, at Sacramento, California.

                                                */s/ Lucinda McGill*
                                              LUCINDA McGILL

CF1997CS0003

4

McGill Decl. in Supp. Defs.' Fourth Status Rep. on Plans to Address Access to Inpatient Care
(2:90-cv-00520 LKK JFM P)