KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF ANNE NGUYEN IN SUPPORT OF DEFENDANTS' FOURTH STATUS REPORT ON PLANS TO ADDRESS ACCESS TO INPATIENT CARE** |

I, Thien Nguyen, declare:

1. I am senior staff counsel for the Department of Mental Health (DMH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Fourth Status Report on Plans to Address Access to Inpatient Care.

2. As senior staff counsel for DMH, I am familiar with the DMH programs that serve California Department of Corrections and Rehabilitation (CDCR) male inmate-patients admitted to Atascadero State Hospital (ASH), the Vacaville Psychiatric Program (VPP) at the California

1

1  Medical Facility, and the Salinas Valley Psychiatric Program (SVPP) at Salinas Valley State
2  Prison.
3      3.   As of May 31, 2012, the 64-bed Intermediate Care (ICF) unit at California Medical
4  Facility was fully activated and 62 beds were occupied.
5      4.   Between March 1, and May 31, 2012, DMH transferred 37 inmate-patients from one
6  DMH program to another DMH program to allow for more efficient use of single-celled housing:
7  nine inmate-patients were transferred from ASH to Coalinga State Hospital; nineteen from SVPP
8  to ASH; two from VPP Acute to ASH; and seven from VPP Intermediate Care to ASH.
9      5.   On May 31, 2012, there were 14 inmate-patients who were pending admission to
10 DMH ICF level of care. As of June 8, 2012, none of these 14 inmate-patients were still pending
11 admission to ICF level of care; twelve inmate-patients were admitted and two were rescinded.
12     6.   On May 31, 2012, nine inmate patients were awaiting placement in an Acute Care
13 program.
14     I declare that the foregoing is true and correct. Executed this 11th day of June, 2012, at
15 Sacramento, California.

THIEN NGUYEN

CF1997CS0003