# EXHIBIT 1

# Consulting Services for
# California Department of Corrections
# & Rehabilitation

# MENTAL HEALTH BED NEED STUDY
# Based on Spring 2012 Population Projections

# April 2012

# McManis Consulting



# Assignment & Scope

This is the Spring 2012 Mental Health Bed Need Study using the Spring 2012 Population Projections developed under the California Department of Corrections and Rehabilitation's (CDCR's) contract with McManis Consulting.  These projections are based on policies and practices in place at the time the projections were developed, and continue to estimate the impact of Assembly Bill 109 (AB109), which took effect on October 1, 2011.  AB109, the Public Safety Realignment law, poses major challenges to forecasters of both total prison populations as well as for the health planners because there is a lack of historical trend data for some of the realignment changes.

This Spring 2012 study applies the new approaches and methodologies begun in the Fall 2011 report. They are based in part on the effort of Health Care Placement Oversight Program (HC-POP) staff in collecting additional data specifically related to security level and analyses of wait lists. HC-POP expanded their audit of census and wait lists by security level by up to 7 periods from the 4 previously used in many of the male programs.

As in previous reports, John Misener of McManis Consulting is the lead author and forecaster for the materials in this report.

*\*\* The Spring 2012 Mental Health Bed Need Study does not consider impacts to the mental health population resulting from the Department's December 2011 Expert Panel Study of the Inmate Classification Score System.  Although the Department expects that processes put in place consistent with the Study will impact the mental health population beginning in Fiscal Year 2012/13, CDCR is still evaluating the implementation process.  Therefore, future projections will reflect the impact of these changes.*

# Table of Contents

**SPRING 2012– ISSUES & FEATURES**                                      Page        4

**DATA USED IN THIS REPORT**                                                        5

**BASIC METHODOLOGY**                                                               6

**METHODOLOGY ENHANCEMENTS ADDED IN THE FALL 2011 AB109 STUDY**                     7

**SPRING 2012 POPULATION PROJECTIONS**                                              8

**FORECASTS**

  Acute Psychiatric Program (APP) – Males                                  9

  Acute/Intermediate Care Facility (ICF) Program – Females                 12

  ICF Program – Males                                                      13

  Mental Health Crisis Bed (MHCB) – Males                                  19

  MHCB – Females                                                           23

  Enhanced Outpatient Program (EOP) General Population (GP)  – Males        24

  EOP – Administrative Segregation (ASU) – Males                           26

  Psychiatric Services Unit (PSU) – Males                                  28

  EOP-GP – Females                                                         31

  EOP-ASU – Females                                                        32

  PSU – Females                                                            33

  Correctional Clinical Case Management System (CCCMS) – Males             34

  CCCMS – Females                                                          37

**APPENDIX**

  List of Abbreviations Used in Report                                     39

  Comparison of Bed Need Forecasts – Spring 2012 vs. Fall 2011 AB109       40

  Mental Health Services Delivery System Bed Need                          41

**FINAL Spring 2012 MH Bed Need Study**

# Spring 2012 Mental Health Bed Study – ISSUES & FEATURES

## MALE

Male population projections dropped 2.0% (-2,619) for 2012 vs. the Fall 2011 projections. The other forecast years track closely with the Fall 2011 projections varying from a -0.9% to 0.1% difference.

The Spring 2012 forecast is compared to the Fall 2011 study below for 2017:

- **Acute (APP)** – 2.1% higher than the Fall 2011 study

- **Intermediate (ICF)** – 15.4% lower

- **MHCB** – 4.0% lower

- **EOP-GP** – 2.2% higher

- **EOP-ASU** – 8.1% higher

- **PSU** – 1.9% lower

- **CCCMS** – 0.2% higher

## FEMALE

Female population projections are projected to drop 3.4% (-227) in 2012 compared to the Fall 2011 projections. In 2017, the new Spring projections are 1.2% lower (-64) than the Fall 2011 projections.

The Spring 2012 forecast is compared to the Fall 2011 study below for 2017:

- **Acute/ICF** – 5.4% higher than the Fall 2011 study

- **MHCB** – 33.3% lower

- **EOP-GP** – 10.7% lower

- **EOP-ASU** – 30.1% lower

- **PSU** – 104.7% higher

- **CCCMS** – 4.7% lower

## OVERALL

The Spring 2012 Mental Health Services Delivery System (MHSDS) population, excluding CCCMS, is lower than the estimate made in the Fall 2011 study for FY2012 by 2.8% (-186). By 2017, the new forecast is only .7% lower (-44).

**FINAL Spring 2012 MH Bed Need Study**

# Data Used in this Report

This Spring 2012 Study uses the following data:

- July 2011 – January 2012 census and wait list data, by program, provided by HC-POP.

- Spring 2012 Adult Population Projections from the CDCR Offender Information Services Branch (OISB), replacing the Fall 2011 AB109 values. These projections are based on policies and practices in place at the time the projections were developed, and continue to estimate the impact of AB109, which took effect October 1, 2011.

- Additional projections from OISB of inmate populations by level of security, through 2022, for use in the male forecast methodologies, which are projected to have a greater proportion of higher security level inmates in 2012 and beyond.

- HC-POP analysis of inmate-patients in APP, ICF, MHCB, EOP-ASU, and PSU

  - Sample dates

    - Seven sample dates in FY2012 (one/month from July 2011 –January 2012) for APP, CMF-ICF (High Custody), SVPP, MHCB, and PSU

    - Six sample dates for EOP-ASU (no data for November 2011 due to system issues resulting from the SOMS conversion)

    - Five sample dates for ICF at CMF and ASH (no data for November-December 2011 due to system issues resulting from the SOMS conversion)

    - One date for CSH (January 2012 only as CSH census increased beginning December 2011 due to the DMH patient movement plan)

  - Matched inmate-patients to placement scores and security levels (Datamart)

- HC-POP analysis of wait lists for APP, ICF, and PSU

  - Seven sample dates in FY2012 (one/month from July 2011 –January 2012)

  - Determined location of inmate-patient while on wait list

# Basic Methodology

The fundamental modeling approach for the Mental Health Bed Need Study is the Census Rate method, which is a population-based model. The method entails development of forecasts of the target populations and the development of "census rates" for those populations (based on the average daily/weekly/biweekly census per 1,000 inmates) for each level of care. This basic model uses the following variables:

- **CDCR Total Institution Population (actual and projected)**
- **Historical Program Census Counts (daily, weekly, or bi-weekly)**
- **Historical Program Wait List Counts, if any (daily, weekly)**
  *(It is noted that for purposes of these projections, "wait list" includes all that are not yet in a bed, including those that are within the Mental Health Program Guide transfer timelines.)*

A Census Rate Adjustment Factor (CRAF) was applied to previous forecasts (and is still applied to some of the female forecasts) when the census rate increases over 4 or 5 years in order to simulate future increases. It is not always applied, such as when the rate exhibits a decline, is erratic, or is not expected to continue to increase based on other information related to operations (indication of length of stay reduction, improvements in wait list management, etc.).

The goal of the Mental Health Bed Need Study is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply. Occupancy standards were selected to ensure that, on average, capacities would not be exceeded in the future given the forecasted bed requirements. While the inpatient community standard is about 80 percent, the Division of Correctional Health Care Services decided to apply a 90 percent occupancy standard to all inpatient programs, and a 95 percent standard to the outpatient programs. The lower occupancy standard increases the probability of having an empty bed available.

# Methodology Enhancements Added in the Fall 2011 AB109 Study

1.  ***For the Male MHCB, EOP-GP, and EOP-ASU programs and the Female EOP-ASU program, provided a "trued" bed need reporting.  This is an adjustment to the official forecasted bed need that eliminates "double-counting."***

    Analysis of wait lists was conducted by HC-POP in order to analyze the causes of non-admission (paroles, rescissions, admissions to alternate programs, etc.).  Also, the current housing/level of care of those on the wait lists was determined so that adjustments could be shown to eliminate "double-counting." For example, an analysis of 7 dates (one per month, July-January) in FY2012 was used to determine that 78% of men on the APP wait list (or an average of 23 inmates) were residing in a MHCB. A separate reporting of the "true" bed need is shown in the MHCB forecast with the observation that the beds used by those inmates on the wait list could be freed-up once adequate APP capacities become available in the future.

2.  ***For Male programs, determined security level-specific census rates to better adjust for anticipated changes in the security level mix as a result of AB109.***

    For this study, as in the Fall 2011 study, OISB provided male population projections by Security Level. An enhancement to the basic model for male programs has been made as corresponding utilization data by Security Level has become available. Analysis of the mental health programs indicate that the utilization of services by Level IV inmates are in excess of 2.5 times the overall male population average census rate with the exception of CCCMS (1.7 times). PSU (4.9 times) and ASU (3.5 times) are much higher. The use of these "security level-specific" census rates is designed to ensure sufficient bed need despite large drops in the projected population due to AB109.

    For the Male programs, Security Level population and utilization data was available so the CRAF method was not used in preference for the new method. Analysis of actual or estimated 2011 and 2012 census rates shows that there are significant differences between Security Level "cohorts" for each program. In general, the Level IV rates are significantly higher than the average. Since the OISB projections indicate major changes in the future distribution of these Security Level population "cohorts," including different 10-year growth patterns for each cohort, the modeling of future census and bed need should be based on a more sound analytical footing by using this new method. The use of CRAF assumes future changes based on past experience; however, future changes under AB109 require a more precise approach.

    Because OISB does not project the Female population by Security Level, CRAFs are still used for Female programs, as appropriate.

# Spring 2012 CDCR Population Projections

The preliminary Spring 2012 10-year projections from CDCR's OISB were received on March 19, 2012, for internal use. The official projections were published on April 23, 2012.  The projection for Males is 2.0% lower than the Fall 2011 projections for June 30, 2012, and nearly identical at 113 lower (-0.1%) by 2017.   The female population estimate for June 30, 2012, is 227 lower (-3.4%) than projected in the Fall 2011 forecast and 64 lower (-1.2%) by 2017.

One of the most important aspects of the series of population forecasts is that the current year, FY2012, is the first year of the large and unprecedented reductions associated with AB109. For males, the monthly drops starting in October 2012 are at least as large as the annual drops over the last few years and the female monthly drop is even greater. This creates a need to monitor the mid-year FY2012 utilization trends closely and to calculate mid-year census rates by using the mid-period estimates, then applying these appropriately to the significantly lower June 30 projections.





