# EXHIBIT 2

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program

Case 2:90-cv-00520-KJM-SCR   Document 4196-2   Filed 06/12/12   Page 2 of 4

# Base Male Bed Plan - CALIFORNIA HEALTH CARE FACILITIES - MENTAL HEALTH PROGRAM

**Projections through 2013**
**Assumes maintaining all beds in current use and adding only to projected need.**

## Previous Bed Plan Numbers

| Level of Care: | Current Program Capacity | + New Capacity | - Returned Capacity | = Net Capacity | Mental Health Bed Need Study - Spring 2009 Population Projections (Navigant Consulting) Need to 2013: | over/(under) need |
|---|---|---|---|---|---|---|
| EOP | 3,141 | 1,639 | 0 | 4,780 | 4,763 | 17 |
| ASU | 474 | 212 | 0 | 686 | 675 | 11 |
| PSU | 384 | 152 | 0 | 536 | 546 | -10 |
| MHCB | 314 | 246 | -90 | 470 | 470 | 0 |
| Acute | 155 | 63 | -25 | 193 | 193 | 0 |
| ICF- Low Custody | 365 | 25 | 0 | 390 | 301 | 89 |
| ICF- High Custody | 306 | 496 | -178 | 624 | 624 | 0 |
| **Total:** | **5,139** | **2,833** | **-293** | **7,679** | **7,572** | **107** |

## Bed Plan Numbers

| Level of Care: | Permanent Program Capacity | + Temporary Capacity | + Proposed Changes Capacity: | = Net Capacity | Mental Health Bed Need Study - McManis Spring 2012 Population Projections - Need to 2013: | Mental Health Bed Need Study - McManis Spring 2012 Population Projections - Need to 2013 "Trued": | Mental Health Bed Need Study - McManis Spring 2012 Population Projections - Need to 2013 "Trued with No Occupancy Rate": | over/(under) need |
|---|---|---|---|---|---|---|---|---|
| EOP | 3,205 | 150 | 448 | 3,803 | 3,655 | 3,563 | 3,380 | 423 |
| ASU | 519 | 47 | -16 | 550 | 639 | 561 | 529 | 21 |
| PSU | 384 | 0 | 128 | 512 | 474 | 474 | 451 | 61 |
| MHCB | 241 | 114 | 34 | 389 | 343 | 289 | 254 | 135 |
| Acute | 130 | 68 | 34 | 232 | 232 | 232 | 208 | 24 |
| ICF- Low Custody | 390 | 0 | -50 | 340 | 276 | 276 | 248 | 92 |
| ICF High Custody | 192 | 382 | 50 | 624 | 556 | 556 | 500 | 124 |
| **Total:** | **5,061** | **761** | **628** | **6,450** | **6,175** | **5,951** | **5,570** | |

### Table #A: Number of mental health bed capacity as of January 2012

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | 384 | 74 | 256 | 24 | | | | 738 |
| RJD | 330 | 63 | | 14 | | | | 407 |
| CMC | 580 | 54 | | | | | | 634 |
| CIM | | | | | | | | 0 |
| LAC | 300 | 54 | | 12 | | | | 366 |
| SVSP | 192 | 45 | | 10 | | | 128 | 375 |
| CMF | 333 | 58 | | 50 | 130 | 84 | 64 | 719 |
| PBSP | 66 | | 128 | 10 | | | | 204 |
| COR | 150 | 99 | | 23 | | | | 272 |
| MCSP | 510 | 36 | | 8 | | | | 554 |
| SQ | | 36 | | 17 | | | | 53 |
| HDSP | | | | 10 | | | | 10 |
| KVSP | 96 | | | 12 | | | | 108 |
| NKSP | | | | 10 | | | | 10 |
| PVSP | | | | 6 | | | | 6 |
| SATF | 264 | | | 20 | | | | 284 |
| SOL | | | | 9 | | | | 9 |
| WSP | | | | 6 | | | | 6 |
| Dewitt | | | | | | | | 0 |
| CHCF | | | | | | | | 0 |
| **Total:** | **3,205** | **519** | **384** | **241** | **130** | **84** | **192** | **4,755** |

**Department of Mental Health Hospital Beds:**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | | 256 | | 256 |
| CSH | | | | | | 50 | | 50 |
| **Total:** | 0 | 0 | 0 | 0 | 0 | 306 | 0 | 306 |

