# EXHIBIT 3

**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Mental Health Program**

## Base Female Bed Plan - CALIFORNIA HEALTH CARE FACILITIES - MENTAL HEALTH PROGRAM

### Previous Bed Plan Numbers

| Level of Care: | Current Program Capacity: | + | New Capacity: | - | Returned Capacity: | = | Net Capacity: | Mental Health Bed Need Study - Spring 2009 Population Projections, April 2009 (Navigant Consulting) Need to 2013: | over/(under) need |
|---|---|---|---|---|---|---|---|---|---|
| EOP | 129 | | 70 | | 0 | | 199 | 199 | 0 |
| ASU | 19 | | 0 | | 0 | | 19 | 16 | 3 |
| PSU | 10 | + | 20 | - | -10 | = | 20 | 12 | 8 |
| MHCB | 22 | | 0 | | 0 | | 22 | 18 | 4 |
| Acute/ICF | 30 | | 45 | | -30 | | 45 | 27 | 18 |
| Total: | 210 | | 135 | | -40 | | 305 | 272 | 33 |

### Bed Plan Numbers

| Level of Care: | Current Program Capacity: | + | New Capacity: | - | Returned Capacity: | = | Net Capacity: | Mental Health Bed Need Study - McManis Spring 2012 Population Projections - Need to 2013: | Mental Health Bed Need Study - McManis Spring 2012 Population Projections - Need to 2013 "Trued": | Mental Health Bed Need Study - McManis Spring 2012 Population Projections - Need to 2013 "Trued with No Occupancy Rate": | over/(under) need |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EOP | 129 | | 0 | | 0 | | 129 | 85 | 85 | 81 | 48 |
| ASU | 19 | | 1 | | 0 | | 20 | 13 | 5 | 5 | 15 |
| PSU | 20 | + | 0 | - | 0 | = | 20 | 22 | 22 | 21 | -1 |
| MHCB | 22 | | 0 | | 0 | | 22 | 8 | 8 | 7 | 15 |
| Acute/ICF | 30 | | 45 | | -30 | | 45 | 17 | 17 | 15 | 30 |
| Total: | 220 | | 46 | | -30 | | 236 | 145 | 137 | 129 | 107 |

### Table #A: Capacity

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | 54 | | | 12 | | 66 |
| CIW | 75 | 10 | 20 | 10 | | 115 |
| VSPW | | 9 | | | | 9 |
| Total: | 129 | 19 | 20 | 22 | 0 | 190 |

**Department of Mental Health Hospital Capacity:**

| PSH | | | | | 30 | 30 |
|---|---|---|---|---|---|---|
| Total: | 0 | 0 | 0 | 0 | 30 | 30 |

| Grand Total: (DMH Hospital + CDCR) | 129 | 19 | 20 | 22 | 30 | 220 |
|---|---|---|---|---|---|---|

### Table #B: New capacity under development, proposed or converted.

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | 0 | 10 | | | | 10 |
| CIW | | | | | 45 | 45 |
| VSPW | | -9 | | | | -9 |
| Total: | 0 | 1 | 0 | 0 | 45 | 46 |

**Department of Mental Health Hospital Capacity:**

| PSH | | | | | | |
|---|---|---|---|---|---|---|
| Total: | 0 | 0 | 0 | 0 | 0 | 0 |

| Grand Total: (DMH Hospital + CDCR) | 0 | 1 | 0 | 0 | 45 | 46 |
|---|---|---|---|---|---|---|

### Table #C: Capacity to be returned to alternate use when need is eliminated by adding capacity.

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | | | | | | 0 |
| CIW | | | | | | 0 |
| VSPW | | | | | | 0 |
| Total: | 0 | 0 | 0 | 0 | 0 | 0 |

**Department of Mental Health Hospital Capacity:**

| PSH | | | | | -30 | -30 |
|---|---|---|---|---|---|---|
| Total: | 0 | 0 | 0 | 0 | -30 | -30 |

| Grand Total: (DMH Hospital + CDCR) | 0 | 0 | 0 | 0 | -30 | -30 |
|---|---|---|---|---|---|---|

### Table #D: Net capacity.

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | 54 | 10 | 0 | 12 | 0 | 76 |
| CIW | 75 | 10 | 20 | 10 | 45 | 160 |
| VSPW | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 129 | 20 | 20 | 22 | 45 | 236 |

**Department of Mental Health Hospital Capacity:**

| PSH | | | | | 0 | 0 |
|---|---|---|---|---|---|---|
| Total: | 0 | 0 | 0 | 0 | 0 | 0 |

| Grand Total: (DMH Hospital + CDCR) | 129 | 20 | 20 | 22 | 45 | 236 |
|---|---|---|---|---|---|---|

**Legend**
- Current program capacity
- New capacity
- Returned capacity
- Net capacity
- Long term plan
- Long term plan/Court ordered

**ASSUMPTIONS Re: Base Female Bed Plan**

This plan assumes:

Table A includes only current permanent capacity. Table B includes projects under construction or that will be changed. Table C includes one 30-bed program at PSH for low-custody inmates who require an ICF level of care that will be decommissioned. Table D is the net change in capacity between Table A and Tables B and C.

Defendants will not decommission the 30 beds at PSH until there is adequate capacity to accommodate future need in that level of care.

Mental health bed need projections to 2013 using Spring 2012 population projections, including the "Trued" need projections for the female EOP-ASU population.

All projects to meet mental health population projections will have adequate treatment and office space, either temporary or permanent.

**PRISONS (Women's Program):**

The bed plan makes permanent changes in capacity at several prisons, which are summarized below.

**CCWF: (1) EOP-GP** -There is enough office and treatment space at CCWF to treat the current EOP population of 54 EOP inmates. **(2) EOP-ASU** –The plan adds 10 new beds.

**CIW: (1) Acute/ICF** – The plan decommissions the 30 beds at PSH once the new 45-bed unit is activated.

**VSPW: (1) EOP-ASU** – VSPW is proposed for conversion to a male institution in September 2012. This conversion will result in the elimination of the 9 EOP-ASU beds.