# DECLARTION OF CHRIS MEYER

KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-2445
  Fax: (916) 324-5205
  E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF CHRIS MEYER IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST RE: REVISED LONG-RANGE MENTAL HEALTH BED PLAN** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

I, Chris Meyer, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Ex Parte Request Re: Revised Long-Range Mental Health Bed Plan.

///

///

1

2. I began working for CDCR in September 2009. I work on healthcare projects on behalf of and at the direction of CDCR Secretary Cate and the *Plata* Federal Receiver, Clark Kelso. In my current role as Director, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with Defendants' existing long-range mental health bed plan, the status of the construction and conversion projects identified in the existing plan, and the changes that the revised bed plan makes to some of those projects.

3. The 45-bed Acute/Intermediate Care Facility (ICF), providing housing, treatment, and office space project for female inmates at California Institution for Women is scheduled to start inmate-patient admissions on July 2, 2012.

4. The project at California State Prison, Los Angeles County, to construct treatment and office space to service 150 Enhanced Outpatient Program-General Population (EOP-GP) inmates is under construction. Based on the impact of realignment on the mental health population, Defendants are rescoping this project to construct treatment and office space for 100 EOP-Administrative Segregation Unit (EOP-ASU) inmates. CDCR will be submitting a request to the State Public Works Board to revise the scope of the project to include, among other changes, the construction of small management yards. For that reason, the current activation date of July 9, 2012, is on hold pending the Board's approval of the scope change.

5. The 50-bed Mental Health Crisis Bed (MHCB) project at California Men's Colony is under construction with the first inmate-patient admission scheduled for December 11, 2012.

6. The project to construct treatment and office space for the existing EOP-GP and EOP-ASU populations at California Medical Facility is under construction with activation scheduled for November 30, 2012.

7. The project to construct treatment and office space for the EOP-ASU program at California State Prison, Corcoran, is under construction with activation scheduled for February 14, 2013.

8. The project to construct treatment and office for the Psychiatric Services Unit population at California State Prison, Sacramento, is under construction with activation scheduled for March 27, 2013.

9. The project to construct treatment and office space for 300 EOP-GP inmates at Salinas Valley State Prison is under construction with activation scheduled for July 31, 2013.

10. The new California Health Care Facility project, which will include MHCBs, Acute, and ICF beds, is under construction with the first inmate-patient admission scheduled for July 22, 2013. Based on the impact of realignment on the mental health population, Defendants' revised bed plan modifies the project. The original project called for construction of 137 MHCBs, 43 Acute beds, and 432 ICF beds. The revised project provides for 98 MHCBs, 82 Acute beds, and 432 ICF beds. This change does not impact the activation date.

11. The Dewitt-Nelson project includes the construction of 375 EOP-GP beds and 50 EOP-ASU beds. Defendants initially expected the Dewitt-Nelson project to be fully occupied by December 31, 2013, based on the assumption that the design-build contract would be awarded in August 2011. In January 2012, however, the State determined that the significant reductions in inmate population warranted reevaluation of the need for the additional EOP beds. Ultimately, the State determined to move forward with Dewitt. However, because CDCR was not given approval to award the construction contract until May 18, 2012, Defendants cannot construct the facility as designed and still meet the December 31, 2013 full occupancy date. Nor do I believe that it can safely construct and occupy the facility by the end of 2013. Based on the contract award date, CDCR expects that Defendants will complete construction of the mental health beds at Dewitt by early spring 2014 with activation and inmate admissions to start as quickly as possible thereafter. Nonetheless, CDCR remains committed to looking for opportunities to mitigage the delay in activating this project. By changing the full occupancy date, CDCR will be able to construct the facility as designed and provide more efficient delivery of a continuum of care.

12. On February 18, 2010, Defendants submitted a plan to convert 70 existing housing unit beds at Central California Women's Facility to EOP-GP beds, and to construct treatment and

3

office space to support 124 EOP-GP beds (70 plus the existing 54 capacity for female inmate-patients). Based on the impact of realignment, Defendants determined that they no longer need to increase capacity by 70 beds. Therefore, on May 16, 2012, Defendants began rescoping the treatment and office space project to provide sufficient space for the existing 54 beds rather than the 124 beds.

I declare that the foregoing is true and correct. Executed this 8 day of June 2012, at Sacramento, California.

CHRIS MEYER

CF1997CS0003

4

Meyer Decl. in Supp. Defs.' Ex Parte Request Re: Revised Long-Range Mental Health Bed Plan
(2:90-cv-00520 LKK JFM P)