1  DONALD SPECTER – 083925                MICHAEL W. BIEN – 096891
   STEVEN FAMA – 099641                   ERNEST GALVAN – 196065
2  PRISON LAW OFFICE                      JANE E. KAHN – 112239
   1917 Fifth Street                      LISA ELLS – 243657
3  Berkeley, California  94710-1916       AARON J. FISCHER – 247391
   Telephone:    (510) 280-2621           LAURA BOYSEN-ARAGON – 248083
4                                         ROSEN, BIEN & GALVAN, LLP
                                          315 Montgomery Street, Tenth Floor
5                                         San Francisco, California  94104-1823
                                          Telephone:    (415) 433-6830
6
   CLAUDIA CENTER – 158255                WARREN E. GEORGE – 053588
7  THE LEGAL AID SOCIETY –                BINGHAM McCUTCHEN LLP
   EMPLOYMENT LAW CENTER                  Three Embarcadero Center
8  180 Montgomery Street, Suite 600       San Francisco, California  94111-4066
   San Francisco, California  94104-4244  Telephone:    (415) 393-2000
9  Telephone:    (415) 864-8848

10 Attorneys for Plaintiffs

11

12                   UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,                 | Case No. Civ S 90-0520 LKK-JFM

16            Plaintiffs,                  | **DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS'**
17        v.                               | **OPPOSITION TO DEFENDANTS' EX PARTE REQUEST RE: REVISED**
18 EDMUND G. BROWN, Jr., et al.,           | **LONG-RANGE MENTAL HEALTH BED PLAN**
19            Defendants.

20

21

22

23

24

25

26

27

28

[639657-2]

DECL. OF BIEN ISO PLS.' OPPOSITION TO DEFS.' EX PARTE REQUEST RE: REVISED LONG-RANGE
MENTAL HEALTH BED PLAN

1    I, Michael W. Bien, declare:

2    1.    I am an attorney admitted to practice law in California, a member of the bar

3    of this Court, and the managing partner of the law firm of Rosen, Bien & Galvan LLP,

4    counsel of record for Plaintiffs.  I have personal knowledge of the matters set forth herein,

5    and if called as a witness I could competently so testify.  I make this declaration in support

6    of Plaintiffs' Opposition to Defendants' Ex Parte Request re: Revised Long-Range Mental

7    Health Bed Plan ("Ex Parte Request").

8    2.    Plaintiffs, the Special Master team, and Defendants held a series of phone

9    calls regarding Defendants' proposed changes to the existing bed plan orders in advance of

10    the filing of the Ex Parte Request.  The calls were collaborative and productive in helping

11    to narrow the points of disagreement.  At each and every call, however, both Plaintiffs and

12    the Special Master objected strongly to Defendants' proposal to reduce the number of

13    Atascadero State Hospital ("ASH") beds available to *Coleman* class members and urged

14    Defendants' to remove it from their Ex Parte Request.  Defendants declined to do so over

15    the objections of the Special Master and Plaintiffs.

16    3.    During those phone calls and two phone calls with John Misener, who

17    prepared Defendants' spring 2012 projections, Plaintiffs raised a number of concerns about

18    Defendants' new projected mental health bed need.  First, the spring 2012 projections do

19    not account in any way for CDCR's planned changes to their classification scheme

20    resulting from their Expert Panel Study of the Inmate Classification Score System that was

21    issued in December 2011 and provided to Plaintiffs in March 2012.  On April 16, 2012,

22    Defendants reported to Plaintiffs' counsel at a meeting in Sacramento that the changes,

23    which are planned to begin taking effect in Fiscal Year 2012/13, will cause massive shifts

24    of existing prisoners into lower custody levels.  For instance, Defendants are proposing a

25    plan that will cause 2,100 prisoners serving life without possibility of parole to shift from

26    Level IV to Level III points; 7,700 prisoners who currently have Level III points to shift to

27    Level II; and 5,400 prisoners who currently have Level IV points to shift to Level III.

28    Additional shifts moving almost five thousand other prisoners into lower custody levels are

[639657-2]

1

Civ S 90-0520 LKK-JFM

DECL. OF BIEN ISO PLS.' OPPOSITION TO DEFS.' EX PARTE REQUEST RE: REVISED LONG-RANGE
MENTAL HEALTH BED PLAN

1   planned as well.  These changes are likely to cause additional need for lower-custody

2   mental health beds, including low-custody ICF beds like those at Atascadero State

3   Hospital.  Nonetheless, in Plaintiffs' call with John Misener on April 27, 2012,

4   Mr. Misener stated his spring 2012 population projections do not account for the planned

5   classification changes.

