```
DONALD SPECTER – 083925            MICHAEL W. BIEN – 096891
STEVEN FAMA – 099641               ERNEST GALVAN – 196065
PRISON LAW OFFICE                  JANE E. KAHN – 112239
1917 Fifth Street                  LISA ELLS – 243657
Berkeley, California 94710-1916    AARON J. FISCHER – 247391
Telephone: (510) 280-2621          LAURA BOYSEN-ARAGON – 248083
                                   ROSEN, BIEN & GALVAN, LLP
                                   315 Montgomery Street, Tenth Floor
                                   San Francisco, California 94104-1823
                                   Telephone: (415) 433-6830

CLAUDIA CENTER – 158255            WARREN E. GEORGE – 053588
THE LEGAL AID SOCIETY –            BINGHAM McCUTCHEN LLP
EMPLOYMENT LAW CENTER              Three Embarcadero Center
180 Montgomery Street, Suite 600   San Francisco, California 94111-4066
San Francisco, California 94104-4244   Telephone: (415) 393-2000
Telephone: (415) 864-8848
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER ON DEFENDANTS' EX PARTE REQUEST RE: REVISED LONG-RANGE MENTAL HEALTH BED PLAN** |

On June 12, 2012, Defendants filed an ex parte request that this Court modify certain existing orders relating to their long-range mental health bed plan filed over a two-year period between 2009 and 2010. In addition, Defendants submitted data related to a revised mental health bed plan that they recently submitted for legislature review and funding.

Defendants' existing long-range mental health bed plan was based on Navigant Consulting's spring 2009 population projections to 2013. Defendants' newly revised plan uses mental health bed need projections to 2013, but updates the projected need based on McManis Consulting's spring 2012 population projections. John Misener (previously with

1  Navigant Consulting) is the lead author and forecaster for the spring 2012 population
2  projections.  Defendants request that the Court modify its January 4, 2010 order to the
3  extent that it requires Defendants to create bed capacity based on the spring 2009
4  population projections in place of an order requiring Defendants to create bed capacity
5  sufficient to meet the updated population projections.  Defendants also ask the Court to
6  modify or vacate several of its prior orders relating to bed capacity, facility use, and/or full
7  occupancy date so that they can fully implement their revised mental health bed plan.
8       On June 13, 2012, Plaintiffs filed their Opposition to Defendants' ex parte request
9  to the Court to modify or vacate several of its prior orders relating to bed capacity, facility
10 use, and/or full occupancy date to allow Defendants to fully implement their revised
11 mental health bed plan.
12      Good cause appearing,
13      IT IS HEREBY ORDERED AS FOLLOWS:
14      1.     The Court's January 4, 2010 order (Docket No. 3761) concerning population
15 projections shall be modified to allow Defendants to implement their revised mental health
16 bed plan:
17           a.     Defendants shall substitute McManis Consulting's spring 2012
18 population projections to 2013 in place of Navigant Consulting's spring 2009 population
19 projections to 2013.
20           b.     Based on concerns raised by the Special Master and Plaintiffs, the
21 Court orders Defendants to continue working with the Special Master to review and clarify
22 the use of "trued" projections in the spring 2012 projections.  The Special Master shall
23 include Plaintiffs in this process as appropriate.
24           c.     Based on concerns raised by the Special Master and Plaintiffs, the
25 Court orders Defendants to continue working with the Special Master to address the issue
26 of incorporating Defendants' use of alternative placements and Outpatient Housing Units
27 for inmates who require crisis care in future Mental Health Bed Need population
28 projections. The Special Master shall include Plaintiffs in this process as appropriate.  To

1 the extent this process identifies increased mental health crisis bed need above that
2 projected by the McManis spring 2012 projections, Defendants shall be required to ensure
3 adequate beds to meet this need. Excess capacity built into the revised bed plan can be
4 used to meet this need.

5       d.    Defendants have not adequately described in their revised mental
6 health bed plan how they will meet the projected needs of the male EOP ASU population.
7 The Court orders the parties to meet and confer within 180 days from this order about
8 Defendants' new methodology and bed plan proposals for meeting the spring 2012
9 projections for the male EOP ASU need.

