KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>    Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' JUNE 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

As reported last month, Defendants achieved the Court's upcoming June 27, 2012 prison-population benchmark more than two months early. The in-state prison population was 155% of current design bed capacity on April 25, 2012. (*See* Defendants' May 15, 2012 report, Dkt. Nos. 2436/4184.) Since then, the prison population has continued to drop. Exhibit A sets forth the current design capacity, population, and population as a percentage of design capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of June 6, 2012, 121,455 inmates were housed in the state's 33 adult institutions, which amounts to 152.5% of design bed capacity.[2] This is 22,733 fewer inmates than were housed in California's prisons as recently as October 1, 2011, when California's historic public safety realignment was implemented under Assembly Bill 109. (*See* Defendants' October 14, 2011 report, Dkt. Nos. 2407/4099-1.) Defendants are in compliance with this Court's population reduction order, and there is no need at this time to modify the order, or to undertake additional crowding-reduction measures to achieve compliance. (*See* March 15, 2012 Decl. of Ross Meier, Dkt. Nos. 2427/4165, ¶ 3.)

Dated: June 15, 2012                              HANSON BRIDGETT LLP

                                                  By: */s/ Paul B. Mello*
                                                       PAUL B. MELLO
                                                       *Attorneys for Defendants*


Dated: June 15, 2012                              KAMALA D. HARRIS
                                                  Attorney General of California

                                                  By: */s/ Patrick R. McKinney*
                                                       PATRICK R. MCKINNEY
                                                       Deputy Attorney General
                                                       *Attorneys for Defendants*

CF1997CS0003
20607039.docx

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's June 11, 2012 weekly population report, which is available on CDCR's Web site at http://www.cdcr.ca.gov/reports_research/Offender_Information_Services_Branch/Population_Reports.html.