MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK_JFM |
| Plaintiffs, | **STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2012** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

[644606-1]

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2012

1  On March 19, 1996, the district court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's orders and collecting fees.

Pursuant to these procedures, Plaintiffs sent their Quarterly Statement for the First Quarter of 2012 to Defendants via overnight Federal Express on April 23, 2012. Plaintiffs received Defendants' objections on May 24, 2012. The parties completed their meet and confer process on June 19, 2012. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the first quarter of 2012, which total $334,726.51.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $334,726.51 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 25, 2012 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: July 2, 2012

_____
William Downer
Deputy Attorney General
Attorneys for Defendants

DATED: June 22, 2012

/s/ Lisa Ells
Lisa Ells
ROSEN, BIEN & GALVAN, LLP
Attorneys for Plaintiffs

[644606-1]

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2012

1

# Exhibit A

Coleman v. Brown
Summary of Stipulated Fees and Costs
January 1, 2012 through March 31, 2012

|  | **FEES** | **COSTS** |
|---|---|---|
| Monitoring | $302,835.76 | $17,200.61 |
| Monitoring Fees on Fees | $14,287.05 | $403.09 |
| **Total:** | $317,122.81 | $17,603.70 |

**$334,726.51**

644628

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Michael W. Bien | 85.80 | 84.00 | 78.96 | $211.50 | $16,700.04 | $0.00 |
| Ernest Galvan | 43.50 | 43.50 | 40.89 | $211.50 | $8,648.24 | $0.00 |
| Jane E. Kahn | 139.40 | 137.90 | 129.63 | $211.50 | $27,415.90 | $0.00 |
| Aaron J. Fischer | 85.10 | 82.30 | 77.36 | $211.50 | $16,362.06 | $0.00 |
| Lisa Ells | 117.50 | 115.00 | 108.10 | $211.50 | $22,863.15 | $0.00 |
| Laura Boysen-Aragon | 70.20 | 69.70 | 65.52 | $211.50 | $13,857.06 | $0.00 |
| Josephine Weinberg | 140.30 | 139.80 | 131.41 | $211.50 | $27,793.64 | $0.00 |
| Marc Shinn-Krantz | 231.80 | 210.90 | 198.25 | $211.50 | $41,929.03 | $0.00 |
| Abigail Haney | 279.40 | 270.40 | 254.18 | $211.50 | $53,758.22 | $0.00 |
| Diana Ruslani | 9.40 | 9.40 | 8.84 | $211.50 | $1,868.81 | $0.00 |
| Doris Tseng | 238.50 | 226.00 | 212.44 | $211.50 | $44,931.06 | $0.00 |
| **Total** | **1440.90** | **1388.90** | **1305.57** | | **$276,127.21** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Donald Specter | 0.60 | 0.60 | 0.60 | $211.50 | $126.90 | $0.00 |
| Steve Fama | 82.20 | 82.20 | 82.20 | $211.50 | $17,385.30 | $0.00 |
| Sara Norman | 0.30 | 0.30 | 0.30 | $211.50 | $63.45 | $0.00 |
| Kelly Knapp | 0.20 | 0.20 | 0.20 | $211.50 | $42.30 | $0.00 |
| Lauren Kelleher | 11.40 | 11.40 | 11.40 | $190.00 | $2,166.00 | $0.00 |
| Rana Anabtawi | 0.30 | 0.30 | 0.30 | $211.50 | $63.45 | $0.00 |
| Madeline Bailey | 1.30 | 1.30 | 1.30 | $190.00 | $247.00 | $0.00 |
| Megan Hagler | 0.10 | 0.10 | 0.10 | $211.50 | $21.15 | $0.00 |
| Simon Woodard | 7.20 | 7.20 | 7.20 | $190.00 | $1,368.00 | $0.00 |
| Viraj Talwar | 0.90 | 0.90 | 0.90 | $190.00 | $171.00 | $0.00 |
| Vincent Quan | 3.20 | 3.20 | 3.20 | $190.00 | $608.00 | $0.00 |
| Riley Doyle Evans | 23.40 | 23.40 | 23.40 | $190.00 | $4,446.00 | $0.00 |
| **Total** | **131.10** | **131.10** | **131.10** | | **$26,708.55** | |
| | | | | | | |
| **Grand Total** | **1572.00** | **1520.00** | **1436.67** | | **$302,835.76** | |

644628

Coleman v. Brown
Stipulated Monitoring Costs 489-3
January 1, 2012 through March 31, 2012

**Rosen, Bien & Galvan**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---:|---:|---:|---:|
| Computer Legal Research | $701.15 | $701.15 | $701.15 | $0.00 |
| In-House Copying | $2,696.00 | $2,696.00 | $2,696.00 | $0.00 |
| Outside Copying | $9,368.33 | $9,368.33 | $9,368.33 | $0.00 |
| L-D Telephone | $16.50 | $16.50 | $16.50 | $0.00 |
| Postage and Delivery | $1,557.26 | $1,557.26 | $1,557.26 | $0.00 |
| Translation | $125.00 | $125.00 | $125.00 | $0.00 |
| Travel | $732.87 | $732.87 | $732.87 | $0.00 |
| **Total** | | | **$15,197.11** | |

**Prison Law Office**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---:|---:|---:|---:|
| Postage and Delivery | $258.80 | $258.80 | $258.80 | $0.00 |
| Translation | $273.96 | $273.96 | $273.96 | $0.00 |
| Travel | $1,122.14 | $1,122.14 | $1,122.14 | $0.00 |
| In-House Copying | $348.60 | $348.60 | $348.60 | $0.00 |
| **Total** | | | **$2,003.50** | |

**Grand Total**                                                                 **$17,200.61**

644628

Coleman v. Brown
Stipulated Monitoring Fees on Fees 489-5
January 1, 2012 through March 31, 2012

**Rosen, Bien & Galvan**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Ernest Galvan | 0.40 | 0.40 | 0.40 | $211.50 | $84.60 | $0.00 |
| Lisa Ells | 40.50 | 40.50 | 40.50 | $211.50 | $8,565.75 | $0.00 |
| Kevin E. Jones | 28.90 | 25.80 | 25.80 | $211.50 | $5,456.70 | $0.00 |
| **Total** | **69.80** | **66.70** | **66.70** | | **$14,107.05** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|
| Edie DeGraff | 1.00 | 1.00 | 1.00 | $180.00 | $180.00 | $0.00 |
| **Total** | **1.00** | **1.00** | **1.00** | | **$180.00** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Grand Total** | **70.80** | **67.70** | **67.70** | | **$14,287.05** | |

644628

Coleman v. Brown
Stipulated Costs on Fees 489-5
January 1, 2012 through March 31, 2012

**Rosen, Bien & Galvan**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---|---|---|---|
| Outside Copying | $316.55 | $316.55 | $316.55 | $0.00 |
| In-House Copying | $63.20 | $63.20 | $63.20 | $0.00 |
| Telephone | $2.45 | $2.45 | $2.45 | $0.00 |
| Postage and Delivery | $20.89 | $20.89 | $20.89 | $0.00 |
| **Total** | | | **$403.09** | |

**Grand Total**  $403.09

644628