1   MICHAEL W. BIEN – 096891            DONALD SPECTER – 083925
    ERNEST GALVAN – 196065             STEVEN FAMA – 099641
2   LISA ELLS – 243657                 PRISON LAW OFFICE
    ROSEN, BIEN & GALVAN, LLP          1917 Fifth Street
3   315 Montgomery Street, Tenth Floor Berkeley, California  94710-1916
    San Francisco, California  94104-1823  Telephone:   (510) 280-2621
4   Telephone:   (415) 433-6830

5   CLAUDIA CENTER – 158255            WARREN E. GEORGE – 053588
    THE LEGAL AID SOCIETY –            BINGHAM McCUTCHEN LLP
6   EMPLOYMENT LAW CENTER              Three Embarcadero Center
    600 Harrison Street, Suite 120     San Francisco, California  94111-4067
7   San Francisco, California  94107-1389  Telephone:   (415) 393-2000
    Telephone:   (415) 864-8848

8

9   Attorneys for Plaintiffs

10

11                  UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,              Case No. Civ S 90-0520 LKK_JFM

15          Plaintiffs,                 **[PROPOSED] ORDER CONFIRMING
                                        UNDISPUTED ATTORNEYS' FEES
16      v.                              AND COSTS FOR THE FIRST
                                        QUARTER OF 2012**
17  EDMUND G. BROWN, JR., et al.,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

[644604-1]

[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST
QUARTER OF 2012

1    On July 2, 2012, the parties in this case filed a stipulation confirming the results of

2  their meet and confer session concerning fees and costs for the first quarter of 2012,

3  pursuant to the March 19, 1996 periodic fees order in this case.

4    Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and

5  costs of $334,726.51, plus interest, are due and collectable forty-five days from the date of

6  entry of this Order.  Interest on this amount will run from March 25, 2012, accruing at the

7  rate provided by 28 U.S.C. § 1961.

8

9    IT IS SO ORDERED

10  DATED:  _____, 2012

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[644604-1]

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST
QUARTER OF 2011