1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE J. VOROUS, State Bar No. 166884
   WILLIAM H. DOWNER, State Bar No. 257644
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 324-5345
     Fax: (916) 324-5205
8    E-mail: Debbie.Vorous@doj.ca.gov
9  Attorneys for Defendants

10                IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14

15  **RALPH COLEMAN, et al.,**            2:90-cv-00520 LKK JFM P

16                         Plaintiffs,    **DEFENDANTS' REPORT ON ACCESS
                                          TO INPATIENT CARE AND REQUEST
17        v.                              TO MODIFY JULY 13, 2012 HEARING**

18  **EDMUND G. BROWN JR., et al.,**      Date:      July 13, 2012
                                          Time:      10:00 a.m.
19                         Defendants.    Location:  Courtroom 4
                                          Judge:     Hon. Lawrence K. Karlton
20

21                         **I.    INTRODUCTION**

22        In the two years since the Court issued its orders concerning high-custody inpatient wait

23  lists, Defendants have transformed inmates' access to inpatient mental health care, and progress

24  continues to be made.  Defendants implemented their plan to reduce or eliminate the wait lists for

25  inpatient care: wait lists for high-custody intermediate facility care at the Salinas Valley

26  Psychiatric Program and for acute care at the Vacaville Psychiatric Program are greatly reduced.

27  In addition, Defendants implemented and are updating a self-monitoring process to confirm that

28  ///

                                           1

1  class members needing inpatient care in a Department of State Hospitals' (DSH) program are

2  being timely identified, referred, and transferred.[1]

3         When the parties met and conferred with the special master on July 2, 2012, a consensus

4  was formed that Defendants' plans to address access to inpatient care substantially accomplished

5  what the Court intended and that an evidentiary hearing is unnecessary.  Defendants accordingly

6  submit the following status report, and given their compliance with the Court's orders, request

7  that the Court convert the July 13, 2012 evidentiary hearing to a status conference.[2]

8                              **II.    STATUS REPORT**

9  **A.    Intermediate and Acute Care Wait Lists Have Been Greatly Reduced.**

10        In March 2010, the wait list for high-custody inmate-patients needing intermediate care

11  treatment at the Salinas Valley Psychiatric Program totaled 542.  (Docket No. 3962–1 at 12.)

12  Today, access to care is not being delayed.  As of July 2, 2012, just 37 inmate-patients were

13  pending admission to an intermediate care facility.  All of them had been referred for that level of

14  care within the last three weeks.  In fact, all but one received their referrals within the last two

15  weeks.  All 37 were accepted by DSH within three working days of their referrals based on

16  available bed space, and are currently just waiting for their transfers to process and transportation

17  to occur.  Unlike the situation in March 2010, these 37 inmate-patients are not waiting for

18  prolonged periods for bed space to become available.  As of July 2, 2012, there was also one

19  Penal Code section 1370 inmate waiting for admission into the Salinas Valley Psychiatric

20  Program.

21        In March 2010, the acute wait list totaled 97.  (Docket No. 3962–1 at 14.)  As of July 2,

22  2012, 15 inmate-patients were pending admission to an acute program, with five inmate-patients

23  waiting longer than ten days.  These five inmate-patients will be transferred as soon as a bed

24  becomes available and is assigned to them.  The ten inmate-patients referred within the last 10

25  days are currently waiting for their transfers to process and transportation to occur.

26        [1]  Effective July 1, 2012, the Department of Mental Health became the Department of
State Hospitals.
27        [2]  Defendants conveyed the more recent developments discussed in this report to the
special master and Plaintiffs' counsel prior to filing this report.

