IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                    No. 2:90-cv-0520 LKK JFM P

   vs.

EDMUND G. BROWN, JR., et al.,

      Defendants.              <u>ORDER</u>

                            /

        Defendants have filed a request to modify the evidentiary hearing set for July 13, 2012 to a status conference. Good cause appearing, IT IS HEREBY ORDERED that defendants' request is granted. The hearing set for July 13, 2012 at 10:00 a.m. is converted to a status conference.

DATED: July 10, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1