KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                       Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                       Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                       Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                       Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' JULY 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

1  I, ROSS MEIER, declare as follows:

2  1. I am the Chief of the Population Management Unit of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR). I have been employed in this position since March 2010 and have been with the Population Management Unit since 2003. I have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' July 2012 Status Report in Response to the Court's June 30, 2011 Order.

3  2. As part of my duties, I manage the day-to-day intake of offenders from county jails, and the movement and housing of inmates throughout the state prison system. Attached as Exhibit A is a spreadsheet that sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit A includes population data through the June 27, 2012 target, and shows that as of that date, the population in the State's 33 adult institutions was 120,946 inmates, which amounts to 151.6% of design bed capacity. This is 23,242 fewer inmates than were housed in California's prisons as recently as October 1, 2011, when California's historic public safety realignment was implemented under Assembly Bill 109, and 30,090 fewer inmates than when the Court issued its January 12, 2010 prisoner reduction order.

4  3. Defendants have built or are building new health care facilities that will increase design capacity. Defendants constructed a 64-bed Intermediate Care Facility (ICF) at the Correctional Medical Facility (CMF), which is operated by the Department of State Hospitals, began admitting patients in February 2012, and is currently occupied. Defendants recently completed construction at the 45-bed acute/ICF facility at the California Institution for Women (CIW), which is operated by CDCR and began admitting patients on July 3, 2012. Defendants have activated 24 beds of the 45 total new design capacity at CIW to meet the current need. In Stockton, Defendants are constructing the California Health Care Facility, which will provide 1,722 beds specially designed to house inmates requiring long-term medical care and intensive

1

1  mental health care.  Its annex, the soon-to-be renovated DeWitt Correctional Facility, will add
2  1,133 beds and create a unified Stockton complex.
3      4.    As reflected on Exhibit A, the design capacity of the State's 33 institutions has
4  increased from 79,650 to 79,756 to reflect the completion of construction at CMF and CIW.  This
5  construction added 109 beds to serve the needs of mental health inmate-patients, and resulted in a
6  net design capacity increase of 106 beds because Defendants repurposed 23 female cells to 20
7  Psychiatric Services Unit cells at CIW reducing the design capacity at CIW by 3 beds.
8      5.    Based on the current population density of 151.6%, CDCR continues to project
9  that Defendants will reach 147% of design capacity before December 27, 2012.  Because
10 Defendants' best projections show that they will be at or near 147% of design bed capacity at the
11 time of the December 2012 benchmark, there appears to be no need to implement additional
12 measures or ask the Court to extend the benchmark dates at this time.
13     I declare under the penalty of perjury under the laws of the State of California and the
14 United States of America that the foregoing is true and correct.  Executed in Sacramento,
15 California on July 11, 2012.

                                                                                       /s/
                                                                             Ross Meier
                          (approval to file electronically obtained by counsel for Defendants)

CF1997CS0003
20619026.docx