KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S TWENTY-FOURTH ROUND MONITORING REPORT ON DEFENDANTS' COMPLIANCE WITH PROVISIONALLY APPROVED PLANS, POLICIES, AND PROTOCOLS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

Defendants object to the Special Master's recommendation that the court issue an order directing Defendants to review and assess their existing quality assurance process, and develop an "improved quality improvement process" under the Special Master's supervision and with Plaintiff's input and participation for three reasons. (Special Master's Twenty-fourth Round Monitoring Report [Report] Dkt. 4205 pp. 75-76.) First, Defendants' current quality assurance process is constitutionally adequate, and an order directing Defendants to revise a presumptively constitutional process is not needed.

1

1 	Second, the requested order is unnecessary and could be counterproductive because the Receiver in *Plata v. Brown* is implementing a comprehensive remodeling and revision of CDCR's health care quality assurance process, of which mental health's quality assurance process is a subset.  These revisions reflect the Receiver's and the State's goal of integrating all three health care disciplines—medical, mental health, and dental—under one administrative system.  In his Nineteenth Tri-Annual Report, the Receiver states that his process is in the "final" stage of development. (Nineteenth Triannual Report, Dkt. 4145-1 p.16.)  Given the Receiver's ongoing reforms, Defendants have invited the Special Master to review and revise the quality assurance in coordination with Defendants and the Receiver to allow him to evaluate Defendants' processes without duplicating the Receiver's planned revisions or creating conflicting quality assurance systems.

	Third, Defendants are willing to work with the Special Master to improve the quality assurance process without a court order.  (See Dkt. 4205 p. 76 n.10 [acknowledging Defendants' invitation to coordinate with the *Plata* Receiver to evaluate their quality assurance process].)  Defendants have previously agreed to continue working with the Special Master to address access to inpatient care without a formal order to do so.  Defendants can and will engage in the same process with the Special Master regarding their quality assurance system.

/ / /
/ / /
/ / /

**CONCLUSION**

A court-ordered revision of Defendants' quality assurance process is not needed, particularly given the *Plata* Receiver's ongoing efforts to improve CDCR's health care quality assurance system, and Defendants' expressed willingness to collaborate with the Special Master in this area. For these reasons, the Court should refrain from issuing a further order.

Dated: July 12, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/S/ DEBBIE J. VOROUS*

DEBBIE J. VOROUS
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003

3

Defs.' Objs. to the Twenty-fourth Round Monitoring Rep.  (2:90-cv-00520 LKK JFM P)