IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

     Plaintiffs,          No. 2:90-cv-0520 LKK JFM P

   vs.

EDMUND G. BROWN, JR., et al.,

     Defendants.        <u>ORDER</u>

_____/

       Pursuant to court order, on July 13, 2012, this matter came on for status conference in place of an evidentiary hearing set for the same date. Michael Bien, Esq., appeared as counsel for plaintiffs. Debbie J. Vorous, Deputy Attorney General, appeared as counsel for defendants.

       The court commends the parties and the Special Master for the remarkable accomplishments to date in addressing the problems in access to inpatient mental health care. In their status report, defendants represent that the parties and the special master have agreed to continue to meet and confer at sixty day intervals for the remainder of this year on issues related to defendants' sustainable process for identifying, referring and transferring inmates to inpatient care. That will be the order of the court.

/////

1

IT IS SO ORDERED.

DATED: July 13, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2