MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK_JFM <br><br> **ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2012** |

[644604-1]

1    On July 2, 2012, the parties in this case filed a stipulation confirming the results of
2 their meet and confer session concerning fees and costs for the first quarter of 2012,
3 pursuant to the March 19, 1996 periodic fees order in this case.
4    Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and
5 costs of $334,726.51, plus interest, are due and collectable forty-five days from the date of
6 entry of this Order.  Interest on this amount will run from March 25, 2012, accruing at the
7 rate provided by 28 U.S.C. § 1961.

9    IT IS SO ORDERED
**Date: 7/12/2012**

_____
UNITED STATES MAGISTRATE JUDGE

[644604-1]

1
ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2012