KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-2445
  Fax: (916) 324-5205
  E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF DR. TIM BELAVICH** |
| v. | |
| EDMUND G. BROWN JR., et al., | |
| Defendants. | |

I, Tim Belavich, declare:

1. I am the Acting Statewide Mental Health Deputy Director for California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Reply to Plaintiffs' Response to Defendants' Objections to the Special Master's Twenty-fourth Monitoring Round Report and Recommendation.

/ / /

/ / /

1

Decl. of Dr. Tim Belavich.   (2:90-cv-00520 LKK JFM P)

2. I am familiar with the *Coleman* Special Master's recommendation that the Court order Defendants to review and assess their existing quality assurance process, and develop an improved quality improvement process under the special master's supervision and with Plaintiffs' input and participation.

3. CDCR Statewide Mental Health has been collaborating with the health care Receiver in *Plata v. Brown* to revise the quality assurance process at the statewide and institutional levels in a manner consistent with the advanced primary care model.

4. In response to the Special Master's recommendation, CDCR Mental Health has invited the Special Master to participate in the Receiver's and CDCR Mental Health's ongoing revisions and improvements to its quality assurance process. That invitation remains open.

I declare that the foregoing is true and correct. Executed this 3rd day of August, 2012, at Sacramento, California.

/s/ Tim Belavich
DR. TIM BELAVICH

CF1997CS0003

2

Decl. of Dr. Tim Belavich.   (2:90-cv-00520 LKK JFM P)