KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF DR. AMY EARGLE** |

I, Amy Eargle, declare:

1. I am the Chief of the Psychology Support Unit for the Mental Health Program, Division of Correctional Health Care Services for California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Reply to Plaintiffs' Response to Defendants' Objections to the Special Master's Twenty-fourth Monitoring Round Report and Recommendation.

///

1

Decl. of Dr. Amy Eargle. (2:90-cv-00520 LKK JFM P)

2. As Chief of the Psychology Support Unit I am familiar with the quality management structure and processes for CDCR's Statewide Mental Health Program at the headquarters, regional, and institutional levels.

3. As provided in the 2009 Mental Health Services Delivery System Program Guide, CDCR Mental Health generally structures its quality management system according to the quality assurance framework and procedures outlined in Volume 3 of Inmate Medical Services Policies and Procedures.

4. The Mental Health Quality Management Subcommittee governs CDCR's quality management system at the statewide level. The Subcommittee meets monthly and includes the following participants: Statewide Mental Health Program Deputy Director; Mental Health Quality Management Coordinator; Statewide Mental Health Program Associate Director; Chief of Coleman Compliance; Chief Psychiatrist; Regional Mental Health Administrators; and the Chief of Psychology Support Unit.

5. The Mental Health Quality Management Subcommittee monitors institutional reporting on mental health programs and identifies problematic areas that may need to be addressed with the institutions directly or through the regional structure. The Subcommittee also assists Mental Health's Regional Administrators in monitoring the quality of data transmitted from the field.

6. In addition, CDCR institutions are divided into three regions, North, Central, and South. Each region is overseen by one or more Regional Mental Health Administrators. Specifically, the Regional Adminstrators oversee and monitor day-to-day operations of institutions located within their respective regions and review program data produced and maintained by the institutions. The Administrators identify and address data or program problems within their constituent institutions, serve as a liaison between the institutions and the Mental Health Quality Management Subcommittee, and work directly with their constituent institutions to assess the performance and progress of their mental health programs.

///
///

2

Decl. of Dr. Amy Eargle.  (2:90-cv-00520 LKK JFM P)

7. The Receiver in *Plata v. Brown* and CDCR are working together to align, refine, and improve the overall quality improvement process for both medical and mental health care services. The revised quality management system will retain the quality management structure of headquarters and institutional Quality Management Committees and Subcommittees but will place an increased focus on fostering collaboration and coordination of care between disciplines to enhance overall quality of care.

8. The Receiver and CDCR also have begun revising the Inmate Medical Services Policies and Procedures that form the framework of CDCR's statewide mental health quality management program. The draft revised policies and procedures provide a more detailed framework for a quality management system than the preceding policies and procedures. Some components of these policies and procedures are already being implemented at headquarters and in the institutions.

I declare that the foregoing is true and correct. Executed this 3rd day of August, 2012, at Sacramento, California.

_____
DR. AMY EARGLE

CF1997CS0003

3

Decl. of Dr. Amy Eargle.   (2:90-cv-00520 LKK JFM P)