KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' RESPONSE TO AUGUST 3, 2012 ORDER REQUIRING FURTHER BRIEFING** |

I, ROSS MEIER, declare as follows:

1. I am the Chief of the Population Management Unit of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR), and am currently assigned to California State Prison, Sacramento County, effective August 6, 2012. I have been employed in this position since March 2010 and have been with the Population Management Unit since 2003. I have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Response to the Court's August 3, 2012 Order Requiring Further Briefing.

2. As part of my duties, I manage the day-to-day intake of offenders from county jails, and the movement and housing of inmates throughout the state prison system. As reported to the Court on August 15, 2012, the population in the State's 33 adult institutions as of August 8, 2012 was 120,139 inmates, which amounts to 150.6% of design bed capacity. This is 24,049 fewer inmates than were housed in California's prisons as recently as October 1, 2011, when California's historic public safety realignment was implemented under Assembly Bill 109, 30,897 fewer inmates than when the Court issued its January 12, 2010 population reduction order, and 41,922 fewer inmates than when Plaintiffs' counsel moved to convene the three-judge court in 2006. As crowding has declined, violent in-prison incidents have decreased. The number of large-scale disturbances, which disturb orderly prison operations and inmate care, is also declining.

3. As discussed in the declaration submitted by Jay Atkinson, CDCR is currently preparing its fall 2012 population. Based on the population density of 150.6% and current estimates, CDCR continues to project that Defendants will reach 147% of design capacity before December 27, 2012. CDCR currently estimates that the population will be reduced to 145% of design bed capacity between February and the end of March 2013.

4. CDCR does not include in its calculation of "design capacity" many medical and mental health inpatient beds located within Correctional Treatment Centers, General Acute Care Hospitals, Outpatient Housing Units, and Skilled Nursing Facilities at the State's 33 institutions.

1. Accordingly, the population density percentages reported to this Court understate CDCR's capacity for treating the medical and mental health needs of the State's inmate-patients.

5. Defendants are building new health care facilities that will increase design capacity. In Stockton, Defendants are constructing the California Health Care Facility (CHCF), which will provide 1,722 beds specially designed to house inmates requiring long-term medical care and intensive mental health care. As I stated in my declaration submitted to this Court on May 23, 2012, CDCR anticipates being able to house inmate-patients at CHCF on or before July 27, 2013, and that all CHCF beds will be occupied by December 27, 2013.

6. In addition, CDCR's comprehensive plan, *The Future of California Corrections (Blueprint)*, contemplates that CDCR will reduce the capacity of the California Out-of-State Correctional Facility (COCF) Program from 9,588 to 4,596 inmates between June 27, 2012 and December 27, 2013. This reduction in capacity will result in the return of up to 4,992 inmates to a California institution. If CDCR maintained the current COCF capacity of 9,588, combined with the increased design capacity of 1,722 resulting from the opening of CHCF, CDCR's current projections indicate that this would reduce the in-state prison population to 137.5% of design bed capacity by December 31, 2013.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on August 17, 2012.

_____
Ross Meier

CF1997CS0003
20631228.docx