KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
DANIELLE F. O'BANNON, State Bar No. 207095
KYLE A. LEWIS, State Bar No. 201041
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
RENJU P. JACOB, State Bar No. 242388
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DECLARATION OF JAY ATKINSON IN SUPPORT OF DEFENDANTS' RESPONSE TO AUGUST 3, 2012 SECOND ORDER REQUIRING FURTHER BRIEFING** |

I, Jay Atkinson, declare:

1. I am the Chief of the Offender Information Services Branch for the California Department of Corrections and Rehabilitation (CDCR). I have been with the Offender Information Services Branch of CDCR since 1999, and have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Response to the Court's August 3, 2012 Second Order Requiring Further Briefing.

2. As Chief of the Offender Information Services Branch, I am responsible for management and oversight of the Offender Information Services Branch that supplies research and analysis to CDCR and outside agencies regarding inmate population estimates and projections.

3. CDCR is currently preparing the fall 2012 population projection, and expects to have updated projections by September 28, 2012. Additional measures that are not accounted for in the population projections may have an impact on the State's prison population. One of those measures is Proposition 36 which, if approved in the November election, will modify elements of California's "Three Strikes" law. If enacted, approximately 3,000 inmates will be eligible for resentencing.

I declare under penalty of perjury that the foregoing is true and correct. Signed on August 17, 2012 in Sacramento, California

*/s/ Jay Atkinson*
Jay Atkinson

SF2007200670
20632451.docx

1