# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---oOo---

BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

---oOo---

RALPH COLEMAN, et al.,

       Plaintiffs,

vs.                 No. 2:90-cv-0520

EDMUND G. BROWN, JR., et al,

       Defendants.

_____/

---oOo---

REPORTER'S TRANSCRIPT

STATUS CONFERENCE

FRIDAY, JULY 13, 2012

---oOo---

Reported by: DIANE J. SHEPARD, CSR 6331, RPR

DIANE J. SHEPARD, OFFICIAL COURT REPORTER, USDC -- (916) 554-7460

```
 1                          APPEARANCES

 2

 3

 4           For the Plaintiffs:

 5
                 ROSEN BIEN & GALVAN, LLP
 6               BY:  MICHAEL BIEN, Attorney at Law
                 315 Montgomery Street, 10th Floor
 7               San Francisco, California 94104

 8
             For the State of California Defendants:
 9
                 STATE OF CALIFORNIA
10               OFFICE OF THE ATTORNEY GENERAL
                 BY:  DEBBIE J. VOROUS, Deputy Attorney General
11               1300 I Street, Suite 125
                 Sacramento, California 94244
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    SACRAMENTO, CALIFORNIA
2                    FRIDAY, JULY 13, 2012
3                         ---oOo---
4          THE CLERK:  Calling civil case S-90-520, Coleman, et
5     al., v. Brown, et al.
6          THE COURT:  Please approach the podium.  Those of you
7     that are going to talk, remain at the podium.
8          MR. BIEN:  Good morning, Your Honor.  Michael Bien on
9     behalf of the plaintiff class.
10         MS. VOROUS:  Good morning, Your Honor.  Debbie Vorous
11    on behalf of state defendants.
12         THE COURT:  The matter that's before the Court at the
13    moment is a status conference in Coleman premised upon the
14    report by the plaintiffs -- by the defendants of the remarkable
15    achievement.
16         Mr. Bien, is there anything that the defendants want
17    to say that I haven't heard?
18         MR. BIEN:  I think it's been a very positive effort.
19    The defendants, in response to this Court's orders, worked
20    cooperatively with the Special Master, and plaintiff's counsel
21    participated in a process that is under way.  I think it's
22    important to note that it's going to require additional effort
23    both from the defendants and the Special Master team.  But
24    certainly from where we were to where we are today, it's a
25    tremendous accomplishment that needs to be acknowledged.  And
```

1   this was one of the most intractable issues, and it appears to
2   be on the path --
3              THE COURT:  -- tractable.  It appears to be
4   essentially solved.
5              MR. BIEN:  Again, I think there is -- unless the
6   process continues, people still will not be referred.  And
7   we'll get there, but I think we've come a long way, and we
8   appreciate it very, very much.
9              THE COURT:  I'm going to go further.  I think what's
10  happened is remarkable.  When I issued the order in this case,
11  I will be frank with you, I fully expected that we'd be having
12  a contempt hearing.  And I am just so gratified that
13  Secretary Cate and Undersecretary Hoshino -- I mean, it's just
14  remarkable, the achievement.
15             What we're talking about is basic human dignity and
16  supplying medical care where it must be accorded.  But I have a
17  real sense, and I'd like you to convey to your clients what
18  remarkable work they've done, how impressed the Court is.
19             I think maybe I'm being overly optimistic, but I
20  believe that we are seeing something I have not seen in the
21  26 years that I've been doing this.  That the administration at
22  the very top are doing things not just because the Court
23  ordered them but because they are the right thing to do, and
24  that is a remarkable attribute to be admired and recognized.
25             I will say that sometimes I have this feeling that --

1   no disrespect to you personally -- but I'm not always sure
2   you're talking to your clients.  I don't need a response.
3           I mean -- never mind, we'll talk about the 24th round
4   when I issue an order about it.
5           I want to say again, plaintiffs, you've done
6   important work.  Defendants, you've done remarkably well.  I
7   will order that you continue to meet with the Special Master
8   and proceed, but everybody recognize that it's got to be done
9   anyhow.
10          You didn't do too bad, Madam, yourself.  The matter
11  will stand.  Thank you very much.
12          MS. VOROUS:  Thank you, Your Honor.
13          (Court adjourned.  10:04 a.m.)
14
15                          CERTIFICATION
16
17      I, Diane J. Shepard, certify that the foregoing is a
18  correct transcript from the record of proceedings in the
19  above-entitled matter.
20
21
22                              /s/ DIANE J. SHEPARD
                                DIANE J. SHEPARD, CSR #6331, RPR
23                              Official Court Reporter
                                United States District Court
24
25