1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE J. VOROUS, State Bar No. 166884
   WILLIAM H. DOWNER, State Bar No. 257644
5  Deputy Attorneys General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 324-5345
    Fax: (916) 324-5205
8   E-mail: Debbie.Vorous@doj.ca.gov
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| RALPH COLEMAN, et al., Plaintiffs, v. EDMUND G. BROWN JR, et al., Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' RESPONSE TO COURT'S JUNE 15, 2012 ORDER THAT DEFENDANTS FILE A REVISED ACTIVATION SCHEDULE FOR THE DEWITT NELSON CONVERSION PROJECT** |
|---|---|

On June 15, 2012, this Court ordered that Defendants file a revised activation schedule for the Dewitt Nelson conversion project that reflects full inmate-patient occupancy by May 31, 2014. (Dkt. No. 4199 ¶ 2.b.) Enclosed as Exhibit 1 is a true and correct copy of Defendants' revised activation schedule for the Dewitt Nelson conversion project. (Decl. D. Vorous Supp. Resp. to Ct. Order, ¶ 2 Ex. 1.) Defendants provided the revised August 24, 2012 schedule to the

/ / /

/ / /

/ / /

1

1  Special Master and Plaintiffs' counsel on September 4, 2012.  (*Id.*)  The revised schedule
2  indicates that the planned end date for full occupancy is now May 31, 2014.  (*Id.* ¶ 3.)

Dated:  September 12, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/  Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Resp. to Court's June 15, 2012 Order Re: Dewitt Nelson Conversion Project (2:90-cv-00520 LKK JFM P)