KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | |
| v. | **DEFENDANTS' UPDATE TO COURT RE: CALIFORNIA MEN'S COLONY 50-BED MENTAL HEALTH CRISIS BED UNIT** |
| **EDMUND G. BROWN JR, et al.,** | |
| Defendants. | |

## I.   INTRODUCTION

In Defendants' June 16, 2011 construction update, Defendants informed the Court that they adjusted the full-occupancy date for the California Men's Colony (CMC) 50-bed Mental Health Crisis Bed unit to November 27, 2012. (Dkt. No. 4024 at 2:26–3:3.) As part of Defendants' June 12, 2012 bed plan, Defendants informed the Court that the first inmate-patient admission into the CMC 50-bed Mental Health Crisis Bed unit was scheduled for December 11, 2012. (Dkt. No. 4196 at 8:26–27.) Defendants have now determined that because of poor

///

1

contractor performance, they believe the project will be fully occupied between August 9 and November 9, 2013.

Defendants provide the Special Master with activation schedules, updated each month, showing all actions taken on each court-approved, long-range project and whether each project remains on schedule. (*See* Dkt. No. 3761 ¶ 2.) On September 4, 2012, Defendants provided the Special Master and Plaintiffs' counsel an updated activation schedule for the CMC Mental Health Crisis Bed project revising the project's full-occupancy date. (Decl. D. Vorous Supp. Update Ct. (Decl. Vorous), ¶¶ 2–3 Ex. 1.) To keep the Court fully informed of Defendants' progress, Defendants provide the following updated report.

## II.    UPDATE TO COURT

On April 23, 2009, Defendants submitted a detailed activation schedule for the CMC 50-bed Mental Health Crisis Bed unit. (Dkt. No. 3568.) Under this schedule, construction was due to be complete on January 6, 2013, with a planned full-occupancy date of March 28, 2013. (*Id.*) On May 26, 2009, Defendants filed an updated activation schedule accelerating the planned construction completion date to July 14, 2012, and accelerating the planned full-occupancy date by nearly six months, from March 28, 2013 to October 4, 2012. (Dkt. No. 3591 at 9–10.)

In June 2011, Defendants adjusted the construction completion date to September 5, 2012, after asbestos-contaminated soil was found under the site grading in both the East and West Parking lots, and adjusted the full-occupancy date to November 27, 2012. (Dkt. No. 4024 at 2:26–3:3.) As part of Defendants' June 12, 2012 bed plan, Defendants informed the Court that the first inmate-patient admission into the CMC Mental Health Crisis Bed unit was scheduled for December 11, 2012. (Dkt. No. 4196 at 8:26–27.)

After Defendants' completed their revised bed plan, the California Department of Corrections and Rehabilitation (CDCR) identified a problem with the contractor's performance on the CMC Mental Health Crisis Bed project and its forecasted completion date. (Decl. C. Meyer Supp. Update Ct. (Decl. Meyer) ¶ 4.) Although the contractor has never stated that it is falling behind on the construction schedule, CDCR nonetheless independently evaluated the contractor's forecasted completion date. (*Id.*) Based on this recent evaluation, CDCR now

2

Defs.' Update to Court Re: California Men's Colony 50-Bed MHCB Unit (2:90-cv-00520 LKK JFM P)

estimates that construction will be completed between June 3, 2013 and September 3, 2013. (Decl. Vorous ¶¶ 2–3, Ex. 1; Decl. Meyer ¶¶ 3–4.) Given this estimated construction delay, CDCR believes the project will be fully occupied between August 9 and November 9, 2013. (*Id.*) These changed dates are reflected in the updated August 24, 2012 activation schedule provided to the Special Master and Plaintiffs' counsel on September 4, 2012.

CDCR is providing the Court its best, good faith forecast based on its analysis of the contractor's forecasted completion date. (Decl. Meyer ¶ 5.) Consistent with its commitment to identify ways to remedy delays, CDCR is exercising all reasonable contractual remedies to compel contractor performance. (*Id.*)

Dated:  September 12, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/  Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3

Defs.' Update to Court Re: California Men's Colony 50-Bed MHCB Unit (2:90-cv-00520 LKK JFM P)