KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-2445
  Fax: (916) 324-5205
  E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF CHRIS MEYER IN SUPPORT OF DEFENDANTS' UPDATE TO COURT RE: CALIFORNIA MEN'S COLONY 50-BED MENTAL HEALTH CRISIS BED UNIT** |

    I, Chris Meyer, declare:

    1.    I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Update to the Court Re: California Men's Colony 50-Bed Mental Health Crisis Bed Unit.

///

///

1

2. I began working for CDCR in 2009. I work on healthcare projects on behalf of and at the direction of CDCR Secretary Cate and the *Plata* Federal Receiver, Clark Kelso. In my current role as Director, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities.

3. I am familiar with the court-ordered project at California Men's Colony (CMC) to construct 50 Mental Health Crisis Beds. I am also familiar with the activation schedules that CDCR submits each month for the court-ordered projects, including the CMC 50-bed Mental Health Crisis bed project.

4. At my direction, my staff prepared an updated activation schedule for the CMC 50 Mental Health Crisis Bed project for the period ending August 24, 2012. That schedule estimates that construction will be completed between June 3, 2013 and September 3, 2013. After Defendants completed their June 12, 2012 revised bed plan, my staff identified a problem with the contractor's performance on the CMC Mental Health Crisis Bed project and its associated forecasted completion date. Although the contractor is indicating it is approximately two months behind schedule, I directed my staff to independently evaluate the contractor's forecasted completion date. After completing the evaluation, staff revised the forecasted construction date as stated above.

5. Consistent with CDCR's commitment to identify ways to remedy delays, it is exercising all reasonable contractual remedies to compel contractor performance. Although CDCR remains optimistic that the contractor will complete the construction earlier than stated, it is providing the Court its best, good faith projections based on its analysis of the contractor's forecasted completion date.

I declare that the foregoing is true and correct. Executed this 11 day of September 2012, at Sacramento, California.

CHRIS MEYER

CF1997CS0003

2

Meyer Decl. in Supp. Defs.' Update to Court Re: CMC 50-bed MHCB Unit (2:90-cv-00520 LKK JFM P)