KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 324-2445
　Fax: (916) 324-5205
　E-mail: William.Downer@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' UPDATE TO COURT RE: CALIFORNIA MEN'S COLONY 50-BED MENTAL HEALTH CRISIS BED UNIT** |

　　　　I, Debbie Vorous, declare:

　　　　1.　　I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Update to the Court Re: California Men's Colony 50-Bed Mental Health Crisis Bed Unit.

///

///

1

2. Attached as Exhibit 1 is a true and correct copy of an updated August 24, 2012 activation schedule for Defendants' long-range mental health bed project for the California Men's Colony 50-bed Mental Health Crisis Bed unit. I forwarded this updated activation schedule to the *Coleman* Special Master and Plaintiffs' counsel on September 4, 2012.

3. The updated activation schedule now shows that construction of the CMC Mental Health Crisis Bed unit is scheduled to be completed between June 3, 2013, and September 3, 2012, due to poor contractor performance. The schedule also shows that the unit is to be fully occupied between August 9, 2013, and November 9, 2013.

I declare that the foregoing is true and correct. Executed this 11 day of September 2012, at Sacramento, California.

*/s/ Debbie Vorous*
_____
DEBBIE VOROUS

CF1997CS0003

2

Vorous Decl. in Supp. Defs.' Update to Court Re: CMC 50-bed MHCB Unit (2:90-cv-00520 LKK JFM P)

# EXHIBIT 1

**50 Bed Mental Health Crisis Facility (Licensed Facility)** — Report Period Ending: **August 24, 2012**

| | |
|---|---|
| **Responsible Person:** | **Deborah Hysen/CDCR** |
| **Address of Resp. Person:** | **9838 Old Placerville Rd., Suite B Sacramento California** |
| **Project Architect:** | **Nacht and Lewis Architects** |
| **Location:** | **California Mens Colony, San Luis Obispo (CMC)** |
| **Funding Source:** | **AB 900 (GC 15819.40)** |

| | |
|---|---|
| | **Stephen Benson/DOF** |
| | **915 L Street, Sacramento California 95814** |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | | | | | 3/13/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | | | | | 3/25/09 | 3/25/09 | | | | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | Funding request package completed on 3/25/09. |
| Legislative Approval of Scope, Schedule, and Cost | | | | | 4/10/09 | 4/10/09 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | | 4/10/09 | 4/10/09 | | 4/10/09 | 4/10/09 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Scope, Cost, and Schedule. | |
| Request Loan from PMIA | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account. (PMIA) | |
| Approval of PMIA Funding | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Next loan renewal March 2010 and every year thereafter for the duration of the project. |
| Architectural/Engineering Contracting | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contracts). | Notice to Proceed (NTP) issued 4/15/09. |
| Preliminary Plans | 251 | 4/20/09 | 4/15/09 | (5) | 12/27/09 | 12/28/09 | 1 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Preliminary plans are complete. |
| California Environmental Quality Act Compliance (CEQA) | 237 | 4/20/09 | 4/15/09 | (5) | 12/13/09 | 6/24/10 | 193 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Initial Study/Mitigated Negative Declaration public comment period ended 10/31/09. Delay due to responding to the large volume of public comments. NOD was filed 01/7/10. CCPOA filed litigation on 02/04/10. On 05/07/10, the case was transferred to the Eastern District Court. On 6/24/10, the parties to the CMC litigation stipulated to dismiss the action with prejudice. |
| JLBC Approval of Preliminary Plans | 45 | 12/28/09 | 12/28/09 | | 2/11/10 | 2/11/10 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. JLBC responded prior to 45-day review. | Design schedule accelerated 45 days, based on early JLBC package submittal. |
| PWB Approval of Preliminary Plans | 45 | 12/29/09 | 1/7/10 | 9 | 2/12/10 | 2/16/10 | 4 | | S. Benson | PWB Approval. | PWB meeting changed to 02/16/10. There is no impact to the overall project schedule. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Working Drawings (Construction Documents)** | 187 | 2/15/10 | 2/17/10 | 2 | 8/21/10 | 9/29/10 | 39 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | WD's are complete. The Construction Manager is selected and the contract is in process. The added scope from the SFM has changed the planned complete date of WD's to 09/29/10. |
| **Bid and Award** | 90 | 8/23/10 | 9/30/10 | 38 | 11/21/10 | 1/13/11 | 53 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | The 53 days of delay was attributed to: a) SFM added scope (fire access road and modification to sally port gates; 39 days), and b) advertising, bidding & award of construction contract over the holiday period (14 days). |
| **Construction [2]** | 600 | 11/22/10 | 1/14/11 | 53 | 7/14/12 | | 41 | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | The NTP was issued on 01/14/11 to Soltek Pacific Construction and the revised contract completion date of 11/5/12 has been delayed. Subsequent to CDCR's analysis of time delays associated with poor contractor performance, the earliest construction will complete is 6/3/13 and the latest construction will complete is 9/3/13. The overall percentage of completion is 64%. |
| **Hire Staff** | 543 | 1/10/11 | 9/1/11 | 234 | 7/6/12 | | 49 | | M. McAloon E. Valenzuela | Advertise, Hire, and Train Staff. | Based on the construction delay range above, the revised start date is 9/1/11 and revised completion date is 5/1/13. |
| **Prepare Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports** | 600 | 11/22/10 | 1/14/11 | 53 | 7/14/12 | | 41 | | Chris Meyer | Including final as-built drawings. | See construction completion range above. |
| **Self Certification** | 15 | 7/16/12 | | 39 | 7/31/12 | | 24 | | Chris Meyer | | Based on the construction delay range above, the revised earliest start date is 6/5/13 and latest completion date is 9/18/13. |
| **License Approval** | 7 | 8/1/12 | | 23 | 8/8/12 | | 16 | | K. Martin E. Valenzuela | DPH Survey, DPH Approval. | Based on the construction delay range above, the earliest license start date is 5/3/13 and latest license start date is 8/5/13. |
| **Activation** | 56 | 8/9/12 | | 15 | 10/4/12 | | | | M. McAloon E. Valenzuela | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | Based on the construction delay range above, the earliest activation start date is 5/3/13 and the latest activation start date is 8/5/13. |
| **Patient Admissions** | 56 | 8/9/12 | | 15 | 10/4/12 | | | | M. McAloon E. Valenzuela | Assumes Patients will be admitted at a rate of six per week. | Based on the construction delay range above, the earliest first patient admission date is 7/5/13 and the latest first patient admission date is 10/3/13. The earliest full facility occupancy is 8/9/13 and the latest full facility occupancy is 11/9/13. |

[1] Court Orders) filed 3/27/07, Docket No. #2173; filed 4/16/08, Docket No. #2757; and filed 10/20/06, Docket No. #1998
[2] Special Master shall receive updates on construction every 90 days.

**Project:** CMC 50 Bed Mental Health Crisis Facility (Licensed Facility)

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Valenzuela | Elvin | CDCR/CMC | P.O. Box 8101 | San Luis Obispo | 93409 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Martin | Kenneth | HCSHQ | 9838 Old Palcerville Rd | Sacramento | 95827 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |