FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br>　　Plaintiffs,<br>　　v.<br>EDMUND G. BROWN, JR., et al.,<br>　　Defendants. | Case No. C01-1351 TEH |
| RALPH COLEMAN, et al.,<br>　　Plaintiffs,<br>　　v.<br>EDMUND G. BROWN, JR., et al.,<br>　　Defendants. | Case No. CIV S-90-0520 LKK JFM P |
| JOHN ARMSTRONG, et al.,<br>　　Plaintiffs,<br>　　v.<br>EDMUND G. BROWN, JR., et al.,<br>　　Defendants. | Case No. C94-2307 CW |

**NOTICE OF FILING OF RECEIVER'S
TWENTY-FIRST TRI-ANNUAL REPORT**

---

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1
NOTICE OF FILING OF RECEIVER'S TWENTY-FIRST TRI-ANNUAL REPORT

1  PLEASE TAKE NOTICE that the Receiver in *Plata v. Schwarzenegger*, Case No. C01-
2  1351 TEH, has filed herewith his Twenty-first Tri-Annual Report.
3
4  Dated: September 14, 2012                    FUTTERMAN DUPREE DODD CROLEY
                                                MAIER LLP
5
6                                               By:       /s/ Martin H. Dodd
                                                        Martin H. Dodd
7                                                       Attorneys for Receiver J. Clark Kelso