

# Achieving a Constitutional Level of Medical Care in California's Prisons

**Twenty-first Tri-Annual Report of the Federal Receiver's Turnaround Plan of Action
For May 1 – August 31, 2012**

**September 15, 2012**

# California Correctional Health Care Receivership

## Vision:

As soon as practicable, provide constitutionally adequate medical care to patient-inmates of the California Department of Corrections and Rehabilitation (CDCR) within a delivery system the State can successfully manage and sustain.

## Mission:

Reduce avoidable morbidity and mortality and protect public health by providing patient-inmates timely access to safe, effective and efficient medical care, and integrate the delivery of medical care with mental health, dental and disability programs.

# Table of Contents

Page

1.  **Executive Summary**..................................................................................... **1**

2.  **The Receiver's Reporting Requirements**...................................................... **3**

3.  **Status and Progress Toward the Turnaround Plan Initiatives**......................... **4**

     **GOAL 1     Ensure Timely Access to Health Care Services**.......................... **4**

     *Objective 1.1*     Screening and Assessment Processes.................................... 4

     *Objective 1.2*     Access Staffing and Processes............................................ 4

     *Objective 1.3*     Scheduling and Patient-Inmate Tracking System..................... 5

     *Objective 1.4*     Standardized Utilization Management System........................ 5

     **GOAL 2     Establish a Prison Medical Program Addressing the Full Continuum**

     **of Health Care Services**..................................................................... **6**

     *Objective 2.1*     Primary Care....................................................................... 6

     *Objective 2.2*     Chronic Care....................................................................... 6

     *Objective 2.3*     Emergency Response............................................................. 6

     *Objective 2.4*     Specialty Care and Hospitalization........................................ 7

     **GOAL 3     Recruit, Train and Retain a Professional Quality Medical Care**

     **Workforce**....................................................................................... **8**

     *Objective 3.1*     Physicians and Nurses.......................................................... 8

     *Objective 3.2*     Clinical Leadership and Management Structure....................... 8

     *Objective 3.3*     Professional Training Program.............................................. 8

     **GOAL 4     Implement a Quality Assurance and Continuous Improvement**

     **Program**......................................................................................... **9**

     *Objective 4.1*     Clinical Quality Measurement and Evaluation Program............... 9

     *Objective 4.2*     Quality Improvement Programs............................................. 12

     *Objective 4.3*     Medical Peer Review and Discipline Process........................... 16

     *Objective 4.4*     Medical Oversight Unit........................................................ 17

     *Objective 4.5*     Health Care Appeals Process................................................ 18

*Objective 4.6*    Out-of-State, Community Correctional Facilities and Re-entry Oversight...................................................................................... 18

**GOAL 5    Establish Medical Support / Allied Health Infrastructure...................... 19**

*Objective 5.1*    Pharmacy.......................................................................................... 19

*Objective 5.2*    Medical Records............................................................................... 21

*Objective 5.3*    Imaging/Radiology and Laboratory Services.................................. 21

*Objective 5.4*    Clinical Information Systems............................................................. 22

*Objective 5.5*    Telemedicine.................................................................................... 22

**GOAL 6    Provide for Necessary Clinical, Administrative and Housing Facilities................................................................................................ 23**

*Objective 6.1*    Upgrade Administrative and Clinical Facilities................................ 23

*Objective 6.2*    Expand Administrative, Clinical, and House Facilities..................... 23

*Objective 6.3*    Finish Construction at San Quentin State Prison............................. 24

**4.    Additional Successes Achieved by the Receiver.......................................... 25**

A.    Office of the Inspector General – Update on the Medical Inspections of California's 33 Adult Prisons......................................................................... 25

**5.    Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented By Institutions Or Individuals................................................... 26**

**6.    An Accounting of Expenditures for the Reporting Period............................ 27**

**7.    Other Matters Deemed Appropriate for Judicial Review.............................. 28**

A.    Coordination with Other Lawsuits..................................................... 28

B.    Master Contract Waiver Reporting.................................................... 28

C.    Consultant Staff Engaged by the Receiver......................................... 28

**8.    Conclusion........................................................................................... 29**

# Section 1: Executive Summary

In our final Tri-Annual report for 2012, the accomplishments for the period of May 1 through August 31, 2012 are highlighted. Progress continues toward implementing the Vision and Mission outlined in the Receiver's Turnaround Plan of Action (RTPA). Highlights for this reporting period include the following:

- RTPA - Substantial completion of more than 77 percent of the action items. Work on remaining items continues.
- Office of the Inspector General (OIG) Inspections – Continuation of Cycle three inspections with scores improved.
- CCHCS introduced on-demand registries – CCHCS staff have used the on-demand registries to create more than 35,700 customized reports to manage specific patient populations.
- CCHCS provided a number of tools and services to help institutions appropriately place and manage high risk patients. Among them are:
  - o Facilitation of patient transfers by a multi-disciplinary workgroup
  - o New patient registries
  - o Performance monitoring

In the areas of timely access to primary care physicians and timely access to medications, overall the OIG scores showed a modest improvement between Round 2 and Round 3 of the inspections.

The State has now agreed to complete all construction-related improvements. The CHCF in Stockton is on schedule to open next year, and construction at DeWitt has been approved. In addition, CDCR's published plan, *The Future of California Corrections (Blueprint)*, proposed the upgrades of the existing facilities: Healthcare Facility Improvement Program (HCFIP), along with a streamlined legislative approval process allowing oversight to be retained by the Public Works Board (PWB). These changes required legislative support and were approved with the passing of Senate Bill 1022 on June 27, 2012 allowing these projects to follow an approval process similar to other State capital outlay projects. CDCR will submit projects to the Department of Finance (DOF) for approval, with informational letters sent simultaneously to the Joint Legislative Budget Committee (JLBC), and will be scheduled for the soonest PWB meeting available to receive project approval.

Format of the Report
To assist the reader, this Report provides three forms of supporting data:

1. *Metrics*: Metrics that measure specific RTPA initiatives are set forth in this report with the narrative discussion of each Goal and the associated Objectives and Actions that are not completed.

2. *Appendices*: In addition to providing metrics, this report also references documents in the Appendices of this report.

3. *Website References*: Whenever possible website references are provided.

RTPA Matrix
In an effort to provide timely and accurate progress reports on the RTPA to the Courts and other vested stakeholders, this format provides an activity status report by enterprise, for statewide applications/programs, and by institution, as appropriate for and in coordination with that operation.

The Enterprise Project Deployment worksheet and the Institution Project Deployment worksheet provide an illustration of the progress made toward each action item outlined in the RTPA and reported in the Tri-Annual Report. The Enterprise Project Deployment worksheet captures projects specifically assigned to the Receiver for broad administrative handling, analysis or testing. The Institution Project Deployment captures the status of all other activity by institution. Reporting will reflect activity that is completed, on schedule, delayed or not progressing, with corresponding dates. The Tri-Annual Report will continue to provide a narrative status report.

