# TABLE OF APPENDICES

1	Receiver's Turnaround Plan of Action Matrix

2	CCHCS Information Technology Project Matrix

3	Executive Summary & Health Care Access Quality Reports – April through July 2012

4	Human Resources Recruitment and Retention Reports – April through July 2012

5	Sample of An On-demand, Care Team-level Report

6	High Risk Patients Performance Report

7	Health Care Appeals and Habeas Corpus Petition Activity – May through August 2012

8	Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level – May through August 2012

9	CPR Financial Statements – May through August 2012

10	Master Contract Waiver