KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-3035
Fax: (415) 703-5843
E-mail: Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Fax: (415) 541-9366
E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**EDMUND G. BROWN JR., et al.,**<br>Defendants. | 2:90-cv-00520 LKK JFM P<br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>Plaintiffs,<br>**v.**<br>**EDMUND G. BROWN JR., et al.,**<br>Defendants. | C01-1351 TEH<br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' SEPTEMBER 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

Defendants submit this monthly status report on the state prison population. Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of September 5, 2012, 119,893 inmates were housed in the state's 33 adult institutions, which amounts to 150.3% of design bed capacity.[2] This is 24,295 fewer inmates than were housed in California prisons as recently as October 1, 2011, when California's historic public safety realignment was implemented under Assembly Bill 109. (*See* Defendants October 14, 2011 report, Dkt. Nos. 2407-1/4099-1.) Defendants also project that the in-state prison population will be reduced to 147% of design capacity before the Court's December 27, 2012 benchmark. (July 11, 2012 Declaration of Ross Meier, Dkt. Nos. 2454/4211, ¶ 5.)

Dated: September 14, 2012

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

Dated: September 14, 2012

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
20636658.docx

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 131 S. Ct 1910, 1940-41, 179 L. Ed. 2d 969, 1000 (U.S. 2011).

[2] The data in Exhibit A is taken from CDCR's September 10, 2012 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_ Research/Offender_ Information_ Services_Branch/Population_ Reports.html, and the July 11, 2012 Declaration of Ross Meier (Dkt. Nos. 2454/4211).