1
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
2
LISA ELLS – 243657
ROSEN BIEN GALVAN &
3
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
4
San Francisco, California  94104-1823
Telephone:    (415) 433-6830
5

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

6
CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
7
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
8
Telephone:    (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:    (415) 393-2000

9

10
Attorneys for Plaintiffs

11

12
UNITED STATES DISTRICT COURT

13
EASTERN DISTRICT OF CALIFORNIA

14

15
RALPH COLEMAN, et al.,

16
        Plaintiffs,

17
    v.

18
EDMUND G. BROWN, JR., et al.,

19
        Defendants.

20

Case No. Civ S 90-0520 LKK_JFM

STIPULATION CONFIRMING
UNDISPUTED ATTORNEYS' FEES
AND COSTS FOR THE SECOND
QUARTER OF 2012

21

22

23

24

25

26

27

28

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND
QUARTER OF 2012

On March 19, 1996, the district court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's orders and collecting fees.

Pursuant to these procedures, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2012 to Defendants via overnight Federal Express on June 30, 2012. Plaintiffs received Defendants' objections on August 31, 2012. The parties completed their meet and confer process on September 24, 2012. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the second quarter of 2012, which total $391,138.37.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $391,138.37 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from August 1, 2012 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: September 28, 2012

_____
William Downer
Deputy Attorney General
Attorneys for Defendants


DATED: September 27, 2012

/s/ Lisa Ells
_____
Lisa Ells
ROSEN, BIEN & GALVAN, LLP
Attorneys for Plaintiffs

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND
QUARTER OF 2012

[680062-1]

# EXHIBIT A

Coleman v. Brown
Summary of Stipulated Fees and Costs
April 1, 2012 through June 30, 2012

|  | **FEES** | **COSTS** |
|---|---|---|
| Monitoring | $362,967.90 | $15,904.81 |
| Fees on Fees | $12,024.00 | $241.66 |
| **Total:** | $374,991.90 | $16,146.47 |
|  | **$391,138.37** | |

679988

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|------|-------------|--------------|-----------------|-------------|------------------|---------------------|
| Michael W. Bien | 149.60 | 148.00 | 148.00 | $211.50 | $31,302.00 | $0.00 |
| Ernest Galvan | 25.50 | 25.50 | 25.50 | $211.50 | $5,393.25 | $0.00 |
| Gay C. Grunfeld | 0.20 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Jane E. Kahn | 239.10 | 238.90 | 238.90 | $211.50 | $50,527.35 | $0.00 |
| Aaron J. Fischer | 45.20 | 43.90 | 43.90 | $211.50 | $9,284.85 | $0.00 |
| Blake Thompson | 0.20 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Lisa Ells | 167.70 | 165.30 | 165.30 | $211.50 | $34,960.95 | $0.00 |
| Laura Boysen-Aragon | 106.80 | 105.10 | 105.10 | $211.50 | $22,228.65 | $0.00 |
| Thomas Nolan | 57.80 | 57.80 | 57.80 | $211.50 | $12,224.70 | $0.00 |
| Kevin E. Jones | 10.00 | 4.60 | 4.60 | $211.50 | $972.90 | $0.00 |
| Josephine Weinberg | 109.90 | 109.90 | 109.90 | $211.50 | $23,243.85 | $0.00 |
| Hugo D. Cabrera | 0.20 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Abigail Haney | 310.60 | 300.40 | 300.40 | $211.50 | $63,534.60 | $0.00 |
| Michael Freedman | 0.50 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Haruka Roudebush | 1.20 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Marc Shinn-Krantz | 302.10 | 288.40 | 288.40 | $211.50 | $60,996.60 | $0.00 |
| Doris Tseng | 264.80 | 255.10 | 133.10 | $211.50 | $28,150.65 | $0.00 |
| Diana Ruslani | 0.20 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| **Total** | **1791.60** | **1742.90** | **1620.90** | | **$342,820.35** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|------|-------------|--------------|-----------------|-------------|------------------|---------------------|
| Donald Specter | 2.70 | 2.70 | 2.70 | $211.50 | $571.05 | $0.00 |
| Steve Fama | 68.90 | 68.90 | 68.90 | $211.50 | $14,572.35 | $0.00 |
| Sara Norman | 0.90 | 0.90 | 0.90 | $211.50 | $190.35 | $0.00 |
| Kelly Knapp | 0.10 | 0.10 | 0.10 | $211.50 | $21.15 | $0.00 |
| Lauren Kelleher | 2.60 | 2.60 | 2.60 | $190.00 | $494.00 | $0.00 |
| Madeline Bailey | 2.00 | 2.00 | 2.00 | $190.00 | $380.00 | $0.00 |
| Megan Hagler | 1.10 | 1.10 | 1.10 | $211.50 | $232.65 | $0.00 |
| Simon Woodard | 4.50 | 4.50 | 4.50 | $190.00 | $855.00 | $0.00 |
| Viraj Talwar | 0.20 | 0.20 | 0.20 | $190.00 | $38.00 | $0.00 |
| Vincent Quan | 0.40 | 0.40 | 0.40 | $190.00 | $76.00 | $0.00 |
| Riley Doyle Evans | 14.30 | 14.30 | 14.30 | $190.00 | $2,717.00 | $0.00 |
| **Total** | **97.70** | **97.70** | **97.70** | | **$20,147.55** | |

| **Grand Total** | **1889.30** | **1840.60** | **1718.60** | | **$362,967.90** | |

