1  KAMALA D. HARRIS
   Attorney General of the State of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DEBBIE VOROUS - SBN 166884
   WILLIAM KWONG - SBN 168010
4  DANIELLE F. O'BANNON - SBN 207095
   KYLE A. LEWIS - SBN 201041
5  DAVID BRICE - SBN 269443
   Deputy Attorneys General
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7  Telephone:  (415) 703-5500
   Facsimile:  (415) 703-5843
8  debbie.vorous@doj.ca.gov
   kyle.lewis@doj.ca.gov
9
   Attorneys for Defendants
10

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – SBN 39374
PAUL B. MELLO – SBN 179755
WALTER R. SCHNEIDER – SBN 173113
SAMANTHA D. WOLFF-  SBN 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:   (415) 541-9366
pmello@hansonbridgett.com

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et. al.,

15              Plaintiffs,

16       v.

17  EDMUND G. BROWN, JR., et al.,

18              Defendants.

19

CASE NO. 2:90-cv-00520 LKK JFM P

**NOTICE OF CHANGE IN COUNSEL**

20       **TO THE CLERK OF THE COURT AND COUNSEL:**

21       PLEASE TAKE NOTICE that the following attorney is no longer assigned to this

22  case:

23              Renju P. Jacob
                Hanson Bridgett LLP
24              500 Capitol Mall, Suite 1500
                Sacramento, CA 95814
25              Email:  RJacob@hansonbridgett.com

26  / / /

27  / / /

28  / / /

4758489.1

Please remove Renju Jacob from your service list for this action.

DATED: October 3, 2012                    HANSON BRIDGETT LLP


                                        By:_____/s/ Samantha D. Wolff_____
                                           PAUL B. MELLO
                                           SAMANTHA D. WOLFF
                                           Attorneys for Defendants

4758489.1