| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>Deputy Attorneys General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA 94102-7004<br> Telephone: (415) 703-3035<br> Fax: (415) 703-5843<br> E-mail: Patrick.McKinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br> 425 Market Street, 26th Floor<br> San Francisco, California 94105<br> Telephone: (415) 777-3200<br> Fax: (415) 541-9366<br> E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　　　Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OCTOBER 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

Defendants submit this monthly status report on the state prison population. Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of October 3, 2012, 119,904 inmates were housed in the state's 33 adult institutions, which amounts to 150.3% of design bed capacity.[2] In the year since the State implemented historic public safety realignment under Assembly Bill 109, Defendants have successfully reduced the population in the State's 33 institutions by 24,284 inmates. (*See* Defendants October 14, 2011 report, Dkt. Nos. 2407-1/4099-1; Declaration of Ross Meier ¶ 3.)

The population projections CDCR issued earlier this year indicate that the population will reach the 147% benchmark by the December 27, 2012 target date. (Meier Decl., ¶ 4.) But because the population remained virtually unchanged over the last month, Defendants are reassessing whether the population will reach the 147% benchmark on time. The fall 2012 projections will be published later this month. (*Id.*) Defendants are closely monitoring the population reductions, and will refine their projections concerning the December benchmark in their November 2012 update to the Court. (*Id.*)

Dated: October 15, 2012　　　　　　　　　　HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
　　PAUL B. MELLO
　　*Attorneys for Defendants*

Dated: October 15, 2012　　　　　　　　　　KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
　　PATRICK R. MCKINNEY
　　Deputy Attorney General
　　*Attorneys for Defendants*

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 563 U.S. ___, 131 S. Ct 1910, 1940-41 (2011).

[2] The data in Exhibit A is taken from CDCR's October 8, 2012 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html, and the July 11, 2012 Declaration of Ross Meier (Dkt. Nos. 2454/4211).