| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-3035<br>  Fax: (415) 703-5843<br>  E-mail: Patrick.McKinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: (415) 777-3200<br>  Fax: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>           Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>           Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>           Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>           Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' OCTOBER 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

I, ROSS MEIER, declare as follows:

1. I am the Chief of the Population Management Unit of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR), and am currently assigned to California State Prison, Sacramento County, effective August 6, 2012. I have been employed in this position since March 2010 and have been with the Population Management Unit since 2003. I have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' October 2012 Status Report to the Court's June 30, 2011 order.

2. As part of my duties, I manage the day-to-day intake of offenders from county jails, and the movement and housing of inmates throughout the state prison system. I am also familiar with how CDCR's spring and fall population projections are developed.

3. CDCR's most recent weekly report of population, which includes data through October 3, 2012, reflects that as of that date, the population for the 33 in-state adult institutions totaled 119,904 inmates, or 150.3% of design bed capacity. It has been one year since California's historic public safety realignment was implemented, and in that time the State has successfully reduced its prison population by 24,284 inmates.

4. The population projections CDCR issued earlier this year indicate that the population will reach 147% of design bed capacity by December 27, 2012. But because the population remained virtually unchanged over the last month, we are reassessing whether the population will reach the 147% benchmark on time. The fall 2012 projections will be published later this month. Defendants are closely monitoring the population reductions, and will refine the projections concerning the December benchmark in the November 2012 update to the Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on October 15, 2012.

_____
Ross Meier

-1-
Decl. Ross Meier Supp. Defendants' October 2012 Status Report in Response to June 30, 2011 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH