MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK_JFM<br><br>**ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2012** |

[680768-1]

1   On September 28, 2012, the parties in this case filed a stipulation confirming the
2 results of their meet and confer session concerning fees and costs for the second quarter of
3 2012, pursuant to the March 19, 1996 periodic fees order in this case.
4   Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and
5 costs of $391,138.37, plus interest, are due and collectable forty-five days from the date of
6 entry of this Order.  Interest on this amount will run from August 1, 2012, accruing at the
7 rate provided by 28 U.S.C. § 1961.

9   IT IS SO ORDERED
10 **Date: 10/18/2012**

_____
UNITED STATES MAGISTRATE JUDGE

[680768-1]

ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2012

1