IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

              Plaintiffs,                  No. 2:90-cv-0520 LKK JFM (PC)

    vs.

EDMUND G. BROWN, JR., et al.,

              Defendants.                <u>ORDER</u>

_____/

          The matter of payment of the special master has been referred to this court by the district court.  The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of September 2012.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1.  The Clerk of the Court is directed to pay to

                    Matthew A. Lopes, Jr., Esq.
                    Special Master
                    Pannone Lopes & Devereaux LLC
                    317 Iron Horse Way, Suite 301
                    Providence, RI 02908

the amount of $272,565.73 in accordance with the attached statement; and

          2.  A copy of this order shall be served on the financial department of this court.

DATED: October 18, 2012.

                                  _____
                                UNITED STATES MAGISTRATE JUDGE

12;cole12.sep

1

1

2

3

4
IN THE UNITED STATES DISTRICT COURT

5
FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7
RALPH COLEMAN, et al.,                                    :

8
        Plaintiffs,                                    :

9
   v.                                                          :                        No. 2:90-cv-0520 LKK JFM (PC)

10
ARNOLD SCHWARZENEGGER et al.,           :

11
        Defendants.

12
The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2012.

13

14
Matthew A. Lopes, Jr., Special Master

15
          Services             $11,132.00
          Disbursements    $ 9,599.67

16
               Total amount due          $20, 731.67

17
Mohamedu F. Jones, J.D., Deputy Special Master

18
          Services             $14,965.00
          Disbursements    $    0.00

19
               Total amount due          $14,965.00

20
Linda E. Holden, J.D., Deputy Special Master

21
          Services             $29,417.00
           Disbursement     $    0.00

22
               Total amount due          $29,417.00

23
Kerry F. Walsh, J.D.

24
          Services             $34,686.00
           Disbursements    $    0.00

25
               Total amount due          $34,686.00

26

Kristina M. Hector, J.D.
          Services                $37,177.00
          Disbursements           $      0.00

               Total amount due                    $37,177.00


Steven W. Raffa, J.D.
          Services                $34,192.50
          Disbursements           $      0.00

               Total amount due                    $34,192.50

Paul Nicoll, M.P.A.
          Services                $  1,600.00
          Disbursements           $      0.00

               Total amount due                    $  1,600.00

Kerry C. Hughes, M.D.
          Services                $21,410.00
          Disbursements           $  1,614.11

               Total amount due                    $23,024.11

Jeffrey L. Metzner, M.D.
          Services                $  6,800.00
          Disbursements           $  1,187.10

               Total amount due                    $  7,987.10

Raymond F. Patterson, M.D.
          Services                $12,225.00
          Disbursements           $      0.00

               Total amount due                    $12,225.00

Ted Ruggles, Ph.D.
          Services                $  6,003.00
          Disbursements           $    721.42

               Total amount due                    $  6,724.42

Kathryn A. Burns, MD, MPH
          Services                $    975.00
          Disbursements           $      0.00

               Total amount due                    $    975.00

Mary Perrien, Ph.D.
            Services              $12,703.00
            Disbursements     $5   22.40

               Total amount due          $13,225.40

Patricia M. Williams, J.D.
            Services              $19,685.00
            Disbursements     $ 2,276.59

               Total amount due          $21,961.59

Henry A. Dlugacz, MSW, J.D.
            Services             $ 7,339.50
            Disbursements     $ 1,294.44

               Total amount due          $ 8,633.94

I.C. Haunani Henry
            Services             $ 5,040.00
            Disbursements     $    0.00

               Total amount due          $ 5,040.00

**TOTAL AMOUNT TO BE REIMBURSED**      **$272,565.73**


Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master