| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-3035<br>  Fax: (415) 703-5843<br>  E-mail: Patrick.McKinney@doj.ca.gov | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: (415) 777-3200<br>  Fax: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                              Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                              Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>                              Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' NOVEMBER 2012 STATUS REPORT AND MOTION TO MODIFY JUNE 30, 2011 ORDER REQUIRING INTERIM REPORTS** |

I, ROSS MEIER, declare as follows:

1. I am an Associate Warden for the California Department of Corrections and Rehabilitation (CDCR) assigned to California State Prison, Sacramento County. Prior to taking this position, I was the Chief of the Population Management Unit of the Division of Adult Institutions for the CDCR. I was employed as Chief of the Population Management Unit from March 2010 to October 2012, and was with the Population Management Unit beginning in 2003. I have assisted in gathering data maintained by CDCR on numerous occasions, and continue to assist on population management issues. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' November 2012 Status Report and Motion to Modify the Court's June 30, 2011 Order Requiring Interim Reports.

2. CDCR's most recent weekly report of population, which includes data through November 7, 2012, reflects that as of that date, the population for the 33 in-state adult institutions totaled 120,174 inmates, or 150.7% of design bed capacity. Since October 2011 when the State implemented historic public safety realignment under Assembly Bill 109, Defendants have successfully reduced the population in the State's institutions by 24,063 inmates.

3. The in-state prison population has remained basically unchanged over the last two months, and Defendants now believe that the population will end up slightly above the 147% benchmark by the current December 27, 2012 target date. CDCR is presently developing plans to reduce the population in the State's 33 institutions to 137.5% of design bed capacity, as required by the Court's October 11, 2012 Order. These plans will account for any appropriate revisions in population projections based on recent population trends.

4. The parties are scheduled to meet to discuss their proposed plans on November 29, 2012. Defendants will submit the court-ordered plans to the Court as required by the Court's order.

I declare under penalty of perjury under the laws of the State of California and the United

////

////

1  States of America that the foregoing is true and correct. Executed in Sacramento, California on
2  November 15, 2012.

_____
Ross Meier

CF1997CS0003
20650679.docx