KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN JR, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RETURN OF TWENTY MENTAL HEALTH CRISIS BEDS AT CALIFORNIA MEDICAL FACILITY TO ACUTE PSYCHIATRIC PROGRAM BEDS** |

The parties to the above-captioned case, through their counsel, stipulate as follows:

1. In 2007, the California Department of Corrections and Rehabilitation and the Department of State Hospitals converted twenty Acute Psychiatric Program beds located in the S-2 unit of the Vacaville Psychiatric Program at California Medical Facility into temporary Mental Health Crisis Beds.

2. Due to an increased need for additional Acute Psychiatric Program beds within the prison system, the parties have agreed to return the twenty temporary Mental Health Crisis Beds to Acute Psychiatric Program beds. Also, the parties have consulted with the *Coleman* Special Master on this issue, and he approves of the stipulation.

IT IS SO STIPULATED.

Dated: November 20, 2012                    ATTORNEY GENERAL OF CALIFORNIA

                                            */s/ Debbie J. Vorous*
                                            _____
                                            Debbie J. Vorous
                                            Attorneys for Defendants

Dated: November 20, 2012                    ROSEN, BIEN, GALVAN & GRUNFELD, LLP

                                            */s/ Jane Kahn*
                                            _____
                                            Jane Kahn
                                            Attorneys for Plaintiffs

**IT IS SO ORDERED**

Dated: November __, 2012                    _____
                                            Lawrence K. Karlton
                                            United States District Court Judge

CF1997CS0003