1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorney General
3  DEBBIE J. VOROUS, State Bar No. 166884
   WILLIAM H. DOWNER, State Bar No. 257644
4  Deputy Attorney General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-5345
    Fax: (916) 324-5205
7   E-mail: Debbie.Vorous@doj.ca.gov

8  *Attorneys for Defendants*

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11                             SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **STIPULATION AND ORDER RE: RETURN OF TWENTY MENTAL HEALTH CRISIS BEDS AT CALIFORNIA MEDICAL FACILITY TO ACUTE PSYCHIATRIC PROGRAM BEDS** |
| v. | |
| **EDMUND G. BROWN JR, et al.,** | |
| Defendants. | |

The parties to the above-captioned case, through their counsel, stipulate as follows:

1. In 2007, the California Department of Corrections and Rehabilitation and the Department of State Hospitals converted twenty Acute Psychiatric Program beds located in the S-2 unit of the Vacaville Psychiatric Program at California Medical Facility into temporary Mental Health Crisis Beds.

2. Due to an increased need for additional Acute Psychiatric Program beds within the prison system, the parties have agreed to return the twenty temporary Mental Health Crisis Beds to Acute Psychiatric Program beds. Also, the parties have consulted with the *Coleman* Special Master on this issue, and he approves of the stipulation.

IT IS SO STIPULATED.

Dated: November 20, 2012                           ATTORNEY GENERAL OF CALIFORNIA

                                                   */s/ Debbie J. Vorous*
                                                   _____
                                                   Debbie J. Vorous
                                                   Attorneys for Defendants

Dated: November 20, 2012                           ROSEN, BIEN, GALVAN & GRUNFELD, LLP

                                                   */s/ Jane Kahn*
                                                   _____
                                                   Jane Kahn
                                                   Attorneys for Plaintiffs

**IT IS SO ORDERED**

Dated: November 26, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT