1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                    FOR THE EASTERN DISTRICT OF CALIFORNIA

5    RALPH COLEMAN, et al.,

6              Plaintiffs,              No. 2:90-cv-0520 LKK JFM (PC)

7         vs.

8    EDMUND G. BROWN, JR., et al.,

9              Defendants.              ORDER

10   _____/

11            The matter of payment of the special master has been referred to this court by the

12   district court.  The court has reviewed the bill for services provided by the special master in the

13   above-captioned case through the month of October 2012.

14            Good cause appearing, IT IS HEREBY ORDERED that:

15            1.  The Clerk of the Court is directed to pay to

16                 Matthew A. Lopes, Jr., Esq.
                   Special Master
17                 Pannone Lopes & Devereaux LLC
                   317 Iron Horse Way, Suite 301
18                 Providence, RI 02908

19   the amount of $260,903.45 in accordance with the attached statement; and

20            2.  A copy of this order shall be served on the financial department of this court.

21   DATED:  November 28, 2012.

22

23

                                        UNITED STATES MAGISTRATE JUDGE
24

25   12;cole12.oct

26

                                      1

1

2

3

4                              IN THE UNITED STATES DISTRICT COURT

5                          FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    RALPH COLEMAN, et al.,                    :

8              Plaintiffs,                      :

9        v.                                     :          No. 2:90-cv-0520 LKK JFM (PC)

10   ARNOLD SCHWARZENEGGER et al.,             :

11             Defendants.

12   The Special Master hereby submits his latest statement for fees and disbursements, including
     those accrued through October 31, 2012.

13

14   Matthew A. Lopes, Jr., Special Master
               Services              $16,077.00
               Disbursements         $10,325.14

15
               Total amount due                     $26,402.14

16
     Mohamedu F. Jones, J.D., Deputy Special Master

17             Services              $    400.00
               Disbursements         $      0.00

18
               Total amount due                     $    400.00

19
     Linda E. Holden, J.D., Deputy Special Master

20             Services              $40,375.00
               Disbursement          $      0.00

21
               Total amount due                     $40,375.00

22
     Kerry F. Walsh, J.D.

23             Services              $32,116.50
               Disbursements         $      0.00

24
               Total amount due                     $32,116.50

25

26

1   Kristina M. Hector, J.D.
     Services     $32,876.50
2      Disbursements   $     0.00

3      Total amount due      $32,876.50

4   Steven W. Raffa, J.D.
     Services     $40,514.00
5      Disbursements   $     0.00

6      Total amount due      $40,514.00

7   Paul Nicoll, M.P.A.
     Services     $ 4,600.00
8      Disbursements   $     0.00

9      Total amount due      $ 4,600.00

10   Kerry C. Hughes, M.D.
     Services     $22,926.00
11      Disbursements   $ 2,847.29

12      Total amount due      $25,773.29

13   Jeffrey L. Metzner, M.D.
     Services     $ 9,247.00
14      Disbursements   $ 2,277.94

15      Total amount due      $11,524.94

16   Raymond F. Patterson, M.D.
     Services     $13,575.00
17      Disbursements   $     0.00

18      Total amount due      $13,575.00

19   Ted Ruggles, Ph.D.
     Services     $     0.00
20      Disbursements   $     0.00

21      Total amount due      $     0.00

22   Kathryn A. Burns, MD, MPH
     Services     $   775.00
23      Disbursements   $     0.00

24      Total amount due      $   775.00

25

26

Mary Perrien, Ph.D.
        Services          $ 5,841.00
        Disbursements     $   848.79

              Total amount due              $  6,689.79

Patricia M. Williams, J.D.
        Services          $10,960.00
        Disbursements     $     0.00

              Total amount due              $10,960.00

Henry A. Dlugacz, MSW, J.D.
        Services          $ 7,038.00
        Disbursements     $ 1,343.29

              Total amount due              $8,381.29

I.C. Haunani Henry
        Services          $5,940.00
        Disbursements     $0.00

              Total amount due              $  5,940.00

**TOTAL AMOUNT TO BE REIMBURSED          $260,903.45**


Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master