IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,            No. 2:90-cv-0520 LKK JFM (PC)

    vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.           <u>ORDER</u>

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of November 2012.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

        Matthew A. Lopes, Jr., Esq.
        Special Master
        Pannone Lopes & Devereaux LLC
        317 Iron Horse Way, Suite 301
        Providence, RI 02908

the amount of $258,115.21 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: December 14, 2012.

                                                      UNITED STATES MAGISTRATE JUDGE

12;cole12.nov

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,              :

       Plaintiffs,                    :

  v.                                       :       No. 2:90-cv-0520 LKK JFM (PC)

ARNOLD SCHWARZENEGGER et al.,        :

       Defendants.

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through November 30, 2012.

Matthew A. Lopes, Jr., Special Master
    Services             $ 9,820.20
    Disbursements        $ 6,350.76

       Total amount due            $16,170.96

Mohamedu F. Jones, J.D., Deputy Special Master
    Services             $29,490.00
    Disbursements        $     0.00

       Total amount due            $29,490.00

Linda E. Holden, J.D., Deputy Special Master
    Services             $37,600.00
    Disbursement         $     0.00

       Total amount due            $37,600.00

Kerry F. Walsh, J.D.
    Services             $36,382.50
    Disbursements        $     0.00

       Total amount due            $36,382.50

```
 1   Kristina M. Hector, J.D.
             Services                  $29,586.50
 2           Disbursements              $     0.00

 3           Total amount due                         $29,586.50

 4   Steven W. Raffa, J.D.
             Services                  $34,615.50
 5           Disbursements              $     0.00

 6           Total amount due                         $34,615.50

 7   Paul Nicoll, M.P.A.
             Services                  $ 6,800.00
 8           Disbursements              $     0.00

 9           Total amount due                         $ 6,800.00

10   Kerry C. Hughes, M.D.
             Services                  $23,938.00
11           Disbursements              $ 3,168.77

12           Total amount due                         $27,106.77

13   Jeffrey L. Metzner, M.D.
             Services                  $ 3,906.00
14           Disbursements              $   943.94

15           Total amount due                         $ 4,849.94

16   Raymond F. Patterson, M.D.
             Services                  $ 7,350.00
17           Disbursements              $     0.00

18           Total amount due                         $ 7,350.00

19   Kathryn A. Burns, MD, MPH
             Services                  $   675.00
20           Disbursements              $     0.00

21           Total amount due                         $   675.00

22   Mary Perrien, Ph.D.
             Services                  $ 5,228.00
23           Disbursements              $   935.83

24           Total amount due                         $ 6,163.83
```

```
Patricia M. Williams, J.D.
        Services                $ 9,220.00
        Disbursements           $     0.00

        Total amount due                    $ 9,220.00

Henry A. Dlugacz, MSW, J.D.
        Services                $ 6,201.00
        Disbursements           $ 1,543.21

        Total amount due                    $ 7,744.21

I.C. Haunani Henry
        Services                $ 4,360.00
        Disbursements           $     0.00

        Total amount due                    $ 4,360.00
```

**TOTAL AMOUNT TO BE REIMBURSED**          **$258,115.21**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

4