| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-3035<br>  Fax:  (415) 703-5843<br>  E-mail:  Patrick.McKinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone:   (415) 777-3200<br>  Fax:  (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                              Plaintiffs,<br>      v.<br>**EDMUND G. BROWN JR., et al.,**<br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                              Plaintiffs,<br>      v.<br>**EDMUND G. BROWN JR., et al.,**<br>                              Defendants. | C01-1351 TEH<br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' DECEMBER 2012 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

Defendants submit this monthly status report on the state prison population. Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of December 5, 2012, 119,741 inmates were housed in the State's 33 adult institutions, which amounts to 150.1% of design bed capacity.[2] Since October 2011 when the State implemented historic public safety realignment under Assembly Bill 109, Defendants have successfully reduced the population in the State's 33 institutions by 24,447 inmates. (*See* Defs.' Oct. 14, 2011 report, Dkt. Nos. 2407-1/4099-1.)

Defendants reported last month that the population will end up above the 147% benchmark by the December 27, 2012 target date. (Dkt. Nos. 2494/4259.) As required by the Court, CDCR will submit plans on January 7, 2013 that would further reduce the population in the State's 33 institutions, if the Court orders their implementation. (*See* Dkt. Nos. 2485/4251 & 2499/4269.)

Dated: December 14, 2012

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

Dated: December 14, 2012

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
20656457.docx

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 563 U.S. ___, 131 S. Ct 1910, 1940-41 (2011).

[2] The data in Exhibit A is taken from CDCR's December 10, 2012 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html, and the July 11, 2012 Declaration of Ross Meier (Dkt. Nos. 2454/4211).