KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                  Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                  Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF MOTION AND MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)**<br><br>Date:            February 11, 2013<br>Time:           10:00 a.m.<br>Courtroom:   4<br>Judge:          The Honorable Lawrence K. Karlton<br>Action Filed: 1990 |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 11, 2013, at 10:00 a.m., in Courtroom 4, or as soon thereafter as this matter may be heard, Defendants move the Court to terminate all relief in this action, vacate the Court's judgment and orders, and dismiss the case. Defendants bring this

1

1  motion under the Prison Litigation Reform Act, 18 United States Code § 3626(b)(1) and (2), and
2  Federal Rule of Civil Procedure 60(b)(5).
3      This motion is based on this Notice of Motion and Motion, the accompanying
4  Memorandum of Points and Authorities, the supporting declarations of Chris Meyer, Rick
5  Johnson, Laura Ceballos, Tim Belavich, Diana Toche, and Debbie Vorous, all pleadings, exhibits,
6  and papers on file in this action, and any other matters properly before the Court.
7  Dated: January 7, 2013                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003