1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE J. VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  WILLIAM H. DOWNER, State Bar No. 257644
   Deputy Attorneys General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5345
8   Fax: (916) 324-5205
    E-mail: Debbie.Vorous@doj.ca.gov
9  *Attorneys for Defendants*

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO DIVISION

13

14

15  **RALPH COLEMAN, et al.,**         2:90-cv-00520 LKK JFM P

16                       Plaintiffs,   **DECLARATION OF LAURA CEBALLOS IN SUPPORT OF MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)**

17           v.

18  **EDMUND G. BROWN JR., et al.,**

19                       Defendants.

20

21        I, Laura Ceballos, declare:

22        1.    I am the Chief Psychologist, Quality Management, for the California Department of

23  Corrections and Rehabilitation (CDCR) Division of Correctional Health Care Services Mental

24  Health Program. I have personal knowledge of the facts stated in this declaration and if called to

25  testify to those facts could and would do so competently. I make this declaration in support of

26  Defendants' Motion to Terminate Under the Prison Litigation Reform Act (PLRA) [18 U.S.C. §

27

28
                                              1

1  3626(b)] or Alternatively to Vacate the Court's Judgment and Orders Under Federal Rule of Civil
2  Procedure 60(b)(5).

3      2.    I began working at CDCR in 2000, and have worked as the Chief Psychologist,
4  Quality Management, since 2009. As Chief Psychologist, Quality Management, I am responsible
5  for and supervise quality management and improvement of mental health care in the State's 33
6  prisons. I have also been involved in the development and implementation of an internet-based
7  tracking system for the mental health care of inmates (known as MHTS.net) that is in place for
8  use at the prisons and by the Mental Health Program. Staff at the institutions input data into the
9  mental health tracking system, which then allows my staff and me to run various reports that
10 detail, among other things, inmates' contact with clinicians and the time to transfer inmates to
11 special housing.

12     3.    Before working as the Chief Psychologist, Quality Management, I served as the Chief
13 of Practitioner Development. I hold a Ph.D in forensic psychology, with specialized training in
14 policy analysis and program evaluation.

15     4.    Inmates with mental health concerns are housed at 28 of the State's 33 prisons.
16 Inmates housed at five prisons without designated mental health missions (Calipatria State Prison,
17 California Correctional Center, Centenelia State Prison, Chuckwalla Valley State Prison, and
18 Ironwood State Prison) who have mental health issues are transferred to one of the other 28
19 prisons, depending upon their security level and care. The mental health tracking system
20 calculates the length of time it takes to transfer inmates from one of the five prisons without a
21 designated mental health mission to a prison with a designated mental health program. From
22 August 1, 2012 to November 30, 2012, the median length of time it took to transfer inmates
23 requiring an Enhanced Outpatient Program level of care was 13.7 days and for inmates requiring
24 a Correctional Clinical Case Management System level of care the median length of time was
25 23.4 days.

26     5.    In addition, the prison system includes seven reception centers, six for male inmates
27 (California Institution for Men, Deuel Vocational Institution, High Desert State Prison, North
28 Kern State Prison, San Quentin State Prison, and Wasco State Prison) and one for female inmates

2

Ceballos Decl. in Supp. of Defs.' Mot. to Terminate Under PLRA and Fed. R. Civ. Proc. 60(b)(5)
(2:90-cv-00520 LKK JFM P)

(Central California Women's Facility).  Inmates in reception centers who have mental health issues are transferred to an appropriate mental health program according to State policy, and receive mental health care pending that transfer.  The mental health tracking system also calculates the length of time it takes for inmates to go through a reception center and transfer to a designated mental health program. From August 1, 2012 to November 30, 2012, the median length of time it took for inmates requiring an Enhanced Outpatient Program level of care to be transferred was 32.6 days, and for inmates requiring a Correctional Clinical Case Management System level of care the median length of time for transfer was 64.3 days.

6. Thirteen prisons have designated programs for inmates at the Enhanced Outpatient Program level of care who require general population housing, and eleven for inmates at the Enhanced Outpatient Program level of care who require administrative segregation housing. According to the mental health tracking system, as of December 17, 2012, the median length of time than an inmate waited for transfer to an Enhanced Outpatient Program was 27.4 days.

I declare that the foregoing is true.  Executed this 4 day of January, 2013, at Sacramento, California.

                                          */s/  Laura Ceballos, Ph.D.*
                                          *(original signature retained by attorney)*

                                          _____
                                          Laura Ceballos, Ph.D.

CF1997CS0003

3

Ceballos Decl. in Supp. of Defs.' Mot. to Terminate Under PLRA and Fed. R. Civ. Proc. 60(b)(5)
(2:90-cv-00520 LKK JFM P)