KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-2445
  Fax:  (916) 324-5205
  E-mail:  William.Downer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>             v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Debbie Vorous, declare:

1.       I am a Deputy Attorney General with the Office of the Attorney General, attorneys

of record for Defendants in this case, and I am licensed to practice in this Court.  I have personal

knowledge of the facts stated in this declaration and if called to testify to those facts, could and

would do so competently.  I make this declaration in support of Defendants' Motion to Terminate

Under the Prison Litigation Reform Act [18 U.S.C. § 3626(b)] or Alternatively to Vacate the

Court's Judgment and Orders Under Federal Rule of Civil Procedure 60(b)(5).

1

2.      Attached as Exhibit 1 is a true and correct copy of an expert report on California's Prison Mental Health Services Delivery System prepared by clinicians Joel A. Dvoskin, Ph.D., Jacqueline M. Moore, R.N., Ph.D., and Charles L. Scott, M.D., and dated January 4, 2013.

3.      Attached as Exhibit 2 is a true and correct copy of an expert report on the California Department of Corrections and Rehabilitation's administration of staff use of force and the rules violation mental health assessment process prepared by Steve J. Martin, J.D., and dated January 4, 2013.

I declare that the foregoing is true and correct.  Executed this 7th day of January 2013, at Sacramento, California.

*/s/ Debbie Vorous*

_____
DEBBIE VOROUS

CF1997CS0003

2