# ATTACHMENT A

Joel A. Dvoskin, Ph.D., A.B.P.P.
668 E. Weckl Place
Tucson, AZ 85704-6076
520-577-3051
Fax: 520-577-7453
E-Mail: joelthed@aol.com

January 2, 2013

To whom it may concern:

To the best of my recollection, the following is a list of cases in which I have testified, whether in person or by written declaration, at trial or by deposition, for at least the past five years:

<u>Court Expert or Monitor</u>

- One of two monitors of a Federal Court settlement agreement in the matter of *Rust v. Western State Hospital* at the Institute for Forensic Psychiatry at the Western State Hospital in Tacoma, Washington

- One of three monitors of a Federal Court settlement agreement in the matter of *Neiberger v. Hawkins* at the Forensic Unit of the Colorado Mental Health Institute – Pueblo.

- Expert responsible for monitoring of the Federal Court settlement agreement in the matter of *McClendon v, City of Albuquerque*, at the Bernalillo County (NM) Detention Center.

- One of two monitors of a Federal Court settlement agreement in the matter of Michigan Protection and Advocacy System v. Caruso, regarding all of the prisons in the State of Michigan.

<u>Mediator</u>

- *Pierce Co. et al v. State of Washington* (Washington)

- *McKnight v. Middlesex Hospital* (Connecticut)

<u>Expert Witness – Trial or Deposition Testimony during the past 4 years</u>

| Location | Case | Notes |
|---|---|---|
| Arizona | *Kramer v. CMS* | Plaintiff Expert |
| Maine | *Neptune and Estes vs. Maine Correctional Center et al.* | Plaintiff Expert |
| Arizona | *Blake v. Southwest Behavioral Health* | Plaintiff Expert |
| Illinois | *Paine (Eilman) v. City of Chicago* | Plaintiff Expert |
| Arizona | *Lambeth v. COPE* | Plaintiff Expert |
| Arizona | *Graham v. State of Arizona* | Defense Expert |
| Massachusetts | *Sampson v. Beth Israel Deaconess* | Plaintiff Expert |

# *Curriculum Vitae*
# Joel A. Dvoskin, Ph.D., A.B.P.P.

668 E. Weckl Place
Tucson, Arizona  85704-6076
Phone:  520-577-3051
Fax:  520-577-7453
E-mail: JoeltheD@aol.com

**EDUCATION**:

| | |
|---|---|
| Undergraduate: | University of North Carolina at Chapel Hill; B.A. 1973; Majors: English and Psychology; Awards: Order of the Old Well Honorary Society, Order of the Grail Honorary Society |
| | Stockholm University, Stockholm, Sweden; Diploma, 1972; Major: Social Science. |
| Graduate: | University of Arizona, Tucson, Arizona; M.A. in Clinical Psychology, 1978; Ph.D. in Clinical Psychology, 1981; Dissertation: <u>Battered Women:  An Epidemiological Study of Spousal Violence.</u> |
| Professional: | University of Arizona College of Law, Tucson, Arizona; Doctoral Minor |

**HONORS**:

Diplomate in Forensic Psychology, American Board of Professional Psychology
Fellow, American Psychological Association
Fellow, American Psychology-Law Society
Peggy Richardson Award, National Coalition for the Mentally Ill in the Criminal Justice System
*Amicus* Award, American Academy of Psychiatry and the Law
Affiliate Member, International Criminal Investigative Analysis Fellowship
Distinguished Visiting Professor of Psychiatry, University of California, Davis School of Medicine and Napa State Hospital, April 14, 2005
President, Division 18 of the American Psychological Association, Psychologists in Public Service (2000-2001)
President, American Psychology – Law Society, Division 41 of the American Psychological Association (Presidential year 2006-2007).
American Psychological Association, Division 18 Special Achievement Award
Arizona Psychological Association, Distinguished Contribution to the Science of Psychology Award, 2010
Distinguished Visiting Professor of Psychiatry, University of California, Davis School of Medicine and Napa State Hospital, March 30, 2011

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 2**

### ACADEMIC POSITIONS:

1996 - 2001
  Asst. Professor (Adjunct) - University of Arizona College of Law

1996 - current
  Asst. Professor (Clinical) - University of Arizona College of Medicine, Dept. of Psychiatry

