# ATTACHMENT B

JACQUELINE
MOORE &
ASSOCIATES
Correctional Health Consultants

# EXPERT WITNESS WORK
## MOORE & ASSOCIATES

Moore & Associates has over 20 years expert witness experience for cases involving the delivery of correctional health care.  From reviewing of materials to providing expert testimony, Jacqueline Moore applies her over 30 years of correctional health experience and correctional health care certifications (such as CCHP-A) to provide accurate and objective review of the delivery of care within a correctional setting.

| Case | Attorney | Plaintiff or Defendant | Action | Summary of Services |
|---|---|---|---|---|
| Braillard v. Maricopa County | Leslie O' Hara Stinson Morrison and Heckler 1850 North Central Ave Suite 2100 Phoenix, Arizona 85004-4584 | plaintiff | Wrongful death diabetes Settled | Deposition 2006 Trial September 2012 |
| Alicia Jones Parker vs. Regina B Boswell RN, Paul Buczynsky, Sgt. Jones, Detention Officer Nina  Johnson | Brian Spears White, Sharma, & Halpern 1126 Ponce de Leon Ave NE  Q Atlanta, | plaintiff | Wrongful death asthma Settled | Deposition 2/22/10 |

Updated December  2012

Expert Witness Work Summary                                                    Moore & Associates

| Case | Attorney | Plaintiff or Defendant | Action | Summary of Services |
|------|----------|------------------------|--------|---------------------|
| Thomas V. State of Arizona | Robert F. Clarke Clarke Law Offices 2701 East Camelback Road, Suite 140 Phoenix, Arizona, 85016 | Plaintiff | Wrongful death  Case Dismissed August 2011 | Report May 2010 Deposition Jan 4, 2011 |
| David Wayne Heidtke v. CCA, Jere Sutton, MD, K Carpenter and Anna Jolly US District Court of Colorado Civil Action 1:10-cv-00081REB-MJW | Cheryl Trine 2919 Valmont Road Suite 204 Boulder, CO 80301 | Plaintiff | Right arm injury | Report 9/3/10 Deposition 11/19/10 Dismissed Summary Judgment April 2011 |
| Karen Thomas v. CMS 0922-CC02367 | Kevin P. Schnurbusch Rynearson, Suess, Schnurbusch & Champion L.L.C. Attorneys at Law #1 South Memorial Drive, Suite 1800 St. Louis, Missouri 63102 | Defendant | Nurse injury Settled December January 2011 | Deposition September 23, 2010 |
| Mary Biddle vs. The State of Florida Department of Corrections, Prison Health Services, Lt. Collins, Sgt Lorfils, Leslie McPherson, Roger Browne, Carl Balmir, Susan Cordoso, Janette Jarrett, Carrie Adams Southern District Court Florida Case no 1:09 CV-20391 WMH | Louis H. Gavin, P.A. 2300 S.W. 106th Way Fort Lauderdale, FL 33324 | Plaintiff | Brain Abscess Otitis media | Review of materials and report 10/16/10 Deposition |

Expert Witness Work Summary                                                    Moore & Associates

| Case | Attorney | Plaintiff or Defendant | Action | Summary of Services |
|------|----------|------------------------|--------|---------------------|
| Medical Development International v John Longfield Smith, Rightsoft et al Case No CA06-17 Div. 5 | Gary L. Wilkinson Bledsoe, Jacobson, Schmidt, Wright, Lang, and Wilkinson 1301 Riverplace Boulevard, Suite 1818 Jacksonville, Florida 32207 | Defendant | Trade secret use of proprietary information | Review of Materials Deposition March 10, 2011 Trial April 1, 2011 |
| Estate of John King v. Sue Kramer et al Case no :10-CV -123 | Adam Freed Sisennop & Sullivan 200 North Jefferson St. Milwaukee , WI 53202 | Defendant | Seizure Disorder, Multiple system failure Dismissed Summary Judgment | Review of Materials Deposition 3/18/2011 |
| Estate of Amon Paul Carlock Jr. Vs. Neil Williams, as Sheriff, Chief Deputy Anthony Socco, Tony Durr,  etc. | John Mehlick Hinshaw and Culbertson LLP 400 South Ninth St Suite 200 Springfield. IL 67021-1908 | Defendant | Diabetes, Hypertension, Renal Failure | Review of Materials, report 5/27/11 Deposition September 16, 2011 |

