# ATTACHMENT C

# CHARLES L. SCOTT, M.D.

I am Clinical Professor of Psychiatry at the University of California, Davis. I am licensed to practice medicine in the state of California. I am board certified by the American Board of Psychiatry and Neurology (ABPN) in General Psychiatry, Child and Adolescent Psychiatry with Added Qualification in Forensic Psychiatry and Addiction Psychiatry.

I have been the Forensic Psychiatry Fellowship Training Director at the University of California, Davis since October of 1998 and have been Chief, Division of Psychiatry and the Law at University of California, Davis since 2002. In my role as Training Director, I am responsible for providing training to the forensic psychiatric fellows on issues in regard to malpractice and constitutional standards of care in correctional facilities.

I am the immediate Past-President of the American Academy of Psychiatry and the Law (AAPL) and have also served as Vice-President of AAPL and as a national Counselor of AAPL. Since 1996, I have been one of four psychiatrists selected from the United States to provide national training for the AAPL Annual Forensic Review Course. I have been the single national faculty member selected to provide the national training for issues related to correctional mental health care for this national annual training.

I have direct clinical experience working as a psychiatrist in correctional settings. In particular, I have conducted evaluations of U.S. Army soldiers facing charges and housed in detention in my role as an Army psychiatrist, have conducted evaluations of inmates in the Cuyahoga County Jail and Cuyahoga County Juvenile Detention Facility (Ohio), have provided ongoing psychiatric care for inmates at Louisiana's Hunt Correctional Facility from 1996-1998, have provided ongoing psychiatric care at the maximum security forensic psychiatric unit at Louisiana's Feliciana Forensic Facility from 1996-1998, and have worked as a correctional psychiatrist at the Sacramento County Jail from 1998 through 2010. In addition, I have served as the forensic psychiatric consultant to Napa State Hospital, a facility that houses pre-trial detainees for competency restoration and mentally disordered offenders. I have served as a consultant in this capacity from 1998 until the present time.

In my role as an expert on correctional mental health, I have served as an expert witness on litigation issues involving standard of care in the states of Alabama, Arizona, California, Florida, Illinois, and New Mexico.

I have also numerous publications related to correctional mental health care and have served as Editor of two editions of the American Psychiatric Association's Handbook of Correctional Mental Health Care. My curriculum vitae (included in this attachment) provides a list of my publications in the last 10 years. I have provided numerous trainings on standards of care in correctional settings, have served on California's Judicial Action Committee, and presently serve as a member of the American Psychiatric Association's Council on Psychiatry and the Law.

The hourly compensation for my time is $400 per hour and is paid directly to the University of California, Regents.

**Charles Scott Testimony:  December 2008 through December 2012**

| | |
|---|---|
| _Earl Bode, et al. v. County of Sacramento; Tette, et al._ | Retained by:  Kirk Wolden, Arnold Law Firm (plaintiff) 865 Howe Avenue, Suite 300, Sacramento, CA 95825.  Deposition location: University of California, Davis Medical Center – Sacramento.  Date of deposition:  5/11/2009 |
| _Brandon v. Advanced Correctional Healthcare, et al._ | Retained by:  Peter Jennetten (defense), Quinn, Johnston, Henderson & Pretorius, 227 N.E. Jefferson Ave, Peoria, IL, 61602. Deposition location:  University of California, Davis Medical Center – Sacramento.  Date of deposition: 11/6/2009 |
| _Morales v. California Department of Youth Authority._ | Retained by:  DAG Grant Lien (defense), California Department of Justice, 1300 I Street, Suite 125, Sacramento, CA. Deposition location:  University of California, Davis Medical Center – Sacramento. Date of deposition:  11/10/2009 |
| _Diana Loza-Mejia  v. Loza Trucking_ | Retained by:  Robert A. Buccola (plaintiff), Dreyer, Babich, Buccola, Callaham & Wood, LLP, 20 Bicentennial Circle, Sacramento, CA, 95826. Deposition location:  University of California, Davis Medical Center – Sacramento.  Date of deposition:  1/29/2010 |
| _Diana Loza-Mejia  v. Loza Trucking_ | Retained by:  Robert A. Buccola (plaintiff), Dreyer, Babich, Buccola, Callaham & Wood, LLP, 20 Bicentennial Circle, Sacramento, CA, 95826. Sacramento County Superior Court.  Date of trial testimony: 2/24/2010 |
| _United States  v. SPC Justin P. Swift_ | Retained by:  Captain Bradford Bigler, Office of the Staff Judge Advocate (prosecution), United States Army, 1733 Pleasonton Road, Fort Bliss, TX, 79916-6816.  Date of trial testimony: 3/8/2010 |
| _Delores McKinnon  v. Sacramento Hotel Partners_ | Retained by:  Virginia Jo Dunlap, Esq. (plaintiff), 5312 McMillan Drive, Fair Oaks, CA.  Sacramento County Superior Court, Case No. 08-00023181. Date of deposition testimony:  5/10/2010 |
| _United States  v._ | Retained by:  Captain Meghan Poirier, Senior Trial |

| | |
|---|---|
| _SFC Jeremy Sheilds_ | Counsel (prosecution), 101st Airborne Divison, United States Army, Fort Campbell, KY, 42223. Date of trial testimony:  6/16/2010 |
| _John Guynn  v. Raley's, et al._ | Retained by:  Jennifer Madden (defense), Downey Brand, 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.  Sacramento County Superior Court, Case No. 34-2008-0027065-CU-WT-GDS.  Date of trial testimony:  7/28/2010 |
| _Diane Colby  v. Signature Properties, Inc._ | Retained by:  D. Gregory Valenza (defense), 520 Capitol Mall, Suite 630, Sacramento, CA 95814.  Sacramento County Superior Court, Case No. 34-200800025461.  Date of trial testimony:  8/2/2010 |
| _People  v. Robert Zmrzel_ | Retained by:  Michael Rothschild, (defense), Rothschild, Wishek & Sands, LLP.  901 F Street, Suite 200, Sacramento, CA 95814.  Placer County Superior Court, Case No. 62-82501.  Date of trial testimony:  9/24/2010 |
| _Lopez v. Kaiser_ | Retained by:  Steven H. Schultz (plaintiff), Demas & Rosenthal, Attorneys at Law.  701 Howe Avenue, Suite A1, Sacramento, CA 95825.  Arbitration No. 9872.  Date of deposition testimony:  1/24/2011 |
| _Jeremy Gilmore  v. Union Pacific._ | Retained by:  Larry Lockshin, A Law Corporation (plaintiff), 555 University Avenue, Suite 200, Sacramento, CA 95825.  United States District Court, Eastern District of California, Case No. 2:09-CV-02180-JAM-DAD.  Date of deposition testimony:  2/8/2011 |
| _United States  v. SFC Joshau Sickels_ | Retained by:  Captain Jocelyn Stewart, Office of the Staff Judge Advocate (prosecution), Criminal Law Division, United States Army, Fort Riley, KS.  Date of trial testimony:  2/10/2011 |
| _United States  v. SGT Yusuf Muhammad_ | Retained by:  Major Matthew Calarco, Special P Victim rosecutor, Ft. Cambpell, Ft. Leonard Wood & Redstone Arsenal, Office of the Staff Judge Advocate, Fort Campbell, KY.  Date of trial testimony:  4/25/2011 |
| _Joseph Voytek  v._ | Retained by:  A. Steven Frankel, Ph.D., J.D., |

| | |
|---|---|
| _County of Alameda, Alameda. County Medical Center, et al._ | Attorney at Law (plaintiff), 3527 Mt. Diablo Blvd, #269, Lafayette, CA 94549.  Superior Court of California, County of Alameda,  Case No. RG10503470.  Date of deposition testimony: 9/13/2011 |
| _Joseph Voytek  v. County of Alameda, Alameda. County Medical Center, et al._ | Retained by:  A. Steven Frankel, Ph.D., J.D., Attorney at Law (plaintiff), 3527 Mt. Diablo Blvd, #269, Lafayette, CA 94549.  Superior Court of California, County of Alameda,  Case No. RG10503470.  Date of arbitration testimony: 10/3/2011 |
| _People  v. Andrew Downs_ | Retained by:  Matthew Guerrero, Attorney at Law, Law Offices of Maguire & Ashbaugh / San Luis Obispo Public Defender, 991 Osos St. Ste. A, San Luis Obispo, CA  93401.  Superior Court of California, County of San Luis Obispo, Case No. F455576.  Dates of trial testimony:  1/30/2012 and 1/31/2012 |
| _Brian Rinetti v. California Department of Corrections and Rehabilitation_ | Retained by:  Bart Jenks, Deputy Attorney General, California Department of Justice, Office of the Attorney General, 1300 I Street, Sacramento, CA 95814.  Superior         Court of California, County of Sacramento, Case No. 34-2009-00044377.  Date of deposition testimony:  3/7/2012 |
| _Jeremy Gilmore  v. Union Pacific._ | Retained by:  Larry Lockshin, A Law Corporation (plaintiff), 555 University Avenue, Suite 200, Sacramento, CA 95825.  United States District Court, Eastern District of California, Case No. 2:09-CV-02180-JAM-DAD.  Date of deposition testimony:  3/13/2012 |
| _People  v. Shane Vicars_ | Retained by:  Shannon Baker, Rothshchild, Wishek & Sands, LLP, 9001 F Street, Suite 200, Sacramento, CA 95814.  Superior Court of California, County of Sacramento, Case No. 10F00210.  Date of trial testimony:  4/11/2012 |
| _United States  v. SGT Brent A. Burke_ | Retained by:  Major Matthew Calarco, Special Victim Prosecutor, Ft. Cambpell, Ft. Leonard Wood & Redstone Arsenal, Office of the Staff Judge |

|  | Advocate, Fort Campbell, KY. Dates of trial testimony: 5/6 through 5/9/2012 |
|---|---|
| *In Re: Estate of Jose Teles* | Retained by: John Mancuso, Law Office of P. John Mancuso, 724 North First Street, San Jose, CA 95112. Superior Court of California, County of Santa Clara, Case No. 1-09-PR-165989. Date of deposition testimony: 5/25/2012 |
| *Joseph Voytek v.* <br> *County of Alameda, Alameda.* <br> *County Medical Center, et al.* | Retained by: A. Steven Frankel, Ph.D., J.D., Attorney at Law (plaintiff), 3527 Mt. Diablo Blvd, #269, Lafayette, CA 94549. Superior Court of California, County of Alameda, Case No. RG10503470. Date of deposition testimony: 10/10/2012 |

