# ATTACHMENT D

<u>Statement of Compensation</u>

| | |
|---|---|
| Joel Dvoskin, Ph.D. | $300 hourly |
| Jacqueline Moore, R.N. Ph.D. CCHP-A | $150 hourly |
| Charles Scott, MD | $400 hourly |