EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF RICK JOHNSON IN SUPPORT OF MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Rick Johnson, declare:

1. I retired on December 31, 2012, as the Chief of the Health Care Placement Oversight Program for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts could and would do so competently. I make this declaration in support of Defendants' Motion to Terminate Under the Prison Litigation Reform Act (PLRA) [18 U.S.C. § 3626(b)] or

1

Alternatively to Vacate the Court's Judgment and Orders Under Federal Rule of Civil Procedure 60(b)(5).

2. I began working at CDCR in 1983, and worked as the Chief of the Health Care Placement Oversight Program from 2008 to December 31, 2012.

3. The Health Care Placement Oversight Program is responsible for, among other things, tracking the type and availability of outpatient and inpatient mental health settings, including temporary alternative housing, the placement of inmates with mental health issues in appropriate settings as safely and timely as possible, and maintaining census and wait list information by mental health program. Additionally, Health Care Placement Oversight Program staff tracks mental health populations by prison and mental health program. This system tracks capacity and census data, pending transfer lists, and wait lists. For care provided by the Department of State Hospitals, Health Care Placement Oversight Program staff tracks capacity and census, including wait list data. Twice a year, staff works with John Misener of McManis Consulting to prepare and publish a spring and fall mental health bed need study.

4. Based on my experience and knowledge of the State's mental health delivery system, the State now has a comprehensive mental health care system that delivers a continuum of services to inmates across all custody levels in both inpatient and outpatient settings. There are a sufficient number of mental health beds and inmates are being timely seen.

5. Inmates with mental health issues are housed at 28 of the State's 33 prisons. Inmates housed at five prisons without designated mental health missions (Calipatria State Prison, California Correctional Center, Centenelia State Prison, Chuckwalla Valley State Prison, and Ironwood State Prison) who have mental health issues are transferred to one of the other 28 prisons, depending upon their security level and care.

6. In addition, the prison system includes seven reception centers, six for male inmates (California Institution for Men, Deuel Vocational Institution, High Desert State Prison, North Kern State Prison, San Quentin State Prison, and Wasco State Prison) and one for female inmates (California Women's Facility). Inmates in reception centers who have mental health issues are transferred to an appropriate mental health program, and receive mental health care pending that

2

1  transfer.  As of December 17, 2012, there were 2,330 inmates with mental health issues in

2  Reception Centers; 2,148 requiring Correctional Clinical Case Management level of care and 182

3  requiring Enhanced Outpatient Program level of care.  (Ex. 1, Dec. 17, 2012 Mental Health

4  Population by Institution.)

5       7.   The mental health delivery system provides Correctional Clinical Case Management

6  System level of care at the remaining 28 prisons.  (*See* Ex. 1.)  Inmates at this level of care who

7  require placement in a secured housing unit (generally to protect their own safety or that of other

8  inmates and staff) are generally housed in either an Administrative Segregation Unit or a Security

9  Housing Unit.  As of December 17, 2012, the Correctional Clinical Case Management System

10 population totaled 25,431, not including reception center inmates.  (*Id.*)  The consultants hired by

11 the State to evaluate the mental health delivery system visited 13 prisons,[1] which house 51% of

12 the Correctional Clinical Case Management System population, not including the reception center

13 populations.

14      8.   Thirteen prisons have designated programs for inmates at the Enhanced Outpatient

15 Program level of care who require general population housing and eleven for inmates at the

16 Enhanced Outpatient Program level of care who require administrative segregation housing.  (*See*

17 Ex. 2, June 12, 2012 Base Male Bed Plan and Ex. 3, Base Female Bed Plan.)  Three prisons

18 provide housing in a Psychiatric Services Unit for those inmates at the Enhanced Outpatient

19 Program level of care who require secured housing.  (*Id.*)  As of December 17, 2012, the

20 Enhanced Outpatient Program population totaled 4,452 inmates, excluding the reception center

21 population. (Ex. 1.)  The 13 prisons visited by the State's consultants house 82% of the Enhanced

22 Outpatient Program population, not including the reception center population.

23      9.   Twenty prisons offer inpatient beds for inmates in short-term crisis.  (*See* Exs. 2–3.)

