# EXHIBIT 1

[to Johnson Declaration]

# Mental Health Population By Institution
*Download Date: December 17, 2012*

## SUMMARY OF OUTPATIENT POPULATION
*(ASU, GP, RC and SHU Detail on pages 2-4)*

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1099 | 1323 | 120% | | 7 | | | | | 1330 |
| CAL | | 31 | | | | | | | | 31 |
| CCC | | 7 | | | | | | | | 7 |
| CCI | 1349 | 1072 | 79% | | 3 | | | | | 1075 |
| CCWF | 899 | 1187 | 132% | 64 | 42 | 66% | | | | 1229 |
| CEN | | 20 | | | | | | | | 20 |
| CIM | 1299 | 1390 | 107% | | 52 | | | | | 1442 |
| CIW | 499 | 609 | 122% | 85 | 66 | 78% | 20 | 15 | 75% | 690 |
| CMC | 1099 | 973 | 89% | 634 | 601 | 95% | | | | 1574 |
| CMF | 599 | 482 | 80% | 391 | 418 | 107% | | | | 900 |
| COR | 949 | 1222 | 129% | 249 | 251 | 101% | | | | 1473 |
| CRC-M | 848 | 967 | 114% | | 1 | | | | | 968 |
| CTF | 845 | 1075 | 127% | | 7 | | | | | 1082 |
| CVSP | | 2 | | | 1 | | | | | 3 |
| DVI | 649 | 426 | 66% | | 14 | | | | | 440 |
| FOL | 599 | 477 | 80% | | 3 | | | | | 480 |
| HDSP | 699 | 789 | 113% | | 5 | | | | | 794 |
| ISP | | 11 | | | | | | | | 11 |
| KVSP | 1000 | 1231 | 123% | 96 | 92 | 96% | | | | 1323 |
| LAC | 1149 | 1295 | 113% | 374 | 391 | 105% | | | | 1686 |
| MCSP | 1149 | 1071 | 93% | 546 | 557 | 102% | | | | 1628 |
| NKSP | 799 | 829 | 104% | | 55 | | | | | 884 |
| PBSP | 349 | 237 | 68% | 66 | 72 | 109% | 128 | 116 | 91% | 425 |
| PVSP | 1499 | 1735 | 116% | | 2 | | | | | 1737 |
| RJD | 1199 | 1421 | 119% | 543 | 535 | 99% | | | | 1956 |
| SAC | 849 | 723 | 85% | 458 | 393 | 86% | 256 | 232 | 91% | 1348 |
| SATF | 1199 | 1551 | 129% | 352 | 366 | 104% | | | | 1917 |
| SCC | 499 | 532 | 107% | | 2 | | | | | 534 |
| SOL | 1199 | 1080 | 90% | | 8 | | | | | 1088 |
| SQ | 899 | 1039 | 116% | 36 | 39 | 108% | | | | 1078 |
| SVSP | 999 | 1292 | 129% | 264 | 219 | 83% | | | | 1511 |
| VSP | 849 | 580 | 68% | | 1 | | | | | 581 |
| WSP | 1049 | 900 | 86% | | 68 | | | | | 968 |
| **TOTAL** | **26118** | **27579** | **106%** | **4158** | **4271** | **103%** | **404** | **363** | **90%** | **32213** |

| Group | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| Institution (3) | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **Administrative Segregation Unit (ASU)** | | | | | | | | |
| ASP ASU | | 35 | | | 3 | | 38 | |
| CAL ASU | | 10 | | | | | 10 | |
| CCC ASU | | 1 | | | | | 1 | |
| CCI ASU | | 94 | | | | | 94 | |
| CCWF ASU | | 44 | | 10 | 5 | 50% | 49 | |
| CEN ASU | | 12 | | | | | 12 | |
| CIM ASU | | 108 | | | 2 | | 110 | |
| CIW ASU | | 35 | | 10 | 6 | 60% | 41 | |
| CMC ASU | | 33 | | 54 | 53 | 98% | 86 | |
| CMF ASU | | 20 | | 58 | 45 | 78% | 65 | |
| COR ASU | | 129 | | 99 | 81 | 82% | 210 | |
| CTF ASU | | 25 | | | 1 | | 26 | |
| DVI ASU | | 49 | | | 4 | | 53 | |
| FOL ASU | | 34 | | | 3 | | 37 | |
| HDSP ASU | | 28 | | | 3 | | 31 | |
| KVSP ASU | | 70 | | | 2 | | 72 | |
| LAC ASU | | 139 | | 74 | 69 | 93% | 208 | |
| MCSP ASU | | 47 | | 36 | 36 | 100% | 83 | |
| NKSP ASU | | 34 | | | 1 | | 35 | |
| PBSP ASU | | 102 | | | 12 | | 114 | |
| PVSP ASU | | 163 | | | | | 163 | |
| RJD ASU | | 92 | | 63 | 52 | 83% | 144 | |
| SAC ASU | | 97 | | 74 | 45 | 61% | 142 | |
| SATF ASU | | 92 | | | 2 | | 94 | |
| SCC ASU | | 24 | | | | | 24 | |
| SOL ASU | | 91 | | | 2 | | 93 | |
| SQ ASU | | 77 | | 36 | 7 | 19% | 84 | |
| SVSP ASU | | 159 | | 72 | 45 | 63% | 204 | |
| WSP ASU | | 43 | | | 2 | | 45 | |

| Group | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| Institution (3) | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **Administrative Segregation Unit (ASU)** | | | | | | | | |
| Group Total for ASU | | 1,887 | | 586 | 481 | 82% | 2,368 | |

