# EXHIBIT 4

[to Johnson Declaration]

# Consulting Services for
# California Department of Corrections
# & Rehabilitation

# MENTAL HEALTH BED NEED STUDY
# Based on Fall 2012 Population Projections

# November 2012

## McManis Consulting



# Assignment & Scope

This is the Fall 2012 Mental Health Bed Need Study using the Fall 2012 Population Projections developed under the California Department of Corrections and Rehabilitation's (CDCR's) contract with McManis Consulting.  These projections are based on policies and practices in place at the time the projections were developed, and they continue to estimate the impact of Assembly Bill 109 (AB109), which took effect on October 1, 2011. AB109, the Public Safety Realignment law, drastically reduced the prison population and is ongoing.  Thus, McManis Consulting  and the Health Care Placement Oversight Program (HC-POP) continue to assess and improve the model methodology in order to accurately measure and predict utilization changes.

This Fall 2012 study applies the new approaches and methodologies begun in the Fall 2011 and Spring 2012 reports (see page 5 for a detailed list of data used). They are based in part on the effort of HC-POP staff in collecting additional data specifically related to security level and analyses of pending lists. HC-POP expanded their audit of census and pending lists by security level by up to 18 audit dates compared to Fall 2011 and Spring 2012 studies, which used 4 and 7 dates, respectively, for many of the male programs.

As in previous reports, John Misener of McManis Consulting is the lead author and forecaster for the materials in this report.

*The impact from the changes to the Inmate Classification Score System (ICSS) are not fully reflected in this Fall 2012 Mental Health Bed Need Study or the Offender Information Services Branch (OISB) projections.  Although the Department began implementing the ICSS changes on July 1, 2012, the implementation process will take about 18 months to complete. Therefore, future projections will better reflect the impact of these changes on the mental health population.*

**Fall 2012 Mental Health Bed Need Study**

# Table of Contents

| | Page | |
|---|---|---|
| **Fall 2012– ISSUES & FEATURES** | | 4 |
| **DATA USED IN THIS REPORT** | | 5 |
| **BASIC METHODOLOGY** | | 6 |
| **METHODOLOGY ENHANCEMENTS** | | 7 |
| **FALL 2012 POPULATION PROJECTIONS** | | 8 |
| **FORECASTS** | | |
| Acute Psychiatric Program (APP) – Males | | 9 |
| Acute/Intermediate Care Facility (ICF) Program – Females | | 12 |
| ICF Program – Males | | 13 |
| Mental Health Crisis Bed (MHCB) – Males | | 19 |
| MHCB – Females | | 23 |
| Enhanced Outpatient Program (EOP) General Population (GP)  – Males | | 24 |
| EOP – Administrative Segregation (ASU) – Males | | 26 |
| Psychiatric Services Unit (PSU) – Males | | 28 |
| EOP-GP – Females | | 31 |
| EOP-ASU – Females | | 32 |
| PSU – Females | | 33 |
| Correctional Clinical Case Management System (CCCMS) – Males | | 34 |
| CCCMS – Females | | 37 |
| **APPENDIX** | | |
| List of Abbreviations Used in Report | | 39 |
| Comparison of Bed Need Forecasts – Fall 2012 vs. Spring 2012 | | 40 |
| Mental Health Services Delivery System Bed Need | | 41 |

**Fall 2012 Mental Health Bed Need Study**

# Fall 2012 Mental Health Bed Study – ISSUES & FEATURES

## MALE

The actual male population at 6/30/2012 increased 1.2% (1,475) compared to the Spring 2012 projection. The Fall 2012 OISB population projections increase steadily for each of the forecast years.  The new Fall projections are 0.73% higher (895) in 2013, 4.9% higher (5,804) in 2017, and 6.1% higher (7,461) in 2022.

The Fall 2012 forecast is compared to the Spring 2012 study below for **2017**:

- **Acute (APP)** – 6.4% lower than the Spring 2012 study

- **Intermediate (ICF)** – 3.9% lower

- **MHCB** – 6.9% lower

- **EOP-GP** – 3.3% higher

- **EOP-ASU** – 20.7% lower

- **PSU** – 24.1% lower

- **CCCMS** – 3.6% higher

## FEMALE

The new OISB female population projections are estimated to increase slightly by 0.7% (37) in 2013 compared to the Spring 2012 OISB projections. In 2017, the new Fall projections are 5.0%  higher (274) than the Spring 2012 projections, and by 2022, 8.2% higher (472).

The Fall 2012 forecast is compared to the Spring 2012 study below for **2017**:

- **Acute/ICF** – 9.7% higher than the Spring 2012 study

- **MHCB** – 15.0% higher

- **EOP-GP** – 9.4% higher

- **EOP-ASU** –7.8% lower

- **PSU** – 35.8% lower

- **CCCMS** – 13.5% higher

## OVERALL

The Fall 2012 Mental Health Services Delivery System (MHSDS) population, excluding CCCMS, is lower than the estimate made in the Spring 2012 study for FY2013 by 4.1% (-257).  By 2017, the new forecast is only 3.2% lower (-199).

**Fall 2012 Mental Health Bed Need Study**

4

# Data Used in this Report

This Fall 2012 Study uses the following data:

- July 2011 – June 2012 census and pending list data, by program, provided by HC-POP. In addition, July and August 2012 data for MHCB, Outpatient Housing Units (OHU), and Alternative Housing (AH) were used to extend the audit of OHU and AH usage tracked since May 2012.

- Fall 2012 Adult Population Projections from the CDCR Offender Information Services Branch (OISB), replace the Spring 2012 values.  These projections are based on policies and practices in place at the time the projections were developed, and they continue to estimate the impact of AB109, which took effect October 1, 2011.

- Additional projections from OISB of inmate populations by level of housing, through 2022, for use in the male forecast methodologies, which are projected to have a greater proportion of inmates housed in high security facilities (Level IV) in 2012 and beyond.

- HC-POP analysis of male inmate-patients by Security Level (based on placement score):

  - Sixteen sample/audit  dates distributed throughout FY2012  for: APP, CMF-ICF (High Custody), SVPP, MHCB, and PSU. Fifteen sample/audit dates for EOP-ASU.

  - Fourteen sample/audit dates for ICF (Low Custody) at CMF and ASH. Four sample/audit dates for CSH, which started re-housing ICF patients in January 2012.

  - Due to the SOMS conversion, some of the data was not available for certain dates in October and November 2011, and due to a server migration, some of the data was not available for certain dates in April and May 2012.

  - Matched inmate-patients to placement scores and security levels (Datamart).

- HC-POP analysis of pending lists for APP, ICF, and PSU

  - Eighteen sample dates in FY2012 from July 2011 –June 2012

  - Determined location of inmate-patient while on pending list

# Basic Methodology

The fundamental modeling approach for the Mental Health Bed Need Study is the Census Rate method, which is a population-based methodology.  The method entails development of forecasts of the target populations and the development of "census rates" for those populations (based on the average daily/weekly/biweekly census per 1,000 inmates) for each level of care. This basic model uses the following variables:

- **CDCR Total Institution Population (actual and projected)**
- **Historical Program Census Counts (daily, weekly, or bi-weekly)**
- **Historical Program Pending List Counts, if any (daily, weekly)**
  *(It is noted that for purposes of these projections, "pending list" includes all that are not yet in a bed, including those that are within the Mental Health Program Guide transfer timelines.)*

A Census Rate Adjustment Factor (CRAF) was applied to previous forecasts (and is still applied to some of the female forecasts) when the census rate increases over 4 or 5 years in order to simulate future increases. It is not always applied, such as when the rate exhibits a decline, is erratic, or is not expected to continue to increase based on other information related to operations (indication of length of stay reduction, improvements in pending list management, etc.).

The goal of the Mental Health Bed Need Study is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply.  Occupancy standards were selected to ensure that, on average, capacities would not be exceeded in the future given the forecasted bed requirements. While the inpatient community standard is about 80 percent, the Division of Health Care Services decided to apply a 90 percent occupancy standard to all inpatient programs, and a 95 percent standard to the outpatient programs (excluding CCCMS). The lower occupancy standard increases the probability of having an empty bed available.

# Methodology Enhancements

1. ***For the Male MHCB, EOP-GP, and EOP-ASU programs and the Female EOP-ASU program, provided a "trued" bed need reporting.  This is an adjustment to the official forecasted bed need that eliminates "double-counting."***

   An analysis of pending lists was conducted by HC-POP in order to analyze the causes of non-admission (paroles, rescissions, admissions to alternate programs, etc.).  Also, the current housing/level of care of those on the pending lists was determined so that adjustments could be shown to eliminate "double-counting." For example, an analysis of 18 dates between July-June in FY2012 was used to determine that 86% of men on the APP pending list (or an average of 19.8 inmates) were residing in a MHCB. A separate reporting of the "true" bed need is shown in the MHCB forecast with the observation that the beds used by those inmate-patients on the pending list could be freed-up once adequate APP capacities become available in the future.

2. ***For Male programs, determined security level-specific census rates to better adjust for anticipated changes in the security level mix as a result of AB109.***

   For this study, as in the last two studies, OISB provided male population projections by level (based on housing assignment).  An enhancement to the basic model for male programs has been made as corresponding utilization data by Security Level (based on placement score) has become available.  Analysis of the mental health programs indicate that the utilization of services by Level IV inmates are in excess of 2.5 times the overall male population average census rate with the exception of CCCMS (1.7 times). PSU (4.6 times) and ASU (3.3 times) are much higher. The use of these "security level-specific" census rates is designed to ensure sufficient bed need despite large drops in the projected population due to AB109.

