# EXHIBIT 1

[to Belavich Declaration]

**Mental Health Services Delivery System**
**Mental Health Forms**

| CDCR # | Form Title |
|---|---|
| 2240 | Psychological Consultation and Testing Referral |
| 115-MH | RULES VIOLATION REPORT: MENTAL HEALTH ASSESSMENT REQUEST |
| 128 MH-1 | MENTAL HEALTH SCREENING CHRONO |
| 128 MH-3 | MENTAL HEALTH PLACEMENT CHRONO |
| 128 MH-4 | MENTAL HEALTH REMOVAL CHRONO |
| 128 MH-5 | MENTAL HEALTH REFERRAL CHRONO |
| 128 MH-6 | PSYCHIATRIC EVALUATION CHRONO (Rev. 06/06) |
| 128 MH-7 | ADMINISTRATIVE SEGREGATION (ASU) UNIT PRE-PLACEMENT CHRONO |
| 128 MH-8 | MENTAL HEALTH INTERDISCIPLINARY TREATMENT TEAM HOUSING/PROGRAM RECOMMENDATION - |
| 128 MH10 | Mental Health ICC Chrono |
| 128 MH-11 | SHU Screening Chrono |
| MH-7230-A | Interdisciplinary Progress Notes - General pg 1 (Fillable) |
| MH-7230-A | Interdisciplinary Progress Notes - General pg 2 (Fillable) |
| MH-7230-B | Interdisciplinary Progress Notes - 5-Day Follow-Up |
| MH-7230-C | Interdisciplinary Progress Notes - Group Treatment Note pg 1 (Fillable) |
| MH-7230-C | Interdisciplinary Progress Notes - Group Treatment Note pg 2 (Fillable) |
| MH-7230-C | Interdisciplinary Progress Notes - Group Treatment Note pg 2 (Fillable) |
| MH-7230-D | Interdisciplinary Progress Notes - IDTT Summary pg 1 (Fillable) |
| MH-7230-D | Interdisciplinary Progress Notes - IDTT Summary pg 2 (Fillable) |
| MH-7230-E | Interdisciplinary Progress Notes - Primary Clinician Crisis Evaluation pg 1 (Fillable) |
| MH-7230-E | Interdisciplinary Progress Notes - Primary Clinician Crisis Evaluation pg 2 (Fillable) |
| MH-7230-F | Progress Notes - Psychiatry Services/General |
| MH-7230-G | Interdisciplinary Progress Notes - Psychiatric Services/Initial Evaluation |
| MH-7230-H | Progress Notes - Psychiatry Services/Initial Consult |

**Mental Health Services Delivery System**
**Mental Health Forms**

| | |
|---|---|
| MH-7230-I | Interdisciplinary Progress Notes - Recreational Therapy Services (Fillable) |
| MH-7230-J | Interdisciplinary Progress Notes - Occupational Therapy Services (Fillable) |
| MH-7230-K | Interdisciplinary Progress Notes - Psychiatric Technician Services (Fillable) |
| MH-7230-L | Interdisciplinary Progress Notes - Developmental Disability Program (Fillable) |
| MH-7301 | Joint Conference Summary |
| MH-7386 | Mental Health Evaluation (14 pages) |
| MH-7387 | MENTAL HEALTH SUMMARY (4 pages) |
| MH-7388 | MENTAL HEALTH TREATMENT PLAN (6 pages) |
| MH-7388-B | IDTT - Level of Care Decision |
| MH-7389 | Brief Mental Health Evaluation |
| MH-7390 | MENTAL HEALTH AIMS Examination for Tartive Dyskinesia |
| MH-7447 | MENTAL HEALTH SUICIDE RISK ASSESSMENT CHECKLIST |
| MH-7448 | Informed Consent for Mental Health Care |
| MH-7450 | Statewide Psychotropic Medication Consent Form (2 pgs) |
| MH-7480 | Mental Health Due Process Chrono |
| MH-7482 | Referral: Inpatient Mental Health Services |
| MH-7487 | PIP Specific Psychological Assessment |
| MH-7488 | PIP Initial Psychiatric Review |
| MH-7489 | PIP Initial Psychological Assessment |
| MH-7490 | PIP Notification of Patient Rights |
| MH-7491 | PIP Group Monthly Progress Note |
| MH-7492 | PIP Recreation Therapy Discharge Summary |
| MH-7493 | PIP Recreation Therapy Initial Assessment |
| MH-7494 | PIP Social Work Pre-Release Mental Health Disposition Review |

**Mental Health Services Delivery System**
**Mental Health Forms**

| | |
|---|---|
| MH-7495 | PIP Social Work Psychosocial History Evaluation |
| MH-7496 | PIP Seclusion-Restraint Patient Debriefing |
| MH-7498 | PIP Social Work Discharge Summary |
| MH-7507 | PIP Psychiatric Advance Directive for Admission to PIP |
| MH-7509 | PIP Acknowledgement of Patient Orientation |
| MH-7510 | PIP Clozapine Screening Tool |
| MH-7511 | Informed Consent for Admission to the Psychiatric Inpatient Program |
| MH-7511 | PIP INFORMED CONSENT FOR MENTAL HEALTH CARE |
| MH-7512 | PIP Psychiatric Discharge Summary |