# EXHIBIT 2

[to Belavich Declaration]

 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES** 

# MEMORANDUM

| | | |
|---|---|---|
| Date | : | December 12, 2012 |
| To | : | Chief Executive Officers<br>Chiefs of Mental Health |
| From | : | *K. Allison*<br>Kathleen Allison, Deputy Director<br>Facility Support, Division of Adult Institutions<br><br>*T. Belavich*<br>Timothy G. Belavich, Ph.D., MSHCA, CCHP, Deputy Director (A)<br>Statewide Mental Health Program, Division of Health Care Services |
| Subject | : | USE OF OUTPATIENT HOUSING UNITS DIRECTIVE |

This memorandum supersedes the previous *"Use of Outpatient Housing Units"* memorandum dated **May 9, 2012** (attached).

The California Department of Corrections and Rehabilitation currently has a sufficient number of Mental Health Crisis Beds (MHCB). Although inmate-patients may have previously been housed in Outpatient Housing Units (OHU) rather than be referred to MHCB due to an insufficient number of MHCBs, this practice is no longer necessary and is not permitted.

Placement in an OHU is permitted when a crisis assessment is necessary. A physician, psychiatrist, licensed psychologist, or nurse practitioner may order placement of an inmate-patient into OHU when an assessment is clinically warranted. If an inmate-patient is placed in OHU when a clinician is not available to do a face-to-face evaluation, such as after hours or on weekends, the inmate-patient may be placed on suicide observation until seen by the clinician. The initial intake evaluation shall occur and be documented within 24 hours and a face-to-face evaluation shall occur at the earliest practicable time and within no more than 48 hours of the verbal OHU placement order (*MHSDS Program Guide, 2009*, p. 12-5-30).

Only when circumstances prevent the clinician from making a clinical decision regarding admission to a higher level of care or release from the OHU during the first evaluation (within 24 hours) shall the full 48-hour evaluation period permitted by the MHSDS Program Guide (2009) be used. At any time, "when an inmate-patient in the OHU is [clinically] determined to require MHCB level of care, including Suicide Precaution and/or Watch," he or she shall be immediately referred to a MHCB (*Mental Health Services Delivery System {MHSDS} Program Guide, 2009*, p. 12-10-12). Inmate-patients may not be kept in OHU for higher level of care treatment, including MHCB level of care.

# MEMORANDUM

OHU length of stay shall not exceed 48 hours unless one of the following two conditions is met:

1. *The inmate-patient is referred to the MHCB. Inmate-patients must be transferred to the MHCB within 24 hours of the clinical decision to refer to MHCB. OHU length of stay shall not exceed 72 hours for inmate-patients referred to MHCB.* (MHSDS Program Guide, 2009, p. 12-5-30)

2. *The inmate-patient is awaiting Enhanced Outpatient Program (EOP) level of care placement and an "IDTT determines that the inmate-patient may be at risk if returned to any of the housing units available at that institution while awaiting transfer."* (MHSDS Program Guide, 2009, p. 12-5-31)

Additionally, OHU lengths of stay for EOP inmate-patients meeting Item # 2 of the exceptions above shall not exceed 30 days from endorsement. Clinical staff shall ensure the EOP level of care change is immediately completed upon evaluation and is promptly communicated to the correctional counselor to ensure transfer is initiated.

All mental health inmate-patients housed in OHU for an extended time beyond 72 hours shall receive mental health treatment according to the following guidelines:

| | |
|---|---|
| Inmates transferring from mainline General Population or Correctional Clinical Case Management System ⟶ | Shall receive enhanced mental health treatment as determined by a treatment team. |
| Inmates transferring from Reception Center, mainline, or Administrative Services Unit who were at the EOP level of care upon arrival to the OHU ⟶ | Shall receive Enhanced Outpatient Treatment in accordance with applicable MHSDS Program Guide (2009) requirements. |

If you have questions concerning this memorandum, you may contact Laura Ceballos, Ph.D., Chief, Quality Management, Statewide Mental Health Program, at (916) 691-0308 or via email at Laura.Ceballos@cdcr.ca.gov.

