# EXHIBIT 3

[to Belavich Declaration]

 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES 

**MEMORANDUM**

| | | |
|---|---|---|
| **Date** | : | December 12, 2012 |
| **To** | : | Chief Executive Officers<br>Chiefs of Mental Health |
| **From** | : | *K. Allison*<br>Kathleen Allison, Deputy Director<br>Facility Support, Division of Adult Institutions |
| | | *Timothy G. Belavich*<br>Timothy G. Belavich, Ph.D., MSHCA, CCHP, , Deputy Director (A)<br>Statewide Mental Health Program, Division of Health Care Services |
| **Subject** | : | ALTERNATIVE HOUSING CELL PRIORITIZATION |

This memorandum is an addendum to the attached May 16, 2012, "Use of Alternative Housing" memorandum.

The purpose of this memorandum is to remind institution staff of the requirements for prioritizing housing for inmate patients pending Mental Health Crisis Bed (MHCB) transfer and provide additional clarification regarding the use of alternative housing.

Staff are reminded that, although the use of alternative housing may be necessary pending finalization of transfer arrangements to a Mental Health Crisis Bed (MHCB), alternative housing is not a clinically appropriate location for inmates requiring MHCB level of care and should only be used as a last option for inmates awaiting transfer.

The Mental Health Services Delivery System (MHSDS) Program Guide (2009) clearly lists the order of priority for housing of inmate-patients awaiting transfer to a MHCB. As a reminder, an Outpatient Housing Unit (OHU) is the preferred location for housing inmates awaiting transfer to a MHCB. If staff cannot place an inmate-patient in an OHU, alternative housing is the next priority on the list and includes, in order:

1. Outpatient Housing Unit overflow cells
2. Large holding cells with water/toilets
3. Large holding cells without water/toilets such as "Contraband Cells"
4. Triage and Treatment Area or other clinic physical examining room
5. Other unit-housing where complete and constant visibility can be maintained

To the extent not available already, staff shall ensure that inmates housed in alternative housing have reasonable access to water and toilets.

Small holding cells that are designed for the inmate-patient to sit or stand may be used for up to four hours (MHSDS Program Guide, 2009, p. 12-5-5). "Inmate-patients shall be retained in sit/stand cells only

# MEMORANDUM

with approval of the Watch Commander and notification of on-call clinical staff" (MHPG, 2009, p. 12-5-5). These placements are not considered alternative housing and use of these cells shall be logged on the custody log for small holding cells. These cells should be used minimally and only as a last option for temporarily housing inmates in crisis. Inmates shall be transferred out of these cells as soon as possible and never to exceed four hours.

Utilizing holding cells within the licensed bed area of the Correctional Treatment Center is the last preference for housing inmates. Use of these cells shall be logged on the alternative housing log and any time one of these cells is utilized, the Department of Health Services shall be notified (MHSDS Program Guide, 2009, p. 12-5-5).

Outpatient Housing Unit medical beds (non-swing beds), currently at California State Prison at San Quentin, California Medical Facility, California Institution for Men, and California State Prison at Corcoran are designated as medical beds. As a result, these beds shall be considered alternative housing. The alternative housing requirements and MHTs.net designation as indicated below shall be followed when inmate-patients are placed into these cells for crisis evaluations.

Effective immediately, mental health data entry staff will designate alternative housing cells with an "AltHs" subprogram in MHTS.net.

When an inmate-patient is waiting for a mental health evaluation and placement into alternative housing, staff must ensure the inmate-patient is placed in a safe setting, such as the triage and treatment area, and receives continuous direct visual observation until he or she is evaluated by a mental health clinician (after hours the evaluation may take place via telephone with a nurse facilitating).

Effective February 1, 2013, each institution shall have a Local Operating Procedure (LOP) that includes all requirements in the May 16, 2012, memorandum and the additions from this addendum. The LOP shall clearly state which cells locally will be used, in priority order, for alternative housing. This cell priority for the LOP shall mirror the priority list in the Mental Health Program Guide (2009) but include institution specific information.

