# EXHIBIT 7

[to Belavich Declaration]

State of California                                                                                        Department of Corrections and Rehabilitation

# Memorandum

Date : **NOV 03 2011**

To : SEE DISTRIBUTION LIST

Subject : **REVISION TO THE MENTAL HEALTH ASSESSMENT REQUEST PROCESS FOR RULES VIOLATION REPORTS (UPDATE)**

On August 14, 1998, the California Department of Corrections and Rehabilitation (CDCR) initiated a process requiring mental health review of all Rules Violation Reports (RVR) issued to inmates in the Mental Health Services Delivery System (MHSDS). In addition, any inmate receiving an RVR, exhibiting bizarre behavior, was to be referred for mental health review. The results of these reviews were initially documented by the inmate's primary clinician on an Assessment Form.

In 2003, a modification to the RVR mental health assessment requirements was implemented. All Mental Health Crisis Bed (MHCB) and Enhanced Outpatient Program inmates still required generation and completion of a Mental Health Assessment Request (CDCR Form 115-MH). However, the requirement for inmates at the Correctional Clinical Case Management System (CCCMS) level of care and inmates not in the MHSDS was limited to those demonstrating bizarre, unusual, or uncharacteristic behavior. Additional training was provided to custody and clinical staff involved in the RVR process throughout 2003 to effect this change.

During recent meetings with the _Coleman v. Brown_ Special Master, plaintiff's attorneys, and departmental staff, the monitors and plaintiffs expressed concerns that the number of RVRs issued to inmates at the CCCMS level of care that are referred for mental health assessment are insufficient.

As a result, on May 10, 2011, a memorandum was distributed statewide providing direction to ensure all CCCMS inmates receiving a Division A, B, or C RVR shall be referred for a mental health assessment via CDCR Form 115-MH. CCCMS inmates receiving Division D, E, or F RVRs shall be referred based upon existing guidelines for determining referrals for mental health assessment.

Subsequently, on September 21, 2011, an agreement was made between the _Coleman v. Brown_ Special Master, plaintiff's attorneys, and departmental staff to expand the May 10, 2011 memorandum to include any CCCMS inmates receiving a Division A, B, or C RVR, _and for any rules violation that may result in being assessed a Security Housing Unit term as identified in the California Code of Regulations (CCR) Title 15, Section 3341.5,_ shall be referred for a mental health assessment via CDCR Form 115-MH. The clinical assessment must be considered during the Institutional Classification Committee to ensure the inmate's mental health is considered prior to any committee action. The clinical input must be documented on the CDCR Form 128-G, Classification Chrono.

SEE DISTRIBUTION LIST
Page 2

All custody and clinical staff involved in the inmate disciplinary process shall receive on-the-job training regarding the RVR assessment requirements listed no later than December 30, 2011.

Proof of practice documenting completion of the training for these staff, in the form of a memorandum, shall be submitted to your Associate Director (custody) and your Regional Mental Health Director (clinical) no later than January 2, 2012.

Revised training regarding the *Inmate Disciplinary Process: Mental Health Assessment* requirements will be provided to your In-Service Training Department for ongoing use in training custody and clinical staff involved in the inmate disciplinary process.

For custody questions regarding this change, please contact Joseph Stein, Correctional Captain, Audits and Litigation Unit, Division of Adult Institutions, at (916) 323-2863. For clinical questions regarding this change, please contact Kathleen O'Meara, Chief Psychologist, Clinical Programs, DCHCS, at (916) 323-1163.

