# EXHIBIT 8

[to Belavich Declaration]

**PANNONE LOPES DEVEREAUX & WEST LLC**

counselors at law                                                                                      www.pldw.com

March 28, 2012

Diana L. Toche, DDS
Director (A)
Division of Correctional Health Care Services
California Department of
Corrections and Rehabilitation
501 J Street
Sacramento, CA 94283-0001

Timothy G. Belavich, Ph.D
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services
California Department of
Corrections and Rehabilitation
501 J Street
Sacramento, CA 94283-0001

Debbie Vorous, Esq.
Deputy Attorney General
1300 I Street
P. O. Box 94455
Sacramento, CA 94244-2550

Michael Stone, Esq.
CDCR Legal Affairs Division
1515 S Street, Room 314S
Sacramento, CA 95814

Re: Coleman v. Brown

Dear Colleagues:

The Coleman Special Master will conduct his twenty-fifth round review of compliance by the California Department of Corrections and Rehabilitation (CDCR) with the plans, policies, and protocols of the Mental Health Services Delivery System Program Guide (Program Guide) and relevant court orders, from May 1, 2012 through August 31, 2012.

This monitoring round will involve on-site monitoring at the following institutions: ASP, CCI, CCWF, CIM, CMF*, COR, CRC, CSATF*, CTF, DVI, HDSP*, KVSP, LAC, MCSP, NKSP, PBSP, PVSP, RJD, SOL, SQ, SVSP, VSPW, and WSP (* denotes Group Tours). A calendar indicating individual institutional site visit dates and our assigned teams is attached for your reference. As usual, I will inform you through Nathan Stanley or his designee of any changes to our team should they occur. In addition, Special Master Matthew A. Lopes, Jr., Esq., Deputy Special Master Linda Holden, Esq., or I may join various site visit teams during the course of the round.

Please note that we will inform you under separate cover with respect to our reviews of CIW, CMC, CSP/Sac, and Folsom, which will comprise paper reviews and limited site visits (hybrid reviews), as well as with respect to Cal, Cen, CCC, CVSP, ISP, and SCC, which will undergo paper reviews only.



The attached document request for the twenty-fifth round is identical to the document request we submitted for the twenty-fourth round, with one significant exception: the twenty-fifth round document request <u>does not</u> seek any documents related to sexual misconduct. Our monitoring teams will not be reviewing sexual misconduct during on-site visits in the twenty-fifth round unless there are indications at an institution that there are problems related to it.

In addition, please note that the document request which we utilized during the twenty-fourth round, which is also being used for the twenty-fifth round, with the exception noted above, as well as the document request that was used for the twenty-third round, were developed jointly by the Office of the Special Master and CRDR's Mental Health headquarters staff. This joint development achieved the mutually agreed purpose of further clarifying and streamlining the wording and structure of the requests in order to enhance standardization of responses across institutions. In short, the twenty-fifth round document request is substantively the same as several prior rounds' document requests, and introduces no additional requirements that institutions need to take into account to prepare for their on-site visits in the twenty-fifth round.

As in the past, each institution's Mental Health Corrective Action Plan <u>or</u> Mental Health Quality Management Report (without proof of practice) should be submitted via email no less than one week prior to the scheduled site visit to Mohamedu F. Jones (mjones@pldw.com), Misty Delgado (mdelgado@pldw.com), and the assigned <u>Coleman</u> monitoring team. We have been informed that these documents will be submitted from headquarters under the supervision of Mr. Nathan Stanley rather than directly from each institution. Also, as is usual practice during the site visits, proof of practice binders should be available on site in hard copy, and electronic format where available, for review by the <u>Coleman</u> team.

Finally, as in prior rounds, plaintiffs' counsel will provide an institutional monitoring memorandum for each site visit.

Sincerely,

Mohamedu F. Jones, Esq.
Deputy Special Master



Enclosure

cc:   Matthew A. Lopes, Jr., Esq.
      Linda E. Holden, Esq.
      Michael Bien, Esq.
      Donald Specter, Esq.
      Jane Kahn, Esq.
      Steve Fama, Esq.
      Nathan Stanley
      Teresa Owens
      <u>Coleman</u> Special Master Staff

# *Coleman* Site Visit, Round XXV
# Document Request

The monitors will continue to review compliance with the plans, protocols and policies of the Mental Health Services Delivery System (MHSDS) Program Guide and relevant court orders. The 25th monitoring round will involve on-site monitoring for 23 institutions.

