KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF CHRIS MEYER IN SUPPORT OF MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Chris Meyer, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Motion to Terminate Under the Prison Litigation Reform Act (PLRA) [18 U.S.C. § 3626(b)] or Alternatively to Vacate the Court's Judgment and Orders Under Federal Rule of Civil Procedure 60(b)(5). This declaration is also

1

1  submitted in support of Defendants' Motion to Vacate or Modify the Court's Population
2  Reduction Orders filed concurrently with Defendants' motion to terminate.

3       2.     I began working for CDCR in 2009. I work on healthcare projects on behalf of
4  and at the direction of CDCR Secretary Beard and the *Plata* Federal Receiver, Clark Kelso. In
5  my current role as Director, I am responsible for the management and oversight of the Facility
6  Planning, Construction and Management Division, which includes all construction of new
7  facilities and renovation of existing facilities. I am familiar with the status of the numerous
8  construction, conversion, and renovation projects that the State has completed and is currently
9  undertaking to meet the medical and mental health needs of the State's inmates.

10       3.     At San Quentin State Prison, the State constructed the San Quentin Central Health
11  Services Facility, a five-story, $128.3 million, 135,000 square foot correctional health care center.
12  The facility includes a Mental Health Crisis Bed unit, which was activated on November 19,
13  2009. True and correct copies of photographs depicting the San Quentin Central Health Services
14  Facility are attached as Exhibit 1.

15       4.     The State constructed health care facility improvements costing approximately $18
16  million at Avenal State Prison including three new general population clinics, one administrative
17  segregation unit clinic, an administration building, along with renovating existing buildings for
18  support functions including pharmacy, which was activated in December 2009. True and correct
19  copies of photographs depicting this facility are attached as Exhibit 2.

20       5.     The new $840 million California Health Care Facility in Stockton, is a 1.2 million
21  square foot facility that will provide 1,722 beds, of which 1,622 will be specially designed to
22  house inmates requiring long-term medical care and intensive mental health care. The first
23  inmate admission is scheduled for July 22, 2013. Completion of the mental health inmate
24  admissions is expected by December 31, 2013. True and correct copies of photographs showing
25  the construction of the California Health Care Facility are attached as Exhibit 3.

26       6.     The $167 million Dewitt Nelson Correctional Annex project will add 1,133 beds,
27  of which 953 will be health care beds, and will be connected to the California Health Care
28  Facility, allowing the efficient transition of inmates between the two facilities. The State expects

2

C. Meyer Decl. in Supp. Defs.' Mot. to Terminate Under PLRA and Fed. R. Civ. Proc. 60(b)(5)
(2:90-cv-00520 LKK JFM P)

1    the Dewitt Nelson Correctional Annex project to open with the first inmate admission on
2    February 17, 2014 and to be fully occupied by May 31, 2014.  True and correct copies of
3    photographs showing the construction of this facility are attached as Exhibit 4.
4         7.    The $23.8 million project to construct treatment and office space for the existing
5    Enhanced Outpatient Program serving the general population at California Medical Facility will
6    be complete this month with a phased building activation expected to start the week of January 7,
7    2013.  True and correct copies of photographs showing the construction of this treatment and
8    office space are attached as Exhibit 5.  The State also converted a general population dormitory
9    into a 72-bed Outpatient Housing Unit at a cost of approximately $725,000.  This conversion
10   added examination rooms, nurses' stations, a medication dispensary, and a general storage room.
11   Patient admissions began on August 16, 2010.  The State also built a $33.7 million 64-bed
12   Intermediate Care Facility, which began admitting patients in February 2012.  In addition, the
13   State constructed a $29.8 million 50-bed Mental Health Crisis Bed facility, which was completed
14   in May 2008 and renovated (at a cost of $1.8 million) 124 cells for risk mitigation.  True and
15   correct copies of photographs showing the Intermediate Care Facility and the Mental Health
16   Crisis Bed Unit are attached as Exhibits 6 & 7.
17        8.    The State built a 64-bed Intermediate Care Facility and additional treatment space
18   at Salinas Valley State Prison at a cost of $29.5 million. This Facility was completed in June
19   2009.  True and correct copies of photographs depicting the 64-bed Intermediate Care Facility are
20   attached as Exhibit 8.  In addition, the $19.7 million project to construct treatment and office
21   space for 300 Enhanced Outpatient Program-General Population inmates is under construction
22   with construction completion and building activation scheduled for September 2013.
23        9.    I have reviewed information that identifies a project that the State built at a cost of
24   approximately $1.7 million to provide additional treatment and office space for Enhanced
25   Outpatient Program-General Population inmates at Mule Creek State Prison.  This information
26   indicates that treatment in the new space started in March 2009.  True and correct copies of
27   photographs showing this treatment space are attached as Exhibit 9.
28        10.   The 50-bed Mental Health Crisis Bed project at California Men's Colony with an

3

estimated project cost of $38.7 million is under construction with inmate admission to start between July and October 2013. True and correct copies of photographs showing this facility are attached as Exhibit 10.

