# EXHIBIT 1













