# EXHIBIT 2











