# EXHIBIT 4



Nov. 2012

12/18/2012
024