# **EXHIBIT 5**





















