# **EXHIBIT 6**











