# EXHIBIT 11











