# EXHIBIT 12



