# EXHIBIT 13





