# EXHIBIT 1A

EXHIBIT 1A

2786429.1

