# EXHIBIT 1B

# EXHIBIT 1B

2786429.1

