# EXHIBIT 2

# EXHIBIT 2

2786429.1

