# EXHIBIT 3

**EXHIBIT 3**

2786429.1

