# EXHIBIT 4

EXHIBIT 4

2786429.1

