# EXHIBIT 5A

# EXHIBIT 5A

2786429.1



Common Dormitory at CRC
Housed 100, New Capacity 79
Picture Depicts Deactivated Top Beds front Right