# EXHIBIT 5B

# EXHIBIT 5B



Common Dormitory at CRC
Housed 100, New Capacity 79
Picture Depicts Deactivated Top Beds Next to Restroom