# EXHIBIT 6

# EXHIBIT 6

2786429.1

