# EXHIBIT 7A

# EXHIBIT 7A

2786429.1

