# EXHIBIT 7B

# EXHIBIT 7B

2786429.1

