# EXHIBIT 7C

# EXHIBIT 7C

2786429.1

