# EXHIBIT 7D

EXHIBIT 7D

2786429.1

