# EXHIBIT 1

EXHIBIT 1

| CCHCS Summary of OIG Medical Inspection Results Round 3 | Statewide Average | CSP - Sacramento February 2012 | California Medical Facility March 2012 | California Men's Colony March 2012 | R.J. Donovan Correctional Facility April 2012 | San Quentin State Prison April 2012 | California Rehabilitation Center April 2012 | Pleasant Valley State Prison May 2012 | Sierra Conservation Center May 2012 | California Correctional Institution August 2012 | Kern Valley State Prison June 2012 | High Desert State Prison August 2012 | North Kern State Prison June 2012 | Central California Women's Facility July 2012 | CSP - Los Angeles County July 2012 | Valley State Prison for Women July 2012 | California Institution for Women June 2012 | California Correctional Center August 2012 | CSP- Corcoran September 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Score | 86.0% | 79.2% | 79.1% | 85.4% | 87.3% | 90.4% | 84.6% | 84.7% | 93.0% | 85.3% | 77.6% | 88.6% | 80.8% | 90.7% | 84.4% | 92.6% | 87.6% | 89.2% | 87.2% |
| Chronic Care | 82.4% | 76.2% | 82.3% | 71.8% | 87.1% | 82.2% | 78.8% | 83.2% | 93.2% | 82.0% | 72.6% | 79.9% | 76.5% | 91.4% | 91.6% | 91.0% | 78.9% | 78.3% | 86.8% |
| Clinical Services | 84.1% | 86.3% | 76.7% | 81.1% | 81.2% | 89.9% | 73.6% | 78.6% | 91.3% | 90.1% | 74.2% | 91.1% | 85.1% | 88.1% | 78.2% | 89.1% | 85.8% | 91.1% | 82.1% |
| Health Screening | 86.0% | 87.9% | 83.4% | 82.6% | 92.2% | 81.0% | 90.0% | 86.6% | 94.3% | 79.1% | 85.5% | 78.7% | 79.6% | 95.6% | 78.3% | 95.3% | 83.7% | 92.1% | 82.3% |
| Specialty Services | 82.8% | 65.5% | 63.1% | 82.1% | 80.3% | 86.1% | 87.7% | 76.5% | 94.8% | 72.1% | 87.2% | 90.1% | 79.3% | 81.1% | 82.4% | 89.7% | 90.3% | 89.7% | 92.1% |
| Urgent Services | 80.8% | 69.3% | 70.7% | 80.0% | 78.6% | 87.8% | 74.9% | 78.8% | 82.9% | 76.8% | 80.5% | 95.8% | 66.9% | 82.5% | 89.8% | 79.3% | 87.8% | 86.4% | 85.4% |
| Emergency Services | 85.9% | 62.4% | 90.7% | 93.8% | 100.0% | 91.4% | 66.6% | 93.8% | 76.7% | 89.7% | 72.1% | 91.0% | 89.0% | 91.0% | 84.8% | 96.9% | 79.3% | 85.9% | 90.7% |
| Prenatal Care/Childbirth/Post-delivery | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 100.0% | n/a | 94.0% | 87.5% | n/a | n/a |
| Diagnostic Services | 90.1% | 77.9% | 76.2% | 93.5% | 88.8% | 90.0% | 91.5% | 90.2% | 97.1% | 90.4% | 92.7% | 87.7% | 90.8% | 93.3% | 91.2% | 93.8% | 91.7% | 94.6% | 90.2% |
| Access to Health Care Information | 76.8% | 82.4% | 58.8% | 82.4% | 100.0% | 100.0% | 95.1% | 77.5% | 96.1% | 82.4% | 51.0% | 76.5% | 44.1% | 66.7% | 61.8% | 90.2% | 86.3% | 80.4% | 50.0% |
