# EXHIBIT 2

**EXHIBIT 2**

**Summary of the Office of the Inspector General's Medical Inspections - Overall Results**
(Organized by highest current score – Updated December 21, 2012)

| Institution | Cycle 1 Score | Report Date | Cycle 2 Score | Report Date | Cycle 3 Score | Report Date | Change |
|---|---|---|---|---|---|---|---|
| SCC | 76.1% | June 2009 | 87.5% | June 2011 | 93.0% | July 2012 | +16.9% |
| VSPW | 80.0% | May 2010 | 82.2% | Sept. 2011 | 92.6% | Nov. 2012 | +12.6% |
| CCWF | 77.9% | May 2009 | 77.5% | May 2011 | 90.7% | Nov. 2012 | +12.8% |
| SQ | 68.2% | Dec. 2009 | 81.5% | Sept. 2011 | 90.4% | Aug. 2012 | +22.2% |
| CCC | 73.4% | Jan. 2010 | 89.5% | Dec. 2011 | 89.2% | Nov. 2012 | +15.8% |
| FSP | 83.2% | Mar. 2010 | 89.1% | Nov. 2011 | | | +5.9% |
| HDSP | 62.4% | Dec. 2009 | 77.8% | Oct. 2011 | 88.6% | Nov. 2012 | +26.2% |
| CIW | 69.6% | Nov. 2009 | 77.5% | Mar. 2011 | 87.6% | Nov. 2012 | +18.0% |
| RJD | 68.0% | Feb. 2009 | 73.0% | Apr. 2011 | 87.3% | July 2012 | +19.3% |
| COR | 68.9% | July 2010 | 76.2% | Dec. 2011 | 87.2% | Dec. 2012 | +18.3% |
| ASP | 70.4% | Nov. 2009 | 86.9% | Feb. 2012 | | | +16.5% |
| CMC | 71.3% | May 2009 | 80.0% | June 2011 | 85.4% | July 2012 | +14.1% |
| CCI | 64.3% | Sept. 2009 | 79.8% | Sept. 2011 | 85.3% | Nov. 2012 | +21.0% |
| CIM | 81.4% | Oct. 2010 | 84.8% | April 2012 | | | +3.4% |
| PVSP | 64.5% | Aug. 2009 | 73.3% | May 2011 | 84.7% | Aug. 2012 | +20.2% |
| CRC | 74.3% | Oct. 2009 | 75.9% | Apr. 2011 | 84.6% | Aug. 2012 | +10.3% |
| LAC | 71.7% | Jul. 2009 | 78.4% | Sept. 2011 | 84.4% | Nov. 2012 | +12.7% |
| WSP | 75.9% | Nov. 2010 | 84.3% | Mar. 2012 | | | +8.4 |
| CAL | 76.6% | July 2010 | 83.0% | Mar. 2012 | | | +6.4% |
| PBSP | 81.0% | Nov. 2010 | 82.8% | Jan. 2012 | 88.6% | Dec. 2012 | +5.8% |
| CVSP | 69.4% | July 2010 | 82.2% | Mar. 2012 | | | +12.8 |
| NKSP | 72.2% | Mar. 2010 | 79.3% | Aug. 2011 | 80.8% | Nov. 2012 | +8.6% |
| MCSP | 74.5% | Sept. 2010 | 79.8% | Feb. 2012 | | | +5.3% |
| SAC | 65.2% | Nov. 2008 | 76.3% | Feb. 2011 | 79.2% | June 2012 | +14.0% |
| CMF | 72.4% | Jan. 2009 | 79.0% | Mar. 2011 | 79.1% | June 2012 | +6.7% |
| ISP | 68.3% | June 2010 | 78.6% | Jan. 2012 | | | +10.3% |
| SVSP | 74.1% | Oct. 2010 | 78.0% | Jan. 2012 | | | +3.9% |
| KVSP | 64.0% | Mar. 2010 | 76.1% | Sept. 2011 | 77.6% | Nov. 2012 | +13.6% |
| SOL | 67.1% | Apr. 2010 | 76.7% | Jan. 2012 | | | +9.6% |
| SATF | 68.1% | May 2010 | 75.7% | Sept. 2011 | 85% | Dec. 2012 | +9.3% |
| DVI | 72.6% | Mar. 2009 | 75.4% | Oct. 2011 | | | +2.8% |
| CEN | 74.4% | Feb. 2009 | 74.7% | May 2011 | | | +0.3% |
| CTF | 72.0% | Aug. 2010 | 74.5% | Dec. 2011 | | | +2.5% |
| **Average:** | 71.9% | | 79.6% | | 86.1% | | +14.1% |

**CURRENT SYSTEM WIDE AVERAGE: 83.9%**