DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM P <br><br> Case No. C01-1351 TEH <br><br> **THREE JUDGE COURT** <br><br> **DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO OCTOBER 11, 2012, ORDER REGARDING POPULATION REDUCTION** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | |

[711293-1]

I, Michael W. Bien, declare:

1.      I am an attorney admitted to practice law in California, a member of the bar of this Court, and a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify.  I make this declaration in support of Plaintiffs' Statement in Response to October 11, 2012 Order Regarding Population Reduction.

2.      As part of the monitoring process in *Coleman* and in response to various court orders concerning inadequate mental health staffing, defendants provide monthly reports to the Special Master and my office showing clinical staffing by profession, vacancies and use of contractors and registries, broken down by prison and system-wide. Defendants' reports show that shortages of critical mental health staff, including psychiatrists, worsened in 2012, with vacancies of psychiatrists increasing to 42%, and overall clinical vacancy rates increasing to 35%.  The State used registries and contractors to reduce the "functional" vacancy rate for critical mental health staff to 29%, but that is still more than double the 2011 "functional" vacancy rate of 12%.  Coleman Monthly Report, Executive Summary, Mental Health Program Hiring Progress and Vacancy Reports, November 2012 Hiring Period, received on January 4, 2013, a true and correct copy of which is attached hereto as **Exhibit 1**;  Coleman Monthly Report, Executive Summary, Mental Health Program Hiring Progress and Vacancy Reports, November 2011 Reporting Period, received on January 3, 2012, a true and correct copy of which is attached hereto as **Exhibit 2**.

3.      The Special Master regularly files annual reports analyzing CDCR suicides. These reports include a calculation of the CDCR suicide rate per 100,000 prisoners and a comparison to U.S. Bureau of Justice Statistics national data for state prisons.  The most recent Special Master report was filed on November 9, 2011, *Coleman* docket number 4110, and studies CDCR suicides in 2010.

---

4.      Our law firm tracks all suicides of California Department of Corrections and Rehabilitation ("CDCR") prisoners.  As part of monitoring processes in the *Coleman* case, Defendants inform Special Master Lopes and our office of each suicide of a CDCR prisoner.  Our office compiles the name and other relevant data for each CDCR prisoner who dies by suicide based on Defendants' suicide notifications and suicide reports.  Our office also cross-checks the data provided by Defendants and the Special Master with other available information, and makes adjustments to our data as appropriate to obtain suicide data that is as accurate as possible.  According to our current suicide tracking data, between January 1, 2011 and December 31, 2011, there were 34 suicides in CDCR.

5.      At my direction, we have reviewed CDCR's Average Daily Prison Population for Calendar Year 2011, dated January 2012 and available on CDCR's website at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/ Annual/IPOP2/IPOP2d1112.pdf  (last viewed January 7, 2013).  Using the mid-year CDCR population of 161,818 (as of midnight June 30, 2011) and the reported number of 34 suicides, the 2011 CDCR rate of suicide per 100,000 prisoners was 21.01.  In contrast, the rate of suicides in state prisons in the United States was 16 per 100,000 in 2010, the most recent year for which this standard was published. U.S. Bureau of Justice Statistics Report on Mortality in Local Jails and State Prisons at Table 14, http://bjs.ojp.usdoj.gov. (last viewed January 7, 2013).

6.      We used the same method to calculate the CDCR suicide rate for 2012. According to our current suicide tracking data, between January 1, 2012 and December 31, 2012, CDCR reported at least 32 suicides.  Using the mid-year CDCR population of 134,901 (as of midnight June 30, 2012), http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Month ly (last viewed January 7, 2013), and the reported number of 32 suicides, the 2012 CDCR rate of suicide per 100,000 prisoners was 23.72.  The 2012 rate of suicide is the highest rate of suicides within CDCR since 2006, when the rate was 25.1 per 100,000.  *Coleman* docket number 4110 at 5.

[711293-1]

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO OCTOBER 11, 2012, ORDER REGARDING POPULATION REDUCTION

7.      *Coleman* class members in need of emergency treatment in Mental Health Crisis Beds ("MHCBs") and inpatient psychiatric hospitalization continue to be denied timely access to these critical life-saving higher levels of care.  Defendants provide the *Coleman* Special Master and my office with a Coleman Monthly Report that includes data on various aspects of the mental health program.  In the November 2012 data package, there is a summary of inter-institutional mental health crisis bed ("MHCB") referrals and transfers for November 2012.  This summary includes referrals made to the Health Care Placement Oversight Program ("HC-POP"), an office in CDCR Headquarters that coordinates requests from local institutions for an MHCB placement for a prisoner.  These requests come from prisons with MHCB units that are full or from prisons that do not have an MHCB.  During November 2012, there were 324 MHCB referrals to HC-POP.  Of the 324 referrals, only 141 were successfully placed in an MHCB.  The remaining 183 were rescinded by the referring clinician, with only 72 of those placed locally in the MHCB. Coleman Monthly Report, November 2012 at Item 20, received on January 3, 2013, a true and correct copy of which is attached hereto as **Exhibit 3**.  Defendants also provide monthly reports on the Department of State Hospital programs where CDCR prisoners receive inpatient care.  In the November 2012 Report, received on December 6, 2012, there were at least 39 patients who had been referred and admitted to an inpatient program but were waiting for an available bed.  Department of State Hospitals, Monthly Report on the Licensure of Intermediate Care Treatment Programs at the California Department of State Hospitals—Vacaville and the California Department of State Hospitals—Salinas Valley, as of 11/30/12; prepared 12/03/12, a true and correct copy of which is attached hereto as **Exhibit 4** (showing at page 2 and note, 36 patients who have been accepted and are pending admission when a bed becomes available, plus 3 patients on the Penal Code Section 1370 waitlist).  While some additional mental health beds have opened, many construction projects have been cancelled and others have been delayed.  One critical project, the CMC 50-bed MHCB project has been delayed repeatedly, with the most recent delay due to contractor performance.  *Coleman* docket number 4238 at 2.  A significant

