# VI. Study Findings

## A. Causes of Inmate Death – 2011

All causes of death are shown in Table 1. The causes listed represent the underlying condition that led to the patient death. For example, if a patient died of severe bloodstream infection (sepsis or septicemia) because chemotherapy for cancer created a compromised immune system, then the cause of death was attributed to the cancer.

*Table 1. Causes of Death Among All California Inmates, 2011*

| NUMBER OF CASES | CAUSE OF DEATH |
|---|---|
| 94 | Cancer (except Liver Cancer) Lung (30); esophagus, lymphoma (6 each); colon, leukemia and multiple myeloma (5 each); 3 each of bladder, breast, kidney, melanoma, pancreas, stomach; 2 each of cholangiocarcinoma, prostate, gall bladder, unknown primary; 1 each of anus, cervix, larynx, nasopharynx, rectum, tongue, sigmoid colon, SCC neck, synovial sarcoma, testicle, thyroid |
| 76 | Liver Disease — includes hepatitis C-related end stage liver disease (53), and liver cancer (23) |
| 47 | Cardiovascular Disease — includes sudden cardiac arrest/acute myocardial infarction (38), congestive heart failure (8), coronary artery disease (1) |
| 34 | Suicide |
| 21 | Pneumonia (includes 13 patients with chronic obstructive pulmonary disease, 2 aspiration pneumonias, 1 methicillin resistant staph. aureus pneumonia) |
| 17 | Homicide |
| 16 | Sepsis |
| 12 | Drug overdose |
| 9 | Stroke |
| 6 | End stage renal disease (dialysis dependent) |
| 5 | Pulmonary embolism |
| 4 | Dementia |
| 3 each | AIDS, coccidioidomycosis, seizure disorder, upper gastrointestinal bleeding |
| 2 each | Abdominal aortic aneursym, dilated cardiomyopathy, endocarditis, ischemic bowel, necrotizing fasciitis, pancreatitis, post-operative death, shock |
| 1 each | Amyotrophic lateral sclerosis, aspergillosis, asphyxiation (food bolus), cellulitis, clostridium difficile colitis, closed head injury, demyelinating disease, incarcerated umbilical hernia, cryptococcal meningitis, mesenteric thrombosis, myasthenia gravis, myelodysplagia, Parkinson disease, pulmonary fibrosis, ruptured iliac artery aneurysm, spontaneous bacterial peritonitis, thoracic aortic aneurysm, vasculitis, unknown |
| 388 | TOTAL DEATHS |

As in prior years, lung cancer (30 deaths) and liver cancer (23 deaths) were the most common types of malignancy. Cancer of the liver and end stage liver disease with cirrhosis (53 deaths) share the underlying condition of chronic hepatitis C infection.

Sudden cardiac arrest and acute myocardial infarction are grouped with congestive heart failure because all three often share a common underlying condition - coronary artery disease. In most of these cases, the patients had other identifiable risk factors for coronary disease – smoking, hypertension, hypercholesterolemia, or diabetes mellitus.

Smoking was the major underlying cause for almost all cases of lung cancer (30 deaths) and chronic obstructive pulmonary disease (13 deaths).

The average age of the decedents in 2011 was 55 years (range 18 to 93). Suicides, homicides and drug overdoses were younger, averaging 38 years. Male inmates' average life expectancy is thus about twenty years less than that of the average American male.

| 38 | average age of suicides, homicides, and drug overdoses |
|----|----|
| 38 | suicide |
| 42 | homicide |
| 32 | drug overdose |

Table 2 compares the top causes of death from 2007-2011.

