## B. Trends in Preventable Deaths, 2006-2011

*Figure 1. Numbers of California Prison System Deaths by Preventability, 2006-2011*



*Table 9. Rates of preventable deaths among California inmates, 2006-2011.*

| YEAR | ALL PREVENTABLE (LIKELY / POSSIBLY) | INMATE POPULATION | RATE/ 100,000 |
|---|---|---|---|
| 2006 | 66 total (18 / 48) | 166,844 | 39.6 |
| 2007 | 68 total (3 / 65) | 170,786 | 39.8 |
| 2008 | 66 total (5 / 61) | 170,022 | 38.8 |
| 2009 | 46 total (3 / 43) | 169,459 | 27.1 |
| 2010 | 52 total (5 / 47) | 166,700 | 31.2 |
| 2011 | 43 total (2 / 41) | 161,843 | 26.6 |

Figure 2 and Table 9 show that in 2011, there were 43 total preventable deaths (2 likely and 41 possibly preventable). This represents a reduction in the rate of all preventable

deaths / 100,000 inmates, which continues a trend that began in 2009 (six year average = 33.9/ year, range 26 - 40).

*Figure 2. Trend in Preventable Death Rates in the California Prison System, 2006-2011.*



There has also been a decrease in the number of definitely preventable deaths in 2011, continuing the favorable trend that began in 2007. (six year average = 6/year, range 2-18).

## C. Trends in causes of mortality

1. SUICIDES AND HOMICIDES – There were 34 suicides and 17 homicides in 2011. Table 11 and Figure 3 show that the number of suicides and homicides has remained stable over the six years of the Receivership. The average number of suicides is 35/year, ranging from 25 to 43. The average number of homicides is 16 / year, ranging from 7 to 22.

*Table 10. Numbers of Suicide- and Homicide- related deaths in the California Prison System, 2006-2011.*

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| --- | --- | --- | --- | --- | --- | --- |
| Suicide | 43 | 33 | 38 | 25 | 34 | 34 |
| Homicide | 16 | 22 | 7 | 9 | 23 | 17 |

20

*Figure 3. Numbers of Suicide- and Homicide-related deaths in the California Prison System, 2006-2011.*



2. DRUG OVERDOSES – Drug overdoses have been a significant cause of death in the younger inmate population. In 2010, the Quality Improvement department reinforced adherence to the CCHCS pain management and medication management guidelines in an effort to control opiate diversion and the opportunity for drug overdose. There were 12 drug overdose deaths in 2011. This represents a reduction of 48% from 2010, hopefully the onset of a favorable trend.

*Table 11. Numbers of Drug Overdose-related deaths in the California Prison System, 2006-2011.*

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| --- | --- | --- | --- | --- | --- | --- |
| Drug Overdose | 17 | 9 | 19 | 14 | 23 | 12 |

The average number of drug overdose deaths from 2006-2011 was 16, ranging from 9 – 23 per year.

3. COCCIDIOIDOMYCOSIS– Coccidioidomycosis (cocci) is a fungal disease endemic in the California Central Valley, where eight of the 33 state prisons are located. In the past few years, there has been a significant effort related to controlling coccidioidomycosis in the California prison population, including educational presentations to clinicians and a policy to restrict or remove high risk immune suppressed patients from the eight prisons in the endemic area, and ongoing monitoring of cases.

*Figure 4. Cocci-related deaths in the California Prison System, 2006-2011.*



*Table 12. Cocci-related deaths in the California Prison System, 2006-2011.*

| Year | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Cocci related deaths | 9 | 6 | 6 | 5 | 7 | 3 |

From 2006-2011, the average number of coccidioidomycosis deaths was six per year with a range of three to nine. In 2011 there were only three deaths from coccidioidomycosis, representing the possible beginning of another favorable trend.

## D. Trends in Lapses in Care – 2011

Previous annual reports have pointed out that lapses in care occur commonly in medical practice. Most of these lapses do not lead to serious injury or death, but all are capable of doing so, especially when they occur in vulnerable patients with serious underlying medical conditions. It also is true that the number of lapses rises with increasing numbers of encounters. Therefore, the patients at highest risk for encountering lapses in care are those that have the most medical needs. These high risk patients are the chronically ill, the elderly, patients with chronic pain and patients with coexisting serious behavioral illness.

1. Relationships between lapses in care and preventable deaths.

There is a relationship between the number of lapses occurring in a single case and a cascade of events that may lead to a preventable death.

Table 13 shows that in 2011 the cases of non preventable deaths averaged 0.4 lapses. There were an average of 2.4 lapses in possibly preventable death cases and an average of 3.0 lapses in the two definitely preventable deaths.