*Table 13. Number of lapses by preventability among California inmates, 2011.*

|  | Lapses | Number of Deaths | Average Lapses per death |
|---|---|---|---|
| Likely Preventable | 6 | 2 | 3.0 |
| Possibly Preventable | 85 | 34 | 2.4 |
| Non-Preventable | 252 | 352 | 0.4 |

*Figure 5. Average number of lapses per death by preventability among California inmates, 2007-2011.*



Figure 5 shows that these this relationship between numbers of lapses and preventability has held true for six years of analysis.

2. Trends in total lapses in care, 2007-2011

*Table 14. Number of lapses, by preventability, in California Prison System deaths, 2007-2011.*

| Year | Likely Preventable | Possibly Preventable | Non-Preventable | Total |
|---|---|---|---|---|
| 2007 | 11 | 109 | 179 | 299 |
| 2008 | 22 | 147 | 193 | 362 |
| 2009 | 11 | 90 | 205 | 306 |
| 2010 | 31 | 147 | 284 | 462 |
| 2011 | 6 | 92 | 154 | 252 |

*Figure 6. Lapses, by year and death preventability, in the California Prison System, 2007-2011.*



Table 14 and Figure 6 show the trends in total numbers of lapses from 2007-2011. The average number of lapses in the five years of tracking is 335 (range 252 – 462).

In 2011, there were a total of 252 identified serious lapses in care. This represents a very significant reduction from the average of 335 lapses identified from 2007-2010, and may represent the beginning of a favorable trend.

In the author's opinion, the overall decline in identified lapses is a result of the work done to systematically improve quality in the CCHCS. The 2010 Performance Improvement Plan described a detailed approach to improving quality in four specific areas – the areas representing the top four causes of death and the most common types of lapses noted in the care of these conditions.

<u>Cardiovascular diseases</u> - by focusing on identifying high risk patients and applying guideline directed proactive management such as the prescription of low dose aspirin, and education about recognition and management of acute coronary syndromes.

<u>Drug overdoses</u> - by improving emergency response protocols to "man down" situations and by reinforcing adherence to the CCHCS Pain Management and Medication Management Guidelines in order to mitigate opiate diversion and lessen the opportunity for drug overdose;

<u>Cancer care</u> - by developing performance dashboards and standardizing timeframes for cancer evaluation and treatment, encouraging the use of "holds" on pending transfers of patients between prisons to prevent treatment interruptions; and

Chronic liver disease - by reinforcing focus on existing policies and guidelines for managing chronic liver disease including more timely screening for liver cancer in high risk patients and earlier identification of those patients who might benefit from antiviral treatment.

3. Trends in lapses, by type, 2007-2011.

Table 15 and Figure 7 show the number of lapses by type from 2007 – 2011. With the exceptions of lapse types 1 and 10, the number of identified lapses in all other categories has declined.

*Table 15. Lapses, by type, in California Prison System deaths, 2007-2011.*

| Year | Type 1 | Type 2 | Type 3 | Type 4 | Type 5 | Type 6 | Type 7 | Type 8 | Type 9 | Type 10 | Type 11 | Type 12 | Type 13 | Type 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 96 | 28 | 52 | 19 | 10 | 17 | 4 | 22 | 10 | 5 | 9 | 1 | 5 | 7 |
| 2008 | 163 | 42 | 41 | 18 | 13 | 19 | 9 | 19 | 5 | 3 | 7 | 4 | 7 | 4 |
| 2009 | 99 | 31 | 50 | 18 | 16 | 18 | 14 | 15 | 10 | 4 | 2 | 6 | 6 | 15 |
| 2010 | 84 | 66 | 58 | 38 | 26 | 25 | 15 | 41 | 10 | 4 | 4 | 12 | 48 | 25 |
| 2011 | 87 | 31 | 25 | 20 | 16 | 6 | 7 | 16 | 4 | 10 | 2 | 4 | 9 | 15 |

*Figure 7. Number of lapses, by type, in California Prison System deaths, 2007-2011.*



4. Type 1 lapses, 2011

There has been no significant decline in type 1 lapses since 2007. The kinds of red flag signs and symptoms that have been cited by the review process are depicted in Figure 8 and Table 16.

*Figure 8. Signs and symptoms in Type 1 lapses in California Prison System deaths, 2011.*



*Table 16. Signs and symptoms in Type 1 lapses in California Prison System deaths, 2011.*

| Sign or Symptom | No. of occurrences |
|---|---|
| Severe or recurrent pain | 25 |
| chest - 9 | |
| abdomen -6 | |
| back - 4 | |
| Shortness of breath | 11 |
| Abnormal vital signs | 10 |
| hypotension - 4 | |
| Weight loss | 9 |
| Abnormally low oxygen saturation (less than 95%) | 8 |
| Abnormal CBC | 5 |
| Visible hemorrhage | 5 |
| epistaxis (nasal bleeding) - 2 | |
| hemoptysis (coughing of blood)- 1 | |
| hematemesis (vomiting of blood) - 1 | |
| hematochezia (rectal bleeding)- 1 | |
| Syncope | 4 |
| exertional syncope - 2 | |
| Recurrent vomiting | 3 |
| Recurrent or severe dizziness | 3 |
| All others (one each) | 31 |

Severe and /or recurrent pain, especially when located in the chest and abdomen, shortness of breath, measurable declines in oxygen saturation to 95% or less, and progressive weight loss are the most frequently mishandled "red flags", but clinicians should be made aware of the need to be particularly thorough in the evaluation of hemorrhage and loss of consciousness, whether observed or reported.

## VIII. Opportunities

In 2011, there have been ongoing improvements with the adoption of clinical information systems that support primary care and continuous quality improvement. A network has been contracted with for the provision of specialty care with requirements for timely consultation and reporting. An extensive program of continuing medical education and training has been offered to providers. Additional quality improvement and population management tools (patient registries and additional clinical guidelines) have been implemented. The Quality Improvement Department has started to track and report important clinical quality performance measures.

In 2012, all of these quality improvement activities are intended to continue in order to support full implementation of the Primary Care Model emphasizing population management.

The Primary Care Teams in every prison will receive further training on the identification and consistent management of high risk patients…older patients, patients with chronic disease and chronic pain syndromes, patients with coexisting behavioral issue, patients who have high utilization of emergency departments, patients who are frequently hospitalized, and patients who are candidates for hospice care. Teams will work to improve communication and coordination of care of their patients especially during care transitions (transfers from prison to prison and to and from specialists and hospitals).

Attention should be paid to the continuing high number of type 1 lapses involving the recognition and careful assessment of certain high risk symptoms and signs….those that most often signal an opportunity to prevent serious morbidity or death.

In 2012, there may also be opportunities to decrease the numbers of deaths involving younger inmates – working with behavioral health to identify and treat serious depression, depression that does not seem to be responding to treatment, and continuing the work to decrease opportunities for drug overdose.

## IX. Conclusions

The Federal Receivership for CCHCS has continued to conduct thorough reviews of all patient deaths. Deaths are seen as potential sentinel events, and the reviews focus not just on the events immediately surrounding the death, but at all of the care in the preceding six months or beyond, looking for serious lapses in care, and targeting these identified lapses for directed quality improvement. Although the overall death rate for California inmates has remained stable, this 2011 annual review has shown improvement in many major areas, including meaningful reductions in identified serious lapses in medical care, and reductions in the number of preventable deaths.

This review attributes these improvements to the many positive changes being made in continuous quality improvement as well as the continued evolution of a primary care patient centered model, and predicts that the gains made in 2011 will be further consolidated and sustained in 2012.