# Exhibit A

|  | Current[1] | Benchmarks | |
|---|---|---|---|
|  |  | June 2013 | December 2013 |
| **CDCR Population Projections** | 132,941 | 131,606 | 130,628 |

| **The Blueprint** | | | |
|---|---|---|---|
| Camps | 3,760 | 2,500 | 2,500 |
| In-State Contract Beds | 944 | 985 | 2,210 |
| Out-of-State Contract Beds | 8,910 | 8,988 | 4,596 |
| New Construction[2] |  |  | 1,722 |
| Prop 36 Third Strikers--Projected Releases Upon Court Resentencing | n/a | 300 | 500 |
| Prison Population | 119,327 | 118,833 | 120,822 |
| Court-Ordered Targets at 137.5% | 109,665 | 109,665 | 112,032 |
| Gap at 137.5% | **-9,662** | **-9,168** | **-8,790** |

| **Areas for Potential Court Order** | | | |
|---|---|---|---|
|  |  |  |  |
| Allow Minimum Custody inmates to receive 2 for 1 credit earning* | n/a | 0 | 257 |
| Expand Milestone Completion Credits to Violent & 2nd Strike Offenders* | n/a | 0 | 554 |
| Increase Credits--Second Strikers from 20% to 34% (excludes sex offenders)* | n/a | 0 | 387 |
| Increase Credits--Violent Offenders from 15% to 34% (excludes sex offenders)* | n/a | 0 | 380 |
| Sentencing Changes for Specified Offenses* | n/a | 0 | 228 |
| Convicted Felons in County Jail with 9 months or Less Left to Serve Stay in Jail* | n/a | 0 | 439 |
|  |  |  |  |
| Expand Alternative Custody Program and Work Furlough/Restitution Centers | n/a | 300 | 1,000 |
| Expanded In-State Contract Beds/Leased Jail Beds | n/a | 1,225 | 1,225 |
| Slowed Return of Out-of-State Contract Beds | n/a | 0 | 3,892 |
|  |  |  |  |
| Camps | n/a | 500 | 0 |
|  |  |  |  |
| Court-Ordered Outright Early Releases | n/a | 7,143 | 429 |
|  |  |  |  |
| Prison Population | 119,327 | 109,665 | 112,032 |
| Court-Ordered Targets at 137.5% | 109,665 | 109,665 | 112,032 |

| **Gap at 137.5%** | **-9,662** | 0 | 0 |
|---|---|---|---|

[1] Information set forth in the "Current" column is actual data as of December 26, 2012.
[2] Recognition of the increased capacity of 1,722 for activation of the California Health Care Facility has been shifted from June 2013 to December 2013. Activation is anticipated in July 2013.
* Assumes implementation is effective on July 1, 2013.