# Exhibit C

Data Analysis Unit                                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                          State of California
Offender Information Services Branch                                                                December 5, 2012

TABLE INSTPOP-1

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Country of Birth and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of PLBIRTH by HOLD1

PLBIRTH            HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| AFGHANISTAN | 2 | 0 | 3 | 5 |
| AFRICA | 16 | 6 | 14 | 36 |
| ALBANIA | 1 | 0 | 7 | 8 |
| ALGERIA | 1 | 0 | 3 | 4 |
| ANDORRA | 0 | 0 | 1 | 1 |
| ANGOLA | 1 | 0 | 0 | 1 |
| ANTIGUA | 3 | 1 | 0 | 4 |
| ARGENTINA | 6 | 2 | 6 | 14 |
| AUSTRALIA/NEW ZEALAND | 3 | 3 | 4 | 10 |
| AUSTRIA | 0 | 1 | 1 | 2 |
| BAHAMA ISLANDS | 1 | 0 | 1 | 2 |
| BAHRAIN ISLANDS | 3 | 0 | 3 | 6 |
| BARBADOS | 1 | 0 | 1 | 2 |
| BELGIUM | 2 | 0 | 1 | 3 |
| BERMUDA | 2 | 0 | 0 | 2 |
| BOLIVIA | 2 | 3 | 3 | 8 |
| BOTSWANA | 0 | 0 | 1 | 1 |
| BRAZIL | 4 | 9 | 17 | 30 |
| BRITISH HONDURAS | 12 | 10 | 58 | 80 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

Data Analysis Unit                                 Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                 State of California
Offender Information Services Branch                       December 5, 2012

TABLE INSTPOP-1

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Country of Birth and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of PLBIRTH by HOLD1

PLBIRTH          HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| BULGARIA | 2 | 0 | 1 | 3 |
| BURMA | 3 | 2 | 2 | 7 |
| CAMBODIA | 17 | 13 | 115 | 145 |
| CAMEROON | 4 | 1 | 4 | 9 |
| CANADA | 30 | 14 | 54 | 98 |
| CANAL ZONE | 1 | 0 | 1 | 2 |
| CAPE VERDE | 1 | 0 | 0 | 1 |
| CENTRAL AFRICAN REPUBLIC | 0 | 0 | 3 | 3 |
| CENTRAL AMERICA | 13 | 2 | 17 | 32 |
| CHILE | 12 | 4 | 3 | 19 |
| CHINA | 7 | 9 | 21 | 37 |
| COLOMBIA | 11 | 8 | 50 | 69 |
| CONGO | 1 | 0 | 0 | 1 |
| COSTA RICA | 33 | 7 | 25 | 65 |
| CUBA | 41 | 38 | 216 | 295 |
| CYPRUS | 4 | 2 | 0 | 6 |
| CZECHOSLOVAKIA | 2 | 0 | 1 | 3 |
| DENMARK | 1 | 0 | 0 | 1 |
| DOMINICAN REPUBLIC | 4 | 3 | 5 | 12 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section            State of California
Offender Information Services Branch                   December 5, 2012

TABLE INSTPOP-1

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Country of Birth and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of PLBIRTH by HOLD1

PLBIRTH          HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|-----------|---------------|-----------------|------------|-------|
| EAST GERMANY | 0 | 0 | 1 | 1 |
| ECUADOR | 5 | 2 | 22 | 29 |
| EGYPT | 7 | 2 | 10 | 19 |
| EL SALVADOR | 97 | 138 | 915 | 1150 |
| ENGLAND | 53 | 10 | 26 | 89 |
| ESTONIA | 0 | 0 | 2 | 2 |
| ETHIOPIA | 7 | 4 | 10 | 21 |
| EUROPE | 0 | 3 | 0 | 3 |
| FIJI ISLANDS | 13 | 19 | 28 | 60 |
| FINLAND | 1 | 0 | 1 | 2 |
| FRANCE | 14 | 6 | 4 | 24 |
| GERMANY | 138 | 30 | 12 | 180 |
| GHANA | 1 | 2 | 4 | 7 |
| GREECE | 3 | 3 | 4 | 10 |
| GREENLAND | 3 | 1 | 0 | 4 |
| GRENADA | 0 | 0 | 1 | 1 |
| GUADELOUPE | 0 | 1 | 0 | 1 |
| GUATEMALA | 70 | 96 | 457 | 623 |
| GUIANA/GUYANA | 3 | 0 | 7 | 10 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                      State of California
Offender Information Services Branch                                           December 5, 2012

