KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL – SBN 122626
Supervising Deputy Attorney General
DEBBIE VOROUS – SBN 166884
PATRICK McKINNEY – SBN 215228
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – SBN 39374
PAUL B. MELLO – SBN 179755
WALTER R. SCHNEIDER – SBN 173113
SAMANTHA D. WOLFF- SBN 240280
PAUL B. GRUWELL – SBN 252474
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777--3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF PAUL B. MELLO IN SUPPORT OF DEFENDANTS' RESPONSE TO OCTOBER 11, 2012 ORDER TO DEVELOP PLANS TO ACHIEVE REQUIRED PRISON POPULATION REDUCTION** |

/ / /

/ / /

4914156.1

I, Paul B. Mello, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am a partner with the law firm Hanson Bridgett LLP, co-counsel of record for Defendants. I make this declaration in support of Defendants' Response to the Court's October 11, 2012 Order. I have personal knowledge of the matters contained in this declaration and, if called as a witness, I could and would so testify.

2. Attached as Exhibit A is a true and correct copy of a list of population reduction measures that Plaintiffs' counsel, Rebekah Evenson, provided to me by email on Friday, January 4, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Walnut Creek, California on January 7, 2013.

      _____/s/ Paul B. Mello_____
            Paul B. Mello