# Exhibit A

| Reforms | Current Target Population | Pure Impact | Adjusted @20% Discount |
|---|---|---|---|
| CDCR Reforms | | | |
| 1.  Drug Possession to Misd Crime | 2,436 | 2,436 | 1,949 |
| 2.  Expansion of AB 109 Criteria | 5,338 | 5,338 | 4,270 |
| Modified CDCR Reforms - Retroactive | | | |
| 1.  2nd Striker Good Time Credits | 32,846 | 7,542 | 6,034 |
| 2.  Violent Offense Good Time Credits | 36,447 | 11,705 | 9,364 |
| 3   Enhanced Program Credits - All Inmates | 88,886 | 4,200 | 3,360 |
| New Options Not Proposed By CDCR | | | |
| 4.  Divert Technical Probation Violators | 3,128 | 3,128 | 2,502 |
| 6.  Lifers With Parole -Past PED-Low Risk | 25,860 | 4,912 | 3,930 |
| 7.   ICE Transfers with 6 months to serve | 15,236 | 1,298 | 1,038 |
| 8.  New 3rd Strike Law | 8,876 | 2,800 | 2,240 |
| Totals | 134,000 | 43,359 | 34,687 |