IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.

                             /

KAREN Y. KIRBY,

    Plaintiff,                No. 2:13-cv-0021 GEB KJN PS

    vs.

JERRY BROWN, et al.,            RELATED CASE ORDER

    Defendants.

                             /

       Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve some of the same parties, and are based on similar questions of fact. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1      The parties should be aware that relating the cases under Local Rule 123 merely has the
2 result that the actions are assigned to the same judge and magistrate judge; no consolidation of
3 the actions is effected.  Under the regular practice of this court, related cases are generally
4 assigned to the judge and magistrate judge to whom the first filed action was assigned.

5      IT IS THEREFORE ORDERED that the action denominated NO.  2:13-cv-0021 GEB
6 KJN PS be, and the same hereby is, reassigned to Judge Lawrence K. Karlton and Magistrate
7 Judge John F. Moulds for all further proceedings, and any dates currently set in this reassigned
8 case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned
9 case shall be shown as NO. 2:13-cv-0021 LKK JFM PS.

10     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
11 the assignment of civil cases to compensate for this reassignment.

12     DATED: January 8, 2013.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```