| | |
|---|---|
| MICHAEL W. BIEN – 096891 | DONALD SPECTER – 083925 |
| ERNEST GALVAN – 196065 | STEVEN FAMA – 099641 |
| LISA ELLS – 243657 | PRISON LAW OFFICE |
| ROSEN BIEN GALVAN & GRUNFELD, LLP | 1917 Fifth Street |
| 315 Montgomery Street, Tenth Floor | Berkeley, California 94710-1916 |
| San Francisco, California 94104-1823 | Telephone: (510) 280-2621 |
| Telephone: (415) 433-6830 | |
| CLAUDIA CENTER – 158255 | WARREN E. GEORGE – 053588 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER | BINGHAM McCUTCHEN LLP |
| | Three Embarcadero Center |
| 600 Harrison Street, Suite 120 | San Francisco, California 94111-4067 |
| San Francisco, California 94107-1389 | Telephone: (415) 393-2000 |
| Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK_JFM |
| Plaintiffs, | **ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2012** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

[707613-1]

On December 27, 2012, the parties in this case filed a stipulation confirming the results of their meet and confer session concerning fees and costs for the third quarter of 2012, pursuant to the March 19, 1996 periodic fees order in this case.

Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and costs of $374,125.46, plus interest, are due and collectable forty-five days from the date of entry of this Order. Interest on this amount will run from December 2, 2012, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED

**Date: 1/10/2013**

_____
UNITED STATES MAGISTRATE JUDGE

af3q12