DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone:   (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM P<br><br>**THREE JUDGE COURT**<br><br>**NOTICE OF MOTION AND MOTION TO EXPEDITE DISCOVERY RESPONSES** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. C01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>Date:　January 24, 2013 [proposed]<br>Time:　11:00 am<br>Place:　TBD<br>Judge:　Hon. John F. Moulds, Magistrate Judge |

[714051-2]

NOTICE OF MOTION AND MOTION TO EXPEDITE DISCOVERY RESPONSES

| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>JANE E. KAHN – 112239<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>LAURA BOYSEN-ARAGON – 248083<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 |
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:   (415) 864-8848 | WARREN E. GEORGE – 053588<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California  94111-4066<br>Telephone:   (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>            Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**NOTICE OF MOTION AND MOTION TO EXPEDITE DISCOVERY RESPONSES**<br><br>Date:   January 24, 2013 [proposed]<br>Time:   11:00 am<br>Place:   TBD<br>Judge:   Hon. John F. Moulds, Magistrate Judge |

[714051-2]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that on January 24, 2013, at 11:00 a.m., or as soon thereafter as the matter may be heard, Plaintiffs will and hereby do move this Court to compel the parties to respond to discovery requests on an expedited basis (*i.e.*, within fourteen (14) days after being served) given the special procedures and statutory deadlines that may apply to the pending motions filed by Defendants on January 7, 2013. Plaintiffs make this motion under Federal Rules of Civil Procedure 26, 33, 34, and 36, and Local Rule 251.

The Motion will be supported by this Notice of Motion and Motion, the Joint Statement re Discovery Disagreement, declarations in support of the Joint Statement re Discovery Disagreement, the exhibits attached thereto, the papers and pleadings on file and entire record in this action, and other such pleadings, and evidence and arguments as may come before the Court upon the hearing of this matter.

DATED:  January 16, 2013          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Aaron J. Fischer*
     Aaron J. Fischer

Attorneys for Plaintiffs

[714051-2]