| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>JANE E. KAHN – 112239<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>LAURA BOYSEN-ARAGON – 248083<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 | WARREN E. GEORGE – 053588<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>      Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**STIPULATION AND PROPOSED ORDER RE SHORTENING TIME ON MOTION TO EXPEDITE DISCOVERY RESPONSES**<br><br>Judge: Lawrence K. Karlton<br><br>Date: January 24, 2013 [proposed]<br>Time: 11:00 am<br>Place: TBD<br>Judge: Hon. John F. Moulds, Magistrate Judge |

[714087-4]

STIPULATION AND PROPOSED ORDER RE SHORTENING TIME ON MOTION TO EXPEDITE DISCOVERY RESPONSES

1  WHEREAS, the parties agree that compliance with the regular timing requirements
2  of Local Rule 251(a) for noticing motions concerning discovery disagreements would be
3  impractical given the automatic stay that is scheduled to go into effect on April 7, 2013,
4  following Defendants' motion to terminate filed in this matter;

5  WHEREAS, pursuant to Local Rule 144(e), the parties have agreed to shorten the
6  time for hearing Plaintiffs' Motion to Expedite Discovery Responses so that it may be
7  heard on January 24, 2013; and

8  WHEREAS, in compliance with Local Rule 251(a) and (c), the parties agree to file
9  their Joint Statement re Discovery Disagreements on January 23, 2013;

10  The parties hereby request that the Court approve their request for an order
11  shortening time pursuant to Local Rule 144(e) so that their motion regarding discovery
12  disagreements may be submitted by a joint statement on January 23, 2013 and heard by the
13  Court on January 24, 2013 at 11:00 a.m.

15  DATED: January 16, 2013

17  */s/ Aaron J. Fischer*
AARON J. FISCHER
Attorney for Plaintiffs

19  DATED: January 16, 2013

21  */s/ Debbie J. Vorous (as authorized via email 01/16/13)*
DEBBIE J. VOROUS
Deputy Attorney General
Attorney for Defendants

[714087-4]

1
STIPULATION AND PROPOSED ORDER RE SHORTENING TIME ON MOTION TO EXPEDITE DISCOVERY RESPONSES

## [PROPOSED] ORDER

Having read and considered the joint stipulation requesting an order shortening time for a hearing on Plaintiffs' Motion to Expedite Discovery Responses, and good cause appearing,

IT IS ORDERED THAT:

1. The application for an order shortening time is granted.

2. The hearing on the Motion to Expedite Discovery Responses shall take place in Courtroom __ on _____, 2013, at _____ _.m.

3. The parties' Joint Statement re Discovery Disagreement must be filed with copies lodged in Courtroom __ and served by electronic mail transmission no later than _____, 2013.

**IT IS SO ORDERED.**

DATED:  January ___, 2013

_____
JOHN F. MOULDS
Magistrate Judge

[714087-4]

2
STIPULATION AND PROPOSED ORDER RE SHORTENING TIME ON MOTION TO EXPEDITE DISCOVERY RESPONSES