IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　　　　No. CIV S-90-0520 LKK JFM P

  vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

        On January 16, 2013, the parties filed a stipulation and proposed order shortening time for hearing on motions by plaintiffs to expedite discovery responses. The stipulation is accompanied by notices of motion to expedite discovery responses in the above-captioned action and in proceedings before the three-judge court in the instant action and in <u>Plata v. Brown</u>, No. C01-1351 TEH.

        Good cause appearing, IT IS HEREBY ORDERED that the January 16, 2013 request for order shortening time is set for hearing before the undersigned on January 24, 2013 at 11:00 a.m. in Courtroom # 26.

DATED: January 17, 2013.

UNITED STATES MAGISTRATE JUDGE

12
coleman.ost