IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.             <u>ORDER</u>

_____/

        On December 28, 2012, the special master circulated to the parties a draft of his Twenty-Fifth Round Monitoring Report.  In addition, the special master has represented to the court that he intends to circulate to the parties within the next fourteen days a draft of his expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2011 (2011 Suicide Report).  The provisions of paragraph 5 of this court's December 11, 1995 Order of Reference notwithstanding, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The special master shall forthwith file with this court and with the three-judge court the Twenty-Fifth Round Monitoring Report circulated to the parties on December 28, 2012.

        2. Any objections to the Twenty-Fifth Round Monitoring Report shall be filed

1

with this court on or before thirty days from December 28, 2012.

3. Within fourteen days from the date of this order the special master shall file with this court and with the three-judge court the 2011 Suicide Report.

4. Any objections to the 2011 Suicide Report shall be filed with this court on or before fifteen days from the date the report is filed.

DATED: January 17, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2