| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-3035<br>  Fax: (415) 703-5843<br>  E-mail: Patrick.McKinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: (415) 777-3200<br>  Fax: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>            Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>            Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**EXHIBIT A TO DEFENDANTS' JANUARY 2013 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

# EXHIBIT A

**Exhibit A**
Population as of January 9, 2013 (**CORRECTED - CORRECTIONS IN BOLD**)

| Institution | Design Capacity | Actual Population | Population as % of design capacity |
|---|---|---|---|
| Total housed in adult institutions[1] | 79,756 | 119,192 | 149.4% |
| | | | |
| **Individual CDCR Institutions - Men** | | | |
| Avenal State Prison | 2,920 | 4,922 | 168.6% |
| California Correctional Center* | 3,883 | 4,674 | 120.4% |
| California Correctional Institution | 2,783 | 4,475 | 160.8% |
| California Institution for Men | 2,976 | 4,754 | 159.7% |
| California Medical Facility | 2,297 | 2,333 | 101.6% |
| California Men's Colony | 3,838 | 5,127 | 133.6% |
| California Rehabilitation Center | 2,491 | 3,463 | 139.0% |
| California State Prison, Calipatria | 2,308 | 3,432 | 148.7% |
| California State Prison, Centinela | 2,308 | 3,320 | 143.8% |
| California State Prison, Corcoran | 3,116 | 4,593 | 147.4% |
| California State Prison, Los Angeles | 2,300 | 3,685 | 160.2% |
| California State Prison, Sacramento | 1,828 | 2,524 | 138.1% |
| California State Prison, San Quentin | 3,082 | 3,948 | 128.1% |
| California State Prison, Solano | 2,610 | 4,093 | 156.8% |
| California Substance Abuse Treatment Facility, Corcoran | 3,424 | 5,704 | 166.6% |
| Chuckawalla Valley State Prison | 1,738 | 2,753 | 158.4% |
| Correctional Training Facility | 3,312 | 5,661 | 170.9% |
| Deuel Vocational Institution | 1,681 | 2,135 | 127.0% |
| Folsom State Prison | 2,469 | 2,215 | 89.7% |
| High Desert State Prison | 2,324 | 3,471 | 149.4% |
| Ironwood State Prison | 2,200 | 3,463 | 157.4% |
| Kern Valley State Prison | 2,448 | 3,853 | 157.4% |
| Mule Creek State Prison | 1,700 | 2,809 | 165.2% |
| North Kern State Prison | 2,694 | 4,627 | 171.8% |
| Pelican Bay State Prison | 2,380 | 2,957 | 124.2% |
| Pleasant Valley State Prison | 2,308 | 3,666 | 158.8% |
| RJ Donovan Correctional Facility | 2,200 | 3,548 | 161.3% |
| Salinas Valley State Prison | 2,452 | 3,590 | 146.4% |
| Sierra Conservation Center* | 3,736 | 4,745 | 127.0% |
| Valley State Prison | **1,468** | 1,562 | **106.4%** |
| Wasco State Prison | 2,984 | 4,924 | 165.0% |
| | | | |
| **Individual CDCR Institutions - Women** | | | |
| California Institution for Women* | 1,356 | 1,983 | 146.2% |
| Central California Women's Facility | 2,004 | 3,752 | 187.2% |
| Valley State Prison | **512** | 98 | **19.1%** |

* The individual Design Capacity and Actual Population figures for California Correctional Center, Sierra Conservation Center and California Institute for Women include persons housed in camps. This population is excluded from the "Total housed in adult institutions" included on Exhibit A.

[1] The "Actual Population" includes inmates housed in medical and mental health inpatient beds located within Correctional Treatment Centers, General Acute Care Hospitals, Outpatient Housing Units, and Skilled Nursing Facilities at the State's 33 institutions. Many of those beds are not captured in "Design Capacity".

Sources - January 14, 2013 Weekly Population Report, available at:
http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html;
July 11, 2012 Declaration of Ross Meier in Support of Defendants' July 2012 Status Report in Response to June 30, 2011 Order (Dkt. Nos. 2454/4211).