IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

   vs.

EDMUND G. BROWN, JR., et al.,

      Defendants.              <u>ORDER</u>

                                   /

        Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order defendants shall file a written statement setting forth the total number of California inmates they plan to return to California state prisons from out of state facilities, the planned timetable for returning said inmates, and where defendants plan to house those inmates.

DATED: January 22, 2013.

                                                 /s/ Lawrence K. Karlton
                                                 LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT