KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, SBN 166884
WILLIAM H. DOWNER, SBN 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' STATEMENT REGARDING HEARING ON ORDER SHORTENING TIME ON PLAINTIFFS' MOTION TO EXPEDITE DISCOVERY**<br><br>Date: January 24, 2013<br>Time: 11:00 a.m.<br>Place: Courtroom # 26<br>Judge: Honorable John F. Moulds, Magistrate Judge |

**INTRODUCTION**

Defendants stipulated that the Court may hear Plaintiffs' motion to expedite discovery in this case on shortened time. But after Plaintiffs filed the parties' stipulation in this case together with a motion to expedite discovery in the three-judge court proceedings, the Court set a hearing for January 24, 2013, to discuss the "request for order shortening time." (ECF No. 4296 at 1:20.) Given the Court's order, Defendants understand that the Court intends to discuss the request to shorten time at the January 24 hearing, but not the merits of the underlying motion. Nonetheless,

1

because Defendants believe that Plaintiffs intend to file a joint statement regarding the merits of their motion to expedite discovery in both this matter and in the three-judge court proceedings, Defendants provide the following statement to explain their belief that the stipulation relates to this case only and why they appropriately have not yet addressed the merits of the motion.

**STATEMENT**

On January 16, 2013, Defendants agreed to shorten the time in which Plaintiffs' Motion to Expedite Discovery Responses could be heard in this case. (Stipulation and Proposed Order, ECF No. 4295–1.) Defendants agreed to this because "compliance with the regular timing requirements of Local Rule 251(a) for noticing motions concerning discovery disagreements would be impractical given the automatic stay that is scheduled to go into effect on April 7, 2013, following Defendants motion to terminate filed in this matter." (*Id.* at 2:1–4.) The parties' stipulation included a proposed order setting the hearing on Plaintiffs' motion for January 24, 2013, with a joint discovery statement due on January 23, 2013. (*Id.* at 2:5–9.)

Plaintiffs then filed motions to expedite discovery in this case and also in the three-judge court proceedings convened in conjunction with this action and *Plata v. Brown,* No. C01-1351 TEH. (ECF No. 4295.) Plaintiffs attached a copy of the parties' stipulation to their filing. But Defendants did not stipulate to shorten the time for any hearing in the three-judge court action, and they object to any hearing on shortened time being set in those proceedings absent Plaintiffs' compliance with Local Rule 144(e) governing the appropriate procedure for issuance of an order shortening time.

Thereafter, on January 17, 2013, the Court issued an order declining to shorten the time for hearing Plaintiffs' motion on January 24 and setting January 23rd as the date for filing a joint discovery statement, instead ordering "that the January 16, 2013 request for order shortening time is set for hearing before the undersigned on January 24, 2013 at 11:00 a.m. in Courtroom # 26." (ECF No. 4296.) Indeed, the Court's order does not set any hearing date for Plaintiffs' discovery motion, nor does it set a briefing schedule. Therefore, because Defendants understand that the Court intends to discuss the request to shorten time at the January 24 hearing, not to hear argument on Plaintiffs' actual motion to compel expedited discovery responses in this matter,

Defendants are not filing a response to Plaintiffs' motion at this time. And it would be inappropriate to do so. *See* Local Rule 144(e) ("Stipulations for the issuance of an order shortening time require the approval of the Judge or Magistrate Judge on whose calendar the matter is to be heard before such stipulations are given effect.").

Defendants understand that Plaintiffs will nonetheless file a Joint Statement Re Discovery Disagreement on Plaintiffs' Motion to Expedite Discovery Responses. For the reasons stated above, Defendants disagree that the statement should be filed at this time and request that the Court disregard it. Contrary to what Plaintiffs might state, Defendants' stipulation does not—absent the Court's approval of the request, designation of a briefing schedule, and selection of a hearing date—obligate Defendants to assist in preparing a joint discovery statement under Local Rule 251(c). *See* Local Rule 144(e). If and when the Court sets a hearing on Plaintiffs' motion on shortened time, Defendants will fully comply with the Court's briefing requirements and any other orders that the Court issues concerning the hearing.

Dated: January 23, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003