DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone:   (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM P<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' STATEMENT RE DISCOVERY DISAGREEMENT ON PLAINTIFFS' MOTION TO EXPEDITE DISCOVERY RESPONSES** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. C01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>Date:　　January 24, 2013<br>Time:　　11:00 am<br>Place:　　Courtroom 26<br>Judge:　　Hon. John F. Moulds |

[717076-1]

1   DONALD SPECTER – 083925                MICHAEL W. BIEN – 096891
    STEVEN FAMA – 099641                   ERNEST GALVAN – 196065
2   PRISON LAW OFFICE                      JANE E. KAHN – 112239
    1917 Fifth Street                      LISA ELLS – 243657
3   Berkeley, California  94710-1916       AARON J. FISCHER – 247391
    Telephone:   (510) 280-2621            LAURA BOYSEN-ARAGON – 248083
4                                          ROSEN BIEN GALVAN &
                                           GRUNFELD LLP
5                                          315 Montgomery Street, Tenth Floor
                                           San Francisco, California  94104-1823
6                                          Telephone:   (415) 433-6830

7   CLAUDIA CENTER – 158255                WARREN E. GEORGE – 053588
    THE LEGAL AID SOCIETY –                BINGHAM McCUTCHEN LLP
8   EMPLOYMENT LAW CENTER                  Three Embarcadero Center
    180 Montgomery Street, Suite 600       San Francisco, California  94111-4066
9   San Francisco, California  94104-4244  Telephone:   (415) 393-2000
    Telephone:   (415) 864-8848
10
    Attorneys for Plaintiffs
11

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                 Case No. Civ S 90-0520 LKK-JFM

16              Plaintiffs,                **DECLARATION OF AARON J.
                                           FISCHER IN SUPPORT OF
17         v.                              PLAINTIFFS' STATEMENT RE
                                           DISCOVERY DISAGREEMENT ON
18  EDMUND G. BROWN, Jr., et al.,          PLAINTIFFS' MOTION TO
                                           EXPEDITE DISCOVERY RESPONSES**
19              Defendants.
                                           Date:     January 24, 2013
20                                         Time:     11:00 am
                                           Place:    Courtroom 26
21                                         Judge:    Hon. John F. Moulds

22

23

24

25

26

27

28

[717076-1]

1    I, Aaron J. Fischer, declare:

2    1.    I am an attorney admitted to practice law in California, a member of the bar

3    of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP,

4    counsel of record for Plaintiffs Ralph Coleman, et al.  I have personal knowledge of the

5    matters set forth herein, and if called as a witness I could competently so testify.  I make

6    this declaration in support of Joint Statement Re Discovery Disagreement on Plaintiffs'

7    Motion to Expedite Discovery Responses.

8    2.    On January 7, 2013, Defendants filed two motions:  <u>first</u>, a Motion to

9    Terminate under the Prison Litigation Reform Act ("PLRA") and to Vacate the Court's

10    Judgment and Order under Federal Rule of Civil Procedure 60(b)(5) in the single-judge

11    *Coleman* court; and <u>second</u>, a Motion to Vacate or Modify Population Reduction Order

12    (PRO) in the three-judge court.

13    3.    On January 15, 2013, Plaintiffs served on Defendants a First Request for

14    Production of Documents and a First Request for Inspection.

15    4.    In their First Request for Production of Documents, Plaintiffs seek

16    management reports and other documents that Defendants have previously prepared for or

17    made available to the Special Master as part of the Twenty Fifth Round Monitoring Tour

18    conducted at individual California Department of Corrections and Rehabilitation (CDCR)

19    prisons.  Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' First

20    Request for Production of Documents.

21    5.    Plaintiffs also have noticed inspections for Plaintiffs and Plaintiffs' experts

22    to tour seven (7) CDCR institutions, with the first inspection tour scheduled to occur on

23    January 28, 2013.

24    6.    Plaintiffs expect to propound additional discovery requests in the coming

25    days and weeks.

26    7.    Prior to filing the instant motion, counsel for Plaintiffs and Defendants met

27    and conferred in an attempt to discuss and resolve several discovery disputes, as detailed

28    below.

