DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
LAURA BOYSEN-ARAGON – 248083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>   Defendants. | Case No. Civ S 90-0520 LKK-JFM P<br><br>**THREE JUDGE COURT**<br><br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING MOTION TO EXPEDITE DISCOVERY RESPONSES** |
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>   Defendants. | Case No. C01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>Date: January 24, 2013<br>Time: 11:00 a.m.<br>Place: Courtroom 26<br>Judge: Hon. John F. Moulds |

[715472-2]

| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>JANE E. KAHN – 112239<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>LAURA BOYSEN-ARAGON – 248083<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone:   (415) 433-6830 |
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone:   (415) 864-8848 | WARREN E. GEORGE – 053588<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone:   (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>          Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING MOTION TO EXPEDITE DISCOVERY RESPONSES**<br><br>Date:     January 24, 2013<br>Time:    11:00 a.m.<br>Place:    Courtroom 26<br>Judge:   Hon. John F. Moulds |

[715472-2]

PLAINTIFFS' PROPOSED ORDER REGARDING MOTION TO EXPEDITE DISCOVERY RESPONSES

1 **[PROPOSED] ORDER**

2 The parties are before the Court on an expedited motion to expedite discovery
3 responses for purposes of Defendants' currently pending motions. The Court has
4 considered the documents submitted on the matter of Plaintiffs' Motion to Expedite
5 Discovery Responses, filed January 23, 2013, and additional pleadings, and heard
6 argument on the matter on January 24, 2013.

7 Good cause appearing, IT IS HEREBY ORDERED that:

8 Both parties shall respond to all discovery requests within fourteen (14) days from
9 the date of service. This order shall apply to any discovery requests served as part of
10 discovery related to Defendants' Motion to Terminate under the Prison Litigation Reform
11 Act and to Vacate the Court's Judgment and Orders under Fed. R. Civ. P. 60(b)(5) and/or
12 Defendants' Motion to Vacate or Modify Population Reduction Order.

14 DATED: January ___, 2013

JOHN F. MOULDS
United States Magistrate Judge

[715472-2]

1
PLAINTIFFS' PROPOSED ORDER REGARDING MOTION TO EXPEDITE DISCOVERY RESPONSES