IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.             <u>ORDER</u>

_____/

        Pursuant to court order, this matter came on for hearing before the undersigned on a stipulated request for order shortening time for hearing on a motion by plaintiffs to expedite discovery responses in the above-captioned case. Aaron J. Fischer, Esq. appeared as counsel for plaintiffs. Deborah J. Vorous, Deputy Attorney General, appeared as counsel for defendants. After review of the papers filed by the parties and consideration of the arguments of counsel, and good cause appearing, the request for order shortening time will be granted.

        The dispute at bar arises from a motion to terminate the instant action filed by defendants on January 7, 2013. Plaintiffs seek an order expediting all responses to discovery requests propounded in connection with said motion, requiring said responses to be served fourteen days after service of such requests. At the hearing, the parties

1

represented that to date they have been working expeditiously to set up prison tours and depositions and to provide documents responsive to production requests in advance of said tours and depositions. Defendants' objection to the instant motion turns principally on an unwillingness to commit to a timeframe for responding to as yet unserved discovery requests. Since defendants' motion in this case may trigger an automatic stay effective April 7, 2013, and good cause appearing, plaintiffs' motion will be granted. In the ordinary course, responses to discovery requests propounded in connection with defendants' motion to terminate this action shall be served within fourteen days of service of the request.

In addition, given the exigencies of the proceedings on defendants' motion to terminate, the court finds good cause to set a procedure for resolution of any discovery disputes that may arise in connection with that motion. The provisions of Local Rule 251 will not apply to said disputes. If a discovery dispute arises that cannot be resolved the parties shall file a joint statement not to exceed two pages setting forth their respective positions. Within two business days of such filing, the court shall issue an order either resolving the dispute or setting the matter for hearing in person or telephonically.

Finally, the court notes that the stipulation for order shortening time was also accompanied by a notice of motion to expedite discovery responses in proceedings on a motion filed by defendants before the three-judge court. At the hearing the parties acknowledged that the stipulation for order shortening time does not extend to the notice of motion to expedite discovery responses in the three-judge court proceedings. This court makes no ruling affecting discovery matters concerning the three-judge court proceedings.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The January 16, 2013 stipulated request for order shortening time is granted.

      2. Plaintiffs' motion to expedite discovery responses in proceedings on defendants' motion to terminate the above-captioned action is granted.

      3. Responses to discovery requests propounded in connection with defendants' motion to terminate this action shall be served within fourteen days of service of the request.

      4. The provisions of Local Rule 251 will not apply to discovery disputes that may arise in connection with defendants' motion to terminate this action. If a discovery dispute arises that cannot be resolved the parties shall file a joint statement not to exceed two pages setting forth their respective positions. Within two business days of such filing, the court shall issue an order either resolving the dispute or setting the matter for hearing in person or telephonically.

DATED: January 25, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

12
cole0520.oah124