IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.

      Plaintiffs,

    vs.                                  No. CIV S-90-0520 LKK JFM P

EDMUND G. BROWN, JR., et al.

SPECIAL MASTER'S REPORT ON HIS
EXPERT'S REPORT ON SUICIDES COMPLETED IN THE CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
IN CALENDAR YEAR 2011

      Attached is the *Coleman* Special Master's Expert's Report on Completed Suicides in the California Department of Corrections and Rehabilitation ("CDCR" or "Department"), for calendar year 2011. It is the thirteenth such report, prepared by my expert, Raymond F. Patterson, M.D. who is a nationally recognized expert on suicide prevention in correctional settings and has been writing the *Coleman* annual suicide report beginning with calendar year 1999. The report is submitted as part of the *Coleman* special mastership's continuing review of the Defendants' compliance with court-ordered remediation in the matter of *Coleman v. Brown*, No. CIV S-90-0520 LKK JFM P (E.D. Cal.).

      This report is filed pursuant to this court's order of January 17, 2013, Docket No. 4297. Accordingly, it is not distributed to the parties in draft form prior to being filed with the court. Like suicide reports for past years except 2008 through 2010, this report returns to the full format, which includes Dr. Patterson's individual reviews for each of the 34 suicides which occurred in CDCR prisons in 2011. (Because of the demands

1

placed on defendants and my staff by an ongoing suicide prevention project in 2010, the suicide reports for 2008 through 2010 were more streamlined and, by agreement of the *Coleman* parties, did not include individual case reviews.)  For the ease of the reader, the content of this report is presented in a more narrative format, accompanied by the usual supporting data compilations and graphs.  Simultaneous with the filing of this report, the parties will be provided with a list of the redacted identities of the 34 inmates whose suicide deaths are the subject of the report.

As discussed in detail in Dr. Patterson's report, the state of suicide prevention in CDCR's prisons remains troubling. This report is offered in the spirit of advancing the effort to improve that situation and to save lives in California's prisons.  It is hoped that it will be read and accepted in that light.

                Respectfully submitted,

                /s/

                Matthew A. Lopes, Jr., Esq.
                Special Master

January 25, 2013