# TABLE OF APPENDICES

1   Receiver's Turnaround Plan of Action Matrix

2   CCHCS Information Technology Project Matrix

3   Executive Summary & Health Care Access Quality Reports – August through November 2012

4   Human Resources Recruitment and Retention Reports – August through November 2012

5   Patient Safety Program Policy & Procedures

6   Patient Safety Presentation

7   CCHCS Best Practices – Clinical Initiatives & Patient Registries

8   Quality Management Policy & Procedures

9   Performance Improvement Work Plan Tool Kit – 2012

10  Health Care Appeals and Habeas Corpus Petition Activity – September through December 2012

11  Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level – September through December 2012

12  OIG Comparison: Round 2 vs. Round 3

13  CPR Financial Statements – September through December 2012