# PART 2 OF 3:

# APPENDIX 7

# APPENDIX 7

# Best Practices Library

# Clinical Initiatives – Quality Improvement

## Table of Contents

| | |
|---|---|
| Overview | 2 |
| Steps of Procedure | 3 |
| Sample Procedure | 5 |
| Policy References | Attachment 1 |
| Statewide Performance Improvement Plan | Attachment 2 |
| Health Care Services Dashboard-Disease Management-Diabetes | Attachment 3 |
| Example Care Guide-Diabetes | Attachment 4 |
| Example Quality of Care Review Tool-Diabetes | Attachment 5 |
| Example Master Chronic Care Registry | Attachment 6 |
| Example Sub-Registry Diabetes Registry | Attachment 7 |
| Example Institution Team Level Report-Diabetes | Attachment 8 |
| Example Continuing Medical Education Presentation-Diabetes | Attachment 9 |
| Example Group Diabetes Education Curriculum (CSP-SOL) | Attachment 10 |

# Overview

Quality Improvement (QI) efforts span every department and discipline in an institution, but most, if not all, ultimately should improve patient care. QI Clinical Initiatives are those that focus on specific evidence based clinical outcomes.

Choosing and then implementing a clinical initiative and then monitoring outcome requires 5 steps in the "Cycle of Change". The elements involved in this cycle are common to most, if not all, clinical goals. In the following sample procedure, we will use Institution X and look at how the medical staff might select and implement a QI Clinical Initiative.

Here are the elements in the "Cycle of Change".



## Steps of Procedure-

### Step 1: Determine Priority Areas for Improvement and Set Performance Objectives

- Identify a priority area for improvement and set performance objectives. **Within CCHCS multiple "priority improvement areas" have been identified** and statewide performance objectives have been set in the Statewide Performance Improvement Plan (PIP). (Attachment 2)
- Institutions that do not, yet, have their own institution PIP are encouraged to use the Statewide PIP and Primary Care Toolkit as a guide.
- Institutions that do have a current PIP will likely choose to work on one of the areas related to patient outcomes (with specific performance objectives) that they have determined to be a priority at their facility.
- In general, a priority improvement area is chosen because it is high risk, high cost, high volume and/or problem-prone.
- Once the specific area for improvement is identified, a baseline performance should be quantified as much as possible.

### Step 2: Create / Modify Change Package

- Once the area for improvement is identified, performance objectives set and baseline performance measured the next step is to develop tools to make it easy for the staff to "do the right thing".
- Tools can include:
  - ✓ **Care Guides** – Clinical Guidelines – evidence based.
  - ✓ **Chart Review Tools** – To evaluate whether the patient is receiving care as recommended by clinical guidelines.
  - ✓ **Patient Registries** – Lists of patients with specific conditions and the currents labs, medications, consultations or other information related to recommended treatments and expected outcomes.
  - ✓ **Checklists** – Generally used at point of care to help the Care Team member complete all required elements of recommended care.
  - ✓ **Forms** – Pre-printed charting tools or forms can serve as important "Decision Support" when evaluating and/or educating a patient.
  - ✓ **Tracking Systems** – Preferably electronic systems that can be easily accessed at point of care and shared with all staff involved in the patients' care. Example would be an electronic TTA log that can inform the Care Team of patients that have returned from consultation or admission at higher level of care.
  - ✓ **Sample Procedures** – Sample operating procedure can document agreement on how a specific process will be implemented, who is responsible for each aspect of the process and how proper implementation will be monitored.
  - ✓ **New Staff Roles / Responsibilities** – Often a Clinical Initiative involves a change in "business as usual" for Care Team members. To facilitate improved performance additional steps in patient care may be needed or current practice may need to shift responsibilities among the Care Team

members. It can be helpful to document expectations by updating job descriptions and work with labor.

- **The above tools and best practices can be assembled into a "Change Package" that can be shared with the staff.**

## Step 3: Conduct Staff Development

- The next step is to educate staff, including:
  - ○ Why the specific area/problem was selected.
    - What are the national guidelines/benchmarks and what evidence exists that the proposed change improves patient care/outcome?
    - What is the institutions/ Care Teams current performance?
      - Often a "self-audit" by the Care Team can help the staff recognize that their performance has room for improvement.
  - ○ What is the goal or performance objective/target.
    - How will this be measured?
  - ○ What resources (if any) will be provided to assist in identification of patients, especially those who are not yet at goal.
- Statewide Continuing Medical Education (CME) presentations may be available for specific conditions.
- Other Training / Orientation: Staff may need training on use of tools in the "Change Package" such as new forms, tracking systems and the Patient Registries.

