# CALIFORNIA PRISON HEALTH CARE SERVICES

3. The PCP performs either a detailed or a focused physical examination for chronic care conditions, as clinically indicated.

4. The PCP determines and documents the clinical status of each chronic disease based on professional standards, treatment goals, and the clinical trend in comparison to prior visits. The PCP documents a treatment plan including goals:

   a. If treatment goals have not been achieved, or if the status has worsened, the treatment plan must reflect strategies for improvement or document why there is not a change to the treatment plan.

   b. The PCP evaluates the patient-inmate's need for medications, diagnostic studies, monitoring, and referrals to a specialist, and makes orders as appropriate.

   c. The PCP orders the follow-up chronic care visit based on professional judgment, achievement of treatment goals and disease management guidelines.

   d. Patient-inmates in the CDMP shall be evaluated a minimum of every 180 days or more frequently based on professional judgment, achievement of treatment goals, and disease management guidelines.

   e. If a patient-inmate has achieved treatment goals and is clinically stable on at least two consecutive encounters, the patient-inmate may be reevaluated every 180 days unless the PCP determines the patient needs to be evaluated more frequently.

5. The primary care team shall review and update the self-management action plan as appropriate, providing feedback to the patient-inmate regarding his or her progress to date.

6. Primary care team members will follow CDCR formulary policies governing prescriptions and medication. The duration for medications ordered as a result of a CDMP encounter shall match the interval to the next CDMP encounter to ensure that prescriptions do not expire.

7. All CDMP patient-inmates who refuse treatment shall continue to be offered an appointment for the CDMP within the time period that is clinically indicated. Primary care team members shall follow current policies to document refusal of treatment.

8. Primary care team members will document CDMP encounters using approved forms.

## C. Health Care Education

1. Once endorsed to an institution, the primary care team will ensure that patient-inmates have the information and tools they need to manage their chronic illness between clinical encounters, such as training in assessing symptom severity, medication management, and modifying behaviors and lifestyle choices to improve health outcomes.

2. Once endorsed to an institution, a member or members of the primary care team should collaborate with each patient-inmate to develop a self-management action plan to improve his or her health status. The self-management action plan will focus on specific problems (e.g. pain or interference with functioning) caused by the chronic disease, set realistic objectives for improving health status, and outline measurable steps to achieve the objectives.

3. Patient-inmate education may occur in a variety of formats including individual and group sessions, posted materials, brochures, surveys, and presentations.

4. Targeted health care education should be provided for the following:

# CALIFORNIA PRISON HEALTH CARE SERVICES

    a.  Poor adherence with medications and other treatments;

    b.  Poor adherence with nutritional and exercise recommendations; and

    c.  Diagnostic tests and laboratory results, other tests, or special procedures outside the normal range.

5.  All health care education provided to patient-inmates shall be documented in the UHR.

## D. Surveillance of Chronic Care Subpopulations

1.  The primary care team shall review the list of chronic care patient-inmates within the team's assigned patient-inmate panel using medication and laboratory data and/or a registry organized by diagnosis to:

    a.  Identify patient-inmates whose risk level, as reflected in recent urgent care visits, hospitalization, diagnostic studies, or other indicators, require more frequent monitoring;

    b.  Identify and refer patient-inmates who have not yet received diagnostic testing, preventive services, specialty care or other services as indicated per guidelines; and

    c.  Identify subpopulations and design interventions to address subpopulation needs, such as medication changes, patient education and self management support.



# Performance Improvement Plan 2011-2012
Improvement Strategies

## PERFORMANCE IMPROVEMENT PLAN 2011-2012: OVERVIEW

Each year, California Correctional Health Care Services (CCHCS) reviews health care processes and services considered to be high risk, high cost, high volume, or problem-prone, and selects priority areas to be targeted in improvement initiatives organization-wide. CCHCS produces an annual Performance Improvement Plan comprised of three major elements:

- Priority areas for improvement,
- Major Strategies that will be used to accomplish performance improvement goals and objectives,
- Specific performance objectives within each priority improvement area and associated timeframes.

Statewide performance improvement initiatives slated for implementation in 2011-2012 support or serve one of four functions:

- Establish improvement priorities at the institution level and align program activities with priorities,
- Integrate health care processes across disciplines and programs,
- Provide information and tools to support process improvement, and
- Monitor and evaluate delivery system performance.

## STRATEGIC ALIGNMENT

Improvement efforts are most effective when all levels of an organization are informed of improvement priorities and rally around a core set of improvement goals. Under this strategy, institutions identify improvement priorities, communicate priorities to staff at all levels of the organization, and ensure that program planning and day-to-day operations and supervision align with these priorities.

Institution Improvement Plans. Each institution is required to establish an annual improvement plan which defines improvement priorities, performance objectives, and proposed strategies. Institution improvement plans take into consideration statewide performance objectives, but are customized for the institution's particular mission, resources, and needs of the patient population and staff. Quality Management Section staff, Compliance Unit staff, and staff from various clinical services areas will work with a subset of institutions to assist them in establishing and implementing improvement plans.

Communication and Alignment. Upon developing an improvement plan for the year, institution leadership is responsible for communicating improvement priorities to staff at all levels of the health care system and helping staff understand their role in achieving improvement objectives. Institution leadership will also guide the process of strategic alignment, by which managers and supervisors determine how program operations and day-to-day supervision will support performance objectives, and how care teams and other staff incorporate improvement activities for priority areas into their day-to-day work.

Quality Management Program Governance. CCHCS will finalize the Quality Management Program Policy and Procedures. Headquarters and Institution Quality Management Committees will meet regularly to determine improvement priorities and strategies, regularly review performance data and take action to improve performance, coordinate the activities of quality-related committees, and ensure that staff are trained in quality improvement concepts, tools, and techniques. Quality Management Committees ensure that staff at the headquarters or local level receive the orientation and training necessary to participate in improvement activities and apply improvement skills, such as problem analysis and system redesign, in their day-to-day work.

# INTEGRATED HEALTH CARE DELIVERY SYSTEM

CCHCS delivers a continuum of health care services to inmate-patients by many different professional disciplines across multiple levels of care in both outpatient and inpatient settings. In order to improve care, and avoid unnecessary morbidity, mortality and costs, CCHCS will need to fully implement sustainable strategies that improve processes and systems that strengthen continuity and coordination of care as well as communication and collaboration among all professional disciplines and with the patient.

An overarching strategy that CCHCS will use is the establishment of a primary care model, which is not based on a traditional medical model that organizes services around acute and episodic events. Rather the primary care model is especially useful for providing continuous services to patients with chronic and complex physical and behavioral health conditions who disproportionately drive risk and resources.

The primary care model is based on a number of nationally recognized models and paradigms that emphasize (1) risk stratification of individual patients and patient populations; (2) a comprehensive patient focus; (3) interdisciplinary team-based care; (4) evidence-based practices; (5) active patient involvement and self management; and (6) decision support and information systems to assist in managing individual patients and patient populations, and facilitating continuous improvements in patient outcomes, clinical practice and processes of care.

Care Teams. At a subset of institutions, CCHCS will work with interdisciplinary care teams to test and implement continuity and care coordination processes. Care teams at the selected institutions will develop or refine processes for planned, proactive care of patients within an assigned patient panel as well as processes to enhance communication, coordination and collaboration among care teams as patients move in and out of different levels and settings of care. From this group of institutions and others across the state, CCHCS will identify best practices that can be used by care teams to plan and coordinate services. Additional activities in this area may include changes in existing statewide processes, policies, and procedures to facilitate system integration and standardization.

Complex Patients. A subset of clinically complex patients is particularly vulnerable to poor health outcomes and account for the majority of inpatient bed, specialty care, and pharmaceutical usage. Because clinically complex patients frequently move from one level of care to another or require specialty and inpatient care, these patients are at higher risk for lapses in care that occur during "handoffs" when a patient transitions from one care setting to another. As part of the 2011-2012 performance improvement strategies, CCHCS will assist care teams in identifying the clinically complex patients that have been assigned to them through monthly patient lists, create decision tools to support monitoring and management, assist with redesign of core processes, and develop tools to assess how well tracking and follow-up systems are working.

Classification Subsystems. Currently CCHCS has several health risk classification subsystems that are not completely aligned, which leads to suboptimal placement of patients who have competing physical and behavioral health needs. In 2010, CCHCS instituted a Medical Classification System which evaluates each patient's medical risk and matches the patient with an institution that can best meet his or her medical care needs. Performance data indicates that the Medical Classification System is not fully implemented statewide, and that many clinically complex inmates are currently housed at "basic" institutions not designed to optimally manage care. To support appropriate placement for these patients and full implementation of the Medical Classification System, CCHCS will produce patient registries monthly that identify clinically complex patients housed at basic institutions and will work with custody, classification staff, and other stakeholders to move these patients to settings appropriate for their health care needs. Ultimately to optimize patient outcomes and economies of scale, the various health classification subsystems should evolve into a comprehensive Health Care Classification System.

