

# Demographics Type 2 Diabetes

- Epidemic in U.S.
- Related to obesity
- Disproportionately affects people of color. (Percent of people age 45-74 with Type 2 DM):
  - 5.9% Caucasians
  - 10.1% African-Americans
  - 14.3% Hispanics
  - 50% Pima Indians

# What next for Mr. M.S.?

- Order additional labs:
  - A1c
  - microalbumin
- Address microvascular and macrovascular complications/risk factors:
  - PCP or nurse foot exam for neuropathy (Podiatry if significantly abnormal.)
  - Refer for annual eye exam (retinopathy)
  - Consider CAD, PVD, Stroke risk factors

# Microvascular and Macrovascular Complications of Type 2 Diabetes

Diabetic retinopathy
Leading cause of new cases of blindness among adults 20–74 years of age
Diabetic nephropathy
Major cause of kidney failure
CV disease and stroke
Account for about 65% of deaths in patients with diabetes
Diabetic neuropathy
Major cause of lower extremity amputations

# Prevention of Microvascular Disease

| | | |
|---|---|---|
| • Annual Eye Exams<br>• BP: RX to target 130/80<br>• A1c: RX to target ≤7% | • Semi-annual test for microalbumin<br>• BP: Rx to target 130/80<br>• A1c: RX to target ≤7%<br>• ACEI/ARB<br>• Avoid nephrotoxic agents | • Annual foot exam microfilament<br>• A1c: RX to target ≤7% |

## To help prevent both micro & macrovascular complications we need to control Blood Pressure

- Goal: ≤ 130/80 (<125/75 if renal disease)
- Monitoring interval: Every Visit
  - At target usually 3-6 mos
  - Stage 1 q 1-2 mos until at target
  - Stage 2 q week
- Treatment: Continue TLC and additional medication.

California Prison Health Care Services

## HYPERTENSION MANAGEMENT IN PATIENT WITH DIABETES

Goal BP < 130/80
Start ACEI and titrate to maximum dose
Goal of 130/80
YES
Continue Angiotensin Converting Enzyme Inhibitor
NO
Add HCTZ
YES
Goal of <130/80
Continue Angiotensin Converting Enzyme Inhibitor or Angiotensin Receptor Blockers HCTZ
NO
Add Calcium Channel Blocker (Non-DHP)
YES
Goal of <130/80
Cont Angiotensin Converting Enzyme Inhibitor or Angiotensin Receptor Blockers + HCTZ+ Calcium Channe Blocker (Non-DHP)
NO
Beta or Alpha Blocker

California Prison Health Care Services

## To help prevent macrovascular complications we need to control Lipids

- Goal: LDL < 100 mg/dl (< 70 if high risk)
  HDL >40 men, > 50 women
  Triglyceride <150
- Monitoring interval: Lipid Panel
  - At target usually q 6-12 mos
  - Not at target q 3 mos
- Treatment: Continue TLC and add medication

California Prison Health Care Services

## CPHCS Hyperlipidemia Algorithm

CHD or Equivalent or >20% 10 yr risk
High Risk LDL Goal < 100 (optional < 70)
LDL 100 to 154
TLC + Simvastatin 20mg
LDL 155 to 164
TLC + Simvastatin 40mg
LDL 165 to 184
TLC + Simvastatin 40-80mg
LDL ≥ 185
TLC + Rosuvastatin 10mg

California Prison Health Care Services

## You've treated his BP and lipids, now you need to address Blood Sugar Control

Goals:

| MEASURE | ADA[1] |
|---|---|
| A1C,% | <7 |
| Mean FBG, mg/dL | 90-130 |
| Mean postprandial PG, mg/dL | <180* |

- Monitoring Interval: When to schedule next visit?
- Treatment: TLC/Medication

## Why is blood sugar control important? Do we know that lower is better?

| | | |
|---|---|---|
| UKPDS | Type 2 DM | Compare various treatments: control and complications |
| DCCT | Type 1 DM | Does better control decrease complications? |
| ACCORD | Type 2 DM | Is even tighter better? |
| ADVANCE | Type 2 DM | Does tighter control lessen CV complications? |

| MICROVASCULAR | | | STUDY | MACROVASCULAR |
|---|---|---|---|---|
| ↓21% | ↓33% | -- | UKPDS | ↓16% ↓38% Met Group |
| ↓63% | ↓39% | ↓60% | DCCT | |
| | | | ACCORD | Increase in mortality |
| ↓10% | ↓21% | -- | ADVANCE | No CV Benefit |

## So, Is lower better?

- Microvascular Complication Prevention?
  Yes-UKPDS found for each 1% drop in A1c:
  ↓37% Microvascular complications
  ↓21% Diabetes related death
  ↓14% MI- fatal and nonfatal
- Macrovascular Complication Prevention?
  Well, sort of, worse control does show more CV disease..
  But, decrease in A1c level to goal does NOT seem to lessen the development or progression macrovascular disease, and intensive RX can actually increase mortality.

# Treatment: Key points

- Type 2 diabetes is heterogeneous.
- The earliest abnormality is Impaired Post-Prandial, followed by Impaired Fasting and, eventually, overt diabetes.
- Since multiple mechanisms underlie pathophysiology…Multiple drugs working at multiple levels may be required.
- Insulin deficiency is progressive, while insulin resistance levels off.

