- Potential barriers to care, including lockdowns, restricted movement, fog lines, and other considerations
- Review of communications logs.

Each institution will establish a Local Operating Procedure that will define the roles and responsibilities for the Daily Huddle including:

- Ensuring that the daily huddle is occurring;
- Ensuring that the daily huddle is functioning appropriately and efficiently;
- Fixing responsibility for documentation; and
- Designating a huddle coordinator.

### D. *TRACKING KEY PATIENT EVENTS*

To reduce preventable lapses in care that are caused by gaps in information flow, the Primary Care Team will track and communicate key patient events on an ongoing basis, including:

- Transfers to a higher level of care – Transfers to or from the Outpatient Housing Unit, Correctional Treatment Center, General Acute Care Hospital, Skilled Nursing Facility, or Hospice.
- Triage and Treatment Area visits - Unplanned medical care provided at the Triage and Treatment Area.
- Outside emergency services visits - Medical care provided at an Emergency Department outside the institution.
- Significant diagnostics - Routine and urgent laboratory tests and imaging ordered by the primary care team's providers or by Triage and Treatment Area providers.
- Transfers between housing units within an institution - Patients that are moved in a way that changes their panel/primary care team affiliation.
- Specialty medical consultations
- Transfers between institutions - Patients that are moved from one institution to another.
- Return from out-of-state care or out to court status - Patients that return from outside the system, such as out to court or out of state.

**1. Reporting**

Each month, the Institutional Quality Management Committee shall consider:

<u>Higher Level of Care</u>

Number of patients who returned from the hospital during the reporting period

Number of patients who had a medication discontinuity (lapse in medication administration, change in medication not implemented) after return from hospital

<u>Triage and Treatment Area Visits</u>

Number of Triage and Treatment Area visits during the reporting period

Number of repeat Triage and Treatment Area visits within two weeks

The number of Triage and Treatment Area visits pertaining to missing medications

The number of hospitalizations within two weeks after a Triage and Treatment Area visit

Outside Emergency Services Visits
Number of hospital returns during the reporting period
Number of patients who had a medication discontinuity (lapse in medication administration, change in medication not implemented) after return
Number of outside Emergency Services visits during a period
Number of repeat Emergency Services visits within two weeks
Number of hospitalizations within two weeks after a Emergency Department visit

Significant Diagnostics
Number of patients sent to the Triage and Treatment Area for critical lab values
Number of critical lab values during the reporting period
Number of critical lab values that were not addressed within four hours of report
Percentage of diagnostic results that were not reported to the patient within policy timelines
Oldest, undrawn routine lab test
Oldest, incomplete imaging test

Transfers between Housing within an Institution
Number of patients who left the panel and went to another panel within the institution during the reporting period
Number of patients added to the panel from within the institution
How many medications did not arrive with the patient

Transfers between Institutions
Number of patients who left the panel and went to another panel from another institution during the reporting period
Number of patients added to the panel from another institution
How many medications did not arrive with the patient
Number of patients who did not arrive with an Unit Health Record

Each institution will establish a Local Operating Procedure that addresses the specific tracking, follow-up, and reporting methods for these key patient events. Sources of information include:

- Utilization Management bed management report
- Daily movement sheet
- Triage and Treatment Area log
- Laboratory Accession log
- Receiving and Release log
- Clinic Communications log
- On-call sign outs
- Specialty Care schedule
- Clinical orders

The institutional Local Operating Procedure must include:

- Who is responsible for tracking each area
- How often the tracking is reviewed
- Who is responsible for providing continuity in response to the events

- Who is responsible for the communication of the key event
- How each key patient event is tracked
- How the information reaches the Primary Care Team
- Triggers for further action
- Methods for reconciling orders and actions

The institution will ensure the Local Operating Procedure is approved through the Local Governing Body and the Regional Leadership Team (Regional Administrator, Regional Medical Executive, and Regional Nurse Executive).

### *E. PERFORMANCE ASSESSMENT AND IMPROVEMENT*

The Primary Care Team will periodically assess its performance and takes actions to improve its performance based on the assessment.

**1. Monthly Performance Improvement Meetings**

The Primary Care Team will meet formally at least monthly to consider the results of its reporting and tracking, lessons learned from its operations, and input/judgments of the team members. During these meetings, the team will identify the most important areas for improvement, and plan and implement changes in order to improve care.

**2. Methodology: Rapid Cycle Change.**

The Primary Care Teams should use rapid cycle change methods in its performance improvement activity. (Refer to Inmate Medical Services Program Policy and Procedure Quality Improvement, Volume 3).

**3. Required Areas of Assessment**

At a minimum, Primary Care Teams will evaluate their performance in accordance with the following program goals:

- Ducated patients are seen or accounted for and managed each day.
- All critical medications are refilled on time.
- All significant diagnostic results are managed appropriately.

**4. Reporting**

The Primary Care Team must complete documentation and report to the Chief Medical Officer or designee for reporting to the Institution Quality Management Committee at least monthly.

