# EXAMPLE: Customizing (cont.)

## Choose Select Condition(s) and Alerts Desired



1. Click the box(es) in front of conditions you wish to view

2. In general, you will "Show All" patients, not just those with "Alerts Only" so the "False" button will be selected

3. "Show All" alerts is the default

# EXAMPLE: Customizing (cont.)



When you finish customizing with the drop-down menus, the screen will say "Loading" and go blank

## DON'T PANIC!

Click on "View Report" on upper right of the screen



EXAMPLE: Customizing Results

# Master Registry

## What information is provided?



| Identification & Housing | | | | Risk Group | | | | | | Selected Chronic Conditions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Clinical Risk | MH High Util | Avoid Hosp | Cond Count | MH LOC | Asthma (SABA±ICS) | Chronic Pain | Diabetes (HgA1C) | HCV | HIV (CD4) | HLP (LDL) | HTN & Other CV | Seizure | Warfarin (INR) | ADA/ DPP |

### Identification and Housing

| | |
|---|---|
| Patient CDCR Number | Note an asterisk (*) before CDCR number means arrived at the institution within the last 30 days |
| Patient Last Name | |
| Patient Date of Birth | Hover your cursor over the date to see patient's age |
| Cell Bed | Updated each time custom report is requested |
| Care Team or Yard | Updated each time custom report is requested |

# Master Registry
## What information is provided?

| Identification & Housing | | | Case Team or Yard | Risk Group | | Selected Chronic Conditions | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | | Clinical Risk | MH High Util | Avoid Hosp | nd nt | MH LOC | Asthma [SABA+ICS] | Chronic Pain | Diabetes [HgA1C] | HCV | HIV [CD4] | HLP [LDL] | HTN & Other CV | Seizure | Warfarin [INR] | ADA/ DPP |

## Risk Group

**Clinical Risk** — "Automated" clinical risk level designations (High Priority 1 or 2, or Medium, or Low) determined by factors including high risk medications, diagnoses, procedures, specialty care, hospitalizations, ED visits, cost, or abnormal laboratory results.

**Mental Health High Utilizers** — Patients with multiple admissions to higher mental health levels of care during a 12-month period.

**Avoidable Hospitalizations** — The number of hospitalizations that a patient has had in the past 12-months for a diagnosis that the Agency for Health Care Research and Quality (AHRQ) identifies as "Potentially Avoidable".

# Clinical Risk Classification System

- Basis is the Medical Classification System Policy

- Existing database criteria identifies factors suggesting high clinical risk

- Criteria support *present* or *future* risk

# Applying Clinical Factors to Assign Risk

By default all patients start out "Medium Risk"

First evaluate if meets criteria for "High Risk" (see next slide)

**High Risk - Priority 1**

Patients who are Clinically Complex -- triggering at least 2 flags from the selection criteria found in the table below

**High Risk - Priority 2**

Patients who are Near Clinically Complex -- triggering only 1 flag from the selection criteria in the table below

If does not meet criteria for "High Risk" evaluate for "Low Risk"

➔ 4. If no HR flags are present, check to see if patient meets criteria indicating Low Risk:

| Low Risk Criteria | Description | Timeframe |
|---|---|---|
| No Chronic Conditions Other Than Well Managed Asthma/Diabetes | Otherwise healthy patients, including: Patients who are not on an ICS and use <= 2 SABAs per year ; Patients with an HgA1C < 7.7 and not on insulin | 12 months |

➔ 5. If Low Risk flag is present, assign patient as Low Risk

If does not meet criteria for "High" or "Low" remains "Medium Risk"

# Criteria for High Risk

↑ 2. Check to see if patient meets any of the below clinical flags indicating High Risk:

| High Risk Flag | Description | Timeframe | Pt. Meets Criteria |
|---|---|---|---|
| Sensitive Medical Condition | Medications associated with important diagnoses which, if not taken, may lead to a serious adverse event (e.g. immunosuppressants, chemotherapy Rx) [See Table 1 below] | 6 months | ☐ Yes |
| High hospital, ED, Specialty Care and Pharmacy Costs | Patients whose care in the past 6 months has a cost of more than $100,000 | 6 months | Most often clinician will not know this information |
| Multiple Hospitalizations* | 2 or more inpatient admissions | 12 months | ☐ Yes |
| Multiple Emergency Department Visits* | 3 or more emergency department visits | 12 months | ☐ Yes |
| High Risk Specialty Consultations | 2 or more appointments to 'high risk' specialist(s) e.g.: Cardiac Surgery  Neurosurgery  Rheumatology  Dialysis  Oncology  Thoracic Surgery  Hematology  Pulmonary  Vascular Surgery  Nephrology  Radiation Oncology | 6 months | ☐ Yes |
| Significant Abnormal Labs | 1 or more abnormal lab value that suggests poor control of a chronic condition or serious medical condition [See Table 2 below] | See Table Below | ☐ Yes |
| Age | 65 years of age or older | Current Age | ☐ Yes |
| Specific High-Risk Diagnoses/Procedures | 1 or more ICD-9 codes from ED visit, hospitalization or specialist visit, suggesting serious condition (e.g., cancer, SLE, dementia) [See Table 3 below] | All | ☐ Yes |

