# Exporting Data to PDF



Care Team(s):  Fac B
Risk Group(s):  High Risk 1, High Risk 2
Condition(s):  Chronic Pain, Diabetes

When you export to PDF and print, the parameters you have selected and the date/time the custom registry was created will be printed on the bottom of the sheet.

Will also give dates of most recent data in each category

# Exporting Data to Excel



Clicking on "Export" then selecting "Excel" will open up an Excel spreadsheet with the data you have selected. From here you can further sort data or create Pivot tables/graphs.

# Using the Registries:
## New High Risk Mental Health Patients

Filter High Risk, any clinic, MH LOC

A MH provider might want to see if there are any new "High Risk" patients who are in the MHDS at the institution.

Overall there are 294 High Risk MH LOC patients currently at the institution.

Institution RJD

Risk Group High Risk 1, High Risk 2

Show Alerts Only ○ True ◉ False

Care Team Clinic 1, Clinic 2, Clinic 3, Clinic

Select Conditions MH Level of Care

Choose Alerts Show All

R.J. Dono

Master Registry - Chronic Conditions
Patient Count: 294

### Selected Chronic Conditions

| Asthma (ABA/ICS) | Chronic Pain | Diabetes (HbA1c) | HCV | HIV (CD4) | HLP (LDL) | HTN & Other CV | Seizure | Warfarin (INR) | ADA/DPP |
|---|---|---|---|---|---|---|---|---|---|
| 0.3:1 | ADJ | | Ab+VL+ | 140 | 65 | Clonidi | | 2.5 | DPM |
| | ADJ | 8.2 | Ab+VL+ | 528 | 78 | Ca-Blcr | Keppra | | DPM |
| | OPI ADJ | 5.4 | Ab+VL+ | | 96 | Multi-4 | | 2.5 | DNM |
| | ADJ | 5.6 | | | 82 | Multi-3 | Dilant | | DNM |
| | | 5.5 | Ab+ | | 38 | Multi-4 | Dilant | | DPM |
| | | 7.1 | Ab+VL+ | 1077 | HLP | Multi-3 | Multi-2 | | |
| | ADJ | 7.6 | Ab+VL+ | 61 | | Multi-4 | Keppra | | |
| 0.8:1 | OPI | 5.6 | | | 164 | ACE | | | DFW |
| | ADJ | | Ab+VL+ | 643 | HLP | | Keppra | | Multi-2 |
| | ADJ | 4.8 | Ab+VL+ | | | Diureti | Keppra | | DPM |
| | OPI | 7.0 | Ab+VL+ | | | Multi-5 | Keppra | | DFW |
| | ADJ | 4.6 | Ab+Vi- | | 45 | Multi-3 | | | DPO |
| | OPI ADJ | 5.4 | Ab+VL+ | | | Multi-2 | | | DNM |
| | ADJ | 6.6 | | | 104 | Multi-4 | | | DFW |

42



Using the Registries:
New High Risk Mental Health Patients

Now click "Show Alerts Only" circle

Choose Alerts now says "New Patients"

What is now displayed is the list of 14 High Risk patients (in the MH delivery system) who are new to the institution in the last 30 days ("*" denotes this)

Using the Registries:

Colon Cancer Population Management

Home > QM > Registries > rg_ColonCancer

Institution  SOL

Filtering Enabled  ○ True ⊙ False

Care Team  Annex MD1, Annex MD2, Other

Choose Filters  Show All

SOL has 1391 patients over age 50.

Colon Cancer (SOL)

Patient Count: 1391

ptions | He

w Report

You can use registries to assist in population management.

This registry shows which patients have screening up to date, what type of screening and when the next screening is due.

| | Colonoscopy/Sigmoidoscopy | | | | FIT Lab Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scope Type | Scope Date | Refusal Date | | Lab Result | Lab Date | Refusal Date | | Screened | Offered | Next Due Date | | |
| | | | | NEG | 06/06/11 | | | YES | YES | 06/06/12 | | |
| | | | | NEG | 12/10/11 | | | YES | YES | 12/10/12 | | |
| Colon | 02/16/11 | | | | | | | NO | NO | 12/16/10 | | |
| | | | | | | | | YES | YES | 02/16/21 | | |
| | | | | NEG | 06/07/11 | | | NO | NO | 09/05/03 | | |
| | | | | | | | | YES | YES | 06/07/12 | | |
| | | | | | | | | NO | NO | 08/24/11 | | |
| | | | | NEG | 06/06/11 | | | NO | NO | 01/16/12 | | |
| | | | | | | | | YES | YES | 06/06/12 | | |
| | | | | | | | | NO | NO | 03/01/98 | | |
| | | | | | | | | YES | YES | 10/01/12 | | |
| | | | | NEG | 06/06/11 | | | YES | YES | 06/06/12 | | |
| | | | | NEG | 06/07/11 | | | YES | YES | 06/07/12 | | |
| | | | | | | | | YES | YES | 08/29/12 | | |

44

# Using the Registries:

# Colon Cancer Population Management

SOL could decide to screen all new patients right away.

Click Filtering Enabled then check "New Patients".

Here are the 11 "New Patients" over the age of 50 at SOL.

