KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 322-5205
 E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF TIM BELAVICH IN SUPPORT OF DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY PORTIONS OF THE TWENTY-FIFTH ROUND MONITORING REPORT OF THE SPECIAL MASTER (Fed. R. Civ. P. 53)** |

I, Tim Belavich, declare:

1.  I am the Acting Statewide Mental Health Deputy Director for California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Objections and Motion to Strike or Modify Portions of the Twenty-Fifth Round Monitoring Report of the Special Master.

2.  I was appointed CDCR's Acting Statewide Mental Health Deputy Director on March 12, 2012. As Deputy Director, I am responsible for and supervise the Department's mental health

1

1  program and clinical support division as well as the field operations, which include mental health
2  program support, psychology support, psychiatry support, health care placement oversight,
3  inpatient care, regional support, and compliance with *Coleman* mandates.  I am familiar with
4  current processes in place at headquarters to prevent suicides in California prisons.  In addition, I
5  am familiar with the statistics on suicides occurring in California prisons between 2000 and 2012.

6        3.     The special master's monitoring report compares California's prison suicide rates
7  with the national average suicide rate in state prisons.  In making this comparison, the special
8  master relies on a U.S. Department of Justice, Bureau of Justice Statistics publication entitled
9  "Mortality in Local Jails and State Prisons, 2000-2010 – Statistical Tables."  A true and correct
10  copy of this publication is attached as Exhibit 1.  Based on the prison mortality statistics from
11  2001 to 2010 listed in table 25, California's prison average suicide rate of 20 per 100,000 inmates
12  is lower than or equal to 20 other states.  In addition, there are 25 other states that have prison
13  suicide rates higher than the national average of 16.

14        4.     Between the years 2000 and 2006, the suicide frequency—the total number of inmate
15  suicides per year—in California prisons increased by more than 190%.

16        5.     By contrast, suicide frequency in California prisons has declined since 2007, and
17  dropped by nearly 10% within the past two years.

18        6.     A true and correct copy of a graph that compares the suicide frequency in California
19  Prisons from 2007 to 2012 with the suicide frequency during 2000-2006 is attached as Exhibit 2.

20        7.     Between the years 2000 and 2006, the suicide rate—the number of inmate suicides
21  per 100,000 inmates—in California prisons increased from 9.3 to 25.1 suicides per 100,000
22  inmates.

23        8.     By contrast, the overall suicide rate trend since 2007 has actually flattened.

24        9.     As a result, between 2003 and 2012, the suicide rate trend has remained relatively
25  flat. A true and correct copy of a graph showing the suicide rate with trend line from 2003-2012 is
26  attached as Exhibit 3.

27        10.    The 23.7 suicide rate for 2012 is higher than the rate for 2011 despite the fact that the
28  actual number of suicides decreased by one in 2012.  This distortion results from the substantial

2

T. Belavich Decl. Supp. Defs' Objs. to & Mot. to Strike and Modify 25th Round Monitoring Rpt.
(2:90-cv-00520 LKK JFM PC)

drop in the California prison inmate population under realignment—17.2% since October 2011. Had the inmate population remained constant since June 30, 2011, the number of completed suicides would have: (a) yielded a rate of 19.7 suicides per 100,000 inmates for 2012, (b) resulted in the suicide rate trend from 2007 to 2012 remaining relatively flat; and (c) declined by 1.4 suicides since 2010.

11. A true and correct copy of a graph that compares the suicide rate in California Prisons from 2007 to 2012 with the suicide rate during 2000-2006 is attached as Exhibit 4. The graph contained in Exhibit 4 shows that the trend line for years 2007-2012 is flatter than the trend line for years 2000-2006, a sign that the overall suicide rate in California began decreasing in 2007.

12. Prison population demographics, including race, culture, age, commitment offense, morbidity, and other factors including the prevalence of prison gangs, are relevant to determining suicide risk. These factors must be considered when comparing one prison population with another because the variability in population demographics and circumstances unique to California that are relevant in assessing suicide risk can yield unreliable comparisons.

13 The suicide rates published in U.S. Department of Justice mortality report (Ex. 1) are not adjusted to make direct comparisons between states. Indeed, the U.S. Department of Justice expressly discourages such a comparison because of the compositional differences between states and the impact those compositional differences have on suicide rates. A true and correct copy of an e-mail from the report's publisher that discourages such comparisons is attached as Exhibit 5.

14. As part of CDCR's August 2010 suicide plan, the mental health program developed and implemented a mentoring program to improve clinical competency in the administration of suicide risk evaluations. The mentoring program was designed to mentor new and unlicensed staff, with an initial intent to "grandfather in" veteran staff. From August 2011 to the present, ongoing training has been provided to selected mentors in all institutions—to date, over 90 staff members have been trained as mentors, and every institution has an identified primary mentor. Although there are differences in the percentages of staff mentored at each institution, all institutions are focusing on the completion of suicide risk evaluation mentoring for staff working with inmates needing Enhanced Outpatient Program and Mental Health Crisis Bed placements.

3

T. Belavich Decl. Supp. Defs' Objs. to & Mot. to Strike and Modify 25th Round Monitoring Rpt.
(2:90-cv-00520 LKK JFM PC)

By now focusing on staff who administer suicide risk evaluations and putting all staff through a peer review cycle (which generally takes 2 years), the State has embarked upon a significant expansion of the original plan, underscoring its commitment to embrace, and maintain, its ongoing focus on quality clinician work.

15. In addition to the mentoring program, CDCR established a work group to address the increased risk of suicide in administrative segregation units that included representatives from mental health and the Division of Adult Institutions. Among other things, this group has worked to develop and improve tracking systems and data analysis of inmate populations within segregated units.

16. CDCR mental health staff are also actively involved in monitoring inmates at a high risk of suicide. Mental health staff continually monitor high-risk inmates through multiple processes, including designated referral coordinators, monthly meetings, data tracking, and through CDCR's self-monitoring process to ensure that inmates who need it are referred to higher levels of care.

17. Since 2003, the trend of suicides occurring in administrative segregation units as a percentage of the overall suicide rate has declined. A true and correct copy of a graph showing the percentage of California prison suicides occurring in administrative segregation units from 2003-2012, with a trend line, is attached as Exhibit 6.

18. A true and correct copy of a graph showing a comparison of the percentage of suicide rates occurring in administrative segregation between 2000-2006 and 2007-2012, with trend lines, is attached as Exhibit 7. Between 2000 and 2006, there is an upward trend of suicides in administrative segregation units. However, beginning in 2007, the upward trend ceased and CDCR has been able to maintain a consistent trend of approximately one-third of suicides occurring in administrative segregation units.

19. In addition, suicides have decreased in security housing units and psychiatric services units. Since 2007 only 10 suicides have occurred in security housing units—six occurred in 2007 and 2008, and only four have occurred from 2009 through 2012. Additionally, only three suicides have occurred in psychiatric services units since 2007, and none in 2012.

4

T. Belavich Decl. Supp. Defs' Objs. to & Mot. to Strike and Modify 25th Round Monitoring Rpt.
(2:90-cv-00520 LKK JFM PC)

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed in Euclid, Ohio on January 28, 2013.

/s/ *Tim Belavich*

Tim Belavich, Ph.D.

CF1997CS0003

5

T. Belavich Decl. Supp. Defs' Objs. to & Mot. to Strike and Modify 25th Round Monitoring Rpt.
(2:90-cv-00520 LKK JFM PC)