# EXHIBIT 2



Figure 4: Total Frequency 2000-2006 & 2007-2012, with Trends