# EXHIBIT 3



**CDCR Rate of Suicide, 2003-2012**