# EXHIBIT 4



Figure 2. Total CDCR Suicide Rate: 2000-2006 & 2007-2012, with trends