# EXHIBIT 5

| | |
|---|---|
| **From:** | Eargle, Amy@CDCR |
| **To:** | Burleson, Judy@CDCR; Debbie Vorous |
| **Subject:** | Fwd: California Deaths in Custody request |
| **Date:** | Wednesday, January 09, 2013 12:26:51 PM |
| **Attachments:** | image001.png |

Canning's communication with usdoj. Note comparison is "actively discouraged"

Begin forwarded message:

**From:** "Canning, Robert@CDCR" <Robert.Canning@cdcr.ca.gov>
**Date:** January 9, 2013 11:00:40 AM PST
**To:** "Eargle, Amy@CDCR" <Amy.Eargle@cdcr.ca.gov>
**Subject: FW: California Deaths in Custody request**

Here is my email communication with Ms. Noonan, manager of the Death in Custody Reporting Program at the BJS, on 12/11/2012.

| | | |
|---|---|---|
| Robert D. Canning, Ph.D. | Desk: | **(916) 691-0276** |
| Senior Psychologist Specialist | Cell: | **(530) 400-8965** |
| Statewide Mental Health Program | Fax: | **(916) 691-0534** |
| | mail: | robert.canning@cdcr.ca.gov |

*CONFIDENTIALITY NOTICE: This communication and contents may have sensitive, confidential and/or legally privileged information  Any unauthorized disclosure, distribution or action in reliance on the contents of this communication is strictlyprohibited and may be unlawful. If you are not the intended recipient, please contact the sender and destroy all events of this communication. For IT issues contact our Solutions Center at 1-888-735-3470.*

Adobe Systems



---

**From:** Noonan, Margaret [mailto:Margaret.Noonan@usdoj.gov]
**Sent:** Tuesday, December 11, 2012 10:30 AM
**To:** Canning, Robert@CDCR
**Subject:** RE: California Deaths in Custody request

Keep in mind our rates are not adjusted to make direct comparisons between states and we actively discourage it due to the compositional differences (more racial than sex differences) between states and the impact it has on mortality rates, particularly suicide rates. Also, keep in mind most DOCs have heavily male representation in the incarcerated population, with males accounting for about 96% of prisoners nationally.

That being said, see table 18 of the report I sent you the link to earlier. That has the midyear custody counts, which is what we base our denominators on, at the national level by certain demographics, including by sex.

I hope this helps.

-Margaret

Margaret Noonan
Statistician
U.S. Department of Justice
Bureau of Justice Statistics
810 7th Street, NW
Washington, DC 20531
(202) 353-2060

**From:** Canning, Robert@CDCR [mailto:Robert.Canning@cdcr.ca.gov]
**Sent:** Tuesday, December 11, 2012 1:08 PM
**To:** Noonan, Margaret
**Subject:** RE: California Deaths in Custody request

Thank you very much. Actually I am looking for denominators for state prisoner's nationally. We keep getting asked if we are higher than the national average and of course the numbers do look different. I just want to run some statistical tests for differences between california's raw rate and the national rate from BJS. Is it possible to get the numerator and denominator for males nationally? We have so few female suicides (<6 in the last 20 years) that our rate is essentially a male rate.

I appreciate your help and look forward to the update on Thursday. Thanks.

| Robert D. Canning, Ph.D. | Desk: | **(916) 691-0276** |
|---|---|---|
| Senior Psychologist Specialist | Cell: | **(530) 400-8965** |
| Statewide Mental Health Program | Fax: | **(916) 691-0534** |
| | mail: | robert.canning@cdcr.ca.gov |

*CONFIDENTIALITY NOTICE: This communication and contents may have sensitive, confidential and/or legally privileged information. Any unauthorized disclosure, distribution or action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender and destroy all events of this communication. For IT issues contact our Solutions Center at 1-888-735-3470.*

Adobe Systems



**From:** Noonan, Margaret [mailto:Margaret.Noonan@usdoj.gov]
**Sent:** Tuesday, December 11, 2012 10:04 AM
**To:** Canning, Robert@CDCR
**Subject:** California Deaths in Custody request

Dear Dr. Canning,

I got your voicemail this morning. Given the nature of your request, it seemed to make more sense to answer via email.

I've attached California's denominators per your request.

On the off-chance you missed our last round of statistical tables I'm including a link to the statistical tables, which covers deaths in prisons and jails through 2009. http://www.bjs.gov/content/pub/pdf/pjdc0009st.pdf. Given that you're interested in comparing California's mortality rates to other states, tables 20, 21, 25 and 26 will likely be of interest to you.

An update through 2010 will be released on Thursday the 13th of December. I will be sure to pass along a copy when it's released.

If there is anything else I can help you with, please don't hesitate to contact me.

Take care,
Margaret


Margaret Noonan
Statistician
U.S. Department of Justice
Bureau of Justice Statistics
810 7th Street, NW
Washington, DC 20531
(202) 353-2060