# EXHIBIT 7



Figure 6. Percent of Total CDCR Suicides in ASU, 2000-2006 & 2007-2012, with trends