| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 3 | JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| 4 | DEBBIE J. VOROUS, SBN 166884<br>WILLIAM H. DOWNER, SBN 257644 |
| 5 | Deputy Attorney General<br>  1300 I Street, Suite 125 |
| 6 |   P.O. Box 944255<br>  Sacramento, CA 94244-2550 |
| 7 |   Telephone:  (916) 324-5345<br>  Fax:  (916) 324-5205 |
| 8 |   E-mail:  Debbie.Vorous@doj.ca.gov |
| 9 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                            Plaintiffs,<br><br>        v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                            Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF AMENDED DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY PORTIONS OF THE TWENTY-FIFTH ROUND MONITORING REPORT OF THE SPECIAL MASTER (Fed. R. Civ. P. 53)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 28, 2013, Defendants electronically filed a document entitled Defendants' Objections to Strike or Modify Portions of the Twenty-Fifth Round Monitoring Report of the Special Master under Federal Rule of Civil Procedure 53.  (ECF No. 4312.)  This document was filed without an indexed table of contents and authorities because it was unclear whether such tables were required under Local Rule 133(k) and because staff was unavailable to generate the tables at the time the objections were electronically filed.

1

For the convenience of the Court and the parties, Defendants now file an amended version of Defendants' Objections to Strike or Modify Portions of the Twenty-Fifth Round Monitoring Report of the Special Master under Federal Rule of Civil Procedure 53 *with* tables of contents and authorities, and request that the amended document replace the objections filed under ECF No. 4312. Counsel apologizes for any inconvenience.

Dated: January 29, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ William H. Downer*

WILLIAM H. DOWNER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Notice of Am. Defs.' Objs and Mot. to Strike or Modify 25th Round Monitoring Rpt. of Special Master (2:90-cv-00520 LKK JFM PC)