1  Jon Michaelson – SBN 83815
   jon.michaelson@klgates.com
2  Jeffrey L. Bornstein –SBN 99358
   jeff.bornstein@klgates.com
3  Linda L. Usoz – SBN 133749
   linda.usoz@klgates.com
4  Megan Cesare-Eastman – SBN 253845)
   megan.cesare-eastman@klgates.com
5  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
6  San Francisco, California  94111
   Telephone:   (415) 882-8200
7  Facsimile:    (415) 882-8220

8  Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No.  Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| EDMUND G. BROWN, JR., et al., | Judge:     Hon. Lawrence K. Karlton |
| Defendants. | |

1  TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Jon Michaelson, Jeffrey L. Bornstein, Linda L. Usoz, and Megan Cesare-Eastman of the law firm of K&L Gates LLP, enter their appearance as additional counsel of record on behalf of Plaintiffs in the above-captioned case.

Copies of all pleadings, papers, and notices should be served as follows:

>Jon Michaelson
>jon.michaelson@klgates.com
>Jeffrey L. Bornstein
>jeff.bornstein@klgates.com
>Linda L. Usoz
>linda.usoz@klgates.com
>Megan Cesare-Eastman
>megan.cesare-eastman@klgates.com
>K&L GATES LLP
>4 Embarcadero Center, Suite 1200
>San Francisco, CA 94111
>Telephone:  (415) 882-8200
>Facsimile:  (415) 882-8220

Respectfully submitted,

K&L GATES LLP

Dated:  January 30, 2013    By:   */s/ Jeffrey L. Bornstein*
Jon Michaelson
Jeffrey L. Bornstein
Linda L. Usoz
Megan Cesare-Eastman
Attorneys for Plaintiffs

---

Civ S 90-0520 LKK-JFM                    1
NOTICE OF APPEARANCE OF COUNSEL