IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                      No. 2:90-cv-0520 LKK JFM P

     vs.

EDMUND G. BROWN, JR., et al.,

      Defendants.             <u>ORDER</u>

                                /

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. As soon as practicable the special master shall file a report on suicides completed in the California Department of Corrections and Rehabilitation in the first six months of calendar year 2012.

        2. All parties shall have ten days from the date said report is filed in which to file objections or other response to said report.

        3. Plaintiffs may respond to defendants' January 28, 2013 objections to and motion to strike or modify portions of the special master's Twenty-Fifth Round Monitoring Report within ten days from the date of this order.

/////

/////

1

4. Plaintiffs' response, if any, to the Special Master's Report on his Expert's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2011 shall be filed not later than fifteen days from the date said report was filed.

DATED: January 30, 2013

/reports2

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT