KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, SBN 166884
PATRICK R. MCKINNEY, SBN 215228
WILLIAM H. DOWNER, SBN 257644
Deputy Attorney General
 455 Golden Gate Avenue. Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' RESPONSE AND OBJECTION TO JANUARY 22, 2013 ORDER** |

I, ROSS MEIER, declare as follows:

1. I am an Associate Warden for the California Department of Corrections and Rehabilitation (CDCR) assigned to California State Prison, Sacramento County. Before taking this position, I was the Chief of the Population Management Unit of the Division of Adult Institutions for the CDCR. I was employed as Chief of the Population Management Unit from March 2010 to October 2012, and was with the Population Management Unit beginning in 2003.

1

I have assisted in gathering data maintained by CDCR on numerous occasions, and continue to assist on population management issues.  I helped develop the State's comprehensive post-realignment plan.  I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.  I submit this declaration in support of the State's Objection and Response to the Court's January 22, 2013 Order.

2. The State's comprehensive post-realignment plan, *The Future of California Corrections: A Blueprint to Save Billions of Dollars, End Court Oversight, and Improve the Prison System* (the "Blueprint"), incrementally decreases and eliminates the California Out-of-State Correctional Facility Program.  A true and correct copy of Appendix G to the Blueprint is attached as Exhibit 1.

3. As of January 30, 2013, 8,852 inmates were housed in private prisons in other states.  None of these inmates have mental disorders requiring treatment or services, and are not members of the *Coleman v. Brown* class.

4. Of the 8,852 inmates currently housed out of state, 4,527 (51.1%) will complete their prison terms before July 1, 2016.  Each month, an average of 110 inmates per month will parole from the out of state program.  These inmates will serve their sentences out of state, except for a short period of time where they will return to a CDCR prison to complete pre-release planning.

5. The remaining 4,325 will gradually return to California through June 30, 2016.  As shown in Exhibit 1, the reductions of inmates in out-of-state prisons will occurs as follows:

- reduce to 4,596 inmates out of state by December 27, 2013;
- reduce to 2,696 inmates out of state by June 30, 2014;
- reduce to 1,160 inmates out of state by June 30, 2015; and
- reduce to zero inmates out of state by June 30, 2016.

6. The returning inmates will be housed in appropriate celled or dormitory housing units.  The gradual return of these inmates called for in the Blueprint allow the State to avoid housing inmates in non-traditional areas, such as gymnasiums.  The return of these inmates will in no way inhibit the State's ability to continue to provide quality mental health care to the inmates who need it.

2

Decl. Ross Meier Supp. Defs.'Resp. and Objection to Jan. 22, 2013 Order
(2:90-cv-00520 LKK JFM PC)

1   I declare under penalty of perjury under the laws of the State of California and the United
2   States of America that the foregoing is true and correct. Executed in Sacramento, California on
3   February 6, 2013.

***Ross Meier***
Ross Meier
*(original signature retained by attorney)*

CF1997CS0003
20668591.docx