**Exhibit 1**

Base Line Gap Chart
(New Capacity is added into Design Capacity to Rated Capacity)

| Fiscal Year | | 06/27/12 | 12/27/12 | 06/27/13 | 12/27/13 | 06/30/14 | 06/30/15 | 06/30/16 |
|---|---|---|---|---|---|---|---|---|
| **Spring 2012 Population Projections** | | 133,768 | 129,691 | 127,674 | 125,844 | 125,006 | 123,649 | 123,363 |
| | **Other Population Reduction Strategies** | | | | | | | |
| | Law Changes (civil addicts) | | 300 | 300 | 300 | 300 | 300 | 300 |
| | Alternative Custody Program (ACP) | 22 | 200 | 200 | 200 | 200 | 200 | 200 |
| **Revised Population** | | 133,746 | 129,191 | 127,174 | 125,344 | 124,506 | 123,149 | 122,863 |
| **Capacity** | | | | | | | | |
| | **Current Design Capacity** | | | | | | | |
| | Institutions | 79,756 | 79,756 | 81,478 | 81,478 | 82,611 | 82,611 | 82,496 |
| | Prison Closure[1] | | | | | | | -2,491 |
| | Level I/II/III/RC/Female | 59,643 | 59,643 | 61,476 | 61,476 | 62,609 | 62,609 | 62,494 |
| | IV/SHU Cells | 20,113 | 20,113 | 20,002 | 20,002 | 20,002 | 20,002 | 20,002 |
| | Camps[2] | 4,480 | 3,800 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| | **New Construction** | | | | | | | |
| | DJJ Renovation or Activations | | 0 | 0 | 0 | 1,133 | 1,133 | 1,133 |
| | CHCF | | | 1,722 | 1,722 | 1,722 | 1,722 | 1,722 |
| | Infill Level II | | | | 0 | 0 | 0 | 2,376 |
| | Mental Health Capacity | 109 | 109 | 109 | 109 | 109 | 109 | 109 |
| | **Contract Capacity** | | | | | | | |
| | MCCF | 600 | 600 | 600 | 1,825 | 1,825 | 1,825 | 1,825 |
| | FRCCC/CPMB | 99 | 99 | 99 | 99 | 99 | 99 | 99 |
| | Out of State Capacity[3] | 9,588 | 8,988 | 8,988 | 4,596 | 2,696 | 1,160 | 0 |
| **Total Capacity (Assumes 137.5% at 33 prisons)** | | 124,541 | 123,261 | 126,050 | 122,883 | 123,674 | 122,138 | 123,196 |
| **Total Capacity (Assumes 145% at 33 prisons)** | | 130,522 | 129,242 | 132,161 | 128,994 | 129,870 | 128,334 | 129,383 |
| **Institution Population** | | 118,979 | 115,704 | 114,987 | 116,324 | 117,386 | 117,565 | 118,439 |
| **Overcrowding Rate** | | 149.2% | 145.1% | 141.1% | 142.8% | 142.1% | 142.3% | 143.6% |
| **Goal at 137.5%** | | 123,622 | 117,241 | 112,032 | 112,032 | 113,590 | 113,590 | 113,432 |
| **Goal at 145%** | | | | | 118,143 | 118,143 | 119,786 | 119,786 | 119,619 |
| **Surplus/Deficit at 137.5% Overcrowding** | | 4,643 | 1,537 | (2,955) | (4,292) | (3,796) | (3,975) | (5,007) |
| **Surplus/Deficit at 145% Overcrowding** | | N/A | N/A | 3,156 | 1,819 | 2,400 | 2,221 | 1,180 |

[1] Assumes the closure of CRC in FY 15/16.

[2] Assumes the Camp beds will reduced to the current level of offenders that will not be eligible for AB 109.

[3] Assumes reducing the COCF beds by 600 in FY 12/13, deactivating the Oklahoma and Mississippi contracts by 12/27/13, deactivating 1900 contract beds in Arizona by 6/30/14, 1536 contract beds in Arizona by 6/30/15 and deactivating 1160 contract beds in Arizona by 6/30/16.