KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, SBN 166884
PATRICK R. MCKINNEY, SBN 215228
WILLIAM H. DOWNER, SBN 257644
Deputy Attorney General
 455 Golden Gate Avenue. Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF TIM BELAVICH IN SUPPORT OF DEFENDANTS' RESPONSE AND OBJECTION TO JANUARY 22, 2013 ORDER** |

I, TIM BELAVICH, declare as follows

1. I am the Acting Statewide Mental Health Deputy Director for California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of the State's Objection and Response to the Court's January 22, 2013 Order.

2. The State's comprehensive post-realignment plan, *The Future of California Corrections: A Blueprint to Save Billions of Dollars, End Court Oversight, and Improve the*

1

Decl. Dr. T. Belavich Supp. Defs.' Resp. and Objection to Jan. 22, 2013 Order
(2:90-cv-00520 LKK JFM PC)

*Prison System* (the "Blueprint"), incrementally decreases and eliminates the California Out-of-State Correctional Facility Program.

3. The State's Blueprint provides that 4,325 inmates housed in out-of-state facilities will gradually return to California through June 30, 2016. Under Court order, no inmate housed in an out-of-state facility is a participant in the Mental Health Services Delivery System. The gradual return of these out-of-state inmates will in no way inhibit the State's ability to continue to provide quality mental health care to the inmates who need it.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Euclid, Ohio on February 6, 2013.

***Tim Belavich***
Tim Belavich
***(original signature retained by attorney)***

CF1997CS0003
20069726.doc