1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California 94710-1916
   Telephone: (510) 280-2621

   MICHAEL W. BIEN – 096891
   JANE E. KAHN – 112239
   ERNEST GALVAN – 196065
   LISA ELLS – 243657
   AARON J. FISCHER – 247391
   MARGOT MENDELSON – 268583
   KRISTA STONE-MANISTA – 269083
   ROSEN BIEN GALVAN & GRUNFELD LLP
   315 Montgomery Street, Tenth Floor
   San Francisco, California 94104-1823
   Telephone: (415) 433-6830

   JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
   LINDA L. USOZ – 133749
   MEGAN CESARE-EASTMAN – 253845
   K&L GATES LLP
   4 Embarcadero Center, Suite 1200
   San Francisco, California 94111-5994
   Telephone: (415) 882-8200

   CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
   180 Montgomery Street, Suite 600
   San Francisco, California 94104-4244
   Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, Jr., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' OBJECTIONS TO TWENTY-FIFTH MONITORING REPORT OF THE SPECIAL MASTER** |

1       On January 28, 2013, Defendants filed their "Defendants' Objections and Motion to
2  Strike or Modify Portions of the Twenty-Fifth Round Monitoring Report of the Special
3  Master." Docket No. 4312. On January 29, 2013, Defendants filed their "Amended
4  Defendants' Objections and Motion to Strike or Modify Portions of the Twenty-Fifth
5  Round Monitoring Report of the Special Master." Docket No. 4314. On February 11,
6  2013, in response to an Order from this Court, Plaintiffs filed their "Response to
7  Defendants' Objections and Motion to Strike or Modify Portions of the Twenty-Fifth
8  Round Monitoring Report of the Special Master." Docket No. [   ]. On the same day,
9  Plaintiffs filed a motion to strike certain inappropriate statements included by Defendants
10 in their Objections. Docket No. [   ].
11      Good cause appearing,
12      IT IS HEREBY ORDERED
13      1.   The Clerk is directed to remove Item Numbers 4312 and 4314 from the
14 Docket.
15      2.   Defendants are to refile their Objections without the material at page 2, line 2
16 of their Objections and Amended Objections, starting with the word "Perhaps . . ." and
17 ending with the words "will continue."

19 DATED: _____, 2013

                                    _____
                                    Lawrence K. Karlton
                                    Judge of the United States District Court

[725148-2]

1                                                                              Civ S 90-0520 LKK-JFM
[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' OBJECTIONS
TO TWENTY-FIFTH MONITORING REPORT OF THE SPECIAL MASTER