# EXHIBIT 1

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

| VOLUME 4: MEDICAL SERVICES | Effective Date: 8/08 |
|---|---|
| CHAPTER 12:  EMERGENCY MEDICAL RESPONSE | Revision Date(s): 12/15/11 |
| 4.12.1: EMERGENCY MEDICAL RESPONSE SYSTEM POLICY | Attachments: Yes ☐  No ☒ |

## I.  POLICY

California Correctional Health Care Services (CCHCS), the California Department of Corrections and Rehabilitation (CDCR), and the Division of Correctional Health Care Services (DCHCS) shall ensure that medically necessary emergency medical response, treatment, and transportation is available, and provided twenty-four (24) hours per day to patient-inmates, employees, contract staff, volunteers, and visitors.

A.  It is the responsibility of CCHCS to plan, implement, and evaluate the Emergency Medical Response System (EMRS).  The organized pattern of readiness and response services within CDCR is set forth in this policy.  The DCHCS will collaborate in the implementation of this policy by participating in drills and events.

B.  Basic Life Support (BLS) and Advanced Cardiac Life Support (ACLS) treatment will be provided consistent with the American Heart Association (AHA) guidelines for Cardiopulmonary Resuscitation (CPR) and Emergency Cardiovascular Care according to each individual's training, certification, and authorized scope of practice.

C.  BLS and ACLS shall be documented on the CDCR Form 7462, Cardiopulmonary Resuscitation Record.

D.  Trained CCHCS and CDCR staff or contractors will perform the functions of First Aid, BLS, and ACLS.

E.  The standard guidelines for responding to emergencies are:

1.  The response time for BLS capable personnel (First Responders) shall not exceed four (4) minutes (the First Responder Response Time).

2.  The response time for health care staff shall not exceed eight (8) minutes (Health Care Staff Response Time).

## II.  PURPOSE

The purpose of this policy is to standardize:

A.  The structure and organization of the CDCR EMRS facilities, equipment, and personnel training.

B.  Procedures for emergency medical response.

C.  Mechanisms for documentation, data management, medical oversight, and quality improvement activities.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

## III. DEFINITIONS

**Advanced Cardiac Life Support:**  Emergency care consisting of BLS procedures and definitive therapy including the use of invasive procedures, medications, and manual defibrillation.

**Allied Health Care Staff**: Respiratory Therapists, Physical Therapists, Occupational Therapists, Radiology Technicians, Laboratory Technologists/Technicians and Phlebotomists, and registered dieticians.

**Basic Life Support:**  Emergency care performed to sustain life that includes CPR, automated external defibrillation, control of bleeding, treatment of shock, and stabilization of injuries and wounds.

**First Aid**:  Emergency care administered to an injured or sick patient-inmate before Health Care Staff is available.

**First Responder:**  The first staff member certified in BLS on the scene of a medical emergency.

**First Responder Response Time:**  The time interval starting at the placement of the first call for an emergency medical response and ending with the arrival of treating personnel trained in CPR at the scene of the incident.

**Health Care First Responder (HCFR):**  The first health care staff member certified in BLS to arrive at the scene of a medical emergency.

**Health Care Staff**:  Physicians, Dentists, Registered Nurses (RNs), Physician Assistants, Nurse Practitioners, Licensed Vocational Nurses, Certified Nursing Assistants, Psychiatrists, Psychologists, Licensed Clinical Social Workers (LCSWs), Licensed Psychiatric Technicians, Registered Dental Assistants and Registered Dental Hygienists.

**Health Care Staff Response Time:**  The time interval starting at the placement of the first call for an emergency medical response and ending at the time a physician, mid-level provider, or RN has contact with the patient-inmate, or communicates via radio or telephone with the HCFR.

**Medical Emergency**:  A medical emergency as determined by medical staff includes any medical, mental health, or dental condition for which evaluation and treatment are necessary to prevent death, severe or permanent disability, or to alleviate disabling pain. A medical emergency exists when there is a sudden marked change in a patient-inmate's condition so that action is immediately necessary for the preservation of life or the prevention of serious bodily harm to the patient-inmate or others.

**Triage and Treatment Area Registered Nurse**:  A RN assigned to work in the Triage and Treatment Area (TTA).

## IV. RESPONSIBILITIES

The Chief Executive Officer (CEO) and the Warden at each institution are responsible for implementation of this policy.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

## V. GENERAL REQUIREMENTS

### A. System Organization and Management

1. At least one RN shall be available on-site at each institution twenty-four (24) hours a day, seven (7) days a week for emergency health care. During those hours in which a physician is not on-site, the highest priority for the RN shall be emergency care. A Provider On-Call (POC) or Medical Officer of the Day (MOD) shall be available twenty-four (24) hours a day, seven (7) days a week to provide consultation and on-site care as necessary.

2. TTAs, General Acute Care Hospitals, standby licensed emergency departments, and all clinical areas shall be properly staffed and equipped.

3. Local Operating Procedures approved by the designated management team shall be in place for communications, response, evaluation, treatment, and transportation of patient-inmates, staff, and visitors.

4. Community Emergency Medical Services responders have ready entry and ready exit into and out of the institution through the vehicle sally port and throughout the facility in order to access the patient-inmate.

5. CCHCS shall maintain a system to manage and track physician and mid-level staff ACLS certification requirements.

### B. Facilities and Equipment

1. Emergency equipment and supplies, emergency medical bags, oxygen and Automated External Defibrillators shall be maintained according to manufacturer's specifications and readily accessible to Health Care Staff in the TTA, all clinic areas, emergency medical response vehicles, and all other areas deemed appropriate by the CEO and the Warden in the institution.

2. The location of the equipment shall be clearly identified by signage.

3. The equipment will be maintained, appropriately secured, and inventoried each shift.

### C. Personnel: Staffing and Training

1. The CEO is responsible for assuring a system is in place to manage and track clinical staff BLS certification requirements.

2. All correctional peace officers (custody) shall, within the previous two years, have successfully completed a course in CPR that is consistent with AHA guidelines. Custody staff shall maintain a system to manage and track correctional peace officers CPR requirements.

3. For Allied Health Care Staff who have direct patient-inmate contact, BLS certification is recommended but not required.

4. All health care staff with the exception of dental staff and LCSWs shall, within the previous two years, have successfully completed a health care provider-level course in BLS that is consistent with the AHA guidelines. Psychologists who belong to the organized medical staff at their institutions and who have admitting privileges must also complete this course.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

5. Certification Requirements:

   a. Dentists, dental hygienists, and dental assistants must provide proof of BLS certification which meets the requirements of their respective licensing Board or Committee.

   b. Psychologists who do not have admitting privileges and LCSWs are not required to maintain BLS certification, although certification is recommended.

   c. All primary care physicians and mid-level providers are required to obtain and maintain ACLS certification and submit proof of certification/recertification to institutional management and the headquarters credentialing unit.

   d. Physicians and mid-level providers who are currently certified in ACLS are not required to have BLS certification.

   e. Contract specialty consultants who may perform procedures requiring procedural sedation at CDCR institutions shall, within the last two years, have successfully completed a course in BLS that is consistent with the AHA guidelines. Proof of certification/recertification must be received by the institutional CEO and the headquarters credentialing unit prior to the contract specialist's start date and/or prior to the expiration of the contract specialist's BLS certification.

6. ACLS certification and maintenance of certification is preferred for the Supervising Registered Nurse in charge of the TTA, and TTA RNs.

7. Nursing staff, based on their level of licensure and training, shall provide ACLS emergency care only under patient-specific individual orders based on clinical indications. The orders may be given verbally or telephonically when the provider is not present. These orders may include orders contained within the ACLS guidelines.

**D.** Institutions will conduct emergency medical response training drills and will provide access to skills training on an ongoing basis (refer to Inmate Medical Services Policies and Procedures, Volume 4, Chapter 12, Emergency Medical Response Training Drill and Nursing Skills Lab policy).

