KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 322-5205
  E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION OF JUDY BURLESON** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Judy Burleson, declare:

1. I am the Associate Director of the Statewide Mental Health Program for California Department of Corrections and Rehabilitation (CDCR) since November 2010. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Objections to the special master's 2011 Suicide Report.

2. I am familiar with how suicide review and reporting documents are electronically maintained for access by the *Coleman* special master.

3. The special master and his designees have access to all pertinent CDCR documentation related to suicide review and reporting via a secure website. A CDCR employee

1

posts these items at or near the time they are prepared or are received. These documents are maintained on the secure website in the ordinary course of CDCR's business. Upon accessing the secure website, the user can access the following types of reports and documents:

- initial inmate death report;
- incident report, CDCR Form 837;
- coroner investigation or autopsy report;
- death review summary;
- the inmate's commitment data and movement history;
- report on implementation of quality improvement plan, if applicable;
- suicide and non-suicide determination face sheet;
- suicide notification letter to special master;
- inmate's electronic unit health record;
- suicide report and memorandum of review signed by the CDCR Directors of Statewide Mental Health and Division of Adult Institutions or their designees.

4. I am familiar with how data is maintained on the File Transfer Protocol (FTP) secure site system and maintain a record that tracks when a particular document has been posted to the secure website. (A true and correct copy of this tracking document is attached as Exhibit 1.)

5. Dr. Patterson contends in the 2011 Suicide Report that "more frequently than not, CDCR suicide reports do not include full coroners' reports or are not updated when the coroners' reports become available." It is unclear whether Dr. Patterson is using "suicide report" to describe the collection of documents maintained on CDCR's FTP secure site that are related to a suicide, or solely the suicide report document that is one of several documents maintained on the site. Under either circumstance, Dr. Patterson's criticism is baseless. First, the coroners' reports are typically uploaded to the secure site separately from the suicide report. CDCR has no control over how quickly the County Coroner's office—an entity that is not controlled by CDCR—will produce an autopsy report. Thus, to prepare a timely report, CDCR must often prepare a suicide report before the Coroner's report is released, and upload the coroner's report to the website separately when it arrives. Second, even if some reports were produced before the coroner's

2

1 report was released, none of the suicide reports required updating because they did not contain
2 information that contradicted suicide report findings or necessitated revision.

3     6.    Dr. Patterson contends that documentation related to five suicides in 2011 did not
4 include the required review and signatures by the Director among the material posted on CDCR's
5 secure website." This statement is also inaccurate. CDCR posted all 2011 suicide reviews and
6 the Directors' signed review memoranda on the secure website. Occasionally, CDCR posted the
7 Directors' signed review memorandum separately from the suicide report. The following ten
8 inmates' suicide reports were posted separately from the Directors' signed memoranda:

- Inmate Z;
- Inmate FF;
- Inmate GG;
- Inmate DD;
- Inmate Y;
- Inmate CC;
- Inmate BB;
- Inmate EE;
- Inmate S;
- Inmate AA.

More importantly, none of these memoranda are needed to conduct a review of CDCR's suicide report. They merely confirm that the Directors of Mental Health and the Division of Adult Institutions have reviewed and approved the corresponding report. The absence of those memoranda does not prevent access to the report if the report is uploaded to the site.

    7.    For 2011 suicides, every suicide report but one was uploaded and available for review before March 1, 2012. Eight of these suicide reports were uploaded and available within the first six months of 2011. (*See* Exhibit 1.) Seventeen of these suicide reports were uploaded and available within the second six months of 2011. (*Id.*)

    8.    All death review summaries were uploaded and available for review by April 19, 2012. (*See* Exhibit 1.)

3

J. Burleson Decl. Supp. Defs' Objs. Suicide Rpt. (2:90-cv-00520 LKK JFM PC)

9. All reports on the implementation of quality improvement plans, where a quality improvement plan was recommended by the suicide report, were uploaded and available before April 17, 2012. Twelve of these reports were uploaded by the end of 2011. Seven of these reports were uploaded by January 27, 2012. And the remaining seven reports were uploaded during March and April 2012. (*See* Exhibit 1.) Furthermore, only three of these reports on the implementation of quality improvement plans were issued more than 150 days after the death of the inmate.

10. Only two documents—both coroners' reports—were posted after May 30, 2012. And as discussed earlier, CDCR had no control over when the coroners' reports are made available by the county coroner's office.

I declare that the foregoing is true and correct. Executed in Sacramento, California on February 11, 2013.

*/s/ Judy Burleson*
Judy Burleson

CF1997CS0003

4

J. Burleson Decl. Supp. Defs' Objs. Suicide Rpt. (2:90-cv-00520 LKK JFM PC)