# EXHIBIT 1

| Inmate | CDCR # | Date of Death | DATES UPLOADED TO SECURE SITE ||||||||| QIP's |
| | | | Notice of Death | Medical Records | Coroner/ Autopsy Report | Incident Report (837) | 7229 | OBIS | Death Review Summary | Suicide Report Uploaded | Final Suicide Report Sent to Inst. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | T-52303 | 1/1/2011 | 1/10/2011 | 2/24/2011 | 1/27/2012 | 2/24/2011 | 2/24/2011 | 2/24/2011 | 1/27/2012 | 2/24/2011 | 2/23/2011 | 4/26/2011 |
| D | AC-5703 | 2/8/2011 | 2/16/2011 | 4/19/2011 | 7/19/2011 | 4/19/2011 | 2/16/2011 | 2/16/2011 | 1/6/2012 | 4/19/2011 | 4/11/2011 | 5/23/2011 |
| E | AB-4467 | 2/5/2011 | 2/8/2011 | 4/19/2011 | 1/27/2012 | 4/19/2011 | 4/19/2011 | 2/8/2011 | 4/19/2011 | 6/20/2011 | 4/11/2011 | 6/30/2011 |
| J | AB-8616 | 3/31/2011 | 4/5/2011 | 5/10/2011 | 1/6/2012 | 4/5/2011 | 5/10/2011 | 5/10/2011 | 1/6/2012 | 5/10/2011 | 5/10/2011 | 7/11/2011 |
| I | G-55262 | 3/30/2011 | 4/4/2011 | 1/6/2012 | 5/11/2011 | 5/23/2011 | 4/4/2011 | 4/4/2011 | 1/6/2012 | 5/23/2011 | 5/23/2011 | 10/19/2011 |
| B | J-55579 | 1/25/2011 | 1/27/2011 | 2/28/2011 | 4/10/2012 | 4/19/2011 | 1/27/2011 | 2/27/2011 | 1/27/2012 | 4/19/2011 | 4/19/2011 | 10/19/2011 |
| M | T-22736 | 5/15/2011 | 5/16/2011 | 6/30/2011 | 4/13/2012 | 6/30/2011 | 6/30/2011 | 6/30/2011 | 1/6/2012 | 6/30/2011 | 6/29/2011 | 10/19/2011 |
| K | T-67667 | 4/1/2011 | 4/6/2011 | 6/1/2011 | 4/26/2012 | 6/1/2011 | 4/6/2011 | 6/1/2011 | 6/1/2011 | 6/1/2011 | 6/1/2011 | 10/19/2011 |
| P | G-33843 | 6/17/2011 | 6/20/2011 | 12/20/2011 | 12/20/2011 | 6/20/2011 | 12/20/2011 | 6/20/2011 | 1/6/2012 | 12/20/2011 | 8/23/2011 | 12/20/2011 |
| O | F-12268 | 5/30/2011 | 6/1/2011 | 12/20/2011 | 12/20/2011 | 3/1/2012 | 12/20/2011 | 6/1/2011 | 1/16/2012 | 12/20/2011 | 8/10/2011 | 12/20/2011 |
| N | AG-3327 | 5/24/2011 | 5/25/2011 | 12/20/2011 | 4/30/2012 | 2/28/2012 | 12/20/2011 | 1/27/2012 | 1/6/2012 | 12/20/2011 | 8/9/2011 | 12/20/2011 |
| T | G-23519 | 8/19/2011 | 12/20/2011 | 2/29/2012 | 5/10/2012 | 12/20/2011 | 12/20/2011 | 12/20/2011 | 1/6/2012 | 12/20/2011 | 10/12/2011 | 12/20/2011 |
| R | G-36605 | 8/4/2011 | 12/20/2011 | 12/20/2011 | 4/12/2012 | 3/1/2012 | 12/20/2011 | 12/20/2011 | 1/6/2012 | 12/20/2011 | 10/28/2011 | 1/10/2012 |
| F | P-78207 | 2/15/2011 | 2/24/2011 | 4/26/2011 | 4/11/2011 | 4/26/2011 | 2/28/2011 | 2/24/2011 | 4/26/2011 | 4/26/2011 | 4/26/2011 | 1/27/2012 |
| U | T-27866 | 9/16/2011 | 12/20/2011 | 2/29/2012 | 12/20/2011 | 1/6/2012 | 12/20/2011 | 12/20/2011 | 1/27/2012 | 12/20/2011 | 11/14/2011 | 1/27/2012 |
