KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 322-5205
 E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION OF DEBBIE VOROUS IN SUPPORT OF DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY PORTIONS OF SPECIAL MASTER'S REPORT ON SUICIDES OCCURRING IN CALIFORNIA DEPARTMENT OF CORRECTIONS FACILITIES IN 2011** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Debbie Vorous, declare:

1.     I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Objections and Motion to Strike or Modify Potions of Special Master's Report on Suicides Occurring in California Department of Corrections and Rehabilitation Facilities in 2011.

/ / /

/ / /

/ / /

1

1      2.    Attached as Exhibit 1 is a true and correct copy of a response to Dr. Raymond F.
2  Patterson's "Report on Suicides Completed in California Department of Corrections and
3  Rehabilitation in Calendar Year 2011," prepared Joel A. Dvoskin, Ph.D.
4      I declare under penalty of perjury that the foregoing is true and correct. Executed in
5  Sacramento, California on February 11, 2013.

7                                                 */s/ Debbie Vorous*
                                               Debbie Vorous
8  CF1997CS0003

2