# EXHIBIT 2

| | |
|---|---|
| **From:** | Lindsay Hayes |
| **To:** | Jay Russell |
| **Subject:** | FW: Attachment to Deposition Subpoena |
| **Date:** | Friday, February 08, 2013 7:14:59 AM |
| **Attachments:** | CDCR Notes.PDF |
| | CDCR Contract & Invoices.PDF |
| | CDCR E-Mails.PDF |
| | CDCR Report, August 16, 2011.docx |
| | CDCR Report, August 16, 2011-Redacted Version.docx |
| | CDCR Report.docx |
| | Exhibit 1-Resume.docx |
| **Importance:** | High |

See attached, please confirm receipt.

Lindsay M. Hayes, Project Director
National Center on Institutions & Alternatives
40 Lantern Lane
Mansfield, MA 02048
(508) 337-8806
www.ncianet.org/services/suicide-prevention-in-custody/

From: lhayesta@msn.com
To: afischer@rbgg.com
Subject: Attachment to Deposition Subpoena
Date: Tue, 5 Feb 2013 13:27:58 -0500

See attached, please confirm receipt.

Lindsay M. Hayes, Project Director
National Center on Institutions & Alternatives
40 Lantern Lane
Mansfield, MA 02048
(508) 337-8806
www.ncianet.org/services/suicide-prevention-in-custody/