# EXHIBIT 3



*KAMALA D. HARRIS*
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public:  (916) 445-9555
Telephone:  (916) 324-5345
Facsimile:  (916) 324-5205
E-Mail:  Debbie.Vorous@doj.ca.gov

May 24, 2012

<u>Via E-Mail</u>

Michael W. Bien
Rosen Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104

RE:  *Coleman v. Brown, et al.,*
<u>U.S.D.C., Eastern District of California, Case No. 2:90-cv-00520 LKK JFM PC</u>

Dear Michael:

The California Department of Corrections and Rehabilitation (CDCR) retained Lindsay M. Hayes, Project Director, National Center on Institutions and Alternatives, as a consultant to provide his opinions and recommendations on several suicide prevention issues that he investigated within CDCR.  One opinion related to the use of Outpatient Housing Units (OHUs) for suicide observation and precaution.  Mr. Hayes's opinions and recommendations were made with the explicit intent for CDCR to strategize ways to systemically reduce both the number of suicides and rate of inmate suicides, as well as remove suicide prevention from *Coleman* monitoring.  Mr. Hayes provided CDCR with his consultant report in August 2011.

After Mr. Hayes completed his investigation, you requested that CDCR provide you with a copy of his report.  Mr. Hayes's report is not subject to disclosure under Federal Rule of Civil Procedure 26 because it was written for CDCR's internal use and not written as an expert report under Rule 26.  However, consistent with your May 9, 2012 telephone conference with CDCR General Counsel, Benjamin Rice, CDCR has agreed, as part of ongoing settlement negotiations, to provide you with a copy of that part of Mr. Hayes's report relating to the use of OHUs for suicide observation and precaution.  In exchange, you have agreed to keep the report confidential and not use it for any purpose whatsoever in this litigation or any other litigation involving the State Defendants.  In other words, if released, the report is protected as part of ongoing settlement discussions.

Michael Bien
May 24, 2012
Page 2


      Please contact me if I have misrepresented the agreement with respect to providing you with a copy of that part of Mr. Hayes's report relating to the use of OHUs for suicide precaution or watch.

                    Sincerely,

                    /s/  Debbie J. Vorous

                    DEBBIE J. VOROUS
                    Deputy Attorney General

          For    KAMALA D. HARRIS
                    Attorney General

DJV:

CF1997CS0003

**William Downer**

| | |
|---|---|
| **From:** | Michael W. Bien <mbien@RBG-Law.com> |
| **Sent:** | Thursday, May 24, 2012 5:41 PM |
| **To:** | Benjamin Rice; Debbie Vorous |
| **Cc:** | Katherine@CDCR Tebrock; Coleman Team - RBG Only |
| **Subject:** | RE: Lindsay Hayes's Suicide Report [IWOV-DMS.FID6429] |

We agree.

Michael Bien


ROSEN, BIEN & GALVAN, LLP

315 Montgomery Street, Tenth Floor

San Francisco, CA 94104

(415) 433-6830 (telephone)

(415) 433-7104 (fax)

mbien@rbg-law.com

www.rbg-law.com


CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.


IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


-----Original Message-----
From: Rice, Benjamin@CDCR [mailto:Benjamin.Rice@cdcr.ca.gov]
Sent: Thursday, May 24, 2012 5:40 PM
To: Michael W. Bien; Debbie Vorous
Cc: Tebrock, Katherine@CDCR; Coleman Team - RBG Only
Subject: Re: Lindsay Hayes's Suicide Report [IWOV-DMS.FID6429]

1

We agreed to use it in discussions. But the agreement needs to be for any litigation- not just Coleman. But I agree we can use it in discussions.

----- Original Message -----
From: Michael W. Bien [mailto:mbien@RBG-Law.com]
Sent: Thursday, May 24, 2012 05:35 PM
To: Debbie Vorous <Debbie.Vorous@doj.ca.gov>
Cc: Rice, Benjamin@CDCR; Tebrock, Katherine@CDCR; Debbie Vorous <Debbie.Vorous@doj.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbg-law.com>
Subject: RE: Lindsay Hayes's Suicide Report [IWOV-DMS.FID6429]

Debbie

My agreement with Ben is slightly different than your characterization. You state that: "In exchange, you have agreed to keep the report confidential and not use it for any purpose whatsoever in this litigation or any other litigation involving the State Defendants. In other words, if released, the report is protected as part of ongoing settlement discussions."

