1

2

3

4

5

6

7      UNITED STATES DISTRICT COURTS

8      EASTERN DISTRICT OF CALIFORNIA

9      AND NORTHERN DISTRICT OF CALIFORNIA
       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

10     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

11

|  |  |
|---|---|
| 12  RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK-JFM P |
| 13             Plaintiffs, | **THREE JUDGE COURT** |
|       v. | **DECLARATION OF NON-PARTY** |
| 14  EDMUND G. BROWN, JR., et al., | **LINDSAY M. HAYES IN** |
| 15             Defendants. | **CONNECTION WITH DISCOVERY** **DISPUTE** |
| 16  | |
| 17  | Case No. C01-1351 TEH |
| 18  | |
| 19  MARCIANO PLATA, et al., | **THREE JUDGE COURT** |
| 20             Plaintiffs, | |
|       v. | |
| 21  EDMUND G. BROWN, JR., et al., | |
| 22             Defendants. | |

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10  UNITED STATES DISTRICT COURT

11  EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13 RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK-JFM |
| 14      Plaintiffs, | **DECLARATION OF NON-PARTY LINDSAY M. HAYES IN CONNECTION WITH DISCOVERY DISPUTE** |
| 15    v. | |
| 16 EDMUND G. BROWN, Jr., et al., | |
| 17      Defendants. | Judge:  Lawrence K. Karlton |

18

19

20

21

22

23

24

25

26

27

28

[726770-1]

I, Lindsay M. Hayes, declare:

1. I am an expert in the area of suicide prevention in jails and prisons. I am employed by the National Center on Institutions and Alternatives in Massachusetts. I have personal knowledge of the matters stated herein and if called as a witness I could and would be able to competently so testify truthfully to them.

2. I was retained by Plaintiffs' counsel as an expert witness and consultant in this litigation and filed a declaration as an expert witness in this litigation on October 31, 2006, (Docket 2011), concerning my participation in an expert panel with the Coleman Special Master, his experts, plaintiffs' counsel and CDCR officials in July 2006 and my recommendations to help reduce suicides in California prisons' administrative segregation units. I continued to consult with Plaintiffs' counsel on suicide prevention issues from time to time after I filed my 2006 declaration.

3. In July 2009, I received an e-mail from Robert Canning, PhD, a Chief Psychologist and CDCR Suicide Prevention Coordinator, who I knew from my previous work on the expert panel and who I had met again at a conference, asking me, on behalf of Sharon Aungst, the new Mental Health Director of CDCR, if I would consider entering in to "a consultation on our suicide prevention program." Before responding, I conferred with Plaintiffs' counsel, who approved on the condition that I would not be employed as a litigation consultant or as an expert witness, but rather as a consultant to the clinicians in mental health working on suicide prevention and policies and procedures. I so communicated to Dr. Canning and Ms. Aungst, and CDCR subsequently agreed to this condition.

4. Attached as Exhibit A is a true and correct copy of the contract for my consulting services to CDCR, dated August 26, 2010, as well as my invoices reflecting my time and services provided to CDCR. (I was informed that the one-year delay in actually contracting was due to budget and other problems.) The contract language was consistent with my understanding with Ms. Aungst and Dr. Canning that I was not a consultant to

[726770-1]

1   CDCR's attorneys or the Attorney General's Office, but was instead a consultant to

2   CDCR's Division of Health Care Services for the purpose of reviewing and improving

3   CDCR's suicide prevention policies and practices. Dr. Canning was designated as the

4   "Program Manager" for my contract and I worked directly with him and other central

5   office staff of CDCR's Division of Health Care Services, including his supervisor,

6   Kathleen O'Meara. I understood that my recommendations for improvements would be

7   shared with the Special Master and his experts, along with Plaintiffs' counsel, as part of

8   the process of resolving this aspect of the *Coleman* litigation.

9         5.  As required by my agreement, I travelled to California and spent five days in

10  December 2010 meeting with Dr. Canning, Dr. O'Meara, and other clinicians at CDCR,

11  touring three prisons, and interviewing and observing staff. In August 2011, I billed

12  CDCR for 37 hours of my time reviewing documents and preparing a report, date August

13  16, of my findings and recommendations, which I sent to CDCR that month. That report

14  was written with the explicit intent to provide CDCR with a strategy to reduce inmate

15  suicides within the prison system.

16        6.  Although my contract with CDCR calls for three years of work, including

17  follow-up visits and consultations, CDCR has not requested additional consulting services

18  from me since I sent my report in August 2011. CDCR did subsequently request that I

19  prepare a redacted version of my August 2011 report that removed all of my opinions and

20  recommendations other than those concerning CDCR's use of Outpatient Housing Units

21  ("OHUs"), so that the redacted report could be shared with the Special Master and

22  Plaintiffs' counsel. I was also informed by CDCR, in May 2012, that I could speak to

23  Michael Bien and to Dr. Jeffrey Metzner, an expert working for the Special Master, about

24  that portion of my report.

