DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY SPECIAL MASTER'S REPORT ON 2011 SUICIDES**<br><br>Judge: Hon. Lawrence K. Karlton |

[728506-1]

On February 12, 2013, Plaintiffs filed an Application for Leave to File Opposition to Defendants' Objections and Motion to Strike or Modify Special Master's Report on 2011 Suicides.  Defendants filed a 28-page pleading supported by three declarations in response to the Special Masters' Report on Suicides Occurring in California Department of Corrections and Rehabilitation Facilities in 2011, Docket 4326, February 11, 2013.

Good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiffs' Application for Leave to File Opposition to Defendants' Objections and Motion to Strike or Modify Special Master's Report on 2011 Suicides is GRANTED.

Plaintiffs' shall file the Opposition and any associated pleadings by February 21, 2013.

**IS IT SO ORDERED.**

DATED: February ___, 2013

_____
LAWRENCE K. KARLTON
Senior United States District Judge

[728506-1]

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY SPECIAL MASTER'S REPORT ON 2011 SUICIDES