DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
KRISTA STONE-MANISTA – 269083
MARGOT MENDELSON – 268583
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone:   (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM P <br><br> **THREE JUDGE COURT** <br><br> **DECLARATION OF ALISON HARDY IN SUPPORT OF PLANTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO VACATE OR MODIFY POPULATION REDUCTION ORDER** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. C01-1351 TEH <br><br> **THREE JUDGE COURT** |

I, Alison Hardy, declare as follows:

1.    I am an attorney admitted to practice in California and before this court, and am one of the attorneys for the plaintiff classes in these actions.

2.    In response to *Coleman* plaintiffs' First Production of Documents, defendants produced on February 1, 2013, the Mental Health Management Reports for the Special Master's 25th Round monitoring tours, which are drafted and produced by staff members at the individual institutions.

3.    Attached hereto as Exhibit A is a true and correct copy of an excerpt from the Central California Women's Facility Mental Health Services Delivery System Management Report, *Coleman* Round XXV, May 16, 2012, DRPD 1 00057, 00064.

4.    Attached hereto as Exhibit B is a true and correct copy of an excerpt from the California Institution for Women Mental Health Services Delivery System Management Report, *Coleman* Round XXV, December 1, 2011 to May 31, 2012, Hybrid Visit July 26-27, 2012, DRPD 1 00116, 00122 - 00123.

5.    Attached hereto as Exhibit C is a true and correct copy of an excerpt from the Centinela State Prison Mental Health Management Report, *Coleman* Paper Review Document Request, Round XXV, January 1, 2012 to June 30, 2012, DRPD 1 00081, 00083.

6.    Attached hereto as Exhibit D is a true and correct copy of an excerpt from the Calipatria State Prison Mental Health Management Report, *Coleman* Paper Review Document Request, Round XXV, January 1, 2012 to June 30, 2012, DRPD 1 00022, 00024.

7.    Attached hereto as Exhibit E is a true and correct copy of an excerpt from the Kern Valley State Prison Mental Health Management Report, *Coleman* Round XXV, November 1, 2011 to April 30, 2012, DRPD 1 00326 – 00327.

8.    Attached hereto as Exhibit F is a true and correct copy of an excerpt from the Correctional Training Facility Mental Health Management Report, *Coleman* Round XXV, January 1, 2012 to June 30, 2012, DRPD 1 00233 - 00234.

9.    Attached hereto as Exhibit G is a true and correct copy of an excerpt from

2

1  the High Desert State Prison Mental Health Services Delivery Management Report,

2  *Coleman* Round XXV, October 1, 2011 to March 31, 2012, DRPD 1 00291, 00296.

3       10.    Attached hereto as Exhibit H is a true and correct copy of an excerpt from

4  the Ironwood State Prison Mental Health Management Report, *Coleman* Round XXV,

5  February 1, 2012 to July 31, 2012, DRPD 1 00311 – 00312.

6       11.    Attached hereto as Exhibit I is a true and correct copy of an excerpt from the

7  Salinas Valley State Prison Mental Health Management Report, *Coleman* Round XXV,

8  December 1, 2011 to May 31, 2012, DRPD 1 00548, 00550.

9       12.    Attached hereto as Exhibit J is a true and correct copy of an excerpt from the

10  Wasco State Prison Mental Health Management Report, *Coleman* Round XXV, November

11  1, 2011 to April 30, 2012, DRPD 1 00576  - 00580.

12       13.    Attached hereto as Exhibit K is a true and correct copy of an excerpt from

13  the Pleasant Valley State Prison Mental Health Management Report, *Coleman* Round

14  XXV, November 1, 2011 to April 30, 2012, DRPD 1 00417 – 00419.

15

16       I declare under penalty of perjury that the foregoing is true and correct and that this

17  declaration was executed on February 12, 2013 at Berkeley, California.

18                        */s/*

19                        Alison Hardy

20

21

22

23

24

25

26

27

28

3

EXHIBIT A

# CENTRAL CALIFORNIA WOMEN'S FACILITY MENTAL HEALTH SERVICES DELIVERY SYSTEM MANAGEMENT REPORT

## COLEMAN ROUND XXV
## MAY 16, 2012

### DEBORAH JOHNSON
### WARDEN (A)

### TIM NEAL
### CHIEF EXECUTIVE OFFICER

### LORI WILLIAMS, PH.D.
### CHIEF OF MENTAL HEALTH

DRPD 1 00057

NEW OR OVERFLOW ADMINISTRATIVE SEGREGATION OR ANY OTHER SPECIALIZED HOUSING UNITS

Building 504 is divided by a secure wall providing housing for EOP on one side and ASU and CR on the other. EOP is also utilized as an overflow for ASU and, on occasion, RC-status inmates.

OBSTACLES TO PROVIDING MENTAL HEALTH SERVICES AND ADHERENCE TO PROGRAM GUIDE REQUIREMENTS

Using EOP housing for ASU overflow continues to be of concern. ASU inmates are often loud and consequently disrupt EOP groups completed in the dayroom. Use of EOP housing for ASU also undermines confidentiality.

The lack of ASU treatment modules for MHPB P/Is on ASU or SHU status is problematic. Given the custody status of these inmates, the provision of clinical services in a confidential setting is minimal.

The EOP and ASU programs lack adequate group treatment space. There is no group treatment space for the ASU program and the EOP program must borrow space from the Reception Yard and the EOP housing unit common area. The ASU program has only one confidential room for clinical encounters by the psychiatrist and two psychologists.

