DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
KRISTA STONE-MANISTA – 269083
MARGOT MENDELSON – 268583
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone:    (415) 864-8848

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:    (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM P <br><br> **THREE JUDGE COURT** <br><br> **DECLARATION OF STEVEN FAMA IN SUPPORT OF PLANTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO VACATE OR MODIFY POPULATION REDUCTION ORDER** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. C01-1351 TEH <br><br> **THREE JUDGE COURT** |

I, Steven Fama, declare as follows:

1    1. I am an attorney admitted to practice in California and before this court, and am

2  one of the attorneys for the plaintiff classes in these actions.

3    2. Attached hereto as Exhibit A is a true and correct copy of the "Analysis of 2011

4  Inmate Death Reviews in the California Prison Healthcare System," as posted on the

5  website of the California Correctional Healthcare System (*Plata* Receiver):

6  http://www.cphcs.ca.gov/docs/resources/OTRES_DeathReviewAnalysisYear2011_201206

7  07.pdf (site last visited February 12, 2013).

8    3. In December 2012, in response to my inquiries to the California Correctional

9  HealthCare Services (CCHCS) regarding the status and scope of specific projects to

10  improve medical care at existing California Department of Corrections (CDCR) prisons

11  via physical plant construction upgrade projects (known overall as the "Healthcare

12  Facility Improvement Program" (HCFIP)), I was told that plaintiffs would be provided

13  with copies of individual prison projects once reviewed and approved by California

14  Department of Finance, then submitted by CDCR to the California Public Works Board

15  (PWB), and the PWB had given its initial approval for the project. Subsequently, as

16  described below, I received from CCHCS documents related to certain of the HCFIP

17  projects.

18    4. Attached hereto as Exhibit B is a true and correct copy of an excerpt from the

19  CDCR Health Care Facility Improvement Program project for California State Prison,

20  Solano, September 2012, as received on December 21, 2012 from the office of Richard

21  Kirkland, the head of Corrections Services for California Correctional Healthcare Services.

22    5. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the

23  CDCR Health Care Facility Improvement Program project for Mule Creek State Prison,

24  November 2012, as received on February 6, 2013 from the office of Richard Kirkland, the

25  head of Corrections Services for California Correctional Healthcare Services. Appended

26  to this document is an update regarding the project costs and schedule for that project, also

27  received from Mr. Kirkland on February 6, 2013.

28  //

2

PLAINTIFFS' OPPOSITION TO MOTION TO VACATE OR MODIFY

1      6. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the

2  CDCR Health Care Facility Improvement Program project for Richard J. Donovan

3  Correctional Facility, October 2012, as received on December 21, 2012 from the office of

4  Richard Kirkland, the head of Corrections Services for California Correctional Healthcare

5  Services.

6      7. Attached hereto as Exhibit E is a true and correct copy of an excerpt from the

7  CDCR Health Care Facility Improvement Program project for California Medical Facility,

8  September 2012, as received on December 21, 2012 from the office of Richard Kirkland,

9  the head of Corrections Services for California Correctional Healthcare Services.

10      8. Attached hereto as Exhibit F is a true and correct copy of the CDCR Health Care

11  Facility Improvement Program project for California Institution for Men, October 2012, as

12  received on December 21, 2012 from the office of Richard Kirkland, the head of

13  Corrections Services for California Correctional Healthcare Services.

14      9. Attached hereto as Exhibit G is a true and correct copy of an excerpt from the

15  CDCR Health Care Facility Improvement Program project for California Institution for

16  Women, October 2012, as received on December 21, 2012 from the office of Richard

17  Kirkland, the head of Corrections Services for California Correctional Healthcare Services.

18      10. Attached hereto as Exhibit H is a true and correct copy of an excerpt from the

19  CDCR Health Care Facility Improvement Program project for California State Prison,

20  Sacramento, November  2012, as received on February 6, 2013 from the office of Richard

21  Kirkland, the head of Corrections Services for California  Correctional Healthcare

22  Services.  Appended to this document is an update regarding the project costs and schedule

23  for that project, also received from Mr. Kirkland on February 6, 2013.

24      11. Attached hereto as Exhibit I is a true and correct copy of the CDCR /

25  Department of Finance Budget Change Proposal (BCP) for Statewide Medication

26  Distribution Improvements, with signature dates of July 13, 2012 and July 17, 2012, as

27  received on January 22, 2013 from the office of Richard Kirkland, the head of Corrections

28  Services for California Correctional Healthcare Services.  As stated on the first page of the

PLAINTIFFS' OPPOSITION TO MOTION TO VACATE OR MODIFY

1  document, the BCP pertains to "funding for design and construction of improvements to

2  CDCR medication distribution facilities at 22 existing prisons." As the BCP explains, the

3  remaining CDCR prison facilities also require improved medication distribution facilities

4  and those will be provided within the scope of those other prison's individual HCFIP

5  projects. *Id*. at 3.

6        I declare under penalty of perjury that the foregoing is true and correct and that this

7  declaration was executed on February 12, 2013 at Berkeley, California.

8                          /s/ _____

9                          Steven Fama

PLAINTIFFS' OPPOSITION TO MOTION TO VACATE OR MODIFY

# Exhibit A

# Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System

May 12, 2012
Kent Imai, MD

*Table of Contents*

I. Introduction ..................................................................................................... 1

II. Death Review Process ...................................................................................... 1

III. Definitions ...................................................................................................... 2

IV. Taxonomy for Lapses in Care ........................................................................... 3

V. Limitations and Benefits in the Death Review Process ..................................... 4

VI. Study Findings ................................................................................................. 6

    A. Causes of Inmate Death – 2011 .................................................................... 6

    B. Lapses in Care, 2011 ..................................................................................... 8

    C. Non preventable deaths 2011 – ................................................................... 10

    D. Possibly Preventable deaths – 2011 ............................................................. 11

    E. Likely (Definitely) Preventable Deaths – 2011 ............................................. 15

    F. Lapses by contract specialists and outside hospitals (non CCHCS staff) 2011 ... 16

    G. Primary Care – 2011 .................................................................................... 17

VII. Discussion ...................................................................................................... 18

    A. Trends in California Prison Death rates 2006-2011 ...................................... 18

    B. Trends in Preventable Deaths, 2006-2011 ................................................... 19

    C. Trends in causes of mortality ....................................................................... 20

    D. Trends in Lapses in Care – 2011 .................................................................. 22

        1. Relationships between lapses in care and preventable deaths. ................... 22

VIII. Opportunities ................................................................................................. 27

IX. Conclusions ..................................................................................................... 28

## List of tables and figures

Table 1. Causes of Death Among All California Inmates, 2011 .................................................. 6
Table 2 . Top causes of death among California inmates 2007-2011 ...................................... 7
Table 3. Summary of lapses of care (extreme departures), 2011............................................ 8
Table 4. Causes of non-preventable death among California inmates, 2011....................... 10
Table 5. Causes of possibly preventable death among California inmates, 2011. ................ 11
Table 6. Causes of likely preventable death among California inmates, 2011. ..................... 15
Table 7. Presence of Primary Care in California inmate death cases, 2009 – 2011. ............. 18
Table 8. Annual death Rates among California inmates, 2006- 2011.................................... 18
Figure 1. Numbers of California Prison System Deaths by Preventability, 2006-2011.......... 19
Table 9. Rates of preventable deaths among California inmates, 2006-2011...................... 19
Figure 2. Trend in Preventable Death Rates in the California Prison System, 2006-2011..... 20
Table 10. Numbers of Suicide- and Homicide- related deaths in the California Prison
          System, 2006-2011. ...................................................................................... 20
Figure 3. Numbers of Suicide- and Homicide-related deaths in the California Prison System,
          2006-2011. ...................................................................................................... 21
Table 11. Numbers of Drug Overdose-related deaths in the California Prison System, 2006-
          2011. ............................................................................................................... 21
Figure 4. Cocci-related deaths in the California Prison System, 2006-2011......................... 22
Table 12. Cocci-related deaths in the California Prison System, 2006-2011. ....................... 22
Table 13. Number of lapses by preventability among California inmates, 2011.................. 23
Figure 5. Average number of lapses per death by preventability among California inmates,
          2007-2011. ...................................................................................................... 23
Table 14. Number of lapses, by preventability, in California Prison System deaths, 2007-
          2011. ............................................................................................................... 23
Figure 6. Lapses, by year and death preventability, in the California Prison System, 2007-
          2011. ............................................................................................................... 24
Table 15. Lapses, by type, in California Prison System deaths, 2007-2011. ......................... 25
Figure 7. Number of lapses, by type, in California Prison System deaths, 2007-2011. ......... 25
Figure 8. Signs and symptoms in Type 1 lapses in California Prison System deaths, 2011. . 26
Table 16. Signs and symptoms in Type 1 lapses in California Prison System deaths, 2011. 26

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

## I. Introduction

The California Prison Healthcare System has been under federal receivership since April of 2006. The Receiver has overseen incremental improvements in health care, resulting ultimately in a wholesale system redesign, replacing a system driven by episodic complaints with a system within which healthcare teams bear responsibility for patient outcomes, and use proactive and guideline driven care for chronic medical conditions. An extensive quality Improvement program identifies and targets specific areas for clinical improvement.

Since the beginning of the receivership, a rigorous process of peer review has used the death review to identify serious individual and systemic lapses in care and to record and track the numbers of preventable deaths. The death review tool has been used to identify and sanction unsafe practitioners, and to find opportunities for system improvement.

This sixth annual analysis of all inmate death reviews in the California state prison system once again focuses on the following areas – trends in mortality, identification and trending of serious lapses in care, and identification and trending of preventable deaths.

This report shows improvements in several areas, discusses how these might have been achieved, and makes recommendations.

## II. Death Review Process

As described in prior reports, each inmate death is reviewed by a board certified physician who has been trained to do death reviews using a uniform procedure. Findings are recorded on a standardized death review template form

For each death review, the reviewer reads the decedent's healthcare record focusing on all clinical encounters that took place during the last six months of life. All patient requests for healthcare are noted, as well as the thoroughness of initial evaluation at time of intake into the system (if it occurred within the last six months), responsiveness of the system to the patient requests for healthcare, the quality of the evaluations, the timelines of access to indicated specialty care, the results of all laboratory and diagnostic imaging studies, the quality and thoroughness of the care of any identified chronic medical condition such as diabetes, asthma, emphysema, cancer, chronic pain, liver or kidney failure, chronic infection with the human immunodeficiency virus (HIV) or chronic hepatitis. All visits to specialists, emergency departments and inpatient hospitals are reviewed. The quality of terminal care for fatal conditions is noted. The timing and quality of responses to emergency situations is also reviewed.

Reviewers also determine whether there was an identifiable primary care physician involved in the patients care, cite the cause of death (using post mortem autopsy results

1

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

when available), identify all lapses in care (even if those lapses did not contribute to a patient's death), judge whether the death was preventable or not preventable, and recommend referrals for any adverse findings. Reviewers spend an average of 6-8 hours preparing each review. . In 2011, there were 17 reviewers, who averaged 22.8 reports (range 1- 43).

Completed death reviews are presented to the Death Review Committee (DRC), where the reviewer's conclusions are discussed. The eight member DRC is composed of a physician chair, three physician executives, three nurse executives and one custody representative. After discussion, the DRC votes to accept or modify the report (the chair and custody representative do not vote).

Systemic lapses such as delays in access or breakdowns in emergency response are referred to the Chief Medical Executive of the appropriate prison and to the receiver's Quality Management group. Lapses in care by individual nurses, physicians or mid level providers are referred to the appropriate peer review committee. Lapses which occur at contracted hospitals or specialist offices are referred to the contracting entity or to the appropriate peer review body.

This extensive and rigorous death review process meets or exceeds similar peer review activities conducted in the non prison world.

## III. Definitions

These definitions are used by the Death Review Committee and in this analysis.

Lapse in Care (individual) – In the judgment of the reviewer, a clinician has committed a departure from the standard of care that a reasonable and competent clinician would not have committed under the same or similar circumstances.

Lapse in care (systemic) – In the judgment of the reviewer, there was a lapse in the system of care delivery which departed significantly from the usual standard seen in the medical community.

Non preventable death – In the judgment of the reviewer, the patient's death could not have been prevented or significantly delayed by more optimal care.

Possibly preventable death – In the judgment of the reviewer, better medical management or improvement in the system of care delivery might have prevented or significantly delayed the patient's death.

2

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

<u>Likely (or definitely) preventable death</u> – In the judgment of the reviewer, better medical management or improvement in the system of care delivery would likely or definitely have prevented or significantly delayed the patient's death.

# IV. Taxonomy for Lapses in Care

Previous annual reports have described how the taxonomy for grouping lapses in care was developed. The classification system describing fourteen different types of care lapse was proposed to the DRC in 2007, so that reviewers might be able to use a common language when discussing potential errors in clinical management or systemic processes of care. In 2008 the taxonomy was incorporated into the death review template. After having been in use for a year, the taxonomy was presented at the April 2009 meeting of the National Commission on Correctional Health Care and at the September 2009 meeting of the American Correctional Health Services Association.

As described at these meetings, the taxonomy has been a useful quality improvement tool for identifying potentially unsafe clinicians, gaps in the healthcare system, opportunities for system and process redesign, and educational strategies for California Correctional Health Care Services (CCHCS) clinical staff. The fourteen categories of lapse are:

Type 1 – Failure to recognize, evaluate and manage important symptoms and signs – so called clinical "red flags".

Type 2 – Failure to follow clinical guidelines or departmental policies developed by the medical department of the CCHCS. These include evidence based guidelines for the management of asthma, diabetes mellitus, hepatitis C infection, HIV/AIDS, chronic pain, and care at the end of life. Other guidelines include national standards for the treatment of hypertension, acute coronary syndromes, congestive heart failure, cardiac arrhythmia, and anticoagulation.

Type 3 – Delay in access to the appropriate level of care, of sufficient duration as to result in harm to the patient.

Type 4 – Failure to identify and appropriately react to abnormal test results.

Type 5 – Failure of appropriate communication between providers, especially at points where transfers of care occur.

Type 6 – Fragmentation of care resulting from failure of an individual clinician or the primary care team to assume responsibility for the patient's care.

Type 7 – Iatrogenic injury resulting from a surgical or procedural complication.

3

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

Type 8 – Medication prescribing error, including failure to prescribe an indicated medication, failure to do appropriate monitoring, or failure to recognize and avoid known drug interactions.

Type 9 – Medication delivery error, including significant delay in a patient receiving medication or a medication delivered to the wrong patient.

Type 10 – Practicing outside the scope of one's professional capability (may apply to LVNs, RNs, midlevel practitioners, or physicians).

Type 11 – Failure to adequately supervise a midlevel practitioner, including failure to be readily available for consultation or an administrative failure to provide for appropriate supervision.

Type 13 – Failure to communicate effectively with the patient.

Type 13 – Patient non adherence with suggestions for optimal care.

Type 14 - Delay or failure in emergency response, including delay in activation or failure to follow the emergency response protocol.

## V. Limitations and Benefits in the Death Review Process

1. Inter-reviewer variability

One study from the medical literature addresses the problem of reviewer variability. 393 hospital deaths in a Veteran's Administration hospital were reviewed by a group of board certified specialists in internal medicine. Initially reviewers judged that 23% of the deaths were possibly preventable and 6% definitely preventable. When each death was then reviewed by another physician member of the same group, concordance in finding of preventability was 0.34 (the reviewers agreed only 34% of the time). *Hayward, et.al. "Estimating hospital deaths due to medical errors: preventability is in the eye of the reviewer". Journal of the American Medical Association. Vol 286, pp 415-423, 2001.* The DRC tries to mitigate inter reviewer variability by seeking consensus on the assignment of preventability and the severity of lapses in care.

In this year's analysis, as in past years, the author of this review also requires that the reviewer identify a clear relationship between a lapse or lapses in care and a preventable death. If such a lapse is not identifiable, the case is counted as a non preventable death, despite the consensus of the DRC.

4

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

## 2. Off site peer review

Traditional peer review takes place at the site where care originated and is conducted by staff who work there. The CCHCS death reviews are conducted off site by a designated cadre of physicians who are not involved in direct care of the decedent whose case is being reviewed.

## 3. Separate process for review of suicide deaths

All suicides are reviewed by a separate multidisciplinary committee in the California Department of Corrections and Rehabilitation, Mental Health Program by the Suicide Prevention and Response Focused improvement Team. This separate review is not integrated into the DRC, so that review findings and recommendations may not be facilitated.

## 4. Potential benefits

Benefits of the CCHCS death review process include a limited number of trained and experienced reviewers, the diligence expended in each review, and discussion of each death at the DRC. Off site review also has the potential benefit of removing subjective bias generated by a reviewer's personal knowledge of the on site providers involved in the care of the patient.

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

# VI. Study Findings

## A. Causes of Inmate Death – 2011

All causes of death are shown in Table 1. The causes listed represent the underlying condition that led to the patient death. For example, if a patient died of severe bloodstream infection (sepsis or septicemia) because chemotherapy for cancer created a compromised immune system, then the cause of death was attributed to the cancer.

*Table 1. Causes of Death Among All California Inmates, 2011*

| NUMBER OF CASES | CAUSE OF DEATH |
|---|---|
| 94 | Cancer (except Liver Cancer)<br>Lung (30); esophagus, lymphoma (6 each); colon, leukemia and multiple myeloma (5 each); 3 each of bladder, breast, kidney, melanoma, pancreas, stomach; 2 each of cholangiocarcinoma, prostate, gall bladder, unknown primary; 1 each of anus, cervix, larynx, nasopharynx, rectum, tongue, sigmoid colon, SCC neck, synovial sarcoma, testicle, thyroid |
| 76 | Liver Disease — includes hepatitis C-related end stage liver disease (53), and liver cancer (23) |
| 47 | Cardiovascular Disease — includes sudden cardiac arrest/acute myocardial infarction (38), congestive heart failure (8), coronary artery disease (1) |
| 34 | Suicide |
| 21 | Pneumonia (includes 13 patients with chronic obstructive pulmonary disease, 2 aspiration pneumonias, 1 methicillin resistant staph. aureus pneumonia) |
| 17 | Homicide |
| 16 | Sepsis |
| 12 | Drug overdose |
| 9 | Stroke |
| 6 | End stage renal disease (dialysis dependent) |
| 5 | Pulmonary embolism |
| 4 | Dementia |
| 3 each | AIDS, coccidioidomycosis, seizure disorder, upper gastrointestinal bleeding |
| 2 each | Abdominal aortic aneursym, dilated cardiomyopathy, endocarditis, ischemic bowel, necrotizing fasciitis, pancreatitis, post-operative death, shock |
| 1 each | Amyotrophic lateral sclerosis, aspergillosis, asphyxiation (food bolus), cellulitis, clostridium difficile colitis, closed head injury, demyelinating disease, incarcerated umbilical hernia, cryptococcal meningitis, mesenteric thrombosis, myasthenia gravis, myelodysplagia, Parkinson disease, pulmonary fibrosis, ruptured iliac artery aneurysm, spontaneous bacterial peritonitis, thoracic aortic aneurysm, vasculitis, unknown |
| 388 | TOTAL DEATHS |

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

As in prior years, lung cancer (30 deaths) and liver cancer (23 deaths) were the most common types of malignancy. Cancer of the liver and end stage liver disease with cirrhosis (53 deaths) share the underlying condition of chronic hepatitis C infection.

Sudden cardiac arrest and acute myocardial infarction are grouped with congestive heart failure because all three often share a common underlying condition - coronary artery disease. In most of these cases, the patients had other identifiable risk factors for coronary disease – smoking, hypertension, hypercholesterolemia, or diabetes mellitus.

Smoking was the major underlying cause for almost all cases of lung cancer (30 deaths) and chronic obstructive pulmonary disease (13 deaths).

The average age of the decedents in 2011 was 55 years (range 18 to 93). Suicides, homicides and drug overdoses were younger, averaging 38 years. Male inmates' average life expectancy is thus about twenty years less than that of the average American male.

| | |
|----|----|
| 38 | average age of suicides, homicides, and drug overdoses |
| 38 | suicide |
| 42 | homicide |
| 32 | drug overdose |

Table 2 compares the top causes of death from 2007-2011.

*Table 2. Top causes of death among California inmates 2007-2011*

| Rank | 2011 | 2010 | 2009 | 2008 | 2007 |
|------|------|------|------|------|------|
| 1 | Cancer | Cancer | Cancer | Cancer | Cancer |
| 2 | End stage liver disease (including liver cancer) | End Stage Liver Disease | End Stage Liver Disease | Suicide | End Stage Liver Disease |
| 3 | Cardiovascular Disease* | Cardiovascular disease | Cardiovascular disease | End Stage Liver Disease | Cardiovascular disease |
| 4 | Suicide | Suicide | Suicide | Cardiovascular disease | Suicide |
| 5 | Pneumonia | (tied) Drug Overdose; Homicide | Drug Overdose | Drug Overdose | Homicide |
| 6 | Homicide | | Pneumonia | Pneumonia | HIV/AIDS |
| 7 | Sepsis | Pneumonia | Congestive Heart Failure | HIV/AIDS | Stroke |
| 8 | Drug Overdose | Congestive Heart Failure | Homicide | Congestive Heart Failure | Drug Overdose |
| 9 | Stroke | (tied) Coccidioido-mycosis, End Stage Renal Disease, Stroke | | Sepsis | Pneumonia |

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

* Cardiovascular disease includes sudden cardiac arrest, myocardial infarction, congestive heart failure.

Two of the top three underlying causes of death in the inmate population are related to lifestyle choices and the third is no doubt a consequence of incarceration.

1. DRUG ADDICTION. Intravenous injection with shared needles causes chronic hepatitis C infection which causes progressive inflammatory liver disease which ends in cirrhosis and which predisposes to the development of liver cancer. Shared needle use can also cause HIV/AIDS.

2. TOBACCO ADDICTION. Smoking causes lung cancer, chronic obstructive lung disease and accelerates coronary heart disease.

3. DEPRESSION contributes to suicide.

## B. Lapses in Care, 2011

During the death review process, there is a meticulous search for medical error. By analyzing every medical encounter in the six months preceding each death, reviewers are able to review a representative sample of the entire system of care provided in California state prisons.

Discussion in the DRC provides consensus driven identification of significant lapses in care. The classification of these lapses into a taxonomy of medical error allows comparison from one year to the next.

Table 3 shows the number of lapses by type identified during review of the 388 deaths in 2011.

