1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorney General
4  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 703-3035
7   Fax:  (415) 703-5843
    E-mail:  Patrick.McKinney@doj.ca.gov
8  *Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

9

10                    IN THE UNITED STATES DISTRICT COURTS

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12              AND THE NORTHERN DISTRICT OF CALIFORNIA

13       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15  **RALPH COLEMAN, et al.,**                2:90-cv-00520 LKK JFM P

16                              Plaintiffs,   **THREE-JUDGE COURT**

17          v.

18
    **EDMUND G. BROWN JR., et al.,**
19
                                Defendants.
20

21  **MARCIANO PLATA, et al.,**              C01-1351 TEH

22                              Plaintiffs,   **THREE-JUDGE COURT**

23          v.

24                                            **DECLARATION OF MARTIN HOSHINO
                                              IN SUPPORT OF DEFENDANTS'**
25  **EDMUND G. BROWN JR., et al.,**         **RESPONSE AND OBJECTIONS TO
                                              JANUARY 29, 2013 ORDER**
26                              Defendants.

27

28

1          I, Martin Hoshino, declare as follows:

2          1.    I am the Undersecretary of Administration and Offender Services for the

3  California Department of Corrections and Rehabilitation (CDCR).  I have been employed in this

4  position since January 2011.  I am competent to testify to the matters set forth in this declaration,

5  and if called upon to do, I would and could so testify.  I submit this declaration in support of

6  Defendants' Response and Objections to the Court's January 29, 2013 order.

7          2.    Over the last several months, CDCR has worked with J. Clark Kelso, the receiver

8  appointed by the *Plata* Court, to transition medical care from the Receivership.  In October 2012,

9  CDCR and Mr. Kelso executed agreements to delegate authority for Health Care Access Units,

10  and activation of new facilities, including the California Health Care Facility in Stockton.  CDCR

11  is currently working with the Receiver on further delegations of authority to return prison medical

12  care back to the State.

13          3.    In its September 5, 2012 order, the *Plata* Court appointed experts to determine

14  whether there are no longer ongoing system wide constitutional violations with respect to medical

15  care.  In response to the order, CDCR has given the court-appointed experts full access to its

16  institutions so that they may complete their constitutional assessment.  As of this date, the court-

17  appointed experts completed site visits at San Quentin State Prison (January 7-11, 2013),

18  California Men's Colony (January 21-25, 2013), and R.J. Donovan Correctional Facility

19  (February 5-8, 2013).  The court-appointed experts are scheduled to evaluate Sierra Conservation

20  Center from February 19-22, 2013.

21          4.    The State has concerns about the process adopted by the court-appointed experts.

22  For example, although the *Plata* Court appointed the experts on September 5, 2012, and directed

23  them to issue written evaluations "as soon as feasible," they did not begin their first site

24  inspection at San Quentin until January 7, 2013.  Although three site inspections have been

25  completed, the parties have not received any written evaluations, even in draft form.

26          5.    The court-appointed experts have also proposed to evaluate two institutions per

27  month.  As of January 31, 2013, 15 institutions achieved an Office of Inspector General medical

28  score of at least 85%, and three more achieved a score of at least 84.4%.  At the current rate, it

Hoshino Decl. Supp. Defs.' Resp. & Obj. to Jan. 29, 2013 Order
Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

will take at least nine months for the court-appointed experts to evaluate these institutions. Moreover, it is likely that additional institutions will receive inspection scores of at least 85% in the next nine months—further delaying this already delayed process.

6.      Before they started their first site visit at San Quentin, the court-appointed experts approached the Receiver's counsel to request that the Receiver add eight additional clinicians to their review team.  We carefully evaluated the proposal and determined that adding the proposed clinicians would not expedite the evaluations, and would likely lead to inefficiencies and inconsistent, unpredictable results.  Accordingly, we informed the Receiver's counsel in writing that it would not be an appropriate use of limited state resources to agree to the court-appointed experts' request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Execute in Sacramento, California on February 12, 2013.


_____/s/_____
Martin Hoshino
(authorization to file electronically obtained by counsel for Defendants)


SF2007200670
20665429.docx

2