IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO VACATE OR MODIFY POPULATION REDUCTION ORDER** |

On January 7, 2013, the State filed a motion to vacate or modify this Court's population-reduction orders. Plaintiffs did not oppose the State's motion. On January 29, 2013, the State filed a reply in support of the motion. No oral argument on this motion is necessary, and the

1

1   matter is deemed submitted on the papers.

2       The Court has reviewed the parties' submissions, the evidence submitted by the State in
3   support of the motion, the motion to terminate and supporting declarations and evidence filed in
4   *Coleman v. Brown*, 2:90-cv-00520 LKK JMF P (E.D. Cal.) (Dkt. Nos. 4275-4279), and all
5   pleadings, exhibits, and papers on file in this action. Good cause appearing, the Court finds and
6   orders the following:

7       1. The State's request to modify the Court's population reduction order is GRANTED.
8   The evidence shows that current population levels do not prohibit the State from providing
9   constitutionally adequate medical and mental health care. California prison inmates are currently
10  receiving health care that meets or exceeds constitutional levels. Since there is no evidence of
11  systemic, current, and ongoing federal law violations, there is no basis to enforce the population-
12  reduction order prospectively.

13      2. Prospective enforcement of the following orders of this Court shall cease immediately:
14      a. August 4, 2009 Opinion and Order (*Plata*/*Coleman* ECF Nos. 2197/3641);
15      b. January 12, 2010 Order to Reduce Prison Population (ECF Nos. 2287/3767);
16      c. June 30, 2011 Order Requiring Interim Reports (ECF Nos. 2375/4032); and
17      d. October 11, 2012 Order to Develop Plans (ECF Nos. 2485/4251).

18  **IT IS SO ORDERED.**

19  Dated: _____
20      STEPHEN REINHARDT
    UNITED STATES CIRCUIT JUDGE
21      NINTH CIRCUIT COURT OF APPEALS

22
23  Dated: _____
    LAWRENCE K. KARLTON
    SENIOR UNITED STATES DISTRICT JUDGE
24      EASTERN DISTRICT OF CALIFORNIA

25
26  Dated: _____
    THELTON E. HENDERSON
27      SENIOR UNITED STATES DISTRICT JUDGE
    NORTHERN DISTRICT OF CALIFORNIA
28

2

[Proposed] Order Granting Motion to Vacate or Modify Population Reduction Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH