DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:    (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:    (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY SPECIAL MASTER'S REPORT ON 2011 SUICIDES**<br><br>Judge:  Hon. Lawrence K. Karlton |

[728506-1]

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY SPECIAL MASTER'S REPORT ON 2011 SUICIDES

1   On February 12, 2013, Plaintiffs filed an Application for Leave to File Opposition
2 to Defendants' Objections and Motion to Strike or Modify Special Master's Report on
3 2011 Suicides.  Defendants filed a 28-page pleading supported by three declarations in
4 response to the Special Masters' Report on Suicides Occurring in California Department of
5 Corrections and Rehabilitation Facilities in 2011, Docket 4326, February 11, 2013.
6   Good cause appearing,
7   IT IS HEREBY ORDERED AS FOLLOWS:
8   Plaintiffs' Application for Leave to File Opposition to Defendants' Objections and
9 Motion to Strike or Modify Special Master's Report on 2011 Suicides is GRANTED.
10   Plaintiffs' shall file the Opposition and any associated pleadings by February 21,
11 2013.
12
13   **IS IT SO ORDERED.**
14
15 DATED:  February 13, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[728506-1]

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY SPECIAL MASTER'S REPORT ON 2011 SUICIDES