1 | DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:   (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:   (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>          Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |

[728905-1]

On February 13, 2013, Plaintiffs submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Confidential Declaration Of Jane Kahn In Support Of Plaintiffs' Response To Defendants' Motion To Strike Or Modify Portions Of The Twenty-Fifth Round Monitoring Report Of The Special Master" ("Confidential Kahn Declaration"). The Confidential Kahn Declaration and its attached exhibits contain confidential class member information covered by the protective order in this case. The Request, Confidential Kahn Declaration, and accompanying Proposed Order were served on Defendants in this action by overnight mail on the same day pursuant to Local Rule 141.

Good cause appearing,

**IT IS HEREBY ORDERED**

1. Plaintiffs' Request to File Under Seal the Confidential Declaration Of Jane Kahn In Support Of Plaintiffs' Response To Defendants' Motion To Strike Or Modify Portions Of The Twenty-Fifth Round Monitoring Report Of The Special Master is GRANTED.

DATED: February 14, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT