KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:  (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                             Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                             Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                             Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                             Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' FEBRUARY 2013 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 ORDER** |

The State submits this monthly status report on the state prison population. Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of February 6, 2013, 119,107 inmates were housed in the State's 33 adult institutions, which amounts to 149.0% of design bed capacity.[2] Since October 2011 when the State implemented historic public safety realignment under Assembly Bill 109, Defendants have successfully reduced the population in the State's 33 institutions by 25,081 inmates. (*See* Defs.' Oct. 14, 2011 report, Dkt. Nos. 2407-1/4099-1.)

On January 7, 2013, the State filed motions to vacate the population reduction order in this proceeding, and to terminate judicial oversight of California's prison mental health system in *Coleman v. Brown*. (*Plata* Dkt. Nos. 2506-2508 & 2510/*Coleman* Dkt. Nos. 4275-4282.) Based on the evidence submitted in support of the State's motions, further population reductions are not needed because the prison system already provides health care that far exceeds what is legally required under the Constitution. (*See id.*)

Dated: February 15, 2013

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

Dated: February 15, 2013

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

SF2007200670
20663312.docx

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 563 U.S. ___, 131 S. Ct 1910, 1940-41 (2011).

[2] The data in Exhibit A is taken from CDCR's February 11, 2013 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.