| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JONATHAN L. WOLFF<br>Senior Assistant Attorney General |
| 3 | JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| 4 | DEBBIE J. VOROUS, SBN 166884<br>WILLIAM H. DOWNER, SBN 257644 |
| 5 | Deputy Attorney General<br> 1300 I Street, Suite 125 |
| 6 |  P.O. Box 944255<br> Sacramento, CA 94244-2550 |
| 7 |  Telephone: (916) 324-5345<br> Fax: (916) 324-5205 |
| 8 |  E-mail: Debbie.Vorous@doj.ca.gov |
| 9 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                            Plaintiffs,<br><br>         v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                            Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DOCUMENTS FILED UNDER SEAL** |

**THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

**A PROTECTIVE ORDER ISSUED BY THE COURT**

**AND MAY NOT BE COPIED OR EXAMINED**

**EXCEPT IN COMPLIANCE WITH THAT ORDER**

(See Stipulated Protective Order, 1/12/07, ¶ 7.)

1

| | | |
|---|---|---|
| 1 | Dated: February 15, 2013 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS |
| | | Attorney General of California |
| 3 | | |
| 4 | | ***/s/ Debbie J. Vorous*** |
| 5 | | DEBBIE J. VOROUS |
| | | Deputy Attorney General |
| 6 | | *Attorneys for Defendants* |

7   CF1997CS0003
    31621416.doc