| | |
|---|---|
| **KAMALA D. HARRIS**<br>*Attorney General* | **State of California**<br>**DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5717
Facsimile: (415) 703-5843
E-Mail: Jay.Russell@doj.ca.gov

February 19, 2013

Victoria C. Minor, Clerk of the Court
United States District Court
Eastern District of California
501 I Street, #4-200
Sacramento, CA 95814

RE: *Coleman v. Brown, et al.,*
U.S. District Court, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM PC

Dear Clerk:

As ordered by the Court, Defendants have re-filed their Objections and Motion to Strike or Modify Portions of the Twenty-Fifth Round Monitoring Report of the Special Master, omitting certain language. As further instructed by the Court, Defendants ask that you remove from the record the previously filed versions of this pleading, ECF numbers 4312 and 4314.

Thank you for your attention to this matter. If there are any questions, please contact me.

Sincerely,

JAY C. RUSSELL
Supervising Deputy Attorney General

For   KAMALA D. HARRIS
       Attorney General

cc:   Michael Bien
      Don Specter

CF1997CS0003
20672914.doc