KAMALA D. HARRIS
Attorney General of California
ROCHELLE C. EAST, SBN 183792
Chief Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5435
  Fax: (916) 324-5205
  E-mail: Rochelle.East@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                  Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                  Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

1

Defs.' Resp. to Order to Show Cause (2:90-cv-00520 LKK JFM PC)

This court's Order to Show Cause states that Defendants' objections to the Special Master's twenty-fifth round monitoring report constitute an allegation of unethical conduct, unsupported by fact or belief. (*Coleman*, ECF 4335 at 2:3-5.) In order to focus resources on Defendants' termination motion, the State has mooted this issue by refiling its objections without the offending language, as requested by the court. (*Id*. at 2:17-20.) The State also files this response to address this court's concerns.

The State does not allege that the Special Master is unethical, nor does it impugn his character. But it is indisputable that in a time of extreme fiscal hardship, the State is paying large sums to the Special Master and his staff. The current special master has served for just over five years, and his billings are about half of the approximately $48 million billed to the State in the 17 years of the special mastership. (*Coleman*, ECF No. 4268.) Since 2007, the State has paid the Special Master and his team an average of $380,000 a month for a total of approximately $23.5 million during that time period. (Decl. Katherine K. Tebrock Supp. Defs.' Resp. to Order to Show Cause, ¶ 3.) In 2012, more than half the amount paid to the Special Master went to attorneys in his law firm, rather than to the court-appointed mental-health experts. (*Id.*) The Special Master's law firm employs five attorneys on *Coleman*, each of whom bills the State an average of $30,000-$40,000 every month. (*Id*.)

Given the tremendous improvements to the mental health care system and the lower prison population, the Special Master's focus and monitoring could be expected to change over time and acknowledge these improvements—shorter reports, more focused advice, and even a smaller staff. However, the Special Master's most recent report—totaling 609 pages—is a perfect example of a report that has little practical value but whose cost is enormous. (*Coleman*, ECF No. 4298.) Defendants raise their concerns based on the evidence before them, not for any improper purpose. The mastership's current structure perpetuates the *status quo* at great cost to a state trying to reverse its financial problems and still fulfill its Constitutional obligations. But this is not an issue that needs to be resolved now. If this case survives the State's motion to terminate, the State reserves the right to raise its concerns in a separate motion at a later time.

2

Defs.' Resp. to Order to Show Cause (2:90-cv-00520 LKK JFM PC)

The overwhelming evidence before the court now is that the prison mental health care system exceeds Constitutional standards. (*Coleman*, ECF No. 4275.) There is no question that it does. (*Id*.) The State retained nationally recognized experts to inspect and evaluate California's prison mental health care system; after a comprehensive review, they found the system not only exceeds constitutional standards, but is one of the best in the nation. (*Id*.) The critical issue now before the court is whether the overwhelming evidence that the prison mental health care system exceeds constitutional standards requires this case to be terminated. (*Id*.) To keep the focus on the termination motion, the State has mooted the issue raised in Plaintiffs' motion to strike by refiling its objections as requested by the court and asks the court to remove ECF Nos. 4312 and 4314.

Dated: February 19, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

/s/
_____
ROCHELLE C. EAST
Chief Deputy Attorney General
*Attorneys for Defendants*

3

Defs.' Resp. to Order to Show Cause (2:90-cv-00520 LKK JFM PC)