KAMALA D. HARRIS
Attorney General of California
ROCHELLE C. EAST, SBN 183792
Chief Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5435
 Fax: (916) 324-5205
 E-mail: Rochelle.East@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION SUPPORTING RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Katherine K. Tebrock, declare as follows:

1. I am the Chief Deputy General Counsel of Policy for the Office of Legal Affairs for the California Department of Corrections and Rehabilitation (CDCR). I have been in this position since April 15, 2009, and an attorney at CDCR for more than 8 years. I supervise staff counsel who are assigned to work on class-action litigation, including on *Coleman v. Brown*. I submit this declaration in support of Defendants' response to the order to show cause.

1

Decl. Tebrock Supp. Resp. to Order to Show Cause  (2:90-cv-00520 LKK JFM PC)

2. The Court's Order of Reference provides that "[a]ll *reasonable expenses* incurred by the Special Master in performing his duties under this order shall be reimbursed as costs of the mastership." (*Coleman*, ECF No. 640 at 9 (emphasis added).) To obtain reimbursement, the Special Master is required to submit periodically to the Clerk of the Court "an itemized statement of the Special Master's fees and expenses." (*Id.*) In practice, the Special Master sends a courtesy copy to the parties of the bill submitted to the court for payment. I receive copies of those bills directly from the Special Master's staff.

3. Since 2007, the State has paid the special master and his team an average of $380,000 a month, for a total amount of approximately $23.5 million during that time. In 2012, more than half the amount paid to the Special Master went to attorneys in his law firm, rather than to the court-appointed mental-health experts. The special master's law firm employs five attorneys on *Coleman*, each of whom bills the State an average of $30,000-$40,000 every month.

I declare that the foregoing is true and correct. Executed this 19th day of February, 2013, at Sacramento, California.

/s/ *Katherine K. Tebrock*
Katherine K. Tebrock
Chief Deputy General Counsel, Policy
(Authorization to file obtained by counsel for Defendants)

CF1997CS0003

2

Decl. Tebrock Supp. Resp. to Order to Show Cause  (2:90-cv-00520 LKK JFM PC)