UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               NO. 2:90-cv-520 LKK JFM P

    v.

EDMUND G. BROWN, JR., et al.,    <u>ORDER</u>

    Defendants.

_____/

        On February 11, 2013, plaintiffs filed a motion: (1) to strike a portion of defendants' objections to the Special Master's Twenty-Fifth Round Monitoring Report; (2) seeking an order requiring defendants to refile their objections and motion to strike or modify omitting material on page 2, lines two through 5; and (3) and directing the Clerk of the Court to strike the January 28, 2013 objections and the January 29, 2013 amended objections from the record. Plaintiffs noticed their motion for hearing before the undersigned on March 11, 2013.

        On February 13, 2013, defendants were ordered to show cause in writing why plaintiffs' motion should not be granted. In

1

1  the alternative, defendants were granted a period of five days to
2  moot plaintiffs' motion by refiling their objections omitting the
3  material at page 2, lines 2 through 5 together with a request to
4  the Clerk of the Court to remove documents 4312 and 4314 from the
5  record in this action.  On February 19, 2013, defendants refiled
6  their objections omitting the material at issue together with a
7  request that the Clerk of the Court remove their previously filed
8  objections from the record.[1]
9      Good cause appearing, IT IS HEREBY ORDERED that:
10     1.  The February 13, 2013 order to show cause (ECF
11 No. 4335), is **DISCHARGED**;
12     2.  Plaintiffs' motion (ECF No. 4323), is **REMOVED** from
13 the court's March 11, 2013 Law & Motion calendar, and **DENIED** as
14 moot.
15   IT IS SO ORDERED.
16   DATED: February 25, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Clerk has removed documents 4312 and 4314 from the public record in accordance with the request.

2