DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G BROWN, JR., et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM P<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE OF COURT TO TAKE THE DEPOSITION OF DR. JOHN BRIM**<br><br>Judge: Hon. Magistrate Judge Moulds |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. C01-1351 TEH<br><br>**THREE JUDGE COURT** |

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE OF COURT TO TAKE THE DEPOSITION OF DR. JOHN BRIM

| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:    (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:    (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:    (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:    (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE OF COURT TO TAKE THE DEPOSITION OF DR. JOHN BRIM**<br><br>Judge:   Hon. Magistrate Judge Moulds |

I, Michael W. Bien, declare:

1. I am a an attorney admitted to practice in California, a member of the Bar of this Court and the managing partner of the law firm, Rosen Bien Galvan & Grunfeld LLP, counsel of record for the Plaintiff Class. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' motion for leave of court to take the deposition of Dr. John Brim.

2. Defendants contend that they are providing "timely access to inpatient mental health care for all class members needing hospitalization." Docket 4275-1 at p. 17:20-22. Dr. John Brim is a psychiatrist employed by the Department of State Hospitals ("DSH") at the Salinas Valley Psychiatric Program ("SVPP") inside the walls of Salinas Valley State Prison. The SVPP is an inpatient psychiatric hospital that provides mental health services exclusively to *Coleman* class members. Plaintiffs' counsel and Plaintiffs' psychiatric expert inspected Salinas Valley State Prison and the SVPP on January 28, 2013. Based on that inspection and on additional information that we have received, it is my opinion that the deposition of Dr. Brim is necessary for Plaintiffs to respond to Defendants' termination motion.

3. Specifically, after the expert tour, my office received two letters signed by Dr. Brim and multiple other SVPP psychiatrists describing extreme clinical staffing shortages that are creating unsafe conditions and preventing these psychiatrists from providing Plaintiff class members minimally adequate inpatient care. A true and correct copy of the first letter, which is dated January 23, 2013, signed by Dr. Brim and eight other SVPP psychiatrists, and addressed to Charles Silva, the SVPP Executive Director, is attached hereto as **Exhibit A**. This letter was received by my office on February 4, 2013. A true and correct copy of the second letter, which is dated February 12, 2013, signed by Dr. Brim and seven other SVPP psychiatrists, and also addressed to Mr. Silva, is attached hereto as **Exhibit B**. This second letter was received by my office on February 15, 2013. Additionally, my office received additional confidential information from a non-party

source on February 20, 2013 that lead to my decision to depose Dr. Brim.

   4.  On February 22, 2013, my office hand served counsel for Defendants with a notice setting Dr. Brim's deposition on March 1, 2013, the final day of discovery.

  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed in San Francisco, California on February 25, 2013.

                 */s/ Michael W. Bien*
                 Michael W. Bien

# Exhibit A



# Mental Health
## Salinas Valley Psychiatric Program



RECEIVED
FEB 04 2013

# FAX

| TO: Prison Law Office<br><br>PHONE #:<br><br>FAX #: (510) 280-2704 | FROM: Department of Psychiatry<br>DSH –Salinas Valley<br>31625 Highway 101 - P.O. Box 1080<br>Soledad, CA 93960<br>Phone: (831) 678-5500<br>Fax: (831) 678-5666 |
|---|---|

| Remarks: | ☐ Urgent | ☒ For Your Information/ Review | ☐ Reply ASAP | ☐ Please Comment | ☐ Confidential |

For your information, regarding Coleman court oversight.

Total Pages x 3 including cover

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                EDMUND G. BROWN JR., GOVERNOR

**SALINAS VALLEY**
31625 Highway 101 – P.O. Box 1080
Soledad, CA 93960



Wednesday, January 23, 2013

**Name**     Charles DaSilva,
             Executive Director, Salinas Valley Psychiatric Program
**Address**  31625 Highway 101,
             Soledad, CA 93960

Executive Director DaSilva,

As staff psychiatrists, we are writing you collectively to express our serious concern about the level of staffing at SVPP. At the end of January, we will have lost our 3rd psychiatrist in the past (6) weeks.

