IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.           ORDER

_____/

        On February 25, 2013, the parties filed a Joint Statement Re Discovery Dispute (Joint Statement). The dispute tendered for resolution centers on plaintiffs' request to take an eleventh deposition in these proceedings in connection with defendants' motion to terminate this action. See Fed. R. Civ. P. 30(a)(2)(A)(I). On February 22, 2013, plaintiffs served counsel for defendants with a notice setting for March 1, 2013 the deposition of Dr. John Brim, who works as a contract psychiatrist three days a week for defendant Department of State Hospitals (DSH). Defendants object to the deposition as "inappropriate" and on the grounds that plaintiffs have not provided reasonable notice of the deposition and the deposition exceeds the ten permitted each party as of right without leave of court.

/////

/////

1   After reading the papers, and good cause appearing, IT IS HEREBY ORDERED
2   that plaintiffs' request to take the deposition of Dr. John Brim on March 1, 2013 is granted.
3   DATED: February 26, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

12
termination.disc2