```
1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   WARREN GEORGE #53588
3  1917 Fifth Street
   Berkeley, CA  94710
4  Telephone: (510) 280-2621
   Facsimile: (510) 280-2704
5  wgeorge@prisonlaw.com
```

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs <br><br> v. <br><br> EDMUND G. BROWN, Jr., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **NOTICE OF APPEARANCE** |

Warren E. George hereby gives notice ths he is appearing as co-counsel of record on behalf of Plaintiffs in the above-captioned matter, and hereby requests to be added to the court's service list.

///

///

NOTICE OF APPEARANCE
CASE *No. Civ S 90-0520 LKK-JFM*          1

1 | Dated this 27th day of February, 2013.

PRISON LAW OFFICE

By /s/ Warren E. George