PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
WARREN GEORGE #53588
1917 Fifth Street
Berkeley, CA  94710
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
wgeorge@prisonlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs <br><br> v. <br><br> EDMUND G. BROWN, Jr., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **AMENDED** <br> **NOTICE OF APPEARANCE** |

Warren E. George hereby gives notice ths he is appearing as co-counsel of record on behalf of Plaintiffs in the above-captioned matter, and hereby requests to be added to the court's service list.

///

///

NOTICE OF APPEARANCE
CASE *No. Civ S 90-0520 LKK-JFM*          1

1 | Dated this 27th day of February, 2013.

3 | PRISON LAW OFFICE

6 | By /s/ Warren E. George