DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF RANJINI ACHARYA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF RULE VIOLATION REPORT AND USE OF FORCE MATERIALS** |

[747247-4]

I, Ranjini Acharya, declare:

1. I am an attorney licensed to practice law before all courts in the State of New South Wales, Australia; the Federal Court of Australia and the High Court of Australia. I am currently an applicant for admission to the State Bar of California. I am employed by K&L Gates, LLP in its Palo Alto, California office and have been assisting the attorneys of record for the Plaintiff Class. I make this declaration in support of Plaintiffs' Motion to Compel Production of Rule Violation Report (RVR) and Use of Force (UOF) Documents and Videos.

2. I attended Plaintiffs' expert tour of Kern Valley State Prison (KVSP) on February 20, 2013, with Linda Usoz, a partner from K&L Gates' Palo Alto office and an attorney of record for the Plaintiff Class. While on that tour, there were a number of requests made for additional information to be provided, since many documents that had previously been requested, were missing or incomplete.

3. During the tour, we were provided with a selection of RVR packets; Plaintiffs' expert Eldon Vail was permitted to review only nine RVR packets during the tour. Defendants provided Mr. Vail only four Use of Force packets to review. We were shown only two video interviews relating to inmate allegations of excessive Use of Force. Defendants denied our request for copies of additional RVR and Use of Force materials while we were at the institution, were not allowed to take copies of Use of Force videos with us, and have not been provided with any requested materials since the tour.

4. At approximately 4:30 p.m. during the KVSP tour, after our interview with an inmate had finished, we asked to speak with another inmate we had previously identified to KVSP staff. However, we were informed that the whole prison was in lockdown for count and that no inmates could be moved at that time. We informed Defendants' counsel that we were willing to wait until count was over, but we were informed that this would take us past 5:00 p.m. We were told that we could not stay to speak to the other inmate, nor to review any additional materials, and our tour was involuntarily concluded at approximately 4:50 p.m.

[747247-4]

1

DECLARATION OF RANJINI ACHARYA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF RULE VIOLATION REPORT AND USE OF FORCE MATERIALS

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct and that this declaration is executed in San Francisco,
3  California on February 28, 2013.

*[signature]*
Ranjini Acharya