KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 322-5205
 E-mail: William.Downer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF SABRINA JOHNSON** |

I, Sabrina Johnson, declare:

1. I am an Associate Warden for healthcare services at California State Prison, Corcoran (Corcoran State Prison).

2. Plaintiffs requested to conduct an inspection with their experts at Corcoran State Prison on February 19, 2013 from 8:00 a.m. to 5 p.m.

3. In their notice of inspection, Plaintiffs requested that Corcoran State Prison make certain materials available for inspection, including:

/ / /

1

- Schedule of Rule Violation Report (RVR) hearings at the institution for the date of the tour;
- Logs of RVR and 115 MH RVR mental health assessment requests (for review of sample)
- Logs of outcomes from RVRs where a mental health assessment was requested (for review of sample)
- Full packets of RVRs involving Coleman Class Members (for review of sample)
- Local operating procedures and training materials on RVR mental health assessment procedures
- Institutional Reports and monthly data on RVRs, with breakdown by CCCMS, EOP, MHCV, and non-MHSDS prisoners; and
- Local Operating Procedures for the Security Housing Unit (SHU) (CSP-Corcoran ONLY).
- Logs of Use of Force and Non-Use of Force Incidents (for review of sample)
- Institutional Reports on Use of Force, with breakdown by CCCMS, EOP, MHCB, and non-MHSDS prisoners;
- Use of Force Reports, including videos, involving Institution Review Process (for review of sample);
- OIG Use of Force Reports; and
- Local Operating Procedures and training materials on cuffing shackling, treatment modules, or holding cells.

4. I was in charge of ensuring that the materials requested were available for inspection in the manner that they are ordinarily kept in the regular cause of business on the day of the inspection. I was also in charge of facilitating plaintiffs' access to these documents, and copying of responsive materials if Plaintiffs made any requests for such documents during their review.

5. Under my coordination and supervision Corcoran State Prison made all responsive materials available for inspection by Plaintiffs to the extent that such materials existed, and in the

2

1  manner they are kept in the ordinary course of Corcoran State Prison's regularly conducted
2  custodial activities.
3      6. In addition, Corcoran State Prison made all necessary staffing and other resources,
4  including paper and copying capability, available for facilitating Plaintiffs' inspection of the
5  materials they requested.
6      I declare that the foregoing is true and correct. Executed in Kings County, California, on
7  February 28, 2013.

*[signature: Sabrina Johnson, AW]*

Sabrina Johnson, Associate Warden

CF1997CS0003

3

Declaration in Support of Joint Discovery Dispute Statement. (2:90-cv-00520 LKK JFM PC)