**EXHIBIT A**



315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Aaron J. Fischer
Email:  afischer@rbgg.com

January 23, 2013

VIA E-MAIL

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
Debbie.Vorous@doj.ca.gov

Heather McCray
Attorney
CDCR Office of Legal Affairs
Heather.McCray@cdcr.ca.gov

Re:   *Coleman v. Brown*, Gate Clearance and Tour Planning re:  January 2013 Expert Site Inspections
      Our File No. 489-14

Dear Ms. Vorous and Ms. McCray:

We are providing you gate clearance information for the attorneys and experts who will be conducting prison inspections concerning Defendants' motion for termination.  Our expert, Pablo Stewart will be touring SVSP, CSP-SAC, CSP-LAC on the dates indicated below.  The attorneys listed below will be accompanying Dr. Stewart on his tours.

| | |
|---|---|
| **Monday, January 28, 2013, starting at 8 a.m.** | **Salinas Valley State Prison**, Soledad, CA |
| | Attorneys:  Ernest Galvan, Thomas Nolan |
| **Tuesday, January 29, 2013, starting at 8:30 a.m.** | **CSP-Sacramento**, Folsom, CA |
| | Attorneys:  Michael Bien, Thomas Nolan, Margot Mendelson, Megan Cesare-Eastman |
| **Thursday, January 31, 2013, starting at noon** | **CSP-Los Angeles County,** Lancaster, CA |
| | Attorney:  Thomas Nolan |
| **Friday, February 1, 2013, starting at 8:30 a.m.** | **CSP-Los Angeles County,** Lancaster, CA |
| | Attorney:  Thomas Nolan |

[716738-2]

Debbie J. Vorous
Heather McCray
January 23, 2013
Page 2

      As noted in our First Request for Inspection (enclosed), "plaintiffs' experts request an interview with the prison's Warden, Associate Warden for Health Care and the prison's highest ranking medical and mental health officers, including, when applicable, the Mental Health Program Manager, Chief Psychiatrist, and Chief Psychologist, preferably at the beginning of the inspection." At Salinas Valley State Prison, Plaintiffs request that this meeting include the highest ranking mental health officer for the DSH units at the prison. Plaintiffs' counsel anticipates that the initial interviews with staff will take approximately 30-60 minutes. It is very important that this meeting take place at the beginning of the inspection. Please let us know as soon as possible if this is a problem at any of the institutions that will be toured.

      As also noted in our First Request for Inspection, Dr. Stewart will confer with CDCR staff during the tour.

      We anticipate that, during the tours, Dr. Stewart will speak to some *Coleman* class members privately, in confidential locations in the housing units whenever possible and otherwise confidentially near class members' housing locations. Such meetings will be part of tours of relevant units, including EOP GP units, EOP ASUs, EOP SNY units, PSUs, MHCB units, OHUs, unlicensed MHCBs, and DSH units. At Salinas Valley State Prison, Dr. Stewart intends to include the DSH units as part of Plaintiffs' tour.

      If there are class members that Dr. Stewart has identified for interviews prior to a tour, we will let you know the names and CDCR numbers of those individuals in a subsequent letter, so that their confidential interviews can be arranged in advance. Other class members to be interviewed may be identified in the course of the tours.

      We reiterate our request in Plaintiffs' January 17, 2013 letter that we be provided, prior to the tour, the following information: (1) a list of all class members currently housed in an MHCB (including date of placement), (2) a list of all EOP prisoners currently housed in an ASU (including date of placement); (3) a list of all CCCMS prisoners currently housed in an ASU (including date of placement); (4) a list of all class members at the institution awaiting a higher level of care placement or transfer to a higher level of care program (*i.e.*, EOP, EOP-SNY, EOP ASU Hub, MHCB, PSU, DSH-acute or ICF); (5) a list of overflow and alternative mental health housing locations at the institution; (6) a list of all class members currently housed in an overflow or alternative mental health housing location (*i.e.*, alternative housing log); (7) a list of all segregated housing units (ASU, SHU, PSU) including overflow units; and (8) a schedule of IDTT and other mental health treatment activities for the date(s) of the tour. Such information will help to maximize efficiency and to reduce the burden on staff on the day(s) of each

[716738-2]

Debbie J. Vorous
Heather McCray
January 23, 2013
Page 3

tour.  <u>Please confirm as soon as possible whether and when Defendants will provide this information</u>.

