KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF JAY C. RUSSELL IN SUPPORT OF MOTION TO COMPEL ATTENDANCE AT DEPOSITIONS** |

I, Jay C. Russell, declare:

1. I am a Supervising Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants in this matter. I am competent to testify to the matters in this declaration, and if called upon to do so, could and would so testify. I submit this declaration in support of Defendants' motion to compel Plaintiffs' expert witnesses to attend their duly noticed depositions

2. On February 15, 2013, our offices served Plaintiffs with notices of depositions for Plaintiff's expert witnesses, namely, Pablo Stewart, Craig Haney, Ed Kaufman, and Eldon Vail. True and correct copies of these Notices of Deposition are attached as Exhibit 1. Defendants have sinced learned that Plaintiffs have an additional expert, Jeanne Woodford. Defendants

1

served a Notice of Deposition for Ms. Woodford's deposition on March 1, 2013, a true and correct copy of which is attached as Exhibit 2.

    3.    Even before serving the initial notices of deposition, our office contacted Plaintiffs' counsel to meet and confer concerning dates for depositions that would fit into counsel's schedule but still result in a meaningful cross-examination. A true and correct copy of email correspondence from Debbie Vorous to Plaintiffs' counsel Michael Bien dated February 7, 2013 is attached as Exhibit 3. In response, Mr. Bien responded that Plaintiffs "decline [Defendants'] request to interfere with our March 15th filing by requiring us to produce draft expert reports on March 11 and our experts for deposition between March 11 and March 15." A true and correct copy of Michael Bien's email correspondence to Debbie Vorous dated February 10, 2013 is attached as Exhibit 4.

    4.    To protect their rights to cross-examine Plaintiffs' experts, Defendants then served their notices of deposition on February 15.

    5.    Hearing nothing further from Plaintiffs' counsel, I wrote to Mr. Bien on February 26, again asking that theses depositions be taken during the week of March 11 to allow for a meaningful cross-examination. A true and correct copy of my correspondence is attached as Exhibit 5. In response, Plaintiffs' counsel, Aaron Fischer, reiterated Mr. Bien's position, stating that taking Plaintiffs' experts' depositions on any date prior to March 15 "is unreasonable and simply unworkable." A true and correct copy of Mr. Fischer's February 26 email message is attached as Exhibit 6.

    6.    Plaintiffs' position has ensured that Defendants will be unable to cross-examine Plaintiffs' experts with sufficient time before Defendants are required to file their reply to Plaintiffs' opposition on March 22, 2013. Without Court intervention, Defendants will be denied their basic due-process right to probe the bases for the opinions with sufficient time to respond to Plaintiffs' arguments, most if not all of which will be based on these experts' opinions.

    I declare under penalty of perjury that the foregoing is true and correct. Signed on March 1, 2013 in San Francisco, California.

2

Decl. J. Russell Supp. Defs.' Mot. to Compel Attendance at Depositions  (2:90-cv-00520 LKK JFM PC)

| | |
|---|---|
| 1 | _/s/ Jay C. Russell_ |
| | Jay C. Russell |
| 2 | CF1997CS0003 |
| 3 | 20675502.doc |

3