# Exhibit 3

**Jay Russell**

| | |
|---|---|
| **From:** | Debbie Vorous |
| **Sent:** | Thursday, February 07, 2013 9:51 AM |
| **To:** | Michael W. Bien |
| **Cc:** | Coleman Team - RBG Only; Debbie Vorous; Jay Russell |
| **Subject:** | RE: Coleman Termination: Plaintiffs' Experts [IWOV-DMS.FID25914] |

Michael,

Defendants understand the intent of the Court's orders to be that all discovery close by March 1st. Although Defendants are not necessarily opposed to deposing Plaintiffs' experts during the week of March 15th, we believe that a court order is required before we can agree to dates past March 1st. Are Plaintiffs agreeable to such a stipulation? In addition, we would propose an agreement where Plaintiffs provide Defendants with draft reports from the experts who will provide testimony by March 11th with their depositions set between the 12th and 15th.

I also understand that Plaintiffs served our San Francisco office today with a deposition notice for Secretary Beard setting his deposition for February 27th. I previously conveyed to Aaron that Defendants would agree to proceed forward with Secretary Beard's deposition in *Coleman* on the condition that only one deposition occur. In other words, that this deposition would cover issues related to both the *Coleman* termination motion and the three-judge court proceeding and that it be limited to one day (or 7 hours). I do not recall ever receiving confirmation from Plaintiffs on the terms of his deposition. Assuming that Plaintiffs agree to the terms of his deposition, Secretary Beard is available for a deposition on February 27th. Defendants would also agree to make him available on March 5th, after the close of discovery.

Please let me know whether Plaintiffs are agreeable to a stipulation as described above. In addition, please confirm that Plaintiffs are agreeable to the terms of Secretary's Beard's deposition.

Thank you,

---

**From:** Michael W. Bien [mailto:MBien@rbgg.com]
**Sent:** Friday, February 01, 2013 1:29 PM
**To:** Debbie Vorous
**Cc:** Coleman Team - RBG Only
**Subject:** Coleman Termination: Plaintiffs' Experts [IWOV-DMS.FID25914]

Debbie

Plaintiffs' experts' depositions should be scheduled for the week of March 15. We will get back to you with specific dates. At this time, we have not made final decisions concerning the identity and number of witnesses who will provide expert testimony.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

1

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.