# Exhibit 4

# Jay Russell

| | |
|---|---|
| **From:** | Michael W. Bien <MBien@rbgg.com> |
| **Sent:** | Sunday, February 10, 2013 10:30 AM |
| **To:** | Debbie Vorous |
| **Cc:** | Coleman Team - RBG Only; Debbie Vorous; Jay Russell; Donald Specter; Alison Hardy |
| **Subject:** | RE: Coleman Termination: Plaintiffs' Experts and Jeff Beard [IWOV-DMS.FID25914] |

Debbie

Plaintiffs' experts and defendants request to take their depositions prior to March 15.

Defendants' decision to file a motion to terminate all relief in the Coleman case on January 7, 2013, without prior notice to the Court or plaintiffs' counsel, and after misrepresenting your intentions, and schedule, to the 3J Court, have imposed an extraordinary burden on the Court, the Special Master, plaintiffs' counsel and our potential expert witnesses. (I am writing this email on Sunday morning and my office is staffed with several attorneys and paralegals.)

Several of the consultants we have contacted to serve as experts have been unable to make themselves available on such short notice. The consultants that we have been able to retain are working very long hours, on top of their prior full schedules, to meet the March 15th deadline. At this point, we do not know which experts will be able to complete their work in time and which we will choose to include in our March 15th filing. There is no way that these experts can complete reports "in draft" by March 11 and make themselves available for depositions in the final four days before our filing is due. Nor can I spare any attorneys to prepare and defend those depositions.

Defendants and their experts have been working on their testimony and termination motion since the Fall of 2011. Even though your experts filed their reports on January 7, 2013, and even though we served you with discovery many weeks ago requiring the production of their foundational notes, drafts, etc., defendants failed to produce any of those materials from the experts themselves in Friday's production. This incomplete document production for an expert deposition scheduled to take place in less than a week is more evidence of the fundamental unfairness, imbalance and bad faith in this termination proceeding.

For all of these reasons, and others, we decline your request to interfere with our March 15th filing by requiring us to produce draft expert reports on March 11 and our experts for deposition between March 11 and March 15.

Jeff Beard Deposition

Don Specter is responsible for the deposition of Jeff Beard and you and he can make whatever arrangements that are agreeable.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)

1

(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Debbie Vorous [mailto:Debbie.Vorous@doj.ca.gov]
**Sent:** Thursday, February 07, 2013 9:51 AM
**To:** Michael W. Bien
**Cc:** Coleman Team - RBG Only; Debbie Vorous; Jay Russell
**Subject:** RE: Coleman Termination: Plaintiffs' Experts [IWOV-DMS.FID25914]

Michael,

Defendants understand the intent of the Court's orders to be that all discovery close by March 1st. Although Defendants are not necessarily opposed to deposing Plaintiffs' experts during the week of March 15th, we believe that a court order is required before we can agree to dates past March 1st. Are Plaintiffs agreeable to such a stipulation? In addition, we would propose an agreement where Plaintiffs provide Defendants with draft reports from the experts who will provide testimony by March 11th with their depositions set between the 12th and 15th.

I also understand that Plaintiffs served our San Francisco office today with a deposition notice for Secretary Beard setting his deposition for February 27th. I previously conveyed to Aaron that Defendants would agree to proceed forward with Secretary Beard's deposition in *Coleman* on the condition that only one deposition occur. In other words, that this deposition would cover issues related to both the *Coleman* termination motion and the three-judge court proceeding and that it be limited to one day (or 7 hours). I do not recall ever receiving confirmation from Plaintiffs on the terms of his deposition. Assuming that Plaintiffs agree to the terms of his deposition, Secretary Beard is available for a deposition on February 27th. Defendants would also agree to make him available on March 5th, after the close of discovery.

Please let me know whether Plaintiffs are agreeable to a stipulation as described above. In addition, please confirm that Plaintiffs are agreeable to the terms of Secretary's Beard's deposition.

Thank you,

---

**From:** Michael W. Bien [mailto:MBien@rbgg.com]
**Sent:** Friday, February 01, 2013 1:29 PM
**To:** Debbie Vorous
**Cc:** Coleman Team - RBG Only
**Subject:** Coleman Termination: Plaintiffs' Experts [IWOV-DMS.FID25914]

Debbie

Plaintiffs' experts' depositions should be scheduled for the week of March 15. We will get back to you with specific dates. At this time, we have not made final decisions concerning the identity and number of witnesses who will provide expert testimony.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP

2

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.