**Exhibit 5**

# Jay Russell

| | |
|---|---|
| **From:** | Jay Russell |
| **Sent:** | Tuesday, February 26, 2013 4:16 PM |
| **To:** | MBien@rbgg.com |
| **Cc:** | Debbie Vorous; Jonathan Wolff; Patrick McKinney; William Downer |
| **Subject:** | Coleman v. Brown - Expert Witness Depositions |
| **Attachments:** | AG Letter to M Bien - Expert Deposition Scheduling (W) |

Please see attached correspondence.

Jay C. Russell
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
415.703.5717
415.703.5843 Facsimile
jay.russell@doj.ca.gov

1

**KAMALA D. HARRIS**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5717
Facsimile: (415) 703-5843
E-Mail: Jay.Russell@doj.ca.gov

February 26, 2013

*Via Email*

Michael W. Bien, Esq.
Rosen Bien Galvan & Grunfeld, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

RE: *Coleman v. Brown, et al.*
U.S. District Court, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM PC

Dear Michael:

As you know, Defendants have noticed the depositions of Plaintiffs' expert witnesses. Although those depositions were noticed for March 1, 2013, we advised your office when serving the notices that the date was selected to preserve Defendants' rights to take these depositions. Defendants recognize that Plaintiffs' experts will not, by that date, have finalized their opinions to allow for a meaningful cross-examination, nor have their reports been produced in a reasonable time before their depositions. Accordingly, Defendants suggest that these depositions go forward on March 12 beginning at 9:00 a.m. and 1:00 p.m. Consistent with the arrangements made for Defendants' expert reports, we further ask that Plaintiffs' experts' draft reports be provided to our office on March 7.

If Plaintiffs are not amenable to this arrangement, please let me know so that we can discuss alternatives or otherwise bring the matter to Magistrate Judge Mould's attention.

If you have any questions, please contact me.

Sincerely,

JAY C. RUSSELL
Supervising Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General

CF1997CS0003
20674525.doc