**Exhibit 6**

# Jay Russell

**From:** Aaron Fischer <AFischer@rbgg.com>
**Sent:** Tuesday, February 26, 2013 5:31 PM
**To:** Jay Russell
**Cc:** Debbie Vorous; William Downer; Patrick McKinney; Coleman Team - RBG Only; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com) (Jeffrey.Bornstein@klgates.com)'
**Subject:** RE: Coleman v. Brown - Expert Witness Depositions [IWOV-DMS.FID25914]

Jay,

As Mike Bien explained in his email of Sunday, February 10, Plaintiffs' experts will not be made available for deposition prior to Plaintiffs' March 15 filing deadline. Such a proposal is unreasonable and simply unworkable. As Defendants appear to agree, it makes no sense for Plaintiffs' experts to sit for depositions before they have finalized their opinions.

I would be glad to discuss appropriate alternatives, including scheduling depositions after Plaintiffs' March 15 filing, with you at your convenience.

Best,
Aaron J. Fischer, Esq.
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

From: Jay Russell[SMTP:JAY.RUSSELL@DOJ.CA.GOV]
Sent: Tuesday, February 26, 2013 4:15:45 PM
To: Michael W. Bien
Cc: Debbie Vorous; Jonathan Wolff; Patrick McKinney; William Downer
Subject: Coleman v. Brown - Expert Witness Depositions Auto forwarded by a Rule

Please see attached correspondence.

1

Jay C. Russell
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415.703.5717
415.703.5843 Facsimile
jay.russell@doj.ca.gov


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.