KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 322-5205
 E-mail: William.Downer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' RESPONSE TO MARCH 5, 2013 ORDER** |

1

1  As required by this Court's Orders issued on March 5 and 7, 2013 (ECF Nos. 4367 &

2  4371), counsel for Defendants certify that all responsive documents responsive to plaintiffs'

3  Second Request for Inspection, Items 7b, 7d, 7e, and 8c, have been produced in the manner

4  required by this Court.  (*See* Proof of Service attached as Exhibit 1.)

Dated:  March 8, 2013
          KAMALA D. HARRIS
          Attorney General of California
          JAY C. RUSSELL
          Supervising Deputy Attorney General

          */s/ William H. Downer*
          WILLIAM H. DOWNER
          Deputy Attorney General
          *Attorneys for Defendants*

2

Resp. to Mar. 5, 2013 Order. (2:90-cv-00520 LKK JFM PC)

# EXHIBIT 1

## DECLARATION OF SERVICE BY MESSENGER

Case Name:   **Coleman v. Brown, et al.,**

No.:   **2:90-cv-00520 LKK JFM PC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On March 8, 2013, I caused the attached site inspection documents from: (1) California State Prison, Corcoran; (2) Kern Valley State Prison; (3) California State Prison, Los Angeles County; (4) San Quentin State Prison to be personally served by Capitol Couriers by placing a true copy thereof for delivery to the following person(s) at the address(es) as follows:

Aaron Fischer, Esq.
Rosen Bien Galvan & Grunfeld, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 8, 2013, at Sacramento, California.

L. Easley
Declarant

Signature

CF1997CS0003
31637536.doc