| | |
|---|---|
| DONALD SPECTER – 083925<br>WARREN E. GEORGE – 053588<br>STEVEN FAMA – 099641<br>ALISON HARDY – 135966<br>SARA NORMAN – 189536<br>REBEKAH EVENSON – 207825<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>KRISTA STONE-MANISTA – 269083<br>MARGOT MENDELSON – 268583<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 |
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>600 Harrison Street, Suite 120<br>San Francisco, California  94107-1389<br>Telephone:   (415) 864-8848 | GEOFFREY T. HOLTZ -- 191370<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California  94111-4067<br>Telephone:   (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>     Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>     Defendants.<br><br>MARCIANO PLATA, et al.,<br>     Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>     Defendants. | Case No. Civ S 90-0520 LKK-JFM P<br><br>**THREE JUDGE COURT**<br><br>**DECLRATION OF REBEKAH EVENSON IN USPPORT OF SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO VACATE POPULATION REDUCTION ORDER AND IN SUPPORT OF PLAINTIFFS' MOTION FOR FURTHER RELIEF**<br><br><br>Case No. C01-1351 TEH<br><br>**THREE JUDGE COURT** |

EVENSON DECL. ISO PLAINTIFFS' SUPP. BR. RE MOTION TO VACATE OR MODIFY

I, Rebekah Evenson, hereby declare:

1. I am a member of the Bar of this Court and a staff attorney at the Prison Law Office, one of the counsel of record for the plaintiffs in this action. I have personal knowledge of the matters set forth herein and if called as a witness I could and would competently so testify.

2. On Saturday, March 2, Defendants produced to Plaintiffs a report entitled "California Department of Corrections and Rehabilitation Prison Capacity Planning Final Report," hereinafter, "Prison Capacity Report"). A true and correct copy of that report is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct, and that this declaration was executed March 11, 2013, in Berkeley, California.

                                                /s/
                                    Rebekah Evenson