Attorney-Client Work Product – Confidential

# APPENDIX #4

Appendix #4



*Appendix 4: Sick Call Adjustment to POC Methodology*

Institution:                                                                Date:

Targeted Population: *Sick Call*                    *Prison's Current Operational Capacity* _____

Three month average from access to care statistics published in Receiver's Monthly Reports March-May, 2011.
OC and POC statistics from CDCR Prison Calculations.

Attorney-Client Work Product – Confidential

# APPENDIX #5

California Dept. of Corrections and Rehabilitation – Prison Capacity Planning

Attorney-Client Work Product – Confidential

**FINAL REPORT – OCTOBER 3, 2011**

Appendix #5



Appendix 5: Sick Call Adjustment to POC EXAMPLE

Three month average from access to care statistics published in Receiver's Monthly Reports March-May, 2011.
OC and POC statistics from CDCR Prison Calculations.

Attorney-Client Work Product – Confidential

# APPENDIX #6

California Dept. of Corrections and Rehabilitation – Prison Capacity Planning

Attorney-Client Work Product – Confidential                                      **FINAL REPORT – OCTOBER 3, 2011**

Appendix #6



**Appendix 6: CCCMS Adjustment to POC Methodology**

Institution:                                                    Date:

*CCCMS Population* _____                    *Prison's Current Operational Capacity* _____

What is the average of the last 3 month's mental health access to care percentage? _____

Is the percentage 80% or above?    Yes / No

No impact on POC

Reason Percentage Below 80%?

Custody/Provider/Other? Explain:    Yes

Was the prison operational capacity (POC) reduced from current operational capacity (OC)?    No / Yes

What number of beds is impacted? [# CCCMS] is XX% of GP population

Step 1: Proposed GP POC? _____ X Current % of GP = proportional reduction of CCCMS population

Step 2: [Threshold %] minus [3 Month Average %] = XX %

Step 3a: Multiply today's CCCMS population by the XX% = reduction in beds required to meet the access to care threshold.

Step 3b: [Current CCCMS Population] minus [Proposed CCCMS Population] = CCCMS bed Reduction

Step 3c: Compare POC bed reduction to Access Threshold Requirement    Yes

No Healthcare Adjustment to POC

No

Step 4: [Required Reduction to Meet Threshold] – [POC Reduction] = Healthcare Adjustment to POC

The Adjusted POC is _____

Step 5: [Proposed POC] - [Healthcare Adjustment to POC] = Adjusted POC

Three month average from access to care statistics published in Receiver's Monthly Reports March-May, 2011.
OC and POC statistics from CDCR Prison Calculations.

Attorney-Client Work Product – Confidential

# APPENDIX #7

California Dept. of Corrections and Rehabilitation – Prison Capacity Planning

Attorney-Client Work Product – Confidential

**FINAL REPORT – OCTOBER 3, 2011**

Appendix #7



Appendix 7: CCCMS Health Care Adjustment Example

Institution: **SVSP**                                          Date: **Spring 2011**

Targeted Population: **1278** CCCMS MH Population          Prison's Current Operational Capacity: **4400**

What is the average of the last 3 month's mental health access to care percentage? **57.3%**

Is the percentage 80% or above?

Yes → No impact on POC

No → Reason Percentage Below 80%?

Custody/Provider/Other? **Combination**

Was the prison operational capacity (POC) reduced from current operational capacity (OC)?

What number of CCCMS are impacted? [**1278 CCCMS**]
Current OC [4400] minus EOP [264] = **4136**
1278 CCCMS/4136  GP = .**308% of GP is CCCMS**

No

Yes → Step 1: Proposed GP POC?  [**3180-192 EOP = 2988**]
CCCMS population **2988 x .308 = 920 Proportional CCCMS population**

Step 2: (Threshold **80%**) minus (3 Month Average **57.3%**) = **22.7 %**

No Healthcare Adjustment to POC
**POC Reduction of 358 exceeds threshold requirement of 290**

Yes → Step 3a: **1278** CCCMS population x .227 = **290** reduction in beds required to meet the access to care threshold.

Step 3b: (Current Pop **1278**) minus (Proposed Pop **920**) = **358** Reduction

Step 3c: Does POC bed Reduction **358** exceed Access Threshold of **290**?

No

Step 4: (Required Reduction to Meet Threshold) - (POC Reduction) = Healthcare Adjustment to POC

The Adjusted POC is **0**

Step 5: (Proposed POC) - (Healthcare Adjustment to POC ) = Adjusted POC

Three month average from access to care statistics published in Receiver's Monthly Reports March-May, 2011.
OC and POC statistics from CDCR Prison Calculations.

Attorney-Client Work Product – Confidential

# APPENDIX #8

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential    **FINAL REPORT – OCTOBER 3, 2011**

Appendix #8



***Appendix 8: EOP Health Care Adjustment to POC Methodology***

Institution:    Date:

*Designated EOP Population:*

What is the average of the last 3 month's mental health access to care percentage? _____

Non-ducated activities included?    Yes    Is this population included in this %?    No    Document

Yes    Is the percentage 80% or above?    No

No impact on POC

Reason Percentage Below 80%?

Custody/ Provider/Other? Explain:

Yes

Was the EOP bed operational capacity reduced?    What is the current number of EOP designated beds? ____

No    Yes    EOP Designated POC: _____

Step 1: [Threshold %] minus [3 Month Average %] = XX %

Step 2:  Multiply today's Designated beds by the XX% = reduction in beds required to meet the access to care threshold of 80%.

No Healthcare Adjustment to POC    Yes    Step 3a:  [Current EOP Beds] minus [Designated EOP POC] = _____
Step 3b:  Compare EOP POC Bed Reduction to Access Threshold Requirement.
Step 3c:  Is POC Reduction greater than or equal to Threshold Requirement?

No

The adjusted POC is _____    Step 4:  [Required Reduction to Meet Threshold] – [POC Reduction] = Healthcare Adjustment to POC

Three month average from access to care statistics published in Receiver's Monthly Reports March-May, 2011.
OC and POC statistics from CDCR Prison Calculations.

Attorney-Client Work Product – Confidential

# APPENDIX #9

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential                **FINAL REPORT – OCTOBER 3, 2011**

Appendix #9



**Appendix 9: EOP Health Care Adjustment to POC**

Institution: **SVSP**                                Date: **Spring 2011**

Designated EOP Beds: **264**

What is the average of the last 3 month's mental health access to care percentage?  **57.3%**

**Non-ducated activities included?**     Yes     Is this population included in this %?     No     Document

Yes     Is the percentage 80% or above?     No

No impact on POC

Reason Percentage Below 80%?

Custody/ Provider/Other? Explain: *Combination*

Yes

Was the EOP bed operational capacity reduced?     What is the current number of EOP designated beds? **264**

No     Yes     EOP Designated POC:  **192**

**Step 1:** (*80% threshold*) *minus* ( *57.3 % three month average*) = 22.7 %

**Step 2:** *264 EOP beds X .227 = 59.93 or 60* reduction in beds required to meet the access to care threshold of 80%.

No Healthcare Adjustment to POC     Yes     **Step 3a:** (*264* Current EOP Beds) minus (*192* EOP POC) = 72 bed reduction
**Step 3b:** *EOP POC reduction of 72 beds is greater than threshold reduction requirement of 60 beds (22.7%)*
**Step 3c:** (Required Reduction to Meet Threshold %   60) - (POC Reduction *72*) = No further reduction to EOP POC

No

The adjusted POC is *N/A*     **Step 4:** (Proposed POC) - (Healthcare Adjustment to POC) = Adjusted POC

Three month average from access to care statistics published in Receiver's Monthly Reports March-May, 2011.
OC and POC statistics from CDCR Prison Calculations.

