IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.

    Plaintiffs,

  vs.                                  No. CIV S-90-0520 LKK JFM P

EDMUND G. BROWN, JR., et al.

### SPECIAL MASTER'S REPORT ON HIS
### EXPERT'S REPORT ON SUICIDES COMPLETED IN THE CALIFORNIA
### DEPARTMENT OF CORRECTIONS AND REHABILITATION
### JANUARY 1, 2012 – JUNE 30, 2012

       Attached is the *Coleman* Special Master's Expert's Report on Completed Suicides in the California Department of Corrections and Rehabilitation ("CDCR" or "Department"), which covers the 15 suicides which occurred from January 1, 2012 to June 30, 2012. It is submitted as part of the *Coleman* special mastership's continuing review of the Defendants' compliance with court-ordered remediation in the matter of *Coleman v. Brown*, No. CIV S-90-0520 LKK JFM P (E.D. Cal.).

       This is the fourteenth suicide report in *Coleman*, prepared by my expert, Raymond F. Patterson, M.D. who is a nationally recognized expert on suicide prevention in correctional settings and has been writing the *Coleman* annual suicide report beginning with calendar year 1999. The 15 individual suicide case reviews annexed to the report were written by Dr. Patterson and the five other *Coleman* experts: Kerry C. Hughes, M.D.; Jeffrey L. Metzner, M.D.; Kathryn A. Burns, M.D., M.P.H.; Mary Perrien, Ph.D.; and Henry A. Dlugacz, J.D., M.S.W., all nationally recognized experts in the field of correctional mental health.

1

      For reasons explained in Dr. Patterson's report, this report will be the last of its kind by Dr. Patterson to be filed in this matter. It is submitted as a semi-annual report, rather than as a complete annual one, in the interest of expediting the reporting process and providing information and analysis to defendants as quickly as reasonably possible. The report is filed pursuant to this court's order of January 30, 2013, Docket No. 4319, and accordingly, it has not been distributed to the parties in draft form prior to being filed with the court. Simultaneous with the filing of this report, the parties will be provided with a list of the redacted identities of the 15 inmates whose suicide deaths are the subject of the report.

      Respectfully submitted,

      /s/

---

Matthew A. Lopes, Jr., Esq.
Special Master

March 13, 2013