1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5717
    Fax:  (415) 703-5843
5   E-mail:  Jay.Russell@doj.ca.gov
   *Attorneys for Defendants*

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                   EASTERN DISTRICT

11

12

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION OF JAY C. RUSSELL IN SUPPORT OF MOTION TO COMPEL DEPOSITION OF DR. CRAIG HANEY OR EXCLUDE TESTIMONY** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

19      I, Jay C. Russell, declare:

20      1.    I am a Supervising Deputy Attorney General in the California Attorney General's

21  Office, counsel of record for Defendants in this matter.  I am competent to testify to the matters in

22  this declaration, and if called upon to do so, could and would so testify.  I submit this declaration

23  in support of Defendants' motion to compel the deposition of Dr. Craig Haney or exclude his

24  testimony.

25      2.    On March 6, 2013, this Court ruled that Plaintiffs' expert depositions could not

26  proceed before March 15, 2013, the date on which Plaintiffs' opposition to Defendants' motion to

27  terminate was due.  (Order, ECF No. 4368.)  On March 8, I wrote to Plaintiffs' counsel, Mr.

28

                              1

1   Michael Bien, requesting that Plaintiffs' experts appear for their depositions on March 16 and

2   March 18.  A true and correct copy of my correspondence to Mr. Bien is attached as Exhibit A.

3         3.       That same day, Mr. Bien responded, offering deposition dates for four of Plaintiffs'

4   expert witnesses on March 16 and March 19.  But Mr. Bien stated that because of "commitments

5   in other matters," Dr. Haney was not available for deposition until either the afternoon of March

6   21 or on March 22, the day on which Defendants' reply to Plaintiffs' opposition to the motion to

7   terminate is due at 4:30 p.m.  A true and correct copy of Mr. Bien's March 8, 2013 email message

8   to me is attached as Exhibit B.

9         4.       On March 12, 2013, I responded to Mr. Bien's email message, confirming that the

10  four depositions would take place on March 16 and March 19, but advising Mr. Bien that it was

11  unacceptable to offer Dr. Haney for deposition the day before Defendants' reply brief is due.  A

12  true and correct copy of my March 12, 2013 email message to Mr. Bien is attached as Exhibit C.

13        5.       In response, on March 12, 2013, Mr. Bien contacted me by telephone.  During our

14  conference, he explained that Dr. Haney would be engaged in work in remote locations, and

15  would not be available for deposition via video conference.  Mr. Bien further explained that

16  arrangements might be made for Dr. Haney to return late on Wednesday March 20 to appear for

17  his deposition.  In the alternative, Mr. Bien offered to allow Dr. Haney's deposition to proceed

18  during the weekend of March 23-24, offering that Defendants could file a supplemental reply to

19  Plaintiffs' opposition after that proceeding.  On March 13, 2013, I advised Mr. Bien that these

20  alternatives were unacceptable, as they would seriously impair Defendants' ability to respond

21  adequately to Plaintiffs' opposition.  A true and correct copy of my March 13, 2013 email

22  message to Mr. Bien is attached as Exhibit D.

23        6.       Attempting to conduct Dr. Haney's deposition less than forty-eight hours before

24  Defendants' reply brief is due would not allow adequate time for a transcript to be prepared and

25  for Dr. Haney's testimony to be meaningfully evaluated before Defendants' reply brief must be

26  filed.  And taking Dr. Haney's deposition the weekend of March 23-24 and then preparing and

27  filing a supplemental reply to Plaintiffs' opposition will seriously impair Defendants' ability to

28  prepare for the March 27 hearing on Defendants' motion.  Moreover, absent a further order from

1    this Court, attempting to file a supplemental reply based on Dr. Haney's testimony would violate

2    the briefing scheduled ordered by this Court on January 29, 2013.  *See* Order, ECF No. 4316.

3          I declare under penalty of perjury that the foregoing is true and correct.  Signed on March

4    14, 2013 in San Francisco, California.

5

6                                             */s/ Jay C. Russell*
                                              Jay C. Russell

7    CF1997CS0003
     20675502.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. J. Russell Supp. Defs.' Mot. to Compel Dep. Of C. Haney  (2:90-cv-00520 LKK JFM PC)