# EXHIBIT A

## Michael Freedman

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Wednesday, March 13, 2013 3:27 PM |
| **To:** | Armstrong Team - RBG only |
| **Subject:** | FW: Coleman v. Brown - Depositions of Expert Witnesses [IWOV-DMS.FID25914] |
| **Attachments:** | Joint Statement re Discovery Dispute - Haney Depo.doc |

---

From: Jay Russell[SMTP:JAY.RUSSELL@DOJ.CA.GOV]
Sent: Wednesday, March 13, 2013 3:26:43 PM
To: Michael W. Bien
Cc: William Downer; Debbie Vorous; Patrick McKinney; Jonathan Wolff; Maneesh Sharma; 'Paul B. Mello (pmello@hansonbridgett.com)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F.'; 'Michaelson, Jon'; 'Acharya, Ranjini (ranjini.acharya@klgates.com)'; Donald Specter; Rebekah Evenson
Subject: RE: Coleman v. Brown - Depositions of Expert Witnesses [IWOV-DMS.FID25914] Auto forwarded by a Rule

Michael -

Thank you for contacting me yesterday to discuss alternatives for scheduling Dr. Haney's deposition. But even attempting to take Dr. Haney's deposition on the evening of March 20--less than 48 hours before Defendants' reply brief is due--is not enough time for a transcript to be prepared and a meaningful evaluation of Dr. Haney's testimony to be undertaken. And taking Dr. Haney's deposition the weekend of March 23-24 and then preparing and filing a supplemental reply to Plaintiffs' opposition will seriously impair Defendants' ability to prepare for the March 27 hearing on Defendants' motion.

Because I see no other alternative, I believe that a motion to compel Dr. Haney's appearance by March 19 is required. A joint statement concerning this deposition is attached. Please provide us your response on or before noon tomorrow so that we can file this with the court and have a resolution with sufficient time for Dr. Haney to adjust his schedule, should that prove necessary.

If you have any questions, please contact me.

Jay C. Russell
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415.703.5717
415.703.5843 Facsimile
jay.russell@doj.ca.gov


-----Original Message-----
From: Jay Russell
Sent: Tuesday, March 12, 2013 3:39 PM
To: 'Michael W. Bien'

1

Cc: William Downer; Debbie Vorous; Patrick McKinney; Jonathan Wolff; Maneesh Sharma; 'Paul B. Mello (pmello@hansonbridgett.com)'; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com)'; 'Cesare-Eastman, Megan F.'; 'Michaelson, Jon'; 'Acharya, Ranjini (Ranjini.Acharya@klgates.com)'; Donald Specter; Rebekah Evenson
Subject: RE: Coleman v. Brown - Depositions of Expert Witnesses [IWOV-DMS.FID25914]

Michael -

Given the information below, I believe schedule for Plaintiffs' expert depositions is as follows:

Saturday March 16 -    Dr. Ed Kaufman in Laguna Beach at 10:00 a.m.

Tuesday March 19 -    Jeannie Woodford in Walnut Creek at 9:00 a.m.
                     Dr. Pablo Stewart in San Francisco at 9:00 a.m.
                     Eldon Vail in San Francisco at 9:00 a.m.

I have attached an amended notice of deposition reflecting these times and dates.

Offering Dr. Craig Haney for deposition on either the evening of March 21, or during March 22, is unacceptable. There is no way that Defendants can complete a meaningful cross-examination of Dr. Haney before their reply to Plaintiffs' opposition is due, effectively denying them their right to investigate the bases and assumptions informing Dr. Haney's opinions. Your position essentially means that Dr. Haney's testimony and opinions will be completely unexamined by Defendants. Further, your office and Dr. Haney have known of Defendants obligation to respond to Plaintiffs' opposition on March 22 for over a month. Despite that knowledge, Dr. Haney has chosen to make himself unavailable for cross-examination.

Defendants request that Dr. Haney be available for deposition on or before March 19. If he is not, Defendants will move either to compel his deposition within that time or have his testimony stricken from the record.

Please contact me if you have any questions.

