**EXHIBIT 1**

# RESUME FOR ELDON VAIL

## WORK HISTORY

- Secretary                         Washington State Dept. of Corrections   2007-2011
- Deputy Secretary                  WADOC                                   1999-2006
- Assistant Deputy Secretary        WADOC                                   1997-1999
- Assistant Director for Prisons    WADOC                                   1994-1997
- Superintendent                    McNeil Island Corrections Center        1992-1994
- Superintendent                    WA. Corrections Center for Women        1989-1992
- Correctional Program Manager      WA. Corrections Center                  1988
- Superintendent                    Cedar Creek Corrections Center          1987
- Correctional Program Manager      Cedar Creek Corrections Center          1984-1987
- Juvenile Parole Officer           Juvenile Rehabilitation                 1984
- Correctional Unit Supervisor      Cedar Creek Corrections Center          1979-1983
- Juvenile Institution Counselor    Naselle Youth Camp                      1974-1979

## HIGHLIGHTS OF CAREER ACCOMPLISHMENTS

- Reduced violence in adult prisons by over 30% during my tenure as Secretary and Deputy Secretary for the Department.
- Dramatic reduction in escapes from minimum-security facilities during this same period.
- Increased partnerships with non-profits, law enforcement and community members in support of agency goals and improved community safety.
- Implemented and administered an extensive array of evidence based and promising programs:
    - Education, drug and alcohol, sex offender and cognitive treatment programs.
    - Implemented risk based sentencing via legislation and policy, reducing the prison populations of non-violent, low risk offenders, including the Drug Offender Sentencing Alternative and the Family and Offender Sentencing Alternative. http://www.doc.wa.gov/community/fosa/default.asp
    - Pioneered extensive family based programs resulting in reductions in use of force incidents and infractions and improved reentry outcomes for program participants.
    - Established Intensive Treatment Program for mentally ill inmates with behavioral problems.
    - Established step down programs for long-term segregation inmates resulting in significant reduction in program graduate returns to segregation. http://www.thenewstribune.com/2012/07/10/2210762/isolating-prisoners-less-common.html
- Initiated the Sustainable Prison Project; http://blogs.evergreen.edu/sustainableprisons/
- Administered the only state agency that bent the curve on health care costs while improving outcomes.
- Focused the department on becoming a better asset to the community by expanding inmate and community supervision work programs.

- Improved efficiency in the agency by administrative consolidation, closing 3 high cost institutions and eliminating over 1,200 positions. Housed inmates at lowest possible custody levels, also resulting in reduced operating costs.
- Led the nation's corrections directors to support fundamental change in the Interstate Compact as a result of the shooting of 4 police officers in Lakewood, WA.
- Dramatically improved media relations by being aggressively open with journalists, challenging them to learn the difficult work performed by corrections professionals on a daily basis.
- Long term collaboration with the University of Washington focusing on the mentally ill in prison and management of prisoners in and through solitary confinement.

## *EDUCATION AND OTHER BACKGROUND INFORMATION*

- Post graduate work in Public Administration - The Evergreen State College, Washington - 1980 and 1981
- Bachelor of Arts - The Evergreen State College, Washington – 1973
- Graduate of the first NIC Executive Excellence Class-1998. Keynote speaker for two subsequent graduating classes.
- National Institute of Corrections and Washington State Criminal Justice Training Commission - various training courses
- Member of the American Correctional Association
- Associate member, Association of State Correctional Administrators
- Commissioner, Washington State Criminal Justice Training Commission 2002-2006, 2008-2011
- Member, Washington State Sentencing Guidelines Commission 2007-2011
- Instructor for Correctional Leadership Development for the National Institute of Corrections (NIC)
- Advisory Panel Member, *Correctional Technology—A User's Guide*
- Author of *Going Beyond Administrative Efficiency—The Budget Crisis in the State of Washington*, published in Topics of Community Corrections by NIC
- Consultant for *Correctional Leadership Competencies for the 21st Century*, an NIC publication
- Consultant for Correctional Health Care Executive Curriculum Development, an NIC training program
- Co-chair with King County Prosecutor Dan Satterberg, *Examining the Tool Box: A Review of Supervision of Dangerous Mentally Ill Offenders* http://www.dbhds.virginia.gov/documents/Adm/080101-KingCountyReport.pdf
- Guest lecturer on solitary confinement for ACLU at University of Montana Law School in 2012

## *CURRENT ACTIVITIES*

- On retainer with Pioneer Human Services http://www.pioneerhumanservices.org/
- On retainer for Friendship Diversion Services http://www.friendshipdiversion.org/html/contact/contacts.html

- Currently serve on Board of Advisors for Huy, a non-profit for supporting Native American Prisoners
- On retainer as an expert witness in the following cases:

    - *Gifford v. State of Oregon*, No. 6:11-CV-06417-TC
      United States District Court, For the District of Oregon, Eugene Division
    - *Ananachescu v. County of Clark*, pre-file stage
      United States District Court, Western District of Tacoma
    - *Mitchell v. Cate*, No. 08-CV-1196 JAM EFB
      United States District Court, Eastern District of California
    - *Parsons, et al. v. Ryan*, No. CV 12-06010PHX-NVW
      United States District Court of Arizona
    - *Coleman et al. v. Brown, et al.*, No. 2:90-cv-0520 LKK JMP P
      United State District Court, Eastern District of California