# EXHIBIT 2

| DOCUMENTS REVIEWED |
|---|
| Memorandum of Points and Authorities in Support of Defendant's Motion to Terminate, dated January 7, 2013 |
| Vorous Declaration in Support Thereof |
| Toche Declaration in Support Thereof |
| Ceballos Declaration in Support Thereof |
| Meyer Declaration in Support Thereof |
| Belavich Declaration in Support Thereof |
| Johnson Declaration in Support Thereof |
| Three-Judge Court Opinion and Order in *Coleman v. Schwarzenegger*, dated August 4, 2009 |
| Supreme Court's Decision in *Brown v. Plata*, dated May 23, 2011 |
| Special Master's Twenty-Fifth Interim Report, dated January 18, 2013 |
| Special Master's Report on His Expert's Report on Suicides, dated January 25, 2013 |
| Patterson's Expert Report on Suicides dated January 25, 2013 |
| Operations Manual for CDRC dated January 2012 |
| Plaintiffs' Second Request for Inspection |
| MHSDS Program Guide 2009 Revision |
| Plaintiffs' Second Request for Inspection |
| Mental Health Management Reports by all 33 Prison Wardens in Preparation for the Special Master's Round XXV Monitoring Report |
| Deposition of Steve Martin in *Gates v. Deukmejian* taken on August 4, 1989 |
| Trial Testimony of Steve Martin in *Madrid v. Gomez* taken on October 5, 1993 (Volumes 8 and 9) |
| Report of Plaintiffs' Expert Steve Martin in *Carty v. DeJongh* taken on March 23, 2009 |
| Review of Completed Suicides in the California Department of Corrections and |

| **DOCUMENTS REVIEWED** |
|---|
| Rehabilitation, 1999 to 2004 (dated June 2008) |
| Confidential Declaration of Jane Kahn in Support of Plaintiffs' Response to Defendants' Motion to Strike or Modify Portions of the Special Master's 5th Round Monitoring Report |
| MHSDS Program Guide 2009 Revision |
| Moore Notes (18 attachments) |
| Defense Expert Notes re RJD, (DEXP102411-102415) |
| Defense Expert Tour Notes (DEXP102389-102410) |
| Various Pleadings submitted in the *Coleman* case. |
| Expert Work - Governor Driving Schedule (DEXP 103070) |
| Jacqueline Moore's Handwritten Notes (DEXP 102023-102034) |
| Defendants' Notice of Deposition for Plaintiffs' Expert Witnesses and Request for Production of Documents |
| Documents Responsive to Plaintiffs' Request for Production of Documents (DEXP102022-3090) |
| Color Photographs from Kern Valley State Prison, taken during Plaintiffs' Inspection |
| Steve Martin's File |
| Notes from Kern Valley State Prison Tour on February 20, 2013 |
| LAC Operational Procedure #511 - Holding Cell Procedures |
| Custody and Security Operations - Art 23 Sec 52080 LA County |
| LAC Operational Procedure #509 - Inmate Escort Procedures |
| Notes from Corcoran |
| Draft Timeline of Defense Expert's Work |
| Article, *An Overview of Correctional Psychiatry*, by Jeffrey Metzner and Joel Dvoskin |

| DOCUMENTS REVIEWED |
|---|
| Psychiatric Assn. Official Actions, December 2012 |