# EXHIBIT 6

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date : September 12, 2012

To : Associate Directors – Division of Adult Institutions
Wardens

Subject: USE OF CHEMICAL AGENTS DURING CONTROLLED USE OF FORCE SITUATIONS AND REVIEW OF USE OF FORCE INCIDENTS

The purpose of this memorandum is to reiterate expectations relative to the use of force.

The Department Executive Review Committee (DERC) recently reviewed incidents involving the controlled use of force during cell extractions. The review highlighted the need to clarify expectations with regard to the application of Oleoresin Capsicum (OC) products during controlled use of force situations.

Although policy does not restrict the amount or number of applications of OC product used, it is my expectation during controlled use of force situations that sufficient time is provided between applications to allow the product to be effective. Should it become evident the application of OC products are not effective, rather than continued deployment of chemical agents; alternate use of force options shall be considered. Incident Commanders and on-site managers must utilize their knowledge, training and experience, as well as exercise common sense in choosing the appropriate use of force option during these situations.

Additionally, these same DERC reviews highlighted incidents wherein the actions of staff were not in compliance with current policy, yet the issues were not identified nor addressed until reaching the Second Level Manager Review, or in some cases, the Institution Executive Review Committee. It is my expectation that the review process at all levels be thorough and meaningful, and staff involved in reviewing use of force incidents are sufficiently knowledgeable in current policy, Department Operations Manual; Chapter 5, Article 2, Section 51020, in order to identify and address actions which may not be in compliance with policy. It should not require upper level review to identify training or non-compliance issues. Additionally, it is my expectation that any significant non-compliance issue be referred for investigation.

To assist in clarifying expectations, I ask that Wardens provide On the Job Training (OJT) to all Incident Commanders and managers with regard to the above expectations. Proof of practice of the required OJT is to be provided to the respective Associate Director no later than October 12, 2012. If you have any questions or concerns relative to this directive, please contact your Mission's Associate Director.

DEXP 009657

5

Associate Directors – Division of Adult Institutions
Wardens
Page 2

Thank you for your consideration and attention in this matter.

*M.D. STAINER*
Deputy Director, Facility Operations
Division of Adult Operations

cc: Terri McDonald, Undersecretary
   Kathleen Dickinson, Director - DAI
   Kathleen Allison, Deputy Director (A), Facility Support - DAI