(SVPP) and Vacaville Psychiatric Program (VPP). SVPP has been expanded by Court order to include two temporary ICF units, D5 and D6, located in Facility D. Mr. Brewer reported on the size of the current waiting list for the DMH Level IV ICF programs which remains high at 111 men, despite the opening of the Court-ordered temporary ICF units at SVSP and two others at CMF (P2 and P3). According to Mr. Brewer, mainline EOP patients can wait up to a year for an ICF Level IV bed. Unfortunately, this problem, too, has gotten worse rather than better since my tour. Thus, in the past nine months since I visited SVSP, the waitlist for the DMH Level IV ICF programs has grown to 173 patients.[235]

    159. Later in the day I visited SVPP and the temporary D6 unit. SVPP, which is a 64-bed ICF unit, has dedicated treatment space, including group rooms, a dining room, recreational therapy spaces, yard areas and some dorm housing. I observed some of the patients walking to their evening meal in a group dining hall area. I also visited D-6, one of the two temporary ICF units that have been placed on Facility D in the prison. Facility D also includes the EOP units and several Ad Seg units. In D-6 the men live in a regular two-tiered housing unit, with a dayroom floor modified to look less like a traditional prison dayroom floor. When I walked into the unit I saw an armed correctional officer stationed in the second floor control room, overlooking the dayroom. Ms. Neil, the Executive Director of the Program, pointed out the armed officer to me and stated that the visible presence of the gunner understandably created problems for a number of the patients in the unit, "many of whom are quite paranoid."

    160. There are no group rooms or any other treatment space provided for the patients housed in D-6 or in the identical unit, D-5. Staff reported that all treatment occurred on the dayroom floor in a non-confidential setting, which creates problems for the patients who can overhear group sessions. Staff showed us an empty room next to the housing unit, which they reported to us had been promised to them when D-5 opened more than a year earlier, space that

---

[235] Coleman Pls.' Trial Ex. 78.

CDCR would retrofit into several group rooms for the ICF units. To date, no modifications to this room have occurred and all treatment still happens on the dayroom floor. Clinical staff informed me that these units are likely to remain operational until all of CDCR's new hospital beds are constructed; a project which is not slated for completion until 2013 by the Receiver's estimate, and which does not include additional mental health beds that are to be built by CDCR. I found the differences between these two treatment environments stark, and although the clinical staff undoubtedly have attempted to do their best to "make do" with the situation, it was quite appalling that in-patient care was being provided in the D-6 ICF setting.

### (iv) Impact of Lockdowns on EOP Programs

161. During my tour of Facility D where the EOP programs are located, I walked into Building D3 to interview a group of EOP patients. I briefly spoke with some EOP prisoners who were preparing to serve dinner. These men told me that the EOP program has been locked down quite frequently in the past year and half. The program was on lockdown that day and for several days earlier because the prisoners told me that a piece of a hair clipper was missing. The prisoners also told me that they are regularly locked down if two EOP patients fight, even if the men resolve their dispute. The men told me that recently the EOP program had been locked down for several weeks because of a fight. When the EOP program is locked down, they said that they do not get yard or group therapy.

162. The problem is apparently a chronic one. Although it has been identified and addressed by others, it has yet to be solved. Thus, the *Coleman* Special Master also found that cancellation of group activities in the EOP interfered with the availability of meaningful structured therapeutic activities and addressed this issue in his Draft 20th Report.[236] In part in response to this concern, the SVSP staff audited this issue and "found during the summer of 2007, most cancellations were for custody or security reasons."[237] In their 21st round

---

[236] Joint Pls.' Trial Ex. 57 at 186.

[237] *Id.*

monitoring documents, SVSP staff listed a number of obstacles to the provision of mental health treatment to EOP patients: (1) insufficient group rooms to see all of the patients ducated for groups; (2) 40% of the structured therapeutic activities are run outside on the yard and when the yard is "down", the program is adversely affected; and (3) significant deficit in available office space for EOP clinical staff (as the EOP Mental Health Building was designed for 25 staff members and currently supports 51).[238] It is noteworthy that SVSP staff reported planning continues for the development of additional treatment space, but "there has been no new construction."[239] Hence, there does not appear to be a solution in sight.

