| DOCUMENT |
|---|
| Judge Karlton's 11/17/06 Order Denying Defendants' Request to Reschedule Hearing on Plaintiffs' Motion to Convene a Three Judge Panel to Reduce the Prison Population (Coleman Docket 2053) |
| CCPOA Request for Permission to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion to Convene a Three Judge Panel to Limit the Prison Population (November 22, 2007) (Coleman Docket 2057) |
| Judge Karlton's 11/22/06 Order Granting CCPOA's Request to File *Amicus Curiae* Brief (Coleman Docket 2058) |
| *Amicus Curiae* Brief of California Correctional Peace Officers' Association (December 4, 2006) (Coleman Docket 2062) |
| Defendants' Opposition to Plaintiffs' Motion to Convene a Three Judge Panel to Limit the Prison Population (December 4, 2006) (Coleman Docket 2063) |
| Declaration of Lisa Tillman in Support of Defendants' Opposition to Plaintiffs' Motion to Convene a Three Judge Panel to Limit the Prison Population (December 4, 2006) (Coleman Docket 2063-1) |
| Defendants' Nunc Pro Tunc Submission of Exhibit B to Defendants' Opposition to Plaintiffs' Motion to Convene a Three Judge Panel to Limit the Prison Population (December 7, 2006) (Coleman Docket 2066) |
| Minutes of Motion Hearing Continuing Matter Until June 4, 2007 (December 11, 2006) (Coleman Docket 2072) |
| Judge Karlton's 12/12/07 Order Continuing Hearing Until June 4, 2007 (Coleman Docket 2074) |
| Judge Karlton's 5/4/07 Order Inviting Supplemental Briefing Re: Any New Developments and Effectiveness of Prisoner Relief Order on Underlying Constitutional Violations (Coleman Docket 2209) |
| Judge Karlton's 5/17/07 Order Requesting Special Master Report (Coleman Docket 2221) |
| Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion to Convene a Three-Judge Panel and Exhibits, and Supporting Declarations of Joan Petersilia, Doug McKeever, Margaret McAloon, Scott Kernan, Kathryn P. Jett and Deborah Hysen (May 24, 2007) (Coleman Docket 2238) |
| Supplemental Declaration of Jane E. Kahn In Support of Plaintiffs' Supplemental Brief in Support of Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibits A-Q (May 25, 2007) (Coleman Docket 2245) |
| Supplemental Declaration of Ernest Galvan In Support of Plaintiffs' Supplemental Brief in Support of Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibits A-W, May 25, 2007 (Coleman Docket 2242) |
| Supplemental Declaration of Holly Baldwin In Support of Plaintiffs' Supplemental Brief in Support of Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibits A-D (May 25, 2007) (Coleman Docket 2243) |
| Supplemental Declaration of Lori Rifkin In Support of Plaintiffs' Supplemental Brief in Support of Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibits A-CC (May 25, 2007) (Coleman Docket 2240) |
| Judge Karlton's 5/29/07 Order to Show Cause Re: Joint *Plata* and *Coleman* Three Judge Panel Hearings (Docket 2248) |
| Plaintiffs' Response to Order to Show Cause Re: Joint Hearing on Motion to Convene a Three Judge Panel to Limit the Prison Population (May 31, 2007) (Coleman Docket 2254) |
| Second Declaration of Lori Rifkin in Support of Plaintiffs' Correction Supplemental Brief in Support of Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibit A (June 1, 2007) (Coleman Docket 2257) |

