| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:    (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:    (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:    (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:    (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TERMINATE**<br><br>Judge:  Hon. Lawrence K. Karlton<br>Date:    March 27, 2013<br>Time:   10:00 am<br>Crtrm.:  4 |

[755988-1]

DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO TERMINATE

1  I, Jane E. Kahn, declare:

2  1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and Of Counsel to the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. This declaration identifies the materials and documents attached to my CONFIDENTIAL DECLARATION OF JANE KAHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TERMINATE filed concurrently under seal. I make this declaration in support of Plaintiffs' Opposition To Defendants' Motion To Terminate.

2. **Exhibit 1** to my sealed declaration is a true and correct copy of an undated document entitled Class Member Name Keys For Expert Reports created by a paralegal in my office at my direction. This list was created by taking the name of each class member referenced in each expert's declaration and assigning a code to that prisoner, such as Prisoner A, to ensure confidentiality.

3. **Exhibit 2** to my sealed declaration is a true and correct copy of a List of inmates awaiting transfer to Department of State Hospitals (DSH), Bates numbered MCSP 61-62, which was provided to our expert, Craig Haney, during his tour of Mule Creek State Prison on February 7, 2013. The handwritten notes on the right side of the document were made by a staff person during the morning meeting with various staff members before the tour of the facility began.

4. **Exhibit 3** to my sealed declaration is a true and correct copy of Mule Creek State Prison (MCSP) Medical Outpatient Housing Unit (MOHU) Isolation Logs for the period January 21, 2013 through February 7, 2013, Bates numbered MCSP 65-83, which were provided to our expert, Craig Haney, during his tour of Mule Creek State Prison on February 7, 2013.

5. **Exhibit 4** to my sealed declaration is a true and correct copy of Electronic Unit Health Records (uUHR) Interdisciplinary Progress Note, CDCR 7230, pertaining to

[755988-1]

1  Haney Report "Prisoner G" at MCSP, dated January 28, 2013, which was provided to our
2  expert, Craig Haney, during his tour of Mule Creek State Prison on February 7, 2013.

3        6.      **Exhibit 5** to my sealed declaration is a true and correct copy of eUHR
4  Interdisciplinary Progress Note, CDCR 7230, pertaining to Haney Report "Prisoner B" at
5  MCSP, dated October 19, 2012, which was provided to our expert, Craig Haney, during
6  his tour of Mule Creek State Prison on February 7, 2013.

7        7.      **Exhibit 6** to my sealed declaration is a true and correct copy of California
8  Department of Corrections and Rehabilitation (CDCR) Listing of Prisoner Suicides in
9  Administrative Segregation Units (ASU), which is attached to an e-mail sent from Amy
10 Eargle, CDCR to Chris Yi, CDCR on December 3, 2012, and which was produced by
11 Defendants as DPRDE-mail000631.

12       8.      **Exhibit 7** to my sealed declaration is a true and correct copy of a eUHR
13 document, Mental Health Treatment Plan CDCR 7388, pertaining to Kaufman Report
14 "Prisoner B" at Central California Women's Facility (CCWF).

15       9.      **Exhibit 8** to my sealed declaration is a true and correct copy of is a true and
16 correct copy of a eUHR document, CDCR 7230A, pertaining to Kaufman Report "Prisoner
17 B" at CCWF.

18       10.      **Exhibit 9** to my sealed declaration is a true and correct copy of a eUHR
19 document, CDCR 7230A, pertaining to Kaufman Report "Prisoner C" at CCWF.

20       11.      **Exhibit 10** to my sealed declaration is a true and correct copy of a eUHR
21 document, CDCR 7230, pertaining to Kaufman Report "Prisoner T" at California Institute
22 for Men (CIM).

23       12.      **Exhibit 11** to my sealed declaration is a true and correct copy of a eUHR
24 document, CDCR 7230C, pertaining to Kaufman Report "Prisoner L" at CIM.

