1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE J. VOROUS, SBN 166884
   WILLIAM H. DOWNER, SBN 257644
5  Deputy Attorney General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 324-5345
    Fax: (916) 324-5205
8   E-mail: Debbie.Vorous@doj.ca.gov

9  *Attorneys for Defendants*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14
   **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM PC
15
                           Plaintiffs,   **NOTICE OF FILING SEALED
16                                        DOCUMENTS**

17            v.

18  **EDMUND G. BROWN, JR., et al.,**

19                          Defendants.

20

21                      **INTRODUCTION**

22      On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH) to

23 file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from

24 any level of outpatient mental health care to any level of inpatient mental health care, and from

25 any level of inpatient mental health care to a different level of mental health care.  The report

26 must include a complete list of all class members currently waiting for transfer to any level of

27 DMH hospital care.  Such identifying patient information is subject to a protective order entered

28 in this action on January 12, 2007.  This Order is attached as Exhibit A.

                              1

**NOTICE**

Notice is hereby given under Local Rule 141(b) that Defendant Department of Mental Health is filing a document in compliance with the Court's May 23, 2007, Order under seal and shall file the document via email with the Court and serve copies upon the parties.

Dated:  March 15, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/  Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31626263.doc

2