| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF ABIGAIL HANEY**<br><br>Judge: Hon. Lawrence K. Karlton |

[756521-1]

DECLARATION OF ABIGAIL HANEY

I, Abigail Haney, declare:

1. I am a paralegal in the law firm of Rosen Bien Galvan & Grunfeld LLP. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Ex. 73 to Bien Decl.

2. The data I used to create the chart "Delays in Access to DSH Hospital Beds and Waitlists" for December 2012 came from the DSH Coordination and Logistics Unit Bed Utilization Report as of December 31, 2012, which was filed under seal on January 16, 2013. The data for the January 2013 chart came from the DSH Coordination and Logistics Unit Bed Utilization Report as of January 31, 2013, which was filed under seal on February 15, 2013. To calculate the number of days that the patients had been waiting before admission into DSH, I calculated the number of days between the date each patient was referred to DSH (from the 'Date of Referral' column on the report) to the date they were admitted (from the 'Date of Admission' column). From this I was able to see the range in the number of days it took for admission, as well as the number and percentage of patients referred who has a wait of longer than the Program Guide timeline for transfer (within 10 days of referral for APP and within 30 days for SVPP and the ICF units at VPP. Program Guide 2009 Revision, 12-1-16). To calculate the waitlist data I calculated the number of days between the referral date and the date of the report (December 31, 2012 for the December data and January 31, 2013 for the January data) to show the length of wait so far as of the report date. For SVPP I also looked at the number of days between referral (from Date of Referral column) to the 'Date of Acceptance' to see how many had already been waiting longer than the timeline when they were 'accepted' to DSH.

1
DECLARATION OF ABIGAIL HANEY

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 15th day of March, 2013.

_____
Abigail Haney