*Data Source:  CDCR OISB Population Projections Unit*

# APP Bed Need – Males

This Forecast is
**Higher**
than Fall 2011

## Acute Psychiatric Program Bed Need Forecast

| Acute Psych - Male | --- Actual --- | | | | | | | | | Est. d/ | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop. Spring 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 147,500 | 127,354 | 122,051 | 119,635 | 118,252 | 117,935 | 118,411 | 119,129 | 120,235 | 121,077 | 122,137 | 123,255 |
| Census Rate a/ | 0.94 | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.11 | 1.45 | 1.42 | 1.46 | 1.66 | 1.71 | 1.73 | 1.74 | 1.74 | 1.74 | 1.73 | 1.72 | 1.71 | 1.70 | 1.70 |
| ADC from databases b/ | 142 | 136 | 131 | 146 | 115.1 | 134.4 | 128.8 | 144.11 | 172.3 | 186.4 | | | | | | | | | | | |
| Wait List ADC c/ | | | | 31 | 42.0 | 55.0 | 45.9 | 81.48 | 44.7 | 29.5 | | | | | | | | | | | |
| Total ADC Est. & Forecast | | | 131 | 177 | 157 | 189 | 175 | 225.6 | 217.0 | 216.0 | 211 | 208 | 207 | 206 | 205 | 206 | 206 | 207 | 207 | 208 | 209 |
| Bed Need (90% Occ) | 157 | 151 | 146 | 197 | 175 | 210 | 194 | 251 | 241 | 240 | 234 | 232 | 230 | 229 | 228 | 228 | 229 | 230 | 230 | 231 | 233 |

a/ Census rate includes census + wait list. Forecasted rate is modeled based on the distribution of census by security level using averages of a 7 day sample during FY2012. From this distribution security level specific rates/1000 were calculated then multiplied times the OISB estimates for the data period mid-point (Oct 31, 2011). The resulting total census projections were applied to the total male population for a blended census rate.

b/ Data Source: 7 months FY12 data through January 2012 from DMH VPP Census

c/ The wait list based on average daily counts was 29.5. The wait list has dropped since a high point in April 2010. This is shown on the next page. The average of the 7 months of FY2012 was applied in the model.

d/ The modeled census rate for 2012 is based on the 7 month of utilization using the mid-point population (10/31/11). The bed need shown is for the 7 months for FY2012.

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2011 | 233 | 229 | 226 | 224 | 223 | 224 | 224 | 225 | 226 | 227 |
| Forecast based on Spring 2011 | 246 | 249 | 250 | 251 | 253 | 254 | 255 | 256 | 258 | 260 |
| Forecast based on Fall 2010 | 261 | 265 | 266 | 268 | 270 | 272 | 274 | 276 | 278 | |

*The Spring 2012 bed need forecast is slightly higher than that of the Fall 2011 study for FY2012 by 1 bed (0.3%) and about 5 beds higher (2.1%) in 2017. The census rate for 2012 thus far has been higher (2.4%) than the census rate modeled for 2012 in the last Fall 2011 study. The modeled census rate increases in the forecast years due to the higher proportion of Level IV inmates who use Acute services more intensely.*

Data Source: DMH VPP Census Reports FYE12 and "Audit Summary: Inmate-Patient Security Levels While In APP" (HC-POP)

# APP Bed Need – Males (Cont'd)

**Methodology:** HC-POP conducted an audit of 7 days distributed between July 1, 2011, and January 31, 2012. This analysis matched the inmates resident in the program to their security level. The distribution by Level I-IV was averaged for the 7 periods. It was assumed that the FY2012 census plus wait list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the FY2012 population by security level to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 are calculated for each forecast year and applied to the model.

### Distribution of Acute Referrals by Security Level

| Security Level | Distribution | Est. Census + WL Distribution | Population * | Census Rates |
|---|---|---|---|---|
| Level IV | 52.5% | 113.4 | 28,730 | 3.95 |
| Level III | 22.4% | 48.3 | 34,556 | 1.40 |
| Level II | 19.1% | 41.3 | 36,631 | 1.13 |
| Level I | 6.0% | 13.0 | 20,990 | 0.62 |
| Total | 100.0% | 215.97 | 147,500 | 1.46 |

**\* Midpoint population for period is October 31, 2011.**
**Distribution by Security Level does not allocate to RC or SHU populations.**

### *Census Rate Trends and Projection Comparison*

*The Spring 2012 census rate projections track fairly closely to the Fall 2011 study's forecast. For 2012, the census rate in the current study is 2.4% higher than the Fall 2011 study decreasing to 1.8% higher by 2017.*



***This Spring 2012 forecast uses a higher census rate projection than the Fall 2011 AB109 forecast.***

*Data Sources: DMH VPP Census Reports FYE12; Audit - Census MHBNS 2012 - V5 and  McManis Mental Health Bed Need model*

# APP Wait List – FY2010 through FY2012



**There is evidence of seasonality with "peaks" in August and "valleys" in November through January. However, the overall trend continues to drop.**

FY2010 Average Wait List = 81.5

FY2011 Average Wait List = 44.7

FY2012 (Jul-Dec) Avg. Wait List = 32.3

Despite recent increases in the wait list, the trend has reversed significantly in FY2011 through 2012.



| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Average Wait List | 94.9 | 66.9 | 81.1 | 83.1 | 88.4 | 24.9 | 29.4 | 35.7 | 48.5 | 16.2 |

*Data Source:  DMH VPP Census Reports FYE12*

**FINAL Spring 2012 MH Bed Need Study**

# Acute/ICF Program Bed Need – Females

This Forecast is **Lower/ then Higher** than Fall 2011

## Patton State Hospital Acute/ICF Program – Bed Need Forecast

| Acute/ICF - Female | --- Actual --- | | | | | | | | Est. e/ | ---  Forecast  --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 9,095 | 6,414 | 5,623 | 5,371 | 5,397 | 5,428 | 5,451 | 5,484 | 5,544 | 5,607 | 5,694 | 5,747 |
| Census Rate a/ | 2.38 | 1.58 | 2.99 | 2.22 | 1.73 | 1.84 | 1.95 | 2.06 | 2.74 | 2.47 | 2.47 | 2.64 | 2.78 | 2.88 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 | 2.92 |
| Average Daily Census b/ | 23.96 | 16.86 | 32.47 | 26.03 | 20.58 | 20.99 | 21.52 | 20.81 | 17.92 | 17.4 | | | | | | | | | | | |
| Potential High Security Census c/ | | | | | | | | | 8.32 | 5.1 | | | | | | | | | | | |
| Census rate adj. factor d/ | | | | | | | | | | | 8.6% | 6.9% | 5.1% | 3.4% | 1.7% | 0.0% | - | - | - | - | - |
| Total Avg. Daily Census | | | | | | 21 | 22 | 21 | 26.24 | 22.5 | 16 | 15 | 15 | 16 | 16 | 16 | 16 | 16 | 16 | 17 | 17 |
| Bed Need @ 90% Occ | 27 | 19 | 36 | 29 | 23 | 23 | 24 | 23 | 29 | 25 | 18 | 17 | 17 | 17 | 18 | 18 | 18 | 18 | 18 | 19 | 19 |

a/ Model uses "Census Rate" method. The forecast uses the 7 month FY2012 census rate as a constant after adding "Potential High Security Census". The 7 month FY2012 mid-period population (10/31/11) was used to estimate the census rate over the 7 month period.

b/ ADC is based on the HC-POP weekly MIS report.

c/ A list of 14 rejections from PSH since January 1, 2011 was received. These inmates qualify as patients except for security issues, but would be accommodated at the new facility being planned. This is 1 per month or a projection of 12 per year. The ALOS for PSH was estimated to be 157 which includes two inmates whose LOS is modeled at 365 days despite a longer multi-year stay. These 12 cases then represent a census of 5.1 in forecast above.

d/ Census rate adjustment factor (CRAF) assumes the census rate will increase but at a declining rate until 2017 based on the change between 2007-2012.

e/ The modeled census rate for 2012 is based on the 7 month of utilization using the mid-point population (10/31/11). The bed need shown is for the 7 months for FY2012.

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2011 | | | | | | | | | | | 20 | 18 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 18 | |
| Forecast based on Spring 2011 | | | | | | | | | | | 19 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 18 | 18 | |
| Forecast based on Fall 2010 | | | | | | | | | | | 22 | 22 | 23 | 23 | 24 | 24 | 24 | 24 | 25 | | |

*CDCR is building a 45-bed Female ICF set to activate in 2012. The methodology for this forecast adds those inmates rejected by Patton State Hospital due to custodial concerns. These potential patients will be accommodated in the new facility, and thus, the 2012 and future forecast years assume the addition of this category of patients. The estimated bed need for FY2012 (as of 6/30/12) is 2.6 beds lower (-12.9%) than that forecast in the Fall 2011 study. But by 2017, the bed need forecast is 0.9 beds higher (5.4%). A census rate adjustment factor was applied due to the increase in the rate from 2007-2012.*