**Grand Total: (DMH Hospital + CDCR)** | 3,205 | 519 | 384 | 241 | 130 | 390 | 192 | 5,061 |

### Table #B: Temporary Capacity as of January 2012

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | | | | 20 | | | | 20 |
| RJD | 150 | | | | | | | 150 |
| CMC | | | | 40 | | | | 40 |
| CIM | | | | 34 | | | | 34 |
| LAC | | 20 | | | | | | 20 |
| SVSP | | 27 | | | | | 242 | 269 |
| CMF | | | | 20 | 68 | | 140 | 228 |
| PBSP | | | | | | | | 0 |
| COR | | | | | | | | 0 |
| MCSP | | | | | | | | 0 |
| SQ | | | | | | | | 0 |
| HDSP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF | | | | | | | | 0 |
| SOL | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| Dewitt | | | | | | | | 0 |
| CHCF | | | | | | | | 0 |
| **Total:** | **150** | **47** | **0** | **114** | **68** | **0** | **382** | **761** |

**Department of Mental Health Hospital Beds:**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | | | | 0 |
| CSH | | | | | | | | 0 |
| **Total:** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Grand Total: (DMH Hospital + CDCR)** | 150 | 47 | 0 | 114 | 68 | 0 | 382 | 761 |

### Table #C: Permanent Changes in Capacity

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | | -10 | 128 | -20 | | | | 98 |
| RJD | -30 | -13 | | | | | | -43 |
| CMC | -180 | -4 | | 10 | | | | -174 |
| CIM | | | | -34 | | | | -34 |
| LAC | | 26 | | | | | | 26 |
| SVSP | 150 | -8 | | | | | -242 | -100 |
| CMF | 105 | 14 | | -20 | -48 | | -140 | -89 |
| PBSP | | | | | | | | 0 |
| COR | | -49 | | | | | | -49 |
| MCSP | -60 | 14 | | | | | | -46 |
| SQ | | -36 | | | | | | -36 |
| HDSP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| SATF | 88 | | | | | | | 88 |
| SOL | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| Dewitt | 375 | 50 | | | | | | 425 |
| CHCF | | | | 98 | 82 | | 432 | 612 |
| **Total:** | **448** | **-16** | **128** | **34** | **34** | **0** | **50** | **678** |

**Department of Mental Health Hospital Beds:**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | | | | | | -50 | | -50 |
| CSH | | | | | | 0 | | 0 |
| **Total:** | 0 | 0 | 0 | 0 | 0 | -50 | 0 | -50 |

**Grand Total: (DMH Hospital + CDCR)** | 448 | -16 | 128 | 34 | 34 | -50 | 50 | 628 |

### Table #D: Net number of mental health beds 2012/13.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | 384 | 64 | 384 | 24 | 0 | 0 | 0 | 856 |
| RJD | 450 | 50 | 0 | 14 | 0 | 0 | 0 | 514 |
| CMC | 400 | 50 | 0 | 50 | 0 | 0 | 0 | 500 |
| CIM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LAC | 300 | 100 | 0 | 12 | 0 | 0 | 0 | 412 |
| SVSP | 342 | 64 | 0 | 10 | 0 | 0 | 128 | 544 |
| CMF | 438 | 72 | 0 | 50 | 150 | 84 | 64 | 858 |
| PBSP | 66 | 0 | 128 | 10 | 0 | 0 | 0 | 204 |
| COR | 150 | 50 | 0 | 23 | 0 | 0 | 0 | 223 |
| MCSP | 450 | 50 | 0 | 8 | 0 | 0 | 0 | 508 |
| SQ | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 17 |
| HDSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| KVSP | 96 | 0 | 0 | 12 | 0 | 0 | 0 | 108 |
| NKSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| PVSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| SATF | 352 | 0 | 0 | 20 | 0 | 0 | 0 | 372 |
| SOL | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 9 |
| WSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| Dewitt | 375 | 50 | 0 | 0 | 0 | 0 | 0 | 425 |
| CHCF | 0 | 0 | 0 | 98 | 82 | 0 | 432 | 612 |
| **Total:** | **3,803** | **550** | **512** | **389** | **232** | **84** | **624** | **6,194** |