6          4.      Second, the spring 2012 projections were derived from snapshots of the ICF

7   numbers taken in the months before the sustainable process and other steps taken to

8   accurately capture the true low-custody ICF bed need, including the patient-movement

9   program Defendants reference, were fully developed.  Ex Parte Req. Ex. 1 at 5 (low-

10  custody ICF projection derived from single-day population snapshots taken in July-

11  October 2011 and January 2012 for ASH and CMF-VPP dorms, and from single date in

12  January 2012 for Coalinga State Hospital because that was the first month the patient-

13  movement plan led prisoner-patients to be housed there); *see also* Ex Parte Req. at 13

14  (discussing efforts to move ICF patients from high- to low-custody beds).

15         5.      Finally, the spring 2012 projections do not account for the population of

16  Penal Code § 1370 prisoners who are currently housed in or awaiting admission to ICF

17  beds.  Ex Parte Req. Ex. 1 at 40 (excluding Section 1370 prisoner-patients from ICF bed

18  needs projections).  Attached hereto as **Exhibit A** is a true and correct copy of an April 9,

19  2012 email counsel for Defendants sent to my office attesting to the fact that there were 14

20  Section 1370 prisoner-patients housed in ICF beds as of that date, three of whom were also

21  referred for ICF case separate from their 1370 status.  Attached hereto as **Exhibit B** is a

22  true and correct copy of an April 3, 2012 email counsel for Defendants sent to my office

23  attesting to the fact that there were 19 additional Section 1370 prisoner-patients on the

24  waitlist for ICF beds as of that date.  Plaintiffs are unaware of any plan to cease housing

25  Section 1370 prisoner-patients in ICF beds, and in fact, with the planned classification

26  score changes discussed above, there are likely to be more Section 1370 prisoner-patients

27  eligible for housing in low-custody ICF beds in the coming year.  *See* 2009 Program Guide

28

[639657-2]

2                                          Civ S 90-0520 LKK-JFM

DECL. OF BIEN ISO PLS.' OPPOSITION TO DEFS.' EX PARTE REQUEST RE: REVISED LONG-RANGE
MENTAL HEALTH BED PLAN

1  at 12-6-8 (contemplating that PC 1370s can be housed in low-custody ICF beds when

2  "there are no custodial or clinical reasons for admission to SVPP").

3      6.     Additionally, in calls with Defendants, the Special Master team, and

4  Mr. Misener in April and May, as well as in calls with Defendants and the Special Master

5  team regarding the instant Ex Parte Motion, Plaintiffs expressed significant confusion and

6  concern over Mr. Misener's introduction for the first time of a new methodology for

7  projecting bed need, "trueing," that has never been employed in previous projections in

8  this case.  Neither Defendants nor Mr. Misener explained why this methodology is

9  suddenly appropriate for use in projecting bed need when it was never previously utilized.

10 Plaintiffs also expressed concern that the "trued" projections undercount the real mental

11 health bed need.  The Special Master has echoed Plaintiffs' concerns and confusion about

12 the "trueing" methodology.

13     7.     For instance, multiple assumptions underlying the "trued" numbers appear to

14 be deeply flawed and may be underestimating need.  First, the assumption that mental

15 health bed utilization will be completely efficient if and when all waitlists are fully cleared

16 ignores the reality that Defendants have historically struggled to timely place class

17 members in the appropriate mental health bed based on a diversity of factors, including

18 transfer delays, custody placement considerations, and transportation scheduling, among

19 other challenges.

20     8.     Second, the "trued" data fails to account for class members in a mental

21 health crisis bed ("MHCB") who are awaiting placement in an inpatient bed, even if they

22 are appropriately housed in an MHCB pursuant to Program Guide timelines for inpatient

23 placement, as referred class members often are. *See* 2009 Program Guide at 12-6-11

24 (permitting 30 days from referral to transfer patient to ICF bed) and 12-6-3 (permitting 10

25 days from referral to transfer patient to acute bed).

26     9.     Third, Mr. Misener told Plaintiffs, that, in calculating the "trued" MHCB

27 numbers, he assumed class members do not stay in those beds longer than 10 days.  This

28 assumption also is not borne out by the real world, where MHCB stays routinely last much

DECL. OF BIEN ISO PLS.' OPPOSITION TO DEFS.' EX PARTE REQUEST RE: REVISED LONG-RANGE MENTAL HEALTH BED PLAN

1  longer.  Attached hereto as **Exhibit C** is a true and correct copy of a redacted excerpt of

2  CDCR's Inpatient Psychiatric Aging Report for April 2012, which Defendants provided to

3  Plaintiffs on June 4, 2012 and which shows individual class members' lengths of stay in

4  MHCBs.  This report shows, for example, that 81 CMF patients had MHCB stays ranging

5  from 11 to 127 days in April 2012 alone.  Given the faulty assumptions underlying the

6  methodology, the "trued" MHCB bed projections Defendants ask this Court to adopt

7  appear to underestimate the true need.