10     2.    The following orders concerning construction and conversion projects in
11 Defendants' existing bed plan shall be modified to allow Defendants to implement their
12 revised mental health bed plan:

13       a.    January 4, 2010 (Docket No. 3761) order with respect to Construction
14 and Conversion Projects at Salinas Valley State Prison, California Medical Facility,
15 California State Prison, Sacramento, California Health Care Facility, Estrella, and Stark:

16         (1)    Salinas Valley State Prison - revise 27 short-term EOP-ASU
17 beds (converted to permanent in existing long-range mental health bed plan) to 19 EOP-
18 ASU beds;

19         (2)    California Medical Facility - revise the project to construct
20 treatment and office space for the existing EOP-GP and EOP-ASU populations and
21 convert existing housing for 67 EOP-GP male inmates with a project to construct treatment
22 and office space only;

23         (3)    California State Prison, Sacramento - revise the project to
24 construct treatment and office space and convert housing for 152 PSU males inmates with
25 a project to construct treatment and office space and convert housing for 128 PSU inmates;

26         (4)    Salinas Valley State Prison – revise the project to construct
27 treatment and office space for 300 EOP-GP inmates and convert existing housing for 108
28 EOP-GP male inmates with a project to construct treatment and office space only;

1               (5)     California Health Care Facility – revise the project to construct 137 MHCBs, 43 Acute beds, and 432 ICF beds with a project to construct 98 MHCBs, 82 Acute beds, and 432 ICF beds;

4               (6)     Estrella - eliminate the project to construct 150 EOP-GP beds and 40 EOP-ASU beds; and

6               (7)     Stark - eliminate the project to construct 30 MHCBs.

7       b.      September 24, 2009 (Docket No. 3686, ordered full staffing and activation by 2013); January 4, 2010 (Docket No. 3761, approved Dewitt subject to 2013 full occupancy date), and March 24, 2010 (Docket No. 3823, ordered Dewitt to be fully occupied by the end of 2013) with respect to Dewitt Nelson:

11              (1)     Revise the project full occupancy date so that Defendants are not required to fully occupy Dewitt by the end of 2013.  Instead, Defendants are to start inmate admissions in spring 2014 and to be fully occupied by May 31, 2014.  Defendants shall file an activation schedule consistent with prior orders.

15      c.      January 4, 2010 (Docket No. 3761, ordered bed plan for 70 female EOP-GP inmates) with respect to Central California Women's Facility:

17              (1)     Revise the project to construct treatment and office space and convert existing housing unit beds to 70 EOP-GP beds with a project to construct treatment and office space for the existing 54 EOP-GP beds only.

20      d.      October 18, 2007 (Docket No. 2461, approving Defendants' August 2007 supplemental bed plan that included project to convert housing to 150 EOP-GP beds and to construct treatment and office space to service 150 EOP-GP inmates); and January 4, 2010 (Docket No. 3761, approving conversion and construction project) with respect to California State Prison, Los Angeles County:

25              (1)     Revise the project to construct treatment and office space and convert housing for 150 EOP-GP inmates with a project to construct treatment and office space for 100 EOP-ASU inmates only.

28      e.      June 18, 2009 (Docket No. 6313, approving short and intermediate-

term projects) with respect to California State Prison, Los Angeles County:

        (1)    Make Defendants' short-term project to add 20 temporary EOP-ASU beds permanent;

    f.    June 21, 2010 (Docket No. 3865):

        (1)    Richard J. Donovan Correctional Facility – make Defendants' intermediate-term project to create a 150-bed Level IV Enhanced Outpatient Program-Sensitive Needs Yard program permanent.

    3.    Based on concerns raised by the Special Master and Plaintiffs concerning Defendants' revised bed plan, the Court also orders the following:

    a.    The Court DENIES Defendants' request to modify its June 28, 2007 order requiring ASH to maintain 256 beds for *Coleman* class members.

    b.    No currently operating mental health program will be decommissioned unless there is adequate alternative capacity to accommodate future need in that level of care. In addition, at least thirty days before decommissioning any operating mental health program Defendants shall notify the Special Master of their intent to decommission the program and shall provide a copy of that notice to Plaintiffs' counsel.

DATED: _____, 2012

                              Lawrence K. Karlton
                              Judge of the United States District Court