28

**B.**   **Defendants Have Implemented Their Supplemental Wait-List Plan.**

On October 18, 2011, Defendants submitted a supplemental plan to reduce or eliminate the wait lists for intermediate and acute levels of care.  (Docket No. 4103.)  Defendants have implemented all three components of their plan.  First, Defendants have adjusted the custody criteria employed by the ICF Pilot Program to expand access to DSH programs.  (Docket No. 4172 at 4:9–12.)  Defendants then completed the second component of their plan and activated the new 64-bed unit at California Medical Facility for high-custody inmate-patients needing intermediate care.  (Docket No. 4194 at 3:21.)  Last, Defendants activated the California Medical Facility L-Wing conversion on July 2, 2012.[3]

**C.**   **Defendants Have Also Implemented and Are in the Process of Updating a Sustainable Self-Monitoring Process.**

On August 15, 2011, the Court ordered Defendants to work with the special master to "develop and fully implement an adequate referral process that will ensure that all class members in need of inpatient care are timely identified, referred, and transferred to such care." (Docket No. 4069 at 7:8–10.)  CDCR filed its plan to create a sustainable process on December 13, 2011. (Docket No. 4132 at 26–31.)  This process is designed to ensure that inmates are appropriately identified, referred, and transferred to inpatient care, and obligates Defendants to internally monitor and improve their procedures.  (*Id.*)  The treatment team initiates the referral process using the revised Interdisciplinary Treatment Team - Level of Care Decision CDCR MH 7388-B (Rev. April/12) form.  (*Id.; see also* Docket Nos. 4150 at 8:4–8, 4172 at 7:18.)  CDCR headquarters mental health staff and Regional Directors thoroughly monitor the referral process. (*Id.*)  In addition, CDCR uses available tracking systems, such as MHTS.net and SharePoint, to further review and monitor the process.  (*Id.; see also* Docket Nos. 4172 at 7:12–14, 4194 at 5:10–12.)

---

[3] Although not part of Defendants' supplemental wait list plan, Defendants also activated on July 2, 2012, the new 45-bed unit at California Institution for Women for female inmate-patients needing intermediate and acute levels of care.  An additional 432 intermediate care beds and 82 acute beds for the male population will be activated in July 2013 when the new California Health Care Facility in Stockton opens.  (Docket 4196–2 at 2–4.)

1    Since January 2012, Defendants have worked closely with the special master to complete

2    two quarterly reviews, and to monitor, validate, and improve the process. (*See* Docket Nos. 4150,

3    4172, 4179, 4194.) Specifically, CDCR modified the process to increase monitoring by CDCR

4    headquarters and the Regional Directors, and increased the number of employees who conduct

5    monitoring. Defendants' updated process takes effect the fourth quarter of 2012. Exhibit 1

6    describes the agreed-upon and updated sustainable self-monitoring process; and Exhibit 2

7    summarizes changes to the December 13, 2011 process. Defendants have regularly met with

8    Plaintiffs' counsel and the special master to report on their progress, and have filed four updated

9    status reports with the Court. (*Id.*) The third quarterly review starts July 16. (Docket No. 4194 at

10   7:17–18.)

11   In addition, during the week of June 26, 2012, the special master and his team,

12   accompanied by CDCR and DSH representatives and Plaintiffs' counsel, visited the California

13   Men's Colony and the R.J. Donovan Correctional Facility to verify that the agreed-upon process

14   is in place, operable, and sustainable.

15   The first two quarterly reviews, last week's site visits, and the updated procedures all

16   demonstrate that Defendants have met or are in the process of meeting the objectives of the

17   sustainable self-monitoring process, which are to identify, refer, and transfer inmate-patients

18   needing DSH inpatient care and to internally monitor and improve the process. Accordingly,

19   Defendants have complied with the Court's orders. The parties and the special master agree to

20   meet and confer through the remainder of 2012 on the sustainable self-monitoring process at

21   sixty-day intervals.

22

23                      **III.   ADDITIONAL ISSUES**

24   **A.   The Parties and Special Master Have Agreed Not to Pursue the Extended Enhanced
         Outpatient Program Care Plan.**

25   On August 4, 2011, Defendants reported that they intended to continue providing EECP-

26   type services to inmate-patients with chronic mental illness whose symptoms have stabilized but

27   whose level of functioning is insufficient to allow general population placement. (Docket No.