Due to the size of the document, the Matrix is included as [Appendix 1](Appendix 1).

Information Technology Project Matrix
In addition to the RTPA Matrix, a separate chart has been created to specifically illustrate the major technology projects and the deployment of those projects. This document is included as [Appendix 2](Appendix 2).

# Section 2: The Receiver's Reporting Requirements

This is the twenty-first report filed by the Receivership, and the fifteenth submitted by Receiver Clark Kelso.

The Order Appointing Receiver (Appointing Order) filed February 14, 2006 calls for the Receiver to file status reports with the *Plata* court concerning the following issues:

1. All tasks and metrics contained in the Plan and subsequent reports, with degree of completion and date of anticipated completion of each task and metric.
2. Particular problems being faced by the Receiver, including any specific obstacles presented by institutions or individuals.
3. Particular success achieved by the Receiver.
4. An accounting of expenditures for the reporting period.
5. Other matters deemed appropriate for judicial review.

(Reference pages 2-3 of the Appointing Order at http://www.cphcs.ca.gov/docs/court/PlataOrderAppointingReceiver0206.pdf)

In support of the coordination efforts by the three federal courts responsible for the major health care class actions pending against the CDCR, the Receiver files the Tri-Annual Report in three different federal court class action cases: *Armstrong, Coleman, and Plata*.[1]  An overview of the Receiver's enhanced reporting responsibilities related to these cases and to other *Plata* orders filed after the Appointing Order can be found in the Receiver's Eleventh Tri-Annual Report on pages 15 and 16. (http://www.cphcs.ca.gov/receiver_tri.aspx)

Four court coordination activities include: facilities and construction; telemedicine and information technology; pharmacy; recruitment and hiring; credentialing and privileging; and space coordination.

---

[1] Coordination efforts previously included the court in *Perez v. Cate*.  However, the case was dismissed on August 20, 2012.

# Section 3: Status of the Receiver's Turnaround Plan Initiatives

## Goal 1: Ensure Timely Access to Health Care Services

**Objective 1.1.** Redesign and Standardize Screening and Assessment Processes at Reception/Receiving and Release

> ***Action 1.1.1. By January 2009, develop standardized reception screening processes and begin pilot implementation***

This action is completed.

> ***Action 1.1.2. By January 2010, implement new processes at each of the major reception center prisons***

This action is completed.

> ***Action 1.1.3. By January 2010, begin using the new medical classification system at each reception center prison.***

This action is completed.

> ***Action 1.1.4. By January 2011, complete statewide implementation of the medical classification system throughout CDCR institutions.***

This action is completed.

**Objective 1.2.** Establish Staffing and Processes for Ensuring Health Care Access at Each Institution

> ***Action 1.2.1. By January 2009, the Receiver will have concluded preliminary assessments of custody operations and their influence on health care access at each of CDCR's institutions and will recommend additional staffing, along with recommended changes to already established custody posts, to ensure all patient-inmates have improved access to health care at each institution.***

This action is completed.

> ***Action 1.2.2. By July 2011, the Receiver will have fully implemented Health Care Access Units and developed health care access processes at all CDCR institutions.***

This action is completed.

Refer to Appendix 3 for the Executive Summary and Health Care Access Quality Reports for April through July 2012.

**Objective 1.3.** Establish Health Care Scheduling and Patient-Inmate Tracking System

> ***Action 1.3.1. Work with CDCR to accelerate the development of the Strategic Offender Management System with a scheduling and inmate tracking system as one of its first deliverables.***

This action is ongoing. Progress during this reporting period is as follows:

Application development is proceeding on several fronts. Updated scheduling systems are in development for medical and dental that will provide enterprise wide solutions. The existing mental health scheduling system is being enhanced. All scheduling systems will access a newly developed shared calendar which displays combined appointments from all disciplines. These solutions make use of a new source of data, the Health Care Operational Data Store, which provides near real-time patient-inmate data from Strategic Offender Management System (SOMS). Once completed, the combined solution will provide all scheduling systems with SOMS patient-inmate location data and integrate with SOMS for ducating of patient-inmate appointments.

Recent accomplishments include:
1. Functional requirements documents are nearing completion for all disciplines
2. Enhancements are done and being tested for the mental health solution
3. Development is in process for medical and beginning for the dental solution
4. Human resources to support development, database work, and testing have been brought on board

Thus far the project is working well within the budget of existing contracts. Development and testing is projected to run until fourth quarter 2012, with deployment to take place in first quarter 2013.

**Objective 1.4.** Establish a Standardized Utilization Management System

> ***Action 1.4.1. By May 2010, open long-term care unit.***

This action is completed.

> ***Action 1.4.2. By October 2010, establish a centralized UM System.***

This action is completed.

## Goal 2: Establish a Prison Medical Program Addressing the Full Continuum of Health Care Services

**Objective 2.1.** Redesign and Standardize Access and Medical Processes for Primary Care

*Action 2.1.1. By July 2009, complete the redesign of sick call processes, forms, and staffing models.*

This action is ongoing. Progress during this reporting period is as follows:

The Episodic Care Policy and Procedure was put on hold as of January 20, 2012. However, as CCHCS moves forward with, and integrates a primary care model with our medical classification system, we are reassessing the need to establish a specific policy to address episodic care. Until a definitive decision is made, the draft policy will remain "on hold." The Prison Law Office (PLO) was notified of this decision.

*Action 2.1.2. By July 2010, implement the new system in all institutions.*

This action is ongoing. Progress during this reporting period is as follows:

Upon approval of the Policy and Procedure, the implementation team will begin a phased rollout at seven institutions. Full implementation at all institutions will follow.

**Objective 2.2.** Improve Chronic Care System to Support Proactive, Planned Care

*Action 2.2.1. By April 2009, complete a comprehensive, one-year Chronic Care Initiative to assess and remediate systemic weaknesses in how chronic care is delivered.*

This action is completed.

**Objective 2.3.** Improve Emergency Response to Reduce Avoidable Morbidity and Mortality

*Action 2.3.1. Immediately finalize, adopt and communicate an Emergency Medical Response System policy to all institutions.*

This action is completed.

*Action 2.3.2. By July 2009, develop and implement certification standards for all clinical staff and training programs for all clinical and custody staff.*

This action is completed.

*Action 2.3.3. By January 2009, inventory, assess and standardize equipment to support emergency medical response.*

This action is completed.

**Objective 2.4.** Improve the Provision of Specialty Care and Hospitalization to Reduce Avoidable Morbidity and Mortality

*Action 2.4.1. By June 2009, establish standard utilization management and care management processes and policies applicable to referrals to specialty care and hospitals.*
This action is completed.