679988

Coleman v. Brown
Stipulated Monitoring Costs 489-3
April 1, 2012 through June 30, 2012

**Rosen Bien Galvan & Grunfeld**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---|---|---|---|
| Computer Legal Research | $23.70 | $23.70 | $23.70 | $0.00 |
| In-House Copying | $4,246.80 | $4,246.80 | $4,246.80 | $0.00 |
| Outside Copying | $6,582.83 | $6,582.83 | $6,582.83 | $0.00 |
| L-D Telephone | $38.75 | $38.75 | $38.75 | $0.00 |
| Postage and Delivery | $1,329.41 | $1,329.41 | $1,329.41 | $0.00 |
| Facsimile | $16.00 | $16.00 | $16.00 | $0.00 |
| Translation | $646.50 | $646.50 | $646.50 | $0.00 |
| Travel | $2,488.57 | $2,488.57 | $2,278.11 | $0.00 |
| **Total** | | | **$15,162.10** | |

**Prison Law Office**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---|---|---|---|
| Travel | $742.71 | $742.71 | $742.71 | $0.00 |
| **Total** | | | **$742.71** | |

**Grand Total**                           **$15,904.81**

679988

Coleman v. Brown
Stipulated Fees on Fees 489-5
April 1, 2012 through June 30, 2012

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|------|------|------|------|------|------|------|
| Ernest Galvan | 0.60 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Lisa Ells | 32.50 | 32.40 | 32.40 | $211.50 | $6,852.60 | $0.00 |
| Kevin E. Jones | 25.50 | 23.60 | 23.60 | $211.50 | $4,991.40 | $0.00 |
| Marc Shinn-Krantz | 0.20 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Josephine Weinberg | 0.20 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| **Total** | **59.00** | **56.00** | **56.00** | | **$11,844.00** | |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Undisputed Hours | Claimed Rate | Stipulated Amount | Remaining in Dispute |
|------|------|------|------|------|------|------|
| Edie DeGraff | 1.00 | 1.00 | 1.00 | $180.00 | $180.00 | $0.00 |
| **Total** | **1.00** | **1.00** | **1.00** | | **$180.00** | |

| | | | | | | |
|------|------|------|------|------|------|------|
| **Grand Total** | **60.00** | **57.00** | **57.00** | | **$12,024.00** | |

679988

Coleman v. Brown
Stipulated Costs on Fees 489-5
April 1, 2012 through June 30, 2012

**Rosen Bien Galvan & Grunfeld**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---|---|---|---|
| Outside Copying | $89.46 | $89.46 | $89.46 | $0.00 |
| In-House Copying | $109.80 | $109.80 | $109.80 | $0.00 |
| Computer Research | $31.49 | $31.49 | $31.49 | $0.00 |
| Postage and Delivery | $10.91 | $10.91 | $10.91 | $0.00 |
| **Total** | | | **$241.66** | |

**Grand Total**                        **$241.66**

679988

1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN BIEN GALVAN &
3  GRUNFELD, LLP
   315 Montgomery Street, Tenth Floor
4  San Francisco, California  94104-1823
   Telephone:  (415) 433-6830
5
   CLAUDIA CENTER – 158255
6  THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
7  600 Harrison Street, Suite 120
   San Francisco, California  94107-1389
8  Telephone:  (415) 864-8848

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  (415) 393-2000

9
10  Attorneys for Plaintiffs

11
12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                Case No. Civ S 90-0520 LKK_JFM

16          Plaintiffs,                   **[PROPOSED] ORDER CONFIRMING
                                          UNDISPUTED ATTORNEYS' FEES
17      v.                                AND COSTS FOR THE SECOND
                                          QUARTER OF 2012**
18  EDMUND G. BROWN, JR., et al.,

19          Defendants.

20

21

22

23

24

25

26

27

28

[680768-1]

1     On September 28, 2012, the parties in this case filed a stipulation confirming the

2  results of their meet and confer session concerning fees and costs for the second quarter of

3  2012, pursuant to the March 19, 1996 periodic fees order in this case.

4     Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and

5  costs of $391,138.37, plus interest, are due and collectable forty-five days from the date of

6  entry of this Order.  Interest on this amount will run from August 1, 2012, accruing at the

7  rate provided by 28 U.S.C. § 1961.

8

9     IT IS SO ORDERED

10 DATED:  _____, 2012

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[680768-1]

1
[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND
QUARTER OF 2012