1986 – 1995 (currently inactive)
  Assistant Clinical Professor - New York University Medical School, Dept. of Psychiatry

2000 – 2005 (currently inactive)
  Assistant Clinical Professor - Louisiana State University Medical Center

### LICENSES:

Arizona Board of Psychologist Examiners, License #0931
New Mexico State Board of Psychologist Examiners, License #0904
Certificate of Professional Qualifications in Psychology (CPQ), CPQ #2,439
Interjurisdictional Practice Certificate, ASPPB, #2439

### PROFESSIONAL EXPERIENCE:

September 1995 - Current

  Full-time private practice of forensic psychology, providing expert testimony on civil and criminal matters, and consultation in the provision of mental health and criminal justice services, and workplace and community violence prevention programs.
  **Duties**: Provide expert testimony, consultation, training, and public speaking services to federal, state, and local governmental agencies, corporations and attorneys, including the following areas:
- Police misconduct
- Conditions of confinement and hospitalization
- Architectural design of psychiatric and secure psychiatric buildings
- Workplace violence prevention and crisis response
    - Working with labor organizations
    - Safely managing corporate layoffs
- Psychological autopsy – (Psychological investigation of equivocal death or suicide)
- Suicide prevention
- Mental health services in correctional and criminal justice settings
- Mental health services to juvenile correctional facilities
- Stalking
- Assessing and preventing the risk of violent behavior
- Administration of public mental health and criminal justice services

September 1995 – Current

  Associate, Threat Assessment Group, Inc., Newport Beach, California.
  **Duties:** Provide consultation and training in workplace violence prevention and crisis management to governmental and corporate organizations.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 3**

September 1995 - Current
    Associate, Park Dietz & Associates, Inc., Newport Beach, California.
    **Duties**: Forensic psychological services and expert testimony

March 1995 - August 1995
    Acting Commissioner, New York State Office of Mental Health.
    **Duties:** Under the direct supervision of the Governor, served as C.E.O. of the largest agency of its kind in the United States, with an annual budget of more than $2.4 billion. The agency employed over 24,000 people and directly operated 29 institutions, including adult inpatient and outpatient psychiatric facilities, children's psychiatric hospitals, forensic hospitals and research institutes. The Office of Mental Health also licensed, regulated, financed, and oversaw more than 2,000 locally operated inpatient, emergency, outpatient, and residential programs in collaboration with 57 counties and New York City.

November 1984 - March 1995
    Director, Bureau of Forensic Services (1984-1988) and Associate Commissioner for Forensic Services (1988-1995), New York State Office of Mental Health.
    **Duties:** Line authority for inpatient services at three large forensic hospitals and two regional forensic units, including services to civil, forensic and correctional patients; line authority for all mental health services in New York State prisons (serving more than 60,000 inmates); responsibility for innovative community forensic programs including suicide prevention in local jails, police mental health training, and mental health alternatives to incarceration.

December 1984 - July 1985
    Acting Executive Director, Kirby Forensic Psychiatric Center.
    **Duties:** Founding C.E.O. for new maximum security forensic psychiatric hospital in New York City.

July 1984 - November 1984
    Acting Director, Office of Mental Health, Virginia Department of Mental Health and Mental Retardation (held concurrently with permanent position as Director of Forensic Services).
    **Duties:** Supervision of budget and certification of all community mental health programs statewide; statewide policy development in all program areas related to mental health; Executive Secretary to Virginia Mental Health Advisory Council.

July 1983 - November 1984
    Director of Forensic Services, Virginia Department of Mental Health and Mental Retardation.
    **Duties:** Design and coordination of statewide delivery system of institutional and community treatment and evaluation of forensic patients; management of the contract for the University of Virginia Institute of Law, Psychiatry and Public Policy; departmental liaison to Virginia Dept. of Corrections and other criminal justice agencies; develop statewide plan for delivery of mental health services to D.O.C. inmates; statewide Task Force on Mental Health Services in Local Jails.