Expert Witness Work Summary                                                          Moore & Associates

| Case | Attorney | Plaintiff or Defendant | Action | Summary of Services |
|------|----------|------------------------|--------|---------------------|
| Patrick Sears v. Sheriff Harry Lee in his official capacity, Sheriff Newell Normand, in his official capacity and Deputy John Doe in his official capacity, United States District Court Eastern District of Louisiana | Christopher Sherwood Law Offices Warren A Chip Forstall Jr. 320 North Carrollton Ave Suite 200 New Orleans, LA 70119-5111 | Plaintiff | Epidural hematoma Settled December 2011 | Review of Materials Report June 2011 Deposition October 7, 2011 |

# JACQUELINE M. MOORE RN Ph.D. CCHP-A
**5861 S. Albion Court**
**Greenwood Village, CO 80121**
**(303) 771-1637**
**moor143@attglobal.net**

Experience:              Thirty-four years in the nursing field with emphasis on
                         development and supervision of health care programs in
                         ambulatory and correctional institutions.

Education:               Ph.D. University of Maryland, Baltimore, Maryland
                         Nursing
                         Graduated 1990.
                         Major:  Nursing with minor in Health Policy and
                         Economics

                         M.S.N. University of Pennsylvania, Philadelphia,
                         Pennsylvania
                         Graduated 1977.
                         Honors:  Deans List

                         B.S.N. University of Delaware, Newark, Delaware
                         Graduated 1975.

                         R.N. Nursing School of Wilmington, Wilmington,
                         Delaware
                         Graduated 1967.

Professional and Clinical Experience

**1990-Present**          **Jacqueline Moore & Associates, Littleton, Colorado**
                         *President*

                         ·        Developed consulting business for correctional health care.

                         ·        Performed site visits and evaluations for clients. Court
                                  Monitor for the State of Kentucky Juvenile System.
                                  Review of Georgia Department of Juvenile Justice facilities
                                  and development of policies, procedures and training

material. Oversaw patient care and compliance for correctional facilities.

·   Monitor for mental health services for the State of California CDCR regarding Coleman vs. Arnold Schwarzenegger

·   Currently performing an evaluation in Puerto Rico regarding correctional health services in conjunction with the Morales vs. Rossello Consent Decree.

·   Assisted clients with the preparation of proposals, policy manuals, and architectural design for new construction of correctional medical units, and requests for proposal.

·   Assisted state systems such as New Jersey, Montana, Idaho, Arkansas, Georgia, Maine, New Mexico, North Carolina and Washington with evaluations of medical services and strategic plans.

·   Developed the methodology to evaluate managed health care in the State of Texas for inmates in the Texas Department of Criminal Justice System and the Texas Youth Commission.  Methodology was developed to measure the cost and quality of health care after the implementation of a managed care network.

·   Evaluations of health care in State systems in Maine, Delaware, Tennessee, Oklahoma, Minnesota Wisconsin, and Illinois juvenile facilities.

·   Worked with OJJDP and the Council of Juvenile Correctional Administrators to develop performance based health standards for juvenile correctional and detention facilities.

·   Feature editor for Corrections Management Quarterly.

·   Editor, Correctional Health Report.


**2005 – 2007**        **Correctional Health Care Management**
*Chief Operating Officer*
Provide oversight and fiscal management for 27 contracts located in seven states.  Responsibilities include: budget, staffing, accreditation, utilization management, policies and procedures,

2

protocols, review of litigation and assistance with marketing
proposals.

**2001-2005**        **Cook County Juvenile Temporary Detention Center**
          *Health Administrator*

- Developed policies, procedures and protocols for the
  Juvenile Detention Center.

- Negotiation of settlement agreement regarding health care.

- Preparation of the facility for NCCHC and ACA
  accreditation reviews.

- Hiring and orientation of Staff.

- Preparation in grant writing and establishment of
  collaborative relationship with the County.

**1995 - 1996**        **National Commission on Correctional Health Care**
          **Chicago, Illinois**
          *Director of Operations*

- Responsible for the coordination of all committee activities
  and revision of NCCHC Jail, Prison and Juvenile Health
  Care Standards.