# Charles L. Scott, MD

**Chief, Division of Psychiatry and the Law**
**Professor of Clinical Psychiatry**
**Department of Psychiatry & Behavioral Sciences**
**University of California, Davis School of Medicine**

## MEDICAL LICENSE

California

## BOARD CERTIFICATION

| | |
|---|---|
| April 1998 | Added Qualifications in Addiction Psychiatry American Board of Psychiatry and Neurology (Recertification September 2008; certification #1522) |
| April 1996 | Added Qualifications in Forensic Psychiatry American Board of Psychiatry and Neurology (Recertification May 2006; certification #462) |
| September 1993 | Child and Adolescent Psychiatry American Board of Psychiatry and Neurology |
| June 1992 | General Psychiatry American Board of Psychiatry and Neurology |

## MEDICAL AND PSYCHIATRIC TRAINING

| | |
|---|---|
| July 1995-June 1996 | Forensic Psychiatry Fellowship University Hospitals, Cleveland, Ohio Case Western Reserve University School of Law |
| July 1989-June 1991 | Child and Adolescent Psychiatry Fellowship University of California, San Francisco |
| July 1987-June 1989 | Adult Psychiatry Residency Walter Reed Army Medical Center Washington, DC |
| July 1986-June 1987 | Transitional Internship |

Walter Reed Army Medical Center
Washington, DC

## WORK EXPERIENCE

January 2002-present

**Chief, Division of Psychiatry and the Law
Professor of Clinical Psychiatry**
University of California, Davis

*Responsible for provision of forensic psychiatry
consultation and teaching to Napa State Hospital,
oversight of Clinical Demonstration/Research Unit
at Napa State Hospital, provision of mental health
services to Sacramento County Jail, and Director of
Psychiatry and the Law Forensic Evaluation Clinic.*

September 1998- present

**Director, Forensic Psychiatry Fellowship**
University of California, Davis

*Director of Forensic Psychiatry Fellowship
Training Program overseeing forensic didactic
training and education in landmark mental health
law cases.  Successfully achieved first time ACGME
accreditation for the forensic psychiatry residency
program in 1998 with subsequent five-year renewed
accreditation awarded in 2002, and five-year
renewed accreditation with commendation awarded
in 2009.*

September 1998-present

**Director of Forensic Psychiatry Case Seminar**
*UC Davis Forensic Psychiatry Residency*

*Responsible for the instruction of psychiatrists in
criminal and civil psychiatric evaluations.  These
assessments include insanity and competency to
stand trial evaluations, psychiatric damages
evaluations, medical malpractice, independent
medical examinations, sexual harassment
examinations, and dangerousness assessments.*

September 1998-June 2003

**Director of Basic Law for the Psychiatrist
Seminar**
*UC Davis Forensic Psychiatry Residency*

| | |
|---|---|
| September 1998-July 2003 | **Co-Instructor of Mental Health Law Class**<br>*UC Davis School of Law* |
| September 1998-July 2003 | **Co-Instructor of Clinical Case Mental Health Law Class**<br>*UC Davis School of Law* |
| September 1998-present | **Psychiatric Consultant to Sacramento County Jail** |
| September 1998-present | **Director, Forensic Psychiatric Consultation Service, Napa State Hospital** |
| September 1998-present | **Psychiatric Consultant to Napa State Hospital** |
| July 1996-August 1998 | **Assistant Professor of Psychiatry**<br>**Assistant Clinical Professor of Pediatrics**<br>Tulane University Medical Center<br>Department of Psychiatry and Neurology<br><br>*Served as faculty instructor for third year medical school psychiatric lectures, child and adolescent psychiatry residents and forensic psychiatry residents.*<br><br>**Co-director of Tulane University Forensic Psychiatry Fellowship**<br><br>*Successfully achieved first-time accreditation of fellowship by ACGME.*<br><br>**Director of Competency Restoration Unit**<br>*Feliciana Forensic Facility*<br><br>*Responsible for provision of psychiatric services and competency to stand trial evaluations for the only maximum-security psychiatric unit in Louisiana.*<br><br>**Director of Forensic Psychiatry Case Seminar**<br>*Tulane Forensic Psychiatry Residency*<br><br>*Responsible for the instruction of psychiatrists in criminal and civil psychiatric evaluations. These assessments include insanity and competency to* |

9

*stand trial evaluations, psychiatric damages evaluations, medical malpractice, independent medical examinations, sexual harassment examinations, and dangerousness assessments.*

**Director of Child Psychiatry and the Law Section**

*Responsible for the instruction of psychiatry fellows in conducting custody evaluations. Instructor for the forensic psychiatry fellows in the assessment of juvenile transfers to adult court and juvenile competency to stand trial evaluations.*

**Psychiatric Consultant to Elayne Hunt Correctional Facility**

*From 1996-1997 served as psychiatric consultant to maximum-security correctional psychiatric unit.*

July 1994-June 1995

**Chief, Psychiatry Outpatient Service**
**Chief, Child and Adolescent Psychiatry Services**
William Beaumont Army Medical Center
El Paso, Texas

*Oversaw implementation of civilian CHAMPUS recapture program for children and adolescents in an area encompassing six states.*

*Developed and implemented the mental health emergency triage system for all six services under the Department of Mental Health.*

*Directed Quality Improvement Program for Department of Mental Health.*

*Supervised psychiatry residents from Texas Tech School of Medicine.*

*Served as JCAHO advisor to the Department of Mental Health and the Alcohol and Drug Abuse Counseling Service.*

June 1993-June 1994

**Chief, Department of Psychiatry**
67th Combat Support Hospital
Wuerzburg, Germany

*Responsible for organizing and delivering care for a catchment area population of over 100,000 soldiers and family members.*

*Served as the European Drug and Alcohol Consultant to Adolescent Substance Abuse Counseling Services.*

*Developed an intensive training program for counseling interns with the University of Maryland and with paraprofessional staff.*

*Clinical Consultant to the Family Advocacy Case Management Team-panel to review referred cases of suspected child abuse.*

*Organized psychiatry review course for oral boards for military psychiatrists in Europe.*

*Doubled staffing and provided highest number of patient contacts of all military hospitals in Europe despite an aggressive downsizing of military forces.*

*Presented lectures to Wuerzburg School of Medicine and to European Medical Conference.*

July 1992-June 1993          **Chief, Child and Adolescent Psychiatry Services**
67th Evacuation Hospital
Wuerzburg, Germany

*Developed an outpatient Child and Adolescent Psychiatry Service within 30 days of assuming job position.*

*Clinical consultant to adolescent drug and alcohol counselors, Department of Defense schools, developmental pediatricians and psychologists.*

*Clinical Consultant to the Family Advocacy Case Management Team-panel to evaluate referred cases of suspected child abuse.*

July 1991-June 1992          **Chief, Outpatient Psychiatry Service**
5th General Hospital
Stuttgart, Germany

11

*Awarded for the successful development of a
transition care plan for all patients requiring
continued psychiatric care after hospital closure.*

## POST GRADUATE EDUCATION

July 1982-May 1986              Emory University School of Medicine, Medical Degree
                                *Cum Laude* graduate, Atlanta, Georgia

## UNDERGRADUATE EDUCATION

September 1981-June 1982        University of St. Andrews, St. Andrews, Scotland

                                *Certificate of Merit Winner for Academic Achievement
                                in Baroque Music History and Biochemistry*

September 1978-June 1981        Emory University, Atlanta, Georgia, BA. Music

## AWARDS AND HONORS

Alpha Omega Alpha Honor Society

Glaxo Welcome/Association for Academic Psychiatry Junior Faculty Development Award
1998-One of six junior psychiatric faculty nationwide recognized for dedication to teaching.

Phi Beta Kappa Honor Society

John Gordon Stipe Scholar-One of 12 undergraduates selected for four-year scholarship based
on creative scholarship and academic achievement.

Robert T. Jones Scholar, 1982-Only undergraduate selected from over 4 thousand students for
a full scholarship to University of St. Andrews, Scotland.

Outstanding Military Child Psychiatry Fellow, 1992-Awarded clinical practicum with
Maudsley Hospital, London, England

United States Army Commendation Award for development of patient transition care plan,
May, 1992.

United States Army Meritorious Service Medal for organizing the delivery of psychiatric
service to an area encompassing over 60% of Germany, June, 1994.

United States Army Meritorious Service Medal for serving as the officer in charge of JCAHO preparation for the William Beaumont Army Medical Center Department of Mental Health and Alcohol and Drug Abuse Counseling Service.

Irma Bland, MD Certificate of Excellence in Teaching Residents Award in recognition of outstanding and sustained contributions to resident education awarded at the American Psychiatric Association Meeting, May 22, 2005

## **ARTICLES**

1. Resnick PJ, **Scott CL**: Legal Issues in Treating Perpetrators and Victims of Violence. Psychiatric Clinics of North America, 20:473-487, 1997

2. **Scott CL**:  Juvenile Violence. Psychiatr Clin North Am, 22(1):71-83, 1999

3. **Scott CL,** Yarvis R:  *Hubbart v. Superior Court of Santa Clara County*. J Am Acad Psychiatry Law, 28(1):82-85, 2000

4. **Scott CL,** Nabong M: *Davis v. Monroe County*. J Am Acad Psychiatry Law, 28(3):348-351, 2000

5. **Scott CL**:  *Troxel v. Granville*: Grandparent's Rights versus Parental Autonomy. J Am Acad Psychiatry Law, 28(4):465-468, 2000

6. Leamon MH, Fields L, Cox PD, **Scott CL**, Mirassou M:  Medical Students in Jail-The Psychiatric Clerkship in an Outpatient Correctional Setting. Acad Psychiatry, 25(3):1-6, 2001

7. Giorgi-Guarnieri D, Janofsky J, Keram E, Lawsky S, Merideth P, Mossman D, Schwartz-Watts D, **Scott CL**, Thompson J, Zonana HV:  Practice Guideline: Forensic Psychiatric Evaluation of Defendants Raising the Insanity Defense. J Am Acad Psychiatry Law, 30(2):S3-S30, 2002

8. **Scott CL**, Resnick PJ:  Violence Risk Assessments in Psychiatric Patients. Psychiatric News, April 2002

9. Edwards, D, **Scott CL**, Yarvis, R, Paizis, C, Panizzon, M:  Impulsiveness, Impulsive Aggression, Personality Disorder, and Spousal Violence. Violence Vict, 18(1):3-14, 2003

10. Scott, CL:  Commentary: A Road Map for Research in Restoration of Competency to Stand Trial. J Am Acad Psychiatry Law, 31(1):36-43, 2003

11. **Scott, CL**, Gerbasi, JB: *Ring v. Arizona*: Who Decides Death?. J Am Acad Psychiatry Law, 31(1):106-109, 2003