24 The Mental Health Crisis Bed census as of December 17, 2012 totaled 276 inmates and, there

---

[1] The consultants visited Central California Women's Facility, Centinela State Prison, California Institution for Men, California Men's Colony, California Medical Facility, California State Prison, Corcoran, California State Prison, Los Angeles County, Pelican Bay State Prison, RJ Donovan Correctional Facility, California State Prison, Sacramento, California Substance Abuse Treatment Facility and State Prison, Corcoran, San Quentin State Prison, and Salinas Valley State Prison.

3

Johnson Decl. in Supp. of Defs.' Mot. to Terminate Under PLRA and Fed. R. Civ. Proc. 60(b)(5)
(2:90-cv-00520 LKK JFM P)

were no inmates waiting for placement in a crisis bed, which has generally been the case since at least April 2012. The total mental health crisis bed capacity is 357. (*Id.*) The 13 prisons that the State's consultants visited comprised 80% of these mental health crisis beds.

10. Several other prisons use Outpatient Housing Units or alternative housing for inmates pending admission to a mental health crisis bed. Between May 1, 2012 and November 29, 2012, inmates who were housed in an Outpatient Housing Unit stayed a median of 1.3 days before being placed or transferred to a mental health crisis bed or determined to not need mental health crisis bed care. Between May 18, 2012 and November 29, 2012, the median number of hours an inmate was in alternative housing was 19.32 hours.

11. In July 2012, CDCR activated a new 45-bed Psychiatric Inpatient Program at California Institution for Women for female inmates who require acute or intermediate inpatient hospital care. As of December 17, 2012, the census totaled 32 inmates and there is no wait list.

12. The Department of State Hospitals provides male inmates acute and intermediate mental health care at two prisons (Salinas Valley State Prison and California Medical Facility) and two state hospitals (Atascadero State Hospital and Coalinga State Hospital). (*See* Ex. 2.) Acute inmates are treated at California Medical Facility. (*Id.*) Low-custody inmates who require intermediate care are housed in a dormitory setting at California Medical Facility and at the two state hospitals; high-custody inmates are housed at the two prisons. (*Id.*) As of December 17, 2012, the census for low-custody totaled 325 and the census for high-custody totaled 478.

13. As of December 17, 2012, there were no inmates waiting for acute or inpatient care. There were thirteen inmates pending admission to acute care (accepted by Department of State Hospitals) but none had waited more than ten days. And there were 45 inmates pending admission to intermediate care (accepted by Department of State Hospitals); the majority pending two weeks or less.

14. The State's bed plan ensures that California inmates have and will continue to have ready access to an adequate number of mental health beds. (*See* Ex. 4, Mental Health Bed Need Study Based on Fall 2012 Population Projections and Exs. 2–3 bed plan.) The below table

4

Johnson Decl. in Supp. of Defs.' Mot. to Terminate Under PLRA and Fed. R. Civ. Proc. 60(b)(5)
(2:90-cv-00520 LKK JFM P)

compares the fall 2012 population projections to June 2013 to the State's June 12, 2012 bed plan net capacity:

| Level of Care | Fall 2012 Projections | June 12, 2012 Bed Plan Net Capacity | Difference Fall 2012 Projection – Net Capacity Bed Plan |
|---|---|---|---|
| **Male** | | | |
| EOP-GP | 3,674 | 3,803 | +129 |
| EOP-ASU | 521 | 550 | +29 |
| PSU | 388 | 512 | +124 |
| MHCB[2] | 319 | 389 | +70 |
| Acute | 217 | 232 | +15 |
| ICF –Low | 319 | 340 | +21 |
| ICF - High | 474 | 624 | +150 |
| **TOTALS** | **5,912** | **6,450** | **+538** |
| **Female** | | | |
| EOP-GP | 89 | 129 | +40 |
| EOP-ASU | 12 | 20 | +8 |
| PSU | 22 | 20 | -2 |
| MHCB | 8 | 22 | +14 |
| Acute/ICF | 17 | 45 | +28 |
| **TOTALS** | **148** | **236** | **+88** |

I declare that the foregoing is true. Executed this 4 day of January, 2013, at Sacramento, California.

*/s/ Rick Johnson*
*(original signature retained by attorney)*

_____
RICK JOHNSON

CF1997CS0003

---

[2] Adjusted for Outpatient Housing Unit and Alternative Housing populations. (Ex. 4 at p. 19.)

5

Johnson Decl. in Supp. of Defs.' Mot. to Terminate Under PLRA and Fed. R. Civ. Proc. 60(b)(5)
(2:90-cv-00520 LKK JFM P)