| Group<br>Institution (3) | | CCCMS Capacity | CCCMS Current Pop | CCCMS % of Capacity | EOP Capacity | EOP Current Pop | EOP % of Capacity | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|---|
| **General Population (GP)** | | | | | | | | | |
| **ASP** | II | 1,099 | 1,288 | 117% | | 4 | | 1,292 | |
| **CAL** | I,IV  + | | 21 | | | | | 21 | |
| **CCC** | I,II,III | | 6 | | | | | 6 | |
| **CCI** | I,II,III,IV  * | 1,219 | 765 | 63% | | 2 | | 767 | |
| **CCWF** | | 745 | 969 | 130% | 54 | 2 | 4% | 971 | |
| **CEN** | III | | 8 | | | | | 8 | |
| **CIM** | I | 666 | 1,189 | 179% | | 32 | | 1,221 | |
| **CIW** | | 499 | 502 | 101% | 75 | 57 | 76% | 559 | |
| **CMC** | I,II,III | 1,099 | 940 | 86% | 580 | 548 | 94% | 1,488 | |
| **CMF** | I,II,III | 599 | 462 | 77% | 333 | 373 | 112% | 835 | |
| **COR** | I,III,IV  + * | 499 | 682 | 137% | 150 | 170 | 113% | 852 | *SNY EOP=150 beds* |
| **CRC-M** | II | 848 | 967 | 114% | | 1 | | 968 | |
| **CTF** | I,II | 845 | 1,050 | 124% | | 6 | | 1,056 | |
| **CVSP** | I,II | | 2 | | | 1 | | 3 | |
| **DVI** | I,II | 85 | 96 | 113% | | 1 | | 97 | |
| **FOL** | III | 599 | 443 | 74% | | | | 443 | |
| **HDSP** | I,III,IV  * | 699 | 727 | 104% | | 2 | | 729 | |
| **ISP** | I,III | | 11 | | | | | 11 | |
| **KVSP** | I,IV | 1,000 | 1,161 | 116% | 96 | 90 | 94% | 1,251 | *SNY EOP* |
| **LAC** | I,III,IV  + | 1,149 | 1,156 | 101% | 300 | 322 | 107% | 1,478 | |
| **MCSP** | I,II,III,IV  + | 1,149 | 1,024 | 89% | 510 | 521 | 102% | 1,545 | *SNY EOP* |
| **NKSP** | I,III | 80 | 129 | 161% | | 2 | | 131 | |
| **PBSP** | I,IV  * | 349 | 133 | 38% | 66 | 60 | 91% | 193 | |
| **PVSP** | I,III | 1,499 | 1,572 | 105% | | 2 | | 1,574 | |
| **RJD** | I,III | 1,199 | 1,329 | 111% | 480 | 483 | 101% | 1,812 | *SNY EOP=150 beds* |
| **SAC** | I,IV  * | 849 | 606 | 71% | 384 | 348 | 91% | 954 | |
| **SATF** | II,III,IV  * | 1,199 | 1,459 | 122% | 352 | 364 | 103% | 1,823 | *SNY EOP=264 beds* |
| **SCC** | I,II,III | 499 | 508 | 102% | | 2 | | 510 | |
| **SOL** | II,III | 1,199 | 989 | 82% | | 6 | | 995 | |
| **SQ** | I,II | 350 | 812 | 232% | | 26 | | 838 | |

| Group<br>Institution (3) | CCCMS | | | EOP | | | Subtotal<br>MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **General Population (GP)** | | | | | | | | |
| SVSP          I,IV        * | 999 | 1,133 | 113% | 192 | 174 | 91% | 1,307 | |
| VSP | 849 | 580 | 68% | | 1 | | 581 | |
| WSP           I,III | 105 | 107 | 102% | | 4 | | 111 | |
| **Group Total for GP** | 21,975 | 22,826 | 104% | 3,572 | 3,604 | 101% | 26,430 | |
| **Reception Center (RC)** | | | | | | | | |
| CCWF-RC | 154 | 174 | 113% | | 35 | | 209 | |
| CIM-RC | 633 | 93 | 15% | | 18 | | 111 | |
| DVI-RC | 564 | 281 | 50% | | 9 | | 290 | |
| HDSP-RC | | 34 | | | | | 34 | |
| NKSP-RC | 719 | 666 | 93% | | 52 | | 718 | |
| SQ-RC | 549 | 150 | 27% | | 6 | | 156 | |
| WSP-RC | 944 | 750 | 79% | | 62 | | 812 | |
| **Group Total for RC** | 3,563 | 2,148 | 60% | | 182 | | 2,330 | |
| **Security Housing Unit (SHU)** | | | | | | | | |
| CCI-SHU | 130 | 213 | 164% | | 1 | | 214 | |
| CIW SHU | | 72 | | | 3 | | 75 | |
| COR-SHU | 450 | 411 | 91% | | | | 411 | |
| PBSP SHU | | 2 | | | | | 2 | |
| SAC SHU | | 20 | | | | | 20 | |
| **Group Total for SHU** | 580 | 718 | 124% | | 4 | | 722 | |

**Report Footnotes**

(1) CCCMS capacities have not been adjusted to reflect realignment.

(2) EOP, ASU-EOP, and PSU may not reflect actual program vacancies because beds can be held vacant for inmate-patients temporarily housed in MHCB and OHU.

(3) " + " is a 270 Design Facility.  " * " is a 180 Design Facility.