   For the Male programs, population by level and utilization data was available so the CRAF method (census rate adjustment factor) was not used in preference for the newer method. The use of CRAF assumes future changes based on past experience; however, future changes under AB109 require a more precise approach.

   Because OISB does not project the Female population by level, CRAFs are still used for Female programs, as appropriate.

# Fall 2012 CDCR Population Projections

The Fall 2012 10-year projections from CDCR's OISB were received on September 10, 2012, for internal use. The official projections were published on October 31, 2012.  The projection for Males is 0.7% higher (895) than the Spring  2012 projections for June 30, 2013, and 4.9% (5,804) higher by 2017. The female population estimate for June 30, 2013, is 0.7% higher (37) than projected in the Spring 2012 projections and 5.0% higher (274) by 2017.

One of the most important aspects of the series of population forecasts is that the past year, FY2012, was the first year of the large and unprecedented reductions associated with AB109. For males, the monthly drops starting in October 2011 were at least as large as the annual drops over the last few years and the female monthly drop is even greater as a percentage. This creates a need to monitor the mid-year FY2012 utilization trends closely and to calculate mid-year census rates by using the mid-period estimates.



**Male Population: 2002-2022**



**Female Population: 2002-2022**

Fall 2012 Mental Health Bed Need Study

*Data Source:  CDCR OISB Population Projections Unit*

# APP Bed Need – Males

This Forecast is
**Lower**
than Spring 2012

## Acute Psychiatric Program Bed Need Forecast

| Acute Psych - Male | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 d/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop. Fall 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 122,946 | 121,691 | 122,128 | 122,977 | 124,215 | 125,425 | 126,624 | 128,054 | 129,390 | 130,716 |
| Census Rate a/ | 0.94 | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.11 | 1.45 | 1.42 | 1.53 | 1.59 | 1.54 | 1.54 | 1.55 | 1.55 | 1.55 | 1.55 | 1.55 | 1.55 | 1.55 |
| ADC from databases b/ | 142 | 136 | 131 | 146 | 115.1 | 134.4 | 128.8 | 144.11 | 172.3 | 187.5 | | | | | | | | | | |
| Pending List ADC c/ | | | | 31 | 42.0 | 55.0 | 45.9 | 81.48 | 44.7 | 26.2 | | | | | | | | | | |
| Total ADC Est. & Forecast | | | 131 | 177 | 157 | 189 | 175 | 225.6 | 217.0 | 213.6 | 195 | 187 | 188 | 190 | 192 | 194 | 197 | 199 | 201 | 203 |
| Bed Need (90% Occ) | 157 | 151 | 146 | 197 | 175 | 210 | 194 | 251 | 241 | 237 | 217 | 208 | 209 | 211 | 214 | 216 | 218 | 221 | 223 | 225 |

a/ Census rate includes census + pending list. Forecasted rate is modeled based on the distribution of census by security levels using averages of a 16-day sample during FY2012. From this distribution, security level specific rates/1000 were calculated then multiplied times the OISB estimates for the data period mid-point (Dec. 31, 2011). The resulting total census projections were applied to the total male population for a blended census rate.

b/ Data Source: 12 months FY12 data weekly HC-POP Census reports

c/ The pending list based on average weekly counts was 26.2. The pending list has dropped since a high point in April 2010.

d/ 2012 Bed need uses the FY2012 mid-point (Dec. 31, 2011) to capture the average population for that period of rapid decrease.

| Forecast based on Spring 2012 | | | | | | | | | | | 234 | 232 | 230 | 229 | 228 | 228 | 229 | 230 | 230 | 231 | 233 |
| Forecast based on Fall 2011 | | | | | | | | | | | 233 | 229 | 226 | 224 | 223 | 224 | 224 | 225 | 226 | 227 | |
| Forecast based on Spring 2011 | | | | | | | | | | | 246 | 249 | 250 | 251 | 253 | 254 | 255 | 256 | 258 | 260 | |

*The Fall 2012 bed need forecast is lower than the Spring 2012 study for each of the forecast years. Though the census rate is lower for the forecast years compared to the rates used in the Spring 2012 study, the higher OISB population projections keep the resulting bed need comparatively close to the older forecast.*

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

**Fall 2012 Mental Health Bed Need Study**

# APP Bed Need – Males (Cont'd)

**Methodology:** HC-POP conducted an audit of 16 days distributed between July 1, 2011, and June 30, 2012. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the 16 periods. It was assumed that the FY2012 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the FY2012 CDCR population as of fiscal year mid-point 12/31/2011 to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 are calculated for each forecast year and applied to the model.

### Distribution of Acute Referrals by Security Level

| Security Level | Distribution | Est. Census + WL Distri-bution | Population * | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2012 |
|---|---|---|---|---|---|---|---|
| Level IV | 53.9% | 115.1 | 28,752 | 4.00 | 3.95 | 3.58 | 11.8% |
| Level III | 20.7% | 44.2 | 33,930 | 1.30 | 1.40 | 1.62 | -19.6% |
| Level II | 19.9% | 42.5 | 35,426 | 1.20 | 1.13 | 1.09 | 10.0% |
| Level I | 5.6% | 11.9 | 19,864 | 0.60 | 0.62 | 0.77 | -22.2% |
| Total | 100.0% | 213.65 | 139,544 | 1.53 | 1.46 | 1.42 | 7.8% |

**\* Midpoint population for period is December 31, 2011.**
**Distribution by Security Level does not allocate to RC or SHU populations.**

*Census Rate Trends and Projection Comparison*

*The Fall 2012 census rate projections are lower than the Spring 2012 study's census rates for the projected years. In 2017, the newly projected census rate is 10.8% lower than in the Spring 2012 study.*



*This Fall 2012 forecast uses a lower census rate projection than the Spring 2012 forecast.*

# APP Pending List – FY2010 through FY2012



**There is evidence of seasonality with "peaks" in August and "valleys" in November through January. However, the overall trend continues to drop.**

FY2010 Average Pending List (PL) List = 81.5

FY2011 Average PL List = 44.7

FY2012 Average PL List = 26.2

The pending list trend has reversed significantly in FY2011 and 2012.



*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

# Acute/ICF Program Bed Need – Females


This Forecast is **Higher** than Spring 2012

Patton State and CIW-PIP – Acute/ICF Program – Bed Need Forecast

| Acute/ICF - Female | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 a/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,660 | 5,594 | 5,628 | 5,675 | 5,725 | 5,866 | 5,962 | 6,161 | 6,172 | 6,219 |
| Census Rate a/ | 2.38 | 1.58 | 2.99 | 2.22 | 1.73 | 1.84 | 1.95 | 2.06 | 2.74 | 2.54 | 2.74 | 2.89 | 3.00 | 3.06 | 3.06 | 3.06 | 3.06 | 3.06 | 3.06 | 3.06 |
| Average Census Patton b/ | 23.96 | 16.86 | 32.47 | 26.03 | 20.58 | 20.99 | 21.52 | 20.81 | 17.92 | 8.9 | | | | | | | | | | |
| Average Census CIW-PIP b/ | | | | | | | | | | 10.1 | | | | | | | | | | |
| Pending List b/ | | | | | | | | | | 1.4 | | | | | | | | | | |
| High Security Census (rejected) | | | | | | | | | 8.32 | | | | | | | | | | | |
| Census rate adj. factor c/ | | | | | | | | | | 9.4% | 7.5% | 5.6% | 3.8% | 1.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Avg. Daily Census | | | | | | 21 | 22 | 21 | 26.24 | 20.4 | 15 | 16 | 17 | 17 | 17 | 18 | 18 | 19 | 19 | 19 |
| Bed Need @ 90% Occ | 27 | 19 | 36 | 29 | 23 | 23 | 24 | 23 | 29 | 23 | 17 | 18 | 19 | 19 | 19 | 20 | 20 | 21 | 21 | 21 |

a/ Model uses the "Census Rate" method. The population applied is the midpoint of FY2012 or Dec. 31, 2011.
b/ ADC is based on the HC-POP weekly MIS report.
c/ Census rate adjustment factor (CRAF) assumes the census rate will increase but at a declining rate until 2017 based on the change between 2007-2012.

| Forecast based on Spring 2012 | 18 | 17 | 17 | 17 | 18 | 18 | 18 | 18 | 18 | 19 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2011 | 20 | 18 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 18 | |
| Forecast based on Spring 2011 | 19 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 18 | 18 | |

*The first phase (24 beds) of CIW's Psychiatric Inpatient Program (PIP) was activated on 7/3/12. The second phase (21 beds) was activated on 10/16/12. Female inmates in need of APP/ICF level of care are now being referred to CIW PIP instead of PSH. HC-POP obtained new data for July and August 2012 and the combined PSH and CIW-PIP census and pending list volumes for these first two months of FY2013 have increased over the average census of PSH alone for FY2012. It is assumed that use of this most recent data better reflects the true need since high custody inmates no longer need to be housed elsewhere.*

*For 2013, the new forecast is 0.7 beds (4.2%) higher than the Spring 2012 forecast. By 2017, the new forecast is 1.7 beds (9.7%) higher than the earlier Spring 2012 forecast.*