Attachment

cc: Judy Burleson, Associate Director, Program and Clinical Support
    Statewide Mental Health Program, Division of Health Care Services
 Nathan Stanley, Chief, Coleman Compliance
    Statewide Mental Health Program, Division of Health Care Services
 Rick Johnson, Chief, Health Care Placement Oversight Program
    Statewide Mental Health Program, Division of Health Care Services
 Kathleen O'Meara, Ph.D., Northern Mental Health Regional Administrator (A),
    Statewide Mental Health Program, Division of Health Care Services
 Steven Bylund, Ph.D., Central Mental Health Regional Co-Administrator (A),
    Statewide Mental Health Program, Division of Health Care Services
 Elaine Force, Ph.D., Central Mental Health Regional Co-Administrator (A),
    Statewide Mental Health Program, Division of Health Care Services
 Richard Kendall, Ph.D., Southern Mental Health Regional Administrator (A),
    Statewide Mental Health Program, Division of Health Care Services

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

## MEMORANDUM

| | |
|---|---|
| Date | : MAY 9 2012 |
| To | : Chief Executive Officers<br>Chiefs of Mental Health |
| From | : Timothy G. Belavich, Ph.D., MSHCA, CCHP<br>Deputy Director (A)<br>Statewide Mental Health Program, Division of Correctional Health Care Services |
| Subject | : Use of Outpatient Housing Units |

The purpose of this memorandum is to inform all mental health staff of Outpatient Housing Unit (OHU) placement documentation requirements and to ensure staff follows current Mental Health Delivery System (MHSDS) Program Guide, 2009 Revision, requirements related the use of OHUs.

Effective immediately, written orders for OHU placements shall state "crisis evaluation." Any orders written to ensure the inmate-patient's safety while on evaluation status shall be descriptive (such as 15 minute staggered nursing checks, may have t-shirt, boxers, and socks). After evaluation, if an inmate-patient is placed on suicide watch or precaution, a referral to Mental Health Crisis Bed (MHCB) is required.

All inmate-patients referred to the OHU shall be evaluated as soon as possible but within 48 hours of arrival. Length of stay shall not exceed 48 hours unless one of the following two conditions are met:

1. The inmate-patient is referred to the MHCB. Inmate-patients must be transferred to the MHCB within 24 hours of the clinical decision to refer to MHCB. OHU length of stay shall not exceed 72 hours for inmate-patients referred to MHCB. (MHSDS Program Guide, 2009 Revision, p. 12-5-30)

2. The inmate-patient is awaiting EOP level of care placement and "An IDTT determines that the inmate-patient may be at risk if returned to any of the housing units available at that institution while awaiting transfer." (MHSDS Program Guide, 2009 Revision, p. 12-5-31).

Inmate-patients awaiting transfer to a Department of Mental Health (DMH) facility shall be returned to the housing unit with an increased level of mental health treatment as resources allow or shall be referred to a MHCB if a clinical decision is made that he/she is unable to function in a regular housing unit within the prison.

Use of OHUs shall be kept to a minimum. OHUs shall only be utilized when a face to face mental health evaluation cannot be completed immediately upon the crisis or in the rare

# MEMORANDUM

occasion the clinician requires additional time to gather further information before making a clinical determination.

Mental Health headquarters will be closely monitoring OHU usage and length of stay as part of a regular ongoing Quality Assurance process. Your institution may be contacted regarding OHU length of stay.

If you have any questions regarding this requirement contact Laura Ceballos, Ph.D. Chief of Quality Management, Mental Health Program, at (916) 691-0308.

cc:   Judy Burleson
      Nathan Stanley
      Steve Clavere, Ph.D.
      Tia Araminta, Ph.D.
      Richard Kendall, Ph.D.
      Lucinda McGill, R.N.