If you have any questions regarding these requirements contact Laura Ceballos, Ph.D. Chief, Quality Management, Statewide Mental Health Program, at (916) 691-0308.

cc:     Judy Burleson, Associate Director, Program and Clinical Support,
        Statewide Mental Health Program, Division of Health Care Services
        Nathan Stanley, Chief, Coleman Compliance, Statewide Mental Health Program, Division of
        Health Care Services
        Rick Johnson, Chief, Health Care Placement Oversight Program,
        Statewide Mental Health Program, Division of Health Care Services
        Kathleen O'Meara, Ph.D., Northern Mental Health Regional Administrator (A),
        Statewide Mental Health Program, Division of Health Care Services
        Steven Bylund, Ph.D., Central Mental Health Regional Co-Administrator (A),
        Statewide Mental Health Program, Division of Health Care Services
        Elaine Force, Ph.D., Central Mental Health Regional Co-Administrator (A),
        Statewide Mental Health Program, Division of Health Care Services
        Richard Kendall, Ph.D., Southern Mental Health Regional Administrator (A),
        Statewide Mental Health Program, Division of Health Care Services

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


## MEMORANDUM

| | |
|---|---|
| Date | MAY 1 6 2012 |
| To : | Chief Executive Officers<br>Chiefs of Mental Health |
| From : | Timothy G. Belavich, Ph.D., MSHCA, CCHP,<br>Deputy Director (A)<br>Statewide Mental Health Program,<br>Division of Correctional Health Care Services |
| Subject : | Use of Alternative Housing |

The purpose of this memorandum is to ensure staff follows current Mental Health Services Delivery System (MHSDS) Program Guide, 2009 Revision, requirements and policy memorandums related the use of alternative housing. Current practice at many institutions has been to utilize alternative housing for an evaluation period and/or provide short term treatment. This practice is not consistent with current policy.

Effective immediately:

- Inmate-patients shall not be placed in alternative housing until an evaluation by a qualified mental health clinician has been completed and it is documented that the inmate requires a referral to the Mental Health Crisis Bed (MHCB). The clinician's order shall read "Refer to Mental Health Crisis Bed for admission evaluation." Because of licensing requirements, "Only licensed clinicians with admitting privileges at the receiving MHCB program can write the actual "admission" order and this is performed at the actual time of admission..." (See attached September 6, 2005, memorandum entitled *Standardization of Mental Health Crisis Bed Admission Procedures*).

  When a face to face evaluation is not possible and a referral for admission to the MHCB is documented that results in placement into an alternative housing cell, the referral can be rescinded once a face to face evaluation is conducted and it is determined the inmate-patient does not require placement into the MHCB. The rescission and subsequent movement out of alternate housing and back to the inmate-patient's previous housing must occur within 24 hours of placement.

- Appropriate housing of inmate-patients pending transfer shall meet MHSDS Program Guide, 2009 Revision, requirements (p. 12-5-5). Housing shall be

# MEMORANDUM

determined in the following order of preferred locations:

1. Inpatient beds
2. Outpatient Housing Unit

The following locations are considered alternative housing:

3. Outpatient Housing Unit overflow cells
4. Large holding cells with toilets
5. Large holding cells without toilets
6. Triage and Treatment Area or other clinic physical exam room
7. Other unit-housing where constant visibility can be maintained
8. Holding cells within the licensed bed area of the Correctional Treatment Center

- Only inmate-patients who have been referred to the MHCB shall be placed in alternative housing.

- Although alternative housing locations are listed in the MHSDS Program Guide, 2009 Revision, as appropriate placements, the use of them shall be minimal. It is expected these locations will be used only as a last alternative and only when MHCB beds are not immediately available.

- All inmate-patients placed in alternative housing shall be transferred to the MHCB as soon as possible and placement shall not exceed 24 hours. "The Health Care Placement Oversight Program (HCPOP) may be contacted seven days a week to assist in locating a vacant MHCB bed." (MHSDS Program Guide, 2009 Revision, p. 12-5-4).

- A designated institution mental health staff member shall track alternative housing placement in accordance with the attached February 4, 2010, policy memorandum entitled *Implementation of Alternative/Temporary Housing Logs*.

- All electronic logs shall be e-mailed by a designated mental health staff member weekly to the Utilization Management (UM) mailbox at CDCR DCHCS DMH Referral Updates@cdcr.ca.gov.

- The electronic log must be received in the UM mailbox by close of business every Friday.

- Each log shall include only those inmates placed in alternative housing for the week in which the log is submitted (logs shall not include inmates placed in alternative housing the week prior – no running logs).

# MEMORANDUM

- Electronic logs shall include all inmate-patients placed in alternative housing beginning Friday and include all placements through close of business Thursday of the following week (Friday – Thursday record of placements).