GEORGE J. GIURBINO
Director (A)
Division of Adult Institutions

JAMES SCARAMOZZINO, Ph. D.
Director (A), Statewide Mental Health Program
Division of Correctional Health Care Services

DISTRIBUTION LIST:
Associate Directors-Division of Adult Institutions
Wardens
Regional Mental Health Directors-Division of Correctional Health Care Services
Chief Executive Officers
Health Care Managers
Chiefs of Mental Health
Chief Psychiatrists
Chief Psychologists

cc: Sharon Aungst, Chief Deputy Secretary, Division of Correctional
    Health Care Services
  R. J. Subia, Deputy Director, Facility Support, DAI
  Kathleen O'Meara, Chief Psychologist, Clinical Programs, DCHCS
  Cynthia Florez-DeLyon, Chief, Office of Policy Standardization, DAI
  Joseph Stein, Correctional Captain, Audits and Litigation Unit, DAI

State of California                                          Department of Corrections and Rehabilitation

# Memorandum

Date    :  May 10, 2011

To      :  SEE DISTRIBUTION LIST

Subject :  **REVISION TO THE MENTAL HEALTH ASSESSMENT REQUEST PROCESS FOR RULES VIOLATION REPORTS**

On August 14, 1998, the California Department of Corrections and Rehabilitation (CDCR) initiated a process requiring mental health review of all Rules Violation Reports (RVR) issued to inmates in the Mental Health Services Delivery System (MHSDS). In addition, any inmate receiving an RVR, exhibiting bizarre behavior, was to be referred for mental health review. The results of these reviews were initially documented by the inmate's primary clinician on an Assessment Form.

In 2003, a modification to the RVR mental health assessment requirements was implemented. All Mental Health Crisis Bed (MHCB) and Enhanced Outpatient Program inmates still required generation and completion of a Mental Health Assessment Request (CDCR Form 115-MH). However, the requirement for inmates at the Correctional Clinical Case Management System (CCCMS) level of care and inmates not in the MHSDS was limited to those demonstrating bizarre, unusual, or uncharacteristic behavior. Additional training was provided to custody and clinical staff involved in the RVR process throughout 2003 to effect this change.

During recent meetings with the *Coleman v. Wilson* Special Master, plaintiff's attorneys, and departmental staff, the monitors and plaintiffs expressed concerns that the number of RVRs issued to inmates at the CCCMS level of care that are referred for mental health assessment are insufficient.

Effective June 1, 2011, all CCCMS inmates receiving a Division A, B, or C RVR shall be referred for a mental health assessment via CDCR Form 115-MH. CCCMS inmates receiving Division D, E, and F RVRs shall be referred based upon existing guidelines for determining referrals for mental health assessment.

All custody and clinical staff involved in the inmate disciplinary process shall receive on-the-job training regarding the RVR assessment requirements listed above no later than May 31, 2011.

Proof of practice documenting completion of the training for these staff, in the form of a memorandum, shall be submitted to your Associate Director (custody) and your Regional Mental Health Director (clinical) no later than June 1, 2011.

Revised training regarding the *Inmate Disciplinary Process: Mental Health Assessment* requirements will be provided to your In-Service Training Department for ongoing use in training custody and clinical staff involved in the inmate disciplinary process.

SEE DISTRIBUTION LIST
Page 2

For custody questions regarding this change, please contact Joseph Moss, Correctional Administrator, General Population Levels III/IV, at (916) 323-3578. For clinical questions regarding this change, please contact Kathleen O'Meara, Chief Psychologist, Clinical Programs, DCHCS, at (916) 323-1163.

GEORGE J. GIURBINO
Director
Division of Adult Institutions

JAMES SCARAMOZZINO, Ph.D.
Director (A), Statewide Mental Health Program
Division of Correctional Health Care Services

cc: Terri McDonald, Chief Deputy Secretary, Adult Operations
    Sharon Aungst, Chief Deputy Secretary, Division of Correctional
      Health Care Services
    R. J. Subia, Deputy Director, Division of Adult Institutions (DAI)
    Kathleen O'Meara, Chief Psychologist, Clinical Programs, DCHCS
    Joseph Moss, Associate Warden, General Population Levels III/IV, DAI

DISTRIBUTION LIST:
    Associate Directors-Division of Adult Institutions
    Wardens
    Regional Mental Health Directors-Division of Correctional Health Care Services
    Chief Executive Officers
    Health Care Managers
    Chiefs of Mental Health
    Chief Psychiatrists
    Chief Psychologists