<u>On-site</u>: ASP, CCI, CCWF, CIM, CMF*, COR, CRC, CSATF*, CTF, DVI, HDSP*, KVSP, LAC, MCSP, NKSP, PBSP, PVSP, RJD, SOL, SQ, SVSP, VSPW, and WSP. (* denotes a group tour)

In order to ensure adequate preparation for visits to your institution, please review carefully and follow the instructions below.

Please remember that the monitors may remove any and all binders or their content for further review off-site. Do not place original documents in binders without retaining a copy for your record.

Unless otherwise specified, the review/monitoring period is the <u>six-month period (complete months)</u> immediately prior to the institutions' first due date, and confirmed with Mental Health Headquarters. In the event the institution does not provide data or information for the specified six months, please provide information as to the reason(s) why not.

Please ensure that requested documents are presented in an organized manner, tabbed and sub-tabbed according to the order presented in this document production request. The items in colored text below are available for reporting out of MHTS.net.

Track your document preparation hours, by classification. Only include time spent on tasks that are necessary and exclusive to the monitoring tour. Do not include hours that you would normally dedicate to Quality Management activities.

Proof of Practice Material is defined as all audits completed during the monitoring period related to MHSDS inmates and services, including those related to findings presented in the Quality Management section. Each audit should include a detailed description of the methodology, timeframe, sample size, results, and remedial action (if applicable). If you are including handwritten logs or audits, ensure that methodologies are provided.

<u>Each item in this Document Request is requesting a document or series of documents that the *Coleman* Special Master has determined is necessary to review compliance with the plans, protocols and policies of the Mental Health Services Delivery System (MHSDS) Program Guide and other pertinent court orders. The monitors may review and obtain copies of any documents related to required Program Guide or other court ordered care or treatment of MHSDS inmates, including, but not limited to, those documents specifically requested in this Document Request, as well as any other documents related to the care or treatment of MHSDS inmates mentioned or referenced in any other documents, but not otherwise specifically requested in this document request. The "documents requested" here or "subject to review" mean any written or printed material of any kind, whether stored in hard copy or electronic format. The monitor may request the document in both formats where available. "Related" as used above is used in its broadest sense and shall mean and include, but shall not be limited to, advert, allude, comprise, concern,</u>

1

<u>constitute, describe, discuss, mention, note, pertain, quote, recite, recount, reflect, report, state, constituting, comprising, summarizing, whether concerning, or referring to, directly or indirectly.</u>

Please prepare and email the following reports to Teresa Owens, (Teresa.Owens@CDCR.ca.gov) and copy Nathan Stanley, (Nathan.Stamly@CDCR.ca.gov) by your institution's first due date:

I. A Mental Health Management Report (MHMR). A MHMR is designed to enable CDCR institutions to report on routine and targeted audits and to provide information on the institution's mental health programs. The MHMR should be prepared according to the instructions you received from Mental Health Headquarters. This must be a stand-alone document where methodology, sample size, number positive/negative and other relevant information is provided. Proof-of-practice data does not replace the requirement that the information provided in the management report must be well specified. Again, findings and any statements about current status must be supported by proof-of-practice data collected during the monitoring period (to be provided in the binders via the tabbed information set out in this letter). Except as otherwise noted below, the Round XXV Document Request does not require that you provide data or information on Mainline EOP or Mainline CCCMS programs. Information on Mainline EOP and Mainline CCCMS should be provided in the MHMR according to the instructions you receive from Mental Health Headquarters and include data timelines for psychologist/psychiatrist initial contacts and initial and subsequent IDTTs.

Audits provided via MHTS.net allow for reporting on 100 percent of the inmate population who received the service reported on. For those areas where the audit is produced via MHTS.net, please include the source report in the relevant sections of the binders. In demonstrating data reliability of the MHTS.net reports, include a discussion of your agreement data in the MHMR. Be prepared to provide your latest agreement data at the time of your site visit.