11. I have reviewed information that identifies the State expanded, between September and November of 2012, the Level II Sensitive Needs Yard Enhanced Outpatient Program by an additional 88 beds at the Substance Abuse Treatment Facility. These beds were fully occupied by November 9, 2012.

12. The 45-bed Psychiatric Inpatient Program for female inmates at California Institution for Women (at a cost of $36.3 million) began admitting patients on July 3, 2012. In addition, the State constructed a $7.2 million 20-bed Psychiatric Services Unit facility at this institution. True and correct copies of photographs depicting these facilities are attached as Exhibits 11 & 12.

13. The State substantially completed construction of the project at California State Prison, Los Angeles County (at an estimated project cost of $11.5 million) to add treatment and office space to service 150 Enhanced Outpatient Program-General Population inmates on June 11, 2012. However, this project is being rescoped to provide treatment and office space for 100 Enhanced Outpatient Program-Administrative Segregation Unit inmates. The State has requested the State Public Works Board to recognize this scope change at its January 14, 2013 meeting. True and correct copies of photographs showing this facility are attached as Exhibit 13.

14. The $10.7 million project to construct treatment and office space for the Enhanced Outpatient Program-Administrative Segregation Unit program at California State Prison, Corcoran, is under construction. The project was delayed after inmate workers became unavailable due to a prison riot and lockdown. Treatment in this space is now scheduled to start on June 3, 2013. True and correct copies of photographs showing this unit are attached as Exhibit 14.

15. The State built office and treatment space to serve the needs of the Enhanced Outpatient Program population at California State Prison, Sacramento at a project cost of $12.2 million. The prison activated the office and treatment space on March 19, 2012. In addition, the

4

project at this institution to construct housing, treatment and office space for the 128 Psychiatric Services Unit inmates (at a project cost of $15.4 million) is under construction but, due to weather and changed site conditions, will not be activated until July 2, 2013, with inmate admissions starting on August 1, 2013.  True and correct copies of photographs depicting the construction of this facility are attached as Exhibit 15.

16. In October 2012, the State Public Works Board established a health care facility improvement project at Richard J. Donovan Correctional Facility.  This project includes, among other improvement projects, a sub-project to design and construct a new Administrative Segregation Unit Primary Care and Administrative Segregation Unit Enhanced Outpatient Program Mental Health Clinic for inmates housed in Facility B at the prison.

17. On December 14, 2012, the State Public Works Board established a health care facility improvement project at Mule Creek State Prison.   This project includes, among other improvement projects, a sub-project to design and construct a new Administrative Segregation Unit Primary Care and Administrative Segregation Unit Enhanced Outpatient Program Mental Health Clinic for inmates housed in Facility C at the prison.

18. The State expects to seek State Public Works Board establishment of a health care facility improvement project at California Men's Colony in February 2013.  This project includes, among other improvement projects, a sub-project to design and construct a new Administrative Segregation Unit Primary Care and Administrative Segregation Unit Enhanced Outpatient Program Mental Health Clinic for inmates housed in the East Facility at the prison.

I declare that the foregoing is true and correct.  Executed this 4th day of January, 2013, at Sacramento, California.