| Outpatient Housing Unit | 91.0% | 86.3% | 91.7% | n/a | n/a | 96.3% | 86.7% | n/a | 89.0% | 100.0% | n/a | n/a | n/a | n/a | n/a | 89.4% | 93.8% | 86.3% | 90.2% |
| Internal Reviews | 84.7% | 70.0% | 87.5% | 87.5% | 67.5% | 98.0% | 78.8% | 75.0% | 100.0% | 87.5% | 60.0% | 85.5% | 64.5% | 100.0% | 80.0% | 100.0% | 87.5% | 100.0% | 95.5% |
| Inmate Transfers | 96.2% | 100.0% | n/a | 100.0% | 88.9% | 100.0% | 100.0% | 93.6% | 100.0% | 95.3% | 92.6% | 86.0% | 100.0% | 93.6% | 86.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Clinic Operations | 96.4% | 87.6% | 86.1% | 86.1% | 100.0% | 100.0% | 100.0% | 95.5% | 100.0% | 95.5% | 97.9% | 98.2% | 100.0% | 100.0% | 92.4% | 100.0% | 97.6% | 97.6% | 100.0% |
| Preventive Services | 87.1% | 61.0% | 71.3% | 94.3% | 77.3% | 94.3% | 98.3% | 96.0% | 100.0% | 86.3% | 71.0% | 89.7% | 85.3% | 94.0% | 84.0% | 91.5% | 94.0% | 88.7% | 90.3% |
| Pharmacy Services | 97.6% | 93.1% | 76.9% | 100.0% | 100.0% | 100.0% | 100.0% | 96.6% | 100.0% | 99.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 97.6% | 100.0% | 93.1% |
| Other Services | 93.7% | 100.0% | 94.0% | 100.0% | 100.0% | 77.8% | 83.3% | 83.3% | 77.8% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 70.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Inmate Hunger Strikes | 78.5% | 81.1% | 78.9% | 92.6% | 86.3% | 80.0% | n/a | 78.4% | n/a | 53.7% | 38.9% | 100.0% | n/a | n/a | 87.4% | n/a | n/a | n/a | 85.8% |
| Chemical Agent Contraindications | 88.1% | 94.7% | 84.1% | 100.0% | 58.8% | 94.1% | n/a | n/a | 100.0% | 81.2% | 82.4% | 100.0% | 100.0% | n/a | 78.8% | 100.0% | 68.2% | n/a | 90.6% |
| Staffing Levels and Training | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Nursing Policy | 92.5% | 77.1% | 100.0% | 100.0% | 100.0% | 100.0% | 97.1% | 100.0% | 100.0% | 70.0% | 60.0% | 100.0% | 80.0% | 100.0% | 80.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**Legend:**

| | |
|---|---|
| Low Adherence to Policies & Procedures | < 75% |
| Moderate Adherence to Policies & Procedures | 75% - 85% |
| High Adherence to Policies & Procedures | > 85% |

The Office of the Inspector General ("OIG") audits encompass 20 components of medical delivery and comprise up to 152 questions. The questions are weighted based on their importance to the delivery of medical care to inmates. The percentages reported above represent the percentage of total weighted points possible for each of the 20 components. The OIG does not intend to determine the percentage score needed by an institution to meet constitutional standards.