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO OCTOBER 11,2012, ORDER REGARDING POPULATION REDUCTION

1  percentage of existing MHCB and inpatient psychiatric programs are unlicensed,

2  "temporary, emergency" conversions of regular prison units that do not meet health, safety

3  or programmatic standards. *Coleman* docket number 4196-2, Exhibit 2 at 1-4. As a result

4  of on-going shortages, *Coleman* class members in need of MHCB care continue to be

5  placed into dangerous "alternative housing" such as Outpatient Housing Units, contraband

6  cells, administrative segregation units, holding cells and cages. On October 23, 2012, I

7  participated in a phone call with the *Coleman* Special Master, Defendants, and an outside

8  bed planning consultant. During the discussion, Defendants reported that between May

9  and August 2012, there were 965 cases of prisoners placed into alternative housing while

10 awaiting an available MHCB. The use of these alternative placements is now tracked in

11 order to more accurately assess the MHCB bed need. Due to the reality of unmet MHCB

12 need, the use of and a rank in priority of alternative housing for prisoners requiring

13 MHCBs has been inserted into the 2009 revised *Coleman* Program Guide, (2009 Revision

14 at 12-5-5) and updated versions of memorandum regarding the use of the various types of

15 alternative housing (cages, holding cells, etc.) have even been issued, with the most recent

16 one issued on December 12, 2012, entitled "Alternative Housing Cell Prioritization," and

17 provided by defendants to my office on December 13, 2012, a true and correct copy of

18 which is attached hereto as **Exhibit 5**.

19       I declare under penalty of perjury under the laws of the United States and the State

20 of California that the foregoing is true and correct, and that this declaration is executed at

21 San Francisco, California this 7th day of January, 2013.

22

23       */s/ Michael W. Bien*
         Michael W. Bien

24

25

26

27

28

4

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' STATEMENT IN RESPONSE TO
OCTOBER 11, 2012, ORDER REGARDING POPULATION REDUCTION

# Exhibit 1

**EXECUTIVE SUMMARY**
**Mental Health Program Hiring Progress and Vacancy Reports**
**November 2012 Reporting Period**

▪ Summarized below are the Mental Health Program (MHP) vacancies for **November 2012**. Effective **July 1, 2012**, the Mental Health Program received budget authority for an additional 135 positions in the FY 12-13 Governor's Budget. With the new budget year, the Department will be ramping up recruitment efforts to fill these positions and the vacancies that occurred during the State's 11-12 budget crises. This will allow the program to fully implement and run the MH Program's staffing ratio model.

| FY 11-12 7A Authorized[1] | SCO Filled Positions[2] | Unadjusted Vacancies | Vacancy Adjustment for Registry Usage[3] | Vacancies After Registry Adjustment | Vacancy Adjustment for New Hires & Long Term Sick[4] | Vacancies after Adjustment for Registry, New Hires, and Long Term Sick[5] |
|---|---|---|---|---|---|---|
| 2268.26 | 1477.27 | 790.99 | 103.85 | 687.14 | 33.28 | 653.86 |

• The following compares vacancy rates of **June 2012** and **November 2012**.

| Vacant positions and corresponding vacancy rates Comparing the current month to six months ago. | June 2012 pos. /rate | November 2012 pos. / rate |
|---|---|---|
| Unadjusted vacancies and vacancy rate | 600.47/28.3% | 790.99/34.8% |
| Vacancies adjusted for registry use only | 488.82/23.0% | 687.14/30.3% |
| Vacancies adjusted for registry use, new hires, and long term sick | 467.95/22.1% | 653.86/28.8% |

▪ The following compares the adjusted **non-nursing** vacancies of **October 2012** and **November 2012**. However, it should be noted that increased position authority, effective **July 1, 2012**, has resulted in a corresponding increase in the number of statewide vacancies for the program.

▪ Effective January 1, 2012, the State Controller's Office Agency Codes for **ASP**, **CCC**, **LAC** and **SCC** were modified to allow CCHCS HR to enter personnel transactions for the Mental Health and Dental Programs. This change continues to cause minor discrepancies in the data for these three institutions.

▪ There was a decrease in adjusted vacancies of **19.89**, the decrease was a result of an increase in new hires.

| Comparison of October 2012 and November 2012 Non-Nursing Adjusted Vacancies | October 2012 Non-Nursing Vacancies After Adjustment for Registry, New Hires, and Long Term Sick | November 2012 Non-Nursing Vacancies After Adjustment for Registry, New Hires, and Long Term Sick | Non-Nursing Vacancy Difference |
|---|---|---|---|
| **Adjusted Vacancies** | 673.75 | 653.86 | 19.89 |

---

[1]   Source:  FY 11/12 Schedule 7A of the Governor's Budget *(Excludes temp help, and unallocated positions)*.
[2]   Source:  State Controller's Office (SCO) payroll data.
[3]   Source:  Institution CCHCS Contract analysts.  Monthly registry hours converted to full time equivalents (FTEs) calculated as 1 FTE = 173.3 hours per month.
[4]   Source:  The SCO Management Information Retrieval System (MIRS) and institutional Personnel Officers.
[5]   Adjusted vacancies:  Calculated as "7A Authorized"; less "SCO filled" with adjustments for registry usage, recent hires, and long-term sick.   There is a possibility of a rounding error of plus or minus 1 position.