*Table 2. Top causes of death among California inmates 2007-2011*

| Rank | 2011 | 2010 | 2009 | 2008 | 2007 |
|---|---|---|---|---|---|
| 1 | Cancer | Cancer | Cancer | Cancer | Cancer |
| 2 | End stage liver disease (including liver cancer) | End Stage Liver Disease | End Stage Liver Disease | Suicide | End Stage Liver Disease |
| 3 | Cardiovascular Disease* | Cardiovascular disease | Cardiovascular disease | End Stage Liver Disease | Cardiovascular disease |
| 4 | Suicide | Suicide | Suicide | Cardiovascular disease | Suicide |
| 5 | Pneumonia | (tied) Drug Overdose; Homicide | Drug Overdose | Drug Overdose | Homicide |
| 6 | Homicide | | Pneumonia | Pneumonia | HIV/AIDS |
| 7 | Sepsis | Pneumonia | Congestive Heart Failure | HIV/AIDS | Stroke |
| 8 | Drug Overdose | Congestive Heart Failure | Homicide | Congestive Heart Failure | Drug Overdose |
| 9 | Stroke | (tied) Coccidioido-mycosis, End Stage Renal Disease, Stroke | | Sepsis | Pneumonia |

\* *Cardiovascular disease includes sudden cardiac arrest, myocardial infarction, congestive heart failure.*

Two of the top three underlying causes of death in the inmate population are related to lifestyle choices and the third is no doubt a consequence of incarceration.

1. DRUG ADDICTION. Intravenous injection with shared needles causes chronic hepatitis C infection which causes progressive inflammatory liver disease which ends in cirrhosis and which predisposes to the development of liver cancer. Shared needle use can also cause HIV/AIDS.

2. TOBACCO ADDICTION. Smoking causes lung cancer, chronic obstructive lung disease and accelerates coronary heart disease.

3. DEPRESSION contributes to suicide.

## B. Lapses in Care, 2011

During the death review process, there is a meticulous search for medical error. By analyzing every medical encounter in the six months preceding each death, reviewers are able to review a representative sample of the entire system of care provided in California state prisons.

Discussion in the DRC provides consensus driven identification of significant lapses in care. The classification of these lapses into a taxonomy of medical error allows comparison from one year to the next.

Table 3 shows the number of lapses by type identified during review of the 388 deaths in 2011.

*Table 3. Summary of lapses of care (extreme departures), 2011.*

| Lapses of Care Types (Extreme Departures) | # of Lapses in the 345 Non Preventable Deaths | # of Lapses in the 41 Possibly Preventable Deaths | # of Lapses in the 2 Likely Preventable Deaths | Total Lapses in all 388 deaths |
|---|---|---|---|---|
| #1 – Failure to recognize, identify or adequately evaluate important symptoms or signs | 56 | 30 | 1 | 87 |
| #2 – Failure to follow established guidelines for evaluation and/or management of a specific condition | 24 | 6 | 1 | 31 |

8

| Lapses of Care Types (Extreme Departures) | # of Lapses in the 345 Non Preventable Deaths | # of Lapses in the 41 Possibly Preventable Deaths | # of Lapses in the 2 Likely Preventable Deaths | Total Lapses in all 388 deaths |
|---|---|---|---|---|
| #3 – Delay in access to care sufficient to result in harm to the patient | 18 | 7 | 0 | 25 |
| #4 – Failure to adequately pursue abnormal test results | 14 | 6 | 0 | 20 |
| #5 – Failure of provider-to-provider communications including botched handoffs | 9 | 7 | 0 | 16 |
| #6 – Fragmentation of care such that individual responsibility for patient is waived | 4 | 2 | 0 | 6 |
| #7 – Surgical/procedural complication resulting in iatrogenic injury | 1 | 5 | 1 | 7 |
| #8- Medication prescribing error | 7 | 8 | 1 | 16 |
| #9- Medication delivery error | 0 | 3 | 1 | 4 |
| #10- Practicing outside the scope of one's professional capabilities | 4 | 6 | 0 | 10 |
| #11- Unsupervised mid-level (nurse practitioner or physician assistant) care | 1 | 1 | 0 | 2 |
| #12 – Failure of communication with the patient | 1 | 3 | 0 | 4 |
| #13 – Patient non-adherence with recommendation for optimal care | 7 | 2 | 0 | 9 |
| #14 – Delay in emergency response or failure to follow emergency response protocol | 8 | 6 | 1 | 15 |
| #15 – other | 0 | 0 | 0 | 0 |
| TOTAL LAPSES | 154 | 92 | 6 | 252 |

Type 1 lapses (failure to recognize or properly evaluate important clinical signs or symptoms) account for 35% of the total.