TABLE INSTPOP-1

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Country of Birth and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of PLBIRTH by HOLD1

PLBIRTH          HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| HAITI | 8 | 2 | 3 | 13 |
| HONDURAS | 23 | 42 | 259 | 324 |
| HONG KONG | 12 | 4 | 14 | 30 |
| HUNGARY | 5 | 3 | 3 | 11 |
| INDIA | 17 | 12 | 30 | 59 |
| INDONESIA | 17 | 4 | 8 | 29 |
| IRAN | 35 | 20 | 59 | 114 |
| IRAQ | 8 | 2 | 18 | 28 |
| IRELAND | 0 | 0 | 3 | 3 |
| ISRAEL | 10 | 6 | 14 | 30 |
| ITALY | 16 | 4 | 12 | 32 |
| JAMAICA | 17 | 10 | 37 | 64 |
| JAPAN | 52 | 8 | 12 | 72 |
| JORDAN | 8 | 4 | 9 | 21 |
| KENYA | 5 | 1 | 8 | 14 |
| KOREA | 69 | 29 | 82 | 180 |
| KUWAIT | 3 | 1 | 1 | 5 |
| LAOS | 28 | 36 | 155 | 219 |
| LATVIA | 0 | 0 | 1 | 1 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                              State of California
Offender Information Services Branch                                    December 5, 2012

TABLE INSTPOP-1
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Country of Birth and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of PLBIRTH by HOLD1

PLBIRTH          HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| LEBANON | 2 | 5 | 8 | 15 |
| LESOTHO | 1 | 0 | 1 | 2 |
| LIBERIA | 1 | 1 | 8 | 10 |
| LIBYA | 0 | 0 | 2 | 2 |
| LITHUANIA | 0 | 0 | 1 | 1 |
| LUXEMBOURG | 1 | 0 | 0 | 1 |
| MALAYSIA | 3 | 1 | 4 | 8 |
| MALDIVES | 2 | 0 | 0 | 2 |
| MALI | 1 | 0 | 0 | 1 |
| MALTA | 3 | 1 | 0 | 4 |
| MARSHALL ISLANDS | 0 | 1 | 0 | 1 |
| MARTINIQUE | 0 | 1 | 2 | 3 |
| MAURITANIA | 1 | 0 | 0 | 1 |
| MEXICO | 1300 | 1477 | 10788 | 13565 |
| MONGOLIA | 1 | 0 | 0 | 1 |
| MOROCCO | 5 | 10 | 43 | 58 |
| NAURU | 1 | 0 | 0 | 1 |
| NEPAL | 1 | 0 | 0 | 1 |
| NETHERLANDS | 28 | 1 | 4 | 33 |
| Total | 114881 | 3259 | 15150 | 133290 |
| (Continued) | | | | |

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                              State of California
Offender Information Services Branch                                    December 5, 2012

TABLE INSTPOP-1

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Country of Birth and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of PLBIRTH by HOLD1