[717076-1]

1

8.     Following Defendants' January 7, 2013 filing of the now pending motions, our office sent a letter on January 9, 2013, regarding Plaintiffs' plan to conduct discovery on an expedited basis given the applicable statutory deadlines.  In that letter, Plaintiffs proposed several procedures for conducting such discovery, including that the parties agree to provide expedited responses to all discovery requests moving forward.

9.     Defendants' counsel responded to Plaintiffs' proposals by letter dated January 12, 2013; Defendants agreed to certain proposals, but did not agree to provide expedited responses to discovery requests.

10.    Plaintiffs' counsel sent a follow-up email, dated January 13, 2013, summarizing Plaintiffs' position on the discovery issues that had been discussed.

11.    Counsel for Plaintiffs and Defendants then met and conferred via teleconference on January 14, 2013, but were unable to resolve the dispute regarding expedited discovery responses and agreed to bring it before the Court for resolution.

12.    Due to the fast-approaching statutory timelines triggered by Defendants' motions, the parties agreed to ask Magistrate Judge Moulds for a hearing on shortened time.  On January 17, 2013, the parties filed a stipulated request to shorten the time for hearing the discovery motion in the single-judge *Coleman* case so that it could be heard on January 24, 2013.  The Court ordered a hearing on the matter for January 24, 2013; the Court ordered that the request for an order shortening time would be addressed at that hearing (Dkt. No. 4296).

13.    To assist the Court in rendering a decision on the matter, and as pursuant to the parties' stipulated agreement regarding the instant motion, I provided a draft Joint Statement to Defendants' counsel, Debbie Vorous, via email on January 22, 2013, for Defendants to review and to insert their position on the motion.

14.    Ms. Vorous then contacted me by phone and stated that Defendants would not participate in a joint statement given the Court's January 17 order.

15.    Following our meet and confer by phone on January 22, Ms. Vorous contacted the clerk of the court to see whether it would be possible to set up a conference

[717076-1]

1  call with the parties to clarify the Court's expectations for the hearing; the clerk was

2  unable to provide guidance beyond what was contained in the Court's January 17 order.

3      16.    Ms. Vorous then conveyed to Plaintiffs' counsel via email that "Defendants

4  believe that it would be inappropriate to submit a Joint Statement on discovery at this

5  time." Attached hereto as **Exhibit B** is a true and correct copy of Defendants' counsel's

6  email, dated January 22, 2013.

7      17.    I responded via email, also on January 22, 2013, that Plaintiffs intend to

8  provide the Court with their position on the motion, and asked that Defendants inform

9  Plaintiffs whether they wish to include their position so that a Joint Statement could be

10  filed. Plaintiffs indicated that if Defendants did not respond by 2:00 p.m. on January 23,

11  Plaintiffs would proceed with filing their own position on the motion. Attached hereto as

12  **Exhibit C** is a true and correct copy of Plaintiffs' counsel's email, dated January 22, 2013.

13  I received no response to this email communication from Defendants' counsel.

14      18.    Any claims by Defendants that shortened time to respond to discovery

15  requests would impose an undue burden or otherwise prejudice them must be substantially

16  discounted, given that any burden on Defendants is self-inflicted. Defendants filed the

17  instant motions without any notice to Plaintiffs or to the Court. In fact, on August 17,

18  2012, Defendants explicitly represented to the three-judge court and to Plaintiffs that they

19  intended to file a motion to modify the Population Reduction Order "once the population

20  density reaches 145%" (a level of overcrowding that has not yet been reached), and that it

21  "[did] not make sense for expert inspections to begin until the population has actually

22  dropped to the level that will be targeted in the modification motion," in February or

23  March 2013, and that given this plan, "[e]xpert investigation and discovery proceedings

24  should not commence until the end of March 2013" (Dkt. No. 4226 at 2).

25      19.    Plaintiffs relied on these representations and did not propound formal

26  discovery regarding conditions of CDCR's mental health care system until now, when

27  Defendants suddenly and without notice filed the instant, and closely interrelated, motions

28  to terminate the *Coleman* case and to vacate or modify the Population Reduction Order.