## Step 4: Provide Targeted Interventions as Necessary

- One-on-one technical assistance (on-site and by conference call or Webinar).
  - ○ It is possible that the institution itself may have some questions about the best way to implement their clinical initiative, how to select the patients, or how to use new statewide forms or tracking systems. The Quality Management Unit, Clinical Support Unit, the Deputy Medical Executives and others at Headquarters can assist where needed at specific institutions.
  - ○ Commonly several of the Care Teams at an institution will embrace the initiative and proceed successfully with little or no additional assistance.
  - ○ A few Care Teams, however, may struggle citing difficulty with team member continuity, or non-adherent patients or other perceived barriers that explain their lack of progress. The CME, CP&S, CSE or CEO may need to get involved and help facilitate a solution.

### Step 5:  Re-measure / Re-evaluate

This final step after allowing a reasonable time period for implementation of the initiative is to repeat the measurement of performance.

- Many CCHCS performance objectives are calculated monthly (disease management is quarterly) and published on the Health Care Services Dashboard.  If a measure was chosen that is not already calculated then an alternate audit/inspection can be done to obtain the updated performance measurement.
- Once the updated performance measurements are available the institution/Care Teams should reflect on their performance and evaluate "what worked" or "didn't work".  The Care Teams may chose to drop changes that did not seem to provide any benefit and to continue with those changes in practice that made a difference.
  - Care Teams should be given the chance to share with one another "what worked" or "didn't work" to make the overall institutions improvement more efficient.
- At this point the Care Team may decide they have met their goal on this particular measure and may chose to begin another initiative. On the other hand, if the team has not made their goal they should be assisted in determining what prevented them from reaching the goal and what new changes they could try (perhaps from another successful team) to implement now.

# Sample Procedure

**Step 1:**

**Determine priority areas for improvement and set performance objectives**
**Review PIP:**
Institution X has not had a chance to do a local PIP so they go to the Health Care Services Performance Improvement Plan and review the performance objectives. They chose the following performance objective regarding diabetes care because they know from the Dashboard that this is area needs improvement.

*Cardiovascular Disease/ Diabetes Care*
- By June 30, 2012, greater than 75% of diabetic patients will have hemoglobin A1c, cholesterol, and blood pressure levels in good control, received screening or treatment for nephropathy, and an annual eye examination completed (composite diabetes measure).

**Set Performance Objectives:**
For most of the Dashboard measures or Statewide PIP areas specific goals or performance objectives have been developed. These can be located in the Dashboard Glossary or in the Health Care Services PIP.
Institution X notes that the "Diabetes Care" composite measure consists of most recent HbA1c, LDL and BP and nephropathy care (patient with microalbumin test within 1 yr or on ACEI or ARB). They note that the goal is $\geq$ 75% of patients at goal.



## CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
### DASHBOARD GLOSSARY

| Measure | Goal | Definition | Sources |
|---|---|---|---|
| | | **PREVENTION AND DISEASE MANAGEMENT** | |
| Diabetes Care | Goal ≥ 75%<br>High ≥ 75%<br>Moderate 65%-74%<br>Low < 65% | Average of the following measures for inmate-patients 18 through 75 years of age with diabetes* who were continuously incarcerated during the preceding12 months:<br>• Most recenthemoglobin A1c (HbA1c)<8% (under control)<br>• Most recent low-density lipoprotein-cholesterol (LDL-C)<100 mg/dL (under control)<br>• Most recent blood pressure <140/90 (under control)<br>• Received medical attention for nephropathy (urine microalbumin checked or patient on an angiotensin-converting enzyme inhibitor (ACEI) or angiotensin II receptor blocker (ARB) medication)<br><br>*CCHCS assumes patients have diabetes based on the patient ever receiving a prescription of diabetes medication and/or laboratory hemoglobin A1c (HbA1c) result greater than or equal to 6.5% (>=6.5%) excluding patients who only have 1 dispense of a diabetes medication greater than 3 months ago and no history of a HbA1c greater than or equal to 6.5% (>=6.5%). | Reference and<br>Institution<br>Institution<br>Laboratory<br>Databases / Guardian<br>Pharmacy<br>Database / Strategic<br>Offender<br>Management<br>System/ Third Party<br>Health Care Claims /<br>Institution Inmate<br>Refusal Data (Self-<br>Reported) |

**Baseline Performance:**
Institution X now needs to understand their baseline performance. The Health Care Services Dashboard is a good source for several metrics, but the Patient Registries or other institution measurements can also be used.
Institution X notes that in the current quarter the Statewide Diabetes composite score was 74% and their score was 55% (down from 64% in the prior quarter). This confirms for them that the topic of their clinical initiative will be improvement in diabetes care.



There are reports available that Institution X's CME can use to determine baseline performance down to the team level*. He notes that three teams are 80% (over statewide 75% target) on their composite diabetes score while four other teams are significantly under target.









These reports will be available (for diabetes care) in August 2012 on the QM SharePoint site with the Patient Registries.