2

# PROCESS IMPROVEMENT TOOLS AND TRAINING

CCHCS will continue to build performance improvement capacity in 2011-2012 by providing health care staff with quality improvement tools and staff development programs that teach process improvement skills and techniques. These tools will help individual care teams and institution-wide improvement teams develop new health care processes and redesign existing processes as necessary to establish a well functioning integrated health care system.

Quality Improvement Toolkit. Within the health care industry and quality improvement field of expertise, there are nationally-recognized methods for problem analysis and process improvement. CCHCS will establish tools for institution staff to use during process improvement including basic statistical analysis flow diagramming, cause and effect diagramming, root cause analysis, failure mode effect analysis as well as set up forums for sharing information about improvement initiatives and results.

Training and Professional Development. CCHCS will partner with nationally recognized experts in quality improvement and patient safety initiatives including the Department of Veterans Affairs, Joint Commission and Institute for Health Care Improvements to develop, implement and evaluate staff training and development program.

# PERFORMANCE MONITORING AND EVALUATION

Health Care Services Dashboard. CCHCS will continue to produce a Health Care Services Dashboard, a report that consolidates more than 70 performance measures into one document, with information available at statewide and institution levels, and trended over time. Updated monthly, the Dashboard will facilitate identification of improvement opportunities and monitor progress towards the achievement of 2011-2012 Performance Improvement Objectives.

Morbidity and Mortality Studies. CCHCS will issue reports that analyze patterns and trends in inmate morbidity and mortality, including ambulatory care-sensitive conditions that attribute to potentially avoidable hospitalizations, system gaps that are prevalent in potentially preventable deaths and sentinel events, and analysis of inmate suicides. These reports are intended to inform the prioritization of quality improvement initiatives and determine the need for new system and process improvements and patient safety programs.

Performance Reports. Performance reports issued in 2011-2012 will focus on the core delivery system processes, such as providing timely access to health care services and continuity of care for patients assigned to clinical teams and providers. In addition, CCHCS will begin monitoring the care and placement of clinically complex patients.



*Health Care Services*

# Performance Improvement Plan 2011-2012
### Priority Improvement Areas

## GOAL

Support continuous organizational learning and performance evaluation and improvement in order to:

> ➢ Optimize patient outcomes, and access to and quality and safety of services
> ➢ Enhance efficiencies and reduce waste
> ➢ Comply with regulatory and legal requirements

## PROPOSED PRIORITY IMPROVEMENT AREAS

The proposed priority areas were chosen for improvement based on evidence that they pose quality and safety concerns and are high risk, high volume, high cost, and/or otherwise high impact areas. Many of these areas are integral to a well-functioning primary care system. For each of the items within the priority areas, there are one or more performance objectives or leading indicators, which are listed in the following pages (benchmarked measures only) and/or the Health Care Services Dashboard (benchmarked and leading indicators).

Risk Stratification and Continuity of Care
- Medical Classification System
- Consistent Care Teams

Optimizing Patient Services and Outcomes
- Asthma
- Anti-Coagulation
- Cardiovascular Disease / Diabetes
- Chronic Pain and Cancer Pain
- Cirrhosis and Hepatitis C Virus (HCV)
- Colon and Breast Cancer Screening
- HIV Screening
- Influenza Vaccination
- High Utilizers of Mental Health Services
- Dental Health Services
- Potentially Avoidable Hospitalizations
- Patient Safety

Optimizing Access and Managing Demand and Utilization
- Access to Medical Services, including Telemedicine
- Access to Mental Health Services, including Telemedicine
- Access to Dental Services
- Access to Medications including Formulary Management
- Specialty Referrals, including Telemedicine

Enhancing Efficiencies, Reducing Waste and Optimizing Human Resources
- Staff Vacancies
- Overtime and Registry Cost
- Other Cost Measures – Pharmaceuticals, Specialty Services, Hospital and ED services

Ensuring Compliance
- Medical Inspections, Dental Perez Audits, and Mental Health Coleman Monitoring

4



# Performance Improvement Plan 2011-2012
## Specific Objectives

## *Risk Stratification and Continuity of Care*

### Medical Classification System

- By December 31, 2012, greater than 75% of clinically complex patients will be housed within the most appropriate care setting.

### Continuity of Care

- By June 30, 2012, greater than 85% of chronic care patients taking essential medication will have fewer than 3 primary care providers prescribing these medications within the past six months.
- By June 30, 2012, greater than 85% of EOP patient encounters will occur with one Mental Health Primary Clinician within the past six months.
- By June 30, 2012, greater than 85% of EOP patient will occur with one primary psychiatrist within the past six months.

## *Optimizing Patient Services and Outcomes*

### Asthma Care

- By June 30, 2012, greater than 85% of patients with persistent asthma will be prescribed an inhaled corticosteroid.

### Anticoagulation

- By March 31, 2012, greater than 75% of all patients on Warfarin will have most recent INR result within 30 calendar days at therapeutic levels.

### Cardiovascular Disease/ Diabetes Care

- By June 30, 2012, greater than 75% of diabetic patients will have hemoglobin A1c, cholesterol, and blood pressure levels in good control, received screening or treatment for nephropathy, and an annual eye examination completed (composite diabetes measure).

### Cancer Screening

- By June 30, 2012, greater than 85% of eligible inmates 51 years to 75 years will have colon cancer screening offered within the appropriate time frame.
- By September 20, 2011, greater than 85% of eligible female inmates 52 years and older will be offered a mammogram in the preceding 24 months.

### Chronic Pain

- By June 30, 2012 greater than 85% of a sample of patients prescribed opiates for more than 30 days will have documented evidence of severe disease, treatment goals, and a completed pain agreement.

### Cirrhosis and HCV

- By March 31, 2012, greater 85% of HCV patients on combination therapy will have a viral load testing within 14 weeks of starting combination therapy.

### HIV

- By March 31, 2012 greater than 85% of inmates going through the Reception Center will have a HIV test performed.

### Mental Health High Utilizers

- By March 30, 2012, there will be greater than 50% reduction in suicide watch hours and MHCB use by patients who required these services 2 or more times within 6 months.

*Influenza Vaccination*

- By December 31, 2011, greater than 85% of inmates will be offered influenza vaccination.

## Sentinel Events

- By December 31, 2012, there will be a reduction in avoidable hospitalizations to less than 2 per 1,000 inmates per year.
- By December 31, 2012, a system will be in place to report, analyze and act upon close calls (near misses) and adverse events including aggregate reviews for medication errors, potentially avoidable hospitalizations, and preventable deaths.

### Optimizing Access and Managing Demand and Utilization

## Access to Medical Services

By March 31, 2012, greater than 85% of patients will have timely access to primary care and specialty services, as defined by policy timeframes.

## Access to Dental Services

- Refer to Dental Services section "Ensuring Adherence."

## Access to Mental Health Services

- Refer to Mental Health Services under the section "Ensuring Adherence."

## Medication Services

**Access:**

- By June 30, 2012, greater than 85% of chronic care patients will receive all essential medications within the past 3 months including psychotropic medications.
- By June 30, 2012, greater than 85% of patients will receive medications within 1 calendar day of return from a higher level of care including community emergency departments and hospitalizations at DMH.
- By June 30, 2012, greater than 85% of patients will receive medications within 1 calendar of transfer to an institution or new arrival.

**Formulary Usage**:

- By June 30, 2012, non-formulary medications ordered by medical providers will comprise less than 3% of prescriptions per month.
- By December, 2012, non-formulary/second tier antidepressant medications ordered by psychiatrists will comprise less than 35% of prescribed psychotropic medications.

## Specialty Services

**Specialty Referrals**:

- By December 31, 2011, the average number approved routine requests for specialty services will be less than 60 per thousand inmates per month.

**Telemedicine Usage:**

- By December 31, 2012, greater than 40% of off-site specialty consultations will be provided via telemedicine.

### Enhancing Efficiencies, Reducing Waste and Optimizing Human Resources

## Overtime, Registry, and Position Control

- By December 31, 2011, overtime costs for FY 11/12 will be 10% less than FY 10/11.
- By September 30, 2011, registry costs for FY 11/12 will be 20% less than FY 10/11.

## Cost Control

- By June 30, 2011, expenditures for FY 10/11 will be 5% less than expenditures for FY 09/10.
- By June 30, 2012, expenditures for FY 11/12 will be 10% less than expenditures for FY 10/11.

6

*Medical Program*

- By December 30, 2012, the average score for the OIG Medical Inspections will be greater than 85%.

*Dental Program*

- By December 31, 2011, 11 institutions will successfully pass the Perez audit in three of three categories of the Dental Readiness Assessment Tool.

- By December 31, 2012, all institutions will successfully pass the Perez audit in three of three categories of the Dental Readiness Assessment Tool.

*Mental Health Program*

- By December 31, 2011, greater than 90% of patients at each institution will have timely access to initial and routine contacts with IDTT, mental health clinician evaluations and treatment plans, and referrals to higher levels of care and subsequent follow-up, as defined by Coleman requirements and policy timeframes.