1. Insulin resistance- decreased insulin-mediated glucose disposal. TZD
2. Insulin resistance- increased hepatic glucose production, Metformin
3. Insulin deficiency- loss of first phase insulin release with progressive beta cell failure. Glinides, Sulfonylureas and Insulin
4. Insulin resistance with FFA release and "lipotoxicity". TZD
5. Increased glucagon secretion by the alpha cells of the pancreas. Exenatide
6. Decreased "incretins" and/or decreased sensitivity to "incretins". Exenatide and DPP4 inhibitors
7. Abnormal "satiety response" to glucose ingestion.
8. Increased renal tubular reabsorption of glucose.

| Medication | Mechanism | A1c Reduction | Side Effects | ADA Algorithm |
|---|---|---|---|---|
| Metformin (Glucophage) | ↓hepatic glucose production | 1-2% | Avoid in renal CHF/hepatic disease (lactic acidosis) | Yes |
| Sulfonylurea (Glipizide, Glyburide) | ↓hepatic glucose production | 1-2% | Weight gain hypoglycemia B cell exhaustion | Yes |
| Alpha Glucosidase Inhibitors (Acarbose) | Delays glucose absorption | 0.5-0.8% | Gas bloating LFT | No |
| Glinides (Prandin) | Stimulate First phase insulin | 0.5-1.5% | TID Dosing | No |

| Medication | Mechanism | A1c Reduction | Side Effects | ADA Algorithm |
|---|---|---|---|---|
| TZD (Actos) | Insulin Sensitizer | 0.5-1.4% | Weight gain<br>fluid/ CHF<br>Bone loss<br>Cardiac safety?<br>(Avandia- 63% ↑ in deaths compared t to other DM Rx.) | Yes (Actos Only) |
| Exenatide (Byetta) | GLP-1 like "Incretin Effect" | 0.5-1% | Nausea<br>Pancreatitis | Yes |
| Sitagliptin (Januvia) | DPP4 Inhibitor-Incretin-mimetic | 0.5-0.8% | Skin rash<br>Caution in renal failure | No |

## Tier 1: Well Validated Core Therapies

- *At diagnosis* Lifestyle + Metformin (Step 1)
- Lifestyle + Metformin + Basal Insulin (Step 2)
- Lifestyle + Metformin + Sulfonylurea (Step 2)
- Lifestyle + Metformin + Intensive Insulin (Step 3)

## Tier 2: Less Validated Core Therapies

- Lifestyle + Metformin + Pioglitazone
- Lifestyle + Metformin + GLP-1 Agonist
- Lifestyle + Metformin + Pioglitazone Sulfonylurea
- Lifestyle + Metformin + Basal Insulin

## Tier 1: Well Validated Core Therapies

- *At diagnosis* Lifestyle + Metformin (Step 1)
- Lifestyle + Metformin + Basal Insulin (Step 2)
- Lifestyle + Metformin + Sulfonylurea (Step 2)
- Lifestyle + Metformin + Intensive Insulin (Step 3)

## Tier 2: Less Validated Core Therapies

- Lifestyle + Metformin + Pioglitazone
- Lifestyle + Metformin + GLP-1 Agonist
- Lifestyle + Metformin + Pioglitazone Sulfonylurea
- Lifestyle + Metformin + Basal Insulin

## How to decide next step:

### Life Style Intervention Plus Metformin

If A1c ≥ 7% after 3 months
A1c level
7-9%
>9%
Sulfonylurea + Metformin
Basal Insulin + Metformin
A1c > 7%
A1c >7%
Basal Insulin + Metformin
A1c above goal
Intensify Insulin therapy plus Metformin

## TYPE 2 DIABETIC FAILING ON DUAL THERAPY:

- Glucotoxicity: Reversible
  - Patients with very high sugars may need to use insulin up front to get glucose more normal and then the oral agents may work.
- Beta Cell Failure: Irreversible
  - If there is no insulin to 'kick out' oral agents won't work and you'll need insulin.
  - (Type 1 1/2 Diabetes)

Tier 1: Well Validated Core Therapies
At diagnosis
Lifestyle
+
Metformin
Lifestyle +
Metformin +
Basal Insulin
Lifestyle +
Metformin +
Sulfonylurea
Lifestyle +
Metformin +
Intensive Insulin
Step 1
Step 2
Step 3
Tier 2: Less Validated Core Therapies
Lifestyle +
Metformin +
Pioglitazone
Lifestyle +
Metformin +
GLP-1 Agonist
Lifestyle +
Metformin +
Pioglitazone
Sulfonylurea
Lifestyle +
Metformin +
Basal Insulin

## Starting Insulin Therapy in the Ambulatory Setting

| Basal | Basic | Basal-Bolus |
|---|---|---|
| Type 2 DM<br>Failing orals | Type 1 or 2 | Usually Type 1 |
| NPH qd or b.i.d<br>or<br>Lantus qd<br>10 units or 0.2u/kg | 1 basal + 1prandial<br>or<br>Mixed Insulin's b.i.d | 1 basal +<br>2-3 premeal shots |
| 1 | 2 | 3 |