**Reviewed and Approved By:**

**Dwight W. Winslow, M.D.**

[signature] 7/1/09

Name Date

CALIFORNIA PRISON HEALTH CARE SERVICES

| VOLUME 7: CHRONIC CARE PROGRAM | Effective Date: 12/03 |
|---|---|
| CHAPTER 1B | Revision Date(s): 1/06, 1/09, 5/16/11 |
| CHRONIC DISEASE MANAGEMENT PROGRAM PROCEDURE | Attachments: Yes ☐ No ☒ |

## I. PURPOSE

The purpose of this procedure is to provide direction to California Prison Health Care Services staff in implementing the Chronic Disease Management Program (CDMP) policy.

## II. PROCEDURE

### A. Identification and Initial Evaluation of Patient-Inmates

1. Patient-inmates are identified for CDMP participation through mechanisms including but not limited to Reception Center initial health screening, Receiving and Release (R&R) bus screening for new arrivals, provider referral, and medication or diagnostic services review.
2. If a member of the primary care team identifies during a primary care encounter that a patient-inmate has a chronic disease, he or she will refer the patient-inmate for CDMP enrollment.
3. Referrals to the CDMP will be documented in the Unit Health Record (UHR). Appropriate testing to support the referral may be ordered by the referring team member at the time of referral for evaluation and enrollment.
4. The CDMP initial health care evaluation, documented on a CDCR Form 196B "Intake History and Physical Form," shall be completed within 14 calendar days after arrival to a Reception Center as part of the primary care intake, or 30 calendar days after transfer to a California Department of Corrections and Rehabilitation (CDCR) institution.

### B. Chronic Care Encounters

1. The primary care team shall prepare for CDMP visits by retrieving relevant patient management information, which may include the following data:
   a. List of patient-inmate's chronic illnesses
   b. Current medications
   c. Interval vital signs
   d. Diagnostic test results
   e. Interval to next appointment
2. The following activities, at minimum, shall occur at each CDMP encounter:
   a. Obtain an interval history from the date of the last visit to the date of the current visit;
   b. Review current medications, complaints or problems;
   c. Assess adherence with the chronic care program; and
   d. Review results of laboratory tests, diagnostic studies, monitoring, and reports from specialty referrals.

3. The PCP performs either a detailed or a focused physical examination for chronic care conditions, as clinically indicated.
4. The PCP determines and documents the clinical status of each chronic disease based on professional standards, treatment goals, and the clinical trend in comparison to prior visits. The PCP documents a treatment plan including goals:
   a. If treatment goals have not been achieved, or if the status has worsened, the treatment plan must reflect strategies for improvement or document why there is not a change to the treatment plan.
   b. The PCP evaluates the patient-inmate's need for medications, diagnostic studies, monitoring, and referrals to a specialist, and makes orders as appropriate.
   c. The PCP orders the follow-up chronic care visit based on professional judgment, achievement of treatment goals and disease management guidelines.
   d. Patient-inmates in the CDMP shall be evaluated a minimum of every 180 days or more frequently based on professional judgment, achievement of treatment goals, and disease management guidelines.
   e. If a patient-inmate has achieved treatment goals and is clinically stable on at least two consecutive encounters, the patient-inmate may be reevaluated every 180 days unless the PCP determines the patient needs to be evaluated more frequently.
5. The primary care team shall review and update the self-management action plan as appropriate, providing feedback to the patient-inmate regarding his or her progress to date.
6. Primary care team members will follow CDCR formulary policies governing prescriptions and medication. The duration for medications ordered as a result of a CDMP encounter shall match the interval to the next CDMP encounter to ensure that prescriptions do not expire.
7. All CDMP patient-inmates who refuse treatment shall continue to be offered an appointment for the CDMP within the time period that is clinically indicated. Primary care team members shall follow current policies to document refusal of treatment.
8. Primary care team members will document CDMP encounters using approved forms.

**C. Health Care Education**

1. Once endorsed to an institution, the primary care team will ensure that patient-inmates have the information and tools they need to manage their chronic illness between clinical encounters, such as training in assessing symptom severity, medication management, and modifying behaviors and lifestyle choices to improve health outcomes.
2. Once endorsed to an institution, a member or members of the primary care team should collaborate with each patient-inmate to develop a self-management action plan to improve his or her health status. The self-management action plan will focus on specific problems (e.g. pain or interference with functioning) caused by the chronic disease, set realistic objectives for improving health status, and outline measurable steps to achieve the objectives.
3. Patient-inmate education may occur in a variety of formats including individual and group sessions, posted materials, brochures, surveys, and presentations.
4. Targeted health care education should be provided for the following:

a. Poor adherence with medications and other treatments;
b. Poor adherence with nutritional and exercise recommendations; and
c. Diagnostic tests and laboratory results, other tests, or special procedures outside the normal range.

5. All health care education provided to patient-inmates shall be documented in the UHR.

**D. Surveillance of Chronic Care Subpopulations**

1. The primary care team shall review the list of chronic care patient-inmates within the team's assigned patient-inmate panel using medication and laboratory data and/or a registry organized by diagnosis to:
   a. Identify patient-inmates whose risk level, as reflected in recent urgent care visits, hospitalization, diagnostic studies, or other indicators, require more frequent monitoring;
   b. Identify and refer patient-inmates who have not yet received diagnostic testing, preventive services, specialty care or other services as indicated per guidelines; and
   c. Identify subpopulations and design interventions to address subpopulation needs, such as medication changes, patient education and self management support.