*A patient with a point for 2 or more inpatient hospital admissions cannot receive a second point for 3 or more ED visits (and vice versa)

Case 2:90-cv-00520-KJM-SCR   Document 4311-4   Filed 01/28/13   Page 9 of 26



Click on a clinical risk code (such as High 1) and a "pop-up" window will appear showing the factor(s) that placed a patient in that particular risk group.

# Master Registry
## What information is provided?



### Selected Chronic Conditions

| | |
|---|---|
| Condition Count | Count of a total identified chronic conditions for a patient |
| Mental Health Level of Care | If the patient is enrolled in the mental health delivery system, the patient's current Mental Health Level of Care is listed |
| Asthma | Patient identified as having persistent asthma (by a count of medications dispensed over 12 months). The ratio of short-acting beta agonist (SABA) to inhaled corticosteroid (ICS) is shown. Per guidelines, the ratio should be 2:1 or less; (flagged if > 2:1). |

# Master Registry

## What information is provided?

| Identification & Housing | | | | Risk Group | | | | | | Selected Chronic Conditions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Clinical Risk | MH High Util | Avoid Hosp | Cond Count | MH LOC | Asthma ISABA/ICS | Chronic Pain | Diabetes HgA1C | HCV | HIV (CD4) | HLP (LDL) | HTM & Other CV | Seizure | Warfarin (INR) | ADA/ DPP |

### Selected Chronic Conditions

| | |
|---|---|
| Chronic Pain | Patients receiving long-term prescriptions for various pain medications are on the registry as "OPI" (opioid) and/or "ADJ" (adjunctive), or both. |
| Diabetes | Patients who receive diabetic medication and/or had a hemoglobin A1C result of greater than or equal to 6.5%. Patients with a most recent HgA1C score greater than 8.0% are flagged   RED   .  HgA1C to be done every 6 months, if HgA1C coming due the date is flagged in   YELLOW   . |

# Master Registry
## What information is provided?



### Selected Chronic Conditions

**HCV**  Patients who have hepatitis C virus or antibodies present are listed as Ab+ (HCV antibody present),  VL+/VL- (had viral load test and virus either present (+) or absent (-).  Patients currently receiving HCV treatment will be flagged in red as "On TX".

**HIV**  HIV patient identified through lab screening or patients actively receiving anti-HIV medications.  Listed is the patient's most recent CD4 count and flagged when CD4 count < 200.

# Master Registry
## What information is provided?

| Identification & Housing | | | | Risk Group | | | | | | | | | Selected Chronic Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Clinical Risk | MH High Util | Avoid Hosp | Cond Count | MH LOC | Asthma (SABA/ICS) | Chronic Pain | Diabetes (HgA1C) | HCV | HIV CD | HLP (LDL) | HTN & Other CV | Seizure | arfarin (INR) | ADA/ DPP |

## Selected Chronic Conditions

| | |
|---|---|
| Hyperlipidemia (HLP) | Patients receiving medications linked to hyperlipidemia within the past 6-months. LDL value is shown if done in past 6-months, otherwise simply "LDL" will be shown. Patients with a most recent LDL result > 130 (or > 100 if diabetic) are flagged. |
| Hypertension (HTN) & Other CV | Patients having been dispensed medications linked to hypertension or other cardiovascular diseases within the past 6-months. |
| Seizures | Patients receiving seizure medications within the past 6-months from non-mental health providers. The name of the medication is indicated. |

# Master Registry
## What information is provided?

| Identification & Housing | | | | Risk Group | | | | | | Selected Chronic Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Clinical Risk | MH High Util | Avoid Hosp | Cond Count | MH LOC | Asthma [SABA-ICS] | Chronic Pain | Diabetes [HgA1C] | HCV | HIV [CD4] | HLP [LDL] | HTN & Other CV | Seizure | Warfarin [INR] | ADA/ DPP |