\* 4 need screening

\* 1 is almost due

# Patient Panels





Home | My Subscriptions | Help

View Report

Home > QM_DEVELOPMENT > Reports > Patient_Panel_Detail

Institution ASP

1 of 127

100%

Care Team AD SEG Clinic, Other, Yard A C

- (Select All)
- AD SEG Clinic
- Other
- Yard A Clinic
- Yard B Clinic
- Yard C Clinic
- Yard D Clinic

CALIFORNIA CORRECTI
HEALTH CARE SERV

To select a specific team, uncheck "(Select All)"

Patient Panel Detail

Patient Count: 5197

| CDCR# | First Name | Last Name | DOB | Age | Ethnicity | Custody Level | Cell Bed | Care Team or Yard | Institution Arrival Date | Clinical Risk Level | On Master List |
|-------|-----------|-----------|-----|-----|-----------|---------------|----------|-------------------|--------------------------|---------------------|----------------|
| | | | 05/25/83 | 28 | WHI | MAX | A 140 200600 1U | AD SEG Clinic | 09/22/11 | | Yes |
| | | | 12/30/84 | 27 | HIS | MAX | A 140 105200 1L | AD SEG Clinic | 09/22/11 | | |
| | | | 10/06/84 | 27 | MEX | MAX | A 140 201000 1L | AD SEG Clinic | 04/15/09 | | |
| | | | 03/09/80 | 32 | WHI | MAX | A 140 203500 1L | AD SEG Clinic | 06/18/08 | | Yes |
| | | | 06/04/84 | 27 | MEX | MAX | A 140 203100 1U | AD SEG Clinic | 03/18/09 | | Yes |
| | | | 12/27/77 | 34 | MEX | MAX | A 140 203300 1U | AD SEG Clinic | 03/06/06 | | Yes |
| | | | 10/17/63 | 48 | BLA | MAX | A 140 105500 1U | AD SEG Clinic | 11/30/11 | | Yes |
| | | | 01/28/83 | 29 | BLA | MAX | A 140 202900 1U | AD SEG Clinic | 02/09/12 | | |
| | | | 09/30/57 | 54 | BLA | MAX | A 140 105500 1L | AD SEG Clinic | 08/25/11 | | Yes |
| | | | 03/27/73 | 39 | HIS | MAX | A 140 100500 1L | AD SEG Clinic | 08/02/11 | | Yes |
| | | | 03/29/76 | 36 | MEX | MAX | A 140 200900 1U | AD SEG Clinic | 11/07/11 | | |
| | | | 08/27/73 | 38 | MEX | MAX | A 140 205000 1U | AD SEG Clinic | 06/14/10 | | Yes |
| | | | 04/25/69 | 42 | MEX | MAX | A 140 202600 1U | AD SEG Clinic | 03/22/10 | | Yes |
| | | | 04/18/78 | 33 | MEX | MAX | A 140 202500 1L | AD SEG Clinic | 05/04/11 | | Yes |
| | | | 12/01/63 | 48 | WHI | MAX | A 140 103800 1L | AD SEG Clinic | 07/01/09 | | Yes |
| | | | 07/22/80 | 31 | MEX | MAX | A 140 202000 1L | AD SEG Clinic | 11/13/09 | | |
| | | | 02/21/81 | 31 | MEX | MAX | A 140 100800 1U | AD SEG Clinic | 10/21/11 | | |
| | | | 03/04/84 | 28 | BLA | MAX | A 140 102200 1U | AD SEG Clinic | 06/06/11 | | Yes |



Institution ASP | Care Team Yard A Clinic

1 of 16   100%

**CALIFORNIA CORRECT...**
**HEALTH CARE SERV...**



Desired Care Team Panel

Panel Count

(ASP)
...el Detail

Patient Count: 627

| CDCR# | First Name | Last Name | DOB | Age | Ethnicity | Custody Level | Cell Bed | Care Team or Yard | Institution Arrival Date | Clinical Risk Level | On Master List |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Identification & Housing** | | | | | | |
| | | | 01/14/65 | 47 | BLA | MEDA | A 110 2018001L | Yard A Clinic | 11/21/05 | | Yes |
| | | | 05/06/48 | 65 | MEX | MEDA | A 120 1003003L | Yard A Clinic | 11/03/05 | | Yes |
| | | | 12/21/65 | 46 | WHI | MEDA | A 110 2013003U | Yard A Clinic | 09/27/11 | | Yes |
| | | | 04/27/73 | 38 | MEX | MEDA | A 110 2020001 | Yard A Clinic | 09/04/08 | | Yes |
| | | | 12/05/69 | 42 | BLA | MEDA | A 130 1000100L | Yard A Clinic | 10/14/11 | | Yes |
| | | | 11/13/78 | 33 | MEX | MEDA | A 110 2015002U | Yard A Clinic | 08/22/07 | | |
| | | | 12/05/73 | 38 | OTH | MEDA | A 120 1009001L | Yard A Clinic | 05/15/11 | | Yes |
| | | | 05/12/86 | 25 | BLA | MEDA | A 110 1009001U | Yard A Clinic | 04/06/11 | | Yes |
| | | | 05/29/68 | 43 | BLA | MEDA | A 110 2021002U | Yard A Clinic | 07/13/09 | | Yes |
| | | | 03/03/54 | 58 | MEX | MEDA | A 110 1009002L | Yard A Clinic | 12/22/11 | | Yes |
| | | | 03/18/60 | 52 | BLA | MEDA | A 130 1000059U | Yard A Clinic | 10/19/10 | | Yes |
| | | | 10/14/76 | 35 | BLA | MEDA | A 110 1010006U | Yard A Clinic | 11/22/11 | | |
| | | | 12/02/57 | 54 | WHI | MEDA | A 120 1003001L | Yard A Clinic | 01/18/05 | | Yes |
| | | | 04/21/67 | 44 | WHI | MEDA | A 110 1002001L | Yard A Clinic | 02/22/07 | | Yes |
| | | | 12/28/70 | 41 | BLA | MEDA | A 120 2019001L | Yard A Clinic | 09/03/10 | | Yes |
| | | | 04/16/76 | 35 | WHI | MEDA | A 120 2017003L | Yard A Clinic | 09/25/09 | | Yes |
| | | | 06/17/71 | 40 | WHI | MEDA | A 120 2018002L | Yard A Clinic | 06/15/11 | | Yes |
| | | | 06/14/82 | 29 | OTH | MEDA | A 110 2016003U | Yard A Clinic | 06/11/10 | | Yes |