## VI. REFERENCES

- California Code of Regulations, Title 15 § 3351 (a) and § 3354 (f)(1)
- California Code of Regulations, Title 16, §1016
- California Department of Corrections and Rehabilitation, Mental Health Services Delivery System Program Guide, 2009 Revision, Chapter 10, Suicide Prevention and Response
- California Department of Corrections and Rehabilitation, Emergency Alarm Response Plan
- Inmate Medical Services Policies and Procedures, Volume 4, Medical Services, Chapter 12, Policy 4.12.3, Emergency Medical Response Training Drill and Nursing Skills Lab Policy
- American Heart Association, Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care
- 2005 Policy Memorandum entitled "Policy Regarding Peace Officer's Responsibility for Use of Cardio Pulmonary Resuscitation – Overall Directives"

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

| VOLUME 4: MEDICAL SERVICES | Effective Date: 8/08 |
|---|---|
| CHAPTER 12: EMERGENCY MEDICAL RESPONSE | Revision Date(s): 7/2/12 |
| 4.12.2: EMERGENCY MEDICAL RESPONSE SYSTEM PROCEDURE | Attachments: Yes ☐ No ☒ |

## I. PROCEDURE OVERVIEW

Implementation of this procedure will ensure that medically necessary medical response, treatment, and transportation is available and provided twenty-four (24) hours per day to patient-inmates, employees, contract staff, volunteers, and visitors.

## II. DEFINITIONS

**Definitive Care:** The completion of appropriate care in a setting such as a hospital emergency department under the care of physician(s).

**First Responder (FR):** The first staff member certified in Basic Life Support (BLS) on the scene of a medical emergency.

**First Responder Response Time:** The time interval starting at the placement of the first call for an emergency medical response and ending with the arrival of treating personnel trained in cardiopulmonary resuscitation (CPR) at the scene of the incident.

**Health Care First Responder (HCFR):** The first health care staff member certified in BLS to arrive at the scene of a medical emergency.

**Health Care Staff Response Time:** The time interval starting at the placement of the first call for an emergency medical response and ending at the time a physician, mid-level provider, or Registered Nurse (RN) has contact with the patient-inmate, or communicates via radio or telephone with the HCFR.

**Urgent Condition:** Any medical condition that would not result in further disability or death if not treated immediately, but requires professional attention and has the potential to develop such a threat if treatment is not provided within 24 hours.

**Urgent Health Care Request:** An urgent health care request for immediate medical attention is based on the patient-inmate's or non-health care staff's belief that a medical condition, signs, or symptoms require immediate attention by staff trained in the evaluation and treatment of medical problems.

## III. GENERAL INSTRUCTIONS

- All staff has the authority to initiate a 9-1-1 call for Emergency Medical Services (EMS).

- Any individual who encounters a medical emergency is responsible for summoning assistance by the most expeditious means available, e.g., personal alarm device, two-way radio, whistle, shouting, or telephone.

- Any patient-inmate may request medical attention for an urgent or emergent health care need from any California Department of Corrections and Rehabilitation (CDCR) or

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

California Correctional Health Care Services employee. The employee shall in all instances notify health care staff without unreasonable delay.

- To efficiently activate a community EMS response and notify appropriate facility staff of a medical emergency, Local Operating Procedures (LOP) shall identify a single point of contact for reporting medical emergencies and establish the mechanism to contact appropriate parties.

- Activation of the institutional Emergency Medical Response System and the community EMS system shall occur as necessary to ensure the most appropriate level of emergency medical care is available in the shortest time interval.

- Preservation of a crime scene shall not preclude or interfere with the delivery of emergency medical care. Preservation of life shall take precedence over the preservation of a crime scene.

- Custody requirements shall not unreasonably delay medical care during a medical emergency unless the safety of staff, patient-inmates, or the general public would be compromised.

- If a patient-inmate is unable to be resuscitated, the decision to terminate CPR shall be made by a physician or a mid-level provider, community EMS personnel, or by a RN if CPR was initiated for a patient-inmate who exhibits clear signs of death as described in Section IV.B.4(a) below. Pronouncement of death shall only be determined and made by a physician or a mid-level provider per LOP.

## IV. PROCEDURE

### A. Urgent Response, Treatment, and Transportation

1. Upon notification or discovery of an urgent health care need, the staff member shall call the designated clinical area.

2. The requesting staff member shall provide a brief description of the nature of the request to the clinical staff.

3. Direct contact with the patient-inmate by licensed clinical staff shall occur in person or by phone, and be provided for all patient-inmates requesting urgent medical attention.

4. A RN, physician, or mid-level provider shall evaluate the patient-inmate's request by one of the following options:

   a. Arrange to have the patient-inmate brought to the clinic.

   b. Arrange to have the patient-inmate brought to the Triage and Treatment Area (TTA).

   c. Evaluate the patient-inmate in his/her housing unit or current location.

   d. Talk directly to the patient-inmate via telephone, and thoroughly document the encounter on a CDCR Form 7230, Interdisciplinary Progress Notes.

5. The licensed clinical staff members shall document the evaluation in the Unit Health Record (UHR) using an appropriate form. Documentation of the encounter must clearly state the disposition and the rationale for the disposition decision.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

6. The RN, physician, or mid-level provider may direct other licensed staff to obtain vital signs and other clinical data and report the information to them.

7. All urgent encounters resolved in the yard or yard clinic after hours shall be documented on CDCR Form 7230, Interdisciplinary Progress Notes, and discussed by the Primary Care Team the following business day.

8. All dispositions for urgent conditions shall be made at the RN level of licensure or higher.

**B. Emergency Medical Response**

1. A FR shall evaluate the situation and initiate appropriate First Aid and/or BLS measures, including establishing airway, breathing, circulation, controlling bleeding, and administering CPR. The FR shall also:

   a. Briefly evaluate the patient-inmate and situation, then immediately notify health care staff of a possible medical emergency, and summon the appropriate level of assistance.

   b. Inform the health care staff of the general nature of the emergency including the general status of the patient-inmate. This may include whether the patient-inmate is conscious, breathing, bleeding, or other observable patient-inmate conditions and complaints.

   c. Immediately initiate CPR if appropriate.

   d. Initiate community EMS activation if necessary.

   If CPR is not initiated due to the condition of the patient-inmate, the reason(s) must be clearly documented.

2. Custody Protocol

   a. In medical emergencies, the primary objective is to preserve life. All peace officers who respond to a medical emergency shall provide immediate life support until medical staff arrives to continue life support measures. All peace officers must carry a personal CPR mouth shield at all times.

   b. The peace officer must evaluate and ensure it is reasonably safe to perform life support by effecting the following actions:

      1) Sound an alarm (a personal alarm or, if one is not issued, an alarm based on the LOP must be used) to summon necessary personnel and/or additional custody personnel.

      2) Determine and respond appropriately to any risk of exposure to blood borne pathogens by adhering to standard precautions.

      3) Determine, isolate, contain, and control the emergency and significant security threats to self or others including any circumstances causing harm to the involved patient-inmate.

      4) Initiate life saving measures consistent with training.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

    c.  The responding peace officer will document on CDCR Form 837, Crime/Incident Report, the decisions made regarding immediate life support and actions taken or not taken (Section IV.B.4.(a) below), including cases where life support is not initiated consistent with training and/or situations which pose a significant threat to the officer or others.

3.  RN/Licensed Vocational Nurse (LVN)/Licensed Psychiatric Technician (PT) shall:

    a.  Respond as quickly as conditions permit to the scene of the medical emergency with an emergency medical response bag and Automated External Defibrillator (AED), and initiate and/or assist with CPR if indicated.

    b.  Make an initial assessment of the situation and determine whether a medical emergency is present.

    c.  Notify the TTA with relevant clinical information within eight (8) minutes of the initial call for an emergency medical response if an RN is not already at the patient-inmate location.

In all cases, a RN or higher level of licensure shall be responsible for determining the disposition of the patient-inmate and communicating this information to the HCFR either in person or via radio/telephone.

The HCFR shall initiate community EMS activation if needed and not already completed by the FR.

4.  The HCFR shall begin appropriate medical treatment and assume responsibility for directing any medical care already in progress.

    a.  The HCFR shall determine if CPR is appropriate and continue CPR in the absence of:

        1)  Rigor mortis

        2)  Dependent lividity

        3)  Tissue decomposition

        4)  Decapitation

        5)  Incineration

If one or more of the above signs is present, then the HCFR will determine the patient-inmate to be deceased. The official pronouncement of death is the responsibility of the physician or mid-level provider per LOP.

    b.  CDCR Form 7462, Cardiopulmonary Resuscitation Record:

        1)  The CDCR Form 7462, Cardiopulmonary Resuscitation Record, shall be maintained on the emergency/crash cart for immediate access, and be completed by a RN or designee during a respiratory and/or cardiac arrest event.

        2)  All drugs administered during the respiratory and/or cardiac arrest event shall be read back and documented by the recorder, in the spaces provided on CDCR Form 7462, Cardiopulmonary Resuscitation Record, at the time of administration.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

    3) All other resuscitative measures shall be read back and documented in the spaces provided on CDCR Form 7462, Cardiopulmonary Resuscitation Record as they occur.