| G | AB-7178 | 2/28/2011 | 3/3/2011 | 5/3/2011 | 1/27/2012 | 3/3/2011 | 5/3/2011 | 3/3/2011 | 5/3/2011 | 5/3/2011 | 5/2/2011 | 1/27/2012 |
| X | F-77628 | 10/9/2011 | 12/20/2011 | 3/14/2012 | 4/12/2012 | 12/20/2011 | 1/6/2012 | 12/20/2011 | 1/6/2012 | 12/20/2011 | 11/30/2011 | 1/27/2012 |
| Q | P-81296 | 6/30/2011 | 7/5/2011 | 12/20/2011 | 4/26/2012 | 12/20/2011 | 12/20/2011 | 7/5/2011 | 1/6/2012 | 12/20/2011 | 9/16/2011 | 1/27/2012 |
| V | T-79994 | 9/20/2011 | 12/20/2011 | 12/20/2011 | 5/16/2012 | 10/19/2011 | 10/19/2011 | 12/20/2011 | 1/27/2012 | 12/20/2011 | 11/17/2011 | 1/27/2012 |
| AA | P-59833 | 11/17/2011 | 12/20/2011 | 12/20/2011 | 4/27/2012 | 1/4/2012 | 12/20/2011 | 12/20/2011 | 1/4/2012 | 1/10/2012 | 1/5/2012 | 3/14/2012 |
| CC | F-61074 | 11/26/2011 | 12/21/2011 | 12/21/2011 | 7/19/2012 | 3/1/2012 | 12/21/2011 | 12/21/2011 | 1/27/2012 | 2/27/2012 | 1/20/2012 | 3/14/2012 |
| BB | AH-8176 | 11/23/2011 | 12/20/2011 | 12/20/2011 | 4/27/2012 | 12/20/2011 | 12/20/2011 | 12/20/2011 | 4/19/2012 | 2/27/2012 | 1/20/2012 | 3/22/2012 |
| DD | V-96719 | 12/1/2011 | 12/21/2011 | 12/21/2011 | 4/12/2012 | 12/21/2011 | 12/21/2011 | 12/21/2011 | 4/19/2012 | 2/27/2012 | 1/20/2012 | 4/17/2012 |
| Y | E-92234 | 10/24/2011 | 12/20/2011 | 3/1/2012 | 4/17/2012 | 12/20/2011 | 1/27/2012 | 12/20/2011 | 1/27/2012 | 1/6/2012 | 12/19/2011 | 4/17/2012 |
| S | D-02384 | 8/8/2011 | 12/20/2011 | 12/20/2011 | 4/27/2012 | 12/20/2011 | 12/20/2011 | 12/20/2011 | 12/20/2011 | 12/20/2011 | 11/3/2011 | 4/17/2012 |
| W | AH-1262 | 10/6/2011 | 12/20/2011 | 2/29/2012 | 5/3/2012 | 12/20/2011 | 1/6/2012 | 12/20/2011 | 1/6/2012 | 12/20/2011 | 11/30/2011 | 4/17/2012 |
| C | H-50682 | 1/30/2011 | 2/3/2011 | 2/28/2011 | 4/11/2011 | 2/28/2011 | 2/3/2011 | 2/3/2011 | 1/27/2012 | 3/17/2011 | 3/17/2011 | N/A |
| L | K-87774 | 4/18/2011 | 4/21/2011 | 6/29/2011 | 6/29/2011 | 6/29/2011 | 4/21/2011 | 6/29/2011 | 1/6/2012 | 6/29/2011 | 6/29/2011 | N/A |
| H | F-70331 | 3/25/2011 | 3/29/2011 | 6/20/2011 | 1/27/2012 | 6/20/2011 | 3/29/2011 | 6/20/2011 | 1/6/2012 | 6/20/2011 | 6/20/2011 | N/A |
| EE | V-87236 | 12/6/2011 | 12/21/2011 | 12/21/2011 | 1/30/2012 | 12/21/2011 | 12/21/2011 | 12/21/2011 | 4/19/2012 | 2/27/2012 | 1/27/2012 | N/A |
| Z | J-52292 | 11/9/2011 | 12/20/2011 | 3/1/2012 | 4/12/2012 | 3/1/2012 | 12/20/2011 | 12/20/2011 | 1/4/2012 | 12/20/2011 | 1/6/2012 | N/A |
| FF | V-71835 | 12/17/2011 | 1/4/2012 | 1/4/2012 | 5/10/2012 | 2/27/2012 | 1/4/2012 | 1/4/2012 | 4/19/2012 | 2/28/2012 | 2/9/2012 | N/A |
| GG | D-00753 | 12/31/2011 | 4/19/2012 | 2/29/2012 | 8/15/2012 | 2/27/2012 | 2/27/2012 | 1/4/2012 | 4/19/2012 | 2/27/2012 | 2/22/2012 | N/A |