The agreement is that we will not use Lindsay Hayes's Report in any court filing in this litigation. We are free to use it in our discussions and negotiations with defendants and the Special Master concerning OHU's, suicide prevention, etc.

Michael Bien


ROSEN, BIEN & GALVAN, LLP

315 Montgomery Street, Tenth Floor

San Francisco, CA 94104

(415) 433-6830 (telephone)

(415) 433-7104 (fax)

mbien@rbg-law.com

www.rbg-law.com


CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.


IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

2

-----Original Message-----
From: Debbie Vorous [mailto:Debbie.Vorous@doj.ca.gov]
Sent: Thursday, May 24, 2012 5:21 PM
To: Michael W. Bien
Cc: Benjamin Rice; Katherine.Tebrock@cdcr.ca.gov; Debbie Vorous
Subject: Lindsay Hayes's Suicide Report

Dear Michael,

At CDCR's request, attached is a cover letter enclosing a redacted copy of Lindsay Hayes's August 16, 2011 suicide report. Mr. Hayes redacted his report to contain only that part relating to the use of Outpatient Housing Units for Suicide Precaution.

Please contact me if you have any questions.

Thank you,


Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
1300 I Street
Sacramento CA 94244-2550
(916) 324-5345

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

3

| | |
|---|---|
| **From:** | Debbie Vorous |
| **To:** | Jay Russell; Jonathan Wolff; Paul B. Mello (Pmello@hansonbridgett.com) (Pmello@hansonbridgett.com); William Downer |
| **Cc:** | Debbie Vorous; Patrick McKinney |
| **Subject:** | FW: Coleman: Lindsay Hayes [IWOV-DMS.FID6429] |
| **Date:** | Thursday, January 17, 2013 11:51:39 AM |

per our call

**From:** Rice, Benjamin@CDCR [mailto:Benjamin.Rice@cdcr.ca.gov]
**Sent:** Wednesday, January 16, 2013 6:40 PM
**To:** Debbie Vorous; Patrick McKinney
**Subject:** Fw: Coleman: Lindsay Hayes [IWOV-DMS.FID6429]


**From**: Michael W. Bien [mailto:MBien@rbgg.com]
**Sent**: Wednesday, January 16, 2013 05:55 PM Pacific Standard Time
**To**: Rice, Benjamin@CDCR
**Cc**: Lindsay M. Hayes (lhayesta@msn.com) <lhayesta@msn.com>
**Subject**: Coleman: Lindsay Hayes [IWOV-DMS.FID6429]

Ben

We are writing to inform you that we will be continuing to work with plaintiffs' expert, Lindsay Hayes, in connection with Defendants' Motion to Terminate.

We agreed to allow CDCR to consult with Mr. Hayes in 2010 in connection with CDCR's efforts to improve its suicide prevention efforts on the condition that Mr. Hayes would not be used by the State as litigation expert and that plaintiffs would not be precluded from using Mr. Hayes in the future.  Mr. Hayes last billed any time to CDCR in August 2011 and heard nothing from CDCR for almost a year after that date.  In August 2012, Mr. Hayes was authorized by you (after extensive negotiations that included the two of us and the Special Master) to speak to Dr. Metzner about Mr. Hayes' consultation with CDCR and his written report.   You also provided me with a portion of Mr. Hayes' report.

Mr. Hayes subsequently inquired of Diane Toche and Tim Belavich if they intended to continue the consultation.  Dr. Belavich said he would get back to Mr. Hayes "in a few days" but, in fact, never did.  Mr. Hayes recently communicated to CDCR that having had no request for work for more than a year or new communication, he was "resigning."

We have previously agreed that defendants need not produce the full "Lindsay Hayes report" and we will stand by that agreement and not require you to produce the report in this litigation.  We have also instructed Mr. Hayes and he has agreed, that he is not to disclose to plaintiffs' counsel his report or any recommendations or information he communicated to CDCR officials in his consultation.  Nor is he to disclose any communications with CDCR officials that he had during his consultation.

Please contact me as soon as possible if you want to discuss this issue further.


Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.