25        7.  I communicated with CDCR mental health leadership several times in both 2011

26  and 2012 in an effort to get feedback on my report and to continue the process of working

27  with CDCR to improve its suicide prevention measures. I also asked for clarification of

28  my role and expressed willingness to continue to work with CDCR on these important

[726770-1]

1  issues. Following over a year of not receiving any communication from CDCR (other than
2  what was decided above), I was subsequently informed that there had been some
3  leadership changes at CDCR's Division of Health Care Services. Ms. Aungst had left and
4  Diana Toche and Tim Belavich had been promoted, so I communicated directly with them
5  via e-mail in August and September 2012, asking whether CDCR wanted any additional
6  services from me under the Contract. I never received any response from Drs. Toche and
7  Belavich (or any other CDCR staff) other than Dr. Belavich briefing stating in a August 21
8  return e-mail "please give us a few days" to define "potential consulting opportunities."
9  Following another prolonged period of non-response, I formally resigned as a CDCR
10  consultant in early January 2013.

11     8.   Mr. Bien contacted me in January 2013, inquired as to my CDCR consultant
12  status, and asked if I would again agree to be retained as a litigation expert for Plaintiffs'
13  counsel to testify in opposition to the State's motion to terminate the *Coleman* litigation. I
14  said I would do so only if he was able to obtain the agreement of CDCR's counsel that
15  they would not raise any objections. Mr. Bien informed me he would contact Benjamin
16  Rice, one of the CDCR's legal counsel. It was my understanding that Mr. Rice never
17  definitively responded to Mr. Bien's communication. As I was not willing to proceed
18  based on Mr. Rice's failure to respond to Mr. Bien's communication, Mr. Bien
19  subsequently informed me that he had withdrawn the offer and would not retain me as a
20  litigation expert. I was then served with a deposition subpoena requiring me to appear for
21  my deposition and produce documents on February 18, 2013 in Bostontts. I have no
22  objection to providing the testimony and documents requested. I provided both Plaintiffs
23  and Defendants with the documents in advance of the deposition to facilitate the process.

24     I declare under penalty of perjury under the laws of the United States that the
25  foregoing is true and correct and that this declaration is executed in Mansfield,
26  Massachusetts, on February 10, 2013.

27

28
　　　　　　　　　　　　　　　　　　　Lindsay M. Hayes

DECLARATION OF NON-PARTY LINDSAY M. HAYES IN CONNECTION WITH DISCOVERY DISPUTE

[726770-1]

Exhibit A

National Center on Institutions and Alternatives
Rate Sheet
Fiscal Year 2010/11 through 2013/14

California Department of Corrections and Rehabilitation
Budget Rate Sheet

Agreement Number: 5600001125
Exhibit B.1

| | FY10/11 | Due Dates | FY11/12 | Due Dates | FY12/13 | Due Dates | FY13/14 | Due Dates | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Initial (Year Zero): Preliminary document review. Deliverable 1a (16 hours @ $300.00/hr) | $ 4,800.00 | 9/15/2010 or within 15 days of award | | | | | | | $ 4,800.00 |
| Initial (Year Zero): Headquarters site visit. Deliverable 1b & 1d (16 hours @ $300.00/hr) | $ 4,800.00 | 10/30/2010 | | | | | | | $ 4,800.00 |
| Initial (Year Zero): Institution site visits (four CDCR and DMH facilities). Deliverable 1c (24 hours @ $300.00/hr) | $ 7,200.00 | 1/1/2011 | | | | | | | $ 7,200.00 |
| Initial (Year Zero): Consultant will deliver a report with findings and recommendations 30 days after final site visit. Deliverable 1e (24 hours @ $300.00/hr) | $ 7,200.00 | 2/1/2011 | | | | | | | $ 7,200.00 |
| Year One Follow-Up: Document Review. Deliverable 2a (8 hours @ $300.00/hr) | | | $ 2,400.00 | 7/15/2011 | | | | | $ 2,400.00 |
| Year One Follow-Up: Headquarters Site Visit. Deliverable 2b (8 hours @ $300.00/hr) | | | $ 2,400.00 | 8/30/2011 | | | | | $ 2,400.00 |
| Year One Follow-Up: Institutional site visits. Deliverable 2c (24 hours @ $300.00/hr) | | | $ 7,200.00 | 11/30/2011 | | | | | $ 7,200.00 |
| Year One Follow-Up: Consultant will deliver a follow-up report with findings and recommendations 30 days after final site visit. Deliverable 2d (24 hours @ $300.00/hr) | | | $ 7,200.00 | 3/1/2012 | | | | | $ 7,200.00 |
| Year Two Follow-Up: Document review. Deliverables 3a (8 hours @ $300.00/hr) | | | | | $ 2,400.00 | 7/16/2012 | | | $ 2,400.00 |
| Year Two Follow-Up: Distance consultation with Mental Health Program Headquarters. Deliverables 3b (8 hours @ $300.00/hr) | | | | | $ 2,400.00 | 8/30/2012 | | | $ 2,400.00 |
| Year Three Follow-Up: Document review. Deliverables 4a (8 hours @ $300.00/hr) | | | | | | | $ 2,400.00 | 7/10/2013 | $ 2,400.00 |
| Year Three Follow-Up: Distance consultation with Mental Health Program Headquarters. Deliverables 4b (8 hours @ $300.00/hr) | | | | | | | $ 2,400.00 | 07/20/2013- 08/30/2013 | $ 2,400.00 |
| Total | $ 24,000.00 | | $ 19,200.00 | | $ 4,800.00 | | $ 4,800.00 | | $ 52,800.00 |
| Grand Totals | | | | | | | | | $ 52,800.00 |