DRPD 1 00064

EXHIBIT B

# CALIFORNIA INSTITUTION FOR WOMEN
# (CIW)

### CALIFORNIA DEPARTMENT
### OF
### CORRECTIONS AND REHABILITATION

# MENTAL HEALTH SERVICES DELIVERY SYSTEM
# MANAGEMENT REPORT
# ROUND XXV

## DECEMBER 1, 2011 TO MAY 31, 2012

## HYBRID VISIT JULY 26 AND JULY 27, 2012

### GUILLERMO G. GARCIA
### WARDEN

### JAMES K. ELLIOT
### CHIEF EXECUTIVE OFFICER

### CHRISTAL BERNOUS, PH.D.
### CHIEF OF MENTAL HEALTH

DRPD 1 00116

#### c. New or Anticipated Mission Changes

- The VSPW SHU unit, housing both CCCMS I/Ps and non-MHSDS SHU inmates, was moved to the CIW in February 2012.

- CIW's 45-Bed Psychiatric Inpatient Program.

#### d. Major Population Moves

- As mentioned above, the RC-EOP population was moved out of the RC housing unit and into the ML-EOP SCU building in November of 2011 to create enough space to house all of the RC-CCCMS and RC non-MHSDS I/Ps that needed to be processed and endorsed. As the number of RC-CCCMS I/Ps and RC non-MHSDS inmates decreased, those that remained in the "RC overflow" portion of the SpHU building were moved into the RC housing unit to complete processing and endorsement.

- A steady decrease in overall population at CIW has occurred, as well as a commensurate decrease in the number of Mental Health Services Delivery System (MHSDS) patients. The total population within CIW (excluding camps) has decreased by 21% (as of May 25, 2012) and the MHSDS population within CIW has decreased by 20% (as of June 7, 2012) since Coleman Round XXIV.

#### e. New or Overflow Administrative Segregation or any other Specialized Housing Units

- Disciplinary Detention Unit (DDU) I/Ps and Closed Custody I/Ps were housed in cells on the SHU side of the SpHU building. The I/Ps placed in those classifications are not EOP level of care, but are either CCCMS LOC I/Ps or are non-MHSDS inmates. Each MHSDS I/P placed in one of those two classifications above (DDU-CCCMS or Closed Custody-CCCMS) were seen weekly by their PC and rounded on daily by the LPTs while housed in SpHU. The LPTs also rounded daily on the non-MHSDS in those classifications. The DDU and Closed Custody I/Ps are now housed with the ML-CCCMS population in the Harrison B unit. More out-of-cell time is available to them both in and outside the unit. They are in the process of being transferred to the primary clinicians in ML-CCCMS, as they can attend their appointments.

- 

#### f. Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements

- The ASU continues to lack adequate treatment space, due to the physical plant. Treatment services can only be provided on the floor of the ASU using a total of six programming booths (four are utilized for groups and IDTT; two are for individual contacts). All six of the programming booths are surrounded by privacy screens. This limits the availability of

DRPD 1 00122

treatment space to provide more therapeutic group activities to the ASU-EOP I/Ps. These ASU-EOPs I/Ps are seen three to five times a week in ASU-EOP PC contacts to make up for the lack of group therapeutic space. The physical plant issues also limit the ability to provide group activities to the ASU-CCCMS I/Ps.

- The Healthcare Scheduling System (HCSS) went "live" for mental health at the end of June 2011. Due to interface issues that arose when closing appointments in HCSS, a decision was made to enter appointments and referrals through HCSS (for ducating purposes), but that MHTS.net would be used to close appointments. In addition, interface and HCSS program issues necessitated entering groups for non-ducated areas, such as PSU and SCU, through MHTS.net, not HCSS. Due to medical issues, a number of the clerical staff have been out on long-term illnesses. A vendor for providing temporary clerical help has not yet been identified.

DRPD 1 00123

EXHIBIT C

*Coleman* Paper Review Document Request
Round XXV

# MENTAL HEALTH MANAGEMENT REPORT

January 1, 2012 to June 30, 2012

# CENTINELA STATE PRISON

**Domingo Uribe, Jr.**
**Warden**

**Charles D. Crow**
**Chief Executive Officer**

Page 1 of 14

DRPD 1 00081

For the current monitoring period, there was no activation of any new or overflow ASUs, nor of any Secure Housing Unit.

**f.  Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements.**

During the monitoring period, staffing problems created some challenges in meeting program guide requirements and quality management duties.  For example, during the monitoring period, the Chief of Mental health at CEN was tasked with overseeing the MH departments at both CEN and CAL.  This allowed only a part-time presence at each institution, and limited the ability to participate in various quality management meetings and functions.  Also, the staff psychiatrist was asked to cover psychiatric services at both institutions (CEN and CAL).  This resulted in only part-time coverage for each institution, which limited psychiatrist availability for prompt response to urgent and emergent referrals.

Also, during the monitoring period, CEN had limited and inconsistent clerical staffing.  There were 1.5 office technician (OT) positions vacant that could not be filled due to the hiring freezes.  To help complete the work, the medical department loaned staff (Assistant Clerks) to the MH department, to cover the vacancies until MH could fill the positions.  The turnover with clerical staff led to increased errors in scheduling and other data management functions.