*Table 3. Summary of lapses of care (extreme departures), 2011.*

| Lapses of Care Types (Extreme Departures) | # of Lapses in the 345 Non Preventable Deaths | # of Lapses in the 41 Possibly Preventable Deaths | # of Lapses in the 2 Likely Preventable Deaths | Total Lapses in all 388 deaths |
|---|---|---|---|---|
| #1 – Failure to recognize, identify or adequately evaluate important symptoms or signs | 56 | 30 | 1 | 87 |
| #2 – Failure to follow established guidelines for evaluation and/or management of a specific condition | 24 | 6 | 1 | 31 |

8

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

| Lapses of Care Types (Extreme Departures) | # of Lapses in the 345 Non Preventable Deaths | # of Lapses in the 41 Possibly Preventable Deaths | # of Lapses in the 2 Likely Preventable Deaths | Total Lapses in all 388 deaths |
|---|---|---|---|---|
| #3 – Delay in access to care sufficient to result in harm to the patient | 18 | 7 | 0 | 25 |
| #4 – Failure to adequately pursue abnormal test results | 14 | 6 | 0 | 20 |
| #5 – Failure of provider-to-provider communications including botched handoffs | 9 | 7 | 0 | 16 |
| #6 – Fragmentation of care such that individual responsibility for patient is waived | 4 | 2 | 0 | 6 |
| #7 – Surgical/procedural complication resulting in iatrogenic injury | 1 | 5 | 1 | 7 |
| #8- Medication prescribing error | 7 | 8 | 1 | 16 |
| #9- Medication delivery error | 0 | 3 | 1 | 4 |
| #10- Practicing outside the scope of one's professional capabilities | 4 | 6 | 0 | 10 |
| #11- Unsupervised mid-level (nurse practitioner or physician assistant) care | 1 | 1 | 0 | 2 |
| #12 – Failure of communication with the patient | 1 | 3 | 0 | 4 |
| #13 – Patient non-adherence with recommendation for optimal care | 7 | 2 | 0 | 9 |
| #14 – Delay in emergency response or failure to follow emergency response protocol | 8 | 6 | 1 | 15 |
| #15 – other | 0 | 0 | 0 | 0 |
| TOTAL LAPSES | 154 | 92 | 6 | 252 |

Type 1 lapses (failure to recognize or properly evaluate important clinical signs or symptoms) account for 35% of the total.

9

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

Type 2 (failure to follow established guidelines for care), type 3 (delay in access to appropriate care) and type 4 (failure to pursue abnormal test results) together account for another 30%.

There are also significant numbers of type 5 (failure of provider to provider communication), type 8 (medication prescribing errors), and type 14 (lapses in emergency response protocols) lapses.

It is important to note that there has been an impressive 45% reduction in the total number of identified lapses from the previous year. Possible reasons for this improvement will be discussed later in this report.

## C. Non preventable deaths 2011 –

*Table 4. Causes of non-preventable death among California inmates, 2011.*

| Number of Cases | Cause of Death |
|---|---|
| 88 | Cancer — most frequent types: lung (30), esophagus (5), colon (4), multiple myeloma (5); other types had 3 or fewer cases each |
| 74 | Liver disease — includes end stage liver disease (51) and liver cancer (23) |
| 35 | Cardiovascular disease (includes sudden cardiac arrest, myocardial infarction, congestive heart failure) |
| 34 | Suicide |
| 18 | Pneumonia (includes chronic obstructive pulmonary disease) |
| 17 | Homicide |
| 12 | Drug overdose |
| 11 | Sepsis |
| 9 | Stroke |
| 6 | End stage renal disease |
| 5 | Pulmonary embolism |
| 4 | Dementia |
| 3 | HIV/AIDS |
| 2 each | Coccidiodomycosis, endocarditis, ischemic bowel, seizure disorder |
| 1 each | Abdominal aortic aneurysm, amyotrophic lateral sclerosis, aspergillosis, C. difficile colitis, cellulitis, closed head injury, demyelinating disease, incarcerated umbilical hernia, fungal meningitis (cryptococcal), mesenteric thrombosis, myelodysplasia, necrotizing fasciitis, pancreatitis, Parkinson disease, pulmonary fibrosis, ruptured iliac artery aneurysm, shock, vasculitis, unknown, upper gastrointestinal hemorrhage |
| 345 | TOTAL NON PREVENTABLE DEATHS |

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

Table 4 shows the causes of death in the 345 non preventable deaths in 2011. These deaths were all natural and expected with the exception of suicides, homicides and drug overdoses.

## D. Possibly Preventable deaths – 2011

Of 388 deaths in 2011, 41 (10.6%) were judged to be possibly preventable. Table 5 shows the causes of death in these cases.

*Table 5. Causes of possibly preventable death among California inmates, 2011.*

| Number Of Cases | Cause Of Death |
|---|---|
| 11 | Cardiovascular disease, including sudden cardiac arrest |
| 6 | Cancer |
| 5 | Sepsis |
| 3 | Pneumonia |
| 2 | Upper gastrointestinal hemorrhage |
| 1 each | Abdominal aortic aneurysm, asphyxiation (food bolus), coccidiodomycosis, end stage liver disease, myasthenia gravis, necrotizing fasciitis, pancreatitis, pneumonia, post-operative death (ventral hernia repair), seizure disorder, shock, spontaneous bacterial peritonitis, stroke, thoracic aortic aneursym |
| 41 | TOTAL POSSIBLY PREVENTABLE DEATHS |

Initially the DCR labeled 54 cases as possibly preventable. As in previous annual reports, the author has removed from this list all cases in which there were no lapses in care identified by the reviewer, in which the care was noted to be reasonable and the lapses were unrelated to the cause of death, and in which delays in care or any other lapses seemed insufficient to have caused a preventable death. In some cases, there were several extreme lapses in care, and overall care of the patient was compromised, but no logical chain tied the lapses in care to preventability. Following this process, in 2011 there were 41 possibly preventable deaths.

Capsule summaries of representative possibly preventable deaths follow:

Case 1. A 50 year-old man died of a ruptured thoracic aortic aneurysm after a consultant's recommendation for imaging studies was delayed by at least six months during which the patient was never advised against continuing his regular vigorous exercise routine. The delay in timely evaluation and the failure to caution the patient against vigorous exercise contributed to a possibly preventable death.

11

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

Case 2. A 70 year-old man died of sudden cardiac arrest following inadequate evaluation of exertion induced chest pain and palpitations. A written prescription for nitroglycerin was never distributed to the patient and cardiac stress tests were not done. These lapses in evaluation and management of a patient with symptoms suggesting ischemic heart disease contributed to a preventable death.

Case 3. A 40 year-old with diabetes mellitus died because inadequate evaluation and treatment of a leg ulcer led to gangrene and systemic infection.

Case 4. A 73 year-old with diabetes mellitus on hemodialysis for renal failure died of septicemia from a gangrenous foot ulcer. In the three months before death, medical staff failed to do foot exams as recommended by diabetic care guidelines. Had this guideline been followed routinely, gangrene might have been prevented.

Case 5. A young man with known seizure disorder died after missing five days of anticonvulsant medication. He was found unresponsive in an outpatient housing unit that was later found to have a non functioning call system. Had the patient received anticonvulsants as prescribed or had the call system been functional, this death might have been avoided.

Case 6. A 45 year-old man died of septic shock after a series of delayed responses to abnormal vital signs (hypotension and tachycardia) by an LVN and an on call physician led to a 2 1/2 hour delay in indicated urgent transfer to the emergency room. The delay in transfer to a higher level of care was key in the attribution of possible preventability.

Case 7. A 60 year-old man died of malignant melanoma after a suspicious skin lesion and order for biopsy was not done, leading to an 11 month delay in diagnosis, and a lost opportunity for effective treatment.

Case 8. A 70 year-old man with steroid dependent chronic lung disease died of necrotizing fasciitis. There was a 12 hour delay in evaluation for a fall probably caused by severe hypotension related to his infection. This delay allowed the infection to progress rapidly, and the patient did not survive despite aggressive in hospital management.

Case 9. A 45 year-old man with severe congestive heart failure died after receiving double his usual dose of medication. This contributed to a prolonged period of hypotension (low blood pressure) culminating in unresponsiveness. An eight minute delay in initiation of cardiac resuscitation also contributed to this possibly preventable death.

Case 10. A 60 year-old man died unexpectedly of sudden cardiac arrest after several episodes of chest pain were attributed to anxiety, an abnormal electrocardiogram was

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

interpreted as normal by a nonphysician, and activation of the emergency protocol was delayed by 20 minutes. All three of these lapses contributed to this possibly preventable death.

Case 11. A 61 year-old man died of metastatic malignant melanoma after a nine month delay in a requested skin biopsy for a suspicious neck lesion. This delay prevented possibly effective treatment for this skin cancer.

Case 12. A 67 year-old man with a history of stroke and severe congestive heart failure died suddenly. For several months, he had not been treated with adequate medication as recommended by evidence based nationally accepted treatment guidelines for congestive heart failure. Had he been treated according to guideline recommendations, the death might have been prevented.

Case 13. A 53 year-old man chronically disabled by anoxic brain injury stemming from a failed suicide attempt died by choking on a large bolus of food when signs of his acute distress went unrecognized or unheeded. A well known dystonic reaction to his neuroleptic medication was not noted and probably contributed to an inability to clear his upper airway, contributing to his death from asphyxiation.

Case 14. A 27 year-old man died suddenly. A recent history of recurrent syncope (fainting) brought on by exertion was inadequately evaluated. This symptom of exertional syncope is known to be indicative of occult cardiovascular disease.

Case 15. A 63 year-old man died of spontaneous bacterial peritonitis caused by liver failure. A prolonged period (seven days) of hypotension (low blood pressure) and tachycardia (rapid heart rate) was inadequately evaluated and poorly managed. Better care might have facilitated an earlier diagnosis and life prolonging treatment of this well known complication of severe liver disease.

Case 16. A 60 year-old man with diabetes mellitus died of pneumonia. The diagnosis was delayed in part because inter-facility transfer led to a failure to identify and respond to an abnormally high white blood cell count (24,000), which was indicative of a severe systemic infection.

Case 17. A 79 year-old man with congestive heart failure and arrhythmia died six days after inter-facility transfer. Transfer medications failed to include the antiarrythmic drug which the patient had been taking.

Case 18. A 69 year-old man died of unspecified colitis and acidosis after three days of recurrent visits to the Triage and Treatment Area for being unable to walk. On each

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

occasion his low blood pressure was managed solely with intravenous fluid boluses and was inadequately evaluated and resulted in a significant delay in transferring him to a higher level of care.

Case 19. A 75 year-old man with myasthenia gravis treated chronically with corticosteroids died of pneumonia after recurrent symptoms of shortness of breath and low oxygenation, were poorly managed.

Case 20. A 37 year-old man with multiple cardiac risk factors (diabetes mellitus, hypertension and abnormal cholesterol) had sudden death. Medical staff missed several opportunities to evaluate this patient for occult cardiovascular disease.

Case 21. A 47 year-old man had a sudden cardiac arrest after three days of severe and unremitting back pain and an altered mental status, both of which were inadequately evaluated. The severe and unremitting pain was possibly related to an underlying condition (ischemic heart disease, aortic aneurysm) of which the patient died.

Case 22. A 52 year-old man died of acute myelogenous leukemia. Multiple opportunities to evaluate abnormal high white blood cell counts were missed, causing a 10 month delay in diagnosis. The patient died before treatment could be initiated.

Case 23. A 49 year-old man with advanced liver disease died of spontaneous bacterial peritonitis. His symptoms were mistakenly attributed to constipation rather than to the actual diagnosis of intra abdominal infection. Hospitalization where appropriate therapy could be given was delayed for nine days.

As in past years' analyses, these cases illustrate how type 1 failures to recognize, evaluate, and manage clinical "red flag symptoms and signs" can lead to possibly preventable mortality. This is especially true in high risk patients - those with chronic diseases, older patients, and patients with known compromising conditions (immunosuppressive therapy). Several of these cases show how lack of recognition or inertia in following up on abnormal tests or abnormal findings such as suspicious skin lesions can lead to significant delays in diagnosis and missed opportunities for effective treatment. Other contributions to preventable death include poor communication with other medical staff — especially when a patient's care is being transferred back and forth from one facility to another, inattention to clinical guidelines, and delays in access. The high incidence of behavioral illness and chronic pain in the incarcerated population add to the difficulty of making proper evaluations and treatment decisions.

For the third consecutive year, <u>asthma</u> caused no preventable deaths. This continues a significant trend, since in 2006, the first year of the Receivership, asthma caused six

14

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

preventable deaths. A statewide initiative was adopted in 2007. All medical staff were trained in the chronic disease model of care, using asthma registries and evidence based guidelines for the recognition, classification, proper treatment, patient education and regular follow-up of all asthmatic patients. Improved asthma care and no deaths from asthma has been the result.

## E. Likely (Definitely) Preventable Deaths – 2011

There were two deaths in 2011 which reviewers and the DRC called likely (definitely) preventable.

*Table 6. Causes of likely preventable death among California inmates, 2011.*

| Number of Cases | Cause of Death |
|---|---|
| 1 | Cardiovascular Disease (Acute Myocardial Infarction) |
| 1 | Post-Operative Death (cervical spine fusion) |
| 2 | TOTAL LIKELY PREVENTABLE DEATHS |

Case 1. A 50 year-old man with diabetes, hypertension, coronary artery disease, congestive heart failure, cardiac arrhythmias and severe peripheral vascular disease died of acute myocardial infarction. His care had been compromised five months before death, when, after receiving a replacement pacemaker, his maintenance anticoagulation therapy was not resumed on return to the prison despite physician orders to do so (*type 9 lapse - failure to receive ordered medication*). One week later he developed bilateral severe leg pain. He was not evaluated promptly by the physician on call (*type 1 lapse - failure to appreciate red flag symptoms of severe leg pain in a patient with a history of severe peripheral vascular disease*). When seen 48 hours later, he had developed blood clots in both legs which necessitated bilateral amputation. On the day of his death, he presented to the prison emergency treatment area with severe chest pain and shortness of breath, with an abnormal electrocardiogram and low oxygenation. Although this acute coronary syndrome was an indication for immediate transfer to the local hospital, the patient was poorly managed in the local prison and transfer was delayed for five hours. (*type 1 lapse – substandard management of severe chest pain*). When he arrived at the local hospital he was moribund and death ensued quickly.

Case 2. A 52 year-old man died unexpectedly one day after extensive cervical spine surgery for degenerative disc disease. He had been referred to a consultant neurosurgeon for chronic neck pain. The consultant recommended surgery without an adequate period of conservative therapy, without an adequate examination and despite evidence of recent improvement in symptoms (*type 2 failure to manage chronic neck pain according to guidelines*). Extensive and aggressive surgery was performed rather than a simple

15

procedure. The patient was found unresponsive in his hospital bed on the day following surgery (*type 7 lapse – iatrogenic death resulting from surgery*). Emergency resuscitation was initiated but there was a significant delay before the arrival of cardiac monitoring and medical staff and resuscitation was unsuccessful (*type 14 lapse – delay in emergency response*). This case was referred to appropriate peer review.

Both of these cases again illustrate how multiple lapses can lead to unnecessary suffering and preventable death.

## F. Lapses by contract specialists and outside hospitals (non CCHCS staff) 2011

As in the past three years, all of the cases of preventable or likely preventable death were reviewed to determine the burden of significant contributory lapses by non-CCHCS specialists or hospital systems.

In 2011 there were 11 such cases. One (1) case was likely preventable and was presented as case 2 in the previous section. Ten other cases involving were judged to be possibly preventable, and are briefly described here.

Case 1. A 42 year-old man with HIV infection and progressive pneumonia was not completely evaluated for opportunistic infection by an infectious disease consultant and died of disseminated coccidioidomycosis. This was felt to be a lapse in judgment by the specialist.

Case 2. A 59 year-old man died suddenly after elective repair of a large minimally symptomatic ventral hernia. He was a patient at high risk for post operative complications, with end stage kidney disease on hemodialysis, severe coronary heart disease, chronic lung disease and recent pneumonia. Indications for surgery were not compelling.

Case 3. A 46 year-old man died of septicemia. Failure of an outside contracting laboratory to report an abnormally high white blood cell count contributed to a delay in diagnosis which possibly led to his death. (this system failure has since been corrected)

Case 4. A 56 year-old man died of fulminant pancreatitis, which was a complication of an endoscopic extraction of common bile duct stones performed by a consulting gastroenterologist.

Case 5. A 58 year-old man with chronic renal failure died of hemorrhagic shock from blood loss following iatrogenic laceration of the superior vena cava during a procedure for placement of a catheter for dialysis.

16

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

Case 6. A 62 year-old man died shortly after being inappropriately discharged from the hospital with abnormal vital signs (tachycardia and tachypnea) following a cardiac catheterization.

Case 7. A 54 year-old woman died of rectal cancer seven months after a consultant had done a colonoscopy and found abnormal perirectal tissue but failed to do a biopsy, which led to a significant delay in diagnosis and treatment.

Case 8. A 76 year-old man died of uncontrolled hemorrhage one day after surgical repair of an abdominal aortic aneurysm. He had a known coagulation disorder which had been incompletely evaluated preoperatively. Had the coagulation disorder been evaluated, appropriate precautions might have prevented this death from exsanguination.

Case 9. A 25 year-old man with liver cirrhosis due to a hereditary enzyme deficiency suffered an in hospital death resulting from failure to control massive upper gastrointestinal bleeding after an esophagogastric endoscopic procedure.

Case 10. A 61 year old man with end stage liver disease was sent to an Emergency Department at a local hospital because of abdominal pain and a large amount of ascites. The ED physician removed six liters of peritoneal fluid, but the patient was sent back to the prison despite an elevated white blood cell count of over 17,000. Two days later he became hypotensive and was returned to the hospital where he died of sepsis from spontaneous bacterial peritonitis. The ED physician was thought to have missed the earlier opportunity to treat peritonitis.

In most (6) of these cases, severe iatrogenic injury followed an invasive diagnostic procedure or surgery. One case resulted from a delayed diagnosis of a potentially treatable cancer, one from failure to report an abnormal (and critical) lab result for two days, one from premature discharge following a cardiac catheterization, one from an incomplete evaluation by a specialist consultant, and one from incomplete evaluation and inappropriate discharge by an ED physician.

## G. Primary Care – 2011

In 2009, primary care teams were installed in all California prisons in order to improve accountability for patient outcomes. Before the creation of the Receivership in 2006, prison care tended to be delivered episodically rather than systematically, was reactive rather than proactive, and idiosyncratic rather than guideline driven. Now each inmate is assigned to a specific primary care team. These teams are held to a high standard of practice – responsible for timely access, efficient and appropriate care, and for using evidence based

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

guidelines in the management of chronic diseases such as asthma, diabetes and hepatitis, pain management and provision of hospice care for patients with terminal illnesses.

*Table 7. Presence of Primary Care in California inmate death cases, 2009 – 2011.*

| | 2011 | | 2010 | | 2009 | |
|---|---|---|---|---|---|---|
| | Cases with an identified Primary Care Physician | % of total cases | Cases with an identified Primary Care Physician | % of total cases | Cases with an identified Primary Care Physician | % of total cases |
| Likely Preventable deaths | 2 of 2 | 100% | 3 of 5 | 60% | 1 of 3 | 33% |
| Possibly Preventable deaths | 24 of 41 | 52.9% | 23 of 47 | 49% | 13 of 43 | 30% |
| Non Preventable deaths | 183 of 345 | 53.7% | 191 of 363 | 52.6% | 127 of 248 | 37% |
| TOTAL DEATHS | 209 of 388 | 53.4% | 217 of 415 | 52.3% | 141 of 393 | 35.5% |

The total penetration of primary care as measured by the percentage of patients with identifiable primary care physicians has remained steady for the past few years at a little over 50%.

# VII. Discussion

## A. Trends in California Prison Death rates 2006-2011

*Table 8. Annual death Rates among California inmates, 2006- 2011.*

| Year | NUMBER OF DEATHS | NUMBER OF INMATES (on Jan. 31) | DEATH RATE PER 100,000 INMATES |
|---|---|---|---|
| 2006 | 426 | 166,844 | 255 |
| 2007 | 397 | 170,786 | 232 |
| 2008 | 369 | 170,022 | 217 |
| 2009 | 396 | 169,459 | 234 |
| 2010 | 415 | 166,700 | 249 |
| 2011 | 388 | 161,843 | 240 |

Indexed to population, the all cause death rate among California inmates has remained stable over the past six years of analysis, averaging 238 deaths/100,000 inmates, with a range of 232-255/100,000.

18

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

## B. Trends in Preventable Deaths, 2006-2011

*Figure 1. Numbers of California Prison System Deaths by Preventability, 2006-2011*



*Table 9. Rates of preventable deaths among California inmates, 2006-2011.*

| YEAR | ALL PREVENTABLE (LIKELY / POSSIBLY) | INMATE POPULATION | RATE/ 100,000 |
|------|-------------------------------------|-------------------|---------------|
| 2006 | 66 total (18 / 48) | 166,844 | 39.6 |
| 2007 | 68 total (3 / 65) | 170,786 | 39.8 |
| 2008 | 66 total (5 / 61) | 170,022 | 38.8 |
| 2009 | 46 total (3 / 43) | 169,459 | 27.1 |
| 2010 | 52 total (5 / 47) | 166,700 | 31.2 |
| 2011 | 43 total (2 / 41) | 161,843 | 26.6 |

Figure 2 and Table 9 show that in 2011, there were 43 total preventable deaths (2 likely and 41 possibly preventable). This represents a reduction in the rate of all preventable

19

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

deaths / 100,000 inmates, which continues a trend that began in 2009 (six year average = 33.9/ year, range 26 - 40).

*Figure 2. Trend in Preventable Death Rates in the California Prison System, 2006-2011.*



There has also been a decrease in the number of definitely preventable deaths in 2011, continuing the favorable trend that began in 2007. (six year average = 6/year, range 2-18).

## C. Trends in causes of mortality

1. SUICIDES AND HOMICIDES – There were 34 suicides and 17 homicides in 2011. Table 11 and Figure 3 show that the number of suicides and homicides has remained stable over the six years of the Receivership. The average number of suicides is 35/year, ranging from 25 to 43. The average number of homicides is 16 / year, ranging from 7 to 22.

*Table 10. Numbers of Suicide- and Homicide- related deaths in the California Prison System, 2006-2011.*

|          | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|
| Suicide  | 43   | 33   | 38   | 25   | 34   | 34   |
| Homicide | 16   | 22   | 7    | 9    | 23   | 17   |

20

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

*Figure 3. Numbers of Suicide- and Homicide-related deaths in the California Prison System, 2006-2011.*



2. DRUG OVERDOSES – Drug overdoses have been a significant cause of death in the younger inmate population. In 2010, the Quality Improvement department reinforced adherence to the CCHCS pain management and medication management guidelines in an effort to control opiate diversion and the opportunity for drug overdose. There were 12 drug overdose deaths in 2011. This represents a reduction of 48% from 2010, hopefully the onset of a favorable trend.

*Table 11. Numbers of Drug Overdose-related deaths in the California Prison System, 2006-2011.*

|              | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|--------------|------|------|------|------|------|------|
| Drug Overdose | 17   | 9    | 19   | 14   | 23   | 12   |

The average number of drug overdose deaths from 2006-2011 was 16, ranging from 9 – 23 per year.