This will leave us only (7) full-time psychiatrists, including a senior, plus 1 part-time psychiatrist, covering (6) Units that average about 60 beds each. Other disciplines such as social work, psychology, and rehab therapy have 15 to 16 staff covering the same number of patients. The SVPP census issued today shows that there are 351 patients in the program. Across the (6) Units we have also been averaging about (2) to (3) admissions and discharges per Unit per week.

The DSH standard for Stockton and elsewhere is a (15) patient caseload for a team that does admissions, with about (2) admissions per week. When administration visited our facility recently to present the Stockton program, we were told that a 15 patient caseload would also be the standard at SVPP as well as Stockton. At present we have been averaging a caseload of about (40) with (2) admissions per week, and all psychiatrists are taking admissions. Some psychiatrists are already covering (60) patients daily, (4) times the accepted standard. We find a caseload of (40) to be unsafe, and a caseload of (60) is even more perilous.

As psychiatrists, we are united in our belief that the level of staffing currently present is not safe or appropriate for an ICF level of patient care. We believe that it potentially creates an unsafe situation for both staff and patients. When patient safety is at stake, we cannot in good conscience continue to take on a higher and higher caseload without making you aware of our concerns. In November, 2012 SVPP had its first completed suicide. Current staffing levels will create an unacceptable level of risk as far as patient safety.

We will continue to do our best for every patient, under every

circumstance. **But we need to inform you that we will be working in a state of protest regarding our caseload and the rate of admissions.** We are also extremely concerned about further attrition of psychiatrists, which seems very likely considering the present workload and conditions.

We understand that since SVPP is being downsized that it may be difficult to attract new psychiatrists. However, in the past, staff from other facilities have been brought in on a temporary basis. This would be a tremendous help. We also believe the situation could be made significantly better through a reduction in admissions as we scale back and prepare to close C and D yards.

Thank you for listening to our concerns.

Sincerely,

Joel Badeaux, MD

John Brim, MD

Gayle Gaines, MD

Minhas Kapadia, MD

Muhammad Saleem, MD

Mary Stoller, MD

Ariel Troncoso, MD

Lei Wei, DO

Indu Aramandla, MD

Position   Staff and Senior Psychiatrists
Division    DSH SVPP

cc:   Katherine Warburton, DO, Chief Psychiatrist, DSH
      Nereyda Rivera, UAPD

# Exhibit B

STATE OF CALIFORNIA – DEPARTMENT OF STATE HOSPITALS

EDMUND G. BROWN JR., GOVERNOR

**SALINAS VALLEY**
31625 Highway 101 – P.O. Box 1080
Soledad, CA 93960



Tuesday, February 12, 2013

**Name** Charles DaSilva,
Executive Director, Salinas Valley Psychiatric Program
**Address** 31625 Highway 101,
Soledad, CA 93960

Dear Executive Director DaSilva,

This letter will confirm our verbal communication to you during the psychiatry meeting today. We alerted you to the severe psychiatry staffing shortage in our letter of three weeks ago. Now, as you know, our psychiatry staffing shortage has devolved from serious to crisis level. With three more psychiatrists leaving in the near future we must take urgent action. After extensive discussion and consideration, the psychiatry staff at SVPP have unanimously determined that we cannot safely manage more than 40 patients per psychiatrist. We will not abandon additional patients beyond this limit, but can provide only emergency psychiatry services for such additional patients.

Thank you.

Sincerely,

Joel Badeaux, MD

John Brim, MD

Minhas Kapadia, MD

Muhammad Saleem, MD

Ariel Troncoso, MD

Lei Wei, DO

Indu Aramandla, MD

Mary Stoller, MD

cc: Katherine Warburton, DO, Chief Psychiatrist, DSH
Nereyda Rivera, UAPD