      Dr. Stewart will also review class member records during the tour.  As Plaintiffs stated in their January 17, 2013 letter, if Defendants agree to permit Dr. Stewart to view the electronic UHRs (eUHRs) of class members remotely, that will reduce the complexity of the tour and tour planning.  Dr. Stewart will still require brief access to some central files or other class member records (for example, if there are paper MHCB records kept in the unit) during the tour, but if Defendants agree to allow eUHR access at a remote location, most of his record reviews can then be completed after the tours and without burdening staff at the institution.  This will also reduce the need for potentially large requests for production of medical and mental health records associated with the tour.

      <u>Please also confirm that you will have staff available during the tour to take photographs at the direction of the expert</u>.  During past tours, CDCR has had its own photographer and a camera available on the tours to take the photographs.  Please confirm the details of this procedure for the upcoming tours and let us know as soon as possible if we need to bring some sort of storage media for the photographs and what type of storage media, or if you wish for us to bring our own camera.

      The gate clearance information for our attorneys and expert is as follows:

*<u>Attorneys</u>*:

**Name:**  Michael W. Bien
**California Bar No.:**  096891
**CA Driver's License No.:**  REDACTED
**Date of Birth:**  REDACTED

**Name:**  Ernest Galvan
**California Bar No.:**  196065
**CA Driver's License No.:**  REDACTED
**Date of Birth:**  REDACTED

**Name:**  Thomas Nolan
**California Bar No.:**  169692
**CA Driver's License No.:**  REDACTED
**Date of Birth:**  REDACTED

Debbie J. Vorous
Heather McCray
January 23, 2013
Page 4

    **Name:**  Margot Mendelson
    **California Bar No.:**  268583
    **CA Driver's License No.:**  REDACTED
    **Date of Birth:**  REDACTED

    **Name:**  Megan Cesare-Eastman
    **California Bar No.:**  253845
    **CA Driver's License No.:**  REDACTED
    **Date of Birth:**  REDACTED

    *Expert*:

    **Name:**  Pablo Stewart
    **SSN:**  REDACTED
    **Driver's License No.:**  REDACTED
    **Date of Birth:**  REDACTED

    Thank you for your attention to this matter, and feel free to contact me if any questions arise. We understand that the lack of Defendants' response to Plaintiffs' January 17, 2013 letter regarding tour procedures indicates agreement as to all procedures outlined in the First Request for Inspection and confirmed in the January 17 letter and above.

                                                Sincerely,

                                                ROSEN BIEN
                                                GALVAN & GRUNFELD LLP

                                                */s/ Aaron J. Fischer*

                                    By:  Aaron J. Fischer

TN:AJF:amc
Enclosure:   Plaintiffs' First Request for Inspections
cc:       Michael Stone (via email)



315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Aaron J. Fischer
Email: afischer@rbgg.com

February 4, 2013

VIA E-MAIL

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
Debbie.Vorous@doj.ca.gov

Heather McCray
Attorney
CDCR Office of Legal Affairs

Heather.McCray@cdcr.ca.gov

Re: *Coleman v. Brown,* Gate Clearance and Tour Planning re: CCWF, CIM & RJD Expert Site Inspections

Our File No. 0489-3

Dear Ms. Vorous and Ms. McCray:

We are providing you gate clearance information for the attorneys and experts who will be conducting prison inspections at Central California Women's Facility (CCWF), California Institution for Men (CIM), and RJ Donovan (RJD). Our experts, Dr. Craig Haney, Dr. Ed Kaufman and Dr. Pablo Stewart, will be touring the prisons referenced below and as indicated by the dates. The attorneys listed below will be accompanying our experts on their tours as follows:

**Friday, February 8, 2013, starting at 8 a.m.**    **Central California Women's Facility,** Chowchilla, CA

Expert: Ed Kaufman
Attorneys: Mike Bien, Margot Mendelson

**Tuesday, February 12, 2013, starting at 8 a.m.**    **California Institution for Men**, Chino, CA

Experts: Ed Kaufman, Craig Haney
Attorneys: Michael Bien, Aaron Fischer, Margot Mendelson