Attorney-Client Work Product – Confidential                                    **FINAL REPORT – OCTOBER 3, 2011**

# APPENDIX #10

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential                                      **FINAL REPORT – OCTOBER 3, 2011**

Appendix #10

***Appendix 10: Medical and Mental Health Population Overlap Adjustment to POC Methodology***

Institution:                                                                  Date:

*Targeted Population: Overlapping Populations*          Prison's Current Operational Capacity _____



Based on Sick Call, EOP and CCCMS populations previously calculated (Appendices 4-10) demonstrate that a POC adjustment is required for more than one healthcare population there is an assumption that populations overlap. The largest adjustment will be used with specific population(s) adjustments subsumed within that larger adjustment to avoid duplicating reductions. OC and POC statistics from CDCR Prison Calculations.

# APPENDIX #11

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential

**FINAL REPORT – OCTOBER 3, 2011**

# Appendix 11

**Appendix 11: Medical and Mental Health Population Overlap Adjustment to POC Methodology**

Institution:                                                    Date:

*Targeted Population: Overlapping Populations*          Prison's Current Operational Capacity_____



If Sick Call, EOP and CCCMS populations previously calculated (Appendices 4-10) demonstrate that a POC adjustment is required for more than one healthcare population there is an assumption that populations overlap. The largest adjustment will be used with specific population(s) adjustments subsumed within that larger adjustment to avoid duplicating reductions. Despite adjusting for overlap, the bed reduction strategy will still need to meet the threshold requirement of the CCCMS and EOP populations pursuant to those calculations.

OC and POC statistics from CDCR Prison Calculations.

# APPENDIX #12

Case 2:90-cv-00520-KJM-SCR    Document 4373-3    Filed 03/11/13    Page 18 of 62

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*
Attorney-Client Work Product – Confidential                    FINAL REPORT – OCTOBER 3, 2011

Appendix #12

There are three questionnaires attached to this e-mail titled 'out-of-cell tool worksheet'. There is a questionnaire for a first, second and third watch officer to complete. The questionnaires need to be printed out and delivered to each of the prison's housing units for completion. Since this is a snapshot in time, <u>the three questionnaires need to be completed on the same date for all housing units</u>. The day selected shall be a week day – not Saturday or Sunday. Have the staff member complete the questionnaire reflecting the inmate movement on the date of review. The supporting documents listed below need to reflect the same date as when the questionnaire is filled out.

- Master count sheet – snapshot of prison population
- Daily Movement Sheet – inmate program movement/work release
- Daily Activity Report – overview of prison activity (counts, meals, yard, etc.)
- Master ducat list – depicts inmate participation in various medical/non medical programs
- EOP program schedule
- Weekly/monthly education schedule, religious and self help program schedules, dayroom or yard schedules for the week of the site visit
- Prisons 3% reduction plan – details inmate program modification due to staff redirection
- Unlock Report (Inmate assignment roster) sorted by housing unit – verify work schedules, work hours and number of participants per housing unit

Please place the completed questionnaires and supporting documents in binders grouped in the following manner:

- Questionnaires - first, second and third watch together for each housing unit, separated by facility and housing unit in alphabetical/numerical order
- Supporting documents in a separate binder or binders in the order listed above

In addition to completing the three questionnaires, please have the institution's DPP coordinator or other appropriate resource fill out the DPW and Modifications template (attachment titled DPW and Modifications Template). The purpose of this form is to identify and confirm all DPW beds in the prison (by specific location) and to identify any non standard modifications for the DPW beds (ex. two standard cells converted to one DPW cell, bunks removed, other). The other half of this template should be used to identify any unique physical plant modifications for non-DPW cells/dorms (ex. cells modified as observation/suicide watch cells, cells conversions to other uses). Please have this template completed and available to the mission-based team that will be touring the prison. The team will be validating the data during their field review of the housing units.

Attorney-Client Work Product – Confidential

# APPENDIX #13

Attorney-Client Work Product – Confidential

Appendix #13

# Out of Cell Time Worksheet

The intent of this Out of Cell Time Worksheet is to capture an accurate assessment of inmate out-of-cell time, or the time inmates are not restricted to their bunk areas for dormitory housing units. This information is important to CDCR in determining the actual (housing/program) capacity of this prison. It is requested that the staff member who is most familiar with the housing unit program complete this worksheet. Please print your name legibly on the bottom of the worksheet.   A follow up interview could be necessary to verify the information you have provided.

**Date of review: _____ / _____ / _____**

**Prison: _____ Facility: _____ Housing Unit: _____** (Name/Number)

## *Questions for <u>Second</u> Watch:*

**Early morning culinary workers**

1. Release for this housing unit is at what time? _____
2. How many days of the week does this activity occur? _____
3. How many inmates are released? _____
4. What time do the inmates return? _____
5. The duration of time out the cell/dorm is? _____
6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

**Breakfast release**

1. Do you cell feed the inmates? (Yes / No)  If no, complete the following questions:
2. Breakfast release for this housing unit is at what time? _____
3. How many days of the week does this activity occur? _____
4. How many inmates are released for the breakfast meal? _____
5. What time do the inmates return from breakfast? _____
6. The duration of time out of the cell/dorm for the breakfast meal is? _____

---

Attorney-Client Work Product – Confidential

7.  When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____


### PIA Release

1.  Release for this housing unit is at what time? _____
2.  How many days of the week does this activity occur? _____
3.  How many inmates are released? _____
4.  What time do the inmates return? _____
5.  The duration of time out of the cell/dorm is? _____
6.  When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____


### Academics

1.  Release for this housing unit is at what time? _____
2.  How many days of the week does this activity occur? _____
3.  How many inmates are released? _____
4.  What time do the inmates return? _____
5.  The duration of time out of the cell/dorm is? _____
6.  When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

### Work

1.  Release for this housing unit is at what time? _____
2.  How many days of the week does this activity occur? _____
3.  How many inmates are released? _____
4.  What time do the inmates return? _____
5.  The duration of time out of the cell/dorm is? _____

6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

## Work

1. Release for this housing unit is at what time? _____

2. How many days of the week does this activity occur? _____

3. How many inmates are released? _____

4. What time do the inmates return? _____

5. The duration of time out of the cell/dorm is? _____

6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

## Porters

1. Release for this housing unit is at what time? _____

2. How many days of the week does this activity occur? _____

3. How many inmates are released? _____

4. What time do the inmates return? _____

5. The duration of time out of the cell/dorm is? _____

6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

## Dayroom

1. Release for this housing unit is at what time? _____

2. How many days of the week does this activity occur? _____

3. How many inmates are released? _____

4. What time do the inmates return? _____

5. The duration of time out of the cell/dorm is? _____

## Dayroom

1. Release for this housing unit is at what time? _____

2. How many days of the week does this activity occur? _____

Attorney-Client Work Product – Confidential

3. How many inmates are released? _____

4. What time do the inmates return? _____

5. The duration of time out of the cell/dorm is? _____

**Yard**

1. Release for this housing unit is at what time? _____

2. How many days of the week does this activity occur? _____

3. How many inmates are released? _____

4. What time do the inmates return? _____

5. The duration of time out of the cell/dorm is _____

6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower? (Yes / No)  Length of time? _____