Jay C. Russell
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
415.703.5717
415.703.5843 Facsimile
jay.russell@doj.ca.gov


-----Original Message-----
From: Michael W. Bien [mailto:MBien@rbgg.com]
Sent: Monday, March 11, 2013 5:43 PM
To: Jay Russell
Cc: William Downer; Debbie Vorous; Patrick McKinney; Jonathan Wolff; Maneesh Sharma; 'Paul B. Mello (pmello@hansonbridgett.com)'; Coleman Team - RBG Only; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com)'; 'Cesare-Eastman, Megan F.'; 'Michaelson, Jon'; 'Acharya, Ranjini (Ranjini.Acharya@klgates.com)'; Donald Specter; Rebekah Evenson
Subject: RE: Coleman v. Brown - Depositions of Expert Witnesses [IWOV-DMS.FID25914]

Jay

I was just informed that Eldon Vail's rate is $150 an hour for testifying.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


-----Original Message-----
From: Michael W. Bien
Sent: Monday, March 11, 2013 5:33 PM
To: Jay Russell
Cc: 'William Downer'; Debbie Vorous; 'Patrick McKinney'; 'Jonathan Wolff'; 'Maneesh Sharma'; 'Paul B. Mello (pmello@hansonbridgett.com)'; Coleman Team - RBG Only; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com)'; 'Cesare-Eastman, Megan F.'; 'Michaelson, Jon'; Acharya, Ranjini (Ranjini.Acharya@klgates.com); Donald Specter; Rebekah Evenson
Subject: RE: Coleman v. Brown - Depositions of Expert Witnesses [IWOV-DMS.FID25914]

Jay

I am following up on my email to you of Friday, March 8, attached below, where I provided dates when plaintiffs' experts are available for deposition. Please confirm the dates, time and places for the depositions.

Here is some additional information:

Dr. Kaufman's clinic has a large conference room that could be made available for the deposition on Saturday, March 16. The address is:
32392 S. Coast Highway, #250
Laguna Beach, CA 92561

Here are the billing rates for testimony for plaintiffs' experts.  I am reiterating that defendants must bring checks for the experts on the day of the deposition.

Ed Kaufman's rate for testimony is $3,000 per half day and $5,000 per day.

Jeanne Woodford is $800 for a half day and $1600 for a full day.

Craig Haney is $1500 for a half day and $3000 for a full day.

3

Pablo Stewart is $450 per hour with a four hour minimum ($1800 minimum) and $4000 for a full day.

Eldon Vail: K&L Gates will confirm his rate for testifying.


Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


-----Original Message-----
From: Michael W. Bien
Sent: Friday, March 08, 2013 4:24 PM
To: Jay Russell
Cc: William Downer; Debbie Vorous; Patrick McKinney; Jonathan Wolff; Maneesh Sharma; Paul B. Mello (pmello@hansonbridgett.com); Coleman Team - RBG Only; Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com); Cesare-Eastman, Megan F.; Michaelson, Jon
Subject: RE: Coleman v. Brown - Depositions of Expert Witnesses [IWOV-DMS.FID25914]

Jay

Thank you for your letter. We have been in contact with our experts since the court order issued. We were able to save the trip out of state for Mr. Vail's deposition. Unfortunately, as you anticipated, Dr. Kaufman is unable to come to san Francisco for his deposition. There is no need to serve individual subpoenas on the expert witnesses. We will accept service for the experts.

Plaintiffs' expert witnesses are available on the following dates, times and locations:

Dr. Pablo Stewart, March 19 (San Francisco) Jeanne Woodford, March 19 or March 20 (San Francisco) Dr. Ed Kaufman, March 16 (Orange County) Eldon Vail, March 19 (San Francisco) Craig Haney, March 21 (afternoon only) or March 22 (San Francisco)

Professor Haney has commitments in other matters to be in the Pennsylvania Prison System and at Angola Prison in Louisiana and, unfortunately, is not back in California and available until March 21.

4

The witnesses will not testify without being paid on the day of their deposition by defendants (based on our prior experience). Please have a check in the appropriate amount made payable to the witness on the day of the deposition. We will supply you with a list of the rates for testifying, ½ day and full day, by early in the week.

We expect to begin producing documents responsive to defendants' request to the experts early next week. We will make every effort to provide you with Dr. Kaufman's Report prior to the filing on March 15. In any event, the filing deadline is March 15 at 4:30 p.m.


Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


-----Original Message-----
From: Jay Russell [mailto:Jay.Russell@doj.ca.gov]
Sent: Friday, March 08, 2013 3:45 PM
To: Michael W. Bien
Cc: William Downer; Debbie Vorous; Patrick McKinney; Jonathan Wolff; Maneesh Sharma; Paul B. Mello (pmello@hansonbridgett.com)
Subject: Coleman v. Brown - Depositions of Expert Witnesses

AG Letter to M Bien - Depositions of Plaintiff Expert Witnesses(W)

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.