163. In any event, I had an occasion to discuss the magnitude of the lockdown problem with a CDCR staff member later in my tour of another EOP unit. This especially candid sergeant who worked in the EOP program told me that, even in the EOP housing units, the lockdowns had increased over time and were being implemented with the same frequency and based on the same rationale as for the general population of prisoners. She said, "we are locking down a lot more now—its like we aren't analyzing the real threat level—we just lock down." And she pointed to another overcrowding-related dynamic: "The doctors are less frequently in the building now than in the past, so we don't communicate with them enough." She also believed that the management style at the prison had changed (in a way that also could stem from the overcrowding problems that existed there). Specifically, as she said:

> Now there is an emphasis on security—we used to be aiming toward programs—it took a while but we did it. But now, over the last years, things have deteriorated.... We had dayrooms, doctors would come over here, they would have "community meetings" and organize activities, TV events, and the guys would really get into it. It stopped a year or so ago. Then the "cave dwellers" emerged—guys who just stay in their cells all the time.

---

[238] Coleman Pls's Trial Ex. 138 at 5.

[239] *Id.*

(v) **Impact of Lockdowns on Facility C**

164. The lockdowns at SVSP are psychologically costly and directly impact both the *Coleman* class members and the CDCR mental health delivery system itself. For example, I spoke to Prisoner KK, a prisoner housed on suicide watch in the CTC who told me that he was a former EOP prisoner who was sent to SVSP from CSP-Sacramento several months ago, and housed in C Facility. However, he told me he "couldn't handle the stress of lockdown" and tried to kill himself. He spent 8 days at an outside hospital and now was back in the CTC on suicide watch. He had been there for days, sitting in a barren room with only a few books to read, sleeping on a mattress on the floor of the cell. He was adamant about not returning to C Facility but fearful that he would end up there again. I subsequently reviewed portions of Prisoner KK's records which confirmed that he transferred to SVSP Facility C from CSP-Sacramento on May 2, 2007.[240] Prior to his transfer from CSP-SAC, he had been placed on involuntary medications – through a Keyhea Order – because he was found to be psychotic and a danger to himself and others unless he was involuntary medicated. In the petition in support of the Keyhea Order, his significant psychiatric history, including psychiatric hospitalizations, beginning at the age of 13, were noted, as well as previous suicide attempts. Despite the involuntary medication order and his significant mental health and suicide attempt history, he was not referred to a higher level of care level and transferred to SVSP Facility C as a CCCMS. His records indicate that he found the lockdown conditions at SVSP very difficult and, on July 16, 2007, he told his case manager that "I feel like I'm going to do something to myself."[241] He asked to be transferred to the EOP in August because "I've been locked down since I've been here."[242] On October 22, 2007, he was brought to the crisis unit because of a suicide attempt.

---

[240] Coleman Pls.' Trial Ex. 94.

[241] Coleman Pls.' Trial Ex. 94.

[242] Coleman Pls.' Trial Ex. 94.

165. I saw Prisoner KK a few days after his suicide attempt. His medical records show that when he was discharged on November 5, 2007, he was returned to Facility C. By December 2007, he was again expressing problems coping with the lockdowns, and finally on February 13, 2008, his case manager recommended him for EOP level of care. However, he was not transferred to the EOP GP unit, but was rather placed in the EOP ASU, where he remained from February 13, 2008 until April 3, 2008, because no bed was available. During this wait for an EOP bed in the ASU, he was repeatedly reassured "he is not in trouble only waiting for bed space."[243] He told his case manager on April 21, 2008, after transferring out of ASU, that "being on lockdown all the time made me go crazy."[244]

166. In fact, this case clearly illustrates the interconnected and long-term consequences of prison overcrowding, especially for mentally ill prisoners. Overcrowding helps to precipitate lockdowns at the prison which, in turn, have negative consequences on mentally ill prisoners in particular, some of whom cannot handle the severe stress of locked-down confinement. They may decompensate or become suicidal as a result. The increased suffering of the prisoners notwithstanding, this is another way that overcrowding puts mentally ill prisoners at greater risk and requires the clinical staff to devote more time and scarce crisis beds to stabilize them.

167. The frequent lockdowns at SVSP also interfere with programming and mental health groups. As one psychiatric technician at SVSP told me, "I'll be running the groups for 2-3 weeks, then, bang, we are on lockdown." Chronic idleness becomes a way of life in the housing units with frequent lockdowns. One C Facility prisoner I interviewed on the tier told me: "My program is to read, watch TV, sit in my cell—I get shower every other day—we haven't even got our packages from our family." Like a number of the C Facility prisoners I spoke to, he was frustrated by the lockdowns and felt that they were taking a toll on him: "I

---

[243] Coleman Pls.' Trial Ex. 94.