| DOCUMENT |
|---|
| *Plata* Receiver's Request for Permission to File Supplemental Overcrowding Report (June 4, 2007) (Coleman Docket 2258) |
| Defendants' Response to Order to Show Cause (June 4, 2007) (Coleman Docket 2260) |
| Judge Karlton's 6/7/07 Order Re: *Plata* and *Coleman* Joint Hearing (Coleman Docket 2263) |
| Defendants' Response to Receiver's Supplemental Report Re: Overcrowding (June 18, 2007) (Coleman Docket 2286) |
| Declaration of Scott Kernan in Support of Defendants' Response to Receiver's Supplemental Report Re: Overcrowding (June 18, 2007) (Coleman Docket 2287) |
| Declaration of Michael W. Bien In Support of Plaintiffs' Response to Supplemental Submissions Re: Overcrowding and Exhibits 1-3 (June 18, 2007) (Coleman Docket 2289) |
| *Amicus Curiae* CCPOA's Brief in Support of Plaintiffs' Motion to Convene a Three Judge Panel to Limit the Prison Population (June 18, 2007) (Coleman Docket 2290) |
| Declaration of Jennifer S. Stoughton in Support of *Amicus Curiae* CCPOA's Brief in Support of Plaintiffs' Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibit A-G (June 18, 2007) (Coleman Docket 2291) |
| Transcript of June 27, 2007 Joint Hearing on Motion to Convene a Three Judge Panel to Limit the Prison Population (Coleman Docket 2039) |
| Defendants' Further Statement Addressing Plaintiffs' Motion to Convene a Three Judge Panel to Address Population Issues (July 2, 2007) (Coleman Docket 2303) |
| Judge Karlton's 7/3/07 Order Requesting Additional Briefing on Plaintiffs' Motion to Convene a Three Judge Panel (Coleman Docket 2305) |
| Defendants' Brief Re: Expert Panel's Report on Reentry and Recidivism and Its Relation to Pending Motion to Convene a Three Judge Panel and Declarations of Kathryn Jett and Joan Petersilia (July 11, 2007) (Coleman Docket 2310) |
| Plaintiffs' Reply Re: Relation of Expert Panel Report to Plaintiffs' Motion to Convene a Three Judge Panel (July 18, 2007) (Coleman Docket 2315) |
| Declaration of Michael W. Bien in Support of Plaintiffs' Reply Re: Relation of Expert Panel Report to Plaintiffs' Motion to Convene a Three Judge Panel (July 18, 2007) (Coleman Docket 2316) |
| Defendants' Motion for Stay Pending Appeal (July 27, 2007) (Coleman Docket 2330) |
| Defendants' Notice of Appeal Re: Three Judge Panel Order (July 27, 2007) (Coleman Docket 2331) |
| Judge Karlton's 7/31/07 Order Denying Defendants' Motion for Stay Pending Appeal (Coleman Docket 2337) |
| Appeal Processed in Ninth Circuit (July 31, 2007) (Coleman Docket 2338) |
| Defendants' Status Report (August 15, 2007) (Coleman Docket 2372) |
| Plaintiffs' Status Conference Statement (August 15, 2007) (Coleman Docket 2373) |
| Plaintiffs' First Request for Inspection (October 2, 2007) |
| CDCR Memorandum to Wardens Re: Standardization of Mental Health Crisis Bed Admissions (July 21, 2005) |
| Report on Status of Funding for Acute, Intermediate and Mental Health Crisis Bed Plan, filed September 11, 2006 (Coleman Docket 1969) |
| Letter to Keating and Tillman Re: *Coleman* Monthly Report of Information Requested and Response to January 19, 1999 Court Order Regarding Staff Vacancies with Enclosures 1, 3, 5, 13 (undated) |
| Letter to Keating and Tillman Re: Mental Health Crisis Bed – Monthly Report for June 2007, July 2007, August 2007 (undated) |

| DOCUMENT |
|---|
| Email from Michael Stone-Jane Kahn Re: Reports Prepared for CIM in accordance with 18th Monitoring Report, including ASU work group, Final Recommendation Form – Quality Improvement Team, Final Recommendation, Mental Health Crisis Bed Work Group (December 12, 2007) |
| Email from Jane Kahn to Lisa Tillman, Misha Igra and Michael Stone Re: SVSP EOP Patient: Williams, C-94156, with attachment (August 1, 2007) |
| Email from Michael Stone with attached December 1, 2006 Memorandum to *Coleman* Court Monitors – Report: Medication Continuity Group, and November 7, 2006 Memorandum to *Coleman* Court Monitors Re: KEYHEA QIT (December 12, 2006) |
| Memorandum from Jane Kahn to Matthew A Lopes, et al., Re: SVSP 20th Round Monitoring Tour, October 1-4, 2007 (September 26, 2007) |
| Memorandum from Jane Kahn to Matthew A Lopes, et al., Re: SVSP 19th Round Paper Monitoring Tour, July 6, 2007 (June 29, 2007) |
| Memorandum from W.J. White, Psy.D. to M. McAloon, Ph.D. Re: EOP Expansion Vacancy Report (February 5, 2007) |
| California Regional Water Quality Control Board, Central Valley Region, Order No. R5-2006-0130, "Cease and Desist Order Requiring CDCR MCSP Wastewater Treatment Plant, Amador County" |
| Letter from PLO to Matthew A. Lopes, Jr. Re: *Coleman* Round 19 Monitoring Visit to Mule Creek State Prison (May 1, 2007) |
| Memorandum from PLO to Matthew A Lopes, et al., Re: 20th Round VSPW (September 17, 2007) |
| Letter from PLO to Matthew A. Lopes Re: *Coleman* Round 19 Monitoring Visit to Valley State Prison for Women (May 4, 2007) |
| Defendants' Supplemental Bed Plan (August 17, 2007) (Coleman Docket 2375) |
| Craig Haney, "The Wages of Prison Overcrowding: Harmful Psychological Consequences and Dysfunctional Correctional Reactions," Journal of Law & Policy (November 11, 2006) |
| California Institution for Men information (http://www.cdcr.ca.gov) |
| Mule Creek State Prison information (http://www.cdcr.ca.gov) |
| Salinas Valley State Prison information (http://www.cdcr.ca.gov) |
| List of documents sent to Craig Haney, RBG internal document |
| Documents received at VSPW Expert Tour on October 30, 2007 |
| CDCR Report Regarding *Inmate Incidents in Institutions, Calendar Year 2006* (Published September 2007) |
| VSPW Narrative Summary for *Coleman* Monitors' 20th Round tour on September 25-27, 2007 |
| Coleman Expert Population Various RBG-created charts of California Prison Population Data for January 2003-September 2007 (November 6, 2007) |
| Health Care Placement Unit Report, "Mental Health Adseg/SHU/PSU data," as of December 13, 2002 |
| Health Care Placement Unit Report, "Mental Health Adseg/SHU/PSU data," as of October 5, 2006 |
| Health Care Placement Unit Report, "Mental Health Adseg/SHU/PSU data," as of June 8, 2007 |
| Coleman Expert – Population data with EOP CCCMS data chart |
| Coleman Expert - % Change and EOP CCCMS data chart |
| Coleman Expert – Population data re capacity chart |
| Documents received during expert tour of California Institution for Men on October 29, 2007 |
| Documents received during expert tour of Valley State Prison for Women on October 30, 2007 |