25       13.      **Exhibit 12** to my sealed declaration is a true and correct copy of CDCR
26 Form 114a Custody Logs pertaining to a condemned prisoner for the period October 5,
27 2012 to February 12, 2013 at San Quentin (SQ), Bates numbered SQ 4325-4335, which
28 was produced by Defendants off-site.

14. **Exhibit 13** to my sealed declaration is a true and correct copy of an August 15, 2011 e-mail from Dr. Eric Monthei, with attached Status Report: Specialized Care for the Condemned, Mental Health Services Delivery System (MHSDS) SQ, which was produced by Defendants as DPRDE-mail000468.

15. **Exhibit 14** to my sealed declaration is a true and correct copy of the CDCR Suicide Report, dated January 10, 2012, for Stewart Report "Prisoner B", who committed suicide on November 26, 2011 at California State Prison Sacramento (SAC). Defendants have created a secure file transfer protocol ("FTP") site where the California Department of Corrections and Rehabilitation ("CDCR") periodically uploads documents related to prisoner suicides and some prisoner non-suicide deaths, including homicides of prisoners on the mental health caseload. Counsel for CDCR have provided Plaintiffs' counsel with log-in information to access portions of the CDCR's FTP site, including the folders containing suicide and non-suicide death-related documents. The documents uploaded to the FTP site for suicides differ from case-to-case, but generally include the following: Suicide Notifications; Suicide Report Cover Memos; Suicide Reports; Quality Improvement Plans ("QIPs") and related documents; Autopsy/Coroner Reports; Offender Based Information ("OBIS") Reports; Death Review Summary Reports; and eUHR documents. I have instructed a paralegal in our office to regularly check this FTP site and to document suicide and other non-suicide documents as they become available and to create a folder for every prisoner death, organized by year of death. The January 10, 2012 "Prisoner B" Suicide Report, **Ex. 14**, was downloaded by our firm's paralegal, Marc Shinn-Kranz, from CDCR's FTP site.

16. **Exhibit 15** to my sealed declaration is a true and correct copy of a Quality Improvement Plan (QIP) document: Memo to Shama Chaiken, dated February 2, 2012 pertaining to Stewart Report "Prisoner B" at SAC, which our firm's paralegal, Marc Shinn-Kranz, downloaded from CDCR's FTP site.

[755988-1]

3
DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO TERMINATE

1        17.     **Exhibit 16** to my sealed declaration is a true and correct copy of a eUHR document, CDCR 7390, pertaining to Stewart Report "Prisoner D" at Richard J. Donovan Correctional Facility (RJD).

        18.     **Exhibit 17** to my sealed declaration is a true and correct copy of an undated CDCR Suicide Report for Stewart Report "Prisoner F", who committed suicide on August 12, 2012, at Salinas Valley State Prison (SVSP).  This Suicide Report was downloaded by our firm's paralegal, Marc Shinn-Kranz, from CDCR's FTP site.

        19.     **Exhibit 18** to my sealed declaration is a true and correct copy of a CDCR Suicide Report, dated February 9, 2011, for Stewart Report "Prisoner G", who committed suicide on November 5, 2010 at SVSP. This Suicide Report was downloaded by my paralegal from CDCR's FTP site.

        20.     **Exhibit 19** to my sealed declaration is a true and correct copy of a document that was created under my supervision and the supervision of other attorneys in my firm, by a paralegal in my firm, Marc Shinn-Krantz.  The document is a print-out from an excel spreadsheet produced by defendants as one of a number of attachments to an e-mail from Jay Russell on February 20, 2013.  A true and correct copy of this e-mail is attached as part of Exhibit 19.  In the e-mail, Mr. Russell explains that "as we agreed [at a meet and confer on Friday February 15, 2013] defendants will produce in *native* format all responsive charts and other documents that cannot be practically viewed in PDF or hard-copy form." Among the native format documents was an Excel Spreadsheet that lists of alternative housing placements for CDCR institutions between May 18, 2012 and December 7, 2012. Under my direction, Mr. Shinn-Krantz sorted the Excel Document by institution, and then printed out the data for Salinas Valley State Prison for this time period.   Attached as part of the exhibit is the print-out he created by sorting the excel spreadsheet by institution and only printing out the portion for Salinas Valley State Prison.