*Source: HC-POP weekly MIS reports and PSH Length of Stay data*

# ICF Program Bed Need – Males


This Forecast is **Lower** than Fall 2011

| CMF - ICF | --- Actual --- | | | | | | | | | Est. d/ | 2012 d/ | | | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7 mo | 2012 d/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 147,500 | 127,354 | 122,051 | 119,635 | 118,252 | 117,935 | 118,411 | 119,129 | 120,235 | 121,077 | 122,137 | 123,255 |
| CMF ICF Hi-Custody Census Rate a/ | | | | | | | | | 0.18 | 0.19 | 0.20 | 0.23 | 0.23 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 | 0.23 | 0.23 | 0.23 |
| CMF ICF Hi-Custody ADC | | | | 27 | 36 | 63 | 64 | 28.7 | 28.48 | 29.1 | 28.8 | 28.6 | 28.5 | 28.3 | 28.2 | 28.2 | 28.3 | 28.4 | 28.4 | 28.4 | 28.6 |
| CMF ICF Lo-Custody (Dorm) Census Rate a/ | | | | | | | | 0.40 | 0.46 | 0.51 | 0.56 | 0.57 | 0.57 | 0.57 | 0.57 | 0.57 | 0.57 | 0.57 | 0.57 | 0.57 | 0.57 |
| CMF ICF Lo-Custody (Dorm) ADC w Wait List | | | | 73 | 72 | 71 | 71 | 62.7 | 71.03 | 75.3 | 71.8 | 69.6 | 68.5 | 67.8 | 67.5 | 67.4 | 68.2 | 68.8 | 69.3 | 69.9 | 70.5 |
| Total CMF-ICF ADC | 79 | 76 | 80 | 100 | 107 | 134 | 135 | 91.4 | 99.5 | 104.4 | 100.6 | 98.3 | 97.0 | 96.1 | 95.7 | 96.0 | 96.5 | 97.2 | 97.6 | 98.3 | 99.2 |
| CMF-ICF Bed Ned @ 90% | 88 | 85 | 88 | 111 | 119 | 149 | 150 | 102 | 111 | 116 | 112 | 109 | 108 | 107 | 106 | 107 | 107 | 108 | 108 | 109 | 110 |
| **ASH** | | | | | | | | | | | | | | | | | | | | | |
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7 mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Census Rate b/ | 0.88 | 0.65 | 0.76 | 0.72 | 0.64 | 0.59 | 0.86 | 1.48 | 1.47 | 1.35 | 1.42 | 1.39 | 1.37 | 1.37 | 1.37 | 1.38 | 1.38 | 1.39 | 1.40 | 1.41 | 1.41 |
| Avg. Census (HC-POP weekly file) | 132 | 100 | 117 | 116 | 103.6 | 94.0 | 113.4 | 210.7 | 218.1 | 189.67 | | | | | | | | | | | |
| ASH-ICF wait List | | | | | | | 21.0 | 20.5 | 6.4 | 9.73 | | | | | | | | | | | |
| Total Avg. Census Est. & Forecast | | | | | 103.6 | 94.0 | 134.4 | 231.2 | 224.5 | 199 | 181 | 169 | 164 | 162 | 161 | 163 | 165 | 167 | 169 | 172 | 174 |
| Bed Need (90% Occ) | 147 | 111 | 130 | 128 | 115 | 104 | 126 | 257 | 249 | 221 | 201 | 188 | 182 | 180 | 179 | 181 | 183 | 186 | 188 | 192 | 193 |
| **CSH** | | | | | | | | | | | | | | | | | | | | | |
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7 mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Census Rate a/ | - | - | - | - | 0.30 | 0.31 | 0.30 | 0.19 | N/A | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 |
| Avg. Census (includes Wait List) | | | | | 49 | 50 | 47 | 29.4 | N/A | 11.33 | 10.3 | 9.6 | 9.3 | 9.2 | 9.2 | 9.2 | 9.3 | 9.5 | 9.6 | 9.8 | 9.9 |
| Bed Need (90% Occ) | | | | | 54 | 55 | 52 | 33 | N/A | 13 | 11 | 11 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 |
| **SVPP** | | | | | | | | | | | | | | | | | | | | | |
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7 mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Census Rate Hi-Custody c/ | | | | | | | 2.13 | 4.52 | 3.99 | 3.17 | 3.68 | 3.86 | 3.94 | 3.97 | 3.96 | 3.95 | 3.92 | 3.89 | 3.85 | 3.81 | 3.81 |
| ADC - Hi-custody ADC | | 43 | 51 | 69 | 117.6 | 178.3 | 197.9 | 231.4 | 290.4 | 344.3 | | | | | | | | | | | |
| ADC on Waitlist | | 11 | 3 | 100 | 73 | 80 | 136 | 472.2 | 319.7 | 123.6 | | | | | | | | | | | |
| Total ADC Est. & Forecast | | 54 | 54 | 92 | 179 | 190 | 258 | 334 | 703.6 | 610 | 468.9 | 471 | 471 | 469 | 467 | 468 | 467 | 468 | 467 | 465 | 470 |
| ADC on 1370 wait list | | | | | 27.9 | 31.7 | 19.2 | 19.3 | 16.1 | 15.5 | 15.5 | 15.5 | 15.5 | 15.5 | 15.5 | 15.5 | 15.5 | 15.5 | 15.5 | 15.5 | 15.5 |
| Bed Need w/o 1370's @90% | | | | | | | | 782 | 678 | 520 | 521 | 524 | 524 | 521 | 519 | 519 | 520 | 519 | 517 | 522 | |
| Bed Need (90% Occ) with 1370's | - | 60 | 102 | 198 | 243 | 322 | 392 | 803 | 696 | 537 | 538 | 541 | 541 | 538 | 536 | 537 | 537 | 538 | 536 | 534 | 539 |
| **All Intermediate - Combined** | --- Actual --- | | | | | | | | Est. d/ | Est. | | | | | | --- Forecast --- | | | | | |
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7 mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| ADC | 211 | 231 | 288 | 375 | 429 | 513 | 624 | 1,056 | 934 | 783 | 760 | 749 | 742 | 736 | 733 | 735 | 730 | 733 | 735 | 742 | 743 | 746 | 753 |
| Bed Need (90% Occ) excl. 1370's | 234 | 256 | 320 | 416 | 477 | 570 | 693 | 1,173 | 1,038 | 870 | 845 | 832 | 824 | 818 | 815 | 817 | 820 | 825 | 826 | 829 | 836 |
| Sub-Total Lo-custody (Dorm Housing) ADC c/ | | | | | | | | | 328 | 318 | 292 | 269 | 265 | 264 | 266 | 269 | 273 | 276 | 280 | 283 | |
| Sub-Total Hi-Custody Bed Need c/ | | | | | | | | | 710 | 552 | 553 | 556 | 555 | 553 | 550 | 551 | 551 | 552 | 550 | 548 | 554 |
| Total ICF Bed Need (@ 90% occupancy) | | | | | | | | | 1,038 | 870 | 845 | 832 | 824 | 818 | 815 | 817 | 820 | 825 | 826 | 829 | 836 |

a/ Census rate model for CMF-ICF based on Security Level distribution analysis. CMF data from the DMH daily summary file. CSH (Coalinga) data starts as of 12/19/11 but is expressed as an average of the 7 months.
b/ ASH census rate model based on Security Level distribution analysis. Data from MIS weekly report.
c/ SVPP census rate model based on Security Level distribution analysis.
d/ The census rates for 2012 are based on the 7 month of utilization using the mid-point population (10/31/11). The resulting rates are applied to the forecasted years. The census and bed need shown is that as of the first 7 months of FY2012.

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2011 | 1,016 | 987 | 973 | 966 | 964 | 966 | 968 | 971 | 975 | 979 | |
| Forecast Based on Spring 2011 | 1,098 | 1,101 | 1,105 | 1,106 | 1,115 | 1,120 | 1,124 | 1,130 | 1,138 | 1,146 | |
| Forecast Based on Fall 2010 | 1,164 | 1,167 | 1,174 | 1,180 | 1,190 | 1,198 | 1,208 | 1,215 | 1,225 | | |

**The future bed need for Male ICF decreased relative to the Fall 2011 study. Census + Wait list combined volumes have continued to drop off the highs of 2010. Thus far in FY2012, the census at CSH has increased as the SVPP wait list dropped. The 2012 bed need decreased by 171 beds (-16.8%) compared to the Fall 2011 study and is forecasted at 817 in 2017 (a decrease of 149 beds, or -15.4%, compared to the Fall 2011 study).**

Data Sources: DMH VPP Census Reports FYE12; DMH SVPP Census Reports FYE12; and, HC-POP weekly MIS report. Audit - Census MHBNS 2012 - V5.xls; McManis model

# ICF Program Bed Need – Distribution by Security Level

**Methodology:** HC-POP conducted an audit of 7 days distributed through 7 months of FY2012 for SVPP and CMF-VPP high custody. Audits for ASH and CMF-VPP Dorms included 5 days and CSH one day. This analysis matched the inmates in the ICF program to their security level. The distribution by Level I-IV was averaged for the 7 periods. It was assumed that the FY2012 census plus wait list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the FY2012 midpoint population (10/31/2012) by security level to obtain "security level-specific" census rates. These SL-specific census rates were then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 was calculated for each forecast year and applied to the model.

**SVPP**

| Security Level | SVPP Distri-bution | Est. Census + WL Distrib-ution | Population * | New Census Rates ** |
|---|---|---|---|---|
| Level IV | 72.7% | 340 | 28,730 | 11.84 |
| Level III | 17.5% | 82 | 34,556 | 2.37 |
| Level II | 8.7% | 41 | 36,631 | 1.11 |
| Level I | 1.1% | 5 | 20,990 | 0.25 |
| Total | 100.0% | 468 | 147,500 | 3.17 |

**CMF-VPP Hi-Custody**

| Security Level | VPP Hi-Custody (ICF) Distri-bution | Est. Census + WL Distri-bution | Population * | New Census Rates ** |
|---|---|---|---|---|
| Level IV | 59.6% | 17.4 | 28,730 | 0.60 |
| Level III | 20.2% | 5.9 | 34,556 | 0.17 |
| Level II | 17.7% | 5.2 | 36,631 | 0.14 |
| Level I | 2.5% | 0.7 | 20,990 | 0.03 |
| Total | 100.0% | 29.1 | 147,500 | 0.20 |

**CMF-VPP Dorms**

| Security Level | VPP (ICF) Dorms Distri-bution | Est. Census + WL Distri-bution | Population * | New Census Rates ** |
|---|---|---|---|---|
| Level IV | 21.4% | 16.1 | 28,730 | 0.56 |
| Level III | 33.4% | 25.2 | 34,556 | 0.73 |
| Level II | 39.6% | 29.8 | 36,631 | 0.81 |
| Level I | 5.6% | 4.2 | 20,990 | 0.20 |
| Total | 100.0% | 75.3 | 147,500 | 0.51 |

**ASH**

| Security Level | ASH Distri-bution | Est. Census + WL Distri-bution | Population * | New Census Rates ** |
|---|---|---|---|---|
| Level IV | 10.0% | 19.9 | 28,730 | 0.69 |
| Level III | 19.2% | 38.3 | 34,556 | 1.11 |
| Level II | 56.2% | 112.0 | 36,631 | 3.06 |
| Level I | 14.6% | 29.1 | 20,990 | 1.39 |
| Total | 100.0% | 199.3 | 147,500 | 1.35 |