**Department of Mental Health Hospital Beds:**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| ASH | 0 | 0 | 0 | 0 | 0 | 206 | 0 | 206 |
| CSH | 0 | 0 | 0 | 0 | 0 | 50 | 0 | 50 |
| **Total:** | 0 | 0 | 0 | 0 | 0 | 256 | 0 | 256 |

**Grand Total: (DMH Hospital + CDCR)** | 3,803 | 550 | 512 | 389 | 232 | 340 | 624 | 6,450 |

**Department of Mental Health Hospital Beds

**ASSUMPTIONS Re:  Base Male Bed Plan**

This plan assumes:

In Table A, the base bed number does not include temporary mental health program capacity.  All the current temporary mental health programs are included in Table B.  The RJD and LAC short-term projects are converted to permanent projects.  The bed plan converts 19 of the 27 EOP-ASU beds at SVSP into permanent capacity, with capacity reduced by 8 beds.  The remaining temporary programs at SAC (20 MHCBs), CMC (40 MHCBs), CIM (34 MHCBs) SVSP (242 ICF-H), and CMF (20 MHCBs, 68 Acute, 140 ICF-H) will be decommissioned.  Table C is the net change in capacity between Table A and Table D.

Defendants will not decommission any of the temporary mental health programs until there is adequate capacity to accommodate future need in that level of care.

Mental health bed need projections to 2013 using Spring 2012 population projections, including the "Trued" need projections for the male MHCB, EOP-GP, and EOP-ASU populations.

The CHCF, built in collaboration with the *Plata* Receiver and located near Stockton, will be ready for occupancy in Fiscal Year (FY) 13/14.  This facility will provide care in housing appropriate to patient custody level.  The facility will include 98 MHCBs, 82 Acute beds (39 of the Acute beds will have the same licensure that can be used for MHCBs if there is a surplus of Acute beds and a deficit of MHCBs), and 432 ICF beds.

The Dewitt-Nelsen Annex will begin admissions in FY 13/14.  The facility will include housing for 375 EOP-GP inmates and 50 EOP-ASU inmates.   EOP levels at other EOP programs will be reduced within living units as Dewitt-Nelson is activated.   Staffing will be adjusted through the normal budget process based on population.

EOP-ASU net capacity of 550 beds.  All EOP-ASU capacity is at 100% (one inmate per cell), although CDCR will double cell when clinically indicated.  Once the capacities are reduced at SAC, RJD, CMC, and COR, the EOP-ASU population will have either a dedicated EOP-ASU building or the EOP-ASU will be a dedicated half of an ASU building, with the flexibility to increase capacity when needed.  Currently EOP-ASU capacity does not have dedicated cells, only a treatment capacity within an ASU unit.  This plan creates dedicated cells or buildings for the EOP-ASU inmates to ensure availability of cells, when needed.  The reduction to EOP-ASU capacity will be through staffing and will be adjusted through the normal budget process based on population.  The spring 2012 population projections to 2013 indicate a "trued" need of 561 EOP-ASU beds with a 95% occupancy rate, for a difference of 11 beds.  If there is a need to increase capacity beyond 100 % (one inmate per cell) to address any shortage, double celling inmates will meet the need.  In addition, there will be 5% additional beds available to meet surges or increases.

**PRISONS (Men's Program):**

The bed plan makes permanent changes in capacity at several prisons, which are summarized below.

**SAC:  (1) EOP-ASU** - The plan reduces the current capacity of 74 by 10, for a net of 64.  **(2) PSU** –The existing plan called to increase capacity by 152 (128 cells at 119%). This plan changes capacity to 128 (128 cells at 100%), for a net capacity of 384.  **(3) MHCB** – the temporary 20 MHCBs will be decommissioned.

**RJD:  (1) EOP-GP** – The plan reduces the current capacity of 330 to 300 when there is surplus EOP capacity and makes the 150 temporary beds on Facility C (formally Facility 3) permanent, for a net capacity of 450.  There is enough office and treatment space to accommodate the population.  Staffing will be adjusted through the normal budget process when populations are reduced.  **(2) EOP-ASU** – The plan reduces the current capacity of 63 by 13, for a net of 50.