8      10.    The "trued" data also incorrectly assumes the effect of eliminating the wait

9  lists.  The MHCB "trued" bed need projection, for instance, is based on the clearly dubious

10 assumption that if an MHCB patient on the wait list for the PSU – a non-acute, non-crisis

11 bed – would not need MHCB level of care if timely placed in the PSU.  Common sense

12 says that some or even all of these class members would still require an MHCB placement

13 at some time during their treatment in the PSU, yet the "trued" data fails to account for

14 them at all in producing a "trued" MHCB bed need projection.

15     I declare under penalty of perjury under the laws of the United States and the State

16 of California that the foregoing is true and correct, and that this declaration is executed at

17 San Francisco, California this 13th day of June, 2012.

18

19                                    /s/ Michael W. Bien
                                      Michael W. Bien

20

21

22

23

24

25

26

27

28

[639657-2]

Civ S 90-0520 LKK-JFM

DECL. OF BIEN ISO PLS.' OPPOSITION TO DEFS.' EX PARTE REQUEST RE: REVISED LONG-RANGE
MENTAL HEALTH BED PLAN

Exhibit A

| From: | Debbie Vorous |
|---|---|
| Sent: | Monday, April 09, 2012 5:23 PM |
| To: | Jane E. Kahn |
| Cc: | Anne.Nguyen@dmh.ca.gov; Craig Parker; Cynthia.Rodriguez@dmh.ca.gov; Debbie Vorous; mlopes@pld-law.com; Steve Fama; Coleman Special Master Team; Coleman Team - RBG Only |
| Subject: | RE: Follow-up on Questions Re: 1370 Program |

Dear Jane,

D-5 B pod houses 18 patients.  Of those 18 patients, 14 are 1370 patients, of which 3 are dual referrals; that is, both ICF and 1370 referrals.  There are 4 patients in the pod who are not 1370 patients.  SVPP holds groups for all patients in either the pod or the group rooms, depending on the treatment activity.  There are some groups in which 1370 patients and the other patients attend simultaneously if these groups are pertinent to 1370 treatment.

As to how 1370 patients are prioritized for admission, the 1370 patients are admitted based on the date they were placed on the SVPP waitlist, unless DMH/SVPP receives an Order to Show Cause from a State court or additional updates or information from CDCR Utilization Management that indicate a need to expedite a particular patient's admission due to acuity. There is only one 1370 wait list.

Thank you,


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

# Exhibit B

**From:** Debbie Vorous [mailto:Debbie.Vorous@doj.ca.gov]
**Sent:** Tuesday, April 03, 2012 4:06 PM
**To:** Jane E. Kahn
**Cc:** Anne.Nguyen@dmh.ca.gov; Craig Parker; Cynthia.Rodriguez@dmh.ca.gov; Debbie Vorous; mlopes@pld-law.com
**Subject:** Follow-up on Questions Re: 1370 Program

Dear Jane,

During the March 23, 2012 follow-up conference call on inmates found mentally incompetent to stand trial under Penal Code section 1370, you asked for additional information on DMH's program for this population.  This e-mail responds to that request.

Under Penal Code section 1370, DMH is charged with restoring the patient's mental competence to stand trial.  Currently, DMH treats the 1370 patients in the Salinas Valley Psychiatric Program -- all 1370 patients are housed in Delta 5, B pod.  All of the 1370 patients are from CDCR, and the average length of stay is six months.

The 1370 program is a short-term psychiatric treatment program, which includes ICF treatment and a 1370 track that includes court preparation and competency.  Specifically, the program consists of Educational groups regarding court procedures, individuals meetings with the Interdisciplinary Treatment Team to discuss the inmate's legal situation, Recreation and Leisure groups to assist with communication and social skills, Psycho-educational groups relating to mental illness, symptom management, and medication management.

As of March 23, 2012, there were nineteen inmates waiting for 1370 competency treatment.  The inmates are predominately EOP inmates, although occasionally SVPP admits CCCMS inmates or inmates housed in the ASU. Unless an inmate has an unusual clinical need, the 1370 patients are admitted based on date of referral.