28   4053 at 3:10–16.) Defendants also reported that they intended to concentrate and expand EECP

                                                        4

1   services for Enhanced Outpatient Program inmate-patients at California Medical Facility, Mule

2   Creek State Prison, California State Prison-Corcoran, and Salinas Valley State Prison, but that

3   this expansion had been temporarily interrupted.  (*Id.* at 5:16–22.)  Upon further evaluation, the

4   parties and the special master agree that Defendants not pursue their EECP initiative.

5

6   **B.    Considering the Reduction of Beds at Atascadero State Hospital is Premature at This Time.**

7         On June 15, 2011, the Court found that Defendants' request to modify the number of

8   intermediate care facility beds at Atascadero State Hospital from 256 to 206 was premature and

9   deferred its further consideration until the July 13, 2012 hearing.  (Docket No. 4199 ¶ 3.b.)  In

10  their June 12, 2012 bed plan, Defendants stated that they will monitor demand and reduce the

11  number of beds in 2013 only if warranted.  (Docket No. 4196 at 16:23–25.)  Defendants agree

12  that reducing these beds now is premature, but Defendants continue to propose that it may be

13  reasonable in the future, if warranted, to reduce the number of beds at Atascadero.

14  / / /

15  / / /

16  / / /

17

18

19

20

21

22

23

24

25

26

27

28

5

1

## IV.   CONCLUSION

2          Defendants implemented and are updating their plan to reduce or eliminate the wait lists for

3    inpatient care, and have demonstrated to Plaintiffs and the special master that the referral process

4    is in place, operable, and sustainable.  Defendants have thus complied with this Court's orders

5    concerning high-custody inpatient wait lists.  Accordingly, an evidentiary hearing on these issues

6    is not required, and Defendants request that the presently-scheduled July 13, 2012 hearing be

7    converted to a status conference.

8

9    Dated:  July 9, 2012

10                                                          Respectfully submitted,

11                                                          KAMALA D. HARRIS
                                                            Attorney General of California
12                                                          JAY C. RUSSELL
                                                            Supervising Deputy Attorney General

13
                                                            /S/ Debbie J. Vorous
14
15                                                          DEBBIE J. VOROUS
                                                            Deputy Attorney General
16                                                          Attorneys for Defendants

17    CF1997CS0003

18

19

20

21

22

23

24

25

26

27

28

## ACRONYM LIST

| Acronym | Term |
|---------|------|
| ASU | Administrative Segregation Unit |
| CDCR | California Department of Corrections and Rehabilitation |
| DMH | Department of Mental Health |
| DSH | Department of State Hospitals |
| EECP | Extended Enhanced Outpatient Program Care Plan |
| EOP | Enhanced Outpatient Program |
| eUHR | Electronic Unit Health Record |
| HC-POP | Health Care Placement Oversight Program |
| ICF | Intermediate Care Facility |
| IDTT | Interdisciplinary Treatment Team |
| MH | Mental Health |
| MHCB | Mental Health Crisis Bed |
| MHQMC | Mental Health Quality Management Committee |
| MHTS.net | Mental Health Tracking System |
| OHU | Outpatient Housing Unit |
| RC-EOP | Reception Center Enhanced Outpatient Program |
| SVPP | Salinas Valley Psychiatric Program |
| VPP | Vacaville Psychiatric Program |

**EXHIBIT 1**

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

## Updated Sustainable Self Monitoring Re: California Department of Mental Health Referral Processes for Enhanced Outpatient Program and Mental Health Crisis Bed Populations
### (July 6, 2012)[1]

**1.     Objectives.**

The California Department of Corrections and Rehabilitation (CDCR) has two primary objectives in developing and implementing sustainable self monitoring of the California Department of Mental health (DMH) referral process for the Enhanced Outpatient Program (EOP) and Mental Health Crisis Bed (MHCB) populations. The first objective is to ensure that inmate-patients are treated at the appropriate level of care or, if deemed clinically necessary, referred and transferred to DMH in a timely manner. The second objective is to develop a sustainable, internally monitored, quality improvement process designed to meet the first objective while simultaneously providing feedback to refine existing policies and procedures, improve data management systems, enhance ongoing training of institutional staff, and take appropriate corrective action when warranted.