*Action 2.4.2. By October 2010, establish on a statewide basis approved contracts with specialty care providers and hospitals.*
This action is completed.

*Action 2.4.3. By November 2009, ensure specialty care and hospital providers' invoices are processed in a timely manner.*
This action is completed.

## Goal 3: Recruit, Train and Retain a Professional Quality Medical Care Workforce

**Objective 3.1** **Recruit Physicians and Nurses to Fill Ninety Percent of Established Positions**

For details related to vacancies and retention, refer to the Human Resources Recruitment and Retention Reports for April through July 2012. These reports are included as Appendix 4.

*Action 3.1.1. By January 2010, fill ninety percent of nursing positions.*
This action is completed.

*Action 3.1.2. By January 2010, fill ninety percent of physician positions.*
This action is completed.

**Objective 3.2** **Establish Clinical Leadership and Management Structure**

*Action 3.2.1. By January 2010, establish and staff new executive leadership positions.*
*Action 3.2.2. By March 2010, establish and staff regional leadership structure.*
These actions are completed.

**Objective 3.3.** **Establish Professional Training Programs for Clinicians**

*Action 3.3.1. By January 2010, establish statewide organizational orientation for all new health care hires.*
This action is completed.

*Action 3.3.2. By January 2009, win accreditation for CDCR as a Continuing Medical Education provider recognized by the Institute of Medical Quality and the Accreditation Council for Continuing Medical Education.*
The action is completed.

## Goal 4: Implement Quality Improvement Programs

**Objective 4.1.** Establish Clinical Quality Measurement and Evaluation Program

*Action 4.1.1. By July 2011, establish sustainable quality measurement, evaluation and patient safety programs.*
This action is ongoing. Progress during this reporting period is as follows:

Patient Safety Program
Please see "Statewide Improvement Initiative – Patient Safety Program" under Action 4.2.1.

Developing a Care Team Dashboard
During this reporting period, CCHCS continued to release the monthly Health Care Services Dashboard for public view. Issued monthly since September 2010, the Health Care Services Dashboard consolidates strategic performance information across all clinical program areas into a single report. The primary goal of the Dashboard is to provide CCHCS staff with information that can be used to improve the health care delivery system and patient-inmate outcomes.

To support improvement efforts, the Dashboard presents data on more than 100 performance measures at different reporting levels – aggregate data to assess progress statewide, and institution-level data to determine a particular institution's achievements over time. To make performance measure data as actionable as possible at the local levels, several institutions have been using the patient-inmate registries to reproduce Dashboard metrics at the provider or care team level. At the request of institutions statewide, CCHCS is now working to make as many performance measures as possible available at the individual provider or care team level.

During this reporting period, CCHCS developed a new Dashboard function that allows institution managers to review non-formulary prescribing practices at the individual provider level. In addition, Quality Management (QM) Section staff began converting the measures in the "Prevention / Disease Management" domain of the Dashboard into an on-demand, care team level report. These are the preliminary steps to creating a prototype of a "Care Team Dashboard" – a report with all the measures found in the Dashboard, but reported for a specific team.

A Care Team Dashboard will offer valuable feedback to providers at the point of care, where CCHCS has the greatest capacity for impact on patient-inmate outcomes, and will help managers to identify the care teams who have establish effective mechanisms for delivering timely, cost-effective, evidence-based care, which should be spread to other parts of the institution. If CCHCS is able to update care team-level reports at least monthly, they will also provide important information about the impact of individual clinic initiatives to improve health care processes.

A sample of an on-demand, care team-level report can be found in Appendix 5.

Data Validation

For data to be useful in decision-making, it needs to be reliable. For this reason, the Joint Commission and other authorities in performance management and improvement endorse strategies to prevent inaccuracy in data reporting, including data validation and inter-rater reliability testing. In 2012, CCHCS targeted several self-reported access measures for validation as part of ongoing efforts to improve the quality of data commonly used by health care staff to make management decisions.

Initial validation efforts targeted three medication access measures that had shown a large degree of variation statewide and in month-to-month trending, a red flag for data reliability. During the validation process, Compliance Unit staff review the same patient-inmate charts that the institution used for reporting and compare their results to the institution results to identify areas of congruence and discrepancy. The institution is notified of the validation findings. If there are low levels of agreement between the validator results and the institution's findings, the institution is responsible for taking one or more of several recommended steps to improve data reliability. CCHCS also offers one-on-one training to institution staff that are responsible for medication access reporting to clarify misunderstandings about the reporting requirements and provide a thorough orientation to the reporting tool.

CCHCS employs a rigorous validation process for all patient-inmate registries released to institution staff, which includes independent data analysis by multiple analysts to ensure that the chosen methodology yields the same results, validation of individual patient-inmate findings ("spot-check"), and working with institution staff to validate findings for the patient-inmate population at specific institutions, among other strategies. During this reporting period, CCHCS designed a series of tests to check the reliability of databases used for registries and performance reports. These database tests screen for anomalies in pharmacy, laboratory, and claims data to ensure that data base errors (such as using multiple spellings for the same drug name) do not result in inaccurate data.

Patient-Inmate Registries

For more than a year CCHCS has produced registries, or lists of patient-inmates, with certain chronic conditions or with those who are eligible for preventive services, such as cancer screening. Within these patient-inmate registries, those who may not have received services per CCHCS guidelines or who show abnormal laboratory findings are highlighted, prompting care teams to take action to meet patient-inmate needs.

In May 2012, CCHCS introduced on-demand registries – registries that are updated continuously with the most recent information available from centralized clinical databases, which can be accessed at any time by a care team member. The registries are designed to produce lists of patient-inmates in accordance with an institution or care team's particular needs; for example, patient-inmates can be sorted by risk level, assigned care team, chronic condition, or "red flag" status. In less than four months, CCHCS staff had used the on-demand registries to create more than 35,700 customized reports to manage specific patient-inmate populations.

During this reporting period, CCHCS staff released the Patient Panel Registry, which lists all patient-inmates housed at a particular institution and each patient-inmate's assigned care team. Each patient-inmate's risk level is also specified, allowing for easy identification of the highest-risk patient-inmates. Patient-inmates who have recently transferred to the panel are marked with an asterisk and highlighted in bold. This type of registry is critical for patient-inmate tracking in the California prison system, where more than six out of every ten patient-inmates have moved at least once in the past six months. Many of these patient-inmate moves involve a transfer to another care team. When care teams are aware of changes in panel enrollment, care team members are able to facilitate transfers to prevent gaps in care, particularly important in the care of high risk patient-inmates.