August 1982 - July 1983
    Psychologist, Arizona Correctional Training Center, Tucson, Arizona.
    **Duties:** Supervision of psychology department; direct clinical treatment and evaluation services.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 4**

April 1982 - July 1982
    Acting Inmate Management Administrator, Arizona State Prison Complex, Florence, Arizona.
    **Duties:** Direct supervision of inmate records office; inmate classification and movement; correctional program (counseling) services; psychology department; hiring of all new correctional officers. (NOTE: During this period, I also maintained all duties of my permanent position as Psychologist (below).

October 1981 - July 1982
    Psychologist, Arizona State Prison Complex, Florence, Arizona.
    **Duties:** Supervision of Psychology Department for complex consisting of five prisons; direct clinical treatment and evaluation services.

November 1980 - October 1981
    Psychology Associate, Arizona State Prison Complex, Florence, Arizona.
    **Duties:** Direct clinical treatment and evaluation services.

August 1980 - November 1980
    Psychological consultant to the Massachusetts Department of Correction.
    **Duties:** Consultation to Director of Health Services; direct clinical treatment and evaluation services at Walpole and Norfolk State Prisons.

January 1980 - November 1980
    Psychologist (non-licensed) - Tri-Cities Community Mental Health Center, Malden, Massachusetts. Pre-screened civil commitments for community mental health center.

August 1979 - August 1980
    Pre-Doctoral Intern in Clinical Psychology, McLean Hospital, Belmont, Massachusetts; and Fellow in Clinical and Forensic Psychology, Harvard Medical School, Cambridge, Massachusetts, and Bridgewater (Massachusetts) State Hospital

1978-1979    Psychology Extern, Pima County (Arizona) Superior Court Clinic

1977-1978    Psychology Extern, Palo Verde Hospital, Tucson, Arizona

1976-1977    Psychology Extern, Arizona Youth Center (now Catalina Mountain School), Tucson, Arizona

1975-1976    National Institute of Mental Health Trainee

1973-1975    United States Peace Corps Volunteer, Senegal, West Africa

1970-1995    Coach, Dean Smith's Carolina Basketball School, Chapel Hill, N.C.
    (1-3 weeks each summer)

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 5**

**SELECTED CONSULTATION CLIENTS**:

Federal Government -

    National Institute of Mental Health
    United States Secret Service
    United States Department of Justice, Civil Rights Division
    National Institute of Justice
    National Institute of Corrections
    Center for Mental Health Services
    Substance Abuse and Mental Health Administration

State and Local Governments -

| | | | |
|---|---|---|---|
| Alabama | Hawaii | Nebraska | South Carolina |
| Arizona | Idaho | Nevada | South Dakota |
| Arkansas | Illinois | New Jersey | Tennessee |
| California | Kentucky | New Mexico | Texas |
| Colorado | Louisiana | New York | Utah |
| Connecticut | Maine | North Carolina | Vermont |
| Delaware | Maryland | Ohio | Virginia |
| Dist. of Columbia | Massachusetts | Oregon | Washington |
| Florida | Michigan | Pennsylvania | West Virginia |
| Georgia | Missouri | Puerto Rico | Wyoming |

International Clients -
    Province of Ontario
    Correctional Service of Canada
    Province of British Columbia

Selected Corporate Clients -
    American Express
    Amgen
    Boise Cascade
    Borden Foods
    Chase Manhattan Bank
    Corning, Incorporated
    DaimlerChrysler Corporation
    General Dynamics
    Honeywell
    Johnson and Johnson
    Kraft Foods
    Levi Strauss
    Macy's
    Motorola
    National Basketball Players Association
    National Basketball Association
    National Semiconductor
    Nationwide Insurance

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 6**

>       Nordstrom
>       Oracle Corporation
>       Pillsbury
>       Sony Corporation
>       State Farm Insurance
>       Texas Instruments
>       3M Corporation
>       University of Arizona
>       Warner-Lambert Pharmaceuticals

Professional Organization Clients –

>    American Psychiatric Association - Committee on Correctional Psychiatry
>    American Correctional Association
>    Arizona Bar Association
>    American Bar Association
>    National Collegiate Athletic Association (NCAA)

Federal Court Expert and Monitor –

>    Independent Expert to monitor a Federal Court settlement agreement at the Bernalillo County (N.M.) Detention Center in Albuquerque. (Completed)

>    Federal Court Monitor (one of two) of a settlement agreement regarding the Institute of Forensic Psychiatry at the Colorado Mental Health Institute – Pueblo. (Completed)