- Responsible for Accreditation Program which included
  scheduling of site surveys, preparation of reports,
  correspondence with facilities, provision of technical
  assistance, the revision of Standards for Health Services in
  Prisons, Jails and Juvenile Facilities, and maintenance of
  annual reports.

- Developed a surveyor course for new surveyors and revised
  surveyor training manual.

- Provision of technical assistance and development of
  strategic plans for medical assistance to state systems in
  Wyoming, Arizona, and New Jersey.

- Responsible for OJJDP grant to develop a recognition
  program for medical services provided in small juvenile
  facilities.

3

· Provides oversight for Quality Assurance Program and developed training seminars on Quality Improvement.

**1991-1994**    **Coastal Correctional Healthcare, Inc., Durham, North Carolina**
*Vice President, New Business Development*
*Coastal Correctional Health Care, Inc.*

· Responsible for the development and implementation of a new contractual correctional health care services subsidiary.

· In three years was able to obtain fourteen national contracts with revenues of over $14 million.

· Responsible for proposal, presentation, and budget preparation for each bid.

· Developed brochures, ads, and presentations.

· Trained and provided project supervision to the subsidiary's sales force.

**1988-1990**    **Wackenhut Corrections Corporation, Coral Gables, Florida**
*Vice President, Medical Services*

· Responsible for development, budget, organization, and overall supervision of medical services provided at fourteen detention and/or correctional facilities on a national basis.

· Proposal writing, marketing presentation, and bid preparation.

· Fiscal and operational management with a total budget responsibility of $7 million.

· Developed a new correctional health care division and was awarded three (4) contracts within a six (6) month period.

· Supervised 200 nursing and professional staff.

· Five (5) national contracts were accredited by the National Commission on Correctional Health Care.

4

· Developed policy and procedure manuals and treatment
protocols for all facilities.

· Negotiated all laboratory, pharmacy, hospital, and
physician contracts.

**1979-1988**          **Prison Health Services, Inc., New Castle, Delaware**
*Co-Founder and Vice President*

· Developed the first contractual correctional health care
company in the United States.

· Responsible for all aspects of the day-to-day
administrative, fiscal and operational management of nine
(9) contracts in the states of Florida, Virginia, and Georgia.

· Responsible for the care of a population of more than
10,000 inmates.

· Developed and maintained Quality Assurance and
Utilization Review programs.

· Experienced in legislative writing, testified as an expert in
correctional health care before Florida Legislature.

· Consulted as expert witness in correctional health care
lawsuits.

· Developed first policy and procedure manuals for Prison
Health Services.

· All Florida, Virginia, and Georgia contracts were
accredited by the National Commission on Correctional
Health Care (NCCHC).

· Organized and coordinated correctional conferences on
"AIDS" and "Jail Health Care and Legal Liabilities".

**1977-1979**          **Sacred Heart Hospital, Chester, Pennsylvania**
*Operating Room Supervisor*

· Responsible for budget, scheduling, staffing and
coordination of operating and recovery room departments.

**Sacred Heart Hospital, Chester, Pennsylvania**
*Prison Health Service Coordinator*

· Designed a proposal and established a new health care program for corrections in conjunction with Sacred Heart Hospital.

**1976-1983**    **Delaware National Guard, New Castle, Delaware**
*Major, Army Reserve*

· Responsible for supervision, training and evaluation of Corpsmen.

· Taught in Army-sponsored LPN program.


**Teaching Experience:**

**2010-2012**    **University of Colorado School of Nursing, Colorado Springs, Colorado**
*Lecturer*
On-line course in Correctional Health Care

**1995-2005**    **Duke University, School of Nursing Administration, Durham, North Carolina**
*Adjunct Assistant Professor*

· Responsible for development of a course for nurse practitioners and nurse administrators on "Entrepreneurial Ventures in Nursing".

**1990-1991**    **Widener University, School of Nursing, Chester, Pennsylvania**
*Adjunct Assistant Professor*

· Responsible for development and marketing, recruitment and enrollment management plan for nursing school.

· Clinical instructor in RN/BSN program.