12. **Scott, CL,** Gerbasi, JB: *Atkins v. Virginia*: Execution of Mentally Retarded Defendants Revisited. J Am Acad Psychiatry Law, 31(1):101-105, 2003

13. Walsh E, Moran P, **Scott CL**, McKenzie K, Burns T, Creed F, Tyrer P, Murray RM, Fahy T: The Prevalence of Violent Victimization in Severe Mental Illness. Br J Psychiatry, 183:233-238, 2003

14. **Scott CL**, Gerbasi J: Sex Offender Registration and Community Notification Challenges: The Supreme Court Continues its Trend. J Am Acad Psychiatry Law, 31(4):494-501, 2003

15. **Scott CL**, Holmberg T: Castration of Sex Offenders: Prisoner's Rights Versus Public Safety. J Am Acad Psychiatry Law, 31(4):502-509, 2003

16. Quanbeck CD, Stone DC, **Scott CL**, McDermott BE, Altshuler LL, Frye MA: Clinical and Legal Correlates of Inmates with Bipolar Disorder at Time of Criminal Arrest. J Clin Psychiatry, 65(2):198-203, 2004

17. Gerbasi JB, **Scott CL**: *Sell v. U.S.*: Involuntary Medication to Restore Trial Competency-A Workable Standard? J Am Acad Psychiatry Law, 32(1):83-89, 2004

18. Quanbeck CD, Stone DC, McDermott BE, Boone K, **Scott CL**, Frye MA: Relationship Between Criminal Arrest and Community Treatment History Among Patients with Bipolar Disorder. Psychiatr Serv, 56(7):847-852, 2005

19. **Scott CL**: *Roper v. Simmons*: Can Juvenile Offenders be Executed? J Am Acad Psychiatry Law, 33(4):547-552, 2005

20. **Scott CL**: Commentary: Developmental Stages of Forensic Psychiatry Fellowship Training–from Theoretical Underpinnings to Assessment Outcomes. J Am Acad Psychiatry Law, 33(3):328-334, 2005

21. McDermott BE, Gerbasi J, Quanbeck C, **Scott CL**: Capacity of Forensic Patients to Consent to Research: the Use of the MacCAT-CR. J Am Acad Psychiatry Law, 33(3):299-307, 2005

22. **Scott CL**: Psychiatry and the Death Penalty. Psychiatr Clin North Am, 29:791-804, 2006

23. **Scott CL**, Swartz E, Warburton K: The Psychological Autopsy: Solving the Mysteries of Death. Psychiatr Clin North Am, 29:805-822, 2006

24. **Scott CL**, Resnick PJ: Violence Risk Assessment in Person with Mental Illness. Aggression and Violent Behavior, 11:598-611, 2006

25. **Scott CL,** Lewis CF, McDermott BE: Dual Diagnosis Among Incarcerated Populations: Exception or Rule? J Dual Diagnosis, 3(1):33-58, 2006

26. Quanbeck CD, McDermott BE, Lam J, Eisenstark H, Sokolov G, **Scott CL**: Categorization of Aggressive Acts Committed by Chronically Assaultive State Hospital Patients. Psychiatr Serv 58(4):521-528, 2007

27. McDermott BE, Edens JF, Quanbeck CD, Busse D, **Scott CL**: Examining the Role of Static and Dynamic Risk Factors in the Prediction of Inpatient Violence: Variable and Person-Focused Analyses. Law Hum Behav, 32(4):325-38, 2008

28. Harlow M, Norko M, **Scott CL**: *U.S. v. Weber*: Penile Plethysmography Testing for Convicted Sex Offenders. J Am Acad Psychiatry Law, 35(4), 2007

29. Novak B, McDermott B, **Scott CL**: Sex Offenders and Insanity: An Examination of 42 Individuals Found Not Guilty by Reason of Insanity. J Am Acad Psychiatry Law, 2007

30. Mossman D, Noffsinger SG, Ash P, Frierson RL, Gerbasi J, Hackett M, Lewis CF, Pinals DA, **Scott CL**, Sieg KG, Wall BW, Zonana HV: AAPL Practice Guideline for the Forensic Psychiatric Evaluation of Competency to Stand Trial. J Am Acad Psychiatr Law, 35(4), 2007

31. **Scott CL**: Correctional Psychiatry and Right to Treatment.  Audio-Digest Psychiatry 37:19, October 7, 2008

32. McDermott BE, Edens JF, Quanbeck CD, Busse D, **Scott CL**: Examining the Role of Static and Dynamic Risk Factors in the Prediction of Inpatient Violence: Variable and Person-Focused Analyses. Law Hum Behav, 32(4):325-38, 2008

33. **Scott CL**:  Forensic Issues in Child Sexual Abuse Allegations. Psychiatric Times, 24(14):28-30, 2008

34. McDermott BE, Quanbeck DC, Busse D, Yastro K, **Scott CL**: The accuracy of risk assessment in the prediction of impulsive versus predatory aggression. Behav Sci Law 26 (6): 759-77, 2008

35. McDermott BE, **Scott CL**, Busse D, Andrade F, Zozaya M, Quanbeck CD: The conditional release of insanity acquittees: three decades of decision-making. J Am Acad Psychiatry Law, 36(3):329-36, 2008

36. **Scott CL,** Resnick PJ: Assessing potential for harm: Would your patient injure himself or others? Current Psychiatry, 8:24-33, 2009

37. **Scott CL**: The Americans With Disabilities Act Amendments Act of 2008: implications for the forensic psychiatrist. J Am Acad Psychiatry Law, 38:95-99, 2010

38. Soulier M, **Scott CL**: Juveniles in Court. Harv Rev Psychiatry. 2010 Nov-Dec;18(6):317-25.

39. **Scott CL**: The child and adolescent track in the forensic fellowship. Child and Adolescent Psychiatric Clinics of North America, 20(3):565-575, 2011

40. McDermott B, Dualan IV, **Scott CL**: The Predictive Ability of the Classification of Violence Risk (COVR) in a forensic psychiatric hospital. Psychiatric Services, 62:430-433, 2011

41. Newman WJ, Holt BW, Rabun JS, Phillips G, **Scott CL**: Child sex tourism: extending the borders of sexual offender legislation. Int J Law Psychiatry. 2011 Mar-Apr;34(2):116-21. Epub 2011 Mar 21.

42. **Scott CL**, McDermott B, Bobb D, Reid R: Malingering assessments in a correctional environment. Correctional Health Care Report. July/August 2012;13(5):65-80

43. **Scott CL**: Evaluating amnesia for criminal behavior: a guide to remember. Psychiatr Clin North Am, 35(4):797-820, 2012

44. Newman WJ, **Scott CL**: Brown v. Plata: Overcrowding in America's prisons. Journal of American Academy of Psychiatry and the Law. 40:547–52, 2012

45. Xiong GL, Iosiff A, Brooks M, **Scott CL**, Hilty D: Decertification Outcomes for Bipolar Disorder in an Inpatient Community Mental Health Treatment Center: Impact on Subsequent Service Use Over Two Years. Community Mental Health Journal, 48(6):761-764, 2012

**BOOK CHAPTERS**

1. Lowe T, **Scott CL**: Elimination disorders and parasomnias in children and adolescents, in Textbook of Psychiatry. Philadelphia, Lippincott, 1992

2. **Scott CL,** Resnick PJ:  The Prediction of Violence, in Aggression and Violence: An Introductory Text. Edited by Van Hasselt V, and Hersen M. Boston, Allyn & Bacon, 2000, pp 284-302

3. **Scott CL,** Dalton R:  Vegetative disorders, in Nelson Textbook of Pediatrics. Edited by   Behrman R, Kliegman R, Jenson H. Philadelphia, W. B. Saunders, 2000, pp 72-73

4. **Scott CL:** Mental health law, in Mental Health Care Administration: A Guide for Practitioners. Edited Rodenhauser P. Ann Arbor, University of Michigan Press, 2000, pp 101-126

5. **Scott CL**: Juvenile waivers to adult court, in Principles and Practice of Child and Adolescent Psychiatry. Edited by Schetky D, Benedek E. Washington, DC, American Psychiatric Publishing, Inc., 2002, pp 289-295

6. **Scott CL**, Hilty D:  Impulse control disorders not elsewhere classified, in American Psychiatric Publishing Textbook of Clinical Psychiatry, Fourth Edition. Edited by Hales R, Yudofsky S. Washington, DC, American Psychiatric Publishing, Inc., 2003, pp 781-802

7. Leamon M, **Scott CL**:  Factitious disorders and malingering, in American Psychiatric Publishing Textbook of Clinical Psychiatry, Fourth Edition. Edited by Hales R, Yudofsky S. Washington, DC, American Psychiatric Publishing, Inc., 2003, pp 691-707

8. **Scott CL**, Hilty D, Brooks M:  Impulse control disorders not elsewhere classified, in Essentials of Clinical Psychiatry, Second Edition. Edited by Hales R, Yudofsky S. Washington, DC, American Psychiatric Publishing, Inc., 2003, pp 543-566

9. Leamon M, Feldman M, **Scott CL**: Factitious disorders and malingering, in Essentials of Clinical Psychiatry, Second Edition. Edited by Hales R, Yudofsky S. Washington, DC, American Psychiatric Publishing, Inc., 2003, pp 543-566

10. **Scott CL**:  Overview of the criminal justice system, in Handbook of Correctional Mental Health. Edited by Scott C, Gerbasi J. Washington, DC, American Psychiatric Publishing, Inc., 2005, pp 1-20

11. **Scott CL**, Resnick PJ:  Patient suicide and litigation, in Textbook of Suicide Assessment and Management. Edited by Simon R, Hales R. Washington, DC, American Psychiatric Publishing, Inc., 2006, 527-544

12. Leamon MH, Feldman MC, **Scott CL**: Factitious disorders and malingering, in The American Psychiatric Publishing Board Prep and Review Guide for Psychiatry. Edited by Bourgeois J, Hales R, Yudofsky S. Washington, DC, American Psychiatric Publishing, Inc., 2006, pp 245-249

13. **Scott CL**, Brook M: Impulse-control disorders not elsewhere classified, in The American Psychiatric Publishing Board Prep and Review Guide for Psychiatry. Edited by Bourgeois J, Hales R, Yudofsky S. Washington, DC, American Psychiatric Publishing, Inc., 2006, pp 281-289

14. **Scott CL**, Ash P, Elwyn T:  Juvenile aspects of stalking, in Stalking: Psychiatric Perspectives and Practical Approaches. Edited by Pinals D.  New York, Oxford University Press, 2007, pp 195-211