# ICF Program Bed Need – Males



This Forecast is
**Lower**
than Spring 2012

| High Custody ICF | \-\- Actual \-\- | | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 c\ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 122,946 | 121,691 | 122,128 | 122,977 | 124,215 | 125,425 | 126,624 | 128,054 | 129,390 | 130,716 |
| SVPP+VPP ICF High-Custody Census Rate a/ | | | | | | | | | | 3.41 | 3.47 | 3.24 | 3.26 | 3.27 | 3.28 | 3.28 | 3.29 | 3.28 | 3.27 | 3.27 |
| VPP  ICF Hi-Custody ADC | | | | 27 | 36 | 63 | 64 | 28.7 | 28.48 | 45.0 | | | | | | | | | | |
| SVPP Hi-Custody ADC | | 43 | 51 | 69 | 117.6 | 178.3 | 197.9 | 231.4 | 290.4 | 345.2 | | | | | | | | | | |
| SVPP ADC on Pending List | | 11 | 3 | 100 | 73 | 80 | 136 | 472.2 | 319.7 | 85.9 | | | | | | | | | | |
| SVPP+CMF ICF High-Custody Census + PL | - | 54.2 | 54.0 | 195.8 | 226.0 | 321.0 | 398.0 | 732.4 | 638.6 | 476.1 | 426.9 | 394.8 | 398.3 | 402.3 | 407.3 | 411.4 | 416.1 | 419.9 | 423.2 | 427.8 |
| ADC on PC 1370 pending list | | | | | 27.9 | 31.7 | 19.2 | 19.3 | 16.1 | 14.96 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Bed Need w/o PC 1370s (90% occupancy) | - | 60.2 | 60.0 | 217.5 | 251.1 | 356.7 | 442.2 | 813.7 | 709.6 | 529.0 | 474 | 439 | 443 | 447 | 453 | 457 | 462 | 467 | 470 | 475 |
| Bed Need (90% Occ) with PC 1370s | | | | | | | | | | 546 | 491 | 455 | 459 | 464 | 469 | 474 | 479 | 483 | 487 | 492 |
| ICF Low Custody - Dorms | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Combined ICF Low Custody Census Rate b/ | | | | | | | | | | 2.14 | 2.34 | 2.41 | 2.41 | 2.41 | 2.41 | 2.41 | 2.41 | 2.42 | 2.42 | 2.42 |
|  - VPP ICF Low-Custody (Dorm) ADC w PL | | | | 73 | 72 | 71 | 71 | 62.7 | 71.03 | 73.8 | | | | | | | | | | |
|  - ASH ADC w Pending List | 132 | 100 | 117 | 116 | 103.6 | 94.0 | 134.4 | 231.2 | 224.5 | 198.12 | | | | | | | | | | |
|  - CSH (Coalinga) Avg. Census | | | | | 49 | 50 | 47 | 29.4 | N/A | 26.4 | | | | | | | | | | |
| Combined ADC (incl PL) | | | | | | | | | | 298.4 | 287 | 293 | 294 | 296 | 299 | 303 | 306 | 310 | 313 | 317 |
| Combined Low Custody Bed Need (90% Occ) | 146.71 | 111.17 | 129.6 | 210 | 249.4 | 238.0 | 257.5 | 359.2 | 328.4 | 332 | 319 | 325 | 327 | 329 | 333 | 336 | 340 | 344 | 348 | 352 |
| All Intermediate - Combined | | | | | | | | | | | | | | | | | | | | |
| Total ICF Bed Need (@ 90% occupancy) | 234 | 256 | 320 | 416 | 501 | 595 | 723 | 1,173 | 1,038 | 861 | 794 | 764 | 769 | 776 | 785 | 794 | 802 | 811 | 818 | 827 |
| Total ICF Bed Need incl PC 1370s | | | | | | | | | | 877 | 810 | 780 | 786 | 792 | 802 | 810 | 819 | 827 | 835 | 844 |

a/ Census rate model for SVPP and VPP-ICF High Custody based on Security Level distribution analysis from an audit of 16 days in FY2012.
b/ Census rate model for Low Custody/Dorm based on Security Level distribution analysis from an audit of 14 days in FY2012 for VPP-ICF Dorm and ASH, and 4 days for CSH. Rate includes Pending List at ASH and VPP-ICF Dorms.
c/ The census rates for 2012 are based on the 12 month of utilization using the mid-point population (12/31/11). The resulting rates are applied to the forecasted years. The 2012 population is for the mid-point estimate at Dec. 31.2011.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2012 | 845 | 832 | 824 | 818 | 815 | 817 | 820 | 825 | 826 | 829 | 836 |
| Forecast Based on Fall 2011 | 1,016 | 987 | 973 | 966 | 964 | 966 | 968 | 971 | 975 | 979 | |
| Forecast Based on Spring 2011 | 1,098 | 1,101 | 1,105 | 1,106 | 1,115 | 1,120 | 1,124 | 1,130 | 1,138 | 1,146 | |

> *The bed need for Male ICF decreased  for the forecasted years relative to the Spring 2012  for all forecast  years.*
> *The bed need for 2013 is 38 beds lower (-4.6%) than the Spring 2012 forecast and  32 beds lower (-3.9%) in 2017.*

**Fall 2012 Mental Health Bed Need Study**

13

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

# ICF Program Bed Need – Distribution by Security Level

**Methodology:** HC-POP conducted an audit of 16 days distributed through the 12 months of FY2012 for SVPP and CMF-VPP high custody. An audit of 14 days was conducted for ASH and VPP-Dorms, and 4 days for CSH (since 1/1/12). This analysis matched the inmates in the ICF program to their security level based on placement score. The distribution by Level I-IV was averaged for the number of audited days. It was assumed that the FY2012 census plus pending list would be allocated in the same proportion resulting in security level-specific census values, which were then applied to the FY2012 CDCR population as of fiscal year mid-point 12/31/2011 to obtain "security level-specific" census rates. These census rates were then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 was calculated for each forecast year and applied to the model.

### ICF High Custody (SVPP & CMF VPP)

| Security Level | Distrib-ution % | Est. Census + PL Distrib-ution | Population (12/31/11) | Census Rates |
|---|---|---|---|---|
| Level IV | 72.0% | 342.6 | 28,752 | 11.92 |
| Level III | 18.0% | 85.9 | 33,930 | 2.53 |
| Level II | 8.5% | 40.3 | 35,426 | 1.14 |
| Level I | 1.6% | 7.4 | 19,864 | 0.37 |
| Total | 100.0% | 476.1 | 139,544 | 3.41 |

### ICF Dorm / Low Custody (ASH, VPP-Dorms & CSH)

| Security Level | Distrib-ution | Est. Census + PL Distrib-ution | Population (12/31/11) | Census Rates |
|---|---|---|---|---|
| Level IV | 19.6% | 58.6 | 28,752 | 2.04 |
| Level III | 24.8% | 74.0 | 33,930 | 2.18 |
| Level II | 45.3% | 135.3 | 35,426 | 3.82 |
| Level I | 10.2% | 30.4 | 19,864 | 1.53 |
| Total | 100.0% | 298.37 | 139,544 | 2.14 |

Population midpoint for 12 months is 12/31/11. Distribution by Security Level does not allocate to RC or SHU populations.

Data Sources: HC-POP FY2012 Data, Audits: Census & Pending

# ICF Program Bed Need – Males



### SVPP Census & Pending List

| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 | FY12 Q3 | FY12 Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pending List | 397.9 | 477.0 | 533.6 | 481.8 | 463.1 | 377.4 | 271.7 | 164.0 | 143.6 | 122.4 | 59.6 | 20.9 |
| Census | 232.3 | 230.0 | 230.5 | 233.0 | 229.4 | 271.0 | 319.6 | 342.9 | 342.5 | 347.0 | 348.5 | 343.1 |



### ASH Census & Pending List

| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 | FY12 Q3 | FY12 Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pending List | 38.5 | 17.2 | 16.3 | 8.9 | 10.5 | 5.8 | 4.0 | 5.5 | 7.8 | 13.0 | 5.0 | 4.2 |
| Census | 155.7 | 209.1 | 234.3 | 246.1 | 245.5 | 222.3 | 206.7 | 197.9 | 176.1 | 197.2 | 199.8 | 190.4 |

*For SVPP, daily counts are shown as quarterly averages for FY2010 through FY2012. For FY2011, the combined census + pending list average was 93.5 lower than the FY2010 average, or -13.3%. The combined census + pending list for FY2012 is 29.3% lower than FY2011. At ASH, the FY2011 census + pending list was 6.6 lower than the average census + pending list for FY2010 (-2.9%). For FY2012, the census + pending list is 26.4 lower than FY2011 (-11.8%).*

*HC-POP has assumed an on-going role in monitoring the pending lists.*

# SVPP Census Trends – FY 2008-2012

*The census trends at SVPP reflect the increases in capacity. In April 2009, the addition of Treatment Center 2 corresponds with a jump in census. Additions in February, September, and December 2010 also show corresponding increases in census.*



(1) C-5 was closed temporarily on Dec. 8, 2010, and C-6 was opened on Dec. 9, 2010. C-5 was reactivated on Jan. 18, 2011.