Mandatory training for Chiefs of Mental Health or their designees was held on Wednesday, May 16, 2012, at 3:00 pm. Details regarding this training were sent to all Chiefs of Mental Health via email on May 3, 2012.

If you have any questions regarding these requirements you may contact Laura Ceballos, Ph.D. Chief of Quality Management, Statewide Mental Health Program, at (916) 691-0308.

Attachments

cc:    Judy Burleson
       Nathan Stanley
       Laura Ceballos, Ph.D.
       Steve Clavere, Ph.D.
       Tia Araminta, Ph.D.
       Richard Kendall, Ph.D.
       Lucinda McGill, R.N.
       Rick Johnson

State of California                                          California Department of Corrections and Rehabilitation

# Memorandum

Date    :    February 4, 2010

To      :    Wardens
             Health Care Managers/Chief Executive Officers
             Chiefs of Mental Health
             Directors of Nursing

Subject :    Implementation of Alternative / Temporary Housing Logs

On October 7, 2008, the *Coleman* court ordered the California Department of Corrections
and Rehabilitation (CDCR) to:

> ...implement and maintain institutional electronic and manual tracking logs for
> inmates who have been placed into alternative housing pending Mental Health
> Crisis Bed (MHCB) transfers, and the dates, times, and places of return to regular
> housing for inmates not transferred to an MHCB. The tracking logs should also
> indicate the specific levels of clinical monitoring that were required (suicide watch,
> suicide precaution, or psychiatric observation), and the clinical monitoring that
> occurred. When an inmate is referred to an MHCB for treatment of a suicidal
> behavior, and the referral is rescinded or the inmate-patient is not admitted to an
> MHCB, the inmate shall receive follow-up treatment including daily contact for
> five (5) consecutive days following his or her return to regular housing. Quality
> management for implementation of discharge planning, required when an inmate is
> discharged from an MHCB, shall be implemented for these inmates.

Based upon this court-ordered requirement, each institution will establish a Local Operating
Procedure (LOP) and a quality assurance system to ensure the established LOP pertaining to
the Alternative / Temporary Housing Logs are properly followed.

Accompanying this memorandum is a draft of the Alternative / Temporary Housing Log.
This log is in the process of being approved as an official CDCR form and will be available
on the Prison Industry Authority website by May 1, 2010. Beginning May 1, 2010, all
institutions shall implement this procedure. Within 30 days of receipt of this memorandum,
each institution will submit a copy of the institution's LOP pertaining to the Alternative /
Temporary Housing Log to Captain James "Tom" Lyons via e-mail to
James.Lyons@cdcr.ca.gov or faxed to (916) 323-2886, attention Captain James "Tom"
Lyons, Division of Adult Institutions.

The tracking of an inmate-patient placed in temporary/alternative housing shall be initiated
any time an inmate-patient cannot be returned to normal housing based upon clinical
placement on Psychiatric Observation, Suicide Precaution, or Suicide Watch. This log will
be used to track the location of the inmate any time s/he is housed in alternative/temporary
housing.

CDC 1617 (3/89)

Wardens
Health Care Managers
Directors of Nursing
Chiefs of Mental Health

Implementation of Alternative / Temporary Housing Logs
Page 2

The following processes shall be included in the LOP developed by each institution:

1.  When a mental health practitioner is not on site to conduct an evaluation and a determination is made that the inmate-patient requires clinical monitoring, the triage treatment and assessment (TTA) nurse shall call Central Control, notify custody staff that the inmate requires temporary housing, and provide information regarding the level of clinical monitoring required (suicide watch, suicide precaution, psychiatric evaluation). Documentation in the Alternative / Temporary Housing Log (attached) will be initiated by Central Control staff.

2.  When a mental health practitioner is on site, the practitioner shall call Central Control, notify custody staff that the inmate requires temporary housing, and provide information regarding the level of clinical monitoring required (suicide watch, suicide precaution, psychiatric evaluation). Documentation in the Alternative / Temporary Housing Log (attached) will be initiated by Central Control staff.

3.  Central Control staff shall fax the Alternative / Temporary Housing Log to the Mental Health Crisis Bed unit (MHCB) daily by 9:00 AM and when inmate-patients on the log are moved.

4.  In institutions without a MHCB, the Alternative / Temporary Housing Log shall be faxed by the Central Control staff to the Outpatient Housing Unit (OHU), Mental Health Outpatient Housing Unit (MOHU), or designated mental health office daily by 9:00AM and when inmate-patients on the log are moved.