II. A staffing report using the following format:

**NOTE:** *Please use staffing information that is contemporaneous with the date the information is submitted.*

Institutional Mental Health Staffing and Telemedicine
(Monitoring Period and Date)
(Name of Institution)

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-time Equivalent Contractors, Dual Appts. (i.e. in terms of FTEs) | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| Chief Psychiatrist |  |  |  |  |  |  |  |

<u>2</u>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Senior Psychiatrist | | | | | | | |
| Chief Psychologist | | | | | | | |
| Senior Psychologist | | | | | | | |
| Staff Psychiatrist | | | | | | | |
| Staff Psychologist | | | | | | | |
| Supervising Social Worker | | | | | | | |
| Social Worker | | | | | | | |
| Senior Psych Tech | | | | | | | |
| Psych Tech | | | | | | | |
| Recreation Therapist | | | | | | | |
| MHSDS Clerical | | | | | | | |
| Other (specify) | | | | | | | |

### TELEMEDICINE

| Psychiatry telemedicine used? (yes or no) | Number of hours per week |
|---|---|
| | |

---

Prepare ONE hard copy of the following information/materials, organized and separated by subject matter tabs and sub-tabs as indicated below. If during the site visit the monitor requests copies of any of the following information/materials in an electronic format and you have the information/materials available in an electronic format, please provide it to the monitor in that format. Prior to the on-site monitoring tour, you do not need to copy to a disc or thumb drive any of the following information or materials.

**Tab A: Census**
1. Current mental health rosters by housing unit and by level of care. Housing roster should be broken into one alphabetized roster and one "by cell" roster; level of care roster should be alphabetized. Level of care should be indicated on all rosters.
2. Schedule of all mental health-related activities for the days of the site visit. Please do not cancel any therapeutic groups, treatment team meetings or quality management-related meetings if possible.
3. A facility census, current within 72 hours of site visit that includes the number of inmates at each level of care, in the following format.

## Institutional Census

(Monitoring Period and Date)
(Name of Institution)

| | |
|---|---|
| Total Population | |
| Total MHSDS | |
| EOP-Mainline | |
| PSU | |
| EOP with SHU pending transfer to PSU | |
| CCCMS-Mainline | |
| Total SHU | |
| SHU-CCCMS | |
| MHCB | |
| OHU/MHOHU | |
| Total ASU | |
| ASU EOP Hub | |
| ASU EOP pending transfer to hub | |
| ASU CCCMS | |
| Reception Center-Total | |
| Reception Center EOP | |
| Reception Center-CCCMS | |
| Reception Center Parole Violators-Total | |
| Reception Center Parole Violators-EOP | |
| Reception Center Parole Violators-CCCMS | |

**Tab B: Quality Management**

Documentation related to the quality management program, including:

1. As applicable, agendas and minutes of all the Local Governing Body meetings.
2. Minutes of meetings of the Quality Management Committee (QMC).
3. Minutes of meetings of the Mental Health Quality Management Sub-Committee (MHQMC).
4. Reports of recommendations forwarded by the MHQMC to the institution's QMC and any changes in policy or procedures that resulted.
5. Communications of findings and decisions from QMC and MHQMC to staff.
6. Documents and information that describe your peer review program, as follows:

    **NOTE:** *do not create documents solely for purposes of monitoring relative to peer review. Only provide documents that presently exist.*

    * What peer review committees are in place, i.e., psychologists, psychiatrists, social workers, etc.
    * The composition of each peer review committee and the selection process of its members.
    * The criteria for review and provide blank copies of any review forms that the process employs.
    * How feedback is presented to individual clinicians.
    * The number of peer review meetings for each discipline that occurred during the monitoring period.
    * The number of clinicians reviewed during the monitoring period. (DO NOT include the names of clinicians.)
    * Any trends or patterns of practice deficiencies that were identified through peer review.

7. A list of ongoing QIT charters, minutes/reports from active and completed QITs (from the monitoring period), and recommendations made by completed QITs during the monitoring period.

**Tab C: Medication Management**

For the requests below, as applicable, provide supporting audit results (to include method, validity, sample size, and results of such audits).

1. If your institution has been selected to pilot the new medication management audit tool, please provide the status of the pilot program.
2. Provide a copy of your institutions LOP for assuring continuity of psychotropic medications for inter-institutional and intra-institutional transfers, expirations, renewals or new orders, including discharges from MHCB and placements/releases to/from ASU. Provide any logs, audits, or data.
3. What is the maximum length of medication orders by psychiatrists?
4. What is the maximum length of medication bridge orders?