*/s/ Chris Meyer*
*(original signature retained by attorney)*
_____
CHRIS MEYER

CF1997CS0003

5

C. Meyer Decl. in Supp. Defs.' Mot. to Terminate Under PLRA and Fed. R. Civ. Proc. 60(b)(5)
(2:90-cv-00520 LKK JFM P)

# INDEX OF EXHIBITS TO MEYER DECLARATION

| Exhibit No. | Description | Bates No. |
|---|---|---|
| **Exhibit 1** | **Photographs depicting the San Quentin Central Health Services Facility.** | |
| | Treatment Space - December 19, 2012 | 2 |
| | Emergency Room Space - December 19, 2012 | 3 |
| | Exam Room - December 19, 2012 | 4 |
| | Treatment Corridor - December 19, 2012 | 5 |
| | Group Treatment Room - December 19, 2012 | 6 |
| | Nurses Station - December 19, 2012 | 7 |
| | Conference Room - December 19, 2012 | 8 |
| **Exhibit 2** | **Photographs depicting Avenal State Prison health care facility improvements.** | |
| | Exam Room - December 28, 2012 | 10 |
| | Exam Room - December 28, 2012 | 11 |
| | Group Treatment Room - December 13, 2012 | 12 |
| | Office Space - December 28, 2012 | 13 |
| | Office Space - December 13, 2012 | 14 |
| | Pharmacy - December 13, 2012 | 15 |
| **Exhibit 3** | **Photographs depicting construction of California Health Care Facility.** | |
| | Housing Units - December 10, 2012 | 17 |
| | Construction - August 1, 2012 | 18 |
| | Construction - August 1, 2012 | 19 |
| | Construction - December 11, 2012 | 20 |
| | Construction - December 11, 2012 | 21 |
| **Exhibit 4** | **Photographs depicting construction of DeWitt Nelson Correctional Annex.** | |
| | Aerial View - November 2012 | 23 |
| | Construction - December 18, 2012 | 24 |
| **Exhibit 5** | **Photographs depicting construction of California Medical Facility Enhanced Outpatient Program treatment and office space.** | |
| | Treatment Space - December 14, 2012 | 26 |
| | Treatment Space - December 14, 2012 | 27 |
| | Treatment Space - December 14, 2012 | 28 |
| | Group Treatment Room - December 14, 2012 | 29 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| | Reception Desk - December 14, 2012 | 30 |
| | Recreational Therapy - December 14, 2012 | 31 |
| | Treatment Space Corridor - December 14, 2012 | 32 |
| | Interview Room - December 14, 2012 | 33 |
| | Interdisciplinary Treatment Team Room - December 14, 2012 | 34 |
| | Group Treatment Room - December 14, 2012 | 35 |
| | Treatment Space Exterior - December 11, 2012 | 36 |
| **Exhibit 6** | **Photographs depicting California Medical Facility Intermediate Care Facility.** | |
| | Exterior - November 22, 2011 | 38 |
| | D-Wing - December 14, 2012 | 39 |
| | Bed - February 9, 2012 | 40 |
| | Nurses' Station - December 14, 2012 | 41 |
| | Dining Room - December 14, 2012 | 42 |
| | Exam Room - December 14, 2012 | 43 |
| **Exhibit 7** | **Photographs depicting California Medical Facility Mental Health Crisis Bed Unit.** | |
| | Bed - December 14, 2012 | 45 |
| | Hallway and Nurses' Station - December 14, 2012 | 46 |
| | Exam Room - December 14, 2012 | 47 |
| **Exhibit 8** | **Photographs depicting Salinas Valley State Prison 64-bed Intermediate Care Facility.** | |
| | Hallway - March 23, 2010 | 49 |
| | Bed - January 7, 2010 | 50 |
| | Group Room - March 23, 2010 | 51 |
| **Exhibit 9** | **Photographs depicting treatment and office space for Enhanced Outpatient Program at Mule Creek State Prison.** | |
| | Treatment Space - December 17, 2012 | 53 |
| | Office - December 17, 2012 | 54 |
| | Conference Room - December 17, 2012 | 55 |
| **Exhibit 10** | **Photographs depicting construction of 50-bed Mental Health Crisis Bed unit at California Men's Colony.** | |
| | Exterior Construction - No Date Tag | 57 |
| | Corridor Construction - October 26, 2012 | 58 |

| Exhibit No. | Description | Bates No. |
|---|---|---|
| **Exhibit 11** | **Photographs depicting 45-bed Psychiatric Inpatient Program at California Institution for Women.** | |
| | Exterior - June 29, 2012 | 60 |
| | Housing Cell - No Date Tag | 61 |
| | Exam Room - May 30, 2012 | 62 |
| | Hallway - July 31, 2012 | 63 |
| | Group Treatment Room - April 10, 2012 | 64 |
| | Nurses Station - April 10, 2012 | 65 |
| **Exhibit 12** | **Photographs depicting 20-bed Psychiatric Services Unit at California Institution for Women.** | |
| | Hallway - January 4, 2011 | 67 |
| | Bed - January 4, 2011 | 68 |
| **Exhibit 13** | **Photographs depicting treatment and office space for the Enhanced Outpatient Program at California State Prison, Los Angeles County.** | |
| | Treatment Hallway - June 13, 2012 | 70 |
| | Conference Room - November 14, 2012 | 71 |
| | Therapy Room - November 14, 2012 | 72 |
| **Exhibit 14** | **Photographs depicting construction of treatment and office space for the Enhanced Outpatient Program Administrative Segregation Unit at California State Prison, Corcoran.** | |
| | Construction - September 27, 2012 | 74 |
| | Construction - September 27, 2012 | 75 |
| **Exhibit 15** | **Photographs depicting construction of housing, treatment, and office space for the 128 Psychiatric Services Unit inmates at California State Prison, Sacramento.** | |
| | Construction - October 29, 2012 | 77 |
| | Construction - December 11, 2012 | 78 |