| CCHCS Summary of OIG Medical Inspection Results Round 2 (Complete) | Statewide Average | CSP - Sacramento September 2010 | California Institution for Women October 2010 | California Medical Facility September 2010 | R.J. Donovan Correctional Facility October 2010 | California Rehabilitation Center January 2011 | Centinela State Prison December 2010 | Pleasant Valley State Prison January 2011 | Central California Women's Facility November 2010 | California Men's Colony December 2010 | Sierra Conservation Center February 2011 | North Kern State Prison February 2011 | CSP - Los Angeles County February 2011 | California Correctional Institution April 2011 | Valley State Prison for Women March 2011 | Kern Valley State Prison April 2011 | Substance Abuse Treatment Facility May 2011 | San Quentin State Prison March 2011 | High Desert State Prison May 2011 | Deuel Vocational Institution June 2011 | Folsom State Prison June 2011 | CSP - Corcoran June 2011 | California Correctional Center June 2011 | Correctional Training Facility August 2011 | Pelican Bay State Prison September 2011 | Ironwood State Prison October 2011 | CSP - Solano July 2011 | Salinas Valley State Prison September 2011 | Mule Creek State Prison August 2011 | Avenal State Prison November 2011 | Chuckawalla Valley State Prison November 2011 | Calipatria State Prison October 2011 | Wasco State Prison December 2011 | California Institution for Men December 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Score | 78.9% | 76.3% | 77.5% | 79.0% | 73.0% | 75.9% | 74.7% | 73.3% | 77.5% | 80.0% | 87.5% | 79.3% | 78.4% | 79.8% | 82.2% | 76.1% | 75.7% | 81.5% | 77.8% | 75.4% | 89.1% | 76.2% | 89.5% | 74.5% | 82.8% | 78.6% | 76.7% | 78.0% | 79.8% | 86.9% | 82.2% | 83.0% | 84.3% | 84.8% |
| Chronic Care | 72.3% | 72.9% | 72.6% | 68.3% | 66.9% | 66.4% | 71.7% | 61.7% | 64.4% | 71.1% | 77.4% | 66.3% | 76.5% | 73.2% | 81.7% | 71.4% | 74.6% | 75.6% | 83.0% | 75.0% | 82.9% | 66.3% | 80.8% | 60.1% | 77.5% | 69.2% | 64.8% | 58.9% | 72.0% | 73.2% | 77.7% | 82.0% | 67.9% | 72.0% |
| Clinical Services | 73.1% | 67.1% | 66.4% | 67.1% | 60.7% | 63.9% | 74.5% | 72.6% | 76.7% | 70.9% | 84.3% | 71.9% | 72.7% | 72.4% | 75.9% | 72.4% | 73.7% | 78.3% | 72.6% | 55.2% | 82.1% | 79.9% | 92.5% | 64.8% | 76.5% | 82.1% | 70.5% | 73.5% | 72.3% | 86.4% | 80.8% | 70.6% | 81.0% | 87.5% |
| Health Screening | 82.0% | 83.4% | 75.9% | 74.8% | 76.6% | 78.7% | 80.0% | 73.0% | 86.3% | 94.2% | 87.9% | 89.1% | 83.9% | 76.0% | 95.2% | 77.2% | 77.4% | 90.6% | 80.0% | 80.4% | 96.4% | 83.6% | 78.7% | 74.9% | 79.4% | 75.7% | 80.9% | 82.8% | 73.4% | 84.0% | 83.2% | 83.6% | 94.7% | 78.2% |