Correctional Health Care Services

Vacant Positions Overview

September - 2007 to November-2012

Mental Health

| General Classification | 07/08 SCH AUTH 7A POSITIONS Sep 2007 | 12/13 SCH AUTH 7A POSITIONS Nov 2012 | September - 2007 | | | | November-2012 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Est. SCO Positions | Filled | Vacant | Vacancy Rate | Est. SCO Positions | Filled | Vacant | Vacancy Rate |
| PSYCHIATRIST | 282.00 | 300.50 | 257.40 | 119.30 | 162.80 | 57.73% | 309.78 | 175.30 | 125.20 | 41.66 |
| PSYCHOLOGIST | 928.40 | 890.96 | 841.80 | 551.80 | 376.60 | 40.56% | 931.49 | 698.42 | 192.54 | 21.61 |
| OTHER MH CLINICAL STAFF | 1251.70 | 569.00 | 1042.60 | 797.70 | 454.00 | 36.27% | 486.81 | 292.80 | 276.20 | 48.54 |
| ALL OTHER SUPPORT STAFF | 534.40 | 507.80 | 445.10 | 346.80 | 187.70 | 35.12% | 571.22 | 310.75 | 197.05 | 38.80 |
| Total | 2996.50 | 2268.26 | 2586.90 | 1815.60 | 1181.10 | 39.42% | 2299.30 | 1477.27 | 790.99 | 34.87 |

*   Vacancies calculated using Authorized Positions. (Governor's Budget Schedule 7A less SCO Filled = Vacant).

**  SCO data is approximately 45 days in arrears and does not include adjustments for Blanket Positions, Hires, or Registry Services. Rounding error of < 1 position.

*** The implementation of a new staffing plan in FY 12/13 has caused minor fluctuations in SCO data due to processing time frames for redirecting, reclassifying and establishing new positions. During the November - 2012 reporting period a significant number of positions that appear to be vacant in the SCO payroll data above are actually being paid out of 918 blanket positions numbers.

Source: 7A, SCO

Report Date: 12/20/2012

Report Generated By:

Resource Management

Correctional Health Care Services

Vacant Positions Overview

September - 2007 to November-2012

## Mental Health

### 1. PSYCHIATRIST

7612 - CHIEF PSYCHIATRIST
9271 - SENIOR PSYCHIATRIST (SUPERVISOR)
9272 - STAFF PSYCHIATRIST
9758 - STAFF PSYCHIATRIST
9761 - SENIOR PSYCHIATRIST (SUPERVISOR)
9774 - CHIEF PSYCHIATRIST

### 2. PSYCHOLOGIST

9283 - PSYCHOLOGIST-CLINICAL
9287 - SENIOR PSYCHOLOGIST (SPECIALIST)
9288 - SENIOR PSYCHOLOGIST (SUPERVISOR)
9290 - STAFF PSYCHOLOGIST-CLINICAL
9851 - CLINICAL PSYCHOLOGY INTERN
9859 - CHIEF PSYCHOLOGIST

### 3. OTHER MH CLINICAL STAFF

8182 - CERTIFIED NURSING ASSISTANT
8217 - MEDICAL TECHNICAL ASSISTANT
8252 - SENIOR PSYCHIATRIC TECHNICIAN (SAFETY)
8253 - PSYCHIATRIC TECHNICIAN (SAFETY)
8257 - LICENSED VOCATIONAL NURSE
8274 - LICENSED VOCATIONAL NURSE (SAFETY)
8324 - REHAB THERAPIST, STATE FACILITIES (RECREATION-SAFETY)
9286 - DENTIST, CF
9269 - PHYSICIAN & SURGEON
9275 - REGISTERED NURSE
9278 - NURSE PRACTITIONER
9280 - OCCUPATIONAL THERAPIST
9285 - PSYCHOMETRIST, CORRECTIONAL FACILITY
9288 - RECREATION THERAPIST
9291 - SUPERVISING PSYCHIATRIC SOCIAL WORKER I
9317 - SUPERVISING REGISTERED NURSE I
9318 - SUPERVISING REGISTERED NURSE II
9319 - SUPERVISING REGISTERED NURSE III
9346 - SENIOR OCCUPATIONAL THERAPIST
9371 - SUPERVISING DENTIST, CF
9759 - SENIOR PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SPECIALIST)
9872 - CLINICAL SOCIAL WORKER -SAFETY

### 4. ALL OTHER SUPPORT STAFF

1139 - OFFICE TECHNICIAN (TYPING)
1148 - OFFICE SERVICES SUPERVISOR II (TYPING)
1150 - OFFICE SERVICES SUPERVISOR I (GEN)
1177 - MEDICAL TRANSCRIBER
1178 - SENIOR MEDICAL TRANSCRIBER
1360 - INFO SYS TC
1379 - OFFICE ASSISTANT (TYPING)
1470 - ASSOC INFORMATION SYS ANALYST/SP
1441 - OFFICE ASSISTANT (GENERAL)
1508 - MATERIALS AND STORES SUPERVISOR I
1883 - MEDICAL RECORDS CONSULTANT
1869 - HEALTH RECORD TECHNICIAN I
1887 - HEALTH RECORD TECHNICIAN II (SUP)
2004 - CUSTODIAN SUPERVISOR II
2006 - CUSTODIAN (CORRECTIONAL FACILITY)
2153 - FOOD ADMINISTRATOR
2183 - CORRECTIONAL SUPERVISING COOK
4672 - HEALTH ANALYST
4801 - LEAP CANDIDATE
4800 - STAFF SERVICES MANAGER I
4910 - CHSA I
4912 - CHSA II
5157 - STAFF SERVICES ANALYST (GENERAL)
5197 - TRAINING OFFICER I
5252 - HOUSING FINANCE ASSISTANT (RENTAL)
5278 - MANAGEMENT SERVICES TECHNICIAN
5393 - ASSOCIATE GOVERNMENTAL PROGRAM ANALYST
6216 - BUILDING MAINTENANCE WORKER
6713 - STATIONARY ENGINEER (CORRECTIONAL FACILITY)