9

Type 2 (failure to follow established guidelines for care), type 3 (delay in access to appropriate care) and type 4 (failure to pursue abnormal test results) together account for another 30%.

There are also significant numbers of type 5 (failure of provider to provider communication), type 8 (medication prescribing errors), and type 14 (lapses in emergency response protocols) lapses.

It is important to note that there has been an impressive 45% reduction in the total number of identified lapses from the previous year. Possible reasons for this improvement will be discussed later in this report.

### C. Non preventable deaths 2011 –

*Table 4. Causes of non-preventable death among California inmates, 2011.*

| Number of Cases | Cause of Death |
|---|---|
| 88 | Cancer — most frequent types: lung (30), esophagus (5), colon (4), multiple myeloma (5); other types had 3 or fewer cases each |
| 74 | Liver disease — includes end stage liver disease (51) and liver cancer (23) |
| 35 | Cardiovascular disease (includes sudden cardiac arrest, myocardial infarction, congestive heart failure) |
| 34 | Suicide |
| 18 | Pneumonia (includes chronic obstructive pulmonary disease) |
| 17 | Homicide |
| 12 | Drug overdose |
| 11 | Sepsis |
| 9 | Stroke |
| 6 | End stage renal disease |
| 5 | Pulmonary embolism |
| 4 | Dementia |
| 3 | HIV/AIDS |
| 2 each | Coccidiodomycosis, endocarditis, ischemic bowel, seizure disorder |
| 1 each | Abdominal aortic aneurysm, amyotrophic lateral sclerosis, aspergillosis, C. difficile colitis, cellulitis, closed head injury, demyelinating disease, incarcerated umbilical hernia, fungal meningitis (cryptococcal), mesenteric thrombosis, myelodysplasia, necrotizing fasciitis, pancreatitis, Parkinson disease, pulmonary fibrosis, ruptured iliac artery aneurysm, shock, vasculitis, unknown, upper gastrointestinal hemorrhage |
| 345 | TOTAL NON PREVENTABLE DEATHS |

Table 4 shows the causes of death in the 345 non preventable deaths in 2011. These deaths were all natural and expected with the exception of suicides, homicides and drug overdoses.

## D. Possibly Preventable deaths – 2011

Of 388 deaths in 2011, 41 (10.6%) were judged to be possibly preventable. Table 5 shows the causes of death in these cases.

*Table 5. Causes of possibly preventable death among California inmates, 2011.*

| Number Of Cases | Cause Of Death |
|---|---|
| 11 | Cardiovascular disease, including sudden cardiac arrest |
| 6 | Cancer |
| 5 | Sepsis |
| 3 | Pneumonia |
| 2 | Upper gastrointestinal hemorrhage |
| 1 each | Abdominal aortic aneurysm, asphyxiation (food bolus), coccidiodomycosis, end stage liver disease, myasthenia gravis, necrotizing fasciitis, pancreatitis, pneumonia, post-operative death (ventral hernia repair), seizure disorder, shock, spontaneous bacterial peritonitis, stroke, thoracic aortic aneursym |
| 41 | TOTAL POSSIBLY PREVENTABLE DEATHS |

Initially the DCR labeled 54 cases as possibly preventable. As in previous annual reports, the author has removed from this list all cases in which there were no lapses in care identified by the reviewer, in which the care was noted to be reasonable and the lapses were unrelated to the cause of death, and in which delays in care or any other lapses seemed insufficient to have caused a preventable death. In some cases, there were several extreme lapses in care, and overall care of the patient was compromised, but no logical chain tied the lapses in care to preventability. Following this process, in 2011 there were 41 possibly preventable deaths.