PLBIRTH          HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|-----------|--------------:|----------------:|-----------:|------:|
| NEW GUINEA | 1 | 0 | 0 | 1 |
| NEW ZEALAND | 2 | 0 | 6 | 8 |
| NICARAGUA | 21 | 22 | 82 | 125 |
| NIGER | 1 | 0 | 0 | 1 |
| NIGERIA | 6 | 5 | 9 | 20 |
| NORTHERN IRELAND | 1 | 1 | 6 | 8 |
| PACIFIC ISLANDS | 162 | 82 | 21 | 265 |
| PAKISTAN | 5 | 6 | 7 | 18 |
| PANAMA | 20 | 4 | 11 | 35 |
| PARAGUAY | 1 | 0 | 0 | 1 |
| PERU | 17 | 14 | 38 | 69 |
| PHILIPPINE ISLANDS | 87 | 49 | 173 | 309 |
| POLAND | 14 | 2 | 5 | 21 |
| PORTUGAL | 7 | 3 | 8 | 18 |
| QATAR | 1 | 0 | 0 | 1 |
| REUNION | 2 | 0 | 0 | 2 |
| RHODESIA | 1 | 1 | 1 | 3 |
| ROMANIA | 12 | 14 | 22 | 48 |
| SAUDI ARABIA | 6 | 2 | 0 | 8 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                          Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                          State of California
Offender Information Services Branch                                                December 5, 2012

TABLE INSTPOP-1

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Country of Birth and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of PLBIRTH by HOLD1

PLBIRTH          HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| SCOTLAND | 6 | 1 | 6 | 13 |
| SIERRA LEONE | 1 | 1 | 1 | 3 |
| SIKKIM | 0 | 0 | 3 | 3 |
| SINGAPORE | 2 | 1 | 0 | 3 |
| SOMALIA | 10 | 5 | 19 | 34 |
| SOUTH AFRICA | 7 | 1 | 2 | 10 |
| SOUTH AMERICA | 5 | 0 | 2 | 7 |
| SOUTH YEMEN | 2 | 1 | 0 | 3 |
| SOUTH-WEST AFRICA | 2 | 0 | 0 | 2 |
| SOVIET UNION | 40 | 20 | 99 | 159 |
| SPAIN | 7 | 5 | 5 | 17 |
| SUDAN | 2 | 1 | 2 | 5 |
| SURINAM | 1 | 0 | 2 | 3 |
| SWEDEN | 0 | 0 | 2 | 2 |
| SWITZERLAND | 1 | 0 | 1 | 2 |
| SYRIA | 6 | 1 | 3 | 10 |
| TAIWAN | 15 | 17 | 13 | 45 |
| TANZANIA | 0 | 1 | 0 | 1 |
| THAILAND | 38 | 50 | 175 | 263 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                          Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                          State of California
Offender Information Services Branch                                               December 5, 2012

TABLE INSTPOP-1

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Country of Birth and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of PLBIRTH by HOLD1

PLBIRTH            HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| TOGO | 4 | 0 | 0 | 4 |
| TONGA | 5 | 1 | 19 | 25 |
| TRINIDAD | 4 | 3 | 8 | 15 |
| TURKEY | 5 | 3 | 6 | 14 |
| UGANDA | 2 | 1 | 2 | 5 |
| UNITED ARAB REPUBLIC | 3 | 1 | 0 | 4 |
| UNITED STATES | 111272 | 645 | 129 | 112046 |
| UNKNOWN | 568 | 12 | 39 | 619 |
| URUGUAY | 0 | 0 | 3 | 3 |
| VENEZUELA | 4 | 3 | 4 | 11 |
| VIETNAM | 134 | 126 | 458 | 718 |
| WALES | 0 | 1 | 0 | 1 |
| WEST GERMANY | 10 | 4 | 1 | 15 |
| WEST INDIES | 3 | 1 | 4 | 8 |
| WESTERN SAMOA | 5 | 3 | 9 | 17 |
| YEMEN | 2 | 2 | 3 | 7 |
| YUGOSLAVIA | 2 | 1 | 6 | 9 |
| ZAMBIA | 0 | 0 | 1 | 1 |
| Total | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                      Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                          State of California
Offender Information Services Branch                                              December 5, 2012

TABLE INSTPOP-2
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Offense and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of OFFSGRP by HOLD1