1    20.    As a result of the lack of notice in advance of filing the instant motions,

2  Defendants' explicit representations to the court that discovery on the issues now pending

3  before the Court "should not commence until the end of March 2013," and the severely

4  tight deadline looming before an automatic stay is scheduled to take effect, Plaintiffs now

5  urgently need expedited discovery in order to address the risk of irreparable harm that the

6  Plaintiff class now imminently faces.  This need substantially outweighs any burden that

7  might be caused by an order expediting the parties' responses to discovery requests in this

8  matter.

9    I declare under penalty of perjury under the laws of the United States and the State

10  of California that the foregoing is true and correct, and that this declaration is executed at

11  San Francisco, California this 23rd day of January, 2013.

12

13                              */s/ Aaron J. Fischer*
                               Aaron J. Fischer

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' STATEMENT RE DISCOVERY
DISAGREEMENT ON PLAINTIFFS' MOTION TO EXPEDITE DISCOVERY RESPONSES

# EXHIBIT A

[239657-1]

1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  ALISON HARDY – 135966
   SARA NORMAN – 189536
3  REBEKAH EVENSON – 207825
   PRISON LAW OFFICE
4  1917 Fifth Street
   Berkeley, California 94710-1916
5  Telephone:   (510) 280-2621

6

7  CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY –
8  EMPLOYMENT LAW CENTER
   600 Harrison Street, Suite 120
   San Francisco, California 94107-1389
9  Telephone:   (415) 864-8848

10 Attorneys for Plaintiffs

MICHAEL W. BIEN – 096891
JANE E. KAHN -- 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:   (415) 433-6830

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:   (415) 393-2000

11              UNITED STATES DISTRICT COURTS

12               EASTERN DISTRICT OF CALIFORNIA

13              AND NORTHERN DISTRICT OF CALIFORNIA

    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
14      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15

16 RALPH COLEMAN, et al.,                  Case No. Civ S 90-0520 LKK-JFM P

17          Plaintiffs,                    **THREE JUDGE COURT**

18      v.                                 **PLAINTIFF RALPH COLEMAN'S
                                            FIRST REQUEST FOR PRODUCTION
   EDMUND G. BROWN, JR., et al.,           OF DOCUMENTS TO DEFENDANT
19                                          BROWN**
            Defendants.
20
                                           Case No. C01-1351 TEH
21 ─────────────────────────
   MARCIANO PLATA, et al.,                 **THREE JUDGE COURT**
22
            Plaintiffs,
23
        v.
   EDMUND G. BROWN, JR., et al.,
24
            Defendants.
25

26

27

28

[713851-1]

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
JANE E. KAHN – 112239
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:   (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

EDMUND G. BROWN, Jr., et al.,

Defendants.

Case No. Civ S 90-0520 LKK-JFM

**PLAINTIFF RALPH COLEMAN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BROWN**

Judge:   Lawrence K. Karlton

[713851-1]

1  PROPOUNDING PARTY:    PLAINTIFF RALPH COLEMAN

2  RESPONDING PARTY:    DEFENDANT EDMUND G. BROWN

3  SET NO.:    ONE

4

5  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

6       PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure

7  Rule 34, Plaintiff Ralph Coleman requests that Defendant Edmund G. Brown produce all

8  responsive Documents requested herein at the office of Plaintiff's counsel, Rosen Bien

9  Galvan & Grunfeld LLP at 315 Montgomery Street, 10th Floor, San Francisco, California,

10 94104.  Pursuant to Rule 34, Defendant is required to respond no later than 30 days from

11 the service of this Request.  Following meet and confer, Defendants declined to agree to a

12 shorter time period for providing responses to Rule 34 discovery requests in this matter.

13 Plaintiffs intend to move for an order requiring all responses to Rule 34 discovery requests

14 in this matter, including those requests made herein, to be completed within fourteen (14)

15 days.

16       The discovery described herein shall relate to matters and proceedings before the

17 *Coleman* Court and the *Coleman/Plata* Three Judge Court.