**Step 2:**

- **Diabetes Care Guide** (Attachment 4)
    - At the "All-staff" "kick-off" meeting for the initiative the CME demonstrates to the entire staff how to access the Care Guides on Lifeline

- o CME goes through the Diabetes Care Guide briefly:
  - Reviewing the goals for A1c, BP, LDL
  - Reviewing the recommendations for monitoring
  - Reviewing the use of monofilament testing for neuropathy
  - Reviewing the Patient Education material at the end of the Care Guide
- o At the medical provider staff meeting the CME reviews the appropriate dosing of insulin by reviewing the algorithm on page 3.
  - CME notes that Pharmacy and Nursing have indicated that 37 patients still have orders for "Sliding Scale" insulin and that the use of sliding scale insulin has limited indications. Teams will be given a list of all patients currently receiving sliding scale dosing so that those patients can be reviewed.

- **Diabetes Quality of Care Review Tool** (Attachment 5)
  - o The CME gives each provider the names of 4 of their (randomly selected) patients with diabetes and asks them to review their last chronic care note using the "Diabetes Quality of Care Review Tool (QOCRT)".
    - The CME has found that this is an effective way to remind the providers of the specifics of the diabetes guidelines and allow them to see for themselves whether they are ordering and documenting all recommended aspects of care.
  - o If the CME indentifies a yard/team/provider whose performance is significantly below the others in the institution he is able to use the QOCRT himself to review charts and assist the provider in improving his or her performance.

- **Master Chronic Care and Diabetes Registries** (Attachment 6 & 7)
  - o The process of accessing the Patient Registries is reviewed with all staff to confirm that they are familiar with how to find and use the Master Chronic Registry and from there, the Diabetes Registry.
  - o Care Team members should be familiar with the Registry User Guide (link just under the Patient Registries link on the QM SharePoint site.) which provides information on how to use the registries and also explains the "red and yellow boxes" (alerts) and gives the expected intervals for labs etc.
  - o Each Care Team should sit down together to review the following:
    - How many patients with diabetes:
      - Are currently on their team
      - Are new to their in the last 30 days
      - Have an A1c >8
      - Have an A1c missing or overdue (or due soon)
      - Have an LDL > 100
      - Have an LDL missing or overdue (or due soon)
      - Have a microalbumin result (if not on ACEI/ARB)
      - Have a microalbumin result missing or overdue (or due soon)

- o Using the information above the team can determine some priorities and how to proceed. Some possible actions would be:
  - ▪ The team OT could take a list of each patient with an alert (red box) and determine when they were last seen, and/or the timing of their next scheduled appointment.
    - The team could then decide that any patients who are scheduled to be seen in the next two weeks will remain with that appointment and their diabetes addressed at that visit.
      - o The team confirms that all patients new to the team in the past 30 days either have already been seen, or have an appointment in the next two weeks.
    - Next the team may decide to have the provider see any patients with A1c > 9 who have not had in appointment in the past 4-6 weeks.
    - The team may elect to have the RN see patients who have an A1c 8.0-8.9 to determine whether small changes in oral medication dose can be made (in consultation with PCP) and/or whether some lifestyle counseling is needed.
      - o Life style counseling is optimally done in group appointments, both for efficiency and because patients often learn from each other.

- **Checklists** : The last 2 pages of the **Diabetes Care Guide** (Attachment 4) provides a **"fill in the blank"** list of the patient's labs to help with self-management. The Care Team will undoubtedly decide that patient self-management is a necessary component to the success of their clinical initiative. Patient education should be able to be accomplished by all team members, some suggestions:
  - o Foot exam/foot care education- LVN
  - o Life style, lab interpretation, medication adherence-RN
  - o Medication mechanism of action/choice, diabetes complications-MD
    - o Reviewing the Care Guide Patient Education and completing them with patients can be an important step in self-management.
    - o As mentioned above, group education can be especially beneficial. If there are challenges finding space to provide for this contact the CEO who may be able to work with custody to find alternate space.
    - o When using group education consider involving other disciplines such as Psychologist, Pharmacist, Dentist, Podiatrist, Dietician (if available), and Physical Therapist.
      - ▪ CSP-SOL developed a multi-session interdisciplinary Diabetes Education course that they offer quarterly in each yard. (See curriculum- Attachment 10)

- **Forms :** Many institutions have developed a revised template for the 7230 (Interdisciplinary Progress Note) which includes decision support consisting of prompts for asking about hypoglycemia and about doing foot exams or ordering retinal screening when appropriate. While official CDCR forms cannot be changed with approval of the forms committee, addition prompts can be added "on top" (as a template) of the official form.

- **Tracking Systems:** As of yet the Patient Registries are unable to capture blood pressure, foot exam or retinal screening for patients. Care Teams may decide to track these important measures on their patients.
  - One way a Team could begin a database/tracking of these items is to export their clinic's Diabetes Registry to an Excel document and then begin to enter and track the information. (To make updating the list for patient movement -leaving and joining the panel- even more efficient a team member who knows how to "merge" Excel documents can simply export an updated list every week and merge with existing list.)
  - Many teams have also indicated they would like a way to identify patients who they have repeatedly approached and counseled and yet remain poorly adherent. This may save teams repeatedly ducating a patient who is determined to chronically refuse care. (See Best Practice Chronic Medication Refusal).
    - The team can add this information to their own database/tracking system, but should include a plan to periodically (perhaps quarterly?) have a team member (Provider or RN) bring the patient in to "check-in" and again offer the needed care and document if patient continues to refuse.