Attachment 3 – Health Care Services Dashboard- Disease Management- Diabetes

# CALIFORNIA STATE PRISON,

May 2012



## PREVENTION / DISEASE MANAGEMENT

| | Total Number | Target Quarter | Estimate |
|---|---|---|---|
| Diabetes Care | 34% | 40% | 74% |
| Asthma Care | 78% | 91% | 79% |
| Therapeutic Anticoagulation | | 64% | 80% |
| Potentially Avoidable Hospitalizations (per year) | | | |
| Colon Cancer Screening | 52% | 68% | 76% |

| | Prior Year | Current Year | Estimate |
|---|---|---|---|
| Flu Vaccination | | 82% | 89% |

## STAFFING IN FULL TIME EQUIVALENTS (FTE)

| | Actual Feb. 2012 | Authorized Feb. 2012 | % of Auth. | Estimate (including YTD) |
|---|---|---|---|---|
| TOTAL | 848 | 848 | 134% | 102% |
| Medical FTE | 18 | 18 | 100% | 100% |
| Nursing FTE | 285 | 285 | 109% | 100% |
| Pharmacy FTE | 15 | 15 | 148% | 146% |
| Dental Clinical FTE | 36 | 42 | 94% | 89% |
| Mental Health Clinical FTE | 72 | 61 | 90% | 85% |
| Clinical Support FTE | 21 | 18 | 112% | 107% |
| Admin. Support FTE | 137 | 107 | 100% | 100% |

| | 6 Month Trend | Totals Feb. 2012 | % of Total | Estimate (including YTD) |
|---|---|---|---|---|
| Total Actuals FTE | | 848 | 100% | 100% |
| Civil Service FTE | | 681 | 88% | 90% |
| Overtime FTE | | 37 | 5% | 4% |
| Registry FTE | | 38 | 7% | 9% |

## DENTAL PROGRAM PEREZ AUDIT



| Critical Process | Goals of Care | Patient Safety |
|---|---|---|

## ACCESS AND CONTINUITY

**ACCESS**

| | 6 Month Trend | Mar. 2012 | Estimate |
|---|---|---|---|
| RN Episodic Care | | 94% | 89% |
| PCP Episodic Care | | 58% | 59% |
| PCP Chronic Care | | 47% | 79% |
| Specialty Consultation | | 100% | |
| PCP Specialty Follow-up | | 9% | 82% |
| PCP Hospital Follow-up | | 52% | 63% |

**CONTINUITY**

| | 6 Month Trend | Mar. 2012 | Estimate |
|---|---|---|---|
| Primary Care Provider (PCP) | | 53% | 83% |
| Mental Health Primary Clinician | | 77% | 78% |
| Psychiatrist | | 84% | 78% |

## MAJOR COSTS PER INMATE PER MONTH

| Labor | FY 2011 | YTD 2012 | Estimate (including YTD) |
|---|---|---|---|
| Hospital | $93.96 | $84.44 | $96.10 |
| Medical Staff | $444.95 | $466.01 | $525.98 |
| Nursing Staff | $93.51 | $94.49 | $87.14 |
| Pharmacy Staff | $87.62 | $79.27 | $75.99 |
| Dental Clinical Staff | $206.49 | $221.29 | $148.87 |
| Mental Health Clinical Staff | $93.09 | $93.09 | $18.66 |
| Clinical Support Staff | $102.44 | $108.79 | $84.19 |
| Admin. Support Staff | | | |

**NON LABOR**

| | FY 2011 | YTD 2012 | Estimate (including YTD) |
|---|---|---|---|
| Hospital | $138.90 | $119.48 | $60.54 |
| Emergency Department | $2.97 | $2.98 | $4.48 |
| Specialty | $29.24 | $84.04 | $90.60 |
| Medications | $126.27 | $111.67 | $102.59 |
| Diagnostics | $10.81 | $19.22 | $21.90 |

## MENTAL HEALTH TIMEFRAME COMPLIANCE

| | 6 Month Trend | Mar. 2012 | Estimate |
|---|---|---|---|
| Contact Interval | | 88% | 97% |
| Mental Health Referrals | | 85% | 76% |
| Level of Care Change Requests | | 100% | 81% |

## MEDICATION MANAGEMENT

| | 6 Month Trend | Mar. 2012 | Estimate |
|---|---|---|---|
| Access to Medications | | 100% | 89% |
| Key Provider Non-Formulary Prescribing | | 7.4% | 4.5% |
| Psychiatrist Non-Formulary Prescribing | | 3.2% | 3.6% |
| Prescriptions per Inmate | | 4.1 | 3.4 |
| PCP Meds from Central Fill | | 9% | 41% |

## SPECIALTY AND HOSPITAL SERVICES

| | 6 Month Trend | Most Recent | Maximum |
|---|---|---|---|
| Specialty Care Referrals | | 90 | 61 |
| Specialty Appts via Telemedicine | | 7% | 10% |
| Admin. Hospital Bed Days (per week) | | 21 | 14 |
| Hospital Admissions | | 11.9 | 6.9 |
| Emergency Department Visits | | 4.9 | 6.3 |

## WORKLOAD PER DAY

| | 6 Month Trend | Mar. 2012 | Estimate |
|---|---|---|---|
| Patient Encounters per PCP | | 13 | 12 |
| Patient Encounters per Primary Mental Health Clinician | | 7 | 7 |
| Patient Encounters per Psychiatrist | | 6 | 9 |
| Prescriptions Per Pharmacist | | 104 | 135 |

## OTHER TRENDS

| | 6 Month Trend | Most Recent | Estimate |
|---|---|---|---|
| High Risk Patients | | 346 | 16,654 |
| Mental Health High Utilizers | | 17 | 8 |
| Access Requested | | 0.2% | 0.8% |
| Health Care Appts. Moved due to Custody | | 149% | 133% |
| Prison Population Capacity | | 60% | 51% |
| Cell Bed Changes | | | |
| Average Document Scan Timeframes | | 0.9 | 4.5 |

*(Per 1,000 inmates)*

HEALTH CARE SERVICES

## PREVENTION / DISEASE MANAGEMENT

| | Prior Quarter | Recent Quarter | Statewide |
|---|---|---|---|
| Diabetes Care | 38% | 46% | 74% |
| Asthma Care | 75% | 81% | 79% |
| Therapeutic Anticoagulation | 0% | 55% | 60% |
| Potentially Avoidable Hospitalizations (per year) * | 39 | 30 | 18 |
| Colon Cancer Screening | 53% | 56% | 78% |

| | Prior Year | Current Year | Statewide |
|---|---|---|---|
| Flu Vaccination | - | 97% | 95% |

CALIFORNIA STATE PRISON,

Best Practices Library – Clinical Initiatives- Quality Improvement (Rev 07/12)
Quality Management Section

# CCHCS Care Guide: Diabetes

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## GOALS

| | | | | |
|---|---|---|---|---|
| **BLOOD SUGAR** | HgA1C<8%* | **FIX THE FASTING FIRST** (GLUCOSE 70-130 mg/dL) ⇨ | THEN FIX PRE PRANDIAL (70-130 mg/dL) ⇨ | THEN FIX POST PRANDIAL (< 160 mg/dL) |
| **BLOOD PRESSURE** | < 130/80 THIS IS 2011 ADA AND JNC 7 RECOMMENDATION. BASED ON PATIENT CHARACTERISTICS HIGHER OR LOWER SYSTOLIC BP TARGETS MAY BE APPROPRIATE AND SHOULD BE DOCUMENTED. | | | |
| **LIPIDS** | LDL < 100 mg/dL | LDL <70 mg/dL (IF OVERT CVD OR > 40 Y.O. AND >1 RISK FACTOR) | | |

## ALERTS



**BLOOD SUGAR < 60  OR > 400**

**ALTERED LEVEL OF CONSCIOUSNESS**

*2011 NCQA standards HgA1c < 8% ; 2011 ADA recommendation  HgA1c < 7% with caveat that less stringent A1c goal may be appropriate for patients with ↓life expectancy, comorbid conditions or ↑ complications. In some cases more stringent control may be appropriate.