## BASAL INSULIN..........

- If using Actos stop it (STOP)
- Generally stop sulfonylurea- (STOP) (higher risk for hypoglycemia in our setting)
- Usually continue Metformin (GO)

- Basal insulin controls fasting and premeal
- Bolus insulin controls post prandial

**Fix the Fasting First!**

## Implementing New Titration Strategies With a Basal Insulin

**Basal Insulin- For Type 2 Diabetics**
**Start with 10 units or 0.2 units/kg**: Intermediate-acting insulin (**NPH**) at bed time or bid OR Long acting insulin (**Glargine-Lantus**)- q a.m. or q hs

Insulin Titration
**Fix the Fasting First**
**Patient/Nurse:** Check FASTING glucose (Fingerstick-FS) Usually daily while titrating- **bring results to huddle**
**PCP:** increase dose of basal insulin typically by 2 units q 3 days- until average **fasting glucose in target range(70-130 mg/dl)** .
Can increase dose by larger increments i.e 4 units q 3 days.

- 3 Days
- 2 Units
- 1 until 100

## Dr. Kannan's Fingerstick Monitoring Rules

- An A1c above goal tells you that control is poor
- Fingerstick tells you where the abnormality is
- Degree of A1c elevation may indicate the type of problem
  - A1c 7-8% Fastings often at goal PP is the problem
  - A1c 8-9% Fastings often the problem PP often at goal
  - A1c >9% Both are often above goal
- If premeal is still high no need to check post prandial.
- Know Insulin pharmacokinetics and what blood sugar is affected.

California Prison Health Care Services

## What about Sliding Scale Insulin?



- Sliding Scale Insulin has limited indications
- Should generally NOT be used on a routine basis
- May use temporarily for insulin dose adjustments
- May use on temporary basis when patient is ill or NPO for any reason.

California Prison Health Care Services

## Insulin

| Insulin Class | Specific Insulin | Onset | Peak | Duration | Cost |
|---|---|---|---|---|---|
| Insulin Rapid-acting | Regular Humulin-R | 30-60 min | 2-4 hrs | 8-10 hrs | $ |
| Insulin Intermediate acting | NPH Humulin-N | 1-2 hrs | 4-8 hrs | 10-20 hrs | $ |
| Insulin Mixed | Humulin 70/30 | 30 min | Dual peak | Up to 24 hrs | $ |
| Insulin Long-acting | Glargine-Lantus | 1-2 hrs | Relatively flat | 20-24 hrs | $$$ |

California Prison Health Care Services

## ADJUSTING INSULIN: Which blood sugar?

| TO ADJUST DOSE of | FOCUS ON averaged |
|---|---|
| Lantus given any time | Fasting Blood Sugar |
| Pre-meal insulin dose | 2 hr Post Prandial BS |
| NPH given in am | Pre dinner Blood Sugar |
| NPH dose at bedtime | Fasting Blood Sugar |
| Pre mix insulin am dose | Pre dinner Blood Sugar |
| Pre mix insulin pm dose | Fasting Blood Sugar |

California Prison Health Care Services

## Let's look at a few cases…

- 45 year old woman with a 15 year history of diabetes currently on:
  - Metformin 1000 mg BID
  - NPH insulin 18u breakfast/20 u at bed time
- Her A1c level has been 9-10.2% for the past 1 year

| | Breakfast | | | Lunch | | | Dinner | | HS |
|---|---|---|---|---|---|---|---|---|---|
| | FBG | Post | | pre | post | | pre | post | |
| M | 190 | | | 230 | | | | | |
| T | 226 | | | | | | 178 | | |
| W | 226 | | | 172 | | | | | |
| TH | 180 | | | | | | | | |
| F | 162 | | | | | | 210 | | |
| S | 82 | | | 184 | | | | | |
| Sun | 117 | | | | | | 198 | | |
| Average | 169 | | | 195 | | | 187 | | |

| | Breakfast ✓ | | | Lunch ✓ | | | Dinner ✓ | | HS |
|---|---|---|---|---|---|---|---|---|---|
| | FBG | Post | | pre | post | | pre | post | |
| M | 190 | | | 230 | | | | | |
| T | 226 | | | | | | 178 | | |
| W | 226 | | | 172 | | | | | |
| TH | 180 | | | | | | | | |
| F | 162 | | | | | | 210 | | |
| S | 82 | | | 184 | | | | | |
| Sun | 117 | | | | | | 198 | | |
| Average | 169 | | | 195 | | | 187 | | |

Both fasting and meal time sugars are elevated.