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

# Attachment 2– Example Master Chronic Care Registry

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Patient Count: 216

| Identification & Housing | | | | | Risk Group | | | Selected Chronic Conditions | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Clinical Risk | MH High Util | Avoid Hosp | Cond Count | MH LOC | Asthma (SABA:ICS) | Chronic Pain | Diabetes (HgA1C) | HCV | HIV (CD4) | HLP (LDL) | HTN & Other CV | Seizure | Warfarin (INR) | ADA/ DPP |
| | | | | 4A Clinic | MED | | | 6 | CCCMS | | ADJ | DM | | | HLP | Multi-5 | | | DPO |
| | | | | 3A Clinic | MED | | | 5 | | 1.0:1 | | DM | | | HLP | Multi-2 | | | DNM |
| | | | | 3A Clinic | MED | | | 5 | CCCMS | | ADJ | DM | Ab+VI+ | | | ACE | | | |
| | | | | 4B Clinic | HIGH 2 | | | 5 | CCCMS | | | DM | | | 85 | ACE | | | DNM |
| | | | | Other | HIGH 1 | | | 5 | CCCMS | | OPI ADJ | DM | | | | Multi-3 | | | Multi-2 |
| | | | | 3A Clinic | MED | | | 4 | CCCMS | | | DM | | | HLP | Multi-2 | | | |
| | | | | 3A Clinic | HIGH 2 | | | 4 | | | ADJ | DM | | | HLP | Multi-2 | | | |
| | | | | 3A Clinic | MED | | | 4 | CCCMS | | | DM | | | | Multi-2 | Multi-2 | | |
| | | | | 3A Clinic | MED | | | 4 | | | | DM | | | HLP | Multi-2 | | | Multi-2 |
| | | | | 3C Clinic | HIGH 2 | | | 4 | | | | DM | | | 53 | Multi-5 | | | DNM |
| | | | | 4A Clinic | MED | | | 4 | CCCMS | | | DM | | | | Multi-3 | | | DPW |
| | | | | 3C Clinic | HIGH 2 | | | 3 | | | | DM | | | HLP | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | DM | Ab+VL+ | | | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | DM | | | HLP | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | DM | | | HLP | ACE | | | |
| | | | | 3C Clinic | HIGH 2 | | | 3 | | | | DM | | | HLP | Multi-3 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | DM | | | HLP | Multi-2 | | | |
| | | | | 3A Clinic | MED | | | 2 | | | | DM | | | | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 2 | | | | DM | | | HLP | | | | |
| | | | | 3C Clinic | HIGH 2 | | | 2 | | | | DM | | | HLP | | | | |
| | | | | 3A Clinic | MED | | | 2 | | | | 12.2 | | | | Multi-2 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | 11.7 | | | 116 | ACE | | | |
| | | | | 3C Clinic | HIGH 1 | | | 3 | | | | 11.7 | | | HLP | Multi-4 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | 11.3 | | | 92 | Multi-3 | | | |
| | | | | 3A Clinic | MED | | | 1 | | | | 10.8 | Ab+VI | | 55 | Multi-3 | | | |
| | | | | 3B Clinic | MED | | | 4 | | | | 10.8 | Ab+VL+ | | 66 | Multi-4 | | | |
| | | | | Level 1 Clinic | MED | | | 1 | | | | 10.5 | | | | | | | |
| | | | | Level 1 Clinic | MED | | | 1 | | | | 10.4 | | | | | | | |
| | | | | 3A Clinic | MED | | | 3 | | | | 10.3 | | | 70 | Multi-6 | | | |
| | | | | 3C Clinic | MED | | | 3 | | | | 10.3 | | | 92 | ACE | | | |
| | | | | 3A Clinic | HIGH 1 | | | 4 | CCCMS | | | 10.1 | | | 38 | Multi-4 | | | |
| | | | | 3A Clinic | MED | | | 4 | CCCMS | | | 9.9 | Ab+VL+ | | | Multi-2 | | | |