## Selected Chronic Conditions

| Warfarin | Patients currently receiving anticoagulation therapy with medication such as Warfarin. A patient's most recent INR value is included if available, otherwise "WAR" is simply indicated. Patients with a most recent INR result greater than 3.5 or lower than 2 are flagged. |
|---|---|
| ADA | Patients who have been identified with a permanent disability such as immobility, blindness, etc. |

# Master Registry

## What is special about underlined categories?

| Identification & Housing | | | | | Risk Gr... | | | Selected Chronic Conditions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Clinical Risk | MH High L... | Avoid Hosp | MH LOC | Asthma (SABA/ICS) | Pain | Diabetes (HgA1C) | HCV | HIV (CD4) | HLP (LDL) | HTN & Other CV | Seizu... |
| | | | | | | | | | | | | | | | | Warfarin (INR) |

Click on one of the "underlined" headers and you will be taken to the underlying sub-registry named - e.g. Diabetes

Notice new headings related to diabetes on that sub-registry

| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard | Current Long-Acting Insulin | A1C Result | A1C Date | LDL Result | LDL Date | Current ACE or ARB | Microalbumin Result | Microalbumin Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

DEMONSTRATION: Going to a sub-registry



Home | My Subscriptions | H...

View Report

| Institution | RJD |
| Risk Group | High Risk 1, High Risk 2, Mediu... |
| Show Alerts Only | ○ True ◉ False |

| Care Team | Clinic 1; Clinic 2; Clinic 3; Clinic |
| Select Conditions | MH Level of Care, Asthma, Chr... |
| Choose Alerts | Show All |

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

R.J. Donovan Corr. Fac. Rock Mtn. (RJD
Master Registry - Chronic Condition
Patient Count: 266...

We are looking at a custom Master Registry for RJD
Then we click on the Diabetes header...

# DEMONSTRATION: Going to a sub-registry

View Report

Institution: RJD

Filtering Enabled: ○ True ◉ False

Care Team: Clinic 1, Clinic 2, Clinic 3, Clinic ▾

Choose Filters: Show All ▾

◄ ◄ 1 of 7 ▲ ▶ ▶| 100% ▾          Find | Next    🔍 ▾ ⊕ ⊘ 📄

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

R.J. Donovan Corr. Fac. Rock Mtn. (RJD)
Diabetes Patient Registry
Patient Count: 284



### Identification & Housing

| CDCR# | Last Name | DOB | Cell Bed | Care Team or Yard |
|---|---|---|---|---|
| | | 01/06/62 | A 001 | Clinic 1 |
| | | 08/22/53 | A 002 | Clinic 1 |
| | | 09/29/70 | A 002 | Clinic 1 |
| | | 03/05/62 | A 004 | Clinic 1 |
| | | 10/20/62 | A 004 | Clinic 1 |
| | | 08/31/62 | A 003 | Clinic 1 |
| | | 02/16/58 | A 001 | Clinic 1 |

### Medication & Laboratory Data

| Current Long-Acting Insulin | A1C Result | A1C Date | LDL Result | LDL Date | Current ACE or ARB | Microalbumin Result | Microalbumin Date |
|---|---|---|---|---|---|---|---|
| | 5.5 | 03/22/12 | 38 | 03/20/12 | Yes | | 11/07/11 |
| | 6.2 | 02/27/12 | 68 | 12/30/11 | | 9.0 | 12/30/11 |
| | 6.0 | 12/20/11 | 83 | 12/20/11 | Yes | 3.6 | 10/22/10 |
| | 5.5 | 04/13/12 | 63 | 04/13/12 | | 4.0 | 09/29/11 |
| | 9.4 | 12/09/11 | 93 | 12/14/11 | Yes | 5.0 | 08/19/11 |
| Yes | 5.9 | 03/12/12 | 97 | 03/12/12 | Yes | 5.0 | 03/12/12 |
| | 5.7 | 04/05/12 | 30 | 04/05/12 | Yes | 23.0 | 07/19/11 |



We now have the underlying RJD Diabetes Registry with additional information about the patients with diabetes.

# Sorting Data in Each Column

See these tiny up and down arrows on each column header?...

Let's click on the "HLP" column arrows

Now all the patients with LDL "Alerts" (in red) will sort to the top of the list.

In this case HLP means that no LDL was done in the past 6 months.