# Questions?

Please contact Ryan Jones at

Ryan.Jones@cdcr.ca.gov

Attachment 1
Clinical Risk Classification System
DEFINITIONS

## High Risk - Priority 1

Patients who are Clinically Complex -- triggering at least **2 flags** from the selection criteria found in the table below

## High Risk - Priority 2

Patients who are Near Clinically Complex -- triggering only **1 flag** from the selection criteria found in the table below

| Flag | Description | Data Source | Timeframe |
|---|---|---|---|
| **Sensitive Medical Condition** | Medications associated with important diagnoses which, if not taken, may lead to a serious adverse event (e.g. immunosuppressants, chemotherapy Rx) | Guardian | 6 months |
| **High hospital, ED, Specialty Care and Pharmacy Costs** | Patients whose care in the past 6 months has a cost of more than $100,000 | Guardian, TPA Claims | 6 months |
| **Multiple Hospitalizations*** | 2 or more inpatient admissions | CADDIS | 12 months |
| **Multiple Emergency Department Visits*** | 3 or more emergency department visits | TPA Claims | 12 months |
| **High Risk Specialty Consulations** | 2 or more appointments to 'high risk' specialist(s) (e.g., oncologist, vascular surgeon) | TPA Claims | 6 months |
| **Significant Abnormal Labs** | 1 or more abnormal lab value that suggests poor control of a chronic condition or serious medical condition (most recent) | Quest | All - Most Recent or Any |
| **Age** | 65 years of age or older | DDPS | Current Age |
| **Specific High-Risk Diagnoses/Procedures** | 1 or more ICD-9 codes from ED visit, hospitalization or specialist visit, suggesting serious condition (e.g., cancer, SLE, | TPA Claims | All |

*A patient with a point for 2 or more inpatient hospital admissions cannot receive a second point for 3 or more ED visits (and vice versa)

## Medium Risk

Patients with at least 1 chronic condition who do not meet any selection criteria for Clinical High Risk Priority 1 or Priority 2
Excluded from the Medium Risk group are patients with only 1 chronic condition and identified as well-managed asthma or well-managed diabetes (consistent with the Medical Classification System Policy)

| Flag | Description | Data Source | Timeframe |
|---|---|---|---|
| **1 or More Chronic Conditions** | 1 or more chronic illnesses, based upon prescribed medications, laboratory tests, or MHTS enrollment (Includes MH High Utilization and Permanent ADA) | Guardian, Quest, MHTS | 6 months |

## Low Risk

All patients who do not meet the selection criteria for the High Risk Priority 1, Priority 2, or Medium Risk categories
Included are patients identified as well-managed asthma or well-managed diabetes

| Flag | Description | Data Source | Timeframe |
|---|---|---|---|
| **Well Managed Asthmatic/Diabetic Patient** | Otherwise healthy patients, including: Patients who use less than 3 SABA dispenses and are not on an ICS Patients with an HgA1C < 7.7 and not on insulin | Guardian, Quest | 12 months |

| Table 1: Examples of Medications Indicating Sensitive Medical Conditions | |
| --- | --- |
| • **Immunosuppressant:** TNF inhibitor (Adalimumab) | • **ALS:** Riluzole |
| • **Anti-rejection Medication:** Cyclosporine | • **Anticoagulant:** e.g. warfarin |
| • **Chemotherapy** | • **HIV/HBV:** anti-retroviral |
| • **Multiple Sclerosis:** Interferon Beta 1A | • **Hemophilia** |
| | • **Myasthenia Gravis:** Edrophonium |

| Table 2: Significant Abnormal Labs | | Labs Timeframe | Values Queried |
| --- | --- | --- | --- |
| Lab Name | | | |
| ANCA | Anti RNP | Any Recorded Abnormal Result | Positive Lab Results |
| Anti CCP | Anti SCL 70 | | |
| Anti Centromere | Anti SM | | |
| Anti DS | Anti-AchR | | |
| Anti DS DNA | HBeAg | | |
| Anti LA | HBsAG | | |
| Anti RNA Polymerase | Hgb SS | | |
| Anti RNP | Anti SCL 70 | | |
| Anti DS DNA | Anti SM | | |
| Anti LA | Anti-AchR | | |
| Anti RNA Polymerase | HBeAg | | |
| Anti RO | | | |
| Absolute Neutrophil Count | | Most Recent Lab | <750 |
| Albumin | | | <2.8 |
| Bilirubin Total | | | >5 |
| Calcium | | | >12 |
| CD4 | | | <200 |
| Creatinine | | | >2 |
| Hemoglobin | | | <9 |
| INR | | | >4 |
| Platelet Count | | | <75000 -OR- >1000000 |

| Table 3:  Specific High-Risk Diagnoses/Procedures |
| --- |
| **Diagnoses** |

**ID:** Sepsis ,Fungal Infections-Systemic, Coccidioidal/or Cryptococcal Meningitis, Endocarditis, Decubitus Ulcer

**Cardiac:** Acute MI, CAD CABG, Coronary or Myocardial Aneurysm, Pacemaker or AICD, CHF, PVD Aortic, Iliac, Renal or other aneurysm, CHD