    4) Names of the team members involved in the code shall be documented in the space provided. Sections of CDCR Form 7462, Cardiopulmonary Resuscitation Record that are not applicable to a specific patient-inmate shall be marked "*N/A.*"

    5) All team members involved in the code, e.g., Physician, RN, LVN, must sign CDCR Form 7462, Cardiopulmonary Resuscitation Record, next to their name under the "Team Member" column.

  c. Once started, CPR shall continue until:

    1) Resuscitative efforts are transferred to a rescuer of equal or higher level of training.

    2) The patient-inmate is determined by a physician or mid-level provider to be deceased.

    3) Effective spontaneous circulation and ventilation have been restored.

    4) Emergency responders are unable to continue because of exhaustion or safety and security of the rescuer or others is jeopardized.

    5) A written, valid Do Not Resuscitate (DNR) order is presented. If there is any suspicion that a patient-inmate's cardiopulmonary arrest is not part of a natural or expected death, e.g., the patient-inmate's condition is a result of an attempted suicide, resuscitation efforts shall be continued regardless of the existence of a DNR, Physician's Orders for Life Sustaining Treatment, or Advance Directive to the contrary, and resuscitative efforts shall be commenced and continued until other indications to cease are present.

    6) RN determines that obvious signs of death are present (Section IV.B.4(a) above) and may direct that CPR be discontinued.

## C. Definitive Care and Patient-Inmate Transportation

  1. Based on the patient-inmate's clinical condition and emergency situation, the RN and the Primary Care Provider shall be responsible for:

    a. The continuations of medical treatment until community EMS responders arrive and assume care and transport the patient-inmate.

    b. Directing the transportation of the patient-inmate to the nearest site equipped and staffed for definitive care.

    c. Continuing treatment on location and directing EMS personnel to the scene, if clinically appropriate.

  2. Transportation Requirements

    a. Patient-inmates shall only assist with transportation if they are part of the fire crew.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

    b. CDCR Form 7252, Request for Authorization of Temporary Removal for Medical Treatment, will be initiated by health care staff and given to the designated custody representative, e.g., Associate Warden of Health Care, Watch Commander, for final completion and approval. After the form is completed it is forwarded to the custody transportation team.

    c. The transport of a patient-inmate via code three (3) ambulance shall not be unnecessarily delayed in order to complete the CDCR Form 7252, Request for Authorization of Temporary Removal for Medical Treatment, or to obtain other approvals from custody staff.

    d. EMS personnel will transport the patient-inmate to a community emergency facility according to local EMS agency policies and procedures.

  3. Notification

    a. During regular business hours (Monday through Friday) the TTA RN shall notify the Chief Medical Executive (CME) or designee and TTA Supervising RN or designee of the medical emergency transport and the circumstances of the transport as soon as possible. The Chief of Mental Health shall be notified of all suicides, suicide attempts, and possible overdoses that require medical emergency transport.

    b. During non-business hours on evenings, nights, weekends, and holidays the TTA RN shall notify the institution Medical Officer of the Day (MOD) or Physician-On-Call (POC) as soon as possible to inform him or her of the patient-inmate status and transport decision. The MOD or POC shall notify the CME or designee by the next business day.

    c. For patient-inmates transferred to a community emergency facility, the TTA provider or RN shall contact the receiving facility and provide a report, including available clinical information.

## D. Documentation

  1. General Requirements

    a. The RN will complete a CDCR Form 7219, Medical Report of Injury or Unusual Occurrence, for all work-related injuries or per custody requirements.

    b. The HCFR shall document his/her findings and interventions on the CDCR Form 7463, First Medical Responder – Data Collection Tool and sign this form.

    c. In the event of a patient-inmate death and if CPR is not initiated by non-health care staff, then non-health care staff will document the reason(s) on CDCR 837-A-1, Crime/Incident Report Supplement.

    d. The use of an AED will be documented by a health care staff member. If the AED has download capability, the electronic information record shall be downloaded, printed, and added to the patient-inmates' UHR.

    e. Notice of discharge of an AED shall be reported to the local county EMS utilizing the forms provided by that entity.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

f. Documentation of any additional care and treatment provided by other clinical responders at the scene shall be completed on a CDCR Form 7230, Interdisciplinary Progress Notes.

g. The emergency medical response documentation shall be signed, dated, and timed. All documentation shall be delivered to the TTA RN immediately at the time the patient-inmate arrives in the TTA or as soon as possible if the patient-inmate was transferred directly to a community emergency department.

h. The TTA RN shall contact the psychiatrist on duty regarding patient-inmates who present with self-inflicted injuries.

2. TTA Documentation Requirements

a. A TTA Log shall be maintained in the TTA at each institution.

b. Care and treatment shall be documented on the CDCR Form 7464, Triage and Treatment Services Flow Sheet.

c. BLS and Advanced Cardiac Life Support (ACLS) shall be documented on the CDCR Form 7462, Cardiopulmonary Resuscitation Record.

d. Care delivered according to RN protocols shall be documented on the appropriate RN protocol forms.

e. On arrival at the TTA, the RN shall remain with the patient-inmate and continue monitoring the patient-inmate's status until any resuscitative efforts are terminated, or until emergency medical service personnel assume patient-inmate care. During this time, the RN shall record the following:

1) Patient-inmate identification data (CDCR number, or, if unavailable, other identifying data).

2) Description of initial events and patient-inmate presentation (patient-inmate location, position, and witness description of events).

3) Times various treatments and procedures are rendered.

4) Name and title of the RN, name and title of the person to whom the patient-inmate is transferred, the date and time of the transfer, and the RN's signature.

f. TTA staff shall attach all relevant documentation to the CDCR Form 7464, Triage and Treatment Services Flow Sheet, for inclusion in the patient-inmate's UHR.

3. Transport Documentation Requirements

a. Copies of the CDCR Form 7464, Triage and Treatment Services Flow Sheet, CDCR Form 7462, Cardiopulmonary Resuscitation Record, if applicable, and all attachments shall be provided to the emergency medical service transport staff if the patient-inmate is sent out of the institution.

b. CDCR Form 7252, Request for Authorization of Temporary Removal for Medical Treatment.

c. Sally port officers are to maintain a standardized log of all emergency vehicle traffic entrances and exits, including times.

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

| VOLUME 4: MEDICAL SERVICES | Effective Date: 8/08 |
|---|---|
| CHAPTER 12: EMERGENCY MEDICAL RESPONSE | Revision Date(s): 12/15/11 |
| 4.12.3: EMERGENCY MEDICAL RESPONSE TRAINING DRILL AND NURSING SKILLS LAB POLICY | Attachments: Yes ☐ No ☒ |

## I. POLICY

The California Department of Corrections and Rehabilitation and California Correctional Health Care Services shall establish a procedure for emergency medical response training drills. Emergency medical response training drills shall be conducted at least quarterly and on each shift.  Access shall be provided to clinical skills labs at least quarterly.

## II. PURPOSE

Implementation of this policy will ensure:

A. Institutional staff is properly trained in the management of medical emergencies.

B. Registered Nurse competency in performance of clinical skills in all applicable nursing protocols.

C. Identified deficiencies are remedied.

## III. RESPONSIBILITIES

The Chief Executive Officer and the Warden are responsible for ensuring staff is properly trained in the management of medical emergencies and emergency medical response drills are conducted at least quarterly.

## IV. FREQUENCY OF DRILLS

Emergency medical response training drills shall be conducted at least quarterly and on each shift.

A. The drills shall address responses to medical emergencies in all areas of the institution and include participation of health care and custody staff.

B. Emergency medical response program staff will conduct drills in all dental clinics a minimum of once per year.

C. The drills may or may not be pre-announced and shall be conducted under varied conditions.

D. Each form required for medical emergency drills shall be completed.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

| | |
|---|---|
| **VOLUME 4: MEDICAL SERVICES** | Effective Date: 8/08 |
| **CHAPTER 12: EMERGENCY MEDICAL RESPONSE** | Revision Date(s): 12/15/11 |
| **4.12.4: EMERGENCY MEDICAL RESPONSE TRAINING DRILL AND NURSING SKILLS LAB PROCEDURES** | Attachments: Yes ☐ No ☒ |

## I. PROCEDURE OVERVIEW

Implementation of this procedure will ensure:

- Institutional staff is properly trained according to emergency medical response guidelines
- Nursing staff is properly trained in nursing skills lab procedures

## II. PROCEDURE

### A. Emergency Medical Response Training Drills

1. The Chief Medical Executive (CME) or designee, the Supervising Dentist or designee, the Chief Nurse Executive/Director of Nursing (CNE/DON) or designee, the Chief Executive Officer (CEO), the Health Care Associate Warden, and the Warden or designee shall determine the location, time, and scenario of the drill.