updated 2/24/10

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF BUSINESS SERVICES**
10000 Goethe Road, Suite C-1
Sacramento, CA 95827



August 26, 2010

National Center on Institutions and Alternatives
Attn: Kirk Larter, Vice President of Finance
7222 Ambassador Road
Baltimore, MD 21244

Dear Mr. Larter:

**AGREEMENT NUMBER: 5600001125**
**SERVICE: CONSULTANT SERVICES FOR A COMPREHENSIVE AND SYSTEM-WIDE REVIEW**
**OF THE CDCR SUICIDE PREVENTION PROGRAM**

Enclosed for your signature are the above-referenced three (3) Standard Agreements and related exhibits. **This agreement is not valid unless, and until, approved by the DGS, or under its authority, CDCR.** The State has no legal obligation, unless and until the Agreement is approved. The State assumes no responsibility for any work commenced by the Contractor and will not reimburse the Contractor for any work performed prior to approval of the Agreement. When this Agreement is fully approved, an original will be forwarded to you.

Please have all items dated and signed with an **original signature** by an authorized representative.

Copies of the following document(s) must be returned to CDCR's OBS before this Agreement can be sent to DGS for approval.

**Certificate of Insurance**

As required under the Insurance requirements provision in Exhibit D, CDCR Special Terms and Conditions.

       **Commercial Liability Insurance**
       The Contractor is required to provide a Certificate of Insurance stating that there is Commercial General Liability insurance presently in effect for the Contractor of not less than $1,000,000 per occurrence for bodily injury and property damage liability combined. The certificate of insurance <u>must</u> include the following provisions:

- **The insurer will not cancel the insured's coverage without 30 days prior written notice to the State.   The California Department of Corrections and Rehabilitation must be named as the "Certificate Holder" and list the following:**

               **State of California**
               **California Department of Corrections Rehabilitation (CDCR)**
               **Office of Business Services**
               **10000 Goethe Road, Suite C-1**
               **Sacramento, CA 95827**

National Center on Institutions and Alternatives, Inc.
Page 2

- **The State of California, its officers, agents, employees and servants are hereby named as additional insured, but only with respect to work performed for the State of California.**

**Auto Liability** At this time the State is exercising its right to request proof of automobile insurance. The Contractor shall provide proof of automobile insurance for itself and its employees and/or subcontractors.

**Workers' Compensation** As required under the Workers' Compensation provision in the CDCR Special General Terms and Conditions of this Agreement, the Contractor shall furnish to the State evidence of valid Workers' Compensation coverage in the manner specified therein.

Have the insurance company place the language specified in the "Description of Operations/Locations/Vehicles, Special Items" section of the insurance certificate.

## Contractor Certification Clauses

This Agreement does not include a hard copy of the Contractor Certification Clauses (CCC), which are incorporated by reference into the Agreement. The CCC may be downloaded from the Internet at www.ols.dgs.ca.gov/standard+language and printed for your files. An original, signed copy of the CCC must be returned with the two signed STD 213s, the attached exhibits and any other requested documentation. Failure to submit a signed CCC will delay approval of this Agreement. If you do not have Internet access, you may request a hard copy of the CCC by contacting the contract analyst at the telephone number listed in the last paragraph of the letter.

## OBS 1500 - Darfur Contracting Act

Pursuant to Public Contracting Code sections 10475-10478, contractor must provide a complete OBS 1500 -- Darfur Contracting Act form.

## Subcontractor/Consultant List

In order for the CDCR to be in compliance with Section 14835 et seq. of the California Government Code, Contractors must identify **all** subcontractors and consultants that will be used in the performance of this Agreement on the enclosed Subcontractor/Consultant List. Contractors must further identify on the list those subcontractors and consultants that will be used in the performance of this Agreement that are also qualified Small and Micro Business Enterprises. The Subcontractor/Consultant List **must** be completed and returned to OBS.