During some of the monitoring period, the Supervising Registered Nurse II (SRNII) assigned to MH, was on medical leave.  The post was inconsistently covered and quality management processes were not kept up.  Also, the Senior Licensed Psychiatric Technician (LPT) was on medical leave for most of the monitoring period, and this contributed to a lack of follow-through with some of the quality management functions performed by the LPT staff.

DRPD 1 00083

EXHIBIT D

*Coleman* Paper Review Document Request
Round XXV

# MENTAL HEALTH MANAGEMENT REPORT

January 1, 2012 to June 30, 2012

# CALIPATRIA STATE PRISON

**G. J. Janda**
**Warden (A)**

**Charles D. Crow**
**Chief Executive Officer**

Page 1 of 13

DRPD 1 00022

d.  **Major Population Moves.**

During the monitoring period, there was no major population move.  The inmate population at CAL was reduced from 4,375 (on January 1, 2012) to 3,852 (on June 30, 2012).

e.  **New or Overflow Administrative Segregation or any other Specialized Housing Units.**

For the current monitoring period, there was one incident of activation of overflow (A4). The overflow activation began in December 2011 and went thru January 12, 2012 and it did not have any impact on the mental health inmates.

f.  **Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements.**

During the monitoring period, staffing problems created some challenges in meeting program guide requirements and quality management duties. For example, during the monitoring period, the Chief of Mental health at CEN was tasked with overseeing the MH departments at both CEN and CAL. Also, the staff psychiatrist was asked to cover psychiatric services at both institutions (CEN and CAL). This resulted in only part-time coverage for each institution, which limited psychiatrist availability for prompt response to urgent and emergent referrals.

DRPD 1 00024

EXHIBIT E

*Coleman* Site Visit, Round XXV
## MENTAL HEALTH MANAGEMENT REPORT
November 1st 2011 through April 30th 2012
Kern Valley State Prison

### INSTITUTIONAL PROGRAM SUMMARY

a. **Overview of all the mental health programs at institution.**
   During the review period the Kern Valley State Prison (KVSP) Mental Health program consisted of three levels of care including Correctional Clinical Case Management System (CCCMS), a Special Needs Yard-Enhanced Outpatient Program (SNY-EOP) and a Mental Health Crisis Bed (MHCB). The average population of mental health caseload inmate-patients during the monitoring period was 1,420. The institution's SNY-EOP program's monthly population averaged 95 inmates; the program is staffed for a maximum of 96 inmate-patients. The MHCB is comprised of 12 beds.

b. **New Construction/Remodeling.**
   There has been no new construction or remodeling of Mental Health spaces at KVSP during the monitoring period. Although outside of the monitoring period between May 21st and May 23rd suicide resistant beds were installed in the MHCB.

c. **New or Anticipated Mission Changes.**
   There are no anticipated changes in the Mental Health mission during the monitoring period.

d. **Major Population Moves.**
   There was a conversion of buildings D7 and D8 to Temporary Housing Units (THU) during the reporting period.

e. **New or Overflow Administrative Segregation or any other Specialized Housing Units.**
   No new "Overflow Administrative Segregation Units" or Specialized Housing units were established at KVSP during the monitoring period.

f. **Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements.**
   Obstacles to providing Mental Health Services to the population at KVSP remain the same as they have always been; primarily these are lack of space to provide groups in the General

DRPD 1 00326

Population (GP) yards and insufficient space for conducting confidential one to one services with inmate-patients.

MENTAL HEALTH ROSTER

**Institutional Mental Health Staffing and Telemedicine**

(Monitoring Period and Date)
(Name of Institution)

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-Time Equivalent | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Senior Psychiatrist | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Chief Psychologist | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Senior Psychologist | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Staff Psychiatrist | 6 | 2 | 4 | 66% | 7 | 0 | 0 |
| Staff Psychologist | 18.5 | 16.5 | 2 | 11% | 20.5 | 0 | 0 |
| Supervising Social Worker | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Social Worker | 9 | 6 | 3 | 33% | 0 | 3 | 33% |
| Registered Nurse | 10.8 | | 0 | 0 | 0 | 0 | 0 |
| Senior Psych Tech | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Psych Tech | 14 | 12 | 2 | 14% | 0 | 2 | 14% |
| Recreation Therapist | 4 | 1 | 3 | 75% | 0 | 3 | 75% |
| Other (specify) | | | | | | | |

Telemedicine

| Psychiatry telemedicine used? | Number of Hours Per Week |
|---|---|
| | |

DRPD 1 00327

EXHIBIT F

*Coleman* Site Visit, Round XXV
## MENTAL HEALTH MANAGEMENT REPORT
For the Period January 1, 2012 to June 30, 2012
(CTF Soledad Prison)

INSTITUTIONAL PROGRAM SUMMARY

a.  **Overview of all the mental health programs at the institution**

At CTF Soledad Prison we provide the following mental health programs: Correctional Clinical Case Management System (CCCMS): Administration Segregation Unit (ASU); ASU-CCCMS and Outpatient Housing Unit (OHU).

b.  **New Construction/Remodeling**

Due to the changes related to AB109 realignment, the significant population increases that have been seen at North Facility, Sensitive Needs Yard (SNY) leveled off and we saw a decline in the population of MHSDS inmates at North Facility from over 500 to 425. This has taken some pressure off the office space needs, although only to a minor extent. The attempt to purchase modular offices for the "old library" (that has been assigned to Mental Health), has been officially put on hold, since there are no funds available for this purpose at this time. Therefore, we continue to have clinical staff spread throughout North Facility, using office space on the patio, in the education building, and in the new library.