3. COCCIDIOIDOMYCOSIS– Coccidioidomycosis (cocci) is a fungal disease endemic in the California Central Valley, where eight of the 33 state prisons are located. In the past few years, there has been a significant effort related to controlling coccidioidomycosis in the California prison population, including educational presentations to clinicians and a policy to restrict or remove high risk immune suppressed patients from the eight prisons in the endemic area, and ongoing monitoring of cases.

21

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

*Figure 4. Cocci-related deaths in the California Prison System, 2006-2011.*



*Table 12. Cocci-related deaths in the California Prison System, 2006-2011.*

| Year | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Cocci related deaths | 9 | 6 | 6 | 5 | 7 | 3 |

From 2006-2011, the average number of coccidioidomycosis deaths was six per year with a range of three to nine. In 2011 there were only three deaths from coccidioidomycosis, representing the possible beginning of another favorable trend.

## D. Trends in Lapses in Care – 2011

Previous annual reports have pointed out that lapses in care occur commonly in medical practice. Most of these lapses do not lead to serious injury or death, but all are capable of doing so, especially when they occur in vulnerable patients with serious underlying medical conditions. It also is true that the number of lapses rises with increasing numbers of encounters. Therefore, the patients at highest risk for encountering lapses in care are those that have the most medical needs. These high risk patients are the chronically ill, the elderly, patients with chronic pain and patients with coexisting serious behavioral illness.

1. Relationships between lapses in care and preventable deaths.

There is a relationship between the number of lapses occurring in a single case and a cascade of events that may lead to a preventable death.

Table 13 shows that in 2011 the cases of non preventable deaths averaged 0.4 lapses. There were an average of 2.4 lapses in possibly preventable death cases and an average of 3.0 lapses in the two definitely preventable deaths.

22

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

*Table 13. Number of lapses by preventability among California inmates, 2011.*

|  | Lapses | Number of Deaths | Average Lapses per death |
|---|---|---|---|
| Likely Preventable | 6 | 2 | 3.0 |
| Possibly Preventable | 85 | 34 | 2.4 |
| Non-Preventable | 252 | 352 | 0.4 |

*Figure 5. Average number of lapses per death by preventability among California inmates, 2007-2011.*



Figure 5 shows that these this relationship between numbers of lapses and preventability has held true for six years of analysis.

2. Trends in total lapses in care, 2007-2011

*Table 14. Number of lapses, by preventability, in California Prison System deaths, 2007-2011.*

| Year | Likely Preventable | Possibly Preventable | Non-Preventable | Total |
|---|---|---|---|---|
| 2007 | 11 | 109 | 179 | 299 |
| 2008 | 22 | 147 | 193 | 362 |
| 2009 | 11 | 90 | 205 | 306 |
| 2010 | 31 | 147 | 284 | 462 |
| 2011 | 6 | 92 | 154 | 252 |

23

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

*Figure 6. Lapses, by year and death preventability, in the California Prison System, 2007-2011.*



Table 14 and Figure 6 show the trends in total numbers of lapses from 2007-2011. The average number of lapses in the five years of tracking is 335 (range 252 – 462).

In 2011, there were a total of 252 identified serious lapses in care. This represents a very significant reduction from the average of 335 lapses identified from 2007-2010, and may represent the beginning of a favorable trend.

In the author's opinion, the overall decline in identified lapses is a result of the work done to systematically improve quality in the CCHCS. The 2010 Performance Improvement Plan described a detailed approach to improving quality in four specific areas – the areas representing the top four causes of death and the most common types of lapses noted in the care of these conditions.

Cardiovascular diseases - by focusing on identifying high risk patients and applying guideline directed proactive management such as the prescription of low dose aspirin, and education about recognition and management of acute coronary syndromes.

Drug overdoses - by improving emergency response protocols to "man down" situations and by reinforcing adherence to the CCHCS Pain Management and Medication Management Guidelines in order to mitigate opiate diversion and lessen the opportunity for drug overdose;

Cancer care - by developing performance dashboards and standardizing timeframes for cancer evaluation and treatment, encouraging the use of "holds" on pending transfers of patients between prisons to prevent treatment interruptions; and

24

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

<u>Chronic liver disease</u> - by reinforcing focus on existing policies and guidelines for managing chronic liver disease including more timely screening for liver cancer in high risk patients and earlier identification of those patients who might benefit from antiviral treatment.

3. Trends in lapses, by type, 2007-2011.

Table 15 and Figure 7 show the number of lapses by type from 2007 – 2011. With the exceptions of lapse types 1 and 10, the number of identified lapses in all other categories has declined.

*Table 15. Lapses, by type, in California Prison System deaths, 2007-2011.*

| Year | Type 1 | Type 2 | Type 3 | Type 4 | Type 5 | Type 6 | Type 7 | Type 8 | Type 9 | Type 10 | Type 11 | Type 12 | Type 13 | Type 14 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 96 | 28 | 52 | 19 | 10 | 17 | 4 | 22 | 10 | 5 | 9 | 1 | 5 | 7 | |
| 2008 | 163 | 42 | 41 | 18 | 13 | 19 | 9 | 19 | 5 | 3 | 7 | 4 | 7 | 4 | |
| 2009 | 99 | 31 | 50 | 18 | 16 | 18 | 14 | 15 | 10 | 4 | 2 | 6 | 6 | 15 | |
| 2010 | 84 | 66 | 58 | 38 | 26 | 25 | 15 | 41 | 10 | 4 | 4 | 12 | 48 | 25 | |
| 2011 | 87 | 31 | 25 | 20 | 16 | 6 | 7 | 16 | 4 | 10 | 2 | 4 | 9 | 15 | |

*Figure 7. Number of lapses, by type, in California Prison System deaths, 2007-2011.*



4. Type 1 lapses, 2011

There has been no significant decline in type 1 lapses since 2007. The kinds of red flag signs and symptoms that have been cited by the review process are depicted in Figure 8 and Table 16.

25

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

*Figure 8. Signs and symptoms in Type 1 lapses in California Prison System deaths, 2011.*



*Table 16. Signs and symptoms in Type 1 lapses in California Prison System deaths, 2011.*

| Sign or Symptom | No. of occurrences |
|---|---|
| Severe or recurrent pain | 25 |
| chest - 9 | |
| abdomen -6 | |
| back - 4 | |
| Shortness of breath | 11 |
| Abnormal vital signs | 10 |
| hypotension - 4 | |
| Weight loss | 9 |
| Abnormally low oxygen saturation (less than 95%) | 8 |
| Abnormal CBC | 5 |
| Visible hemorrhage | 5 |
| epistaxis (nasal bleeding) - 2 | |
| hemoptysis (coughing of blood)- 1 | |
| hematemesis (vomiting of blood) - 1 | |
| hematochezia (rectal bleeding)- 1 | |
| Syncope | 4 |
| exertional syncope - 2 | |
| Recurrent vomiting | 3 |
| Recurrent or severe dizziness | 3 |
| All others (one each) | 31 |

26

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

Severe and /or recurrent pain, especially when located in the chest and abdomen, shortness of breath, measurable declines in oxygen saturation to 95% or less, and progressive weight loss are the most frequently mishandled "red flags", but clinicians should be made aware of the need to be particularly thorough in the evaluation of hemorrhage and loss of consciousness, whether observed or reported.

## VIII. Opportunities

In 2011, there have been ongoing improvements with the adoption of clinical information systems that support primary care and continuous quality improvement. A network has been contracted with for the provision of specialty care with requirements for timely consultation and reporting. An extensive program of continuing medical education and training has been offered to providers. Additional quality improvement and population management tools (patient registries and additional clinical guidelines) have been implemented. The Quality Improvement Department has started to track and report important clinical quality performance measures.

In 2012, all of these quality improvement activities are intended to continue in order to support full implementation of the Primary Care Model emphasizing population management.

The Primary Care Teams in every prison will receive further training on the identification and consistent management of high risk patients…older patients, patients with chronic disease and chronic pain syndromes, patients with coexisting behavioral issue, patients who have high utilization of emergency departments, patients who are frequently hospitalized, and patients who are candidates for hospice care. Teams will work to improve communication and coordination of care of their patients especially during care transitions (transfers from prison to prison and to and from specialists and hospitals).

Attention should be paid to the continuing high number of type 1 lapses involving the recognition and careful assessment of certain high risk symptoms and signs….those that most often signal an opportunity to prevent serious morbidity or death.

In 2012, there may also be opportunities to decrease the numbers of deaths involving younger inmates – working with behavioral health to identify and treat serious depression, depression that does not seem to be responding to treatment, and continuing the work to decrease opportunities for drug overdose.

*Analysis of 2011 Inmate Death Reviews in the California Prison Healthcare System*

## IX. Conclusions

The Federal Receivership for CCHCS has continued to conduct thorough reviews of all patient deaths. Deaths are seen as potential sentinel events, and the reviews focus not just on the events immediately surrounding the death, but at all of the care in the preceding six months or beyond, looking for serious lapses in care, and targeting these identified lapses for directed quality improvement. Although the overall death rate for California inmates has remained stable, this 2011 annual review has shown improvement in many major areas, including meaningful reductions in identified serious lapses in medical care, and reductions in the number of preventable deaths.

This review attributes these improvements to the many positive changes being made in continuous quality improvement as well as the continued evolution of a primary care patient centered model, and predicts that the gains made in 2011 will be further consolidated and sustained in 2012.

Exhibit B



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California State Prison, Solano

Vacaville, CA

September 2012

**AB 900 Project Authorization**

For:    State of California
Department of Corrections and Rehabilitation

Prepared by:    Vanir Construction Management, Inc.
9838 Old Placerville Road, Suite A
Sacramento, CA  95827
(916) 379-5681

Health Care Facility Improvement Program
California State Prison, Solano – Vacaville, CA
AB 900 Project Authorization

The primary care component of this New Complex Facility Clinic will include a total of 16 primary care exam rooms, and two multi-purpose exam rooms.

The specialty care clinic will include a total of eight exam rooms as listed below.

> (4) Specialty Exam Rooms (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Ophthalmology/Optometry
> (1) Optical Services
> (1) Physical Therapy

The clinic will also include Licensed Vocational Nurse (LVN) and Office Technician shared work stations, and offices for the Supervising Registered Nurse (SRN) II and public health and infection control staff. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

The other medical functions housed in the Central Health Services building include the TTA, pharmacy, laboratory, radiology services, and medical records. These functions are well suited for being located in the Central Health Services building as they serve the entire SOL inmate population. Deficiencies to these areas and proposed improvements are addressed under Sub-project #2.

Refer to Section C.1 for a Conceptual Building List, Section C.4 for Space Lists, and Section C.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

A new primary and specialty care complex clinic is necessary to achieve Primary Care Objectives 1, 2, 3, 4, and 5, and Specialty Care Objectives 1, 2, and 3. The existing Central Health Services building and the existing Facility C and D clinic are not large enough to accommodate the number of exam rooms needed to serve SOL's inmate-patient population at an Intermediate level of care. The existing exam areas are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality, compromising compliance with HIPAA. The exam spaces are too small, some of which are temporarily configured out of partial height fabric partitions and share temporary mobile sinks without water and sewer connections, leading to infection control concerns. Also, the lack of data connectivity in the existing clinics does not allow SOL to provide specialty services by off-site providers through the use of on-site telemedicine, increasing on-going operational costs for off-site transportation to community health care centers.

The new clinic will have enclosed primary and specialty exam rooms for inmate-patient privacy and confidentiality. Fire and life safety concerns will be satisfied by providing inmate-patient waiting areas to keep the corridors clear. The new clinic eliminates the need for temporary medical clinics, and will provide the appropriate number of exam rooms to significantly reduce specialty care treatment back-logs and off-site treatment expenses.

The existing pharmacy is too small to accommodate the operations required to manage the receipt of daily prescriptions, central fill workflows, and on-site prescription preparation and dispensing of medications. [Deficiencies noted to achieve Pharmacy Objective 1.]

The existing laboratory is sufficiently sized.

*Sub-project Description:*

The existing Central Health Services building will be reconfigured and renovated to relocate and expand the existing TTA and radiology suite to provide dedicated and appropriately sized clinical spaces. Pharmacy, laboratory, and medical records space will be relocated and reorganized within the Central Health Services building to provide adequate space for their respective functions. Primary and specialty care services will be relocated out of the Central Health Services building into a new Complex Facility Clinic under Sub-project #1 to provide the necessary space for the health care services that will remain.

The relocated TTA will include two standard bays, one trauma bay, an emergency observation room, and one mental health crisis evaluation room. It will also include an office for the SRN II, an LVN and Office Technician shared workstation, clean and soiled utility rooms, and clinic support spaces.

To accommodate the expansion of the TTA, the nursing scheduling staff, the standards compliance coordinator, a Health Program Supervisor I, and mental health clinicians will be displaced. New space will be constructed within this sub-project to replace these offices.

The radiology suite will be reconfigured and enlarged to include an appropriately sized radiology room, technician work area, viewing room, and storage. It will expand into space currently occupied by the laboratory which will be relocated.

The existing medical records suite will be renovated and upgraded with additional power capability and data connections to support implementation of the eUHR system. A portion of the existing hard copy medical files will be reconfigured for file preparation, scanning stations, copy/work area, an office for the Medical Records Manager, two Health Record Technicians, and eUHR.

A pharmacy will be constructed in the space being vacated by the existing primary care clinic and will include an IV Prep room with anteroom, controlled medication storage, a dual prescription filling station, an order entry/authorization/verification area, shipping/receiving/manifesting to support central fill, and a Pharmacist office.

The existing laboratory is located in an area that is best used to allow the expansion of radiology and relocation of clinical support functions directly adjacent to specialty services. The laboratory will be relocated from its present location near radiology down the corridor to the area where the pharmacy is currently located. It will include a main laboratory area for processing lab specimens, lab supervisor's office, and a storage room.

Refer to Section C.1 for a Conceptual Building List, Section C.4 for Space Lists, and Section C.5 Conceptual Drawings for more information on this sub-project.

Health Care Facility Improvement Program
California State Prison, Solano – Vacaville, CA
AB 900 Project Authorization

[Deficiencies noted to achieve Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1.]

*Sub-project Description:*

An existing room in the Receiving and Release Building will be reconfigured and renovated to create an enclosed, clinically appropriate and confidential receiving and release exam room for intake nurses to screen and examine inmate-patients entering SOL. The Receiving and Release Intake exam room will have a sink, data connectivity for eUHR, an exam table, and work desk.

Refer to Section C.1 for a Conceptual Building List, Section C.4 for Space Lists, and Section C.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

A sufficiently sized, enclosed exam room with a sink and data connectivity is necessary to achieve Reception Center and Receiving & Release Health Care Intake Screening Objective 1. The existing exam area is inappropriate as a clinical environment because of its lack of a hand washing sink for proper infection control and adequate space for an exam table to perform the health care screening function. Due to the existing space not being fully enclosed, the lack of privacy and patient-provider confidentiality compromises compliance with HIPAA. The lack of data connectivity does not allow nursing to effectively access the inmate-patient's medical record at time of intake and complete the intake screening process. Efficient and accurate medical processing of inmates entering the institution is vital to the overall inmate health care process. An appropriate exam room will allow nursing to conduct confidential inmate-patient evaluations, accurate review and update of medical records, and timely medication administration.

**Sub-project #4 – New Medication Distribution Rooms**

New medication distribution rooms will be constructed to serve inmate-patients housed at Facilities A, B, C, and D. The purpose of these new medication distribution rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population rather than across a cart on the crowded gymnasium floor. This sub-project will address deficiencies in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, medication is distributed to inmate-patients at Facilities A and B, and at Facilities C and D in their respective shared gymnasiums (Facilities A and B, and Facilities C and D share gymnasiums) without access to sinks, data connectivity, storage, or staff protection. Nursing staff prepare individual inmate-patient medications in the existing Central Health Services building, load them on medication carts, and transport them to individual rooms at each Facility for distribution. At each Facility, medications are distributed from non-secure rooms originally used to store and distribute athletic equipment, one at each side of the gymnasium to serve their respective facilities. Each of the converted medication rooms has a single medication distribution window facing out toward the yard. Due to the volume of inmate-patients requiring medications, the single window is insufficient and nurses must also distribute medication and injections across a medication cart on the open floor inside the gymnasium. Tables are also set up inside the gymnasium for injections and insulin distribution.

Health Care Facility Improvement Program
California State Prison, Solano – Vacaville, CA
AB 900 Project Authorization

The existing rooms do not have sinks or drinking fountains and are not large enough to accommodate the counter space and number of windows needed to effectively serve the populations receiving medications at these facilities within a timely manner. The distribution windows are additionally too high and have accessibility barriers that prohibit use by disabled inmate-patients (Refer to Section C.3 - Photographs, Figure C.3.9). [Deficiency noted to achieve Objective 2.]

*Sub-project Description*

New medication distribution rooms will be constructed at Facilities A, B, C, and D to provide sufficient pill line medication distribution windows, a secure area for administering of injections, and secured medication distribution space to serve the inmate-patient populations housed in these facilities.

Each of the four new medication rooms will be of hardened construction to provide secure storage of medications and each will include four medication distribution windows, countertops, sinks, two drinking fountains, and data connectivity to gain access to the Medication Administration Record System. Each of the new medication distribution rooms will also include an injection room. All distribution windows will include an overhead canopy for weather protection.

Refer to Section C.1 for a Conceptual Building List, Section C.4 for Space Lists, and Section C.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

The new medication distribution rooms at each of the four Facilities are necessary to achieve Medication Distribution Objectives 1 and 2. The medication distribution rooms will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows at each Facility. Medication will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart on the open floor of the gymnasiums. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to General Population inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In May 2012, the average number of Facility A inmate-patients receiving medications was 333, at Facility B the average number was 272, at Facility C the average number was 406, and at Facility D the average number was 334. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard.

Exhibit C



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Mule Creek State Prison

Ione, CA

November 2012

**AB 900 Project Authorization**

DOF REVIEW
9-19-12

For:    **State of California**
**Department of Corrections and Rehabilitation**

Prepared by:    **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**



Health Care Facility Improvement Program
Mule Creek State Prison - Ione, CA
AB 900 Project Authorization

The specialty clinic will be renovated to provide the appropriate number of specialty exam rooms to serve the MCSP inmate-patients at an Intermediate level of care. All of the exam rooms will have sinks and will be sized to meet treatment and equipment needs in an appropriate clinical environment. Each exam room will be sized per CDCR Space Standards (Program Overview, Section D) and equipped with data lines for telemedicine services and connectivity for access to electronic Unit Health Record (eUHR) system.

The specialty care component includes a total of six exam rooms as listed below.

> (2) Specialty Exam Rooms (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Optometry/Ophthalmology
> (1) Optical Services
> (1) Physical Therapy

The clinic will also include offices for three Supervising Registered Nurse (SRN) IIs and clinic support spaces including clean and soiled utility rooms, medication storage, and supplies storage.

The existing health care administration staff will be relocated to vacant program space in the Prison Industry Authority building as part of the Health Care Administration Renovation (Sub-project #5), and the pharmacy and laboratory will be relocated to the New Pharmacy and Laboratory Building (Sub-project #4).

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovating the Central Health Services Building is necessary to achieve Specialty Care Objectives 1, 2, 3, 4, 5, and 6. The existing Central Health Services Building does not have the number of exam rooms needed to serve MCSP's inmate-patient population at an Intermediate level of care. The exam spaces are also too small. Inmate-patient histories and vital signs are taken in the corridors, jeopardizing inmate-patient confidentiality and compliance with the Health Insurance Portability and Accountability Act (HIPAA). The data connectivity does not allow MCSP to provide specialty services by off-site providers through the use of on-site telemedicine, increasing on-going operational costs for off-site transportation to community health care centers.

MCSP's DC of 1,700 at an Intermediate level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for three shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The new specialty clinic will additionally provide dedicated treatment space for Optometry/Ophthalmology, Optical Services, and physical therapy due to the space needs for specialty equipment required by these medical specialties.

In order to adequately serve the emergency care needs of the inmate-patient population at MCSP, the TTA needs to be expanded to provide sufficiently sized and positioned emergency treatment bays, mental health treatment space, and clinic support areas to provide efficient on-site emergency treatment and stabilization. The existing TTA will be expanded for better treatment and circulation space during emergencies in an appropriate environment separate from routine, non-emergency outpatient services. Access to the TTA will be through a dedicated entrance rather than through the inmate waiting and specialty clinic areas. It will provide space needed for maneuvering equipment, clinic staff work areas, and to provide adequate separation between emergency treatment beds.

### Sub-project #2 - Primary Care Clinic Renovations and New Clothing Exchange Buildings at Facilities A, B, and C

The existing primary care clinics at Facilities A, B, and C will be reconfigured, renovated, and expanded into the adjacent clothing distribution area. The purpose of the renovations and expansion is to provide primary health care treatment and consultation consistent with the delivery of an Intermediate level of care. The improvements will additionally provide medication distribution rooms to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Clinics Objectives 1, 2, 3, and 4, and Medication Distribution Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facilities A and B, each with a Design Capacity (DC) of 500, and Facility C with a DC of 350 (excludes the ASU population), receive their primary care at each respective facility clinic. Each clinic includes three exam rooms. Routine procedures such as inoculations, splinting and casts, dressing changes and suture removal, increase the overload on the existing sick call and exam rooms. Many of the existing clinical functions such as lab draw, nurse interview/screening, utility storage, and physicians' work area, are located at tables in the clinic corridor (Refer to Section B.3 - Photographs, Figures B.3.5 through B.3.7) and there are no sinks or data connectivity (Refer to Section B.3 - Photographs, Figure B.3.8). The existing primary care clinics do not have adequate space to accommodate inmate-patient waiting and unobstructed clinic circulation. These conditions cause congestion in the exam rooms and corridors, raising security concerns, and compromising compliance with HIPAA due to the non-confidential procedures occurring in the corridors. [Deficiencies noted to achieve Primary Care Clinic Objectives 1, 2, 3, and 4.]

Each of these clinics has only one window for medication distribution, which results in medication line queues which extend as long as three hours (Refer to Section B.3 - Photographs, Figures B.3.9 and B.3.10) and they lack data connectivity for access to the Medication Administration Record System. Medication distribution is administered in the same space as the nursing and office technician functions, in an area that is not of hardened construction. Health care staff require facilities to store, prepare, and distribute medications securely and efficiently through medication lines, which is not possible in the limited space. [Deficiencies noted to achieve Medication Distribution Objectives 1 and 2.]

*Sub-project Description:*

The existing primary care clinics at Facilities A, B, and C will be renovated and expanded to serve the inmate-patients housed at those facilities with both primary care services and medication distribution. Each exam room will be sized per CDCR Space Standards (Program Overview, Section D) and equipped with data lines for connectivity for access to eUHR and telemedicine.

The renovated clinics will each include a total of four primary care exam rooms and one multi-use exam room. The medication distribution rooms will be of hardened construction to provide secure storage of medications, and will include four medication distribution windows, sinks and countertop, drinking fountains, and data connectivity to gain access to the Medication Administration Record System.