[722099-2]

Debbie J. Vorous
Heather McCray
February 4, 2013
Page 2


| **Tuesday, February 12, 2013, starting at 8 a.m.** | **RJ Donovan,** San Diego, CA |
|---|---|
| | Expert: Pablo Stewart |
| | Attorney: Thomas Nolan, Krista Stone-Manista |

      As noted in our First Request for Inspection (enclosed), "plaintiffs' experts request an interview with the prison's Warden, Associate Warden for Health Care and the prison's highest ranking medical and mental health officers, including, when applicable, the Mental Health Program Manager, Chief Psychiatrist, and Chief Psychologist, preferably at the beginning of the inspection."   Plaintiffs' counsel anticipates that the initial interviews with staff will take approximately 30-60 minutes. It is very important that this meeting take place at the beginning of the inspection. Please let us know as soon as possible if this is a problem at any of the institutions that will be toured.

      As also noted in our First Request for Inspection, our experts will confer with CDCR staff during the tour.

      We anticipate that, during the tours, our experts will speak to some *Coleman* class members privately, in confidential locations in the housing units whenever possible and otherwise confidentially near class members' housing locations. Such meetings will be part of tours of relevant units, including EOP GP units, EOP ASUs, EOP SNY units, PSUs, MHCB units, OHUs, and unlicensed MHCBs.

      If there are class members that our experts have identified for interviews prior to a tour, we will let you know the names and CDCR numbers of those individuals in a subsequent letter, so that their confidential interviews can be arranged in advance. Other class members to be interviewed may be identified in the course of the tours.

      As counsel have previously discussed, please provide the following information prior to the tour: (1) a list of all class members currently housed in an MHCB (including date of placement), (2) a list of all EOP prisoners currently housed in an ASU (including date of placement); (3) a list of all CCCMS prisoners currently housed in an ASU (including date of placement); (4) a list of all class members at the institution referred for and awaiting a higher level of care placement or transfer to a higher level of care program (i.e., EOP, EOP-SNY, EOP ASU Hub, MHCB, PSU, DSH-acute or ICF), the location where they are currently housed, and the date the referral was made; (5) a list of overflow and alternative mental health housing locations at the institution; (6) a list of all class

[722099-2]

Debbie J. Vorous
Heather McCray
February 4, 2013
Page 3

members currently housed in an overflow or alternative mental health housing location (*i.e.*, alternative housing log); (7) a list (with locations) of all segregated housing units (ASU, SHU, PSU) including overflow units; and (8) a schedule of IDTT and other mental health treatment activities for the date(s) of the tour.  Such information will help to maximize efficiency and to reduce the burden on staff on the day(s) of each tour. Please confirm as soon as possible whether and when Defendants will provide this information.

Our experts will also review class member records during the tour.  If Defendants agree to permit Plaintiffs to review the electronic UHRs (eUHRs) of class members remotely, that will reduce the complexity of the tour and tour planning.  Our experts will still require brief access to some central files or other class member records (for example, if there are paper MHCB records kept in the unit) during the tour, but if Defendants agree to allow eUHR access at a remote location, most of their record reviews can then be completed after the tours and without burdening staff at the institution.  This will also reduce the need for potentially large requests for production of medical and mental health records associated with the tour.

<u>Please confirm that you will have staff available during the tour to take photographs at the direction of the expert</u>.  As agreed by counsel, Plaintiffs will bring the following types of memory cards to be used for taking photographs, and Defendants will provide the camera.

| **Institution** | **Memory Card** |
|---|---|
| CCWF | Secure Digital Memory Card |
| CIM | Secure Digital Memory Card |
| RJD | Sony Memory Stick |

The gate clearance information for our experts and attorneys is as follows:

> *Experts:*
>
> **Name:** Pablo Stewart
> **SSN:** REDACTED
> **Driver's License No.:** REDACTED
> **Date of Birth:** REDACTED

[722099-2]