**Yard**

1. Release for this housing unit is at what time? _____

2. How many days of the week does this activity occur? _____

3. How many inmates are released? _____

4. What time do the inmates return? _____

5. The duration of time out of the cell/dorm is _____

6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower? (Yes / No)  Length of time? _____

**Religious Services**

1. Release for this housing unit is at what time? _____

2. How many days of the week does this activity occur? _____

3. How many inmates are released? _____

4. What time do the inmates return? _____

5. The duration of time out of the cell/dorm is? _____

6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

**Canteen**

1. Release for this housing unit is at what time? _____

2. How many days of the week does this activity occur? _____

Attorney-Client Work Product – Confidential

3.  How many inmates are released? _____

4.  What time do the inmates return? _____

5.  The duration of time out of the cell/dorm is? _____

6.  When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

### Visiting Program

1.  Release for this housing unit is at what time? _____

2.  How many days of the week does this activity occur? _____

3.  How many inmates are released? _____

4.  What time do the inmates return? _____

5.  The duration of time out of the cell/dorm is? _____

6.  When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

### Diabetic / Medication Line

1.  Release for this housing unit is at what time? _____

2.  How many days of the week does this activity occur? _____

3.  How many inmates are released? _____

4.  What time do the inmates return? _____

5.  The duration of time out of the cell/dorm is? _____

6.  When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

### Diabetic / Medication Line

1.  Release for this housing unit is at what time? _____

2.  How many days of the week does this activity occur? _____

3.  How many inmates are released? _____

4.  What time do the inmates return? _____

5.  The duration of time out of the cell/dorm is? _____

Attorney-Client Work Product – Confidential

6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

### Diabetic / Medication Line

1. Release for this housing unit is at what time? _____
2. How many days of the week does this activity occur? _____
3. How many inmates are released? _____
4. What time do the inmates return? _____
5. The duration of time out of the cell/dorm is? _____
6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

### Medical / Mental Health Treatment

1. Release for this housing unit is at what time? _____
2. How many days of the week does this activity occur? _____
3. How many inmates are released? _____
4. What time do the inmates return? _____
5. The duration of time out of the cell/dorm is? _____
6. When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

### Medical / Mental Health Treatment

1. Release for this housing unit is at what time? _____
2. How many days of the week does this activity occur? _____
3. How many inmates are released? _____
4. What time do the inmates return? _____
5. The duration of time out of the cell/dorm is? _____

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential                     **FINAL REPORT – OCTOBER 3, 2011**

6.  When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

## Medical / Mental Health Treatment

1.  Release for this housing unit is at what time? _____
2.  How many days of the week does this activity occur? _____
3.  How many inmates are released? _____
4.  What time do the inmates return? _____
5.  The duration of time out of the cell/dorm is? _____
6.  When the inmates return to the housing unit are they required to return to their cells/bed areas when they enter the housing unit? (Yes / No)  Are they allowed to shower or access the yard/dayroom (Yes / No)?  Length of time? _____

## Housing Unit Information:

*Number of cells: _____   Number of dorms: _____   Total bed count: _____*

## Inmate Information:

Please answer the below questions regarding the inmate population in the housing unit:

Total inmate count for the building/housing unit: _____.  Of the total count, how many are:

A1/A (assigned to a job) _____   A1/A (unassigned) _____   A2/B _____   Close A _____   C Status _____

CCCMS _____   GP _____   R/C GP _____   R/C SNY (SPU) _____

Name of person completing form: _____

Attorney-Client Work Product – Confidential

# APPENDIX #14

Attorney-Client Work Product – Confidential

Appendix #14

## Criteria for Quality Control Review

**OOC Time Calculation Worksheets (typed forms)**

- Full-Time Assigned Program/Work Schedule
  - Are morning/evening chow times clearly identified?
  - PIA-Vocation-Support Services-Treatment hours accurately documented?
  - Dayroom/Yard opportunities accurately documented?
  - Is the 3% redirection (cost savings) factored in to the OOC times?
  - Did the notes clarify any discrepancies?
  - Are the notes clear and understandable?
  - Did the hours total up correctly?
- Part-Time Assigned/Academic Education/Leisure Schedule
  - Are morning/evening chow times clearly identified?
  - Morning/afternoon dayroom/yard/academic OOC accurately documented?
  - Are the education/academic days/hours accurately documented?
  - Is the 3% redirection (cost savings) factored in to the OOC times?
  - Did the notes clarify any release/recall time discrepancies?
  - Are the notes clear and understandable?
  - Did the hours total up correctly?
- Unit Population Data section
  - Is the prison classification level correct?
  - Does the total number of inmates listed match the Master Count Sheet?
  - Do the numbers in the Total Number column match the total number of inmates for the housing unit?
  - Are the OOC times accurate for each column (Ort/Close A/A2B/C)?
  - Are the full time assigned inmates clearly identified?
  - Are the part time / unassigned inmates clearly identified?
  - Are the notes clear and understandable?
- Notes / Assumption section
  - Do the notes clarify any discrepancies listed in the above categories?
  - Are the lockdown/modified program changes noted?
  - Is the 3% redirection (cost savings) explained in this area?
  - Does the number of inmates recorded on the OOC Time Calculation Worksheet, for each category, reconcile with the inmate assignment roster?
    - Orientation
    - Close A
    - A2B
    - C Status
    - Full Time Assigned (Daytime Workers)
    - Full Time Assigned (Early/Late Workers)
    - Part Time – Unassigned Inmates

---

Attorney-Client Work Product – Confidential

# APPENDIX #15

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential    **FINAL REPORT – OCTOBER 3, 2011**

Appendix #15
(33 pages)

| | | | Avenal State Prison | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 100 | 100 | 100 | Administrative Segregation Unit | Not subject to mitigation |
| 4,132 | 5,659 | 5,659 | Level II General Population | Achieved mitigation threshold |
| 15 | 10 | 10 | Firehouse Dorm | Capacity Established by CDCR Program |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4,247 | 5,769 | 5,769 | BED Totals | |
| | | 28 | Short-Term Health Care Beds | |
| | | 5,797 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double ceiling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double ceiling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**AVENAL STATE PRISON NOTES:**
A 18 Bed infirmary is available for Short-Term Health Care needs.
Non-Traditional Housing Unit beds are not counted in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential

**FINAL REPORT – OCTOBER 3, 2011**

| | | | Calipatria State Prison | |
| | | | **Capacity Calculations** | |

| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 200 | 200 | 200 | Administrative Segregation | Not subject to mitigation |
| 1,900 | 1,900 | 3,610 | Level IV General Population | Did not achieve mitigation threshold |
| 292 | 396 | 396 | Minimum Support Facility | Achieved mitigation threshold |
| 8 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 2,400 | 2,506 | 4,216 | BED Totals |
|---|---|---|---|
| | | 18 | Short-Term Health Care Beds |
| | | 4,234 | Total Potential Capacity |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIPATRIA STATE PRISON NOTES:**
An 18-bed infirmary is available for short-term health care needs.

| | | | California Correctional Center | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 100 | 100 | 100 | Administrative Segregation | Not subject to mitigation |
| 400 | 400 | 760 | Level III General Population | Did not achieve mitigation threshold |
| 1,140 | 1,520 | 1,520 | Level II General Population | Achieved mitigation threshold |
| 220 | 290 | 290 | Minimum Support Facility | Achieved mitigation threshold |
| 10 | 20 | 20 | Firehouse Dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 1,870 | 2,330 | 2,690 | BED Totals | |
| | | 19 | Short-Term Health Care Beds | |
| | | 2,709 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA CORRECTIONAL CENTER NOTES:**
A 19 Bed OHU is available for Short-Term Health Care needs.
Non-traditional housing unit beds are not included in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential    **FINAL REPORT – OCTOBER 3, 2011**

| | | | California Correctional Institution | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 185 | 185 | 185 | Administrative Segregation Unit | Not subject to mitigation |
| 810 | 810 | 810 | Security Housing Unit | Not subject to mitigation |
| 500 | 500 | 950 | Reception Center Processing | Did not achieve mitigation threshold |
| 720 | 972 | 972 | Level II General Population | Achieved mitigation threshold |
| 605 | 849 | 849 | Level I General Population | Achieved mitigation threshold |
| 18 | 10 | 10 | Firehouse Dorm | Capaityestablished by CDCR program needs |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 2,838 | 3,326 | 3,776 | BED Totals | |
| | | 21 | Short-Term Health Care Beds | |
| | | 3,797 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA CORRECTIONAL INSTITUTION NOTES:**
A 16 Bed Infirmary provides 16 OHU-swing beds for Short-Term Health Care needs.
Facility IV-A, housing unit H-48, Ad Seg, Section B, Cells 101, 102, 103, 104 & 105 have all furnishings removed for use as short term mental health crisis rooms.
Non-traditional housing unit beds are not included in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential                     **FINAL REPORT – OCTOBER 3, 2011**

| | | | Central California Women's Facility | |
| | | | Capacity Calculations | |

| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 45 | 45 | 45 | Administrative Segregation Unit/Condemned | Not subject to mitigation |
| 356 | 356 | 510 | Reception Center Processing | Did not achieve mitigation threshold |
| 49 | 49 | 73 | Medium Security Enhanced Outpatient Program | Did not achieve mitigation threshold |
| 1,536 | 1,536 | 1,920 | Medium Security General Population | Did not achieve mitigation threshold |
| 13 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| ACA | POC | PPOC | | |
|---|---|---|---|---|
| 1,999 | 1,996 | 2,558 | BED Totals | |
| | | 45 | Short-Term Health Care Beds | |
| | | 2,603 | Total Potential Capacity | |

---

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double ceiling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double ceiling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

---

**CENTRAL CALIFORNIA WOMEN'S FACILITY NOTES:**
A 39 Bed Skilled Nursing Facility is available for Short-Term Health Care needs.
Facility A, Building 504 EOP/ASU/Condemned has 6 cells with furnishings removed and are used as Mental Health Crisis Beds.  These cells are not counted in the Capacity Calculations.

---

Attorney-Client Work Product – Confidential                                      **FINAL REPORT – OCTOBER 3, 2011**

| | | | Centinela State Prison | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 200 | 200 | 200 | Adminsrative Segregation | Not subject to mitigation |
| 500 | 500 | 950 | Level IV General Population | Did not achieve mitigation threshold |
| 1,400 | 1,400 | 2,660 | Level III General Population | Did not achieve mitigation threshold |
| 254 | 342 | 342 | Minimum Support Facility | Achieved mitigation threshold |
| 7 | 10 | 10 | Firehouse Dorms | Capacity established by CDCR Program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 2,361 | 2,452 | 4,162 | Bed Totals | |
| | | 18 | Short-Term Health Care Beds | |
| | | 4,180 | Total Potential Capacity | |

---

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

---

**CENTINELA STATE PRISON NOTES:**
An 18 Bed Correctional Treatment Center is available for Short-Term Health Care needs.
Non-Traditional housing unit beds are not included in capacity calculations.

Attorney-Client Work Product – Confidential                                    **FINAL REPORT – OCTOBER 3, 2011**

| | | | California Institution for Men | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 204 | 204 | 204 | Administrative Segregation Unit | Not subject to mitigation |
| 2,384 | 2,384 | 3,224 | Reception Center Processing | Did not achieve mitigation threshold |
| 630 | 849 | 849 | Level II General Population | Achieved mitigation threshold |
| 176 | 266 | 266 | Level I General Population | Achieved mitigation threshold |
| 5 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 3,399 | 3,713 | 4,553 | BED Totals | |
| | | 80 | Short-Term Health Care Beds | |
| | | 4,633 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA INSTITUTION FOR MEN NOTES:**
• 80 beds are available at CIM for short-term health care needs as follows:
o 44 medical out patient beds
o 36 mental health crisis beds

• Non traditional housing unit beds are not included in these capacity calculations.

• The second floor of South Dorm, CIM - minimum, is condemned, thus, will not be included in these capacity calculations.

• Pine Hall, CIM - minimum, was deactivated at the time of the DAI team review but will be included in these capacity calculations.

• Mariposa Dorm, CIM – West, was used as a recreation/education space at the time of the DAI team review, therefore, it will not be included in these capacity calculations as an inmate housing unit.

• Willow Hall, CIM – minimum, was used for RC processing/ad. seg. inmates.  Willow Hall will be included as RC processing dorm in these capacity calculations.

• Birch Hall and Madrone Hall, CIM – RC Central, have cells with 47.8 gross square feet each, thus, can house a maximum of one inmate per cell.

• Birch Hall, CIM – RC Central, house RC processing/Level III general population inmates at the time of review.  Birch Hall will be included as RC processing in these capacity calculations.