[244] Coleman Pls.' Trial Ex. 94.

can't handle the stress of being locked up all the time, it's getting to me. I was OK before, but not now." This prisoner, who was on the mental health caseload, had transferred to Facility C four months ago from CSP-Sacramento Facility B where he was programming. He had been locked down since he arrived at SVSP.

168.  During these extended lockdowns on Facility C, prisoners on the mental health caseload are not provided with increased mental health monitoring, which is required by the Program Guide standards for mental health and non-mental health prisoners in Ad Seg units. Yet the conditions and daily life of these locked down prisoners are no different than Ad Seg. There have been a number of suicides at SVSP by prisoners who were housed on Facility C on lockdown conditions. I have reviewed a number of these CDCR Suicide Reports, and some of them are summarized below.

### (vi)   Facility C-Lockdown Suicides

169.  *Coleman* **Class Member BB,** committed suicide on January 20, 2006 at SVSP. He was housed on Facility C and was receiving mental health services at CCCMS level of care.[245] Mr. BB had a history of suicidal ideation and the Suicide Report noted that "[h]e seemed to find lock-down conditions difficult, as he tended to utilize mental health services primarily when he was in ASU, SHU and the modified program."[246] The Report also found that "SVSP-C Facility was under lock-down the entire time that Prisoner BB was there."[247] Mr. BB was seen once when he first arrived at the prison for an initial case manager contact, and once more a week later for his treatment team.[248] He was not seen again by any mental health staff nor does the existing Program Guide require increased monitoring of mental health prisoners during extended lockdowns. The Suicide Report made no recommendations.

---

[245] Coleman Pls.' Trial Ex. 22.

[246] *Id.* at 9.

[247] *Id.* at 8.

[248] *Id.* at 6.

170. *Coleman* **Class Member GG**, committed suicide on August 6, 2005 at SVSP.[249] Mr. GG was housed on Facility C and was not on the mental health caseload at the time of his suicide. He was 20 years old. He arrived at SVSP on June 8, 2004, and was housed in Facility C.[250] The Suicide Report noted that "[h]is facility was in frequent [*sic*] and prolonged modified lockdowns during his time at SVSP, had been on hard lockdown since July 14, 2005, and no telephone calls or visits were permitted to any prisoners during this time."[251] In fact, the Report noted that: "During the fourteen months that Prisoner GG had been at SVSP, Facility C had been on modified program (i.e., partial lockdown status) for the majority of time. While the total lockdown time was not readily available by record, research did indicate that during May 2005 and until July 14, 2005, there were only approximately four days (June 17-21) that Facility C was not on modified program."[252] Just prior to his suicide, Mr. GG received bad news about his criminal appeals, and faced life without possibility of parole until he was about 75 years of age. The Suicide Report noted that: "this lockdown situation was difficult for Prisoner GG, who had a lot of family support and contact."[253]

171. *Coleman* **Class Member FF**, committed suicide on January 3, 2005, at SVSP.[254] Mr. FF was housed on Facility C and was on the mental health caseload at CCCMS level of care. He had a history of crisis bed admission and significant mental health symptoms prior to his transfer to SVSP on November 29, 2004.[255] Due to an absent case manager, Mr. FF was not seen during the first month that he was housed on Facility C, which was on lockdown as

---

[249] Coleman Pls.' Trial Ex. 50.

[250] *Id.* at 6.

[251] *Id.* at 2.

[252] *Id.* at 6.

[253] *Id.* at 10.

[254] Coleman Pls.' Trial Ex. 49.

[255] *Id.* at 3-6.

indicated in the Suicide Report of Mr. FF.[256] On December 27, 2004, Mr. FF set his cell on fire and he was taken to a clinic for a mental health evaluation, which he first refused, but later agreed to. The psychologist noted that he sounded paranoid and set the fire to keep out someone who was trying to kill him.[257] Mr. FF remained in a holding cell in a clinic on the yard for two days and was eventually moved to a bed in the Ad Seg unit.[258] He was moved back to C-Yard the next day and was seen for the first time by his case manager on December 31, 2004.[259] He committed suicide four days later.