| DOCUMENT |
|---|
| Selection of Documents from the CIM *Coleman* Tour Binder (October 10-12, 2007 Monitoring Tour) |
| "Fall 2007 Adult Population Projections: 2008-2013" California Department of Corrections Report, October 2007 |
| Report of Doyle Wayne Scott and Appendices A-C (November 9, 2007) |
| Report of Ronald Shansky, M.D. (November 9, 2007) |
| Report of Jeanne Woodford (November 9, 2007) |
| "Employees protest large caseloads at state prisons", Fresno Bee (November 2007) |
| "Prison workers protest overcrowding, burdensome caseloads" San Jose Mercury News (November 15, 2007) |
| Expert Report of James Austin, PhD (November 9, 2007) |
| Plaintiffs' Disclosure of Expert Testimony (November 9, 2007) |
| *Plata* Defendants' Expert Witness Disclosure and Report of David Thomas, MD (November 13, 2007) |
| Defendants Disclosure of Experts, including preliminary report of Ira Packer (November 8, 2007) |
| Supplemental Disclosure Information for Plaintiffs' Expert Dr. Pablo Stewart (November 12, 2007) |
| Expert Report of Pablo Stewart, M.D. (November 9, 2007) |
| Three-Judge Court's 12/14/07 Order Staying Proceedings, *Plata* Docket 1017 |
| "Meeting the Challenges of Rehabilitation in California's Prison and Parole System: a report from Governor Schwarzenegger's Rehabilitation Strike Team" (January 24, 2008) |
| Three-Judge Court's 4/25/08 Scheduling Order, *Plata* Docket 1179 |
| Coleman Expert – Population data with EOP CCCMS data chart, updated June 10, 2008 |
| "A deal is a deal", Stockton Record (March 28, 2008) |
| "Flu outbreak prompts prison lockdown", Amador Ledger-Dispatch (March 25, 2008) |
| "Ione prison still on modified lockdown following SoCal attack", Amador Ledger-Dispatch (April 7, 2008) |
| "State unlocks lockdown", Amador Ledger-Dispatch (April 14, 2008) |
| "California prisons to integrate inmates within cells", California Aggie (June 5, 2008) |
| "Prisons prepare to integrate cellmates", San Francisco Chronicle (May 27, 2008) |
| "12 hurt in Chino prison fighting", Daily Bulletin (April 4, 2008) |
| "50 CIM inmates fight", Daily Bulletin (April 4, 2008) |
| "California rocked by problems", Associated Press (April 5, 2008) |
| "More prisoners, more violence", Associated Press (April 10, 2008) |
| "Mayor resists facility at CIM", Daily Bulletin (April 14, 2008) |
| "Prison guards express hope", San Bernardino Sun (April 16, 2008) |
| "California puts itself in a spot", San Bernardino Sun (April 23, 2008) |
| "Prison reform plan in works", Inland Valley Daily Bulletin (May 11, 2008) |
| "Convicted child molester killed in Salinas state prison", Associated Press (May 19, 2008) |
| "Three San Joaquin County prisoners accused in inmate's death", The Record (May 16, 2008) |
| "SVSP inmate slain", Salinas Californian (May 19, 2008) |
| "Rioting reported at Salinas Valley Prison", Salinas Californian (May 31, 2008) |
| Three-Judge Court Order for Pretrial Preparation, *Plata* Docket 1294, (July 2, 2008) |
| Plaintiffs' Fourth Request for Inspection (July 2, 2008) |
| Mental Health Crisis Bed – Monthly Report, for December 2007 |
| Mental Health Crisis Bed – Monthly Report, for January 2008 |