        21.     **Exhibit 20** to my sealed declaration is a true and correct copy of Salinas Valley State Prison logs of the use of Alternative Placements for suicidal prisoners.  They were produced and Bates numbered SVSP 186-193 by the defendants in this case.  These

1  documents were requested by plaintiffs' expert Dr. Pablo Stewart during the tour of SVSP
2  on January 28, 2013 and produced by defendants following the tour as part of the
3  document production process in this case.  They were e-mailed to plaintiffs by defendants'
4  attorney William Downer.

5      22.    **Exhibit 21** to my sealed declaration is a true and correct copy of CSP
6  Sacramento Logs of the use of Alternative Placements for suicide watch during the period
7  August 3, 2012 through January 3, 2013.  They were produced and Bates numbered SAC
8  88-114 by the defendants in this case.  These documents were requested by plaintiffs'
9  expert Dr. Pablo Stewart during the tour of CSP-Sacramento on January 29, 2013 and
10 produced by defendants following the tour as part of the document production process in
11 this case.  They were e-mailed to plaintiffs by defendants' attorney William Downer.

12     23.    **Exhibit 22** to my sealed declaration is a true and correct copy of eUHR
13 documents, pertaining to Stewart Report "Prisoner J" at SAC.

14     24.    **Exhibit 23** to my sealed declaration is a true and correct copy of a list of
15 thirteen prisoners at SAC waiting for transfer to DSH, Bates numbered SAC 6 by the
16 defendants in this case.  This document (the bates numbered version) was produced by
17 Defendants following the expert tour at CSP-Sacramento on January 29, 2013 by Dr. Pablo
18 Stewart.  The same document was provided to plaintiffs on the morning of the tour (with
19 no bates number) in response to plaintiffs' request for inspection.

20     25.    **Exhibit 24** to my sealed declaration is a true and correct copy of a document
21 that was created under my supervision and the supervision of other attorneys in my firm,
22 by a paralegal in my firm, Marc Shinn-Krantz.  The document is a print-out from an excel
23 spreadsheet produced by defendants as one of a number of attachments to an e-mail from
24 Jay Russell on February 20, 2013.  A true and correct copy of this e-mail is attached as part
25 of Exhibit 19.  In the e-mail, Mr. Russell explains that "as we agreed [at a meet and confer
26 on Friday February 15, 2013] defendants will produce in *native* format all responsive
27 charts and other documents that cannot be practically viewed in PDF or hard-copy form."
28 Among the native format documents was an Excel Spreadsheet that lists of alternative

[755988-1]

5
DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO TERMINATE

1  housing placements for CDCR institutions between May 18, 2012 and December 7, 2012.
2  Under my direction, Mr. Shinn-Krantz sorted the Excel Document by institution, and then
3  printed out the data for CSP-Los Angeles County for this time period.  Attached as part of
4  the exhibit is the print-out he created by sorting the excel spreadsheet by institution and
5  only printing out the portion for CSP-Los Angeles County.

6  26.  **Exhibit 25** to my sealed declaration is a true and correct copy of a document
7  that was created under my supervision and the supervision of other attorneys in my firm,
8  by a paralegal in my firm, Marc Shinn-Krantz.  The document is a print-out from an excel
9  spreadsheet produced by defendants as one of a number of attachments to an e-mail from
10 Jay Russell on February 20, 2013.  A true and correct copy of this e-mail is attached as part
11 of Exhibit 19.  In the e-mail, Mr. Russell explains that "as we agreed [at a meet and confer
12 on Friday February 15, 2013] defendants will produce in *native* format all responsive
13 charts and other documents that cannot be practically viewed in PDF or hard-copy form."
14 Among the native format documents was an Excel Spreadsheet that lists of alternative
15 housing placements for CDCR institutions between May 18, 2012 and December 7, 2012.
16 Under my direction, Mr. Shinn-Krantz sorted the Excel Document by institution, and then
17 printed out the data for RJ Donovan Correctional Institution for this time period.  Attached
18 as part of the exhibit is the print-out he created by sorting the excel spreadsheet by
19 institution and only printing out the portion for RJ Donovan Correctional Institution.