**CSH**

| Security Level | CSH Distri-bution | Est. Census + WL Distri-bution | Population * | New Census Rates ** |
|---|---|---|---|---|
| Level IV | 6.7% | 0.76 | 28,730 | 0.03 |
| Level III | 20.0% | 2.27 | 34,556 | 0.07 |
| Level II | 62.2% | 7.05 | 36,631 | 0.19 |
| Level I | 11.1% | 1.26 | 20,990 | 0.06 |
| Total | 100.0% | 11.33 | 147,500 | 0.08 |

**\* Population midpoint for 7 months is 10/31/11. Distribution by Security Level does not allocate to RC or SHU populations.**

**\*\* New Security Level-Specific census rates used to calculate a blended rate for bed need forecast.**

*Data Sources: MHBNS Spring 2012 - Data~1st & 2nd Quarters (2-15-12).xls; Audit - Census MHBNS 2012 - V5.xls; McManis model*

# ICF Program Bed Need – Males

### SVPP Census & Wait List



| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wait List | 397.9 | 477.0 | 533.6 | 481.8 | 463.1 | 377.4 | 271.7 | 164.0 | 141.5 | 122.2 |
| Census | 232.3 | 230.0 | 230.5 | 233.0 | 229.4 | 271.0 | 319.6 | 342.9 | 341.3 | 346.0 |

### ASH Census & Wait List



| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Wait List | 38.5 | 17.2 | 16.3 | 8.9 | 10.5 | 5.8 | 4.0 | 5.5 | 7.8 | 13.0 |
| Census | 155.7 | 209.1 | 234.3 | 246.1 | 245.5 | 222.3 | 206.7 | 197.9 | 176.1 | 197.2 |

*For SVPP, daily counts are shown as quarterly averages for FY2010 through the 2nd quarter of FY2012. For FY2011, the combined Census + Wait List average was 93.5 lower than the FY2010 average, or -13.3%. The combined census + wait list for the first half of FY2012 is 22.1% lower than FY2011.  At ASH, the FY2011 census + wait list is 6.6 lower than the average census + wait list for FY2010 (-2.7%). For 6 months of FY2012, the census + wait list is 27.5 lower than FY2011 (12.2%).*

*HC-POP has assumed an on-going role in monitoring the wait lists.*

# SVPP Census Trends – FY 2008-2012

**The Census Trends at SVPP reflect the increases in capacity. In April 2009, the addition of Treatment Center 2 corresponds with a jump in census. Additions in February, September and December 2010 also show corresponding increases in census.**



(1) C-5 was closed temporarily on Dec. 8, 2010, and C-6 was opened on Dec. 9, 2010. C-5 was reactivated on Jan. 18, 2011.

**FINAL Spring 2012 MH Bed Need Study**

*Data Sources: DMH "Census SVPP FY08.xls" and subsequent files*

# ASH Intermediate Census Trends FY 2007-2012 (through December 2011)

*The rapid growth of the census at ASH in FY2010 is attributed to MHARP and the ICF Pilot Program.*

*In FY 2009, the average census and wait lists were: 113.4 and 21.0, respectively. For FY 2010, these grew to: 210.7 and 20.5, respectively. In FY 2011, the average census increased to 218.1 but the wait list dropped to 6.4. The combined census plus wait list dropped by 6.6 (-2.9%). For 6 months of FY2012, the combined census + wait list dropped 28.0 (-12.5%) indicating a leveling off of demand though there has been an upturn in the 2nd quarter.*



| Year | ASH-ICF | Wait List | ASH ICF+Wait List |
|------|---------|-----------|-------------------|
| FY2009 | 113.4 | 21.0 | 134.4 |
| FY2010 | 210.7 | 20.5 | 231.2 |
| FY2011 | 218.1 | 6.4 | 224.5 |
| FY2012 (Q1+Q2) | 186.2 | 10.3 | 196.5 |

*Data Source: HC-POP weekly MIS reports*

**FINAL Spring 2012 MH Bed Need Study**

17

# SVPP Wait List Trend



**SVPP CDCR Inmates + 1370 Wait List Census Rate Trend FY2007-2012 (through 1/31/12)**

*The SVPP Wait List increased significantly since April 2008 and especially since the MHARP began. However, drops have occurred since March 2010. A 10-bed capacity increase in February 2010 and especially the increases in the Charlie Yard (C-5 and C-6 both contain 58 new beds) capacity starting in September and December 2010, respectively, explains most of this drop. In addition, HC-POP began redirecting those eligible for alternative ICF placements in January 2011.*
*In FY2012, efforts to further reduce the wait list resulted in movement of ASH patients to CSH so that eligible inmates on the SVPP wait list could be admitted to ASH.*

*Data Source: DMH SVPP Bed Utilization Management Reports*

**FINAL Spring 2012 MH Bed Need Study**

# MHCB Bed Need – Males



This Forecast is
**Lower**
than Fall 2011

### *Male MHCB - Bed Need Forecast*

| MHCB - Males | --- Actual --- | | | | | | | | | | Est. d/ | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 147,500 | 127,354 | 122,051 | 119,635 | 118,252 | 117,935 | 118,411 | 119,129 | 120,235 | 121,077 | 122,137 | 123,255 |
| Census Rate a/ | 1.11 | 1.15 | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 2.01 | 2.05 | 2.28 | 2.20 | 2.46 | 2.53 | 2.56 | 2.57 | 2.57 | 2.57 | 2.56 | 2.55 | 2.54 | 2.52 | 2.52 |
| Average census | 157 | 167 | 165 | 151 | 147 | 241 | 246.7 | 292.4 | 302.8 | 335.5 | 311.3 | | | | | | | | | | | 0.0% |
| Wait List | 8 | 7 | 7 | 53 | 40 | 9.60 | 36.0 | 23.4 | 16.5 | 13.4 | 13.0 | | | | | | | | | | | 0.0% |
| Combined ADC | 165 | 174 | 172 | 204 | 187 | 250 | 283 | 316 | 319 | 348.8 | 324 | 313 | 308 | 306 | 304 | 303 | 304 | 305 | 307 | 307 | 308 | 311 |
| Bed Need (90% Occ) | 183 | 193 | 192 | 227 | 208 | 278 | 314 | 351 | 355 | 388 | 360 | 348 | 343 | 340 | 337 | 336 | 338 | 339 | 341 | 341 | 342 | 345 |
| Adj for APP/ICF/PSU Wait List b/ | | | | | | | | | | | 71.3 | 53.9 | 54 | 54 | 54 | 54 | 54 | 54 | 54 | 54 | 54 | 54 |
| Bed Need "trued" for APP/ICF/PSU wait lists c/ | | | | | | | | | | | 316 | 306 | 294 | 289 | 286 | 284 | 283 | 284 | 285 | 287 | 287 | 288 | 291 |

**a/** Rate includes actual census and wait list average. 7 months of FY2012 census data are from the Mental Health Crisis Bed (MHCB) Weekly Census Report. Wait list average from MIS weekly report. Forecasted rate is modeled based on the distribution of census by security level using the distribution averaging 7 days during FY2012. From this distribution security level specific rates/1000 were calculated then multiplied times the new Spring 2012 OISB projections. The resulting total census projections were applied to the total male population for a blended census rate.

**b/** The highest proportion (77.9%) of inmates on the APP wait list were actually in MHCBs based on a 7 day sample. Applying the 78% to the average 7 month FY2012 wait list census = 23.0. Similarly 20.3% of SVPP wait list inmates were in MHCBs averaging a 25.1 census. And, 24% of the inmates on the ASH wait list accounted for an average census of 2.3. The ICF-VPP Dorm wait list, averaging a census of .56, had 14.8% of inmates resident in MHCBs or an average of 0.08. Finally 4.3% of the PSU wait list are in an MHCB bed or a census of 3.32. Total = 53.9.

**c/** This is the "true" bed need assuming APP, ICF and PSU capacities were sufficient to treat all on their respective wait lists.

**d/** The modeled census rate for 2012 is based on the 7 month of utilization using the mid-point population (10/31/11). The bed need shown is for the 7 months for FY2012.

| Forecast based on Fall 2011 | 370 | 360 | 354 | 351 | 351 | 352 | 353 | 355 | 357 | 359 |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2011 | 422 | 448 | 463 | 464 | 467 | 469 | 471 | 473 | 477 | 480 |
| Forecast based on Fall 2010 | 407 | 426 | 437 | 440 | 444 | 447 | 450 | 453 | 457 | |

> *This Spring 2012 forecast decreases bed need in FY2012 (6/30/12) by 22 beds (-5.9%) over the previous Fall 2011 study. The new forecast also projects a drop in bed need of a 14 beds (-4.0%) compared to the Fall 2011 study by 2017.*

Data Sources: "20111226 _MHCB Census.xls" and earlier HC-POP files; "Men_MHCB FY 10-11_Score_Level.xls" with McManis analysis.

**FINAL Spring 2012 MH Bed Need Study**

19

# MHCB Bed Need – Census Rate by Security Level

**Methodology:** HC-POP conducted an audit of 7 days distributed between July 1, 2011 and January 31, 2012. This analysis matched the inmates resident in the program to their security level. The distribution by Level I-IV was averaged for the 7 periods. It was assumed that the FY2012 census plus wait list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the FY2012 population by security level to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

| MHCB Audit sample by Security | MHCB Distri-bution | Est. Census + WL Distri-bution | Population * | New Census Rates ** |
|---|---|---|---|---|
| Level IV | 50.4% | 163 | 28,730 | 5.7 |
| Level III | 20.8% | 68 | 34,556 | 2.0 |
| Level II | 19.6% | 64 | 36,631 | 1.7 |
| Level I | 9.1% | 30 | 20,990 | 1.4 |
| Total | 100.0% | 324.3 | 147,500 | 2.20 |

\* Midpoint population for period is October 31, 2011. Distribution by Security Level does not allocate to RC or SHU populations.

\*\* New Security Level-Specific census rates used to calculate a blended rate for bed need forecast.

MHCB utilization by patients in RCs assumed to distribute in the same proportion as the Level I - Level IVs.