**CMC**:  **(1) EOP-GP** - The EOP will be reduced to 400 beds or 100% capacity when the Dewitt-Nelson Annex is completed or when there is surplus EOP capacity.  **(2) EOP-ASU** – The plan reduces the currently capacity of 54 by 4, for a net of 50.  **(3)  MHCB** - The 40 MHCBs are interim capacity and will be decommissioned when the new MHCB unit is completed in FY 12/13.

**CIM:  (1) MHCB** - The 34 MHCBs are interim capacity and will be decommissioned when there is no wait list.

**LAC**:  **(1) EOP-ASU** – There are currently 54 permanent beds at LAC and 20 temporary beds.  The plan makes the 20 beds permanent and increases capacity by 26 for a total of 100 beds.  The Office and Treatment space on Facility D (in the existing plan as space for the EOP-GP) will be repurposed to treat EOP-ASU inmates.  The existing EOP-ASU capacity in Facility A will be relocated to Facility D building #5 and increased to a staff capacity of 100 inmates or 100% once the Office and Treatment space has been repurposed and the housing unit has been modified to house ASU inmates.  There is enough office and treatment space to increase EOP-ASU capacity if necessary.  Staffing can be adjusted through the normal budget process based on population.

**SVSP**:  **(1) EOP-GP** – There are currently 192 EOP-GP beds at SVSP.  The plan increases capacity by 150, for a net of 342.  This will be accomplished by converting a building on Facility A, adjacent to the new treatment and office space building, to house 150 inmates.  **(2) EOP-ASU** – There are currently 45 EOP-ASU beds.  The plan makes 19 of the 27 beds permanent, for net capacity of 64.  **(3) ICF- H** - ICF High Custody beds are comprised of 128 permanent ICF beds (TC1 = 64, TC2= 64) plus 242 temporary beds (double celling of inmates in 10 cells in TC-2; C5/C6 = 116; D-5 /D-6 = 116).  The D5/D6 beds will remain in place until the CHCF in Stockton is fully activated and there is enough capacity to convert the beds to Level IV EOP beds.  The C5/C6 beds will be converted to Level IV GP beds after the D5/D6 beds are converted and there is no longer a need for that capacity.  Likewise, the double cells in TC-2 will be converted back to single cells.

**CMF:**  **(1) EOP-GP** - CMF has a current net capacity of 333 beds.  CDCR recently took down 200 beds in the L Tower to convert them to temporary ICF High-Custody beds.  The plan increases the 333 capacity by 105 for a net capacity of 438.  CMF will reach the 438 by taking these steps:  following the decommissioning of L-Tower (+113 cells) (converting the temporary 110 ICF High-Custody cells back to EOP) and P-2 (+36 cells) (temporary APP cells back to EOP), and realigning existing EOP beds (+188 cells), the net capacity will be 438 (337 cells at 130%).  **(2) EOP-ASU** – The plan increases current capacity of 58 by 14, for a net of 72.  **(3) MHCB** – The temporary capacity of 20 will be decommissioned and converted back to Acute beds.  **(4) Acute** – The current capacity of Acute beds consists of 130 permanent beds (Q wing = 90, S-1 = 30, S-2 = 10) plus 68 temporary beds (P-1 = 32, P-2 = 36).  The plan reduces capacity by 48, which represents the combined return of acute beds on P-1 to GP (-32) and P-2 to EOP (-36) and the return of MHCBs on S-2 operated by DMH (+20) back to Acute.  The final acute capacity for CMF will be 150 made up of the following:  Q wing = 90, S-1 = 30, and S-2 = 30.  **(5)  ICF High-Custody Beds** – There are 64 permanent and 140 temporary beds (L-Wing = 110, P-3 = 30) at CMF.  The plan decommissions the 140 temporary beds.

**COR:  (1) EOP-ASU** – The plan decreases current capacity of 99 by 49, for a net of 50.

**MCSP:  (1) EOP-GP** – The plan reduces current capacity of 510 by 60, for a net of 450.  **(2) EOP-ASU** – The plan increases current capacity of 36 by 14, for a net of 50.

**SQ:  (1) EOP-ASU** – The plan eliminates the 36 EOP-ASU beds.

**SATF**:  **(1) EOP-GP** – The plan adds 88 more beds in the same building as the current dual-diagnosis program.