Thank you,


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Exhibit C

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA 94283-0001



June 4, 2012

Matthew A. Lopes, Jr. Esquire              via: Debbie J. Vorous, Esquire
Office of the Special Master                     Deputy Attorney General
Pannone Lopes & Devereaux LLC                    Department of Justice
317 Iron Horse Point Way, Suite 301              1300 "I" Street, Suite 125
Providence, RI  02908                            P. O. Box 944255
                                                 Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of April, 2012 data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History**.**
2. MHSDS Hiring Activity Report**.**
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:   Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
      Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Linda Holden, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert
      Raymond F. Patterson, M.D, *Coleman* Expert
      Paul Nicoll, MPA, *Coleman* Monitor
      Ted Ruggles, Ph.D., *Coleman* Expert
      Mary Perrien, Ph.D., *Coleman* Expert
      Yong Joo Erwin, LCSW, *Coleman* Expert
      Kathryn A. Burns, M.D., MPH, *Coleman* Expert
      Henry A. Dlugacz, Esq., *Coleman* Expert
      Kerry F. Walsh, Esq., *Coleman* Monitor
      Patricia Williams, Esq., *Coleman* Monitor
      Haunani Henry, *Coleman* Monitor
      J. Ronald Metz, *Coleman* Monitor
      Debbie Vorous, Esq., Office of the Attorney General
      Heather McCray Esq., Office of Legal Affairs, CDCR

Matthew A. Lopes, Jr. Esquire
Page 3


Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS

Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS

Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

# Inpatient Psychiatic Aging Report

**For the Period Of: 4/1/2012 to 4/30/2012**

*CONFIDENTIAL INFORMATION*

*MHTS Report    CDCR Mental Health Tracking System*

## CA Medical Facility - MHCB

| Name | CDCR # | Admit Date | Discharge Date | Moveout Date | Discharge Move Days | Reason For Admission | Principal Diag. | ICD Text | Total LOS Days | Total Month Days |
|------|--------|-----------|----------------|--------------|---------------------|----------------------|-----------------|----------|----------------|------------------|
| | | 2/3/2012 | 5/23/2012 | | | Gravely Disabled | 298.9 | Psychotic Disorder NOS | 88 | 30 |
| | | 3/23/2012 | 4/6/2012 | 4/12/2012 | 6 | Danger to Self | 296.90 | Mood Disorder NOS | 20 | 11 |
| | | 3/4/2012 | | | | Danger to Self | 296.89 | Bipolar II Disorder | 58 | 30 |
| | | 4/22/2012 | 5/1/2012 | 5/23/2012 | | Danger to Self | 298.9 | Psychotic Disorder NOS | 9 | 9 |
| | | 3/30/2012 | 4/16/2012 | 4/19/2012 | 3 | Danger to Self | V71.09 | No Diagnosis or Condition on Axis I or Axis II | 20 | 18 |
| | | 3/30/2012 | 4/9/2012 | 4/18/2012 | 9 | Danger to Self | 296.54 | Bipolar I Disorder, Most Recent Episode Depressed, Severe With Psychotic Features | 19 | 17 |
| | | 4/22/2012 | 5/18/2012 | 5/24/2012 | | | 295.70 | Schizoaffective Disorder | 9 | 9 |
| | | 3/26/2012 | 4/2/2012 | 4/19/2012 | 17 | | | | 24 | 18 |
| | | 4/19/2012 | 4/30/2012 | 5/9/2012 | | Suicidal Ideation | | | 12 | 12 |
| | | 4/19/2012 | 4/30/2012 | 5/4/2012 | | Danger to Self | 296.90 | Mood Disorder NOS | 12 | 12 |
| | | 4/24/2012 | 5/3/2012 | 5/14/2012 | | Danger to Self | 298.8 | Brief Psychotic Disorder | 7 | 7 |
| | | 3/25/2012 | 4/3/2012 | 4/19/2012 | 16 | Danger to Self | 296.33 | Major Depressive Disorder, Recurrent, Severe Without Psychotic Features | 25 | 18 |
| | | 3/27/2012 | 4/4/2012 | 4/6/2012 | 2 | Gravely Disabled | 311 | Depressive Disorder NOS | 10 | 5 |
| | | 1/25/2012 | 4/12/2012 | 4/16/2012 | 4 | Danger to Self | 296.53 | Bipolar I Disorder, Most Recent Episode Depressed, Severe Without Psychotic Features | 82 | 15 |
| | | 4/16/2012 | 4/29/2012 | 4/30/2012 | 1 | Danger to Self | 296.53 | Bipolar I Disorder, Most Recent Episode Depressed, Severe Without Psychotic Features | 14 | 14 |
| | | 3/16/2012 | 3/27/2012 | 4/3/2012 | 7 | Suicidal Ideation | 296.34 | Major Depressive Disorder, Recurrent, Severe With Psychotic Features | 18 | 2 |
| | | 5/6/2012 | 5/22/2011 | | | Adjustment Disorder | 296.34 | Major Depressive Disorder, Recurrent, Severe With Psychotic Features | 5 | 5 |
| | | 2/14/2012 | 4/19/2012 | 4/20/2012 | 1 | Danger to Self | 309.9 | Adjustment Disorder Unspecified | 66 | 19 |
| | | 4/8/2012 | 4/18/2012 | 5/8/2012 | | | | | 23 | 23 |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*
*SOURCE: CDCR Mental Health Tracking System (MHTS)*