**2.     Summary.**

CDCR will use multiple procedures to ensure the objectives are met, along with implementing several quality improvement measures. The multiple procedures, which consist of three broad categories of review—monthly procedures, quarterly procedures and semi-annual procedures—are based on the current monthly procedures (supplemented) and the processes used during the winter and spring 2012 7388-B referral review process for DMH inpatient care. As such, the procedures will involve both headquarters and institutions' clinical staff on an ongoing basis. The quality improvement measures are based on the ongoing commitment to refine existing policies and procedures, improve data management, and enhance ongoing training.

---

[1] On December 13, 2011, Defendants filed their report on the results of the assessment process, referrals, and transfers. Defendants, in the spirit of full disclosure, attached as Exhibit 1 to their report CDCR's sustainable self-monitoring process for ensuring that inmate-patients in need of inpatient mental health care are timely identified, referred, and transferred to such care. Since then, CDCR has met with the Special Master and his team and updated the sustainable self-monitoring process. This updated process, which takes effect the fourth quarter of 2012, reflects those changes. In addition, the changes are dependent upon available resources.

3.      **Procedures.**

   a.      **Monthly Procedure.**

On a monthly basis, institutions' clinical staff and headquarters' staff (including the Utilization Management Unit) will both be involved in the review of considerations for higher levels of care. CDCR will use four tools to monitor referrals and non-referrals on a monthly basis. First, CDCR will continue to use available tracking systems to record and monitor DMH referrals, such as each institution's referral rate, waitlist data, the average length of time on the DMH waitlist, DMH rejections, and DMH length of stay.

Second, institutions will continue to create non-referral logs and forward those to headquarters for review. CDCR created a MHTS.net database that will replace the current referral and non referral logs as soon as CDCR validates the accuracy of the MHTS.net database. Consistent with current expected practice, the program senior psychologist will ensure that the 7388-Bs reflect the base data from the MHTS.net indicator reports.

Third, institutions will continue to complete monthly audits, using the 7388-B audit tool (April 2012). The institutions will use the Acute and Intermediate Referral Timelines Monitoring Results and 7388-B Documentation Review Results for MHQMC Reporting. Institutions copy and paste Part V of the audit tool into the monthly MHQMC meeting minutes. The local Chief of Mental Health will also review the minutes to resolve any issues. Quality Improvement Teams will be chartered as necessary to remediate identified issues. Additionally, during the semi-annual review process (discussed below), a headquarters' clinician, such as a Senior Psychologist Specialist, will review the institutions' three prior months MHQMC meeting minutes in conjunction with each institution's annual review. This review will focus on DMH referrals specifically.

Headquarters provides information to the Regional Directors regarding the number of referrals for intermediate and acute levels of care, rejections, and subcommittee audit data. The Regional Directors will continue to review this information so that trends and patterns can be identified, monitored, and addressed.

Last, the institutions will continue to perform monthly agreement audits. These audits match MHTS.net with the documentation contacts (completed appointments) in the Unit Health Record (eUHR) and the eUHR with MHTS.net. Clinicians at headquarters review the audits and follow up with the institutions, as necessary. MHTS.net is currently the main database to assess and track mental health services provided statewide. Both headquarters and the institutions use this database. It is also a data source for the semi-annual procedure discussed below.

   b.      **Quarterly Procedure (Regional Directors Site Visits).**

There are four Regional Directors of Mental Health—one Northern, two Central, and one Southern—whose job descriptions contain specific duties related to the CDCR institutions within their regions. CDCR's updated quarterly procedure requires amending the duty statement for the

3

Regional Directors to require that they conduct quarterly one to three day on-site visits of the EOP programs at institutions within their regions. The new duty statements will be effective in the fourth quarter of 2012.