CCHCS also completed field-testing for a new Mental Health Registry, which will be released in autumn of 2012. The Mental Health Registry and associated subregistries offer a number of data points that mental health clinicians can use to monitor and manage patient-inmates with mental illness, including required diagnostic tests to detect potentially dangerous side effects of psychotropic agents. The Mental Health Registry helps to prevent redundant ordering of laboratory studies by medical and mental health providers seeing the same patient-inmate, contributing to operational efficiencies and cost savings.

During this reporting period, CCHCS refined a new methodology for identifying patient-inmates with end-stage liver disease, a difficult project because the clinical findings linked to end-stage liver disease may also be attributed to other conditions. For five of the past six years, end-stage liver disease has been the second most common cause of death for California patient-inmates. Information about patient-inmates receiving treatment for hepatitis C is already incorporated into the Chronic Care Master Registry; data regarding patients with end-stage liver disease should be available in fall of 2012.

CCHCS also developed a criteria and methodology for identifying patient-inmates at risk for polypharmacy during this reporting period. Polypharmacy – taking many medications for various health conditions – can result in harmful drug interactions or side effects if the patient-inmate is not monitored closely by the assigned care team. With the new polypharmacy data point on the Chronic Care Master Registry, patient-inmates taking ten or more medications will be flagged for care teams, prompting care teams to both verify that all prescribed medications are actually needed and increase patient-inmate monitoring as appropriate to mitigate risk.

> ***Action 4.1.2. By July 2009, work with the Office of the Inspector General to establish an audit program focused on compliance with Plata requirements.***
This action is completed.

**Objective 4.2.** **Establish a Quality Improvement Program**

***Action 4.2.1.(merged Action 4.2.1 and 4.2.3): By January 2010, train and deploy existing staff--who work directly with institutional leadership--to serve as quality advisors and develop model quality improvement programs at selected institutions; identify clinical champions at the institutional level to implement continuous quality improvement locally; and develop a team to implement a statewide/systems-focused quality monitoring/measurement and improvement system under the guidance of an interdisciplinary Quality Management Committee.***

This action item is ongoing. Progress during this period is as follows:

The QM Program Policies, which are currently being revised, define QM program essential elements, including, but not limited to:

- Statewide and institution-level improvement plans with measurable performance objectives
- Staff at all reporting levels who are informed about improvement plan objectives and understand their role in supporting improvement activities
- A multi-disciplinary QM Committee structure that manages improvement projects and coordinates improvement activities across the major health care programs
- Staff with the skills and tools to isolate the root causes of quality problems, implement program changes and redesign health care processes, and evaluate results
- A reliable measurement system that evaluates progress toward improvement objectives and provides ongoing surveillance of critical health care processes
- A culture that promotes continuous learning and improvement, under which health care staff consider the improvement of health care processes a routine part of their day-to-day work
- A Patient Safety Program that enables the organization to identify and mitigate risk to patient-inmates

This update reflects current efforts to implement these essential program elements.

Statewide Improvement Initiative – Patient Safety Program

In May 2012, CCHCS adopted policies and procedures to establish a statewide Patient Safety Program, which includes:

- Routine program surveillance to identify problematic health care processes, including a statewide system for reporting patient-inmate safety issues, "near misses", and adverse/sentinel events;
- An annual Patient Safety Plan, which determines priority areas for statewide interventions and performance objectives;
- Statewide and institution-level interventions designed to protect patient-inmates and improve outcomes;

- Regular communication in the form of patient-inmate safety alerts, program reports, and other mechanisms to ensure that all institutions are aware of patient-inmate safety issues;
- Technical assistance, staff development programs, and decision support tools, such as forms, checklists, and flowcharts, to support root cause analysis and process redesign;
- A patient-inmate safety culture that encourages staff to proactively identify and mitigate risk to patient-inmates and emphasizes continuous learning and improvement;
- A triaging process to ensure that patient-inmate safety issues that present immediate danger to patient-inmates and/or staff are resolved quickly and effectively and provide direction to institutions about appropriate follow up;
- A headquarters committee to provide oversight to the statewide Patient Safety Program, review patient-inmate safety data, and take action to prevent poor patient-inmate outcomes; and
- A referral process for adverse or sentinel events that involve blameworthy acts, including criminal activities.

In August 2012, the statewide Patient Safety Committee convened for the first time and discussed potential strategies for rolling out the policies and procedures to the 33 institutions. The Patient Safety Committee will meet frequently in September and October to complete planning for statewide implementation of the new Patient Safety Program, which may include partnership with the Veteran's Health Administration or other entities to develop tools and training for key program elements, such as adverse/sentinel event tracking and root cause analysis.

<u>Statewide Improvement Initiative – High Risk Patient-Inmates</u>
It is a common phenomenon in health systems that a small group of patient-inmates with complex clinical conditions disproportionately drive the use of health care resources. Within CCHCS, eight percent of patient-inmates consume more than half of the organization's pharmaceutical, specialty, community hospital, and emergency services. Community hospital and emergency room costs alone were more than $100 million for CCHCS high risk patient-inmates (which number less than 11,000) from July to December 2011.

Like other health systems, CCHCS needs to effectively manage high risk patient-inmates to prevent the poor outcomes that are common for this group, decrease costs, and establish a health care system that is sustainable even as patient-inmate needs become more complex over time. To support improvements in the monitoring and management of high risk patient-inmates, CCHCS has established a statewide High Risk Initiative, which targets two major aspects of patient-inmate management:

- <u>Appropriate placement</u>: Transfer of high risk patient-inmates to Intermediate Institutions that have been designated for their care.
- <u>Primary care</u>: Ensuring that institutions have sustainable systems in place to ensure that high risk patient-inmates receive critical primary care services, including continuity with

an assigned provider and team, evidence-based care, timely access to clinician, specialty, diagnostic, and medication services, and coordination of services when high risk patient-inmates move from one care setting to another.

During this reporting period, CCHCS provided a number of tools and services to help institutions appropriately place and manage high risk patient-inmates. Among them are:

- Facilitation of patient-inmate transfers by a multi-disciplinary workgroup. For several months now, the Health Care Population Oversight Program and Medical Placement Unit, in collaboration with health care leadership has been working with one Basic Institution at a time to move high risk patient-inmates to Intermediate Institutions, and replace these patient-inmates with others who are classified as medium or low health risk.
- New patient-inmate registries. In May 2012, CCHCS released a new set of patient-inmate registries with enhanced features for managers and health care teams. Care teams can review the risk level of all patient-inmates assigned them using the Patient Panel Registry; clicking on the risk designation of any patient-inmates brings up a comment box that specifies the criteria that caused the patient-inmate to be placed in the risk category. Through the Chronic Care Master Registry, care teams can access a list of patient-inmates with common chronic diseases, their risk level, and other important clinical information, such as abnormal clinical findings or missing services.
- Performance monitoring. CCHCS monitors the percentage of high risk patient-inmates at each Basic Institution and updates this number monthly in the Health Care Services Dashboard. In the Monthly Comparison View of the Dashboard, institutions find a breakdown of the percentage of the total patient-inmate population that falls into each risk category, allowing institutions to easily assess whether the institution's proportion of high risk patient-inmates is appropriate to the institution's health care mission.