>    Federal Court Monitor (one of three) of a settlement agreement regarding the Forensic Unit at the Western State Hospital in Tacoma, Washington. (Completed)

>    Federal Court Monitor (one of two) of a statewide settlement agreement between the Michigan Protection and Advocacy Program and the Michigan Department of Corrections. (Active)


Architectural Consultations -

Dr. Dvoskin has served as design consultant for major renovations and new construction of a number of state, federal, and territorial psychiatric facilities during his long career. The following is a partial list of these projects:

>    New York - As part of his duties as Associate Commissioner of Mental Health for the state of New York, Dr. Dvoskin oversaw design of major renovations to Mid-Hudson Psychiatric Center, a 300 bed forensic psychiatric hospital in Middletown, NY. Completion of this project resulted in significant reductions in violent incidents at this facility.

>    Georgia - As part of a federal class action, plaintiffs and defendants agreed to ask Dr. Dvoskin to assess suicide hazards at six of Georgia's large state prisons, resulting in cost-effective, potentially life saving physical plant changes to rooms in which suicidal inmates were housed.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 7**

    Louisiana - Again, at the request of plaintiffs and defendants, Dr. Dvoskin performed a comprehensive assessment of suicide hazards in the state's juvenile correctional facilities.

    Puerto Rico - Dr. Dvoskin served as design consultant for a new correctional psychiatric center, which cost less than renovation of the existing building, which was the basis for a finding of unconstitutional conditions.

    Michigan - Dr. Dvoskin assisted the state of Michigan, which was involved in constitutional litigation regarding its prison mental health system, in creating a system within the Department of Mental Health.  He also served as design consultant for new beds added to a state forensic psychiatric facility.

    Maryland, Florida, and Maine - Dr. Dvoskin served as consultant to Commissioners of Mental Health, including consultation on the physical plants of forensic and civil psychiatric hospitals.

    Delaware - Dr. Dvoskin served as design consultant for the new forensic wing of the state's psychiatric hospital.

    Colorado - Dr. Dvoskin served as design consultant for the state's new forensic psychiatric hospital; a design which combines a sense of privacy and dignity among patients without sacrificing the visibility needed in order for staff to maintain safety.

    Washington, DC - Dr. Dvoskin served as consultant to two Federal Receivers, then to the Commissioner of Mental Health, in a variety of areas.  These included an assessment of the number of beds needed, then to assist in a Capital Plan for the entire District of Columbia Mental Health System.  Most recently and currently, Dr. Dvoskin serves as design consultant for the creation of a brand new Saint Elizabeths Hospital, to replace the entire civil and forensic hospital campus.  The design of this facility, which is now under construction, included an innovative consumer advisory panel, facilitated by Dr. Dvoskin, which had input into every phase of the project's design.

    North Carolina – Consultant to architectural renovation of forensic unit at Broughton State Hospital.

    North Carolina – Consultant to Disability Rights North Carolina to assess safety and security of new Central Regional Hospital.

    Harris County, Texas – Consultant to the Harris County Sheriff's Office on the construction of a new jail in Houston, Texas.

    Miami–Dade County, Florida – Consultant on the capital renovation and program development for a new community forensic facility for Miami and Dade County, Florida.

    Oregon Department of Corrections – Consultant to creation of large correctional complex, including mental health unit, in Junction City, Oregon.

    Idaho Department of Corrections – Consultant to creation of a 300-bed mental health unit.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 8**

    California Department of Corrections – Consultant to the design of prison mental health and healthcare units

    Florida Department of Corrections – Consultant to design of prison mental health unit

**BOARD MEMBERSHIPS**:

| | |
|---|---|
| Editorial Boards | <u>Journal of the American Academy of Psychiatry and the Law</u> (former) <br> <u>Journal of Mental Health Administration</u> <br> <u>Behavioral Sciences and the Law</u> <br> <u>Journal of Aggression, Maltreatment, and Trauma</u> (former) <br> <u>Psychological Services</u> <br> <u>Journal of Threat Assessment</u> (former) <br> <u>Law and Human Behavior</u> |
| Research Advisory Board | United States Secret Service (former) |
| Advisory Board | National Center for State Courts, Institute on Mental Disability and the Law (former) |
| Member | White House Panel on the Future of African-American Males – Completed 1995 |
| Member | American Bar Association Task Force on Capital Punishment and Mental Disability - Completed |

**PUBLICATIONS**:

Dvoskin, JA, Skeem, JL, Novaco RW, and Douglas KS. (Editors) (in press.)
    Using Social Science To Reduce Violent Offending. New York: Oxford University Press.