**1977-1982**    **Delaware Technical and Community College, Stanton, Delaware**
*Curriculum Coordinator*

· Responsible for planning and coordination of nursing curriculum for Associate Degree Programs, selection of students, and recruitment and orientation of nursing facility.

6

·        Courses taught were Advanced Medical Surgical Nursing and Human Sexuality.

·        Exchange Professor to Taiwan in 1982. Taught Research and Physical Assessment to graduate nursing students at Foo Yen College.

**1977-1981**     **University of Delaware, Newark, Delaware**
              *Clinical and Classroom Instructor*

·        Taught refresher course for Registered Nurses.

**<u>Clinical Experience:</u>**

**1967-1975**     **Wilmington Medical Center, Wilmington, Delaware**
              *Staff and Charge Nurse*

·        Areas included medical - surgical nursing, intensive care unit and operating room.

**<u>Affiliations:</u>**

**<u>Professional</u>**

Board Member Board of Trustees for NCCHC (2007-2011)
American Nurses Association Task for Revision of Standards for Correctional Health Care for Nurses 2002
American Nurses Association (ANA)
ANA Representative on Board for National Commission on Correctional Health Care (1986-1995)
Delaware Nurses Association
      President (1988-1990)
      Treasurer (1980-1982)
      Executive committee (1978-1980)
American Correctional Health Care Association Board Member (2002-2006)
Phi Kappa Phi - Honor Society of University of Maryland
American Jail Association
American Corrections Association
Colorado Nurses Association

**<u>Legislative</u>**

·     Board of Advisor - Widener University School of Nursing

7

Governor's Task Force in Heath Care Manpower in Delaware (10/88-3/90)
Editorial Review of Health Care Manuscripts for the American
Corrections Association Journal, Correction's Today
Board of Advisors for West Side Health Center, Wilmington, Delaware

**Publications:**

Moore, J., *Legal Considerations in Correctional Nursing* (Springer Publishing Company in Essentials of Correctional Nursing, forthcoming 2013).

Moore, J., *Issues and Trends in Nursing,* Task Force for ANA Standards for Correctional Health Care (American Nurses Association, currently in print).

Moore, J. & Spears B., *Charting with a Jury in Mind*, Correctional Health Report, Volume 12, No 3 (2011).

Moore, J., *Bernard Harrison, his life and the legacy he left behind*, Correctional Health Report (September 2004).

Moore, J., *Harvesting Life's Lessons*, Correctional Health Report (September 2004).

Moore, J., *Management & Administration of Correctional Health Care: Policy, Practice and Administration*, Civic Research Institute, Inc. (2003).

Moore, J., *Juvenile Health Care*, Journal for Juvenile Justice and Detention Services (1999).

Moore, J., *Juvenile Corrections: A Public View of the Private Sector*, Corrections Management Quarterly (1999).

Moore, J., Correctional Health Care Forms, Checklists and Guidelines Aspen Publications, May, 1999.

Moore, J., *Juvenile Health Care*, Corrections Management Quarterly (1999).

Moore, J., *Privatization of Inmate Health Care A new approach to an old problem,* Corrections Management Quarterly (1999).

Moore, J., *Considering the Private Sector in Health Care Management Issues in Corrections* (Kenneth L. Faiver ed., United Book Press, American Correctional Association, 1998).

8

Moore, J., *Informed Consent with Prisoners in Research:  Issues, Dilemmas, and Regulations*, CORRECTCARE (June-July 1995).

Moore, J., *Exploration of Factors Affecting the Nursing Shortage in a Correctional Heath Care Delivery System* American Jails (1991).

Moore, J., *Saints Among Sinners*, The Reporter (1991).

Moore, J., *Study on Nursing Shortage in Correctional Health Care*, CORRECTCARE (1989).

Moore, J., *Privatization of Prison Health Services*, The Privatization Review (1986).

Moore, J., *Prison Health Care:  Problems and Alternative in the Delivery of Health Care to the Incarcerated*, Part I and Part II, Florida Medical Association, Inc. (1986).

Moore, J., *Institutional Health Care:  Emergence of a New Perspective*, California Correctional News (1985).

Moore, J., *Contracted Health Care - New Approach to an Old Problem*, Corrections Today (1984).