15. **Scott CL,** Resnick PJ, Quanbeck:  Assessment of dangerousness, in American Psychiatric Press Textbook of Psychiatry, Fifth Edition. Edited by Hales R, Yudofsky S, Gabbard G. Washington, DC, American Psychiatric Publishing, Inc., 2008

16. **Scott CL**, Resnick PJ:  Forensic psychiatry, in The Medical Basis of Psychiatry, Third Edition. Edited by Fatemi S, Clayton P. Totowa, NJ, Humana Press, 2008

17. **Scott CL**:  Forensic issues, in Textbook of Violence Assessment and Management. Edited by Simon R, Tardiff R. Washington, DC, American Psychiatric Publishing, Inc., 2008

18. **Scott CL**:  Forensic evaluations of juvenile sex offenders, in Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues. Edited by Saleh F, Grudzinskas A, Bradford J, Brodsky D. New York, Oxford University Press, 2008

19. McDermott BE, Leamon MH, Feldman MD, **Scott CL**:  Factitious Disorders and Malingering, in American Psychiatric Press Textbook of Psychiatry, Fifth Edition. Edited by Hales R, Yudofsky S, Gabbard G. Washington, DC, American Psychiatric Publishing, Inc., 2008

20. **Scott CL**, del Busto E: Chemical and surgical castration, in Sex Offender Laws: Failed Policies, New Directions. Edited by Wright RG. New York, Springer Publishing Company, 2009

21. **Scott CL**, Resnick PJ: Risk Assessment, in Applied Criminal Psychology: a guide to Forensic Behavioral Sciences. Edited by Koscis R. Springfield, IL, Charles C. Thomas Publisher, 2009

22. **Scott CL**, McDermott BE: An Overview of US Correctional Mental Health. Psychiatry in Prisons. Edited by Wilson S, Cumming I. London, England, Jessica Kingsley Publishers, 2009

23. **Scott CL**: Overview of the Criminal Justice System, in Handbook of Correctional Mental Health, Second Edition. Edited by Scott CL. Washington, DC, American Psychiatric Publishing, Inc., 2010

24. **Scott CL**: Legal Issues Regarding the Provision of Care in a Correctional Setting, in Handbook of Correctional Mental Health, Second Edition. Edited by Scott CL. Washington, DC, American Psychiatric Publishing, Inc., 2010

25. **Scott CL,** Temporini H: Forensic Issues and the Internet, in Principles and Practice of Child and Adolescent Forensic Mental Health. Edited by Benedek EP, Ash P, Scott CL. Washington, DC, American Psychiatric Publishing, Inc., 2010

26. **Scott CL**, Ash P, Elwyn TS: Juvenile Stalkers, in Principles and Practice of Child and Adolescent Forensic Mental Health. Edited by Benedek EP, Ash P, Scott CL. Washington, DC, American Psychiatric Publishing, Inc., 2010

27. **Scott CL**: Juvenile Waiver and State-of-Mind Assessments, in Principles and Practice of Child and Adolescent Forensic Mental Health. Edited by Benedek EP, Ash P, Scott CL. Washington, DC, American Psychiatric Publishing, Inc., 2010

28. **Scott CL**: Competency to Stand Trial and the Insanity Defense, in The American Psychiatric Publishing Textbook of Forensic Psychiatry.  Edited by Simon RI, Gold LH.  Washington, DC, American Psychiatric Publishing, Inc., 2010

29. **Scott CL**, McDermott B:  Malingering, In The Psychiatric Report, Edited by Buchanan A, Norko M. Cambridge, UK, Cambridge University Press, 2011

30. **Scott CL**, Soulier MF. Juveniles and Criminal Responsibility Evaluations, In Handbook of Juvenile Forensic Psychology and Psychiatry, Edited by Grigorenko EL. Springer Science+Business Media, LLC, 2012


## **EDITED BOOKS**

**Scott CL**, Gerbasi J (Editors): Handbook of Correctional Mental Health, American Psychiatric Publishing, Inc., Washington, DC, 2005

**Scott CL** (Editor): Handbook of Correctional Mental Health, 2nd Edition, American Psychiatric Publishing, Inc., Washington, DC, 2010

Benedek, EP, Ash P and **Scott CL** (Editors): Principles and Practice of Child and Adolescent Forensic Mental Health, American Psychiatric Publishing, Inc., Washington, DC, 2010

Ruiz, A, Dvoskin JA, **Scott CL**, and Metzner, JL (Editors): Manual of Forms and Guidelines for Correctional Mental Health, 2nd Edition, American Psychiatric Publishing, Inc., Washington, DC, 2010


## **EDITED JOURNALS**

**Scott CL**: (Editor) Forensic Psychiatry, Psychiatric Clinics of North America, Volume 29, September 2006

**Scott CL**: (Editor) Forensic Issues, Psychiatric Clinics of North America, Volume 35, Issue 4, 2012

## LIMITED DISTRIBUTION

1. **Scott CL**: "School Violence and the Assessment of Juvenile Violence," Hillsborough County Florida Violence Risk Training, 1998

2. **Scott CL**: "Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2002-2007

3. **Scott CL**: "Juvenile Court Assessments," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2002-2003

4. **Scott CL**: "Child Abuse/Child Witness," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2002-2007

5. **Scott CL**: "Child Custody," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2002-2007

6. **Scott CL**: "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2002-2007

7. **Scott CL**: "Correctional Psychiatry," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2002-2003

8. **Scott CL**: "Violence Risk Assessment," National Football League Training, 1-30, 2003

9. **Scott CL**: "Juvenile's Rights and Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2004-2007

10. **Scott CL**: "Correctional Psychiatry-Part I," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2004-2007

11. **Scott CL**: "Correctional Psychiatry-Part II," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2004-2007

12. **Scott CL**: "Right to Psychiatric Treatment," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2004-2007

13. **Scott CL**: "Soldiers of Satan-Clinical Interventions with Individuals Involved in Satanic Cults," American Academy of Adolescent Psychiatry National Conference, Los Angeles, October 26, 2004

14. **Scott CL**: "California Court Evaluation of NGRI Acquittees:  A Research Study Examining 930 NGRI Evaluations/Proposed Legislation to Amend Penal Code §25 Not Guilty by Reason of Insanity," Counsel on Mentally Ill Offenders, San Francisco, California, January 9, 2005

15. **Scott CL**: "An Overview of Conduct Disorder: From *'Misbehavin' to Ain't Mibehavin,'"* Annual Children's Mental Health Symposium, Cincinnati, Ohio, March 2005

16. **Scott CL**: "How to make your best presentations now!" American Academy of Psychiatry and the Law, Montreal, Canada, October 2005

17. **Scott CL**: "Juvenile Sex Offenders," Annual Children's Mental Health Symposium, Cincinnati, Ohio, March 2006

18. **Scott CL**: "Assessment of Malingerers and Psychopaths, Fakes or Snakes?" California Forensic Mental Health Association, March 15, 2006

19. **Scott CL**: "Forensic Psychiatry and Expert Witness Testimony: a 'Primer' for Attorneys," Placer County Bar Association, 2007 Granlibakken Conference, April 15, 2006

20. **Scott CL**: "Psychic Harm and Disability," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, 2006-2007

21. **Scott CL**: "Aggression Reduction Training: the 'ART' of Interventions," California Department of Mental Health, Mandatory Training at Coalinga State Hospital, Metropolitan State Hospital, Patton State Hospital, Vacaville Prison, and Atascadero State Hospital, 2006

22. **Scott CL**: "Not Guilty by Reason of Insanity: Did the Alienists Reports Follow California Law," The Individual With Schizophrenia:  Evidence-Based Practices for Recovery, 13th Annual Symposium, Loma Linda University, April 11, 2007

23. **Scott CL**: "Sexual Offenders and the Law, An Overview of Legal and Treatment Issues," The Individual With Schizophrenia:  Evidence-Based Practices for Recovery, Loma Linda 13th Annual Symposium, April 11, 2007

24. **Scott CL**: "Child Witness Testimony," Placer County Bar Association, 2007 Granlibakken Conference, April 20, 2007

25. **Scott C**L: "Malingering in Civil Cases," Placer County Bar Association, 2007 Granlibakken Conference, April 21, 2007

26. **Scott CL**: "Malingering," Cedar Rapids Mental Health Conference, Cedar Rapids, May 10, 2007

27.    **Scott CL**: "Clinical Risk Assessment of Violence," Cedar Rapids Mental Health Conference, Cedar Rapids, May 10, 2007

28.    **Scott CL**: "Aggression Reduction Training," Cedar Rapids Mental Health Conference, Cedar Rapids, May 10, 2007

29.    **Scott CL**: "Psychotherapy 101 For Forensic Offenders," UC Davis/Napa State Hospital Forensic Visiting Scholars Program, May 15, 2007

## ALTERNATIVE MEDIA

1.    **Scott CL**:  Juvenile Court Assessments, Psychiatric Update, Vol. 28, No. 6, 1999

2.    Resnick PJ, Pinals D, **Scott CL**:  Risk Assessment for Violence, Psychiatric Update, Vol. 22, No. 4, 2002

3.    **Scott CL**:  Sex Offenders, Audio-Digest Psychiatry, Vol. 36, No. 16, 2007

4.    **Scott CL**:  Correctional Psychiatry and Right to Treatment, Audio-Digest Psychiatry, Vol. 37, No. 19, 2008

5.    **Scott CL**:  Sex Offenders and the Law, Audio-Digest Psychiatry, Vol. 41, No. 3, 2012

## BOOK REVIEWS

1.    **Scott, CL:** Prison Madness:  Life Behind Bars, by Terry Kupers, MD:  A Review, The Northern California Psychiatric Physician, July/August 1999

2.    **Scott CL**:  Forensic Mental Health Assessment: A Casebook (Editors:  Heilbrun, Marczyk, Matteo), The Journal of Forensic Psychiatry & Psychology, 14, 2003

3.    **Scott CL**:  Corrections, Mental Health, and Social Policy: International Perspectives (Editors:  Ax and Fagan), The Journal of Forensic Psychiatry & Psychology, 20, 2009

## COLUMNS

Writer of "Muse and Views" Column, published biannually in the American Academy of Psychiatry and the Law Newsletter

**JOURNAL PEER REVIEWER**

The Journal of the American Academy of Psychiatry and the Law

The American Journal of Psychiatry

The Journal of Forensic Psychiatry

Behavioral Sciences and the Law

Psychiatric Services

**EDITORIAL BOARDS**

Correctional Mental Health Law Reporter

Journal of the American Academy of Psychiatry and the Law

Criminal Behavior and Mental Health

**GRANTS/APPROVED RESEARCH PROTOCOLS**

1. An Archival Review of Substance Use in Not Guilty by Reason of Insanity Acquittees-Principal Investigator:  UC Davis Human Subjects Review Committee Protocol # 200311155-2.  Recipient of FARDF Grant (Faculty Alumni Research Development Fund) for $36,000.