**Fall 2012 Mental Health Bed Need Study**

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

# ASH Intermediate Census Trends FY 2007-2012

*The rapid growth of the census at ASH in FY2010 is attributed to the Mental Health Assessment and Referral Project (MHARP) and the ICF Pilot Program.  In FY 2009, the average census and pending lists were: 113.4 and 21.0, respectively. For FY 2010, these grew to: 210.7 and 20.5, respectively. In FY 2011, the average census increased to 218.1 but the pending list dropped to 6.4.  The combined census plus pending list dropped by 6.6 (-2.9%). In FY2012, the combined census + pending list dropped 26.4 (-11.8%), indicating a leveling off of demand.*



| Year | ASH-ICF | Pending List | ASH ICF+ Pending List |
|---|---|---|---|
| FY2009 | 113.4 | 21.0 | 134.4 |
| FY2010 | 210.7 | 20.5 | 231.2 |
| FY2011 | 218.1 | 6.4 | 224.5 |
| FY2012 | 190.7 | 7.4 | 198.1 |

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

**Fall 2012 Mental Health Bed Need Study**

# SVPP Pending List Trend



**SVPP CDCR Inmates + Penal Code (PC) 1370 Pending List Trend**
**FY2007-2012 (through 6/25/12)**

*The SVPP pending list increased significantly since April 2008 and especially since the MHARP began. However, drops have occurred since March 2010. A 10-bed capacity increase in February 2010 and especially the increases in the Charlie Yard (C-5 and C-6 both contain 58 new beds) capacity starting in September and December 2010, respectively, explains most of this drop. In addition, HC-POP began redirecting those eligible for alternative ICF placements in January 2011.*
*In FY2012, efforts to further reduce the pending list resulted in movement of ASH patients to CSH so that eligible inmates on the SVPP pending list could be admitted to ASH. The PC 1370 inmate pending list has dropped to the single digits in June 2012.*

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

# MHCB Bed Need – Males



This Forecast is
**Lower**
than Spring 2012

### *Male MHCB - Bed Need Forecast*

| MHCB - Males | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 e/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 122,946 | 121,691 | 122,128 | 122,977 | 124,215 | 125,425 | 126,624 | 128,054 | 129,390 | 130,716 |
| Census Rate a/ | 1.15 | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 2.01 | 2.05 | 2.28 | 2.27 | 2.34 | 2.25 | 2.27 | 2.27 | 2.28 | 2.28 | 2.28 | 2.28 | 2.28 | 2.29 |
| Average census | 167 | 165 | 151 | 147 | 241 | 246.7 | 292.4 | 302.8 | 335.5 | 297.22 | | | | | | | | | | |
| Pending List | 7 | 7 | 53 | 40 | 9.60 | 36.0 | 23.4 | 16.5 | 13.4 | 8.87 | | | | | | | | | | |
| b/ Adj. for AH & OHU | | | | | | | | | | 10.75 | | | | | | | | | | |
| Combined ADC | 174 | 172 | 204 | 187 | 250 | 283 | 316 | 319 | 348.8 | 317 | 287 | 274 | 277 | 279 | 283 | 286 | 289 | 292 | 295 | 299 |
| | | | | | | | | | | | | | | | | | | | | |
| Bed Need (90% Occ) | 193 | 192 | 227 | 208 | 278 | 314 | 351 | 355 | 388 | 352 | 319 | 305 | 308 | 310 | 314 | 318 | 321 | 325 | 328 | 332 |
| Adj for APP/ICF/PSU PL c/ | | | | | | | | | | 71.3 | 40.9 | 20 | 10 | - | - | - | - | - | - | - |
| Bed Need "trued" for APP/ICF/PSU PL's d/ | | | | | | | | | 316 | 311 | 299 | 295 | 308 | 310 | 314 | 318 | 321 | 325 | 328 | 332 |

a/ Rate includes actual census and pending list average for the full 12 months of FY2012. Two additional months July and August 2012 were added to measure any impact of the new OHU and AH guidelines and also the potential census from the OHU's and AH's described in b/ below. The forecasted rates were modeled based on the distribution of census by security level using the distribution averaging 16 days during FY2012. From this distribution security level specific rates/1000 were calculated then multiplied times the new Fall 2012 OISB projections. The resulting total census projections were applied to the total male population for a blended census rate.

b/ Due to a question of potential unmet need in the OHU's and the Alternative Housing units (AH), HC-POP studied the volume, length of stay and disposition of patients in the OHU's and AH's for a 4 month and 15 week period respectively. Cases not referred to HC-POP and that were deemed "not needing MHCB placement" resulted in a incremental census of 7.69 and bed need of 8.5 beds for the OHU's and an incremental census of 1.98 and 2.2 beds for the AH's.

c/ The highest proportion (85%) of inmates on the APP pending list were actually in MHCBs based on a 18 day sample. This represents a census of 19.7. Similarly the inmates on ICF pending lists (SVPP, ASH, VPP) who were actually in a MHCB averaged a 17.6 census and represented 19.1% of the ICF pendg lists. Finally 6.0% of the PSU pending list are in an MHCB bed or a census of 3.5. Total = 40.9.

d/ This is the "true" bed need assuming APP, ICF and PSU capacities were sufficient to treat all on their respective pending lists. There was a census drop of 30.4 between the Fall 2011 study (ADC estimate = 71.3) and the current study (ADC estimate 40.9). It is assumed that this census adjustment will drop to 20 by FY2013 and to 10 in FY2014 after which this "truing" adjustment is eliminated (i.e. becomes "zero").

e/ The census rates for 2012 are based on the 14 months of utilization using the mid-point population (12/31/11). The resulting rates are applied to the forecasted years. The 2012 population is for the mid-point estimate at Dec. 31.2011

| Forecast based on Spring 2012 | 348 | 343 | 340 | 337 | 336 | 338 | 339 | 341 | 341 | 342 | 345 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2011 | 370 | 360 | 354 | 351 | 351 | 352 | 353 | 355 | 357 | 359 | |
| Forecast based on Spring 2011 | 422 | 448 | 463 | 464 | 467 | 469 | 471 | 473 | 477 | 480 | |

> *This Fall 2012 forecast projects lower bed need for all the forecasted years compared to the Spring 2012 study. By 2017, the new forecast is 23 beds lower (-6.9%) than the Spring 2012 study.*

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending, MHCB Data, Audits: Census & Pending July-Aug 2012, AH & OHU Analysis May-Aug 2012*

# MHCB Bed Need – Census Rate by Security Level

**Methodology:** HC-POP conducted an audit of 16 days distributed between July 1, 2011, and June 30, 2012. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the 16 periods. It was assumed that the FY2012 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the FY2012 CDCR population as of fiscal year mid-point 12/31/2011 to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

| Security Level | Distrib-ution | Est. Census + WL Distrib-ution | Population * | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2012 |
|---|---|---|---|---|---|---|---|
| Level IV | 52.6% | 166.7 | 28,752 | 5.80 | 5.69 | 5.72 | 1.4% |
| Level III | 20.6% | 65.2 | 33,930 | 1.92 | 1.96 | 1.98 | -3.1% |
| Level II | 18.7% | 59.3 | 35,426 | 1.67 | 1.74 | 2.08 | -19.5% |
| Level I | 8.1% | 25.6 | 19,864 | 1.29 | 1.41 | 1.71 | -24.6% |
| Total | 100.0% | 316.8 | 139,544 | 2.27 | 2.20 | 2.28 | -0.5% |

\* Midpoint population for period is December 31, 2011. Distribution by Security Level does not allocate to RC or SHU populations.

<u>MHCB utilization by patients in RCs assumed to distribute in the same proportion as the Level I - Level IVs.</u>



*MHCB Census Rate Trends and Projection Comparison*

- Census /1,000 Males (historical)
- Projected Census /1,000 Fall 2012
- Projected Census /1,000 Spring 2012

*The Fall 2012 model has a lower census rate forecast than the previous Spring 2012 study. In 2017, the rate is 11.2% lower than the Spring 2012 rate.*

**Fall 2012 Mental Health Bed Need Study**

Data Sources: McManis Mental Health Bed Need model, HC-POP FY2012 Data, Audits: Census & Pending, MHCB Data, Audits: Census & Pending July-Aug 2012, AH & OHU Analysis May-Aug 2012

# MHCB Bed Need – Males:  Census Trends



*Multi-year Census Trend MHCB – Male (July 2005- August 2012)*

*The average census for Male MHCBs in FY2012 dropped by 38.3 (-11.4%), from the FY2011 average census. This follows an increase in the FY2011 average census over FY2010 by 11.3%.*

*The combined census + pending list for FY2012 dropped 42.5 (-12.1%) since FY2011.*

Data Sources: HC-POP FY2012 Data, Audits: Census & Pending, MHCB Data, Audits: Census & Pending July-Aug 2012, AH & OHU Analysis May-Aug 2012

# MHCB Bed Need – Males:  Pending List Trends



**MHCB Pending List Trend  (July 2005 – August 2012)**

**The MHCB pending list dropped in FY2012 to an average of 9.16 from 13.38 in FY2011, a drop of 31.6%.**
**Though the average pending list jumped to 25.6 in the 1st quarter, the remaining months of FY2012 averaged 3.5.**
**Between April and mid-August 2012, up to 12 beds were off-line for a suicide prevention retrofit project.**

# MHCB Bed Need – Females



This Forecast is **Higher** than Spring 2012

### *Female MHCB - Bed Need Forecast*

| MHCB - Females | Actual | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 c/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,660 | 5,594 | 5,628 | 5,675 | 5,725 | 5,866 | 5,962 | 6,161 | 6,172 | 6,219 |
| Census Rate a/ | 1.04 | 1.15 | 1.20 | 1.41 | 1.57 | 1.27 | 1.32 | 1.35 | 1.37 | 1.39 | 1.39 | 1.39 | 1.39 | 1.39 | 1.39 | 1.39 |
| Average census | 12.4 | 13.2 | 13.2 | 14.25 | 14.98 | 10.2 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 9 | 9 | 9 |
| Census Rate Adjustment factor b/ | | | | | | 4.3% | 3.5% | 2.6% | 1.7% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 14 | 15 | 15 | 16 | 17 | 11 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 10 | 10 |

a/ Includes CCWF and CIW. Data for 12 months of FY2012 from HC-POP weekly MHCB Census report.
b/ CRAF assumes that rates will continue to increase at a decelerating rate to 2017. Based on a 5-year increase between 2007 and 2012.
c/ The modeled census rate for 2012 is based on the 12 month of utilization using the mid-point population (12/31/11).

| Forecast based on Spring 2012 | 9 | 8 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2011 | 13 | 12 | 12 | 12 | 11 | 11 | 12 | 12 | 12 | 12 | |
| Forecast based on Spring 2011 | 19 | 20 | 21 | 22 | 22 | 22 | 22 | 23 | 23 | 23 | |

*This new forecast is higher than the Spring 2012 forecast. The new forecast for 2013 is 0.6 beds (8.3%) higher than the older forecast, and the new forecast for 2017 is 1.1 beds (15.0%) higher than the older Spring 2012 forecast. This forecast uses a census rate adjustment factor, which applies an adjustment to the census rate based on the average change between 2007-2012.*

The census rate for this Fall 2012 forecast is 7.6% higher in 2013 than the older forecast and remains higher throughout the forecasted years.