5.  The treating mental health practitioner will utilize the faxed Alternative / Temporary Housing Log to ensure all inmates awaiting assessment for, or placement into, a MHCB receive treatment and receive the appropriate level of clinical monitoring.

6.  The treating mental health practitioner will notate clinical monitoring and indicate any change in level of clinical monitoring (suicide watch, suicide precaution, psychiatric observation) in the inmate-patient's 114A when the inmate-patient is seen by the clinician and at least daily. The treating clinician will also verbally notify the on duty custody officer where the inmate is housed of any change in monitoring.

7.  When the inmate-patient returns to regular housing, Central Control staff shall immediately complete the Alternative / Temporary Housing Log and fax it to either the Mental Health Crisis Bed Unit or the Outpatient Housing Unit (according to which type of treatment facility is at the institution, as indicated above). The mental health practitioner will initiate a five day clinical follow-up consistent with the institution's current procedure for initiating five day follow-ups. The 114A shall be forwarded to Records for placement in the inmate's Central File, the log shall be

Wardens
Health Care Managers
Directors of Nursing
Chiefs of Mental Health

Implementation of Alternative / Temporary Housing Logs
Page 3

   completed and forwarded to a mental health designee who will enter the information
   into an electronic database.
8. When an inmate-patient is admitted to the MHCB, Central Control custody staff shall
   immediately complete the Alternative / Temporary Housing Log, the 114A shall be
   forwarded to Records for placement in the inmate's Central File, and the Alternative /
   Temporary Housing Log shall be completed and forwarded to a mental health
   designee, who will enter the information into an electronic database.
9. Institutions will develop a quality assurance system to ensure logs are filled out
   completely and regularly.

If you have any questions or need any additional information regarding the Alternative /
Temporary Housing Log, you may contact Captain Lyons at (916) 324-5487 or via e-mail at
James.Lyons@cdcr.ca.gov.


MARION CHIURAZZI, PSY.D.                    GEORGE GIURBINO
Director (A)                                Director
Statewide Mental Health Program            Division of Adult Institutions


KAREN REA, PHN, MSN, FNP
Chief Nurse Executive
Correctional Healthcare Nursing

Attachments

cc: Associate Wardens of Health Care
    Associate Directors, DAI
    Regional Administrators, Division of Correctional Health Care Services (DCHCS)
    Regional Directors of Nursing, California Prison Health Care Receivership
    Sharon Aungst, Chief Deputy Secretary, DCHCS
    George Giurbino, Director, DAI
    M. Jackson Kahle, Ph.D., Deputy Director (A), Mental Health Clinical Practices, DCHCS

Wardens
Health Care Managers
Directors of Nursing
Chiefs of Mental Health

Implementation of Alternative / Temporary Housing Logs
Page 4

James Scaramozzino, Ph.D., Deputy Director (A), Mental Health Clinical Programs, DCHCS

Laura Ceballos, Ph.D. Chief Psychologist, Quality Management, Mental Health Program, DCHCS

Catherine Knox, Assistant Statewide Chief Nursing Executive, DCHCS

Thomas Gaines, AGPA, Wasco State Prison

Alternative/Temporary Housing Log

| Inmate Name | CDCR # | Location and cell type* | DATE/TIME of placement | Clinical monitoring ordered** | DATE/TIME of transfer from temporary housing | New Housing Location |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

INSTRUCTIONS

Central Control Staff shall log all entries for inmates placed in alternative/temporary housing pending Mental Health Care and Services. A new entry shall be documented when an inmate's cell location is changed.

* Cell type shall be designated as zz, wet cell, etc.

** Indicate either psychiatric observation, suicide precaution, or suicide watch

Procedure: See Institution LOP                                      Authority: October 7, 2008 Coleman Court Order Document 3072

STATE OF CALIFORNIA
ALTERNATE / TEMPORARY HOUSING LOG
CDCR 7476 (NEW, 03/10)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## ALTERNATE / TEMPORARY HOUSING LOG

| | Inmate Name | CDC # | Location and Cell Type * | DATE/TIME of Placement | Clinical Monitoring Ordered ** | DATE/TIME of Transfer from Temporary Housing | New Housing Location |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |
| 18. | | | | | | | |
| 19. | | | | | | | |

## INSTRUCTIONS

Central Control shall log all entries for inmates placed in alternative/temporary housing pending Mental Health Care and Services. A new entry shall be documented when an inmate's cell location is changed.
* Cell type shall be designated as zz, wet cell, etc.
** Indicate either psychiatric observation, suicide precaution, or suicide watch.