5. What are the practices and/or policies regarding medication orders written in the absence of patient contact?
6. Have medication non-compliance policies and procedures been implemented throughout the institution?
7. Describe the institution's medication non-compliance protocols, including referral and response system.
8. Provide any logs, audits, or data related to referral and response to medication non-compliance.
9. If there is a centralized list for DOT use outside of the MHCB, please provide the list.
10. How many MHSDS inmates currently have DOT ordered?
11. What are the criteria for ordering DOT for psychiatric use?
12. What is the institution's system for verifying that the staff administering DOT know which patients are on DOT and apply DOT as indicated?
13. Describe how supervisors verify that DOT is applied as indicated.
14. Are HS orders written for psychotropic medications?
15. Is HS used as clinically indicated?
16. How many MHSDS inmates currently have HS prescribed?
17. Are HS medications delivered at 2000 hours or later?
18. Are medication orders processed and administered in a timely manner?
19. Is medication administered as ordered and documented legibly on MARs?
20. Are MARs filed in UHRs in a timely manner?
21. Are there current informed consent forms for each indicated medication?
22. Are informed consent forms for psychotropic medications filed in the UHR?
23. Do lab tests for MHSDS inmates follow CDCR protocols regarding psychotropic medications including atypicals and metabolic changes?
24. Are lab orders, results, and physician actions documented in the UHR? Provide any logs, audits, or data.
25. Does the institution have any inmates on Keyhea? Are Keyhea petitions tracked? Provide data on Keyhea petitions initiated or renewed, including status of pending petitions, denials, or rescinded petitions. Describe the impact to this institution, if any, from the central review process.
26. Provide documentation showing all involuntary administration of medications, including whether the patient had a Keyhea order, and the dates and times of initiating orders and of administering medications.
27. Provide Keyhea Summary Report, with all data fields selected.
28. Are pill lines used at this institution? Are lengths of pill lines audited? Report on the average wait time for any given inmate (Note: *this is not the length of time that it takes to complete the entire line, just the length of time it takes one inmate to move through the line and receive his/her medications*).
29. Were parole medications ordered and distributed to inmates who were released?
30. Are parole lists provided accurate?

31. Copies of any LOPs or meeting minutes that capture local efforts to address hoarding/cheeking.

**Tab D: DMH Referrals**

Describe the process in place at the institution for considering referrals to DMH level of care, including participants, frequency of meetings, and documentation regarding decision making process. Also provide the following data and information:

1. A list, including the names and CDCR numbers, of:
    a. All DMH referrals who remain at the prison at the time of monitoring;
    b. All inmates who had been transferred to DMH during reporting period (and remain there);
    c. Inmates in your institution at the time of monitoring who had returned to your institution from DMH during the review period; and
    d. Inmates in your institution who were considered for DMH but not referred. The monitors may also request to review samples of completed 7388 and 7388B forms for inmates who were considered for DMH but were not referred and to review completed Placement Screening Sheets.
2. Provide copies of ICF referral log, in native Excel format.
3. Provide copies of APP referral log, in native Excel format.
4. Provide brief summary of your psych and return protocols.
5. Provide a report from MHTS.net that lists all inmates with multiple crisis bed placements (i.e. three or more in the last six months in MHCB and/or OHU/MHOHU).
6. Provide a report from MHTS.net of EOP and higher levels of care inmates who received three or more RVRs (Eval-115MH) during the last three months.
7. Provide a report from MHTS.net that tracks EOP inmates who attended an average of 5 hours or less of the 10 hour requirement per week during the last three months.
8. Provide copies of the Mental Health Internal Review for Higher Levels of Care audits for the reporting period.

**Tab E: Mental Health Crisis Beds (if applicable)**

Describe the process in place at your institution for considering referrals to a MHCB LOC including participants, frequency of meetings, and documentation regarding decision making process. Please also provide the following data and information:

1. Provide MHCB/OHU Referral/Admit Count report, filtered for MHCB.
2. Number of MHCB beds in the institution.
3. Number of MHCBs occupied by long term medical patients.
4. Generate a contact interval report from MHTS.net to include data timelines for psychologist/psychiatrist initial and ongoing contacts, initial and subsequent IDTTs, 5-day follow ups (after discharge).
5. Generate a Referrals – LOC* report to include wait days and all LOS, filtered for MHCB and all fields visible.

7

6. For any inmates who were in the MHCB longer than 10 days, provide details as to why those inmates were in the MHCB longer than 10 days.
7. Generate MHCB and SRA compliance report.
8. Provide audits/logs of daily LPT rounds.
9. Report any reasons that delayed access to MHCB.
10. Report reasons for any administrative delays in MHCB discharges.
11. Describe security protocols in the MHCB.
12. Provide logs showing the use of restraints and seclusion, including the dates and times the orders were initiated, renewed, and discontinued, and, if logged, the timing of nursing checks conducted.