| Specialty Services | 79.5% | 62.8% | 88.0% | 75.7% | 81.8% | 78.9% | 83.2% | 76.2% | 73.3% | 76.1% | 84.2% | 81.5% | 85.4% | 86.6% | 92.0% | 77.9% | 67.3% | 83.4% | 75.1% | 82.1% | 96.9% | 61.8% | 89.6% | 59.7% | 85.9% | 82.8% | 66.2% | 70.4% | 69.0% | 89.6% | 78.7% | 89.6% | 74.5% | 84.5% |
| Urgent Services | 76.2% | 61.5% | 85.8% | 85.4% | 79.5% | 75.8% | 72.4% | 59.0% | 69.3% | 74.1% | 89.3% | 70.5% | 69.7% | 76.4% | 79.7% | 69.2% | 76.9% | 66.9% | 80.5% | 63.6% | 79.3% | 78.6% | 82.7% | 82.2% | 87.3% | 88.3% | 84.1% | 82.0% | 82.4% | 82.9% | 82.2% | 85.3% | 92.4% | 82.4% |
| Emergency Services | 78.8% | 82.2% | 67.6% | 79.5% | 77.6% | 90.2% | 78.3% | 96.9% | 66.9% | 85.2% | 100.0% | 82.1% | 72.4% | 82.2% | 78.8% | 70.7% | 73.1% | 58.3% | 85.8% | 57.4% | 76.7% | 81.4% | 100.0% | 58.3% | 81.0% | 87.6% | 75.9% | 87.1% | 78.6% | 79.8% | 76.7% | 87.8% | 78.3% | 85.5% |
| Prenatal Care/Childbirth/Post-delivery | 81.1% | n/a | 80.9% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 81.3% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Diagnostic Services | 78.1% | 82.5% | 81.5% | 73.5% | 79.4% | 60.4% | 68.3% | 89.8% | 65.2% | 84.0% | 99.0% | 85.2% | 82.7% | 78.3% | 76.9% | 80.0% | 67.9% | 70.8% | 67.7% | 79.6% | 84.8% | 80.0% | 80.8% | 76.7% | 77.9% | 79.6% | 66.9% | 72.1% | 84.6% | 95.2% | 84.8% | 73.7% | 81.0% | 82.5% |
| Access to Health Care Information | 69.2% | 75.5% | 58.8% | 72.5% | 43.1% | 72.5% | 49.0% | 49.0% | 82.4% | 77.5% | 95.1% | 80.4% | 67.6% | 72.5% | 39.2% | 62.7% | 70.6% | 98.0% | 57.8% | 50.0% | 90.2% | 45.1% | 100.0% | 80.4% | 100.0% | 39.2% | 98.0% | 100.0% | 100.0% | 90.2% | 85.3% | 95.1% | 100.0% | 82.4% |
| Outpatient Housing Unit | 91.3% | 98.2% | 60.2% | 92.3% | n/a | 86.1% | n/a | n/a | n/a | n/a | 98.5% | n/a | 92.7% | 88.3% | n/a | n/a | 100.0% | n/a | 100.0% | n/a | 91.9% | 97.1% | 96.0% | n/a | 85.0% | n/a | 95.6% | 92.9% | 91.9% | n/a | 87.5% | | | |
| Internal Reviews | 76.7% | 70.0% | 85.7% | 85.0% | 62.2% | 65.5% | 70.0% | 67.5% | 85.5% | 75.0% | 79.3% | 87.5% | 63.3% | 76.3% | 85.7% | 73.0% | 63.0% | 85.0% | 73.0% | 83.2% | 100.0% | 58.8% | 83.2% | 87.5% | 75.0% | 76.8% | 83.0% | 65.0% | 95.5% | 73.0% | 66.8% | 73.0% | 75.0% | 87.5% |
| Inmate Transfers | 88.3% | 94.7% | 100.0% | n/a | 74.5% | 100.0% | 84.1% | 81.3% | 95.3% | 100.0% | 87.3% | 86.0% | 85.3% | 81.3% | 100.0% | 81.3% | 100.0% | 76.7% | 64.0% | 90.7% | 90.7% | 86.0% | 86.0% | 100.0% | 100.0% | 74.0% | 81.3% | 90.7% | 65.3% | 100.0% | 68.2% | 76.7% | 92.3% | 100.0% |
| Clinic Operations | 94.7% | 93.9% | 100.0% | 100.0% | 81.2% | 87.9% | 91.5% | 93.3% | 100.0% | 86.4% | 95.5% | 93.9% | 94.2% | 100.0% | 97.0% | 87.3% | 100.0% | 95.5% | 96.1% | 100.0% | 100.0% | 95.5% | 100.0% | 91.8% | 94.8% | 91.2% | 90.9% | 90.9% | 87.3% | 100.0% | 88.8% | 93.9% | 97.9% | 93.3% |