### 4. ALL OTHER SUPPORT STAFF, cont.

6941 - MAINTENANCE MECHANIC -CORRECTIONAL FACILITY
7501 - C.E.A. (Civil Service)
7887 - PUBLIC HEALTH LABORATORY TECHNICIAN I
7979 - PHARMACY TECHNICIAN
7982 - PHARMACIST I
8191 - PROGRAM ASST (MENTAL DISABILITIES-SAFETY)
8103 - PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY)
8104 - UNIT SUPERVISOR (SAFETY)
8202 - HEALTH PROGRAM COORDINATOR
8328 - STANDARDS COMPLIANCE COORDINATOR
8337 - ASSOCIATE HEALTH PROGRAM ADVISER
8338 - HEALTH PROGRAM SPECIALIST I
9265 - LABORATORY ASSISTANT
9293 - CLINICAL LABORATORY TECHNOLOGIST
9349 - SUPERVISING CLINICAL LABORATORY TECH
9551 - MEDICAL SECRETARY
9656 - CORRECTIONAL LIEUTENANT
9659 - CORRECTIONAL SERGEANT
9662 - CORRECTIONAL OFFICER
9691 - CHIEF DEPUTY ADMINISTRATOR
9901 - CORRECTIONAL COUNSELOR II (SPECIALIST)
9904 - CORRECTIONAL COUNSELOR I
9926 - SUPERVISING PROGRAM TECHNICIAN III

Page 2 of 0

Report Date: 12/20/2012

Report Generated By:

Resource Management

# Exhibit 2

**EXECUTIVE SUMMARY**
**Mental Health Program Hiring Progress and Vacancy Reports**
**November 2011 Reporting Period**

- Summarized below are the Mental Health Program (MHP) vacancies for November 2011. Effective July 1, 2011, funding and responsibility for **1038.1** Mental Health "Nursing Services" positions authorized in the FY 11-12 Governor's Budget were transferred to California Correctional Health Care Services (CCHCS)/California Prison Health Care Services (CPHCS), Receiver. These positions are no longer managed by the MH Program. In addition, baseline authority for non-nursing MH Program positions reflects an initial increase of **96.1** positions, and **3** additional positions effective November 1, 2011. This created a corresponding increase in vacancies that are reflected in this report and will improve as positions are filled, or reductions occur as a consequence of realignment.

| FY 11-12 7A Authorized[1] | SCO Filled Positions[2] | Unadjusted Vacancies | Vacancy Adjustment for Registry Usage[3] | Vacancies After Registry Adjustment | Vacancy Adjustment for New Hires & Long Term Sick[4] | Vacancies after Adjustment for Registry, New Hires, and Long Term Sick[5] |
|---|---|---|---|---|---|---|
| 2133.77 | 1677.10 | 456.67 | 168.94 | 287.73 | 30.35 | 257.38 |

- The following compares vacancy rates of June 2011 and November 2011. Pls note that the information offered above, the State's fiscal crisis, and hiring delays due to the advent of activities for realignment are having a temporary affect on MH Program recruitment and retention efforts. It is anticipated that this situation will improve as placements are completed for employees impacted by layoffs and SROA processes.

| Vacant positions and corresponding vacancy rates comparing the current month to six months ago. | June 2011 pos. / rate | November 2011 pos. / rate |
|---|---|---|
| Unadjusted vacancies and vacancy rate | 417.9/13.8% | 456.67 / 21.4% |
| Vacancies adjusted for registry use only | 253.9/08.4% | 287.73 / 13.5% |
| Vacancies adjusted for registry use, new hires, and long term sick | 150.9/04.1% | 257.38 / 12.1% |

- The following compares the adjusted **non-nursing** vacancies of October 2011 and November 2011. During November 2011, adjusted vacancies for non-nursing positions reflect an increase of **9.08**. However, this includes a reduction in registry usage equivalent to approximately **4.42** positions, and a reduction in the use of 918 blanket position numbers in anticipation of reduced inmate population.

| Comparison of Oct 2011 and Nov 2011 Non-Nursing Adjusted Vacancies | Oct 2011 Non-Nursing Vacancies after Adjustment for Registry, New Hires, and Long Term Sick | Nov 2011 Non-Nursing Vacancies After Adjustment for Registry, New Hires, and Long Term Sick | Non-Nursing Vacancy Difference |
|---|---|---|---|
| Adjusted Vacancies | 248.3 | 257.38 | 9.08 |

- The implementation of the new staffing model beginning in FY 10-11 has also been causing fluctuations in the standard SCO payroll data used for these reports. This has been ongoing since 10-01-10. With the realignment there have also been an increase in current and newly hired employees placed in "918" blanket position numbers. This does not affect adjusted vacancies or rates, but does cause fluctuations in the baseline unadjusted vacancy calculations.

---

[1]   Source: FY 11/12 Schedule 7A of the Governor's Budget *(Excludes temp help, and unallocated positions)*.
[2]   Source: State Controller's Office (SCO) payroll data.
[3]   Source: Institution CCHCS Contract analysts. Monthly registry hours converted to full time equivalents (FTEs) calculated as 1 FTE = 173.3 hours per month.
[4]   Source: The SCO Management Information Retrieval System (MIRS) and institutional Personnel Officers.
[5]   Adjusted vacancies: Calculated as "7A Authorized"; less "SCO filled" with adjustments for registry usage, recent hires, and long-term sick. Possible rounding error of plus or minus 1 position.