Capsule summaries of representative possibly preventable deaths follow:

Case 1. A 50 year-old man died of a ruptured thoracic aortic aneurysm after a consultant's recommendation for imaging studies was delayed by at least six months during which the patient was never advised against continuing his regular vigorous exercise routine. The delay in timely evaluation and the failure to caution the patient against vigorous exercise contributed to a possibly preventable death.

11

Case 2. A 70 year-old man died of sudden cardiac arrest following inadequate evaluation of exertion induced chest pain and palpitations. A written prescription for nitroglycerin was never distributed to the patient and cardiac stress tests were not done. These lapses in evaluation and management of a patient with symptoms suggesting ischemic heart disease contributed to a preventable death.

Case 3. A 40 year-old with diabetes mellitus died because inadequate evaluation and treatment of a leg ulcer led to gangrene and systemic infection.

Case 4. A 73 year-old with diabetes mellitus on hemodialysis for renal failure died of septicemia from a gangrenous foot ulcer. In the three months before death, medical staff failed to do foot exams as recommended by diabetic care guidelines. Had this guideline been followed routinely, gangrene might have been prevented.

Case 5. A young man with known seizure disorder died after missing five days of anticonvulsant medication. He was found unresponsive in an outpatient housing unit that was later found to have a non functioning call system. Had the patient received anticonvulsants as prescribed or had the call system been functional, this death might have been avoided.

Case 6. A 45 year-old man died of septic shock after a series of delayed responses to abnormal vital signs (hypotension and tachycardia) by an LVN and an on call physician led to a 2 1/2 hour delay in indicated urgent transfer to the emergency room. The delay in transfer to a higher level of care was key in the attribution of possible preventability.

Case 7. A 60 year-old man died of malignant melanoma after a suspicious skin lesion and order for biopsy was not done, leading to an 11 month delay in diagnosis, and a lost opportunity for effective treatment.

Case 8. A 70 year-old man with steroid dependent chronic lung disease died of necrotizing fasciitis. There was a 12 hour delay in evaluation for a fall probably caused by severe hypotension related to his infection. This delay allowed the infection to progress rapidly, and the patient did not survive despite aggressive in hospital management.

Case 9. A 45 year-old man with severe congestive heart failure died after receiving double his usual dose of medication. This contributed to a prolonged period of hypotension (low blood pressure) culminating in unresponsiveness. An eight minute delay in initiation of cardiac resuscitation also contributed to this possibly preventable death.

Case 10. A 60 year-old man died unexpectedly of sudden cardiac arrest after several episodes of chest pain were attributed to anxiety, an abnormal electrocardiogram was

interpreted as normal by a nonphysician, and activation of the emergency protocol was delayed by 20 minutes. All three of these lapses contributed to this possibly preventable death.

Case 11. A 61 year-old man died of metastatic malignant melanoma after a nine month delay in a requested skin biopsy for a suspicious neck lesion. This delay prevented possibly effective treatment for this skin cancer.

Case 12. A 67 year-old man with a history of stroke and severe congestive heart failure died suddenly. For several months, he had not been treated with adequate medication as recommended by evidence based nationally accepted treatment guidelines for congestive heart failure. Had he been treated according to guideline recommendations, the death might have been prevented.

Case 13. A 53 year-old man chronically disabled by anoxic brain injury stemming from a failed suicide attempt died by choking on a large bolus of food when signs of his acute distress went unrecognized or unheeded. A well known dystonic reaction to his neuroleptic medication was not noted and probably contributed to an inability to clear his upper airway, contributing to his death from asphyxiation.