OFFSGRP(Offense grouped into 36 offense groups)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|-----------|---------------|-----------------|------------|-------|
| MISSING   | 8584          | 229             | 1539       | 10352 |
| MURD 1ST  | 6333          | 159             | 1091       | 7583  |
| MURD 2ND  | 8046          | 267             | 1974       | 10287 |
| MANSLAWT  | 3064          | 137             | 483        | 3684  |
| VEHCMANS  | 572           | 54              | 73         | 699   |
| ROBBERY   | 19150         | 403             | 1739       | 21292 |
| ASLT DWP  | 10430         | 275             | 1030       | 11735 |
| OTH ASLT  | 9397          | 222             | 928        | 10547 |
| RAPE      | 1699          | 99              | 595        | 2393  |
| LEWD ACT  | 5693          | 609             | 2397       | 8699  |
| ORAL COP  | 601           | 28              | 107        | 736   |
| SODOMY    | 160           | 9               | 50         | 219   |
| PENETRAT  | 418           | 14              | 116        | 548   |
| OTHR SEX  | 1806          | 67              | 273        | 2146  |
| KIDNAP    | 1285          | 46              | 261        | 1592  |
| BURG 1ST  | 6848          | 117             | 543        | 7508  |
| BURG 2ND  | 3057          | 25              | 119        | 3201  |
| GRD THFT  | 1055          | 24              | 47         | 1126  |
| PTYTHF P  | 1399          | 13              | 33         | 1445  |
| Total     | 114881        | 3259            | 15150      | 133290 |

(Continued)

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                          Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                         State of California
Offender Information Services Branch                                               December 5, 2012

TABLE INSTPOP-2
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Offense and Hold Status
AS OF November 30, 2012


The FREQ Procedure


Table of OFFSGRP by HOLD1


OFFSGRP(Offense grouped into 36 offense groups)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE HOLD | USICE HOLD | Total |
|---|---|---|---|---|
| RCVSTOLP | 1288 | 10 | 31 | 1329 |
| VEHC THF | 2196 | 26 | 73 | 2295 |
| FRGFRAUD | 881 | 19 | 43 | 943 |
| OTH PROP | 662 | 9 | 26 | 697 |
| CS+ POSS | 4019 | 37 | 135 | 4191 |
| CS+PSALE | 4548 | 113 | 532 | 5193 |
| CS+ SALE | 1820 | 48 | 264 | 2132 |
| CS+ MANF | 158 | 3 | 19 | 180 |
| CS+ OTHR | 429 | 4 | 40 | 473 |
| HASH POS | 11 | 1 | 0 | 12 |
| MARJPSAL | 240 | 4 | 10 | 254 |
| MARJ SAL | 174 | 5 | 17 | 196 |
| MARJ OTH | 51 | 0 | 5 | 56 |
| ESCAPE | 81 | 2 | 5 | 88 |
| DRVU INF | 1237 | 49 | 166 | 1452 |
| ARSON | 395 | 10 | 22 | 427 |
| POS WEAP | 4350 | 63 | 181 | 4594 |
| OTHR OFF | 2743 | 59 | 183 | 2985 |
| UNCATEGD | 1 | 0 | 0 | 1 |
| Total | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
December 5, 2012

TABLE INSTPOP-3
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY County of Commitment and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of COUNTY by HOLD1

COUNTY(County of last commit supp w/deliv agy)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| USINS/OTHER | 55 | 0 | 0 | 55 |
| ALAMEDA | 3281 | 64 | 261 | 3606 |
| ALPINE | 2 | 0 | 0 | 2 |
| AMADOR | 121 | 1 | 2 | 124 |
| STATE/ARKANSAS | 2 | 0 | 0 | 2 |
| STATE/ARIZONA | 2 | 0 | 0 | 2 |
| BUTTE | 933 | 9 | 31 | 973 |
| CALAVERAS | 83 | 3 | 5 | 91 |
| CONTRA COSTA | 1575 | 33 | 153 | 1761 |
| STATE/COLORADO | 1 | 0 | 0 | 1 |
| COLUSA | 50 | 0 | 11 | 61 |
| STATE/DELAWARE | 1 | 0 | 0 | 1 |
| DEL NORTE | 116 | 0 | 2 | 118 |
| EL DORADO | 372 | 2 | 16 | 390 |
| FEDERAL CASE | 8 | 0 | 1 | 9 |
| STATE/FLORIDA | 8 | 0 | 1 | 9 |
| FRESNO | 3253 | 87 | 457 | 3797 |
| GLENN | 87 | 1 | 13 | 101 |
| HUMBOLDT | 395 | 3 | 16 | 414 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                          Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                            State of California
Offender Information Services Branch                                                  December 5, 2012