18                              **INSTRUCTIONS**

19       1.    The following Requests require the production of all responsive documents

20 within the sole or joint possession, custody, or control of any agents, agencies, boards,

21 departments, employees, servants, representatives, consultants, counsel, and/or other

22 persons or entities acting or purporting to act on Defendant's behalf, or otherwise subject

23 to the control of Defendant.

24       2.    The following Requests are continuing in nature and require prompt

25 supplemental responses for any and all responsive documents that come into any

26 Defendant's sole or joint possession, custody, or control after the service of any initial

27 responses hereto.

28       3.    The following Requests require the production of preliminary drafts,

1    revisions, and/or copies of any such document if the copy is in any way different from the

2    original.

3        4.    The following Requests require the production of all transmittal sheets, cover

4    letters, exhibits, enclosures and attachments to the documents, in addition to the documents

5    themselves.

6        5.    Pursuant to Federal Rule of Civil Procedure 34(b), all responsive documents

7    are required to be produced either: (a) as they are kept in the usual course of business

8    (together with copies of any file labels or binder covers for the files or binders in which

9    they are maintained); or (b) organized and labeled to correspond with the categories of the

10   Requests to which they respond.

11       6.    If any responsive document is maintained in a computer-readable form, the

12   document shall be produced: (a) in hard copy form, in a format generally used in the

13   ordinary course of business; and (b) on disk, tape, or other form of computer storage, with

14   instructions necessary to convert the information into reasonably usable form (including

15   the name and version number of the program used to create or read the data).

16       7.    In construing the Requests herein, the singular shall include the plural and

17   the plural shall include the singular. A masculine, feminine or neutral pronoun shall not

18   exclude the other genders, so that the interpretation applied results in the more expansive

19   production. The terms "and" and "or" shall be construed broadly and expansively as

20   "and/or," and shall not be construed to limit the documents or information sought in any

21   manner.

22       8.    If any Request demands production of documents that have been lost,

23   discarded, or destroyed, identify such documents as completely as possible. Such

24   identification shall include, but is not limited to, a description of the subject matter of the

25   document, the author of the document, the date of the document's creation, the date of

26   disposal, manner of disposal, reason for disposal, person authorizing the disposal and

27   person disposing of the document.

28       9.    For any responsive document or portion thereof that is either redacted or

PLAINTIFF RALPH COLEMAN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BROWN

1  withheld, in whole or in part, on the basis of any assertion of privilege or other asserted
2  exemption from discovery, furnish a list identifying each document, or portion thereof, not
3  produced for this reason, together with the following information:  (a) the title or identity
4  of the document; (b) the date of the document; (c) the type or nature of the document;
5  (d) the identity, title, or responsibilities, and relationship to Defendant of all persons who
6  either prepared or received the document; (e) the number of pages and attachments; (f) the
7  type and nature of the privilege or exemption asserted; and (g) the contents or subject
8  matter of the document, with sufficient detail to explain the basis for the privilege or
9  exemption asserted (*see* Fed. R. Civ. P. 26(b)(5)).  For any responsive document or portion
10  thereof that may not properly be redacted or withheld in its entirety, produce each and
11  every portion thereof to which the claimed privilege or exemption does not apply and
12  specify, on the face of each such page or portion, the fact and reason for the redaction or
13  withholding.

14  **DEFINITIONS**

15      1.    "DOCUMENT" or "DOCUMENTS" as used herein is intended to have the
16  broadest possible meaning and to include anything coming within the definition of
17  "writings" and "recordings" as set forth in Rule 1001(1) of the Federal Rules of Evidence.
18  The term refers to but is not limited to the product of any method of recording information,
19  whether by writing or otherwise, including without limitation: any written, electronic, or
20  computerized files, data or software; memoranda; correspondence; communications;
21  reports; summaries; studies, analyses; evaluations; notes or notebooks; indices; logs;
22  books, booklets or binders; pamphlets; calendar or diary entries; ledger entries; press
23  clippings; graphs; tables; charts; drawings; maps; meeting minutes; photographs;
24  transcripts; audio or video recordings or tapes; facsimile transmissions; electronic mail
25  messages; and the like.  "DOCUMENT" shall include each copy of any whole or part of a
26  document on which there appears any marking or deletion which does not appear on the
27  original or other copies thereof, together with all drafts or notes for the preparation of each
28  document.  If the original of a document is not available, "DOCUMENT" includes any

[713851-1]

1 | identical copy of the original.