- **Sample Procedures:** If the team determines that the LVN can do the monofilament exam then some education and a short written procedure may need to be done.

- **New Staff Roles / Responsibilities:** As mentioned above, often a Clinical Initiative involves a change in "business as usual" for Care Team members.
  - If, for example, the Care Team decides that the OT will be responsible for using the Patient Registry to identify all new patients on the team each day or each week it would be helpful to add that responsibility to their job description.
  - Continuity of Care Team members is critical, especially when new processes or procedures are being implemented. It is a good idea to have every team member write a brief "desk procedure" for any new responsibilities (that might not be expected yet in other clinics) so that anyone covering that position is able to follow the new process and keep the clinic flowing.



**Step 3:**

**Conduct Staff Development**
There are likely to be areas present in every institution where staff needs additional training or "brushing up" on a specific topic. Health Care leadership should assist in identifying those areas and facilitating the necessary training.

Example from Institution X:

The CME at Institution X identified and used the tools noted in Step 2 and most Care Teams have started to use the Patient Registries, Care Guides and are developing their own internal tracking system.

- The CME identifies that some staff (both providers and RN's) could use a little 'brush-up' on the latest Diabetes guidelines. (After 6 weeks he notes that there are still 25 patients at the institution receiving sliding scale insulin in general population).
  - The CME asks the CP&S to present the CCHCS Diabetes Update presentation to the Care Teams at the monthly Primary Care Meeting.
- The Care Team on yard 3C request more information about the Diabetes Group Education that was developed at CSP-SOL. Their RN and provider meet via conference call with one of the SOL providers involved in the program to learn more and obtain the PowerPoint's used at each session. (Alternatively they ask their CSU consultant to obtain the information and share it at a medical staff meeting).
- The Care Team on yard 3A is interested in piloting the use of KOP glucometers in their yard and the CME discusses with the CNE who arranges for the SRNIII to learn about the program at CEN and then has her present the information to the Care Team at one of their huddles. (Alternatively the CNE asks for a NCPR from HQ to present to the SRN's and Medical staff what CEN is doing with KOP glucometers).
- Four of the clinic OT's request more training on the patient Registries, specifically on printing their clinic lists and exporting to Excel for their own editing and updating. The CSE arranges for an AGPA who is very knowledgeable on Excel to present to all the OT's.)

**Step 4:**

**Provide Targeted Interventions as Necessary**
Performance between and among the teams will be variable. In each group there is likely to be "early adopters", "innovators" and a few "laggards".

- Health Care leadership should be sure to capitalize on the presence of the innovators by spreading their innovations when appropriate.
- Early adopters should be recognized and supported.
- Health Care leadership will need to pay particular attention to the "laggards" as they are often vocal "naysayers" as well. Management and Human Resources techniques and processes exist to help move the laggards into a more positive direction.

Example from Institution X:

The CME notes after eight weeks that 5 of his 7 teams are very engaged in the initiative and he has been able to facilitate targeted assistance in several instances (examples above -Staff Development).

- Two of the teams are struggling.
  - In one team the RN is very engaged but is unable to get the provider to consider any practice change at all. The provider believes the care he gives his patients is excellent and he sees no reason that the team needs to do anything differently. He believes things will improve as he continues to see each patient as scheduled and he believes the Patient Registry has nothing to add that he can't see in the eUHR at each visit. He believes the reason that 14 of their patients have A1c >10 is because they are "noncompliant" and says "there is nothing I can do if they don't want to take their medicine".
    - The CME and CP&S meet with the provider and explore his beliefs, asking him to review some of his charts (on those 14 patients with A1c>10) and to read an article on population management.
    - The CME or CP&S commit to attend huddles in this clinic every MWF to support the RN and model population management discussions. (Let's look at the list of patients with diabetes who have not had an A1c in the past 6 months", "Let's consider as a team how we will identify and manage new patients with diabetes who joining our pale and overdue for labs.)
    - The CME and CP&S may identify a colleague that the provider seems to respect and ask that the two providers meet to discuss how the respected colleague is managing his panel of patients with diabetes.
  - In the other team the provider reports that the clinic RN declines to use the Registry ("I don't have time") and insists that she is unable to support any diabetes education or add diabetes patients to her schedule because the 7362's take up all her time.
    - The CNE or SRNII may meet with the nurse and learn about her concerns and perceived time constraints.
    - The CNE may ask an SRNII to spend a few days in clinic with the RN and help determine where the challenges are and how they can be resolved.
    - The clinic RN might be allowed to "shadow" an RN in one of the engaged clinics to see how the process can work successfully.
- In other examples:
  - A team may firmly believe that they have a particularly challenging group of patients (SHU or SNY EOP perhaps).
    - The CME and CP&S might help review some of those patients and learn more about the specific concerns of the Care Team/Provider.