## DIAGNOSTIC CRITERIA/EVALUATION

| PRE-DIABETES | IMPAIRED FASTING GLUCOSE = 100 -125 mg/dL |
|---|---|
| DIABETES | FASTING (> 8 HRS) BLOOD GLUCOSE > 126 mg/dL OR RANDOM BLOOD GLUCOSE > 200 mg/dL OR A1C > 6.5% |
| GESTATIONAL DIABETES | 75 gm ORAL GLUCOSE TOLERANCE TEST: 1 H > 180 mg/dL ; 2H > 153 mg/dL ; FASTING > 92 (SEE PAGE 5) |

✓ Complete clinical history including:
▶ Medications
▶ Accu✓/Blood Sugar logs/HbA1C, symptoms of hypoglycemia
▶ Physical Exam including fundoscopic, neurologic, cardiac and skin exam, thyroid palpitation, BP, peripheral pulses, and reflexes/sensation.
▶ Baseline Labs – A1C, fasting lipid panel, serum electrolytes, LFTs, Scr, TSH, urine microalbumin, ECG

## TREATMENT OPTIONS

● Therapeutic lifestyle changes (TLC): dietary education, exercise, wt loss if BMI > 25
● Start metformin (500 qd or bid) unless contraindicated (see table pg. 2)- titrate as indicated.
● If goal not reached with full dose of metformin: Add second oral agent if HbA1C < 10 (usually sulfonylurea-glipizide or glyburide; Actos use not well validated). Add basal insulin if HbA1C > 10. (Three oral agents not usually indicated.)
● If ↑ CV risk start ASA 81 mg (if no contraindication) especially ♂ > 50 y.o. or ♀ > 60 y.o.
● For +microalbuminuria or hypertension, start ACE-inhibitor (lisinopril) if no contraindications. If intolerant to ACE-Inhibitor, can use Angiotensin Receptor Blocker (losartan) if no contraindications.
● If LDL >100 start simvastatin 20 mg unless contraindicated. Increase dose as needed to get LDL < 100 mg/dL.
● Consider offering glucometer to selected patients with difficult to treat diabetes for pre & post prandial & bedtime glucose monitoring.

## MONITORING

▶ If a patient has achieved treatment goals and is clinically stable on at least two consecutive encounters, the patient may be re-evaluated every 180 days unless the PCP determines the patient needs more frequent monitoring.

| BLOOD SUGAR | HGA1C AT LEAST Q 6 MONTHS | | OPTIMIZE CAPILLARY GLUCOSE (FINGERSTICK) USE | |
|---|---|---|---|---|
| BLOOD PRESSURE | EVERY VISIT | | IF NOT AT GOAL NURSE BP CHECKS BETWEEN VISITS -REPORT AT HUDDLE | |
| LIPIDS | FASTING LIPID PANEL ANNUALLY ONCE AT GOAL | | | |
| OTHER LABS | Q 6 MONTHS | LFTs, SERUM CR | ANNUALLY | URINE MICROALBUMIN, (TSH) |
| FOOT EXAM | PRIMARY CARE FOOT EXAM ANNUALLY WITH DOCUMENTATION OF SKIN INSPECTION, VASCUALAR AND SENSORY INSPECTION (SEE PAGE 4) | | | |
| EYE EXAM | DILATED RETINAL EXAM ANNUALLY | | | |
| IMMUNIZATIONS | OFFER PNEUMOVAX AND ANNUAL INFLUENZA | | | |
| DENTAL EXAM | DENTAL EXAM AT LEAST ANNUALLY PER DCHCS POLICY | | | |

*Information contained in the guidelines is not a substitute for a health care professional's clinical judgment. Evaluation and treatment should be tailored to the individual patient and the clinical circumstances. Furthermore, using this information will not guarantee a specific outcome for each patient.*

1

*May 2011*

# CCHCS Care Guide: Diabetes

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## MEDICATIONS:

| MEDICATION CLASS | MEDICATION | SIDE EFFECTS | CONTRAINDICATIONS | USUAL A1C ↓ | COST* |
|---|---|---|---|---|---|
| INSULIN SECRETAGOGUES: SULFONYLUREAS | glipizide (Glucotrol®) glyburide (Micronase®) | Hypoglycemia; weight gain | | 1-2% | $ |
| BIGUANIDES | metformin**(Glucophage®) | Nausea; diarrhea; Flatulence; Modest weight loss may occur | Renal insufficiency (do not use if Cr is > 1.4 in women or ≥1.5 in men); conditions that predispose to acidosis (e.g., liver disease, sepsis); stop during acute illness and before radiographic procedures requiring intravenous dye (may restart 48 hours after procedure if serum creatinine levels are unchanged) | 1-2% | $ |
| THIAZOLIDINEDIONES TZD *Consider consultation* | pioglitazone (Actos®)-NF | Weight gain; fluid retention | Hepatic disease; alanine Transaminase level > 2.5 x normal; pregnancy; congestive heart failure (New York Heart Association class III or IV); use with caution in patients with edema **Use not well supported**- often better to initiate to insulin after metformin and sulfonylurea. Association between rosiglitazone and cardiovascular events | 0.5-1.4% | $$$$ |
| ALPHA GLUCOSIDASE INHIBITORS *Consider consultation* | acarbose (Precose®)-NF miglitol (Glyset®)-NF | Flatulence; abdominal pain; diarrhea | | 0.5-0.8% | $$ |
| AMYLIN ANALOGUES *Consider consultation* | pramlintide (Symlin®)-NF | Nausea and vomiting; anorexia; headache | Gastroparesis; lack of awareness of hypoglycemia; A1C > 9 percent | | $$ |
| INCRETIN ENHANCERS *Consider consultation* | saxagliptin (Onglyza®)-NF sitagliptin (Januvia®)-NF | Nausea and vomiting | Adjust dosage in patients with renal impairment | 0.5-0.8% | $ |
| INCRETIN MIMETICS *Consider consultation* | exenatide (Byetta®)-NF | Nausea and vomiting; diarrhea; dizziness | Not recommended in patients with severe renal disease (creatinine clearance < 30 mL per minute) | 0.5-1.0% | $$$$ |

*The following scale $-$$$ represents the relative cost of acquisition of medication only. Frequency and complexity of administration of medicine (workload, effect on adherence) should be considered when determining overall cost-effectiveness of treatment.

### **TITRATION OF METFORMIN

Begin with low-dose metformin (500 mg) taken once or twice per day with meals (breakfast and/or dinner) or 850 mg once per day.

After 5-7 days, if gastrointestinal side effects have not occurred, advance dose to 850, or two 500 mg tablets, twice per day (medication to be taken before breakfast and/or dinner).

If gastrointestinal side effects appear as doses advanced, decrease to previous lower dose and try to advance the dose at a later time.

The maximum effective dose can be up to 1,000 mg twice per day but is often 850 mg twice per day. Modestly greater effectiveness has been observed with doses up to about 2,500 mg/day. Gastrointestinal side effects may limit the dose that can be used.

| INSULIN CLASS *Please see treatment algorithm on page 3* | SPECIFIC INSULIN | ONSET | PEAK | DURATION | COST* |
|---|---|---|---|---|---|
| Insulin-Rapid Acting | Regular-Humulin-R® | 30-60 minutes | 2 to 4 hours | 8 to 10 hours | $ |
| Insulin- Intermediate Acting | NPH- Humulin-N® | 1 to 2 hours | 4 to 8 hours | 10 to 20 hours | $ |
| Insulin -mixed | Humulin 70/30® | 30 minutes | Dual peak | Up to 24 hours | $ |
| Insulin-Long acting | glargine/Lantus® | 1 to 2 hours | Relatively flat | 20 to 24 hours | $$ |

| DM ORAL MED RECOMMENDATIONS WHEN STARTING INSULIN | SWITCHING FROM NPH TO GLARGINE |
|---|---|
| **metformin:** CONTINUE – helps prevent weight gain when pt. on insulin. | On NPH once daily – May switch unit-for-unit (1:1). On NPH twice daily – glargine dose should be 80% of total NPH dose. |
| **secretagogues:** (sulfonylureas): can CONTINUE when on basal insulin only STOP when on basal and prandial insulin together. | |
| **TZD:** STOP – possible increase MI risk and increase risk of edema from TZD when on insulin. | |

Every effort should be made to administer rapid acting insulin before meals. However in rare circumstances when patient movement may be disrupted and risk of hypoglycemia is high rapid acting insulin may be administered shortly after meals.

Formulary Status - **Bold = Formulary,** NF = Non Formulary

# CHCS Care Guide: Diabetes

*May 2011*

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

Standards of Medical Care in Diabetes- 2011 American Diabetic Association

## INSULIN DOSING *Initiation and adjustment of insulin regimens*

**For Type 2 Diabetes start 10 units or 0.2 units/kg:**
Long acting insulin (glargine-Lantus®) especially if concern for hypoglycemia- q a.m. or q hs  at once a day dosing or Intermediate-acting insulin (NPH) at bed time or bid

### Fix the Fasting First
<u>Patient/Nurse</u>: Check fasting glucose (Fingerstick-FS) Usually daily while titrating- bring results to huddle

<u>PCP</u>: increase dose of basal insulin typically by 2 units q 3 days- until average fasting glucose in target range(70-130 mg/dL) .
Can increase dose up to 4 units q 3 days.

If hypoglycemia occurs, or average fasting glucose <70 mg/dL reduce bedtime dose by 4 units or 10% - whichever is greater or consider switching  NPH to Lantus

Correlation between A 1C and mean plasma glucose on multiple testing

| A1C | mg/dL |
|---|---|
| 6 | 126 |
| 7 | 154 |
| 8 | 183 |
| 9 | 212 |
| 10 | 240 |
| 11 | 269 |
| 12 | 298 |

**Is A1C ≤ 8% after 3 mos?** —NO→

Once fasting is fixed ( i.e average fasting (70-130 mg/dL), determine pre-meal & bedtime glucose level.
+Strongly consider issuing patient KOP glucometer  since premeal and 2 hour post prandial glucose FS can be difficult to obtain.