Recommendation: Fix the Fasting First

Re invigorate diet and exercise

Increase dose of BID NPH (Basal Insulin) or Switch to Lantus

## Similar Case…

- 54 year old man 12 year hx of DM 2:
  - Metformin 1000/1000
  - 20 units NPH/ 15 U NPH at dinner
- Last 3 A1c's: 12.2%, 11.2%, 11.0%

| | Breakfast | | Lunch | | Dinner | | HS |
|---|---|---|---|---|---|---|---|
| | FBG | Post | pre | post | pre | post | |
| M | 187 | | 330 | | | | |
| T | 126 | | | | 118 | | |
| W | 93 | | 282 | | | | |
| TH | 180 | | | | | | |
| F | 92 | | | | 110 | | |
| S | 202 | | 198 | | | | |
| Sun | 217 | | | | 98 | | |
| Average | 148 | | 270 | | 108 | | |

| | Breakfast | | Lunch | | Dinner | | HS |
|---|---|---|---|---|---|---|---|
| | FBG | Post | pre | post | pre | post | |
| M | 210 | | 330 | | | | |
| T | 226 | | | | 118 | | |
| W | 93 | | 282 | | | | |
| TH | 180 | | | | | | |
| F | 92 | | | | 110 | | |
| S | 202 | | 198 | | | | |
| Sun | 317 | | | | 98 | | |
| Average | 148 | | 270 | | 108 | | |

Average Fasting 148
Average pre Lunch 270
Average pre dinner 108

Fasting not too bad.
Could increase p.m. NPH a touch

Pre-lunch is high.
Add regular in a.m. to control pre-lunch

Pre-Dinner excellent.
No change in a.m. NPH since pre Dinner is at goal

## CPHCS Insulin Dosing Algorithm

Once Fasting Fixed, or at least improved, look at pre-prandial

**Once fasting is fixed** ( i.e average fasting (70-130 mg/dl), **determine pre-meal & bedtime glucose level.**
**+Strongly consider issuing patient KOP glucometer since premeal and 2 hour post prandial glucose FS can be difficult to obtain.**

Nurse: Check FS blood glucose before lunch, dinner and bed- only need 2 or 3 days of readings- bring to huddle.

PCP: Depending on results of premeal FS add second insulin injection as below. Can usually start with 4 units and adjust by 2 units q 3 days as needed.

If pre-lunch glucose is the highest
Add rapid acting insulin at breakfast
If pre-dinner glucose is the highest
Add NPH insulin at breakfast if not already on am NPH
If pre-bed time glucose is the highest
Add rapid-acting insulin at dinner.

## Same patient...

- 54 year old man 12 year hx of DM 2:
  - Metformin 1000/1000
  - 20 units NPH/ 15 U NPH at dinner
- Last 3 A1c's: 12.2%, 11.2%, 11.0%

But what is these were his readings?....

| | Breakfast | | | Lunch | | | Dinner | | HS |
|---|---|---|---|---|---|---|---|---|---|
| | FBG | Post | | pre | post | | pre | post | |
| M | 210 | | | 330 | | | | | |
| T | 226 | | | | | | 118 | | |
| W | 93 | | | 282 | | | | | |
| TH | 180 | | | | | | | | |
| F | 92 | | | | | | 110 | | |
| S | 202 | | | 198 | | | | | |
| Sun | 317 | | | | | | 98 | | |
| Average | 236 | | | 118 | | | 108 | | 98 |

Average Fasting 236
Average pre Lunch 118
Average pre dinner 108

On b.i.d NPH he has great averages all day, even at bedtime, but had high fasting sugars?
Should we increase p.m. NPH?

# No!!

## Cardinal Rule:

- If patient taking intermediate insulin at dinner or H.S. and fasting sugars are high while all others surprisingly good
- Think **Somogyi and never** increase the p.m. NPH dose until you have excluded nocturnal hypoglycemia

# Next Case....

- 36 year old woman with a 12 year history of diabetes on:
  - Glyburide 10 mg bid
  - Metformin 1000 bid
  - Glargine insulin 40 u at bedtime
- Her A1c level has been 7.5%-8.5% for the past 1 year

| | Breakfast | | | Lunch | | | Dinner | | HS |
|---|---|---|---|---|---|---|---|---|---|
| | FBG | Post | | pre | post | | pre | post | |
| M | 110 | | | 130 | | | | | |
| T | 126 | | | | | | 118 | | |
| W | 126 | | | 122 | | | | | |
| TH | 130 | | | | | | | | |
| F | 92 | | | | | | 110 | | |
| S | 102 | | | 124 | | | | | |
| Sun | 117 | | | | | | 98 | | |
| Average | 114 | | | 125 | | | 108 | | |

| | Breakfast | | Lunch | | Dinner | | HS |
|---|---|---|---|---|---|---|---|
| | FBG | Post | pre | post | pre | post | |
| M | 110 | | 130 | | | | |
| T | 126 | | | | 118 | | |
| W | 126 | | 122 | | | | |
| TH | 130 | | | | | | |
| F | 92 | | | | 110 | | |
| S | 102 | | 124 | | | | |
| Sun | 117 | | | | 98 | | |
| Average | 114 | | 125 | | 108 | | |

Fasting and all pre-prandials are at goal so think Post-prandial!

Recommendation:

Since the A1c is above goal, but the fasting and pre prandials are at goal start checking 2 hr post prandial on a rotational basis.

California Prison Health Care Services

## CPHCS Insulin Dosing Algorithm

Is A1c≤ 7% After 3 mos?
YES
NO
Patient: Continues with diet, exercise and same medication regimen.
Patient/Nurse: Check fasting periodically. Bring results to huddle.
PCP: Evaluated at least every 90 says cr as clinically indicated.
Recheck pre-meal glucose- if still out of range may need to add 3rd injection at lunch. If glucometer has not previously been issued consider issuing now.
Once pre-meal and bedtime glucose are fixed If A1c continues to be out of range, check 2 hr post-prandial glucose and adjust with preprandial rapid acting insulin.