# Attachment 3- Example Sub-Registry: Diabetes Registry

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Patient Count: 216

| Identification & Housing | | | | | Medication & Laboratory Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Current Long-Acting Insulin | A1C Result | A1C Date | LDL Result | LDL Date | Current ACE or ARB | Microalbumin Result | Microalbumin Date |
| | | | | 3A Clinic | Yes | 10.8 | 05/18/12 | 55 | 05/18/12 | Yes | 29.0 | 06/02/11 |
| | | | | 3A Clinic | Yes | 7.4 | 03/21/12 | 54 | 03/21/12 | Yes | | 09/16/10 |
| | | | | 3A Clinic | | 5.3 | 03/15/12 | 25 | 03/15/12 | Yes | | |
| | | | | 3A Clinic | | | | | | Yes | | 03/18/10 |
| | | | | 3A Clinic | | 6.4 | 08/04/10 | | | | | |
| | | | | 3A Clinic | Yes | 9.4 | 06/04/12 | 62 | 06/04/12 | Yes | 5.0 | 06/04/12 |
| | | | | 3A Clinic | Yes | 7.1 | 10/19/10 | | | Yes | 7.0 | 04/19/12 |
| | | | | 3A Clinic | | | | | | Yes | | |
| | | | | 3A Clinic | Yes | 9.4 | 06/11/12 | 53 | 06/11/12 | Yes | 4.0 | 02/14/11 |
| | | | | 3A Clinic | | 8.9 | 05/18/12 | | | Yes | 3.0 | 10/25/11 |
| | | | | 3A Clinic | | | | | | Yes | | 10/06/11 |
| | | | | 3A Clinic | | 8.4 | 01/22/10 | 82 | 04/08/10 | Yes | | |
| | | | | 3A Clinic | Yes | 7.4 | 05/08/12 | 60 | 12/03/10 | Yes | 8.0 | 12/01/11 |
| | | | | 3A Clinic | | 5.2 | 01/03/11 | 38 | 10/26/11 | Yes | 3.7 | 07/19/10 |
| | | | | 3A Clinic | Yes | 9.9 | 03/20/12 | 53 | 08/15/11 | Yes | 4.0 | 12/15/11 |
| | | | | 3A Clinic | Yes | 7.4 | 03/30/12 | 43 | 05/22/12 | Yes | 5.0 | 02/06/12 |
| | | | | 3A Clinic | Yes | 10.1 | 05/11/12 | 38 | 05/11/12 | | 1487.0 | 05/11/12 |
| | | | | 3A Clinic | | 6.1 | 03/20/12 | 75 | 03/20/12 | Yes | 11.0 | 04/27/11 |
| | | | | 3A Clinic | | 5.7 | 01/03/12 | 61 | 05/17/12 | Yes | | 07/28/11 |
| | | | | 3A Clinic | Yes | 8.5 | 06/18/12 | 72 | 08/23/11 | Yes | 2.0 | 03/13/12 |
| | | | | 3A Clinic | Yes | | | | | Yes | 8.0 | 02/23/12 |
| | | | | 3A Clinic | | | | 89 | 05/25/12 | Yes | 5.0 | 05/25/12 |
| | | | | 3A Clinic | | 8.2 | 03/26/12 | 29 | 03/26/12 | | 8.0 | 03/27/12 |
| | | | | 3A Clinic | | 9.0 | 03/09/12 | 115 | 03/09/12 | | | 06/22/11 |
| | | | | 3A Clinic | | 6.4 | 06/15/12 | 35 | 06/15/12 | Yes | 6.0 | 03/20/12 |
| | | | | 3A Clinic | | 9.6 | 02/27/09 | 78 | 06/07/12 | Yes | 7.0 | 06/07/12 |
| | | | | 3A Clinic | | 6.8 | 04/17/12 | | | Yes | 8.0 | 01/10/12 |
| | | | | 3A Clinic | | 6.1 | 06/15/12 | 78 | 06/15/12 | Yes | | |
| | | | | 3A Clinic | | | | | | Yes | | 09/08/11 |
| | | | | 3A Clinic | | 6.3 | 06/18/12 | 158 | 06/18/12 | | 4.0 | 01/20/12 |
| | | | | 3A Clinic | | 5.6 | 05/01/12 | 62 | 06/11/12 | Yes | 4.0 | 09/12/11 |
| | | | | 3A Clinic | Yes | 7.0 | 11/02/10 | 212 | 11/02/10 | Yes | 651.0 | 11/30/11 |

# Attachment 4- Example Institution Team Level Report- Diabetes

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

Performance Report - Diabetes

## Diabetes Report for Care Team: Multiple Teams

Diabetic Measures - 6 Month Trend - Multiple Teams

| Measures | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Current | Trend |
|---|---|---|---|---|---|---|---|
| A1C < 9 | 55% | 52% | 58% | 58% | 70% | 70% | |
| A1C < 8 | 49% | 46% | 50% | 49% | 54% | 54% | |
| LDL < 100 | 31% | 28% | 33% | 32% | 43% | 48% | |
| MA < 30 | 86% | 90% | 89% | 89% | 87% | 87% | |
| Composite | 55% | 54% | 58% | 57% | 63% | 65% | |



# Attachment 5 – Example Standing Orders

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| | | | **Hemoglobin A1C** (Interval: no sooner than every 4 months- no later than every 6 months) |
| | | | **LDL** (Once/year) |
| | | | **Urine Microalbumin** (Once/year-NOT needed if patient is taking ACEI or ARB- check registry) |
| | | | **Follow-up with RN 2 weeks after labs drawn** |
| | | | **Follow-up with PCP 2 weeks after labs drawn** |
| | | | **Follow-up with PCP as previously scheduled** |
| | | | **Other:** |

ALLERGIES: | INSTITUTION | ROOM/WING

Confidential client information See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

ββ12345
Doe, John
00/00/0000

PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA OSP 05 93459 DEPARTMENT OF CORRECTIONS