# How Might We Use this Data?

**Here we filtered for Clinic 1 patients with diabetes.**



**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

Institution: RJD
Care Team: Clinic 1

Risk Group: High Risk 1; High Risk 2, Mediu...
Select Conditions: Diabetes

Show Alerts Only: ○ True ⊙ False
Choose Alerts
Show All

**In the Diabetes column we see the most recent A1C.**

**If we click on the Header "Diabetes" we will go to the actual Diabetes Registry for more detail.**

Master Registry – Chronic Conditions

Patient Count: 108

| Asthma (SABA+ICS) | Chronic Pain | Diabetes (HgA1C) | CV | HIV (CD4) | HLP (LDL) | HTN & Other CV | Seizure | Warfarin (INR) | ADA/DPP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 82 | Multi-3 | Dilant | | DNM |
| | | 5.7 | Ab-VL+ | | 117 | Multi-3 | Dilant | | DNM |
| | | 5.5 | Ab+ | | 38 | Multi-3 | Dilant | | DPM |
| 5 | OPI/ADJ | 8.1 | | | 55 | Multi-2 | | | DPO |
| | ADJ | 6.5 | | | 118 | Multi-2 | | | DNM |
| 1 | | 10.6 | | | 70 | ACE | Multi-2 | | DNM |
| | | 7.1 | Ab-VL+ | 1077 | HLP | Multi-3 | Multi-2 | | |
| | ADJ | 7.6 | Ab-VL+ | | 61 | Multi-4 | Keppra | | |
| 0.8:1 | OPI | 5.6 | | | 164 | ACE | | | DPW |
| 5.0:0 | | 5.1 | On TX | | | Multi-2 | Multi-2 | | |
| | OPI/ADJ | 5.4 | Ab-VL+ | | | Multi-2 | | | DNM |
| | ADJ | 6.6 | | | 104 | Multi-4 | | | DPW |
| | ADJ | 5.7 | Ab-VL+ | | | B-Blkr | | | DPO |
| | ADJ | 6.2 | HCV+ | | 87 | | | | DPM |

# Using Data: Diabetes Management



At first you will get full Diabetes Registry for your institution, filter again for desired Care Team (Clinic 1).

# Using Data: Diabetes Management

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

**R.J. Donovan Corr. Fac. Rock Mtn. (RJD)**
Diabetes Patient Registry
Patient Count: 111

| | Identification & Housing | | | | Medication & Laboratory Data | | | | | | | |
| CDC5# | Last Name | DOB | Cell Bed | Care Team or Yard | Current Long-Acting Insulin | A1C Result | A1C Date | LDL Result | LDL Date | Current ACE or ARB | Microalbumin Result | Microalbumin Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 01/06/62 | A 001 | Clinic 1 | | 5.5 | 03/22/12 | 38 | 03/20/12 | Yes | 9.0 | 11/07/11 |
| | | 08/22/53 | A 002 | Clinic 1 | | | 02/27/12 | 68 | 12/30/11 | | | 12/30/11 |
| | | 09/29/70 | A 002 | Clinic 1 | | | 12/20/11 | 85 | 12/20/11 | Yes | 3.6 | 10/22/10 |
| | | 03/05/62 | A 004 | Clinic 1 | | | 11/28/11 | 51 | 11/28/11 | | 4.0 | 09/19/11 |
| | | 11/13/71 | A 005 | Clinic 1 | | | 03/22/11 | 64 | 02/23/12 | Yes | 4.0 | 03/22/11 |
| | | 10/20/62 | A 004 | Clinic 1 | | | 12/09/11 | 93 | 12/14/11 | Yes | 5.0 | 08/19/11 |
| | | 08/31/62 | A 003 | Clinic 1 | Yes | 9 | 03/12/12 | 97 | 03/12/12 | Yes | 5.0 | 03/12/12 |
| | | 02/16/58 | A 001 | Clinic 1 | | 9 | 07/19/11 | 36 | 07/19/11 | Yes | 23.0 | 07/19/11 |
| | | 08/18/65 | A 005 | Clinic 1 | | 4 | 02/24/11 | 93 | 06/03/11 | | | |
| | | 08/26/48 | A 005 | Clinic 1 | Yes | 6.7 | 03/01/12 | 80 | 05/01/12 | Yes | 2.0 | 09/02/11 |
| | | 06/20/50 | A 001 | Clinic 1 | Yes | 10.8 | 03/09/12 | 63 | 05/09/12 | Yes | 3.0 | 05/16/11 |
| | | 06/28/53 | A 001 | Clinic 1 | Yes | 8.8 | 03/20/12 | 115 | 03/20/12 | Yes | 5.0 | 03/22/12 |



The Care team might want to see which patients are overdue for A1C or have A1C over goal.

Will start by sorting the A1C column by clicking on the small arrows.