**Heme/Onc:** Cancer, Lymphoma/Leukemia, Myelofibrosis, Aplastic Anemia,  Sickle Cell Disease, Coagulation Factor Def

**Neuro:** Parkinson's, MS, Quadra-, Paraplegia,  Anoxic Brain Damage, Hydrocephalus, Huntington's, Freidreichs Ataxia, Dementia, Neurogenic Bladder , Head Trauma, Subarachnoid Hemorrhage, Intracerebral Hemorrhage-Infarct

**Resp:** COPD,  H/O Respiratory Arrest,  Primary Pulmonary Cocci, Primary Pulmonary Hypertension

**GI:** Hepatic Coma, Biliary Cirrhosis, Hepatorenal Syndrome, Chronic Pancreas Disorder, Esophageal Varices, IBD

**Renal:** Intrinsic Renal Disease, Chronic Renal Failure Stage 3 or Above

**Rheum:** RA, Ankylosing Spondylitis, SLE, Scleroderma, Dermato-Polymyositis, Goodpasture's, Wegner's, Giant Cell Arteritis

**Other:** Cystic Fibrosis ,  Amyloidosis , Sleep Apnea

| Procedures | | | |
| --- | --- | --- | --- |
| Ventricular Shunt | CABG or PTCA | Coronary Thrombolysis | Pacemaker or Defibrillator |
| Peripheral Vascular Bypass | TIPS | AV fistula | Hemodialysis |
| Bone Marrow Transplant | Abdominal Paracentesis | Control Upper GI Bleeding | Hepatic or Pancreatic Surgery |

## Master Chronic Registry
## Master Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| CDCR# | CDCR Number | - | - | - | - |
| Last Name | Patient Last Name | - | - | - | - |
| DOB | Date of Birth | - | - | - | - |
| Cell Bed | Cell Bed Number | - | - | - | - |
| Care Team or Yard | Patient Assigned Care Team | - | - | - | - |
| Clinical Risk | Clinical Risk | Patient risk level based on the Clinical Risk Classification System, including those considered to be at high risk for poor outcomes because they have multiple chronic diseases or serious health care conditions, per pharmacy, laboratory, and claims data. | - | - | SOMS, Pharmacy, TPA Claims, Laboratory |
| MH High Util | Mental Health High Utilizer | Patient with 2 or more admissions to a mental health crisis bed, suicide watch, outpatient housing unit, or intermediate care facility for mental health reasons within the last 6 months | - | - | CADDIS |
| Avoid Hosp | Avoidable Hospitalization / Emergency Department Visits | Potentially avoidable hospitalizations as classified by ICD-9 codes and 30-day readmissions or Emergency Department visits | < 3 | - | TPA Claims |
| Cond Count | Condition Count | The total number of conditions applicable to each individual patient | - | - | - |
| MH LOC | Mental Health Level of Care | If the patient is an enrollee in the mental health delivery system, this column indicates a patient's current Mental Health Level of Care. | - | CCCMS = Correctional Clinical Case Management Services<br>EOP = Enhanced Outpatient Program | MHSDS |
| Asthma (SABA:ICS) | SABA to ICS Ratio | Use of SABA >2 times per week for symptom relief generally indicated inadequate control. Typically used as quick relief or as needed for symptoms. | < 2:1 Saba to ICS Ratio | SABA to ICS ratio is a measure that can reflect asthma control. The higher the ratio of SABA inhalers to ICS inhalers, the more having more symptoms related to asthma, and thus not considered to be at goal of therapy | Guardian |
| Chronic Pain | Chronic Pain | Chronic Pain is persisting pain longer than 30 days (or the anticipated healing time). Or pain of sufficient intensity to adversely affect a patient's well being, level of function, or quality of life. | - | Types of medications prescribed to the patient for the treatment of chronic pain include:<br>Adjunctive Pain Medications (ADJ)<br>Opiate Medications (OPI), including Tramadol | Guardian |
| Diabetes (HgA1C) | Hemoglobin A1C (HbA1C) Result Value | HbA1C is a test that approximates the average blood sugar level during the preceding 3 month period. | < 8 | Higher HbA1C percentages translate to higher average blood sugars, which have been shown to increase risk of heart disease, kidney disease, and blindness. | Quest |