2. The CME or designee is responsible for advising and coordinating with the Warden, the Supervising Dentist, and the Chief of Mental Health in advance of the scheduled drill.

3. The Chief of Mental Health or designee is responsible for advising the mental health staff of the impending drill and to ensure staff participation.

4. The Supervising Dentist or designee is responsible for advising the dental staff of the impending drill and to ensure staff participation.

5. The CEO or Warden or designee is responsible for setting up and maintaining control of the proper cardiopulmonary resuscitation mannequins and/or other necessary emergency medical response equipment at the designated drill location.

6. Institutional staff is required to respond immediately to all emergency medical response drills within their designated area.

7. Once the drill is initiated and staff is gathered, the CNE/DON, CME or designee will read the drill scenario to the staff participants. The participants will respond to the scenario as if they are responding to an actual emergency situation.

8. The custody, medical, or nursing designee shall ensure that the designated supervisor in charge of monitoring the drill utilizes and submits all appropriate forms.

9. Documentation required in an actual emergency situation will be completed during the drill scenario.

10. Immediately following the drill, the drill coordinator shall conduct a debriefing to allow the participants to evaluate their performance, incorporate lessons learned, and discuss any additional steps or components necessary to remedy identified deficiencies.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

11. The drill coordinator shall submit a report to the committee designated to review emergency medical response events.  The report will include, but is not limited to the following:

- Synopsis of the event

- Date and time of the drill

- Drill location

- Participants involved

- Time frames of all elements, e.g., response time from medical/custody

- Areas identified as positive or appropriate interventions

- Recommendations on areas needing improvement or training

- Development of corrective action plan

**B. Nursing Skills Lab**

1. The nurse instructor shall ensure that emergency medical response skills labs are scheduled on the education calendar and all nurses have the opportunity to participate in the skills training.

2. A lab facilitator who may be the nurse instructor, supervising nurse, or other identified staff member will be available during designated lab hours.

3. Documentation of the skills lab training and/or remedial training provided will be completed on the in-service training form.

4. All skills lab training forms, materials, and documentation shall be maintained and tracked by the nurse instructor or designee.

**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

| VOLUME 4: MEDICAL SERVICES | Effective Date: 8/08 |
|---|---|
| CHAPTER 12: EMERGENCY MEDICAL RESPONSE | Revision Date(s): 12/15/11 |
| 4.12.5: EMERGENCY MEDICAL RESPONSE BAG INVENTORY/AUDIT POLICY | Attachments: Yes ☐ No ☒ |

## I.   POLICY

California Correctional Health Care Services, the California Department of Corrections and Rehabilitation, and the Division of Correctional Health Care Services shall establish a procedure for auditing and restocking the Emergency Medical Response Bags.  The contents of the bags are found on the Emergency Response Bag Checklist.  Only those items on the checklist shall be kept in the bags.

## II.   PURPOSE

To establish and maintain the appropriate emergency medical supplies in approved locations.

## III.   RESPONSIBILITIES

The Chief Executive Officer and the Warden are responsible for implementation of this policy.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

| **VOLUME 4: MEDICAL SERVICES** | Effective Date: 8/08 |
|---|---|
| **CHAPTER 12: EMERGENCY MEDICAL RESPONSE** | Revision Date(s): 12/15/11 |
| **4.12.6: EMERGENCY MEDICAL RESPONSE BAG AUDIT/CHECKLIST PROCEDURE** | Attachments: Yes ☐ No ☒ |

## I. PROCEDURE OVERVIEW

Implementation of this procedure will ensure proper audit and documentation of Emergency Medical Response Bag usage.

## II. PROCEDURE – EMERGENCY MEDICAL RESPONSE BAG AUDIT/CHECKLIST

**A.** The institution shall develop a Local Operating Procedure to ensure:

    1. Identification of secure locations for all Emergency Medical Response Bags.

    2. Emergency Medical Response Bags are inspected to ensure that the seals are intact.

        a. In the event seals are broken, the bags must be audited, fully restocked, and affixed with new seals.

        b. An inventory of a sealed compartments is required monthly if the seal on a bag has not been broken and an inventory of that compartment has not been completed in the previous 30 days.

    3. Designation of staff to perform audits.

    4. Inspections occur on each watch where clinical staff is posted.

**B.** Audit of the Emergency Medical Response Bag will be documented on the Emergency Medical Response Bag Checklist. Signature of the auditor is required.

**C.** Designated zippered compartments of each Emergency Medical Response Bag will be sealed (compartment zippers together) with a numbered plastic seal.

    1. When the seal is broken a complete inventory of the contents is required and items are to be refilled or replaced according to the Emergency Medical Response Bag Checklist.

        a. The bag will be inventoried for designated supplies and equipment.

        b. Items with expiration dates will be checked to ensure all items within the bag are within expiration dates.

    2. Gloves and safety shears must be stored in the end-zippered pocket of the Emergency Medical Response bag.

        a. The end-zippered pocket will be left unsealed.

        b. Visual inspection of the safety shears must be completed as part of the audit/inventory performed every shift.

**D.** All Emergency Medical Response Bag Checklist(s) shall be submitted to the Emergency Medical Response Coordinator or designee on a monthly basis and reviewed for completeness.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

| VOLUME 4: MEDICAL SERVICES | Effective Date: 8/08 |
|---|---|
| CHAPTER 12: EMERGENCY MEDICAL RESPONSE | Revision Date(s): 12/15/11 |
| 4.12.7: EMERGENCY MEDICAL RESPONSE: POST-EVENT REVIEW POLICY | Attachments: Yes ☐ No ☒ |

## I. POLICY

The California Department of Corrections and Rehabilitation and California Correctional Health Care Services shall establish a formal review mechanism to review each emergency medical response incident or drill in the institutions.

## II. PURPOSE

To ensure that institutions review emergency medical responses on a regular basis to promote continuous quality improvement related to performance and coordination of emergency medical response activities.

## III. RESPONSIBILITIES

The Chief Executive Officer and the Warden are responsible for implementation of this policy.

## IV. REFERENCES

National Commission on Correctional Health Care Standard P-A-10, Procedure in the Event of an Inmate Death, 2008

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

| VOLUME 4:  MEDICAL SERVICES | Effective Date: 8/08 |
|---|---|
| CHAPTER 12: EMERGENCY MEDICAL RESPONSE | Revised Date(s):  12/15/11 |
| 4.12.8: EMERGENCY MEDICAL RESPONSE: POST-EVENT REVIEW PROCEDURE | Attachments: Yes ☐ No ☒ |

## I.  PROCEDURE OVERVIEW

Implementation of this procedure will ensure that emergency medical response incidents are appropriately audited, evaluated, and reported.

## II.  DEFINITIONS

**Business day:**  Monday through Friday, except for holidays.

**Emergency Medical Response Coordinator:**  A person who is regularly assigned to be responsible for ensuring that emergency medical response incidents, audits, and drills are evaluated and reported.

**Sentinel Event:**  An unexpected occurrence involving death or serious physical or psychological injury, or the risk thereof.  Serious injury specifically includes loss of limb or function. The phrase, "or the risk thereof" includes any process variation for which a recurrence would carry a significant chance of a serious adverse outcome. Such events are called "sentinel" because they signal the need for immediate investigation and response.

## III. GENERAL INSTRUCTIONS

**A.** The institution's committee designated to analyze emergency medical responses shall review the emergency medical response reports at its regular monthly meeting. The following staff should attend the emergency medical response section of the committee meeting:

1. Warden or designee (Associate Warden for Health Care or Chief Deputy Warden)
2. Chief Executive Officer (CEO)
3. Chief Medical Executive (CME) and/or Chief Physician and Surgeon (CP&S)
4. Supervising Dentist
5. Chief Nurse Executive/Director of Nursing (CNE/DON)
6. Chief of Mental Health, as appropriate
7. Emergency Medical Response Coordinator
8. Fire Chief or designee
9. Other personnel as deemed necessary

**B.** Confidential documents relevant to the review shall be available to committee members if needed for reference during the meeting.