Current law encourages state departments to first consider a Small Business Enterprise (Small) or Microbusiness Enterprise (Micro) for contracting opportunities. The CDCR is committed to supporting Small and Micro Business Enterprise participation in state contracting and seeks to use certified Small/Micro Business Enterprises whenever possible. Therefore, if you are a Small/Micro business, but are not certified, it is to your advantage to become certified. Please contact the DGS, Procurement Division, Office of Small Business and DVBE Services (OSDS)

National Center on Institutions and Alternatives, Inc.
Page 3

for certification information. The OSDS can be reached at (916) 375-4940 or via their Internet website (www.dgs.ca.gov/osbcr).

All documentation must be returned to CDCR, OBS, at the address on this letterhead. Please use the address below for overnight or hand delivery:

> California Department of Corrections and Rehabilitation
> Office of Business Services
> Attention: **Theresa (Tess) Olmscheid, Contract Analyst**
> 10000 Goethe Road, Suite C-1
> Sacramento, CA 95827

If the Agreement and other required document(s) are not returned within two weeks, the Agreement cannot be processed and may be cancelled.

If you have any questions or need assistance, do not hesitate to contact me at (916) 255-5704.

Sincerely,

*Theresa J. Olmscheid*

Theresa (Tess) Olmscheid
Associate Contract Analyst
Adult Administration Contracts Unit
Service Contracts Management Branch

Enclosure(s

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 06/03)

| | |
|---|---|
| | AGREEMENT NUMBER |
| | **5600001125** |
| | REGISTRATION NUMBER |

1. This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME

California Department of Corrections and Rehabilitation

CONTRACTOR'S NAME

**National Center on Institutions and Alternatives (NCIA)**

2. The term of this Agreement is: **Upon Approval** through **August 30, 2013**

3. The maximum amount of this Agreement is: $ 52,800.00
   Fifty-Two Thousand, Eight Hundred Dollars and Zero Cents.

4. The parties agree to comply with the terms and conditions of the following exhibits which are by this reference made a part of the Agreement.

| | |
|---|---|
| Exhibit A -- Scope of Work | 5 pages |
| Exhibit A.1 - Resume | 21 pages |
| Exhibit B -- Budget Detail and Payment Provisions | 2 pages |
| Exhibit B.1- Budget Rate Sheet | 1 page |
| Exhibit C -- General Terms and Conditions* | GTC 610 |
| Exhibit D -- Special Terms and Conditions | 18 pages |

*Exhibit C is incorporated by reference as a part of this agreement. It may be viewed at www.ols.dgs.ca.gov/Standard+Language .

**IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.**

| CONTRACTOR | California Department of General Services Use Only |
|---|---|
| CONTRACTOR'S NAME *(if other than an individual, state whether a corporation, partnership, etc.)* <br> National Center on Institutions and Alternatives (NCIA) | |
| BY *(Authorized Signature)*     DATE SIGNED*(Do not type)* | |
| PRINTED NAME AND TITLE OF PERSON SIGNING <br> Kirk Larter, V.P. of Finance | |
| ADDRESS <br> 7222 Ambassador Road, Baltimore, MD 21244 | |

| STATE OF CALIFORNIA | |
|---|---|
| AGENCY NAME <br> California Department of Corrections and Rehabilitation | |
| BY *(Authorized Signature)*     DATE SIGNED*(Do not type)* | |
| PRINTED NAME AND TITLE OF PERSON SIGNING <br> Bedeth Victorioso, Manager, Adult Administration Contracts Unit | ☐ Exempt per: |
| ADDRESS <br> 10000 Goethe Road, Suite C-1, Sacramento, CA 95827 | |

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 06/03)

| | |
|---|---|
| AGREEMENT NUMBER | **5600001125** |
| REGISTRATION NUMBER | |

1. This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME

California Department of Corrections and Rehabilitation

CONTRACTOR'S NAME

**National Center on Institutions and Alternatives (NCIA)**

2. The term of this        **Upon Approval**        through     **August 30, 2013**
   Agreement is:

3. The maximum amount        $ 52,800.00
   of this Agreement is:        Fifty-Two Thousand, Eight Hundred Dollars and Zero Cents.