**New or Anticipated Mission Changes**

While there have been no major mission changes during the monitoring period, we have needed to be flexible with the allocation of our staff resources as our population continues to change from facility to facility and as we continue to lose staffing resources through the layoff process. North Facility, SNY, had been our largest MHSDS population and, hence, where we dedicated more of our staffing resources prior to the end of 2011. Since that time, the MHSDS population has decreased from just over 500 to approximately 425. At the same time, our MHSDS population at South Facility increased from a low of approximately 85 to approximately 143. Central Facility initially showed signs of a MHSDS population decrease, but this has reversed somewhat and now stands at approximately 513. We have responded to these changes by having staff redirected from one facility to another, sometimes on very short notice, to cover for the changing mental health workload at the various facilities.

c.  **Major Population Moves**

At the time of writing this overview, the population changes continue, due to the ongoing AB109 realignment. As we have found, this is an unpredictable process, especially as it relates to the number of MHSDS inmates/patients being released from prison. Thus far, the total prison population has decreased by about 20% from its high of over 7,000 to just over 5,600. In contrast, the MHSDS population has only decreased by less than 3% from its high of approximately 1110 to approximately 1,080. In fact, for several months, from late 2011

DRPD 1 00233

until early 2012 and again after June, 2012, the MHSDS population had only decreased by approximately 1%.

**d. New or Overflow Administrative Segregation or any other Specialized Housing Units**

We currently have no inmates in ASU overflow.

**e. Obstacles to the Provision of Mental Health Services and Adherence to Program Guide Requirements**

CTF has experienced a significant reduction in our clinical staff as well as support staff. The loss of staffing resources meant a reduction in primary clinicians (PCs) many of them clinical psychologists, by nearly 25% and of office technicians by a full 33%. There has not been a proportionate reduction in MHSDS patient population.. As a result CTF mental health staff experienced an increase in workload. Accordingly CTF faces, challenges in deciding how best to allocate and utilize the remaining staff to best meet MHSDS patient population needs without diminishing staff morale. CTF staff members have risen to the challenge in most areas and did more with less. We also took a multifaceted approach to this problem. We redirected some staff, reassigned others, "played" to each staff member's strengths, were supportive, and established a set of well defined priorities. In addition, when even these adjustments were insufficient to meet patient needs in high risk areas, the Chief of Mental Health and C.E.O. retained a contract psychologist to cover for the high acuity areas of ASU and the Outpatient Housing Unit (OHU). Through this process, we have been able to maintain mental health services, for the most part, in the high acuity/high risk areas despite staffing challenges.

MENTAL HEALTH ROSTER

## Institutional Mental Health Staffing and Telemedicine

(January through June, 2012)
(CTF Soledad Prison)

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-Time Equivalent | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Senior Psychiatrist | 1.0 | 1.0 | 0 | 0 | 0 | 0 | 0 |
| Chief Psychologist | 1.0 | 1.0 | 0 | 0 | 0 | 0 | 0 |
| Senior Psychologist | 1.5 | 1.5 | 0 | 0 | 0 | 0 | 0 |
| Staff Psychiatrist | 3.5 | 2.25 | 1.25 | 35% | 1.25 | 0 | 0 |
| Staff Psychologist | | | | | | | |

DRPD 1 00234

EXHIBIT G

# HIGH DESERT STATE PRISON

# MENTAL HEALTH SERVICES DELIVERY SYSTEM MANAGEMENT REPORT

## ROUND XXV
### MAY 22-24, 2012

J. D. CUMMINGS, PH.D.
CHIEF MENTAL HEALTH

R. BARNES
WARDEN (A)

CHARLES YOUNG
CHIEF EXECUTIVE OFFICER

DRPD 1 00291

**New Mission Changes**
By December 2011 the RC was reduced to one building, A5. Buildings A3 and A4 became level three mainline buildings.

**New or Overflow Administrative Segregation or or any other Specialized Housing Units**
None

**Obstacles to the Provision of Mental Health Services and Adhereence to Program Guide Requirements**
Hiring Freeze: The statewide hiring freeze precluded the employment of 3 OT positions delaying data input.

Psychiatry Shortage: Due to an inability to hire state psychiatrists all state staff psychiatry positions at High Desert State Prison were vacant. The utilization of registry hires allowed us to maintain medication continuity, but has not provided enough coverage for all other psychiatry responsibilities on all yards. Currently, tele-psychiatry is providing psychiatric services on all yards.

Lockdowns and modified programs: To help mitigate the impact of lock-downs and modified programs inmates are being seen in their buildings in the day room area and at cell front when escorts are not available.