The clinics will also include an LVN and Office Technician shared workstation and an office for the SRN II. Clinic support spaces include clean and soiled utility rooms and clinic support space.

Three new stand-alone pre-engineered buildings will be constructed to replace the three existing clothing distribution facilities being vacated to allow the expansion of the clinics. Each building will include one clothing exchange staging area with bins and shelves, and one staff restroom. Security fencing will be included.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation and expansion of the primary care clinics is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Medication Distribution Objectives 1, and 2. The existing clinics are not large enough to accommodate the number of exam rooms and medication distribution windows needed to serve the inmate-patient populations at Facilities A, B, and C at an Intermediate level of care. The renovated facility clinics will provide the exam room space needed for confidential clinic procedures and discussions regarding inmate-patient health and treatment, and will include clinic support space such as clean and soiled utility rooms. In addition, the clinic renovations will provide data connectivity for provider access to eUHR and telemedicine.

The number of primary care exam rooms required for an Intermediate level of care at MCSP is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in The Future of California Corrections Blueprint. To support the use of the 'Primary Care Model', a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 500
Total exam rooms (Facility A):             4 exam rooms (1 panel + 1 additional exam room)
                                           1 Multi-use exam room

Facility B = DC of 500
Total exam rooms (Facility B):             4 exam rooms (1 panel + 1 additional exam room)
                                           1 Multi-use exam room

Facility C = DC of 350
Total exam rooms (Facility C):             4 exam rooms (1 panel + 1 additional exam room)
                                           1 Multi-use exam room

The existing clinics will be renovated and expanded to provide four exam rooms and one multi-use room required to meet the inmate population clinical utilization. [Deficiencies noted to achieve Primary Care Clinics Objectives 1, 2, 3, and 4.] Due to the docks behind the existing clinics, expansion behind the clinics is not possible. The existing clothing distribution facilities which are adjacent to each of the three existing clinics will be utilized to expand the clinics and provide the number of exam rooms and clinic support area needed. The clothing exchange function will be relocated to new pre-engineered buildings.

The medication distribution rooms at each of the Facilities are necessary to achieve Medication Distribution Objectives 1 and 2. The medication rooms will provide safe and secure spaces for nursing staff to prepare and distribute medications through secure distribution windows at each Facility. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System, allowing for appropriate preparation, timely medication distribution and accurate recording. Such efficiencies will result in improved medication distribution practices.

Medications can be administered to up to 60 inmate-patients within a maximum of two hours using lines. (Refer to Program Overview, Appendix F.7 for more detailed information regarding this determination). In May 2012 the number of inmate-patients receiving medications at Facility A was 313, 191 at Facility B, and 202 at Facility C. Four windows are required at both Facilities B and C. At Facility A, the volumes of inmate-patients receiving medications would suggest that five windows are required. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications (Refer to Program Overview, Appendix F.6). [Deficiency noted to meet Medication Room Objective 1.] Additionally, EOP programs are located in one building on Facility A, and two buildings on Facility B. Medication distribution for the EOP inmate-patients is provided within their housing units (Refer to Sub-project #6).

Health Care Facility Improvement Program
Mule Creek State Prison - Ione, CA
AB 900 Project Authorization

*Justification:*

A New ASU Primary Care and ASU-EOP Mental Health Clinic is necessary to achieve Administrative Segregation Unit Objective 1, and to achieve ASU-EOP inmate mental health care treatment as mandated by the *Coleman* Court. This building will facilitate access to medical, dental, and mental health services for inmate-patients confined to the ASU. A dedicated primary care clinic for MCSP's ASU inmate-patients will minimize custody staff's need to escort ASU inmate-patients into the GP clinic space, reducing disruptions of medical services. The new clinic will be located close to the ASU housing units which will additionally reduce lengthy escorts.

The new ASU-EOP mental health clinic will allow MCSP mental health clinicians to conduct mental health individual and group treatment in a confidential environment rather than in the open on the housing unit dayroom floors. Each ASU-EOP inmate-patient is scheduled for 14 hours per week resulting in 700 hours of scheduled treatment per week for the 50 ASU-EOP inmate-patients. Groups typically range from six to a maximum of eight inmate-patients at one session. Approximately 18 group treatment sessions are required daily, requiring that three group rooms be provided. Compliance with the *Coleman* Court order regarding treatment is currently not met primarily due to the lack of treatment space and office space. Dedicated mental health treatment spaces are needed to conduct timely and confidential individual and group treatment sessions for the ASU-EOP inmate-patients to meet the *Coleman* requirements.

In order to facilitate inmate-patient health care access and to support medical, mental health, and dental services in a full continuum of health care for this specialized ASU population, a designated combined primary care and mental health clinic is required. [Deficiencies noted to achieve Administrative Segregation Unit Objective 1, and *Coleman* requirements for mental health treatment.]

## Sub-project #4 - New Pharmacy and Laboratory Building

A New Pharmacy and Laboratory Building will be designed and constructed central to Facilities A, B, and C, and the Central Health Services Building. The purpose of this new building is to provide the space needed to meet the pharmaceutical and laboratory processing demands at an Intermediate level of care. This Sub-project will address deficiencies in achieving Laboratory Component Objectives 1 and 3, and Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing pharmacy is located in three separate rooms within the Central Health Services Building and is less than a third of the area of a standard pharmacy required for this program. It is additionally occupying space needed for the expansion of the TTA (Refer to Section B.3 - Photographs, Figures B.3.16 through B.3.18). MCSP's laboratory is also located in the Central Health Services Building in a space that can best be utilized for specialty clinical services, specifically Physical Therapy. Neither the pharmacy nor the laboratory functions require direct inmate-patient access, and can be relocated out of the Central Health Services Building. The undersized and poorly configured space adversely affects the pharmacy's efficiency, resulting in delays in filling prescriptions. The Pharmacist in charge does not have an office and the existing space cannot effectively support the implementation of the central fill pharmacy model. [Deficiencies noted to achieve Pharmacy Objective 1 and Laboratory Objectives 1 and 3.]

Exhibit D



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Richard J. Donovan Correctional Facility

### San Diego, CA

**October 2012**

**AB 900 Project Authorization**

**For:**  State of California
Department of Corrections and Rehabilitation

**Prepared by:**  Vanir Construction Management, Inc.
9838 Old Placerville Road, Suite A
Sacramento, CA  95827
(916) 379-5681



Health Care Facility Improvement Program
Richard J. Donovan Correctional Facility – San Diego, CA
AB 900 Project Authorization

*Existing Condition:*

There are approximately 200 ASU inmates at RJD, of which 50 are EOP inmate-patients. There is no dedicated health clinic to treat the ASU inmate-patients except for a small makeshift, unenclosed exam space on the dayroom floor which has no sink or data connectivity (Refer to Section B.3 - Photographs, Figure B.3.1). ASU inmate-patients are additionally escorted to the Facility B clinic for primary care services. Escorting ASU inmate-patients into the General Population (GP) clinic disrupts clinic operations due to the increased custody requirements and security precautions employed to protect other inmate-patients and the clinicians.

Currently, ASU-EOP mental health treatment at RJD occurs in the housing unit. There are no mental health treatment rooms so inmate-patient therapy sessions are conducted on the dayroom floors, open to housing unit activities and exposed to other inmates, compromising confidentiality (Refer to Section B.3 - Photographs, Figure B.3.2). *Coleman* court mandated mental health treatment requirements cannot be satisfied, as there is inadequate space for the required number of treatment hours and clinicians.

*Sub-project Description:*

A new ASU Primary Care and ASU-EOP Mental Health Clinic will be designed and constructed on vacant land between the existing canteen and the ASU exercise yards at Facility B to serve the ASU inmate-patient population. It will include three primary care exam rooms, one dental operatory, and mental health clinician offices and treatment rooms. The exam rooms will have hand sinks and will be sized to accommodate treatment and equipment needs in an appropriate clinical environment. The rooms will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for access to electronic Unit Health Records (eUHR) system.

The clinic will also include a Licensed Vocational Nurse (LVN) and Office Technician shared work station, and offices for one Supervising Registered Nurse (SRN) II and two Registered Nurses (RN). Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A new ASU Primary Care and ASU-EOP Mental Health Clinic is necessary to achieve Administrative Segregation Unit Objective 1, and to achieve ASU-EOP inmate mental health care treatment as mandated by the *Coleman* Court. This building will facilitate access to medical, dental, and mental health services for inmate-patients confined to the ASU. A dedicated primary care clinic for RJD's ASU inmate-patients will minimize custody staff's need to escort ASU inmate-patients into the GP clinic space, reducing disruptions of medical services. The new clinic will be located close to the ASU housing units which will additionally reduce lengthy escorts.

The new ASU-EOP mental health clinic will allow RJD mental health clinicians to conduct mental health individual and group treatment in appropriate and confidential environments rather than in the open on the housing unit dayroom floors.



Health Care Facility Improvement Program
Richard J. Donovan Correctional Facility – San Diego, CA
AB 900 Project Authorization

Each ASU-EOP inmate-patient is scheduled to participate in group treatment for 14 hours per week resulting in 700 hours of treatment per week for the 50 ASU-EOP inmate-patients. Groups typically range from six to a maximum of eight inmate-patients at one session. Approximately 18 group treatment sessions are required daily, requiring that four group rooms be provided. Compliance with the *Coleman* court order regarding treatment is not met primarily due to the lack of treatment space and office space. Dedicated mental health treatment spaces are needed to conduct timely, dignified, and confidential individual and group treatment sessions for the ASU-EOP inmate-patients to meet the *Coleman* requirements.

In order to facilitate inmate-patient health care access and to support medical, mental health, and dental services in a full continuum of health care for this specialized ASU population, a designated combined primary care and mental health clinic is required. [Deficiencies noted to achieve Administrative Segregation Unit Objective 1, and *Coleman* requirements for mental health treatment.]

### Sub-project #2 – Medication Distribution Room Additions at EOP Housing Units

Medication distribution rooms will be designed and constructed to serve the inmate-patients at RJD's EOP housing units. The purpose of these medication distribution rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population in a setting separate from the GP as required by the *Coleman* court. This sub-project will address deficiencies in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

RJD's EOP inmate-patients are housed in Housing Units 1 and 2 on Facility A and Housing Unit 15 on Facility C. Each of the housing units has an 80 Square Feet (SF) medication distribution room with one window for medication distribution. The rooms do not have sinks or drinking fountains and are not large enough to accommodate the counter space and number of windows needed to effectively serve the inmate-patients receiving medications within a timely manner (Refer to Section B.3 - Photographs, Figures B.3.3 and B.3.4). Furthermore, the existing rooms lack access to data connectivity for access to the Medication Administration Record System.

*Sub-project Description:*

Medication distribution room additions will be designed and constructed at each of the three EOP housing units to provide sufficient pill line medication windows, a secure area for administering of injections, and secured medication distribution space to serve the inmate-patient populations housed in these units. The medication rooms will be of hardened construction to provide secure medication storage and will include two medication distribution windows each, sinks and countertops, drinking fountains, and data connectivity to gain access to the Medication Administration Record System. The new medication distribution rooms will additionally include a secure injection room.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.



Health Care Facility Improvement Program
Richard J. Donovan Correctional Facility – San Diego, CA
AB 900 Project Authorization

---

*Justification:*

The new medication distribution rooms at each of the EOP housing units are necessary to achieve Medication Distribution Objectives 1 and 2 for RJD's EOP population. The medication rooms will provide safe and secure spaces for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows at each EOP housing unit. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to GP inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In May 2012, the average number of inmate-patients receiving medications at Housing Unit 1 was 153, Housing Unit 2 was 135, and Housing Unit 15 was 125, requiring between two and three medication distribution windows each. Due to space constraints, only two windows will be provided at each housing unit. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications. [Deficiencies noted to achieve Objective 1.]

## Sub-project #3 – New Pharmacy

A new pharmacy will be designed and constructed next to the existing Central Health Services building. The purpose of this new pharmacy is to provide pharmacy services at RJD to meet the pharmaceutical demands at an Intermediate level of care. This sub-project will address deficiencies in achieving Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing pharmacy is located inside the Central Health Services building. The existing pharmacy space is undersized with an area of approximately 370 SF, less than a quarter of the area of a standard pharmacy required for this program (Refer to Section B.4 - Photographs, Figures B.3.5 and B.3.6). The undersized and poorly configured space adversely affects the pharmacy's efficiency, resulting in delays in filling prescriptions within the requested time. The Pharmacist in charge does not have an office and the existing space cannot effectively support the implementation of the central fill pharmacy model.

*Sub-project Description:*

A new pharmacy will be designed and constructed near the existing Central Health Services building in the location of the existing dilapidated modular medical trailer. The pharmacy will serve the entire RJD outpatient population including the inmate-patients confined to the Correctional Treatment Center and Outpatient Housing Unit. It will include shipping, receiving, manifesting, order entry, and authorization areas, filling and narcotics stations, an IV preparation room, and a Pharmacist office.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

Case 2:90-cv-00520-KJM-SCR    Document 4331-2    Filed 02/12/13    Page 55 of 113

Health Care Facility Improvement Program
Richard J. Donovan Correctional Facility – San Diego, CA
AB 900 Project Authorization

*Justification:*

Relocating health care administration staff is necessary to achieve Health Care Administration Objective 1. This sub-project will relocate health care administration functions out of the Central Health Services Building and the modular medical trailer to allow the expansion of clinical space in the building and construction of the New Pharmacy Building.

## Sub-project #5 – Primary Care Clinic Additions and Renovations

The existing primary care clinics at Facilities A, B, C, and D will be reconfigured, renovated, and expanded. The purpose of the renovations and additions is to provide primary care treatment and consultation consistent with the delivery of an Intermediate level of care. The new building will additionally provide a new medication distribution room to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Clinics Objectives 1, 2, 3, and 4, and Medication Distribution Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facilities A, B, C, and D receive their primary care in the existing facility clinic located within each facility. The Design Capacity (DC) for Facilities A, C, and D is 500 each, and for Facility B is 300 (excluding the ASU population). Each clinic has three exam rooms shared by both providers and nurses. Nurses are additionally using the corridors for pre-exam assessments of inmate-patients due to the shortage of exam rooms. Some of the exam rooms have no sinks for hand washing. The existing clinic lacks data connectivity for providers to access and document eUHR and restricts telemedicine capability. There is a shortage of space for storage and infection control management in these clinics so equipment and hazardous materials are stacked in corridors and in some cases block exits.

There are no inmate-patient waiting areas within the clinic so inmate-patients are required to wait outside without protection from the weather or they wait in the crowded corridor (Refer to Section B.3 - Photographs, Figures B.3.7 through B.3.10). In addition, the medication distribution room adjacent the clinic area have only one distribution window and is inadequate to serve the number of inmate-patients receiving medications in these facilities (Refer to Section B.3 - Photographs, Figures B.3.11 and B.3.12). [Deficiencies noted to achieve Primary Care Clinics Objectives 1, 2, 3, and 4 and Medication Distribution Objectives 1 and 2.]

*Sub-project Description:*

The existing primary care clinics at Facilities A, B, C, and D will be reconfigured, renovated, and expanded to provide primary care services for the inmate-patients housed in these facilities. Each of the clinics will also include the expansion of the medication distribution room to provide sufficient pill line medication distribution windows with secure medication distribution space to serve the inmate-patient population. Each renovated clinic will include a total of four primary care exam rooms and a multi-use exam room, all equipped with data lines for telemedicine services and connectivity for access to eUHR system. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. The renovated clinics will provide clean and soiled utility rooms, reducing infectious disease concerns. The clinic will also include an LVN and Office Technician shared



Health Care Facility Improvement Program
Richard J. Donovan Correctional Facility – San Diego, CA
AB 900 Project Authorization

workstation, and an SRN II office. Clinic support spaces include clean and soiled utility rooms and clinical support spaces. In order to include an interior waiting area for inmate-patients within the clinic rather than requiring them to wait outside exposed to the elements or in a crowded corridor, an adjacent General Library space will be utilized, displacing this current function. The General Library will be replaced at each facility within the area currently used by the librarian and for Law Library storage, requiring new space be constructed at the rear of the existing area for these existing uses.

The medication distribution room will be expanded at each clinic in Facilities A, B, C, and D. Each medication distribution room will be built of hardened construction to provide secure medication storage and will include four medication distribution windows, sinks, countertops, drinking fountains, and data connectivity to gain access to the Medication Administration Record System.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation and expansion of the primary care clinics at Facilities A, B, C, and D is necessary to achieve Primary Care Clinics Objectives 1, 2, 3, and 4 and Medication Distribution Objectives 1 and 2. The existing primary care clinics at the four facilities are not large enough to accommodate the number of exam rooms and support space needed to serve RJD's inmate-patient population at an Intermediate level of care.

The lack of sufficient exam areas and use of corridors for assessments limits privacy and patient-provider confidentiality, compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA). Also, the lack of data connectivity in the existing clinics does not allow providers to access and document eUHR system and restricts telemedicine capability.

The number of primary care exam rooms required for an Intermediate level of care at RJD is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of 3 exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 500:
Total exam rooms (Facility A):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room

Facility B = DC of 300:
Total exam rooms (Facility B):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room

Facility C = DC of 500:
Total exam rooms (Facility C):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room



Health Care Facility Improvement Program
Richard J. Donovan Correctional Facility – San Diego, CA
AB 900 Project Authorization

Facility D = DC of 500:
Total exam rooms (Facility D):               4 exam rooms (1 panel + 1 additional exam room)
                                            1 Multi-use exam room

The existing clinics will be renovated and expanded to provide four exam rooms and one multi-use exam room required to meet the inmate population clinical utilization. [Deficiencies noted to achieve Primary Care Clinics Objectives 1, 2, 3, and 4.]

The expansion of the medication room at each of the four facilities is necessary to achieve Medication Distribution Objectives 1 and 2. The medication distribution rooms will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows. They will have temperature controls to maintain acceptable temperature limits and eliminate damage to medications. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to the GP inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines. In May 2012, the average number of inmate-patients at Facility A receiving medications was 257, at Facility B the average number was 139, at Facility C the average number was 259, and at Facility D the average number was 314. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard. Based on the volumes of inmate-patients receiving medications at RJD, the maximum of four windows will be provided at each facility clinic. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications. (Refer to Program Overview, Appendix F.6 for more detailed information regarding this determination). [Deficiencies noted to achieve Medication Distribution Objective 1.]

## Sub-project #6 – Central Health Services Addition and Renovation

The existing Central Health Services building will be reconfigured, renovated, and expanded to serve RJD's entire inmate-patient population with specialty clinics and emergency triage and treatment services. The purpose of this sub-project is to provide on-site specialty treatment and consultation, and urgent care consistent with the delivery of Intermediate level of care. This sub-project will address deficiencies found in meeting Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Specialty services at RJD operate out of three small shared exam rooms. There are insufficient specialty exam rooms on-site to meet the specialty care needs of RJD inmate-patient operation as an Intermediate institution. Moreover, these spaces do not have the necessary power and data connectivity required to support telemedicine services. There are no dedicated examination and treatment spaces for ophthalmology, optometry, optical services, and physical therapy, limiting their effectiveness by having to share these three spaces with the other specialties that require exam tables and differing clinical equipment. Physical therapy requires specialized equipment for effective treatment such as exercise stairs, ergonometers, exercise bikes, pulley systems, weights and dumbbells, treadmills and elliptical

Exhibit E



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California Medical Facility

Vacaville, CA

September 2012

AB 900 Project Authorization

For:    State of California
        Department of Corrections and Rehabilitation

Prepared by:    Vanir Construction Management, Inc.
                9838 Old Placerville Road, Suite A
                Sacramento, CA 95827
                (916) 379-5681

Refer to Section C.1 for a Conceptual Building List, Section .C4 for Space Lists, and Section C.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

A new Dialysis Unit is necessary to achieve Specialty Care Objectives 1, 3, 4, and 5. The new Dialysis Unit will provide eight dialysis chairs as part of the thirty six chair statewide dialysis service capacity, replacing the originally established eight chairs located on the third floor of B-Wing. Approximately 180 inmate-patients are currently receiving dialysis services within the CDCR. CMF must continue to operate and provide dialysis services to 42 of the 180 inmate-patients requiring this service. With CMF's medical mission as an Intermediate care institution, coupled with the fact that CMF is the only Intermediate institution statewide that is located outside of the Central Valley and has on-site dialysis capability, it is essential that the current eight chairs be maintained at a licensable level. [Deficiencies noted to achieve Objective 1.]

The single-story building will provide access to mobility-impaired inmate-patients and will improve the reliability of the water pressure which is needed to protect dialysis equipment from unnecessary damage and replacement. The new facility will contain support areas with proper ventilation for storing and preparing dialysis supplies which will improve safety and operational cost efficiencies. Adequate space for dialysis chemicals will improve efficiencies in inventorying, storing, and retrieving the products.

In its current location on the third floor, the existing Dialysis Unit is unable to achieve the Specialty Clinic Objectives and is potentially at risk of losing its license due to the lack of appropriately sized treatment areas, insufficient support spaces, and failing equipment.

## Sub-project #4 – New Medication Distribution Building – C and D Dorms

A new free-standing medication distribution building will be designed and constructed to serve inmate-patients housed in C and D Dorm Units. The purpose of these medication distribution rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population rather than across an unsecure cart on the crowded floor of the dorm housing units. This sub-project will address deficiencies in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, neither C nor D Dorms have secured space for medication storage or distribution. Nursing staff prepare individual inmate-patient medications on the third floor of B-Wing, traverse through the core of the facility with medication carts, and then outside through the security gates to the C and D Dorms. They then administer the medications and injections across carts on the open floor of the dorm units (Refer to SectionC.3 - Photographs, Figure C.3.12). This method of repackaging daily individual inmate-patient medication envelopes from the pharmacy-dispensed packaging and distributing these medications across medication carts is inefficient, unsafe, and is not in compliance with medication distribution requirements. This inefficient repackaging by nursing personnel is due to the lack of space to securely and safely prepare and store medication near the dispensing sites (Refer to Program Overview, Appendix F.6). [Deficiencies noted to achieve Medication Distribution Component Objective 2.]

*Sub-project Description:*

This sub-project consists of the design and construction of a new medication distribution building which will provide sufficient pill line medication distribution windows, a secure area for administering of injections, and secured medication distribution space to serve the inmate populations residing in the C and D Dorm housing units.

The new building will be a free-standing building adjacent to housing units C and D with a canopy above each of the windows for weather protection. The building will be of hardened construction to provide secure storage of medications and will include two medication distribution windows, one per dorm unit, countertops, sinks, drinking fountains, and data connectivity to access the Medication Administration Record System. The building will additionally have one separate injection room to serve both units.