Debbie J. Vorous
Heather McCray
February 4, 2013
Page 4

**Name:** Craig William Haney
**SSN:** REDACTED
**CA Driver's License No.:** REDACTED
**Date of Birth:** REDACTED

**Name:** Edward Kaufman
**SSN:** REDACTED
**CA Driver's License No.:** REDACTED
**Date of Birth:** REDACTED

<u>*Attorneys*</u>:

**Name:** Michael W. Bien
**California Bar No.:** 096891
**CA Driver's License No.:** REDACTED
**Date of Birth:** REDACTED

**Name:** Margot Mendelson
**California Bar No.:** 268583
**CA Driver's License No.:** REDACTED
**Date of Birth:** REDACTED

**Name:** Thomas Nolan
**California Bar No.:** 169692
**CA Driver's License No.:** REDACTED
**Date of Birth:** REDACTED

**Name**: Krista Stone-Manista
**California Bar No.:** 269083
**CA Driver's License No.**: REDACTED
**Date of Birth**: REDACTED

**Name:** Aaron Joseph Fischer
**California Bar No.:** 247391
**Date of Birth:** REDACTED
**CA Driver's License No.:** REDACTED

Debbie J. Vorous
Heather McCray
February 4, 2013
Page 5

**REDACTED**

    Thank you for your attention to this matter, and feel free to contact me if any questions arise.

                Sincerely,

                ROSEN BIEN
                GALVAN & GRUNFELD LLP

                */s/ Aaron J. Fischer*

                By:   Aaron J. Fischer

AJF:
Encl.: Plaintiffs' First Request for Inspections, **REDACTED**
cc:    Michael Stone (via email)

[722099-2]



315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Aaron J. Fischer
Email: afischer@rbgg.com

February 12, 2013

VIA E-MAIL

Debbie J. Vorous
Deputy Attorney General
State of California
Department of Justice
Debbie.Vorous@doj.ca.gov

Heather McCray
Attorney
CDCR Office of Legal Affairs

Heather.McCray@cdcr.ca.gov

Re: *Coleman v. Brown,* Gate Clearance and Tour Planning re: COR, KVSP, LAC Expert Site Inspections

Our File No. 0489-3

Dear Ms. Vorous and Ms. McCray:

We are providing you gate clearance information for the attorneys and experts who will be conducting prison inspections at CSP-Corcoran (COR), Kern Valley State Prison (KVSP), and CSP-Lancaster (LAC). Our experts, Dr. Craig Haney, Dr. Ed Kaufman and Eldon Vail, will be touring one or more of the prisons referenced below. The attorneys listed below will be accompanying our experts on their tours. Participants on the tours are as follows:

**Tuesday, February 19, 2013, starting at 8 a.m.**

**CSP-Corcoran,** Corcoran, CA

Experts: Ed Kaufman, Craig Haney, Eldon Vail
Attorneys: Steve Fama, Margot Mendelson, Jeff Bornstein, Linda Usoz, Ranjini Acharya, Megan Cesare-Eastman

**Wednesday, February 20, 2013, starting at 8 a.m.**

**Kern Valley State Prison**, Delano, CA

Expert: Eldon Vail
Attorneys: Ranjini Acharya, Linda Usoz

[727168-2]

Debbie J. Vorous
Heather McCray
February 12, 2013
Page 2

| | |
|---|---|
| **Friday, February 22, 2013,** **starting at 8 a.m.** | **CSP-Lancaster,** Lancaster, CA |
| | Expert: Eldon Vail |
| | Attorneys: Jeff Bornstein, Megan Cesare-Eastman |

     As noted in our Second Request for Inspection (enclosed), "plaintiffs' experts request an interview with the prison's Warden, Associate Warden for Health Care and the prison's highest ranking medical and mental health officers, including, when applicable, the Mental Health Program Manager, Chief Psychiatrist, and Chief Psychologist, preferably at the beginning of the inspection."  Plaintiffs' counsel anticipates that the initial interviews with staff will take approximately 30-60 minutes. It is very important that this meeting take place at the beginning of the inspection.  Please let us know as soon as possible if this is a problem at any of the institutions that will be toured.

     As also noted in our Second Request for Inspection, our experts will confer with CDCR staff during the tour.  At all three institutions (COR, KVSP, LAC), Plaintiffs' counsel and plaintiffs' experts may review documents and activities relating to disciplinary (RVR) proceedings, including for class members, may observe RVR hearings and related proceedings, and may confer with RVR Hearing Officers and RVR Coordinators.