| | | | California Institution for Women | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 100 | 100 | 100 | Ad Seg/R.C. Overflow | Not subject to mitigation |
| 110 | 110 | 209 | R.C. Processing | Did not achieve mitigation threshold |
| 47 | 70 | 70 | Medium security EOP (SCU) | Achieved mitigation threshold |
| 20 | 20 | 20 | Psychiatric Services Unit | Capacity established by CDCR, single celled unit |
| 720 | 1,368 | 1,368 | Medium security G.P. | Achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 997 | 1,668 | 1,767 | BED Totals | |
| | | 25 | Short-Term Health Care Beds | |
| | | 1,792 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA INSTITUTION FOR WOMEN NOTES:**
CIW has 25 beds available for short-term health care needs as follows: 7 OHU-swing beds, 8 correctional treatment center beds, and 10 mental health crisis beds.
Non-traditional housing unit beds are not included in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential                **FINAL REPORT – OCTOBER 3, 2011**

| | | | California Men's Colony | |
| | | | Capacity Calculations | |
| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 314 | 309 | 309 | Administrative Segregation Unit | Not subject to mitigation |
| 570 | 570 | 570 | Level III Enhanced Outpatient Program | Small cells. |
| 1,500 | 1,500 | 1,500 | Level III General Population | Small cells. |
| 1,595 | 2176 | 2,176 | Level II General Population | Achieved mitigation threshold |
| 212 | 288 | 288 | Level I Minimum Support Facility | Achieved mitigation threshold |
| 64 | 40 | 40 | CDF Firecamp Dorm | Capacity established by CDF/CDCR Program needs. |
| 13 | 12 | 12 | Firehouse Dorm | Capacity established by CDCR Program needs. |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 4,268 | 4,895 | 4,895 | BED Totals | |
| | | 57 | Short-Term Health Care Beds | |
| | | 4,952 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA MEN'S COLONY NOTES:**
37 Bed General Acute Care Hospital is available for Short-Term Health Care needs.
42 Beds in Bldg D-7 are assigned as Mental Health Crisis Beds.  20 have all furnishings removed and therefore counted as Short-Term Health Care beds.
Cells 101 through 112 in ASU Central and all Cells in Bldgs 1-8 have 38.59 gross square feet each, thus, can only house one inmate per cell.
CMC West Dorms 28 and 34 were Deactivated during the DAI review, but are included in the Capacity Calculations.

California Dept. of Corrections and Rehabilitation – Prison Capacity Planning

Attorney-Client Work Product – Confidential

**FINAL REPORT – OCTOBER 3, 2011**

| | | | California Medical Facility | |
|---|---|---|---|---|
| | | | Capacity Calculations | |
| ACA | POC | PPOC | Custody Level & Program | Comments |
| 330 | 330 | 330 | Administrative Segregation | Not subject to mitigation |
| 332 | 332 | 332 | DMH Licensed APP, ITP, ICF | Capacity established by licensure standards |
| 162 | 162 | 162 | Medical Out Patient Units | Capacity established by CDCR policy |
| 283 | 302 | 422 | Level IV EOP | Only N-3 achieved mitigation threshold |
| 904 | 919 | 1,161 | Level III G.P./Medical/CCCMS | Only 4 dorms achieved mitigation threshold |
| 185 | 250 | 250 | Level II G.P. | Achieved mitigation threshold |
| 190 | 260 | 260 | Minimum Support Facility | Achieved mitigation threshold |
| 14 | 16 | 16 | Firehouse Dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 2,400 | 2,571 | 2,933 | BED Totals | |
| | | 121 | Short-Term Health Care Beds | |
| | | 3,054 | Total Potential Capacity | |

---

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

---

**CALIFORNIA MEDICAL FACILITY NOTES:**
• 121 rooms at CMF are available for short-term health care needs as follows:
    o Correctional Treatment Center   47
    o General Acute Care Hospital     7
    o Hospice Care         17
    o Mental Health Crisis Care    50
          Total     121

• DMH licensed APP, ICF, and ICF high security unit's capacities, at CMF, are established by licensure standards.

• Medical out patient housing unit's capacities, at CMF, are established by CDCR policy.

• Cells in T, U, and V wings have 37.55 gross square feet each, thus, only house a maximum of one inmate per cell.

• Typical cells in W wing have 42 gross square feet each, thus, only house a maximum of one inmate per cell.

---

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential    **FINAL REPORT – OCTOBER 3, 2011**

| | | | California State Prison Corcoran | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 300 | 300 | 300 | Adminstrative Segregation | Not subject to mitigation |
| 2,048 | 1,536 | 1,536 | Security Housing Units/PHU | 50% Cells double bunked per CDCR policy |
| 100 | 100 | 150 | Level III & IV EOP | 50% Cells double bunked per CDCR policy |
| 300 | 300 | 570 | Level IV General Population | Did not achieve mitigation threshold |
| 400 | 400 | 760 | Level III & IV General Population | Did not achieve mitigation threshold |
| 500 | 500 | 950 | Level III General Population | Did not achieve mitigation threshold |
| 727 | 995 | 995 | Minimum Supporty Facility | Achieved mitigation threshold |
| 16 | 8 | 8 | Firehouse Dorm | Capacity established by CDCR Program needs |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 4,391 | 4,139 | 5,269 | BED Totals | |
| | 75 | 75 | Short-Term Health Care Beds | |
| | 4,214 | 5,344 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double ceiling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations.

**CALIFORNIA STATE PRISON-CORCORAN**
A 75-bed General Acute Care Hospital is available for short term health care needs.
Non traditional housing unit beds are not included in capacity calculation
MSF buildings H01 and H03 were deactivated during the DAI field review. These two dorms are included in these capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*
Attorney-Client Work Product – Confidential    **FINAL REPORT – OCTOBER 3, 2011**

| | California Rehabilitation Center | | | | |
|---|---|---|---|---|---|
| | Capacity Calculations | | | | |

| ACA | POC | PPOC | Custody Level & Program | Comments | |
|---|---|---|---|---|---|
| 28 | 28 | 38 | Reception Center Processing | Deactivated | |
| 3,700 | 5,070 | 5,070 | Level II General Population | Achieved mitigation threshold | |
| 66 | 126 | 126 | CDF Fire Camp | Capacity established by CDCR/CDF Program needs | |
| 25 | 9 | 9 | Firehouse Dorm | Capacity established by CDCR Program needs | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 3,819 | 5,233 | 5,243 | BED Totals | |
|---|---|---|---|---|
| | | 10 | Short-Term Health Care Beds | |
| | | 5,253 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA REHABILITATION CENTER NOTES:**
A 10 Bed Infirmary is available for Short-Term Health Care needs.
The second floor of building 104 (Dorm 400) has been converted to health care space, thus is not included in these capacity calculations.
Dorms 105, 112, 114, 206,208 and 302 were deactivated at the time of the DAI review. These dorms are included in these capacity calculations.

| Correctional Training Facility | | | | |
|---|---|---|---|---|
| Capacity Calculations | | | | |

| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 144 | 144 | 144 | Administrative Segregation Unit | Not subject to mitigation |
| 2,456 | 2,456 | 3,568 | Level III | Did not achieve mitigation threshold |
| 292 | 396 | 396 | Level II | Achieved mitigation threshold |
| 651 | 878 | 878 | Level I | Achieved mitigation threshold |
| 10 | 12 | 12 | Firehouse Dorm | Capacity established by CDCR Program needs |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| 3,553 | 3,886 | 4,998 | BED Totals |
|---|---|---|---|
|  |  | 16 | Short-Term Health Care Beds |
|  |  | 5,014 | Total Potential Capacity |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CORRECTIONAL TRAINING FACILITY NOTES:**
16 Bed Infirmary is available for Short-Term Health Care needs.
All cells in Lassen, Rainier, Shasta, and Whitney Halls have 45.15 gross square feet each, thus, have a maximum of one inmate per cell.
East Dorm, CTF Central, is not included in Capacity Calculations.

| | | | Chuckawalla Valley State Prison | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 100 | 100 | 100 | Administrative Segregation Unit | Not subject to mitigation |
| 2,112 | 2,904 | 2,904 | Level II General Population | Achieved mitigation threshold |
| 300 | 412 | 412 | Minimum Support Facility | Achieved mitigation threshold |
| 19 | 12 | 12 | Firehouse Dorm | Capacity Established by CDCR Program |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 2,531 | 3,428 | 3,428 | BED Totals | |
| | | 14 | Short-Term Health Care Beds | |
| | | 3,442 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CHUCKAWALLA VALLEY STATE PRISON NOTES:**
A 14 Bed Infirmary is available for Short-Term Health Care needs.