172. Unlike administrative segregation units, where prisoners are guaranteed out-of-cell time (although not necessarily provided all of it) by regulation and are provided with psych tech rounding and enhanced case manager contacts for mental health prisoners, those prisoners housed on facilities like Facility C endure months on end of locked down conditions. My interviews with staff, prisoners and my reviews of these suicide reports confirm that the excessive lockdowns at SVSP are produced by the extraordinary levels of overcrowding at the facility and limited degrees of freedom the staff believes it has in reducing conflict and managing the prisoner population in other less drastic ways. Obviously, these excessive lockdowns undermine the delivery of mental health services and adversely affect the mental health of all prisoners housed in those units.

(vii) **Behavior Modification Unit**

173. I was taken aback generally at how little the custody staff in the various CDCR institutions I toured appeared to know about which prisoners in their units were on the mental health caseloads—something that would be extremely useful in helping them place the prisoners' behavior in context and watch for signs of decompensation. But this was especially

---

[256] *Id.* at 6.

[257] *Id.* at 6-7.

[258] *Id.* at 7.

[259] *Id.* at 7.

troublesome in the Behavioral Modification Unit (BMU), a pilot program developed by CDCR at several prisons, including SVSP. The BMU at SVSP is located in a housing unit on Facility C-8. The Warden told us in the morning meeting that this unit was not locked down when the rest of the yard was on lockdown status. When we visited the BMU, the officers told us that the unit was created for managing disruptive prisoners and teaching them to program more productively through a step program. The officers said that the men in the program are not provided with any outside yard time until they have reached Step 3. The Special Master has monitored the BMU and found that "[t]he BMU was locked down, as was the yard on which it was located, which undermined the use of graduated privilege levels ... Inmates were cuffed during mental health sessions."[260] During our tour of the BMU, custody staff reported that it was currently on lockdown status and had been so for several weeks (apparently without the Warden's approval). The *Coleman* monitors who reviewed Central Files during the 18th round tour, "found no factors that distinguished inmates placed in the BMU from those who were not selected."[261] In the draft 20th Report, the Special Master noted that the BMU was not placed on lockdown or modified program status unless an incident occurred within the program.[262] Notably, all of the 3CMS prisoners in the program at the time of the Coleman monitors' site visit were at Step 1.[263]

174. The officers we spoke to in the BMU were unable to identify the prisoners who were receiving mental health services by looking at photos and lists of prisoners. I asked one of the officers to identify several prisoners who had been at Level I for the longest time in the BMU and he provided me with three names. I looked up these prisoner names on a list of SVSP prisoners on the mental health caseload provided to me by staff, and two of the prisoners

---

[260] Joint Pls.' Trial Ex. 36 at 144.

[261] Joint Pls.' Trial Ex. 36 at 144.

[262] Joint Pls.' Trial Ex. 57 at 184.

[263] *Id.*

were CCCMS; they had been Level I (without any outside yard and limited phone privileges) since the summer of 2007. Needless to say, any meaningful, effective, and humane prison behavior modification program depends on a prisoner being able to comprehend the contingencies that are being imposed on him and also assumes that the prisoner possess the capacity to control his behavior enough to meet them. It was unclear to me whether the BMU program that is being applied to some *Coleman* class members is one that they are able to function productively in.

### (viii) Custody and Clinical Staffing Problems in ASUs

175. One of the psychologists who accompanied us for part of my tour of SVSP told me that his ASU caseload was about 50—a figure that he characterized as "too many" because it made it impossible to see them all on schedule.[264] He also told me that "we want to hold CCCMS groups but we have no staff, no space, and no escorts." Prisoners in a caged "group therapy" session taking place in the D Yard ASU told me that they were given a choice each day whether they wanted to go to group or to yard, but not to both. They also complained about a lack of mental health training and responsiveness on the part of the custody staff: "Sometimes we feel depressed in our cells. We tell the officers, but they ignore us. They tell you they want to see blood, or they tell you, 'we'll give you the rope.'" Prison staff reported during the 21st round monitoring tour that only 50 to 60 percent of the prisoners in administrative segregation were provided with confidential out-of-cell case manager meetings.[265] The obstacles to providing these confidential out-of-cell clinical meetings included "limited space available for confidential out of cell interviews," staff coverage during vacations and absences, and tight scheduling in the Ad Seg units.[266]

---

[264] Coleman Pls' Trial Ex. 57 (On June 20, 2008, the MHSDS population (EOP and 3CMS) in the ASUs at SVSP was reported as 248).

[265] Coleman Pls.' Trial Ex. 138 at 92.

[266] *Id.* at 95.