| DOCUMENT |
|---|
| Monthly Staffing and Staffing Vacancies Report for all DMH State Hospitals, Vacaville Psychiatric Program and Salinas Valley Psychiatric Program, through March 25, 2008 |
| Defendants' Response to Judge Karlton's 10/17/07 order to provide a development proposal for adequate mental health treatment and counseling space at Salinas Valley State Prison (February 14, 2008) |
| Navigant Consulting Mental Health Bed Need Study – Annual Report (July 2007) |
| Defendants' Response to Judge Karlton's 10/18/07 Order to Submit to the *Coleman* Special Master a development proposal for adequate mental health treatment and counseling space at the ... California Medical Facility (March 28, 2008) |
| *Plata* Receiver's Seventh Quarterly Report and Exhibits, *Plata* Docket 1136-1137 (March 14, 2008) |
| *Coleman* Mental Health Project Report (December 2007) |
| CDCR Mental Health Program Infrastructure Modification Projects as of February 2008 |
| *Plata* Receiver's Operational Assessment: Mule Creek State Prison, December 2007 |
| CDCR's Notification of Changes to Inmate Medical Services Program, Policies and Procedures, re: New Emergency Response Policy (May 22, 2008) |
| *Plata* Receiver's Eighth Quarterly Report, *Plata* Docket 1248 (June 17, 2008) |
| *Coleman* Special Master's 5/9/06 Report and Recommendations on Suicides in the California Department of Corrections in the Calendar Year 2005 (*Coleman* Docket 2566) |
| CDCR Memo re Impact of Overcrowding on Mental Health Treatment from 20th Round California Institute for Men *Coleman* Monitoring Tour Binder (October 2007) |
| CDCR Memo re Mule Creek State Prison's Space Needs Survey (March 22, 2006) |
| Infrastructure Issues by Institution (undated) |
| [DRAFT] Executive Summary of Workload Study (undated) |
| Email, Norris-CDCR Headquarters, re EOP vacancies, beds and transfers at CIM (January 11, 2007) |
| CDCR Chart, CCCMS Potential Additional Intake to 130% (January 6, 2007) |
| AB 900 Strike Team Memo No. 1 re: Validation of In-Fill Bed Plan (August 13, 2007) |
| CDCR Chart, Non-Traditional Beds by Institution as of October 17, 2007 |
| Governor's AB 900 Facilities Strike Team Recommendations (May 31, 2007) |
| Health Care Placement Unit Report, "Mental Health Adseg/SHU/PSU data," as of March 7, 2008 |
| Integrated Strategy to Address Overcrowding In CDCR's Adult Institutions, CDCR Report (June 18, 2008) |
| Plaintiffs' Amended Fourth Request for Inspection (July 18, 2008) |
| CDCR Suicide Report for *Coleman* Class Member JJJJ |
| Monthly Staffing and Staffing Vacancies Report for all DMH State Hospitals, Vacaville Psychiatric Program and Salinas Valley Psychiatric Program, through July 25, 2008 |
| CDCR Website Data Analysis Weekly Population Report as of Midnight July 30, 2008 |
| "Achieving a Constitutional Level of Medical Care in California's Prisons: The Federal Recevier's Draft Strategic Plan (2.0)" (April 21, 2008) |
| "Confidential Unredacted Special Review into the CDCR's Release of Inmate Scott Thomas", Office of the Inspector General Report (October 31, 2007) |
| Selected Documents from the Medical and Central File for *Coleman* Class Member KKKK |
| Selected Documents from the Medical and Central File for *Coleman* Class Member LL |
| Selected Documents from the Medical and Central File for *Coleman* Class Member KK |
| Selected Documents from the Medical and Central File for *Coleman* Class Member LLLL |