20 27.  **Exhibit 26** to my sealed declaration is a true and correct copy of a document
21 that was created under my supervision and the supervision of other attorneys in my firm,
22 by a paralegal in my firm, Marc Shinn-Krantz.  The document is a print-out from an excel
23 spreadsheet produced by defendants as one of a number of attachments to an e-mail from
24 Jay Russell on February 20, 2013.  A true and correct copy of this e-mail is attached as part
25 of Exhibit 19.  In the e-mail, Mr. Russell explains that "as we agreed [at a meet and confer
26 on Friday February 15, 2013] defendants will produce in *native* format all responsive
27 charts and other documents that cannot be practically viewed in PDF or hard-copy form."
28 Among the native format documents was an Excel Spreadsheet that lists of alternative

1 housing placements for CDCR institutions between May 18, 2012 and December 7, 2012.
2 Under my direction, Mr. Shinn-Krantz sorted the Excel Document by institution, and then
3 printed out the data for CSP-Sacramento for this time period.  Attached as part of the
4 exhibit is the print-out he created by sorting the excel spreadsheet by institution and only
5 printing out the portion for CSP-Sacramento.

6      28.     **Exhibit 27** to my sealed declaration is a true and correct copy of a document
7 that was created under my supervision and the supervision of other attorneys in my firm,
8 by a paralegal in my firm, Marc Shinn-Krantz.  The document is a print-out from an excel
9 spreadsheet produced by defendants as one of a number of attachments to an e-mail from
10 Jay Russell on February 20, 2013.  A true and correct copy of this e-mail is attached as part
11 of Exhibit 19.  In the e-mail, Mr. Russell explains that "as we agreed [at a meet and confer
12 on Friday February 15, 2013] defendants will produce in *native* format all responsive
13 charts and other documents that cannot be practically viewed in PDF or hard-copy form."
14 Among the native format documents was an Excel Spreadsheet that lists of alternative
15 housing placements for CDCR institutions between May 18, 2012 and December 7, 2012.
16 Under my direction, Mr. Shinn-Krantz sorted the Excel Document by institution, and then
17 printed out the data for San Quentin State Prison for this time period.  Attached as part of
18 the exhibit is the print-out he created by sorting the excel spreadsheet by institution and
19 only printing out the portion for San Quentin State Prison.

20      29.     **Exhibit 28** to my sealed declaration is a true and correct copy of the CDCR
21 Suicide Report, dated August 10, 2012, for Stewart Report "Prisoner P", who committed
22 suicide on June 23, 2012 at RJD.  This Suicide Report was downloaded by our firm's
23 paralegal, Marc Shinn-Kranz from CDCR's FTP site.

24      30.     **Exhibit 29** to my sealed declaration is a true and correct copy of the CDCR
25 Suicide Report, dated February 2, 2011, for Stewart Report "Prisoner Q", who committed
26 suicide on October 30, 2010 at SVSP.  This Suicide Report was downloaded by our firm's
27 paralegal, Marc Shinn-Kranz from CDCR's FTP site.

28

[755988-1]

31.     **Exhibit 30** to my sealed declaration is a true and correct copy of the CDCR Suicide Report, dated January 23, 2012, for Stewart Report "Prisoner R", who committed suicide at SVSP on December 6, 2011.  This Suicide Report was downloaded by our firm's paralegal, Marc Shinn-Kranz from CDCR's FTP site.

32.     **Exhibit 31** to my sealed declaration is a true and correct copy of the CDCR Suicide Report, dated June 17, 201, for Stewart Report "Prisoner S", who committed suicide on March 25, 2011 at SAC.  This Suicide Report was downloaded by our firm's paralegal, Marc Shinn-Kranz from CDCR's FTP site.