*MHCB Census Rate Trends and Projection Comparison*

- Census /1,000 Males (historical)
- Projected Census /1,000 Spring 2012
- Projected Census /1,000 Fall 2011

*The Spring 2012 model has a lower census rate forecast than the previous Fall 2011 study. Beginning in 2013, it is about 4% lower for the forecasted years.*

*Data Source:  McManis Mental Health Bed Need model*

# MHCB Bed Need – Males: Census Trends

***79 month Census Trend MHCB – Male (July 2005- January 2012)***

***The average census for Male MHCBs in the first 7 months of FY2012 dropped by 24.2 (-7.2%), from the FY2011 average census. This follows an increase in the FY2011 average census over FY2010 by 10.8%. The combined census + wait list dropped 24.6 (-7.0%) since the FY2011.***

*Data Source: HC-POP weekly MIS reports, "20111226_MHCB Census.xls"*

# MHCB Bed Need – Males: Wait List Trends

*79 month MHCB Wait List Trend (July 2005 – January 2011)*

**The MHCB wait list dropped in the first 7 months of FY2012 to an average of 13.03 from 13.38 in FY2011, a drop of 2.6%. Though the average wait list jumped to 25.6 in the 1st quarter, the 2nd quarter wait list averaged only 3.3, which is the lowest quarter since FY 2006.**

*Data Source: HC-POP weekly MIS reports*

# MHCB Bed Need – Females



This Forecast is
**Lower**
than Fall 2011

### *Female MHCB - Bed Need Forecast*

| MHCB - Females | Actual | | | | | Est. c/ | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7 mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 9,095 | 6,414 | 5,623 | 5,371 | 5,397 | 5,428 | 5,451 | 5,484 | 5,544 | 5,607 | 5,694 | 5,747 |
| Census Rate a/ | 1.04 | 1.15 | 1.20 | 1.41 | 1.57 | 1.20 | 1.20 | 1.22 | 1.24 | 1.26 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 |
| Average census | 12.4 | 13.2 | 13.2 | 14.25 | 14.98 | 10.9 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Census Rate Adjustment factor b/ | | | | | | | 2.9% | 2.3% | 1.7% | 1.2% | 0.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 14 | 15 | 15 | 16 | 17 | 12 | 9 | 8 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |

a/ Includes CCWF and CIW. Data for 7 months of FY2012 from HC-POP weekly MHCB Census report.
b/ Assumes that rates will continue to increase at a decelerating rate to 2017. Based on a 5-year increase between 2007 and 2012.
c/ The modeled census rate for 2012 is based on the 7 month of utilization using the mid-point population (10/31/11). The bed need shown is for the 7 months for FY2012.

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2011 | 13 | 12 | 12 | 12 | 11 | 11 | 12 | 12 | 12 | 12 |
| Forecast based on Spring 2011 | 19 | 20 | 21 | 22 | 22 | 22 | 22 | 23 | 23 | 23 |
| Forecast based on Fall 2010 | 18 | 19 | 19 | 20 | 20 | 20 | 21 | 21 | 21 | |

> *For the first 7 months of FY2012, the average census dropped to 10.9 from 15.0 in FY2011. The census rate was calculated using the midpoint of population for the period (10/31/11) and the rate/1,000 dropped to 1.20, or -24%, from the Fall 2011 value. A census rate adjustment factor was added based on the overall rate increase over the 5-year period 2007-2012. It remains to be seen if the drop in census rate is indicative of the new mix of inmates or whether it is a temporary decline.*

The census rate for the first 7 months of FY2012 is 24% lower than that estimated for the Fall 2011 study. The rate continues to be lower in the forecasted years.



**Spring 2012 Census Rate Trends and Projection Comparison**

# EOP-GP Bed Need - Males



This Forecast is **Higher** than Fall 2011

## *Male EOP–GP Detailed Forecast by Security Level*

| EOP Program by Type | Actual | | | | | Est. d/ | Forecast | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Level I** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop Level I a/ | 29,933 | 29,077 | 28,917 | 28,800 | 21,716 | 20,990 | 15,158 | 12,681 | 12,266 | 12,040 | 12,383 | 12,719 | 13,117 | 13,571 | 13,908 | 14,446 | 14,578 |
| Census Rate | 7.0 | 7.8 | 8.7 | 10.2 | 13.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 | 11.5 |
| Census+WL b/ | 210 | 228 | 252 | 293 | 293 | 241 | 174 | 146 | 141 | 138 | 142 | 146 | 151 | 156 | 160 | 166 | 167 |
| Bed Need @ 95% | 221 | 240 | 265 | 308 | 309 | 254 | 183 | 153 | 148 | 146 | 150 | 154 | 159 | 164 | 168 | 175 | 176 |
| **Level II** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop Level II | 42,012 | 40,924 | 40,625 | 40,519 | 37,952 | 36,631 | 32,688 | 29,863 | 28,225 | 27,628 | 27,461 | 27,761 | 28,210 | 28,903 | 29,470 | 30,255 | 30,532 |
| Census Rate | 17.1 | 20.6 | 22.0 | 22.1 | 26.3 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 | 27.7 |
| Census+WL b/ | 718 | 843 | 893 | 897 | 998 | 1,016 | 907 | 828 | 783 | 766 | 762 | 770 | 782 | 802 | 817 | 839 | 847 |
| Bed Need @ 95% | 755 | 887 | 940 | 944 | 1,050 | 1,070 | 954 | 872 | 824 | 807 | 802 | 811 | 824 | 844 | 860 | 883 | 891 |
| **Level III** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop Level III | 33,750 | 33,765 | 33,660 | 34,075 | 35,042 | 34,556 | 35,571 | 36,028 | 36,341 | 36,195 | 35,975 | 35,933 | 35,888 | 35,892 | 35,926 | 35,918 | 36,247 |
| Census Rate | 23.2 | 24.10 | 23.7 | 21.7 | 22.9 | 23.6 | 23.6 | 23.6 | 23.6 | 23.6 | 23.6 | 23.6 | 23.6 | 23.6 | 23.6 | 23.6 | 23.6 |
| Census+WL b/ | 782 | 814 | 799 | 740 | 802 | 814 | 838 | 849 | 856 | 853 | 848 | 847 | 846 | 846 | 847 | 846 | 854 |
| Bed Need @ 95% | 823 | 857 | 841 | 779 | 845 | 857 | 882 | 894 | 902 | 898 | 892 | 891 | 890 | 890 | 891 | 891 | 899 |
| **Level IV** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop Level IV | 26,590 | 25,975 | 25,780 | 25,945 | 28,560 | 28,730 | 29,098 | 29,537 | 29,631 | 29,516 | 29,403 | 29,419 | 29,375 | 29,369 | 29,169 | 28,962 | 29,227 |
| Census Rate | 38.9 | 43.6 | 47.5 | 46.8 | 45.5 | 47.7 | 47.7 | 47.7 | 47.7 | 47.7 | 47.7 | 47.7 | 47.7 | 47.7 | 47.7 | 47.7 | 47.7 |
| Census+WL b/ | 1,035 | 1,132 | 1,225 | 1,215 | 1,301 | 1,370 | 1,387 | 1,408 | 1,413 | 1,407 | 1,402 | 1,402 | 1,400 | 1,400 | 1,391 | 1,381 | 1,393 |
| Bed Need @ 95% | 1,089 | 1,192 | 1,290 | 1,279 | 1,369 | 1,442 | 1,460 | 1,482 | 1,487 | 1,481 | 1,476 | 1,476 | 1,474 | 1,474 | 1,464 | 1,453 | 1,467 |
| **Reception Centers** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Reception Center Pop | 27,690 | 26,608 | 26,878 | 22,028 | 23,825 | 20,983 | 9,583 | 9,228 | 8,645 | 8,457 | 8,372 | 8,329 | 8,327 | 8,337 | 8,477 | 8,478 | 8,556 |
| Census Rate (Endorsed + non) | 16.04 | 20.03 | 26.4 | 30.7 | 30.6 | 26.1 | 26.1 | 26.1 | 26.1 | 26.1 | 26.1 | 26.1 | 26.1 | 26.1 | 26.1 | 26.1 | 26.1 |
| Census+WL b/ | 444 | 533 | 709 | 677 | 729 | 547 | 250 | 241 | 226 | 221 | 218 | 217 | 217 | 217 | 221 | 221 | 223 |
| Bed Need @ 95% | 468 | 561 | 747 | 713 | 767 | 576 | 263 | 253 | 237 | 232 | 230 | 229 | 229 | 229 | 233 | 233 | 235 |
| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Level I | 221 | 240 | 265 | 308 | 309 | 254 | 183 | 153 | 148 | 146 | 150 | 154 | 159 | 164 | 168 | 175 | 176 |
| Level II | 755 | 887 | 940 | 944 | 1,050 | 1,070 | 954 | 872 | 824 | 807 | 802 | 811 | 824 | 844 | 860 | 883 | 891 |
| Level III | 823 | 857 | 841 | 779 | 845 | 857 | 882 | 894 | 902 | 898 | 892 | 891 | 890 | 890 | 891 | 891 | 899 |
| Level IV | 1,089 | 1,192 | 1,290 | 1,279 | 1,369 | 1,442 | 1,460 | 1,482 | 1,487 | 1,481 | 1,476 | 1,476 | 1,474 | 1,474 | 1,464 | 1,453 | 1,467 |
| Reception Centers | 468 | 561 | 747 | 713 | 767 | 576 | 263 | 253 | 237 | 232 | 230 | 229 | 229 | 229 | 233 | 233 | 235 |
| Total Bed Need - All Levels | 3,357 | 3,737 | 4,083 | 4,023 | 4,340 | 4,198 | 3,743 | 3,655 | 3,598 | 3,563 | 3,549 | 3,561 | 3,575 | 3,601 | 3,616 | 3,635 | 3,668 |
| Total Bed Need - "trued" for Wait Lists of other programs c/ >>>>> | | | | | 4,173 | 4,107 | 3,652 | 3,563 | 3,507 | 3,472 | 3,458 | 3,469 | 3,484 | 3,509 | 3,525 | 3,544 | 3,577 |

a/ Population data used: Spring 2012 projections and earlier estimates.
b/ Census +WL source was EOP by Level data from HC-POP for FY07-FY12 (7 months) with allocation of "Misc" using actual distribution of Level I-IV for each year. Each year's total by Level was reduced for ASU by applying the security level distribution obtained by HC-POPs audit of a 7 day sample: For FY2012 Level IV = 67.4% , Level III = 16.5%, Level II = 12.4%, and Level I = 3.7%.
c/ This is the "true" bed need assuming ICF and APP capacities are sufficient to treat all on the wait list.
d/ Census rates and bed need are calculated for the 7 months of FY2012 by using the midpoint population (10/31/12). The security level specific census rates are assumed to be constant throughout the forecast.