# Inpatient Psychiatic Aging Report

### For the Period Of: 4/1/2012 to 4/30/2012

**CONFIDENTIAL INFORMATION**

*MHTS Report    CDCR Mental Health Tracking System*

**CA Medical Facility - MHCB**

| Name | CDCR # | Admit Date | Discharge Date | Moveout Date | Discharge Move Days | Reason For Admission | Principal Diag. | ICD Text | Total LOS Days | Total Month Days |
|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | 3/7/2012 | 3/14/2012 | 4/27/2012 | 44 | Danger to Self | 296.34 | Major Depressive Disorder, Recurrent, Severe With Psychotic Features | 51 | 26 |
| | | 3/14/2012 | 4/10/2012 | 4/24/2012 | 14 | Danger to Self | 296.40 | Bipolar I Disorder, Most Recent Episode Hypomanic or Unspecified | 41 | 23 |
| | | 4/22/2012 | 5/1/2012 | 5/16/2012 | | Danger to Self | 296.90 | Mood Disorder NOS | 9 | 9 |
| | | 4/24/2012 | 5/3/2012 | 5/14/2012 | | Suicidal Ideation | | | 7 | 7 |
| | | 3/23/2012 | 3/27/2012 | 4/5/2012 | 9 | Danger to Self | 298.9 | Psychotic Disorder NOS | 13 | 4 |
| | | 4/18/2012 | 4/24/2012 | 4/26/2012 | 2 | Suicide Watch | V71.09 | No Diagnosis or Condition on Axis I or Axis II | 8 | 8 |
| | | 3/15/2012 | 3/26/2012 | 4/25/2012 | 30 | Suicidal Ideation | 295.30 | Schizophrenia, Paranoid Type | 41 | 24 |
| | | 4/5/2012 | 4/12/2012 | 4/16/2012 | 4 | | 296.90 | Mood Disorder NOS | 11 | 11 |
| | | 4/8/2012 | 4/18/2012 | 4/25/2012 | 7 | | 298.9 | Psychotic Disorder NOS | 17 | 17 |
| | | 4/7/2012 | 4/16/2012 | 5/2/2012 | | Danger to Self | 297.1 | Delusional Disorder | 24 | 24 |
| | | 3/25/2012 | 4/3/2012 | 4/6/2012 | 3 | Suicidal Ideation | 295.30 | Schizophrenia, Paranoid Type | 12 | 5 |
| | | 3/25/2012 | | | | Danger to Self | 295.30 | Schizophrenia, Paranoid Type | 37 | 30 |
| | | 3/27/2012 | 4/5/2012 | 4/9/2012 | 4 | Danger to Self | 298.9 | Psychotic Disorder NOS | 13 | 8 |
| | | 3/6/2012 | 3/22/2012 | 4/3/2012 | 12 | Suicidal Ideation | 298.9 | Psychotic Disorder NOS | 28 | 2 |
| | | 4/6/2012 | 4/19/2012 | 5/24/2012 | | Suicidal Ideation | 298.9 | Psychotic Disorder NOS | 25 | 25 |
| | | 3/22/2012 | | | | Danger to Self | 296.20 | Major Depressive Disorder, Single Episode, Unspecified | 40 | 30 |
| | | 3/31/2012 | 4/9/2012 | 4/19/2012 | 10 | Danger to Self | 309.28 | Adjustment Disorder With Mixed Anxiety and Depressed Mood | 19 | 18 |
| | | 2/11/2012 | 2/21/2012 | 4/5/2012 | 44 | Suicidal Ideation | 296.33 | Major Depressive Disorder, Recurrent, Severe Without Psychotic Features | 54 | 4 |
| | | 2/13/2012 | | | | Suicidal Ideation | 295.70 | Schizoaffective Disorder | 78 | 30 |
| | | 4/26/2012 | 5/15/2012 | | | Gravely Disabled | | | 5 | 5 |
| | | 4/12/2012 | 4/23/2012 | 5/25/2012 | | Danger to Others | 298.9 | Psychotic Disorder NOS | 19 | 19 |
| | | 4/12/2012 | 4/26/2012 | 5/2/2012 | | Suicidal Ideation | | | 19 | 19 |
| | | 4/30/2012 | 5/3/2012 | 5/8/2012 | | Suicidal Ideation | 295.70 | Schizoaffective Disorder | 1 | 1 |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*
*SOURCE: CDCR Mental Health Tracking System (MHTS)*