The Regional Directors will visit the EOP programs at institutions in their region at least once every quarter.[2] Two of the on-site visits will occur every six months (or every other quarter). These visits are referred to as "major visits." Each of the two other on-site visits will occur in the quarter following a major visit. These visits are referred to as "minor visits."[3]

The major visits to the EOP programs will occur in the same quarter that headquarters reviews the institution as described below (semi-annual procedure). During these visits, the Regional Directors will attend EOP and Administrative Segregation Unit (ASU) Interdisciplinary Treatment Team (IDTT) appointments, and walk the mental health tiers (MHCB, ASU, Psychiatric Services Unit, EOP) to talk with correctional officers and nursing staff to identify any inmate-patients potentially functioning sub-optimally, e.g., poor hygiene, lack of programming, etc. The Regional Directors will walk the tiers during the daily psychiatric technician rounds as the psychiatric technician schedules permit. For any inmate-patient identified in this process, the Regional Directors will meet with the inmate-patient and/or program senior psychologists to review the level of care decision and will review the identified inmate-patient's eUHR, as necessary. Additionally, to ensure that the 7388-Bs are reflective of information in the eUHR, the Regional Directors will review the progress notes for the preceding month (in eUHR) and compare the content for consistency with the current 7388-B. The sample size for this review will be eight cases from the last month's audit form or, if fewer than eight, then all cases. Last, the Regional Directors will review the inmate-patients not referred during the Hybrid Review conducted in November 2011; these cases will be reviewed for status and closure of continuing follow-up as appropriate.

During the minor visits, the Regional Directors will follow-up on issues and inmate-patients identified in the prior quarter's major review. In addition, the Regional Directors will attend IDTTs and review the corresponding 7388-Bs, walk the tiers and talk with clinical and custody staff, and review or conduct training as needed. The minor review may occur as a separate visit by the Regional Directors or in conjunction with another planned site visit to the institution, depending on their schedules.

---

[2] The EOP programs are located at fourteen institutions: California State Prison, Sacramento; Richard J. Donovan Correctional Facility; California Men's Colony; California State Prison, Los Angeles County; Salinas Valley State Prison; California Medical Facility; Pelican Bay State Prison; California State Prison, Corcoran; Mule Creek State Prison; San Quentin State Prison; Kern Valley State Prison; California Substance Abuse Treatment Facility; Central California Women's Facility; California Institution for Women.

[3] Even though the quarterly procedure includes only EOP institutions, the Regional Directors will, during their visits to non-EOP institutions, address issues, trends, and or patterns that are identified through their review of data provided as part of the monthly procedure.

4

The Regional Directors will use standardized data collection and reporting formats to document the results of their quarterly activities. The Regional Directors will also ensure that timely corrective action is implemented for any issue identified.

c.      Semi-Annual Procedure (Headquarters/Institutions).

This semi-annual review, which CDCR headquarters will start implementing in the fourth quarter of 2012, consists of three steps, as follows:

i.      Headquarters' Procedure and Sampling Methodology.

CDCR headquarters will use the same procedure and sampling method that CDCR and the Special Master team used in the winter and spring 2012 7388-B referral review process for DMH inpatient care. The sustainable process will be conducted every six months for all EOP programs. The Regional Directors' "major reviews" will follow the same schedule as Headquarters' semi-annual procedure. Specifically, headquarters will take the following steps. First, it will generate lists using data in MHTS.net and include the names of all EOP inmate-patients that were positive for the objective indicators 5, 6, and 7 on CDCR form 7388-B (Rev. April/12). These three objective indicators are:  1) three or more MHCB placement requests initiated during the last six months (includes all MHCB placement requests regardless of where the inmate-patient was housed when the request was initiated, e.g., OHU, alternative housing or overflow beds); 2) three or more CDCR 115-MH evaluations completed during the last three months; or 3) on average and in the last three months, the inmate-patient participated in less than the minimum number of structured treatment hours per week (minimum per week are 5 hours for EOP inmate-patients, 2.5 hours for RC-EOP inmate-patients, and 50% of scheduled hours for inmate-patients on modified treatment plans).