CCHCS also produced the first High Risk Patients Performance Report, included in Appendix 6, which evaluates appropriate placement of high risk patient-inmates, and describes how patient-inmates are classified into risk categories, requirements for placement of high risk patient-inmates, and current efforts to move high risk patient-inmates from Basic Institutions to Intermediate Institutions. This report outlines CCHCS statewide performance objectives for placement of high risk patient-inmates, and shows each institution's performance to date.

Statewide Performance Improvement Plan
In 2011, CCHCS established the 2011-2012 Performance Improvement Plan, a document that identifies organization-wide improvement priorities, specific performance objectives, and statewide strategies used to achieve those objectives. Performance Improvement Plan objectives are monitored monthly through the Health Care Services Dashboard.

In August, the headquarters QM Committee initiated the process for reviewing and updating the Performance Improvement Plan. Preliminary steps in this process include reviewing the organization's progress relative to previous performance objectives, analyzing patient-inmate

morbidity and mortality data to identify new opportunities for improvement, and gathering input from stakeholder groups, Chief Executive Officers and health care leadership at institution level, and others. The goal is to have a draft 2013 Performance Improvement Plan by December 2012.

Institution Performance Improvement Work Plans and the CCHCS Primary Care Model

During the last reporting period, CCHCS modified the corrective action process that follows each Office of the Inspector General (OIG) medical inspection to promote a system-wide approach to improvements and full implementation of the primary care model. In the first two rounds of OIG inspections, the Program Compliance Unit worked with institutions to develop a Corrective Action Plan after each inspection, focusing on areas where the institution had less than 75 percent compliance with medical policies. During the third round of OIG inspections, the QM Section will partner with the Program Compliance Unit on post-inspection activities, assisting institutions in establishing a Performance Improvement (PI) Work Plan for the year. PI Work Plans place priority on core processes in the primary care model, such as medication management and timely access to health information, and provide an opportunity to consolidate improvement activities and corrective action plans in one document.

During this reporting period, CCHCS worked with California State Prison, Sacramento (SAC), the first institution to undergo a 3rd round medical inspection, to pilot the strategy institutions would use to develop a PI Work Plan. The process included taking an inventory of current and planned improvement initiatives, reviewing strengths and weaknesses in performance from a variety of data sources, and defining priority areas of improvement, with consideration of the primary care model elements. By working closely with SAC, CCHCS was able to create a standardized PI Work Plan Tool Kit for use by institution staff, which now includes a Primary Care Self-Assessment, and has been testing the Tool Kit with nine other institutions (California Medical Facility (CMF), California Men's Colony, San Quentin State Prison (SQ), Richard J. Donovan Correctional Facility (RJD), Central California Women's Facility, Valley State Prison for Women, Sierra Conservation Center, California Rehabilitation Center (CRC), California Institution for Women).

As part of efforts to support PI Work Plan development, CCHCS staff have compiled sample strategies and tools to help institutions implement different elements of the primary care model. Institutions complete the self-assessment to identify gaps in the delivery system where an element of the primary care model has not yet been fully implemented, and can use the sample strategies and tools, which are derived from successful improvement initiatives implemented at individual institutions, to jump-start local improvement efforts. Any sample strategies used at the institution are incorporated into the PI Work Plan.

Finalized PI Work Plans will be posted on the CCHCS Intranet and provided to the PLO.

Quality Improvement Training and Technical Assistance

Since February of 2012, institutions have been sending staff to the QM Section at headquarters for a two-day orientation on the QM Program, improvement resources, and practical ways to

build quality improvement capacity at the local level. Staff selected to attend this orientation are generally clinical and administrative staff with a dominant role in the local QM system; they may coordinate performance management committees, lead multi-disciplinary improvement teams, serve as a mentor to other staff, train staff in quality improvement techniques, prepare for surveys and inspections, and/or direct performance measurement and validation efforts. By mid-May, Quality Officers covering seven institutions completed the two-day training. During this reporting period, five additional institutions sent staff for training. An abbreviated version of this training has been provided to many Chief Medical Executives as part of a broader orientation program.

CCHCS staff made numerous visits to institutions during this reporting period to help institutions use existing improvement tools, such as the registries, to achieve greater adherence to current standards and guidelines, in the interest of improving overall patient-inmate care and preparing for the 3rd round OIG medical inspection. During this reporting period, the CCHCS provided on-site technical assistance and training at ten institutions, and Webinar training at two others.

CCHCS staff also developed a tool kit with instructions, processes, and forms that institutions can use to analyze quality problems, develop solutions, and apply rapid-cycle improvement to test solutions. In addition, CCHCS began testing a reference guide for institutions with sample solutions and associated tools that have been employed to good effect at different institutions.

> *Action 4.2.2. By September 2009, establish a Policy Unit responsible for overseeing review, revision, posting and distribution of current policies and procedures.*
This action is completed.

> *Action 4.2.3. By January 2010, implement process improvement programs at all institutions involving trained clinical champions and supported by regional and statewide quality advisors.*
This action is combined with Action 4.2.1.

**Objective 4.3.** Establish Medical Peer Review and Discipline Process to Ensure Quality of Care

> *Action 4.3.1. By July 2008, working with the State Personnel Board and other departments that provide direct medical services, establish an effective Peer Review and Discipline Process to improve the quality of care.*
This action is completed.

**Objective 4.4.** Establish Medical Oversight Unit to Control and Monitor Medical Employee Investigations

> *Action 4.4.1. By January 2009, fully staff and complete the implementation of a Medical Oversight Unit to control and monitor medical employee investigations.*
This action is completed.

Statewide Improvement Initiative – Patient Safety Program

In May 2012, CCHCS adopted policies and procedures to establish a statewide Patient Safety Program, which includes a triaging process to ensure that patient safety issues that present immediate danger to patients and/or staff are resolved quickly and effectively, and a referral process through the investigatory process for adverse or sentinel events that involve blameworthy acts, including criminal activities. In August 2012, the statewide Patient Safety Committee convened and is currently developing an implementation plan for the Patient Safety Program and developing tools and training for key program elements.

Under the new Patient Safety Program, adverse or sentinel health care events previously referred to the Medical Oversight Program (MOP) will now be handled in one of two ways. If the event involves or alleges a "blameworthy act" – defined as a criminal act, a purposefully unsafe act, act involving patient abuse of any kind, or a situation in which an individual takes a substantial and unjustifiable risk that may result in patient harm – that incident is referred to the appropriate investigatory agency for investigation and response. Events not involving a blameworthy act are subject to root cause analysis, a standardized process by which a multi-disciplinary team determines the fundamental reasons that the event occurred, and creates an improvement plan to prevent the event from occurring in the future.