Kane, AW & Dvoskin, JA. (in press).
    Evaluation for Personal Injury Claims. New York: Oxford University Press.

Dvoskin, JA & Morgan RD (2010)
    Correctional Psychology. In Weiner, I. & Craighead W.E. (Eds.) Corsini Encyclopedia of Psychology (Vol. 1: pp 417-420). Wiley: New York.

Ruiz A, Dvoskin JA, Scott CL, Metzner JL. (2010)

    Manual of Forms and Guidelines for Correctional Mental Health. American Psychiatric Publishing.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 9**

Heilbrun, K., Dvoskin, J and Heilbrun, A. (2009).

"Toward Preventing Future Tragedies: Mass Killings on College Campuses, Public Health, and Threat/Risk Assessment." Psychological Injury and Law. Vol 2(2), Oct 2008, 93-99.

Dvoskin, JA and Guy, LS (2008)

"On Being an Expert Witness: It's not about you." Psychiatry, Psychology and Law. Vol 15(2), Oct 2008, 202-212.

Dvoskin, JA (2008)

Commentary on Elger's "Medical Ethics in Correctional Healthcare." Journal of Clinical Ethics. Vol. 19, No. 3, 256-259.

Dvoskin. JA. (2008)

Book Review: School Violence and Primary Prevention, by Thomas Miller (Ed.). Journal of the American Medical Association.

Dvoskin JA, Bopp J, and Dvoskin JL (2008)

Institutionalization and Deinstitutionalization. In Cutler, B (ed.) Encyclopedia of Psychology and Law. Sage Publications: Thousand Oaks, CA.

Dvoskin, JA; Spiers EM, and Brodsky, S (2007)

Correctional Psychology: Law, ethics, and practice. In Goldstein, Alan M. (Ed). Forensic psychology: Emerging topics and expanding roles. (pp. 605-632). Hoboken, NJ, US: John Wiley & Sons Inc. xix, 819 pp.

McDermott, B.E., Dvoskin, J. and Quanbeck, C. (In press.)

Psychopathy: Towards a more reasoned understanding of the relationship to aggressive behavior. Forensic Psychiatry Research Trends

Spiers EM, Pitt SE & Dvoskin JD (2006)

Psychiatric Intake Screening. In Puisis M. (Ed.) Clinical Practice in Correctional Medicine. Philadelphia: Elsevier.

Dvoskin JA & Metzner JL (2006).
Commentary: The Physicians Torture Report. Correctional Mental Health Report. Kingston, NJ. Volume 8, No. 1.

Schlank A & Dvoskin JA (2006).
Similar Statutes, Different Treatment Needs -- A Comparison of SVP and Mentally Ill Populations. In Schlank, A. (Ed.) The Sexual Predator, Volume 3: New York, NY: Civic Research Institute.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 10**

Metzner JL & Dvoskin JA. (2006)
  Controversies Concerning Supermax Confinement and Mental Illness. <u>Psychiatric Clinics of North America.</u> Philadelphia: Elsevier. Volume 29, No. 3.

Dvoskin JA (2005)
  Two Sides to Every Story: The Need for Objectivity and Evidence. <u>Journal of the American Academy of Psychiatry and the Law</u>. Vol. 33, No. 4, 482-483.

Dvoskin JA, Spiers EM, & Brodsky SL. (In press.)
  Correctional Psychology: Law, Ethics, and Practice. In Goldstein AM (Ed.), <u>Forensic Psychology: Emerging Topics and Expanding Roles.</u> Hoboken, NJ. John Wiley & Sons.

Peters RH, Matthews CO & Dvoskin, JA (2005)
  Treatment in prisons and jails. In Lowinson JH, Ruiz P, Millman RB, & Langrod JG (eds.) <u>Substance Abuse: A Comprehensive Textbook – Third Edition</u>. Baltimore, MD: Williams & Wilkins Publishers. Pages 707-722.