**Presentations:**

Bureau of Labor Statistics, "Overview of Privatization of Correctional Health Care and Cost of Inmate Health Care" Hyattsville, Maryland (June 28-29, 2010).

National Commission on Correctional Health Care, "Charting with a Jury in Mind" Orlando, Florida (October 2009).

National Commission on Correctional Health Care, "Accreditation Juvenile Standards" Las Vegas, Nevada (October 2008 & 2009).

National Commission on Correctional Health Care, "Accreditation Juvenile Standards" Orlando, Florida (October 2007).

National Commission on Correctional Health Care, "Budget Preparation and Presentation of the Non-Financial Professional" Nashville, Tennessee (October 2007).

National Commission on Correctional Health Care, "Budget Preparation and Presentation for the Non-Financial Professional" Atlanta, Georgia (October 2006).

Chicago Public Health and Corrections Special Focus on Women's Issues, "Benefits of Quality Correctional Health Care: The Accreditation Process with a Special Emphasis on Women Offenders" Chicago, Illinois (November 2003).

Health and Medicine Policy Research Group, "Healing Girls in the Juvenile Justice System: the Challenge to our Community" Chicago, Illinois (July 2003)

American Correctional Association, "The Private Sector- How Good is the Care" Phoenix, Arizona (January 2000).

Georgia Department of Juvenile Justice Office or Medical Services Training, "Overview of Juvenile Health and Conditions affecting Juvenile Health Care" Wrightsville, Georgia (June 1999).

University of Massachusetts Medical School, "Correctional Health Care- A Quest for Quality" Worcester, Massachusetts. (June 1999)

National Commission on Correctional Health Care, "Findings of an Evaluation Research Study Designed to Evaluate Cost and Quality of Managed Health Care in the State of Texas Prison and Juvenile Facilities," Long Beach, California (November 1998).

South Dakota Department of Correction, "Managing Health Care in a Correctional Setting" Sioux Falls, South Dakota (October 1998).

Wisconsin Department of Corrections, Training Seminar, "Jail Health Care Key Issues" Wisconsin Rapids, Wisconsin (May 1995).

National Commission on Correctional Health Care, "Ethical Issues in Nursing" Chicago, Illinois, (September 1993).

Florida Criminal Justice Executive Institute, "Operational Concerns - Medical Issues" St. Petersburg, Florida (April 1992).

American Academy of Criminal Justice Sciences, "The Effects of the Nursing Shortage in Correctional Health Care" Pittsburgh, Pennsylvania (March 1992).

Anchorage World Congress of Prison Health Care, "Exploration of Factors Affecting the Nursing Shortage in Correctional Health Care Delivery System" Anchorage, Alaska (May 1991).

American Correctional Health Services Association, "Correctional Nursing - The Decade Ahead" Baltimore, Maryland (March 1991).

Annual School for Sheriffs and Jailers, "Medical Care in the U.S. Jails" Institute of Government at the University of North Carolina, Chapel Hill, North Carolina (January 1990).

Thirteenth National Conference on Correctional Health Care sponsored by the National Commission on Correctional Health Care, "Nursing Shortage in County Jails" Chicago, Illinois (November 1989).

National Conference on Alternatives to Jail and Prison Overcrowding, "AIDs:  Challenge to Corrections" Orlando, Florida (October 1989).

American Jail Association Annual Conference, "Recruitment and Retention of Personnel" Hollywood, Florida (May 1989).

Twelfth National Conference on Correctional Care sponsored by the National Commission on Correctional Health Care, "AIDS:  Challenge to Corrections" Lake Buena Vista, Florida (March 1988).

American Correctional Health Services Conference, "Correctional Health Care: Economic, Organizational and Legal Barriers" Philadelphia, Pennsylvania (April 1987).

Academy of Criminal Justice Sciences, "Prison Health Care:  Problems and Alternatives" Orlando, Florida (March 1986).

The Measurement of Clinical and Educational Outcomes, "Development of a Health Assessment Evaluation Instrument" New Orleans, Louisiana (June 1985).

Criminal Justice Center, Sam Houston State University, "An Alternative Approach to Health Care in Prisons" Huntsville, Texas (May 1984).