   *The purpose of this research is to examine the relationship between substance use and violent crime in 500 Not Guilty by Reason of Insanity Acquittees.  This retrospective research project reviews the police records, witness statements, mental health court reports, and psychiatric records and examines the relationship of substance use to violence, mental health symptoms, location of crime, victim type, weapon choice, prior psychiatric history, prior substance use treatment, and prior history of violence.  Over 930 separate court reports have been analyzed as part of this research project.*

2. Retrospective Record Review Studies of In-Hospital Aggression and Violence in Forensic and Non-Forensic Patients.  Principal Investigator:  UC Davis Human Subjects Review Committee Protocol  #200311487-2

   *The purpose of this research is to conduct systematic and quantitative research to examine correlates of aggression and violence in forensic and civilly committed*

*patients at a 1000 bed state hospital. This research examines both static and dynamic factors associated with aggression at Napa State Hospital through the examination of hospital wide databases and medical records. In addition, all instances of aggression and violence noted in the subject's chart are coded according to the Modified Overt Aggression Scale (MOAS). Chart reviews also include an analysis of in hospital aggression as correlated through scores on the PCL-SV (Hare Psychopathy Check List-Short Version). A detailed analysis of individuals in walking restraints is conducted comparing subjects who commit assaultive acts secondary to impulsive, predatory, or medical causes.*

3. Assessment of Mental illness, Violence Risk and Readiness for Release in a Forensic Facility. Co-Investigator: UC Davis Human Subjects Review Committee Protocol # 200210712-2

   *This research conducts a prospective analysis of Mentally Disordered Offenders (MDO's) and Not Guilty by Reason of Insanity Acquittees (NGRI's) committed to Napa State Hospital prior to their conditional release into the community. The evaluations include standardized violence risk assessment measures (PCL-R, V-RAG, HCR-20), Barratts Impulsiveness Scale, Novaco Anger Scale, Modified Overt Aggression Scale (MOAS), DSM Checklist, SAPS, SANS, Community Outpatient Treatment Readiness Profile (COT), and the Social Adaptive Functioning Evaluation (SAFE). One goal of this research is to allow a prospective evaluation of the utility of these assessment instruments by examining their relationship to the subject's failure or success when placed in conditional release programs outside of the hospital.*

4. Success in CONREP as a Tool for Program Evaluation: The Development of an Exemplary Program. Co-Investigator: UC Davis Human Subjects Review Committee Protocol #: 200311633-2

   *The goal of this research is to characterize the differences between Mentally Disordered Offenders (MDO's) and Not Guilty by Reason of Insanity Acquittees (NGRI's) who have successfully been discharged from the hospital into the community Conditional Release Program (CONREP) versus those who have not maintained success in their outpatient conditional release placement. This study examines the comprehensive California Department of Mental Health database of all patients released into CONREP since its inception in 1986. A total of 3,111 patients have received services through CONREP, of which 437 were discharged from NSH. In addition, this study examines the complete rap sheet of all patients admitted to the CONREP program through information released by the Department of Justice to the California Department of Mental Health every six weeks.*

5. Capacity of Forensic Patients to Consent to Clinical Research: Co-Investigator: Protocol #200311521-1

   *The purpose of this research is threefold: 1) To carefully evaluate the capacity issues in patients with dual vulnerability: psychiatric diagnosis and involuntary commitment via the criminal statutes, using a structured interview (the MacArthur Competence*

*Assessment Tool for Treatment to evaluate an individual's capacity to consent to research [MacCAT-R] ); 2) to carefully define the areas of deficiencies that individuals with these dual vulnerabilities may possess; and 3) to provider recommendations regarding how to translate scores on the MacCAT-CR into judgments about competence in this population.*

6. Violence in Forensic and Non-Forensic Patients.  Co-Investigator:  UC Davis Human Subjects Review Committee Protocol #:  994663

   *The purpose of this research is to conduct a prospective analysis of static and dynamic risk factors associate with in-hospital aggression in both forensic and civilly committed psychiatric patients.  The evaluations include standardized violence risk assessment measures (PCL-R, HCR-20), Barratts Impulsiveness Scale, Novaco Anger Scale, Modified Overt Aggression Scale (MOAS), SCID, SID-P, SAPS, SANS, and standardized neuropsychological testing.*

## NATIONAL BOARD REVIEW COURSE INSTRUCTOR

One of four national faculty instructors for the Annual American Academy of Psychiatry and the Law Board Review Course, October 1996 to present.  Instructor for the topics of "Correctional Psychiatry-Clinical Issues," "Correctional Psychiatry-Legal Issues," "Psychiatry and the Death Penalty," "Juvenile's Rights and Juvenile Court," "Sexual Offenders and the Law,"  "Child Custody," "Child Abuse" and "Child Witness Testimony," "Right to Treatment," "Psychic Harm and Disability," and "Psychiatric Disability."

## NATIONAL CONSULTATION

October 1998          **Forensic Psychiatric Consultant to Hillsborough School District, Florida**

                      *Responsible for providing training for the assessment and treatment of violent youth in school.*

September 2003        **Forensic Psychiatric Consultant for the Clinicians of the National Football League (NFL) Policy and Program for Substances of Abuses**

                      *Responsible for developing a comprehensive violence risk assessment training program and syllabus for substance abuse counselors for the National Football League.*

| November 2007 | **Forensic Psychiatric Consultant for the Clinicians of the National Football League (NFL) Policy and Program for Substances of Abuses** |
|---|---|
| | *Responsible for developing trainings in juvenile violence risk assessment and recognizing psychopathy in future aggression for substance abuse counselors for the National Football League.* |

## PROFESSIONAL ORGANIZATIONS

American Academy of Addiction Psychiatry

American Academy of Child and Adolescent Psychiatry

American Academy of Psychiatry and the Law

American Psychiatric Association

## NATIONAL TASK FORCE APPOINTMENTS

| October 1999-present | American Academy of Psychiatry and the Law, Member of National Task Force developing practice guidelines for the evaluation of criminal responsibility |
|---|---|
| May 2001-present | Chair, National Task Force to examine ACGME guidelines for Forensic Psychiatry Training |
| May 2001-present | Chair, National Task Force to develop core competencies and training guidelines for Forensic Psychiatry in ACGME accredited training programs. |
| October 2002-present | American Academy of Psychiatry and the Law, Member of National Task Force developing practice guidelines for the evaluation of Competency to Stand Trial |

## NATIONAL OFFICES

American Academy of Psychiatry and the Law-Association of Directors of Forensic Psychiatry Fellowships (1996-present)

American Academy of Psychiatry and the Law-Counselor (2002-2005)

Vice President of American Academy of Psychiatry and the Law (2010)

President Elect of American Academy of Psychiatry and the Law (2011)

President of American Academy of Psychiatry and the Law (2012)

## NATIONAL PROFESSIONAL COMMITTEES

American Academy of Psychiatry and the Law-Peer Review Committee (1997-2005)

American Academy of Psychiatry and the Law-Rappeport Fellow Selection Committee (1996-2002)

American Academy of Psychiatry and the Law-Ethics Committee (1999-present)

American Academy of Psychiatry and the Law-Sex Offender Committee (2004-2006, 2011)

American Academy of Psychiatry and the Law-President of Association of Directors of Forensic Psychiatry Fellowships (2006-present)

American Academy of Psychiatry and the Law-Executive Counsel (2011-2012)

American Academy of Psychiatry and the Law-Program Committee (2011-2012)

## CALIFORNIA STATEWIDE COMMITTEES

2002-present          Member, California Statewide Judicial Action Committee

## NATIONAL PRESENTATIONS

1.    "Treatment of Tourette's Disorder," National Military Psychiatry Conference, San Antonio, Texas, March 1994

2.    "The Prediction of Violence," National Conference of Hospital Administrators, New Orleans, Louisiana, October 1996

3.    "An Overview of Psychiatry and the Law," National Conference of Hospital Administrators, New Orleans, Louisiana, October 1996

4.    "The Many Faces of Competency," National Conference of Hospital Administrators, New Orleans, Louisiana, October 1996

5.    "An Overview of Psychiatric Malpractice," National Conference of Hospital Administrators, New Orleans, Louisiana, October 1996

6.      "An Overview of Correctional Psychiatry," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Puerto Rico, October 1996

7.      "Prediction of Juvenile Dangerousness," American Academy of Psychiatry and the Law Annual Meeting, Denver, Colorado, October 1997

8.      "Juvenile Transfers to Adult Court-Waiving Good-bye to Rehab," American Academy of Psychiatry and the Law, Denver, Colorado, October 1997

9.      "Forensic Assessment of Emotional Abuse," American Academy of Psychiatry and the Law, Denver, Colorado, October 1997

10.     "An Overview of Correctional Psychiatry," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Denver, Colorado, October 1997

11.     "The Psychiatric Assessment of Juvenile Dangerousness," American Psychiatric Association, Toronto, Canada, May 1998

12.     "School Violence-the Assessment of Kids who Threaten," Hillsborough County School System, Tampa, Florida, October 1998

13.     "An Overview of Correctional Psychiatry," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, New Orleans, Louisiana, October 1998

14.     "Psychiatry and the Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, New Orleans, Louisiana, October 1998

15.     "An Overview of Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, New Orleans, Louisiana, October 1998

16.     "The Psychiatrist Role in Death Penalty Evaluations," American Academy of Psychiatry and the Law, New Orleans, Louisiana, October 1998

17.     "Competency Evaluations of the Mentally Retarded," American Academy of Psychiatry and the Law, New Orleans, Louisiana, October 1998

18.     "An Overview of Conduct Disorder," Hillsborough County School System, Tampa Florida, February 1999

19.     "Assessment of School Violence," American Academy of Psychiatry and the Law Annual Meeting, Baltimore, Maryland, October 1999

20.     "An Overview of Correctional Psychiatry," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Baltimore, Maryland, October 1999

21.     "Psychiatry and the Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Baltimore, Maryland, October 1999

22.     "An Overview of Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, New Baltimore, Maryland, October 1999

23.     "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, New Baltimore, Maryland, October 1999

24.     "Ethical Dilemmas, Ask the Experts," American Academy of Psychiatry and the Law Annual Meeting, Baltimore, Maryland, October 1999