*Fall 2012 Census Rate Trends and Projection Comparison*

Fall 2012 Mental Health Bed Need Study

Data Sources: HC-POP FY2012 Data, Audits: Census & Pending

# EOP-GP Bed Need – Males

This Forecast is
**Higher**
than Spring 2012

*Male EOP–GP Detailed Forecast by Security Level*

| EOP Program by Type | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 a/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Level I** | | | | Actual | | | | | | | Forecast | | | | | |
| Pop Level I a/ | 29,935 | 29,077 | 28,917 | 28,800 | 21,716 | 19,864 | 12,764 | 12,233 | 12,842 | 13,112 | 13,580 | 13,965 | 14,394 | 14,837 | 15,283 | 15,837 |
| Census Rate | 7.0 | 7.8 | 8.7 | 10.2 | 13.5 | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 | 11.8 |
| Census+PL b/ | 210 | 228 | 252 | 293 | 293 | 234 | 150 | 144 | 151 | 154 | 160 | 164 | 169 | 175 | 180 | 186 |
| Bed Need @ 95% | 221 | 240 | 265 | 308 | 309 | 246 | 158 | 152 | 159 | 163 | 168 | 173 | 178 | 184 | 189 | 196 |
| **Level II** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop Level II | 42,012 | 40,924 | 40,625 | 40,519 | 37,952 | 35,426 | 38,557 | 42,217 | 41,972 | 42,019 | 42,427 | 42,954 | 43,287 | 43,879 | 44,563 | 45,117 |
| Census Rate | 17.1 | 20.6 | 22.0 | 22.1 | 26.3 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 | 28.6 |
| Census+PL b/ | 718 | 843 | 893 | 897 | 998 | 1,013 | 1,103 | 1,207 | 1,200 | 1,202 | 1,213 | 1,228 | 1,238 | 1,255 | 1,274 | 1,290 |
| Bed Need @ 95% | 755 | 887 | 940 | 944 | 1,050 | 1,066 | 1,161 | 1,271 | 1,263 | 1,265 | 1,277 | 1,293 | 1,303 | 1,321 | 1,341 | 1,358 |
| **Level III** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop Level III | 33,750 | 33,765 | 33,660 | 34,075 | 35,042 | 33,930 | 31,922 | 30,975 | 31,442 | 31,748 | 31,986 | 32,126 | 32,303 | 32,502 | 32,575 | 32,446 |
| Census Rate | 23.2 | 24.10 | 23.7 | 21.7 | 22.9 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 | 24.0 |
| Census+PL b/ | 782 | 814 | 799 | 740 | 802 | 814 | 766 | 743 | 755 | 762 | 768 | 771 | 775 | 780 | 782 | 779 |
| Bed Need @ 95% | 823 | 857 | 841 | 779 | 845 | 857 | 807 | 783 | 794 | 802 | 808 | 812 | 816 | 821 | 823 | 820 |
| **Level IV** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Pop Level IV | 26,590 | 25,975 | 25,780 | 25,945 | 28,560 | 28,752 | 24,971 | 22,143 | 22,347 | 22,602 | 22,918 | 23,170 | 23,480 | 23,689 | 23,869 | 24,215 |
| Census Rate | 38.9 | 43.6 | 47.5 | 46.8 | 45.5 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 | 48.4 |
| Census+PL b/ | 1,035 | 1,132 | 1,225 | 1,215 | 1,301 | 1,392 | 1,209 | 1,072 | 1,082 | 1,094 | 1,109 | 1,122 | 1,137 | 1,147 | 1,155 | 1,172 |
| Bed Need @ 95% | 1,089 | 1,192 | 1,290 | 1,279 | 1,369 | 1,465 | 1,272 | 1,128 | 1,139 | 1,152 | 1,168 | 1,181 | 1,196 | 1,207 | 1,216 | 1,234 |
| **Reception Centers** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Reception Center Pop | 27,690 | 26,608 | 26,878 | 22,028 | 23,825 | 21,912 | 9,681 | 9,503 | 9,039 | 9,142 | 9,040 | 9055 | 9,142 | 9,179 | 9,185 | 9,212 |
| Census Rate (Endorsed + non) | 16.04 | 20.03 | 26.4 | 30.7 | 30.6 | 27.1 | 27.1 | 27.1 | 27.1 | 27.1 | 27.1 | 27.1 | 27.1 | 27.1 | 27.1 | 27.1 |
| Census+PL b/ | 444 | 533 | 709 | 677 | 729 | 431 | 262 | 257 | 245 | 248 | 245 | 245 | 248 | 249 | 249 | 249 |
| Bed Need @ 95% | 468 | 561 | 747 | 713 | 767 | 454 | 276 | 271 | 258 | 261 | 258 | 258 | 261 | 262 | 262 | 263 |
| **Bed Need Level I-IV and RC's** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Level I | 221 | 240 | 265 | 308 | 309 | 246 | 158 | 152 | 159 | 163 | 168 | 173 | 178 | 184 | 189 | 196 |
| Level II | 755 | 887 | 940 | 944 | 1,050 | 1,066 | 1,161 | 1,271 | 1,263 | 1,265 | 1,277 | 1,293 | 1,303 | 1,321 | 1,341 | 1,358 |
| Level III | 823 | 857 | 841 | 779 | 845 | 857 | 807 | 783 | 794 | 802 | 808 | 812 | 816 | 821 | 823 | 820 |
| Level IV | 1,089 | 1,192 | 1,290 | 1,279 | 1,369 | 1,465 | 1,272 | 1,128 | 1,139 | 1,152 | 1,168 | 1,181 | 1,196 | 1,207 | 1,216 | 1,234 |
| Reception Centers | 468 | 561 | 747 | 713 | 767 | 454 | 276 | 271 | 258 | 261 | 258 | 258 | 261 | 262 | 262 | 263 |
| Total Bed Need - All Levels | 3,357 | 3,737 | 4,083 | 4,023 | 4,340 | 4,088 | 3,674 | 3,604 | 3,613 | 3,642 | 3,679 | 3,716 | 3,755 | 3,795 | 3,832 | 3,871 |
| Adj for APP/ICF/PSU pending lists c/ | | | | | 167 | 16 | 30 | 15 | | | | | | | | |
| Total Bed Need - "trued" for pending lists of other programs d/ >>>>> | | | | | 4,173 | 4,027 | 3,644 | 3,619 | 3,613 | 3,642 | 3,679 | 3,716 | 3,755 | 3,795 | 3,832 | 3,871 |

a/ Population data used: Fall 2012 projections and earlier estimates. Population for 2012 uses OISB's estimate as of Dec. 31. 2011 (mid-point of FY2012).

b/ Census +PL source was EOP by Level data from HC-POP for FY07-FY12 with allocation of "Misc" using actual distribution of Level I-IV for each year. Each year's total by Level was reduced for ASU by applying the security level distribution obtained by HC-POP's audit of a 16 day sample. For FY2012, the EOP-ASU distribution was: Level IV = 67.3% , Level III = 18.4%, Level II = 11.1%, and Level I = 3.2%. The resulting security level specific census rates assumed to remain constant throughout the forecast.

c/ HC-POP conducted an 18 date sample to determine the avg census of inmates who were on the APP (2.78), ICF (58.56), and PSU (.11) pending lists and were currently housed in EOP-GP.

d/ This is the "true" bed need assuming ICF, APP and PSU capacities were sufficient to treat all on the pending list. The census adjustment was estimated at 167 census in the Fall 2011 study, dropping by 106 to 61 in the current study. It is assumed that this census adjustment will drop by half to 30 by FY2013 and to 15 in FY2014, after which this "truing" adjustment is eliminated (i.e., becomes "zero").

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Spring 2012 (new method) | 3,743 | 3,655 | 3,598 | 3,563 | 3,549 | 3,561 | 3,575 | 3,601 | 3,616 | 3,668 |
| Fall 2011 (new method) | 3,748 | 3,595 | 3,514 | 3,474 | 3,470 | 3,484 | 3,497 | 3,523 | 3,542 | 3,568 |
| Spring 2011 (new method) | 4,486 | 4,609 | 4,688 | 4,692 | 4,733 | 4,751 | 4,771 | 4,793 | 4,828 | 4,862 |

The Fall 2012 forecast is higher than the Spring 2012 forecast for each of the forecast years. In 2013, the new forecast is 19 beds (0.5%) higher than the Spring study. In 2017, the new forecast is 118 beds higher (3.3%) than the Spring 2012 study .