Procedure: See Institution LOP

Authority: October 7, 2008 Coleman Court Order Document 3072

State of California                                          Department of Corrections and Rehabilitation

# Memorandum

Date  :   September 6, 2005

To    :   Wardens
          Health Care Managers
          Chiefs, Mental Health Program

| DCHCS Memo Number : 05-0009 |
| :--- |
| **Reason For Transmittal** |
| [ · ]  State Law Change<br>[ ]  Policy Change<br>[ ]  Court Order or Settlement Agreement<br>[x]  Clarification Request<br>[ ]  Other _____ |
| **Supersedes:**<br>Memorandum dated July 21, 2005 |

Subject:  **STANDARDIZATION OF MENTAL HEALTH CRISIS BED ADMISSION PROCEDURES**

The California Department of Corrections and Rehabilitation (CDCR) Division of Correctional Health Care Services (DCHCS) is committed to the development of a bed management strategy which will increase the quantity of available Mental Health Crisis Beds (MHCB) and decrease waiting lists for this level-of-care. In the interim, inmate-patients in need of a MHCB must be housed in the safest and most humane settings possible utilizing existing physical plant options.

This memorandum addresses three issues relevant to inmate-patients waiting for a MHCB:

1.  Holding environment pending transfer or placement.
2.  Mattress, blanket, and gown issuance,
3.  Five-Day follow-ups for suicidality,

Holding Environment Pending Placement or Transfer to MHCB

When an inmate-patient is determined to need a MHCB and there are no available beds in the sending institution, the steps outlined in the attached memorandum from September 16, 2003, shall be followed pending placement/transfer. After a brief assessment of medical and mental health factors, inmate-patients currently housed in the Correctional Treatment Center (CTC) shall be thoroughly assessed for appropriateness to discharge. In addition, if appropriate, medical inpatients shall be considered for placement in the community hospital.

On occasion, some inmate-patients cannot be placed into a MHCB within the policy requirement of 24-hours due to a lack of available beds. To best manage such situations, each institution shall develop a local operating procedure (LOP) regarding the housing and care of inmate-patients waiting for a MHCB to codify their actual operating process. Physical plant options and specific mental health program missions at each institution necessitate

* CDC 1617 (3/89)

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 2

individualization of each LOP. However, each individualized LOP shall incorporate the following standardized procedures:

- When an inmate-patient is identified as needing a MHCB, the referring clinician's order shall read "Refer to Mental Health Crisis Bed for admission evaluation." Only licensed clinicians with admitting privileges at the receiving MHCB program can write the actual "admission" order and this is performed at the actual time of admission to a vacant bed.

- The LOP may require a 128C chrono be generated in addition to the clinician's order to notify custody staff.

- Until transferred to a MHCB the inmate-patient shall be observed and monitored, or if clinically indicated, placed under constant direct observation for suicide watch. Nursing shall also be available to administer medication and to provide nursing checks as clinically indicated and ordered. The LOP shall indicate procedures for administration of medication and for daily contact by a mental health clinician.

- Appropriate housing of inmate-patients pending MHCB transfer shall be determined by the sending institution and in the following order of preferred locations:

  1. Inpatient Beds.
  2. Outpatient Housing Unit.
  3. Outpatient Housing Unit overflow cells.
  4. Large holding cells with water/toilets including, but not limited to, "ZZ cells," "Wet cells," and/or "Clinic cells." Many CTC buildings have holding cells located outside of the entrance to the licensed bed area. These are typically located in the Specialty Care Clinic area. These cells are permissible for temporary housing pending transfer without violating licensing restrictions of the licensed bed area of the CTC building.
  5. Large holding cells without water/toilets such as "Contraband Cells" (Not in a CTC licensed area.)
  6. Triage and Treatment Area or other clinic physical examining room
  7. Other unit-housing where complete and constant visibility can be maintained
  8. When none of the above are available, small holding cells (not in a CTC licensed bed area) that are designed for the inmate-patient to sit or stand may be used for up to four hours by which time consideration of a rotation to one of the above listed options shall have been considered and the outcome of such consideration documented. Inmate-patients shall be retained in sit/stand cells only with approval of the watch commander and notification of clinical staff on-call.

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 3

    9.  Holding cells within the licensed bed area of the CTC building (notification to Department of Health Services of an unusual occurrence is required).