**Tab F: MHOHU/OHU (if applicable)**
1. Provide MHCB/OHU Referral/Admit Count report, filtered for OUH/MHOHU.
2. Number of OHU/MHOHU beds in the institution.
3. Generate a Referrals – LOC* report to include wait days and all LOS, filtered for OHU and all fields visible.
4. Number of referrals to OHU/MHOHU that resulted in MHCB admissions.
5. Number of OHU/MHOHU admissions that resulted in transfer to MHCB.
6. Generate a contact interval report from MHTS.net to include data on timelines for psychologist/psychiatrist initial and ongoing contacts, evaluations and other required documentation, initial and subsequent IDTTs, 5-day follow ups (after discharge).
7. Generate OHU and SRA compliance report.
8. Provide audits/logs of daily LPT rounds.
9. Describe where confidential interviews are held.

**Tab G. Alternative housing**
1. Include log on admission to alternate housing. Log should include inmate name, CDCR#, location and cell type, date/time of placement, clinical monitoring ordered, date/time of transfer from temporary housing; new housing location. **Note**: *the alternate/temporary housing log implemented per memo dated February 4, 2010 satisfies this request.*
2. Number of inmates who were on suicide precaution or watch while in alternate housing.
3. Describe type of treatment/monitoring provided while in holding cells/area.
4. Describe property given in holding cells.

**Tab H: Administrative Segregation (ASU)**
1. Provide a list of all inmates in ASU and ASU overflow, including date first placed, reason for placement, current reason for retention, length of stay on date of report, status (endorsed and awaiting transfer, pending investigation, pending DA referral), and level of care. Report average and range of LOS during monitoring period for Non-MHSDS, CCCMS and EOP Inmates, including the % of stays over 90 days (ASU Tracking Sheet).

8

2. Provide a separate list of all EOP inmates who have been held in ASU longer than 90 days and the reason(s) for retention.
3. Have available for review by the monitor, if requested, copies of the 30-day reviews conducted by the Facility Captain or CCII of EOP inmates in ASU hubs over 90 days. Report on the results of those 30-day reviews and include documentation of any communications with the District Attorney where DA referral impacts ASU length of stay. Describe any additional actions taken to remediate delays for these cases as well as those EOP inmates housed in non-hub ASUs.
4. Generate a report to identify the percentage of inmates who received mental health screening (31 item questionnaire) within 7 days of arrival. (Appointments-Closed).
5. Generate a contact interval report from MHTS.net to include data on timelines for psychologist/psychiatrist initial and ongoing contacts, mental health assessments and treatment plans, evaluations and other required documentation, initial and subsequent IDTTs.
6. Provide logs and audits documenting timeliness of pre-placement screenings and daily LPT rounds.
7. Provide a summary of process in place to promote participation, as well as a summary of general reasons for non-participation.
8. Provide any logs and audits related to completion of the 30-minute welfare checks.
9. Describe how the 30-minute welfare checks are conducted and provide a copy of any relevant LOPs.
10. Provide information on the number of and describe the location of designated intake cells.
11. Provide information on the number and describe the location of non-designated intake cells used for housing inmates during the intake process when there are an insufficient number of designated intake cells to accommodate all newly admitted inmates. Provide additional information or explanation, and documentation on the frequency of use of such cells.
12. Provide documentation of monthly emergency drills and CPR training.
13. Provide any logs, audits, and/or documentation concerning the number of ASU case management contacts conducted cell-front, as well as a breakdown of whether the cell-front contact was necessitated by inmate refusal, mental health staff cancellation, lack of escort officers, lockdowns, and program modifications or other forms of custody actions. (Appointments-Closed).
14. Generate a MHTS.net report detailing timeliness of PC and psychiatry clinical contacts, initial and ongoing IDTTs.
15. Total number of inmates endorsed for transfer to PSU.
16. Generate MHTS.net report showing % of I/Ps offered at least 10 hours of structured therapeutic activities per week and how many received at least 10 hours of structured therapeutic activities per week.