| Preventive Services | 77.6% | 76.0% | 71.3% | 85.0% | 70.0% | 81.0% | 58.7% | 66.0% | 81.0% | 76.0% | 96.0% | 67.3% | 75.3% | 62.3% | 92.0% | 93.8% | 69.3% | 70.0% | 72.0% | 54.0% | 100.0% | 84.3% | 90.0% | 63.0% | 98.3% | 88.0% | 72.0% | 96.7% | 72.3% | 94.3% | 90.3% | 94.3% | 92.0% | 100.0% |
| Pharmacy Services | 93.0% | 90.3% | 97.6% | 97.6% | 93.1% | 89.7% | 86.2% | 91.5% | n/a | 100.0% | 86.2% | 100.0% | 84.5% | 100.0% | 93.1% | 96.6% | 97.6% | 93.1% | 95.5% | 100.0% | 100.0% | 100.0% | 100.0% | 79.3% | 100.0% | 100.0% | 86.2% | 100.0% | 100.0% | 93.1% | 93.1% | 100.0% | 100.0% | 100.0% |
| Other Services | 91.7% | 85.0% | 70.0% | 100.0% | 100.0% | 100.0% | 77.8% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 82.4% | 100.0% | 100.0% | 70.0% | 100.0% | 100.0% | 55.0% | 100.0% | 83.3% | 85.0% | 83.3% | 70.0% | 83.3% | 70.0% | 100.0% | 100.0% | 100.0% | 100.0% | 94.0% |
| Inmate Hunger Strikes | 78.2% | 60.0% | n/a | 92.6% | 93.7% | n/a | n/a | 66.8% | n/a | 100.0% | n/a | n/a | 93.7% | n/a | n/a | 66.3% | 48.9% | 83.2% | 81.1% | n/a | n/a | 58.9% | n/a | 100.0% | 65.8% | 84.2% | n/a | 52.6% | n/a | 100.0% | n/a | 100.0% | 100.0% | 100.0% |
| Chemical Agent Contraindications | 90.6% | 84.7% | 100.0% | 100.0% | 100.0% | n/a | 100.0% | 75.0% | n/a | 100.0% | n/a | 76.5% | 100.0% | 78.8% | 100.0% | 73.5% | 81.8% | 94.1% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | n/a | n/a | 48.2% | n/a | n/a | 100.0% | 100.0% | 100.0% | n/a | 78.8% | 87.1% | 100.0% |
| Staffing Levels and Training | 99.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 95.0% | 95.0% | 100.0% | 95.0% | 100.0% | 100.0% | 100.0% | 95.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 95.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Nursing Policy | 74.6% | 50.0% | 77.1% | 60.0% | 50.0% | 87.1% | 80.0% | 50.0% | 80.0% | 90.0% | 50.0% | 50.0% | 80.0% | 80.0% | 50.0% | 90.0% | 60.0% | 90.0% | 60.0% | 90.0% | 100.0% | 100.0% | 100.0% | 100.0% | 50.0% | 90.0% | 80.0% | 71.4% | 100.0% | 100.0% | 80.0% | 50.0% | 100.0% | 60.0% |

**Legend:**

| | |
|---|---|
| Low Adherence to Policies & Procedures | < 75% |
| Moderate Adherence to Policies & Procedures | 75% - 85% |
| High Adherence to Policies & Procedures | > 85% |

The Office of the Inspector General ("OIG") audits encompass 20 components of medical delivery and comprise up to 152 questions. The questions are weighted based on their importance to the delivery of medical care to inmates. The percentages reported above represent the percentage of total weighted points possible for each of the 20 components. The OIG does not intend to determine the percentage score needed by an institution to meet constitutional standards.