Executive Summary, Mental Health Program Hiring Progress and Vacancy Reports November 2011
Author: Anne Jackson, CCHCS Resource Management
File: \\Hcs501jfile001\workgroups\Dental & Mental Health Recruitment\Reports\Vacancy Reports\2011_11 MH EXECUTIVE SUMMARY 11-2011.doc

Correctional Health Care Services

Vacant Positions Overview

September - 2007 to November-2011

Mental Health

| General Classification | 9/10/09 SCH 7A AUTH'D POSITIONS | 11/12 SCH 7A AUTH POSITIONS EFFECTIVE 04/01/11 | Est SCO Positions | September - 2007 | | | November - 2011 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Filled | Vacant | Vacancy Rate | Est SCO Positions | Filled | Vacant | Vacancy Rate |
| PSYCHIATRIST | 282.00 | 304.45 | 257.40 | 119.30 | 162.80 | 57.73% | 295.88 | 195.80 | 108.65 | 35.69% |
| PSYCHOLOGIST | 928.40 | 921.62 | 841.80 | 551.80 | 376.60 | 40.56% | 917.56 | 790.55 | 131.07 | 14.22% |
| OTHER MH CLINICAL STAFF | 1251.70 | 400.80 | 1042.60 | 797.70 | 454.00 | 36.27% | 395.27 | 313.55 | 87.25 | 21.77% |
| ALL OTHER SUPPORT STAFF | 534.40 | 505.90 | 445.10 | 346.80 | 187.70 | 35.12% | 485.02 | 376.20 | 129.70 | 25.64% |
| Total | 2996.50 | 2132.77 | 2586.90 | 1815.60 | 1181.10 | 39.42% | 2093.73 | 1676.10 | 456.67 | 21.41% |

* Vacancies calculated using Authorized Positions. (Governor's Budget Schedule 7A less SCO Filled = Vacant).
** SCO data is approximately 45 days in arrears and does not include adjustments for Blanket Positions, Hires, or Registry Services. Rounding error of < 1 position.
*** The implementation of a new staffing plan in FY 11/12 has caused minor fluctuations in SCO data due to processing time frames for redirecting, reclassifying and establishing new positions.

Report Date: 12/29/2011
Report Generated By:
Resource Management

Source: 7A, SCO

# Correctional Health Care Services

## Vacant Positions Overview

### September - 2007 to November-2011

## Mental Health

### 1. PSYCHIATRIST

7612 - CHIEF PSYCHIATRIST
9271 - SENIOR PSYCHIATRIST (SUPERVISOR)
9757 - STAFF PSYCHIATRIST
9758 - STAFF PSYCHIATRIST
9761 - SENIOR PSYCHIATRIST (SUPERVISOR)
9774 - CHIEF PSYCHIATRIST

### 2. PSYCHOLOGIST

9283 - PSYCHOLOGIST-CLINICAL
9287 - SENIOR PSYCHOLOGIST (SPECIALIST)
9288 - SENIOR PSYCHOLOGIST (SUPERVISOR)
9291 - STAFF PSYCHOLOGIST-CLINICAL
9651 - CLINICAL PSYCHOLOGY INTERN
9859 - CHIEF PSYCHOLOGIST

### 3. OTHER MH CLINICAL STAFF

8182 - CERTIFIED NURSING ASSISTANT
8217 - MEDICAL TECHNICAL ASSISTANT
8252 - SENIOR PSYCHIATRIC TECHNICIAN (SAFETY)
8253 - PSYCHIATRIC TECHNICIAN (SAFETY)
8257 - LICENSED VOCATIONAL NURSE
8274 - LICENSED VOCATIONAL NURSE (SAFETY)
8324 - REHAB THERAPIST, STATE FACILITIES (RECREATION-SAFETY)
9268 - DENTIST, CF
9269 - PHYSICIAN & SURGEON
9275 - REGISTERED NURSE
9278 - NURSE PRACTITIONER
9280 - OCCUPATIONAL THERAPIST
9285 - PSYCHOMETRIST, CORRECTIONAL FACILITY
9286 - RECREATION THERAPIST
9291 - SUPERVISING PSYCHIATRIC SOCIAL WORKER I
9317 - SUPERVISING REGISTERED NURSE I
9318 - SUPERVISING REGISTERED NURSE II
9319 - SUPERVISING REGISTERED NURSE III
9346 - SENIOR OCCUPATIONAL THERAPIST
9371 - SUPERVISING DENTIST, CF
9759 - SENIOR PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SPECIALIST)
9872 - CLINICAL SOCIAL WORKER -SAFETY

### 4. ALL OTHER SUPPORT STAFF

1139 - OFFICE TECHNICIAN (TYPING)
1148 - OFFICE SERVICES SUPERVISOR I (TYPING)
1155 - OFFICE SERVICES SUPERVISOR II (GEN)
1177 - MEDICAL TRANSCRIBER
1178 - SENIOR MEDICAL TRANSCRIBER
1360 - INFO SYS TC
1379 - OFFICE ASSISTANT (TYPING)
1470 - ASSOC INFORMATION SYS ANALYST/SP
1441 - OFFICE ASSISTANT (GENERAL)
1508 - MATERIALS AND STORES SUPERVISOR I
1863 - MEDICAL RECORDS CONSULTANT
1869 - HEALTH RECORD TECHNICIAN I
1887 - HEALTH RECORD TECHNICIAN II (SUP)
2004 - CUSTODIAN SUPERVISOR II
2006 - CUSTODIAN (CORRECTIONAL FACILITY)
2153 - FOOD ADMINISTRATOR
2183 - CORRECTIONAL SUPERVISING COOK
4672 - HEALTH ANALYST
4687 - LEAP CANDIDATE
4800 - STAFF SERVICES MANAGER I
4910 - CHSA I
4912 - CHSA II
5157 - STAFF SERVICES ANALYST (GENERAL)
5197 - TRAINING OFFICER I
5252 - HOUSING FINANCE ASSISTANT (RENTAL)
5278 - MANAGEMENT SERVICES TECHNICIAN
5393 - ASSOCIATE GOVERNMENTAL PROGRAM ANALYST
6216 - BUILDING MAINTENANCE WORKER
6713 - STATIONARY ENGINEER (CORRECTIONAL FACILITY)