Case 14. A 27 year-old man died suddenly. A recent history of recurrent syncope (fainting) brought on by exertion was inadequately evaluated. This symptom of exertional syncope is known to be indicative of occult cardiovascular disease.

Case 15. A 63 year-old man died of spontaneous bacterial peritonitis caused by liver failure. A prolonged period (seven days) of hypotension (low blood pressure) and tachycardia (rapid heart rate) was inadequately evaluated and poorly managed. Better care might have facilitated an earlier diagnosis and life prolonging treatment of this well known complication of severe liver disease.

Case 16. A 60 year-old man with diabetes mellitus died of pneumonia. The diagnosis was delayed in part because inter-facility transfer led to a failure to identify and respond to an abnormally high white blood cell count (24,000), which was indicative of a severe systemic infection.

Case 17. A 79 year-old man with congestive heart failure and arrhythmia died six days after inter-facility transfer. Transfer medications failed to include the antiarrythmic drug which the patient had been taking.

Case 18. A 69 year-old man died of unspecified colitis and acidosis after three days of recurrent visits to the Triage and Treatment Area for being unable to walk. On each

13

occasion his low blood pressure was managed solely with intravenous fluid boluses and was inadequately evaluated and resulted in a significant delay in transferring him to a higher level of care.

Case 19. A 75 year-old man with myasthenia gravis treated chronically with corticosteroids died of pneumonia after recurrent symptoms of shortness of breath and low oxygenation, were poorly managed.

Case 20. A 37 year-old man with multiple cardiac risk factors (diabetes mellitus, hypertension and abnormal cholesterol) had sudden death. Medical staff missed several opportunities to evaluate this patient for occult cardiovascular disease.

Case 21. A 47 year-old man had a sudden cardiac arrest after three days of severe and unremitting back pain and an altered mental status, both of which were inadequately evaluated. The severe and unremitting pain was possibly related to an underlying condition (ischemic heart disease, aortic aneurysm) of which the patient died.

Case 22. A 52 year-old man died of acute myelogenous leukemia. Multiple opportunities to evaluate abnormal high white blood cell counts were missed, causing a 10 month delay in diagnosis. The patient died before treatment could be initiated.

Case 23. A 49 year-old man with advanced liver disease died of spontaneous bacterial peritonitis. His symptoms were mistakenly attributed to constipation rather than to the actual diagnosis of intra abdominal infection. Hospitalization where appropriate therapy could be given was delayed for nine days.

As in past years' analyses, these cases illustrate how type 1 failures to recognize, evaluate, and manage clinical "red flag symptoms and signs" can lead to possibly preventable mortality. This is especially true in high risk patients - those with chronic diseases, older patients, and patients with known compromising conditions (immunosuppressive therapy). Several of these cases show how lack of recognition or inertia in following up on abnormal tests or abnormal findings such as suspicious skin lesions can lead to significant delays in diagnosis and missed opportunities for effective treatment. Other contributions to preventable death include poor communication with other medical staff — especially when a patient's care is being transferred back and forth from one facility to another, inattention to clinical guidelines, and delays in access. The high incidence of behavioral illness and chronic pain in the incarcerated population add to the difficulty of making proper evaluations and treatment decisions.

 For the third consecutive year, asthma caused no preventable deaths. This continues a significant trend, since in 2006, the first year of the Receivership, asthma caused six

preventable deaths. A statewide initiative was adopted in 2007. All medical staff were trained in the chronic disease model of care, using asthma registries and evidence based guidelines for the recognition, classification, proper treatment, patient education and regular follow-up of all asthmatic patients. Improved asthma care and no deaths from asthma has been the result.

### E. Likely (Definitely) Preventable Deaths – 2011

There were two deaths in 2011 which reviewers and the DRC called likely (definitely) preventable.