TABLE INSTPOP-3
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY County of Commitment and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of COUNTY by HOLD1

COUNTY(County of last commit supp w/deliv agy)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| STATE/ILLINOIS | 1 | 0 | 0 | 1 |
| IMPERIAL | 269 | 4 | 40 | 313 |
| INYO | 46 | 0 | 0 | 46 |
| KERN | 3302 | 65 | 271 | 3638 |
| KINGS | 994 | 31 | 108 | 1133 |
| LOS ANGELES | 38783 | 1446 | 6179 | 46408 |
| LAKE | 291 | 2 | 6 | 299 |
| LASSEN | 94 | 0 | 1 | 95 |
| MADERA | 434 | 13 | 65 | 512 |
| MARIN | 270 | 4 | 57 | 331 |
| STATE/MAINE | 1 | 0 | 0 | 1 |
| MENDOCINO | 285 | 5 | 24 | 314 |
| MERCED | 702 | 21 | 114 | 837 |
| STATE/MINNESOTA | 5 | 1 | 0 | 6 |
| MONO | 14 | 1 | 2 | 17 |
| MODOC | 16 | 0 | 1 | 17 |
| MONTEREY | 1285 | 56 | 214 | 1555 |
| MARIPOSA | 53 | 0 | 0 | 53 |
| STATE/MONTANA | 3 | 0 | 0 | 3 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                              Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                              State of California
Offender Information Services Branch                                                    December 5, 2012

TABLE INSTPOP-3

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY County of Commitment and Hold Status
AS OF November 30, 2012


The FREQ Procedure


Table of COUNTY by HOLD1


COUNTY(County of last commit supp w/deliv agy)
            HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| NAPA | 257 | 6 | 41 | 304 |
| STATE/NORTH CAROLINA | 1 | 0 | 0 | 1 |
| NEVADA | 93 | 3 | 3 | 99 |
| STATE/NEW HAMPSHIRE | 5 | 0 | 0 | 5 |
| STATE/NEW MEXICO | 6 | 0 | 0 | 6 |
| STATE/NEVADA | 5 | 1 | 0 | 6 |
| STATE/OKLAHOMA | 11 | 0 | 0 | 11 |
| STATE/OREGON | 10 | 0 | 0 | 10 |
| ORANGE | 5333 | 249 | 1473 | 7055 |
| PLACER | 630 | 10 | 33 | 673 |
| PLUMAS | 43 | 1 | 0 | 44 |
| RIVERSIDE | 8379 | 187 | 878 | 9444 |
| SACRAMENTO | 6061 | 136 | 340 | 6537 |
| SANTA BARBARA | 975 | 35 | 187 | 1197 |
| SAN BERNARDINO | 8327 | 96 | 578 | 9001 |
| SAN BENITO | 111 | 4 | 16 | 131 |
| STATE/SOUTH CAROLINA | 2 | 0 | 0 | 2 |
| Total (Continued) | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                              Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                            State of California
Offender Information Services Branch                                                 December 5, 2012

TABLE INSTPOP-3
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY County of Commitment and Hold Status
AS OF November 30, 2012