2 | **REQUEST FOR PRODUCTION**

3 | **REQUEST FOR PRODUCTION NO. 1:**

4 | For each and every California Department of Corrections and Rehabilitation

5 | (CDCR) institution, all Mental Health Services Delivery System Management Report(s)

6 | that were created as part of the *Coleman* Special Master's Twenty Fifth Round Monitoring

7 | Tour.

8 | **REQUEST FOR PRODUCTION NO. 2:**

9 | All DOCUMENTS prepared for or made available to the Special Master in response

10 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Avenal

11 | State Prison (ASP) Twenty Fifth Round Monitoring Tour.

12 | **REQUEST FOR PRODUCTION NO. 3:**

13 | All DOCUMENTS prepared for or made available to the Special Master in response

14 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the

15 | California Correctional Institution (CCI) Twenty Fifth Round Monitoring Tour.

16 | **REQUEST FOR PRODUCTION NO. 4:**

17 | All DOCUMENTS prepared for or made available to the Special Master in response

18 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the

19 | Central California Women's Facility (CCWF) Twenty Fifth Round Monitoring Tour.

20 | **REQUEST FOR PRODUCTION NO. 5:**

21 | All DOCUMENTS prepared for or made available to the Special Master in response

22 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the

23 | California Institution for Men (CIM) Twenty Fifth Round Monitoring Tour.

24 | **REQUEST FOR PRODUCTION NO. 6:**

25 | All DOCUMENTS prepared for or made available to the Special Master in response

26 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the

27 | California Medical Facility (CMF) Twenty Fifth Round Monitoring Tour.

28 |

[713851-1]

PLAINTIFF RALPH COLEMAN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT
BROWN

**REQUEST FOR PRODUCTION NO. 7:**

All DOCUMENTS prepared for or made available to the Special Master in response to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the California State Prison, Corcoran (COR) Twenty Fifth Round Monitoring Tour.

**REQUEST FOR PRODUCTION NO. 8:**

All DOCUMENTS prepared for or made available to the Special Master in response to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the California Rehabilitation Center (CRC) Twenty Fifth Round Monitoring Tour.

**REQUEST FOR PRODUCTION NO. 9:**

All DOCUMENTS prepared for or made available to the Special Master in response to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the California Substance Abuse Treatment Facility (SATF) Twenty Fifth Round Monitoring Tour.

**REQUEST FOR PRODUCTION NO. 10:**

All DOCUMENTS prepared for or made available to the Special Master in response to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Correctional Training Facility (CTF) Twenty Fifth Round Monitoring Tour.

**REQUEST FOR PRODUCTION NO. 11:**

All DOCUMENTS prepared for or made available to the Special Master in response to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Deuel Vocational Institution (DVI) Twenty Fifth Round Monitoring Tour.

**REQUEST FOR PRODUCTION NO. 12:**

All DOCUMENTS prepared for or made available to the Special Master in response to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the High Desert State Prison (HDSP) Twenty Fifth Round Monitoring Tour.

**REQUEST FOR PRODUCTION NO. 13:**

All DOCUMENTS prepared for or made available to the Special Master in response to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Kern

[713851-1]