- ▪ The CME and CP&S might reach out to institutions with similar patients and ask about their experience and any best practices they have found to improve adherence and outcome.
  - ○ A team may have problems getting the lab to accept "standing orders" that are signed by the R&R nurse that the team has requested be completed for each diabetic patient new to the institution.
    - ▪ Team works with CSE, CEO Lab manager to resolve concern.

### Step 5:

### Re-measure / Re-evaluate

This final step after allowing a reasonable time period for implementation of the initiative is to repeat the measurement of performance. The Diabetes composite measure is calculated quarterly and published on the Health Care Services Dashboard.

- • The score for the institution is listed and compared to the statewide average.
- • The score for each Care Team is listed on the Diabetes Report as mentioned above in Step One.

The institution (and each Care Team) should reflect on their performance and evaluate "what worked" or "didn't work". The Care Teams may chose to drop changes that did not seem to provide any benefit and to continue with those changes in practice that made a difference.

- ○ Care Teams should be given the chance to share with one another "what worked" or "didn't work" at a monthly Primary Care meeting so that "Best Practices" can be shared.

At this point, some Care Teams may decide they have met their goal on this particular measure and may chose to begin another initiative.
Other Care Teams who have not made their goal they should be assisted in determining what prevented them from reaching the goal and what new changes they could try (perhaps adopted from another successful team) to implement now.

# CALIFORNIA PRISON HEALTH CARE SERVICES

| VOLUME #4: MEDICAL SERVICES | Date Created: June 12, 2009 |
|---|---|
| CHAPTER 4A | Date Approved: |
| Primary Care Model Policy and Procedure | Next Revision: |

Printed copies are for reference only. Please refer to the electronic copy for the latest version.

## POLICY:

California Prison Health Care Services promotes a team approach to primary care. Under this model, the Primary Care Team:

- Serves as the patient's first point of entry into the health care system and as the continuing focal point for all needed health care services.
- Provides patients with ready access to their provider or to an established back-up provider when the primary provider is not available.
- Provides health promotion, disease prevention, health maintenance, counseling, patient education, diagnosis and treatment of acute and chronic illnesses.
- Is organized to meet the health care needs of patients with undifferentiated problems, with the vast majority of patient health care concerns and needs being managed by the Primary Care Team.
- Includes providers and non-physician health professionals.

## PURPOSE:

The purpose of the primary care model is to establish a consistent relationship between a patient panel and a Primary Care Team that results in:

- Fewer lapses in care.
- Improved patient adherence to treatment plans and interventions.
- Improved health outcomes.
- Cost-effective, efficient care.
- Clear assignment of responsibility among Primary Care Team members.
- Scheduling of patients which promotes continuity of care while addressing patients' primary care needs.

## DEFINITIONS:

**Patient Panel:** A clearly defined group of patients that are assigned to a particular Primary Care Team. Every Primary Care Team has one panel of patients. Every inmate is assigned to a Primary Care Provider within the Primary Care Team.

**Primary Care Team:** An assigned inter-disciplinary team that is responsible for the health care of a panel of patients.

**Primary Care Huddle:** A meeting of the primary care team members to plan and coordinate the patient care activities of the team in order to reduce or prevent lapses of patient care.

# CALIFORNIA PRISON HEALTH CARE SERVICES

**RESPONSIBILITIES:**
The Health Care Manager at each institution is responsible for implementation of this policy.

## A. ASSIGNMENT OF PATIENT PANELS

Each inmate will be assigned to a specific:
- Patient Panel
- Primary Care Team
- Primary Care Provider

### 1. Defining Patient Panels

Institution health care staff should adopt the method most likely to promote an ongoing relationship between a patient and his or her Primary Care Team to achieve operational efficiency, to ensure timely access to care, to optimize movement and escort capabilities, to balance workload, and to appropriately address patient acuity and complexity.

Panels may be defined in a variety ways, as dictated by needs of each institution, including assignment by:
- Alphabetical roster
- Last two digits of CDCR number
- Yard
- Housing unit
- Level of care / program participation
  - Security Housing Unit
  - Administrative Segregation Unit
  - Outpatient Housing Unit
  - Correctional Treatment Center
  - Behavioral Management Unit
  - Enhanced Outpatient Program
  - Psychiatric Services Unit
  - Reception Center
- Security / Custody Level
- Compatibility Group

### 2. Consistency in Panel Affiliation / Continuity

Consistency in a patient panel is helpful in preserving continuity of care. Institutions should consider steps that can be taken to minimize unnecessary changes in panel affiliation.

Each institution will adopt Local Operating Procedures to ensure that patient transfers from one panel to another are clearly, promptly, and effectively communicated to the new Primary Care Team and the previous Primary Care Team.

### 3. Roles and Responsibilities

The Health Care Manager is responsible for ensuring that all patients are assigned to a patient panel.

# CALIFORNIA PRISON HEALTH CARE SERVICES

Each institution shall adopt a Local Operating Procedure to ensure that all patients are notified of their panel assignment. Patients will be notified of both their Primary Care Team and Primary Care Provider designations. Among other methods, notification may occur through posters displayed in housing units or patient education materials distributed at the Reception Center or Receiving and Release.