<u>Nurse</u>: Check FS blood glucose before lunch, dinner and bed- only need 2 or 3 days of readings- bring to huddle.

<u>PCP</u>: Depending on results of premeal FS add second insulin injection as below. Can usually start with 4 units and adjust by 2 units q 3 days as needed.

**Role of Sliding Scale**
- Sliding scale insulin dosing has limited indications outside of a hospital setting
- May use temporarily for insulin dose adjustments
- Temporary use when patient ill or NPO for any reason

**Fingerstick Glucose Monitoring**
- This can be very burdensome to both the the patient and nursing staff.
- Daily testing is generally needed while titrating insulin dose.
- Once patient stable on basal insulin FS may be done less frequently.
- If patient has fasting or pre-meal FS glucose ordered and eats before testing the result has little value so defer the test.
- If, because of meal schedule there is difficulty obtaining fasting or pre-meal reading strongly consider issuing patient glucometer for KOP use

YES

| If pre-lunch glucose is the highest   Add rapid acting insulin at breakfast | If pre-dinner glucose is the highest   Add NPH insulin at breakfast if not already on am NPH | If pre-bed time glucose is the highest   Add rapid-acting insulin at dinner. |
|---|---|---|

<u>Patient</u>: Continues with diet, exercise and same medication regimen.

<u>Patient/Nurse</u>: Check fasting periodically. Bring results to huddle.

<u>PCP</u>: Evaluated at least every 90 says or as clinically indicated.

←YES— **Is A1C≤ 8% After 3 mos?**

NO

Recheck pre-meal glucose- if still out of range may need to add 3rd injection at lunch. If glucometer has not previously been issued consider issuing now.

Once pre-meal and bedtime glucose are fixed and If A1C continues to be out of range, check 2 hr post-prandial glucose and adjust with preprandial rapid acting insulin.

3

Case 2:90-cv-00520-KJM-SCR   Document 4311-1   Filed 01/28/13   Page 15 of 27

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## ANNUAL DIABETIC FOOT EXAM WORKSHEET

**Goal:** Identify high risk foot condition.
**Referral:** Podiatry if significant neuropathy, high risk foot deformities, open ulcers, etc. See InterQual® criteria for details.

### SUGGESTED FOOT EXAM ELEMENTS

| | |
|---|---|
| **Skin Integrity/Biomechanics:** Focal lesions: calluses, maceration, ulcers Dystrophic nails and/or dry skin Foot deformities (hammer toe, bunions, pes planus or pes cavus) that will put the patient at higher risk. | |
| **Vascular Status Screening** Dorsalis Pedis/ Posterior Tibialis pulses | |
| **Neurologic (Sensory exam)** 10 gm Monofilament testing, vibratory sensation testing with 128 Hz tuning fork tested at hallux, Tactile sensation (light touch):via cotton wool (dorsum of foot) | |

### INSTRUCTIONS ON MONOFILAMENT TESTING

1. Place patient in supine or sitting position with shoe and socks removed.
2. Touch the monofilament wire to patient's skin on arm or hand to demonstrate what the touch feels like.
3. Instruct patient to respond "yes" each time they feel the pressure of the monofilament on their foot during the exam.
4. Instruct patient to close their eyes with toes pointing straight up during the exam.
   Hold the monofilament perpendicular to the patient's foot. (See diagram A)
5. Press it against the foot, increasing the pressure until the monofilament bends into a C-shape. (See diagram B) Do not apply over ulcer, callus, scar, or necrotic tissue. Do not slide monofilament over the skin.
6. Hold in place for about 1 second. Press the filament to the skin such that it buckles at one of two times as you say "time one" or "time two." Have patients identify at which time they were touched.
7. Randomize the sequence of applying the filament throughout the examination.
8. Record response on foot screening form with "+" for yes and "-" for no.
9. When the Monofilament is not felt, protective sensation is absent placing the person at high risk for development of a neuropathic ulcer.



Right          Left



A          B

4

# CCHCS Care Guide: Diabetes

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## HYPOGLYCEMIA IN THE CORRECTIONAL SETTING
### (REFERENCE: DIABETES CARE, VOLUME 33, SUPPLEMENT 1, JANUARY 2010)

### Hypoglycemia
**Identification:**
- Hypoglycemia is defined as a blood glucose level <70 mg/dL.
- Severe hypoglycemia is a medical emergency defined as hypoglycemia requiring assistance of a third party and is often associated with mental status changes that may include confusion, incoherence, combativeness, somnolence, lethargy, seizures, or coma.
- Signs and symptoms of severe hypoglycemia can be confused with intoxication or withdrawal.
- Individuals with diabetes exhibiting signs and symptoms consistent with hypoglycemia particularly altered mental status, agitation, and diaphoresis, should have their Capillary Blood Glucose (Fingerstick) levels checked immediately.
- Every attempt should be made to document CBG before treatment.

**Treatment:**
- Patients who are prone to hypoglycemia should have access to glucose tablets, glucogel, or other glucose containing foods.
  - ◊ Hypoglycemia can generally be treated by the patient with oral carbohydrates.
  - ◊ If the patient cannot be relied on to keep hypoglycemia treatment on his/her person, staff members should have ready access to glucose tablets or equivalent.
  - ◊ In general, 15–20 g oral glucose will be adequate to treat hypoglycemic events. (Glucose is preferred but any for of carbohydrate that contains glucose can be used, added fat will retard then prolong the acute glycemic response.).
  - ◊ Capillary Blood Glucose (Fingerstick) and treatment should be repeated at 15-min intervals until blood glucose levels return to normal (>70 mg/dL). Patient should then consume snack or meal to prevent recurrence of hypoglycemia.
- Severe hypoglycemia (where the individual requires the assistance of another person and cannot be treated with oral carbohydrate due to confusion or unconsciousness) should be treated using emergency glucagon kits.
  - ◊ Staff should have glucagon for intramuscular injection or glucose for intravenous infusion available to treat severe hypoglycemia without requiring transport of the hypoglycemic patient to an outside facility.
- Any episode of severe hypoglycemia or recurrent episodes of mild to moderate hypoglycemia require reevaluation of the diabetes management plan by the medical staff.
- In certain cases of unexplained or recurrent severe hypoglycemia or in the case of patients on long acting oral hypoglycemic agents or insulin who have poor oral intake, admission to a medical unit for observation and stabilization may be appropriate.

## DETECTION AND DIAGNOSIS OF GESTASTIONAL DIABETES

- Screen for undiagnosed type 2 diabetes at the first prenatal visit in those with risk factors, using standard diagnostic criteria.
- In pregnant women not known to have diabetes, screen for GDM at 24–28 weeks of gestation, using a 75-g 2-h OGTT.
- The diagnosis of GDM is made when any of the following plasma glucose values are exceeded:
  - ◊ Fasting ≥92 mg/dL (5.1 mmol/l)
  - ◊ 1 h ≥180 mg/dL (10.0 mmol/l)
  - ◊ 2 h ≥153 mg/dL (8.5 mmol/l)
- Screen women with GDM for persistent diabetes 6–12 weeks postpartum.
- Women with a history of GDM should have lifelong screening for the development of diabetes or prediabetes at least every 3 years.
- Target maternal capillary glucose concentrations in Gestational Diabetes:
  - ◊ Preprandial ≤95 mg/dL (5.3 mmol/l) and either
  - ◊ 1-h postmeal ≤140 mg/dL (7.8 mmol/l)   or   2-h postmeal ≤120 mg/dL (6.7 mmol/l)
- Patients with gestational diabetes are considered  higher risk and should be referred for specialty management.

## PREGNANCY AND DIABETES

According to the American Diabetes Association pregnancy in a woman with diabetes is by definition a high-risk pregnancy. Glycemic standards are more stringent, the details of dietary management are more complex, insulin is the only antidiabetic agent approved for use in pregnancy, and a number of medications used in the management of diabetes comorbidities (e.g. ACE inhibitors) are teratogenic and must be discontinued in pregnancy.

This Care Guide does not address the specific needs of pregnant patients with diabetes.

In general these patients should be followed as high risk pregnancies with appropriate obstetrical and medical management.

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## DIABETES: WHAT YOU SHOULD KNOW

### WHAT YOU AND YOUR HEALTHCARE TEAM WILL FOLLOW:

**A1C TEST** (pronounced A-one-C) shows your average blood glucose level over the last 3 months. You and your healthcare team should discuss the A1C goal that is right for you. For most people with diabetes, the A1C goal is **less than 8.**

**FINGERSTICK BLOOD SUGAR** is sometimes checked by the nurse or patient, especially when the patient is taking insulin. Goal for fingerstick blood sugar is **less than 130** mg/dl before eating.

**BLOOD PRESSURE** in persons with diabetes should be **less than 130/80.** This will help keep kidneys healthy and prevent heart attacks and strokes.

**LDL CHOLESTEROL** is the "Bad" cholesterol. An LDL goal is **less than 100.** This will help prevent heart attacks and strokes in people with diabetes.