California Prison Health Care Services

## SUMMARY:

- It's not just about glucose
  - Control other risk factors-BP, lipids
- Don't Delay Insulin
  - Generally Metformin→ +SU→ if fails→ stop SU and add Basal Insulin
  - Titrate meds weekly if not at goal
  - Limit Fingerstick testing to information you need and then act on it
- Fix the Fasting First
  - Then fix pre-prandial then 2 hr post-prandial

California Prison Health Care Services

## QUESTIONS?

California Prison Health Care Services

# Attachment 10- Example Group Diabetes Education Curriculum (CSP-SOL)

| Topic | Taught by |
|---|---|
| Introduction to the Diabetes Group Education Program | Psychologist and Physician |
| What Is Diabetes? | Physician |
| Psycho-physiologic Intervention and Chronic Disease Control | Psychologist |
| Diet and Diabetes | Dietician |
| Group, Diet Q&A | Dietician |
| Exercise and Foot Care | Physical Therapist and Podiatrist |
| Insulin Treatment for Diabetes | Pharmacist |
| Oral Therapy for Diabetes | Physician |
| Oral Health and Diabetes | Dentist |
| Complications of Uncontrolled Diabetes | Physician |
| What Did We Learn in This Program? Where do we go from here? | Psychologist and Physician |

# Best Practices Library

# Patient Registries & Reports

## Table of Contents

| | |
|---|---|
| Overview | 2 |
| Sample Procedure | 3 |
| Policy Reference | Attachment 1 |
| Example Master Chronic Care Registry | Attachment 2 |
| Example Sub-Registry Diabetes Registry | Attachment 3 |
| Example Diabetes Report | Attachment 4 |
| Example Standing Orders | Attachment 5 |
| Chronic Care Master Registry Users Guide | Attachment 6 |

# Overview

**What is a Patient Registry?**

- Patient Registries are lists of patients and associated data related to each individual.

**What is the Purpose of a Patient Registry?**

Patient Registries track important data related to individual patients and patient populations. The information can help the Care Team identify patients who are not at target with disease management goals and/or are overdue for routine disease monitoring or screening tests.

In *Crossing the Quality Chasm*, the Institute of Medicine (IOM) describes the six guiding aims of health care as providing care that is:

- **Safe**
- **Effective**
- **Efficient**
- **Timely**
- **Patient-Centered**
- **Equitable**

Most of the patient outcomes that registries evaluate reflect one or more of the IOM guiding aims.

In CCHCS our patient registries help us manage populations of patients, as well as individuals. Understanding which patients are high risk, do not meet disease management goals or are due for preventive services helps the Care Team target needed services in a proactive way.

**Who Uses Patient Registries and what information can be obtained?**

At the institution level, healthcare leaders and Care Teams benefit from using the Patient Registries.

**Institution Healthcare Leaders**: Can use the Patient Registries and Registry Reports to track important institution level patient related data. A few examples include:

- How many patients with chronic conditions is the institution caring for?
- How many high-risk EOP patients is the institution caring for?
- How many high-risk patients are taking more than 10 medications?

- How many patients with "X" condition are currently not at goal?
- How many patients are currently due for "Y" preventive service?
- Are there significant differences in patient populations among the various Care Teams?
- Are there significant differences in prescribing practice among the various providers?

**Care Teams:** Can use Patient Registries and Registry Reports to track information about their patient panel. Examples include:

- Who are our high risk patients?
- Which patients are new to our panel?
- Which of our patients with "X" condition are not goal?
- How does our management of condition "X" compare with our colleagues on other yards?
- Which of our patients is due for preventive service "Y"?
- Which of our patients on medication "Z" are due for recommended lab monitoring?

**What Patient Registries are currently available within CCHCS?**

| **Chronic Disease Master Registry** | **Mental Health Master Registry (LOC)** |
|---|---|
| • Avoidable Hospitalizations<br>• Mental Health Level of Care (LOC)<br>• Clinical Risk<br>• Polypharmacy<br>• Asthma<br>• Diabetes<br>• HCV/ESLD<br>• HIV<br>• Hyperlipidemia<br>• HTN/Other CV<br>• Warfarin<br>• Chronic Pain<br>• Seizures<br>• ADA/DPP | • Axis I and II Diagnoses<br>• Diagnosis NOS<br>• PC-2602 Expiration<br>• Antidepressants<br>• Atypical Antipyschotics<br>• Clozapine<br>• Lithium<br>• Depakote<br>• Carbamazepine<br>• Lamictal |
| **Patient Panel** | **Colon Cancer Screening**<br>**Breast Cancer Screening** |

**Why is some patient data highlighted in red or yellow?**

- **Red cells** generally indentify data that represents an "exception" (data is not within expected parameters) and/or is overdue.
  - The Registry User Guide provides tables that define the "expected" parameters and how those parameters were determined.
- **Yellow cells** generally indentify data that is due for update within the next month.

**What sources are used to produce the CCHCS Patient Registries?**

There are several existing databases that are used in the creation of the CCHCS Patient Registries including those listed below.