## I. OVERVIEW OF THE CHRONIC CARE MASTER REGISTRY

1. What do the columns mean?
2. What data sources are used to populate this list?

## II. CCHCS PATIENT REGISTRIES

1. How do I get to the patient registries?
2. How do I filter by institution, care team, risk category, or condition?
3. How do I find out why a patient was categorized as Medium or High clinical risk?
    a. What is the Medical Classification System?
4. Why are some column headers underlined?
5. What information is provided in the Master Registry and its sub-registries?
    a. Master Registry definitions
    b. Asthma sub-registry definitions
    c. Breast Cancer sub-registry definitions
    d. Colon Cancer Screening sub-registry definitions
    e. Diabetes sub-registry definitions
    f. Mental Health LOC sub-registry definitions
    g. Potentially Avoidable Hospitalizations sub-registry definitions
    h. Warfarin sub-registry definitions
6. How do I export, print, or save a copy of the report I am viewing?
7. What can I do with the data after I export a report? **[clicking this link opens a new window]**

Click on any of the **blue** links on this page to skip to that section!
Click the button to come back to this page.

# Chronic Care Master Registry – Overview

Since 2009, CCHCS has been producing lists of patients with specific chronic diseases, adding to these lists as time progresses. In 2011, CCHCS created a Chronic Care Master Registry that combines information from disease-specific patient lists into one document that captures most patients under treatment for many of the prevalent chronic diseases.

CCHCS uses centralized pharmacy, laboratory, SOMS, MHTS.net, CADDIS, DECS, and claims data to create the Chronic Care Master Registry and sub-registries. There may be instances where a patient with a chronic condition is not included because practical, reliable, centralized data related to that condition are not yet available, such as when a patient has seizure disorder, but has not been recently prescribed medication to treat the condition.

The Chronic Care Master Registry can support day-to-day patient care in many ways. Among other functions, the list:

- Offers important data that can be used to manage patients, such as recent laboratory results.
- Highlights results that are abnormal or services that are missing or expiring.
- Updates inmate movement and demographics daily, providing information about patients that may have recently joined a care team's assigned panel.
- Identifies patients who are considered high risk and are at the highest risk for poor health outcomes and expensive complications.
- Details patients who have a mental health diagnosis and may benefit from co-management by medical and mental health providers.

### *Patient Lists and Disease Management Scores*

At least quarterly, CCHCS uses data in the Chronic Care Master Registry and sub-registries to report on institution performance in the management of select conditions. As individual care teams address abnormal diagnostic results or missing services flagged in the patient list, institutions should see an improvement in patient outcomes and related disease management scores posted on the Health Care Services Dashboard, individual Institution Scorecards, and related OIG scores. CCHCS incorporated information from existing evidence-based practice guidelines to assign the flags/alerts found in the Chronic Care Master Registry and sub-registries.

### *Manipulating Patient List Information for Use by Care Teams and Managers*

The Chronic Care Master Registry can be sorted and filtered in many ways, such as by care teams or by alert flags. This User Guide provides instructions on sorting and filtering patient lists. Managers can also use the patient lists to compare performance on specific disease management performance measures between the care teams at the institution.

## EXPLANATION OF TERMS

The Chronic Care Master Registry is separated into three major sections, with multiple columns under them, described below. Conditions noted with an asterisk (*) have a stand-alone patient sub-registry with more detail available on the Quality Management SharePoint Portal.

| SECTION | COLUMNS |
|---|---|
| **IDENTIFICATION AND HOUSING –** *Demographic data* | **Demographic data provided:** CDCR number, last name, date of birth, cell bed, and care team or yard. |
| **RISK GROUP –** *Clinical risk information about chronic care patients, utilization of mental health services, and hospitalizations.* | **Clinical Risk:** Patient risk level based on the automated clinical risk stratification system, including those considered to be at high risk for poor outcomes because they have multiple chronic diseases or serious health care conditions, per pharmacy, laboratory, and claims data.<br><br>**Mental Health High Utilizers (MH High Util):** Patients with ≥ 2 admissions to higher mental health levels of care within a six-month period.<br><br>**Avoidable Hospitalizations:** Number of potentially avoidable hospitalizations based on criteria from the Agency for Healthcare Research and Quality (AHRQ) and classified by ICD-9 codes, and also includes readmissions within 30 days of discharge from a community hospital. |
| **SELECTED CHRONIC CONDITIONS –** *Categories of chronic disease, which diseases are applicable to each patient, important treatment information, flags for patients with abnormal values, and identifies patients who have a mental health diagnosis.* | **Condition Count (Cond Count):** Total number of chronic conditions identified for a patient.<br><br>**Mental Health Level of Care (MH LOC)*:** If the patient is an enrollee in the mental health delivery system, this column indicates a patient's current Mental Health Level of Care.<br><br>**Asthma*:** If the patient has been identified as a "persistent asthmatic", determined by a count of medications dispensed over a period of time, the ratio of short-acting beta agonist (SABA) to inhaled corticosteroid (ICS) is shown. Per guidelines, the ratio should be ≤ 2:1 ; patients with a ratio higher than 2:1 are flagged.<br><br>**Chronic Pain:** Patients receiving various long-term prescriptions for pain medications for ≥ 3 months and are on the registry as "OPI" and/or "ADJ", showing whether the patient is taking an opioid, adjunctive, or both.<br><br>**Diabetes*:** Patients who receive diabetic medication and/or had a hemoglobin A1C result of greater than or equal to 6.5%. Patients with a most recent HgA1C score greater than 8.0% are flagged.<br><br>**HCV:** Patients who, using laboratory data, currently have hepatitis C virus or antibodies present. The three indicators for hepatitis C (HCV) are: 1) Ab+, antibody presence, 2) |

VL+/VL-, indicating the presence of virus currently known, and 3) "On TX", representing a patient currently on HCV treatment, including Protease inhibitors (this is highlighted as a flag).