# Using Data: Diabetes Management

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

**R.J. Donovan Corr. Fac. Rock Mtn. (RJD)**
Diabetes Patient Registry
Patient Count: 111

Identification & Housing

| Current Long-acting Insulin | A1C Result | A1C Date | LDL Result | LDL Date | Current ACE or ARB | Microalbumin Result | Microalbumin Date |
|---|---|---|---|---|---|---|---|
| | 11.6 | 01/18/12 | 89 | 10/10/11 | Yes | 16.0 | 10/06/11 |
| | 10.8 | 03/09/12 | 90 | 02/23/12 | Yes | 54.0 | 11/02/11 |
| | 10.6 | 02/15/12 | 63 | 03/09/11 | Yes | 3.0 | 05/16/11 |
| | 10.2 | 10/04/11 | 167 | 09/01/11 | Yes | 55.0 | 05/17/11 |
| | 9.9 | 03/12/12 | 76 | 10/04/11 | Yes | | 10/04/11 |
| | 9.6 | 12/28/11 | 71 | 03/12/12 | Yes | 2.0 | 03/12/12 |
| | 9.5 | 02/10/12 | 83 | 12/28/11 | Yes | 5.0 | 09/01/11 |
| | 9.5 | 01/20/12 | 85 | 02/10/12 | Yes | 7.0 | 08/29/11 |
| | 9.4 | 12/09/11 | 89 | 01/20/12 | Yes | 293.0 | 07/26/11 |
| | 9.3 | 05/02/12 | 93 | 12/14/11 | Yes | 5.0 | 08/19/11 |
| | 9.3 | 01/24/12 | 49 | 03/02/12 | Yes | 30.0 | 03/02/12 |
| | 9.2 | 03/21/12 | 92 | 09/12/11 | Yes | 18.0 | 01/31/12 |
| | 9.0 | 02/06/12 | 84 | 10/25/11 | Yes | 3.0 | 07/12/11 |
| | 8.9 | 09/15/10 | 44 | 02/06/12 | Yes | 945.0 | 09/21/11 |
| | 8.9 | 12/08/11 | 71 | 09/15/10 | Yes | | 09/15/10 |
| | 8.9 | 02/08/11 | 82 | 12/08/11 | Yes | | 12/12/11 |
| | 8.8 | 03/20/12 | 68 | 11/04/11 | Yes | 4.0 | 01/27/11 |
| | 8.8 | 02/14/12 | 115 | 05/20/12 | Yes | 5.0 | 03/22/12 |
| | 8.5 | 03/26/12 | 71 | 05/16/12 | Yes | 600.0 | 07/11/11 |
| | 8.4 | 01/09/12 | 67 | 03/26/12 | Yes | 3.0 | 11/02/11 |
| | 8.3 | 11/29/11 | 82 | 10/10/11 | Yes | 2.0 | 10/10/11 |
| | 8.2 | 01/09/12 | 84 | 11/29/11 | Yes | 12.0 | 11/29/11 |
| | 8.1 | 08/02/12 | 53 | 01/09/12 | Yes | 6.0 | 08/18/11 |
| | 8.1 | 02/15/12 | 96 | 02/22/12 | Yes | 6.0 | 01/11/12 |
| | 8.0 | 01/11/12 | 109 | 02/15/12 | Yes | 4.0 | 06/24/11 |
| | 7.8 | 02/16/12 | 76 | 12/19/11 | Yes | 3.0 | 07/08/11 |
| | 7.7 | 07/25/11 | 72 | 11/16/11 | Yes | 2.0 | 02/16/12 |
| | 7.7 | 01/31/12 | 67 | 09/09/11 | Yes | 44.0 | 07/25/11 |
| | | | | 08/22/12 | | 3.0 | 08/22/11 |

Now the Care Team can see that 3 patients are overdue for A1C and they can have team member order that lab. (You can see 2 of the 3 are also overdue for LDL).

Team may want to see which patients not at goal are not already on a long-acting insulin.

# Get Some More Screen Viewing Room

## (Show/Hide Parameters)

Click the small blue bar to "Hide" or "Show" the filtering parameters.

If you hide you have more room to view your selected data.





Less room for data

More room for data

What else do I need to know?



Hovering over a patient's DOB (Date of Birth) will show his or her current age.

# What else do I need to know?



CA State Prison, Solano (SOL)
Master Registry – Chronic Conditions
Patient Count: 338

Some function buttons are here

You can Save/Export    (see next page)



Refresh, Print, and Export to Data Feed icons are currently unavailable.



# Export Data



You can "Export" the selected custom registry to any of the file types found on the menu.

<u>Most commonly used file types:</u>

PDF - to view or print registry

Excel - to filter, sort further, or create Pivot Tables

(Can also print from Excel)