## Master Chronic Registry
## Master Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| HCV | Hepatitis-C Virus | Hepatitis C is an infectious disease affecting primarily the liver, caused by the hepatitis C virus (HCV). The infection is often asymptomatic, but chronic infection can lead to scarring of the liver and ultimately to cirrhosis, which is generally apparent after many years. In some cases, those with cirrhosis will go on to develop liver failure, liver cancer or life-threatening esophageal and gastric varices. | - | Screening for HCV usually is done by looking for the presence of an antibody (Ab) to the HCV in a patient's blood. Presence of the virus in someone with a positive screen for HCV usually signals chronic infection with HCV.    Ab+: Anti-HCV antibody present (positive screen)    Ab-: Anti-HCV antibody screen    VL+: Hepatitis C Virus detected    VL-: Hepatitis C Virus not detected    On Tx: The patient is currently on treatment for HCV to try to eliminate chronic infection. | Quest |
| HIV (CD4) | Human Immunodeficiency Virus | Human immunodeficiency virus (HIV) causes acquired immunodeficiency syndrome (AIDS), a condition in humans in which progressive failure of the immune system allows life-threatening opportunistic infections and cancers to thrive. | CD4 > 200 | AIDS is defined by low CD4+ T cell counts (fewer than 200 per microliter), which places patients at risk for various opportunistic infections, cancers and other conditions. | Quest |
| HLP (LDL) | Low-density Lipoprotein (LDL) Test Result | LDL is a test that approximates the amount of LDL (bad cholesterol) in the patient's blood. | < 100 | High LDL values over long periods of time are associated with atherosclerosis (narrowing of blood vessel due to plaque build-up), which increase the risk of cardiovascular events, like heart attack or stroke. | Quest |
| HTN & Other CV | Hypertension and Other Cardiovascular Conditions | Patients prescribed one or more medications for the treatment of hypertension or other cardiovascular conditions such as: stable angina, irregular heart rhythms, and heart failure. | - | Types of medications prescribed to the patient for the treatment of hypertension or other cardiovascular conditions, which include: a-Blkr, ACE, Antiarrhythmic, ARB, Ca-Blkr, Clonidine, Digoxin, Diuretic, Lipotropic, Plt-Inh, Ranolazine, β-Blkr, Vasodilator | Guardian |
| Seizure | Seizure | An epileptic seizure is defined as a transient symptom of "abnormal excessive or synchronous neuronal activity in the brain". The outward effect can be as dramatic as a wild thrashing movement (tonic-clonic seizure) or as mild as a brief loss of awareness (absence seizure). | - | Patients who have had more than one seizure are usually recommended to take anti-seizure medications to reduce the chances of future seizures. History of head trauma and other factors increase risk for developing seizure. Types of medications prescribed to the patient for the treatment of seizures and epilepsy include: Depakote, Dilantin, Keppra, Lamictal, | Guardian |
| Warfarin (INR) | International Normalized Ratio Result | The international normalized ratio (INR) is a blood test that is done to monitor the degree of anticoagulation ("blood-thinning") for which medications, like warfarin, are used. Many conditions require anticoagulation therapy, and the desired goal of anticoagulation is usually measured by an INR range. | 2-3.5 | An INR above the desired range for the condition being treated indicates a patient's blood is "too thin" and puts them at high risk of abnormal bleeding. An INR below the desired range indicates the patient's blood is "too thick" which puts them at risk of adverse events, such as heart attack or stroke. | Quest |

## Master Chronic Registry
## Master Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| ADA | Americans with Disabilities Act | Patients who have been identified with one or more permanent disabilities. | - | DPW = Full Wheelchair User<br>DPO = Intermittent Wheelchair User<br>DPM = Mobility Impairment<br>DPH = Deaf/Hearing Impairment<br>DPS = Speech Impairment<br>DPV = Permanent Blindness | DECS |

## Master Chronic Registry
## Asthma Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| CDCR# | CDCR Number | | | | |
| Last Name | Patient Last Name | | | | |
| DOB | Date of Birth | | | | |
| Cell Bed | Cell Bed Number | | | | |
| Care Team or Yard | Patient Assigned Care Team | | | | |
| SABA Count | Short Acting Beta-Agonist (SABA) Count | Short Acting Beta Agonists (SABA) are a class of inhaled medication used in the treatment of asthma symptoms, by relaxing the muscles surrounding the airways. Usually, the better a patient's asthma is controlled, the less SABA use is required. | Less than 2 canisters in 12 months | The number of SABA inhalers dispensed during the prior six months. SABA inhalers are used in the treatment of asthma as a "rescue" medication providing quick relief of asthma symptoms. | Guardian |
| Latest SABA Disp | Latest SABA Dispense Date | The date of most recent dispense of SABA inhaler. | | | Guardian |
| ICS | Inhaled Corticosteroid | Inhaled corticosteroids (ICS) is a class of inhaled medication used in the treatment of asthma by reducing inflammation occurring in the tissues lining the airways. | >= 1 | Persistent asthmatics should receive an ICS to treat their asthma symptoms. | Guardian |
| ICS Count | Inhaled Corticosteroid (ICS) Count | Inhaled corticosteroids (ICS) is a class of inhaled medication used in the treatment of asthma by reducing inflammation occurring in the tissues lining the airways. ICS medications help to "control" asthma, and reduce the frequency of sudden asthma symptoms. | At least 1 canister in six months | The number of ICS inhalers dispensed during the prior six months. ICS inhalers are used in the treatment if asthma as a "controller" medication providing anti-inflammatory effects directly to the tissues of the respiratory tract. | Guardian |
| Latest ICS Disp | Latest ICS Dispense Date | The date of most recent dispense of ICS inhaler. | | | Guardian |
| LABA | Long Acting Beta Agonist | Designed to reduce the need for SABA medication, as they have a longer duration of action in comparison with the shorter durations of Saba medications, treating nocturnal asthma and providing symptomatic improvement in patients with COPD. | | A LABA may decrease the frequency of asthma episodes and severity of symptoms but a LABA can also make asthma episodes more severe when they occur. | Guardian |
| SAAC | Short Acting Anti-Cholinergic | Short-acting anticholinergics are a class of inhaled medication used for treating stable COPD in a person with intermittent symptoms. | | | Guardian |
| NO ICS | No Inhaled Corticosteroid | A patient receiving an SABA inhaler, but not receiving an ICS inhaler. | | Persistent asthmatics should be dispensed at least 1 ICS every 12 months, and preferably receive and ICS before being prescribed a SABA. | Guardian |