**C.** Minutes shall be recorded at each meeting, reviewed, and approved by committee members prior to signature by the Warden and the CEO.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

## IV. PROCEDURE

### A. Institution Emergency Medical Response Review Process

1. Clinical Review: Each business day the CME or designee and the CNE/DON or designee shall review the documentation and the clinical care delivered during each emergency medical response incident for suicide attempts, deaths, and all unscheduled transfers out of the institution which have occurred since the prior review.

    a. Whenever necessary the CME or designee and the CNE/DON or designee shall take appropriate action to prevent repeat events and to protect the safety and security of patient-inmates and staff, including but not limited to:

    1) Referral to the CEO, the Warden, and/or the committee designated to review sentinel events in the institution.
    2) Gathering information and referring for investigation.
    3) Implementing Corrective Action Plans (CAPs).
    4) Communicating with CME, CNE/DON, relevant Primary Care Teams, Triage and Treatment Area staff, and on-call providers regarding departures from the standard of care or policy.

    b. The CME and CNE/DON are responsible for maintaining a log of reviews to include patient-inmate name, date, and brief pertinent clinical details of each case. In some cases in which actions are taken or in cases which are sentinel events, a more detailed report may be indicated. It may be necessary to appoint a clinical staff member to further evaluate and prepare detailed reports of those cases for presentation to executive leadership or committees.

2. Process Review: Each institution will adapt its existing emergency medical response Local Operating Procedure to implement this procedure, including assigning a staff member to the role of Emergency Medical Response Coordinator.

    a. The Emergency Medical Response Coordinator shall:

    1) Assist the CP&S and Supervising Registered Nurse II in identifying and documenting the daily clinical review of all emergency medical responses.
    2) Gather all documentation needed for the daily clinical review and for the monthly emergency medical response review meeting.
    3) Complete the Emergency Medical Response Event Checklist.
    4) Ensure completion of the initial report for presentation to the committee designated to review emergency medical responses at the next scheduled meeting.
    5) Provide clerical support for monthly meetings of the committee which reviews the emergency medical response report.

    b. When evaluating each emergency medical response incident the following documents may be utilized:

    1) CDCR Form 837, Crime/Incident Reports (including each applicable supplemental report and attachments).
    2) CDCR Form 7219, Medical Report of Injury or Unusual Occurrence.
    3) CDCR Form 7229-A, Inmate Death Report.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

    4) CDCR Form 7229-B, Inmate Death Report/Suicide, when available.

    5) CDCR Form 7462, Cardiopulmonary Resuscitation Record.

    6) CDCR Form 7463, First Medical Responder – Data Collection Tool.

    7) CDCR Form 7464, Triage and Treatment Services Flow Sheet.

    8) Unit Health Record relevant to the patient-inmate's health condition and treatment prior to the incident under review. It may be necessary to review up to 3-6 months of medical history prior to the incident.

    9) Coroner's Report of Autopsy, when available.

    10) Community Emergency Medical Services Field Report.

    11) Any other reports as necessary.

## B. Quality Management Committee Reporting

1. The Emergency Medical Response Coordinator shall submit monthly, quarterly, and annual reports to the Quality Management Committee that analyzes, aggregates, and trends all the emergency medical response incidents for the reporting period. This report is focused on processes and systems including:

    a. Performance scorecards of drills and audits.

    b. Monthly analysis and benchmarking of the emergency medical response performance indicators including coordination of activity, timeliness of responders, and clinical outcomes.

    c. Total number of emergency medical response cases evaluated by the Emergency Medical Response Coordinator and clinical management.

    d. Number of emergency medical response sentinel events referred to the designated review committee.

    e. Summary report of CAPs.

## INMATE MEDICAL SERVICES POLICIES AND PROCEDURES
### Emergency Medical Response System (Chapters 12.1 - 12.8) Table of Changes [Changes in red]

| SECTION | CURRENT (2008) | REVISED (2010) |
|---|---|---|
| | **Current Chapter Title -**<br>**Chapter 12-A: Emergency Medical Response System (policy)** | **Revised Chapter Title - Chapter 12.1: Emergency Medical Response System Policy** |
| **I. POLICY** | | |
| I | Revised Policy statement from CDCR only | Added - CCHCS and DCHCS |
| I. A. | revised statement | Responsibility statement revised to include "The organized pattern of readiness and response services…" |
| I. B. | no change | no change |
| I.C. | Deleted | New language added: "BLS and ACLS shall be documented on the CDCR Form 7462…" |
| I. D. | Deleted | New language added: "Trained CCHCS and CDCR staff or contractors will perform the functions of First Aid, BLS, and ACLS." |
| I. E. | Deleted | New language added: "The standard guidelines for responding to emergencies are:" |
| **II. PURPOSE** | | |
| II. 1) | 1) No language change | A. Structural change, only; e.g., changed from numbers within text to letters |
| II. 2) | 2) No language change | B. Structural change, only; e.g., changed from numbers within text to letters |
| II. 3) | 3) No language change | C. Structural change, only; e.g., changed from numbers within text to letters |
| **III. DEFINITIONS** | | |
| III. A. | Clinical Staff: | Changed to Health Care Staff, and added Registered Dental Assistants and Registered Dental Hygienists |
| III. B. | Ancillary Health Care Staff: | Changed to Allied Health Care Staff, and added Occupational Therapists, Phlebotomists, and registered dieticians. |
| III. C. | Mental Health Staff: | Moved existing mental health care staff titles under Health Care Staff |
| III. D. | First Aid: | no change |
| III. E. | Basic Life Support (BLS): no change | no change |
| III. F. | Advanced Cardiac Life Support (ACLS): | no change |
| III. G. | Emergency Medical Services (EMS): Deleted | moved regulatory citations to References section |
| III. H. | CDCR Emergency Medical Response System (EMRS): moved | Moved to Section IA |
| | | Added Definitions: First Responder, First Responder Response Time, Health Care First Responder, Health Care Staff Response Time, Medical Emergency, and Triage and Treatment Area Registered Nurse. |
| **IV. GENERAL REQUIREMENTS** | | |
| IV. | General Requirements (moved to Section V) | Section IV, **Responsibilities** |
| | | Added Statement: "The Chief Executive Officer (CEO) and the Warden at each institution are responsible for implementation of this policy".<br><br>**Section V**, General Requirements |
| IV, A - System Organization and Management | Moved to Section V and revised | System Organization and Management |
| IV.A.1. | Deleted | 1. (New language added): "At least one RN Shall be available on-site at each institution twenty-four (24) hours a day…" |
| IV.A.2. | Deleted - [a. Moved to V.A.(2.) b. Revised and moved to V.C.(4.)] | 2. "TTAs, General Acute Care Hospitals, standby licensed emergency departments, and all…" |
| IV.A.3. | Revised | 3. "Local Operating Procedures approved by the designated management team shall be in place…" |
| IV.A.4. | Revised | 4. "Community Emergency Medical Services responders have ready entry and ready exit into…" |

## INMATE MEDICAL SERVICES POLICIES AND PROCEDURES
### Emergency Medical Response System (Chapters 12.1 - 12.8) Table of Changes [Changes in red]