4. The parties agree to comply with the terms and conditions of the following exhibits which are by this reference made a part of the Agreement.

| | |
|---|---|
| Exhibit A – Scope of Work | 5 pages |
| Exhibit A.1 - Resume | 21 pages |
| Exhibit B – Budget Detail and Payment Provisions | 2 pages |
| Exhibit B.1- Budget Rate Sheet | 1 page |
| Exhibit C – General Terms and Conditions* | GTC 610 |
| Exhibit D – Special Terms and Conditions | 18 pages |

*Exhibit C is incorporated by reference as a part of this agreement. It may be viewed at www.ols.dgs.ca.gov/Standard+Language .*

**IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.**

| CONTRACTOR | California Department of General Services Use Only |
|---|---|
| CONTRACTOR'S NAME *(if other than an individual, state whether a corporation, partnership, etc.)* <br> National Center on Institutions and Alternatives (NCIA) | |
| BY *(Authorized Signature)*          DATE SIGNED*(Do not type)* | |
| PRINTED NAME AND TITLE OF PERSON SIGNING <br> Kirk Larter, V.P. of Finance | |
| ADDRESS <br> 7222 Ambassador Road, Baltimore, MD 21244 | |

| STATE OF CALIFORNIA | |
|---|---|
| AGENCY NAME <br> California Department of Corrections and Rehabilitation | |
| BY *(Authorized Signature)*          DATE SIGNED*(Do not type)* | |
| PRINTED NAME AND TITLE OF PERSON SIGNING <br> Bedeth Victorioso, Manager, Adult Administration Contracts Unit | ☐ Exempt per: |
| ADDRESS <br> 10000 Goethe Road, Suite C-1, Sacramento, CA 95827 | |

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 06/03)

| | |
|---|---|
| AGREEMENT NUMBER | **5600001125** |
| REGISTRATION NUMBER | |

1. This Agreement is entered into between the State Agency and the Contractor named below:

STATE AGENCY'S NAME

California Department of Corrections and Rehabilitation

CONTRACTOR'S NAME

National Center on Institutions and Alternatives (NCIA)

2. The term of this        **Upon Approval**        through    **August 30, 2013**
   Agreement is:

3. The maximum amount    $ 52,800.00
   of this Agreement is:    Fifty-Two Thousand, Eight Hundred Dollars and Zero Cents.

4. The parties agree to comply with the terms and conditions of the following exhibits which are by this reference made a part of the Agreement.

| | |
|---|---|
| Exhibit A – Scope of Work | 5 pages |
| Exhibit A.1 - Resume | 21 pages |
| Exhibit B – Budget Detail and Payment Provisions | 2 pages |
| Exhibit B.1- Budget Rate Sheet | 1 page |
| Exhibit C – General Terms and Conditions* | GTC 610 |
| Exhibit D – Special Terms and Conditions | 18 pages |

*Exhibit C is incorporated by reference as a part of this agreement. It may be viewed at www.ols.dgs.ca.gov/Standard+Language .*

**IN WITNESS WHEREOF**, this Agreement has been executed by the parties hereto.

| CONTRACTOR | California Department of General Services Use Only |
|---|---|
| CONTRACTOR'S NAME *(if other than an individual, state whether a corporation, partnership, etc.)* <br> National Center on Institutions and Alternatives (NCIA) | |
| BY *(Authorized Signature)*                  DATE SIGNED *(Do not type)* | |
| PRINTED NAME AND TITLE OF PERSON SIGNING <br> Kirk Larter, V.P. of Finance | |
| ADDRESS <br> 7222 Ambassador Road, Baltimore, MD 21244 | |

**STATE OF CALIFORNIA**

| | |
|---|---|
| AGENCY NAME <br> California Department of Corrections and Rehabilitation | |
| BY *(Authorized Signature)*                  DATE SIGNED *(Do not type)* | |
| PRINTED NAME AND TITLE OF PERSON SIGNING <br> Bedeth Victorioso, Manager, Adult Administration Contracts Unit | ☐ Exempt per: |
| ADDRESS <br> 10000 Goethe Road, Suite C-1, Sacramento, CA 95827 | |

STATE OF CALIFORNIA
**STANDARD AGREEMENT**
STD 213 (Rev 06/03)

| | |
|---|---|
| AGREEMENT NUMBER | **5600001125** |
| REGISTRATION NUMBER | |

1. This Agreement is entered into between the State Agency and the Contractor named below:

   STATE AGENCY'S NAME

   California Department of Corrections and Rehabilitation

   CONTRACTOR'S NAME

   **National Center on Institutions and Alternatives (NCIA)**

2. The term of this Agreement is:     **Upon Approval**     through     **August 30, 2013**

3. The maximum amount of this Agreement is:     $ 52,800.00

   Fifty-Two Thousand, Eight Hundred Dollars and Zero Cents.