## Institutional Mental Health Staffing and Telemedicine

Monitoring Period 10/01/11 to 03/31/12
HIGH DESERT STATE PRISON

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-Time Equivalent | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | NA | | | | | | |
| Senior Psychiatrist | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Chief Psychologist | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Senior Psychologist | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| Staff Psychiatrist | 5 | 0 | 5 | 100% | 3.5 | 1.5 | 30% |
| Staff | 14 | 12 | 2 | 6.5% | 1 | 1 | 7% |

2

DRPD 1 00296

EXHIBIT H

*Coleman* Site Visit, Round XXV
## MENTAL HEALTH MANAGEMENT REPORT
February 1, 2012 through July 31, 2012

Ironwood State Prison

### INSTITUTIONAL PROGRAM SUMMARY

a.  **Overview of all the mental health programs at institution:**

The mission of Ironwood State Prison (ISP) is to provide long-term housing and services for maximum, medium and minimum custody inmates. Ironwood State Prison was activated February 1, 1994 and consists of three semi-autonomous Level III facilities, one level IV facility and an outside Level I facility, which has two 100 bed housing units. One of the three Level III facilities and the one Level IV facility at ISP are Sensitive Needs Yards (SNY). The other two level III facilities are general population (GP) Level III yards. The total number of inmates, as of 7/31/2012, is 3415.. They are divided by SNY 1730 inmates, GP 1521 inmates. The Administrative Segregation Unit housed a population of 117 inmates as of 07/31/2011. The Level I facility housed 149 GP inmates as of 07/31/2012.

As a desert institution ISP is not a mainline mental health treatment institution. The mental health department's mission is to provide appropriate and timely mental health services to all its inmate population. These services consist mainly of evaluation, triage, interim treatment and transfer of inmates identified as requiring mental health services. When an inmate is identified as requiring MHSDS placement, interim treatment consists of ongoing clinical case management, follow up services, and psychiatric medication evaluation with appropriate follow up, as well as timely and appropriate communication/interaction with custody in order to achieve transfer to a treatment institution in a manner consistent with institutional policies and procedures.

Short term supportive services are also provided for those inmates struggling with adjustment issues that do not rise to the level of MHSDS placement, and are constantly monitored for resolution of the adjustment issues or the need for MHSDS placement and transfer. The greatest number of inmates served by ISP Mental Health Department is by far those who are evaluated and identified to receive interim treatment and transfer to the Correctional Case Management System (CCCMS). During this audit period, there have been 125 inmates identified in the MHSDS program, of which 78 were CCCMS level, 23 were EOP level, and 22 were admitted to the OHU while awaiting placement in a MHCB. 90 of the CCCMS level of care inmates transferred during the reporting period, including 1 CCCMS inmates who paroled. 17 currently await transfer. There were 23 EOP inmates, 16 of those inmates placed as EOP during this audit period were elevated to the MHCB LOC and transferred. In all, 13 EOPs transferred during this time, including EOP's already in the program at the beginning of the audit period. 7 await transfer to an EOP treatment facility.

Utilizing the data presented in the Monthly Health Care Access Quality Report (AQR), performance indicators for the reporting period show that 85.3 % of ducated inmates were seen as scheduled, with a range of 79.4 % to 90.2 %.

DRPD 1 00311

**b.   New Construction/Remodeling.**

An MRI pad adjacent to Central Health was completed during this monitoring period.

**c.   New or Anticipated Mission Changes.**
None.

**d.   Major Population Moves.**

Because of realignment, there was a significant reduction in the population of inmates at ISP. By the end of July, there was a population of 3415. The population had dropped to 3199 as of August 31, 2011; therefore there has been some rebound in the census during this past year.

**e.   New or Overflow Administrative Segregation or any other Specialized Housing Units.**

There has been no addition to existing Administrative Segregation housing, and ISP has no Overflow housing.

**f.   Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements.**

During the reporting period:

- The change of a level III yard to a level IV SNY yard in January, 2011 continues to impact the number of inmates awaiting transfer to MHSDS programs. ISP has continued to experience an increase in the number of referrals and the number of outpatient housing unit (OHU) admissions for suicide watch and suicide precaution, without concomitant staff increases.

- The absence of Office Technicians (OTs) for the Mental Health Department has seriously impacted record keeping, chronos, referral processing, and the accuracy of the Mental Health Tracking System. For the entire reporting period, none of the 3.5 OT positions were filled. One redirected clerical medical staff has been attempting to accomplish some of the OT responsibilities.

- Insufficient psychiatric coverage has been a problem throughout most of this audit period. ISP shared one half-time psychiatrist with CVSP until March. In March, the psychiatrist began serving CVSP and ISP full time, attending patients at each institution half time.

DRPD 1 00312

EXHIBIT I

*Coleman* Site Visit, Round XXV
# MENTAL HEALTH MANAGEMENT REPORT
(December 1, 2011 – May 31, 2012)
(Salinas Valley State Prison)

## INSTITUTIONAL PROGRAM SUMMARY

### a. Overview of all mental health programs at institution

Salinas Valley State Prison (SVSP) is a Level IV prison and provides the following mental health programs: ML CCCMS/SNY, ML EOP, ASU CCCMS, ASU EOP (Hub), and MHCB. In addition, the Department of Mental Health's Salinas Valley Psychiatric Program is located within the perimeter of SVSP.

While the overall SVSP population has decreased, the percentage of inmates with mental illness has increased. We are currently developing reliable metrics to determine what, if any, change in mental health treatment requirements emerge as a result of titrating into a higher concentration.

### ML CCCMS:

The ML CCCMS program is located on all four yards. A Yard houses Level 4 SNY inmates. B, C and D yards house Level 4 non-SNY inmates. The A yard population experienced the greatest decrease starting at 605 I/Ps and dropping to 537. The end of May showed 260 patients on B yard, 160 patients on C yard and D yard with 27 patients.

### ML EOP:

ML EOP inmates are housed in two buildings, D3 and D4. The ML EOP population has held steady beginning the reporting period at 178 inmates and ending at 175. At the time of this report, 6 ML EOP SNY inmates are housed on A yard and await transfer to other institutions.