Refer to SectionC.1 for a Conceptual Building List, Section C.4 for Space Lists, and Section C.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

A new medication distribution building is necessary to achieve Medication Distribution Objectives 1 and 2. The free standing medication distribution building will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows. Medication will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy dispensed medication and the unsafe distribution of medications to inmate-patients across medication carts on the open floor of the dorm units. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to General Population inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines. (Refer to Program Overview, Appendix F.6) In May 2012, an average of 46 inmate-patients housed in C-Dorm were receiving medications and an average of 66 inmate-patients housed in D Dorm were receiving medications. This requires that one distribution window be provided for each dorm unit for a total of two distribution windows. [Deficiencies noted to achieve Medication Distribution Component Objective 1.]

**Sub-project #5 – B-Wing Renovation**

This sub-project will design and renovate a portion of CMF's B-Wing. The purpose of this renovation is to consolidate medical services which are dispersed throughout B-Wing's three floors into non-medical spaces such as alcoves, corridors, and storage rooms. This sub-project will address deficiencies in achieving Primary Care Component Objectives 1, 2, 3, and 4; Specialty Care Component Objective 3; Health Care Administration Component Objective 1; Pharmacy Component Objective 1; and Laboratory Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

B-Wing is a three-story building which houses many of CMF's existing medical services including primary care, dialysis services, nurse triage, radiology, emergency treatment, pharmacy services, and

Health Care Facility Improvement Program
California Medical Facility – Vacaville, CA
AB 900 Project Authorization

### Sub-project #7 – Unit IV Renovation - Medication Distribution Rooms

This sub-project will design and construct medication distribution rooms inside U-Wing and V-Wing housing units. The purpose of these medication distribution rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population rather than across an unsecure cart on the crowded floor of the housing units. This sub-project will address deficiencies in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, neither U-Wing nor V-Wing within Unit IV have secure space with data connectivity, sinks for medication distribution, or secure storage. Nursing staff are preparing individual inmate-patient medications on the third floor of B-Wing daily, loading them into medication carts, and transporting the cart across the institution to the housing units for distribution (Refer to Section C.3 - Photographs, Figures C.3.12 through C.3.14). This method of repackaging daily individual inmate-patient medication envelopes from the pharmacy-dispensed packaging and distributing these medications across medication carts is inefficient, unsafe, and is not in compliance with medication distribution requirements. This inefficient repackaging by nursing personnel is due to the lack of space to securely and safely prepare and store medication near the dispensing sites (Refer to Program Overview, Appendix F.6, Medication Distribution Utilization). [Deficiencies noted to achieve Objective 2.]

*Sub-project Description:*

This sub-project consists of the design and construction of medication distribution rooms within the Unit IV housing units to provide sufficient pill line medication distribution windows, a secure area for administering of injections, and secured medication distribution space to serve the inmate populations housed in U-Wing and V-Wing.

The renovated area in each housing unit wing will be of hardened construction and provide a secure medication distribution room for the secure storage of medications and will include two medication distribution windows, countertops, a sink, a drinking fountain, and data connectivity to gain access to the Medication Administration Record System. The renovated area in each wing will additionally have a secure injection room.

Refer to Section C.1 for a Conceptual Building List, Section C.4 for Space Lists, and Section C.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation to provide medication distribution rooms at Unit IV's U-Wing and V-Wing are necessary to achieve Medication Distribution Component Objectives 1 and 2. The renovation will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows. Medication will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart on the open floor of the housing units. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to General Population inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In May 2012, an average of 117 inmate-patients housed in U-Wing were receiving medications and an average of 80 inmate-patients housed in V-Wing were receiving medications, requiring two distribution windows each. [Deficiencies noted to achieve Medication Distribution Component Objective 1.]

### Sub-project #8 – Infrastructure Upgrades to serve the New Buildings

This sub-project will provide primary power to the new buildings constructed under Sub-projects #1, #2, and #3 and will coordinate with the separate Emergency Generator Capacity Upgrade project to ensure that sufficient emergency power will be available to serve these new buildings.

*Existing Condition:*

Primary power at the institution does not have sufficient additional capacity to support the new buildings. The existing 2500kVA standby (emergency) generator that services the existing CMF buildings is at capacity.

*Sub-project Description:*

This sub-project constructs a new high voltage circuit, F10, to provide electrical service from the institution substation to the new buildings, procures and installs a new 480V transformer, and will coordinate with the Emergency Generator Capacity Upgrade project to ensure that sufficient emergency power generation will be available at each new building.

*Justification:*

With the existing primary power and emergency power systems at CMF at capacity, additional power must be provided to support the new and renovated buildings. It is additionally important that dependable dedicated emergency power be provided at the new Stand-by Emergency Room building (Sub project #2) and Dialysis Unit (Sub project #3) as these buildings provide services that by code and licensing requirements must have emergency power immediately available during a loss of normal power. Licensure of these services will not be provided in the absence of emergency power services to these buildings.


This CMF project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

Exhibit F



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California Institution for Men

Chino, CA

October 2012

AB 900 Project Authorization

For:    **State of California
Department of Corrections and Rehabilitation**

Prepared by:    **Vanir Construction Management, Inc.
9838 Old Placerville Road, Suite A
Sacramento, CA  95827
(916) 379-5681**



Health Care Facility Improvement Program
California Institution for Men – Chino, CA
AB 900 Project Authorization

Three nurses occupy another room where medical assessments and emergency care are performed. There is neither visual nor audio privacy between the inmate-patients as they are being seen by the nurses. With only two exam rooms, the existing clinic is significantly undersized for the medical clinic purposes and the inmate-patient population it serves. Additionally, there are no provisions for clean and soiled utility rooms and inmate-patients waiting to be seen at the medical clinic must wait outside, as there is no waiting area within the clinic. [Deficiencies noted to achieve Primary Care Clinics Objectives 1, 2, 3, and 4.]

The existing medication distribution room does not have an adequate number of windows to serve the population of over 300 inmate-patients requiring medications at this facility (Refer to Section B.3 - Photographs, Figure B.3.1). [Deficiencies noted to achieve Medication Distribution Objectives 1 and 2.]

*Sub-project Description:*

A new Primary Care Clinic will be designed and constructed to serve the inmate-patients housed in Facility A. The clinic will be located within the secure perimeter of Facility A in an area adjacent to and east of the Administration Building. This location will provide access to the clinic from all inmate housing units at this facility and will allow improved medication distribution through better supervision and access. A weather-protection canopy will be provided at the exterior medication distribution waiting area to protect inmate-patients during inclement weather. The clinic will include a total of four primary care exam rooms and one multi-use exam room. All of the exam rooms will have hand sinks and will be sized to meet the treatment and equipment needs in an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR space standards (Program Overview, Section D) and equipped with data lines for telemedicine services and connectivity for access to electronic Unit Health Records (eUHR). The new building will provide an interior waiting area for inmate-patients rather than waiting outside exposed to the elements. This clinic will also include a medication distribution room and a Triage and Treatment Area (TTA). The clinic will also include Licensed Vocational Nurse (LVN) and Office Technician shared workstation, a Supervising Registered Nurse (SRN) II office, and a medication storage room. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

The medication distribution room will be built of hardened construction to provide secure medication storage and will include four medication distribution windows, sinks, countertops, drinking fountains, and data connectivity to gain access to the Medication Administration Record System. Existing fencing will be relocated and extended to allow the new clinic building to be placed adjacent to the Administration Building and to better control inmate-patient access to the sides and rear of the new building.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

A new primary care clinic is necessary to achieve Primary Care Clinics Objectives 1, 2, 3, and 4 and Medication Distribution Objectives 1 and 2. The existing primary care clinic at Facility A is not large enough to accommodate the number of exam rooms needed to serve CIM's Facility A inmate-patient population at an Intermediate level of care. These exam rooms are inappropriate for a clinical environment because they compromise compliance with the Health Insurance Portability and



Health Care Facility Improvement Program
California Institution for Men – Chino, CA
AB 900 Project Authorization

Accountability Act (HIPAA) and lack nursing and provider work areas. In addition, the existing clinic lacks data connectivity for providers to access and document eUHR and restricts telemedicine capability.

The number of primary care exam rooms required for an Intermediate level of care at CIM is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in The Future of California Corrections Blueprint. To support the use of the "Primary Care Model," a panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview, Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 640:

Total exam rooms (Facility A):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room

> The existing clinic location cannot accommodate the four exam rooms and one multi-use exam room required to meet the inmate population clinical utilization. [Deficiencies noted to achieve Primary Care Clinics Objectives 1, 2, 3, and 4.]

The new medication distribution room in the clinic will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to the GP inmate-patients is through secure medication distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines. From data provided by CCHCS nursing, the number of inmate-patients housed in Facility A receiving medications in May 2012 is 320, requiring a total of six medication distribution windows. Due to security and custody concerns related to inmate movement, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard.

Based on the volumes of inmate-patients receiving medications at Facility A, the maximum of four windows will be provided. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications. (Refer to Program Overview, Appendix F.6 for more detailed information regarding this determination).



Health Care Facility Improvement Program
California Institution for Men – Chino, CA
AB 900 Project Authorization

---

**Sub-project #2 – Facility A DPP Accessibility Improvements**

This sub-project will include the construction of accessibility improvements at Facility A to inmate program and service areas, site areas, and paths-of-travel in accordance with the 2010 Americans with Disability Act (ADA) Standards of Accessible Design and the California Building Code (CBC), Title 24 and Title 22. These accessibility improvements are necessary for CIM to permanently house Level II inmates with disabilities that require an Intermediate level of medical care services. It is a goal of the CDCR to designate Facility A at CIM as a DPP facility to meet the Intermediate Level II DPP capacity needs statewide. This sub-project will address deficiencies found in achieving Accessibility Housing Modifications and Upgrades Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Facility A at CIM is not currently designated as a DPP facility because the existing buildings providing programs and services to inmates and the site paths-of-travel are not accessible. One of Facility A's housing units was reconstructed in conformance with accessibility requirements following damage resulting from an inmate uprising; this housing unit can provide accessible accommodation to inmates with disabilities within their living area. All other existing buildings that provide programs and services, however, are not in compliance with accessibility requirements. For site path of travel, inmates are using the vehicular roadway as a pedestrian path of travel. Additionally, the existing walkways connecting buildings, ramps along the paths-of-travel, and landings at building entries do not comply with regulations. Because many areas within Facility A do not include provisions for accessibility, it has not been designated as a DPP facility and can not permanently house inmates with disabilities. [Deficiencies noted to achieve Accessibility Housing Modifications and Upgrades Objective 1.]

*Sub-project Description:*

This sub-project includes improvements to provide accommodation for inmates with disabilities. Program and service areas and site area improvements will be designed and constructed/renovated, including associated paths-of-travel.

*Justification:*

Accessibility improvements are necessary to allow Level II Intermediate inmates with disabilities to be permanently housed at Facility A at CIM and to achieve Accessibility Housing Modifications and Upgrades Objective 1. There are currently no DPP, Level II Intermediate institutions in CDCR. (While the HCFIP project for California State Prison, Solano includes DPP improvements for Intermediate Level II housing capacity, it is necessary to also provide at a minimum a second prison location with Intermediate Level II DPP capacity in order to provide correctional flexibility in making housing and other operational decisions.) In order to provide accommodation to this inmate population, Facility A at CIM must be upgraded for accessibility requirements to provide accommodation to Intermediate inmates with disabilities. CDCR completed a preliminary ADA accessibility review to determine code specific and required court-mandated modifications for DPP designation at CIM. This review found that the majority of the buildings used by inmates and the paths-of-travel between buildings were not accessible.

---

**Sub-project #3 – Reception Center Health Care Processing Addition**

The Reception Center Health Care Processing Addition will be designed and constructed at Facility B. The purpose of this addition is to provide an appropriate clinic that can accommodate comprehensive health screening of inmates newly received into the CDCR system. This sub-project will address deficiencies found in achieving Reception Center and Receiving & Release Health Care Intake Screening Objective 1 of the of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

CIM is the designated Reception Center facility for Orange, Riverside, and San Bernardino Counties and for a portion of intake from Los Angeles County. The existing Reception Center processing areas are undersized and do not contain sufficient space for the entire reception and screening processes to occur. Currently new inmates arriving at CIM enter through the Receiving and Release (R & R) at Facility B for initial reception and identification purposes. Then they are escorted to three separate clinics for their medical, dental, and mental health screenings. These clinics serve both the newly arrived inmates for their health care screening needs and the inmate-patients housed at Facility B for their general health care needs. At the end of the day, the newly arrived inmates are often sent to their housing units or temporarily locked in holding spaces without fully completing their health care screenings. This disjunction of intake services stretches over days and sometimes weeks, creating opportunities for inmates to not be properly screened for housing, health care, and medication purposes. The existing process also does not ensure that needed medications can be provided to the inmate-patients without lapse in dosing. Moreover, security risk is increased with the high volume of escorting inmates between different facilities and clinics during the process. Overall, there is a lack of appropriate space to perform medical, mental health, and dental screenings with the proper clinical support and inmate holding spaces.

*Sub-project Description:*

To meet Reception Center and Receiving and Release Health Care Intake Screening Objective 1, a new building addition for Reception Center health care processing will be constructed on the west end of the Facility B building. Medical spaces will be provided for a Certified Nursing Assistant (CNA)/LVN initial assessment, a RN assessment, a medical exam room for provider assessment, a digital chest X-ray exam room, and a lab draw room. Dental spaces will include a fully functional dental operatory to provide screenings and treatment and two panorex rooms. The facility will also include two mental health screening rooms. These spaces will be equipped with data connectivity for eUHR and access to the Medication Administration Record System. The screening clinic will include an office for one SRN II, an LVN and Office Technician shared workstation, and a medication storage room. Adequate holding spaces will be provided to allow the inmates to be held while waiting to be screened by each health care discipline.

Since the custody screening and processing will continue to take place in the existing R & R at Facility B, the Reception Center Health Care Processing Addition will be located in close proximity to the R & R, by connecting it to the existing building at the main corridor.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.



Health Care Facility Improvement Program
California Institution for Men – Chino, CA
AB 900 Project Authorization

---

*Justification:*

A sufficiently sized facility for screening inmates for existing health conditions prior to assigning housing within the institution is necessary to achieve Reception Center and Receiving & Release Health Care Intake Screening Objective 1. The new health care processing and screening facility will accommodate comprehensive and timely medical, dental, and mental health exams. Timely and comprehensive evaluations reduce the risk of spreading infectious diseases and TB outbreaks, and improve emergency intervention and treatment when inmates in crisis are admitted to the institution. It also improves the nurse's ability to identify needed medications and minimize the possibility of lapses in dosing and deterioration of health conditions. Data connectivity will provide clinicians access to eUHR and the Medication Administration Record System to efficiently access any existing inmate-patient health and medication records.

The new Reception Center health care processing addition has been planned to accommodate, on average, the daily intake of 16 inmates. The average daily intake was determined using the approximate 700 inmate operating capacity of Facility B and a 60 day processing period from arrival at CIM to endorsement to another facility or institution where they will serve their sentence. The building addition will allow CIM to provide medical, dental, and mental health screenings in one clinic. This will eliminate the need to escort inmates between different clinics for intake processing and allow the entire health care processing to take place in one area.

## Sub-project #4 – Facility B Primary Care Clinic Renovation

The existing primary care clinic at Facility B will be reconfigured and renovated. The purpose of the renovation is to construct appropriate clinical space to provide primary health care treatment and consultation consistent with the delivery of Intermediate level of care. This sub-project will address deficiencies found in achieving Primary Care Clinics Objectives 1, 2, 3, and 4 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facility B, with a DC of 562, receive their primary care in the existing facility clinic located off the central corridor. The populations include General Population (GP), RC, and RC Administrative Segregation Unit (RC-ASU) inmates. While the existing clinic has adequate square footage to provide primary care, the flow and functionality of the spaces do not meet the program standards established for the prison healthcare system. In addition to providing primary care, this clinic additionally provides medical screenings for RC intake processing, thus overburdening clinic operations (This burden will be addressed by sub-project #3). The exam and treatment spaces are large rooms shared by multiple providers without privacy for the inmate-patients (Refer to Section B.3 - Photographs, Figure B.3.2 and Figure B.3.3). While the square footage for treatment space is adequate, the staff support spaces are insufficient or not available and existing windows between the exam rooms compromise privacy and confidentiality. The inmate waiting space for the clinic is also too small for the number of inmate-patients served daily (Refer to Section B.3 - Photographs, Figure B.3.4). The existing clinic lacks data connectivity for providers to access and document eUHR and restricts telemedicine capability. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

---

*Sub-project Description:*

The existing clinic will be reconfigured and renovated to provide additional support space and appropriately sized exam rooms to serve the medical needs of the GP, RC, and RC-ASU inmate-patients in Facility B. The renovated area will include a total of four primary care exam rooms and one multi-use exam room, all equipped with data lines for telemedicine services and connectivity for access to eUHR. All of the exam rooms will be sized to meet the treatment and equipment needs in an appropriate clinical environment. There will also be a TTA to serve the inmate-patient population at Facility B for emergency services. The clinic will also include an LVN and Office Technician shared workstation, an SRN II office, and a medication storage room. Clinic support spaces include clean and soiled utility rooms and clinical support spaces. The existing radiology room and storage rooms will remain with no work performed in these areas.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation of Facility B Primary Care Clinic is necessary to achieve Primary Care Clinics Objectives 1, 2, 3, and 4. The existing exam areas are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality and compromise compliance with HIPAA. Also, the lack of data connectivity in the existing clinic does not allow providers to access and document eUHR and restricts telemedicine capability. An adequately sized health care services waiting area will be provided for inmate-patients. The renovated clinic will also provide clean and soiled utility rooms, reducing infection control concerns.

The number of primary care exam rooms required for an Intermediate level of care at CIM is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in The Future of California Corrections Blueprint. To support the use of the "Primary Care Model," a panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview, Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility B = DC of 460:

Total exam rooms (Facility B):    4 exam rooms (1 panel + 1 additional exam room)
                                  1 Multi-use exam room

The existing clinic location can accommodate the four exam rooms and one multi-use exam room required to meet the inmate population clinical utilization. [Deficiencies noted to achieve Primary Care Clinics Objectives 1, 2, 3, and 4]

### Sub-project #5 – Facility B Medication Distribution Rooms Renovation

Medication distribution rooms will be reconfigured and renovated to serve inmate-patients housed at Facility B. The purpose of these medication distribution rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Medication Distribution Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, nurses are using carts to distribute medications in the housing units, resulting in concerns regarding the security of the medications during distribution, the safety of the nurses, and the inefficiency in distributing the medications. The current spaces used for distributing medications are typically a small corner area of the sallyport of the housing units (Refer to Section B.3 - Photographs, Figures B.3.5 and B.3.6) or directly on the housing unit floor. These non-secure spaces do not have sinks or drinking fountains and are not large enough to accommodate the counter space or secure storage of medications to effectively serve the populations receiving medications at this facility within a timely manner. These spaces additionally lack data connectivity for access to the Medication Administration Record System.

*Sub-project Description:*

Medication Distribution rooms will be reconfigured and renovated at Facility B to provide secured medication distribution spaces to serve the inmate-patients housed at this facility. This sub-project includes renovating existing space at four housing unit locations in Facility B: Cypress, Birch, Madrone, and Sycamore. In Madrone Hall, a corner of the existing housing unit dayroom floor will be enclosed with masonry walls and a concrete capped ceiling structure to create a medication distribution room. The area above the ceiling will be fenced to prevent inmate access to the top of the structure. At Sycamore and Birch Halls, the medical exam room (former barbershop) adjacent to the custody station will be converted to a new medication distribution room. The existing glass windows will be removed and the opening in-filled with masonry and a new medication distribution window. For the lock-up ASU population at Cypress and Palm Halls, the existing medical exam room at Cypress Hall will be converted to a medication preparation room to serve both of these lock-up housing units across the main corridor from each other. The existing windows will be removed and the opening will be filled with masonry. This room will be used for preparing medications for distributing to the inmate-patients at their cells.

Due to space constraints, the four new medication distribution rooms will be smaller in size than a standard medication room and will not include an injection room. These four rooms will be provided with new heating, ventilation, and air conditioning added to maintain proper temperatures. Sinks, counters, drinking fountains, and cabinets will be installed or modified at these medication distribution rooms. All of these medication distribution spaces shall be provided with data connectivity to gain access to the Medication Administration Record System.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.



Health Care Facility Improvement Program
California Institution for Men – Chino, CA
AB 900 Project Authorization

---

*Justification:*

The renovated medication distribution rooms at Facility B are necessary to achieve Medication Distribution Objectives 1 and 2. The medication distribution rooms will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows. Medications will be securely stored within the medication rooms eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart on the housing unit floor. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to the GP inmate-patients is through secure medication distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6 for more detailed information regarding this determination). From data provided by CCHCS nursing, the number of inmate-patients housed in Facility B receiving medications in May 2012 at Birch was 98, Madrone was 35, and Sycamore was 36, requiring one medication distribution window each at Madrone and Sycamore and two at Birch. Due to space constraints, only one window will be provided at Birch. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications. The number of inmate-patients receiving medications at Cypress was 65 and at Palm was 56. The room at Cypress is for medication preparation for cell-side distribution to the lock-up inmate-patients housed at both Cypress and Palm.

## Sub-project #6 – Facility C Primary Care Clinic Renovation and Addition

The existing primary care clinic at Facility C will be reconfigured, renovated, and expanded. The purpose of this new clinic is to provide primary care treatment and consultation consistent with the delivery of an Intermediate level of care. The new building will additionally include medication distribution to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Clinics Objectives 1, 2, 3, and 4 and Medication Distribution Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facility C, with a DC of 400, receive their primary care in the existing facility clinic located in the Administration Building. The area of this building being utilized for medical clinical space is shared by both dental and mental health services. This area is undersized for the health care functions needed to address the Facility C inmate-patient population needs. The physicians are performing exams and treatment in undersized exam rooms and storage rooms, and nurses are performing medical assessments and lab draw in an open office space which is also used for staff administrative work, compromising compliance with HIPAA (Refer to Section B.3 - Photographs, Figure B.3.7). The clinic also lacks nursing and provider work areas. Medical staff are using a converted bathroom as an office because of the lack of space (Refer to Section B.3 - Photographs, Figure B.3.8). There are currently no clean or soiled utility rooms in the

clinic, creating infection control concerns. In addition, the existing clinic lacks data connectivity for providers to access and document eUHR and restricts telemedicine capability.

Inmate-patients waiting to be seen at the clinic must wait outside as there is no waiting area inside the clinic. There are no provisions for weather protection at the exterior waiting area (Refer to Section B.3 - Photographs, Figure B.3.9). In addition, there are no provisions for emergency treatment at this facility, resulting in a delay in treatment while the inmate-patient is transported out the secure fence of Facility C and then through the secure fence to Facility D for emergency services. There is no centralized space to distribute medications via medication lines. Medications are being distributed in multiple locations in the housing units, resulting in concerns relating to medication security, staff safety, and inefficiency. The medication rooms within the housing units additionally lack sinks, temperature controls to preserve medication integrity, and data connectivity for access to the Medication Administration Record System. [Deficiencies noted to achieve Primary Care Clinics Objectives 1, 2, 3, and 4 and Medication Distribution Objectives 1 and 2.]