     During the tours, our experts will speak to some *Coleman* class members privately, in confidential locations in the housing units whenever possible and otherwise *confidentially* near class members' housing locations. Such meetings will be part of tours of relevant units, including but not limited to CCCMS GP units, CCCMS ASUs, CCCMS SNY units, EOP GP units, EOP ASUs, EOP SNY units, SHUs, PSUs, MHCB units, OHUs, and unlicensed MHCBs.

     If there are class members that our experts have identified for interviews prior to a tour, we will let you know the names and CDCR numbers of those individuals in a subsequent letter, so that their confidential interviews can be arranged in advance.  Other class members to be interviewed confidentially may be identified in the course of the tours.

     As counsel have previously discussed, please provide the following information prior to the tour: (1) a list of all class members currently housed in an MHCB, with housing location (including date of placement); (2) a list of all EOP prisoners currently housed in an ASU, with housing location (including date of placement); (3) a list of all

[727168-2]

Debbie J. Vorous
Heather McCray
February 12, 2013
Page 3

CCCMS prisoners currently housed in an ASU, with housing location (including date of placement); (4) a list of all class members at the institution referred for and awaiting a higher level of care placement or transfer to a higher level of care program (i.e., EOP, EOP-SNY, EOP ASU Hub, MHCB, PSU, DSH-acute or ICF), the location where they are currently housed, and the date the referral was made; (5) a list of overflow and alternative mental health housing locations at the institution; (6) a list of all class members currently housed in an overflow or alternative mental health housing location (*i.e.*, alternative housing log); (7) a list (with locations) of all segregated housing units (ASU, SHU, PSU) including overflow units; and (8) a schedule of IDTT and other mental health treatment activities for the date(s) of the tour.

Please also provide the following information (covering the period from July 1, 2012 to the present) prior to the tour: (1) a schedule of RVR hearings at the institution for the date(s) of the tour; (2) logs of RVR and 115-MH RVR mental health assessment requests (for review of sample); (3) logs of outcomes from RVRs where a mental health assessment was requested (for review of sample); (4) full packets of RVRs involving class members (for review of sample); (5) Local Operating Procedures and Training Materials on RVR mental health assessment procedures; (6) Institutional Reports and monthly data on Rule Violation Reports (RVRs), with breakdown by CCCMS, EOP, MHCB, and non-MHSDS prisoners; and (7) Local Operating Procedures for the Security Housing Unit (SHU) (COR only).

This information will help to maximize efficiency and to reduce the burden on staff on the day(s) of each tour.  Please confirm as soon as possible whether and when Defendants will provide this information.

Our experts will also review class member records during the tour, including central files and eUHRs.  This will also reduce the need for potentially large requests for production of medical and mental health records associated with the tour.

Finally, <u>please confirm that you will have staff and camera(s) available during the tour to take photographs at the direction of each expert</u>.  As agreed by counsel, Plaintiffs will bring the following types of memory cards to be used for taking photographs (per memory card-type information provided by Defendants' counsel), and Defendants will provide the camera.  ***Please note that, because there will be three (3) experts on the COR inspection tour, each expert will have a memory card; the institution will need to provide three (3) cameras for use by each respective expert. .***

Debbie J. Vorous
Heather McCray
February 12, 2013
Page 4


| **Institution** | **Memory Card** |
|---|---|
| COR (3 cameras required) | Secure Digital Memory Card (3) |
| KVSP | Secure Digital Memory Card |
| LAC | Secure Digital Memory Card |

*Please also note that the three (3) experts on the COR inspection tour may tour different parts of the institution (and thus will likely not remain together all day).*

The gate clearance information for our experts and attorneys is as follows:

<u>*Experts*</u>:

**Name:** Eldon Vail
**SSN:** REDACTED
**Driver's License No.:** REDACTED
**Date of Birth:** REDACTED

**Name:** Craig William Haney
**SSN**: REDACTED
**CA Driver's License No.:** REDACTED
**Date of Birth:** REDACTED

**Name:** Edward Kaufman
**SSN:** 1REDACTED
**CA Driver's License No.:** REDACTED
**Date of Birth**: REDACTED

<u>*Attorneys*</u>:

**Name:** Steve Fama
**California Bar No.:** 99641
**CA Driver's License No.:** REDACTED
**Date of Birth:** REDACTED

**Name:** Margot Mendelson
**California Bar No.:** 268583
**CA Driver's License No.:** REDACTED

Debbie J. Vorous
Heather McCray
February 12, 2013
Page 5

      **Date of Birth:**  August 6, 1981

      **Name:** Megan Cesare-Eastman
      **California Bar No.:** 253845
      **CA Driver's License No.:** REDACTED
      **Date of Birth:** REDACTED

      **Name:** Jeffrey Bornstein
      **California Bar No.:** 99358
      **CA Driver's License No.:** REDACTED
      **Date of Birth:** REDACTED

      **Name:** Linda Usoz
      **California Bar No.:** 133749
      **CA Driver's License No.:** REDACTED
      **Date of Birth:** REDACTED

      **Name:** Ranjini Acharya
      **Social Security #:** REDACTED
      **CA Driver's License:** REDACTED
      **Date of Birth:** REDACTED

      Thank you for your attention to this matter, and feel free to contact me if any questions arise.

                                                  Sincerely,

                                                  ROSEN BIEN
                                                  GALVAN & GRUNFELD LLP

                                                  */s/ Aaron J. Fischer*

                                   By:   Aaron J. Fischer

AJF:djt
Encl.: Plaintiffs' Second Request for Inspections
cc:    Michael Stone (via email)

[727168-2]



315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Krista Stone-Manista
Email: kstone-manista@rbgg.com

February 20, 2013

VIA E-MAIL

Debbie J. Vorous                     Heather McCray
Deputy Attorney General              Attorney
State of California                  CDCR Office of Legal Affairs
Department of Justice
Debbie.Vorous@doj.ca.gov             Heather.McCray@cdcr.ca.gov

    Re:    *Coleman v. Brown,* Gate Clearance and Tour Planning re: SQ Expert Site Inspection

        Our File No. 0489-3

Dear Ms. Vorous and Ms. McCray:

    We are providing you gate clearance information for the attorneys and experts who will be conducting a prison inspection at San Quentin State Prison (SQ). Participants on the tour are as follows:

**Tuesday, February 26, 2013, starting at 8 a.m.**    **San Quentin State Prison**, San Quentin, CA

Experts: Jeanne Woodford, Pablo Stewart
Attorneys: Krista Stone-Manista, Tom Nolan

    As noted in our Second Request for Inspection (enclosed), "plaintiffs' experts request an interview with the prison's Warden, Associate Warden for Health Care and the prison's highest ranking medical and mental health officers, including, when applicable, the Mental Health Program Manager, Chief Psychiatrist, and Chief Psychologist, preferably at the beginning of the inspection." Plaintiffs' counsel anticipates that the initial interviews with staff will take approximately 30-60 minutes. It is very important that this meeting take place at the beginning of the inspection. Please let us know as soon as possible if this is a problem at any of the institutions that will be toured.

734040-1

Debbie J. Vorous
Heather McCray
February 20, 2013
Page 2

      As also noted in our Second Request for Inspection, our experts will confer with CDCR staff during the tour. At San Quentin State Prison, Plaintiffs' counsel and plaintiffs' experts may review documents and activities relating to disciplinary (RVR) proceedings, including for class members, may observe RVR hearings and related proceedings, and may confer with RVR Hearing Officers and RVR Coordinators.

      During the tour, our experts will speak to some *Coleman* class members privately, in confidential locations in the housing units whenever possible, and otherwise *confidentially* near class members' housing locations. Such meetings will be part of tour of relevant units, including but not limited to CCCMS GP units, CCCMS ASUs, CCCMS SNY units, EOP GP units, EOP ASUs, EOP SNY units, SHUs, PSUs, MHCB units, OHUs, and unlicensed MHCBs.

      If there are class members that our experts have identified for interviews prior to a tour, we will let you know the names and CDCR numbers of those individuals in a subsequent letter, so that their confidential interviews can be arranged in advance. Other class members to be interviewed confidentially may be identified in the course of the tour.