Attorney-Client Work Product – Confidential                              **FINAL REPORT – OCTOBER 3, 2011**

| | | | **Deuel Vocational Institution** | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 240 | 240 | 240 | Administrative Segregation | Not subject to mitigation |
| 1,221 | 1,221 | 2,036 | Reception Center Processing | Did not achieve mitigation threshold |
| 49 | 93 | 93 | Level II General Population | Achieved mitigation threshold |
| 224 | 304 | 304 | Minimum Support Facility | Achieved mitigation threshold |
| 9 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 1,743 | 1,868 | 2,683 | BED Totals | |
| | | 26 | Short-Term Health Care Beds | |
| | | 2,709 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**DEUEL VOCATIONAL INSTITUTION NOTES:**
• A 26-bed infirmary is available for short-term health care needs.
• Cells in East Hall and West Hall have 44.61 gross square feet each thus can only house a maximum of one inmate per cell.
• Non traditional housing unit beds are not included in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential

**FINAL REPORT – OCTOBER 3, 2011**

| | | | Folsom State Prison | |
|---|---|---|---|---|
| | | | Capacity Calculations | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 138 | 138 | 138 | Administrative Segregation Unit | Not subject to mitigation |
| 1,661 | 1,661 | 1,949 | Level III General Population | Did not achieve mitigation threshold |
| 322 | 433 | 433 | Minimum Suport Facility | Achieved mitigation threshold |
| 11 | 12 | 12 | Firehouse Dorm | Capacit established by CDCR Program Needs |
| | | | | |
| | | | | |
| 2,132 | 2,244 | 2,532 | Bed Totals | |
| | | 0 | Short Term Health Care Beds | |
| | | 2,532 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**FOLSOM STATE PRISON NOTES:**
No short-term health care beds available
Cells in Building #1 have 47.62 gross square feet each, thus can only house a maximum of one inmate per cell.
Cells in Building #2 & #3 have 48.37 gross square feet each, thus can only house a maximum of ine inmate each

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential    **FINAL REPORT – OCTOBER 3, 2011**

| | | | High Desert State Prison | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 356 | 292 | 292 | Administrative Segregation | Not subject to mitigation capacity per CDCR |
| 300 | 300 | 570 | Reception Center Processing | Did not achieve mitigation threshold |
| 2,492 | 2401 | 3,031 | Level IV General Population | Did not achieved mitigation threshold |
| 286 | 386 | 386 | Minimum Support Facility | Achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 3,434 | 3,379 | 4,279 | BED Totals | |
| | | 35 | Short-Term Health Care Beds | |
| | | 4,314 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

HIGH DESERT STATE PRISON
A 35-bed Correctional Treatment Center is available for short term health care needs
Non traditional housing unit beds are not included in capacity calculations
MSF dorm 2 was deactivated at the time of the DAI review. Dorm 2 is included in these capacity calculations
Ad. Seg. overflow beds and R.C. overflow beds are counted as level IV general population beds in these capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential                    **FINAL REPORT – OCTOBER 3, 2011**

| | | | **Ironwood State Prison** | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |

| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 400 | 400 | 760 | Level IV General Population | Not subject to mitigation |
| 1,500 | 1,500 | 2,850 | Level III | Did not achieve mitigation threshold |
| 100 | 100 | 100 | Administrative Segregation Unit | Not subject to mitigation |
| 286 | 386 | 386 | Minimum Support Facility | Achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 2,286 | 2,386 | 4,096 | BED Totals | |
| | | 14 | Short-Term Health Care Beds | |
| | | 4,110 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**IRONWOOD STATE PRISON NOTES:**
14 Bed Infirmary is available for Short-Term Health Care needs.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*
Attorney-Client Work Product – Confidential                    **FINAL REPORT – OCTOBER 3, 2011**

| | | | Kern Valley State Prison | |
| | | | Capacity Calculations | |

| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 456 | 392 | 392 | Administrative Segregation Unit | Only 50% of the cells are doubled per CDCR policy |
| 256 | 192 | 192 | Level IV EOP | Only 50% of the cells are doubled per CDCR policy |
| 3,584 | 3388 | 3,388 | Level IV General Population | Did not achieve mitigation threshold |
| 280 | 380 | 380 | Minimum Support Facility | Achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 4,576 | 4,352 | 4,352 | BED Totals | |
| | | 20 | Short-Term Health Care Beds | |
| | | 4,372 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**KERN VALLEY STATE PRISON NOTES:**
• A 20-bed Correctional Treatment Center is available for short-term health care needs.
• Non traditional housing unit beds are not included in capacity calculations.
• MSF Dorm 2 was deactivated at the time of the DAI field review, however, the dorm's capacity is included in these calculations.

| | | | California State Prison - Los Angeles County | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 300 | 300 | 300 | Administrative Segregation Unit | Not subject to mitigation |
| 200 | 200 | 300 | Level IV EOP | Did not achieve mitigation threshold |
| 800 | 800 | 1,520 | Level IV G.P. | Did not achieve mitigation threshold |
| 800 | 800 | 1,520 | Reception Center Processing | Did not achieve mitigation threshold |
| 292 | 394 | 394 | Minimum Suport Facility | Achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 2,392 | 2,494 | 4,034 | Bed Totals | |
| | | 18 | Short Term Health Care Beds | |
| | | 4,052 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CSP-LOS ANGELES NOTES:**
18-bed Correctional Treatment Center is available for short-term health care needs.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential      **FINAL REPORT – OCTOBER 3, 2011**

| | | | Mule Creek State Prison | |
|---|---|---|---|---|
| | | | Capacity Calculations | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 100 | 100 | 100 | Administrative Segregation | Not subject to mitigation |
| 300 | 300 | 450 | EOP, Level III and IV | Did not achieve mitigation threshold |
| 1,089 | 1089 | 2,069 | General Population, Level III and IV | Did not achieve mitigation threshold |
| 300 | 412 | 412 | Minimum Support Facility | Achieved mitigation threshold |
| 7 | 8 | 8 | Firehouse dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 1,796 | 1,909 | 3,039 | BED Totals | |
| | | 21 | Short-Term Health Care Beds | |
| | | 3,060 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**MULE CREEK STATE PRISON NOTES:**
• 11 cells in building Y-13, C Facility, have the cell furnishings removed.  They are used as mental health crisis rooms.  These cells are not counted in capacity calculations.
• A 10-bed Correctional Treatment Center is available for short-term health care needs.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*
Attorney-Client Work Product – Confidential                    **FINAL REPORT – OCTOBER 3, 2011**