[231331-1]

| DOCUMENT |
| --- |
| Selected Documents from the Medical and Central File for *Coleman* Class Member HH |
| Selected Documents from the Medical and Central File for *Coleman* Class Member MMMM |
| Selected Documents from the Medical and Central File for *Coleman* Class Member NNNN |
| Selected Documents from the Medical and Central File for *Coleman* Class Member MM |
| Selected Documents from the Medical and Central File for *Coleman* Class Member OOOO |
| Selected Documents from the Medical and Central File for *Coleman* Class Member JJ |
| Selected Documents from the Medical and Central File for *Coleman* Class Member II |
| Selected Documents from the Medical and Central File for *Coleman* Class Member PPPP |
| Selected Documents from the Medical and Central File for *Coleman* Class Member VV |
| Wasco State Prison Website (July 2008) |
| Draft Nineteenth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols (February 2008) |
| "Kern prisons may expand to help alleviate state overcrowding", Bakersfield Californian (February 9, 2008) |
| "Who is in control inside prisons? It's negotiable", Scripps News (April 19, 2007) |
| "State prison over-crowding raises safety concerns", Fox 58 Bakersfield (August 23, 2007) |
| "Receiver's efforts to improve medical care felt at prisons statewide focus on recruitment and infrastructure, California", Medical News Today (September 29, 2007) |
| "Inmate stabbed in Wasco prison shower", Bakersfield Californian (June 5, 2008) |
| "Water issues arise at meeting on Tehachapi prison expansion", Bakersfield Californian (April 14, 2008) |
| Draft Twentieth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols, Part A (2008) |
| CDCR Suicide Report for *Coleman* Class Member Y |
| CDCR Report, Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers for May 2008 (June 13, 2008) |
| CDCR Memorandum, Wasco State Prison – Reception Center's Enhanced Outpatient Program, (June 5, 2006) |
| Email, Owens-Faulkner, Request for Local Operation Procedures on the use of holding cells for patients waiting for MHCB and the priority transfer lists, (November 29, 2007) |
| Wasco State Prison Suicide Watch Coverage Lists |
| Wasco State Prison Reception Center, Corrective Action Plan (November 2007) |
| Wasco State Prison MHSDS Population and Staffing, as Compared to Capacities Chart (September 2007-March 2008) |
| Institutional and Parole Populations, from Monthly CDCR Population and Parole Data (November 2007-June 2008) |
| CDCR Report, Mental Health Staffing Workload Study, Workspace and Equipment Evaluation, Deliverable 9 (June 2007) |
| Existing Site Plan for Wasco State Prison (Undated) |
| Three-Judge Court's October 30, 2007 Order re Discovery Disputes (*Plata* Docket 906) |
| California Substance Abuse Treatment Facility and State Prison Website (July 2008) |
| California Substance Abuse Treatment Facility and State Prison MHSDS Population List (July, 21 2008) |

| DOCUMENT |
|---|
| Kings County Grand Jury Final Report, 2006-2007 re: California Substance Abuse Treatment Facility |
| CDCR Report, Division of Health Care Services, Death Review Summary Template for *Coleman* Class Member QQQQ |
| Final Autopsy Report for *Coleman* Class Member QQQQ |
| CDCR Report on Implementation of Quality Improvement Plan for Suicide of *Coleman* Class Member QQQQ |
| CDCR Suicide Notification for *Coleman* Class Member RRRR |
| CDCR Suicide Notification for *Coleman* Class Member SSSS |
| 20th Round Monitoring Documents for California Substance Abuse Treatment Facility, (September 2007) |
| California Substance Abuse Treatment Facility MHSDS Population and Staffing, as Compared to Capacities Chart (September 2007-March 2008) |
| Existing Site Plan for California Substance Abuse Treatment Facility (Undated) |
| Existing Site Plan for North Kern State Prison (Undated) |
| Existing Site Plan for California Correctional Institution (Undated) |
| California Correctional Institution CDCR Website (July 2008) |
| 20th Round Monitoring Documents for California Correctional Institution |
| North Kern State Prison CDCR Website (July 2008) |
| "CDCR Announces Change in Statewide Lockdown Following Attack on Officers at California Correctional Institution" CDCR Press Release (April 4, 2008) |
| "Guard remains in hospital after stabbing attack in Calif. Prison", Associated Press (April 4, 2008) |
| "3 Guards Stabbed at California Prison", Associated Press (April 4, 2008) |
| "Lockdown for state prisons fully lifted, investigated into Tehachapi stabbing continues", KSBY (April 7, 2008) |
| MHSDS Housing Roster for California Correctional Institution, as of November 2, 2007 |
| Kern County Grand Jury Report, 2006-2007 |
| "Prison solicits bids for CCI's wastewater treatment plant", Tehachapi News (March 10, 2008) |
| 20th Round Monitoring Documents for North Kern State Prison |
| California Correctional Institution MHSDS Population and Staffing, as Compared to Capacities Chart (September 2007-March 2008) |
| "Delano residents air thoughts on prison plan", Bakersfield Californian (February 14, 2008) |
| "Have your say about prison expansions", Bakersfield Californian (March 31, 2008) |
| "Possible prison expansion meets resistance", Fox 58 Bakersfield (April 9, 2008) |
| "Two inmates escape from North Kern State Prison", Bakersfield Californian (March 26, 2008) |
| North Kern State Prison – *Coleman* Corrective Action Plan (January 2008) |
| North Kern State Prison MHSDS Population and Staffing, as Compared to Capacities Chart (September 2007-March 2008) |
| CDCR Memo re Impact of Overcrowding on Mental Health Service (Undated) |
| *Coleman* 21st Round Monitoring Documents for California Institute for Men, Corrective Action Plan (CAP), (May 14-16, 2008) |
| *Coleman* 21st Round Monitoring Documents for Deuel Vocational Institution (June 3-5, 2008) |
| Operational Assessment: Mule Creek State Prison, Receiver Review (December 18-20, 2007) |
| CDCR Memo re: Mule Creek State Prison's Space Needs Survey (March 22, 2006) |