33.     **Exhibit 32** to my sealed declaration is a true and correct copy of the CDCR Suicide Report, dated October 10, 2012, for Stewart Report "Prisoner T", who committed suicide on July 24, 2012 at SVSP.  This Suicide Report was downloaded by our firm's paralegal, Marc Shinn-Kranz from CDCR's FTP site.

34.     **Exhibit 33** to my sealed declaration is a true and correct copy of the CDCR Suicide Report, dated May 17, 2012, for Stewart Report "Prisoner U", who committed suicide on March 20, 2012 at SVSP.  This Suicide Report was downloaded by our firm's paralegal, Marc Shinn-Kranz from CDCR's FTP site

35.     **Exhibit 34** to my sealed declaration is a true and correct copy of the CDCR Suicide Report, dated May 4, 2010, for Stewart Report "Prisoner N", who committed suicide on February 11, 2010 at LAC.  This Suicide Report was downloaded by our firm's paralegal, Marc Shinn-Kranz from CDCR's FTP site

36.     **Exhibit 35** to my sealed declaration is a true and correct copy of eUHR documents pertaining to Stewart Report "Prisoner II" at SAC.

37.     **Exhibit 36** to my sealed declaration is a true and correct copy of eUHR documents pertaining to Stewart Report "Prisoner DD" at RJD.

38.     **Exhibit 37** to my sealed declaration is a true and correct copy of a eUHR document, 7230A, pertaining to Stewart Report "Prisoner V" at Salinas Valley Psychiatric Program (SVSP).

39. **Exhibit 38** to my sealed declaration is a true and correct copy of a eUHR document, 7230D, pertaining to Stewart Report "Prisoner V" at SVSP.

40. **Exhibit 39** to my sealed declaration is a true and correct copy of eUHR documents pertaining to Stewart Report "Prisoner W" at SVSP.

41. **Exhibit 40** to my sealed declaration is a true and correct copy of eUHR documents pertaining to Stewart Report "Prisoner KK" at LAC.

42. **Exhibit 41** to my sealed declaration is a true and correct copy of a list of SAC prisoners waiting for DSH transfer provided to Dr. Pablo Stewart on January 29, 2013 during an inspection tour.

43. **Exhibit 42** to my sealed declaration is a true and correct copy of the CDCR Suicide Report, dated February 19, 201, for Stewart Report "Prisoner A", who committed suicide on November 29, 2012 at SVPP, DSH. This Suicide Report was downloaded by our firm's paralegal, Marc Shinn-Kranz from CDCR's FTP site.

44. **Exhibit 43** to my sealed declaration is a true and correct copy of DSH Monthly Bed Utilization Data for December 2012, which is a report provided pursuant to this Court's order, and which includes the names and dates of CDCR prisoners referred to DSH programs, the date of acceptance or rejection, and the date of transfer and/or placement on a waitlist for transfer. This document is filed under seal in accordance with the Coleman protective order and e-mailed to our office by Defendants every month.

45. **Exhibit 44** to my sealed declaration is a true and correct copy of DSH Monthly Bed Utilization Data for January 2013.

46. **Exhibit 45** to my sealed declaration is a true and correct copy of a Quality Improvement Plan ("QIP"), dated November 8, 2011, developed in response to the CDCR Suicide Report for Miscellaneous "Prisoner A", who committed suicide on August 25, 2010, at CSP-Lancaster. This Suicide QIP was downloaded by our firm's paralegal, Marc Shinn-Kranz from CDCR's FTP site.

47. **Exhibit 46** to my sealed declaration is a true and correct copy of an e-mail from Robert Canning dated January 25, 2013 concerning the suicide of Stewart Report

"Prisoner H", who committed suicide on January 24, 2013 in the ASU at SVSP after his recent discharge from Atascadero State Hospital. Defendants produced this e-mail as DPRDE-mail006738.

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 15th day of March, 2013.

                                                      */s/ Jane E. Kahn*
                                                      Jane E. Kahn