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fall 2011 (new method) | 3,748 | 3,595 | 3,514 | 3,474 | 3,470 | 3,484 | 3,497 | 3,523 | 3,542 | 3,568 |
| Spring 2011 (new method) | 4,486 | 4,609 | 4,688 | 4,692 | 4,733 | 4,751 | 4,771 | 4,793 | 4,828 | 4,862 |
| Fall 2010 (facility-based method) | 4,241 | 4,325 | 4,405 | 4,464 | 4,531 | 4,562 | 4,601 | 4,630 | 4,667 | |

**The Spring 2012 forecast is lower than the Fall 2011 forecast by 5 in 2012 (-0.1%), then higher for the rest of the forecast years. In 2017, the new forecast is 77 beds higher (2.2%) than the Fall 2011 study.**

# EOP-GP Bed Need – Males – Census Rates by Security Level

## Male EOP-GP Security Level-Specific Census Rates



| | Level I | Level II | Level III | Level IV | RC |
|---|---|---|---|---|---|
| FY2011 Census Rate | 13.5 | 26.3 | 22.9 | 45.5 | 30.6 |
| FY2012 (7mo) Census Rate | 11.5 | 27.7 | 23.6 | 47.7 | 26.1 |

**Methodology:** As in the Spring 2011 and Fall 2011 studies, this Spring 2012 forecast utilized the detailed counts of EOP male inmates by security level. Utilization is expected to occur in proportion to the total population within a specific security level. Levels I - IV and Reception Center populations were used to calculate census rates within these categories based on HC-POP's security level EOP data. Populations by security levels were obtained from OISB. Census rates by security level were calculated using actual weekly counts provided by HC-POP. Two adjustments were made before rate calculation:  1) It was assumed that the "Misc" EOP patients (i.e. Miscellaneous counts would be distributed in the same proportion as the distribution of the Level I-IV EOP counts; and 2) the average EOP census counts by security level were reduced by the estimated number of EOP-ASU patients in the data. A HC-POP audit of 7 sample days was used to allocate the ASU averages by security level (discussed in that section). The security level forecast was then made using the projections from OISB.

# EOP-ASU Bed Need - Males

**This Forecast is Higher than Fall 2011**

### *Male EOP–ASU Bed Need Forecast*

| Ad-Seg EOP Need - Males | --- Actual --- | | | | | | | | | Est. d/ | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 147,500 | 127,354 | 122,051 | 119,635 | 118,252 | 117,935 | 118,411 | 119,129 | 120,235 | 121,077 | 122,137 | 123,255 |
| Census /1000 males a/ | 2.55 | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.62 | 3.35 | 3.75 | 4.17 | 4.78 | 4.98 | 5.06 | 5.09 | 5.09 | 5.08 | 5.05 | 5.02 | 4.97 | 4.92 | 4.92 |
| Average census a/ | 385 | 420 | 398 | 496 | 498 | 560 | 567 | 521.2 | 572.5 | 614.5 | 608 | 607 | 606 | 602 | 600 | 601 | 602 | 604 | 602 | 601 | 607 |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 524 | 589 | 597 | 549 | 603 | 647 | 640 | 639 | 638 | 634 | 632 | 633 | 633 | 635 | 634 | 633 | 639 |
| Adj for PSU wait list b/ | | | | | | | | | 161.2 | 78.2 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 | 78 |
| Bed Need "trued" for PSU/SVPP wait lists c/ | | | | | | | | | 441 | 569 | 562 | 561 | 559 | 556 | 553 | 554 | 555 | 557 | 556 | 555 | 561 |

a/ Source: HC-POP Management Information Report (R1). The average census for FY 2012 uses 7 months data. The census rates shown in the forecast section are "blended" based on security-level specific census rates based on a 7 date sample distribution to OISB forecasted security level projections.

b/ HC-POP conducted a 7 date sample to determine what percentage of inmates on the PSU and ICF wait lists were currently housed in ASU-EOP.

c/ This is the "true" bed need assuming PSU and ICF capacities were sufficient to treat all on their respective wait lists.

d/ This "Estimated" bed need calculation uses the 7 months of utilization in FY2012 and its mid-point population (10/31/11). The bed need shown below is for the 7 months for FY2012.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2011 | 599 | 595 | 590 | 587 | 586 | 585 | 585 | 585 | 585 | 586 |
| Forecast Based on Spring 2011 | 626 | 644 | 657 | 664 | 669 | 672 | 675 | 678 | 683 | 693 |
| Forecast Based on Fall 2010 | 590 | 605 | 615 | 619 | 624 | 628 | 634 | 638 | 643 | |

> **The Spring 2012 forecast is higher than the Fall 2011 forecast for FY2012 by 41 beds (6.9%) and higher by 47 beds (8.1%) in 2017. The major component of the increase is the higher security level-specific census rates as shown on the next slide.**



*Spring 2012 Census Rate Trend/Forecast*

*Data Source: HC-POP weekly MIS reports*

# EOP-ASU Bed Need – Males – Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| EOP-ASU Audit sample by Security Level | EOP-ASU Distri-bution | Est. Census + WL Distri-bution | Population * | New Census Rates ** | 2011 Census Rates | % Chg FY2011-2012 |
|---|---|---|---|---|---|---|
| Level IV | 67.4% | 414 | 28,730 | 14.4 | 13.79 | 4.5% |
| Level III | 16.5% | 102 | 34,556 | 2.9 | 3.03 | -2.9% |
| Level II | 12.4% | 76 | 36,631 | 2.1 | 1.50 | 38.4% |
| Level I | 3.7% | 23 | 20,990 | 1.1 | 0.72 | 52.0% |
| Total | 100.0% | 614.50 | 147,500 | 4.17 | 3.75 | 11.2% |

**\* Population as of 10/31/2011 – mid-point of 7 months of data. Distribution by Security Level does not allocate to RC or SHU populations**

**\*\* New Security Level-Specific census rates used to calculate a blended rate for bed need forecast**

**Methodology:** The changes envisioned in the inmate population from the AB109 Public Safety Realignment Law have been mapped out by the OISB in the new Spring 2012 population projections, which exhibit a significant future shift beginning in FY2012 in the proportion of security levels compared to the mix in FY2011. HC-POP conducted an audit of 7 days distributed throughout the first 7 months of FY2012. This analysis matched the inmates resident in the program to their security level. The distribution by Level I-IV was averaged for the 7 periods. "No-score" inmates were assumed to reflect the same distribution as the Level I-IV only. It was assumed that the FY2012 census plus wait list would be allocated in the same proportion resulting in "Level-specific" census values, which were then applied to the FY2012 population (as of 10/31/2012) by security level to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 are calculated for each forecast year and applied to the model.

*Data Source:  HC-POP analysis*

# PSU Bed Need – Males

This Forecast is
**Lower**
than Fall 2011

### *Male PSU Bed Need Forecast*

| PSU - Males | --- Actual --- | | | | | | | | Est. c/ | Forecast | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 147,500 | 127,354 | 122,051 | 119,635 | 118,252 | 117,935 | 118,411 | 119,129 | 120,235 | 121,077 | 122,137 | 123,255 |
| Census /1000 males a/ | 1.77 | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.67 | 2.64 | 2.99 | 2.88 | 3.49 | 3.69 | 3.78 | 3.80 | 3.80 | 3.79 | 3.76 | 3.73 | 3.68 | 3.62 | 3.62 |
| Average Census b/ | 267 | 265 | 292 | 303 | 310 | 380 | 376 | 374 | 373.7 | 364.5 | | | | | | | | | | | |
| Endorsed & Waiting b/ | | | | | 15.9 | 43 | 43 | 37 | 83.6 | 76.8 | | | | | | | | | | | |
| Census + Wait List | | | | | | | | | 457.4 | 441.3 | 445 | 451 | 452 | 450 | 448 | 449 | 448 | 448 | 445 | 443 | 447 |
| Bed Need @ 95% Occ | 281 | 279 | 308 | 319 | 343 | 445 | 442 | 433 | 481 | 465 | 469 | 474 | 476 | 474 | 472 | 472 | 472 | 472 | 469 | 466 | 470 |

a/ The forecasted rate is a "blended" rate based on the distribution of census by security level using the distribution averaging 7 days during the 7 months of FY2012. From this distribution security level specific rates/1000 were calculated then multiplied times the Spring 2012 security level population projections. The resulting total census projections were applied to the total male population to create a "blended" census rate.
b/ Data source: HC-POP. Starting in FY07 allows separation of actual census and endorsed & waiting counts. Both are included in census rate calculation. Data is for 7 months of FY2012.
c/ This "Estimated" bed need calculation uses the 7 months of utilization in FY2012 and its mid-point population (10/31/11). The bed need shown in this column is for the 7 months for FY2012.

| Forecast Based on Fall 2011 | | | | | | | | | | | 485 | 486 | 483 | 483 | 482 | 481 | 480 | 479 | 478 | 478 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2011 | | | | | | | | | | | 541 | 578 | 599 | 600 | 605 | 607 | 610 | 612 | 617 | 621 | |
| Forecast Based on Fall 2010 | | | | | | | | | | | 477 | 493 | 503 | 506 | 510 | 514 | 518 | 521 | 526 | | |

> *The Spring 2012 forecast for FY2012 (at June 30) is 16 beds lower (-3.4%) than the Fall 2011. In 2017, the new forecast is 9 beds lower (-1.9%) than the Fall 2011 study forecast. This Spring study uses the security level-specific census rate model introduced in the Fall 2011 study.*

**The security level-specific census rates are slightly lower than those calculated for FY2011, accounting for the small drop in bed need.**



*Spring 2012 Census Rate Trend/Forecast*

Data Source: HC-POP Weekly  SUM Chart

# PSU Bed Need – Males - Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| PSU Audit sample by Security Level | PSU Distri-bution | Est. Census + WL Distri-bution | Population * | New Census Rates ** | 2011 Census Rates | % Chg FY2011-2012 |
|---|---|---|---|---|---|---|
| Level IV | 94.8% | 418 | 28,730 | 14.56 | 15.08 | -3.5% |
| Level III | 2.9% | 13 | 34,556 | 0.36 | 0.34 | 7.5% |
| Level II | 1.2% | 5 | 36,631 | 0.15 | 0.23 | -34.3% |
| Level I | 1.1% | 5 | 20,990 | 0.24 | 0.28 | -15.8% |
| Total | 100.0% | 441.3 | 147,500 | 2.99 | 2.99 | 0.0% |

* Population as of 10/31/2011 – mid-point of 7 months of data. Distribution by Security Level does not allocate to RC or SHU populations

** New Security Level-Specific census rates used to calculate a blended rate for bed need forecast

**Methodology:** HC-POP conducted an audit of 7 days distributed throughout the first 7 months of FY2012. This analysis matched the inmates resident in the program to their security level. The distribution by Level I-IV was averaged for the 7 periods. It was assumed that the FY2012 census plus wait list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the FY2012 population mid-point (or 10/31/12) by security level to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 are calculated for each forecast year and applied to the model.