# Inpatient Psychiatic Aging Report

## For the Period Of: 4/1/2012 to 4/30/2012

*CONFIDENTIAL INFORMATION*

*MHTS Report    CDCR Mental Health Tracking System*

**CA Medical Facility - MHCB**

| Name | CDCR # | Admit Date | Discharge Date | Moveout Date | Discharge Move Days | Reason For Admission | Principal Diag. | ICD Text | Total LOS Days | Total Month Days |
|------|--------|-----------|---------------|-------------|--------------------|--------------------|---------------|----------|---------------|-----------------|
| | | 3/2/2012 | | | | Gravely Disabled | 295.90 | Schizophrenia, Undifferentiated Type | 60 | 30 |
| | | 12/21/2011 | 4/24/2012 | 4/26/2012 | 2 | Bizarre Behavior | 295.90 | Schizophrenia, Undifferentiated Type | 127 | 25 |
| | | 3/30/2012 | 4/9/2012 | 4/12/2012 | 3 | | 295.10 | Schizophrenia, Disorganized Type | 13 | 11 |
| | | 4/7/2012 | | | | Danger to Self | 295.70 | Schizoaffective Disorder | 24 | 24 |
| | | 4/3/2012 | 4/19/2012 | 4/23/2012 | 4 | Suicidal Ideation | 295.70 | Schizoaffective Disorder | 20 | 20 |
| | | 4/7/2012 | 4/16/2012 | 4/24/2012 | 8 | Danger to Self | 309.4 | Adjustment Disorder With Mixed Disturbance of Emotions and Conduct | 17 | 17 |
| | | 3/15/2012 | 3/22/2012 | 4/4/2012 | 13 | Suicidal Ideation | 298.9 | Psychotic Disorder NOS | 20 | 3 |
| | | 4/12/2012 | 4/20/2012 | 4/26/2012 | 6 | Suicidal Ideation | 298.9 | Psychotic Disorder NOS | 14 | 14 |
| | | 4/5/2012 | 4/18/2012 | 5/25/2012 | | Gravely Disabled | 295.10 | Schizophrenia, Disorganized Type | 26 | 26 |
| | | 3/2/2012 | 3/8/2012 | 4/5/2012 | 28 | Suicidal Ideation | 296.34 | Major Depressive Disorder, Recurrent, Severe With Psychotic Features | 34 | 4 |
| | | 4/24/2012 | 4/24/2012 | 4/25/2012 | 1 | Gravely Disabled | 296.34 | Major Depressive Disorder, Recurrent, Severe With Psychotic Features | 1 | 1 |
| | | 3/25/2012 | 4/25/2012 | 4/26/2012 | 1 | Danger to Self | 293.83 | Mood Disorder Due to...[Indicate the General Medical Condition] | 32 | 25 |
| | | 4/27/2012 | 5/7/2012 | 5/30/2012 | | | 293.83 | Mood Disorder Due to...[Indicate the General Medical Condition] | 4 | 4 |
| | | 3/1/2012 | 4/10/2012 | 4/12/2012 | 2 | Danger to Self | 295.70 | Schizoaffective Disorder | 42 | 11 |
| | | 3/2/2012 | 4/10/2012 | 4/17/2012 | 7 | Danger to Self | 296.33 | Major Depressive Disorder, Recurrent, Severe Without Psychotic Features | 46 | 16 |
| | | 4/16/2012 | 4/26/2012 | 4/30/2012 | 4 | Suicidal Ideation | V62.4 | Acculturation Problem | 14 | 14 |
| | | 4/22/2012 | 5/1/2012 | 5/3/2012 | | Danger to Self | 298.9 | Psychotic Disorder NOS | 9 | 9 |
| | | 4/13/2012 | 4/16/2012 | 4/16/2012 | 0 | | 295.70 | Schizoaffective Disorder | 3 | 3 |
| | | 4/24/2012 | 5/9/2012 | 5/11/2012 | | Danger to Self | 296.50 | Bipolar I Disorder, Most Recent Episode Depressed, Unspecified | 7 | 7 |
| | | 1/21/2012 | 4/4/2012 | 4/5/2012 | 1 | Suicidal Ideation | 311 | Depressive Disorder NOS | 75 | 4 |
| | | 3/12/2012 | 3/28/2012 | 4/19/2012 | 22 | | | | 38 | 18 |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*
*SOURCE: CDCR Mental Health Tracking System (MHTS)*