From this list, CDCR headquarters will select a statistically significant random sample of inmate-patients for inclusion in each institution's review. The selection criteria used by headquarters to generate the sample will be sufficient to allow appropriate generalization.[4] The sample size that headquarters will use for each institution will be determined based on the number of inmate-patient names that resulted from the MHTS.net query for each institution. Headquarters will use a random number generator to determine which inmate-patient cases are selected from the MHTS.net list.

CDCR headquarters will append the list with the names of all inmate-patients that meet more than one objective indicator, all inmate-patients on the last three months of each institution's non-referral reports in MHTS.net that meet a subjective indicator and are not already on the list,

---

[4] CDCR headquarters will use a 95 percent confidence level and a margin of error of 10 to determine the sample size for each institution. The confidence level is the likelihood that the true population parameter lies within the range specified by the confidence interval. The margin of error is the amount of uncertainty associated with a sample estimate of a population parameter.

and all inmate-patients on the current HC-POP Length of Stay report who have been in a MHCB for more than 10 days as of the current cutoff date.

### ii.     Institutions' Reviews of Lists.

CDCR headquarters will continue to use the same review procedure CDCR and the Special Master team used in the winter and spring 7388-B referral review process for DMH inpatient care. Headquarters will generate a spreadsheet containing the inmate-patient names and CDCR numbers for each institution included in the semi-annual review. The spreadsheet indicates which 7388-B indicator was positive for each inmate-patient. Headquarters will then provide the spreadsheet to the institution for its review. The institution will review the spreadsheet and address whether 1) each inmate-patient's 7388-B form is in agreement with MHTS.net; 2) the 7388-B documentation adequately supports the non-referral decision when an indicator is positive; 3) enhanced treatment is documented for non-referrals when an indicator is positive; and 4) appropriate treatment is documented for inmate-patients who are on the waitlist.[5]

### iii.     Headquarters' Review of Institutional Data.

Once the institution completes its review and notes the results on the spreadsheet, the spreadsheet will be returned to headquarters for review by a senior psychologist. The headquarters clinician will review the institution's responses and 7388-Bs using e-UHR or, if necessary, scanned 7388-B forms. The headquarters' review, the outcome of which will be documented on the same spreadsheet, will be based on the aforementioned operational definitions of "good" and "unacceptable" documentation. The results of the headquarters' review will be returned to the institution who will in turn report back to headquarters any 1) new IDTTs held; 2) changes to clinical outcomes; and 3) changes to documentation made as a result of this process.

The management of the institution will follow up on documentation and clinical care. The Regional Director's Major Site Visits will coincide with the completion of the headquarters semi-annual review process for that institution. During that visit, any problematic cases identified will be discussed with appropriate staff and, if necessary, the inmate-patient will be seen by the Regional Director and/or a headquarters' clinician, who will participate in on-site reviews as necessary.

## 4.     Quality Improvement Measures

CDCR headquarters intends to implement several additional quality improvement measures specific to the sustainable process, as follows:

---

[5] Headquarters has previously provided the operational definitions of "good" and "unacceptable" documentation to the institutions. Examples of appropriate treatment include increased frequency of monitoring personal and cell hygiene or tracking of effective changes after a medication change.

a.      Cases that are identified through the monthly, quarterly, or semi-annual procedures by local, regional, or headquarters' clinical staff as potentially not placed at the appropriate level of care will be referred back to their IDTT for reconsideration. The IDTT shall expedite an IDTT meeting for review of those inmate-patients and will document their decision regarding referral or non-referral. The DMH Coordinators keep a list of cases referred back to IDTTs and the outcomes. The Regional Directors will monitor the inmate-patients on that list.