The Patient Safety Program maintains a triaging process similar to what was implemented in the Medical Oversight Program; health care executives at headquarters perform an initial review of the circumstances that led to the adverse health care event immediately after the event occurs, and make appropriate referrals to the appropriate investigatory agency, centralized peer review and root cause analysis processes.

This revolutionary approach to adverse health care events brings CCHCS into alignment with the strategies used by the Joint Commission and other nationally-recognized health care authorities for patient safety.  It represents an organizational maturation from the Medical Oversight Program that reflects the referral patterns observed over the last two years and better aligns patient safety issues not resulting in death. A statewide Patient Safety Committee, established under these policies, will provide ongoing oversight to adverse event reviews and monitor for completion of action plans.

For more information about the Patient Safety Program, please refer to Action 4.2.1.

**Objective 4.5. Establish a Health Care Appeals Process, Correspondence Control and Habeas Corpus Petitions Initiative**

*Action 4.5.1. By July 2008, centralize management overall health care patient-inmate appeals, correspondence and habeas corpus petitions.*

This action is completed.

Refer to Appendix 7 for health care appeals, and habeas corpus petition activity for May through August 2012.

*Action 4.5.2. By August 2008, a task force of stakeholders will have concluded a system-wide analysis of the statewide appeals process and will recommend improvements to the Receiver.*

This action is completed.

**Objective 4.6.** Establish Out-of-State, Community Correctional Facilities (CCF) and Re-entry Facility Oversight Program

*Action 4.6.1. By July 2008, establish administrative unit responsible for oversight of medical care given to patient-inmates housed in out-of-state, community correctional or re-entry facilities.*

This action is completed.

## Goal 5: Establish Medical Support / Allied Health Infrastructure

**Objective 5.1.** **Establish a Comprehensive, Safe and Efficient Pharmacy Program**

During this reporting period, implementation of the Pharmacy Services Road Map to Excellence continues to make progress. Progress during this reporting period is detailed below.

> ***Action 5.1.1. Continue developing the drug formulary for the most commonly prescribed medications.***
This action is completed.

The CDCR Pharmacy and Therapeutics Committee (P&T) continues its monthly meetings to review utilization trends, to actively manage the formulary, and to review and approve pharmacy policies and procedures. During these meetings, the committee members reviewed monthly reports including the pharmacy dashboard, monthly metrics summary, and medication error reports. The P&T Committee finished the cost-effective analyses with psycho-therapeutic medications. It showed that money is saved by switching to generic Olanzapine, over Abilify. The P&T Committee is actively considering therapeutic equivalent products and generic equivalents in an effort toward cost effective care. The therapeutic switching from one medication to another is always done for the good of the patient-inmate first, hence the notion of cost-effectiveness.

During this three month period, the P&T Committee established an *ad hoc* committee to establish a single formulary for the CHCF Stockton Facility between CCHCS and the California Department of State Hospitals (DSH) psychiatrists. This was accomplished. The DSH psychiatrists agree to adhere to the CCHCS formulary.

Additionally, the P&T Committee established a nutritional subcommittee to deal with many nutritional issues that have impact on pharmacotherapy. The subcommittee has been formed and met for the first time in July 2012 and they have carved out an agenda that will consider clinical issues such as nutritional supplements and vitamin supplementation.

Refer to Appendix 8 for Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level for May through August 2012.

> ***Action 5.1.2. By March 2010, improve pharmacy policies and practices at each institution and complete the roll-out of the GuardianRx® system.***
This action is completed.

The roll-out of the Guardian Rx® system is completed with 33 out of the 33 pharmacies and the Guardian Rx® system has fully migrated to a more stable health care network. This project is closed.

The P&T Committee continued to actively review and revise pharmacy policies and procedures as needed. The 2012 revisions have started and the first 20 pharmacy policies have been reviewed and are being vetted through the organization's approval processes. The third set of ten pharmacy policies are presently under active review and revision.

In January 2012, the central pharmacy launched a simple clinical monitoring service for patient-inmates on anticoagulation therapy. By combining the data stream and the laboratory values into a virtual clinical decision support system, we were able to use clinical rules to alert clinicians that there may be an urgent clinical situation that may require attention. This monitoring system for anticoagulation is fully deployed to all 33 facilities. We are in the process of designing the second clinical alert, which will provide information to the prescriber for evaluating drug interaction for patients going onto protease inhibitor therapy for HCV disease.

> **Action 5.1.3. By May 2010, establish a central-fill pharmacy.**

This action is completed.

The present plan is to support the facilities by dispensing and delivering Keep-on-Person (KOP) prescriptions to the supported facilities. By the end of July 2012, the central pharmacy dispensed and delivered KOP prescriptions to 27 prison pharmacies throughout the state.

The plan is to still complete the first phase of the central pharmacy dispensing support by the close of 2012. The central pharmacy will start a new support feature for the pharmacies in the prisons. This is to provide prepackaged drug cards to the local pharmacies so they can use these cards for on-site dispensing. The central pharmacy provides pre-packaged drugs today; the only difference is that the patient-inmate-specific labeling will be provided by the local pharmacy instead of the central pharmacy. By doing so, the central pharmacy can continue to mitigate the waste in local dispensing within plastic bags and to reduce the amount of standing inventory within the local pharmacies. There is also some reduction in staffing through an economy-of-effort.

The central pharmacy has implemented a centralized order entry service since January 2011. The concept was instituted to establish mutual support from the central pharmacy located in Sacramento to assist the institution pharmacies that had to depend on unreliable and expensive registry labor. Today, this small service has grown to support 20 institutions' pharmacies. Since this centralized order entry team is more efficient, the service is also able to provide support for the pharmacies that require assistance due to unplanned events, such as power outages at the local prison. The service is also providing support for planned absences, such as providing vacation coverage. This service has provided mutual support from a single centralized location for the entire pharmacy services.

**Objective 5.2.** **Establish Standardized Health Records Practice**

*Action 5.2.1. By November 2009, create a roadmap for achieving an effective management system that ensures standardized health records practice in all institutions.*
This action has been completed.

**Objective 5.3.** **Establish Effective Imaging/Radiology and Laboratory Services**

*Action 5.3.1. By August 2008, decide upon strategy to improve medical records, radiology and laboratory services after receiving recommendations from consultants.*
This action is ongoing. Progress during the reporting period is as follows:

Imaging/Radiology Services
The replacement of priority Medical Imaging equipment is complete. All institutions now have digital imaging capabilities and printing medical images on laser film. This has allowed the removal of dark rooms and chemical film processors in the institutions.