Metzner JL and Dvoskin JA (2004) Psychiatry in Correctional Settings, in <u>Textbook of Forensic Psychiatry</u>. Robert R. Simon MD and Lisa H. Gold, MD (editors). Washington, DC: American Psychiatric Publishing, Inc.

Dvoskin JA and Spiers EM (2004) On the Role of correctional Officers in Prison Mental Health Care. <u>Psychiatric Quarterly.</u>

Dvoskin JA and Spiers EM (2003) Commentary: In Search of Common Ground, <u>Journal of the American Academy of Psychiatry and the Law</u>. Vol. 31, No. 2. 184-188.

Glancy GD, Spiers EM, Pitt SE & Dvoskin JA. (2003) Commentary: Models and Correlates of Firesetting Behavior. <u>Journal of the American Academy of Psychiatry and the Law</u>. 31(1):053-057.

Dvoskin, Joel A. (2003)
  Catch 'em doing something right. <u>NFHS Coaches' Quarterly</u>. National Federation of State High School Associations. Indianapolis, IN.

Spiers, EM, Dvoskin, JA, and Pitt, SE (2003)
  Mental health professionals as institutional consultants and problem-solvers. In Fagan, T, and Ax, R (Eds) <u>Correctional Mental Health Handbook</u> Thousand Oaks, CA: Sage Publications.

Dvoskin, JA, Spiers, EM, Metzner, JL, and Pitt, SE (In press)
  The structure of correctional mental health services. In Rosner, R. (ed.), <u>Principles and Practice of Forensic Psychiatry, Second Edition</u>. London: Arnold Publishing.

Dvoskin, J.A. (2002)
  Knowledge is Not Power – Knowledge is Obligation. <u>Journal of the American Academy of Psychiatry and the Law</u>. Vol. 30, No. 4.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 11**

Dvoskin JA, Radomski SJ, Bennett C, Olin JA, Hawkins RL, Dotson LA, Drewnicky IN. (2002) Architectural design of a secure forensic state psychiatric hospital. <u>Behavioral Sciences and the Law</u>, Vol. 20, No. 5. Pages 481-493.

Dvoskin, J.A. and Petrila, J. (2002). Commentary: Behavioral Health Professionals in Class Action Litigation -- Some Thoughts on the Lawyer's Perspective. <u>Journal of the American Academy of Psychiatry and the Law</u>. 30:1

Dvoskin, JA, and Heilbrun, K. (2001) Risk assessment and release decision-making: Toward resolving the great debate. <u>Journal of the American Academy of Psychiatry and the Law</u> Vol. 29:6-10

Hafemeister, TL, Hall SR, and Dvoskin, JA (2000) Administrative concerns associated with the care of adult offenders with mental illness within correctional settings. In Ashford JB, Sales BD, and Reid W (Eds.) <u>Treating Adult and Juvenile Offenders with Special Needs.</u> Washington, D.C.: American Psychological Association.

Dvoskin, JA. (2000) The mentally disordered inmate and the law (book review). <u>Psychiatric Services</u>. 51:397.

Pitt SE, Spiers EM, Dietz PE, & Dvoskin JA (1999) Preserving the Integrity of the Interview: The value of video tape. <u>Journal of Forensic Sciences</u>. Vol. 44, No. 6, Pp. 1287-1291

Dvoskin, Joel A. and Patterson, Raymond F. (1998) Administration of Treatment Programs for Offenders with Mental Illness. In Wettstein, Robert M. (Editor), <u>Treatment of the Mentally Disordered Offender</u>. New York: Guilford Press. pp. 1-43.

Coggins MH, Pynchon MR, Dvoskin JA (1993) Integrating research and practice in federal law enforcement: Secret Service applications of behavioral science expertise to protect the President <u>Behavioral Sciences & the Law</u>, Volume 16, Issue 1, pp. 51 - 70

Dvoskin, Davidman, Ferster, Miller, Montenegro, and Moody (1997) Should Psychologists Unionize? A Colloquy with Labor and Management Experts. <u>Profession Psychology: Research and Practice</u>. Vol. 28, No. 5.