25.     "Juvenile Violence," American Psychiatric Association National Meeting, Chicago, Illinois, May 2000

26.     "Ethical Dilemmas-Ask the Experts," American Academy of Psychiatry and the Law Annual Meeting, Vancouver, Canada, October 2000

27.     "Presentation of the American Academy of Psychiatry and the Law Task Force on Criminal Responsibility," American Academy of Psychiatry and the Law Annual Meeting, Vancouver, Canada, October 2000

28.     "Sexual Harassment in the Schoolyard-Hurting or Flirting," American Academy of Psychiatry and the Law Annual Meeting, Vancouver, Canada, October 2000

29.     "An Overview of Correctional Psychiatry," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Vancouver, Canada, October 2000

30.     "Psychiatry and the Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Vancouver, Canada, October 2000

31.     "An Overview of Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Vancouver, Canada, October 2000

32.     "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Vancouver, Canada, October 2000

33.     "Child Custody," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Vancouver, Canada, October 2000

34.     "Ethical Dilemmas-Ask the Experts," American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts, October 2001

35.     "Difficult Cases-Forensic Case Consultation," American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts, October 2001

36.     "An Overview of Correctional Psychiatry," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Boston, Massachusetts, October 2001

37.     "Psychiatry and the Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Boston, Massachusetts, October 2001

38.     "An Overview of Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Boston, Massachusetts, October 2001

39.     "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Boston, Massachusetts, October 2001

40.     "Child Custody," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Boston, Massachusetts, October 2001

41.     "Child Abuse/Child Witness Testimony," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Boston, Massachusetts, October 2001

42.     "Landmark Case Update," Gerbasi J, **Scott C**.  American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

43.     "Assessing and Managing Dangerous Behaviors in a Forensic State Hospital," Sokolov G; Quanbeck C; McDermott; **Scott C**, American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

44.     "Characteristics Predicting Success in CR Programs," ," American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

45.     "Categorizing Sex Offenders:  Implications for Treatment,", Keeler W, Blunt T, Scott C, Guillory S, American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

46.     "Update on Chemical Castration of Sex Offenders," Holmberg T; Scott C, American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

47.     "Characterization of Female Forensic Inpatients," Wieneke, M; McDermott B; Hoff A; Scott C; Espinoza S, American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

48.     "SCID Module for the Diagnosis of Paraphilias," Panizzon M; Scott C; McDermott B, American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

49.     "Difficult Cases-Forensic Case Consultation," American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

50.    "Ethical Dilemmas-Ask the Experts," American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

51.    "Violence in Long-Stay Psychiatric Inpatients," Hoff A; **Scott C**;  McDermott B; Wienke M, ," American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

52.    "Does Inpatient Behavior Predict Patterns of Revocation?," McDermott B; **Scott C**; Mone R; Hoffe A, ," American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

53.    "Advice for the Early Career Psychiatrist-Early Career Committee," Guest Panelist, American Academy of Psychiatry and the Law Annual Meeting, Newport Beach, California, October 2002

54.    "An Overview of Correctional Psychiatry," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Newport Beach, California, October 2002

55.    "Psychiatry and the Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Newport Beach, California, October 2002

56.    "An Overview of Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Newport Beach, California, October 2002

57.    "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Newport Beach, California, October 2002

58.    "Child Custody," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Newport Beach, California, October 2002

59.    "Child Abuse/Child Witness Testimony," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Newport Beach, California, October 2002

60.    "Sexual Offenders, Psychiatry and the Law," United States Air Force Wilford Hall Annual Distinguished Visiting Professor Lecture, San Antonio, Texas, March 2003

61.    "Assessment and Treatment of the Antisocial Personality Disorder," Colorado State Hospital, Colorado, May 2003

62.    "The Risk Assessment of Violence in Professional Athletes," National Football League (NFL) Annual Conference of Substance Abuse Counselors, Houston, Texas, September, 2003

63.    "AAPL Task Force on Competence to Stand Trial," Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas, October 2003

64. "Restoring Competence for Execution," Debate Presentation, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas, October 2003

65. "Court Reporters and NGRI Findings: Fact or Fiction?", Research in Progress, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas, October 2003

66. "Intoxication and Insanity: A Study of 500 NGRI Acquittees," Research in Progress, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas, October 2003

67. "Capacity of Forensic Patients, The Use of the MacCAT-CR," Research in Progress, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas, October 2003

68. "Landmark Case Update," Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas, October 2003

69. "An Overview of Correctional Psychiatry-Part I," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, San Antonio, Texas, October 2003

70. "An Overview of Correctional Psychiatry-Part II," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, San Antonio, Texas, October 2003

71. "Psychiatry and the Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, San Antonio, Texas, October 2003

72. "An Overview of Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, San Antonio, Texas, October 2003

73. "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, San Antonio, Texas, October 2003

74. "Child Custody," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, San Antonio, Texas, October 2003

75. "Child Abuse/Child Witness Testimony," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, San Antonio, Texas, October 2003

76. "An Overview of Juvenile Violence," Children's Hospital Grand Rounds, November 2003

77. "Sexually Violent Predator Legislation," University of Cincinnati Grand Rounds, November 2003

78.    "Sexual Offenders and the Law," University of Mississippi Grand Rounds, December 2003

79.    "An Assessment of Juvenile Violence," California Youth Authority Conference, UC Davis, March 2004

80.    "Soldiers of Satan-An Overview of Satanic Cults," American Association of Adolescent Psychiatry, Los Angeles, California, March 2004

81.    "Risk Factors for Juvenile Violence," Children's Hospital Annual Symposium, Cincinnati, Ohio, April 2004

82.    "Psychiatry and the Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Scottsdale, Arizona, October 2004

83.    "Correctional Psychiatry Part I," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Scottsdale, Arizona, October 2004

84.    "Correctional Psychiatry Part II," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Scottsdale, Arizona, October 2004

85.    "Right to Treatment," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Scottsdale, Arizona, October 2004

86.    "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Scottsdale, Arizona, October 2004

87.    "An Overview of Minor's Rights and Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Scottsdale, Arizona, October 2004

88.    "Child Custody," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Scottsdale, Arizona, October 2004

89.    "Child Abuse/Child Witness Testimony," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Scottsdale, Arizona, October 2004

90.    "Do Anger and Impulsivity Predict Institutional Aggression? Research in Progress," American Academy of Psychiatry and the Law, Scottsdale, Arizona, October 2004

91.    "Profiling Chronically Aggressive Behavior in State Hospital Patients, Research in Progress," American Academy of Psychiatry and the Law, Scottsdale, Arizona, October 2004

92.    "Are Forensic Patients Susceptible to Coercion in Research? Research in Progress," American Academy of Psychiatry and the Law, Scottsdale, Arizona, October 2004

93.    "Pitfalls in Clinical and Forensic Practice:  A Presentation and Discussion of Case Scenarios," Workshop, American Academy of Psychiatry and the Law, Scottsdale, Arizona, October 2004

94.    "Insane Women: Research Findings of 61 NGRI Acquittees, Research in Progress," American Academy of Psychiatry and the Law, Scottsdale, Arizona, October 2004

95.    "An Overview of Juvenile Conduct Disorder," Children's Hospital Annual Symposium, Cincinnati, Ohio, April 2005

96.    "Psychiatry and the Death Penalty," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Montreal, Canada, October 2005

97.    "Correctional Psychiatry Part I," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Montreal, Canada, October 2005

98.    "Correctional Psychiatry Part II," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Montreal, Canada, October 2005

99.    "Right to Treatment," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Montreal, Canada, October 2005

100.    "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Forensic  Psychiatry Review Course, Montreal, Canada, October 2005

101.    "An Overview of Minor's Rights and Juvenile Court," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Montreal, Canada, October 2005

102.    "Child Custody," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Montreal, Canada, October 2005

103.    "Child Abuse/Child Witness Testimony," American Academy of Psychiatry and the Law, Forensic Psychiatry Review Course, Montreal, Canada, October 2005

104.    "Uncovering Death's Dilemmas:  The Psychological Autopsy," American Academy of Psychiatry and the Law, Montreal, Canada, October 2005

105.    "How to Make Your Best Presentation Now!," American Academy of Psychiatry and the Law, Montreal, Canada, October 2005

106.    "The Use of Psychopathic Personality Inventory (PPI) in a Forensic Sample," American Academy of Psychiatry and the Law, Montreal, Canada, October 2005

107.    "Aggression Reduction Training-A Nursing Survival Guide," American Psychiatric Nurses Association Annual Meeting, Long Beach California, October 2006

108.    "Child Abuse – Child Witness," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

109.    "Child Custody," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

110.    "Correctional Psychiatry," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

111.    "Death Penalty," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

112.    "Disability and Psychic Harm," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

113.    "Juvenile's Rights and Juvenile Court," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

114.    "Right to Treatment," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

115.    "Sex Offenders," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

116.    "Conditional Release Decision Making," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

117.    "Serial Killers:  From Cradle to Grave," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

118.    "Sex Offenders and Insanity:  An Examination of 42 Individuals Found Not Guilty by Reason of Insanity," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

119.    "The Ultimate Taboo:  When an NGRI Acquittee Reoffends," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

120.    "The Internet and Child Pornography: the Impact of Forensic Assessments," American Academy of Psychiatry and the Law, Chicago, Illinois, October 2006

121.    "Not Guilty by Reason of Insanity: Did the Alienists Reports Follow California Law," The Individual with Schizophrenia:  Evidenced-Based Practices for Recovery Conference, Patton State Hospital, Patton, California, April 2007

122.    "Sexual Offenders and the Law," The Individual with Schizophrenia:  Evidenced-Based Practices for Recovery Conference, Patton State Hospital, Patton, California, April 2007

123.    "Aggression Reduction Training," Mercy Medical Center, Cedar Rapids, Iowa, May 2007

124.    "Assessment of Dangerousness" Mercy Medical Center, Cedar Rapids, Iowa, May 2007

125.    "Detection of Malingering," Mercy Medical Center, Cedar Rapids, Iowa, May 2007

126.    "Internet Child Pornography and Mental Illness:  The Psychiatrist's Role," American Psychiatric Association Annual Meeting, San Diego, May 2007

127.    "Psychic Harm and Workers Compensation," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

128.    "Death Penalty," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

129.    "Correctional Psychiatry," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

130.    "Child Abuse/Child Witness," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

131.    "Psychiatric Disability," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

132.    "Child Custody," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

133.    "Juvenile Court and Minor's Rights," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

134.    "Right to Treatment," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