# EOP-GP Bed Need – Males: Census Rates by Security Level

### Male EOP-GP Security Level-Specific Census Rates



| | Level I | Level II | Level III | Level IV | RC |
|---|---|---|---|---|---|
| ◾ FY2011 Census Rate | 13.5 | 26.3 | 22.9 | 45.5 | 30.6 |
| ◾ FY2012 Census Rate (Spring 2012) | 11.5 | 27.7 | 23.6 | 47.7 | 26.1 |
| ◾ FY2012 Census Rate (Fall 2012) | 11.8 | 28.6 | 24.0 | 48.4 | 27.1 |

**Methodology:**  Census rates by security level (based on placement score) were calculated using actual weekly counts provided by HC-POP. Utilization is expected to occur in proportion to the total population within a specific security level. Two adjustments were made before rate calculation:  1) It was assumed that the "Miscellaneous" EOP patients counts would be distributed in the same proportion as the distribution of the Level I-IV EOP counts; and 2) the average EOP census counts by security level were reduced by the estimated number of EOP-ASU patients in the data. A HC-POP audit of 16 sample days was used to allocate the ASU averages by level (discussed in that section). The forecasts by level were then made using the FY2012 CDCR population as of fiscal year mid-point 12/31/2011.

# EOP-ASU Bed Need - Males

This Forecast is
**Lower** than
Spring 2012

## *Male EOP–ASU Bed Need Forecast*

| Ad-Seg EOP Need - Males | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 d/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 122,946 | 121,691 | 122,128 | 122,977 | 124,215 | 125,425 | 126,624 | 128,054 | 129,390 | 130,716 |
| Census /1000 males a/ | 2.55 | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.62 | 3.35 | 3.75 | 3.95 | 4.03 | 3.80 | 3.82 | 3.83 | 3.84 | 3.84 | 3.84 | 3.84 | 3.83 | 3.83 |
| Average census a/ | 385 | 420 | 398 | 496 | 498 | 560 | 567 | 521.2 | 572.5 | 550.9 | 495 | 462 | 466 | 471 | 476 | 481 | 487 | 492 | 496 | 501 |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 524 | 589 | 597 | 549 | 603 | 580 | 521 | 486 | 491 | 495 | 502 | 507 | 512 | 517 | 522 | 528 |
| Adj for PSU/ICF pending list b/ | | | | | | | | | 161.2 | 57.2 | 30 | 15 | - | - | - | - | - | - | - | - |
| Bed Need "trued" for PSU/ICF PL's c/ | | | | | | | | | 441 | 523 | 491 | 471 | 491 | 495 | 502 | 507 | 512 | 517 | 522 | 528 |

a/ Source: HC-POP data for 12 months FY 2012. The census rates shown in the forecast section are "blended" based on security-level specific census rates calculated by applying a 15 date sample distribution to the average census for EOP-ASU and the OISB forecasted security level projections.

b/ HC-POP conducted an 18 date sample to determine the average census of inmates who were on the PSU (53.83) and ICF (3.33) pending lists and were currently housed in ASU-EOP. It is assumed that this census adjustment will drop by roughly half to 30 by FY2013 and to 15 in FY2014, after which this "truing" adjustment is eliminated (i.e., becomes "zero").

c/ This is the "true" bed need assuming PSU and ICF capacities were sufficient to treat all on their respective pending lists.

d/ This bed need calculation uses the 12 months of utilization in FY2012 and its mid-point population (12/31/11).

| | | | | | | | | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2012 | | | | | | | | | | 639 | 638 | 634 | 632 | 633 | 633 | 635 | 634 | 633 | 639 |
| Forecast Based on Fall 2011 | | | | | | | | | | 595 | 590 | 587 | 586 | 585 | 585 | 585 | 585 | 586 | |
| Forecast Based on Spring 2011 | | | | | | | | | | 644 | 657 | 664 | 669 | 672 | 675 | 678 | 683 | 693 | |

*The Fall 2012 forecast is lower than the Spring 2012 forecast for FY2013 by 118 beds (-18.5%) and by 131 beds (-20.7%) in 2017.*

### *Fall 2012 Census Rate Trend/Forecast*

The Fall 2012 census rate projections are 19-25% lower in the forecast years than those calculated for the Spring 2012 study.



*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

# EOP-ASU Bed Need – Males – Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| Security Level | Distrib-ution | Est. Census + PL Distrib-ution | Population * | FY2012 Census Rates (Fall 2012) | FY2012 Census Rates (Spring 2012) | 2011 Census Rates | % Chg FY2011-2012 |
|---|---|---|---|---|---|---|---|
| Level IV | 67.3% | 370.6 | 28,752 | 12.89 | 14.41 | 13.79 | -6.5% |
| Level III | 18.4% | 101.5 | 33,930 | 2.99 | 2.94 | 3.03 | -1.2% |
| Level II | 11.1% | 61.2 | 35,426 | 1.73 | 2.07 | 1.50 | 15.2% |
| Level I | 3.2% | 17.7 | 19,864 | 0.89 | 1.09 | 0.72 | 23.9% |
| Total | 100.0% | 550.9 | 139,544 | 3.95 | 4.17 | 3.75 | 5.4% |

* Population as of 12/31/2011 – mid-point of 12 months of data. Distribution by Security Level does not allocate to RC or SHU populations

**Methodology:** As in the two prior studies, this Fall 2012 forecast utilized the EOP-ASU census rates by inmate security level. HC-POP provided the average census for male EOP-ASU for the 12 months of FY2012 and also conducted an audit of 15 days distributed throughout FY2012. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the 15 periods. "No-score" inmates were excluded. "Level-specific" census values were then applied to the FY2012 CDCR population as of fiscal year mid-point 12/31/2011 to obtain "security level-specific" census rates. These census rates were then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

Data Sources: HC-POP FY2012 Data, Audits: Census & Pending

# PSU Bed Need – Males



This Forecast is
**Lower**
than Spring 2012

### *Male PSU Bed Need Forecast*

| PSU - Males | --- Actual --- | | | | | | | | | | Forecast | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 c/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 122,946 | 121,691 | 122,128 | 122,977 | 124,215 | 125,425 | 126,624 | 128,054 | 129,390 | 130,716 |
| Census /1000 males a/ | 1.77 | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.67 | 2.64 | 2.99 | 3.03 | 3.00 | 2.70 | 2.72 | 2.73 | 2.74 | 2.75 | 2.76 | 2.75 | 2.74 | 2.75 |
| Average Census b/ | 267 | 265 | 292 | 303 | 310 | 380 | 376 | 374 | 373.7 | 362.6 | | | | | | | | | | |
| Pendng List (E&W) b/ | | | | | 15.9 | 43 | 43 | 37 | 83.6 | 60.5 | | | | | | | | | | |
| Census + Pending List | | | | | | | | | 457.4 | 423.0 | 368 | 329 | 332 | 336 | 341 | 344 | 349 | 352 | 355 | 360 |
| Bed Need @ 95% Occ | 281 | 279 | 308 | 319 | 343 | 445 | 442 | 433 | 481 | 445 | 388 | 346 | 350 | 354 | 359 | 363 | 367 | 371 | 374 | 379 |

a/ The forecasted rate is a "blended" rate based on the distribution of census by security level using the distribution averaging 16 days during the 12 months of FY2012. From this distribution security level specific
rates/1000 were calculated then multiplied times the OISB's security level population projections. The resulting total census projections were applied to the total male population to create a "blended" census rate.
b/ Data source: HC-POP. Starting in FY07 allows separation of actual census and endorsed & waiting counts. Both are included in census rate calculation. Data is for 12 months of FY2012.
c/ The 2012 bed need calculation uses the 12 months of utilization in FY2012 and its mid-point population (12/31/11).

| | | | | | |
|---|---|---|---|---|---|
| Forecast Based on Spring 2012 | 469 | 474 | 476 | 474 | 472 | 472 | 472 | 472 | 469 | 466 | 470 |
| Forecast Based on Fall 2011 | 485 | 474 | 483 | 483 | 482 | 481 | 480 | 479 | 478 | 478 | |
| Forecast Based on Spring 2011 | 541 | 578 | 599 | 600 | 605 | 607 | 610 | 612 | 617 | 621 | |

*The new Fall 2012 projection for 2013 is 86.6 beds (-18.2%) lower than the Spring 2012 study. For 2017, the new forecast is 113.6 beds lower (-24.1%) than the Spring 2012 study forecast.*

**The security level-specific census rates are lower than those in the Spring 2012 study.**



*Fall 2012 Census Rate Trend/Forecast*

# PSU Bed Need – Males - Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| PSU Audit sample by Security Level | PSU Distri-bution | Est. Census + PL Distri-bution | Population * | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2012 |
|---|---|---|---|---|---|---|---|
| Level IV | 94.3% | 398.8 | 28,752 | 13.87 | 14.56 | 15.08 | -8.0% |
| Level III | 3.5% | 14.6 | 33,930 | 0.43 | 0.36 | 0.34 | 27.2% |
| Level II | 1.1% | 4.8 | 35,426 | 0.13 | 0.15 | 0.23 | -41.2% |
| Level I | 1.2% | 4.9 | 19,864 | 0.25 | 0.24 | 0.28 | -12.1% |
| Total | 100.0% | 423.0 | 139,544 | 3.03 | 2.99 | 2.99 | 1.3% |

* Population as of 12/31/2011 – mid-point of 12 months of data. Distribution by Security Level does not allocate to RC or SHU populations

**Methodology:** HC-POP conducted an audit of 16 days distributed throughout FY2012. This analysis matched the inmates resident in the program to their security level based on placement score. It was assumed that the FY2012 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the FY2012 CDCR population as of fiscal year mid-point 12/31/2011 to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

*Data Sources: McManis Model, HC-POP FY2012 Data, Audits: Census & Pending*

**Fall 2012 Mental Health Bed Need Study**

# PSU Bed Need – Males: Census & Pending List Trends



*PSU Census and Pending List: Jan 2006 - June 2012*

Data Sources: *HC-POP FY2012 Data, Audits: Census & Pending*

# EOP General Population Bed Need - Females



This Forecast is **Higher** than Spring 2012

### *Female EOP–GP Bed Need Forecast*

| EOP-GP Female | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 /b | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,660 | 5,594 | 5,628 | 5,675 | 5,725 | 5,866 | 5,962 | 6,161 | 6,172 | 6,219 |
| Census /1000 Females | 12.37 | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 13.5 | 16.78 | 15.96 | 15.01 | 15.01 | 15.01 | 15.01 | 15.01 | 15.01 | 15.01 | 15.01 | 15.01 | 15.01 | 15.01 |
| Avg census a/ | 125 | 141 | 163 | 184 | 206 | 165 | 149 | 169.4 | 152.7 | 120.6 | 85 | 84 | 84 | 85 | 86 | 88 | 90 | 92 | 93 | 93 |
| Bed Need @ 95% Occ | 131 | 149 | 171 | 193 | 217 | 174 | 157 | 178 | 161 | 127 | 89 | 88 | 89 | 90 | 90 | 93 | 94 | 97 | 98 | 98 |

**a/** Data source: HC-POP MIS report. FY 2012 for 12 months of data.
**b/** The bed need calculation uses the 12 months of utilization in FY2012 and its mid-point population (12/31/11).