- The Health Care Placement Unit (HCPU) shall be contacted directly by telephone regarding all inmate-patients pending transfer to a MHCB in accordance with the September 16, 2003 memorandum (attached). If the goal is to place the inmate-patient at the same institution's MHCB without requiring transport, the HCPU shall be contacted when a bed is not immediately available. The information relayed to HCPU shall include the inmate-patient's name, CDC number, prior level of care, identification of the time that the determination for a MHCB was made, reason for MHCB placement, current institution, and type and location of temporary housing.

- The HCPU shall be notified whenever a MHCB becomes available. For those institutions with a CTC and MHCB program, HCPU may prioritize an inter-institution transfer of an inmate-patient (based on clinical or temporary housing priority) into a MHCB over internal admissions.

- When an inmate-patient verbalizes suicidal ideation without other signs and symptoms of increased risk of suicide, the mental health clinician is responsible for evaluating any contributing environmental stressors, including the completion of a Suicide Risk Assessment form, and communicating with custody staff and supervisors regarding any potentially solvable custody issues. Resolution of related environmental issues is preferable to placement of an inmate-patient who is not genuinely at risk of suicide into a MHCB.

- The primary clinician and the assigned psychiatrist shall assess the inmate-patient and provide appropriate mental health services. When appropriate, the mental health clinicians shall provide therapeutic intervention focused on ways the inmate-patient may get perceived non-medical needs met without requiring MHCB placement. After regular work hours, the psychiatrist on-call is encouraged to conduct a face-to-face clinical assessment prior to admitting the inmate-patient to a MHCB. After work hours when the psychiatrist on-call chooses not to admit a suicidal inmate-patient to MHCB, a face-to-face clinical assessment is required.

- When involuntary/emergency medication is administered, all available documentation related to the decision to medicate, including but not limited to, danger to self, others, and/or grave disability, shall be forwarded to the treating clinicians in the MHCB.

- For inmate-patients discharged from a MHCB back to another sending institution or new institution, the LOP may allow for placement into alternate housing pending transfer, with appropriate mental health follow-up.

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 4

- Upon discharge, the clinician from the treating MHCB will call the Chief Psychiatrist, Chief of Mental Health, or designee at the institution to which the inmate-patient will return or be sent (See attached contact list.) If the contact person is not available, the MHCB clinician will leave the following information with a mental health supervisor for the contact person (or Health Care Manager if there is no mental health supervisor available):

    o  Name and CDCR number of inmate-patient.
    o  Contact information for the discharging clinician, including pager number.
    o  Discharge diagnosis.
    o  Follow-up requirements (i.e. daily contact required for suicide follow-up).

- The Discharge Summary, Suicide Risk Assessment, and Doctor's orders shall be faxed to the designated fax number. (See attached contact numbers at each institution.)

## Mattress, Blanket and Gown Issuance

All inmate-patients who are deemed to need a MHCB because of suicidal ideation, threats or attempts, and who are housed in one of the above environments pending transfer to a MHCB, shall be issued a no-tear mattress, no-tear blanket, and a no-tear gown/smock, unless otherwise ordered in writing by the clinician. If the inmate-patient subsequently attempts to use any or all of these items to harm his or herself, the clinician may then order that one or more of these items be removed. However, it is important to stress that unless otherwise contraindicated, the inmate-patient shall be issued the above items since the inmate-patient's dignity and comfort must always be preserved to every extent possible while maintaining safety and security.

## "Five-Day" Clinical Follow-Up Plans and Custody Wellness Checks

Inmate-patients who were determined to need a MHCB for suicidal precautions or watch, and who were held, pending transfer, in one of the above housing environments, but who subsequently are deemed to no longer be at risk of suicide and, therefore, are released back to their regular housing cell, shall receive appropriate clinical and custodial follow-up per existing policy and procedures (i.e. 5-day follow up procedures).

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 5


For questions, please contact Shama Chaiken, Ph.D., Chief Psychologist, DCHCS, at (916) 445-4114.


RENEE KANAN, M.D.                                    JOHN DOVEY
Director (A)                                         Director
Division of Correctional Health Care Services        Division of Adult Institutions

Attachments

cc:  J. S. Woodford
     Associate Directors, Division of Adult Institutions
     Yulanda Mynhier
     Regional Administrators, DCHCS
     Lisa Tillman
     Kathleen Keeshen
     Timothy Fishback, M.D.
     Shama Chaiken, Ph.D.
     Margaret McAloon, Ph.D.
     Andrew Swanson, M.D.
     Irma Petrey