**Tab I: Suicide Prevention**
1. Minutes of meetings of the SPR-FIT.

2. Logs, audits, or other documentation concerning custody's follow-up after discharge from suicide watch or precaution.
3. Generate Contact Interval Report with contact type selected "5 Day F/U."
4. Provide a list of serious self-injuries that occurred during the monitoring period.
5. Provide a list of suicide attempts that occurred during the monitoring period.
6. Provide a list of completed suicides that occurred during the monitoring period.
7. In case of any completed suicides during the reporting period, provide copies of the Final Executive Summary, completed corrective action plan (CAP), and steps planned and taken to implement CAP. *Do not include any documents that are still in draft form.*
8. LOP regarding suicide precautions and watches.
9. Provide copy of LOP regarding data entry, transfer, and receipt of Inmate Profiles and their use in ASU screening.

**Tab J:  RVR**
1. Provide LOP describing process for assigning RVR mental health assessments to clinicians, and steps taken by clinician in completing an assessment.
2. Describe process for reviewing and adjudicating RVRs related to self-injurious and suicidal behavior.
3. Provide a list of EOP and MHCB inmates issued RVRs/115s during the monitoring period. If possible, include a description of the infraction and the outcome of the disciplinary hearing.
4. Provide list of all inmates provided an assessment relative to their RVR, generate Appointment-Closed Report for all LOC RVR Eval-115MH.
5. Provide list of CCCMS inmates issued 115s during the reporting period, highlighting those cases that were referred to mental health. Have available, if requested by the monitor, copies of the 115s (monitor selected sample) for inmates who are referred for a mental health assessment.
6. In what ways do hearing officers mitigate penalties for cases in which a clinician indicated that mental illness may have influenced the inmate's behavior? Have available for review, if requested by the monitor, a log of outcomes from RVRs where a mental health assessment was requested or a copy of the complete RVR with disposition.
7. Provide a copy of all incident reports and RVRs related to hoarding or cheeking medications.

**Tab K: Use of Force**
Using the table format presented below, please present the following data for the reporting period:
1. Total number of use of force incidents in each yard or facility: report separately the number of use of force incidents involving MHSDS inmates and number of use of force incidents involving non-MHSDS inmates.

2. Total number of non-use of force incidents for each yard or facility: report separately the number of non-use of force incidents involving MHSDS inmates and number of non-use of force incidents involving non-MHSDS inmates.
3. Number of use of force incidents in security or secure housing areas/EOP yards: Report separately the number of use of force incidents involving MHSDS inmates and number of use of force incidents involving non-MHSDS inmates in ASU, SHU, PSU, and EOP.
4. Number of non-use of force incidents: Report separately the number of non-use of force incidents involving MHSDS inmates and number of non-use of force incidents involving non-MHSDS inmates in ASU, SHU, PSU, and EOP.
5. Number of use of force incidents involving Level IV inmates: Report separately the number of use of force incidents involving MHSDS inmates and the number of use of force incidents involving non-MHSDS inmates.
6. Number of non-use of force incidents involving Level IV inmates: Report separately the number of non-use of force incidents involving MHSDS inmates and the number of non-use of force involving non-MHSDS inmates.
7. Cumulative number of use of force incidents and non-use of force incidents for the institution: Report separately the total number of incidents involving MHSDS inmates and total number of incidents involving non-MHSDS inmates.
8. For each incident that occurred during the reporting period, indicate at what stage the institutional use of force review process is at.

## INCIDENTS FOR YARD OR FACILITY "X"

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH | NON-UOF | MENTAL HEALTH | NON MENTAL HEALTH |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | | | | |

## INCIDENTS FOR ASU

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH | NON-UOF | MENTAL HEALTH | NON MENTAL HEALTH |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| TOTALS |  |  |  |  |  |  |

(Prepare a similar table separately for EOP/PSU/SHU/LEVEL IV inmates)

### TOTAL NUMBER OF INCIDENTS FOR ALL YARDS OR FACILITIES

| INCIDENTS | UOF | MENTAL HEALTH | NON-MENTAL HEALTH | NON-UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|---|---|---|
| TOTALS |  |  |  |  |  |  |