| CCHCS Summary of OIG Medical Inspection Results Round 1 (Complete) | Statewide Average | CSP - Sacramento September 2008 | California Medical Facility October 2008 | R.J. Donovan Correctional Facility November 2008 | Centinela State Prison December 2008 | Deuel Vocational Institution January 2009 | Central California Women's Facility February 2009 | California Men's Colony February 2009 | Sierra Conservation Center March 2009 | CSP - Los Angeles County April 2009 | Pleasant Valley State Prison April 2009 | California Correctional Institution May 2009 | California Rehabilitation Center June 2009 | California Institution for Women June 2009 | Avenal State Prison July 2009 | San Quentin State Prison August 2009 | High Desert State Prison September 2009 | California Correctional Center October 2009 | North Kern State Prison November 2009 | Kern Valley State Prison December 2009 | Folsom State Prison December 2009 | CSP - Solano January 2010 | Substance Abuse Treatment Facility February 2010 | Valley State Prison for Women January 2010 | Ironwood State Prison February 2010 | Chuckawalla Valley State Prison March 2010 | CSP - Corcoran March 2010 | Calipatria State Prison April 2010 | Correctional Training Facility April 2010 | Mule Creek State Prison April 2010 | Salinas Valley State Prison May 2010 | California Institution for Men May 2010 | Pelican Bay State Prison June 2010 | Wasco State Prison June 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Score | 71.9% | 65.2% | 72.4% | 68.0% | 74.4% | 72.6% | 77.9% | 71.3% | 76.1% | 71.7% | 64.5% | 64.3% | 74.3% | 69.6% | 70.4% | 68.2% | 62.4% | 73.4% | 72.2% | 64.0% | 83.2% | 67.1% | 68.1% | 80.0% | 68.3% | 69.4% | 68.9% | 76.6% | 72.0% | 74.5% | 74.1% | 81.4% | 81.0% | 75.9% |
| Chronic Care | 61.5% | 62.7% | 83.6% | 48.8% | 80.9% | 73.5% | 73.2% | 57.3% | 75.0% | 70.1% | 56.9% | 61.8% | 67.1% | 69.6% | 59.2% | 64.6% | 45.0% | 45.7% | 58.9% | 37.6% | 78.8% | 42.3% | 57.8% | 70.5% | 38.7% | 51.5% | 57.5% | 75.0% | 56.2% | 69.8% | 57.1% | 61.5% | 70.2% | 51.7% |
| Clinical Services | 65.4% | 67.0% | 87.1% | 67.2% | 80.1% | 72.8% | 74.1% | 74.2% | 71.1% | 65.5% | 46.7% | 57.4% | 70.2% | 61.7% | 64.4% | 46.6% | 51.1% | 65.9% | 64.0% | 57.7% | 75.8% | 59.9% | 56.1% | 65.7% | 60.8% | 60.6% | 68.0% | 60.1% | 59.2% | 68.7% | 61.1% | 74.0% | 69.1% | 74.0% |
| Health Screening | 76.9% | 76.4% | 86.8% | 68.0% | 77.8% | 74.3% | 84.3% | 73.2% | 61.0% | 68.8% | 67.1% | 78.3% | 74.2% | 69.8% | 80.7% | 76.5% | 72.3% | 80.6% | 71.9% | 75.4% | 88.8% | 76.9% | 72.7% | 85.8% | 82.3% | 75.9% | 72.7% | 80.0% | 64.2% | 81.0% | 83.7% | 86.1% | 85.1% | 86.3% |