### 4. ALL OTHER SUPPORT STAFF, cont.

6941 - MAINTENANCE MECHANIC-CORRECTIONAL FACILITY-
7500 - C.E.A. (Civil Service)
7887 - PUBLIC HEALTH LABORATORY TECHNICIAN I
7979 - PHARMACY TECHNICIAN
7982 - PHARMACIST I
8102 - PROGRAM ASST (MENTAL DISABILITIES-SAFETY)
8103 - PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY)
8104 - UNIT SUPERVISOR (SAFETY)
8202 - HEALTH PROGRAM COORDINATOR
8328 - STANDARDS COMPLIANCE COORDINATOR
8337 - ASSOCIATE HEALTH PROGRAM ADVISER
8338 - HEALTH PROGRAM SPECIALIST I
9265 - LABORATORY ASSISTANT
9293 - CLINICAL LABORATORY TECHNOLOGIST
9349 - SUPERVISING CLINICAL LABORATORY TECH
9551 - MEDICAL SECRETARY
9656 - CORRECTIONAL LIEUTENANT
9659 - CORRECTIONAL SERGEANT
9662 - CORRECTIONAL OFFICER
9891 - CHIEF DEPUTY ADMINISTRATOR
9901 - CORRECTIONAL COUNSELOR II (SPECIALIST)
9904 - CORRECTIONAL COUNSELOR I
9926 - SUPERVISING PROGRAM TECHNICIAN III

Source: 7A, SCO

Report Date: 12/29/2011

Report Generated By:

Resource Management

# Exhibit 3

State of California                                    California Department of Corrections and Rehabilitation

# Memorandum

Date:     December 18, 2012

To:       Diana Toche
          Director (A)
          Division of Health Care Services

Subject:  **SUMMARY OF INTER-INSTITUTIONAL MENTAL HEALTH CRISIS BED REFERRALS
          AND TRANSFERS FOR NOVEMBER 2012**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and
placements coordinated by Health Care Placement Oversight Program (HC-POP) staff. During the
month of **November 2012**, there were **324 MHCB** referrals. Of the **324** referrals, **141** were placed.
The **183** not placed (**57%** of those referred) were rescinded by the referring clinician. Of the **183**
rescinded, **109** no longer required MHCB treatment, **72** were placed in a MHCB internally, and **two**
were not medically cleared for transfer.

**Attachment 1** summarizes the referrals/transfers/rescinded cases by sending institution and previous
levels of care. Additionally, every referral is tallied by classification score.

**Attachment 2A (4 pages)** provides additional details of the completed referrals/transfers, including
transfer timeframes, average number of days waiting to transfer, and prior level of care. For the **141**
transferred, the average number of days waiting was **0.86**. Of the **141** transferred, **122** cases were
transferred within the required 24 hours.

**Attachment 2B (5 pages)** provides details regarding those MHCB referrals that were rescinded by the
referring institution. **Attachment 2C** summarizes the cases rescinded.

**Attachment 3** summarizes, by institution, the average number of days referrals waited before being
transferred or rescinded.

**Attachment 4** is a summary of those inmates referred from the California Medical Facility (CMF) and
transferred into the CMF/Acute Psychiatric Program as crisis bed emergency admissions.

Please let me know if you have any questions about the information provided.


*Original Signed By*
RICK JOHNSON, CHIEF
Health Care Placement Oversight Program
Division of Health Care Services

Attachments

cc:   Tim Belavich
      Health Care Regional Administrators
      Mental Health Regional Administrators
      Michael Morrison
      Cathy Jefferson
      HC-POP Staff