*Table 6. Causes of likely preventable death among California inmates, 2011.*

| Number of Cases | Cause of Death |
|---|---|
| 1 | Cardiovascular Disease (Acute Myocardial Infarction) |
| 1 | Post-Operative Death (cervical spine fusion) |
| 2 | TOTAL LIKELY PREVENTABLE DEATHS |

Case 1. A 50 year-old man with diabetes, hypertension, coronary artery disease, congestive heart failure, cardiac arrhythmias and severe peripheral vascular disease died of acute myocardial infarction. His care had been compromised five months before death, when, after receiving a replacement pacemaker, his maintenance anticoagulation therapy was not resumed on return to the prison despite physician orders to do so (*type 9 lapse - failure to receive ordered medication*). One week later he developed bilateral severe leg pain. He was not evaluated promptly by the physician on call (t*ype 1 lapse - failure to appreciate red flag symptoms of severe leg pain in a patient with a history of severe peripheral vascular disease*). When seen 48 hours later, he had developed blood clots in both legs which necessitated bilateral amputation. On the day of his death, he presented to the prison emergency treatment area with severe chest pain and shortness of breath, with an abnormal electrocardiogram and low oxygenation. Although this acute coronary syndrome was an indication for immediate transfer to the local hospital, the patient was poorly managed in the local prison and transfer was delayed for five hours. (t*ype 1 lapse – substandard management of severe chest pain*). When he arrived at the local hospital he was moribund and death ensued quickly.

Case 2. A 52 year-old man died unexpectedly one day after extensive cervical spine surgery for degenerative disc disease. He had been referred to a consultant neurosurgeon for chronic neck pain. The consultant recommended surgery without an adequate period of conservative therapy, without an adequate examination and despite evidence of recent improvement in symptoms (*type 2 failure to manage chronic neck pain according to guidelines*). Extensive and aggressive surgery was performed rather than a simple

15

procedure. The patient was found unresponsive in his hospital bed on the day following surgery (*type 7 lapse – iatrogenic death resulting from surgery*). Emergency resuscitation was initiated but there was a significant delay before the arrival of cardiac monitoring and medical staff and resuscitation was unsuccessful (*type 14 lapse – delay in emergency response*). This case was referred to appropriate peer review.

Both of these cases again illustrate how multiple lapses can lead to unnecessary suffering and preventable death.

### *F. Lapses by contract specialists and outside hospitals (non CCHCS staff) 2011*

As in the past three years, all of the cases of preventable or likely preventable death were reviewed to determine the burden of significant contributory lapses by non-CCHCS specialists or hospital systems.

In 2011 there were 11 such cases. One (1) case was likely preventable and was presented as case 2 in the previous section. Ten other cases involving were judged to be possibly preventable, and are briefly described here.

Case 1. A 42 year-old man with HIV infection and progressive pneumonia was not completely evaluated for opportunistic infection by an infectious disease consultant and died of disseminated coccidioidomycosis. This was felt to be a lapse in judgment by the specialist.

Case 2. A 59 year-old man died suddenly after elective repair of a large minimally symptomatic ventral hernia. He was a patient at high risk for post operative complications, with end stage kidney disease on hemodialysis, severe coronary heart disease, chronic lung disease and recent pneumonia. Indications for surgery were not compelling.

Case 3. A 46 year-old man died of septicemia. Failure of an outside contracting laboratory to report an abnormally high white blood cell count contributed to a delay in diagnosis which possibly led to his death. (this system failure has since been corrected)

Case 4. A 56 year-old man died of fulminant pancreatitis, which was a complication of an endoscopic extraction of common bile duct stones performed by a consulting gastroenterologist.

Case 5. A 58 year-old man with chronic renal failure died of hemorrhagic shock from blood loss following iatrogenic laceration of the superior vena cava during a procedure for placement of a catheter for dialysis.

Case 6. A 62 year-old man died shortly after being inappropriately discharged from the hospital with abnormal vital signs (tachycardia and tachypnea) following a cardiac catheterization.