The FREQ Procedure


Table of COUNTY by HOLD1


COUNTY(County of last commit supp w/deliv agy)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| SANTA CLARA | 3535 | 155 | 733 | 4423 |
| SANTA CRUZ | 420 | 14 | 65 | 499 |
| SAN DIEGO | 8321 | 128 | 1037 | 9486 |
| SAN FRANCISCO | 944 | 24 | 110 | 1078 |
| SHASTA | 1096 | 10 | 39 | 1145 |
| SIERRA | 12 | 0 | 0 | 12 |
| SISKIYOU | 178 | 1 | 5 | 184 |
| SAN JOAQUIN | 2533 | 73 | 259 | 2865 |
| SAN LUIS OBISPO | 547 | 14 | 39 | 600 |
| SAN MATEO | 983 | 42 | 230 | 1255 |
| SOLANO | 1033 | 20 | 50 | 1103 |
| SONOMA | 866 | 16 | 156 | 1038 |
| STANISLAUS | 1686 | 31 | 161 | 1878 |
| SUTTER | 235 | 6 | 21 | 262 |
| TEHAMA | 337 | 6 | 26 | 369 |
| TRINITY | 42 | 0 | 0 | 42 |
| TULARE | 1950 | 65 | 290 | 2305 |
| TUOLUMNE | 214 | 1 | 2 | 217 |
| STATE/UTAH | 1 | 0 | 0 | 1 |
| Total | 114881 | 3259 | 15150 | 133290 |

(Continued)


ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
December 5, 2012

TABLE INSTPOP-3

Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY County of Commitment and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of COUNTY by HOLD1

COUNTY(County of last commit supp w/deliv agy)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| VENTURA | 1424 | 45 | 250 | 1719 |
| STATE/WASHINGTON | 5 | 0 | 0 | 5 |
| YOUTH AUTHORITY | 10 | 0 | 0 | 10 |
| YOLO | 707 | 20 | 55 | 782 |
| YUBA | 360 | 8 | 22 | 390 |
| Total | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
December 5, 2012

TABLE INSTPOP-4
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Institution and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of LOC by HOLD1

LOC(Dau: phys inst/parole region locn)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| AVE | 3957 | 175 | 887 | 5019 |
| CAL | 2871 | 142 | 534 | 3547 |
| CCC | 4214 | 111 | 227 | 4552 |
| CCF | 442 | 35 | 126 | 603 |
| CCI | 1841 | 57 | 266 | 2164 |
| CCI3 | 713 | 24 | 184 | 921 |
| CCI4A | 640 | 6 | 54 | 700 |
| CCI4B | 671 | 9 | 87 | 767 |
| CCW | 2601 | 35 | 222 | 2858 |
| CCWRC | 569 | 1 | 9 | 579 |
| CEN | 2906 | 113 | 452 | 3471 |
| CIM | 1687 | 68 | 299 | 2054 |
| CIM-E | 549 | 31 | 146 | 726 |
| CIW | 1669 | 26 | 84 | 1779 |
| CMC | 3047 | 58 | 224 | 3329 |
| CMC-W | 1697 | 68 | 306 | 2071 |
| CMF | 2145 | 35 | 163 | 2343 |
| COCF | 6590 | 447 | 1645 | 8682 |
| COR | 4011 | 119 | 525 | 4655 |
| CRC | 2941 | 118 | 374 | 3433 |

(Continued)

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                                  Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                              State of California
Offender Information Services Branch                                                    December 5, 2012

TABLE INSTPOP-4
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Institution and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of LOC by HOLD1

LOC(Dau: phys inst/parole region locn)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| CSP-S | 3676 | 102 | 453 | 4231 |
| CTF-C | 2278 | 60 | 519 | 2857 |
| CTF-N | 1874 | 105 | 360 | 2339 |
| CTF-S | 443 | 26 | 99 | 568 |
| CVSP | 1964 | 64 | 700 | 2728 |
| DVI | 849 | 15 | 66 | 930 |
| DVIRC | 1308 | 2 | 44 | 1354 |
| FOL | 2229 | 40 | 219 | 2488 |
| FOL-A | 848 | 6 | 79 | 933 |
| FOL-B | 678 | 3 | 62 | 743 |
| FOL-C | 780 | 5 | 70 | 855 |
| HDP | 3098 | 66 | 324 | 3488 |
| HDPRC | 3 | 0 | 0 | 3 |
| IONE | 2594 | 11 | 246 | 2851 |
| ISP | 2815 | 121 | 590 | 3526 |
| KVSP | 3414 | 111 | 396 | 3921 |
| LAC | 3335 | 83 | 353 | 3771 |
| LACRC | 27 | 2 | 5 | 34 |
| LPUFR | 66 | 1 | 0 | 67 |
| LPUPM | 14 | 0 | 0 | 14 |