1  Valley State Prison (KVSP) Twenty Fifth Round Monitoring Tour.

2  **REQUEST FOR PRODUCTION NO. 14:**

3        All DOCUMENTS prepared for or made available to the Special Master in response

4  to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the

5  California State Prison, Los Angeles County (LAC) Twenty Fifth Round Monitoring Tour.

6  **REQUEST FOR PRODUCTION NO. 15:**

7        All DOCUMENTS prepared for or made available to the Special Master in response

8  to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Mule

9  Creek State Prison (MCSP) Twenty Fifth Round Monitoring Tour.

10 **REQUEST FOR PRODUCTION NO. 16:**

11       All DOCUMENTS prepared for or made available to the Special Master in response

12 to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Mule

13 North Kern State Prison (NKSP) Twenty Fifth Round Monitoring Tour.

14 **REQUEST FOR PRODUCTION NO. 17:**

15       All DOCUMENTS prepared for or made available to the Special Master in response

16 to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Mule

17 Pelican Bay State Prison (PBSP) Twenty Fifth Round Monitoring Tour.

18 **REQUEST FOR PRODUCTION NO. 18:**

19       All DOCUMENTS prepared for or made available to the Special Master in response

20 to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Mule

21 Pleasant Valley State Prison (PVSP) Twenty Fifth Round Monitoring Tour.

22 **REQUEST FOR PRODUCTION NO. 19:**

23       All DOCUMENTS prepared for or made available to the Special Master in response

24 to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the

25 Richard J. Donovan Correctional Facility (RJD) Twenty Fifth Round Monitoring Tour.

26 **REQUEST FOR PRODUCTION NO. 20:**

27       All DOCUMENTS prepared for or made available to the Special Master in response

28 to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the

1 | California State Prison, Solano (SOL) Twenty Fifth Round Monitoring Tour.

2 | **REQUEST FOR PRODUCTION NO. 21:**

3 |       All DOCUMENTS prepared for or made available to the Special Master in response

4 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the

5 | San Quentin State Prison (SQ) Twenty Fifth Round Monitoring Tour.

6 | **REQUEST FOR PRODUCTION NO. 22:**

7 |       All DOCUMENTS prepared for or made available to the Special Master in response

8 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Salinas

9 | Valley State Prison (SVSP) Twenty Fifth Round Monitoring Tour.

10 | **REQUEST FOR PRODUCTION NO. 23:**

11 |       All DOCUMENTS prepared for or made available to the Special Master in response

12 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Valley

13 | State Prison for Women (VSPW) Twenty Fifth Round Monitoring Tour.

14 | **REQUEST FOR PRODUCTION NO. 24:**

15 |       All DOCUMENTS prepared for or made available to the Special Master in response

16 | to the Special Master's *Coleman* Site Visit, Round XXV Document Request for the Wasco

17 | State Prison (WSP) Twenty Fifth Round Monitoring Tour.

18 |

19 | DATED:  January 15, 2013                Respectfully submitted,

20 |                                         ROSEN BIEN GALVAN & GRUNFELD LLP

21 |

22 | By: *Aaron J. Fischer*
      Aaron J. Fischer

23 |       Attorneys for Plaintiffs

24 |

25 |

26 |

27 |

28 |

[713851-1]

PLAINTIFF RALPH COLEMAN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BROWN

# EXHIBIT B

| | |
|---|---|
| **From:** | Debbie Vorous |
| **Sent:** | Tuesday, January 22, 2013 4:04 PM |
| **To:** | Aaron Fischer |
| **Cc:** | Coleman Team - RBG Only; Jay Russell; Benjamin Rice; katherine.tebrock@cdcr.ca.gov; Debbie Vorous |
| **Subject:** | RE: Coleman, Joint Statement re Motion for Expedited Discovery Responses [IWOV-DMS.FID25914] |
| **Attachments:** | Disc Order 1.17.13.pdf |

Aaron,

As we discussed, Defendants read Magistrate Judge Moulds' January 17, 2013 order as setting a hearing on the request for an order shortening time, not as a hearing on Plaintiffs' request to expedite discovery. As agreed, I contacted Magistrate Judge Moulds' Clerk Haven Gracie to see whether it would be possible to set up a conference call with us to discuss the Magistrate Judge's expectations for the hearing. Ms. Gracie indicated that she was not able to provide any guidance beyond what was in the order and asked that I convey her comment to you.

Thus, given the language in the January 17, 2013 order, Defendants believe that it would be inappropriate to submit a Joint Statement on discovery at this time absent further order from the Magistrate Judge on the discovery issue.