### 4. Reporting
The Local Operating Procedure shall also establish a patient panel, and describe requirements for updating and maintaining the panel. The panel will be readily available for review, and should be updated as indicated.

## B. PRIMARY CARE TEAMS
Each patient will be assigned to a Primary Care Team.

### 1. Team Purposes
- To ensure comprehensive, continuous, coordinated care.
- To provide an interdisciplinary approach to patient care that produces synergies, with defined essential roles and responsibilities.

### 2. Team Composition
At a minimum, Primary Care Teams will consist of the following members:
- Primary Care Provider
- Primary Care Nurse
- Clerical support

### 3. Continuity in Team Membership
To reduce disruptions in care, institutions should avoid unnecessary changes in the membership of the Primary Care Team. Each institution shall develop Local Operating Procedures that convey expectations regarding continuity of the team. Local Operating procedures will also address:
- Team coverage in the event of scheduled absences, such as vacations, leaves of absence, and sick leave (when advanced notice is available)
- Team coverage in the event of unscheduled absences, such as Administrative Time Off and sick leave (when advanced notice is unavailable)

Individual changes in Primary Care Team membership do not require formal notice to the patient panel. Patients will be provided with a list of their assigned Primary Care Team members upon request.

### 4. Primary Care Roster
Each institution will maintain a roster of all Primary Care Teams and their membership.

### 5. Roles and Responsibilities of Team Members
All team members are required to:

# CALIFORNIA PRISON HEALTH CARE SERVICES

- Establish and maintain professional, effective, and therapeutic relationships with all patients.
- Establish and maintain professional and effective relationships with all Primary Care Team members.
- Be accountable for their individual practices and the continuity of care delivered.
- Give priority to the patient's health care needs; however, not all patients' requests are health care needs or priorities.
- Participate constructively in the Quality Improvement process.
- Participate in team activities, including routine Primary Care Team meetings (huddles), emergency response reviews, and other meetings and consultations.

Each institution will establish Local Operating Procedures that assign to a coordinator accountability for:
- Ensuring that Primary Care Teams fulfill the functions described in this policy, and
- Documenting of Primary Care Team activities.

Each Primary Care Team will have a member of the team as the assigned coordinator.

## 6. Roles and Responsibilities of the Primary Care Provider
Each Primary Care Provider is responsible for diagnosing and treating the majority of patient health care needs.

The provider must:
- Provide quality care
- Use resources efficiently
- Effectively communicate with the patient, team, and others
- Provide patient education
- Promote patient satisfaction within the context of evidence-based care

## 7. Role and Responsibilities of the Primary Care Nurse
The Primary Care Nurse is responsible for using the nursing process for the benefit of the panel's patients. The nursing process includes assessment, planning, intervention, and evaluation.

The Primary Care Nurse must:
- Demonstrate knowledge of the system of care
- Organize nursing and Primary Care Team activities to meet the health care needs of the patients.
- Effectively communicate with the patient, team, and others
- Act as a patient advocate
- Provide patient education

## 8. Role and Responsibilities of Clerical Support
The clerical member of the Primary Care Team ensures that all patients are appropriately scheduled, that access to care barriers are made known to the full Primary Care Team, and that

# CALIFORNIA PRISON HEALTH CARE SERVICES

Primary Care Team members have the information they need for planned patient encounters. Areas of responsibility include:
- Scheduling of appointments
- Chronic Disease Registry interface (data entry, production of registry reports)
- Unit Health Record
  o Record requests and / or delivery to the clinic
  o Diagnostic study reconciliation
  o Consultation referral reconciliation
  o Current medication list
  o Returns to the Medical Records Department
  o Filing

## C. PRIMARY CARE HUDDLE

To reduce or prevent lapses in patient care and to plan and coordinate patient care activities, the Primary Care Team will meet on all scheduled patient care days.

### 1. Composition

Preferably, all members of the Primary Care Team will attend the Primary Care Huddle. At a minimum, the Primary Care Provider, Primary Care Nurse, and scheduler must be present. The Primary Care Huddle may occur without a Primary Care Provider if the Primary Care Provider is not scheduled to see patients.

### 2. Frequency

The Primary Care Team will meet or "huddle" to plan and coordinate the patient care activities at least once every patient care day.

### 3. Topics

Topics covered during the Primary Care Huddle include but are not limited to:
- Unscheduled Triage and Treatment Area visits
- Emergency Department transfers
- Transfers to other levels of care
- Returns from higher level of care
- Medication/Pill Line issues
- Add-on appointments
- Sick Call triage
- Case management issues
- Review of ducat list to plan and triage patient visits and ensure that everything needed for appointments is available – including the Unit Health Record, Registry reconciliations, Diagnostic study reconciliation, consultation referral reconciliation, and a current medication list and available problem list.
- Backlog considerations
- Staffing issues
- Supply/resource issues
- Pending consultations and specialty services requests

# CALIFORNIA PRISON HEALTH CARE SERVICES

- Potential barriers to care, including lockdowns, restricted movement, fog lines, and other considerations
- Review of communications logs.