**URINE MICROALBUMIN** is a measure of protein in the urine. If a kidney is damaged by diabetes it leaks this protein. It is best to have a microalbumin **level under 5.**

Your weight and **BODY MASS INDEX (BMI).** The BMI helps you know what a good weight is for you depending on your height. An ideal BMI is under 25.

**EYES** should be examined at least **once a year.** Diabetes can cause bleeding and scar tissue on the back of your eye (retina) and is one of the leading cases of blindness if it is not caught early.

**FEET** should be checked by your doctor at least **once a year.** In some cases you may need to see a foot specialist (Podiatrist).

### A1C CONTROL

A1C

Poor Control

Blood Glucose (Sugar)

Good Control

| 13 | 330 |
| 12 | 300 |
| 11 | 270 |
| 10 | 240 |
| 9 | 210 |
| 8 | 180 |
| 7 | 150 |
| 6 | 120 |
| 5 | 90 |
| 4 | 60 |

| WHAT CAUSES DIABETES? | HYPOGLYCEMIA | HYPERGLYCEMIA |
|---|---|---|
| **TYPE 1 DIABETES**<br><br>Cells in the pancreas are damaged leading to a decreased release of insulin.<br><br>Cell damage usually leads to a total lack of insulin production.<br><br>**TYPE 2 DIABETES**<br><br>Insulin is not used properly by the body, so glucose is not absorbed.<br><br>There maybe a problem with insulin being secreted by the pancreas | **LOW BLOOD SUGAR**<br>**(LESS THAN 70)**<br><br>**YOU CAN FEEL:** Shaky, nauseated, drowsy, hungry, and have a head-ache.<br><br>**CAUSES:** too little food, too much insulin or diabetes medicine, or extra exercise.<br><br>**If it happens: Eat or drink a sugar containing food or beverage. Tell the nurse.** | **HIGH BLOOD SUGAR**<br>**(MORE THAN 200)**<br><br>**YOU CAN FEEL:** Thirsty, have frequent urination, blurred vision<br><br>**CAUSES:** too much food, too little insulin or diabetes medicine, illness or stress<br><br>**If it happens: You may need more medication or less food. Healthcare team should be informed if they are not already aware.** |

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## DIABETES: WHAT YOU SHOULD KNOW

| WHAT YOU AND YOUR HEALTHCARE TEAM WILL FOLLOW: | HOW WILL YOU HELP YOURSELF? |
|---|---|
| **A1C TEST:** For most people with diabetes, the A1C goal is **less than 8.**<br><br>Your A1c:_____ Date_____ | **I will:**<br>Not smoke<br><ul><li>If on medications take them as directed (if problems talk to your healthcare team)</li><li>Exercise: be active a total of 30 minutes most days. Walk, jog, or do calisthenics. I will exercise in my cell on lockdown.</li><li>Eat a healthy diet: limit breads and pastas, canteen-junk foods, candy and ice cream</li><li>If requested I will check my blood sugar with a meter as requested by my healthcare team.</li></ul> |
| **FINGERSTICK BLOOD SUGAR (FS)** goal is less than 130 mg/dl before eating.<br><br>Your FS blood sugar: _____ Date: _____ | |
| **BLOOD PRESSURE (BP)** should be **less than 130/80.**<br><br>Your BP:_____ Date:_____ | **I will:**<ul><li>If on medication take them as directed (if problems talk to your healthcare team)</li><li>Exercise: be active a total of 30 minutes most days. Walk, jog, or do calisthenics. I will exercise in my cell on lockdown.</li></ul> |
| **LDL CHOLESTEROL** goal is **less than 100.**<br><br>You LDL:_____ Date:_____ | **I will:**<ul><li>Eat a healthy diet: limit breads and pastas, canteen-junk foods, candy and ice cream</li><li>If on medication take them as directed (if problems talk to your healthcare team)</li></ul> |
| **URINE MICROALBUMIN** is best to have a **level less than 5.**<br><br>Your Microalbumin:_____ Date:_____ | **I will:**<ul><li>Remind my healthcare team I need a yearly urine protein test.</li><li>Keep blood pressure under control.</li></ul> |
| Your weight and **BODY MASS INDEX (BMI).** An ideal BMI is **under 25.**<br><br>Your BMI:_____ Date:_____ | **I will:**<ul><li>Eat a healthy diet: limit breads and pastas, canteen-junk foods, candy and ice cream</li><li>Exercise more: see blood pressure above.</li></ul> |
| **EYES** should be examined at least **once a year.**<br><br>Your last eye exam:_____ Date:_____ | **I will:**<ul><li>Remind my healthcare team I need a yearly eye exam.</li></ul> |
| **FEET** should be checked at least **once a year.**<br><br>Your last foot exam:_____ Date:_____ | **I will:**<ul><li>Check my feet everyday: tell my healthcare team if any cuts, blisters, sores, swelling, redness or sore toenails develop.</li></ul> |

### MY MEDICATIONS

**METFORMIN:** (Dose) _____
(decreases the amount of sugar the body makes itself, helps the body use the sugar it has better)

**GLYBURIDE OR GLIPIZIDE:** (Dose):_____
(helps your pancreas make more insulin)

**OTHER:** _____

**OTHER:** _____

**NPH INSULIN:** (Dose) _____
(Starts working in 2 hrs , peaks in 8 hrs.)

**REGULAR:** (Dose) _____
(Starts working in 30 minutes. peaks in 4 hrs)

**LANTUS:** (Dose) _____
(Starts in 2 hrs ,lasts 24 hrs, no peak)

**70/30:** (Dose) _____
(Mix of Regular 30% and NPH 70% )

# Attachment 5 – Quality of Care Review Tool- Diabetes

## CCHCS DIABETES QUALITY OF CARE REVIEW*

| Reviewer: | Date of Review: |
|---|---|
| Patient Name: | CDCR# ____ DOB: |
| PCP: | Date(s) of Visit(s): |

**1.) Is the overall history/problem list documentation for diabetes adequate?** ☐ Yes ☐ No

- Are current complaints documented? Pertinent symptoms reviewed?
- Is a review of medications documented? Is adherence to medications reviewed?
- Is a review of diabetic complications (i.e. retinopathy, neuropathy, hypoglycemia) documented, if applicable?
- Is a review of glycemic control documented (i.e. most recent HbA1c or blood sugar logs)?
- Is a review of vaccinations (Pneumovax, & annual Influenza Vaccine) documented?

**2.) Is the overall focused clinical examination for diabetes adequate?** ☐ Yes ☐ No

- Are vital signs documented? Weight changes noted? BP on encounter date = ___/___
- Does physical examination include cardiac, lung, extremity exam at a minimum? Does physical examination expand to encompass complaints in history (i.e. fundoscopic exam, if visual changes stated, or foot inspection, if neuropathy symptoms mentioned)?
- Is there documentation of a comprehensive foot examination, including observations of skin changes, deformities, peripheral pulses, and presence of neuropathy via pressure sensation or vibratory sensation testing, within the last year?

**3.) Is the overall assessment for diabetes adequate?** ☐ Yes ☐ No

- Is Diabetes Type 1 or Type 2 indicated?
- Does the assessment address all goals for diabetes management?
    - A.  Blood sugar goal achieved (HbA1c < 8%, typically)?
    - B.  Blood pressure goal achieved (BP < 140/90, typically)?
    - C.  Lipid goal achieved (LDL <100, typically)?
- Does the assessment address microvascular complications, if applicable?
    - A.  Retinopathy, Nephropathy, and/or Neuropathy

**4.) Is the overall plan for diabetes adequate?** ☐ Yes ☐ No

- If blood sugar management not at goal (HbA1c > 8%) is there clear therapeutic recommendations documented (i.e. medication started or dosage increased, second agent started)? If not, is reason given?
    - A.  Is Metformin recommended/prescribed as first line medication? If not, was reason given?
    - B.  Is sulfonylurea recommended/prescribed as second line medication if HbA1c < 10%? If not, is reason given?
    - C.  Is basal insulin recommended/ordered as second line medication if HbA1c > 10%? If not, is reason given?
    - D.  Is blood sugar monitoring ordered?
        - i.   HbA1c Q 3 months, typically
        - ii.  Fingerstick Blood Glucose monitoring, if on insulin therapy?
            - a.   Daily fasting if not on multiple insulin injection therapy
            - b.   BID or TID pre-prandial if on multiple insulin injection therapy
            - c.   Glucometer issued if blood sugars difficult to control or if average fasting blood sugar < 130, but HbA1c > 8%
- If blood pressure management not at goal (BP >140/90) is there clear therapeutic recommendations documented (i.e. medication started or dosage increased)?
    - A.  Was ACE-I prescribed if BP not at goal? If not, was reason given?
    - B.  Was ARB prescribed, if ACE-I allergy or intolerance documented? If not, was reason given?
    - C.  Was blood pressure monitoring ordered, if not at goal? If ordered, was follow-up on blood pressure monitoring appropriate (< 1week, if BP >159/99, <60 days if >139/89)? If not, was reason provided?
- If lipid management not at goal (LDL >100) is there clear therapeutic recommendations documented (i.e. statin started/increased)? If not, is reason given?
- Does the plan appropriately address microvascular disease screening/management?
    - A.  Is annual screening ordered for retinopathy, nephropathy, and neuropathy, if indicated and not completed < 1 yr?
        - i.   Microalbumin screening is not needed, if patient on ACE-I or ARB
    - A.  If urine microalbumin screening +, is patient started on ACE-I or ARB?
    - B.  Is specialty referral made, if retinopathy present?
    - C.  Is referral made for podiatry, if clinically indicated (i.e. significant deformity)?
- Is appropriate laboratory monitoring ordered?
    - A.  HbA1c Q 6 months and LDL Q 6-12 months, if at goal.
    - B.  More frequent monitoring, if not at goal.
- Are vaccinations appropriately ordered, if not up to date?
- Is appropriate follow-up ordered, and in accordance with CMDP policy?
    - A.  If all goals met over last two encounters, follow-up within 180 days
    - B.  If all goals not met, follow-up typically within 90 days or more frequently, if clinically indicated.