- *Census and Discharge Data Information System* (CADDIS) - Medical bed utilization data.
- *Disability and Effective Communication System* (DECS) - Inmate Disabilities data.
- *Foundation Laboratories*- Historical laboratory results data.
- *Guardian Pharmacy*- Prescription, dispensing, and provider data.
- *Mental Health Tracking System* (MHTS.net) – Mental health housing and level of care data.
- *Quest Diagnostics*- Laboratory results data.
- *Strategic Offender Management System* (SOMS) – Inmate demographic, identification, and location data.
- *Third Party Administrator* (TPA) *Claims*- Specialty or hospital services data.

# Sample Procedure

Patient Registries contain a significant amount of information that Institution X will use for population management and management of individual patients.

**A. Definitions:**

**Patient Registry-** List of patients and associated data related to each individual

**Master Registry-** Generally a "higher level" view of a patient/population providing a "snapshot" of demographics, risk groups, selected conditions.

**Sub-Registries-** More detailed information of a patient/population generally related to a single condition (i.e. Diabetes or patients hospitalized frequently for Mental Health issues) or patients taking a specific medication (i.e. Lithium or Warfarin)

**Registry Reports-** Reports generated using Patient Registry data including Institution and Care Team level disease management reports and Nonformulary prescribing reports.

**Registry User Guide**- An explanation on how to access the CCHCS Patient Registries and Reports. Contains tables that define the "expected" parameters and how those parameters were determined (See Attachment 6)

**Exception Report-** Lists of patient related data that is not within expected parameters

**Care Team-** All members of the team assigned to care for a panel of patients, including RN, LVN, OT-Scheduler, NP, PA , Physician and/or Mental Health Clinician.

**B. Expectations:**

- At Institution X all healthcare executive and management staff are expected to utilize the Patient Registries and Registry Reports to monitor the care of our institution's patient population.
- At Institution X all members of the healthcare team are expected to use the Patient Registries to assist in the provision of evidence based care for the patients in their assigned panel.

C. **Institution healthcare executive and management staff (See Care Teams D below):**

1. **Patient Registries**

- **Will review the Chronic Care Master Registry on at least a daily basis**
  - How many new "high risk" patients have be transferred to the institution in the past week?
    - Ask support staff to ensure that all of these patients have been seen by their assigned Care Team, or have an appointment in the next few days.
    - Contact Care Team directly and have patient seen immediately if any significant "exception" is noted on review (i.e. Patient currently receiving treatment for HCV, patient with INR > 3.5)

- **Will review the Avoidable Hospitalization Sub-Registry at least monthly**
  - Determine the diagnostic categories of the Potentially Avoidable Hospitalization admissions
  - Look for patterns in the information
    - Are there several "Medication Events" admissions for specific drugs (i.e. phenytoin? Heroin? Amphetamines?)
    - Are there significantly more admissions in one particular diagnostic category than expected? If so consider why this may be occurring (i.e. uptick in cellulitis admissions because MRSA outbreak in institution).
    - Is there significant variation in admission rates of the different Care Teams? If rate is lower- what is that team doing right? If rate is considerably higher what assistance can a team use to identify areas of improvement?

- **Will review the Sub-Registries**
  - Warfarin at least weekly
    - (Could be reviewed by Pharmacist as well or instead)
  - Diabetes first Monday of the month
  - Asthma second Monday of the month
  - HCV/ESLD third Monday of the month
  - Colon Cancer (Breast Cancer) fourth Monday of the month

The CME may elect to provide weekly "Exception Reports" to each Care Team using the above schedule, or may direct the Care Teams to produce their own "Exception Reports" on a similar schedule.

- **Mental Health Leadership or designee will review the Mental Health Sub-Registries**
  - Mental Health Level of Care MHCB/MH High Utilizers at least weekly
  - Clozapine at least weekly
    - (Could be reviewed by Pharmacist as well or instead)
  - Antidepressants first Monday of the month
  - Atypical Antipsychotics second Monday of the month
  - Lithium/Carbamazepine third Monday of the month
  - Diagnoses "NOS" fourth Monday of the month

The above are suggested examples but are not meant to be an exhaustive list. Patient Registries will change and additional registries may be added.

**2. Care Team Reports:**

In addition to the above Registries and Sub-Registries healthcare executives and managers should review Care Team Reports.

- Is there significant variation in disease management success between the Care Teams?
  - If extreme outliers exist, what are the successful teams doing right? Are there explanations for why another team is struggling? Significantly different patient population (Reception Center –New Arrival patients? EOP patients?) What additional support is needed by the underperforming teams?

The above are suggested examples but are not meant to be an exhaustive list. Care Team Reports will change and additional reports may be added.

## D. Care Teams

As noted above all members of the Care Team are expected to utilize the Patient Registries in the course of caring for the panel of patients assigned to them.