**HIV:** HIV patient identified through lab screening or patients actively receiving anti-HIV medications. The patient's most recent CD4 count is shown when known. Patients with a most recent CD4 result less than 200 are flagged.

**Hyperlipidemia (HLP):** Patients having been dispensed medications linked to hyperlipidemia within the past six months. A patient's LDL value is shown where observed within the last six months, otherwise simply "LDL" will be shown. Patients with a most recent LDL result greater than 130 (or greater than 100 if diabetic) are flagged.

**Hypertension and other Cardiovascular (HTN & Other CV):** Patients having been dispensed medications linked to hypertension or other cardiovascular diseases within the past six months.

**Seizure:** Patients having been dispensed seizure medications within the past six months by non-mental health providers. The name of the medication is indicated (i.e, "Keppra", "Dilant", "Depako", or "Multi" if on more than one seizure medication).

**Warfarin*:** Patients currently receiving anticoagulation therapy with medication such as Warfarin. A patient's most recent INR value is shown if available, otherwise "WAR" is simply indicated. Patients with a most recent INR result greater than 3.5 or lower than 2 are flagged.

**ADA:** Patients identified with a permanent disability such as immobility, blindness, etc.

## Data Sources

The following data sources were used to create the Chronic Care Master Registry and sub-registries:

- Census and Discharge Data Information System (CADDIS) – Medical bed utilization data.
- Disability and Effective Communication System (DECS) – Inmate disabilities data.
- Foundation Laboratories – Historical laboratory results data.
- Guardian Pharmacy – Prescription, dispensing, and provider data.
- Mental Health Tracking System (MHTS.net) – Mental health housing and level of care data.
- Quest Diagnostics – Laboratory results data.
- Strategic Offender Management System (SOMS) – Inmate demographic, identification, and location data.
- Third Party Administrator (TPA) Claims – Specialty or hospital services data.

# CCHCS Patient Registries

Quality Management Section

# How do I get there? Start on Lifeline

Lifeline INTRANET

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

HOME | RESOURCES | NEWSROOM | ABOUT

Approximately 300 staff gather to hear the Receiver during a recent visit to California Correctional Institution (CCI)

1 2 3 4

**What's New?**

- New Business Card Templates in Office Tools
- New Letterhead, Memo and E-mail Signature Templates in Office Tools
- New Health Care Scheduling System
- New Health Care Services Dashboard now available
- Go to Newsroom

**Divisions**

- Administrative Support
- Allied Health Services
- Communications
- Corrections Services
- Human Resources
- Information Technology
- Legal
- Legislation
- Medical Services
- Nursing
- Policy & Risk Management
- Quality Management
- Mental Health

Click Here

**Congratulations to Sierra Conservation Center (SCC) f**

## Folsom/SAC CEO Accepts Position at San Quentin

On November 1, 2011, Andy Deems will leave his position as CEO for Folsom State Prison (FSP) and California State Prison, Sacramento (SAC). He will assist San Quentin CEO Jackie Clark with various operational responsibilities and management projects. A recruitment effort will launch to select CEOs for FSP and SAC, with a goal to create two independent management teams for these institutions. Having been at Folsom for over two years, Deems says he is "grateful for the opportunity to work with Jackie Clark on initiatives at San Quentin, while at the same time I'll be five minutes from home and able to spend more time with my family." During the recruiting process, Karen Brown and Jasdeep Bal, MD will be serving as temporary CEOs for FSP and SAC, respectively.

"Andy's leadership and expertise as CEO at FSP and SAC have been invaluable. He has helped tremendously to improve the access to and overall quality of health care at these institutions, thus setting an admirable example for all those to follow," said Clark Kelso, CCHCS receiver.

## Elk Grove Looks To Lure More Government Agencies With Incentives

**eUHR Videos now online**

**Resources**

- Automated Timesheet
- Blank Timesheet
- CCHCS Executive Org Chart
- Bulletin Board
- I.T. Solution Center
- IMSP&P
- Go to Resources

**Quick Links**

- CPHCS Internet Website



# Go to the Quality Management Portal

Lifeline CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

HOME | RESOURCES | NEWSROOM | ABOUT

## Quality Management

- Administrative Support
- Allied Health Services
- Communications
- Corrections Services
- Human Resources
- Information Technology
- Legal
- Legislation
- Medical Services
- Nursing
- Policy & Risk Management
- Quality Management
- Dental
- Mental Health

the Receiver's Office

Home | Quality Management

### What We Do

The Quality Management (QM) Program coordinates the collection, analysis, and dissemination of data that can be used to assess and improve performance at all levels of the organization, in the form of an organizational dashboard and other reports. QM supports interdisciplinary forums and other structures and processes by which CPHCS staff strategically prioritize, plan, design, implement, evaluate, and improve the health care system performance. QM provides training to CPHCS staff on the variety of methods that can be used to improve evidence-based program and practice performance.