## Master Chronic Registry
## Asthma Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| SABA:ICS > 2:1 | SABA to ICS Ratio | SABA to ICS ratio is a measure that can reflect asthma control. The higher the ratio of SABA inhalers to ICS inhalers, the more having more symptoms related to asthma, and thus not considered to be at goal of therapy | <2:1 Saba to ICS Ratio | Use of SABA >2 times per week for symptom relief generally indicated inadequate control. Typically used as quick relief or as needed for symptoms. | Guardian |
| LABA Alone | Long Acting Beta-Agonist Alone | A patient receiving a LABA inhaler, but no other inhaled medication | - | - | Guardian |

# Master Chronic Registry
## Breast Cancer Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| CDCR# | CDCR Number | - | - | - | - |
| Last Name | Patient Last Name | - | - | - | - |
| DOB | Date of Birth | - | - | - | - |
| Cell Bed | Cell Bed Number | - | - | - | - |
| Care Team or Yard | Patient Assigned Care Team | - | - | - | - |
| Test Date | Date of Test Screening | Breast cancer screening test date | Once every 2 years | Women over the age of 50 should be screened for breast cancer at least once every 2 years | Quest / Institution Submissions |
| Patient Refusal | Patient Refusal of Test Screening | Date that patient refused test screening | Once ever 12 months | Women over the age of 50 who refuse screening must refuse every 12 months | Institution Submissions |
| Screened | Patient Received Screening | Patient was screened / tested | Screened every 2 years | Women over the age of 50 who have not been tested and have no documented refusals are non compliant | Institution Submissions |
| Offered | Patient was Offered Screening | Patient was offered testing | Offered every year if not screened within 2 years | A patient who accepted screening within 2 years or refused screening meet compliance | Institution Submissions |
| Next Due Date | The next due date for either refusals (1 year) or screening (every 2 years) | Next due date for test screening | - | The next date a patient is required to be screened or refuse screening. | Institution Submissions |

# Master Chronic Registry
## Colon Cancer Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| Edit | Edit Record | Records that may be edited and stored in the database | | | Institution Submissions |
| CDCR# | CDCR Number | - | - | - | - |
| Last Name | Patient Last Name | - | - | - | - |
| DOB | Date of Birth | - | - | - | - |
| Cell Bed | Cell Bed Number | - | - | - | - |
| Care Team or Yard | Patient Assigned Care Team | - | - | - | - |
| FOBT #1 | Fecal Occult Blood Test - guaiac based | Fecal occult blood testing (FOBT) -guiaic is a stool test that is commonly used to screen for colon cancer. Stool tests used for colon cancer screening are typically recommended once a year for adults ages 50-75. Screening using the FOBT - guiaic method requires 3 unique stool samples to be tested, usually within a 2 week period. | Performed within the last 12 months | The test does not directly detect the presence of colon cancer but is commonly used to screen patients for early stages of that disease. If three results are negative, the patient should repeat screening annually, as appropriate. If a positive result occurs in any number of samples, the patient should undergo further evaluation to determine if colon cancer is present, usually via colonoscopy. | Quest and Institution Submissions |
| FOBT #2 | Fecal Occult Blood Test - guaiac #2 | See FOBT #1 Test | Performed within the last 12 months | - | Quest and Institution Submissions |
| FOBT #3 | Fecal Occult Blood Test - guaiac #3 | See FOBT #1 Test | Performed within the last 12 months | | Quest and Institution Submissions |
| Lab Date | FOBT Laboratory Test Date | Date of most recent FOBT results | Performed within the last 12 months | FOBT Test Dates older than 12 months ago are not compliant. | Quest and Institution Submissions |
| Refusal Date | FOBT Refusal Date | Date of most recent refusal for FOBT colon cancer screening | Refusal must be within the last 12 months | FOBT Refusal Dates older than 12 months ago are not compliant. | Quest and Institution Submissions |
| Colonoscopy/Sigmoido scopy Scope Type | Colonoscopy or Sigmoidoscopy Test | Colonoscopy and Sigmoidoscopy are methods of providing colon cancer screening by allowing visual inspection of the entire large colon (colonoscopy) or the lower portion of the large colon (sigmoidoscopy). | Every 10 years for Colonoscopy; Every 5 years for Sigmoidoscopy | Patients who have had a colonoscopy more than 10 year ago or a sigmoidoscopy more than 5 years ago will be identified as being out of compliance, unless another method of colon cancer screening as been performed (e.g. FOBT). A colonoscopy is usually performed as a diagnostic test when a patient has had a positive screening test for colon cancer (e.g. FOBT). | Quest and Institution Submissions |