| SECTION | CURRENT (2008) | REVISED (2010) | |
|---|---|---|---|
| **Current Chapter Title -** **Chapter 12-A: Emergency Medical Response System (policy)** | | **Revised Chapter Title - Chapter 12.1: Emergency Medical Response System Policy** | |
| | | 5. Added Statement: "CCHCS shall maintain a system to manage and track physician and mid-level staff ACLS certification requirements." | |
| IV. B. - Facilities and Equipment | | | |
| IV.B.1. | Title changes | 1. "...deemed appropriate by the CEO and Warden of institution." | |
| IV.B.2. | No content changes | 2. No content changes | |
| IV.B.3. | No content changes | 3. No content changes | |
| IV. C. - Personnel: Staffing and Training | | | |
| | 1. Deleted and moved to 2. | 1. "The CEO is responsible for assuring a system is in place to manage and track clinical staff BLS certification requirements." | |
| | 2. Deleted and moved to V.C.(4) and I.V.A.(5.) | 2. "The location of the equipment shall be clearly identified by signage." | |
| | 3. Deleted and moved to V.C.5.(c.) | 3. " For Allied Health Care Staff who have direct patient-inmate contact, BLS certification is recommended, but not required." | |
| | 4. Revised | 4. "All health care staff with the exception of dental staff and LCSWs shall, within the previous..." | |
| | 5. Revised | 5. Certification Requirements | |
| | | a. "Dentists, dental hygienists, and dental assistants must provide proof of BLS certification..." | |
| | | b. "Psychologists who do not have admitting privileges and LCSWs are not required to maintain..." | |
| | | c. "All primary care physicians and mid-level providers are required to obtain and maintain ACLS..." | |
| | | d. "Physicians and mid-level providers who are currently certified in ACLS are not required to have BLS certification." | |
| | | e. "Contract specialty consultants who may perform procedures requiring procedural sedation at CDCR..." | |
| | | 6. "ACLS certification and maintenance of certification is preferred for the Supervising Nurse in charge..." | |
| | | 7. "Nursing staff, based on their level of licensure and training, shall provide ACLS emergency care..." | |
| IV. D. - Institutions will Conduct Emergency Response Training Drills | 1. Deleted and added statement | D. "Institutions  will conduct emergency medical response training drills and will provide access to skills training on an ongoing basis..." | |
| REFERENCES | No change to first bullet | Section VI, References | |
| | deleted second bullet | Added regulatory citations | |
| | revised third bullet | Added references | |
| | No change to fourth bullet | | |
| **Current Chapter Title -** **Chapter 12-A: Emergency Medical Response System (procedure)** | | **Revised Chapter Title - Chapter 12.2: Emergency Medical Response System Procedure** | |
| | | Added: Section I, Procedure Overview | |
| | | Added: Section II, Definitions | |
| GENERAL INSTRUCTIONS | | Added: Section III, General Instructions | |
| III. | Bullet #1 - No changes | | |
| | Bullet #2 - No changes | | |
| | Bullet #3 - Moved to Bullet #4 and revised | Bullet #3 - "Any patient-inmate may request medical attention for an urgent or emergent health care need from..." | |

| INMATE MEDICAL SERVICES POLICIES AND PROCEDURES | | |
|---|---|---|
| **Emergency Medical Response System (Chapters 12.1 - 12.8) Table of Changes [Changes in red]** | | |
| SECTION | CURRENT (2008) | REVISED (2010) |
| | **Current Chapter Title -** **Chapter 12-A: Emergency Medical Response System (procedure)** | **Revised Chapter Title - Chapter 12.2: Emergency Medical Response System Procedure** |
| | Bullet #4 - Revised | Bullet #4, revised to exclude "approved by the Statewide Medical Director, Statewide Director of Nursing or designees, and Warden…" excluded "…which will either be either the Triage and Treatment Area (TTA), Registered Nurse (RN), Watch Commander or the Watch Sergeant…" excluded "for the TTA RN or Watch Commander…" |
| | Bullet #5 - No content changes | |
| | Bullet #6 - No content changes | |
| | Bullet #7 - Revised | Bullet#7 - "If a patient-inmate Is unable to be resuscitated, the decision to terminate CPR shall be made by a physician or mid-level provider, community EMS personnel, or by a RN if CPR was initiated for a patient-inmate who exhibits clear signs of death as described in Section IV.B.4.(a.) below. Pronouncement of death shall only be determined and made by a physician or a mid-level provider per LOP." |
| PROCEDURE | | Added: **Section IV**, Procedure |
| | **A. Response, Treatment, and Transportation** | **A. Urgent Response, Treatment, and Transportation** |
| IV. A. | 1. Deleted | |
| | a. Moved to Section II, Definitions | Added: 1. "Upon notification or discovery of an urgent health care need, the staff member shall call the designated…" |
| | b. Moved to Section IV.B.1.(a.) | Added: 2. "The requesting staff member shall provide a brief description of the nature of the request to the…" |
| | c. Moved to Section IV.B.1.(c.) | Added: 3. "Direct contact with the patient-inmate by licensed clinical staff shall occur in person or by phone…" |
| | d. Deleted | Added: 4. "A RN, physician, or mid-level provider shall evaluate the patient-inmate's request by one of the…" |
| | | Added: a. "Arrange to have the patient-inmate brought to the clinic." |
| | e. Moved to IV.B.1.(d.) | Added: b. "Arrange to have the patient-inmate brought to the Triage and Treatment Area (TTA)." |
| | f. Moved to IV.B.1.(d.) | Added: c. " Evaluate the patient-inmate in his/her housing unit or current location." |
| | 2. Deleted | Added: d. " Talk directly to the patient-inmate via telephone, and thoroughly document the encounter on a CDCR Form 7230…" |
| | | Added: 5. "The licensed clinical staff members shall document the evaluation in the Unit Health Record (UHR)…" |
| | | Added: 6. "The RN, physician, or mid-level provider may direct other licensed staff to obtain vital…" |
| | | Added: 7. "All urgent encounters resolved in the yard or yard clinic after hours shall be documented on CDCR…" |
| | | Added: 8. "All dispositions for urgent conditions shall be made at the RN level of licensure or higher." |
| IV. B. | **B. Patient Evaluation and Initial Treatment** | **B. Emergency Medical Response** |
| | 1. ~~First Responder~~ (Revised) | Revised language: 1. "A FR shall evaluate the situation and initiate appropriate First Aid and/or BLS…" |
| | | Added language (from IV.A.): a. "Briefly evaluate the patient-inmate and situation, then immediately notify health care…" |
| | | Added language (from IV.A.): b. "Inform the health care staff of the general nature of the emergency including…" |
| | | Added language (from IV.A.): c. " Immediately initiate CPR if appropriate." |
| | | Added language (from IV.A.): d. " Initiate community EMS activation if necessary." |
| | | Added language: "If CPR is not initiated due to the condition of the patient-inmate…" |
| | 2. Custody Protocol | 2. Custody Protocol |
| | a. Statement revised | a. Deleted "…are mandated, pursuant to court order, to…" and "if trained to do so," |
| | b. No changes | b. No changes |
| | i. No language changes | 1) Format change, only; e.g., changed from letter to number |
| | ii. No language changes | 2) Format change, only; e.g., changed from letter to number |
| | iii. No language changes | 3) Format change, only; e.g., changed from letter to number |
| | iv. No language changes | 4) Format change, only; e.g., changed from letter to number |
| | c. Statement revised: Deleted "…be required to complete a written report describing…" | c. Revised to say "…document on CDCR Form 837, Crime/Incident Report" |
| | 3. RN (Revised) | 3. RN/Licensed Vocational Nurse (LVN)/Licensed Psychiatric Technician (PT) shall: |
| | a. Statement revised | a. (New language added): "Respond as quickly as conditions permit to the scene of the medical…" |
| | | b. (New language added): " Make an initial assessment of the situation and determine…" |

## INMATE MEDICAL SERVICES POLICIES AND PROCEDURES
### Emergency Medical Response System (Chapters 12.1 - 12.8) Table of Changes [Changes in red]