4. The parties agree to comply with the terms and conditions of the following exhibits which are by this reference made a part of the Agreement.

   | | |
   |---|---|
   | Exhibit A – Scope of Work | 5 pages |
   | Exhibit A.1 - Resume | 21 pages |
   | Exhibit B – Budget Detail and Payment Provisions | 2 pages |
   | Exhibit B.1- Budget Rate Sheet | 1 page |
   | Exhibit C – General Terms and Conditions* | GTC 610 |
   | Exhibit D -- Special Terms and Conditions | 18 pages |

   *Exhibit C is incorporated by reference as a part of this agreement. It may be viewed at www.ols.dgs.ca.gov/Standard+Language .*

**IN WITNESS WHEREOF, this Agreement has been executed by the parties hereto.**

| CONTRACTOR | California Department of General Services Use Only |
|---|---|
| CONTRACTOR'S NAME (if other than an individual, state whether a corporation, partnership, etc.) National Center on Institutions and Alternatives (NCIA) | |
| BY (Authorized Signature)                   DATE SIGNED(Do not type) | |
| PRINTED NAME AND TITLE OF PERSON SIGNING Kirk Larter, V.P. of Finance | |
| ADDRESS 7222 Ambassador Road, Baltimore, MD 21244 | |

| STATE OF CALIFORNIA | |
|---|---|
| AGENCY NAME California Department of Corrections and Rehabilitation | |
| BY (Authorized Signature)                   DATE SIGNED(Do not type) | |
| PRINTED NAME AND TITLE OF PERSON SIGNING Bedeth Victorioso, Manager, Adult Administration Contracts Unit | ☐ Exempt per: |
| ADDRESS 10000 Goethe Road, Suite C-1, Sacramento, CA 95827 | |

National Center on Institutions and Alternatives          Agreement Number:  5600001125
California Department of Corrections and Rehabilitation (CDCR)                    Exhibit A
Scope of Work

## Suicide Expert Consultant Services for CDCR's Suicide Prevention Program

### I.    INTRODUCTION

The National Center on Institutions and Alternatives (NCIA) shall provide a comprehensive and system-wide review of the California Department of Corrections and Rehabilitation (CDCR)'s Suicide Prevention Program. This consultation will directly respond to the *Coleman* court's stated concerns about the CDCR's suicide review process and other aspects of suicide prevention in the department. This consultation will directly contribute to resolution of the *Coleman* litigation.

### II.    BACKGROUND

Suicide crosses all professional and organizational boundaries of the CDCR. A successful suicide prevention program in the CDCR environment targets all inmates, all staff, and all levels of custody. In the last ten years the CDCR has experienced an increase in the rate of suicide. For most years in the last decade the suicide rate in the CDCR has exceeded the national rate of suicide among state prisoners. Recently the CDCR has stumbled in the timeliness of its suicide reviews and the adequacy of the responses to these reviews by institutions and the CDCR as a whole. The recognition of and response to suicide risk in the correctional environment is one of the most important and difficult tasks for mental health staff, yet it is apparent from the CDCR's own reviews of suicide and those of the *Coleman* court's suicide expert that assessments are often subpar and inadequate, leading to poor follow-up and trajectories that may contribute to an eventual suicide. In addition, the CDCR has struggled with how to assure that local policies, procedures, and practices reflect departmental standards and are consistent across institutions. Finally, the ability of the CDCR to adequately track, monitor, and prevent suicide attempts has eroded until at the current time the CDCR has no active database of suicide attempts and no plan to systematically collect data on attempts as a way to better understand who may and who may not attempt, and ultimately complete a suicidal act. These factors have contributed to the CDCR's inability to make progress toward an exit from the *Coleman* litigation. The Contractor's experience (more than 25 years) with correctional suicide prevention programs will allow the CDCR to make immediate, short-term, and long-term changes in its suicide prevention program to begin to decrease the overall rate of suicide over the long-term. This consultation will allow the CDCR to implement a more effective suicide prevention policy and demonstrate to the *Coleman* court its resolve to deal with a issue that impedes its ability to resolve the litigation.

### III.    CONTRACTOR RESPONSIBLITIES

As a special court monitor, a National Institute of Corrections grantee, and consultant to state correctional systems, the Contractor has developed a framework to allow state correctional systems to more effectively meet the problem of the suicide of inmates and resolve litigation. The Contractor will apply eight critical components of a suicide

National Center on Institutions and Alternatives          Agreement Number: 5600001125
California Department of Corrections and Rehabilitation (CDCR)          Exhibit A
Scope of Work

prevention policy[1] (staff training, identification/screening, communication, housing, levels of supervision, intervention, reporting, and follow-up/mortality review) to his consultation with the CDCR. The Contractor will be retained for a period of three years. The consultation will include an initial consultation resulting in comprehensive recommendations, and three annual follow-up consultations.

## IV.    TASKS

Due to the complexity of evaluating suicide prevention programs in correctional settings, and because the full extent of changes secondary to recommendations may not be apparent for several years, the full consultation will extend over a three year period: an initial consultation and three annual follow-up consultations (year one follow-up on-site and the remainder via document review and teleconference).

The initial consultation (FY 2010-2011) will require Contractor to first review documents provided by the CDCR concerning current policies, its review process, court documents pertaining to suicide prevention, and examples of suicide evaluations, recommendations derived from the reviews, and the responses of institutions to the recommendations.