### ASU CCCMS:

ASU CCCMS inmates are housed in D1, D2 and D8 with the main concentration of patients in D8. The ASU CCCMS population has dropped from 205 to 172 inmates.

### ASU EOP (Hub):

ASU EOP inmates are housed in D1 and D2. The ASU EOP population began the reporting period at 54 and has oscillated with a low of 32 and ended the reporting period at 36.

### MHCB:

DRPD 1 00548

ASU Overflow inmates were located in buildings B1 and C8.  April saw two ASU Overflow inmates in C8.

**f. Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements**

Modified programs remain an obstacle to providing mental health services on B and C yards. Both yards were locked down for the majority of the reporting period.

Lack of treatment space impacts the ASU and ML EOP programs.  A plan has been presented for using the D Yard gym for mental health recreational activities with a potential start date of late summer 2012.  The lack of treatment space problem should be alleviated if not eliminated with the completion of the new A Yard ML EOP building.

Staffing issues, both clinical and non-clinical, greatly affected the delivery of mental health services.  A hiring freeze prohibited filling vacancies for psychologists and office technicians (OTs).  Staff Services Analyst (SSA) and Office Services Supervisor I (OSSI) support staff positions were eliminated.  Limited-term appointments for one OT and one psychologist end this July.  LCSW and psychiatry positions remain difficult to fill despite attempts to hire.  Budgetary constraints prohibited the hiring of contractors to fill all positions.  Extended illness affecting 4 OTs in addition to an unfilled vacancy contributed to OT shortages during the reporting period.

DRPD 1 00550

EXHIBIT J

*Coleman* Site Visit, Round XXV
**MENTAL HEALTH MANAGEMENT REPORT**
Monitoring Period:
November 1, 2011 to April 30, 2012
Report Date:
June 15, 2012
**Wasco State Prison – Reception Center**

GLOSSARY OF TERMS

| Acronym | Term |
|---|---|
| AIMS | Abnormal Involuntary Movement Scale |
| APP | Acute Psychiatric Program |
| ASU | Administrative Segregation Unit |
| ATH | Alternative Temporary Housing |
| AW-HCA | Associate Warden-Health Care Access |
| CAP | Corrective Action Plan |
| CC | Correctional Counselor |
| CCCMS | Correctional Clinical Case Management System |
| CDCR | California Department of Corrections and Rehabilitation |
| CEO | Chief Executive Officer |
| CHSA | Correctional Health Services Administrator |
| CME | Chief Medical Executive |
| CMH | Chief of Mental Health |
| CNA | Certified Nursing Assistant |
| CNE | Chief Nursing Executive |
| COCF | California Out-of-State Correctional Facilities |
| CSW | Clinical Social Worker |
| C&PR | Classification and Paroles Representative |
| DMH | Department of Mental Health |
| DOT | Direct Observation Therapy |
| EOP | Enhanced Outpatient Program |
| EMRRC | Emergency Medical Response & Review Committee |
| GP | General Population |
| HC-POP | Health Care Population Oversight Program |
| HS | Hour of Sleep |
| HU | Housing Unit |
| I/P | Inmate-patient |
| ICC | Institutional Classification Committee |

DRPD 1 00576

| ICF | Intermediate Care Facility |
|---|---|
| IDTT | Inter Disciplinary Treatment Team |
| LGB | Local Governing Body |
| LOC | Level of Care |
| LOP | Local Operating Procedure |
| LOS | Length of Stay |
| MAR | Medication Administration Record |
| MH | Mental Health |
| MHCB | Mental Health Crisis Bed |
| MH-OHU | Mental Health-Outpatient Housing Unit |
| MHQM | Mental Health Quality Management Subcommittee |
| MHSDS | Mental Health Services Delivery System |
| MHTS | Mental Health Tracking System |
| ML | Main Line |
| OHU | Outpatient Housing Unit |
| PC | Primary Clinician |
| PCP | Primary Care Physician |
| OP | Operational Procedure |
| PSU | Psychiatric Services Unit |
| PT | Psychiatric Technician |
| QIT | Quality Improvement Team |
| QM | Quality Management |
| QMC | Quality Management Committee |
| R&R | Receiving and Release |
| RC | Reception Center |
| RVR | Rules Violation Report |
| SHU | Security Housing Unit |
| SNY | Sensitive Needs Yard |
| SPC | Suicide Prevention Coordinator |
| SPR-FIT | Suicide Prevention and Response-Focused Improvement Team |
| SRE | Suicide Risk Evaluation |
| SW | Suicide Watch |
| TTA | Treatment & Triage Area |
| UHR/eUHR | Unit Health Record/Electronic Unit Health Record |
| WSP-RC | Wasco State Prison-Reception Center |

DRPD 1 00577

INSTITUTIONAL PROGRAM SUMMARY

a.  <u>Overview of all the MH programs at WSP-RC.</u>

There were no significant changes to the MH mission at WSP-RC during the November 1, 2011 to April 30, 2012 reporting period. Following the implementation of "realignment" in October 2011, WSP-RC's overall inmate population has decreased by 13% from the previous reporting period. The population averaged 5036 inmates per month during this reporting period. Each month WSP-RC averaged 1059 intakes and released 282 inmates. WSP-RC continued to serve as a hub for the housing of inmates pending out-of-state transfers through the COCF program. Approximately three COCF inmates were screened for MH services per month.