### Sub-project Description:

The existing Facility C clinic will be reconfigured, renovated, and expanded to provide primary care services for the inmate-patients housed in this facility. This clinic will also include a TTA to provide emergency treatment as well as a medication distribution room to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population through medication distribution windows. The renovated clinic will include a total of four primary care exam rooms and a multi-use exam room. All of the exam rooms will have hand sinks and will be sized to meet the treatment and equipment needs in an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR space standards (Program Overview, Section D) and equipped with data lines for telemedicine services and connectivity for access to eUHR. This clinic will also include a medication distribution room and TTA. The clinic will also an LVN and Office Technician shared workstation, an SRN II office, and a medication storage room. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

The medication distribution room will be built of hardened construction to provide secure medication storage and will include four medication distribution windows, sinks, countertops, drinking fountains, and data connectivity to gain access to the Medication Administration Record System.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

### Justification:

Renovation of the Facility C Primary Care Clinic is necessary to achieve Primary Care Clinics Objectives 1, 2, 3 and 4. The existing clinic is not large enough to accommodate the number of exam rooms needed to serve Facility C's inmate-patient population at an Intermediate level of care. The existing exam areas are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality and compromise compliance with HIPAA. Also, the lack of data connectivity in the existing clinics does not allow providers to access and document eUHR and restricts telemedicine capability. It will provide an adequate interior waiting area for inmate-patients to wait rather than waiting outside exposed to the elements. The renovated clinic will provide clean and soiled utility rooms, reducing infection control concerns. The TTA at the renovated clinic will

Health Care Facility Improvement Program
California Institution for Men – Chino, CA
AB 900 Project Authorization

allow appropriate clinical treatment during emergencies in an appropriate environment separate from the routine, non-emergency outpatient services.

The number of primary care exam rooms required for an Intermediate level of care at CIM is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in The Future of California Corrections Blueprint. To support the use of the "Primary Care Model," a panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview, Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility C = DC of 400:

Total exam rooms (Facility C):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room

> The existing clinic will be renovated and expanded to provide four exam rooms and one multi-use exam room required to meet the inmate population clinical utilization. [Deficiencies noted to achieve Primary Care Clinics Objectives 1, 2, 3, and 4.]

The new medication distribution room in the clinic will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to the GP inmate-patients is through secure medication distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines. From data provided by CCHCS nursing, the number of inmate-patients housed in Facility C receiving medications in May 2012 is 285, requiring a total of four medication distribution windows. (Refer to Program Overview, Appendix F.6 for more detailed information regarding this determination.)

## Sub-projects #7 and #8 – New Facility D Primary Care Clinics North and South

Two new primary care clinics will be designed and constructed for inmate-patients at Facility D. The purpose of this new clinic is to provide primary care treatment and consultation consistent with the delivery of an Intermediate level of care. The new building will additionally include medication distribution to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. These sub-projects will address deficiencies found in achieving Primary Care Clinics Objectives 1, 2, 3, and 4 and Medication Distribution Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facility D, with a DC of 1,342, receive their primary care in a temporary medical clinic recently converted from an old Substance Abuse Program modular building located north of Elm Hall. This building is quite old and was a short term solution to serve the inmate-patients at this facility. The interior walls of the clinic are mostly temporary accordion type dividing walls, not allowing for privacy. The building has three areas serving as medical exam spaces which are not adequate to serve the large number of inmate-patients at this facility. Some of these areas are partitioned into exam rooms with partial height fabric movable partitions, which are not cleanable nor do they allow privacy for the inmate-patients (Refer to Section B.3 - Photographs, Figure B.3.10). The clinic also suffers from a lack of sinks, sufficient support space, data connectivity, and an inmate waiting area.

In addition, the temporary clinic is not centrally sited but located in one corner of the facility. With the housing units at Facility D being significantly more spread out than at a typical facility, inmate-patients needing medical care must travel long distances to get to the clinic building. The distance makes it difficult for the inmate-patients to get to and from the clinic especially those residing at the opposite end of the facility. This facility also has a large number of elderly and mobility-impaired inmates who have a high need for health care services and physical therapy. The current physical therapy room is located in the Central Health Services Building. To receive their physical therapy, these inmate-patients, many residing in Elm Hall, have to travel to the Central Health Services building from their current housing, which is an extremely difficult task, considering their disabilities.

Currently, medications are distributed from a 1,500 SF building with four medication rooms inside the building. This building was the former primary care clinic and was converted to a medication distribution building. The building is much too large to be used solely for this function and the number of medication windows are inadequate to serve the 800 plus inmate-patients needing medications at this facility. The layout of the spaces in this building is not the standard design for the function of medication distribution, making the process inefficient. Rather than lining up at each window outside the building, inmate-patients line up outside the door of the building and are directed to one of four rooms within the building for their medications (Refer to Section B.3 - Photographs, Figure B.3.11). The current condition requires more custodial staff oversight to control the medication process, and to ensure staff safety, and that the inmate-patients are taking their medications as prescribed.

*Sub-project Description:*

Two new Primary Care Clinics will be designed and constructed to serve the inmate-patients at Facility D. Due to the large physical size of this facility and a population more than double a typical facility, it was determined that not one but two clinic buildings located in different areas of the facility are needed to best service the population effectively. One clinic will be located at the north of the facility and the other clinic will be located at the south of the facility. The new clinic buildings will be located on existing vacant land closer to the population they are intending to serve. The clinic at the north will be located close to Elm Hall where many of the elderly and mobility-impaired inmate-patients reside. This clinic will also include a physical therapy space to serve the high demand for this treatment at this location.



Health Care Facility Improvement Program
California Institution for Men – Chino, CA
AB 900 Project Authorization

The existing clinic in the old modular building is only temporary and will not be renovated to further serve as a clinic for the future. The existing medication distribution building is appropriately located and sized for conversion to a centralized pharmacy (Sub-project #9) for the institution's outpatient needs.

The New Facility D Primary Care Clinic North (Sub-project #7) will consist of five primary care exam rooms, a multi-use exam room, and a physical therapy room, all with data connectivity to support telemedicine capability. The New Facility D Primary Care Clinic South (Sub-project #8) will consist of four primary care exam rooms and a multi-use exam room, all with data connectivity to support telemedicine capability. All of the exam rooms will have hand sinks and will be sized to meet the treatment and equipment needs in an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR space standards (Program Overview, Section D) and equipped with data lines for telemedicine services and connectivity for access to eUHR. The clinic will also an LVN and Office Technician shared workstation, and a medication storage room. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

Each clinic will also include a medication distribution room each with four secure distribution windows and an injection room. A canopy will be provided at the exterior medication distribution waiting area to protect inmate-patients during inclement weather while waiting for their medications. The medication distribution rooms will be built of hardened construction to provide secure medication storage and will include four medication distribution windows, sinks, countertop, drinking fountains, and data connectivity to gain access to the Medication Administration Record System.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

The two new primary care clinics at Facility D are necessary to achieve Primary Care Clinics Objectives 1, 2, 3, and 4 and Medication Distribution Objectives 1 and 2. The existing primary care clinic in the old modular building is temporary and is not large enough to accommodate the number of exam rooms needed to serve the facility's inmate-patient population at an Intermediate level of care. The existing exam areas are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality and compromise compliance with the HIPAA. The exam spaces are too small, temporarily configured out of partial height fabric partitions and they do not have sinks or cleanable surfaces leading to infection control concerns. Also, the lack of data connectivity in the existing clinics does not allow providers to access and document eUHR and restricts telemedicine capability.

The new clinics will have adequately sized exam rooms to provide inmate-patient privacy and confidentiality. Waiting areas will also be provided for inmate-patients. The new clinics will have clean and soiled utility rooms, sinks for hand washing, and cleanable surfaces to reduce infection control concerns.

Providing one new clinic at the north end and one new clinic at the south end of the facility will minimize the distance inmate-patients travel to receive their medical treatment and medications, provide better custodial supervision and access to care. Providing two separate medication distribution rooms, one at each clinic, will also reduce congestion and allow for better control and

Exhibit G



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California Institution for Women

Corona, CA

October 2012

### AB 900 Project Authorization

**For:**    State of California
Department of Corrections and Rehabilitation

**Prepared by:**    Vanir Construction Management, Inc.
9838 Old Placerville Road
Sacramento, CA  95827
(916) 379-5681



Central Health Services building. Primary care services for these inmates are provided in two undersized exam rooms in the Reception Center building. As a former reception center, the exam rooms were accessed through staff work areas in the clinic and are shared by Reception Center health care intake screening providers during intake and processing of female inmates into the CDCR system (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2).    Processing of incoming inmates takes priority over providing primary care services.

The existing health care space has a sink but does not provide accessibility in accordance with the building code.  The existing clinic lacks soiled and clean utility rooms for infection control.  Staff support space is also lacking.  These exam areas are inappropriate for a clinical environment because they compromise compliance with the Health Insurance Portability and Accountability Act (HIPAA), and create infection disease control concerns.  In addition, the existing clinic lacks data connectivity for providers to access electronic unit health records (eUHR), and they do not have telemedicine capabilities [Deficiencies noted to achieve Primary Care Clinic Objectives 3 and 4.]  The lab draw space is also deficient. [Deficiencies noted to achieve Primary Care Clinic Objective 5.]

Additionally, due to the clinic's small size, medications are currently distributed out of an undersized medication distribution room within the housing unit.  There is inadequate space for handling and distributing medications.  The room does not contain a sink and is not temperature controlled causing potential damage and loss of medication integrity (Refer to Section B.3 - Photographs, Figure B.3.3). The space also lacks distribution windows, causing the nurse to distribute medication through the door opening across a cart. The existing space also lacks a drinking fountain.  [Deficiencies noted to achieve Medication Distribution Room Objective 2.]  In addition, there is no data connectivity for access to the Medication Administration Record System.

*Sub-project Description:*

As part of realignment, the mission of the Reception Center facility will be repurposed to house either GP inmates.  A new primary care clinic with a medication distribution room will be designed and constructed to serve the inmate-patients housed in the repurposed Reception Center facility.  All of the exam rooms will have hand sinks and will be sized to meet the treatment and equipment needs in an appropriate clinical environment.  Each exam room will be sized per CDCR Space Standards (Program Overview, Section D) and equipped with data lines for telemedicine services, and connectivity for access to the eUHR system.

The new primary care clinic will include a total of two primary care exam rooms and one multi-use exam room.  It will also include a Licensed Vocational Nurse (LVN) and Office Technician shared workstation, clean and soiled utility rooms, and clinic support spaces.

The medication distribution room will be of hardened construction to provide secure medication storage, temperature control, and will include two medication distribution windows, countertops, a sink, drinking fountain, overhead canopy for weather protection, and data connectivity to gain access to the Medication Administration Record System. The medication distribution room will also include an injection room.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.


Health Care Facility Improvement Program
California Institution for Women - Corona, CA
AB 900 Project Authorization

_Justification:_

A new primary care clinic with a medication distribution room is necessary to achieve Primary Care Clinic Objectives 1, 2, 3, 4, and 5, and Medication Distribution Objectives 1 and 2. The existing Reception Center building clinic cannot accommodate the addition of a multi-use exam space, clinical staff support areas, and a medication distribution room. The existing exam areas are inappropriate for a clinical environment because they lack accessible sinks, clean and soiled utility rooms for infection disease control, data connectivity for telemedicine use or provider access to document eUHR, and patient-provider confidentiality for compliance with HIPAA. The new clinic will have appropriately sized exam rooms for inmate-patient privacy and confidentiality.

The number of primary care exam rooms required for an Intermediate level of care at CIW is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the 'Primary Care Model', a Panel, consisting of 3 exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution (Refer to Program Overview, Appendix F.7 for more detailed information regarding exam room calculations and determinations).

GP Facility = DC of 116
Total exam rooms                    2 exam rooms
                                     1 Multi-use exam room

The existing Reception Center building cannot accommodate the appropriately sized exam rooms and the addition of one multi-use exam room as required for the inmate-patient population clinical utilization. [Deficiencies noted to achieve Objectives 1, 2, and 3.]

Due to the small inmate-population in this facility, only one provider is required to handle the population, which reduces a typical panel down to one provider room and one nurse sick-call room.

The medication distribution room at the new primary care clinic is necessary to achieve Medication Distribution Objectives 1 and 2. The medication distribution room will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to GP inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In May 2012, the average number of inmate-patients housed in the former Reception Center receiving medications was 71. This volume of inmate-patients receiving medications requires that two windows be provided. [Deficiencies noted to achieve Objective 1.]

## Sub-project #2 - Central Health Services Addition

The existing Central Health Services building will be reconfigured and expanded. The purpose of the expansion is to provide appropriate specialty clinic space and inmate-patient waiting. This sub-project will address deficiencies in meeting Specialty Care Component Objectives 1, 3, and 5, of the health care delivery system (Program Overview, Section D. Approach).

### Existing Condition:

The existing Central Health Services building at CIW houses all of the specialty care and emergency services for the entire institution. Currently, it has sufficient treatment and staff space to meet the specialty care and emergency services needs for the inmate-patient population, with the exception of physical therapy. Treatment space that had been originally allocated for physical therapy in the Central Health Services building was instead converted into a specialty exam room for telemedicine services, thereby eliminating adequate space for physical therapy treatment. Treatment is provided in other exam rooms that are not sized for the specialty equipment.

Currently, the Public Health Nurse and Office Technician share an office with other nursing staff in a crowded and undersized office. Additionally, there is only one group holding cell and two individual inmate-patient holding cells to support the high volume of inmate-patients being seen at Central Health Services (Refer to Section B.3 - Photographs, Figure B.3.4)

### Sub-project Description:

An addition to the Central Health Services building will be designed and constructed to include physical therapy treatment space to accommodate specialized therapy equipment, and a group holding cell. The existing custody station and the LVN and Office Technician shared workstation will trade locations for better security supervision and clinical nursing coverage. The Public Health Nurse will be relocated to the GP Primary Care Clinic (Sub-project #3).

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

### Justification:

Expansion of the Central Health Services building is necessary to achieve Specialty Care Objectives 1, 3, and 5. This sub-project will provide dedicated physical therapy space capable of accommodating the specialized equipment in the Central Health Services building that is currently lacking at the institution, as well as an reassigned space for the Public Health Nurse. With the addition of physical therapy space, the existing Central Health Services building will include the space needed to accommodate the specialty care needs of an Intermediate institution. A new group holding cell will also be provided to support the high volume of inmate-patients being seen at the Central Health Services building.

## Sub-project #3 - General Population Primary Care Clinic Addition and Renovation

This sub-project will design and construct an addition to the existing GP Primary Care Clinic to accommodate inmate-patient waiting, clinic space, ASU-EOP mental health treatment space, medication distribution windows, and an expanded pharmacy. The purpose of the clinic addition and renovation is to provide adequate treatment and support space, and pharmacy services consistent with the delivery of Intermediate level of care. This sub-project will address deficiencies in achieving


Primary Care Component Objectives 1, 2, 3, 4, and 5, Medication Distribution Component Objective 1, and Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach). It will also address deficiencies in treatment and office space to provide mental health services to the ASU-EOP inmate-patients as mandated by the *Coleman* court.

*Existing Condition:*

Currently, GP and ASU inmate-patients housed at CIW, DC of 940, receive their primary care at the existing GP Primary Care Clinic building. It provides primary medical care, including nurse sick call, provider lines, and medication distribution. The clinic lacks sufficient inmate-patient holding, requiring inmate-patients with medical and dental appointments to sit and stand in corridors and outside of the building, resulting in congestion within the clinic (Refer to Section B.3 - Photographs, Figures B.3.5 and B.3.6). Staff support spaces, such as clean and soiled utility rooms and an appropriately-sized nurse's station, are also deficient. The existing main pharmacy is undersized and lacks appropriate workspace (Refer to Section B.3 - Photographs, Figures B.3.7 and B.3.8). While there are a sufficient number of exam rooms, the medical treatment spaces are in need of an upgrade, including data and electrical connections for providers to access and document eUHR and provide effective medical treatment and telemedicine capabilities (Refer to Section B.3 - Photographs, Figures B.3.11 through B.3.13). [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, 4, and 5.]

There are only three existing windows for medication distribution to the CIW GP inmate-patient population. With this number of windows, each medication distribution session can take up to three hours to dispense the necessary medication to the inmate-patient population. There are three such medication distribution sessions over the course of a day (Refer to Section B.3 - Photographs, Figures B.3.9 and B.3.10). [Deficiencies noted to achieve Medication Distribution Component Objective 1.]

CIW's pharmacy is currently undersized per space standards, creating ineffective operation of data and order entry, pharmacy verification, and prescription filling. The work areas are too small to accommodate the existing personnel, efficient workflow, and approval protocols required to minimize medication order, preparation, and dispensing errors. There is no pharmacist's office or dedicated storage space. Additionally, the pharmacy's size cannot accommodate the space and internal organization required to manage the receipt of daily prescriptions, central fill workflows, and on-site prescription preparation and dispensing of medications. [Deficiencies noted to achieve Pharmacy Objective 1.]

Additionally, there is a need to provide mental health treatment space for ASU-EOP inmate-patients not currently available elsewhere. ASU-EOP inmate-patients are currently treated in their housing unit on the dayroom floor, which is inappropriate for mental health treatment due to lack of confidentiality.

*Sub-project Description:*

The existing GP primary care clinic will be reconfigured and expanded at the front of the clinic to provide inmate-patient waiting areas, clinic support space, and data and power connectivity in the exam rooms. All of the exam rooms will have hand sinks and will be sized to meet treatment and equipment needs in an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D) and equipped with data lines for telemedicine services and connectivity for access to the eUHR system.

Health Care Facility Improvement Program
California Institution for Women - Corona, CA
AB 900 Project Authorization

The primary care clinic will include a total of six primary care exam rooms and one multi-use exam room. The clinic will also include four shared rooms for four LVNs/Certified Nursing Assistants (CNA), offices for a Dietitian, the Public Health Nurse, Infection Control, an office with adjacent exam room for the Chief Physician & Surgeon (CP&S), and for the CP&S's Office Technician. An ASU-EOP mental health group treatment room, one set of non-contact interview rooms, and an office for a mental health clinician will also be provided to serve this specialized population. The clinic will also include an office for a Supervising RN II, an SRN Clinic Coordinator, an LVN and Office Technician shared workstation, clean and soiled utility rooms, and clinic support spaces.

The medication distribution room will be of hardened construction to provide secure medication storage and will include four medication distribution windows, countertops, sinks, drinking fountains, and data connectivity to access the Medication Administration Record System. It will also include a separate injection room, as well as an overhead canopy for weather protection.

The pharmacy will be expanded to include an entry/authorization/verification area, shipping/receiving/manifesting area, dual prescription filling stations, and a pharmacist's office.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

An expanded primary care clinic is necessary to achieve Primary Care Objectives 1, 2, 3, 4, and 5, Medication Distribution Objectives 1 and 2, Pharmacy Objective 1, and ASU-EOP mental health treatment as mandated by the *Coleman* court. The existing clinic building is not large enough to accommodate the health care space needed to serve CIW's inmate-patient population at an Intermediate level of care.

The number of primary care exam rooms required for an Intermediate level of care at CIW is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the 'Primary Care Model', a Panel, consisting of 3 exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution (Refer to Program Overview, Appendix F.7 for more detailed information regarding exam room calculations and determinations).

GP and ASU Facility = DC of 940

| | |
|---|---|
| Total exam rooms | 6 exam rooms (2 Panels) |
| | 1 Multi-use exam room |

These exam rooms are already contained in the existing clinic and will be reconfigured and equipped with data connectivity for telemedicine capability and eUHR as well as increased power capacity. The sub-project also includes an expansion of the existing pharmacy which is necessary to achieve Pharmacy Objective 1, to provide sufficient pharmacy space to implement the central fill model. The

Exhibit H



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California State Prison, Sacramento

Folsom, CA

**November 2012**

**AB 900 Project Authorization**

DOF REVIEW
9-19-12

For:    **State of California**
        **Department of Corrections and Rehabilitation**

Prepared by:    **Vanir Construction Management, Inc.**
                **9838 Old Placerville Road, Suite A**
                **Sacramento, CA  95827**
                **(916) 379-5681**



Health Care Facility Improvement Program
California State Prison, Sacramento – Folsom, CA
AB900 Project Authorization

The primary care component of this New Central Health Services Building will include a total of four primary care exam rooms and one multi-use exam room each for Facility B and C inmate-patient populations. Each of the two primary care clinics, the specialty clinic and the TTA will include an LVN and Office Technician shared work stations. The building will also include three SRN II offices and clinic support spaces.

The specialty care component will include the radiology suite and a total of six exam rooms as listed below.

      (2) Specialty Exam Rooms (shared)
      (1) Telemedicine Specialty Room (shared)
      (1) Ophthalmology/Optometry
      (1) Optical Services
      (1) Physical Therapy

The TTA will include two trauma bays, two standard bays, an observation room, a non-contact mental health crisis evaluation room, and two mental health crisis holding rooms.

The New Central Health Services Building will include a radiology suite sized appropriately to accommodate the required imaging and diagnostics equipment for SAC. The new radiology suite will provide necessary clearance space for wheelchair accessibility and allow radiology technicians the ability to manipulate equipment for procedures and diagnostics. The existing radiology room at Facility A will continue to serve as a satellite radiology space.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Central Health Services Building is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6. The existing primary care clinics at Facilities B and C and the specialty care clinic are not large enough to accommodate the number of exam rooms needed to serve SAC's inmate-patient population at an Intermediate level of care. The two clinics will be separated by the centralized TTA and specialty care clinic that will provide services to the entire SAC inmate-patient population. The new building will provide primary care and specialty care exam rooms for inmate-patient privacy and confidentiality and will have the appropriate number of exam rooms. This new building will provide the required holding spaces for inmate-patients to be held while they wait for their health care services, rather than having to wait in the congested corridors or outside in chain link enclosures exposed to the elements. The new clinics will have soiled and clean utility rooms, reducing infection control concerns. The addition of data connectivity in the exam and treatment areas will allow SAC to provide specialty services by off-site providers through the use of on-site telemedicine, decreasing on-going operational costs by reducing off-site transportation to community health care centers.

The new Central Health Services Building will provide a TTA to allow appropriate clinical treatment space during emergencies in an appropriate environment separate from routine, non-emergency outpatient services. It will provide space needed for maneuvering equipment, clinic staff work areas,


Health Care Facility Improvement Program
California State Prison, Sacramento – Folsom, CA
AB900 Project Authorization

and inmate waiting area. The TTA will provide space for mental health crisis evaluation and inmate-patient observation. The existing TTA at the Facility A clinic will be renovated for primary care as part of Sub-project #2, Facility A General Population (GP) Primary Care Clinic Renovation.