      As counsel have previously discussed, please provide the following information for each institution prior to the date of the scheduled tour: (1) a list of all class members currently housed in an MHCB, with housing location (including date of placement); (2) a list of all EOP prisoners currently housed in an ASU, with housing location (including date of placement); (3) a list of all CCCMS prisoners currently housed in an ASU, with housing location (including date of placement); (4) a list of all class members at the institution referred for and awaiting a higher level of care placement or transfer to a higher level of care program (i.e., EOP, EOP-SNY, EOP ASU Hub, MHCB, PSU, DSH-acute or ICF), the location where they are currently housed, and the date the referral was made; (5) a list of overflow and alternative mental health housing locations at the institution; (6) a list of all class members currently housed in an overflow or alternative mental health housing location (i.e., alternative housing log); (7) a list (with locations) of all segregated housing units (ASU, SHU, PSU) including overflow units; and (8) a schedule of IDTT and other mental health treatment activities for the date(s) of the tour.

      Please also provide the following information (covering the period from July 1, 2012 to the present) prior to the San Quentin State Prison tour: (1) a schedule of RVR hearings at the institution for the date(s) of the tour; (2) logs of RVR and 115-MH RVR mental health assessment requests (for review of sample) <u>for condemned prisoners only</u>; (3) logs of outcomes from RVRs where a mental health assessment was requested <u>for</u>

Debbie J. Vorous
Heather McCray
February 20, 2013
Page 3


condemned prisoners only (for review of sample); (4) full packets of RVRs involving class members for condemned prisoners only (for review of sample); (5) Local Operating Procedures and Training Materials on RVR mental health assessment procedures; (6) Institutional Reports and monthly data on Rule Violation Reports (RVRs), with breakdown by CCCMS, EOP, MHCB, and non-MHSDS prisoners; (7) any Local Operating Procedures specific to the condemned population; and (8) any Local Operating Procedures related to the "Specialized Care for the Condemned" mental health program.

This information will help to maximize efficiency and to reduce the burden on staff on the day(s) of each tour. Please confirm as soon as possible whether and when Defendants will provide this information.

Our experts will also review class member records during the tour, including central files and eUHRs. This will also reduce the need for potentially large requests for production of medical and mental health records associated with the tour.

Finally, please confirm that you will have staff and camera(s) available during the tour to take photographs at the direction of each expert. As agreed by counsel, Plaintiffs will bring the following types of memory cards to be used for taking photographs (per memory card-type information provided by Defendants' counsel), and Defendants will provide the camera. *Please note that, because there will be two (2) experts on the SQ inspection tour, each expert will have a memory card; the institution will need to provide two (2) cameras for use by each respective expert.*

| **Institution** | **Memory Card** |
|---|---|
| SQ (2 cameras required) | Secure Digital Memory Card (2) |

*Please also note that the two (2) experts on the SQ inspection tour may tour different parts of the institution (and thus will likely not remain together all day).*

The gate clearance information for our experts and attorneys is as follows:

*Experts*:

**Name**: Pablo Stewart
**SSN**: REDACTED
**Driver's License No.**: REDACTED
**Date of Birth**: REDACTED

734040-1

Debbie J. Vorous
Heather McCray
February 20, 2013
Page 4

    **Name**: Jeanne Woodford
    **SSN:** REDACTED
    **CA Driver's License No.:** REDACTED
    **Date of Birth:** REDACTED

    <u>*Attorneys*</u>

    **Name:** Krista Stone-Manista
    **California Bar No.:** 269083
    **CA Driver's License No.:** REDACTED
    **Date of Birth**: REDACTED

    **Name:** Thomas Nolan
    **California Bar No.:** 169692
    **CA Driver's License No.:** REDACTED
    **Date of Birth:** REDACTED

Thank you for your attention to this matter, and feel free to contact me if any questions arise.

    Sincerely,

    ROSEN BIEN
    GALVAN & GRUNFELD LLP

    */s/ Krista Stone-Manista*

    By:   Krista Stone-Manista

KSM:djt
Encl.: Plaintiffs' Second Request for Inspection
cc:    Michael Stone (via email)

734040-1