| | | | North Kern State Prison | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 100 | 100 | 100 | Administrative Segregation Unit | Not subject to mitigation |
| 100 | 100 | 190 | Level III General Population | Did not achieve mitigation threshold |
| 2,476 | 2476 | 4,191 | Reception Center Processing | Did not achieve mitigation threshold |
| 300 | 408 | 408 | Minimum Support Facility | Achieved mitigation threshold |
| 8 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 2,984 | 3,094 | 4,899 | BED Totals |
| | | 26 | Short-Term Health Care Beds |
| | | 4,925 | Total Potential Capacity |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**NORTH KERN STATE PRISON NOTES:**
16 Bed Correctional Treatment Center is available for Short-Term Health Care needs.
10 Celled Beds in Facility A, Bldg 4 (101 - 110) provide Mental Health Crisis Beds and Short-Term Health Care needs.
Nontraditional housing unit beds are not included in the Capacity Calculations.
Dorm 901/E-1 was deactivated at the time of the Field Review.  This facility is included in the Capacity Calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential        **FINAL REPORT – OCTOBER 3, 2011**

| | | | Pelican Bay State Prison | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 612 | 484 | 484 | Administrative Segregation Unit | CDCR Policy only allows 50% of cells doubled |
| 1,056 | 1,056 | 1,056 | Security Housing Unit | Not subject to mitigation |
| 128 | 128 | 128 | Psychiatric Services Unit | CDCR Policy requires single celling |
| 128 | 96 | 96 | Level IV EOP | CDCR Policy only allows 50% of cells doubled |
| 1,152 | 1089 | 1,089 | Level IV General Population | Did not achieve mitigation threshold |
| 300 | 412 | 412 | Minimum Support Facility | Achieved mitigation threshold |
| 8 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR Program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 3,384 | 3,275 | 3,275 | BED Totals | |
| | | 20 | Short-Term Health Care Beds | |
| | | 3,295 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**PELICAN BAY STATE PRISON NOTES:**
A 20 Bed Correctional Treatment Center is available for Short-Term Health Care needs.
Non-traditional housing unit beds are not included in capacity calculations.
Ad Seg Overflow cells are calculated as Level IV G.P. in these capacity calculations.

Attorney-Client Work Product – Confidential

| | | | Pleasant Valley State Prison | |
|---|---|---|---|---|
| | | | Capacity Calculations | |
| ACA | POC | PPOC | Custody Level & Program | Comments |
| 200 | 200 | 200 | Administrative Segregation | Not subject to mitigation |
| 500 | 500 | 950 | Level IV General Population | Did not achieve mitigation threshold |
| 1,400 | 1400 | 2,660 | Level III General Populatin | Did not achieve mitigation threshold |
| 254 | 342 | 342 | Minimum Support Facility | Achieved mitigation threshold |
| 11 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 2,365 | 2,452 | 4,162 | BED Totals | |
| | | 15 | Short-Term Health Care Beds | |
| | | 4,177 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**PLEASANT VALLEY STATE PRISON NOTES:**
An 15-bed Correctional Treatment Center is available for short-term health care needs.
Non-Traditional housing unit beds are not included in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*
Attorney-Client Work Product – Confidential                                    FINAL REPORT – OCTOBER 3, 2011

| | | | **Richard J. Donovan Correctional Facility** | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 200 | 200 | 200 | Administrative Segregation Unit | Not subject to mitigation |
| 300 | 300 | 450 | Level III & IV EOP | Did not achieve mitigation threshold |
| 800 | 800 | 1520 | Reception Center Processing | Did not achieve mitigation threshold |
| 300 | 300 | 570 | Level III General Population | Did not achieve mitigation threshold |
| 400 | 400 | 760 | Level IV General Population | Did not achieve mitigation threshold |
| 208 | 272 | 272 | Minimum Support Facility | Achieved mitigation threshold |
| 12 | 10 | 10 | Firehouse Dorm | Capacity Established by CDCR Program |
| | | | | |
| 2,220 | 2,282 | 3,782 | BED Totals | |
| | | 28 | Short-Term Health Care Beds | |
| | | 3,810 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**RICHARD J. DONOVAN CORRECTIONAL FACILITY NOTES:**
A 28 Bed Corectional Treatment Center is available for Short-Term Health Care needs.
Non-Traditional Housing Unit beds are not counted in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*
Attorney-Client Work Product – Confidential    **FINAL REPORT – OCTOBER 3, 2011**

| | | | California State Prison, Sacramento | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 356 | 292 | 292 | Administrative Segregation Unit | Only 50% of the cells can be doubled per CDCR policy |
| 128 | 96 | 96 | Security Housing Unit | Only 50% of the cells can be doubled per CDCR policy |
| 512 | 384 | 384 | Level IV EOP | Only 50% of the cells can be doubled per CDCR policy |
| 512 | 256 | 256 | Psychiatric Services Unit | One inmate per cell per CDCR policy |
| 20 | 20 | 20 | Medical Out Patient Housing Unit | Capacity established per CDCR Health Care Services |
| 1,584 | 1497 | 1,497 | Level IV GP | Did not achieve mitigation threshold |
| 300 | 412 | 412 | Minimum Support Facility | Achieved mitigation threshold |
| | | | | |
| | | | | |
| 3,412 | 2,957 | 2,957 | BED Totals | |
| | | 46 | Short-Term Health Care Beds | |
| | | 3,003 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA STATE PRISON, SACRAMENTO NOTES:**
• 46 short-term health care beds are available for use as follows: CTC #1 has 15 beds available; CTC #2 has 11 beds available; and Building H-59 Section B has 20 mental health crisis beds available for a total of 46 beds
• Medical out patient beds located in cell blocks are included in ACA, POC, and PPOC capacity calculations.
• Non traditional housing unit beds are not included in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*
Attorney-Client Work Product – Confidential                              **FINAL REPORT – OCTOBER 3, 2011**

| | | | Substance Abuse Treatment Facility | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 200 | 200 | 200 | Adminstrative Segregation | Not subject to mitigation |
| 1,524 | 1,472 | 1,922 | Level IV General Population | Did not achieve mitigation threshold |
| 400 | 400 | 760 | Level IV General Population | Did not achieve mitigation threshold |
| 352 | 396 | 440 | Level IV Enhance Outpatient Program | F-3 achieved mitigation threshold G-1 did not |
| 1568 | 2068 | 2068 | Level II General Population | Achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 4,044 | 4,536 | 5,390 | BED Totals | |
| | | 34 | Short-Term Health Care Beds | |
| | | 5,424 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double ceiling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double ceiling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**SUBSTANCE ABUSE TREATMENT FACILITY NOTES:**
A 34 Bed Correctional Treatment Center is available for Short-Term Health Care needs.
Non-Traditional Housing Unit Beds are not included in capacity calculations.
Building 321, A Facility, was deactivated during the DAI Field reviw. This building is included in these capacity calculations.