| DOCUMENT |
|---|
| *Coleman* 21st Round Monitoring Documents for Valley State Prison for Women, Corrective Action Plan Documents (April 14, 2008) |
| Mental Health Population Chart – Placement Per Institution, as of March 7, 2007 |
| Mental Health Contract Services and Telemedicine Monthly Report (May 12, 2008) |
| Monthly Staffing and Staffing Vacancies Report for all DMH State Hospitals, Vacaville Psychiatric Program and Salinas Valley Psychiatric Program as of June 25, 2008 (July 3, 2008) |
| Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care (March 2008) |
| Infrastructure Issues Chart, DOF005760-3 (Undated) |
| CDCR Mental Health Program Infrastructure Modification Projects as of December 17, 2007 |
| Letter, Lopes-Dezember, Tillman, re Review of workload-based staffing model (July 12, 2008) |
| CDCR's Five Plans: Recruitment Plan in Response to Judge Karlton's August 2, 2007 Order (May 1, 2008) |
| CDCR's Five Plans: Plan for Mental Health Treatment of Enhanced Outpatient Program inmates in Reception Centers, in Response to Judge Karlton's May 1, 2006 Order (May 1, 2008) |
| CDCR's Five Plans: Plan to Improve Enhanced Outpatient Programs in Administrative Segregation Units, in Response to Judge Karlton's March 12, 2007 Order (May 1, 2008) |
| CDCR's Five Plans: Plan to Improve Mental Health Assessments of Correctional Clinical Case Management Services inmate-patients subject to disciplinary processes, in Response to Judge Karlton's August 2, 2007 Order (May 1, 2008) |
| CDCR's Five Plans: Referral strategy for Atascadero State Hospital Intermediate Care Facility (May 1, 2008) |
| CDCR's Five Plans: Updated Recruitment Plan in Response to Judge Karlton's August 2, 2007 Order (May 2, 2008) |
| California Rehabilitation Oversight Board, Biannual Report (July 15, 2008), Biannual Report (July 15, 2008) |
| Dezember-Lopes, re Opening of 50-bed Mental Health Crisis Facility at California Medical Facility (June 24, 2008) |
| Dezember-Lopes, re Status of 50-bed Mental Health Crisis Facility at California Medical Facility (April 15, 2008) |
| CDCR's Mental Health Bed Plan (July 16, 2008) |
| CDCR Report, Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers for April 2008 (May 15, 2008) |
| CDCR Suicide Report of *Coleman* Class Member HHHH |
| Final Transcript of Robin Dezember Deposition (December 14, 2007) |
| Draft Special Master's Report on Suicides Completed in the California Department of Corrections and Rehabilitation in Calendar Year 2006 (June 6, 2008) |
| CDCR Website Data Analysis Weekly Population Report as of Midnight July 23, 2008 |
| CDCR Correctional Action Plan for California Correctional Institute, *Coleman* 20th Round Monitoring |
| Mental Health Hiring Progress and Vacancy Reports for June 2008 (August 1, 2008) |
| CDCR Suicide Report of *Coleman* Class Member IIII |
| CDCR Notifications regarding 12 MHSDS homicides in 2007 |
| CDCR Report, Health Care Placement Unit Mental Health Adseg/SHU/PSU Report (August 3, 2007) |