*Data Source: HC-POP*

# PSU Bed Need – Males: Census & Wait List Trends



*PSU Census and Wait List: Jan 2006 - Jan 2012*

**FINAL Spring 2012 MH Bed Need Study**

Source: "MHBNS Spring 2012 - Data~1st & 2nd Quarters (2-15-12).xlsx



# EOP General Population Bed Need - Females

*Female EOP–GP Bed Need Forecast*

| EOP-GP Female | --- Actual --- | | | | | | | | | Est. b/ | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 9,095 | 6,414 | 5,623 | 5,371 | 5,397 | 5,428 | 5,451 | 5,484 | 5,544 | 5,607 | 5,694 | 5,747 |
| Census /1000 Females | 12.37 | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 13.5 | 16.78 | 15.96 | 14.42 | 14.42 | 14.42 | 14.42 | 14.42 | 14.42 | 14.42 | 14.42 | 14.42 | 14.42 | 14.42 | 14.42 |
| Avg census a/ | 125 | 141 | 163 | 184 | 206 | 165 | 149 | 169.4 | 152.7 | 131.1 | 92 | 81 | 77 | 78 | 78 | 79 | 79 | 80 | 81 | 82 | 83 |
| Bed Need @ 95% Occ | 131 | 149 | 171 | 193 | 217 | 174 | 157 | 178 | 161 | 138 | 97 | 85 | 82 | 82 | 82 | 83 | 83 | 84 | 85 | 86 | 87 |

a/ Data source:  HC-POP R4 report. FY 2012 for 7 months of data.

b/ This "Estimated" bed need calculation uses the 7 months of utilization in FY2012 and its mid-point population (10/31/11). The bed need shown in this column is for the 7 months for FY2012.

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2011 | | | | | | | | | | 112 | 97 | 94 | 93 | 93 | 93 | 93 | 96 | 96 | 97 |
| Forecast Based on Spring 2011 | | | | | | | | | | 166 | 165 | 165 | 168 | 170 | 173 | 175 | 178 | 180 | 183 |
| Forecast Based on Fall 2010 | | | | | | | | | | 176 | 179 | 182 | 187 | 190 | 191 | 194 | 196 | 201 | |

*This Spring 2012 forecast is lower than the Fall 2011 forecast. For FY2012 (at 6/30/12), the new forecasted bed need is 14 beds lower (-12.7%) than the Fall 2011 study. In FY2017, the new forecast is lower by 10 beds (-10.7%). This is based on the new census rate calculated for the first 7 months of the year and then applied to the FY2012 population at June 30. The new census rate is 14.42 and is lower than that applied to the Fall 2011 study forecast. No census rate adjustment factor was applied.*



Source: "MHBNS Spring 2012 - Data~1st & 2nd Quarters (2-15-12).xlsx

# EOP-ASU Bed Need – Females



This Forecast is
**Lower**
than Fall 2011

## *Female EOP–ASU Bed Need Forecast*

| EOP-ASU Female | --- Actual --- | | | | | | | | | Est. c/ | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 9,095 | 6,414 | 5,623 | 5,371 | 5,397 | 5,428 | 5,451 | 5,484 | 5,544 | 5,607 | 5,694 | 5,747 |
| Census /1000 Females | 0.64 | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 1.2 | 1.95 | 2.48 | 2.06 | 2.06 | 2.16 | 2.24 | 2.29 | 2.32 | 2.32 | 2.32 | 2.32 | 2.32 | 2.32 | 2.32 |
| Avg census a/ | 7 | 10 | 14 | 17 | 18.7 | 8.3 | 13.5 | 19.7 | 23.7 | 18.7 | 13 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Census Rate Adjustment factor b/ | | | | | | | | | | | 6.2% | 5.0% | 3.7% | 2.5% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 7 | 10 | 15 | 18 | 20 | 9 | 14 | 21 | 25 | 20 | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 14 | 14 | 14 | 14 |
| Adj for Patton and PSU wait list d/ | | | | | | | | | | 8.0 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 |
| Bed Need "trued" for Patton & PSU wait lists e/ | | | | | | | | | | 17 | 12 | 7 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 7 | 7 |

a/ Source: HC-POP Weekly MIS Report -Includes EOP-coded cases living in a SHU or ASU bed, but not PSU. Data for 7 months of FY2012
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2017 based on the change between 2007-2012.
c/ This "Estimated" bed need calculation uses the 7 months of utilization in FY2012 and its mid-point population (10/31/11). The bed need shown in this column is for the 7 months for FY2012.
d/ Based on a 7-day sample, 98% of the 7.2 average wait list for Women's PSU were housed in ASU (7.06). Also, 16.7% of the Patton rejections were housed in ASU (.28). Total = 7.3.
e/ This is the "true" bed need assuming Patton & PSU capacities were sufficient to treat all on their respective wait lists.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2011 | 19 | 18 | 19 | 19 | 19 | 19 | 19 | 20 | 20 | 20 |
| Forecast Based on Spring 2011 | 28 | 30 | 31 | 32 | 32 | 33 | 33 | 34 | 34 | 35 |
| Forecast Based on Fall 2010 | 23 | 24 | 25 | 25 | 26 | 26 | 26 | 27 | 27 | |

**This Spring 2012 forecast of bed need is lower than the Fall 2011 forecast with 5.5 fewer beds (-28.2%) needed by 6/30/12.
By 2017 there would be 5.7 (-30.1%) fewer beds needed compared to the Fall 2011 forecast. Despite the drop for the first 7 months
of FY2012, this Spring forecast uses a census rate adjustment factor due to the increasing census rates between FY2007-2012.**



*Spring 2012 - Census Rate Trend/Forecast*

# PSU Bed Need – Females

This Forecast is
**Higher**
than Fall 2011

### Female PSU Bed Need Forecast

| PSU - Females | --- Actual --- | | | | | Est. c/ | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 9,095 | 6,414 | 5,623 | 5,371 | 5,397 | 5,428 | 5,451 | 5,484 | 5,544 | 5,607 | 5,694 | 5,747 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.91 | 1.78 | 1.94 | 2.79 | 2.79 | 3.78 | 4.78 | 5.62 | 6.11 | 6.11 | 6.11 | 6.11 | 6.11 | 6.11 | |
| Average Census | 9.73 | 8.85 | 9.30 | 9.70 | 12.4 | 18.2 | | | | | | | | | | | |
| Endorsed & Waiting | 0.64 | 0.25 | 0.78 | 8.26 | 6.12 | 7.2 | | | | | | | | | | | |
| Census+Wait List | | | | | 18.52 | 25.4 | 17.9 | 21.2 | 25.7 | 30.3 | 33.2 | 33.3 | 33.5 | 33.9 | 34.3 | 34.8 | 35.1 |
| Census Rate Adjustment factor b/ | | | | | | | 44.1% | 35.3% | 26.4% | 17.6% | 8.8% | 0.0% | 0% | 0% | 0% | 0% | 0% |
| Bed Need @ 95% Occ | | 10.9 | 9.6 | 11 | 19 | 19 | 27 | 19 | 22 | 27 | 32 | 35 | 35 | 35 | 35 | 36 | 36 | 37 | 37 |

a/ Census rates calculated using actual census plus wait list. FY2012 data based on HC-POP data for 7 months 2012.
b/ Census rate adjustment assumes that the census rate will continue to increase but at a decelerating rate to 2017 based on the change between 2007-2012.
c/ This "Estimated" bed need calculation uses the 7 months of utilization in FY2012 and its mid-point population (10/31/11). The bed need shown in this column is for the 7 months for FY2012.

| Forecast Based on Fall 2011 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 18 | 18 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2011 | 21 | 21 | 21 | 22 | 23 | 24 | 24 | 24 | 25 | |
| Forecast Based on Fall 2010 | 19 | 20 | 20 | 21 | 21 | 21 | 22 | 22 | 22 | |

As shown in the 5 year census + wait list chart below, the PSU wait list has grown significantly since July 2011. This has increased bed need for the partial 7 months of FY2012 to 27. By June 30, 2012, the population is projected to drop another 30% (from 10/31/11), causing the bed need to drop to 19 by June 2012. However, because the census rate is modeled to continue to increase in the next 5 years using a 5-year census rate adjustment factor, bed need could double in 2017 compared to the Fall 2011 forecast. One reason for the increase in the census rate was the addition of 10 beds in February 2011 when a spike in the census + wait list occurred.



**Female PSU Census and Wait List: Jan. 2007 – January 2012**

10 new beds added 2/11



**Spring 2012 Census Rate Trend/Forecast**

This Forecast is
**Lower/
then Higher**
than Fall 2011

# CCCMS - Males

*Male CCCMS Bed Need Forecast*

| CCCMS - Males | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Est. b/ 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | | | | --- Actual --- | | | | | | | | | | | --- Forecast --- | | | | | | |
| Population Spring 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 147,500 | 127,354 | 122,051 | 119,635 | 118,252 | 117,935 | 118,411 | 119,129 | 120,235 | 121,077 | 122,137 | 123,255 |
| Census/1,000 males a/ | 124 | 134 | 144 | 147 | 154 | 158 | 161 | 178 | 183.4 | 183 | 187 | 191 | 192 | 192 | 192 | 192 | 191 | 191 | 190 | 190 | 190 |
| CCCMS Census & Forecast | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,024 | 27,016 | 23,865 | 23,309 | 22,943 | 22,721 | 22,627 | 22,697 | 22,787 | 22,946 | 23,045 | 23,162 | 23,374 |

a/ Source: HC-POP R-3 (CCCMS by score or "level") data is weekly or bi-weekly by security level for 7 months of FY2012. Security level-specific census rates were calculated and used to create a blended rate in the forecasted years.
b/ This "Estimated" bed need calculation uses the 7 months of utilization in FY2012 and its mid-point population (10/31/11). The bed need shown in this column is for the 7 months for FY2012.