# Inpatient Psychiatic Aging Report

### For the Period Of: 4/1/2012 to 4/30/2012

*CONFIDENTIAL INFORMATION*

*MHTS Report    CDCR Mental Health Tracking System*

**CA Medical Facility - MHCB**

| Name | CDCR # | Admit Date | Discharge Date | Moveout Date | Discharge Move Days | Reason For Admission | Principal Diag. | ICD Text | Total LOS Days | Total Month Days |
|------|--------|-----------|---------------|--------------|---------------------|---------------------|-----------------|----------|----------------|------------------|
| | | 4/20/2012 | 4/30/2012 | 5/2/2012 | | | 309.3 | Adjustment Disorder With Disturbance of Conduct | 11 | 11 |
| | | 4/27/2012 | 5/7/2012 | 5/23/2012 | | | 311 | Depressive Disorder NOS | 4 | 4 |
| | | 3/23/2012 | 4/3/2012 | 4/6/2012 | 3 | Danger to Self | 294.1 | Dementia Due to...[Indicate the General Medical Condition] | 14 | 5 |
| | | 3/16/2012 | 3/23/2012 | 4/23/2012 | 31 | Suicidal Ideation | V65.2 | Malinge | 38 | 22 |
| | | 3/15/2012 | 3/23/2012 | 4/12/2012 | 20 | Suicidal Ideation | 309.0 | Adjustment Disorder With Depressed Mood | 28 | 11 |
| | | 3/13/2012 | 3/29/2012 | 4/3/2012 | 5 | Gravely Disabled | 295.70 | Schizoaffective Disorder | 21 | 2 |
| | | 1/27/2012 | 3/28/2012 | 4/2/2012 | 5 | Suicidal Ideation | 295.70 | Schizoaffective Disorder | 66 | 1 |
| | | 4/18/2012 | 4/27/2012 | 5/25/2012 | | Gravely Disabled | 298.9 | Psychotic Disorder NOS | 13 | 13 |
| | | 3/9/2012 | 3/22/2012 | 4/20/2012 | 29 | Gravely Disabled | 296.89 | Bipolar II Disorder | 42 | 19 |
| | | 2/21/2012 | 4/4/2012 | 4/5/2012 | 1 | Danger to Self | 309.28 | Adjustment Disorder With Mixed Anxiety and Depressed Mood | 44 | 4 |
| | | 4/26/2012 | 5/2/2012 | 5/2/2012 | | Suicidal Ideation | 295.70 | Schizoaffective Disorder | 5 | 5 |
| | | 3/24/2012 | 3/27/2012 | 4/10/2012 | 14 | Gravely Disabled | 298.9 | Psychotic Disorder NOS | 17 | 9 |
| | | 4/24/2012 | 5/1/2012 | 5/3/2012 | | Suicidal Ideation | 309.81 | Posttraumatic Stress Disorder | 7 | 7 |
| | | 2/17/2012 | 2/22/2012 | 4/2/2012 | 40 | Suicidal Ideation | 296.90 | Mood Disorder NOS | 45 | 1 |
| | | 4/27/2012 | 5/9/2012 | | | Gravely Disabled | 296.90 | Mood Disorder NOS | 4 | 4 |
| | | 4/8/2012 | 4/18/2012 | 5/21/2012 | | | 295.70 | Schizoaffective Disorder | 23 | 23 |
| | | 3/13/2012 | 3/22/2012 | 4/25/2012 | 34 | Suicidal Ideation | 296.33 | Major Depressive Disorder, Recurrent, Severe Without Psychotic Features | 43 | 24 |
| | | 3/25/2012 | 4/19/2012 | 4/24/2012 | 5 | Danger to Self | 295.70 | Schizoaffective Disorder | 30 | 23 |
| | | 3/30/2012 | 4/18/2012 | 4/24/2012 | 6 | Danger to Self | 296.40 | Bipolar I Disorder, Most Recent Episode Hypomanic or Unspecified | 25 | 23 |
| | | 4/15/2012 | 4/24/2012 | 4/26/2012 | 2 | | 296.23 | Major Depressive Disorder, Single Episode, Severe Without Psychotic Features | 11 | 11 |
| | | 4/13/2012 | 4/19/2012 | 4/25/2012 | 6 | | 295.70 | Schizoaffective Disorder | 12 | 12 |
| | | 3/5/2012 | 3/14/2012 | 4/25/2012 | 42 | | 296.32 | Major Depressive Disorder, Recurrent, Moderate | 51 | 24 |
| | | 4/18/2012 | | | | | 300.01 | Panic Disorder Without Agoraphobia | 13 | 13 |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*
*SOURCE: CDCR Mental Health Tracking System (MHTS)*