b.      If more than 15% of the documentation at an institution is considered unacceptable, headquarters will determine whether the nature of the problem is systemic, documentation, or supervisory. If appropriate, headquarters and local management will work together to develop a remedial plan and headquarters will provide additional training. Additionally, headquarters will review that institution again in the next semi-annual review process.

c.      If an institution does not meet the prescribed timelines, as tracked and reported in the ICF Referral database, for submitting DMH referral packets to headquarters when an inmate-patient has been determined to need DMH level of care, headquarters will determine the nature of problem (priority, medical clearance, workload, etc.); headquarters and local management will develop a remedial plan and headquarters will then provide additional training as necessary specific to the identified problem.

## 5.      Staffing

CDCR headquarters has assigned one full-time headquarters Nurse Consultant Program Review, one Health Program Specialist I, and a Senior Psychologist Specialist (part-time), to all duties related to the sustainable self-monitoring process and quality improvement. Headquarters will review the workload to determine staffing needs and will cross-train staff to ensure that coverage is not limited to any single individual for any aspect of the sustainable self-monitoring process.

Additionally, headquarters will continue to work with institutions that presently have part-time DMH Coordinators to adjust workload such that they can be fully dedicated to the DMH process, if necessary.

## 6.      Training

On an ongoing basis, CDCR headquarters will catalog issues identified throughout the monthly, quarterly, and semi-annual procedures. Identified issues will be used to determine the content of future training needs. There will also be an emphasis on MHTS.net data entry and clinical documentation training and tactical training based on findings from the regular processes. There will also be training for the DMH Coordinators and the Regional Directors on the monthly and quarterly procedures, as well as new DMH Coordinator training, conducted as necessary. Existing training modalities, such as monthly conference calls with DMH Coordinators, will also be employed.

**EXHIBIT 2**

DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Changes to Sustainable Self Monitoring Re: California Department of Mental
Health Referral Processes for Enhanced Outpatient Program and Mental Health
Crisis Bed Populations
(July 6, 2012)

On December 13, 2011, Defendants reported to the Court on the results of the ninety-day
assessment process, including referrals and transfers.  Defendants attached as Exhibit 1 to the
report, California Department of Corrections and Rehabilitation's sustainable self-monitoring
process for ensuring that inmate-patients in need of inpatient mental health care are timely
identified, referred, and transferred to such care.   CDCR's sustainable process uses multiple
procedures, which consists of three broad categories of review—monthly procedures, quarterly
procedures, and annual procedures—along with several quality improvement measures, to ensure
that its objectives are met.  After implementing all three procedures commencing the first quarter
of 2012, CDCR met with the Special Master and his team and updated the sustainable self-
monitoring process.  The updates are highlighted below.

1.      Procedures.

     a.      Monthly Procedure.

CDCR's December 13, 2011 process states that it will use four tools to monitor referrals and
non-referrals on a monthly basis.  The first process—that CDCR will use the available tracking
systems to record and monitor DMH referrals—is not changed.  CDCR is changing the second
process, which requires that institutions continue to create non-referral logs and forward those to
headquarters for review to reflect that institutions will now upload this information to MHTS.net
for headquarters' review.   The third and fourth processes requiring that institutions complete
monthly 7388-B audits and monthly agreement audits, respectively, are not being changed.

CDCR is adding to the monthly procedure the following:  "Headquarters provides information to
the Regional Directors regarding the number of referrals for intermediate and acute levels of
care, rejections, and subcommittee audit data.  The Regional Directors will continue to review
this information so that trends and patterns can be identified, monitored, and addressed."

     b.      Quarterly Procedure (Regional Directors Site Visits).