As of August 2012, 11 institutions are in the construction process for new mobile pads for 18 wheel trailers with medical imaging scanners for on-site services; 21 institutions have completed mobile pads that meet the August 2011 revised guidelines. The mobile pad improvement project will improve the workflow of the specialty modalities Magnetic Resonance Imaging and Computerized Tomography with Ultrasound services assigned dedicated rooms. The completion of the network connection to the Fuji Radiology Information System and Picture Archiving and Communication System (RIS/PACS) will reduce dramatically the turnaround time from days to hours.

Three clinical information systems have been procured to support the workflow of Imaging Services, one for Dental Services and two for Medical Imaging Services. The Medicor mini Picture Archiving and Communication System for Dental Services is projected to begin implementation in the fall of 2012. The RIS/PACS for Medical Imaging Services is projected to begin implementation in early fall of 2012.

In March 2012, a statewide radiology group was contracted through the Prison Health Care Provider Network. This new radiology group will be responsible for providing interpretation services for all on-site and mobile exams, and their services will begin in conjunction with the RIS/PACS implementation. In addition, they are performing all Radiology Supervisor and Operator duties and as of August 2012 they have surveyed 31 institutions. The remaining institutions are projected to be completed by October 2012.

*Major Accomplishments This Reporting Period:*
- PowerScribe software has been procured for the transcription component of the RIS/PACS.
- RIS/PACS servicer and data build for paperless workflow projected to be completed by fall 2012.

- Radiology group has been contracted with for statewide interpretation and Radiology Supervisor and Operator services and 31 institutions have been surveyed.
- Design and configuration of the network, as well as necessary network drops, nearly completed.
- The mobile pad project has a majority of sites completed or in progress with estimated available for use by fall of 2012.

Laboratory Services

The vacant Chief of Laboratory Services position has been filled as of July 2012. Information gathering about the laboratory system, types of equipment, practices, policies and procedures among the institutions has been launched, to include site visits and introductory meetings with the personnel and management team of the institutions. Laboratory Services has initiated a study to determine the level of appropriateness, based on the level of acuity and patient-inmate population served, of diagnostic laboratory services and the implementation of enterprise wide laboratory information system that would enhance patient-inmate care and reduce duplicate testing at the institutions. This study has focused on the ten institutions that operate in-house clinical laboratories among all of CDCR. Efforts to standardize glucose and sexual transmitted disease (syphilis) screening tests performed at the in-house labs are underway. A formal Laboratory Services recommendation will be provided by 2013.

Laboratory Services has been managing the personnel security level for the use of Quest's laboratory information system. Submission of test requisitions to Quest electronically has increased to about 92 percent as of June 2012. Although the target is 100 percent, the rate has varied each week depending on Quest IT server status, on-line access, barcode printer and workstation status. Paper requisitions serve as a back-up to electronic requisitioning and due to limited staff when heavy workloads are submitted to Quest, the paper route was chosen to complete the processes.

Laboratory Services coordinated efforts to customize several clinical laboratory test panels at Quest is still pending due to the barriers of the different test codes existence between northern and southern California within the Quest system; Quest is working to remedy this.

**Objective 5.4. Establish Clinical Information Systems**

*Action 5.4.1. By September 2009, establish a clinical data repository available to all institutions as the foundation for all other health information technology systems.*
This action is completed.

**Objective 5.5. Expand and Improve Telemedicine Capabilities**

*Action 5.5.1. By September 2008, secure strong leadership for the telemedicine program to expand the use of telemedicine and upgrade CDCR's telemedicine technology infrastructure.*
This action is completed.

## Goal 6: Provide for Necessary Clinical, Administrative and Housing Facilities

**Objective 6.1.** Upgrade administrative and clinical facilities at each of CDCR's thirty-three prison locations to provide patient-inmates with appropriate access to care.

The State has now agreed to complete all construction-related improvements. The CHCF in Stockton is on schedule to open next year, and construction at DeWitt has been approved. In addition, CDCR's published plan, *The Future of California Corrections (Blueprint)*, proposed the upgrades of the existing facilities: HCFIP (with the exception of CRC, which is scheduled for closure), along with a streamlined legislative approval process allowing oversight to be retained by the PWB. These changes required legislative support and were approved with the passing of Senate Bill 1022 on June 27, 2012 allowing these projects to follow an approval process similar to other State capital outlay projects. CDCR will submit projects to the DOF for approval, with informational letters sent simultaneously to the JLBC, and will be scheduled for the soonest PWB meeting available to receive project approval. The estimated cost of these upgrades, including medication distribution, is approximately $725 million.

*Action 6.1.1. By January 2010, completed assessment and planning for upgraded administrative and clinical facilities at each of CDCR's thirty-three institutions.*
This action item is ongoing. Progress during this reporting period is as follows:

The JLBC received the required notifications and CMF, California State Prison, Solano upgrades, and Statewide Medication Distribution projects are scheduled for approval at the PWB meeting in September 2012 and the Pooled Money Investment Board (PMIB) meeting in October 2012. Submission of subsequent projects will be scheduled following approval of the first three projects.

*Action 6.1.2. By January 2012, complete construction of upgraded administrative and clinical facilities at each of CDCR's thirty-three institutions.*
This action item is ongoing. Progress during this reporting period is as follows:

The design, bid, and construction phases for projects at each of the 33 institutions will begin once PWB project approvals and PMIB loan approvals have been obtained. The typical project duration is three to four years from loan approval.

**Objective 6.2.** Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs.

The Receiver and CDCR developed a bed plan in January 2011 that provided medical and mental health facilities for the projected patient-inmate population through 2013. The approved plan envisioned one new facility with 1,722 beds and the use of three former Division of Juvenile Justice (DJJ) facilities, which would be converted to accommodate patient-inmates with medical and mental health conditions. Since then, the JLBC has denied approval of the DJJ Heman G. Stark (Stark) and DJJ Estrella Correctional Facility (Estrella) projects. In CDCR's

Blueprint, which takes into account the projected patient-inmate population reductions resulting from the AB 109 realignment, they have now included the previously pended renovation of DeWitt Nelson Youth Correctional Facility (DeWitt) that will add 1,133 beds, of which 953 will be health care beds. This facility is immediately adjacent to the CHCF in Stockton.

### Action 6.2.1. Complete pre-planning activities on all sites as quickly as possible.
This action item is ongoing. Progress during this reporting period is as follows:

The PMIB loan approval was obtained in May 2012 and the contract with Hensel Phelps Construction Company was approved in June 2012 for the DeWitt project. The Notice to Proceed was issued on July 3, 2012. Stark and Estrella are not supported by CDCR or included in their Blueprint.