Dvoskin, Joel A. (1997) Sticks and Stones: The Abuse of Psychiatric Diagnosis in Prisons. <u>The Journal of the California Alliance for the Mentally Ill</u>, Vol. 8, No. 1.

Dvoskin, Joel A., Massaro, Jackie, Nerney, Michael, and Harp, Howie T. (1995) <u>Safety Training for Mental Health Workers in the Community</u>. Albany: New York State Office of Mental Health and The Information Exchange.

Dvoskin, Joel A., Petrila, John and Stark-Riemer, Steven (1995) *Powell v. Coughlin* and the Application of the Professional Judgment Rule to Prison Mental Health. <u>Mental and Physical Disability Law Reporter</u>. Vol. 19, No. 1

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 12**

Dvoskin, Joel A., McCormick, C. Terence and Cox, Judith (1994)
   Services for Parolees with Serious Mental Illness.  <u>Topics in Community Corrections</u>. 1994: 14-20

Dvoskin, Joel A. and Horn, Martin F. (1994)
   Parole Mental Health Evaluations.  <u>Community Corrections Report</u>. July/August 1994

Dvoskin, Joel A. and Steadman, Henry J. (1994)
   Using Intensive Case Management to Reduce Violence by Mentally Ill Persons in the  Community.  <u>Hospital and Community Psychiatry</u>.  Vol. 45, No. 7.  Pp. 679-684.

Condelli, Ward S., Dvoskin, Joel A., and Holanchock, Howard  (1994)
   Intermediate Care Programs for Inmates with Psychiatric Disorders.  <u>Bulletin of the American Academy of Psychiatry and the Law</u>.  Volume 22, Number 1.

Dvoskin, Joel A.  (1994)
   The Structure of Prison Mental Health Services.  In Rosner, Richard (Editor),  <u>Principals and Practice of Forensic Psychiatry</u>.  New York:  Chapman and Hall.

Cohen, Fred and Dvoskin, Joel A. (1993)
   Therapeutic Jurisprudence and Corrections:  A glimpse.  <u>New York Law School Journal of Human Rights</u>. Vol.X.

Dvoskin, Joel A., Smith, Hal, and Broaddus, Raymond  (1993)
   Creating a Mental Health Care Model.  <u>Corrections Today</u>. Vol. 55, No. 7.

Dvoskin, Joel A., Steadman, Henry J. and Cocozza, Joseph J. (1993)
   Introduction.  In Steadman, Henry J. and Cocozza, Joseph J. (Editors), <u>Mental Illness in America's Prisons</u>.  Seattle:  National Coalition for the Mentally Ill in the Criminal Justice System.

Clear, Todd R., Byrne, James M. and Dvoskin, Joel A.  (1993)
   The Transition from being an inmate.  In Steadman, Henry J. and Cocozza, Joseph J. (Editors), <u>Mental Illness in America's Prisons</u>.  Seattle:  National Coalition for the Mentally Ill in the Criminal Justice System.

Cohen, Fred and Dvoskin, Joel A.  (1992)
   Inmates with Mental Disorders:  A Guide to Law and Practice (Part 2).  <u>Mental & Physical Disability Law Reporter</u>, Volume 16, No. 4.

Cohen, Fred and Dvoskin, Joel A.  (1992)
   Inmates with Mental Disorders:  A Guide to Law and Practice (Part 1).  <u>Mental & Physical Disability Law Reporter</u>, Volume 16, No. 3.

Heilbrun, K.S., Radelet, M.L. and Dvoskin, J.A.  (1992)
   Debating Treatment of Those Incompetent for Execution. <u>American Journal of Psychiatry</u>, Volume 149, No. 5.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 13**

Way, Bruce B., Dvoskin, Joel A., Steadman, Henry J. (1991)
   Forensic Psychiatric Inpatients Served in the United States: Regional and System Differences. Bulletin of the American Academy of Psychiatry and the Law, Volume 19, No. 4.

Steadman, H.J., Holohean, E.J., Jr., Dvoskin, J.A. (1991)
   Estimating Mental Health Needs and Service Utilization among Prison Inmates. Bulletin of the American Academy of Psychiatry and the Law, Volume 19, No. 3.