135.    "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

136.    "Cults and Forensic Psychiatry:  Unraveling the Ties that Bind," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

137.   "Assessment of Child Pornography Offenders:  A Hands-On Guide for Forensic Psychiatrists," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

138.   "The Aging Forensic Population:  Are They Dangerous?", American Academy of Psychiatry and the Law, Miami, Florida, October 2007

139.   "The Relationship of Psychopathy to Institutional Aggression," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

140.   "Forensic Psychiatry Fellowships:  Faculty Competencies," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

141.   "Developing a Research Curriculum for Fellowship – Research and ADFPF Committees," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

142.   "Aggression in Late Adolescence and Early Adulthood:  Do Bad Boys Become Better Men?", NFL Program for Substances of Abuse Treating Clinician Conference, Phoenix, Arizona, November 2007

143.   "Juvenile Violence:  Structured Risk Assessments and Treatment Interventions," Trends in Juvenile Violence Conference, Hamilton County Juvenile Court, Cincinnati, Ohio, April 2008

144.   "Juvenile Violence:  Special Populations:  Stalkers, Sex Offenders, Murderers,  and School Shooters," Trends in Juvenile Violence Conference, Hamilton County Juvenile Court, Cincinnati, Ohio, April 2008

145.   "Juvenile Violence:  Current Trends and Clinical Risk Assessments," Trends in Juvenile Violence Conference, Hamilton County Juvenile Court, Cincinnati, Ohio, April 2008

146.   "Psychic Harm and Workers Compensation," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

147.   "Death Penalty," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

148.   "Correctional Psychiatry," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

149.   "Child Abuse/Child Witness," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

150.    "Psychiatric Disability," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

151.    "Child Custody," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

152.    "Juvenile Court and Minor's Rights," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

153.    "Right to Treatment," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

154.    "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

155.    "Sexual Harassment," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

156.    "Landmark Case Updates:  What's New in the Law and Mental Health," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

157.    "The Use of the COVR in a Forensic Inpatient Setting," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

158.    "Ethics Training in Forensic Psychiatry," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

159.    "Forensic Psychiatry and the Internet:  Untangling the Web," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

160.    "Antecedents to Assaults Motivated by Psychosis," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

161.    "Restoration of Trial Competency:  A Performance Improvement Project," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

162.    "Chemical and Surgical Castration:  Ethics and Efficiency," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

163.    "Mandated Treatment of Dual Diagnosis in Native American Youth," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

164.    "Dangerousness: From Cradle to Grave," Forensic Mental Health Update, Idaho Psychiatric Association 2009 Annual Meeting, Boise, Idaho, April 2009

165.    "Evaluating Psychic Harm and Disability: Mentally Ill or Malingering?", Forensic
Mental Health Update, Idaho Psychiatric Association 2009 Annual Meeting, Boise,
Idaho, April 2009

166.    "Sexual Harassment: 'What's Love Got to Do With It?'", Forensic Mental Health
Update, Idaho Psychiatric Association 2009 Annual Meeting, Boise, Idaho, April 2009

167.    "Assessing Psychiatric Competencies Competently," Forensic Mental Health Update,
Idaho Psychiatric Association 2009 Annual Meeting, Boise, Idaho, April 2009

168.    "Psychiatric Malpractice and Courtroom Testimony: The Survival Guide," Forensic
Mental Health Update, Idaho Psychiatric Association 2009 Annual Meeting, Boise,
Idaho, April 2009

169.    "Forensic Psychiatry and the Internet," American Psychiatric Association, San
Francisco, California, May 2009

170.    "The Law and Sex Offenders," Forensic Trends: Psychiatric & Behavioral Issues, Las
Vegas, Nevada, May 2009

171.    "Aggression Reduction Training: The ART of Assessing and Managing Inpatient
Violence," Forensic Trends: Psychiatric & Behavioral Issues, Las Vegas, Nevada, May
2009

172.    "Assessing Allegations of Child Sexual Abuse," Santa Clara County Mental Health
Department Psychiatry Grand Rounds, San Jose, California, September 2009

173.    "Psychic Harm and Workers Compensation," American Academy of Psychiatry and the
Law, Baltimore, Maryland, October 2009

174.    "Death Penalty," American Academy of Psychiatry and the Law, Baltimore, Maryland,
October 2009

175.    "Correctional Psychiatry," American Academy of Psychiatry and the Law, Baltimore,
Maryland, October 2009

176.    "Child Abuse/Child Witness," American Academy of Psychiatry and the Law,
Baltimore, Maryland, October 2009

177.    "Psychiatric Disability," American Academy of Psychiatry and the Law, Baltimore,
Maryland, October 2009

178.    "Child Custody," American Academy of Psychiatry and the Law, Baltimore, Maryland,
October 2009

179.    "Juvenile Rights and Juvenile Court," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 2009

180.    "Right to Treatment," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 2009

181.    "Sex Offenders and the Law," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 2009

182.    "Dissociative Identity Disorder and the Law: Disease or Drama?", American Academy of Psychiatry and the Law, Baltimore, Maryland, October 2009

183.    "Technological Innovations in Forensic Education," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 2009

184.    "Triaging the IST Patient: A Brief Screen to Reduce LOS," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 2009

185.    "Treating Disruptive Behavior Disorders in Correctional Settings:  To Treat or Not to Treat?" American Academy of Forensic Sciences 62nd Annual Meeting, Seattle, WA, February 2010

186.    "Meet the Editors:  Principles and Practice of Child and Adolescent Forensic Mental Health, American Psychiatric Associations 163rd Annual Meeting, New Orleans, LA, May 2010

187.    "Forensic Assessment of Discrete Memory Loss:  Blackout or Malingering?" The Royal Australian and New Zealand College of Psychiatrists Section of Forensic Psychiatry Conference, Prato, Tuscany, Italy, October 2010

188.    "The F.A.I.R. Assessment Methodology: Evaluating Uncooperative Malingering Defendants Found Incompetent to Stand Trial," The Royal Australian and New Zealand College of Psychiatrists Section of Forensic Psychiatry Conference, Prato, Tuscany, Italy, October 2010

189.    "Psychic Harm and Workers Compensation," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

190.    "Death Penalty," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

191.    "Correctional Psychiatry," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

192.    "Child Abuse/Child Witness," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

193.    "Psychiatric Disability," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

194.    "Child Custody," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

195.    "Juvenile Rights and Juvenile Court," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

196.    "Right to Treatment," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

197.    "Sex Offenders and the Law," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

198.    "Criminal Behavior and Blackouts:  Madness, Malingering, or Memory Loss?" American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

199.    "Juvenile Malingering:  How Do We Assess Children and Adolescents Who Falsify Information?" American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

200.    "PTSD Gone Wild:  Nightmare Cases in Court," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

201.    "Substance-Induced Psychoses:  Intoxication, Insanity and Interventions," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

202.    "Helping Mothers Who Need Help," American Academy of Psychiatry and the Law, Tucson, Arizona, October 2010

203.    "The Art of Assessing and Managing Violence:  Aggression Reduction Training," Fall Mental Health Conference, Independence Mental Health Institute, Independence, Iowa, November 2010

204.    "The Art of Assessing & Managing Anger:  Aggression Reduction Training," Fall Mental Health Conference, Mahaska Health Partnership, Oskaloosa, Iowa, June 2011

205.    "Sexual Tourism," American Psychiatric Association, Honolulu, Hawaii, May 2011

206.    "PTSD Gone Wild:  Nightmare Cases in Court," American Psychiatric Association, Honolulu, Hawaii, May 2011

207.    "Psychic Harm and Worker's Comp," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

208.    "Death Penalty," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

209.    "Correctional Psychiatry," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

210.    "Child Abuse/Child Witness," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

211.    "Psychiatric Disability," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

212.    "Child Custody," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

213.    "Juvenile Court and Minor's Rights," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

214.    "Right to Treatment," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

215.    "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

216.    "Sexual Offenders:  Identification, Risk Assessment, Treatment and Legal Issues," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 2011

217.    "Ethics: Children's Issues," 17th Annual Psychopharmacology Conference, Nevada Psychiatric Association, Las Vegas, Nevada, February 2012

218.    "Forensic Fundamentals:  First and Foremost," The Forensic Mental Health Association of California Conference, Monterey, California, March 2012

219.    "Competency, Sanity and Trial Testimony Training," South Dakota Human Services Center, Yankton, South Dakota, April 2012

220.    "Evaluating Amnesia Claims:  Forensic Focus on "Forgetting," and "Recovered Memories and Malpractice:  When 'Try to Remember' Becomes 'Trial to Remember'", The Royal Australian & New Zealand College of Psychiatrists 2012 Conference, Hong Kong, China, September 2012

221.    "Believing Doesn't Make It So:  Forensic Education and the Search for Truth," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

222.   "Evaluation and Treatment of Adolescent Sex Offenders," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

223.   "Safety and Security Across the Continuum of Care in Psychiatry," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

224.   "Psychiatric Prescribing:  Medicine, Malpractice, and Mayhem," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

225.   "Death Penalty," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

226.   "Correctional Psychiatry," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

227.   "Child Abuse/Child Witness," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

228.   "Psychiatric Disability," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

229.   "Psychic Harm and Workers Compensation," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

230.   "Child Custody," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

231.   "Juvenile Court and Minor's Rights," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

232.   "Right to Psychiatric Treatment," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

233.   "Sexual Offenders and the Law," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012

234.   "The Unconscious Offender: Sleep, Parasomnias, and Amnesia," American Academy of Psychiatry and the Law, Montreal, Canada, October 2012


## NATIONAL POSTER PRESENTATIONS

1.   Quanbeck C, McDermott BE, Zozaya M, Ferranti JA, **Scott CL**: "Preventing Psychotic Violence:  The Role of Anti-Psychotics," American Academy of Psychiatry and the Law, Miami, Florida, October 2007

2. Davidson CM, Harlow MC, Chakunta U, **Scott CL**:  "Mandated Treatment of Dual Diagnosis in Native American Youth," American Academy of Psychiatry and the Law, Seattle, Washington, October 2008

## REGIONAL PRESENTATIONS

1.    "Eating Disorders in Females," Department of Occupational Health, Walter Reed Army Medical Center, Washington, DC, March 1989

2.    "Psychosis and Tourette's Disorder in a 14-year-old Male," Grand Rounds, University of California, San Francisco, September 1989

3.    "Suicide Assessment in Children and Adolescents," Department of Psychiatry, Letterman Army Medical Center, San Francisco, November 1990