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2012 | | | | | | | | | | | 97 | 85 | 82 | 82 | 82 | 83 | 83 | 84 | 85 | 86 | 87 |
| Forecast Based on Fall 2011 | | | | | | | | | | | 112 | 97 | 94 | 93 | 93 | 93 | 93 | 96 | 96 | 97 | |
| Forecast Based on Spring 2011 | | | | | | | | | | | 166 | 165 | 165 | 168 | 170 | 173 | 175 | 178 | 180 | 183 | |

> ***This Fall 2012 forecast is higher than the Spring 2012 forecast. In 2013, the new projection is 4.1 beds (4.8%) higher. In FY2017, the new forecast is higher by 7.7 (9.4%). The FY2012 census rate is 15.01 and is higher than the Spring 2012 projection for the forecast years. The new OISB population projections also create an increase in bed need. No census rate adjustment factor was applied.***



This Forecast is
**Lower**
than Spring 2012

# EOP-ASU Bed Need – Females

## Female EOP–ASU Bed Need Forecast

| EOP-ASU Female | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 c/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,660 | 5,594 | 5,628 | 5,675 | 5,725 | 5,866 | 5,962 | 6,161 | 6,172 | 6,219 |
| Census Rate /1000 Females | 0.64 | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 1.2 | 1.95 | 2.48 | 1.88 | 1.94 | 1.99 | 2.02 | 2.04 | 2.04 | 2.04 | 2.04 | 2.04 | 2.04 | 2.04 |
| Avg census a/ | 7 | 10 | 14 | 17 | 18.7 | 8.3 | 13.5 | 19.7 | 23.7 | 15.1 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 13 | 13 | 13 |
| Census Rate Adj. factor b/ | | | | | | | | | | 4.0% | 3.2% | 2.4% | 1.6% | 0.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 7 | 10 | 15 | 18 | 20 | 9 | 14 | 21 | 25 | 16 | 12 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 |
| Adj for Patton and PSU pending list d/ | | | | | | | | | 8.0 | 7.11 | 4.0 | 2.0 | - | - | - | - | - | - | - | - |
| Bed Need "trued" for Patton & PSU pending lists e/ | | | | | | | | | 17 | 9 | 8 | 10 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 |

a/ Source: HC-POP Weekly MIS Report -Includes EOP-coded cases living in a SHU or ASU bed, but not PSU. Data for 12 months of FY2012
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2017 based on the change between 2007-2012.
c/ This bed need calculation uses the 12 months of utilization in FY2012 and its mid-point population (12/31/11).
d/ Based on a 18-day sample, the average pending list for Women's PSU which were housed in ASU was 7.0. The average census in PSH pending list was .11. Total = 7.11.
e/ This is the "true" bed need assuming Patton & PSU capacities were sufficient to treat all on their respective pending lists. It is assumed that the "truing" adjustment will drop to 4 in 2013 and to 2 in 2014 after which this "truing" adjustment is eliminated (i.e. becomes "zero").

| Forecast Based on Spring 2012 | | | | | | | | | | | 14 | 13 | 13 | 13 | 13 | 13 | 13 | 14 | 14 | 14 | 14 |
| Forecast Based on Fall 2011 | | | | | | | | | | | 19 | 18 | 19 | 19 | 19 | 19 | 19 | 20 | 20 | 20 | |
| Forecast Based on Spring 2011 | | | | | | | | | | | 28 | 30 | 31 | 32 | 32 | 33 | 33 | 34 | 34 | 35 | |

*This Fall 2012 forecast of bed need is lower than the Spring 2012 forecast with 1.2 fewer beds (-9.6%) needed in 2013 and 1.0 fewer beds (-7.8%) needed by 2017. Despite the census rate drop in FY2012, this Fall forecast uses a census rate adjustment factor due to the increasing census rates between FY2007-2012.*

**The Fall 2012 census rate projections are 10.1 – 12.2% lower than those from the Spring 2012 in the forecast years.**



Fall 2012 - Census Rate Trend/Forecast

# PSU Bed Need – Females

This Forecast is
**Lower**
than Spring 2012

### Female PSU Bed Need Forecast

| PSU - Females | --- Actual --- | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 c/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,660 | 5,594 | 5,628 | 5,675 | 5,725 | 5,866 | 5,962 | 6,161 | 6,172 | 6,219 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.91 | 1.78 | 1.94 | 3.14 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 |
| Average Census | 9.73 | 8.85 | 9.30 | 9.70 | 12.4 | 18.08 | | | | | | | | | | |
| Pending List | 0.64 | 0.25 | 0.78 | 8.26 | 6.12 | 7.14 | | | | | | | | | | |
| Census + Pending List | | | | | 18.52 | 25.2 | 21.2 | 20.9 | 21.0 | 21.2 | 21.4 | 21.9 | 22.3 | 23.0 | 23.1 | 23.2 |
| Census Rate Adjustment factor b/ | | | | | | 38.2% | 19.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 10.9 | 9.6 | 11 | 19 | 19 | 27 | 22 | 22 | 22 | 22 | 23 | 23 | 23 | 24 | 24 | 24 |

a/ Census rates calculated using actual census plus pending list. FY2012 data based on HC-POP data for 12 months 2012.
b/ Census rate adjustment assumes that the census rate will continue to increase but at a decelerating rate to 2014 based on the change between 2010-2012. The two year average increase was used rather than the 5 year change due to the low census rates in the first 3 years of usage. Because of the rapid increase in usage the rate should be tracked closely for modification in the next study cycle.
c/ This bed need calculation uses the 12 months of utilization in FY2012 and its mid-point population (12/31/11).

| Forecast Based on Spring 2012 | 19 | 22 | 27 | 32 | 35 | 35 | 35 | 36 | 36 | 37 | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2011 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 18 | 18 | 18 | |
| Forecast Based on Spring 2011 | 21 | 21 | 21 | 22 | 23 | 23 | 24 | 24 | 25 | 25 | |

**This Fall 2012 forecast is lower than the Spring 2012 forecast. The 2013 estimate is 0.1 beds lower (-0.4%) than projected in the previous study and by 2017, a decrease of 12.6 more beds (-35.8%). The census rate adjustment factor applied in the model will need to be closely tracked to ensure that it properly projects future census rates.**

### Female PSU Census and Pending List 1/2007-6/2012



### Fall 2012 Census Rate Trend/Forecast



Data Sources: *HC-POP FY2012 Data, Audits: Census & Pending*

# CCCMS - Males



This Forecast is
**Higher**
than Spring 2012

## *Male CCCMS Bed Need Forecast*

| CCCMS - Males | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 b/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 122,946 | 121,691 | 122,128 | 122,977 | 124,215 | 125,425 | 126,624 | 128,054 | 129,390 | 130,716 |
| Census/1,000 males a/ | 124 | 134 | 144 | 147 | 154 | 158 | 161 | 178 | 183.4 | 189.5 | 191.2 | 189.5 | 189.1 | 189.3 | 189.2 | 189.2 | 189.4 | 189.2 | 189.0 | 189.0 |
| CCCMS Census & Forecast | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,024 | 26,438 | 23,507 | 23,060 | 23,093 | 23,276 | 23,502 | 23,736 | 23,977 | 24,228 | 24,459 | 24,699 |

a/ Source: HC-POP R-3 (CCCMS by "level") data is weekly or bi-weekly by security level for 12 months of FY2012. Security level-specific census rates were calculated and used to create a blended rate in the forecasted years.

b/ The bed need calculation uses the 12 months of utilization in FY2012 and its mid-point population (12/31/11).

| Forecast Based on Spring 2012 | 23,865 | 23,309 | 22,943 | 22,721 | 22,627 | 22,697 | 22,787 | 22,946 | 23,045 | 23,162 | 23,374 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2011 | 24,318 | 23,366 | 22,850 | 22,593 | 22,560 | 22,643 | 22,717 | 22,874 | 22,999 | 23,153 | |
| Forecast Based on Spring 2011 | 29,459 | 30,461 | 31,216 | 31,563 | 31,826 | 31,951 | 32,087 | 32,233 | 32,472 | 32,696 | |

*This Fall 2012 forecast is higher than the Spring 2012 study forecast. The new forecast begins higher for 2013 by a census of 199 (0.85%) compared to the Spring 2012 study. By 2017, the difference is 806 higher (3.6%) and the difference continues to 2022 with an additional 1,325 census (5.7%) over the Spring 2012 forecast.*



New CCCMS census data for the 12 months of FY2012 by security level were obtained and analyzed. Application of the calculated census rates by level to OISB's future population produced a blended census rate that begins higher in 2012 - 2013, then drops below the Spring 2012 census rates for the remaining years.