**Tab L: Reception Centers (if applicable)**
1. Provide list of EOP and CCCMS inmates currently pending transfer by generating Referrals-LOC* report filtered by RC program for EOP and CCCMS inmate pending transfer, show arrival date field, placement date, pending status.
2. Provide list of EOP and CCCMS inmates who have transferred by generating Referrals-LOC* report filtered by RC program for EOP and CCCMS inmate pending transfer, show arrival date field, placement date, placed status.
3. List all EOP and CCCMS inmates who require accelerated transfers by generating Referrals-LOC* report filtered by RC program for EOP and CCCMS inmate pending transfer, show arrival date field, placement date, pending status. LOC_TRAN_Type CI (clinically indicated).
4. Report whether RC EOP inmates are clustered or in designated housing units (identify applicable housing areas).
5. Report whether new arrivals with MHSDS histories are screened within 72 hours (provide a list of new arrivals in the last 30 days). (New Arrival Appointments sort for RC GPM)
6. Generate Contact Interval MHTS.net Report indicating timeliness of initial and subsequent RC-EOP IDTT meetings, case manager contacts, psychiatry contacts. List any obstacles to not making contacts and timelines in a timely manner.
7. Generate report detailing if individual clinical contacts are confidential or made cell-front (Appointments-Closed, with modality selected).
8. Generate MHTS.net Report detailing the number of structured therapeutic treatment hours offered and received by RC-EOP inmates (5 hour per week requirement). (Weekly Treatment Hours).
9. Describe the nature of out-of-cell activities (in addition to treatment hours, including yard time, day room time, etc.) offered to EOP inmates.
10. Report any obstacles related to providing therapeutic and additional activities to EOP RC inmates.
11. Describe reentry planning provided to EOP inmates due to be released in 60-120 days, and if none, reason(s) for the omission. Report whether inmates are assisted with filing for federal or state benefits or entitlements, or for a conservatorship.

12

12. Report the number of EOP inmates released to the community from the institution, if such information is routinely maintained.
13. Describe training, if any, provided to staff related to EOP re-entry plans.
14. Describe any re-entry planning services provided to CCCMS inmates.

### Tab M:  Psychotherapeutic Groups
1. Provide Group Summary.
2. Generate report that includes total number of MHSDS inmates who have participated in group therapy for the monitoring period. (Appointments-Closed, show statewide reason, sort for group encounters).
3. Total number of MHSDS inmates on a waiting list for group therapy.  Separate the inmates by level of care.

### Tab N:  PSU Transfers (as applicable)
1. Generate MHTS.net report with number of EOP inmates who were transferred to PSU during the reporting period. (Referrals-LOC*, show event, status as placed, filter for PSU)
2. Provide logs/data (custody) with:
   * Number of days between referral to CSR for PSU endorsement and date of endorsement.
   * Number of days between endorsement and transfer.
   * Number of EOP inmates with current SHU terms pending endorsement and/or transfer to PSU.
   * Reasons EOP inmates with current SHU terms have not been endorsed and/or transferred to a PSU.

### Tab O:  EOP Transfers (as applicable)
1. Provide logs/data including:
   * Number of EOP inmates who were transferred during the reporting period, prison/program to which they were transferred, and the transfer date.
   * Number of days between referral to EOP and endorsement.
   * Number of days between endorsement and transfer.
   * Number of EOP inmates in the institution beyond required transfer deadlines.
   * Reasons EOP inmates have not been transferred.

### Tab P:  Referrals
1. Provide LOP for mental health referrals.  Briefly describe process.
2. Generate Mental Health Referral program report based on MHTS.net showing the numbers of Mental Health referrals by type: Emergent, Urgent and Routine. Report will provide information about number/percentage of each type referral that met Program Guide timelines.

### Tab Q:  Additional Staffing Information
1. List the name and title of all individuals assigned to mental health (include psych techs and RNs with mental health responsibilities), including the hire and start dates.

2. Report on how any staffing shortages affect provision of mental health treatment or Program Guide compliance.
3. List the number of patients on each primary clinician's and psychiatrist's caseloads.
4. Describe institutional staffing recruitment efforts and results.
5. Provide staffing data for OHU/MHOHU.
6. Describe clinical staffing assigned to cover ASU overflow buildings.
7. List the staffing (allocations and vacancies) assigned to provide EOP care in RC.

**Tab R: Miscellaneous**

To the extent applicable to your institution, please have available for review the following materials:
1. Heat Plan: Heat logs, heat lists, and monthly heat incident reports.
2. All Emergency Response Review Committee minutes and 837s associated with emergency responses during the reporting period.
3. Reports of all lockdowns initiated in the reporting period, including the start and end dates, the yard and the ethnicity/race involved. Provide log, data, and reports indicating any occurrence of modified programs where MHSDS access to yard/dayroom or appointments (including group therapy) was canceled or terminated early as a result.