| Specialty Services | 66.2% | 47.4% | 42.6% | 62.3% | 59.6% | 53.4% | 52.6% | 63.4% | 73.1% | 70.3% | 60.6% | 57.3% | 59.2% | 63.1% | 74.1% | 58.0% | 53.2% | 70.7% | 60.7% | 61.7% | 80.1% | 65.6% | 61.5% | 71.5% | 82.4% | 86.1% | 55.1% | 74.5% | 69.0% | 75.8% | 71.0% | 83.3% | 96.2% | 70.5% |
| Urgent Services | 78.4% | 82.5% | 79.1% | 73.2% | 80.2% | 77.5% | 89.4% | 83.7% | 89.1% | 80.2% | 80.5% | 82.7% | 81.2% | 75.4% | 70.2% | 62.9% | 71.9% | 83.7% | 79.8% | 61.0% | 87.6% | 70.4% | 75.2% | 66.9% | 70.2% | 77.9% | 75.7% | 88.3% | 74.8% | 74.6% | 83.8% | 79.6% | 92.3% | 85.2% |
| Emergency Services | 78.3% | 47.5% | 72.1% | 89.7% | 76.7% | 71.0% | 80.1% | 85.5% | 75.9% | 84.0% | 82.8% | 77.9% | 72.9% | 80.0% | 78.1% | 78.3% | 72.1% | 89.7% | 81.0% | 71.9% | 83.6% | 82.4% | 69.6% | 88.2% | 73.2% | 73.1% | 88.2% | 85.2% | 81.0% | 64.0% | 82.8% | 90.4% | 81.0% | 72.8% |
| Prenatal Care/Childbirth/Post-delivery | 71.1% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 61.3% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 80.8% | n/a | n/a | n/a | n/a | n/a | n/a | 64.0% | n/a | n/a | n/a | n/a |
| Diagnostic Services | 68.8% | 68.1% | 72.2% | 64.0% | 74.4% | 73.7% | 83.8% | 70.0% | 85.7% | 54.0% | 64.6% | 60.4% | 58.5% | 70.6% | 86.7% | 69.4% | 42.9% | 70.8% | 67.9% | 85.6% | 80.4% | 59.8% | 56.0% | 81.3% | 57.5% | 56.2% | 67.7% | 57.5% | 71.5% | 68.1% | 77.1% | 67.7% | 57.1% | 89.2% |
| Access to healthcare information | 63.8% | 39.2% | 58.8% | 44.1% | 82.4% | 58.8% | 53.9% | 39.2% | 82.4% | 72.5% | 62.7% | 54.9% | 77.5% | 58.8% | 19.6% | 53.9% | 58.8% | 77.5% | 72.5% | 72.5% | 77.5% | 57.8% | 56.9% | 75.5% | 49.0% | 49.0% | 72.5% | 37.3% | 77.5% | 72.5% | 88.2% | 72.5% | 100.0% | 75.5% |
| Outpatient Housing Unit | 81.1% | 75.6% | 85.5% | n/a | n/a | 82.8% | n/a | n/a | 75.2% | n/a | n/a | 73.3% | 74.8% | 63.3% | 71.3% | 83.3% | n/a | 82.3% | n/a | n/a | n/a | n/a | n/a | 88.5% | 89.8% | 99.0% | 61.7% | 92.5% | 87.1% | n/a | 93.1% | n/a | n/a | n/a |
| Internal Reviews | 78.0% | 70.4% | 68.8% | 100.0% | 60.8% | 93.3% | 97.9% | 70.4% | 60.4% | 73.0% | 70.5% | 60.0% | 90.5% | 95.1% | 65.5% | 68.8% | 62.5% | 85.6% | 85.0% | 68.8% | 98.0% | 75.0% | 72.5% | 85.5% | 87.5% | 67.5% | 65.8% | 75.0% | 93.0% | 82.5% | 72.5% | 95.7% | 68.8% | 87.5% |
| Inmate Transfers | 87.8% | 75.3% | 50.0% | 89.5% | 100.0% | 78.9% | 100.0% | 94.2% | 95.3% | 100.0% | 76.0% | 43.2% | 100.0% | 80.0% | 100.0% | 100.0% | 100.0% | 92.6% | 95.8% | 100.0% | 95.3% | 78.9% | 100.0% | 100.0% | 95.3% | 73.3% | 86.7% | 100.0% | 67.9% | 68.4% | 85.3% | 93.3% | 92.9% | 88.9% |
| Clinic Operations | 92.2% | 91.0% | 82.8% | 94.9% | 81.8% | 87.9% | 85.9% | 84.8% | 87.9% | 90.0% | 92.7% | 90.6% | 86.4% | 97.9% | 93.9% | 100.0% | 90.9% | 97.0% | 90.0% | 96.6% | 93.9% | 83.9% | 98.5% | 100.0% | 97.0% | 90.9% | 90.3% | 100.0% | 90.9% | 100.0% | 95.5% | 94.8% | 92.6% | 89.7% |