ATTACHMENT 1

## SUMMARY
### TRANSFERRED AND RESCINDED MHCB REFERRALS
### BY INSTITUTION AND PRIOR LEVEL OF CARE
### NOVEMBER 2012

| | TOTAL REFERRALS | | | | | | | | REFERRED AND TRANSFERRED | | | | | | | | REFERRED AND RESCINDED | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CCCMS | EOP | MHCB | GP | DSH | OTHER* | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DSH | OTHER* | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DSH | OTHER* | TOTAL | % TTL |
| ASP | 8 | 0 | 0 | 0 | 0 | 0 | 8 | 2.47% | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 4.96% | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0.55% |
| CAL | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0.62% | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 1.42% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCI | 6 | 2 | 0 | 1 | 0 | 0 | 9 | 2.78% | 6 | 2 | 0 | 1 | 0 | 0 | 9 | 6.38% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CEN | 0 | 2 | 0 | 0 | 0 | 0 | 2 | 0.62% | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0.71% | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0.55% |
| CIM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CMC | 1 | 7 | 0 | 0 | 0 | 0 | 8 | 2.47% | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0.71% | 0 | 6 | 0 | 0 | 0 | 0 | 7 | 3.83% |
| CMF | 1 | 3 | 0 | 0 | 0 | 0 | 4 | 1.23% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 3 | 0 | 0 | 0 | 0 | 4 | 2.19% |
| CMF-DSH | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 0.93% | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 2.13% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| COR | 15 | 20 | 0 | 2 | 0 | 0 | 37 | 11.42% | 9 | 11 | 0 | 0 | 0 | 0 | 20 | 14.18% | 6 | 9 | 0 | 2 | 0 | 0 | 17 | 9.29% |
| CRC | 5 | 0 | 0 | 1 | 0 | 0 | 6 | 1.85% | 5 | 0 | 0 | 1 | 0 | 0 | 6 | 4.26% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CTF | 2 | 0 | 0 | 1 | 0 | 0 | 3 | 0.93% | 2 | 0 | 0 | 1 | 0 | 0 | 3 | 2.13% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CVSP | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0.62% | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 1.42% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI | 2 | 2 | 0 | 0 | 0 | 0 | 4 | 1.23% | 2 | 2 | 0 | 0 | 0 | 0 | 4 | 2.84% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI-RC | 1 | 1 | 0 | 3 | 0 | 0 | 5 | 1.54% | 1 | 0 | 0 | 3 | 0 | 0 | 4 | 2.84% | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0.55% |
| FOL | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 0.62% | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 1.42% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| ISP | 1 | 1 | 0 | 1 | 0 | 0 | 3 | 0.93% | 1 | 1 | 0 | 1 | 0 | 0 | 3 | 2.13% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| KVSP | 10 | 6 | 0 | 4 | 0 | 0 | 20 | 6.17% | 2 | 2 | 0 | 0 | 0 | 0 | 4 | 2.84% | 8 | 4 | 0 | 4 | 0 | 0 | 16 | 8.74% |
| LAC | 8 | 24 | 0 | 1 | 0 | 0 | 33 | 10.19% | 6 | 16 | 0 | 0 | 0 | 0 | 22 | 15.60% | 2 | 8 | 0 | 1 | 0 | 0 | 11 | 6.01% |
| LAC-RC | 6 | 4 | 0 | 0 | 0 | 0 | 10 | 3.09% | 3 | 1 | 0 | 0 | 0 | 0 | 4 | 2.84% | 3 | 3 | 0 | 0 | 0 | 0 | 6 | 3.28% |
| NKSP | 30 | 19 | 0 | 10 | 0 | 0 | 59 | 18.21% | 12 | 6 | 0 | 2 | 0 | 0 | 20 | 14.18% | 18 | 13 | 0 | 8 | 0 | 0 | 39 | 21.31% |
| NKSP-RC | 1 | 0 | 0 | 1 | 0 | 0 | 2 | 0.62% | 1 | 0 | 0 | 1 | 0 | 0 | 2 | 1.42% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| PVSP | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0.31% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0.55% |
| RJD | 7 | 36 | 0 | 0 | 0 | 0 | 43 | 13.27% | 0 | 6 | 0 | 0 | 0 | 0 | 6 | 4.26% | 7 | 30 | 0 | 0 | 0 | 0 | 37 | 20.22% |
| SAC | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0.31% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0.55% |
| SATF | 0 | 1 | 0 | 4 | 0 | 0 | 5 | 1.54% | 0 | 1 | 0 | 4 | 0 | 0 | 5 | 3.55% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SCC | 4 | 0 | 0 | 1 | 0 | 0 | 5 | 1.54% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 4 | 0 | 0 | 1 | 0 | 0 | 5 | 2.73% |
| SOL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SQ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| WSP | 7 | 10 | 0 | 4 | 0 | 0 | 21 | 6.48% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 7 | 10 | 0 | 4 | 0 | 0 | 21 | 11.48% |
| WSP-RC | 10 | 7 | 2 | 3 | 0 | 0 | 22 | 6.79% | 3 | 2 | 2 | 2 | 0 | 0 | 9 | 6.38% | 7 | 5 | 0 | 1 | 0 | 0 | 13 | 7.10% |
| TOTAL | 128 | 148 | 2 | 43 | 3 | 0 | 324 | 100.00% | 65 | 52 | 2 | 19 | 3 | 0 | 141 | 100.00% | 63 | 96 | 0 | 24 | 0 | 0 | 183 | 100.00% |
| % TTL | 39.51% | 45.68% | 0.62% | 13.27% | 0.93% | 0.00% | 100.00% | | 46.10% | 36.88% | 1.42% | 13.48% | 2.13% | 0.00% | 100.00% | | 34.43% | 52.46% | 0.00% | 13.11% | 0.00% | 0.00% | 100.00% | |

### Referrals by Classification Score

| Score | Total |
|---|---|
| 0-18 | 37 |
| 19-35 | 85 |
| 36-59 | 38 |
| 60+ | 152 |
| TOTAL | 312 |
| Not Calc | 12 |
| Grand TTL | 324 |

# Exhibit 4

# DEPARTMENT OF STATE HOSPITALS

## Coordination and Logistics Unit
## Monthly Report on the Licensure of Intermediate Care Treatment
## Programs at the California Department of State Hospitals-Vacaville
## and the California Department of State Hospitals-Salinas Valley
### data as of 11/30/2012; prepared 12/03/2012

| Department of State Hospitals-Vacaville (DSH-Vacaville) Units | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 31 | 0 | 13 |
| A-3 ICF Low Custody | 40 | 21 | 0 | 19 |
| P-3 ICF High Custody | 30 | 30 | 0 | 0 |
| HCTC (64 Bed Unit) | 64 | 64 | 0 | 0 |
| L-3 ICF High Custody | 37 | 37 | 0 | 0 |

| DSH-Salinas Valley Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 49 | 32 | 32 | 0 | 0 | | | | | 32 | 17 | 0 | 15 |
| TC2 | 74 | 67 | 54 | 51 | 3 | 0 | 20 | 16 | 0 | 4 | | | | |

| Department of State Hospitals-Salinas Valley (DSH-Salinas Valley) Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 58 | 0 | 0 |
| C-6 | 58 | 57 | 1 | 0 |
| D-5 | 58 | 57 | 1 | 0 |
| D-6 | 58 | 57 | 1 | 0 |

# DEPARTMENT OF STATE HOSPITALS
## Coordination and Logistics Unit
### Monthly Report on the Licensure of Intermediate Care Treatment
### Programs at the California Department of State Hospitals-Vacaville
### and the California Department of State Hospitals-Salinas Valley
### data as of 11/30/2012; prepared 12/03/2012

**WAIT LIST DATA**

| UNIT | WAIT LIST* |
|------|------------|
| DSH-VACAVILLE | 0 |
| DSH-SALINAS VALLEY | 0 |
| DSH-SALINAS VALLEY PC 1370 | 3 |

**WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE**

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|----------|-----|------|-------|---------------|-----|-----|-------|-------|
| DSH-VACAVILLE A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-VACAVILLE P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-VACAVILLE HCTC (64 BED UNIT) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-VACAVILLE L-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-SALINAS VALLEY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-SALINAS VALLEY PC 1370 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 |

Notes:

*There are 36 Inmate/Patients (I/P) whose referrals have been accepted and are pending admissions for less than 30 days. These 36 I/Ps have been pending admission for the following number of days:

- 0-9 days: 11I/Ps
- 10–19 days: 17 I/Ps
- 20–29 days: 8 I/Ps

There is one I/P who has been waiting for 41 days for an ICF bed. This I/P was accepted on 10/23/12 but admission was delayed due to an 11/28/12 scheduled Keyhea hearing. This I/P is scheduled for admission on 12/5/12.