Case 7. A 54 year-old woman died of rectal cancer seven months after a consultant had done a colonoscopy and found abnormal perirectal tissue but failed to do a biopsy, which led to a significant delay in diagnosis and treatment.

Case 8. A 76 year-old man died of uncontrolled hemorrhage one day after surgical repair of an abdominal aortic aneurysm. He had a known coagulation disorder which had been incompletely evaluated preoperatively. Had the coagulation disorder been evaluated, appropriate precautions might have prevented this death from exsanguination.

Case 9. A 25 year-old man with liver cirrhosis due to a hereditary enzyme deficiency suffered an in hospital death resulting from failure to control massive upper gastrointestinal bleeding after an esophagogastric endoscopic procedure.

Case 10. A 61 year old man with end stage liver disease was sent to an Emergency Department at a local hospital because of abdominal pain and a large amount of ascites. The ED physician removed six liters of peritoneal fluid, but the patient was sent back to the prison despite an elevated white blood cell count of over 17,000. Two days later he became hypotensive and was returned to the hospital where he died of sepsis from spontaneous bacterial peritonitis. The ED physician was thought to have missed the earlier opportunity to treat peritonitis.

In most (6) of these cases, severe iatrogenic injury followed an invasive diagnostic procedure or surgery. One case resulted from a delayed diagnosis of a potentially treatable cancer, one from failure to report an abnormal (and critical) lab result for two days, one from premature discharge following a cardiac catheterization, one from an incomplete evaluation by a specialist consultant, and one from incomplete evaluation and inappropriate discharge by an ED physician.

### *G. Primary Care – 2011*

In 2009, primary care teams were installed in all California prisons in order to improve accountability for patient outcomes. Before the creation of the Receivership in 2006, prison care tended to be delivered episodically rather than systematically, was reactive rather than proactive, and idiosyncratic rather than guideline driven. Now each inmate is assigned to a specific primary care team. These teams are held to a high standard of practice – responsible for timely access, efficient and appropriate care, and for using evidence based

guidelines in the management of chronic diseases such as asthma, diabetes and hepatitis, pain management and provision of hospice care for patients with terminal illnesses.

*Table 7. Presence of Primary Care in California inmate death cases, 2009 – 2011.*

|  | 2011 | | 2010 | | 2009 | |
|---|---|---|---|---|---|---|
|  | Cases with an identified Primary Care Physician | % of total cases | Cases with an identified Primary Care Physician | % of total cases | Cases with an identified Primary Care Physician | % of total cases |
| Likely Preventable deaths | 2 of 2 | 100% | 3 of 5 | 60% | 1 of 3 | 33% |
| Possibly Preventable deaths | 24 of 41 | 52.9% | 23 of 47 | 49% | 13 of 43 | 30% |
| Non Preventable deaths | 183 of 345 | 53.7% | 191 of 363 | 52.6% | 127 of 248 | 37% |
| TOTAL DEATHS | 209 of 388 | 53.4% | 217 of 415 | 52.3% | 141 of 393 | 35.5% |

The total penetration of primary care as measured by the percentage of patients with identifiable primary care physicians has remained steady for the past few years at a little over 50%.

# VII. Discussion

## A. Trends in California Prison Death rates 2006-2011

*Table 8. Annual death Rates among California inmates, 2006- 2011.*

| Year | NUMBER OF DEATHS | NUMBER OF INMATES (on Jan. 31) | DEATH RATE PER 100,000 INMATES |
|---|---|---|---|
| 2006 | 426 | 166,844 | 255 |
| 2007 | 397 | 170,786 | 232 |
| 2008 | 369 | 170,022 | 217 |
| 2009 | 396 | 169,459 | 234 |
| 2010 | 415 | 166,700 | 249 |
| 2011 | 388 | 161,843 | 240 |

Indexed to population, the all cause death rate among California inmates has remained stable over the past six years of analysis, averaging 238 deaths/100,000 inmates, with a range of 232-255/100,000.