(Continued)

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
December 5, 2012

TABLE INSTPOP-4
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Institution and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of LOC by HOLD1

LOC(Dau: phys inst/parole region locn)
HOLD1(HOLD CATEGORY)

| Frequency | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| NKP | 804 | 30 | 62 | 896 |
| NKPRC | 3552 | 25 | 162 | 3739 |
| PSP | 2643 | 44 | 330 | 3017 |
| PVP | 3183 | 93 | 399 | 3675 |
| RCC | 951 | 12 | 84 | 1047 |
| RCW | 821 | 45 | 152 | 1018 |
| RJD | 3071 | 102 | 357 | 3530 |
| RJDRC | 18 | 0 | 2 | 20 |
| SATF | 4804 | 123 | 793 | 5720 |
| SCC | 4173 | 84 | 306 | 4563 |
| SQ | 2788 | 45 | 248 | 3081 |
| SQ-RC | 810 | 1 | 51 | 862 |
| SRITA | 2 | 0 | 0 | 2 |
| SVSP | 3242 | 67 | 314 | 3623 |
| VSP | 676 | 10 | 34 | 720 |
| VSPM | 772 | 33 | 132 | 937 |
| WSP | 728 | 27 | 66 | 821 |
| WSPRC | 3789 | 17 | 259 | 4065 |
| Total | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                              State of California
Offender Information Services Branch                                    December 5, 2012

TABLE INSTPOP-5
Number of Inmates in the Institution Population
Who Have a USICE Hold, Have a Potential USICE Hold
or Do Not Have an Actual or Potential USICE Hold
BY Ethnic Group and Hold Status
AS OF November 30, 2012

The FREQ Procedure

Table of ETHNIC by HOLD1

ETHNIC(ETHNICITY)      HOLD1(HOLD CATEGORY)

| Frequency Row Pct | NO USICE HOLD | POTENTIAL USICE | USICE HOLD | Total |
|---|---|---|---|---|
| OTHER | 5382<br>63.86 | 709<br>8.41 | 2337<br>27.73 | 8428 |
| BLACK | 38978<br>98.96 | 179<br>0.45 | 229<br>0.58 | 39386 |
| HISPANIC | 40211<br>73.54 | 2173<br>3.97 | 12295<br>22.49 | 54679 |
| WHITE | 30310<br>98.42 | 198<br>0.64 | 289<br>0.94 | 30797 |
| Total | 114881 | 3259 | 15150 | 133290 |

ReportAutomation\SAS\Monthly\Foreign.sas

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                   State of California
Offender Information Services Branch                                          December 5, 2012

```
                              TABLE INSTPOP-6
                   Number of Inmates in the Institution Population
                   Who Have a USICE Hold, Have a Potential USICE Hold
                   or Do Not Have an Actual or Potential USICE Hold
                             BY Gender and Hold Status
                             AS OF November 30, 2012


                              The FREQ Procedure

                            Table of SEX by HOLD1

                   SEX(GENDER)      HOLD1(HOLD CATEGORY)

                   Frequency |
                   Row Pct   | NO USICE |POTENTIA |USICE    |
                             | HOLD     |L USICE  |HOLD     |   Total
                   ----------+----------+---------+---------+
                   FEMALE    |    5589  |     73  |    349  |    6011
                             |   92.98  |   1.21  |   5.81  |
                   ----------+----------+---------+---------+
                   MALE      |  109292  |   3186  |  14801  |  127279
                             |   85.87  |   2.50  |  11.63  |
                   ----------+----------+---------+---------+
                   Total         114881      3259     15150    133290
```

ReportAutomation\SAS\Monthly\Foreign.sas