Thank you,

---

**From:** Aaron Fischer [mailto:AFischer@rbgg.com]
**Sent:** Tuesday, January 22, 2013 12:26 PM
**To:** Debbie Vorous
**Cc:** Coleman Team - RBG Only
**Subject:** Coleman, Joint Statement re Motion for Expedited Discovery Responses [IWOV-DMS.FID25914]

Debbie,

In advance of Thursday's hearing, please find attached the joint statement drafted by Plaintiffs, with a space for "Defendants' Position" to be inserted. I am also providing the Declaration of Aaron J. Fischer that will be submitted with the Joint Statement.

Let me know if you have any questions or concerns. I look forward to hearing from you.

-Aaron

Aaron J. Fischer, Esq.
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbgg.com

www.rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT C

| | |
|---|---|
| **From:** | Aaron Fischer |
| **Sent:** | Tuesday, January 22, 2013 5:10 PM |
| **To:** | Debbie Vorous |
| **Cc:** | Coleman Team - RBG Only; Jay Russell; Benjamin Rice; 'katherine.tebrock@cdcr.ca.gov'; Debbie Vorous; Steve Fama |
| **Subject:** | RE: Coleman, Joint Statement re Motion for Expedited Discovery Responses [IWOV-DMS.FID25914] |
| **Attachments:** | Joint Statement, Pls Motion to Expedite Discovery Responses, 01-22-13, 4....docx |

Debbie,

As Defendants have already agreed by stipulation, the issue of whether discovery should be expedited should be heard on shortened time – i.e., on January 24. Defendants also agreed that it was appropriate to file a joint statement on the matter on January 23, 2013. There is no question that it would assist the Court to see the parties' written positions on the issue in advance of Thursday's hearing. The Court can then of course rule on the motion after that hearing, defer decision until some later date, or take any other appropriate action.

Accordingly, Plaintiffs intend to provide the court with their position with respect to the motion. I am attaching an updated version of the draft Joint Statement that clarifies the posture for the hearing in light of our discussion. Please let me know if Defendants wish to include their position so that the document may be filed as a Joint Statement to the court. If Defendants decline to provide their position, or if I do not hear from you by 2:00 pm on Wednesday, I will proceed with filing Plaintiffs' position with the court.

I am available if you wish to discuss the matter, and look forward to hearing from you.

Thank you.

-Aaron


Aaron J. Fischer, Esq.
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

> **From:** Debbie Vorous [mailto:Debbie.Vorous@doj.ca.gov]
> **Sent:** Tuesday, January 22, 2013 4:04 PM
> **To:** Aaron Fischer

Cc: Coleman Team - RBG Only; Jay Russell; Benjamin Rice; katherine.tebrock@cdcr.ca.gov; Debbie Vorous
**Subject:** RE: Coleman, Joint Statement re Motion for Expedited Discovery Responses [IWOV-DMS.FID25914]

Aaron,

As we discussed, Defendants read Magistrate Judge Moulds' January 17, 2013 order as setting a hearing on the request for an order shortening time, not as a hearing on Plaintiffs' request to expedite discovery.  As agreed, I contacted Magistrate Judge Moulds' Clerk Haven Gracie to see whether it would be possible to set up a conference call with us to discuss the Magistrate Judge's expectations for the hearing.  Ms. Gracie indicated that she was not able to provide any guidance beyond what was in the order and asked that I convey her comment to you.

Thus, given the language in the January 17, 2013 order, Defendants believe that it would be inappropriate to submit a Joint Statement on discovery at this time absent further order from the Magistrate Judge on the discovery issue.

Thank you,

---

**From:** Aaron Fischer [mailto:AFischer@rbgg.com]
**Sent:** Tuesday, January 22, 2013 12:26 PM
**To:** Debbie Vorous
**Cc:** Coleman Team - RBG Only
**Subject:** Coleman, Joint Statement re Motion for Expedited Discovery Responses [IWOV-DMS.FID25914]

Debbie,

In advance of Thursday's hearing, please find attached the joint statement drafted by Plaintiffs, with a space for "Defendants' Position" to be inserted.  I am also providing the Declaration of Aaron J. Fischer that will be submitted with the Joint Statement.

Let me know if you have any questions or concerns.  I look forward to hearing from you.

-Aaron

Aaron J. Fischer, Esq.
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.