Each institution will establish a Local Operating Procedure that will define the roles and responsibilities for the Daily Huddle including:
- Ensuring that the daily huddle is occurring;
- Ensuring that the daily huddle is functioning appropriately and efficiently;
- Fixing responsibility for documentation; and
- Designating a huddle coordinator.

## D. TRACKING KEY PATIENT EVENTS

To reduce preventable lapses in care that are caused by gaps in information flow, the Primary Care Team will track and communicate key patient events on an ongoing basis, including:
- Transfers to a higher level of care – Transfers to or from the Outpatient Housing Unit, Correctional Treatment Center, General Acute Care Hospital, Skilled Nursing Facility, or Hospice.
- Triage and Treatment Area visits - Unplanned medical care provided at the Triage and Treatment Area.
- Outside emergency services visits - Medical care provided at an Emergency Department outside the institution.
- Significant diagnostics - Routine and urgent laboratory tests and imaging ordered by the primary care team's providers or by Triage and Treatment Area providers.
- Transfers between housing units within an institution - Patients that are moved in a way that changes their panel/primary care team affiliation.
- Specialty medical consultations
- Transfers between institutions - Patients that are moved from one institution to another.
- Return from out-of-state care or out to court status - Patients that return from outside the system, such as out to court or out of state.

### 1. Reporting

Each month, the Institutional Quality Management Committee shall consider:

Higher Level of Care
Number of patients who returned from the hospital during the reporting period
Number of patients who had a medication discontinuity (lapse in medication administration, change in medication not implemented) after return from hospital

Triage and Treatment Area Visits
Number of Triage and Treatment Area visits during the reporting period
Number of repeat Triage and Treatment Area visits within two weeks
The number of Triage and Treatment Area visits pertaining to missing medications
The number of hospitalizations within two weeks after a Triage and Treatment Area visit

# CALIFORNIA PRISON HEALTH CARE SERVICES

Outside Emergency Services Visits
Number of hospital returns during the reporting period
Number of patients who had a medication discontinuity (lapse in medication administration, change in medication not implemented) after return
Number of outside Emergency Services visits during a period
Number of repeat Emergency Services visits within two weeks
Number of hospitalizations within two weeks after a Emergency Department visit

Significant Diagnostics
Number of patients sent to the Triage and Treatment Area for critical lab values
Number of critical lab values during the reporting period
Number of critical lab values that were not addressed within four hours of report
Percentage of diagnostic results that were not reported to the patient within policy timelines
Oldest, undrawn routine lab test
Oldest, incomplete imaging test

Transfers between Housing within an Institution
Number of patients who left the panel and went to another panel within the institution during the reporting period
Number of patients added to the panel from within the institution
How many medications did not arrive with the patient

Transfers between Institutions
Number of patients who left the panel and went to another panel from another institution during the reporting period
Number of patients added to the panel from another institution
How many medications did not arrive with the patient
Number of patients who did not arrive with an Unit Health Record

Each institution will establish a Local Operating Procedure that addresses the specific tracking, follow-up, and reporting methods for these key patient events. Sources of information include:
- Utilization Management bed management report
- Daily movement sheet
- Triage and Treatment Area log
- Laboratory Accession log
- Receiving and Release log
- Clinic Communications log
- On-call sign outs
- Specialty Care schedule
- Clinical orders

The institutional Local Operating Procedure must include:
- Who is responsible for tracking each area
- How often the tracking is reviewed
- Who is responsible for providing continuity in response to the events

# CALIFORNIA PRISON HEALTH CARE SERVICES

- Who is responsible for the communication of the key event
- How each key patient event is tracked
- How the information reaches the Primary Care Team
- Triggers for further action
- Methods for reconciling orders and actions

The institution will ensure the Local Operating Procedure is approved through the Local Governing Body and the Regional Leadership Team (Regional Administrator, Regional Medical Executive, and Regional Nurse Executive).

## E. PERFORMANCE ASSESSMENT AND IMPROVEMENT

The Primary Care Team will periodically assess its performance and takes actions to improve its performance based on the assessment.

### 1. Monthly Performance Improvement Meetings

The Primary Care Team will meet formally at least monthly to consider the results of its reporting and tracking, lessons learned from its operations, and input/judgments of the team members. During these meetings, the team will identify the most important areas for improvement, and plan and implement changes in order to improve care.

### 2. Methodology: Rapid Cycle Change.

The Primary Care Teams should use rapid cycle change methods in its performance improvement activity. (Refer to Inmate Medical Services Program Policy and Procedure Quality Improvement, Volume 3).

### 3. Required Areas of Assessment

At a minimum, Primary Care Teams will evaluate their performance in accordance with the following program goals:

- Ducated patients are seen or accounted for and managed each day.
- All critical medications are refilled on time.
- All significant diagnostic results are managed appropriately.