**5.) Is the overall education and effective communication for diabetes adequate?** ☐ Yes ☐ No

- Instructions/counseling on lifestyle modifications: weight loss, dietary changes, exercise, etc.
- Medication issues: adherence, side effects, etc.
- Diabetic complication avoidance and risk reduction.
- Is there documentation of effective communication, including identification of disability¹ & accommodations² employed to ensure effective communication, of applicable?

**RECOMMENDATIONS/COMMENTS:**

![] HEALTH CARE SERVICES

# Attachment 6 – Example Master Chronic Care Registry

CALIFORNIA CORRECTIONAL
## HEALTH CARE SERVICES

Patient Count: 216

| | Identification & Housing | | | | Risk Group | | | | | MH LOC | Asthma (SABA/ICS) | Chronic Pain | Selected Chronic Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Clinical Risk | MH High Util | Avoid Hosp | Cond Count | | | | | Diabetes (HgA1C) | HCV | HIV (CD4) | HLP (LDL) | HTN & Other CV | Seizure | Warfarin (INR) | ADA/DPP |
| | | | | 4A Clinic | MED | | | 6 | CCOMS | | ADI | DM | | HLP | Multi-5 | | | DPO |
| | | | | 3A Clinic | MED | | | 5 | | | | DM | | HLP | Multi-2 | | | DNM |
| | | | | 3A Clinic | MED | | | 5 | CCOMS | 1.0:1 | ADI | DM | Ab>Vi+ | | ACE | | | |
| | | | | 4B Clinic | HIGH 2 | | | 5 | CCOMS | | | DM | | 85 | ACE | | | DNM |
| | | | | Other | HIGH 1 | | | 5 | CCOMS | | OPI ADJ | DM | | | Multi-3 | | | Mul-e-2 |
| | | | | 3A Clinic | MED | | | 4 | CCOMS | | | DM | | HLP | Multi-2 | | | |
| | | | | 3A Clinic | HIGH 2 | | | 4 | | | ADI | DM | | HLP | Multi-2 | | | |
| | | | | 3A Clinic | MED | | | 4 | CCOMS | | | DM | | | Multi-2 | Multi-2 | | |
| | | | | 4A Clinic | MED | | | 4 | | | | DM | | HLP | Multi-2 | | | Multi-2 |
| | | | | 3C Clinic | HIGH 2 | | | 4 | | | | DM | | 53 | Multi-3 | | | DNM |
| | | | | 4A Clinic | MED | | | 4 | CCOMS | | | DM | | | Multi-3 | | | DPW |
| | | | | 3C Clinic | HIGH 2 | | | 3 | | | | DM | | HLP | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | DM | Ab>Vi+ | | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | DM | | HLP | ACE | | | |
| | | | | 3C Clinic | HIGH 2 | | | 3 | | | | DM | | HLP | Multi-3 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | DM | | HLP | Multi-2 | | | |
| | | | | 3A Clinic | MED | | | 2 | | | | DM | | HLP | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 2 | | | | DM | | HLP | | | | |
| | | | | 3A Clinic | HIGH 2 | | | 2 | | | | DM | | HLP | | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | 12.2 | | HLP | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | 11.7 | | HLP | Multi-4 | | | |
| | | | | 3C Clinic | HIGH 1 | | | 3 | | | | 11.7 | | 116 | ACE | | | |
| | | | | 2C Clinic | MED | | | 3 | | | | 11.3 | | HLP | Multi-3 | | | |
| | | | | 3A Clinic | MED | | | 4 | | | | 10.8 | Ab>Vi- | 92 | Multi-3 | | | |
| | | | | 3B Clinic | MED | | | 4 | | | | 10.8 | Ab>VL+ | 55 | Multi-3 | | | |
| | | | | Level 1 Clinic | MED | | | 1 | | | | 10.5 | | 66 | Multi-4 | | | |
| | | | | Level 1 Clinic | MED | | | 1 | | | | 10.4 | | | | | | |
| | | | | 3A Clinic | MED | | | 3 | | | | 10.3 | | 70 | Multi-6 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | 10.3 | | 92 | ACE | | | |
| | | | | 3A Clinic | HIGH 1 | | | 4 | CCOMS | | | 10.1 | | 38 | Multi-4 | | | |
| | | | | 3A Clinic | MED | | | 4 | CCOMS | | | 9.9 | Ab>VL+ | | Multi-2 | | | |

# Attachment 7- Example Sub-Registry: Diabetes Registry

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

Patient Count: 216

| | Identification & Housing | | | | | Medication & Laboratory Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Current Long-Acting Insulin | A1C Result | A1C Date | LDL Result | LDL Date | Current ACE or ARB | Microalbumin Result | Microalbumin Date |
| | | | | 3A Clinic | Yes | 10.8 | 05/18/12 | 55 | 05/18/12 | Yes | 29.0 | 06/02/11 |
| | | | | 3A Clinic | Yes | 7.4 | 03/21/12 | 54 | 03/21/12 | Yes | | 09/16/10 |
| | | | | 3A Clinic | | 5.3 | 03/15/12 | 25 | 03/15/12 | Yes | | |
| | | | | 3A Clinic | | 6.4 | 08/04/10 | | | Yes | | 03/18/10 |
| | | | | 3A Clinic | Yes | 9.4 | 06/04/12 | 62 | 06/04/12 | Yes | 5.0 | 06/04/12 |
| | | | | 3A Clinic | Yes | 7.1 | 10/19/10 | | | Yes | 7.0 | 04/19/12 |
| | | | | 3A Clinic | | | | | | Yes | | |
| | | | | 3A Clinic | Yes | 9.4 | 06/11/12 | 53 | 06/11/12 | Yes | 4.0 | 02/14/11 |
| | | | | 3A Clinic | | 8.9 | 05/18/12 | | | Yes | 3.0 | 10/25/11 |
| | | | | 3A Clinic | | | | | | Yes | | 10/06/11 |
| | | | | 3A Clinic | | 8.4 | 01/22/10 | 82 | 04/08/10 | Yes | | |
| | | | | 3A Clinic | Yes | 7.4 | 05/08/12 | 60 | 12/03/10 | Yes | 8.0 | 12/01/11 |
| | | | | 3A Clinic | | 5.2 | 01/03/11 | 38 | 10/26/11 | Yes | 3.7 | 07/19/10 |
| | | | | 3A Clinic | Yes | 9.9 | 03/20/12 | 53 | 03/15/11 | Yes | 4.0 | 12/15/11 |
| | | | | 3A Clinic | Yes | 7.4 | 03/30/12 | 43 | 05/22/12 | Yes | 5.0 | 02/06/12 |
| | | | | 3A Clinic | Yes | 10.1 | 05/11/12 | 38 | 05/11/12 | | 1467.0 | 05/11/12 |
| | | | | 3A Clinic | | 6.1 | 03/20/12 | 75 | 03/20/12 | Yes | 11.0 | 04/27/11 |
| | | | | 3A Clinic | | 5.7 | 01/30/12 | 61 | 05/17/12 | Yes | | 07/28/11 |
| | | | | 3A Clinic | Yes | 8.5 | 06/18/12 | 72 | 08/23/11 | Yes | 2.0 | 03/13/12 |
| | | | | 3A Clinic | Yes | | | | | Yes | 8.0 | 02/23/12 |
| | | | | 3A Clinic | | | | 89 | 05/25/12 | Yes | 5.0 | 05/25/12 |
| | | | | 3A Clinic | | 8.2 | 03/26/12 | 29 | 03/26/12 | | 8.0 | 03/27/12 |
| | | | | 3A Clinic | | 9.0 | 03/09/12 | 115 | 03/09/12 | | | 06/22/11 |
| | | | | 3A Clinic | | 6.4 | 06/15/12 | 35 | 06/15/12 | Yes | 6.0 | 03/20/12 |
| | | | | 3A Clinic | | 9.6 | 02/27/09 | 78 | 06/07/12 | Yes | 7.0 | 06/07/12 |
| | | | | 3A Clinic | | 6.8 | 04/17/12 | | | Yes | 8.0 | 01/10/12 |
| | | | | 3A Clinic | | 6.1 | 06/15/12 | 78 | 06/15/12 | Yes | | |
| | | | | 3A Clinic | | | | | | Yes | | 09/08/11 |
| | | | | 3A Clinic | | 6.3 | 06/18/12 | 158 | 06/18/12 | | 4.0 | 01/20/12 |
| | | | | 3A Clinic | | 5.6 | 05/01/12 | 62 | 06/11/12 | | 4.0 | 09/12/11 |
| | | | | 3A Clinic | Yes | 7.0 | 11/02/10 | 212 | 11/02/10 | Yes | 851.0 | 11/30/11 |