Patient Registry information should be discussed at least weekly in the Care Team huddle. "Exception Reports" may be provided by leadership or Care Teams may determine which team members are responsible for bringing what information to share with the team, and at what interval. A sample schedule for a medical Care Team is:

| Registry/Information | Responsible Team Member | Schedule/Interval |
|---|---|---|
| **Master Chronic Care**<br>List of "High Risk" Patients new to the institution (team) | OT/Scheduler | **Daily** or weekly |
| **Warfarin Sub-Registry**<br>• Names of panel's patients taking warfarin<br>• Names of any patients with INR out of expected range | Provider | **Weekly** |
| **Diabetes Sub-Registry**<br>• All "exceptions"<br>  ○ A1C > 8.0<br>  ○ LDL> 100<br>  ○ Not on ACEI/ARB no microalbumin<br>  ○ Due or overdue for lab | RN | 1st Monday of the month |
| **Asthma Sub-Registry**<br>• Names of patients with SABA: ICS ratio > 2:0<br>• Names of patients receiving LABA alone | RN | 2nd Monday of the month |
| **HCV/ESLD Sub-Registry**<br>• Names of patients receiving treatment for HCV<br>• Names of patients who are HCV antibody positive but have no viral load status available | Provider | 3rd Monday of the month |
| **Colon Cancer (Breast Cancer)**<br>• All patients on our panel who are new to the institution in the past 30 days<br>• All patient who are due soon or overdue for colon cancer screening. | OT/Scheduler | 4th Monday of the month |

**How the information is used**:

The Care Teams should develop a "process" so that Patient Registry information is reviewed on a regular basis. It is expected that the team will, in tandem, develop a process to act on the information. Examples include:

**New "High Risk" Patients**: OT automatically schedules any new "High Risk" patient to be seen by the provider within 3 days (if not already seen).

**Diabetes**: When the RN identifies patients due for labs, he/she can request those labs using "Standing Orders" through an agreement with the provider and the lab. In addition if RN identifies any patient with A1C > 10 who is on insulin she reviews the last two weeks of finger stick blood glucose results and discusses dose adjustment with provider.

**Colon Cancer**: When the OT notes a patient who is new to the institution and has not been screened for Colon Cancer he refers to patient to the Public Health Nurse for screening or schedules the patient for The Care Team RN's monthly "Colon Cancer Education Clinic" held the second Wednesday of every month.

| VOLUME #4: MEDICAL SERVICES | Date Created: June 12, 2009 |
|---|---|
| CHAPTER 4A | Date Approved: |
| Primary Care Model Policy and Procedure | Next Revision: |

Printed copies are for reference only. Please refer to the electronic copy for the latest version.

**POLICY:**
California Prison Health Care Services promotes a team approach to primary care. Under this model, the Primary Care Team:

- Serves as the patient's first point of entry into the health care system and as the continuing focal point for all needed health care services.
- Provides patients with ready access to their provider or to an established back-up provider when the primary provider is not available.
- Provides health promotion, disease prevention, health maintenance, counseling, patient education, diagnosis and treatment of acute and chronic illnesses.
- Is organized to meet the health care needs of patients with undifferentiated problems, with the vast majority of patient health care concerns and needs being managed by the Primary Care Team.
- Includes providers and non-physician health professionals.

**PURPOSE:**
The purpose of the primary care model is to establish a consistent relationship between a patient panel and a Primary Care Team that results in:

- Fewer lapses in care.
- Improved patient adherence to treatment plans and interventions.
- Improved health outcomes.
- Cost-effective, efficient care.
- Clear assignment of responsibility among Primary Care Team members.
- Scheduling of patients which promotes continuity of care while addressing patients' primary care needs.

**DEFINITIONS:**
**Patient Panel:** A clearly defined group of patients that are assigned to a particular Primary Care Team. Every Primary Care Team has one panel of patients. Every inmate is assigned to a Primary Care Provider within the Primary Care Team.

**Primary Care Team:** An assigned inter-disciplinary team that is responsible for the health care of a panel of patients.

**Primary Care Huddle:** A meeting of the primary care team members to plan and coordinate the patient care activities of the team in order to reduce or prevent lapses of patient care.

**RESPONSIBILITIES:**
The Health Care Manager at each institution is responsible for implementation of this policy.

***A. ASSIGNMENT OF PATIENT PANELS***
Each inmate will be assigned to a specific:

- Patient Panel
- Primary Care Team
- Primary Care Provider

**1. Defining Patient Panels**
Institution health care staff should adopt the method most likely to promote an ongoing relationship between a patient and his or her Primary Care Team to achieve operational efficiency, to ensure timely access to care, to optimize movement and escort capabilities, to balance workload, and to appropriately address patient acuity and complexity.

Panels may be defined in a variety ways, as dictated by needs of each institution, including assignment by:

- Alphabetical roster
- Last two digits of CDCR number
- Yard
- Housing unit
- Level of care / program participation
  - Security Housing Unit
  - Administrative Segregation Unit
  - Outpatient Housing Unit
  - Correctional Treatment Center
  - Behavioral Management Unit
  - Enhanced Outpatient Program
  - Psychiatric Services Unit
  - Reception Center
- Security / Custody Level
- Compatibility Group

**2. Consistency in Panel Affiliation / Continuity**
Consistency in a patient panel is helpful in preserving continuity of care. Institutions should consider steps that can be taken to minimize unnecessary changes in panel affiliation.

Each institution will adopt Local Operating Procedures to ensure that patient transfers from one panel to another are clearly, promptly, and effectively communicated to the new Primary Care Team and the previous Primary Care Team.