The QM Program goals are to support continuous program evaluation and positive change in order to improve patient outcomes, quality, cost effectiveness and safety of care delivery, improve cost efficiencies, and comply with court mandates.

### Quality Management Contacts

Chief Quality Officer

### Resources

- Health Care Services Dashboard
- Performance Improvement Plan 2011-2012

### Quick Links

- Quality Management Portal
- QM Performance Reports

Then Here

Quality Management SharePoint Site
Care Services Dashboard
Performance Reports
Institution Scorecards
Master Chronic Care Registry
Colon Cancer Screening
Patient Panel
Registry Users Guide
CareGuides & Guidelines
Quality of Care Review Tools
Patient Education
Training Presentations
Data Collection Tools
Implementation Packages
Tutorials
INSTITUTION HOMEPAGES
How do I get there? Start on Lif...
Then Here
Or go to your institution homepage
MANAGEMENT REPORTS
PATIENT LISTS
DECISION SUPPORT
Avenal State Prison (ASP)
Calipatria State Prison (CAL)
California Correctional Center (CCC)
California Correctional Institution (CCI)
Central California Women's Facility (CCWF)
California State Prison, Centinela (CEN)
California Institution for Men (CIM)
California Institution for Women (CIW)
California Men's Colony (CMC)
California Medical Facility (CMF)
California State Prison, Corcoran (CSP-COR)
California Rehabilitation Center (CRC)
Correctional Training Facility (CTF)
Chuckawalla Valley State Prison (CVSP)

# Patient Registries



rg_Master - Report Manager - Windows Internet Explorer
http://hcssqlprod02/Reports/Pages/Report.aspx?ItemPath=%
File Edit View Favorites Tools Help
rg_Master - Report Manager
Home > QM > Registries > rg_Master
Institution RJD
Risk Group High Risk 1, High Risk 2, Mediu
Show Alerts Only True False
1 of 66
100%
Find | Next
• Master Registry displayed
• Customizable, filterable
• Provides patient count
CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
R.J. Donovan Corr. Fac. Rock Mtn.
Master Registry - Chronic Con ons
Patient Count: 2669

| Identification & Housing | | | | | Risk Group | | | Selected Chronic Conditions | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Clinical Risk | MH High Util | Avoid Hosp | Cond Count | MH LOC | Asthma (SABA:ICS) | Chronic Pain | Diabetes (HgA1C) | HCV | HIV (CD4) | HLP (LDL) | HTN & Other CV | Seizure | Warfarin (INR) | ADA/ DPP |
| | | 05/23/71 | B 006 | Clinic 2 | HIGH 1 | | | 9 | CCCMS | 0.3 :1 | ADJ | | Ab+VL+ | 140 | 65 | Clonidi | | 2.5 | DPM |
| | | 02/25/62 | 5 INF | Other | HIGH 1 | | 2 | 9 | CCCMS | | ADJ | 8.2 | Ab+VL+ | 528 | 78 | Ca-Blkr | Keppra | | DPM |
| | | 08/11/61 | C 015 | Clinic 3 | HIGH 1 | | | 8 | EOP | | OPI ADJ | 5.4 | Ab+VL+ | | 96 | Multi-4 | | 2.3 | DNM |
| | | 05/31/67 | D 020 | Clinic 4 | MED | | | 8 | CCCMS | 0.7 :1 | ADJ | 6.4 | | | HLP | Multi-4 | Dilant | | DPW |
| | | 12/01/55 | A 001 | Clinic 1 | HIGH 2 | | | 7 | EOP | | ADJ | 5.6 | | | 82 | Multi-3 | Dilant | | DNM |
| | | 02/26/59 | A 001 | Clinic 1 | MED | | | 7 | EOP | | | 5.7 | Ab+VI- | | 117 | Multi-3 | Dilant | | DNM |
| | | 01/06/62 | A 001 | Clinic 1 | HIGH 1 | | | 7 | MHCB | | | 5.5 | Ab+ | | 38 | Multi-4 | Dilant | | DPM |
| | | 09/01/70 | A 001 | Clinic 1 | MED | | | 7 | EOP | 5.0 :0 | OPI ADJ | 8.1 | | | 53 | Multi-2 | | | DPO |
| | | 03/20/67 | A 002 | Clinic 1 | MED | | | 7 | EOP | 0.5 :1 | ADJ | 6.5 | | | 118 | Multi-2 | | | DNM |
| | | 07/19/65 | A 002 | Clinic 1 | MED | 2 | | 7 | EOP | 0.4 :1 | | 10.6 | | | 70 | ACE | Multi-2 | | DNM |
| | | 11/02/62 | A 002 | Clinic 1 | HIGH 2 | | | 7 | EOP | | | 7.1 | Ab+VL+ | 1077 | HLP | Multi-3 | Multi-2 | | |
| | | 11/08/52 | A 004 | Clinic 1 | HIGH 2 | | | 7 | CCCMS | | ADJ | 7.6 | Ab+VL+ | | 61 | Multi-4 | Keppra | | |
| | | 12/29/71 | A 005 | Clinic 1 | HIGH 2 | | | 7 | CCCMS | 0.8 :1 | OPI | 5.6 | | | 164 | ACE | | | DPW |
| | | 10/25/67 | B 006 | Clinic 2 | MED | | | 7 | EOP | | ADJ | 5.9 | Ab+VL+ | | 57 | Multi-2 | | | DNM |