# Master Chronic Registry
## Colon Cancer Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| Colonoscopy/Sigmoido scopy Scope Date | Colonoscopy or Sigmoidoscopy Test Date | The date of Colonoscopy or Sigmoidoscopy completion documented in the eUHR. | Every 10 years for Colonoscopy; Every 5 years for Sigmoidoscop y | Shows the correlating date for the most recent Sigmoidoscopy or Colonoscopy. | Quest and Institution Submissions |
| Colonoscopy/Sigmoido scopy Refusal Date | Colonoscopy or Sigmoidoscopy Test Refusal Date | The date documented that the patient refused to have a Colonoscopy or Sigmoidoscopy done. | - |  | Quest and Institution Submissions |
| FIT Lab Data Lab Result | Fecal Immunochemical Testing | Fecal Immunochemical Testing (FIT) is a stool test used to screen for colon cancer. Stool tests used for colon cancer screening are typically recommended once a year for adults ages 50-75. Screening using the FIT method requires only one stool sample to be completed. | Performed within the last 12 months | The test does not directly detect the presence of colon cancer but is commonly used to screen patients for early stages of that disease. If result is negative, the patient should repeat screening annually, as appropriate. If a positive result occurs, the patient should undergo further evaluation to determine if colon cancer is present, usually via colonoscopy. | Quest and Institution Submissions |
| FIT Lab Data Lab Date | Fecal Immunochemical Testing Date | Lab date for latest FIT Test | Performed within the last 12 months |  | Quest and Institution Submissions |
| FIT Lab Data Refusal Date | Date when FIT was refused | Refusal date for latest FIT screening test offered | Refusal must be within the last 12 months |  | Quest and Institution Submissions |
| Screening Compliance Screened | - | Patient received screening | Performed within the last 12 months | Patient compliant with yearly colon cancer screening. | Quest and Institution Submissions |
| Screening Compliance Offered | - | Patient offered screening | Screening performed or refused within the last 12 months | Patient compliant with yearly colon cancer offering. Patients screened and patients who refused screening during the required time frame are both counted as compliant. | Quest and Institution Submissions |
| Screening Compliance Next Due Date | - | Next due date for screening offer or test | - | The next date required for continued patient compliance. | Quest and Institution Submissions |

## Master Chronic Registry
## Diabetes Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| CDCR# | CDCR Number | - | - | - | - |
| Last Name | Patient Last Name | - | - | - | - |
| DOB | Date of Birth | - | - | - | - |
| Cell Bed | Cell Bed Number | - | - | - | - |
| Care Team or Yard | Patient Assigned Care Team | - | - | - | - |
| Current Long Acting Insulin? | Long Acting Insulin | Long-acting insulin is used to approximate the secretion of insulin by the pancreas. | - | Long-acting insulin is recommended to control blood sugar levels throughout the day, when the pancreas does not make sufficient insulin or when oral medications are insufficient to lower blood sugar levels. | Guardian |
| A1C Result | Hemoglobin A1C (HbA1C) Result Value | HbA1C is a test that approximates the average blood sugar level during the preceding 3 month period. | <8 | Higher HbA1C percentages translate to higher average blood sugars, which have been shown to increase risk of heart disease, kidney disease, and blindness. | Quest |
| A1C Date | Hemoglobin A1C Test Date | | Within 6 months | Most Recent Date | Quest |
| LDL Result | Low-density Lipoprotein (LDL) Test Result | LDL is a test that approximates the amount of LDL (bad cholesterol) in the patient's blood. | <100 | High LDL values over long periods of time are associated with atherosclerosis (narrowing of blood vessel due to plaque build-up), which increase the risk of cardiovascular events, like heart attack or stroke. | Quest |
| LDL Date | LDL Test Date | Most recent test date for LDL. | Within 12 months | Most Recent LDL ate Date | Quest |
| Current ACE or ARB? | Angiotensin-Converting Enzyme Inhibitor/ Angiotensin II Receptor Blocker | Two classes of anti-hypertensive drugs used to prevent or delay the progression of kidney damage due to diabetes. | - | Studies of shown improved clinical outcomes including: prevention of diabetic nephropathy (kidney disease), congestive heart failure, and prophylaxis of cardiovascular events (independent of the blood pressure-lowering effect). | Guardian |
| Microalbumin Result | Microalbumin Test | Microalbumin is a test that screens for early kidney damage through the detection of a very small protein (microalbumin) in the urine. Early detection of kidney damage can lead to treatment with medications that help preserve kidney function. | <30 | Microalbuminuria (microalbumin in the urine) is often caused by kidney damage from diabetes.  Presence of this protein signifies early damage to the kidneys which can lead to chronic kidney disease or even kidney failure. | Quest |
| Microalbumin Date | Microalbumin Test Date | Most recent test date for microalbumin | Within 12 months | Most Recent Test Date | Quest |