| SECTION | CURRENT (2008) | REVISED (2010) |
|---|---|---|
| | **Current Chapter Title -**<br>**Chapter 12-A: Emergency Medical Response System (procedure)** | **Revised Chapter Title - Chapter 12.2: Emergency Medical Response System Procedure** |
| | | c. (New language added): " Notify the TTA with relevant clinical information within…" |
| | | New language added: " In all cases, a RN or higher level of licensure shall be responsible…" |
| | | New language added: " The HCFR shall initiate community EMS activation if…" |
| | | 4. (New language added): " The HCFR shall begin appropriate medical treatment…" |
| | b. Statement revised, with format change | a. "The HCFR shall determine if CPR is appropriate and continue CPR in the absence of:" |
| | i. Rigor mortis/Dependent lividity (revised) | 1) Rigor mortis/Dependent lividity |
| | ii. Revised | 2) Dependent lividity |
| | ii. Format change, only | 3) No content change |
| | iii. Format change, only | 4) No content change |
| | iv. Format change, only | 5) No content change |
| | c. Moved statement to IV.B.4.(c.) | Added language: " If one or more of the above signs is present, then the HCFR will…" |
| | i. Moved to IV.B.4.(c.) | b. Added language: " CDCR Form 7462, Cardiopulmonary Resuscitation Record:" |
| | ii. Moved to IV.B.4.(c.) | 1) Added language: " The CDCR Form 7462, Cardiopulmonary Resuscitation Record, shall…" |
| | iii. Moved to IV.B.4.(c.) | 2) Added language: " All drugs administered during the respiratory and/or cardiac arrest…" |
| | iv. Moved to IV.B.4.(c.) | 3) Added language: " All other resuscitative measures shall be read back and…" |
| | v. Moved to IV.B.4.(c.) | 4) Added language: " Names of the team members involved in the code shall be…" |
| | | 5) Added language: " All team members involved in the code, e.g., Physician, RN…" |
| | c. Moved statement to IV.B.4.(c.) | c. Inserted language: " Once started, CPR shall continue until:" |
| | i. Moved to IV.B.4.(c.) | 1) Inserted language: " Resuscitative efforts transferred to a rescuer of equal…" |
| | ii. Moved to IV.B.4.(c.) | 2) Inserted language: " The patient-inmate is determined by a physician or mid-level provider…" |
| | iii. Moved to IV.B.4.(c.) | 3) Inserted language: "Effective spontaneous circulation and ventilation have been restored." |
| | iv. Moved to IV.B.4.(c.) | 4) Inserted language: " Emergency responders are unable to continue because of…" |
| | v. Moved to IV.B.4.(c.) and revised | 5) Revised language: " A written, valid Do Not Resuscitate (DNR) order is presented. If there…" |
| | | 6) Added language: " RN determines that obvious signs of death are present…" |
| IV. C. | **Patient Transportation and Definitive Care (revised title)** | **Definitive Care and Patient-inmate Transportation** |
| | 1. No changes | No changes |
| | a. No changes | a. No changes |
| | b. Revised statement | b. Revised: "Directing the transportation of the patient-inmate to the nearest site equipped…" |
| | c. No content changes | c. No content changes |
| | 2. No content changes - format, only | 2. Added heading: Transportation Requirements |
| | Statement reformatted | a. "Patient-inmates shall only assist with transportation if they are part of the fire crew." |
| | Statement reformatted | b. " CDCR Form 7252, Request for Authorization of Temporary Removal for Medial Treatment…" |
| | Statement reformatted | c. " The transport of a patient-inmate via code three (3) ambulance shall not be…" |
| | Statement reformatted | d. " EMS personnel will transport the patient-inmate to a community emergency facility…" |
| | | 3. Added heading: Notification |
| | Statement revised and reformatted | a. During regular business hours (Monday through Friday) the TTA RN shall notify…" |
| | Statement revised and reformatted | b. During non-business hours on evenings, nights, weekends, and holidays, the TTA…" |
| | Statement revised and reformatted | c. For patient-inmates transferred to a community emergency facility, the TTA…" |
| IV. D. | **Documentation**        (all statements reformatted) | **Documentation** |
| | 1. Revised | 1. General Requirements |
| | a. Revised | a. Added language: " The RN will complete a CDCR Form 7219, Medical Report of Injury or…" |
| | b. Revised | b. Added language: " The HCFR shall document his/her findings and interventions on the…" |
| | c. Revised | c. Added language: " In the event of a patient-inmate death and if CPR is not initiated by…" |
| | d. Revised | d. Inserted language: " The use of an AED will be documented by a health care staff member…" |
| | e. Revised | e. Inserted language: " Notice of discharge of an AED shall be reported to the local county…" |
| | f. Revised | f. Inserted language: " Documentation of any additional care and treatment provided by…" |
| | g. Revised | g. Inserted language: " The emergency medical response documentation shall be signed…" |
| | h. Revised | h. Inserted language: " The TTA RN shall contact the psychiatrist on duty regarding…" |

# INMATE MEDICAL SERVICES POLICIES AND PROCEDURES
## Emergency Medical Response System (Chapters 12.1 - 12.8) Table of Changes [Changes in red]

| SECTION | CURRENT (2008) | REVISED (2010) |
|---|---|---|
| | **Current Chapter Title -**<br>**Chapter 12-A: Emergency Medical Response System (procedure)** | **Revised Chapter Title - Chapter 12.2: Emergency Medical Response System Procedure** |
| | 2. TTA Documentation Requirements | 2. TTA Documentation Requirements |
| | a. Revised | a. Added language: " A TTA log shall be maintained in the TTA at each institution…" |
| | b. Revised (original statement moved to IV.D.2.(d.) | b. Added language: " Care and treatment shall be documented on the CDCR Form…" |
| | c. Revised | c. Added language: " BLS and Advanced Cardiac Life Support (ACLS) shall be …" |
| | d. Revised (original statement moved to IV. D.2.(e.) | d. Inserted language: " Care delivered according to RN protocols shall be documented…" |
| | | e. Inserted language: " On arrival at the TTA, the RN shall remain with the …" |
| | i. No language changes (format only) | 1) Inserted language: " Patient-inmate identification data (CDCR number, or, if unavailable…" |
| | ii. No language changes (format only) | 2) Inserted language: " Description of initial events and patient-inmate presentation…" |
| | iii. No language changes (format only) | 3) Inserted language: "Tines various treatments and procedures are rendered." |
| | iv. No language changes (format only) | 4) Inserted language: " Name and title of the RN, name and title of the person to whom the…" |
| | e. No language changes (moved to IV.D.2.(f) | f. Inserted language: " TTA staff shall attach all relevant documentation to the CDCR…" |
| | 3. Transport Documentation Requirements | 3. Transport Documentation Requirements |
| | a. Revised | a. Added language: " Copies of the CDCR Form 7464, Triage and Treatment Services Flow…" |
| | b. No changes | b. No changes |
| | c. Revised | c. Inserted [from D.2.(d.)] language: " Sally port officers are to maintain a standardized log of all…" |
| | d. Moved to IV.D.2.(c.) | |
| | E. Deleted Section | |
| | **Current Chapter Title -**<br>**Chapter 12-A1: Emergency Medical Response Training Drill (policy)** | **Revised Chapter Title - Chapter 12.3: Emergency Medical Response Training Drill and Nursing Skills Lab Policy** |
| **I. POLICY** | | |
| I | No change to policy statement | No change to policy statement |
| **II. PURPOSE** | Statement revised and reformatted | Added language: " Implementation of this policy will ensure:" |
| **III. DEFINITIONS** | Deleted | III, RESPONSIBILITIES |
| | | Added language: " The Chief Executive Officer and the Warden are responsible for…" |
| **IV. FREQUENCY OF DRILLS** | | IV. FREQUENCY OF DRILLS |
| | No content change to statement | No content change to statement |
| | bullet #1 - reformatted to reflect letter | A. |
| | bullet #2 - Statement moved to IV.C. and reformatted to reflect letter | B. "Emergency medical response program staff will conduct drills in all dental clinics…" |
| | bullet #3 - Moved to IV.D. and reformatted to reflect letter | C. Inserted language: "The drills may or may not be pre-announced and shall…" |
| | | D. Revised language: " Each form required for medical emergency drills shall be completed." |
| | **Current Chapter Title -**<br>**Chapter 12-A1: Emergency Medical Response Training Drill (procedure)** | **Revised Chapter Title - Chapter 12.4: Emergency Medical Response Training Drill and Nursing Skills Lab Procedures** |
| **GENERAL INSTRUCTIONS** | | I. PROCEDURE OVERVIEW |
| | | Added language: " Implementation of this procedure will ensure…" |
| | Changed title of heading and reformatted - no content changes | II. PROCEDURE |
| | | A. Emergency Medical Response Training Drills |
| | bullet #1 - ı No changes | 1. format change from bullet to number |
| | bullet #2 - No content changes (revised titles) | 2. title revisions, CME, Supervising Dentist, Chief of Mental Health |
| | bullet #3 - No content changes (revised titles) | 3. title revisions, Chief of Mental Health, …"advising the mental health staff…" |
| | bullet #4 - No content changes (revised titles) | 4. title revisions, Supervising Dentist |
| | bullet #5 - No content changes (revised titles) | 5. title revisions, CEO or Warden |