Following the review of documents, the Contractor will visit the CDCR headquarters for on-site consultation with senior clinical and custodial staff to discuss current suicide prevention policies, training protocols (with staff from the Office of Training & Professional Development), custodial/mental health liaison processes, facilities construction and planning, and current suicide review policies and practices.

The Contractor will then visit several institutions to review suicide policies and procedures in action. He will visit high security institutions, institutions with significant mental health missions, and institutions that experienced increased numbers of suicides in recent years. The purpose of these visits will be to meet with staff, review local practices and their contexts, and discuss possible recommendations.

Finally the initial visit will close with a second visit to the CDCR's headquarters to discuss preliminary recommendations and identified problem areas.

A report with recommendations will be delivered to the CDCR approximately one month after the end of the on-site visit.

The one-year follow-up will include a document review of changes made pursuant to the report's recommendations, annual suicide and suicide attempt data, and new and revised policies/procedures. It will be followed by a three-day site visit: one day at CDCR headquarters and two days in institutions. A follow-up report will be delivered approximately after the site visit.

---

[1] This protocol was developed in accordance with both Standard 4-4373 of the American Correctional Association's *Standards for Adult Correctional Institutions* (2003) and Standard P-G-05 of the National Commission on Correctional Health Care's *Standards for Health Services in Prisons* (2003).

National Center on Institutions and Alternatives         Agreement Number: 5600001125
California Department of Corrections and Rehabilitation (CDCR)                    Exhibit A
Scope of Work

The year-two follow-up will consist of document review and a distance consultation with senior clinical and custodial staff followed by a report approximately one month after the consultation.

The final (year three) consultation will again consist of a document review and distance consultation with the CDCR staff. A final report and recommendations for long-term changes will be delivered one month following the final consultation.

## V.   DELIVERABLES

   1) **FY 2010-2011: Initial Consultation (7 days)**

      a) Preliminary Document Review (2 days)

         Due Date: 09/15/2010 or within 15 days of award of contract

      b) Headquarters Visit (1 Day)

         Due Date: 10/30/2010 or within 45 days of initial review

      c) Site Visits (3 Days)

         i)    California State Prison, Sacramento & Folsom State Prison
         ii)   California Medical Facility (CDCR & DMH)
         iii)  Mule Creek State Prison

         Due Date: 01/01/2011 or within 90 days of HQ on-site consultation

      d) Headquarters Visit (1 Day)

         Due Date: 01/15/2011 or within 15 days of Institution site visits.

      e) Report and recommendations (30 days after site visit)

         Due Date: 02/01/2011 or within 30 days of Institution site visits.

   2) **FY 2011-2012: Year One follow-up consultation (5 days)**

      a) Document Review (1 Days)

         Due Date: 07/15/2011 or within 15 days of new fiscal year

      b) Headquarter Visits (1 Day)

         Due Date: 08/30/2011 or within 45 days of document review

National Center on Institutions and Alternatives        Agreement Number: 5600001125
California Department of Corrections and Rehabilitation (CDCR)                    Exhibit A
Scope of Work

    **c)**  Site Visits (3 days)

        Due Date:  11/30/2011 or within 90 days of HQ consultation visit

    **d)**  Year One Follow-up Report

        Due Date:  03/01/2012 or within 30 days of last Institution on site visit.

**3)**  <u>FY 2012-2013: Year Two follow-up consultation (2 days)</u>

    **a)**  Document Review (1 Days)

        Due Date:  07/15/2012 or within 15 days of new fiscal year.

    **b)**  Headquarter Distance-Consultation (1 Day)

        Due Date:  08/30/2012 or within 30 days of document review

**4)**  <u>FY 2013-2014: Year Two follow-up consultation (2 days)</u>

    **a)**  Document Review (1 Days)

        Due Date:  07/10/2013 or within 10 days of new fiscal year.

    **b)**  Headquarter Distance Consultation (1 Day)

        Due Date:  07/20/2013 or within 10 days of document review

        Final Report for Project Due 08/30/2013 or within 30 days of Consultation.

## VI.   <u>CDCR RESPONSIBILITIES</u>

1.  The CDCR shall identify a Program Manager for this contract.
2.  The CDCR shall provide the Contractor with the data necessary to complete the scope of this project.
3.  The CDCR shall make staff available as needed to provide support and other assistance.
4.  The CDCR shall be responsible for reviewing deliverables detailed under the Contractor's Responsibilities.
5.  The CDCR shall identify the positions and/or classifications to participate in this project; and upon identification shall notify the Contractor.
6.  The CDCR shall responsible for all travel arrangements during the site visits.