The primary mission for WSP-RC MHSDS is to provide diagnostic screenings and MH evaluations for I/Ps going through RC processing. The screening process identifies inmates requiring further MH assessment, as well as developmental disability concerns. Identified I/Ps for both EOP and CCCMS LOC are afforded ongoing services pending transfer to an appropriately designated facility. The overall MH inmate census each month averaged 1045, ranging from 994 to 1112.

RC-EOP population averaged 90 I/Ps per month, ranging from 68 to 123, including ASU inmates. The RC-EOP components included MH screenings within seven days of referral, weekly PC contacts, five hours of out-of-cell therapeutic activities weekly, PT housing welfare checks, psychiatric medication management, and IDTT meetings.

The RC-CCCMS I/P population averaged 949 I/Ps per month, ranging from 895 to 1037, including ASU inmates. The RC-CCCMS components included MH evaluations, PC contacts and medication management services. Group therapy services were not offered due to clinical vacancies.

The ASU RC-EOP and CCCMS programs included the MH orientation to ASU, daily PT rounds, weekly PC contacts, and IDTT meetings. Small group therapy sessions were offered with the use of therapeutic modules.

During this monitoring period, WSP-RC ML went from one to four buildings in Facility A. ML conversion was effective December 1, 2011. The average monthly census for ML-CCCMS was 61 I/Ps. The ML-CCCMS program provided MH evaluations, PC contacts, medication management, and IDTT meetings. Group therapy services were not offered due to clinical vacancies and a lack of confidential treatment space.

DRPD 1 00578

The MHCB unit averaged 24 admissions per month, ranging from 11 to 32. The average LOS for the six bed unit was 7.46 days. If a MHCB was not immediately available, the I/P was maintained in ATH under SW.

Typically, a CNA provided clinical supervision pending MHCB admission evaluation, or transfer to another institution's MHCB. An average of 55 I/Ps were placed in ATH each month, ranging from 39 to 66. The average LOS in ATH was 1.73 days prior to admission to MHCB or return back to housing. The MH and custody staff actively managed these I/Ps to minimize the number of days I/Ps remained on ATH-SW status.

**b.  New Construction/Remodeling.**

There has been no new construction or remodeling completed for MH treatment space during this reporting period. WSP-RC has a space utilization committee that met periodically to review proposals and address concerns. The ASU therapeutic modules were re-configured into a semi-circle layout to promote I/P to I/P interactions during group therapeutic activities.

**c.  New or Anticipated Mission Changes.**

In December 2011 subsequent to realignment, WSP-RC re-activated Facility A as a primary ML facility.

**d.  Major Population Moves.**

There were no major population moves. RC-EOP I/Ps continue to be clustered into two non-ASU HUs in Facility B, HU-3 (SNY status) and HU-6 (GP status).

**e.  New or Overflow ASU or any other Specialized HUs.**

Custody has closely managed the ASU population to minimize the use of an overflow HU. During this reporting period Facility A, HU-4 ASU Overflow had been activated from November 1, 2011 until January 12, 2012. No re-activation has occurred.

All inmates placed in the ASU overflow were screened by the PT. Daily rounds are provided to all overflow ASU I/Ps. I/Ps requiring further MH services were promptly moved to Facility D, HU-6, the primary ASU building.

DRPD 1 00579

f.  **Obstacles to Providing MH Services and Adherence to Program Guide Requirements.**

Although RC-EOP transfer timelines are closely monitored, the absence of beds at receiving facilities continued to delay inmate transfers.  Additionally, the ASU RC-EOP I/Ps experienced difficulty in transferring due to the limited cells available at ASU hubs.

With respect to treatment and office space, the frequency and types of MH services offered to I/Ps per MHSDS Program Guide requirements and Court mandates continued to strain WSP-RC's physical plant.   Access to limited confidential treatment space must be planned and coordinated among the clinical staff.   Only one confidential space is available for providing RC-EOP therapeutic groups and ASU PC one-to-one contacts.  Facility Chapel space is utilized for IDTT meetings and treatment services.

Some clinical vacancies have been addressed through the use of dual appointments by CSWs and registry psychiatrists.  Implementation of third watch onsite clinical coverage has not occurred due to the hiring freeze.  Hiring of clinical staff has been delayed.  Clerical vacancies have presented a challenge to maintain timely data entry of clinical tracking information into the MHTS database, and hence, completing mandated QM audits.  Clinical staff was trained, but have been inconsistent in correctly completing tracking sheets for data input.  Additionally, the MHTS tracking details were altered per HQ direction during this reporting period.  These events have affected the MHTS report accuracy.  The data provided in this report was derived from MHTS per HQ guidelines, unless otherwise indicated.

Close cooperation and coordination between custody and medical staff has minimized impacts of modified programs on service delivery.

DRPD 1 00580

EXHIBIT K

*Coleman* Site Visit, Round XXV
## MENTAL HEALTH MANAGEMENT REPORT
Monitoring Period November 1, 2011 through April 30, 2012
Pleasant Valley State Prison

### INSTITUTIONAL PROGRAM SUMMARY

a. **Overview of all the mental health programs at institution.**

There were no significant changes to the Mental Health (MH) mission at Pleasant Valley State Prison (PVSP) during monitoring period. PVSP provides the following mental health programs: Mainline Correctional Clinical Case Management System (ML CCCMS), Administrative Segregation Unit CCCMS (ASU CCCMS), and Mental Health Crisis Bed (MHCB). Of these programs, the primary MH treatment focus at PVSP is to provide outpatient mental health care at the CCCMS level of care. During the monitoring period our MHSDS programs provide mental health services to an average census of 1,694 inmate-patients (I/P).