Primary Care: The number of primary care exam rooms required for an Intermediate level of care for the Facility B and C inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

| | |
|---|---|
| Facility B = DC of 512: | 4 exam rooms (1 panel + 1 additional exam room) |
| Total exam rooms (Facility B) | 1 multi-use exam room |
| | |
| Facility C = DC of 512: | 4 exam rooms (1 panel + 1 additional exam room) |
| Total exam rooms (Facility C) | 1 multi-use exam room |

The existing Facility B and C clinic location cannot accommodate the eight exam rooms and two multi-use exam rooms required to meet the inmate population clinical utilization and are landlocked limiting the ability to be expanded at the existing location. [Deficiencies noted to meet Primary Care Component Objectives 1, 2, and 3]

Specialty Care: SAC's DC of 1,828 at an Intermediate level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for three shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The new specialty clinic will additionally provide dedicated treatment space for Optometry/Ophthalmology, Optical Services, and physical therapy due to the space needs for specialty equipment required by these medical specialties.

The existing radiology room is not capable of accommodating the necessary radiology diagnostics and procedure equipment required for an Intermediate level of care. The new radiology suite will be sized appropriately to support the installation of the appropriate radiology equipment, reducing the number of inmate-patients transported off-site for procedures that currently cannot be supported within the existing space.

## Sub-project #4 – Health Records Renovation

The existing health records area will be designed and renovated. The purpose of the renovation is to upgrade the health records space to support the migration to and implementation of eUHR systems. This sub-project will address deficiencies found in achieving Health Records Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach)



*Existing Condition:*

The existing health records suite is located in a former Prison Industry Authority factory within the work center of Facility B. It is not configured or equipped with adequate power or data connectivity to support the implementation and proper management of eUHR (Refer to Section B.3 - Photographs, Figure B.3.7). The eUHR system requires scanning stations, file preparation areas, and data connections, which the existing health records area lacks. [Deficiencies noted to achieve Health Records Component Objective 1.]

*Sub-project Description:*

The renovation of the existing health records consists of minor demolition and construction to optimize the space and reorganize for eUHR. Existing active file shelving will be removed and a limited area of file shelving for inpatient Correctional Treatment Center and Outpatient Housing Unit records and dental records will remain. The space will be reconfigured for staff workstations, scanning stations, copy/work area, and spaces for the Health Records Manager, Health Record Technicians, and Office Technicians. All workstations will be retrofitted with new phone, data and electrical service in order to provide the necessary staff support for a more efficient records management. The health records work area will be upgraded with additional power capability and data connections to support implementation of the eUHR system.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation of health records is necessary to achieve Health Records Component Objective 1. Reconfiguring the space will significantly reduce hard copy file storage and provide space to accommodate workstations for processing of loose scanned documents, a sorting and preparation area, scanning and indexing stations, and a records review area. These spaces are required to support the implementation of eUHR which will improve operational efficiency. The addition of data connectivity and power upgrades will provide the infrastructure for implementing eUHR. Clinicians need timely access to accurate and current inmate-patient records, and the implementation of eUHRs will provide direct access in the clinics electronically.

## Sub-project #5 – Medication Distribution Rooms Renovation

Medication distribution rooms will be designed and renovated to serve inmate-patients at Facilities A, B, and C. The purpose of these medication distribution rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, all of SAC's inmates in the 180-type housing units at Facilities A, B, and C are high security inmates. These inmates include Level IV GP and lock-up inmates. The lock-up inmates, who include PSU, SHU, and ASU, receive their medications at their cell. Medications at the institution are prepared in one of the following three places depending on the availability of spaces: a counselor office in the housing unit, an office in the dining area of the housing unit, or the nurse work



Health Care Facility Improvement Program
California State Prison, Sacramento – Folsom, CA
AB900 Project Authorization

area in the facility clinic (Refer to Section B.3 - Photographs, Figure B.3.8). Some of these spaces do not have access to sinks, data connectivity, adequate storage, or are not constructed of appropriate hardness to make them secure for safe storage of medications. After the medications are prepared, nurses transport the medications by carts to the inmate-patients' cells and distribute the medications at their cell door. As for the GP Level IV inmate-patients, they receive their medications distributed by nurses from medication carts in their housing unit dayroom floor. This distribution method from the dayroom floor presents high security risks (Refer to Section B.3 - Photographs, Figure B.3.9). For the high security inmate-patients housed in the 180-type housing units, it is necessary due to safety concerns to distribute medications to smaller groups of inmates.

The inmate-patients in the Outpatient Housing Unit, the Mental Health Outpatient Unit, and the Correctional Treatment Centers receive their medications cell side. The inmate-patients in Facility A receive insulin and injections in their housing units. At Facility B, some inmate-patients receive insulin and injections in the housing units and others go to the Facility B clinic. At Facility C, all the inmate-patients receive insulin and injections in the Facility C clinic (Refer to Section B.3, Photographs, Figure B.3.10). [Deficiency noted to achieve Component Objectives 1 and 2.]

_Sub-project Description:_

Medication distribution rooms will be designed and renovated at Facilities A, B, and C to provide sufficient medication distribution windows and secured medication distribution space to serve the inmate-patient populations housed in these facilities. All medication rooms will be of hardened construction to provide secure storage of medications and will include sinks, countertops, and data connectivity to gain access to the Medication Administration Record System. The GP inmate-patients will receive their medications through medication lines at a secured medication distribution window in their housing unit. Medication delivery at cell side will continue for all lock-up inmate-patients. The inmate-patients in the Outpatient Housing Unit, the Mental Health Outpatient Unit, and the Correctional Treatment Centers will continue to receive their medications cell side in the inpatient unit.

Each of the 180-type housing unit building is comprised of two separate housing blocks, linked by a central dining facility. This sub-project includes renovating space for medication rooms at either the existing correctional counselor office/exam room in the housing block or the unused dining facility in each of the 12 housing unit buildings. Four types of medication preparation and/or distribution room were developed to meet the needs of the inmate-patient populations residing at SAC. Type 1 will be provided when lock-up inmates occupy both housing blocks of the housing unit building. This option converts the correctional counselor office/exam room located in the housing block to a medication preparation room for preparing medications for cell side distribution. Type 2 will be provided when lock-up inmates occupy one housing block and GP inmates occupy the adjacent housing block. This option converts the correctional counselor office/exam room in the housing block to a medication distribution room with a medication window for distributing medications to the GP inmates by a medication line and for preparing medications for cell side distribution to the lock-up population. Type 3 will be provided when GP inmates occupy both housing blocks of the housing unit and when 60 or fewer inmate-patients require medications. This option will construct a medication distribution room with one medication window and an insulin injection room in the existing dining room for administering medications to the GP inmate-patients by a medication line. The fourth type will be provided when GP or GP-EOP inmates occupy one or both housing blocks of the housing unit and when more than 60 inmate-patients require medications. This option will construct a medication distribution room with two medication windows and an insulin injection room within the existing

Health Care Facility Improvement Program
California State Prison, Sacramento – Folsom, CA
AB900 Project Authorization

dining room for administering medications to the GP or GP-EOP inmate-patients by medication lines. SAC requires a total of 12 renovated medication distribution rooms: four type 1, one type 2, no type 3, and seven type 4.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovated medication distribution rooms at each of the three Facilities are necessary to achieve Medication Distribution Component Objectives 1 and 2. The medication distribution rooms will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows at each housing block. Medication will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart on the open floor of the housing unit. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to GP inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In May 2012, the average number of inmate-patients receiving medications was as follows:

| Facility A | Area | Population | Medication Room Type | Medications Received |
|---|---|---|---|---|
| Building A1 | Block A1 | PSU | Type 1 | 115 |
| Building A2 | Block A3 | PSU | Type 1 | 119 |
| Building A3 | Block A6 | EOP&ASU/EOP | Type 2 | 61 cell & 68 line |
| Building A4 | Dining | EOP / GP | Type 4 | 181 |
| Facility B | | | | |
| Building B1 | Dining | GP | Type 4 | 72 |
| Building B2 | Block B4 | SHU / ASU | Type 1 | 63 |
| Building B3 | Dining | EOP | Type 4 | 150 |
| Building B4 | Block B8 | PSU | Type 1 | 174 |
| Facility C | | | | |
| Building C1 | Dining | GP | Type 4 | 76 |
| Building C2 | Dining | GP | Type 4 | 75 |
| Building C3 | Dining | GP | Type 4 | 106 |
| Building C4 | Dining | GP | Type 4 | 129 |

Due to security and custody concerns related to inmate management within the interior of a housing unit, no more than 120 inmate-patients per pill pass or a maximum of two medication distribution windows per location will be provided at an interior area.

Exhibit I

| | |
|---|---|
| STATE OF CALIFORNIA<br>CAPITAL OUTLAY<br>BUDGET CHANGE PROPOSAL (COBCP)<br>COVER PAGE   (REV 01/08) | DEPARTMENT OF FINANCE<br>915 L Street<br>Sacramento, CA 95814<br>IMS Mail Code:  A15 |
| BUDGET YEAR 2012-13 | |

ORG CODE:  5225  COBCP NO. _____  PRIORITY: _____  PROJECT ID: 61.01.039

DEPARTMENT:  California Department of Corrections and Rehabilitation

PROJECT TITLE: Statewide Medication Distribution Improvements

TOTAL REQUEST (DOLLARS IN THOUSANDS): $  25,303  MAJOR/MINOR:  MA

PHASE(S) TO BE FUNDED:  PWC  PROJ CAT: PDC-HC  CCCI/EPI: _____

SUMMARY OF PROPOSAL:

Existing medication distribution facilities do not allow for safe, efficient and effective distribution of medications and do not allow for compliance with federal and state infection control standards.   Physical plant modifications are necessary to allow California Department of Corrections and Rehabilitation (CDCR) to provide the appropriately sized space with the proper infrastructure for secure distribution, infection control, environmentally controlled and secure medication storage.   Construction of these improvements will increase staff productivity and safety and ensure the right inmate-patient receives the correct medication, the correct dosage, at the correct intervals.

This request proposes funding for design and construction of improvements to CDCR medication distribution facilities at 22 existing state prisons.  The total estimated cost of this project is $25,303,000.

HAS A BUDGET PACKAGE BEEN COMPLETED FOR THIS PROJECT?  (E/U/N/?):  N

REQUIRES LEGISLATION (Y/N):  N  IF YES, LIST CODE SECTIONS: _____

REQUIRES PROVISIONAL LANGUAGE (Y/N)  N

IMPACT ON SUPPORT BUDGET: ONE-TIME COSTS (Y/N):  N  FUTURE COSTS (Y/N)  N

FUTURE SAVINGS (Y/N):  Y  REVENUE (Y/N):  N

DOES THE PROPOSAL AFFECT ANOTHER DEPARTMENT (Y/N):  N IF YES, ATTACH COMMENTS OF AFFECTED DEPARTMENT SIGNED BY ITS DIRECTOR OR DESIGNEE.

SIGNATURE APPROVALS:

_____    Dean Lee Borg  7/13/12
PREPARED BY          DATE    Dean L. Borg, Associate Director, CPPS
                             REVIEWED BY          DATE
R Kirkland  7/17/12
Richard Kirkland, Corrections Srvcs, CCHCS    7/13/12
DEPARTMENT DIRECTOR      DATE    Deborah Hysen, Deputy Director, FPCM
                                 AGENCY SECRETARY      DATE

*********************************************************************

**DOF ANALYST USE**

DOF ISSUE #____ PROGRAM CAT:__ PROJECT CAT:___ BUDG PACK STATUS:____

ADDED REVIEW: SUPPORT:___OTROS:____ FSCU:____ OSAE:___ CALSTARS: ____

PPBA: _____    Date: _____

NARRATIVE, PAGE   1   OF   7

(DF)-151 Rev 01/08

| | |
|---|---|
| STATE OF CALIFORNIA<br>CAPITAL OUTLAY<br>BUDGET CHANGE PROPOSAL (COBCP)<br>COVER PAGE    (REV 01/08)<br>BUDGET YEAR 2012-13 | DEPARTMENT OF FINANCE<br>915 L Street<br>Sacramento, CA 95814<br>IMS Mail Code: A15 |

ORG CODE:   5225  COBCP NO. _____  PRIORITY: _____   PROJECT ID: 61.01.039

## A. PURPOSE OF THE PROJECT

Introduction:
The California Department of Corrections and Rehabilitation (CDCR) has insufficient space, or in some locations no space, to accommodate effective and efficient medication distribution to inmate-patients. The medication distribution areas that exist typically lack sinks, contributing to limited hand washing and increased infection control concerns. These medication rooms additionally lack Heating, Ventilation and Air Conditioning (HVAC) systems to control temperature, leading to spoilage and waste of certain medications. In addition, inadequate space and the insufficient lighting leads to errors in medication preparation and administration. Medication errors can lead to deterioration of a patient's medical condition and subject the Department to medical liability claims. Proper, efficient, and timely medication distribution is one of the core components for treatment of medical ailments. In order to provide safe, efficient, and effective medication distribution, physical plant modifications and improvements must be completed at all CDCR prisons.

Background/History:
The plaintiffs alleged in the case *Plata vs. Cate* that CDCR violated the cruel and unusual punishment clause of the Eighth Amendment of the United States Constitution and that CDCR medical services were deliberately indifferent to the serious medical needs of inmate-patients by failing to provide necessary health care services in a timely manner. As a result, a Federal Court judge in 2006 placed the CDCR medical delivery system under a Federal Receiver. CDCR and the Federal Receiver have developed a Health Care Facility Improvement Program (HCFIP) to address deficiencies in the out-patient health care delivery system. Medication distribution is one of the primary program components. The objective of this COBCP is to provide the physical plant modifications and improvements to allow timely medication distribution to inmate patients.

Medication distribution windows are the most efficient and secure method of medication distribution to General Population (GP) inmate-patients. Medication distribution activities must be coordinated with custody operations. Most prescribed medications require that they be administered with meals; therefore, requiring timely distribution at specific time periods. In order to minimize impact on custody programs and allow inmates to participate in rehabilitative, custodial, educational, and vocational activities, each medication distribution cycle must be completed within a two-hour timeframe. Time-motion studies were conducted by CDCR to determine the parameters required to accomplish timely medication distribution. In the FY 10/11 Budget Act CDCR received additional Licensed Vocational Nurse (LVN) positions to provide medication distribution based on the results of the nursing medication distribution workload study. The workload study determined that one LVN can safely pass medications via a medication distribution window to up to 60 inmate-patients within a maximum two-hour period. One medication distribution window is required for each 60 inmate-patients requiring medications during each two-hour medication

NARRATIVE, PAGE   2   OF  7

| STATE OF CALIFORNIA | DEPARTMENT OF FINANCE |
|---|---|
| CAPITAL OUTLAY | 915 L Street |
| BUDGET CHANGE PROPOSAL (COBCP) | Sacramento, CA 95814 |
| COVER PAGE    (REV 01/08) | IMS Mail Code: A15 |
| **BUDGET YEAR 2012-13** | |

ORG CODE: _5225_ COBCP NO. _____ PRIORITY: _____ PROJECT ID: 61.01.039____

distribution cycle.    There are three medication cycles per day; morning, noon, and evening.

In order to effectively provide custodial supervision over inmate movement during medication distribution, it has been determined that no more than four medication distribution windows shall be provided in order to provide for safe custodial coverage. This would equate to 240 inmate-patients per cycle or a maximum number of four medication distribution windows per facility.    In the event that the number of inmate-patients receiving medication per yard exceeds 240, CDCR plans to utilize a combination of strategies, including adjusting program scheduling or adjust housing assignments to equalize the medication workload.

The Medication Distribution Improvements addressed in this proposal will be based on the evaluation of the medication distribution work load by prison and yard compared to the existing medication distribution facilities existing at the prison.    Improvements will be developed to address prototypical prison designs in a standardized fashion where ever possible.    Institutions that are not prototypical will be provided with unique improvement solutions that address the medication distribution needs while being sensitive to custodial requirements of the prison.

Problem:
Currently there is insufficient (and in some instances, no) facility space and infrastructure in CDCR institutions to appropriately perform medication distribution activities.    Lack of adequate medication distribution rooms and windows does not allow for timely, effective, and secure medication distribution.    Without adequate medication distribution windows, nursing staff are exposed to safety risks daily as medication must be distributed from an open medication cart or podium on a housing unit dayroom floor, housing unit tier, or through an open doorway.    In addition, existing space is inadequately sized to accommodate proper distribution protocols and procedures.    The space also lacks sinks in medication rooms violating infection control standards.    The spaces are also not equipped with HVAC temperature control systems leading to spoilage of medications, degradation of the medication's strength and inadequate clinical response to medications, and further health complications for the inmate-patient.    The space also lacks appropriate secure storage for narcotics and needles. Data connectivity is also not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration.

Using the parameters established as part of the workload study, site assessments were performed at all 33 existing institutions to identify the conceptual scope of work necessary to provide the required improvements to address the existing deficiencies. The medication distribution improvements provided by this project will remedy existing deficiencies in medication distribution space and services at 22 prison facilities.    The remaining prison facilities are designated to be the initial prisons within the HCFIP program, and will receive medication distribution improvements within the scope of the HCFIP improvements planned at those facilities.

NARRATIVE, PAGE    3    OF    7

(DF)-151 Rev 01/08

| STATE OF CALIFORNIA | DEPARTMENT OF FINANCE |
|---|---|
| CAPITAL OUTLAY | 915 L Street |
| BUDGET CHANGE PROPOSAL (COBCP) | Sacramento, CA 95814 |
| COVER PAGE    (REV 01/08) | IMS Mail Code: A15 |
| **BUDGET YEAR 2012-13** | |

ORG CODE: __5225__ COBCP NO. _____ PRIORITY: _____ PROJECT ID: __61.01.039__

The medication distribution improvements funded by this project are to be performed at the following prisons:

- San Quentin State Prison (SQ)
- Deuel Vocation Institution (DVI)
- North Kern State Prison (NKSP)
- Wasco State Prison (WSP)
- Central California Women's Facility (CCWF)
- Avenal State Prison (ASP)
- Calipatria State Prison (CAL)
- California Correctional Center (CCC)
- California Correctional Institution (CCI)
- California State Prison, Corcoran (COR)
- Centinela State Prison (CEN)
- Correctional Training Facility (CTF)
- Chuckawalla Valley State Prison (CVSP)
- High Desert State Prison (HDSP)
- Ironwood State Prison (ISP)
- Kern Valley State Prison (KVSP)
- Pelican Bay State Prison (PBSP)
- Pleasant Valley State Prison (PVSP)
- Substance Abuse Treatment Facility and State Prison (SATF)
- Sierra Conservation Center (SCC)
- Salinas Valley State Prison (SVSP)
- Valley State Prison (VSP)

## B. RELATIONSHIP TO THE STRATEGIC PLAN

This proposal supports Objective 3.3 of Goal 3 of the 2010-2015 CDCR Strategic Plan; Upgrade facilities to meet CDCR's space standards for custody, healthcare and rehabilitation and Objective 6.1 of Goal 6 of the Receiver's Turnaround Plan of Action; Provide for necessary clinical administrative and housing facilities.

## C. ALTERNATIVES

Alternative #1:    Design and construct medication distribution improvements in 22 prison facilities utilizing the AB 900 General Fund appropriation.

Project Advantages:
- Will provide modifications necessary to remedy existing deficiencies in medication distribution space allowing compliance with the Department's

NARRATIVE, PAGE    4    OF 7

| STATE OF CALIFORNIA<br>CAPITAL OUTLAY<br>BUDGET CHANGE PROPOSAL (COBCP)<br>COVER PAGE    (REV 01/08)<br>BUDGET YEAR 2012-13 | DEPARTMENT OF FINANCE<br>915 L Street<br>Sacramento, CA 95814<br>IMS Mail Code: A15 |
|---|---|

ORG CODE:  5225  COBCP NO. _____  PRIORITY: _____  PROJECT ID: 61.01.039

health care requirements and established nursing and pharmaceutical protocols.

- The improvements will support timely medication distribution to the inmate-patient population and provide safe, efficient and effective distribution of medications by staff.

- Will provide physical plant modifications necessary for CDCR to address deficiencies cited in the *Plata vs. Cate* case.

- As the full roll-out of HCFIP to all prisons will take 5-6 years, separating out these improvements will allow for a more timely solution to the medication distribution concerns currently experienced.

Project Disadvantages:
- None.

Estimated Project Cost:  $25,303,000.

Funding Source: AB 900 General Fund Appropriation.


Alternative #2:    Include medication distribution improvements within the Health Care Improvement Program to be funded via Assembly Bill 900 lease revenue bond authority.

Project Advantages:
- None.

Project Disadvantages:
- Due to the phased roll-out of HCFIP, most prisons will not see improvements to their medication distribution facilities for 5-6 years from the initiation of HCFIP.
- LVN staff are currently available to perform medication distribution tasks in the prisons, but physical plant impediments are delaying timely access to care.
- Performing medication distribution improvements within the scope of HCFIP will delay these improvements by at least 18-24 months when compared to Alternative #1.

Estimated Project Cost:  $25,303,000.

Funding Source: AB 900 Lease-Revenue Bond funding.


NARRATIVE, PAGE    5    OF  7

(DF)-151 Rev 01/08

| | |
|---|---|
| STATE OF CALIFORNIA<br>CAPITAL OUTLAY<br>BUDGET CHANGE PROPOSAL (COBCP)<br>COVER PAGE    (REV 01/08) | DEPARTMENT OF FINANCE<br>915 L Street<br>Sacramento, CA 95814<br>IMS Mail Code: A15 |
| **BUDGET YEAR 2012-13** | |

ORG CODE:   5225   COBCP NO. _____    PRIORITY: _____    PROJECT ID: 61.01.039

**D. RECOMMENDED SOLUTION**

1. Which alternative and why?

   Design and construct improvements in prison medication distribution facilities at 22 prisons using the AB 900 General Fund appropriation. This alternative will provide these improvements on a much quicker schedule then if included in the scope of other HCFIP improvements for each prison. These improvements will allow medication distribution to occur in a timely, safe, efficient and effective manner.

2. Detailed scope description.

   The scope of work is based upon the existing physical plant of the prison facility, and the medication utilization factors of the types of population housed at each facility. To the extent possible, prototypical design solutions will be used for similar physical plants. The scope of work at each facility may include a combination of the following components:

   - Renovation within existing support building to provide medication distribution workspace;
   - Construction within existing housing units to provide medication distribution workspace;
   - Construction of a new stand-alone building to provide medication distribution workspace.

   All of these improvements would include all or part of the following components: security upgrades to ensure safe storage of medications; HVAC and electrical improvements; casework, lighting and sinks for medication preparation; an injection room and window; medication distribution windows; data and telecommunications connectivity; and inmate drinking fountains. Please consult Attachment A for detailed scope information by each prison.

3. Basis for cost information

   Conceptual estimates developed by the CDCR Program Manager based upon field visits with CDCR staff and medical experts and use of prototypical design solutions have been used to estimate the costs. See Attachment A for detailed cost information by each prison.