| | | | Sierra Conservation Center | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |
| **ACA** | **POC** | **PPOC** | **Custody Level & Program** | **Comments** |
| 100 | 100 | 100 | Administrative Segregation Unit | Not subject to mitigation |
| 400 | 400 | 760 | Level III General Population | Did not achieve mitigation threshold |
| 570 | 760 | 760 | Level II General Population | Achieved mitigation threshold |
| 570 | 760 | 760 | Level I General Population | Achieved mitigation threshold |
| 11 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR Program needs |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 1,651 | 2,030 | 2,390 | BED Totals |
| | | 13 | Short-Term Health Care Beds |
| | | 2,403 | Total Potential Capacity |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double ceiling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA CORRECTIONAL CENTER NOTES:**
A 13 Bed Infirmary is available for Short-Term Health Care needs.
Non-traditional housing unit beds are not included in capacity calculations.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential                                    **FINAL REPORT – OCTOBER 3, 2011**

| | | | California State Prison Solano | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |

| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 200 | 200 | 200 | Administrative Segregation Unit | Not subject to mitigation |
| 1,000 | 1,000 | 1,900 | Level III General Population | Did not achieve mitigation threshold |
| 2,064 | 2,823 | 2,823 | Level II General Population | Achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 3,264 | 4,023 | 4,923 | BED Totals | |
| | | 18 | Short-Term Health Care Beds | |
| | | 4,941 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double ceiling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double ceiling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**CALIFORNIA STATE PRISON, SOLANO NOTES:**
A 18 Bed Correctional Treatment Center is available for Short-Term Health Care needs.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*

Attorney-Client Work Product – Confidential                **FINAL REPORT – OCTOBER 3, 2011**

| | | | San Quentin State Prison | |
|---|---|---|---|---|
| | | | Capacity Calculations | |
| ACA | POC | PPOC | Custody Level & Program | Comments |
| 591 | 591 | 591 | Condemned | Not subject to mitigation |
| 102 | 102 | 102 | ASU/Condemned | Not subject to mitigation |
| 362 | 362 | 362 | ASU/Carson and Donner | Not subject to mitigation |
| 414 | 414 | 414 | Level III General Population | Small Cells |
| 1,037 | 1037 | 1,037 | Reception Center Processing | Small Cells |
| 580 | 784 | 784 | Level II General Population | Achieved mitigation threshold |
| 145 | 196 | 196 | Minimum Support Facility | Achieved mitigation threshold |
| 18 | 15 | 15 | Firehouse Dorm | Capacity established by CDCR program needs |

| | | | | |
|---|---|---|---|---|
| 3,249 | 3,501 | 3,501 | BED Totals | |
| | | 50 | Short-Term Health Care Beds | |
| | | 3,551 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**SAN QUENTIN STATE PRISON NOTES:**
50 Bed in the Health Care Facility are available for Short-Term Health Care needs.
Cells in North, East, South, and West Blocks have 49.1 Gross Square Feet. Therefore, they can only house 1 inmate per cell maximum.
Nontraditional housing beds are not included in Capacity Calculations.

| | | | Salinas Valley State Prison | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |

| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 484 | 388 | 388 | Administrative Segregation | CDCR policy for 180 Ad Seg units = 50% cells doubled |
| 359 | 359 | 359 | ICF licensed mental health | Capacity established by licensure standards |
| 256 | 192 | 192 | Level IV EOP | Capacity established by CDCR policy |
| 1,896 | 1,847 | 2,747 | Level IV general population | Did not achieve mitigation threshold |
| 292 | 394 | 394 | Minimum support facility | Achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 3,287 | 3,180 | 4,080 | Bed Totals |
|---|---|---|---|
| | | 57 | Short-Term Health Care Beds |
| | | 4,137 | Total Potential Capacity |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**SALINAS VALLEY STATE PRISON NOTES:**
A 22-bed correctional treatment center is available for short-term health care needs.  35 cells in ICF housing units designated for short-term crisis patients.
DMH-ICF housing unit cells designated for crisis patients are not included in ACA, POC, or PPOC capacity calculations.

Attorney-Client Work Product – Confidential    **FINAL REPORT – OCTOBER 3, 2011**

| Valley State Prison for Women | | | | |
|---|---|---|---|---|
| Capacity Calculations | | | | |
| ACA | POC | PPOC | Custody Level & Program | Comments |
| 356 | 356 | 510 | Reception Center Processing and ASU Overflow | Did not achieve mitigation threshold |
| 176 | 132 | 132 | ASU/SHU | Large cell capacity cap per CDCR policy |
| 1,536 | 1568 | 1,920 | Medium Security General Population | Building D-1 achieved mitigation threshold |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 2,068 | 2,056 | 2,562 | BED Totals | |
| | | 20 | Short-Term Health Care Beds | |
| | | 2,582 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 50 sq ft gross, will be considered single cells for all Capacity Calculations

**VALLEY STATE PRISON  FOR WOMEN NOTES:**
20 Bed Infirmary is available for Short-Term Health Care needs.

*California Dept. of Corrections and Rehabilitation – Prison Capacity Planning*
Attorney-Client Work Product – Confidential                          **FINAL REPORT – OCTOBER 3, 2011**

| | | | Wasco State Prison | |
|---|---|---|---|---|
| | | | **Capacity Calculations** | |

| ACA | POC | PPOC | Custody Level & Program | Comments |
|---|---|---|---|---|
| 100 | 100 | 100 | Administrative Segregation Unit | Not subject to mitigation |
| 100 | 100 | 190 | Level III General Population | Did not achieve mitigation threshold |
| 2,922 | 2922 | 4,799 | Reception Center Processing | Did not achieve mitigation threshold |
| 300 | 408 | 408 | Minimum Support Facility | Achieved mitigation threshold |
| 9 | 10 | 10 | Firehouse Dorm | Capacity established by CDCR program needs |

| 3,431 | 3,540 | 5,507 | BED Totals | |
|---|---|---|---|---|
| | 18 | 18 | Short-Term Health Care Beds | |
| | | 3,558 | 5,525 | Total Potential Capacity | |

**STANDARD DEFINITIONS AND NOTES**
**DEFINITIONS**
ACA Beds: Bed Capacity calculations based on American Correctional Association (ACA) square footage standards for all types of inmate housing units.
POC Beds: Current Prison Operational Capacity (POC) calculations based on the Prison's ability to achieve mitigation thresholds [5% Management Flexibility Factor for celled housing units].
PPOC Beds: Potential Prison Operational Capacity (PPOC) calculations assume achieving all mitigation thresholds [5% Management Flexibility Factor for celled housing units].
Short-Term Health Care Beds: Health Care beds programmed for treatment typically requiring inmate stay of 30 days or less.
Total Potential Capacity: The PPOC plus all Short-Term Health Care Beds

**NOTES**
POC and PPOC capacities for: Firehouse, Dorms, and CDF Fire Camps are established by CDCR and CDF per program requirements.
ASU overflow beds are calculated as General Population beds in the PPOC Calculation.
EOP celled housing units are capped at a double celling rate of 150% of Design per CDCR policy.
ASU/SHU cells with 50 sq ft or more of unencumbered space available in each cell are capped at a double celling rate of 150% per CDCR policy.
Small cells with less than 55 sq ft gross, will be considered single cells for all Capacity Calculations

**WASCO STATE PRISON NOTES:**
• An 18-bed correctional treatment center is available for short-term health care needs.

• Non traditional housing unit beds are not included in capacity calculations.

• Ad seg overflow is counted as RC processing in capacity calculations.

• MSF, Dorm E-1 was deactivated during the DAI field review but the capacity is included in these calculations.