[231331-1]

| DOCUMENT |
|---|
| All Documents Produced by California Substance Abuse Treatment Facility on *Coleman* Expert Tour (August 1, 2008) |
| All Documents Produced by Wasco State Prison on *Coleman* Expert Tour (August 1, 2008) |
| All Documents Produced by North Kern State Prison on *Coleman* Expert Tour (August 1, 2008) |
| All Documents Produced by Mule Creek State Prison on *Coleman* Expert Tour, not received directly at that time by Craig Haney (August 1, 2008) |
| All Documents Produced by Salinas Valley State Prison on *Coleman* Expert Tour, not received directly at that time by Craig Haney (August 1, 2008) |
| All Documents Produced by California Correctional Institute on *Coleman* Expert Tour (August 1, 2008) |
| CDCR Suicide Notification of *Coleman* Class Member TTTT |
| *Coleman* 20th Round Monitoring Documents for California Institute for Men (October 10-12, 2007) |
| Mumola, Christopher. "Suicide and Homicide in State Prisons and Local Jails," Bureau of Justice Statics Special Report (August 2005) |
| Mental Health Population Chart – Placement Per Institution, as of June 20, 2008 |
| Judge Karlton's 2/26/08 Order Regarding Defendants' *Coleman* Construction Plan (Coleman Docket 2697) |
| News Articles regarding Violence in California Department of Corrections Institutions |
| Email Notifications of 35 Suicides Completed in the California Department of Corrections in Calendar Year 2007 |
| Email Notifications of 7 Overdoses Completed in the California Department of Corrections in Calendar Year 2007 |
| Email Notifications of 24 Suicides Completed in the California Department of Corrections in Calendar Year 2008 |
| Monthly Staffing and Staffing Vacancies Report for all DMH State Hospitals, Vacaville Psychiatric Program and Salinas Valley Psychiatric Program as of July 25, 2008 (August 4, 2008) |
| Letter, Tillman-Lopes, re Response to Judge Karlton's 10/17/07 order to provide a development proposal for adequate mental health treatment and counseling space at Salinas Valley State Prison (February 14, 2008) |
| Letter, Dezember-Lopes, re Response to Judge Karlton's 10/18/07 order to provide a development proposal for adequate mental health treatment services and program space at California Medical Facility (February 14, 2008) |
| DCHCS Mental Health Institution Vacancies by Institution and Classification as of June 2008 |
| Letter from Michael Genest, DOF, to Legislature re: Small Management Yards, (October 29, 2007) |
| 20th Round Monitoring Documents, CSP – SAC, October 29-31, 2007, MOHU Admission Log |
| Judge Karlton 6/28/07 Order Regarding Inpatient Beds at Atascadero State Hospital (ASH) (Coleman Docket 2301) |
| *Coleman* Special Master's 4/12/07 Report and Recommendations on Defendants' Establishment of Interim Inpatient Intermediate Care Beds (Coleman Docket 2186) |
| *Coleman* Special Master's 15th Monitoring Report (1/23/07) (Coleman Docket 1746) |
| Judge Karlton Order Adopting Special Masters' September 24, 2007 Report and Recommendations (October 18, 2007) (Coleman Docket 2461) |
| Judge Karlton's 3/1/07 Order Regarding Defendants' December 2006 Bed Plan (Coleman Docket 2154) |