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2011 | | | | | | | | | | 24,318 | 23,366 | 22,850 | 22,593 | 22,560 | 22,643 | 22,717 | 22,874 | 22,999 | 23,153 |
| Forecast Based on Spring 2011 | | | | | | | | | | 29,459 | 30,461 | 31,216 | 31,563 | 31,826 | 31,951 | 32,087 | 32,233 | 32,472 | 32,696 |
| Forecast Based on Fall 2010 | | | | | | | | | | 29,343 | 29,970 | 30,435 | 30,591 | 30,866 | 31,081 | 31,344 | 31,546 | 31,796 |

> *This Spring 2012 forecast is nearly identical to the Fall 2011 study forecast. The new forecast begins lower by 453 beds (-1.9%) than the bed need forecasted for 2012 in the Fall 2011 study; however , the new forecast increases with the new 2017 projection, which is 54 beds higher (0.2%) than the Fall 2011 forecast.*



**Spring 2012 - Census Rate Trend/Forecast**

New CCCMS census data for the first 7 months of 2012 by security level were obtained and analyzed. Application of the calculated census rates by security level to OISB's future population produced a blended census rate only slightly higher than the prior Fall 2011 forecasted census rates.

*Data Source: HC-POP Daily R3*

**FINAL Spring 2012 MH Bed Need Study**

# CCCMS - Males - Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| Male CCCMS Security Level | CCCMS Avg Census FY2012 (7mo) | CCCMS Distri-bution | Population * | New Census Rates ** |
|---|---|---|---|---|
| Level IV | 9,014 | 33.4% | 28,730 | 313.8 |
| Level III | 5,584 | 20.7% | 34,556 | 161.6 |
| Level II | 6,667 | 24.7% | 36,631 | 182.0 |
| Level I | 1,549 | 5.7% | 20,990 | 73.8 |
| RC's | 4,201 | 15.6% | 20,983 | 200.2 |
| Total | 27,016 | 100.0% | 147,500 | 183.16 |

* 10/31/11 used as midpoint of 7-month study period. Distribution by Security Level does not allocate to SHU populations.

** New Security Level-Specific census rates used to calculate a blended rate for bed need forecast.

**Methodology:** HC-POP provided a file with weekly or bi-weekly counts by security level. The distribution by Level I - IV and Reception Centers was calculated. Miscellaneous (Misc.) census counts were redistributed throughout the security levels at the same proportion as Level I – Level IV distribution. SAP counts were combined with Level II counts. The average census values for the study period (7/1/11-1/31/12) were then applied to the OISB population counts for the mid-point of the study period (Oct. 31, 2011) by security level to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 are calculated for each forecast year and applied to the model.

**FINAL Spring 2012 MH Bed Need Study**

*Data Source: HC-POP MIR (R3)*

# CCCMS – Males:  Census Trend & Forecast



**CCCMS – Male Census Trend & Forecast**

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCCMS-Male Census | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,024 | | | | | | | | | | | |
| Estimate & Forecast | | | | | | | | | 28,024 | 23,865 | 23,309 | 22,943 | 22,721 | 22,627 | 22,697 | 22,787 | 22,946 | 23,045 | 23,162 | 23,374 |

*Data Source: McManis Mental Health Bed Need model*

# CCCMS - Females



*This Forecast is*
**Lower**
*than Fall 2011*

***Female CCCMS Bed Need Forecast***

| CCCMS - Females | --- Actual --- | | | | | | | | | Est. c/ | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 7mo | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Spring 2012 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 9,095 | 6,414 | 5,623 | 5,371 | 5,397 | 5,428 | 5,451 | 5,484 | 5,544 | 5,607 | 5,694 | 5,747 |
| Census /1,000 Females a/ | 230 | 210 | 210 | 220 | 245 | 255 | 262 | 297 | 315 | 318 | 318 | 334 | 346 | 354 | 359 | 359 | 359 | 359 | 359 | 359 | 359 |
| Census Rate Adj. Factor b/ | | | | | | | | | | | 6.0% | 4.8% | 3.6% | 2.4% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 2,322 | 2,237 | 2,283 | 2,587 | 2907 | 2,903 | 2,891 | 3,001 | 3,010 | 2,896 | 2,043 | 1,877 | 1,858 | 1,912 | 1,947 | 1,955 | 1,967 | 1,988 | 2,011 | 2,042 | 2,061 |

**a/** Source:  HC-POP Weekly MIS Report for 7 months of FY2012.
**b/**  Census Rate Adjustment Factor (CRAF) assumes that census rate will continue to increase but at a decelerating rate to 2017.
**c/** The modeled census rate for 2012 is based on the 7 month of utilization using the mid-point population (10/31/11). The bed need shown is for the 7 months for FY2012.



| | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2011 | | 2,233 | 2,039 | 2,040 | 2,052 | 2,051 | 2,051 | 2,062 | 2,117 | 2,115 | 2,149 |
| Forecast Based on Spring 2011 | | 3,247 | 3,409 | 3,528 | 3,652 | 3,685 | 3,751 | 3,797 | 3,860 | 3,914 | 3,970 |
| Forecast Based on Fall 2010 | | 3,200 | 3,338 | 3,439 | 3,524 | 3,586 | 3,595 | 3,654 | 3,706 | 3,791 | |

> ***This Spring 2012 study results in a lower forecast when compared to the CCCMS Female program bed need projected in the Fall 2011 study. The new forecast is 191 beds lower as of 6/30/2012 (-8.5%). In 2017, the forecast is 97 beds lower (-4.7%) than the Fall 2011 study.***



Spring 2012 - Census Rate Trend/Forecast

# Appendix

# Abbreviations used in report

ADC – Average Daily Census

ALOS – Average Length of Stay

ASH – Atascadero State Hospital

ASU – Administrative Segregation Unit

CADDIS – Census And Discharge Data Information System

CCCMS – Correctional Clinical Case Management System

CDCR – California Department of Corrections and Rehabilitation

CMF-APP – California Medical Facility – Acute Psychiatric Program

CMF-ICF – California Medical Facility – Intermediate Care Facility

CMF-VPP – California Medical Facility – Vacaville Psychiatric Program

CRAF – Census Rate Adjustment Factor

CSH – Coalinga State Hospital

DDPS – Distributed Data Processing System

DMH – Department of Mental Health

EOP – Enhanced Outpatient Program

FY – Fiscal Year – the convention used here indicates the fiscal year ending e.g. FY10 ends June 30, 2010

GP – General Population

HC-POP – Health Care Placement Oversight Program

MHARP – Mental Health Assessment and Referral Project

MHCB – Mental Health Crisis Bed

PSH – Patton State Hospital

PSU – Psychiatric Services Unit

SNY – Sensitive Needs Yard

SOMS – Strategic Offender Management System

SVPP – Salinas Valley Psychiatric Program

UNA – Unmet Needs Assessment

# Comparison of Bed Need Forecasts: Spring 2012 vs. Fall 2011 (AB109)

*The forecasts produced for this Spring 2012 study are compared to the forecasts in the Fall 2011 AB109 forecast for the year 2017 (a 5-year projection). All programs show the impact of the projected population reductions indicated in the OISB projections.*

| Program | Higher/ Lower | 2017 Spring 2012 Study | 2017 Fall 2011 AB109 Study | Spring 2012 minus Fall 2011 (for 2017) | % Variance (Spring 2012 - Fall 2011) |
|---|---|---|---|---|---|
| **Males** | | | | | |
| Acute | Higher | 228 | 224 | 4.8 | 2.1% |
| Intermediate * | Lower | 817 | 966 | (149.0) | -15.4% |
| MHCB | Lower | 338 | 352 | (14.1) | -4.0% |
| EOP - GP | Higher | 3,561 | 3,484 | 76.8 | 2.2% |
| EOP ASU | Higher | 633 | 585 | 47.5 | 8.1% |
| PSU | Lower | 472 | 481 | (8.9) | -1.9% |
| CCCMS | Higher | 22,697 | 22,643 | 53.5 | 0.2% |
| | | | | | |
| **Females** | | | | | |
| Acute/Intermediate | Lower | 18 | 17 | 0.9 | 5.4% |
| MHCB | Lower | 8 | 11 | (3.8) | -33.3% |
| EOP - GP | Lower | 83 | 93 | (9.9) | -10.7% |
| EOP ASU | Lower | 13 | 19 | (5.7) | -30.1% |
| PSU | Higher | 35 | 17 | 17.9 | 104.7% |
| CCCMS | Lower | 1,955 | 2,051 | (96.7) | -4.7% |

*\* Intermediate bed need excludes inmate-patients deemed incompetent to stand trial (Penal Code section 1370) as they do not meet the requirements for ICF level of care.*

Source: McManis Bed Need models

**FINAL Spring 2012 MH Bed Need Study**

40

# Mental Health Services Delivery System Bed Need

The new Spring 2012 MHSDS projections from this study track very closely to the Fall 2011 AB109 forecast. The largest variance is at 6/30/12 when the new forecast is expected to be 2.8% lower (-186) than the Fall 2011 study projections. The other years of the forecast range from 0.56% (-35) to 1.48% (-95) lower than the Fall 2011 projections.

### MHSDS Bed Need (excluding CCCMS) – Spring 2012, Fall 2011 AB109 & Spring 2011



| | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MHSDS Bed Need Spring 2012 | 6,121 | 6,610 | 7,040 | 7,341 | 6,436 | 6,319 | 6,251 | 6,206 | 6,187 | 6,205 | 6,225 | 6,263 | 6,278 | 6,299 | 6,357 |
| MHSDS Bed Need Fall 2011 AB109 | 6,097 | 6,575 | 7,040 | 7,341 | 6,622 | 6,414 | 6,299 | 6,242 | 6,232 | 6,249 | 6,263 | 6,299 | 6,325 | 6,360 | |
| MHSDS Bed Need Spring 2011 | 6,038 | 6,566 | 7,148 | 7,371 | 7,587 | 7,742 | 7,861 | 7,920 | 8,010 | 8,045 | 8,082 | 8,123 | 8,185 | 8,250 | |

Source: McManis Bed Need models

**FINAL Spring 2012 MH Bed Need Study**