# Inpatient Psychiatic Aging Report

## For the Period Of: 4/1/2012 to 4/30/2012

*CONFIDENTIAL INFORMATION*

*MHTS Report    CDCR Mental Health Tracking System*

**CA Medical Facility - MHCB**

| Name | CDCR # | Admit Date | Discharge Date | Moveout Date | Discharge Move Days | Reason For Admission | Principal Diag. | ICD Text | Total LOS Days | Total Month Days |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4/29/2012 | 5/1/2012 | 5/3/2012 | | | 295.30 | Schizophrenia, Paranoid Type | 2 | 2 |
| | | 3/26/2012 | 4/4/2012 | 4/9/2012 | 5 | Danger to Self | 298.9 | Psychotic Disorder NOS | 14 | 8 |
| | | 1/27/2012 | 3/30/2012 | 4/3/2012 | 4 | Suicidal Ideation | 296.90 | Mood Disorder NOS | 67 | 2 |
| | | 4/8/2012 | 4/17/2012 | 4/18/2012 | 1 | Suicidal Ideation | 296.90 | Mood Disorder NOS | 10 | 10 |
| | | 4/21/2012 | 4/26/2012 | 4/30/2012 | 4 | | 296.90 | Mood Disorder NOS | 9 | 9 |
| | | 2/26/2012 | 3/6/2012 | 4/7/2012 | 32 | Suicide Precaution | 296.51 | Bipolar I Disorder, Most Recent Episode Depressed, Mild | 41 | 6 |
| | | 2/27/2012 | 4/11/2012 | 4/12/2012 | 1 | Danger to Self | | | 45 | 11 |
| | | 4/8/2012 | 4/11/2012 | 4/15/2012 | 4 | | 309.28 | Adjustment Disorder With Mixed Anxiety and Depressed Mood | 7 | 7 |
| | | 4/11/2012 | 4/27/2012 | 5/3/2012 | | Danger to Others | | | 20 | 20 |
| | | 1/17/2012 | 4/5/2012 | 4/5/2012 | 0 | Gravely Disabled | | | 79 | 4 |
| | | 4/22/2012 | 4/24/2012 | 5/2/2012 | | Danger to Self | 309.4 | Adjustment Disorder With Mixed Disturbance of Emotions and Conduct | 9 | 9 |
| | | 2/29/2012 | 3/8/2012 | 4/6/2012 | 29 | Suicidal Ideation | 296.90 | Mood Disorder NOS | 37 | 5 |
| | | 3/30/2012 | 4/11/2012 | 4/13/2012 | 2 | Suicidal Ideation | 311 | Depressive Disorder NOS | 14 | 12 |
| | | 3/5/2012 | 3/29/2012 | 4/2/2012 | 4 | Danger to Self | 311 | Depressive Disorder NOS | 28 | 1 |
| | | 4/15/2012 | 4/24/2012 | 5/1/2012 | | Danger to Self | 296.52 | Bipolar I Disorder, Most Recent Episode Depressed, Moderate | 16 | 16 |
| | | 4/18/2012 | 4/26/2012 | 4/30/2012 | 4 | Decompensation | 298.9 | Psychotic Disorder NOS | 12 | 12 |
| | | 3/31/2012 | 4/16/2012 | 4/24/2012 | 8 | Suicidal Ideation | 302.85 | Gender Identity Disorder in Adolescents or Adults | 24 | 23 |
| | | 5/24/2012 | 5/25/2010 | | | Medical Necessity | 296.90 | Mood Disorder NOS | 23 | 23 |
| | | 3/30/2012 | 4/13/2012 | 4/17/2012 | 4 | Suicidal Ideation | 309.28 | Adjustment Disorder With Mixed Anxiety and Depressed Mood | 18 | 16 |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

*SOURCE: CDCR Mental Health Tracking System (MHTS)*