CDCR's December 13, 2011 sustainable process describes the Regional Directors' site visits to
the EOP institutions under the quarterly procedure heading.   This process involved the three
Regional Directors conducting one to two-day on-site visits of the EOP programs at one-fourth
of the institutions within their regions in the first quarter of 2012 and another one-fourth of the
institutions in the second quarter of 2012.  CDCR is changing this section as follows.

2

1.      There are now four Regional Directors of Mental Health: one Northern, two Central, and one Southern, rather than the three previous Regional Directors.

2.      The Regional Directors' site visits will be one to three day on-site visits of the EOP programs at institutions in their regions, rather than one to two day on-site visits.

3.      The Regional Directors will visit the EOP programs at institutions in their region at least once every quarter.  Two of the on-site visits will occur every six months (or every other quarter).  These visits are referred to as "major visits."  Each of the two other on-site visits will occur in the quarter following a major visit.  These visits are referred to as "minor visits."

4.      The major visits to the EOP programs will occur in the same quarter that headquarters reviews the institution as described below (also being changed to every six months).

5.      The major visits will be the same as the visits described in the December 13, 2011 sustainable process, with the following changes:

        a.      The Regional Directors will no longer review the non-referral logs for the preceding three months for trends or patterns as a required element in their site visits but will review the logs as part of the monthly procedure;

        b       The Regional Directors will no longer review the last three months of Mental Health Subcommittee minutes as a required element in their site visits but will review the minutes as part of the monthly procedure; and

        c.      The Regional Directors will review the inmate-patients not referred during the Hybrid Review conducted in November 2011; these cases will be reviewed for status and closure of continuing follow-up as appropriate.

6.      The minor reviews may occur as a separate visit by the Regional Directors or in conjunction with another planned site visit to the institution, depending on the Regional Directors' schedules.

7.      The minor reviews will include:

        a.      Regional Directors follow-up on issues and patients identified in the prior quarter's major review;
        b.      Attending IDTTs and reviewing the corresponding 7388-Bs;
        c.      Walking the tiers and talking with clinical and custody staff; and,
        d.      Reviewing or conducting training as needed.

3

c.   **Annual Procedure (Now Semi-Annual Procedure) -
(Headquarters/Institutions).**

CDCR's December 13, 2011 sustainable process describes the Headquarters and Institutions' reviews occurring as follows: "[t]he sustainable process . . . . will be that for each calendar quarter, one fourth of the institutions with EOP programs will participate in this process" and that "[n]on-EOP institutions with an EOP population will be included in the annual procedure, less the regional site visits." CDCR is changing the timing of this review so that the sustainable process will be conducted every six months for all EOP programs. The Regional Directors' "major reviews" will follow the same schedule as Headquarters' review process. This new schedule will be effective the fourth quarter of 2012.

In addition, because the reviews of institutions without EOP programs in the first quarter yielded only 20 case reviews and the second quarter yielded only 14 inmate-patient records, CDCR is changing this review process to include only institutions with EOP programs. However, the Regional Directors will, during their visits to non-EOP institutions, address issues, trends, and or patterns that are identified through their review of data provided as part of the monthly procedure.

CDCR's December 13, 2011 sustainable process defines the annual procedure as consisting of three steps: (1) Headquarters' Procedure and Sampling Methodology; (2) Institutions' Review of Lists; and (3) Headquarters' Review of Institutional Data.

i.   **Headquarters' Procedure and Sampling Methodology.**

CDCR is not changing this procedure and sampling methodology. The updated sustainable process will, however, change the process to include the most recent 7388-B (Rev. April/12) objective indicators 5, 6, and 7.

ii.   **Institutions' Reviews of Lists.**

CDCR is not changing this process.

iii.   **Headquarters' Review of Institutional Data.**

CDCR is not changing this process.

2.   **Quality Improvement Measures.**

CDCR is not changing the quality improvement measures. The updated sustainable process will, however, change the process to reflect that CDCR will review institutions semi-annually.