### Action 6.2.2. By February 2009, begin construction at first site.
This action item is ongoing. Progress during this reporting period is as follows:

CHCF is on schedule for construction to be completed in August 2013 with full occupancy by December 2013. Since the groundbreaking eight months ago, 48 of 49 buildings are standing and enclosed with interior work in progress. There are 1,400 trade workers onsite daily. Hensel Phelps/Granite Joint Venture (JV) is 60 percent complete with Design-Build Package #1, which includes the guard towers, central plant, and warehouse. Clark/McCarthy JV is 49 percent complete with Design-Build Package #2, which includes the housing units, treatment facilities, main kitchen, and all other support facilities.

### Action 6.2.3. By July 2013, complete execution of phased construction program.
This action item is ongoing. Progress during this reporting period is as follows:

Construction for DeWitt is expected to be completed in March 2014. There is no plan by CDCR to proceed with Stark or Estrella.

### Objective 6.3. Complete Construction at San Quentin State Prison

### Action 6.3.1. By December 2008, complete all construction except for the Central Health Services Facility.
This action is completed.

### Action 6.3.2. By April 2010, complete construction of the Central Health Services Facility.
This action is completed.

# Section 4: Additional Successes Achieved by the Receiver

### A.    Office of the Inspector General – Update on the Medical Inspections of California's 33 Adult Prisons

To evaluate and monitor the progress of medical care delivery to patient-inmates at each prison, the Receiver requested that the California OIG conduct an objective, clinically appropriate, and metric-oriented medical inspection program. To fulfill this request, the Inspector General assigns a score to each prison based on multiple metrics to derive an overall rating of zero to 100 percent. Although only the federal court may determine whether a constitutional standard for medical care has been met, the Receiver's scoring criteria for adherence to medical policies and procedures establish the minimum score for moderate adherence to that standard to be 75 percent. Scores below 75 percent denote low adherence, while those above 85 percent reflect high adherence.

Using this tool, the Inspector General rated California's 33 adult institutions for the first cycle of inspections (September 2008 – June 2010) at 72.9 percent, on average. High Desert State Prison scored lowest, at 62.4 percent, and Folsom State Prison received the highest score, at 83.2 percent. The Inspector General found that nearly all prisons were not effective in ensuring that patient-inmates receive their medications. In addition, prisons were generally not effective at ensuring that patient-inmates are seen or provided services for routine, urgent, and emergency medical needs according to timelines set by CCHCS policy. However, the Inspector General did find that prisons generally performed well in areas involving duties performed by nurses, and continuity of care.

Second cycle inspections began September 2010 and the OIG completed 33 inspections as of April 30, 2012 and issued 33 final inspection reports. Summary results of these final reports show that four of the 33 institutions achieved a score higher than 85 percent placing them in the category of high adherence and 25 of the 33 institutions achieved a score of 75 percent or higher placing them in the moderate adherence area. California Correctional Center achieved the highest score of 89.5 percent. Of the four institutions scoring less than 75 percent, RJD scored the lowest at 73 percent but improved by 5 percent over their previous score of 68 percent. With 33 finalized inspections reports, the overall statewide average for the second cycle inspections is 78.9 percent which reflects an improvement of seven percent over the first cycle statewide average of 71.9 percent.

The OIG began the third cycle of inspections in February 2012. Based on draft scores for the first few institutions, we anticipate continued improvement in scores throughout the institutions. To date, OIG inspected 18 institutions and provided finalized reports for seven of the 18. All seven institutions achieved a score of 75 percent or higher and four scored at 85 percent or above. Of these finalized reports, SQ scored the highest with 90.4 percent, an 8.9 percent increase from the previous cycle. CMF scored the lowest with 79.1 percent, a 0.1 percent increase from the previous cycle. Based on these finalized inspection reports, the inspection scores increased on average by 5.5 percent to date.

# Section 5: Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals

There are no particularly significant problems to highlight for this reporting period.

# Section 6: An Accounting of Expenditures for the Reporting Period

### A.   Expenses

The total net operating and capital expenses of the Office of the Receiver for the year ended June 2012 $2,066,522 and $0.00 respectively. Additionally, all remaining capital projects were transferred from CPR records to CDCR accounting records. A balance sheet and statement of activity and brief discussion and analysis is attached as Appendix 9.

For the two months ending August 31, 2012 the net operating and capital expenses were $373,850 and $0.00 respectively.

### B.   Revenues

For the months of May and June 2012, the Receiver requested transfers of $300,000 from the State to the California Prison Health Care Receivership Corporation (CPR) to replenish the operating fund of the office of the Receiver. Total year to date funding for the FY 2011/2012 to the CPR from the State of California is $1,625,000.

For the two months July and August 2012, the Receiver requested transfers of $325,000 from the State to the California Prison Health Care Receivership Corporation (CPR) to replenish the operating fund of the office of the Receiver.

All funds were received in a timely manner.

# Section 7: Other Matters Deemed Appropriate for Judicial Review

**A.    Coordination with Other Lawsuits**

During the reporting period, regular meetings between the four courts, *Plata, Coleman, Perez,* and *Armstrong* (Coordination Group) class actions have continued. Coordination Group meetings were held on May 9th and June 28th. Progress has continued during this reporting period and is captured in meeting minutes. The *Perez* case was dismissed on August 20, 2012 and, thus, *Perez* representatives cease participating in the regular coordination meetings.

**B.    Master Contract Waiver Reporting**

On June 4, 2007, the Court approved the Receiver's Application for a more streamlined, substitute contracting process in lieu of State laws that normally govern State contracts. The substitute contracting process applies to specified project areas identified in the June 4, 2007 Order and, in addition, to those project areas identified in supplemental orders issued since that date. The approved project areas, the substitute bidding procedures and the Receiver's corresponding reporting obligations are summarized in the Receiver's Seventh Quarterly Report and are fully articulated in the Court's Orders, and therefore, the Receiver will not reiterate those details here.

As ordered by the Court, included as Appendix 10 is a summary of the contract the Receiver awarded during this reporting period, including a brief description of the contract, the project to which the contract pertains, and the method the Receiver utilized to award the contract (i.e., expedited formal bid, urgent informal bid, sole source).

**C.    Consultant Staff Engaged by the Receiver**

During this reporting period, the Office of the Receiver has not engaged any consultant staff.

## Section 8: Conclusion

It is clear that we have made significant progress towards full implementation of the Turnaround Plan of Action and towards our ultimate goal of providing a constitutionally adequate level of medical care within California's adult prisons. With the scores reported by the OIG showing consistent improvement, the number of clearly avoidable deaths remaining at a consistently low rate, and the progress being made by the State in reducing overcrowding, we are now in a position to start the process of ending the Receivership, the transition from day-to-day management by the Receiver back to day-to-day management by the State and, ultimately, the conclusion of the case. The meet-and-confer ordered by the Court helped set the stage for this transition, which we believe will begin in earnest during the next reporting period.