McGreevy, M.A., Steadman, H.J., Dvoskin, J.A. & Dollard, N. (1991)
   Managing Insanity Acquittees in the Community: New York State's Alternative to a Psychiatric Security Review Board. Hospital and Community Psychiatry. Volume 42, No. 5.

Dvoskin, Joel A. (1991)
   Allocating Treatment Resources for Sex Offenders. Hospital and Community Psychiatry. Vol. 41, No. 3.

Dvoskin, Joel A. (1990)
   What Are the Odds on Predicting Violent Behavior? The Journal of the California Alliance for the Mentally Ill, Volume 2, No. 1.

Perlin, M.L. and Dvoskin, J.A. (1990)
   AIDS Related Dementia and Competency to Stand Trial: A Potential Abuse of the Forensic Mental Health System. Bulletin of the American Academy of Psychiatry and the Law, Volume 18, No. 4.

Dvoskin, J.A. (1990)
   Jail-Based Mental Health Services. In Steadman, H.J. (Editor), Effectively Addressing the Mental Health Needs of Jail Detainees, National Institute of Corrections: Boulder, Colorado.

Way, B.B., Dvoskin, J.A., Steadman, H.J., Huguley, H.C. & Banks, S. (1990)
   Staffing of Forensic Inpatient Services in the United States. Hospital & Community Psychiatry, Volume 41:2.

Dvoskin, Joel A. and Steadman, Henry (1989)
   Chronically Mentally Ill Inmates: The Wrong Concept for the Right Services. International Journal of Law and Psychiatry, Volume 12, Nos. 2/3.

Dvoskin, Joel A. (1989)
   Multiple Murder as Social Protest? Contemporary Psychology, Volume 34, No. 5.

Dvoskin, Joel A. (1989)
   The Palm Beach County, Florida Forensic Mental Health Services Program: A Comprehensive Community-Based System. In Steadman, H.J., McCarty, D.W., and Morrissey, J.P. The Mentally Ill in Local Jails: Planning for Essential Services. New York: Plenum.

Dvoskin, Joel A. (Editor) (1988)
   Special Issue: Forensic Administration. International Journal of Law and Psychiatry. Vol. 11, No. 4.

**CURRICULUM VITAE - JOEL A. DVOSKIN, PH.D.**
**PAGE 14**

Dvoskin, Joel A. (1988)
　Confessions of a Reformed Forensic Illiterate. <u>Contemporary Psychiatry</u>, Volume 7, No. 2.

Roth, L.H., Aldock, J.D., Briggs, K.K., Dvoskin, J.A., Parry, J.W., Phillips, R.M, Silver, S.B., and Weiner, B.A. (1988)
　Final Report of the National Institute of Mental Health <u>Ad Hoc</u> Forensic Advisory Panel. <u>Mental and Physical Disability Law Reporter</u>, Volume 12, No. 1.

Steadman, H.J., Fabisiak, S., Dvoskin, J.A., and Holohean, E.J., Jr. (1987)
　Mental Disability Among State Prison Inmates: A statewide survey. <u>Hospital and Community Psychiatry</u>, Volume 38, No. 10.

Dvoskin, J.A. and Powitsky, R. (1984)
　<u>A Paradigm for the Delivery of Mental Health Services in Prison</u>. Boulder, CO: National Academy of Corrections.

Koson, Dennis F. and Dvoskin, Joel A. (1982)
　Arson-A diagnostic study. <u>Bulletin of the American Academy of Psychiatry and the Law</u>, Vol. X, No. 1.

Dietz, Park E. and Dvoskin, Joel A. (1980)
　Quality of life for the mentally disabled. <u>Journal of Forensic Sciences</u>, JPSCA, Volume 25, No. 4.

Dvoskin, Joel A. (1979)
　Legal alternatives for battered women who kill their abusers. <u>Bulletin of the American Academy of Psychiatry and the Law - Special Issue on Crime and Sexuality</u>, Volume IV, No. 6.

**PROFESSIONAL AFFILIATIONS**:

American Psychological Association (Fellow)
American Association of Correctional Psychologists
American Psychology - Law Society (Fellow)
American Correctional Association
National Association of State Mental Health Forensic Directors - Chairman 1986-1988
American Correctional Health Association
American Jail Association (former)