4.    "Parasomnias in Children and Adolescents," Grand Rounds, University of California, San Francisco, March 1991

5.    "Assessing Children's Reactions to Desert Storm," San Francisco School District, April 1991

6.    "Crisis Management of the Borderline Personality Disorder Patient," Department of Psychiatry, 5th General Hospital, Stuttgart, Germany, October 1991

7.    "Managing the Difficult Patient-from the Severe Somatic to the Chronic Alcoholic," Grand Rounds, 5th General Hospital, Stuttgart, Germany, March 1992

8.    "How to Obtain the Alcohol and Drug History in Adolescents," Forum of Alcohol and Substance Abuse Counselors, Wuerzburg, Germany, October 1992

9.    "Detecting Alcoholism in the Active Duty Troops," Department of Psychiatry, 67th Combat Support Hospital, Wuerzburg, Germany, September 1993

10.    "Suicide Prevention in Europe," Community Forum, Wilflecken, Germany, November 1993

11.    "Conducting the Mental Status Examination- a Primer for Non Psychiatrists," University of Wuerzburg School of Medicine, Wuerzburg, Germany, December 1993

12.    "Interviewing the Psychiatric Patient-Detection of Suicide, Homicide and Alcohol Dependence," Wuerzburg University School of Medicine, Wuerzburg, Germany, February 1994

13.     "An Overview of Munchausen's Syndrome by Proxy," Family Advocacy Case Management Team, 67th Combat Support Hospital, Wuerzburg, Germany, February 1994

14.     "Tourette's Disorder and Comorbid Psychiatric Conditions," Grand Rounds, 67th Combat Support Hospital, Wuerzburg, Germany, May 1994

15.     "Emergency Psychiatry," European Medical Student Conference, Wuerzburg, Germany, May 1994

16.     "Suicide Assessment-Diagnosis and Crisis Management," Department of Mental Health, William Beaumont Army Medical Center, November 1994

17.     "Assessment of Homicidal Intent," Department of Mental Health, William Beaumont Army Medical Center, December 1994

18.     "Detection of Alcohol Abuse and Dependence," Department of Mental Health, William Beaumont Army Medical Center, January 1995

19.     "Conducting the Mental Status Examination," Department of Mental Health, William Beaumont Army Medical Center, February 1995

20.     "Geriatric Psychiatric Emergencies," Department of Mental Health, William Beaumont Army Medical Center, March 1995

21.     "Child and Adolescent Psychiatric Emergencies," Department of Mental Health, William Beaumont Army Medical Center, April 1995

22.     "Steroids and Mental Status Side Effects," Court Psychiatric Clinic Conference, Cleveland, Ohio, September 1995

23.     "Overview of Child Abuse and Homicide of Children," Court Psychiatric Clinic Conference, Cleveland, Ohio, January 1996

24.     "Child Abuse and the Law," Case Western Reserve University School of Law, February 1996

25.      "The Right to Die," Case Western Reserve University School of Law, March 1996

26.      "The Psychiatric Prediction of Dangerousness," Tulane University Psychiatric Grand
        Rounds, September 1996

27.      "Psychiatric Malpractice-from Suicide to Sex," Tulane University Psychiatric Grand
        Rounds, September 1996

28.  "Mental Illness in Inmates-from Mania to Malingering," Guest Speaker for Elayne Hunt Correctional Center Department of Mental Health, September 1996

29.  "An Overview of Correctional Mental Health," American Academy of Psychiatry and
     the Law, National Board Review Course, Puerto Rico, October 1996

30.  "An Overview of Attention Deficit Hyperactivity Disorder," Florida Council of Continuing Medical Education, October, Pensacola, Florida, October 1996

31.  "The Juvenile Court System," Tulane University Department of Forensic Psychiatry,
     November 1996

32.  "The Detection of Child Physical and Sexual Abuse," Tulane University Medical School Psychiatry Clerkship, January 1997

33.  "Mental Illness in Prisons-a Guide for Security Personnel," Elayne Hunt Correctional
     Center, January 1997

34.  "Attention Deficit Hyperactivity Disorder, from Cradle to Grave," Neuropsychiatry for
     the Primary Care Provider Conference, New Orleans, Louisiana, February 1997

35.  "Conducting Child Custody Evaluations-A Guide for the Child Psychiatrist," Tulane
     University Department of Child Psychiatry, March 1997

36.  "Child Custody-An Overview for Lawyers," Loyola Law School, New Orleans, Louisiana, August 1997

37.  "The Assessment of Violent Youth," Tulane University Grand Rounds, September 1997

38.  "The Assessment of Juvenile Sex Offenders," Feliciana Forensic Facility, Jackson, Louisiana, April 1998

39.  "The Assessment of Juvenile Violence," University of California, San Francisco, November 1998

40.     "Risk Assessment of Juvenile Violence," Napa State Hospital Grand Rounds, March
        1999

41.     "Psychiatry and the Death Penalty," Northern California Psychiatric Society, Sonoma,
        California, April 1999

42.     "The Assessment of Treatment of Sexual Offenders," UC Davis Grand Rounds,
        Sacramento, California, October 1999

43.     "Psychiatry and the American with Disabilities Act," Sutter General Hospital,
        Sacramento, California, April 2000

44.     "Juvenile Court-Past, Present, and Future," Regional Organization for Child and
        Adolescent Psychiatrists, San Francisco, California, September 2000

45.     "Psychiatry and the Death Penalty," University of California, Department of
        Psychiatry Grand Rounds, September 2000

46.     "Sexual Offenders and the Law," University of California, Davis School of Law,
        September 2000

47.     "An Overview of Psychiatric Malpractice," Napa State Hospital, Grand Rounds, May  2001

48.     "Psychiatry and the Death Penalty," Folsom State Prison, August 2001

49.     "An Overview of Child Abuse and Child Witness Testimony," University of
        California, Davis, Grand Rounds, September 2001

50.     "Sexual Offenders and the Law," University of California, Davis School of Law,
        September 2001

51.     "Legal Issues and Provision of Mental Health Care in Jail," Los Angeles County
        Jail, December 2001

52.     "Forensic Patients-Who Are They and How Did They Get Here?", Distinguished
        Visiting Scholar Presentation, Napa State Hospital, June 2002

53.     "The Management of the Antisocial Personality Disorder,", Distinguished Visiting
        Scholar Presentation, Napa State Hospital, June 2002

54.     "Going to Court," Truth or Consequences,", Distinguished Visiting Scholar
        Presentation, Napa State Hospital, June 2002

55.    "Juvenile Violence and School Mass Murders," Guest Keynote Speaker, California Psychiatric Association, September 2002

56.    "Women Who Kill Their Children, An Insanity Analysis," Guest Keynote Speaker, Northern California OB/GYN Annual Conference, November 2002

57.    "Investigative Analysis-Interviewing the Accused," Guest Speaker, Napa State Hospital Police Department, Napa, California, January 2003

58.    "An Analysis of the Andrea Yates Case," Guest Speaker for the UC Davis School of Medicine, Psychiatry Student Interest Group, Sacramento, California, March 2003

59.    "An Archival Review of Substance Use in 400 NGRI Acquittees," Forensic Visiting Scholar's Conference, Napa State Hospital, April 2003

60.    "An Overview of Juvenile Violence," Sacramento County Child and Adolescent Psychiatry Assessment Clinic, Sacramento, California, June 2003

61.    "Trends in Juvenile Violence," Folsom State Prison, Folsom, California, August 2003

62.    "Satanic Cults and Their Participants," Folsom State Prison, Folsom, California, March 2004

63.    "Child Witness Testimony," Folsom State Prison, Folsom, California, August 2004

64.    "Mental Illness and Criminal Behavior," Sacramento County Mental Health Court Planning Committee, July 2005

65.    "Child Witness Testimony," Granlibakken MCLE Conference of the Placer County Bar Association, Tahoe City, California, April 2007

66.    "Malingering in Civil Cases," Granlibakken MCLE Conference of the Placer County Bar Association, Tahoe City, California, April 2007

67.    "Psychotherapy 101 for Forensic Offenders," University of California, Davis and Napa State Hospital Visiting Scholars Program, May 2007

68.    "Mental Health Documentation," Vacaville State Prison, California Department of Corrections and Rehabilitation, Vacaville, California, September 2007

69.    "Child Custody Evaluations: Sorting Fact from Fiction," Granlibakken MCLE Conference of the Placer County Bar Association, Tahoe City, California, April 2008

70.    "Assessment of Dangerousness," Granlibakken MCLE Conference of the Placer County Bar Association, Tahoe City, California, April 2008

71.    "Forensic Psychiatry," Cow County Judges Institute/Administrative Office of the Courts, Olympic Valley, California, May 2008

72.    "Forensic Aspects of Child Sexual Abuse Allegations," Central California Regional Organization of Child and Adolescent Psychiatry, Sacramento, California, September 2008

73.    "Psychiatry and the Death Penalty," Central California Psychiatric Society, Sacramento, California, September 2008

75.    "Forensic Psychiatry and the Internet" Sacramento County Jail Psychiatry Services, Sacramento, California, September 2008

76.    "Dissociative Identity Disorder & the Law:  Disease or Drama?," Sacramento County Jail Psychiatry Services, Sacramento, California, September 2009

77.    "Legal Issues and Involuntary Medications," Grand Rounds, Napa State Hospital, Napa, California, February 2010

78.    "PTSD Gone Wild:  Nightmare Cases in Court," Napa State Hospital, Napa, California, September 2010

79.    "Mental Health Issues and Juvenile Court," Juvenile Delinquency Orientations, Judicial Counsel of California, Administrative Office of the Courts, San Francisco, California, January 2011

80.    "Forensic Issues in Child Sexual Abuse Allegations," Joint Annual Conference of The Northern California and Central California Regional Organizations of Child and Adolescent Psychiatry, Sonoma, California, January 2011

81.    "Mental Health Issues and Juvenile Court," Juvenile Delinquency Orientations, Judicial Counsel of California, Administrative Office of the Courts, San Francisco, California, January 2012

82.    "Forensic Psychiatric Hospital Care:  How Did We Get Here and Where Do We Go Now?", University of California, Davis & Napa State Hospital 14th Annual Forensic Visiting Scholars Program, Napa, California, April 2012

83.    "Trends and Interventions for Inpatient Aggression in a Forensic Setting", University of California, Davis & Napa State Hospital 14th Annual Forensic Visiting Scholars Program, Napa, California, April 2012

84.    "Common Legal Pitfalls in Psychiatry:  How to Avoid Them," Kaiser Permanente
       Continuing Medical Education, Elk Grove, California, March 2012