**Fall 2012 Mental Health Bed Need Study**

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

# CCCMS - Males - Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| Security Level | Distrib-ution | Census Distrib-ution | Population * | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2012 |
|---|---|---|---|---|---|---|---|
| Level IV | 34.3% | 9,074.8 | 28,752 | 315.6 | 313.8 | 301.4 | 4.7% |
| Level III | 21.0% | 5,547.2 | 33,930 | 163.5 | 161.6 | 173.0 | -5.5% |
| Level II | 25.0% | 6,597.4 | 35,426 | 186.2 | 182.0 | 179.7 | 3.6% |
| Level I | 5.7% | 1,502.6 | 19,864 | 75.6 | 73.8 | 72.0 | 5.1% |
| RCs | 14.1% | 3,715.7 | 15,911 | 233.5 | 200.2 | 208.6 | 12.0% |
| Total | 100.0% | 26,437.8 | 139,544 | 189.5 | 183.2 | 183.4 | 3.3% |

**\* 12/31/11 used as midpoint of 12 month FY2012 study period. Distribution by Security Level does not allocate to SHU populations.**

**Methodology:** HC-POP provided a file with weekly counts by security level based on placement score. The distribution by Level I-IV and Reception Centers was calculated. Miscellaneous (Misc.) census counts were redistributed throughout the security levels at the same proportion as Level I–Level IV distribution. SAP counts were combined with Level II counts. The average census values for FY2012 were then applied to the OISB population counts for the mid-point of the study period (Dec. 31, 2011) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

# CCCMS – Males: Census Trend & Forecast



**CCCMS – Male Census Trend & Forecast**

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCCMS-Male Census | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,024 | 26,438 | | | | | | | | | | |
| Estimate & Forecast | | | | | | | | | | 26,438 | 23,507 | 23,060 | 23,093 | 23,276 | 23,502 | 23,736 | 23,977 | 24,228 | 24,459 | 24,699 |

*Data Sources: McManis Mental Health Bed Need model, HC-POP FY2012 Data, Audits: Census & Pending*

**Fall 2012 Mental Health Bed Need Study**

# CCCMS - Females

This Forecast is
**Higher**
than Spring 2012

### Female CCCMS Bed Need Forecast

| CCCMS - Females | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 c/ | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
| Population Fall 2012 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,660 | 5,594 | 5,628 | 5,675 | 5,725 | 5,866 | 5,962 | 6,161 | 6,172 | 6,219 |
| Census /1,000 Females a/ | 230 | 210 | 210 | 220 | 245 | 255 | 262 | 297 | 315 | 335 | 355 | 371 | 382 | 388 | 388 | 388 | 388 | 388 | 388 | 388 |
| Census Rate Adj. Factor b/ | | | | | | | | | | 7.4% | 5.9% | 4.4% | 3.0% | 1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 2,322 | 2,237 | 2,283 | 2,587 | 2907 | 2,903 | 2,891 | 3,001 | 3,010 | 2,693 | 2,010 | 2,075 | 2,149 | 2,199 | 2,219 | 2,273 | 2,311 | 2,388 | 2,392 | 2,410 |

a/ Source: HC-POP Weekly MIS Report for 12 months of FY2012.
b/ Census Rate Adjustment Factor (CRAF) assumes that census rate will continue to increase but at a decelerating rate to 2017.
c/ The modeled census rate for 2012 is based on the 12 month of utilization using the mid-point population (12/31/11).

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2012 | | | 2,043 | 1,877 | 1,858 | 1,912 | 1,947 | 1,955 | 1,967 | 1,988 | 2,011 | 2,042 | 2,061 |
| Forecast Based on Fall 2011 | | | 2,233 | 2,039 | 2,040 | 2,052 | 2,051 | 2,051 | 2,062 | 2,117 | 2,115 | 2,149 | |
| Forecast Based on Spring 2011 | | | 3,247 | 3,409 | 3,528 | 3,652 | 3,685 | 3,751 | 3,797 | 3,860 | 3,914 | 3,970 | |

> *This Fall 2012 study results in a higher forecast when compared to the CCCMS Female program bed need projected in the Spring 2012 study. In 2013 the new bed need projection is 133 (7.1%) higher than the Spring 2012 study. In 2017, the forecast is 264 beds higher (13.5%) than the Spring 2012 study.*



**Fall 2012 – Census Rate Trend/Forecast**

*Data Sources: HC-POP FY2012 Data, Audits: Census & Pending*

# Appendix

# Abbreviations used in report

ADC – Average Daily Census

AH – Alternative Housing

ALOS – Average Length of Stay

ASH – Atascadero State Hospital

ASU – Administrative Segregation Unit

CADDIS – Census And Discharge Data Information System

CCCMS – Correctional Clinical Case Management System

CDCR – California Department of Corrections and Rehabilitation

CIW-PIP – California Institution for Women - Psychiatric Inpatient Program

CMF-APP – California Medical Facility – Acute Psychiatric Program

CMF-ICF – California Medical Facility – Intermediate Care Facility

CMF-VPP – California Medical Facility – Vacaville Psychiatric Program

CRAF – Census Rate Adjustment Factor

CSH – Coalinga State Hospital

DDPS – Distributed Data Processing System

DSH – Department of State Hospitals

EOP – Enhanced Outpatient Program

FY – Fiscal Year – the convention used here indicates the fiscal year ending e.g. FY12 ends June 30, 2012

GP – General Population

HC-POP – Health Care Placement Oversight Program

ICSS – Inmate Classification Scoring System

MHARP – Mental Health Assessment and Referral Project

MHCB – Mental Health Crisis Bed

OHU – Outpatient Housing Unit

PC 1370 – Penal Code section 1370 (inmate-patients deemed incompetent to stand trial)

PSH – Patton State Hospital

PSU – Psychiatric Services Unit

SAP – Substance Abuse Program

SNY – Sensitive Needs Yard

SOMS – Strategic Offender Management System

SVPP – Salinas Valley Psychiatric Program

# Comparison of Bed Need Forecasts: Fall 2012 vs. Spring 2012

*The forecasts produced for this Fall 2012 study are compared to the forecasts in the Spring 2012 forecast for the year 2017 (a 5-year projection).*

| Program | Higher/ Lower | 2017 Fall 2012 Study | 2017 Spring 2012 Study | Fall 2012 minus Spring 2012 (at 2017) | % Variance (Fall 2012 - Spring 2012) |
|---|---|---|---|---|---|
| **MALES** | | | | | |
| Acute | Lower | 214 | 228 | (14.6) | -6.4% |
| Intermediate * | Lower | 785 | 817 | (32.0) | -3.9% |
| MHCB | Lower | 314 | 338 | (23.3) | -6.9% |
| EOP - GP | Higher | 3,679 | 3,561 | 118.4 | 3.3% |
| EOP ASU | Lower | 502 | 633 | (131.2) | -20.7% |
| PSU | Lower | 359 | 472 | (113.6) | -24.1% |
| CCCMS | Higher | 23,502 | 22,697 | 806.0 | 3.6% |
| | | | | | |
| **FEMALES** | | | | | |
| Acute/Intermediate | Higher | 19 | 18 | 1.7 | 9.7% |
| MHCB | Higher | 9 | 8 | 1.1 | 15.0% |
| EOP - GP | Higher | 90 | 83 | 7.7 | 9.4% |
| EOP ASU | Lower | 12 | 13 | (1.0) | -7.8% |
| PSU | Lower | 23 | 35 | (12.6) | -35.8% |
| CCCMS | Higher | 2,219 | 1,955 | 264.1 | 13.5% |

*\* Intermediate bed need excludes inmate-patients deemed incompetent to stand trial (Penal Code section 1370) as they do not meet the requirements for ICF level of care.*

**Fall 2012 Mental Health Bed Need Study**

40

Data Sources: McManis Bed Need models, *HC-POP FY2012 Data, Audits: Census & Pending*

# Mental Health Services Delivery System Bed Need

**The new Fall MHSDS projections from this study track lower compared to the Spring 2012 and Fall 2011 AB109 forecasts. The largest variance is at 2014 when the new forecast is expected to be 6.2% lower (-389) than the Spring 2012 study projections.**

### MHSDS Bed Need (excluding CCCMS) – Fall 2012, Spring 2012 and Fall 2011 AB109



| | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MHSDS Bed Need Fall 2012 | 6,121 | 6,610 | 7,040 | 7,341 | 6,767 | 6,061 | 5,862 | 5,890 | 5,940 | 6,006 | 6,070 | 6,136 | 6,204 | 6,262 | 6,328 |
| MHSDS Bed Need Spring 2012 | 6,121 | 6,610 | 7,040 | 7,341 | 6,767 | 6,319 | 6,251 | 6,206 | 6,187 | 6,205 | 6,225 | 6,263 | 6,278 | 6,299 | 6,357 |
| MHSDS Bed Need Fall 2011 AB109 | 6,097 | 6,575 | 7,040 | 7,341 | 6,767 | 6,414 | 6,299 | 6,242 | 6,232 | 6,249 | 6,263 | 6,299 | 6,325 | 6,360 | |

**Fall 2012 Mental Health Bed Need Study**

Data Sources: McManis Bed Need models, *HC-POP FY2012 Data, Audits: Census & Pending*