| Preventive Services | 43.9% | 32.1% | 43.7% | 24.0% | 19.0% | 21.7% | 58.7% | 53.0% | 28.0% | 20.0% | 27.3% | 7.3% | 82.0% | 32.6% | 60.3% | 48.7% | 24.0% | 36.7% | 55.0% | 27.3% | 56.7% | 58.0% | 36.0% | 81.4% | 33.7% | 48.3% | 30.3% | 48.3% | 51.0% | 40.0% | 42.0% | 70.7% | 81.3% | 70.0% |
| Pharmacy Services | 87.5% | 74.5% | 75.9% | 93.3% | 57.8% | 92.0% | 92.0% | 90.8% | 90.8% | 100.0% | 72.4% | 79.3% | 79.3% | 95.2% | 92.1% | 86.2% | 100.0% | 69.0% | 93.1% | 82.8% | 100.0% | 89.0% | 90.0% | 86.2% | 82.8% | 82.8% | 86.2% | 96.6% | 88.6% | 93.1% | 95.9% | 95.9% | 93.4% | 86.2% |
| Other Services | 84.2% | 90.6% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 90.9% | 55.0% | 100.0% | 70.0% | 85.0% | 70.0% | 57.1% | 70.0% | 85.0% | 72.7% | 100.0% | 50.0% | 50.0% | 70.0% | 75.0% | 100.0% | 100.0% | 85.0% | 100.0% | 92.7% | 100.0% | 66.7% | 85.0% | 89.3% | 100.0% | 100.0% | 68.8% |
| Inmate Hunger Strikes | 57.0% | 10.5% | 31.6% | 10.5% | 31.6% | n/a | 100.0% | 71.1% | n/a | 42.1% | 36.8% | 45.8% | n/a | n/a | n/a | 53.7% | 44.2% | 68.4% | n/a | 46.3% | n/a | 87.9% | 78.9% | n/a | n/a | n/a | 30.0% | 100.0% | n/a | 81.6% | 26.3% | 100.0% | 100.0% | n/a |
| Chemical Agent Contraindications | 92.8% | 100.0% | 86.8% | 94.1% | 89.4% | 89.4% | 64.7% | 100.0% | 100.0% | 100.0% | 90.6% | 66.3% | 66.3% | 100.0% | 100.0% | 100.0% | 89.4% | 100.0% | 100.0% | 100.0% | 60.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | n/a | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 78.8% | 94.1% |
| Staffing levels and training | 95.9% | 95.0% | 95.0% | 100.0% | 100.0% | 95.0% | 85.0% | 100.0% | 100.0% | 90.0% | 80.0% | 90.0% | 85.0% | 85.0% | 100.0% | 95.0% | 100.0% | 100.0% | 95.0% | 95.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 80.0% |
| Nursing Policy | 76.8% | 78.6% | 35.7% | 88.6% | 71.4% | 35.7% | 100.0% | 78.6% | 94.3% | 57.1% | 100.0% | 50.0% | 75.7% | 64.3% | 67.1% | 70.0% | 88.6% | 94.3% | 71.4% | 57.1% | 74.3% | 71.4% | 71.4% | 100.0% | 50.0% | 71.4% | 85.7% | 100.0% | 100.0% | 88.6% | 100.0% | 92.9% | 50.0% | 100.0% |

**Legend:**

| | |
|---|---|
| Low Adherence to Policies & Procedures | < 75% |
| Moderate Adherence to Policies & Procedures | 75% - 85% |
| High Adherence to Policies & Procedures | > 85% |

The Office of the Inspector General ("OIG") audits encompass 20 components of medical delivery and comprise up to 162 questions.
The questions are weighted based on their importance to the delivery of medical care to inmates. The percentages reported
above represent the percentage of total weighted points possible for each of the 20 components. The OIG does not intend
to determine the percentage score needed by an institution to meet constitutional standards.