Data Source: DSH-Salinas Valley and DSH-Vacaville Bed Utilization Management Report

# Exhibit 5

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


**MEMORANDUM**

| | | |
|---|---|---|
| **Date** | : | December 12, 2012 |
| **To** | : | Chief Executive Officers |
| | | Chiefs of Mental Health |
| **From** | : | *K. allison* |
| | | Kathleen Allison, Deputy Director |
| | | Facility Support, Division of Adult Institutions |
| | | *Timothy G. Belavich* |
| | | Timothy G. Belavich, Ph.D., MSHCA, CCHP, , Deputy Director (A) |
| | | Statewide Mental Health Program, Division of Health Care Services |
| **Subject** | : | ALTERNATIVE HOUSING CELL PRIORITIZATION |

This memorandum is an addendum to the attached May 16, 2012, "Use of Alternative Housing" memorandum.

The purpose of this memorandum is to remind institution staff of the requirements for prioritizing housing for inmate patients pending Mental Health Crisis Bed (MHCB) transfer and provide additional clarification regarding the use of alternative housing.

Staff are reminded that, although the use of alternative housing may be necessary pending finalization of transfer arrangements to a Mental Health Crisis Bed (MHCB), alternative housing is not a clinically appropriate location for inmates requiring MHCB level of care and should only be used as a last option for inmates awaiting transfer.

The Mental Health Services Delivery System (MHSDS) Program Guide (2009) clearly lists the order of priority for housing of inmate-patients awaiting transfer to a MHCB. As a reminder, an Outpatient Housing Unit (OHU) is the preferred location for housing inmates awaiting transfer to a MHCB. If staff cannot place an inmate-patient in an OHU, alternative housing is the next priority on the list and includes, in order:

1. Outpatient Housing Unit overflow cells
2. Large holding cells with water/toilets
3. Large holding cells without water/toilets such as "Contraband Cells"
4. Triage and Treatment Area or other clinic physical examining room
5. Other unit-housing where complete and constant visibility can be maintained

To the extent not available already, staff shall ensure that inmates housed in alternative housing have reasonable access to water and toilets.

Small holding cells that are designed for the inmate-patient to sit or stand may be used for up to four hours (MHSDS Program Guide, 2009, p. 12-5-5). "Inmate-patients shall be retained in sit/stand cells only

# MEMORANDUM

with approval of the Watch Commander and notification of on-call clinical staff" (MHPG, 2009, p. 12-5-5). These placements are not considered alternative housing and use of these cells shall be logged on the custody log for small holding cells. These cells should be used minimally and only as a last option for temporarily housing inmates in crisis. Inmates shall be transferred out of these cells as soon as possible and never to exceed four hours.

Utilizing holding cells within the licensed bed area of the Correctional Treatment Center is the last preference for housing inmates. Use of these cells shall be logged on the alternative housing log and any time one of these cells is utilized, the Department of Health Services shall be notified (MHSDS Program Guide, 2009, p. 12-5-5).

Outpatient Housing Unit medical beds (non-swing beds), currently at California State Prison at San Quentin, California Medical Facility, California Institution for Men, and California State Prison at Corcoran are designated as medical beds. As a result, these beds shall be considered alternative housing. The alternative housing requirements and MHTs.net designation as indicated below shall be followed when inmate-patients are placed into these cells for crisis evaluations.

Effective immediately, mental health data entry staff will designate alternative housing cells with an "AltHs" subprogram in MHTS.net.

When an inmate-patient is waiting for a mental health evaluation and placement into alternative housing, staff must ensure the inmate-patient is placed in a safe setting, such as the triage and treatment area, and receives continuous direct visual observation until he or she is evaluated by a mental health clinician (after hours the evaluation may take place via telephone with a nurse facilitating).

Effective February 1, 2013, each institution shall have a Local Operating Procedure (LOP) that includes all requirements in the May 16, 2012, memorandum and the additions from this addendum. The LOP shall clearly state which cells locally will be used, in priority order, for alternative housing. This cell priority for the LOP shall mirror the priority list in the Mental Health Program Guide (2009) but include institution specific information.

If you have any questions regarding these requirements contact Laura Ceballos, Ph.D. Chief, Quality Management, Statewide Mental Health Program, at (916) 691-0308.

cc:    Judy Burleson, Associate Director, Program and Clinical Support,
           Statewide Mental Health Program, Division of Health Care Services
       Nathan Stanley, Chief, Coleman Compliance, Statewide Mental Health Program, Division of
           Health Care Services
       Rick Johnson, Chief, Health Care Placement Oversight Program,
           Statewide Mental Health Program, Division of Health Care Services
       Kathleen O'Meara, Ph.D., Northern Mental Health Regional Administrator (A),
           Statewide Mental Health Program, Division of Health Care Services
       Steven Bylund, Ph.D., Central Mental Health Regional Co-Administrator (A),
           Statewide Mental Health Program, Division of Health Care Services
       Elaine Force, Ph.D., Central Mental Health Regional Co-Administrator (A),
           Statewide Mental Health Program, Division of Health Care Services
       Richard Kendall, Ph.D., Southern Mental Health Regional Administrator (A),
           Statewide Mental Health Program, Division of Health Care Services