### 4. Reporting

The Primary Care Team must complete documentation and report to the Chief Medical Officer or designee for reporting to the Institution Quality Management Committee at least monthly.

**Reviewed and Approved By:**

**Dwight W. Winslow, M.D.**

_____     _____7/1/09_____

Name                               Date

Release Date: June 30, 2009

# CALIFORNIA PRISON HEALTH CARE SERVICES

| VOLUME 7: CHRONIC CARE PROGRAM | Effective Date: 12/03 |
|---|---|
| CHAPTER 1A | Revision Date(s): 1/06, 1/09, 5/16/11 |
| CHRONIC DISEASE MANAGEMENT PROGRAM POLICY | Attachments: Yes ☐ No ☒ |

## I.  PURPOSE
The purpose of this policy is to ensure that:
- Patient-inmates with chronic health conditions are screened, identified and treated.
- Patient-inmates with chronic health conditions receive appropriate follow up and continuity of care.
- Health care professionals are provided with approved treatment guidelines for the treatment of specific chronic disease.
- Patient-inmates receive health care education, counseling, and targeted goal-setting for practicing healthy behaviors, managing their own chronic illness, and improving their health outcomes and quality of life.

## II.  POLICY
The California Prison Health Care Services (CPHCS) will provide a system to identify patient-inmates with chronic health conditions and provide them with medically necessary health care services using an evidence-based chronic care model (hereinafter referred to as the Chronic Disease Management Program or CDMP).

Clinical guidelines approved by the Clinical Guidelines Committee, which are contained in the clinical guidelines manual, shall be referenced as the minimum standard of practice. Primary care providers should use screening, diagnosis, and treatment guidelines as decision support tools that reflect the most current evidence-based practice.  These tools and clinical guidelines do not supplant an individual provider's clinical judgment.

This policy and related procedure (Chapter 1B, CDMP Procedure) replace Chapters 2 through 12 in Volume 7, Chronic Care Program, which are deleted in their entirety.

## III. RELATIONSHIP TO OTHER POLICIES
The CDMP fits within the framework of the primary care model which is defined in the Primary Care Model Policy and Procedure.

## IV. RESPONSIBILITIES
The Chief Executive Officer (CEO) or his/her designee of each institution is ultimately responsible for the implementation, monitoring and evaluating of this CDMP policy.

## V.  DEFINITIONS
**Chronic Disease:** Any current medical problem that impacts or has the potential to impact a patient-inmate's functioning and long-term prognosis that has lasted, or is expected to last for more than six months. Chronic diseases include but are not limited to cardiovascular disease, diabetes mellitus, some gynecological disorders or diseases, chronic infectious diseases, chronic pulmonary diseases, and seizure disorders.

# CALIFORNIA PRISON HEALTH CARE SERVICES

**REFERENCES**
- Inmate Medical Services Policies and Procedures (IMSP&P), Volume 4, Chapter 4A, Primary Care Model Policy and Procedure.

# CALIFORNIA PRISON HEALTH CARE SERVICES

| VOLUME 7: CHRONIC CARE PROGRAM | Effective Date: 12/03 |
|---|---|
| CHAPTER 1B | Revision Date(s): 1/06, 1/09, 5/16/11 |
| CHRONIC DISEASE MANAGEMENT PROGRAM PROCEDURE | Attachments: Yes ☐ No ☒ |

## I. PURPOSE

The purpose of this procedure is to provide direction to California Prison Health Care Services staff in implementing the Chronic Disease Management Program (CDMP) policy.

## II. PROCEDURE

### A. Identification and Initial Evaluation of Patient-Inmates

1. Patient-inmates are identified for CDMP participation through mechanisms including but not limited to Reception Center initial health screening, Receiving and Release (R&R) bus screening for new arrivals, provider referral, and medication or diagnostic services review.

2. If a member of the primary care team identifies during a primary care encounter that a patient-inmate has a chronic disease, he or she will refer the patient-inmate for CDMP enrollment.

3. Referrals to the CDMP will be documented in the Unit Health Record (UHR). Appropriate testing to support the referral may be ordered by the referring team member at the time of referral for evaluation and enrollment.

4. The CDMP initial health care evaluation, documented on a CDCR Form 196B "Intake History and Physical Form," shall be completed within 14 calendar days after arrival to a Reception Center as part of the primary care intake, or 30 calendar days after transfer to a California Department of Corrections and Rehabilitation (CDCR) institution.

### B. Chronic Care Encounters

1. The primary care team shall prepare for CDMP visits by retrieving relevant patient management information, which may include the following data:

   a. List of patient-inmate's chronic illnesses

   b. Current medications

   c. Interval vital signs

   d. Diagnostic test results

   e. Interval to next appointment

2. The following activities, at minimum, shall occur at each CDMP encounter:

   a. Obtain an interval history from the date of the last visit to the date of the current visit;

   b. Review current medications, complaints or problems;

   c. Assess adherence with the chronic care program; and

   d. Review results of laboratory tests, diagnostic studies, monitoring, and reports from specialty referrals.