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

# Attachment 8- Example Institution Team Level Report- Diabetes

**CALIFORNIA CORRECTIONAL**
## HEALTH CARE SERVICES

### Performance Report - Diabetes

## Diabetes Report for Care Team: Multiple Teams

**Diabetic Measures - 6 Month Trend - Multiple Teams**

| Measures | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Current | Trend |
|---|---|---|---|---|---|---|---|
| A1C < 9 | 55% | 52% | 58% | 58% | 70% | 70% | |
| A1C < 8 | 49% | 46% | 50% | 49% | 54% | 54% | |
| LDL < 100 | 31% | 28% | 33% | 32% | 43% | 48% | |
| MA < 30 | 86% | 90% | 89% | 89% | 87% | 87% | |
| Composite | 55% | 54% | 58% | 57% | 63% | 65% | |



% of Patients A1C < 9

% of Patients A1C < 8

% of Patients LDL < 100

% of Patients MA < 30

Institutional Composite Comparison

Institutional Care Team Composite Comparison





## CARDIOVASCULAR RISK FACTORS PART I :

DIABETES MELLITUS



Clinical Support Unit California Prison Health Care Services Program

Adapted from 2008 CPHCS Presentations by: R.Kamran, M.D.
Professor of Medicine, Rush University, Chicago



## OBJECTIVES

- **It's not just about glucose (address all risk factors/complications)**
  - *Identify the main microvascular and macrovascular complications of diabetes and current monitoring and prevention techniques. Specify target and monitoring recommendations for BP control, glycemic control and lipid management*

- **Don't Delay Insulin**
  - *Describe the mechanism of action of the 5 classes of oral medications used in Type 2 Diabetes, and the approximate A1c decrease seen with each.*
  - *Utilize Tier 1 Well Validated Core Therapies and explain why adding a third oral medication is not indicated before starting insulin.*

- **Fix the Fasting First**
  - *Explain the differences between the three insulin regimens: basal, basic and basal-bolus and indicate when each would be employed and monitored.*

California Prison Health Care Services

## Disclosures

- No one involved in this CME activity has any relevant financial relationships with commercial interests to disclose.

## OBJECTIVES

- Specify the blood pressure and lipid targets for patients with diabetes and how often each should be monitored.

- Specify the glycemic targets in managing a Type 2 diabetic and how often they should be monitored.

- Describe the mechanism of action of the 5 classes of oral medications used in Type 2 Diabetes, and the approximate A1c decrease seen with each.

- Explain the differences between the three insulin regimens: "basal", "basic" and "basal-bolus" and indicate when each one would be employed

California Prison Health Care Services

## CPHCS MAJOR CLINICAL OBJECTIVES

• By December 31, 2010, greater than ninety-five percent of diabetic patients who have been under treatment for at least 6 months will have most recent HbA1c result less than 9%.

• By December 31, 2010, greater than ninety-five percent of diabetic patients will have most recent LDL-C result within the past twelve months less than 100 mg/dl.

• By December 31, 2010, greater than seventy-five percent of of diabetic patients will have most recent blood pressure result within the past three months lower than 130/80 mmHg.



California Prison Health Care Services

## CASE #1

You are working in Primary Care Clinic and are seeing Mr. M.S. a 46 year old Hispanic man for the first time. He arrived at your facility 3 days ago and the nurse in R&R noted his blood pressure was 156/97 so she expedited a Primary Care appointment.

## CPHCS MAJOR CLINICAL OBJECTIVES

*Continued.....*

• By December 31, 2010, greater than eighty-five percent of diabetic patients will have had a dilated retinal exam in the past 12 months.

• By December 31, 2010, greater than ninety-five percent of diabetic patients who are not receiving an ACEI an/or ARB therapy will have had microalbuminuria evaluation in the past 12 months.




California Prison Health Care Services

## CASE #1

In clinic Mr. M.S. is pleasant and cooperative but a poor historian. He says that he has taken pills off and on for his blood pressure, but he really does not have a doctor on the outside. His blood pressure is 145/93 and his BMI is 35 (Weight-236 lbs or 107 Kg).

California Prison Health Care Services

# Being a good PCP you obtain more history.....

- You do a ROS asking about CP, SOB, HA etc.
  ROS is negative he feels well
- You ask further Past Medical Hx: Surgeries? Hospitalizations? Other medical problems?
  No surgeries/hospitalizations, mild GERD in past
- You take a Family History
  Mother and brother are diabetic
- You ask about Social History- smoker? ETOH? Drugs?
  Never smoked, quit ETOH when incarcerated

California Prison Health Care Services

# PHYSICAL EXAM

- Vital signs ok except for BP 145/93
- BMI is 35 with Moderate central obesity
- Skin, ENT, Heart, Lungs, abd exam ok
- Ext- no edema, good pedal pulses

California Prison Health Care Services

# WHAT IS YOUR ASSESSMENT AND PLAN?

- Assessment:
  - Hypertension Stage 1
  - Obesity- BMI 35
  - FHx DM
  - Metabolic Syndrome?
- Plan
  - Counsel Therapeutic Lifestyle Changes-(TLC) diet/exercise/weight loss
  - Labs: Fasting blood glucose (because he is high risk-FHx/Metabolic Syndrome) & lipids, complete metabolic panel
  - Treat hypertension

California Prison Health Care Services

# METABOLIC SYNDROME
## DEFINITION BY ATPIII CRITERIA
Presence of any 3 of 5

| | |
|---|---|
| Abdominal obesity | WC in Men > 40 inches and in Women > 35 inches |
| High BP | >130/85mmHg |
| Elevated triglycerides | TG >150 mg/dl |
| Low HDL | Men <40 mg/dl and Women <50mg/dl |
| High Fasting glucose | >110 mg/dl |

California Prison Health Care Services

## CARDIOVSCULAR RISKS INCLUDE:

- Hypertension
- Age (>55 years for men, >65 years for women)
- Diabetes mellitus
- Elevated LDL (or total) cholesterol, or low HDL
- Family history of premature CVD (men <55 years of age or women <65 years of age)
- Obesity (BMI >30 kg/m2)
- Physical inactivity
- Tobacco usage, particularly cigarettes

## CPHCS HYPERTENSION ALGORITHM



## 2 WEEKS LATER...

- At the next clinic you review lab results with Mr. M.S.:
  - Fasting blood sugar 245
  - Lipids: TC-216/ TG-368/ LDL-134/ HDL-34
  - Cr, K+, LFT's ok

- You tell him he has Type 2 diabetes
- You begin to educate him and refer him to nursing for additional education.
- You tell him about the HgA1c levels that you plan to order.

## Relationship Blood Glucose-A1c



We estimate Mr. M.S. has an A1c of 10.1 based on his blood sugar of 245.

## TYPE 2 DIABETES . . . A PROGRESSIVE DISEASE

**Progressive Decline of β-Cell Function in the UKPDS**



Adapted from UK Prospective Diabetes Study (UKPDS) Group. Diabetes. 1995;44:1249-1258.

California Prison Health Care Services

 **1** Insulin resistance- decreased insulin-mediated glucose disposal.

 **2** Insulin resistance- increased hepatic glucose production.

 **3** Insulin deficiency- loss of first phase insulin release with progressive beta cell failure.

 **4** Insulin resistance with FFA release and "lipotoxicity".

 **5** Increased glucagon secretion by the alpha cells of the pancreas.

**6** Decreased "incretins" and/or decreased sensitivity to "incretins".

 **7** Abnormal "satiety response" to glucose ingestion.

**8** Increased renal tubular reabsorption of glucose.

California Prison Health Care Services

---

## Mr. M.S. wants to know how you made the diagnosis of diabetes.

- Usual Criteria:
  - Fasting Glucose >126mg/dl. $\geq$ 100 is Prediabetes)
  - HgA1c $\geq$ 6.5  (New criteria ADA 12/09)
  - Random Glucose > 200mg/dl with symptoms ( polyuria, polydipsia).
- If pregnant:
  - 2 hr glucose > 200mg/dl after 75 gm. Glucose load.

California Prison Health Care Services

---

## Type 2 Diabetes

- It's not just about insulin anymore
- Previously Type 2 DM was

**Insulin Resistance    &    Insulin Deficiency**



↓ Glucose Uptake

↑ Production of Glucose in the Liver

Inability to deal with a meal

**But now... much more complex...**

California Prison Health Care Services