**3. Roles and Responsibilities**

The Health Care Manager is responsible for ensuring that all patients are assigned to a patient panel.

Each institution shall adopt a Local Operating Procedure to ensure that all patients are notified of their panel assignment. Patients will be notified of both their Primary Care Team and Primary Care Provider designations. Among other methods, notification may occur through posters displayed in housing units or patient education materials distributed at the Reception Center or Receiving and Release.

**4. Reporting**

The Local Operating Procedure shall also establish a patient panel, and describe requirements for updating and maintaining the panel. The panel will be readily available for review, and should be updated as indicated.

***B. PRIMARY CARE TEAMS***

Each patient will be assigned to a Primary Care Team.

**1. Team Purposes**

- To ensure comprehensive, continuous, coordinated care.
- To provide an interdisciplinary approach to patient care that produces synergies, with defined essential roles and responsibilities.

**2. Team Composition**

At a minimum, Primary Care Teams will consist of the following members:

- Primary Care Provider
- Primary Care Nurse
- Clerical support

**3. Continuity in Team Membership**

To reduce disruptions in care, institutions should avoid unnecessary changes in the membership of the Primary Care Team. Each institution shall develop Local Operating Procedures that convey expectations regarding continuity of the team. Local Operating procedures will also address:

- Team coverage in the event of scheduled absences, such as vacations, leaves of absence, and sick leave (when advanced notice is available)
- Team coverage in the event of unscheduled absences, such as Administrative Time Off and sick leave (when advanced notice is unavailable)

Individual changes in Primary Care Team membership do not require formal notice to the patient panel. Patients will be provided with a list of their assigned Primary Care Team members upon request.

**4. Primary Care Roster**

Each institution will maintain a roster of all Primary Care Teams and their membership.

**5. Roles and Responsibilities of Team Members**

All team members are required to:

- Establish and maintain professional, effective, and therapeutic relationships with all patients.
- Establish and maintain professional and effective relationships with all Primary Care Team members.
- Be accountable for their individual practices and the continuity of care delivered.
- Give priority to the patient's health care needs; however, not all patients' requests are health care needs or priorities.
- Participate constructively in the Quality Improvement process.
- Participate in team activities, including routine Primary Care Team meetings (huddles), emergency response reviews, and other meetings and consultations.

Each institution will establish Local Operating Procedures that assign to a coordinator accountability for:

- Ensuring that Primary Care Teams fulfill the functions described in this policy, and
- Documenting of Primary Care Team activities.

Each Primary Care Team will have a member of the team as the assigned coordinator.

**6. Roles and Responsibilities of the Primary Care Provider**

Each Primary Care Provider is responsible for diagnosing and treating the majority of patient health care needs.

The provider must:

- Provide quality care
- Use resources efficiently
- Effectively communicate with the patient, team, and others
- Provide patient education
- Promote patient satisfaction within the context of evidence-based care

**7. Role and Responsibilities of the Primary Care Nurse**

The Primary Care Nurse is responsible for using the nursing process for the benefit of the panel's patients. The nursing process includes assessment, planning, intervention, and evaluation.

The Primary Care Nurse must:

- Demonstrate knowledge of the system of care
- Organize nursing and Primary Care Team activities to meet the health care needs of the patients.
- Effectively communicate with the patient, team, and others
- Act as a patient advocate
- Provide patient education

**8. Role and Responsibilities of Clerical Support**

The clerical member of the Primary Care Team ensures that all patients are appropriately scheduled, that access to care barriers are made known to the full Primary Care Team, and that

Primary Care Team members have the information they need for planned patient encounters. Areas of responsibility include:

- Scheduling of appointments
- Chronic Disease Registry interface (data entry, production of registry reports)
- Unit Health Record
  - Record requests and / or delivery to the clinic
  - Diagnostic study reconciliation
  - Consultation referral reconciliation
  - Current medication list
  - Returns to the Medical Records Department
  - Filing

### *C. PRIMARY CARE HUDDLE*

To reduce or prevent lapses in patient care and to plan and coordinate patient care activities, the Primary Care Team will meet on all scheduled patient care days.

#### 1. Composition

Preferably, all members of the Primary Care Team will attend the Primary Care Huddle. At a minimum, the Primary Care Provider, Primary Care Nurse, and scheduler must be present. The Primary Care Huddle may occur without a Primary Care Provider if the Primary Care Provider is not scheduled to see patients.

#### 2. Frequency

The Primary Care Team will meet or "huddle" to plan and coordinate the patient care activities at least once every patient care day.

#### 3. Topics

Topics covered during the Primary Care Huddle include but are not limited to:

- Unscheduled Triage and Treatment Area visits
- Emergency Department transfers
- Transfers to other levels of care
- Returns from higher level of care
- Medication/Pill Line issues
- Add-on appointments
- Sick Call triage
- Case management issues
- Review of ducat list to plan and triage patient visits and ensure that everything needed for appointments is available – including the Unit Health Record, Registry reconciliations, Diagnostic study reconciliation, consultation referral reconciliation, and a current medication list and available problem list.
- Backlog considerations
- Staffing issues
- Supply/resource issues
- Pending consultations and specialty services requests