Home > QM > Registries > rg_Master
Institution
RJD
Risk Group
2, Mediu
Show Alerts Only
Select Conditions
MH Level of Care, Asthma, Chr
Choose Alerts
Show All
Filter by Institution
CCI
CCWF
CEN
CIM
CIW
CMC
CMF
COR
CRC
CTF
CVSP
DVI
FSP
HDSP
ISP
KVSP
LAC
MCSP
NKSP
PBSP
PVSP
RJD
SAC
SATF
SCC
SOL
SQ
SVSP
VSPW
WSP
Find | Next
SERVICES
R.J. Donc
Risk Group
CDCR#
Last Nam
Care Team or Yard
Clinical Risk
MH High Util
Avoid Hosp
Cond Count
MH LOC
Asthma (SABA:ICS)
Chronic Pain
Clinic 2 HIGH 1 8 CCCMS 0.3 :1 ADJ
Other HIGH 1 2 8 CCCMS ADJ
Clinic 1 HIGH 2 7 EOP
Clinic 1 HIGH 2 7 CCCMS ADJ
Clinic 2 MED 7 CCCMS ADJ
Clinic 3 HIGH 1 7 EOP OPI ADJ
05/31/67 D 020 Clinic 4 MED 7 CCCMS 0.7 :1 ADJ





Filter by Clinical Risk Group, EOP, MH High Utilizer
Home > QM > Registries > rg_Master
Institution
RJD
Risk Group
High Risk 1, High Risk 2, Mediu
(Select All)
High Risk 1
High Risk 2
Medium Risk
Low Risk
Mental Health EOP
Show Alerts Only
Care Team
Clinic 1, Clinic 2, Clinic 3, Clinic
Select Conditions
MH Level of Care, Asthma, Chr
Choose Alerts
Show All
Find | Next
R.J. Dono
Identification & Housing
Risk Group
CDCR#
Last Name
DOB
Cell Bed
Care Team or Yard
Clinical Risk
MH High Util
Avoid Hosp
Cond Count
MH LOC
Asthma [SABA:ICS]
Chronic Pain

Home > QM > Registries > rg Master
Filter by Care Team
Institution
Risk Group
High Risk 1, High Risk 2, Mediu
Select Conditions
Show Alerts Only
True
False
Choose Alerts
Clinic 1, Clinic 2, Clinic 3, Clinic
(Select All)
Clinic 1
Clinic 2
Clinic 3
Clinic 4
Clinic 5
Other
1
of 66
100%
Find | Nex
CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES
Identification & Housing
Risk Group
CDCR#
Last Name
DOB
Cell Bed
Care Team or Yard
Clinical Risk
MH High Util
Avoid Hosp
Cond Count
MH LOC
Asthma (SABA:ICS)
Chronic Pain

Home > QM > Registries > rg_Master
Institution
RJD
Care Team
Clinic 1, Clinic 2, Clinic 3, Clinic
Filter by Select Conditions
MH Level of Care, Asthma, Chr
(Select All)
MH Level of Care
Asthma
Chronic Pain
Diabetes
Hepatitis C
HIV
Show Alerts Only
True
False
Choose Alerts
1
of 66
100%
Find | Nex
CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES
Identification & Housing
Risk Group
CDCR#
Last Name
DOB
Cell Bed
Care Team or Yard
Clinical Risk
MH High Util
Avoid Hosp
Cond Count
MH LOC
Asthma (SABA:ICS)
Chronic Pain

You may chose to show only patients with Alerts
Currently all Alerts will display
Home > QM > Registries > rg_Master
Institution
RJD
Risk Group
High Risk 1,
Show Alerts Only
True
False
Choose Alerts
Show All
Show All
1
of 66
100%
Find
CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES
Identification & Housing
Risk Group
CDCR#
Last Name
DOB
Cell Bed
Care Team or Yard
Clinical Risk
MH High Util
Avoid Hosp
Cond Count
MH LOC
Asthma [SABA:ICS]
Chronic Pain

# EXAMPLE: Customizing

## Choose Institution and Risk Group Desired



1. Select SOL

2. Choose Risk Group: uncheck box "(Select All)" to deselect all

3. Check boxes of risk groups you want to view

# EXAMPLE: Customizing (cont.)
## Choose Care Team(s) Desired





1. Uncheck the box "(Select All)" to deselect all

2. Click the boxes in front of Care Team(s) desired