# Master Chronic Registry
## Mental Health LOC Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| CDCR# | CDCR Number | - | - | - | - |
| Last Name | Patient Last Name | - | - | - | - |
| DOB | Date of Birth | - | - | - | - |
| Cell Bed | Cell Bed Number | - | - | - | - |
| Care Team or Yard | Patient Assigned Care Team | - | - | - | - |
| Arrival Date | | | | | |
| Level of Care | - | Level of Care in Mental Health Services Delivery System. | - | Level of Care in Mental Health Services Delivery System often determines the amount of care services needed.<br>MHCB = Mental Health Crisis Bed<br>EOP = Extended Outpatient Program<br>CCCMS = Correctional Clinical Care Management System | MHSDS |
| MH HU | - | Patient has 2 or more admissions/placements to mental health care settings including MHCB, OHU, CTC, ICF and SW in any setting. | - | Define terms (MHCB, OHU, etc). | MHSDS |
| Dx NOS | - | Diagnosis Category is "Not Otherwise Specified". | - | In general, patients should not have a "Not Otherwise Specified" diagnosis. Treatment recommendations may vary, depending on the specifics of a type of mental health condition. | MHSDS |
| AD/SGA | - | Anti-Depressant (AD) and/or Second Generation Antipsychotic (SGA) Medication are pyschotropic medication classes used for the treatment of mental health conditions. | - | Patient Prescribed AD or SGA in last month of pharmacy data. Patients receiving these medications are required to undergo lab monitoring for patient safety. | Guardian |
| Cloza | - | Clozapine, a psychotropic medication used for the treatment of mental health conditions. | - | Patient Prescribed Clozapine in last month of pharmacy data. Patients receiving these medications are required to undergo lab monitoring for patient safety. | Guardian |
| Lithium | - | Lithium, a psychotropic medication used for the treatment of mental health conditions. | - | Patient Prescribed Lithium in last month of pharmacy data. Patients receiving these medications are required to undergo lab monitoring for patient safety. | Guardian |
| Carba | - | Carbamazepine, an anti-epileptic medication, prescribed by a psychiatrist for treatment of a mental health condition. | - | Patient Prescribed Carbamazepine in last month of pharmacy data. Patients receiving these medications are required to undergo lab monitoring for patient safety. | Guardian |

**Master Chronic Registry**
**Mental Health LOC Sub-Registry Definitions**

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| Depakote | - | Depakote, an anti-epileptic medication, prescribed by a psychiatrist for treatment of a mental health condition. | - | Patient Prescribed Depakote in last month of pharmacy data. Patients receiving these medications are required to undergo lab monitoring for patient safety. | Guardian |
| Lamictal | - | Lamictal, an anti-epilectic medication, prescribed by a psychiatrist for treatment of a mental health condition. | - | Patient Prescribed Lamictal in last month of pharmacy data. Patients receiving these medications are required to undergo lab monitoring for patient safety. | Guardian |
| Anti-Epil | - | Anti-Epileptic Medication (not including Carbamazepine, Depakote, or Lamictal) prescribed by a psychiatrist. | - | Patient Prescribed any Anti-Epiletpic Medication in last month of pharmacy data. Patients receiving these medications are required to undergo lab monitoring for patient safety. | Guardian |

## Master Chronic Registry
## Avoidable Hospitalizations Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| CDCR# | CDCR Number | - | - | - | - |
| Last Name | Patient Last Name | - | - | - | - |
| DOB | Date of Birth | - | - | - | - |
| Cell Bed | Cell Bed Number | - | - | - | - |
| Care Team or Yard | Patient Assigned Care Team | - | - | - | - |
| Hospital | - | Name of Hospital for Inpatient Visit | - | - | - |
| Type | - | Type of hospital visit | - | INPT: Inpatient, ER: Emergency Room | Claims |
| Admit Date | Admission date | Admission Date | - | Date patient was admitted into the hospital and service began | Claims |
| Discharge Date | - | Discharge Date from the Hospital | - | Date patient was discharged from hospital and returned to their institution | Claims |
| ICD9 Code | International Classification of Diseases - Ninth Revision Code | The International Classification of Diseases were established by WHO and used by most of the countries in the world | - | ICD9 Code used to identify diagnosis and reason for hospital stay | Claims |
| ICD9 Diagnostic Description | Diagnostic description of ICD-9 | ICD codes are alphanumeric designations given to every diagnosis, description of symptoms and cause of death attributed to human beings. | - | Describes the ICD9 Diagnosis Code and identifies reason for hospital stay | Claims |
| Potentially Avoidable Category | - | Potentially Avoidable Hospitalization Category | - | Potentially Avoidable Hospitalization Category is a more general disease condition to which many ICD-9 codes are related. | Claims |

## Master Chronic Registry
## Warfarin Sub-Registry Definitions

| Field Name | Full Name | Definition | Goal | Alert Flag Definition | Data Source |
|---|---|---|---|---|---|
| CDCR# | CDCR Number | - | - | - | - |
| Last Name | Patient Last Name | - | - | - | - |
| DOB | Date of Birth | - | - | - | - |
| Cell Bed | Cell Bed Number | - | - | - | - |
| Care Team or Yard | Patient Assigned Care Team | - | - | - | - |
| INR Result Within 30 Days | Most recent International Normalized Ratio Result (INR) | The international normalized ratio (INR) is a blood test that is done to monitor the degree of anticoagulation ("blood-thinning") for which medications, like warfarin, are used. Many conditions require anticoagulation therapy, and the desired goal of anticoagulation is usually measured by an INR range. | 2-3.5 | An INR above the desired range for the condition being treated indicates a patient's blood is "too thin" and puts them at high risk of bleeding. An INR below the desired range indicates the patient's blood is "too thick" which puts them at risk of adverse events, such as heart attack or stroke. | Quest and Institution Submissions |
| INR Date within 30 Days | Date of most recent INR test | Date of most recent INR test (within 30 days) | within 30 days | Due to the importance of appropriate anticoagulation therapy, and many factors that can alter the degree of anticoagulation, routine monitoring of the INR is recommended, and is commonly checked once a | Quest and Institution Submissions |
| INR Result Next Most Recent | Next most recent International Normalized Ratio Result (INR) | - | 2-3.5 | The INR of the next most recent score is displayed for comparison purposes. | Quest and Institution Submissions |
| INR Date Next Most Recent | Date of next most recent INR test | Date of next most recent INR test | - | The next most recent INR Test date is displayed for comparison. | Quest and Institution Submissions |