**INMATE MEDICAL SERVICES POLICIES AND PROCEDURES**
**Emergency Medical Response System (Chapters 12.1 - 12.8) Table of Changes [Changes in red]**

| SECTION | CURRENT (2008) | REVISED (2010) |
|---|---|---|
| | **Current Chapter Title - Chapter 12-A1: Emergency Medical Response Training Drill (procedure)** | **Revised Chapter Title - Chapter 12.4: Emergency Medical Response Training Drill and Nursing Skills Lab Procedures** |
| | bullet #6 - No content changes | 6. No content changes |
| | bullet #7 - No content changes | 7. No content changes |
| | bullet #8 - Revised | 8. "The custody, medical, or nursing designee shall ensure…" "…and submits all appropriate forms." |
| | bullet #9 - Revised | 9. Added language: " Documentation required in an actual emergency situation will be…" |
| | bullet #10 - Revised | 10. Added language: " Immediately following the drill, the coordinator shall conduct a…" |
| | bullet #11 - Revised statement only, 7 sub-bullets not changed | 11. Added language and 8th bullet: "The drill coordinator shall submit a report to the committee…" |
| | | Added language: " Development of corrective plan of action" |
| | bullet #12 - deleted | |
| | Chapter 12-A3 (EMR Skills Lab) deleted and incorporated into Chapter 12.4 | B. Nursing Skills Lab |
| | | Added language numbered 1-4: " The nurse instructor shall ensure that emergency medical…" |
| | **Current Chapter Title - Chapter 12-A2: Emergency Medical Response Bag Inventory/Audit (policy and procedure)** | **Revised Chapter Title - Chapter 12.5: Emergency Medical Response Bag Inventory/Audit Policy** |
| **I. POLICY** | | |
| | Policy statement revised | Added: "…and the Division of Correctional Health Care Services shall establish a procedure…" |
| **II. PURPOSE** | Revised purpose statement | Added: " To establish and maintain the appropriate emergency medical supplies in approved locations." |
| **III. PROCEDURE** | Deleted and incorporated into Chapter 12.6 | Added new section: RESPONSIBILITIES |
| | | Added new language: " The Chief Executive Officer and the Warden are responsible for implementation of this policy." |
| | **Current Chapter Title - Chapter 12-A3: Emergency Medical Response Skills Lab (policy )** | **Revised Chapter Title - Chapter 12.6: Emergency Medical Response Bag Inventory/Audit Procedure** |
| | Chapter deleted: See Ch 12.4, Emergency Medical Response Training and Nursing Skills Lab | |
| | Chapter 12-A2 Procedure (comparison of changes) - BELOW | |
| **I. POLICY** | Section I heading changed | I. PROCEDURE OVERVIEW |
| | Policy statement deleted | Added language: " Implementation of this procedure will ensure proper audit and…" |
| **II. PURPOSE** | Purpose statement deleted | II. PROCEDURE - EMERGENCY MEDICAL RESPONSE BAG AUDIT/CHECKLIST |
| **III. PROCEDURE** | Revised | |
| | **Current Chapter Title - Chapter 12-A4: Cardiopulmonary Resuscitation Record (policy and procedure)** | **Revised Chapter Title - Chapter 12.7: Emergency Medical Response Post-Event Review Policy** |
| | Chapters deleted and incorporated into Chapters 12.1 and 12.2 | |
| | **Current Chapter Title - Chapter 13: Emergency Medical Response Documentation and Review (policy )** | |
| | Compare to Chapter 12.7 | |
| **I. POLICY** | Revised policy statement | Added language: " …and California Correctional Health Care Services shall establish a formal review…" |
| **II. PURPOSE** | Revised purpose statement | Added language: " …to promote continuous quality improvement related to performance and…" |
| | | Added new section: III. RESPONSIBILITIES |
| | | Added language: " The Chief Executive Officer and the Warden are responsible for…" |
| | | Added new section: IV. REFERENCES |
| **REFERENCES** | Revised year | Revised year: " 2008" |

## INMATE MEDICAL SERVICES POLICIES AND PROCEDURES
### Emergency Medical Response System (Chapters 12.1 - 12.8) Table of Changes [Changes in red]

| SECTION | CURRENT (2008) | REVISED (2010) |
|---|---|---|
| | **Current Chapter Title -**<br>**Chapter 13: Emergency Medical Response Documentation and Review (procedure)** | **Revised Chapter Title - Chapter 12.8: Emergency Medical Response Post-Event Review Procedure** |
| **GENERAL INSTRUCTIONS** | Moved to Section III. General Instructions | I. PROCEDURE OVERVIEW |
| | | Added language: " Implementation of this procedure will ensure that emergency medical response…" |
| | | II. DEFINITIONS |
| | | Added language: " Business day: Monday through Friday, except for holidays. Emergency Medical…" |
| | | III. GENERAL INSTRUCTIONS |
| | | Revised language: A. "The institution's committee designated to analyze emergency medical…" |
| | Bullet #1 -No content changes (title revision and formatting) | 1. (Associate Warden for Health Care or Chief Deputy Warden) |
| | Bullet #2 - Revised title and formatting | 2. Chief Executive Officer |
| | Bullet #3 - Revised titles and formatting | 3. Chief Medical Executive (CME) and/or Chief Physician and Surgeon (CP&S) |
| | Bullet #4 - Revised title and formatting | 4. Supervising Dentist |
| | Bullet #5 - Revised titles and formatting | 5. Chief Nurse Executive/Director of Nursing (CNE/DON) |
| | Bullet #6 - Revised titles and formatting | 6. Chief of Mental Health, as appropriate |
| | Bullet #7 - Revised titles and formatting | 7. Emergency Medical Response Coordinator |
| | Bullet #8 - Revised titles and formatting | 8. Fire Chief of designee |
| | Bullet #9 - Revised titles and formatting | 9. Other personnel as deemed necessary |
| | | B. Added language: "Confidential documents relevant to the review shall be available to…" |
| **PROCEDURE** | | C. Added language: " Minutes shall be recorded at each meeting, reviewed, and…" |
| | | IV. PROCEDURE |
| | A. Heading Title - no change | A. Heading title - no change |
| | 1. Revised | 1. Added language: " Clinical Review: Each business day the CME or designee and the…" |
| | | a. Added language: "Whenever necessary the CME or designee and the CNE/DON or…" |
| | | 1) Added language: " Referral to the CEO, the Warden, and/or the committee…" |
| | | 2) Added language: " Gathering information and referring for investigation." |
| | | 3) Added language: " Implementing Corrective Action Plans (CAPs)" |
| | | 4) Added language: " Communicating with CME, CNE/DON, relevant Primary Care Teams, Triage…" |
| | | b. Added language: "The CME and CNE/DON are responsible for maintaining a log of reviews to…" |
| | 2. Revised | 2. Added language: "Process Review: Each institution will adapt its existing emergency…" |
| | | a. Added language: "The Emergency Medical Response Coordinator shall:" |
| | | 1) Added language: "Assist the CP&S and Supervising Registered Nurse II in…" |
| | | 2) Added language: "Gather all documentation needed for the daily clinical review…" |
| | | 3) Added language: "Complete the Emergency Medical Response Event Checklist." |
| | | 4) Added language: "Ensure completion of the initial report for presentation to the…" |
| | | 5) Added language: "Provide clerical support for monthly meetings of the committee…" |
| | | b. Added language: " When evaluating each emergency medical response incident the…" |
| | | 1) Added language: " CDCR Form 837, Crime/Incident Reports…" |
| | | 2) Added language: "CDCR Form 7219, Medical Report of Injury or Unusual Occurrence." |
| | | 3) Added language: "CDCR Form 7229-A, Inmate Death Report" |
| | | 4) Added language: "CDCR Form 7229-B, Inmate Death Report/Suicide…" |
| | | 5) Added language: "CDCR Form 7462, Cardiopulmonary Resuscitation Record." |
| | | 6) Added language: " CDCR Form 7463, First Medical Responder…" |
| | | 7) Added language: "CDCR Form 7464, Triage and Treatment Services Flow…" |
| | | 8) Added language: "Unit Health Record relevant to the patient-inmate's health…" |
| | | 9) Added language: "Coroner's Report of Autopsy, when available." |
| | | 10) Added language: "Community Emergency Medical Services…" |
| | | 11) Added language: "Any other reports as necessary" |
| | 3. Deleted | |
| | 4. Deleted | |

| INMATE MEDICAL SERVICES POLICIES AND PROCEDURES | | |
|---|---|---|
| Emergency Medical Response System (Chapters 12.1 - 12.8) Table of Changes [Changes in red] | | |
| SECTION | CURRENT (2008) | REVISED (2010) |
| | **Current Chapter Title - Chapter 13: Emergency Medical Response Documentation and Review (procedure)** | **Revised Chapter Title - Chapter 12.8: Emergency Medical Response Post-Event Review Procedure** |
| | 5. Deleted | |
| | B. Headquarters Review of Institution - Revised | B. Quality Management Committee Reporting |
| | | 1. New language: "The Emergency Medical Response Coordinator shall submit…" |
| | | a. New language: "Performance scorecards of drills and audits." |
| | | b. New language: "Monthly analysis and benchmarking of the emergency medical…" |
| | | c. New language: "Total number of emergency medical response cases…" |
| | | d. New language: "Number of emergency medical response sentinel events…" |
| | | e. New language: "Summary report of CAPs." |