National Center on Institutions and Alternatives          Agreement Number:  5600001125
California Department of Corrections and Rehabilitation (CDCR)                    Exhibit A
Scope of Work

VII.    **DEPARTMENT OF CORRECTIONS AND REHABILITATION CONTACT INFORMATION**

Should questions or problems arise during the term of this contract, the Contractor should contact the following offices:

**Billing/Payment Issues:**
Headquarters Accounting Services
Phone Number:  (916) 255-2042
Fax Number (916) 255-5418

**CDCR Program Manager**
Robert D. Canning, Ph.D.
Senior Psychologist Specialist, and
Suicide Prevention Coordinator
Statewide Mental Health Program
Division of Correctional Health Care Services (DCHCS)
Phone: (916) 322-4344
Email: robert.canning@cdcr.ca.gov

**General Contract Issues:**
Services Contract Management Branch
Phone Number:  (916) 255-5612
Fax Number:  (916) 255-6187

California Department of Corrections & Rehabilitation
Headquarters Accounting Office
Attention: Accounts Payable
P.O. Box 187018
Sacramento, CA  95814
(916) 255-2042

**RE:   Suicide Prevention Consultation**
**Agreement No: 5600001125**
**NCIA Case No. 2SC239**

**DATE:** December 15, 2010

**FEE**

$12,900.00

43 hours of document review, CDCR Headquarters consultation, and facility
tours/staff interviews/file review by Lindsay M. Hayes from December 5 thru
December 10, 2010 @ $300 an hour.

| | |
|---|---|
| 12/5/10: | 3.0 hrs. document review |
| 12/6/10: | 8.0 hrs. document review, CDCR Headquarters consultation |
| 12/7/10: | 8.0 hrs. facility (Mule Creek State Prison) tour/staff interviews/file review |
| 12/8/10: | 8.0 hrs. facility (Deuel Vocational Institution) tour/staff interviews/file review |
| 12/9/10: | 8.0 hrs. facility (California State Prison-Sacramento) tour/staff interviews/file review |
| 12/10/10: | 8.0 hrs. document review, CDCR Headquarters consultation |

**TOTAL DUE NOW**

**$12,900.00**

**PAYABLE WITHIN 30 DAYS**

**FEDERAL TAX IDENTICATION NUMBER: 52-1094078**

**MAKE CHECK PAYABLE TO THE "National Center on Institutions and Alternatives"**
**AND MAIL TO:**

NCIA
7222 Ambassador Road
Baltimore, MD 21244
(508) 337-8806

6/8/11

**INVOICE**

California Department of Correction and Rehabilitation
Headquarters Accounting Office
Attention: Accounts Payable
P.O. Box 187018
Sacramento, CA 95814
(916) 255-2042

**RE:  Suicide Prevention Consultation**
  **Agreement No. 5600001125**
  **NCIA Case No.: 2SC239**

**DATE**: August 26, 2011

**FEE**                                                    $11,100.00

  37 hours of document review and report writing by Lindsay M. Hayes
  from August 8 thru August 17, 2011 @ $300 an hour.

  8/8/11:      8 hrs. of document review
  8/9/11:      8 hrs. of document review
  8/15/11:     8 hrs. of document review
  8/16/11:     8 hrs. of document review/report writing
  8/17/11:     5 hrs. of report writing

**TOTAL AMOUNT DUE**                              **$11,100.00**

**PAYABLE WITHIN 30 DAYS**

**FEDERAL TAX IDENTICATION NUMBER: 52-1094078**

**MAKE CHECK PAYABLE TO THE "National Center on Institutions and Alternatives"
AND MAIL TO:**

NCIA
7222 Ambassador Road
Baltimore, MD 21244

Contact Information:
Lindsay M. Hayes
(508) 337-8806

2/14/12

## INVOICE

California Department of Correction and Rehabilitation
Headquarters Accounting Office
Attention: Accounts Payable
P.O. Box 187018
Sacramento, CA 95814
(916) 255-2042

**RE:    Suicide Prevention Consultation**
**Agreement No. 5600001125**
**NCIA Case No.: 2SC239**

**DATE**: March 29, 2012

**FEE**                                                                    $2,700.00

<u>9</u> hours of CDCR communication, document review, and report
reformatting by Lindsay M. Hayes from July 21, 2011 thru
January 25, 2012 @ $300 an hour.

| | |
|---|---|
| 7/21/11: | 2 hrs. of document review |
| 8/4/11: | 1 hr. CDCR communication |
| 11/21/11: | 1 hr. CDCR communication |
| 12/6/11: | 1 hr. CDCR communication |
| 1/5/12: | 1 hr. CDCR communication |
| 1/20/12: | 2 hrs. report reformatting |
| 1/25/12: | 1 hr. CDCR communication |

**TOTAL AMOUNT DUE**                                          **$2,700.00**

### PAYABLE WITHIN 30 DAYS

### FEDERAL TAX IDENTICATION NUMBER: 52-1094078

### MAKE CHECK PAYABLE TO THE "National Center on Institutions and Alternatives" AND MAIL TO:

NCIA
7222 Ambassador Road
Baltimore, MD 21244

Contact Information:
Lindsay M. Hayes
(508) 337-8806