The ML CCCMS program offers MH evaluations, Primary Clinician (PC) contacts, psychiatric medication management, and Interdisciplinary Treatment Team (IDTT) treatment planning. Group psychotherapy services are offered as clinically indicated given the availability of staff and treatment space. During the reporting period the average monthly census for ML CCCMS was 1,542.

The ASU CCCMS program includes orientation to ASU, daily Licensed Psychiatric Technician (LPT) rounds, weekly PC contacts, and IDTT meetings. Small group therapy services are offered by LPTs and PCs by utilizing therapeutic modules. The ASU CCCMS population averaged 142 I/P per month.

The MHCB program averaged 15 admissions per month. The average length of stay (LOS) for the six bed unit was 6.4 days. If a crisis bed was not available, the I/P was maintained in alternative temporary housing (ATH) under suicide watch (SW). Typically, a certified nursing assistant (CNA) provided clinical supervision pending MHCB admission or transfer to another institution's MHCB. Approximately 12.5 I/Ps were placed in ATH each month. MH, medical and custody staff actively managed these I/Ps to minimize the number of hours I/Ps remained on ATH-SW status.

b. **New Construction/Remodeling.**

PVSP's Mental Health program office and treatment space were unchanged during the monitoring period. PVSP has a space utilization committee that meets periodically to review proposals and address concerns.

c. **New or Anticipated Mission Changes.**

DRPD 1 00417

During this monitoring period, there have been no significant mission changes at PVSP. PVSP continues to house Level I thru Level IV inmates in General Population (GP), Sensitive Needs Yards (SNY), and ASU settings. PVSP also continues to offer the same mental health programs: CCCMS ML, CCCMS ASU, and MHCB. There are no mission changes pending.

d. **Major Population Moves.**

Due to implementation of AB 109 there have been population reductions at PVSP both in terms of institutional census and MHSDS treatment population during the monitoring period. PVSP institution population dropped 883 inmates to 3,740 on April 30, 2012. This 23.6% reduction in institutional census has allowed for closure of all gym housing units. Our MHSDS population decreased by 149, or 9.1%, to a total of 1,646 I/Ps. While still the largest outpatient CCCMS program in CDCR, the decrease in MHSDS occurred in the CCCMS Mainline program. The average census of 142 in the CCCMS ASU program during the period represents an increase of 19.3% of I/Ps receiving services in that program relative to the average census in the last monitoring period. During the monitoring period, 22 I/Ps transferred to EOP programs, 2 I/Ps had LOC returned to CCCMS from EOP, and 1 I/P paroled prior to transfer to an EOP program. At the end of the monitoring period 3 I/P had pending EOP transfers.

e. **New or Overflow Administrative Segregation or any other Specialized Housing Units.**

No inmates were placed in new or overflow ASU or other Specialized Housing Units at PVSP during the monitoring period. Custody has closely managed the ASU population to minimize the need for an overflow housing unit.

f. **Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements.**

Although EOP transfer timelines are closely monitored, the absence of appropriate beds (i.e., Level IV, SNY, ASU hubs) at receiving facilities continued to delay inmate transfers.

With respect to treatment and office space the frequency and types of MH services offered to I/Ps per Program Guide and Court mandates have continued to strain PVSP's physical plant. Although MH's first designated treatment space became operational in May, 2011, due to the concentration of I/Ps on two of our four yards fully half of clinical contacts continue to occur in custody offices located in individual housing units. Access to these offices must be planned and coordinated with custody staff. The concern has been discussed by the Space Committee.

Staffing has been a significant challenge during the monitoring period due to AB 109-related staffing reductions and corresponding budget reductions that resulted in restructuring caseloads and work assignments. We incurred staffing reductions based on AB 109 realignment. However, treatment population reductions were not proportional and the result has been significant challenges in treating the large CCCMS population. In addition, as

DRPD 1 00418

many as three psychologists and one psychiatrist absent at one time due to long-term medical leave, representing approximately 25% of our clinical staff, compounded coverage problems. During the monitoring period MH staff attempted to enhance efficiencies while maintaining clinically indicated care. Clinical psychologist staffing vacancies have been addressed through the use of dual appointments and retired annuitant clinicians.

An additional concern has been identified with reliance upon MHTS.net database reports. While improvements have been made in the quality and accuracy of the reports, audit information generated by MHTS.net in some instances was not consistent with internal logs maintained by program staff. PVSP continues to participate in a statewide Unit Health Record – Mental Health Tracking System Agreement Audit in order to provide feedback to headquarters, and, as needed, provide additional staff training. Audit results showed marked improvement over the prior review period. This report presents both data from MHTS.net and, when applicable, internal audit and tracking data.

Availability of inmate medical records improved dramatically with the scanning of medical and mental health forms into the eUHR when the project was launched in July 2011. However, conflicting ducat requests for Health Care appointments are processed daily. Otherwise, close cooperation and coordination between custody and Health Care Services (HCS) staff has minimized impacts of modified programs on services delivery. During the monitoring period there were no identified conflicts with service delivery between the various Court monitored programs.

DRPD 1 00419