4. Factors/benefits for recommended solution other than the least expensive alternative.

   This proposal will assist CDCR in addressing a critical component of the *Plata vs. Cate* case, providing good faith and a reduction of legal fees related to court oversight.

5. Complete description of impact on support budget.

   Medication distribution activities in existing prisons are currently operated with existing budgeted staff. No new staff will be required based upon the construction conducted with this proposal. Implementation of this proposal will lead to completion of one component of CDCR's responsibilities in the Health Care

NARRATIVE, PAGE   6    OF  7

(DF)-151 Rev 01/08

| STATE OF CALIFORNIA | DEPARTMENT OF FINANCE |
|---|---|
| CAPITAL OUTLAY | 915 L Street |
| BUDGET CHANGE PROPOSAL (COBCP) | Sacramento, CA 95814 |
| COVER PAGE    (REV 01/08) | IMS Mail Code: A15 |
| BUDGET YEAR 2012-13 | |

ORG CODE:  5225  COBCP NO. _____  PRIORITY: _____   PROJECT ID: 61.01.039 _____

Facility Improvement Program and contribute to the reduction of future costs for attorneys and court experts.

6.  Identify and explain any project risks.

This proposal contains no identifiable risks.

7.  List requested interdepartmental coordination and/or special project approval (including mandatory reviews and approvals, e.g. technology proposals).

State Fire Marshal approval will be required.

8.  Project Schedule

| Preliminary Plans- | Start September 2012 | Complete July 2013 |
| Working Drawings- | Start July 2013 | Complete November 2013 |
| Construction- | Start November 2013 | Complete May 2015 |

## E.  CONSISTENCY WITH CHAPTER 1016, STATUTES OF 2002 – AB 857

1.  Does the recommended solution (project) promote infill development by rehabilitating existing infrastructure and how?  Explain.

Not applicable as this project will be completed at an existing CDCR facility.

2.  Does the project improve the protection of environmental and agricultural resources by protecting and preserving the state's most valuable natural resources?  Explain.

Not applicable as this project will be completed at an existing CDCR facility.

3.  Does the project encourage efficient development patterns by ensuring that infrastructure associated with development, other than infill, support efficient use of land and is appropriately planned for growth?  Explain.

Not applicable as this project will be completed at an existing CDCR facility.

ATTACHMENTS

Attachment A: Statewide Medication Distribution Improvements Scope/Cost Matrix

NARRATIVE, PAGE   7    OF  7

(DF)-151 Rev 01/08

Health Care Facility Improvement Program (HCFIP)
Statewide Medication Distribution Improvements
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **San Quentin State Prison (SQ)** | | | | | | |
| North Block | Existing medication room is 80 SF. Medications and injections are passed through open doorways. There is insufficient counter space, distribution windows, and storage. There is no secure storage or drinking fountains. | Construct new medication distribution room with 4 windows, and an adjacent injection room with 1 window, at the exterior of North Block. Provide new data and telecom. Provide 4 sinks and 3 drinking fountains. | | | | |
| South Block | Medications are prepared and pre-packaged at the Upper Yard Health Care Building . Individually pre-packaged medications are then transported by cart across the open yard by the Carson and Donner ASU housing units. It is unsecure and inefficient to prepackage and cart medications across the institution. There are no drinking fountains. | Construct 2 new medication rooms utilizing existing holding cells at Neumiller. They will both include new casework. One room will include 4 windows, 1 sink, and 3 drinking fountains, the other will include 1 new window and 1 new drinking fountain; an existing window and sink will remain. Also included is 1 injection room. | | | | |
| **San Quentin State Prison (SQ)** | | TOTAL | $    229,000 | $    1,551,000 | $    11,000 | $    1,791,000 |
| **Deuel Vocational Institution (DVI)** | | | | | | |
| Wing C | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Renovate the existing custody office into a secure medication distribution room adjacent the housing unit entry door and the dayroom. It will include data and telecom, 1 window, casework and 1 sink, and a drinking fountain. | | | | |
| Wing D | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Renovate the existing custody office into a secure medication distribution room adjacent the housing unit entry door and the dayroom. It will include data and telecom, 1 window, casework and 1 sink, and a drinking fountain. | | | | |
| Wing E | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Renovate the existing custody office into a secure medication distribution room adjacent the housing unit entry door and the dayroom. It will include data and telecom, 1 window, casework and 1 sink, and a drinking fountain. | | | | |
| Wing H | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Renovate the existing custody office into a secure medication distribution room adjacent the housing unit entry door and the dayroom. It will include data and telecom, 1 window, casework and 1 sink, and a drinking fountain. | | | | |
| Wing J | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Renovate the existing custody office into a secure medication distribution room adjacent the housing unit entry door and the dayroom. It will include data and telecom, 1 window, casework and 1 sink, and a drinking fountain. | | | | |
| East Hall | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Construct an enclosed medication distribution room on the housing wing adjacent the shower, relocating the shower ramp. It will include data and telecom, 1 window, casework and 1 sink, and a drinking fountain. | | | | |
| West Hall | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Construct an enclosed medication distribution room on the housing wing adjacent the shower, relocating the shower ramp. It will include data and telecom, 1 window, casework and 1 sink, and a drinking fountain. | | | | |
| **Deuel Vocational Institution (DVI)** | | TOTAL | $    74,000 | $    768,000 | $    11,000 | $    853,000 |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 1 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **North Kern State Prison (NKSP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D, ASU HU 6 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **North Kern State Prison (NKSP)** | | TOTAL | $    22,000 | $    221,000 | $    11,000 | $    254,000 |
| **Wasco State Prison (WSP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D, ASU HU 6 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility H | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| **Wasco State Prison (WSP)** | | TOTAL | $    44,000 | $    407,000 | $    11,000 | $    462,000 |
| **Central California Women's Facility (CCWF)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass-through windows and drinking fountain are not accessible. | Construct new medication distribution room in Building 703. Provide new data and telecommunication. Provide new casework, 3 windows, 2 sinks, and 2 drinking fountains. | | | | |
| Facility A, Bldg 504 | The existing space used for medication distribution in the housing unit is too small to accommodate the number windows needed by the EOP population. Medication and injections are required to be passed through an open doorway. There is no handwashing sink. | Construct new medication distribution room adjacent the dayroom with 2 windows, and 1 injection room with 1 window. Provide new data and telecom, Provide 2 sinks and 1 drinking fountain. | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass-through window and drinking fountain are not accessible. | Construct new stand-alone medication distribution room with 2 windows, and an adjacent injection room with 1 window. Provide new data and telecom. Provide 2 sinks, 1 drinking fountain, and exterior canopy for weather protection. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass-through window and drinking fountain are not accessible. | Construct new stand-alone medication distribution room with 2 windows, and an adjacent injection room with 1 window. Provide new data and telecom. Provide 2 sinks, 1 drinking fountain, and exterior canopy for weather protection. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass-through window and drinking fountain are not accessible. | Construct new stand-alone medication distribution room with 2 windows, and an adjacent injection room with 1 window. Provide new data and telecom. Provide 2 sinks, 1 drinking fountain, and exterior canopy for weather protection. | | | | |
| **Central California Women's Facility (CCWF)** | | TOTAL | $    226,000 | $    1,693,000 | $    11,000 | $    1,932,000 |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 2 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **Avenal State Prison (ASP)** | | | | | | |
| Facility 1 | The existing medication space is too small to accommodate the medication distribution function of 1 window and is not large enough to accommodate a second window. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge the (E) medication room by expanding into the adjacent corridor alcove. Combine and renovate two vacated exam rooms into a 2nd medication distribution room. Provide data and telecom, casework and sink, 1 medication distribution window and 1 drinking fountain at each room. Install 1 injection window. | | | | |
| Facility 1, ASU HU | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility 2 | The existing medication space is too small to accommodate the medication distribution function of 1 window and is not large enough to accommodate a second window. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge the (E) medication room by expanding into the adjacent corridor alcove. Combine and renovate two vacated exam rooms into a 2nd medication distribution room. Provide data and telecom, casework and sink, 1 medication distribution window and 1 drinking fountain at each room. Install 1 injection window. | | | | |
| Facility 3 | The existing medication space is too small to accommodate the medication distribution function of 1 window and is not large enough to accommodate a second window. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge the (E) medication room by expanding into the adjacent corridor alcove. Combine and renovate two vacated exam rooms into a 2nd medication distribution room. Provide data and telecom, casework and sink, 1 medication distribution window and 1 drinking fountain at each room. Install 1 injection window. | | | | |
| Facility 4 | The existing medication space is too small to accommodate the medication distribution function of 1 window and is not large enough to accommodate a second window. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge the (E) medication room by expanding into the adjacent corridor alcove. Combine and renovate two vacated exam rooms into a 2nd medication distribution room. Provide data and telecom, casework and sink, 1 medication distribution window and 1 drinking fountain at each room. Install 1 injection window. | | | | |
| Facility 5 | The existing medication space is too small to accommodate the medication distribution function of 1 window and is not large enough to accommodate a second window. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge the (E) medication room by expanding into the adjacent corridor alcove. Combine and renovate two vacated exam rooms into a 2nd medication distribution room. Provide data and telecom, casework and sink, 1 medication distribution window and 1 drinking fountain at each room. Install 1 injection window. | | | | |
| Facility 6 | The existing medication space is too small to accommodate the medication distribution function of 1 window and is not large enough to accommodate a second window. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge the (E) medication room by expanding into the adjacent corridor alcove. Combine and renovate two vacated exam rooms into a 2nd medication distribution room. Provide data and telecom, casework and sink, 1 medication distribution window and 1 drinking fountain at each room. Install 1 injection window. | | | | |
| **Avenal State Prison (ASP)** | | TOTAL | $ 166,000 | $ 1,429,000 | $ 11,000 | $ 1,606,000 |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 3 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **Calipatria State Prison (CAL)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility A, ASU HU 5 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Stand-Alone ASU Bldg | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **Calipatria State Prison (CAL)** | | TOTAL | $ 88,000 | $ 814,000 | $ 11,000 | $ 913,000 |
| **California Correctional Center (CCC)** | | | | | | |
| Facility C (Lassen ) | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C, ASU HU 4 (Lassen) | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Cascade | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) medical space in the Facility Support Building C by expanding into the adjacent space. Provide new data and telecom, new casework and 1 sink, 2 medication distribution windows and 1 injection room with window. Install 1 drinking fountain. | | | | |
| Sierra | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) medical space in the Facility Support Building C by expanding into the adjacent space. Provide new data and telecom, new casework and 1 sink, 2 medication distribution windows and 1 injection room with window. Install 1 drinking fountain. | | | | |
| **California Correctional Center (CCC)** | | TOTAL | $ 66,000 | $ 593,000 | $ 11,000 | $ 670,000 |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 4 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **California Correctional Institution (CCI)** | | | | | | |
| Facility C (Facility III) | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility A, HU 1&2 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility A, HU 3&4 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility A, HU 5&6 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility A, HU 7&8 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility B, HU 1&2 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility B, HU 3&4 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility B, HU 5&6 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility B, HU 7&8 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| **California Correctional Institution (CCI)** | | TOTAL | $    124,000 | $    1,196,000 | $    11,000 | $    1,331,000 |
| **CSP - Corcoran (COR)** | | | | | | |
| Facility 3A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility 3A, ASU HU 3 & 4 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility 3B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 5 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| Facility 3B, HU 1 | The existing space used for medication distribution in the housing unit is too small to accommodate the number needed by the EOP population. Medication and injections are required to be passed through an open doorway. There is no handwashing sink. | Construct new medication distribution room adjacent the dayroom with 2 windows, and 1 injection room with 1 window. Provide new data and telecom. Provide 2 sinks and 1 drinking fountain. | | | | |
| Facility 3C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility 4A, HU 1L & 1R | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility 4A, HU 2L & 2R | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility 4A, HU 3L &3R | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility 4A, HU 4L & 4R | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility 4B, HU 1L & 1R | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility 4B, HU 2L & 2R | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility 4B, HU 3L & 3R | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility 4B, HU 4L & 4R | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Stand-Alone ASU Bldg | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| CSP - Corcoran (COR) | | TOTAL | $   202,000 | $   1,936,000 | $   11,000 | $   2,149,000 |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 6 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **Centinela State Prison (CEN)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility A, ASU HU 5 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Stand-Alone ASU Bldg | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **Centinela State Prison (CEN)** | | **TOTAL** | $ 89,000 | $ 813,000 | $ 11,000 | $ 913,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Correctional Training Facility (CTF)** | | | | | | |
| Central Facility Wing B | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Convert and renovate the existing inmate restroom in the housing unit to a medication distribution room. It will include data and telecom, casework and 1 sink, a drinking fountain and a secure pass-through window within the door. | | | | |
| Central Facility Wing C | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Convert and renovate the existing inmate restroom in the housing unit to a medication distribution room. It will include data and telecom, casework and 1 sink, a drinking fountain and a secure pass-through window within the door. | | | | |
| Central Facility Wing D | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Convert and renovate the existing inmate restroom in the housing unit to a medication distribution room. It will include data and telecom, casework and 1 sink, a drinking fountain and a secure pass-through window within the door. | | | | |
| Central Facility Wing E | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Convert and renovate the existing inmate restroom in the housing unit to a medication distribution room. It will include data and telecom, casework and 1 sink, a drinking fountain and a secure pass-through window within the door. | | | | |
| Central Facility Wing F | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Convert and renovate the existing inmate restroom in the housing unit to a medication distribution room. It will include data and telecom, casework and 1 sink, a drinking fountain and a secure pass-through window within the door. | | | | |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 7 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| Central Facility Wing G | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Convert and renovate the existing inmate restroom in the housing unit to a medication distribution room. It will include data and telecom, casework and 1 sink, a drinking fountain and a secure pass-through window within the door. | | | | |
| Central Facility Wing Y | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Convert and renovate the existing barber shop in the housing unit to a medication distribution room. It will include data and telecom, casework and 1 sink, a drinking fountain and a secure pass-through window within the door. | | | | |
| Central Facility Wing Z | Currently medications are distributed at each housing unit tier entrance across a non-secure cart. There is no handwashing sink, worksurfaces, or data connectivity. There is no secure storage and no drinking fountain. | Convert and renovate the existing barber shop in the housing unit to a medication distribution room. It will include data and telecom, casework and 1 sink, a drinking fountain and a secure pass-through window within the door. | | | | |
| **Correctional Training Facility (CTF)** | | **TOTAL** | $ 50,000 | $ 627,000 | $ 11,000 | $ 688,000 |
| **Chuckawalla Valley State Prison (CVSP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility A, ASU HU | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| **Chuckawalla Valley State Prison (CVSP)** | | | $ 89,000 | $ 778,000 | $ 11,000 | $ 878,000 |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 8 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **High Desert State Prison (HDSP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Stand-Alone ASU Bldg | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **High Desert State Prison (HDSP)** | | TOTAL | $    63,000 | $    624,000 | $    11,000 | $    698,000 |
| **Ironwood State Prison (ISP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility A, ASU HU 5 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| **Ironwood State Prison (ISP)** | | TOTAL | $    89,000 | $    778,000 | $    11,000 | $    878,000 |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 9 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **Kern Valley State Prison (KVSP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C, HU 8 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D, HU 7&8 (THU) | There is no existing space for medication distribution in the housing unit for the EOP population. Medication and injections are required to be passed across a non-secure cart on the dayroom floor or cell to cell instead of through a medication line. There is no handwashing sink. | Construct new space in the 180 housing unit dining room to accommodate 1 medication distribution room and 1 injection room, each with 1 window. Provide new data and telecom. Provide 2 sinks and drinking fountain. | | | | |
| Stand-Alone ASU Bldgs (2) | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **Kern Valley State Prison (KVSP)** | | TOTAL | $    104,000 | $    1,004,000 | $    11,000 | $    1,119,000 |
| **Pelican Bay State Prison (PBSP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility A, HU 1 & 3 (locate in HU 1) | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 10 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| Facility B, HU 1&2 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility B, HU 3 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| SHU (2 wings) | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Stand-Alone ASU | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **Pelican Bay State Prison (PBSP)** | | **TOTAL** | $ 82,000 | $ 856,000 | $ 11,000 | $ 948,000 |
| **Pleasant Valley State Prison (PVSP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D, ASU HU 4 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Stand-Alone ASU Bldg | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **Pleasant Valley State Prison (PVSP)** | | **TOTAL** | $ 89,000 | $ 813,000 | $ 11,000 | $ 913,000 |
| **Substance Abuse Treatment Facility & State Prison (SATF)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 11 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| Facility B | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility E | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility E, ASU HU 1 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility F | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility F, HU 3 | The existing space used for medication distribution in the housing unit is too small to accommodate the number windows needed by the EOP population. Medication and injections are required to be passed through an open doorway. There is no handwashing sink. | Construct new medication distribution room adjacent the dayroom with 2 windows, and 1 injection room with 1 window. Provide new data and telecom. Provide 2 sinks and 1 drinking fountain. | | | | |
| Facility G | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility G, HU 1 | The existing space used for medication distribution in the housing unit is too small to accommodate the number windows needed by the EOP population. Medication and injections are required to be passed through an open doorway. There is no handwashing sink. | Construct new medication distribution room adjacent the dayroom with 2 windows, and 1 injection room with 1 window. Provide new data and telecom. Provide 2 sinks and 1 drinking fountain. | | | | |
| Stand-Alone ASU Bldg | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Substance Abuse Treatment Facility & State Prison | | TOTAL | $ 179,000 | $ 1,627,000 | $ 11,000 | $ 1,817,000 |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 12 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| **Sierra Conservation Center (SCC)** | | | | | | |
| Facility A (Calaveras) | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass through window and drinking fountain are not accessible. | Construct new stand-alone medication distribution room with 2 windows, and an adjacent injection room with 1 window. Provide new data and telecom. Provide 2 sinks, 1 drinking fountain, and exterior canopy for weather protection. | | | | |
| Facility B (Mariposa) | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass through window and drinking fountain are not accessible. | Construct new stand-alone medication distribution room with 2 windows, and an adjacent injection room with 1 window. Provide new data and telecom. Provide 2 sinks, 1 drinking fountain, and exterior canopy for weather protection. | | | | |
| Facility C (Tuolumne) | The existing space used for medication distribution is too small to accommodate both the current LVN/OT staff and functions and the number of windows needed. There are no provisions to secure medications, no sink, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent Clothing Exchange. Provide new data and telecom, new casework and 1 sink, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C, ASU HU 2 (Tuolomne) | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **Sierra Conservation Center (SCC)** | | TOTAL | $      139,000 | $      1,021,000 | $      11,000 | $      1,171,000 |
| **Salinas Valley State Prison (SVSP)** | | | | | | |
| Facility A | The existing space used for medication distribution is too small to accommodate the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility A, HU A5 | Construct new medication distribution room adjacent the dayroom with 2 windows, and 1 injection room with 1 window. Provide new data and telecom. Provide 2 sinks and 1 drinking fountain. | Construct new medication distribution room adjacent the dayroom with 2 windows, and 1 injection room with 1 window. Provide new data and telecom. Provide 2 sinks and 1 drinking fountain. | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |
| Facility C; ICF HU 5&8 | There is no existing space for medication distribution in the housing unit for the EOP population. Medication and injections are required to be passed across a non-secure cart on the dayroom floor or cell to cell instead of through a medication line. There is no handwashing sink. | Construct new space in the 180 housing unit dining room to accommodate 1 medication distribution room with 2 windows and 1 injection room with 1 window. Provide new data and telecom. Provide 2 sinks and drinking fountain. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate both the current LVN/OT functions and the number of windows needed. There are no provisions to securely store medications, insufficient sinks, and the pass-through window and drinking fountain are not accessible. | Renovate and enlarge (E) LVN/OT workstation by expanding into the adjacent storage room. Provide new data and telecom, new casework and 2 sinks, 1 additional medication distribution window and 1 injection window. Install 1 drinking fountain. | | | | |

7/11/2012
P:\CPR Facility Program - T058\34. State-Wide Medication Distribution\30-day letter\2012_0711 Statewide Med Distribution Table

Page 13 of 14

**Health Care Facility Improvement Program (HCFIP)**
**Statewide Medication Distribution Improvements**
Project / Cost Summary

| Institution (by yard) | Problem Statement | Scope of Work | Design Estimate | Conceptual Construction Estimate | Due Diligence | Total Project Estimate |
|---|---|---|---|---|---|---|
| Facility D, HU 1&2 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Facility D, HU 5&6 | There is no existing space for medication distribution in the housing unit for the EOP population. Medication and injections are required to be passed across a non-secure cart on the dayroom floor or cell to cell instead of through a medication line. There is no handwashing sink. | Construct new space in the 180 housing unit dining room to accommodate 1 medication distribution room with 2 windows and 1 injection room with 1 window. Provide new data and telecom. Provide 2 sinks and drinking fountain. | | | | |
| Facility D, Bldg 7&8 | The existing space used for medication preparation is too small to accommodate the medication preparation nursing functions and storage needs. There are no provisions to securely store medications and no sink. | Renovate (E) enclosed space at sallyport of 180 housing unit. Provide new data and telecom. Provide sink and drinking fountain. Replace existing non-secure window with a secure medication distribution window. | | | | |
| Stand-Alone ASU Bldg | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| **Salinas Valley State Prison (SVSP)** | | **TOTAL** | $    184,000 | $    1,614,000 | $    11,000 | $    1,809,000 |
| **Valley State Prison (VSP)** | | | | | | |
| Facility A | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility A, ASU HU 4 | Data connectivity is not available for connection to information management systems for review of inmate-patient medical records and accurate recording of medication administration. | Provide data and telecom infrastructure improvements | | | | |
| Facility B | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass-through window and drinking fountain are not accessible. | Construct new stand-alone medication distribution room with 2 windows, and an adjacent injection room with 1 window. Provide new data and telecom. Provide 2 sinks, 1 drinking fountain, and exterior canopy for weather protection. | | | | |
| Facility C | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass-through window and drinking fountain are not accessible. | Construct new stand-alone medication distribution room with 2 windows, and an adjacent injection room with 1 window. Provide new data and telecom. Provide 2 sinks, 1 drinking fountain, and exterior canopy for weather protection. | | | | |
| Facility D | The existing space used for medication distribution is too small to accommodate the number of windows needed. There are no provisions to securely store medications, no sinks, and the pass-through window and drinking fountain are not accessible. | Construct new stand-alone medication distribution room with 2 windows, and an adjacent injection room with 1 window. Provide new data and telecom. Provide 2 sinks, 1 drinking fountain, and exterior canopy for weather protection. | | | | |
| **Valley State Prison (VSP)** | | **TOTAL** | $    175,000 | $    1,323,000 | $    11,000 | $    1,509,000 |
| | | **GRAND TOTAL** | $ 2,675,000 | $ 22,486,000 | $ 242,000 | $ 25,303,000 |