| DOCUMENT |
|---|
| Little Hoover Commission, *Solving California's Corrections Crisis: Time is Running Out* (January 2007) |
| Transcript of Proceedings, October 5, 2006, *Madrid v. Woodford*, No. C 90-3094 THE. |
| CDCR Weekly Population Report, October 31, 2007 |
| Document Regarding Suicide Precaution Plan and 30-minute Welfare Checks (*Coleman* Tour Binder, October 10-12, 2007 Tour) |
| CIM *Suicide Prevention and Response Focused Improvement Team* Minutes, May 10, 2007 Meeting (*Coleman* Tour Binder, October 10-12, 2007 Tour) |
| CDCR Suicide Report for *Coleman* Class Member "BB" |
| CDCR Suicide Report for *Coleman* Class Member "GG" |
| CDCR Suicide Report for *Coleman* Class Member "FF" |
| Email, Tillman-Keating, re Mule Creek State Prison's need for installation of adequate office and treatment space in the Enhanced Outpatient Program (October 24, 2007) |
| Letter, Gonzalez, California Correctional Institution-Family Member, re Inability to transfer inmate to appropriate setting due to "inmate population pressures" (August 24, 2007) |
| Exhibit A to Defendant James E. Tilton's Responses to Plaintiff Marciano Plata's First Set of Interrogatories (November 9, 2007) |
| *Coleman* Plaintiffs' Notice of Defendants' Non-Compliance with June 1, 2007 Order [Docket 2255] and Request for Further Remedial Relief, *Coleman* Docket 2529 (November 13, 2007) |
| Judge Karlton's 11/19/07 Order Regarding Defendants Non-Compliance with Order [Docket 2255] Regarding Small Management Yard (*Coleman* Docket 2544) |
| CDCR Suicide Report for *Coleman* Class Member "AA" |
| CDCR Memo, Administrative Bulletin, Revised Behavior Modification Unit Pilot Program (November 21, 2005) |
| Photos taken during *Coleman* Expert Tour of California Correctional Institution (July 29, 2008) |
| Photos taken during *Coleman* Expert Tour of Mule Creek State Prison (August 1, 2008) |
| Photos taken during *Coleman* Expert Tour of North Kern State Prison (July 31, 2008) |
| Photos taken during *Coleman* Expert Tour of California Substance Abuse Treatment Facility (July 28, 2008) |
| Photos taken during *Coleman* Expert Tour of Salinas Valley State Prison (July 29, 2008) |
| Photos taken during *Coleman* Expert Tour of Wasco State Prison (August 1, 2008) |
| Various photos and a video from the California Department of Corrections website |
| Various photos from Governor Schwarzenegger's website |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (November 2006) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (December 2006) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (February 2007) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (April 2007) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (May 2007) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (June 2007) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (July 2007) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (August 2007) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (October 2007) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (November 2007) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (December 2007) |

| DOCUMENT |
|---|
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (January 2008) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (February 2008) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (March 2008) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (April 2008) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (May 2008) |
| Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers (June 2008) |
| Department of Mental Health's Report on Monthly Bed Utilization Report for August 2007, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for September 2007, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for October 2007, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for November 2007, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for December 2007, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for January 2008, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for February 2008, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for March 2008, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for April 2008, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for May 2008, pursuant to Judge Karlton's May 23, 2007 Order |
| Department of Mental Health's Report on Monthly Bed Utilization Report for June 2008, pursuant to Judge Karlton's May 23, 2007 Order |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for April 20, 2007 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for May 4, 2007 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for June 1, 2007 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for September 5, 2007 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for September 28, 2007 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, |

| DOCUMENT |
|---|
| for November 11, 2007 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and January 2, 2008 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for February 7, 2008 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for February 29, 2008 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for March 31, 2008 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for April 30, 2008 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for May 30, 2008 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for June 30, 2008 |
| Monthly Report on the Licensure of Intermediate Care and Day Treatment Programs at the California Medical Facility, Vacaville and the Salinas Valley Psychiatric Program, Salinas Valley State Prison, for July 31, 2008 |
| Defendant Cate's Responses to Second Set of Interrogatories from Plaintiff Coleman, August 8, 2008 |
| Defendant Cate's Response to Plaintiff Ralph Coleman's Interrogatories Set One, July 25, 2008 (Documents Identified in Response to Interrogatories 17 and 18) |
| Various medical records of *Coleman* class members reviewed on expert tours of California Substance Abuse Treatment Facility, California Correctional Institution, North Kern State Prison and Wasco State Prison (July 28, 2008, July 29, 2008, July 31, 2008 and August 1, 2008) |
| Report on Implementation of Quality Improvement Plan for Suicide of *Coleman* Class Member XXXX |
| Suicide Notification of *Coleman* Class Member YYYY |
| Suicide Report of *Coleman* Class Member YYYY |
| Suicide Notification of *Coleman* Class Member ZZZZ |
| Coroner Report of *Coleman* Class Member ZZZZ |
| "*Breaking Point*" Ted Koppel Video (October 7, 2007) |

APPENDIX C

# APPENDIX C

### List of Prior Testimony in Past Four Years

*State v. Larry Jackson* (state), trial testimony
*State v. David Zeismer* (state), trial testimony
*Osterback v. Moore* (federal), deposition testimony
*State v. Frazier* (state), pretrial motion hearing
*Wilkerson et al. v. Stalder* (federal), deposition
*State v. Mauricio Silva* (state), trial testimony
*State v. Tecumseh Colbert* (state), trial testimony
*U.S. v. Iouri Mikhel* (federal), trial testimony
*People v. Herman Bell, et al.* (state), pretrial motion hearing
*Lira v. Director of Corrections* (federal), deposition

### Compensation

$150 an hour for routine office work, writing and document review
$2,500 a day for tours and full meetings, projects
$300 an hour for time spent testifying

[232849-1]