# Exhibit 23

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



March 1, 2013

Matthew A. Lopes, Jr. Esquire                          via: Debbie J. Vorous, Esquire
Office of the Special Master                                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                                Department of Justice
317 Iron Horse Point Way, Suite 301                          1300 "I" Street, Suite 125
Providence, RI  02908                                        P. O. Box 944255
                                                             Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2013 data (or as otherwise
noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and
   Vacancy History**.**
2. MHSDS Hiring Activity Report**.**
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary
   and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly
   Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center
   (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
   Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH) (including
   admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH
    Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:    Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
       Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
       Linda Holden, Esq., *Coleman* Deputy Special Master
       Jeffrey L. Metzner, M.D., *Coleman* Expert
       Kerry C. Hughes, M.D., *Coleman* Expert
       Raymond F. Patterson, M.D, *Coleman* Expert
       Paul Nicoll, MPA, *Coleman* Monitor
       Mary Perrien, Ph.D., *Coleman* Expert
       Kathryn A. Burns, M.D., MPH, *Coleman* Expert
       Henry A. Dlugacz, Esq., *Coleman* Expert
       Kerry F. Walsh, Esq., *Coleman* Monitor
       Patricia Williams, Esq., *Coleman* Monitor
       Haunani Henry, *Coleman* Monitor
       Debbie Vorous, Esq., Office of the Attorney General
       Heather McCray Esq., Office of Legal Affairs, CDCR
       Michael Stone, Esq., Office of Legal Affairs, CDCR
       Michael Bien, Esq., Rosen, Bien and Galvan

Matthew A. Lopes, Jr. Esquire
Page 3


Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health
    Program DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program
    Oversight, DCHCS

# Mental Health Population  By Institution
Download Date: January 18, 2013

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
(ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1099 | 1352 | 123% | | 8 | | | | | 1360 |
| CAL | | 22 | | | | | | | | 22 |
| CCC | | 7 | | | | | | | | 7 |
| CCI | 1349 | 1043 | 77% | | 3 | | | | | 1046 |
| CCWF | 899 | 1286 | 143% | 64 | 38 | 59% | | | | 1324 |
| CEN | | 19 | | | | | | | | 19 |
| CIM | 1299 | 1391 | 107% | | 57 | | | | | 1448 |
| CIW | 499 | 733 | 147% | 85 | 60 | 71% | 20 | 15 | 75% | 808 |
| CMC | 1099 | 962 | 88% | 634 | 621 | 98% | | | | 1583 |
| CMF | 599 | 492 | 82% | 391 | 407 | 104% | | | | 899 |
| COR | 949 | 1226 | 129% | 249 | 243 | 98% | | | | 1469 |
| CRC-M | 848 | 986 | 116% | | 1 | | | | | 987 |
| CTF | 845 | 1093 | 129% | | 8 | | | | | 1101 |
| CVSP | | 6 | | | | | | | | 6 |
| DVI | 649 | 396 | 61% | | 13 | | | | | 409 |
| FOL | 599 | 398 | 66% | | 1 | | | | | 399 |
| HDSP | 699 | 844 | 121% | | 5 | | | | | 849 |
| ISP | | 16 | | | | | | | | 16 |
| KVSP | 1000 | 1228 | 123% | 96 | 95 | 99% | | | | 1323 |
| LAC | 1149 | 1297 | 113% | 374 | 392 | 105% | | | | 1689 |
| MCSP | 1149 | 1060 | 92% | 546 | 542 | 99% | | | | 1602 |
| NKSP | 799 | 840 | 105% | | 75 | | | | | 915 |
| PBSP | 349 | 219 | 63% | 66 | 59 | 89% | 128 | 119 | 93% | 397 |
| PVSP | 1499 | 1731 | 115% | | 2 | | | | | 1733 |
| RJD | 1199 | 1460 | 122% | 543 | 527 | 97% | | | | 1987 |
| SAC | 849 | 683 | 80% | 458 | 376 | 82% | 256 | 243 | 95% | 1302 |
| SATF | 1199 | 1552 | 129% | 352 | 370 | 105% | | | | 1922 |
| SCC | 499 | 566 | 113% | | 3 | | | | | 569 |
| SOL | 1199 | 1090 | 91% | | 9 | | | | | 1099 |
| SQ | 899 | 1032 | 115% | 36 | 45 | 125% | | | | 1077 |
| SVSP | 999 | 1270 | 127% | 264 | 226 | 86% | | | | 1496 |
| VSP | 849 | 480 | 57% | | 3 | | | | | 483 |
| WSP | 1049 | 873 | 83% | | 81 | | | | | 954 |
| TOTAL | 26118 | 27653 | 106% | 4158 | 4270 | 103% | 404 | 377 | 93% | 32300 |

| Group | CCCMS | | | EOP | | | Subtotal | Comments |
|---|---|---|---|---|---|---|---|---|
| Institution (3) | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | MH Pop | |
| **Administrative Segregation Unit (ASU)** | | | | | | | | |
| **ASP ASU** | | 40 | | | 1 | | 41 | |
| **CAL ASU** | | 6 | | | | | 6 | |
| **CCC ASU** | | 1 | | | | | 1 | |
| **CCI ASU** | | 107 | | | | | 107 | |
| **CCWF ASU** | | 49 | | 10 | 3 | 30% | 52 | |
| **CEN ASU** | | 8 | | | | | 8 | |
| **CIM ASU** | | 90 | | | 2 | | 92 | |
| **CIW ASU** | | 34 | | 10 | 3 | 30% | 37 | |
| **CMC ASU** | | 31 | | 54 | 62 | 115% | 93 | |
| **CMF ASU** | | 19 | | 58 | 44 | 76% | 63 | |
| **COR ASU** | | 125 | | 99 | 70 | 71% | 195 | |
| **CTF ASU** | | 27 | | | 2 | | 29 | |
| **DVI ASU** | | 45 | | | 2 | | 47 | |
| **FOL ASU** | | 13 | | | 1 | | 14 | |
| **HDSP ASU** | | 35 | | | 3 | | 38 | |
| **ISP ASU** | | 2 | | | | | 2 | |
| **KVSP ASU** | | 70 | | | 3 | | 73 | |
| **LAC ASU** | | 150 | | 74 | 64 | 86% | 214 | |
| **MCSP ASU** | | 52 | | 36 | 36 | 100% | 88 | |
| **NKSP ASU** | | 39 | | | 6 | | 45 | |
| **PBSP ASU** | | 90 | | | 4 | | 94 | |
| **PVSP ASU** | | 152 | | | | | 152 | |
| **RJD ASU** | | 105 | | 63 | 56 | 89% | 161 | |
| **SAC ASU** | | 74 | | 74 | 39 | 53% | 113 | |
| **SATF ASU** | | 104 | | | 1 | | 105 | |
| **SCC ASU** | | 15 | | | | | 15 | |
| **SOL ASU** | | 79 | | | 4 | | 83 | |
| **SQ ASU** | | 69 | | 36 | 10 | 28% | 79 | |
| **SVSP ASU** | | 160 | | 72 | 48 | 67% | 208 | |
| **WSP ASU** | | 39 | | | 2 | | 41 | |

| Group | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| Institution [3] | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **Administrative Segregation Unit (ASU)** | | | | | | | | |
| **Group Total for ASU** | | 1,830 | | 586 | 466 | 80% | 2,296 | |

| Group | | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Institution [3] | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **General Population (GP)** | | | | | | | | | |
| ASP | II | 1,099 | 1,312 | 119% | | 7 | | 1,319 | |
| CAL | I,IV  + | | 16 | | | | | 16 | |
| CCC | I,II,III | | 6 | | | | | 6 | |
| CCI | I,II,III,IV  * | 1,219 | 743 | 61% | | 2 | | 745 | |
| CCWF | | 745 | 1,067 | 143% | 54 | 4 | 7% | 1,071 | |
| CEN | III | | 11 | | | | | 11 | |
| CIM | I | 666 | 1,200 | 180% | | 40 | | 1,240 | |
| CIW | | 499 | 613 | 123% | 75 | 54 | 72% | 667 | |
| CMC | I,II,III | 1,099 | 931 | 85% | 580 | 559 | 96% | 1,490 | |
| CMF | I,II,III | 599 | 473 | 79% | 333 | 363 | 109% | 836 | |
| COR | I,III,IV  + * | 499 | 686 | 137% | 150 | 172 | 115% | 858 | *SNY EOP=150 beds* |
| CRC-M | II | 848 | 986 | 116% | | 1 | | 987 | |
| CTF | I,II | 845 | 1,066 | 126% | | 6 | | 1,072 | |
| CVSP | I,II | 85 | 6 | | | | | 6 | |
| DVI | I,II | 85 | 101 | 119% | | 2 | | 103 | |
| FOL | III | 599 | 385 | 64% | | | | 385 | |
| HDSP | I,III,IV  * | 699 | 809 | 116% | | 2 | | 811 | |
| ISP | I,III | | 14 | | | | | 14 | |
| KVSP | I,IV | 1,000 | 1,158 | 116% | 96 | 92 | 96% | 1,250 | *SNY EOP* |
| LAC | I,III,IV  + | 1,149 | 1,147 | 100% | 300 | 328 | 109% | 1,475 | |
| MCSP | I,II,III,IV  + | 1,149 | 1,008 | 88% | 510 | 506 | 99% | 1,514 | *SNY EOP* |
| NKSP | I,III | 80 | 108 | 135% | | 3 | | 111 | |
| PBSP | I,IV  * | 349 | 127 | 36% | 66 | 55 | 83% | 182 | |
| PVSP | I,III | 1,499 | 1,579 | 105% | | 2 | | 1,581 | |
| RJD | I,III | 1,199 | 1,355 | 113% | 480 | 471 | 98% | 1,826 | *SNY EOP=150 beds* |
| SAC | I,IV  * | 849 | 594 | 70% | 384 | 337 | 88% | 931 | |
| SATF | II,III,IV  * | 1,199 | 1,448 | 121% | 352 | 369 | 105% | 1,817 | *SNY EOP=264 beds* |
| SCC | I,II,III | 499 | 551 | 110% | | 3 | | 554 | |
| SOL | II,III | 1,199 | 1,011 | 84% | | 5 | | 1,016 | |
| SQ | I,II | 350 | 803 | 229% | | 28 | | 831 | |

| Group / Institution (3) | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **General Population (GP)** | | | | | | | | |
| **SVSP** *I,IV* * | 999 | 1,110 | 111% | 192 | 178 | 93% | 1,288 | |
| **VSP** | 849 | 480 | 57% | | 3 | | 483 | |
| **WSP** *I,III* | 105 | 105 | 100% | | | | 105 | |
| **Group Total for GP** | 21,975 | 23,009 | 105% | 3,572 | 3,592 | 101% | 26,601 | |
| **Reception Center (RC)** | | | | | | | | |
| **CCWF-RC** | 154 | 170 | 110% | | 31 | | 201 | |
| **CIM-RC** | 633 | 101 | 16% | | 15 | | 116 | |
| **DVI-RC** | 564 | 250 | 44% | | 9 | | 259 | |
| **NKSP-RC** | 719 | 693 | 96% | | 66 | | 759 | |
| **SQ-RC** | 549 | 160 | 29% | | 7 | | 167 | |
| **WSP-RC** | 944 | 729 | 77% | | 79 | | 808 | |
| **Group Total for RC** | 3,563 | 2,103 | 59% | | 207 | | 2,310 | |
| **Security Housing Unit (SHU)** | | | | | | | | |
| **CCI-SHU** | 130 | 193 | 148% | | 1 | | 194 | |
| **CIW SHU** | | 86 | | | 3 | | 89 | |
| **COR-SHU** | 450 | 415 | 92% | | 1 | | 416 | |
| **PBSP SHU** | | 2 | | | | | 2 | |
| **SAC SHU** | | 15 | | | | | 15 | |
| **Group Total for SHU** | 580 | 711 | 123% | | 5 | | 716 | |

**Report Footnotes**

(1) CCCMS capacities have not been adjusted to reflect realignment.

(2) EOP, ASU-EOP, and PSU may not reflect actual program vacancies because beds can be held vacant for inmate-patients temporarily housed in MHCB and OHU.

(3) " + " is a 270 Design Facility.  " * " is a 180 Design Facility.

# Exhibit 24

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
April 23, 2012

WEEKLY REPORT OF POPULATION
AS OF MIDNIGHT April 18, 2012

| | | | TOTAL CDCR POPULATION | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FELON/ OTHER #1 | CIVIL ADDICT | TOTAL | CHANGE SINCE 04/20/11 NO. | PCT. | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
| A. TOTAL IN-CUSTODY | 137,916 | 367 | 138,283 | -24,487 | -15.0 | | | |
| I.  IN-STATE | 128,383 | 367 | 128,750 | -23,868 | -15.6 | | | |
| (MEN, Subtotal) | 121,628 | 260 | 121,888 | -21,189 | -14.8 | | | |
| (WOMEN, Subtotal) | 6,755 | 107 | 6,862 | -2,679 | -28.0 | | | |
| 1. INSTITUTIONS/CAMPS | 127,488 | 367 | 127,855 | -19,114 | -13.0 | 84,130 | 152.0 | 130,837 |
| INSTITUTIONS       * | 123,463 | 367 | 123,830 | -19,212 | -13.4 | 79,650 | 155.5 | 126,478 |
| CAMPS(CCC, CIW & SCC)* | 4,025 | | 4,025 | +98 | +2.4 | 4,480 | 89.8 | 4,359 |
| 2. IN-STATE CONTRACT BEDS | 663 | 0 | 663 | -4,768 | -87.7 | 2,784 | 23.8 | |
| CCF PRIVATE | 609 | | 609 | -1,515 | -71.3 | 2,557 | 23.8 | |
| PRISONER MOTHER PGM | 12 | | 12 | -31 | -72.0 | 47 | 25.5 | |
| FAMILY FOUNDATION PGM | 18 | | 18 | -42 | -70.0 | 105 | 17.1 | |
| FRCCC(BAKERSFIELD) | 12 | | 12 | -62 | -83.7 | 75 | 16.0 | |
| SRITA(SANTA RITA) | 12 | | 12 | -582 | -97.9 | | | |
| 3. DMH STATE HOSPITALS | 232 | | 232 | +14 | +6.4 | | | |
| II. OUT OF STATE(COCF) | 9,533 | 0 | 9,533 | -619 | -6.0 | | | |
| ARIZONA | 4,568 | | 4,568 | -722 | -13.6 | | | |
| MISSISSIPPI | 2,579 | | 2,579 | +23 | +0.8 | | | |
| OKLAHOMA | 2,386 | | 2,386 | +80 | +3.4 | | | |
| B. PAROLE | 85,442 | 829 | 86,271 | -19,932 | -18.7 | | | |
| COMMUNITY SUP(Active) | 77,907 | 829 | 78,736 | -11,118 | -12.3 | | | |
| COOP CASES     (Active) #3 | 1,510 | | 1,510 | +22 | +1.4 | | | |
| MNRP & NRP (Inactive) | 6,025 | | 6,025 | -8,836 | -59.4 | | | |
| C. NON-CDC JURISDICTION #4 | 1,358 | 0 | 1,358 | -132 | -8.8 | | | |
| OTHER STATE/FED. INST. | 515 | | 515 | +53 | +11.4 | | | |
| OUT OF STATE PAROLE | 643 | | 643 | -148 | -18.7 | | | |
| OUT OF STATE PAL | 37 | | 37 | -3 | -7.5 | | | |
| CYA-W&IC 1731.5(c) INSTITUTIONS #5 | 163 | | 163 | -34 | -17.2 | | | |
| D. OTHER POPULATIONS #6 INMATES | 12,938 | 103 | 13,041 | -1,102 | -7.7 | | | |
| OUT-TO-COURT, etc. | 1,315 | 13 | 1,328 | -561 | -29.6 | | | |
| ESCAPED | 216 | | 216 | -2 | -0.9 | | | |
| PAROLEES (PAL/RAL) | 11,407 | 90 | 11,497 | -539 | -4.4 | | | |
| TOTAL CDCR POPULATION | 237,654 | 1,299 | 238,953 | -45,653 | -16.0 | | | |

| CHANGE FROM LAST WEEK | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A. TOTAL IN-CUSTODY | -317 | -8 | -325 | | | | | |
| (MEN, Subtotal) | -251 | -10 | -261 | | | | | |
| (WOMEN, Subtotal) | -45 | +2 | -43 | | | | | |
| B. PAROLE | -2,167 | +2 | -2,165 | | | | | |
| D. PAROLEES (PAL/RAL) | +16 | -1 | +15 | | | | | |

This report contains the latest available reliable population figures from OBIS.  They have been
carefully audited, but are preliminary, and therefore subject to revision.

*Figure excludes institution based camps.  Total persons in camps, including base camps, are 4,075.
Base camp at CMC is included in institution counts.

Report # TPOP-1W.  Questions: (916) 323-3639.

WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                          MIDNIGHT April 18, 2012

| INSTITUTIONS/CAMPS | | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|---|
| **MALE** | | | | | | | |
| ASP | (AVENAL SP) | 5,096 | | 5,096 | 2,920 | 174.5 | 5,306 |
| CCC | (CAL CORRECTL CTR) | 4,846 | | 4,846 | 3,883 | 124.8 | 4,713 |
| CCI | (CAL CORRECTL INSTITN) | 4,645 | | 4,645 | 2,783 | 166.9 | 5,083 |
| CIM | (CAL INSTITN FOR MEN) | 5,135 | 11 | 5,146 | 2,976 | 172.9 | 6,311 |
| CMF | (CAL MEDICAL FACIL) | 2,397 | | 2,397 | 2,297 | 104.4 | 2,340 |
| CMC | (CAL MEN'S COLONY) | 5,574 | | 5,574 | 3,838 | 145.2 | 5,586 |
| CRC | (CAL REHAB CTR, MEN) | 3,646 | 224 | 3,870 | 2,491 | 155.4 | 4,022 |
| CAL | (CAL SP, CALIPATRIA) | 3,972 | | 3,972 | 2,308 | 172.1 | 3,810 |
| CEN | (CAL SP, CENTINELA) | 3,689 | | 3,689 | 2,308 | 159.8 | 3,758 |
| COR | (CAL SP, CORCORAN) | 4,537 | | 4,537 | 3,116 | 145.6 | 4,619 |
| LAC | (CAL SP, LOS ANGELES CO) | 3,916 | | 3,916 | 2,300 | 170.3 | 3,990 |
| SAC | (CAL SP, SACRAMENTO) | 2,746 | | 2,746 | 1,828 | 150.2 | 2,743 |
| SQ | (CAL SP, SAN QUENTIN) | 3,789 | 3 | 3,792 | 3,082 | 123.0 | 3,932 |
| SOL | (CAL SP, SOLANO) | 4,300 | | 4,300 | 2,610 | 164.8 | 4,593 |
| SATF | (CAL SATF AND SP - COR) | 5,722 | 10 | 5,732 | 3,424 | 167.4 | 5,483 |
| CVSP | (CHUCKAWALLA VALLEY SP) | 2,592 | | 2,592 | 1,738 | 149.1 | 2,811 |
| CTF | (CORRL TRAING FAC) | 5,697 | | 5,697 | 3,312 | 172.0 | 5,320 |
| DVI | (DEUEL VOCATL INSTITN) | 2,560 | 8 | 2,568 | 1,681 | 152.8 | 2,685 |
| FOL | (FOLSOM SP) | 2,948 | 1 | 2,949 | 2,469 | 119.4 | 2,937 |
| HDP | (HIGH DESERT SP) | 3,768 | | 3,768 | 2,324 | 162.1 | 3,746 |
| IRON | (IRONWOOD SP) | 3,507 | | 3,507 | 2,200 | 159.4 | 3,485 |
| KVSP | (KERN VALLEY SP) | 4,153 | | 4,153 | 2,448 | 169.6 | 4,344 |
| MCSP | (MULE CREEK SP) | 3,055 | | 3,055 | 1,700 | 179.7 | 3,036 |
| NKSP | (NORTH KERN SP) | 4,672 | 1 | 4,673 | 2,694 | 173.5 | 4,770 |
| PBSP | (PELICAN BAY SP) | 3,082 | | 3,082 | 2,380 | 129.5 | 3,143 |
| PVSP | (PLEASANT VALLEY SP) | 3,738 | | 3,738 | 2,308 | 162.0 | 3,758 |
| RJD | (RJ DONOVAN CORR FACIL) | 3,631 | | 3,631 | 2,200 | 165.0 | 3,820 |
| SVSP | (SALINAS VAL SP) | 3,503 | | 3,503 | 2,452 | 142.9 | 3,459 |
| SCC | (SIERRA CONSERV CTR) | 4,675 | | 4,675 | 3,736 | 125.1 | 4,811 |
| WSP | (WASCO SP) | 5,193 | 2 | 5,195 | 2,984 | 174.1 | 5,135 |
| **MALE TOTAL:** | | 120,784 | 260 | 121,044 | 78,790 | 153.6 | 123,549 |
| **FEMALE** | | | | | | | |
| CIW | (CAL INST FOR WOMEN) | 1,596 | 54 | 1,650 | 1,356 | 121.7 | 1,775 |
| CCWF | (CENT CAL WOMEN'S FACIL) | 2,757 | 53 | 2,810 | 2,004 | 140.2 | 3,016 |
| VSP | (VALLEY SP) | 2,351 | | 2,351 | 1,980 | 118.7 | 2,497 |
| **FEMALE TOTAL:** | | 6,704 | 107 | 6,811 | 5,340 | 127.5 | 7,288 |
| **TOTAL:** | | 127,488 | 367 | 127,855 | 84,130 | 152.0 | 130,837 |

# Exhibit 25

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA 94283-0001



September 30, 2008

Matthew A. Lopes, Jr., Esq.          Via:    Lisa Tillman
Office of the Special Master                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                Department of Justice
317 Iron Horse Way, Suite 301                1300 "I" Street, Suite 125
Providence, RI  02908                        P. O. Box 944255
                                             Sacramento, CA  94244-2550

### RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of August 2008 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History. **(Not Available)**
2. MHSDS Hiring Activity Report. **(Not Available)**
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines. **(Telemedicine Only)**
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. **(Not Available)**
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr., Esq.
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at
California State Prison-San Quentin (SQ), California State Prison-Corcoran (COR), and
Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement
Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of
Care.

If you have any questions, please contact me at (916) 928-4705.

Sincerely,

DENNIS BEATY
Deputy Director, Program Services
Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Robin Dezember, Director, Division of Correctional Health Care Services (DCHCS)
Karen Wong, Deputy Director (A), DCHCS
Brenda Epperly-Ellis, Director, Statewide Mental Health Program, DCHCS
Jeffrey L. Metzner, M.D., *Coleman* Expert
Dennis F. Koson, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Melissa G. Warren, Ph.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Pal Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Mary-Joy Spencer, Esq., *Coleman* Monitor
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Angela Shannon, M.D., *Coleman* Expert
Lisa Tillman, Esq., Office of the Attorney General
Michael Stone, Esq., Office of Legal Affairs

Matthew A. Lopes, Jr., Esq.
Page 3

Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Patricia Williams, Esq., *Coleman* Monitor
Linda Buffardi, Esq., *Coleman* Deputy Special Master
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
Andrew Swanson, M.D., Deputy Director, Psychiatry Services, DCHCS
Marion Chiurazzi, Psy.D., Deputy Director, Mental Health Clinical Services, DCHCS
Judy Burleson, Coleman Compliance Manager, DCHCS
Mary Neade, Correctional Counselor II, Division of Adult Institutions
Sharon Riegel, HPS II, DCHCS

# CONFIDENTIAL

## Combined Mental Health Population Per Institution

*Includes Ad-Seg, SHU, Reception Center and GP Mental Health Populations Combined*

Download Date August 8, 2008

| | CCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP | 1099 | 1277 | 116% | | 24 | | | 1301 |
| CAL | | 13 | | | | | | 13 |
| CCC | | 3 | | | | | | 3 |
| CCI | 1349 | 1379 | 102% | | 97 | | | 1476 |
| CCWF | 849 | 1076 | 127% | 54 | 48 | 89% | 12 | 1124 |
| CEN | | 14 | | | 2 | | | 16 |
| CIM | 999 | 1297 | 130% | | 185 | | 34 | 1482 |
| CIW | 449 | 661 | 147% | 75 | 121 | 161% | 10 | 782 |
| CMC | 1049 | 1154 | 110% | 634 | 591 | 93% | 36 | 1745 |
| CMF | 599 | 714 | 119% | 591 | 630 | 107% | 50 | 1344 |
| COR | 949 | 1240 | 131% | 204 | 204 | 100% | 23 | 1444 |
| CRC-M | 848 | 829 | 98% | | | | | 829 |
| CTF | 699 | 869 | 124% | | 7 | | | 876 |
| CVSP | | 21 | | | | | | 21 |
| DVI | 649 | 768 | 118% | | 76 | | | 844 |
| FOL | 599 | 713 | 119% | | 5 | | | 718 |
| HDSP | 699 | 865 | 124% | | 18 | | 10 | 883 |
| ISP | | 15 | | | | | | 15 |
| KVSP | 1000 | 859 | 86% | | 15 | | 12 | 874 |
| LAC | 1149 | 833 | 72% | 345 | 505 | 146% | 12 | 1338 |
| MCSP | 999 | 1202 | 120% | 546 | 526 | 96% | 8 | 1728 |
| NKSP | 799 | 867 | 109% | | 63 | | 10 | 930 |
| PBSP | 349 | 355 | 102% | 66 | 67 | 102% | 10 | 422 |
| PVSP | 1299 | 1671 | 129% | | 13 | | 6 | 1684 |
| RJD | 1199 | 1224 | 102% | 393 | 449 | 114% | 14 | 1673 |
| SAC | 849 | 854 | 101% | 458 | 466 | 102% | 24 | 1320 |
| SATF | 1049 | 1381 | 132% | | 23 | | 20 | 1404 |
| SCC | 499 | 618 | 124% | | 15 | | | 633 |
| SOL | 1199 | 1489 | 124% | | 16 | | 9 | 1505 |
| SQ | 899 | 1025 | 114% | 36 | 94 | 261% | | 1119 |
| SVSP | 999 | 1150 | 115% | 237 | 228 | 96% | 10 | 1378 |
| VSPW | 749 | 1161 | 155% | 9 | 12 | 133% | | 1173 |
| WSP | 1049 | 1147 | 109% | | 105 | | 6 | 1252 |
| **Totals** | 24922 | 28744 | 115% | 3648 | 4605 | 126% | 316 | 33349 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

CRC-M does not include the SNY population.

Health Care Placement Oversight Program

8/8/2008

R1-5

# Exhibit 26

# CENTRAL CALIFORNIA WOMEN'S FACILITY
# MENTAL HEALTH SERVICES DELIVERY SYSTEM
# MANAGEMENT REPORT

## COLEMAN ROUND XXV
## MAY 16, 2012

### DEBORAH JOHNSON
### WARDEN (A)

### TIM NEAL
### CHIEF EXECUTIVE OFFICER

### LORI WILLIAMS, PH.D.
### CHIEF OF MENTAL HEALTH

DRPD 1 00057

## TABLE OF CONTENTS

INSTITUTIONAL PROGRAM SUMMARY ..................................................................................................................1

    OVERVIEW OF ALL THE MENTAL HEALTH PROGRAMS AT INSTITUTION ......................................................................1

    NEW CONSTRUCTION/REMODELING ..................................................................................................................2

    NEW OR ANTICIPATED MISSION CHANGES ........................................................................................................2

    MAJOR POPULATION MOVES ............................................................................................................................2

    NEW OR OVERFLOW ADMINISTRATIVE SEGREGATION OR ANY OTHER SPECIALIZED HOUSING UNITS ......................3

    OBSTACLES TO PROVIDING MENTAL HEALTH SERVICES AND ADHERENCE TO PROGRAM GUIDE REQUIREMENTS ...3

MENTAL HEALTH ROSTER ..............................................................................................................................4

    Institutional Mental Health Staffing and Telemedicine ........................................................................4

QUALITY MANAGEMENT ................................................................................................................................5

    Local Governing Body (LGB) ...............................................................................................................5

    Quality Management Committee (QMC) ...............................................................................................5

    Peer Review .........................................................................................................................................6

    QIT Activities ......................................................................................................................................6

MEDICATION MANAGEMENT, PSYCHOTROPIC MEDICATIONS ............................................................................7

    Medication Continuity for New Arrivals (Inter-Institutional CDCR Transfers)........................................7

    Medication Continuity for Transfers (Intra-Institutional Transfers) .......................................................7

    Medication Continuity for Renewal of Orders/Bridge Orders ...............................................................7

    Lab Tests/Results for MHSDS Inmates .................................................................................................7

    Direct Observation Therapy (DOT) Medication Administration .............................................................8

    HS Medications (After 2000 Hours) ......................................................................................................8

    Medication Non-Compliance Policies and Procedures ...........................................................................8

    The Medication Administration Record (MAR) .....................................................................................8

    Timely Processing of Medication Orders ..............................................................................................8

    Informed Consent Forms ......................................................................................................................9

    Pill Lines..............................................................................................................................................9

    Hoarding/Cheeking Medications ..........................................................................................................9

    Parole Medications Process ..................................................................................................................9

MAINLINE CCCMS ......................................................................................................................................10

    Prerelease and Discharge Planning .....................................................................................................10

MAINLINE ENHANCED OUTPATIENT PROGRAM (EOP)....................................................................................11

    Prerelease and Discharge Planning .....................................................................................................11

DEPARTMENT OF MENTAL HEALTH (DMH) REFERRALS .................................................................................11

MENTAL HEALTH PROGRAM BEDS (MHPB)...................................................................................................12

ALTERNATIVE HOUSING................................................................................................................................13

ADMINISTRATIVE SEGREGATION UNIT (ASU) ...............................................................................................13

    ASU CCCMS....................................................................................................................................13

ASU EOP (HUB)...................................................................................................................................14
ASU Non-MHSDS.................................................................................................................................14
SUICIDE PREVENTION...............................................................................................................................14
Completed Suicides...............................................................................................................................14
Attempted Suicides during the Reporting Period.......................................................................................14
Inmate Profile Procedure .......................................................................................................................15
RVR PROTOCOLS ....................................................................................................................................15
USE OF FORCE ........................................................................................................................................15
RECEPTION CENTER .................................................................................................................................15
RC CCCMS ......................................................................................................................................16
RC EOP ............................................................................................................................................16
MENTAL HEALTH REFERRALS.....................................................................................................................17
MHTS-UHR AGREEMENT AUDIT ................................................................................................................17

DRPD 1 00059

**GLOSSARY OF TERMS**

| Acronym | Term |
|---------|------|
| AIMs | Abnormal Involuntary Movement Scale |
| APP | Acute Psychiatric Program |
| ASU | Administrative Segregation Unit |
| CAP | Corrective Action Plan |
| CC | Correctional Counselor |
| CCCMS | Correctional Clinical Case Management System |
| CDCR | California Department of Corrections and Rehabilitation |
| CHSA | Correctional Health Services Administrator |
| DMH | Department of Mental Health |
| DOT | Direct Observation Therapy |
| EOP | Enhanced Outpatient Program |
| GP | General Population |
| HC-POP | Health Care Population Oversight Program |
| HS | Hour of Sleep |
| P/I | Patient/inmate |
| ICC | Institutional Classification Committee |
| ICF | Intermediate Care Facility |
| IDTT | Inter Disciplinary Treatment Team |
| LGB | Local Governing Body |
| LOC | Level of Care |
| LOP | Local Operating Procedure |
| LOS | Length of Stay |
| LPT | Licensed Psychiatric Technician |
| MAPIP | Medication Administration Performance Improvement Project |
| MAR | Medication Administration Record |
| MHCB | Mental Health Crisis Bed |
| MHPB | Mental Health Program Bed |

| MH-OHU | Mental Health-Outpatient Housing Unit |
| MHQM | Mental Health Quality Management Subcommittee |
| MHSDS | Mental Health Services Delivery System |
| MHTS | Mental Health Tracking System |
| OHU | Outpatient Housing Unit |
| PC | Primary Clinician |
| PSU | Psychiatric Services Unit |
| QIT | Quality Improvement Team |
| QM | Quality Management |
| QMC | Quality Management Committee |
| R&R | Receiving and Release |
| RVR | Rules Violation Report |
| SHU | Security Housing Unit |
| SPC | Suicide Prevention Coordinator |
| SPR-FIT | Suicide Prevention and Response-Focused Improvement Team |
| SRE | Suicide Risk Evaluation |
| UHR | Unit Health Record |

## *Coleman:* **Round XXV**
## **MENTAL HEALTH MANAGEMENT REPORT**
October 1, 2011 – March 31, 2012
Central California Women's Facility (CCWF)

### INSTITUTIONAL PROGRAM SUMMARY

OVERVIEW OF ALL THE MENTAL HEALTH PROGRAMS AT INSTITUTION

The Mental Health Service Delivery System at the Central California Women's Facility is comprised of six treatment programs: Administrative Segregation Unit Correctional Clinical Case Management System (ASU CCCMS), Mainline Correctional Clinical Case Management System (ML CCCMS), Reception Center Correctional Clinical Case Management System (RC CCCMS), Mainline Enhanced Outpatient Program (ML EOP), Reception Center Enhanced Outpatient Program (RC EOP), and Mental Health Program Beds (MHPB).

The ASU CCCMS program provides primary clinician and psychiatric services to approximately 24 ASU CCCMS inmate-patients (P/Is) and 20 Condemned Row (CR) P/Is through a quarter-position Psychiatrist, and two Psychologists under the direction of a quarter-time Senior Psychologist-Supervisor. In addition, services are readily available to General Population (GP) inmates who may require placement in MHSDS.

Under the direction of one Senior Psychiatrist-Supervisor, the ML CCCMS program offers mental health treatment to approximately 750 female P/Is housed in Facility B, C, and D, and the Skilled Nursing Facility. Services are also available to about 1,600 mainline general population inmates. In addition, a clinician is dedicated to each mainline facility. The assignment of clinicians to each yard successfully facilitates immediate inmate (CCCMS and GP) access to care within the larger CCCMS program. After-hours (1600-1900 hours) Triage and Treatment Area (TTA) coverage continues. The availability of one psychologist during these hours has markedly reduced the number of after-hour MHPB admissions. Overall, clinical services are provided by four psychiatrists, 4 psychologists, 7.5 licensed clinical social workers, and two recreation therapists (RTs). Individual and group therapy services are primarily centralized in Buildings 812 and 813.

The RC CCCMS program is located on Facility A, offering services to approximately 155 CCCMS P/Is. RC inmates classified as General Population (GP) and CCCMS are housed in Buildings 501, 502, and 503. Buildings 501 and 502 accommodate inmates in 8-person rooms (32 rooms per building). Building 503 is comprised of 2-person rooms (50 rooms per tier). Building 504 is designated for inmates at the EOP LOC and those placed in the ASU/CR. At present, staffing in the RC is as follows: one quarter senior psychologist-supervisor, two psychiatrists, and five and a half psychologists.

The ML EOP provides mental health evaluations, individual and group therapy, and psychiatric services to approximately 54 inmate-patients. The program is staffed with one

Page 1 of 17

half senior psychologist-supervisor, a half-time psychiatrist, four psychologists, one social worker, and two RTs.

Reception Center patient/inmates who are designated EOP LOC are housed in Building 504. In most instances, these individuals are immediately transferred to this unit. If immediate transfer to EOP is delayed, arrangements with custody staff will be made to house the inmate(s) in RC Building 503 for up to 60 days. Services provided to these P/Is is identical to those provided to ML EOP P/Is. Additionally, if an inmate-patient who previously paroled at the EOP LOC returns to custody, upon arrival to R&R, she is automatically designated EOP LOC and housed in 504.

The Mental Health Program Beds (MHPB) program is a 12-bed acute psychiatric care unit located in the Paris-Lamb Skilled Nursing Facility (SNF) at CCWF. This program is defined as a Specialty Program within a SNF and governed by Title 22 regulations. The maximum length of stay (LOS) is designated as ten days. Lower levels of care (e.g. GP, CCCMS or EOP) P/Is are received from CCWF and Valley State Prison for Women (VSPW). Patients returning from the California Institution for Women (CIW), after stays in the longer-term intermediate care unit at Patton State Hospital (DMH LOC), are also admitted to the MHPB when clinically indicated. MHPB offers psychiatric evaluation and treatment services, crisis intervention and brief individual psychotherapy, psychological testing, psychiatric nursing services, recreation therapy, and discharge planning. Services are provided by a treatment team comprised of one quarter time senior psychiatrist-supervisor, one psychiatrist, two psychologists, and one RT.

NEW CONSTRUCTION/REMODELING

None.

NEW OR ANTICIPATED MISSION CHANGES

Presently, no specific mission changes are known.

MAJOR POPULATION MOVES

None.

DRPD 1 00063

NEW OR OVERFLOW ADMINISTRATIVE SEGREGATION OR ANY OTHER SPECIALIZED HOUSING UNITS

Building 504 is divided by a secure wall providing housing for EOP on one side and ASU and CR on the other. EOP is also utilized as an overflow for ASU and, on occasion, RC-status inmates.

OBSTACLES TO PROVIDING MENTAL HEALTH SERVICES AND
ADHERENCE TO PROGRAM GUIDE REQUIREMENTS

Using EOP housing for ASU overflow continues to be of concern. ASU inmates are often loud and consequently disrupt EOP groups completed in the dayroom. Use of EOP housing for ASU also undermines confidentiality.

The lack of ASU treatment modules for MHPB P/Is on ASU or SHU status is problematic. Given the custody status of these inmates, the provision of clinical services in a confidential setting is minimal.

The EOP and ASU programs lack adequate group treatment space. There is no group treatment space for the ASU program and the EOP program must borrow space from the Reception Yard and the EOP housing unit common area. The ASU program has only one confidential room for clinical encounters by the psychiatrist and two psychologists.

DRPD 1 00064

MENTAL HEALTH ROSTER

October 1, 2011 – March 31, 2012
Central California Women's Facility (CCWF)
As of April 2012

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-Time Equivalent Contractors and Dual Appts. | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 0 | 0 | 0 | 0% | 0 | 0 | 0 |
| Senior Psychiatrist | 1.0 | 1 | 0 | 0% | 0 | 0 | 0 |
| Chief Psychologist | 1.0 | 0 | 1 | 100% | 0 | 1 | 100% |
| Senior Psychologist | 1.69 | 1 | .69 | 41% | 0 | 0 | 0 |
| Staff Psychiatrist | 8.26 | 8.5 (.5 temporarily separated) | 0 | 0% | 1 Intermittent | $.5^{(1)}$ | 6% |
| Staff Psychologist | 17.79 | 17.5 | .29 | 2% | 4 Intermittent() | | 0 |
| Supervising Social Worker | .91 | 0 | .91 | 100% | 0 | .91 | 100% |
| Social Worker | 7.83 | 8 | 0 | 0% | 0 | 0 | 0 |
| SRN II | 2 | 2 | 0 | 0% | 0 | 0 | 0 |
| Registered Nurse | 9 | 9 | 0 | 0% | 0 | 0 | 0 |
| Senior Psych Tech | 1 | 1 | 0 | 0% | 0 | 0 | 0 |
| Psych Tech | 8 | 7 | 1 | 13% | 0 | 1 | 13% |
| Recreation Therapist | 3.93 | 4 | 0 | 0% | 0 | 0 | 0 |
| HPSI | 1 | 1 | 0 | 0% | 0 | 0 | 0 |
| Medical Secretary | 0 | 0 | 0 | 0% | 0 | 0 | 0 |
| Office Technician (T) | 8.5 | 10.5 (2.5 temporarily separated) | 0 | 0% | 2 Intermittent | $.5^{(2)}$ | 6% |
| Office Assistant (T) | 0 | 0 | 0 | 0% | 0 | 0 | 0 |

Telemedicine

| Psychiatry telemedicine used? | Number of hours per week |
|---|---|
| No | N/A |

Functional Vacancy Footnotes:
1. Although there is a dual position appointed as an hourly intermittent staff psychiatrist, they are currently not working any hours. The Personnel Department considers the remaining 26 position established above the eight established staff psychiatrist positions as a .5 position. Functional vacancy rate is based on long-term temporary separation of half time employee.
2. Functional vacancy rate is based on difference between long-term separation of 2.5 employees and two temporary intermittent employees on loan from medical.

Page 4 of 17

DRPD 1 00065

QUALITY MANAGEMENT

## Local Governing Body (LGB)

The Local Governing Body is responsible for oversight of health care services and is the ultimate authority for all health care matters. During the monitoring period, the LGB met on December 14, 2011, and again on March 14, 2012. Minutes reflect a quorum was achieved for both meetings. A systems overview of the Dental, Medical, and Mental Health Programs was completed, providing a high-level review of current status.

Refer to Tab B minutes and additional information.

## Quality Management Committee (QMC)

The primary goal of the QMC is to monitor the overall quality of health care. The QMC is chaired by the Chief Executive Officer. During the reporting period, the QMC met six times. A quorum was attained in 100% of these meetings.

## Mental Health Quality Management Subcommittee (MHQM)

The goals of the Mental Health Quality Management Subcommittee include oversight of mental health services, review program performance, and monitor, create and implement improvement efforts. The Chief of Mental Health, or designee, serves as the Chairperson. MHQM is scheduled to meet bimonthly. During the reporting period, the MHQM met 11 times. All programs were reviewed monthly during the reporting period. A quorum was attained in 100% of these meetings.

Refer to Tab B minutes and additional information.

DRPD 1 00066

**Peer Review**

Peer review activities during the monitoring period included the evaluation of clinical documentation by psychiatrists, psychologists, and social workers. Psychiatrists were also part of the Medication Administration Performance Improvement Project (MAPIP) audit. Internal and external peer review is in place for psychiatrists, psychologists and social workers.

With respect to external peer review, this committee was established as part of the ACA Accreditation Process. In coordination with VSPW, the external peer review committee began review of clinical activities on August 1, 2011.

The Quality Analytical Unit (QAU) serves to keep CCWF's peer review process current with the implementation of standardized statewide changes in peer review processes. As modifications in peer review, clinical review, and concordance procedures occur, the QAU will make needed adjustments to ensure that local practices are consistent with statewide practices.

For additional information, refer to Tab B.

**Quality Improvement Team (QIT) Activities**

Two Mental Health Quality Improvement teams were active during the reporting period. Two new QIT was chartered during this time and one QIT was resolved with final recommendations sent to the QMC. One QIT was resolved since the last management report.

QITs initiated:        Gender Identity Disorder LOP
                       Mass Hunger Strike LOP

QITs resolved:        Concordance UHR and MHTS.net

DRPD 1 00067

<u>MEDICATION MANAGEMENT, PSYCHOTROPIC MEDICATIONS</u>

On February 15, 2012, 851 or 82% of P/Is in the MHSDS were prescribed psychotropic medications. This section utilizes the MAPIP audit results to demonstrate proof of practice. It should be noted the MAPIP audit team consultants concluded that a sample of 20 UHRs would create a 95% confidence level and 5% margin of error. Their method utilized a binomial probability distribution to assess sample requirements. Nursing data presented below is reflects the MAPIP audit from October 2011 through March 2012. The psychiatry data is from the first quarter of 2012. Psychiatry data is compiled on a quarterly basis.

**Medication Continuity for New Arrivals (Inter-institutional CDCR Transfers)**

The MAPIP audit of 120 new P/Is' prescribed psychotropic medications revealed that 100% received these medications within 24 hours (See Tab C).

**Medication Continuity for Transfers (Intra-institutional Transfers)**

On March 15, 2011, custody personnel began tracking and auditing all intra-institutional transfers utilizing Form 5839. A recent audit of the 5839 forms for the period from 11/1/11-3/31/12 demonstrated that of the 197 inmates transferred with medications all arrived at their new yard with those medications. An Addendum to Policy and Procedure M-032 explained the intra-institutional transfer process (See Tab C). The MAPIP audit of this procedure revealed 100% (120/120) of transferring P/Is received their medications in a timely manner.

Upon review of thirty-two randomly-selected MHPB discharges, 100% of these P/Is received their psychotropic medications without interruption.

**Medication Continuity for Renewal of Orders/Bridge Orders**

Bridge orders for psychotropic medications are documented in the monthly Nursing Mental Health Report submitted to the MHQM. A review of these reports indicated that ten bridge orders were written during the reporting period. All other psychiatric prescriptions were provided in a timely manner.

**Lab Tests/Results for MHSDS Inmates**

Between January 1, 2012 and March 31, 2012, approximately 100 randomly-selected UHRs of P/Is receiving psychotropic medications were reviewed through the MAPIP audit. Laboratory results for specific classes of psychotropic medications were present 80% to 100% of the time depending on the class of medication, and 60% to 100% had laboratory tests reviewed/signed/dated by an MD. Seventy-eight percent of Abnormal Involuntary Movement Scale (AIMS) measures were completed within established timeframes.

DRPD 1 00068

**Direct Observation Therapy (DOT) Medication Administration**

As of March 31, 2012, 673 (88%) P/Is were prescribed psychotropic DOT medication. According to the MAPIP, a review of 44 randomly-selected P/Is revealed that DOT medication administration procedures were followed 98% of the time.

**HS Medications (After 2000 Hours)**

Two hundred and Fifty-one MHSDS P/Is were receiving HS medications at the end of the reporting period (4/2/12, MHTS). The MAPIP audit reviewed 54 randomly-selected P/Is and revealed that HS medications were administered after 2000 hours on every occasion.

**Medication Non-Compliance Policies and Procedures**

During the reporting period, an average of 6 Medication Non-compliance referrals were completed by psychiatrists weekly. A random selection of 20 UHRs during this time demonstrated the following:

- A review of 120 charts demonstrated that nursing personnel noted the non-compliance on the MAR and generated a non-compliance referral (128-C) 98% of the time (MAPIP);
- A review of 120 charts demonstrated that a psychiatrist evaluated the P/I within seven days of the referral 92% of the time (MAPIP).

**The Medication Administration Record (MAR)**

Of 120 audited UHRs, 98% contained the previous month's MARs (MAPIP). The review of MARs demonstrated that if a medication was missed 98% were documented appropriately on the MAR. Per the MAPIP protocol, any incomplete or illegible MAR is considered deficient.

**Timely Processing of Medication Orders**

To ensure timely processing, all psychiatry medication orders are noted by a Licensed Psychiatric Technician (LPT) assigned to the Mental Health Department. These orders are promptly noted and faxed to the pharmacy. The following day, an LPT verifies their appropriate processing in the Guardian program (Maxor Pharmacy). In the event that an order is not correctly processed, the LPT re-faxes the order. Psychiatric orders written late in the afternoon are placed in pre-designated folders and are processed the following day. Any urgent or emergent medication orders are immediately processed by TTA nursing staff seven days a week.

Of the 120 charts audited (MAPIP), 98% of medication changes and newly prescribed medications were received by the yard medication clinics.

DRPD 1 00069

**Informed Consent Forms**

For P/Is on psychiatric medications, a random sample of the current UHR contained up-to-date consent forms 86% (37/43) of the time (Psychiatry Peer Audit 1/1/12-3/31/12). Consent forms are to be completed on initiation of any new psychotropic medication and annually.

**Pill Lines**

Medications are typically distributed via Nurse Administered (NA) or DOT. A random audit of thirty eight pill lines revealed all pill lines were completed in less than two hours (MAPIP). All pill line waiting areas were shaded and sheltered. A follow up audit on 4/16/12 revealed the noon time Pill Line on A yard required 3.25 minutes to get an inmate her medications while in a three person line and B yard required 6.5 minutes to process an inmate in an eight inmate line.

**Hoarding/Cheeking Medications**

During the reporting period, there were no CDCR-115 Rules Violation Reports (RVRs) written explicitly for hoarding or cheeking medication (See Tab J).

**Parole Medications Process**

Currently, the Classification and Parole Representative notifies pharmacy of all paroling inmates at least two days in advance of release dates. The Pharmacy Department was not able to provide a report focused solely on the total number of P/Is who paroled with active prescriptions for psychiatric medications. A random-sample audit of 120 parolees found that 100% of existing orders were renewed for 30 days (MAPIP). Paroling inmates were required to sign a receipt for their parole medications. This audit also revealed that all parolees signed manifests acknowledging receipt of their prescribed medications.

DRPD 1 00070

MAINLINE CCCMS

During the reporting period, 269 P/Is entered the CCCMS mental health program. Eighty-eight percent received an initial PC contact and clinical intake assessment within ten working days. In addition, 91% of initial IDTTs were completed within 14 workings days (18 calendar days) of arrival or transfer into the program. 98% of PC-routine contact measures (contact at least every 90 days) and 97% of IDTT contact measures (annual IDTT) were completed within established timeframes. Clinical staff participation in the IDTTs included:

- PC, or designee, 100%
- Primary Psychiatrist (PP), or designee, 99%.

P/Is attended 523/599 or 87% of the time. Specific reasons for P/I non-attendance are unknown.

During the reporting period, 97% of P/Is received timely initial psychiatric appointments. Ninety-eighty percent of PSY-routine contact measures (i.e., contact at least every 90 days) were completed within defined timelines.

**Prerelease and Discharge Planning**

There is one clinician assigned to provide prerelease planning for the CCCMS population, in addition to her other duties. During the audit period, seventy-two pre-release-specific appointments were completed for CCCMS P/Is. These appointments were in addition to pre-release tasks completed by PCs during routine visits. During the audit period, one-thousand one-hundred and sixty-four inmates were release. The C&PR was unable to provide data specific to CCCMS inmates paroling.

DRPD 1 00071

MAINLINE ENHANCED OUTPATIENT PROGRAM (EOP)

During the reporting period, 98% of all new EOP admits were assessed and presented to the IDTT within 14 days of placement, at which point their initial treatment plan was completed and signed by the IDTT attendees. More than 98% of PC-routine contact measures (i.e., weekly contact) and 98% of IDTT Contact measures (i.e., IDTT at least quarterly) completed were within defined timelines. Data reflected consistent clinical staff participation in IDTTs:

- PC, or designee, 100%
- PP, or designee, 100%.

Ninety-five percent of initial psychiatric appointments were completed within established timeframes. Ninety-seven percent of PSY-routine contact measures (i.e., contact at least every 90 days) were completed within defined timelines.

Clinical groups and recreation therapy services were consistently provided to EOP P/Is, with no significant schedule interruptions. Group topics included: AA, Addiction, AM Exercise, Anger Management, Art Therapy, Beginner Yoga, Coping Skills, Creative Healing, Current Events, Dealing with Anxiety, Dealing with Depression, Easy Listening, EOP Orientation, EOP Unit Library, Gardening, Healthy Living, Karaoke, Life Skills, Logic and Reasoning, Low Impact Aerobics, Main Yard Library, Meditation, Movie and Discussion, New Perspectives, Pre-Release, Problem Solving, Seeking Safety, Self-Esteem, Start Now, Table Games, Thinking Errors, Therapeutic Community Meeting, Wellness and Nutrition, Wind Down, and Yard Prep. On average, P/Is were offered 19.8 hours of structured therapeutic activity per week (a decrement in group hours offered was observed in Dec/Jan due to AB109 staffing realignment, this has been rectified). No P/Is were identified as requiring a modified treatment plan.

**Prerelease and Discharge Planning**

Forty-six pre-release-specific appointments were completed for EOP P/Is. Thirty-five EOP P/Is were scheduled to parole during the reporting period. Of these, all received parole planning.

DEPARTMENT OF MENTAL HEALTH (DMH) REFERRALS

From October 1, 2011, to March 31, 2012, 95 P/Is met one or more of the considerations for a higher LOC. Of the identified P/Is, 11% were referred to DMH and 89% were not referred. On a monthly basis, twenty-five P/Is listed on the DMH non-referral log were audited. In the event twenty-five P/Is were not identified in a given month, all P/Is were audited. Of those audited, 94% had a reason for non-referral documented on the 7388B, and 77% had documented interventions to improve the P/I's level of functioning. Due to realignment the complete EOP team was replaced by new clinicians, psychiatrist and senior psychologist. All clinicians were trained on the EOP program guide. The department continues to provide training on the new DMH referral and non-referral process.

DRPD 1 00072

Ten referrals to DMH ICF were completed during the reporting period. All required referral documents are uploaded by the DMH Coordinator to SharePoint for UM review. Upon completion of this preliminary review, DMH is contacted by UM HQ. One hundred percent of ICF referrals were completed within five working days and posted on SharePoint. Zero percent of ICF referrals were rejected by DMH. No referrals were rescinded.

Seventeen P/Is returned to the institution from DMH. DMH discharge summaries were uploaded to SharePoint 100% of the time. Subsequently, a DMH representative contacted CIW and CCWF personnel of the pending discharge. It should be noted that upon discharge from DMH, P/Is were first transferred to CIW before returning to CCWF. The P/I undergoes a psychological contact and return protocol at CIW (e.g., Five-Day Follow-Up). CIW staff contact the DMH coordinator regarding the patient. The percentage of clinician-to-clinician contacts taking place within five working days of the P/I's return to the institution was unknown as P/Is were initially transferred to CIW. All P/I's are seen by mental health clinical staff within 24 hours of arrival at CCWF. Upon arrival, the DMH Coordinator provides the discharge summary to the P/I's new treatment team.

## MENTAL HEALTH PROGRAM BEDS (MHPB)

The institution has a 12-bed Mental Health Program Beds (MHPB) unit. As previously indicated, this program is defined as a Specialty Program within a SNF and governed by Title 22 regulations. P/Is are received from internal referrals as well as from other institutions. During the reporting period, 60 referrals were received from within the institution and 12 referrals were received from other institutions.

The total number of admissions to the MHPB unit was 72. The average length of stay (LOS) was 12 days. The range was from 1 to 62 days. The number of P/Is with a LOS of ten days or longer was 32. Reasons included: 28% referred to DMH, 69% clinically indicated due to continued acute psychosis or continued suicidal ideation, and 3% clozapine treatment initiation. Therefore, the percent retained for clinical reasons was 100. When P/Is on the DMH waiting list were removed from the calculation, the average LOS in the MHPB was 8.73 days.

Of those P/Is admitted during regular working hours, 100% were administered a pre-admission screening. Eighty two percent of initial IDTTs were completed within 72 hours of admission. P/Is were offered at least weekly IDTTs 92% of the time. Data reflected consistent staff participation in IDTTs:

- PC, or designee, 100%
- PP, or designee, 100%
- CCI 100%
- Nursing staff 100%.

Daily contacts by a licensed psychologist or psychiatrist occurred 90% of the time. Of those P/Is that were admitted due to suicidal threats or behavior, 100% were administered a Suicide Risk Evaluation (SRE) at the time of placement and 96% received a SRE upon release from the

DRPD 1 00073

MHPB. All P/Is irrespective of the reason for admission received a five-day follow-up after their release from the MHPB.

<u>ALTERNATIVE HOUSING</u>

Not applicable.

<u>ADMINISTRATIVE SEGREGATION UNIT (ASU)</u>

During the reporting period, 180 inmates were placed in ASU and the average daily census was 46.8. Note that this amount does not represent 180 different individuals; rather, it includes multiple placements by several inmates. Upon arrival, inmate levels of care were: 77 CCCMS, 21 EOP, and 82 GP. Over ninety-nine percent of inmates received a nursing Pre-Placement screening (CDCR 128-MH7) prior to placement in ASU. All inmates were reviewed for current MHSDS status within one working day following their placement in ASU. Ninety-eight percent (113/115) of GP inmates placed in ASU during the reporting period received a mental health screening (31-item questionnaire) within 72 hours of placement. Custody documented 30-minute welfare checks during the reporting period 100% of the time.

**ASU CCCMS**

During the reporting period, 107 P/Is entered the ASU CCCMS program, 27 of whom stayed less than seven days and 18 of whom stayed 7 to 14 days before release from ASU. Twenty-three P/Is were in ASU longer than 90 days, and seven stayed in ASU over 180 days. Contact Interval reports indicated that 96% of P/Is were assessed by a clinician within one week. Seventy-three percent of initial IDTTs were completed within 14 calendar days and 87% received a subsequent IDTT within timeframes. Data reflected consistent staff participation in IDTTs:

- PC, or designee, 100%
- PP, or designee, 100%
- CCI 93%.

Eighty-seven percent of IDTTs were attended by P/Is. Typically, P/I non-attendance at IDTT was due to her refusal or a conflicting medical appointment.

Approximately 83% of PC contacts and 99% of PSY contacts were completed in a confidential setting (about 17% cell-front). The primary reason for cell-front appointments was P/I refusal to leave the cell.

One hundred percent of P/Is prescribed psychotropic medications were seen by a psychiatrist at least every 90 days. Daily LPT rounds for MHSDS P/Is were documented on the CDCR Form 7230-MH 91% of the time. Daily ASU morning meetings between custody and clinical staff were documented 100% of the time.

DRPD 1 00074

## ASU EOP (Hub)

EOP P/Is are transferred to VSPW typically within 30 days of ASU placement. Reasons for transfer delays include: pending adjudication of an RVR, Out-to-Court (OTC) status, MHPB admission, or pending Keyhea certification. If a P/I's LOC is changed to EOP after ASU placement, she will be transferred to VSPW within 30 days of this designation. During the reporting period, 17 different P/Is were EOP level of care. They received clinical visits equivalent to EOP level of care. The average length of stay in ASU was 36.7 days. Nine P/Is were transferred to VSPW.

## ASU Non-MHSDS

During the reporting period, 82 GP inmates were placed in ASU. Of those, 100% received a CDCR 128-MH7 screening by trained nursing staff prior to placement in ASU. Custody documented 30-minute welfare checks 100% of the time. Nursing documented daily LPT rounds 100% of the time in the ASU log.

### SUICIDE PREVENTION

CCWF maintains an active Suicide Prevention and Response Focused Improvement Team (SPR-FIT). See Tab I, Section 1 to review SPR-FIT meeting minutes.

### Completed Suicides

During the reporting period, there were no successful inmate suicides in the institution.

The last successful inmate suicide at CCWF was January 14, 2010.

### Attempted Suicides during the Reporting Period

Four suicide attempts occurred during the reporting period. Three attempts were made by attempting to overdose and one by laceration. One P/I required outside hospitalization and all were referred/admitted to MHPB for acute mental health care services.

Provision of a five-day follow-up upon discharge from MHPB occurred 100% of the time. Custody wellness checks were completed 100% of the time as required.

Six SPR-FIT monthly meetings were required during the reporting period and all were documented to have occurred and a quorum was achieved. The Suicide Prevention Coordinator facilitates the monthly SPR-FIT. During the reporting period, the agendas included: review of P/I demographic and clinical data related to MHPB admissions, case-by-case reviews of self-injury, ongoing review of 128-MH7 screenings for ASU in which 99% were completed and a review of medication-related 115s.

DRPD 1 00075

Ongoing suicide prevention training consisted of monthly suicide videoconferences, general meetings focused on five-day procedures emerging from the QIT, morning meetings reviewing cases involving self-injury, and Suicide Prevention training conducted during Block Training and New Employee Orientation.

The Emergency Medical Response Review Committee (EMRRC) remained operational throughout the reporting period. In addition to other medical-case reviews, this committee discussed all incidents of serious self-injury. Such cases typically result in transfer to a community-based hospital and/or MHPB admission.

**Inmate Profile Procedure**

Historical data related to a P/I's self-injurious behavior is readily available through MHTS.net. PCs and LPTs assigned to ASU have access to MHTS.net and can research this information as necessary. Registered Nurses assigned to inter-institutional transfers also have access to MHTS.net. Inmate Profiles from MHTS.net are generated prior to inmates' transfers to other institutions. Mental health clerical staff can also produce these documents and route them for inclusion in the Transfer Packet.

RVR PROTOCOLS

Data from the institution's 115 Tracking System show that 902 RVRs were given during the reporting period: 483 GP inmates, 382 (42%) CCCMS, 36 (4%) EOP, 1 (<1%) MHPB. A total of 173 115-MH evaluations were completed during this period. For additional information, refer to Tab J.

USE OF FORCE

Data tables were created showing all Use of Force and Non-Use of Force incidents during the reporting period. These tables can be found in Tab K. Of the 81 Use of Force Incidents, 58 (72%) involved MHSDS P/Is. Approximately 27 (69%) of the 39 Non-Use of Force Incidents occurred with MHSDS P/Is.

RECEPTION CENTER

Initial Health Screenings were conducted on 100% of incoming inmates by nursing staff within 24 hours of arrival. P/Is arriving in the RC with prescriptions for psychotropic medications were written a 14-day continuation order which was observed during the intake process. Initial Mental Health screenings were completed with 87% of incoming inmates within seven days of arrival. Those inmates that answer positively to specific clusters of questions, present with mental health symptoms, and/or were previously in the MHSDS are referred for a mental health intake evaluation (CDCR Form7386). These mental health evaluations were completed within 18 calendar days of the inmate's arrival 100% of the time. Initial mental health screenings were

DRPD 1 00076

completed in a confidential setting 100% of the time. Comprehensive mental health evaluations were conducted in a confidential setting 100% of the time.

Issues related to untimely assessments in this area included staff layoffs and reassignments. Since the reassignments, the timeframes are returning to the high levels (95-100%) observed prior to AB109 realignment.

## RC CCCMS

RC inmates classified as General Population and CCCMS are housed in Buildings 501, 502, and 503. The RC CCCMS P/I population comprised about 15% of the entire MHSDS population. Valid average and range LOS data were not available for this reporting period. The census on March 31, 2012, reported 10 GP/CCCMS inmates (6% of the census reported on 3/31/12 for the CCCMS RC population) had a current LOS in excess of 90 days according to correctional counselor personnel. The primary reasons for these LOS were pending adjudication of an RVR(s)/ASU placement and inmates on OTC status.

Ninety-six percent of P/Is had initial Primary Clinician contacts within 30 days of placement in CCCMS. Ninety-eight percent of PC-routine contact measures (contact at least every 90 days) were completed within established timelines. All PSY-routine contact measures (psychiatry contact at least every 90 days) were also within defined parameters.

All RC mental health appointments were completed in a confidential setting.

## RC EOP

This population is housed in Building 504 and comprises less than one percent of the P/Is in the MHSDS. RC EOP inmates are immediately transferred to this unit and receive identical services rendered to ML EOP P/Is. Data specific to RC EOP P/Is are not collected; rather, these data are incorporated in the ML EOP section.

DRPD 1 00077

MENTAL HEALTH REFERRALS

- Emergent: Immediately (four hours)
- Urgent: Within 24 hours
- Routine: Within five working days

During the reporting period 1,560 referrals were received: 51 emergent (3%), 109 urgent (7%), and 1,400 routine (90%). Ninety-six percent of emergent referrals were completed within four hours, 91% of urgent referrals were completed within 24 hours, and 97% of routine referrals were completed within five working days (See Tab P).

MHTS-UHR AGREEMENT AUDIT

The MHTS-UHR Agreement review process has been fully functional at CCWF to date. CCWF utilizes the statewide-standardized agreement methodology. QAU's Quality Improvement Auditor performs this audit on a monthly basis. The agreement between MHTS and the UHR has ranged from 90% to 93% during the reporting period. Although a QIT meets intermittently to look at outliers to suggest management interventions for ongoing quality improvement purposes, there were no CAPs established. Management interventions focus on working with clinical and clerical staff on a case-by-case basis as training issues present, based on lessons learned. For additional information, refer to Tab B.

DRPD 1 00078

# Exhibit 27

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


RALPH COLEMAN, ET AL.,                )
                                      )
                    Plaintiffs,       )
                                      )CASE NO.:
          vs.                         )S 90-0520 LKK-JFM
                                      )
EDMUND G. BROWN, JR., ET AL.,         )
                                      )
                    Defendants.       )
                                      )


DEPOSITION OF

JACQUELINE MOORE, RN, PH.D.

THURSDAY, FEBRUARY 21, 2013,  8:50 A.M.

SAN FRANCISCO, CALIFORNIA


REPORTED BY:  MEGAN F. ALVAREZ, RPR, CSR NO. 12470

THORSNES LITIGATION SERVICES, LLC

Jacqueline Moore, R.N., Ph.D.                              February 21, 2013

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF CALIFORNIA

 3

 4    RALPH COLEMAN, ET AL.,                )
                                            )
 5                        Plaintiffs,       )
                                            )CASE NO.:
 6              vs.                         )S 90-0520 LKK-JFM
                                            )
 7    EDMUND G. BROWN, JR., ET AL.,         )
                                            )
 8                        Defendants.       )
                                            )

 9

10

11

12

13

14            The Deposition of JACQUELINE MOORE, RN, PH.D.,

15    taken on behalf of the Plaintiffs, before Megan F.

16    Alvarez, Certified Shorthand Reporter No. 12470,

17    Registered Professional Reporter, for the State of

18    California, commencing at 8:50 a.m., Thursday,

19    February 21, 2013, at the Rosen, Bien, Galvan &

20    Grunfeld, LLP, 315 Montgomery Street, 10th Floor, San

21    Francisco, California.

22

23

24

25
```

Jacqueline Moore, R.N., Ph.D.                                    February 21, 2013

```
 1    APPEARANCES OF COUNSEL:

 2    FOR PLAINTIFFS:

 3            BY:  AARON J. FISCHER, ESQ.
              ROSEN, BIEN, GALVAN & GRUNFELD, LLP
 4            315 MONTGOMERY STREET, 10TH FLOOR
              SAN FRANCISCO, CALIFORNIA 94104
 5            415.433.6850
              415.433.7104 FAX
 6            AFISCHER@RBGG.COM

 7
      FOR DEFENDANTS:
 8
              BY:  DEBBIE J. VOROUS, ESQ.
 9            OFFICE OF THE ATTORNEY GENERAL
              STATE OF CALIFORNIA
10            1300 I STREET
              SACRAMENTO, CALIFORNIA 95814
11            916.324.5345
              916.324.5205 FAX
12            DEBBIE.VOROUS@DOJ.CA.GOV

13

14

15

16

17

18

19

20

21

22

23

24

25
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jacqueline Moore, R.N., Ph.D.                    February 21, 2013

```
 1    discharge planning at the institution?
 2              MS. VOROUS:  Objection.  Misstates her
 3    testimony.
 4              THE WITNESS:  Yes.
 5    BY MR. FISCHER:
 6         Q.  Okay.  And one last thing on CIM I wanted ask
 7    you about in your notes on the final page, 102633.
 8              Most of the way down next to No. 5, it says:
 9    "Nurse UNFAM, SE, psy meds."
10              What does that note refer to?
11         A.  Nurses were unfamiliar with the side effects
12    of psychiatric meds.
13         Q.  I imagine that's on your radar because you're
14    a nurse?
15         A.  I asked them.
16         Q.  Why did you ask this question?
17         A.  I asked all the institutions.  That was one of
18    the criteria on my audit tool.
19         Q.  And here -- SE is side effects?
20         A.  Side effects.
21         Q.  And is this particular CIM of concern to you
22    in your analysis?
23         A.  Yes.
24         Q.  Why is that?
25         A.  Because it's a common practice that nurses
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jacqueline Moore, R.N., Ph.D.                    February 21, 2013

```
 1    know the side effects of the medication that they're
 2    giving because very often you are the one that might
 3    observe lithium toxicity in an inmate.
 4         Q.    So it's important to be aware of the side
 5    effects of the psych medications in order to ensure the
 6    safety and well-being of those patients?
 7         A.    Yes, sir.
 8         Q.    Did you observe this problem at any other
 9    institutions?  Do you remember?
10         A.    Yes.
11         Q.    Do you remember which institutions?
12         A.    All of them except San Quentin.
13         Q.    San Quentin?
14         A.    Knew the side effects.
15         Q.    They were good?
16         A.    They were good.
17         Q.    Did you raise this with -- at the exit
18    interviews?
19         A.    Each and every time.
20         Q.    Did this make it into your report?
21               Direct you to page 26 of your report,
22    Exhibit 4.
23               Tell me if I'm looking at the right -- bottom,
24    "Nursing Medication Management."  Just a short section.
25               Is that an issue you think could have been put
```

Jacqueline Moore, R.N., Ph.D.                              February 21, 2013

1           CERTIFICATE OF REPORTER

2

3           I, MEGAN F. ALVAREZ, a Certified Shorthand

4    Reporter, hereby certify that the witness in the

5    foregoing deposition was by me duly sworn to tell the

6    truth, the whole truth and nothing but the truth in the

7    within-entitled cause;

8           That said deposition was taken down in

9    shorthand by me, a disinterested person, at the time and

10   place therein stated, and that the testimony of the said

11   witness was thereafter reduced to typewriting, by

12   computer, under my direction and supervision;

13          I further certify that I am not of counsel or

14   attorney for either or any of the parties to the said

15   deposition, nor in any way interested in the events of

16   this cause, and that I am not related to any of the

17   parties hereto.

18

19

20                          DATED: February 25, 2013

21

22                          _____

23                          MEGAN F. ALVAREZ

24                          RPR, CSR 12470

25

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

# Exhibit 28

Case 2:90-cv-00520-KJM-SCR    Document 4399-2    Filed 03/15/13    Page 49 of 290

# RE: F/U question to your consulation to CDCR

**Canning, Robert@CDCR** (Robert.Canning@cdcr.ca.gov)
Sent: Thu 7/05/12 7:34 PM
To: Lindsay Hayes (lhayesta@msn.com)

I haven't forgotten – just swamped. Hope you had a good Fourth.

| | | |
|---|---|---|
| Robert D. Canning, Ph.D. | Desk: | (916) 691-0276 |
| Senior Psychologist Specialist | Cell: | (530) 400-8965 |
| Statewide Mental Health Program | Fax: | (916) 691-0534 |

mail:

*CONFIDENTIALITY NOTICE: This communication and contents may have sensitive,*

*confidential and/or legally privileged information. Any unauthorized disclosure, distribution*

*or action in reliance on the contents of this communication is strictly prohibited and may be*

*unlawful. If you are not the intended recipient, please contact the sender and destroy all*

*events of this communication. For IT issues contact our Solutions Center at 1-888-735-3470*

 

**From:** Lindsay Hayes [mailto:lhayesta@msn.com]
**Sent:** Sunday, June 24, 2012 5:05 PM
**To:** Canning, Robert@CDCR
**Subject:** RE: F/U question to your consulation to CDCR

Robert:

I haven't heard back from you. Did by diatribe completely piss you off? I hope not, it was only friendly fire.

Lindsay M. Hayes, Project Director
National Center on Institutions and Alternatives
40 Lantern Lane Mansfield, MA 02048
(508)337-8806
www.ncianet.org/services/suicide-prevention-in-custody/


From: lhayesta@msn.com
To: robert.canning@cdcr.ca.gov; kathleen.o'meara@cdcr.ca.gov
Subject: RE: F/U question to your consulation to CDCR
Date: Tue, 19 Jun 2012 12:08:02 -0400

Robert:

Do I have any thoughts? This has become a very frustrating subject for me. I agreed to be a CDCR
consultant only after Sharon Aungst (as well as the plaintiff attorneys) convinced me that my services
could be more beneficial to CDCR then to the plaintiff and special master. In my opinion, the report I
wrote was intended to serve as a rough blueprint on how the agency could work its way out of the
suicide prevention provisions of *Coleman*. I believe the "end-product" was helpful to that end. From the
manner in which the report was received, however, it now appears obvious to me that Sharon agreed to
hire me only in an effort to support her suicide prevention philosophy, including expanded use of the
OHU and administrative segregation units. If my end product did not mirror this philosophy, then it
would be buried as it was.


In my report, I clearly made the argument that OHUs might be appropriate for inmates at risk of suicide
that did not require MHCB level of care. However, as I hope you and Kathy would agree, the three
OHUs that we visited at Mule Creek, Sac., and DVI were grossly inadequate and did not exemplify out-
patient mental health housing units. My report strongly recommended that the agency upgrade OHUs
and then present them as a viable option for suicidal inmates to both the plaintiff and special master.


I also believe that the threshold for placement on suicide observation status at CDCR is much too high
and requires either *high risk* of self-injurious behavior and/or being in *immediate* danger of self-injurious
behavior. You know much better than I whether clinical staff are literally interpreting levels of
observation based upon the specific definitions of "suicide precaution" and "suicide watch," but it
appears that these definitions are excluding other concerning suicidal behavior (e.g, moderate risk). I
also believe that some of these inmates are the ones that Ray Patterson ultimately speaks to as
"preventable suicides," a term of his that we have collectively been concerned about. I believe that
lowering the threshold and redefining the behavior that necessitates the observation levels would
ultimately result in more inmates on suicide precaution status, and thus necessitating increased use of
OHUs for these inmates. This could strengthen the agency's argument to the plaintiff and special master
that OHUs were necessary and viable. But, they needed to be upgraded.

Ironically, CDCR agreed to give the special master and plaintiff counsel a sanitized version of my report that only contained the section on the OHUs. CDCR also agreed to allow Jeff Metzner to speak with me about it. Jeff and I spoke last week. He was in overall agreement with my findings and recommendations, although we slightly disagreed in the comparison I made between California and New York State (where we both consulted together). From our conversation, it appears that the special master might be willing to revisit the issue of utilizing OHUs for certain suicidal inmates that did not require MHCB level of care. Jeff said the OHU argument had never been presented that way before.

It would appear that this issue could be discussed during another suicide prevention summit, but I, of course, have not been invited to any such meetings as a CDCR consultant. Having written my three-year contract, you know as well as I that my consultation could have extended beyond the lone on-site visit and report, but it has stopped dead in the water. Thus, the main source of my frustration with the agency. Thanks for allowing me to vent.

Lindsay M. Hayes, Project Director
National Center on Institutions and Alternatives
40 Lantern Lane Mansfield, MA 02048
(508)337-8806
www.ncianet.org/services/suicide-prevention-in-custody/

From: Robert.Canning@cdcr.ca.gov
To: lhayesta@msn.com
Date: Mon, 18 Jun 2012 12:53:36 -0700
Subject: F/U question to your consulation to CDCR

So, since I've got your attention, let me ask you how, the next time we hire you (or someone else for a similar task) we could improve. Obviously when your report landed it was not roundly applauded and in fact was buried. Part of the problem could have been our ability to frame the consultation in a way that would have made the end-product more helpful. For instance, was the scope of work we outlined concrete enough for you to produce a useable product, or was it too vague? Of course there is always the situation that by the time you delivered the situation on the ground had deteriorated and circumstances had changed. Any thoughts you might have about this?

Thanks.

Robert D. Canning, Ph.D.                    Desk:    **(916) 691-0276**

| Senior Psychologist Specialist | Cell: | **(530) 400-8965** |
| Statewide Mental Health Program | Fax: | **(916) 691-0534** |

mail:

*CONFIDENTIALITY NOTICE: This communication and contents may have sensitive*

*confidential and/or legally privileged information. Any unauthorized disclosure, distribution*

*or action in reliance on the contents of this communication is strictlyprohibited and may be*

*unlawful. If you are not the intended recipient, please contact the sender and destroy all*

*events of this communication. For IT issues contact our Solutions Center at 1-888-735-3470*

# Exhibit 29

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

# Mental Health Service Delivery System Study

## FINAL REPORT

**February 16, 1993**

**The Western Consortium for Public Health**
**In association with**
**Scarlett Carp and Associates, Inc.**

**EXECUTIVE SUMMARY**

## CALIFORNIA DEPARTMENT OF CORRECTIONS
## Mental Health Service Delivery System Study

### EXECUTIVE SUMMARY

In 1991, the California Department of Corrections (CDC) commissioned the Western Consortium for Public Health, in association with Scarlett Carp and Associates, Inc., to develop a service delivery and facilities plan for the treatment of seriously mentally disordered inmates.

The study was designed to provide information to enable the CDC to fulfill its mission of protecting the public and meeting basic inmate needs (including the need for mental health care and, where appropriate, specialized treatment). Furthermore, the CDC believes the provision of treatment for mentally ill inmates and parolees reduces the likelihood that these individuals will continue to pose a threat to the public.

Problems presented by severe mental disorders create some urgency within the prison environment. The behaviors symptomatic of such disorders can be profoundly disruptive and stressful to other inmates and, particularly, to staff who are not trained to handle them. Afflicted inmates should be legitimately able to expect help from qualified staff in the reduction of the severe distress that accompanies mental illness; moreover, access to treatment has been formally established by the courts as a right of these offenders. While this study was not initiated in response to any particular litigation, the mental health service delivery system proposed herein was developed with the goal that it be constitutionally adequate.

As the prison population of California grows, the number of inmates who are seriously mentally disordered also increases. The CDC inmate population grew from 101,995 inmates in 1991 (when this study began) to over 109,000 by December 1992. The projected inmate population for 1998 is expected to be 140,939. The number of commitments of mentally ill offenders to the CDC system may also be influenced by current and future cut-backs in community mental health resources.

### Scope of the Study

The primary objective of this study is to produce information to enable the CDC to plan, obtain approval for, and implement a full mix of inpatient and outpatient mental health services to meet the needs of its inmate population through Fiscal Year (FY) 1996-97. The primary result of this study is a mental health service delivery system plan for use by the CDC. This plan is to detail the level and cost of resources required to implement the proposed mental health delivery system, including professional and support staffing, and construction/renovation requirements. It includes:

1.    Evaluation of the adequacy, efficiency, and cost effectiveness of existing mental health services operated by CDC and by the Department of Mental Health (DMH) for CDC inmates. This evaluation is based on interviews, site visits, and analyses of existing data; it does not entail data collection or formal program reviews.

---

These services include psychotropic medication, various types of individual and group psychotherapy, and case management (advocacy, information, support, advice, etc.) In addition, certain inmates require services that deal with specific characteristics of their prison experience, mental illness, or life experience.

Inmates housed in Security Housing Units (SHUs) for long periods of time bear special mention. No dilemma in prison is more difficult than the management of the mentally ill inmate who, out of anger (and not because of mental illness), assaults staff or other inmates. Good correctional management requires that there be clear and public consequences for such acts. The lack of such consequences can gravely affect staff and inmate morale, in addition to threatening the safety of the prison. It may also be counter-therapeutic to convey to inmates that being mentally ill excuses violence, rule infractions, and subsequent disciplinary actions. On the other hand, some mentally ill inmates find segregation so unpleasant and anxiety provoking that they go to extreme lengths to force the system to move them out of segregation. Further, segregation may severely exacerbate pre-existing mental illness. While there is no easy answer to this dilemma, at the very least on-site regular mental health coverage must be provided to such units for ongoing assessment and support for inmates who legitimately have trouble tolerating segregation.

**Pre-Release/Transition Services.** This component of service focuses on preparing the seriously mentally ill inmate for parole to the community. Its objective is to maximize the individual's potential for successful linkage and transition to the parolee outpatient clinic or, if required, to inpatient services in the community. Pre-release/transition services include assessment, determination of the type of living situation required in the community, life skills training, medication management, and transition planning with the parole outpatient clinician from the region where the inmate will be paroled. This service will occur at all levels of care.

**Parolee Clinic Services.** Parolee clinic services provide short-term and limited sustained mental health interventions to parolees experiencing acute or chronic psychiatric problems. The outpatient clinician develops the inmate's transition plan with mental health staff in the institution, provides outpatient mental health care, and facilitates the parolee's linkage to community outpatient and, when needed, inpatient mental health care.

**Management Consultation and Staff Training.** Mental health staff may provide consultation to the prison management team about particularly stressful practices that exacerbate mental disturbance as well as about changes in prison routine that could improve morale or reduce stress for both staff and inmates. Mental health staff should actively participate in pre-service and in-service training of correctional officers and program staff regarding early recognition of the signs and symptoms of mental illness and suicide; the nature and effects of various psychotropic medications; the mental health services available at the prison; and when and how to make referrals to those services.

Although the above services are presented as a continuum of care, it should not be construed that a mentally ill inmate will necessarily need sequentially to access all components. For example, an inmate could be transferred directly from outpatient to residential care, or from a crisis bed to outpatient status. Each component of care should be accessed according to the assessed needs of the individual. The only exception is a transfer to inpatient hospital care. In

interventions, as identified here, is in place, inpatient hospital care can be limited and of generally short (approximately 45 to 60 days) duration. It is recognized that a small percentage may require longer periods of hospitalization.

Treatment modalities associated with this component of care include:

| | |
|---|---|
| Assessment & Diagnosis | Triage & Referral |
| Forced Medication | Medication Monitoring |
| Medical Evaluation | Activities Therapy - Recreation/Occupation |
| Psychotherapy | Physical Restraint/Management of Physical |
| 24 Hour Nursing Care | Violence |
| Community/Group Meetings | Discharge Planning |

**Residential Care.** Residential care is a sheltered living environment within the prison where seriously mentally disordered inmates will receive a full day of therapeutic programming. While there, those who are able will be mainstreamed into general population programs and activities appropriate to their custody requirements. Providing this level of care within the prison environment is cost-effective. Inmates with severe mental illness often have difficulty with the stresses of prison and are especially vulnerable to victimization while in the general population. Creating a psychologically (and perhaps physically) safer environment can reduce psychiatric distress and crisis, disciplinary violations, and suicide attempts. As a consequence, more expensive hospital transfers for seriously mentally ill inmates will be minimized.

Three different kinds of inmates may find their way into such a program. First, there is the "halfway in" inmate, who is responding reasonably well to a prescribed treatment regimen and for a time may need to be removed from the stresses of general population. With residential care he or she may avoid inpatient commitment. Second, is the "halfway out" inmate who, after an inpatient hospital stay, will use this option as a "decompression chamber" prior to returning to general population/housing according to their custody needs. For these two groups, the program will be transitional and should have a widely varied length of stay, often more than six months. Finally, there is the "chronic" patient, whose placement in this program essentially will be the best he or she is ever likely to experience. It is important to try moving inmates who might potentially fall into this "chronic" category into less intensive treatment settings several times prior to "giving up" on their chances of ever leaving the residential program.

Cognitive behavior therapies may be the treatment of choice aimed at understanding mental illness, how to manage it, and how to cope with the stresses of the prison environment more effectively. Inmates become members of a therapeutic community where they are encouraged to participate in as many therapeutic activities as are deemed appropriate by staff. Some will participate in general population work and education programs during the day. Inmates in this program should be involved in a full day of programming to discourage malingerers; that is, inmates who feign mental illness in order to "kick back".

Treatment modalities associated with this component of care include:

| | |
|---|---|
| Comprehensive Evaluation | Medical Services Liaison |
| Therapeutic Milieu | Psychoeducational Modules/Skill Training |
| Community Meetings | Activities Therapy - Recreation/Occupation |

# Exhibit 30

STATE OF CALIFORNIA – DEPARTMENT OF STATE HOSPITALS                                              EDMUND G. BROWN JR., GOVERNOR

**SALINAS VALLEY**
31625 Highway 101 – P.O. Box 1080
Soledad, CA  93960



Wednesday, January 23, 2013

**Name**      Charles DaSilva,
              Executive Director, Salinas Valley Psychiatric Program
**Address**   31625 Highway 101,
              Soledad, CA 93960

Executive Director DaSilva,

As staff psychiatrists, we are writing you collectively to express our serious
concern about the level of staffing at SVPP. At the end of January, we will
have lost our 3rd psychiatrist in the past (6) weeks.

This will leave us only (7) full-time psychiatrists, including a senior, plus 1 part-time
psychiatrist, covering (6) Units that average about 60 beds each. Other disciplines
such as social work, psychology, and rehab therapy have 15 to 16 staff covering the
same number of patients. The SVPP census issued today shows that there are 351
patients in the program. Across the (6) Units we have also been averaging about (2)
to (3) admissions and discharges per Unit per week.

The DSH standard for Stockton and elsewhere is a (15) patient caseload for a
team that does admissions, with about (2) admissions per week. When
administration visited our facility recently to present the Stockton program, we were
told that a 15 patient caseload would also be the standard at SVPP as well as
Stockton. At present we have been averaging a caseload of about (40) with (2)
admissions per week, and all psychiatrists are taking admissions. Some psychiatrists
are already covering (60) patients daily, (4) times the accepted standard. We find a
caseload of (40) to be unsafe, and a caseload of (60) is even more perilous.

As psychiatrists, we are united in our belief that the level of staffing
currently present is not safe or appropriate for an ICF level of patient
care. We believe that it potentially creates an unsafe situation for
both staff and patients. When patient safety is at stake, we cannot in good
conscience continue to take on a higher and higher caseload without making
you aware of our concerns. In November, 2012 SVPP had its first completed
suicide. Current staffing levels will create an unacceptable level of risk as far as
patient safety.

We will continue to do our best for every patient, under every

> **John Brim**
> March 1, 2013
> **Exhibit No.  1**
> Megan F. Alvarez
> RPR, CSR No. 12470

circumstance. *But we need to inform you that we will be working in a state of protest regarding our caseload and the rate of admissions.* We are also extremely concerned about further attrition of psychiatrists, which seems very likely considering the present workload and conditions.

We understand that since SVPP is being downsized that it may be difficult to attract new psychiatrists. However, in the past, staff from other facilities have been brought in on a temporary basis. This would be a tremendous help. We also believe the situation could be made significantly better through a reduction in admissions as we scale back and prepare to close C and D yards.

Thank you for listening to our concerns.

Sincerely,

Joel Badeaux, MD

John Brim, MD

Gayle Gaines, MD

Minhas Kapadia, MD

Muhammad Saleem, MD

Mary Stoller, MD

Ariel Troncoso, MD

Lei Wei, DO

Indu Aramandia, MD

Position  Staff and Senior Psychiatrists
Division  DSH SVPP

cc:    Katherine Warburton, DO, Chief Psychiatrist, DSH
       Nereyda Rivera, UAPD

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                          EDMUND G. BROWN JR., GOVERNOR

**SALINAS VALLEY**
31625 Highway 101 — P.O. Box 1080
Soledad, CA 93960



Tuesday, February 12, 2013

**Name**     Charles DaSilva,
             Executive Director, Salinas Valley Psychiatric Program
**Address**  31625 Highway 101,
             Soledad, CA 93960

Dear Executive Director DaSilva,

This letter will confirm our verbal communication to you during the psychiatry meeting today. We alerted you to the severe psychiatry staffing shortage in our letter of three weeks ago. Now, as you know, our psychiatry staffing shortage has devolved from serious to crisis level. With three more psychiatrists leaving in the near future we must take urgent action. After extensive discussion and consideration, the psychiatry staff at SVPP have unanimously determined that we cannot safely manage more than 40 patients per psychiatrist. We will not abandon additional patients beyond this limit, but can provide only emergency psychiatry services for such additional patients.

Thank you.

Sincerely,

Joel Badeaux, MD                    Ariel Troncoso, MD

John Brim, MD                       Lei Wei, DO

Minhas Kapadia, MD                  Indu Aramandla, MD

Muhammad Saleem, MD                 Mary Stoller, MD

cc:   Katherine Warburton, DO, Chief Psychiatrist, DSH
      Nereyda Rivera, UAPD

> **John Brim**
> March 1, 2013
> **Exhibit No.  2**
> Megan F. Alvarez
> RPR, CSR No. 12470

# Exhibit 31

**From:**          Michael W. Bien <MBien@rbgg.com>
**Sent:**          Friday, February 15, 2013 2:02 PM
**To:**            Coleman Team - RBG Only
**Subject:**       FW: CDCR/DSH Monthly Reports
**Attachments:**   Coleman Status Report 01-31-13 (2).pdf.pdf; Licensure Report - CL.pdf.pdf; CSVR
                   Signed CL 1-13 .pdf.pdf; Coleman Staff Vacancy Report - January 1, 2013.pdf.pdf;
                   Coleman PIP Staffing Classifications and Vacancy Rate Report. Jan. 25, 2....xlsx; PIP
                   Census 01-25-13.xls.xls

---------------------------------------------
**From:** Debbie Vorous[SMTP:DEBBIE.VOROUS@DOJ.CA.GOV]
**Sent:** Friday, February 15, 2013 2:00:46 PM
**To:** Kerry Courtney Hughes, MD; Patricia M. Williams; Haunani Henry;
Mary Perrien; Henry D. Dlugacz; Raymond F. Patterson, MD;
Kathryn Burns, MD, MPH; Paul Nicoll; Linda Holden; Jeff Metzner;
kwalsh@pldw.com; Matt Lopes; Mohamedu Jones; Steve Raffa; Kristina Hector
**Cc:** Debbie Vorous; Donald Specter; Jane E. Kahn; Michael W. Bien;
Debbie Vorous; Steve Fama; William Downer
**Subject:** CDCR/DSH Monthly Reports
**Auto forwarded by a Rule**

February 15, 2013

*Coleman v. Brown*

Dear Special Master Lopes:

Attached are the following reports:

1. DSH cover letter and licensure report for the time period of January 1, 2013 to January 31, 2013;
2. DSH cover letter and monthly staffing and staffing vacancies report as of January 1, 2013; and
3. CDCR census and staffing report for CIW.

Thank you,

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

1

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                     EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADMINISTRATION**
1600 Ninth Street, Room 140
Sacramento, CA 95814



January 23, 2013

Matthew A. Lopes, Jr., Esq.          via:     Debbie J. Vorous
Office of the Special Master                  Deputy Attorney General
Pannone, Lopes & Devereaux, LLC               1300 I Street, Suite 125
317 Iron Horse Way, Suite 301                 P.O. Box 944255
Providence, RI 02908                          Sacramento, CA 94244-2550

## RE: MONTHLY STAFFING AND STAFFING VACANCIES REPORT FOR ALL DSH FACILITIES

In accordance with the February 6, 2007 *Coleman* Court Order on the issue of pay parity for
California Department of State Hospitals' (DSH) clinicians, DSH is providing the following
information on Staffing and Staffing Vacancies for all DSH facilities.

The enclosed report contains the following data for 26 *Coleman* related clinical positions:
total number of budgeted positions; positions filled; positions currently vacant; contracted
full-time equivalents; and the overall percentage of vacancies for each facility as of
January 1, 2013. Please note that DSH has included additional information that identifies
the number of contracted staff employed at DSH facilities.

If you have any questions or concerns, please feel free to contact Candius Burgess,
Coordination and Logistics Unit, at (916) 654-0090.

Sincerely,

ROB COOK
Staff Services Manager III
Administrative Services Division
Department of State Hospitals

Enclosures

DEPARTMENT OF STATE HOSPITALS
*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| Class Code | COLEMAN RELATED CLASSES | Facility Totals | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
| 7594/9660 9690/9693 | Medical Director | 6.00 | 3.00 | 3.00 | 0.00 | 3.00 | 50% | 50% |
| 8236 | Psychiatric Technician Assistant (Safety) | 302.00 | 269.00 | 33.00 | 0.00 | 33.00 | 11% | 11% |
| 8238 | Psychiatric Technician Trainee (Safety) | 30.50 | 29.00 | 1.50 | 0.00 | 1.50 | 5% | 5% |
| 8253 | Psychiatric Technician (Safety) | 2,332.30 | 2,057.00 | 275.30 | 62.00 | 213.30 | 12% | 9% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 346.00 | 313.00 | 33.00 | 0.00 | 33.00 | 10% | 10% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 263.60 | 239.25 | 24.35 | 12.00 | 12.35 | 9% | 5% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 29.00 | 28.00 | 1.00 | 0.00 | 1.00 | 3% | 3% |
| 9831 | Senior Psychologist, Health Facility (Supervisor) | 41.20 | 39.40 | 1.80 | 0.00 | 1.80 | 4% | 4% |
| 7619 | Staff Psychiatrist (Safety) | 188.00 | 173.30 | 14.70 | 28.00 | -13.30 | 8% | -7% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 32.50 | 22.50 | 10.00 | 8.00 | 2.00 | 31% | 6% |
| 7616 | Senior Psychiatrist (Specialist) | 3.60 | 3.00 | 0.60 | 0.00 | 0.60 | 17% | 17% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 35.10 | 27.00 | 8.10 | 0.00 | 8.10 | 23% | 23% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 5.00 | 3.00 | 2.00 | 0.00 | 2.00 | 40% | 40% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 75.00 | 67.50 | 7.50 | 0.00 | 7.50 | 10% | 10% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 11.20 | 10.00 | 1.20 | 0.00 | 1.20 | 11% | 11% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 157.00 | 134.85 | 22.15 | 0.00 | 22.15 | 14% | 14% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 52.00 | 47.50 | 4.50 | 0.00 | 4.50 | 9% | 9% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker (Health/Correctional Facility) – (Safety) | 294.40 | 263.75 | 30.65 | 3.00 | 27.65 | 10% | 9% |
| 8104 | Unit Supervisor (Safety) | 139.00 | 132.00 | 7.00 | 0.00 | 7.00 | 5% | 5% |
| 9859 | Chief Psychologist | 6.00 | 3.00 | 3.00 | 0.00 | 3.00 | 50% | 50% |
| 9867 | Supervising Psychiatric Social Worker | 20.00 | 17.00 | 3.00 | 0.00 | 3.00 | 15% | 15% |
| | COLEMAN GRAND TOTALS | 4,383.40 | 3,896.05 | 487.35 | 113.00 | 374.35 | 11% | 9% |

DEPARTMENT OF STATE HOSPITALS
*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| | DSH Psychiatric Technician Classifications | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class Code | COLEMAN RELATED POSITION | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
| | Department of State Hospitals - Atascadero | | | | | | | |
| 8236 | Psychiatric Technician Assistant (Safety) | 3.00 | 2.00 | 1.00 | 0.00 | 1.00 | 33% | 33% |
| 8238 | Psychiatric Technician Trainee (Safety) | 26.50 | 26.00 | 0.50 | 0.00 | 0.50 | 2% | 2% |
| 8253 | Psychiatric Technician (Safety) | 600.50 | 525.00 | 75.50 | 0.00 | 75.50 | 13% | 13% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 84.00 | 75.00 | 9.00 | 0.00 | 9.00 | 11% | 11% |
| | DSH-Atascadero SUB-TOTAL | 714.00 | 628.00 | 86.00 | 0.00 | 86.00 | 12% | 12% |
| | Department of State Hospitals - Coalinga | | | | | | | |
| 8236 | Psychiatric Technician Assistant (Safety) | 36.00 | 25.00 | 11.00 | 0.00 | 11.00 | 31% | 31% |
| 8238 | Psychiatric Technician Trainee (Safety) | 4.00 | 3.00 | 1.00 | 0.00 | 1.00 | 25% | 25% |
| 8253 | Staff Psychiatrist (Safety) | 426.80 | 361.00 | 65.80 | 62.00 | 3.80 | 15% | 1% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 76.00 | 68.00 | 8.00 | 0.00 | 8.00 | 11% | 11% |
| | DSH-Coalinga SUB-TOTAL | 549.80 | 464.00 | 85.80 | 62.00 | 23.80 | 0% | 4% |
| | Department of State Hospitals - Metropolitan | | | | | | | |
| 8236 | Psychiatric Technician Assistant (Safety) | 39.00 | 35.00 | 4.00 | 0.00 | 4.00 | 10% | 10% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 233.00 | 221.00 | 12.00 | 0.00 | 12.00 | 5% | 5% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 38.00 | 31.00 | 7.00 | 0.00 | 7.00 | 18% | 18% |
| | DSH-Metropolitan SUB-TOTAL | 310.00 | 287.00 | 23.00 | 0.00 | 23.00 | 7% | 7% |
| | Department of State Hospitals - Napa | | | | | | | |
| 8236 | Psychiatric Technician Assistant (Safety) | 184.00 | 177.00 | 7.00 | 0.00 | 7.00 | 4% | 4% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 352.00 | 303.00 | 49.00 | 0.00 | 49.00 | 14% | 14% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 72.00 | 63.00 | 9.00 | 0.00 | 9.00 | 13% | 13% |
| | DSH-Napa SUB-TOTAL | 608.00 | 543.00 | 65.00 | 0.00 | 65.00 | 11% | 11% |

DEPARTMENT OF STATE HOSPITALS
*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| Class Code | **COLEMAN** RELATED POSITION | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| colspan DSH Psychiatric Technician Classifications |
| | Department of State Hospitals - Patton |
| 8236 | Psychiatric Technician Assistant (Safety) | 34.00 | 30.00 | 4.00 | 0.00 | 4.00 | 12% | 12% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 673.00 | 642.00 | 31.00 | 0.00 | 31.00 | 5% | 5% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 76.00 | 76.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | DSH-Patton SUB-TOTAL | 783.00 | 748.00 | 35.00 | 0.00 | 35.00 | 4% | 4% |
| | Department of State Hospitals - Vacaville |
| 8236 | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 27.00 | 0.00 | 27.00 | 0.00 | 27.00 | 100% | 100% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | DSH-Vacaville SUB-TOTAL | 27.00 | 0.00 | 27.00 | 0.00 | 27.00 | 100% | 100% |
| | Department of State Hospitals - Salinas Valley |
| 8236 | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 20.00 | 5.00 | 15.00 | 0.00 | 15.00 | 75% | 75% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | DSH-Salinas Valley SUB-TOTAL | 20.00 | 5.00 | 15.00 | 0.00 | 15.00 | 75% | 75% |
| | Department of State Hospitals - Stockton |
| 8236 | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | DSH-Salinas Valley SUB-TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | | | | | | | | |
| | **TOTAL VACANCY RATE** | 3,011.80 | 2,675.00 | 336.80 | 62.00 | 274.80 | 11% | 9% |

*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| | Department of State Hospitals - Atascadero | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class Code | *Coleman* Related Classifications | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
| 7594 | Medical Director | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8236 | Psychiatric Technician Assistant (Safety) | 3.00 | 2.00 | 1.00 | 0.00 | 1.00 | 33% | 33% |
| 8238 | Psychiatric Technician Trainee (Safety) | 26.50 | 26.00 | 0.50 | 0.00 | 0.50 | 2% | 2% |
| 8253 | Psychiatric Technician (Safety) | 600.50 | 525.00 | 75.50 | 0.00 | 75.50 | 13% | 13% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 84.00 | 75.00 | 9.00 | 0.00 | 9.00 | 11% | 11% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 51.40 | 42.70 | 8.70 | 0.00 | 8.70 | 17% | 17% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9831 | Senior Psychologist, Health Facility (Supervisor) | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7619 | Staff Psychiatrist (Safety) | 25.90 | 22.00 | 3.90 | 12.00 | -8.10 | 15% | -31% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616 | Senior Psychiatrist (Specialist) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 7.00 | 2.00 | 5.00 | 0.00 | 5.00 | 71% | 71% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 13.00 | 13.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 33.70 | 31.00 | 2.70 | 0.00 | 2.70 | 8% | 8% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 43.70 | 41.00 | 2.70 | 0.00 | 2.70 | 6% | 6% |
| 8104 | Unit Supervisor (Safety) | 31.00 | 30.00 | 1.00 | 0.00 | 1.00 | 3% | 3% |
| 9859 | Chief Psychologist | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 3.00 | 2.00 | 1.00 | 0.00 | 1.00 | 33% | 33% |
| | *COLEMAN* TOTAL | 942.70 | 831.70 | 111.00 | 12.00 | 99.00 | 12% | 11% |

DEPARTMENT OF STATE HOSPITALS
*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| Class Code | *Coleman* Related Classifications | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| | **Department of State Hospitals - Coalinga** | | | | | | | |
| 9693 | Medical Director | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8236 | Psychiatric Technician Assistant (Safety) | 36.00 | 25.00 | 11.00 | 0.00 | 11.00 | 31% | 31% |
| 8238 | Psychiatric Technician Trainee (Safety) | 4.00 | 3.00 | 1.00 | 0.00 | 1.00 | 25% | 25% |
| 8253 | Psychiatric Technician (Safety) | 426.80 | 361.00 | 65.80 | 62.00 | 3.80 | 15% | 1% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 76.00 | 68.00 | 8.00 | 0.00 | 8.00 | 11% | 11% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 45.90 | 39.25 | 6.65 | 12.00 | -5.35 | 14% | -12% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 9.00 | 8.00 | 1.00 | 0.00 | 1.00 | 11% | 11% |
| 9831 | Senior Psychologist, Health Facility (Supervisor) | 6.20 | 6.00 | 0.20 | 0.00 | 0.20 | 3% | 3% |
| 7619 | Staff Psychiatrist (Safety) | 11.80 | 4.00 | 7.80 | 16.00 | -8.20 | 66% | -69% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616 | Senior Psychiatrist (Specialist) | 0.60 | 0.00 | 0.60 | 0.00 | 0.60 | 100% | 100% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 7.10 | 4.00 | 3.10 | 0.00 | 3.10 | 44% | 44% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 12.00 | 10.00 | 2.00 | 0.00 | 2.00 | 17% | 17% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 14.20 | 12.00 | 2.20 | 0.00 | 2.20 | 15% | 15% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 14.00 | 11.50 | 2.50 | 0.00 | 2.50 | 18% | 18% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 42.90 | 37.00 | 5.90 | 3.00 | 2.90 | 14% | 7% |
| 8104 | Unit Supervisor (Safety) | 23.00 | 21.00 | 2.00 | 0.00 | 2.00 | 9% | 9% |
| 9859 | Chief Psychologist | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 9867 | Supervising Psychiatric Social Worker | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | | | | | | | | |
| | **COLEMAN TOTAL** | **742.50** | **620.75** | **121.75** | **93.00** | **28.75** | **16%** | **4%** |

*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| | Department of State Hospitals - Metropolitan | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Class Code | *Coleman* Related Classifications | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| 9690 | Medical Director | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8236 | Psychiatric Technician Assistant (Safety) | 39.00 | 35.00 | 4.00 | 0.00 | 4.00 | 10% | 10% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 233.00 | 221.00 | 12.00 | 0.00 | 12.00 | 5% | 5% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 38.00 | 31.00 | 7.00 | 0.00 | 7.00 | 18% | 18% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 20.00 | 19.00 | 1.00 | 0.00 | 1.00 | 5% | 5% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9831 | Senior Psychologist, Health Facility (Supervisor) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7619 | Staff Psychiatrist (Safety) | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616 | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 7.10 | 5.50 | 1.60 | 0.00 | 1.60 | 23% | 23% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 21.70 | 21.60 | 0.10 | 0.00 | 0.10 | 0% | 0% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 36.00 | 34.00 | 2.00 | 0.00 | 2.00 | 6% | 6% |
| 8104 | Unit Supervisor (Safety) | 13.00 | 13.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9859 | Chief Psychologist | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 9867 | Supervising Psychiatric Social Worker | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | | | | | | | | |
| | **COLEMAN TOTAL** | 456.80 | 428.10 | 28.70 | 0.00 | 28.70 | 6% | 6% |

Case 2:90-cv-00520-KJM-SCR DEPARTMENT OF STATE HOSPITALS Filed 03/15/13 Page 72 of 290
*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| | Department of State Hospitals - Napa | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Class Code** | ***Coleman* Related Classifications** | **Budgeted** | **Filled** | **Vacant** | **Contracted Full-Time Equivalents** | **Functional Vacancy** | **Vacancy Rate (Authorized Positions Vacant)** | **Functional Vacancy Rate (Contractor Offset to Vacancies)** |
| 7594 | Medical Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8236 | Psychiatric Technician Assistant (Safety) | 184.00 | 177.00 | 7.00 | 0.00 | 7.00 | 4% | 4% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 352.00 | 303.00 | 49.00 | 0.00 | 49.00 | 14% | 14% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 72.00 | 63.00 | 9.00 | 0.00 | 9.00 | 13% | 13% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 46.80 | 45.80 | 1.00 | 0.00 | 1.00 | 2% | 2% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 8.50 | 8.50 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9831 | Senior Psychologist, Correctional Facility (Supervisor) | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7619 | Staff Psychiatrist (Safety) | 49.80 | 47.80 | 2.00 | 0.00 | 2.00 | 4% | 4% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616 | Senior Psychiatrist (Specialist) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 10.80 | 9.00 | 1.80 | 0.00 | 1.80 | 17% | 17% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 3.20 | 2.00 | 1.20 | 0.00 | 1.20 | 38% | 38% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 20.90 | 16.00 | 4.90 | 0.00 | 4.90 | 23% | 23% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 13.00 | 13.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 46.60 | 42.75 | 3.85 | 0.00 | 3.85 | 8% | 8% |
| 8104 | Unit Supervisor (Safety) | 39.00 | 35.00 | 4.00 | 0.00 | 4.00 | 10% | 10% |
| 9859 | Chief Psychologist | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 9867 | Supervising Psychiatric Social Worker | 5.00 | 4.00 | 1.00 | 0.00 | 1.00 | 20% | 20% |
| | ***COLEMAN* TOTAL** | **869.60** | **783.85** | **85.75** | **0.00** | **85.75** | **10%** | **10%** |

DEPARTMENT OF STATE HOSPITALS
*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| | Department of State Hospitals - Patton | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Class Code** | ***Coleman* Related Classifications** | **Budgeted** | **Filled** | **Vacant** | **Contracted Full-Time Equivalents** | **Functional Vacancy** | **Vacancy Rate (Authorized Positions Vacant)** | **Functional Vacancy Rate (Contractor Offset to Vacancies)** |
| 9660 | Medical Director | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8236 | Psychiatric Technician Assistant (Safety) | 34.00 | 30.00 | 4.00 | 0.00 | 4.00 | 12% | 12% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 673.00 | 642.00 | 31.00 | 0.00 | 31.00 | 5% | 5% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 76.00 | 76.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 64.50 | 62.50 | 2.00 | 0.00 | 2.00 | 3% | 3% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 5.50 | 5.50 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9831 | Senior Psychologist, Correctional Facility (Supervisor) | 13.00 | 12.40 | 0.60 | 0.00 | 0.60 | 5% | 5% |
| 7619 | Staff Psychiatrist (Safety) | 70.50 | 69.50 | 1.00 | 0.00 | 1.00 | 1% | 1% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616 | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 21.10 | 20.00 | 1.10 | 0.00 | 1.10 | 5% | 5% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 33.00 | 32.75 | 0.25 | 0.00 | 0.25 | 1% | 1% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 71.00 | 71.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8104 | Unit Supervisor (Safety) | 33.00 | 33.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9859 | Chief Psychologist | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | | | | | | | | |
| | ***COLEMAN* TOTAL** | **1124.60** | **1084.65** | **39.95** | **0.00** | **39.95** | **4%** | **4%** |

*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| Class Code | Coleman Related Classifications | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| | **Department of State Hospitals - Salinas Valley** | | | | | | | |
| 7594 | Medical Director | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8236 | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 20.00 | 5.00 | 15.00 | 0.00 | 15.00 | 75% | 75% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 12.00 | 11.00 | 1.00 | 0.00 | 1.00 | 8% | 8% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9831 | Senior Psychologist,  Health Facility (Supervisor) | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 50% | 50% |
| 7619 | Staff Psychiatrist (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 5.00 | 3.00 | 2.00 | 3.00 | -1.00 | 40% | -20% |
| 7616 | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 50% | 50% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 3.00 | 2.00 | 1.00 | 0.00 | 1.00 | 33% | 33% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 13.00 | 11.00 | 2.00 | 0.00 | 2.00 | 15% | 15% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 6.00 | 4.00 | 2.00 | 0.00 | 2.00 | 33% | 33% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 23.00 | 14.00 | 9.00 | 0.00 | 9.00 | 39% | 39% |
| 8104 | Unit Supervisor (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN TOTAL** | 90.00 | 55.00 | 35.00 | 3.00 | 32.00 | 39% | 36% |

*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| Class Code | *Coleman* Related Classifications | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| | **Department of State Hospitals - Stockton** | | | | | | | |
| 7594 | Medical Director | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8236 | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9831 | Senior Psychologist, Health Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7619 | Staff Psychiatrist (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7616 | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | ·0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8104 | Unit Supervisor (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9859 | Chief Psychologist | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| | **COLEMAN TOTAL** | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |

*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of January 1, 2013

| Class Code | Department of State Hospitals – Vacaville *Coleman* Related Classifications | Budgeted | Filled | Vacant | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|
| 7594 | Medical Director | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| 8236 | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8253 | Psychiatric Technician (Safety) | 27.00 | 0.00 | 27.00 | 0.00 | 27.00 | 100% | 100% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 23.00 | 19.00 | 4.00 | 0.00 | 4.00 | 17% | 17% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9831 | Senior Psychologist, Health Facility (Supervisor) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7619 | Staff Psychiatrist (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 27.50 | 19.50 | 8.00 | 5.00 | 3.00 | 29% | 11% |
| 7616 | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 7609 | Senior Psychiatrist (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 50% | 50% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 20.50 | 10.50 | 10.00 | 0.00 | 10.00 | 49% | 49% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 31.20 | 24.00 | 7.20 | 0.00 | 7.20 | 23% | 23% |
| 8104 | Unit Supervisor (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0% |
| 9867 | Supervising Psychiatric Social Worker | 1.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100% | 100% |
| | **COLEMAN TOTAL** | 149.20 | 90.00 | 59.20 | 5.00 | 54.20 | 40% | 36% |

# Exhibit 32

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM

P.O. Box 942883
Sacramento, CA94283-0001



March 1, 2013

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                  P. O. Box 944255
                                                       Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2013 data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH) (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*[signature]* Tellau Fauley for

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Mary Perrien, Ph.D., *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    Debbie Vorous, Esq., Office of the Attorney General
    Heather McCray Esq., Office of Legal Affairs, CDCR
    Michael Stone, Esq., Office of Legal Affairs, CDCR
    Michael Bien, Esq., Rosen, Bien and Galvan

Matthew A. Lopes, Jr. Esquire
Page 3

Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| ASP | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 10.50 | 10.50 | 1.00 | 9.50 | 0.00 | 0.00 | 1.44 | 0.00 | 8.06 | 76.76% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.50 | 2.50 | 2.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 20.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 8.50 | 8.50 | 8.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 5.88% |
| PSYCH-CLINIC CF | 9283 | 9.50 | 11.00 | 8.00 | 3.00 | 0.00 | 0.00 | 6.34 | 0.00 | -4.84 | -50.95% |
| REC THERAPIST CF | 9286 | 2.00 | 1.15 | 1.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.50 | 1.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 33.33% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 4.00 | 6.00 | 0.00 | 6.00 | 0.00 | 0.00 | 4.84 | 0.00 | -0.84 | -21.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| | Totals | 45.50 | 49.15 | 25.00 | 24.15 | 0.00 | 0.00 | 12.62 | 0.00 | 7.88 | 17.32% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CAL | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.50 | 3.50 | 3.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 14.29% |
| PSYCH-CLINIC CF | 9283 | 6.00 | 6.00 | 5.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 16.67% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| **Totals** | | **12.50** | **13.50** | **10.00** | **3.50** | **0.00** | **0.00** | **0.00** | **0.00** | **2.50** | **20.00%** |

| CCC | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 100.00% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| **Totals** | | **10.00** | **11.00** | **1.00** | **10.00** | **0.00** | **0.00** | **0.00** | **0.00** | **9.00** | **90.00%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CCI | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 12.00 | 12.00 | 4.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 66.67% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.50 | 0.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| HEALTH REC T II SUP | 1887 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 9.00 | 9.00 | 7.50 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 16.67% |
| PSYCH-CLINIC CF | 9283 | 13.50 | 14.50 | 14.00 | 0.50 | 0.00 | 0.00 | 3.14 | 0.00 | -3.64 | -26.96% |
| REC THERAPIST CF | 9286 | 3.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 6.50 | 6.50 | 3.00 | 3.50 | 0.00 | 0.00 | 1.62 | 0.00 | 1.88 | 28.92% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.50 | 1.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Totals | 56.00 | 58.00 | 35.50 | 22.50 | 0.00 | 0.00 | 4.76 | 0.00 | 15.74 | 28.11% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CCWF | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 11.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 27.27% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| MEDICAL SECRETARY/CI | 9551 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE ASST (T) | 1379 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP I (T) | 1148 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 11.50 | 8.50 | 7.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 39.13% |
| PSYCH-CLINIC CF | 9283 | 21.00 | 19.61 | 17.00 | 2.61 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 19.05% |
| REC THERAPIST CF | 9286 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 3.50 | 1.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 8.50 | 8.50 | 6.50 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 23.53% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Totals | 68.00 | 60.11 | 47.50 | 12.61 | 0.00 | 0.00 | 0.00 | 0.00 | 20.50 | 30.15% |

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| CEN | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 3.50 | 3.50 | 1.50 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 57.14% |
| PSYCH-CLINIC CF | 9283 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Totals | 12.50 | 12.50 | 9.50 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 24.00% |
| **CHCF** | | **FY 12/13** | **SCO DATA** | | | | | **ADJUSTMENTS** | | | |
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 0.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| CHIEF PSYCHOLOGIST/CF | 9859 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| SR PSYCH CF/SUP | 9288 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| | Totals | 0.00 | 4.00 | 3.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | -4.00 | -Infinity |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CIM | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC HEALTH PROGRAM ADV | 8337 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.00 | 0.00 | 0.00 | -0.18 | NC |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 12.50 | 13.60 | 12.00 | 1.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 4.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.50 | 2.50 | 1.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 60.00% |
| OFFICE ASST (T) | 1379 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 16.00 | 17.00 | 11.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 31.25% |
| PSYCH-CLINIC CF | 9283 | 29.50 | 29.50 | 23.50 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 20.34% |
| REC THERAPIST CF | 9286 | 6.00 | 6.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 33.33% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.50 | 2.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 12.50 | 15.00 | 10.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 20.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Totals | 90.50 | 95.60 | 70.50 | 25.10 | 1.18 | 0.00 | 0.00 | 0.00 | 18.82 | 20.79% |
| CIW | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ADMINISTRATIVE ASSISTANT I | 5361 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Wednesday, February 27, 2013
Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 6 of 35

9:34:51 AM
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| Abbrev Class Title | Class Code | FY 12/13 Authorized Per 7A | SCO DATA Established | Filled | Vacant | 918 | 920 | ADJUSTMENTS Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSOC INFORMATION SYS ANALYST/SP | 1470 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| BLDG MAINT WRKR CF | 6216 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| C.E.A. (CIVIL SERVICE) | 7500 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 11.00 | 10.00 | 8.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 27.27% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 0.00 | 3.20 | 3.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | -3.00 | NC |
| FOOD ADMIN I CORR F | 2153 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH REC TECH I | 1869 | 0.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3.00 | NC |
| JANITOR CORR FAC | 2006 | 0.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.00 | NC |
| JANITOR SUP II CF | 2004 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| MATERIAL & STORES SUP I CF | 1508 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (G) | 1138 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 8.00 | 7.00 | 7.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PHARMACY TECH | 7979 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| PROGRAM ASST (MENTAL DISABILITIES-SAFETY) | 8102 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY) | 8103 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 16.50 | 14.50 | 14.50 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 6.06% |
| REC THERAPIST CF | 9286 | 7.50 | 7.50 | 7.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 6.67% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| CIW | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|------|-----------|-----------|-----|-----|-----|-----|-----|-----|-----|-----|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.50 | 2.50 | 2.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 20.00% |
| SR PSYCH CF/SUP | 9288 | 1.50 | 1.50 | 2.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -33.33% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 7.50 | 7.50 | 3.00 | 4.50 | 0.00 | 0.00 | 0.14 | 0.00 | 4.36 | 58.13% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.50 | 1.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| TRAINING OFFICER I | 5197 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **70.50** | **86.70** | **72.50** | **14.20** | **3.00** | **0.00** | **0.14** | **0.00** | **-5.14** | **-7.29%** |

| CMC | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|------|-----------|-----------|-----|-----|-----|-----|-----|-----|-----|-----|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 21.50 | 20.50 | 16.00 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 25.58% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| HEALTH REC T II SUP | 1887 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| HEALTH REC TECH I | 1869 | 2.50 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 100.00% |
| JANITOR CORR FAC | 2006 | 6.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 100.00% |
| JANITOR SUP II CF | 2004 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CMC | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| LABORATORY ASSISTANT, CORRECTIONAL FACILITY | 9265 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 100.00% |
| LEAP CANDIDATE/I C | 4687 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| MAINT MECH CORR F | 6941 | 1.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.30 | 100.00% |
| MATERIAL & STORES SUP I CF | 1508 | 0.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| MEDICAL TRANSCRIBER | 1177 | 3.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.70 | 100.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 23.50 | 21.50 | 15.00 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 8.50 | 36.17% |
| PHARMACIST I | 7982 | 0.70 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.30 | -42.86% |
| PHARMACY TECH | 7979 | 1.80 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 44.44% |
| PHYSICIAN AND SURGEON, CF (INTERNAL MEDICINE/FA | 9263 | 0.00 | 0.60 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.60 | NC |
| PSYCH-CLINIC CF | 9283 | 43.50 | 41.50 | 40.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 8.05% |
| REC THERAPIST CF | 9286 | 21.50 | 21.50 | 10.00 | 11.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11.50 | 53.49% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 5.50 | 5.50 | 3.75 | 1.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1.75 | 31.82% |
| SR PSYCH CF/SUP | 9288 | 6.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 18.50 | 18.00 | 16.50 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 10.81% |
| STDS COMP COORD | 8328 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SUP CL LAB TECH CF | 9349 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.50 | 0.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | **Totals** | **174.70** | **159.60** | **120.85** | **38.75** | **1.00** | **0.00** | **0.00** | **0.00** | **52.85** | **30.25%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| CMF | | FY 12/13 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.50 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 33.33% |
| BLDG MAINT WRKR CF | 6216 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL LAB TECH CF | 9293 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 19.50 | 19.50 | 10.00 | 9.50 | 0.00 | 0.00 | 0.42 | 0.00 | 9.08 | 46.56% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 0.00 | 3.50 | 2.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| FOOD ADMIN I CORR F | 2153 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 2.00 | 2.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH REC T II SUP | 1887 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| HEALTH REC TECH I | 1869 | 1.50 | 2.00 | 1.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | -1.50 | -100.00% |
| JANITOR CORR FAC | 2006 | 0.00 | 4.00 | 1.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| JANITOR SUP II CF | 2004 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| LABORATORY ASSISTANT, CORRECTIONAL FACILITY | 9265 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| MATERIAL & STORES SUP II CF | 1505 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| OFFICE TECH (T) | 1139 | 18.00 | 18.00 | 11.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 38.89% |
| PHARMACIST I | 7982 | 0.00 | 1.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| PHARMACY TECH | 7979 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| PSYCH-CLINIC CF | 9283 | 37.50 | 37.50 | 33.00 | 4.50 | 0.00 | 0.00 | 0.52 | 0.00 | 3.98 | 10.61% |
| REC THERAPIST CF | 9286 | 18.00 | 18.00 | 11.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 38.89% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CMF Abbrev Class Title | Class Code | FY 12/13 Authorized Per 7A | SCO DATA Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 4.50 | 4.50 | 3.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 33.33% |
| SR PSYCH CF/SUP | 9288 | 4.50 | 4.50 | 5.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -11.11% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 14.00 | 16.00 | 13.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 7.14% |
| STDS COMP COORD | 8328 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SUP CL LAB TECH CF | 9349 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **130.50** | **150.00** | **102.00** | **48.00** | **3.00** | **0.00** | **0.94** | **0.00** | **24.56** | **18.82%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| COR | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 20.50 | 17.40 | 10.00 | 7.40 | 0.00 | 0.00 | 1.94 | 0.00 | 8.56 | 41.76% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.50 | 2.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| JANITOR CORR FAC | 2006 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 16.00 | 14.00 | 11.50 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 28.13% |
| PHARMACIST I | 7982 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| PHARMACY TECH | 7979 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| PSYCH-CLINIC CF | 9283 | 30.00 | 29.00 | 27.75 | 1.25 | 2.00 | 0.00 | 0.73 | 0.00 | -0.48 | -1.60% |
| REC THERAPIST CF | 9286 | 11.50 | 11.50 | 10.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 13.04% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| SR PSYCH CF/SP | 9287 | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 5.00 | 4.50 | 3.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 40.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 10.00 | 11.50 | 3.50 | 8.00 | 0.00 | 0.00 | 4.98 | 0.00 | 1.52 | 15.20% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.50 | 0.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Totals | | 104.50 | 103.90 | 72.75 | 31.15 | 3.00 | 0.00 | 7.65 | 0.00 | 21.10 | 20.19% |

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CRC | | FY 12/13 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.50 | 7.50 | 3.00 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 60.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE TECH (T) | 1139 | 6.50 | 6.50 | 3.50 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 46.15% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | -28.57% |
| REC THERAPIST CF | 9286 | 1.00 | 1.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 1.50 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 0.50 | 1.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 4.50 | 4.50 | 3.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 33.33% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| | Totals | 35.00 | 38.50 | 23.50 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.50 | 32.86% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CTF | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 8.00 | 8.00 | 1.50 | 6.50 | 0.00 | 0.00 | 1.10 | 0.00 | 5.40 | 67.50% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 9.50 | 9.50 | 9.50 | 0.00 | 0.00 | 0.00 | 0.46 | 0.00 | -0.46 | -4.84% |
| REC THERAPIST CF | 9286 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 4.00 | 5.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.17 | 0.00 | 0.83 | 20.75% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | NC |
| | Totals | 38.00 | 40.00 | 28.50 | 11.50 | 1.00 | 0.00 | 1.73 | 0.00 | 6.77 | 17.82% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

9:34:52 AM
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| CVSP | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 2.50 | 1.50 | 0.00 | 0.00 | 0.40 | 0.00 | 1.10 | 27.50% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | Totals | 11.00 | 11.00 | 4.50 | 6.50 | 0.00 | 0.00 | 0.40 | 0.00 | 6.10 | 55.45% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System                    Report Generated By:
                    Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| DVI | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 4.50 | 5.50 | 2.00 | 3.50 | 0.00 | 0.00 | 0.88 | 0.00 | 1.62 | 36.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE TECH (T) | 1139 | 6.00 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 50.00% |
| PSYCH-CLINIC CF | 9283 | 14.50 | 15.50 | 14.50 | 1.00 | 0.00 | 0.00 | 0.34 | 0.00 | -0.34 | -2.34% |
| REC THERAPIST CF | 9286 | 0.65 | 0.65 | 0.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 3.50 | 4.50 | 5.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -1.50 | -42.86% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| | **Totals** | **37.15** | **42.15** | **31.15** | **11.00** | **0.00** | **0.00** | **1.22** | **0.00** | **4.78** | **12.87%** |

Wednesday, February 27, 2013
Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 16 of 35
9:34:52 AM
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| FSP | | FY 12/13 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 5.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 40.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 4.00 | 4.50 | 4.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 6.00 | 6.50 | 6.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| REC THERAPIST CF | 9286 | 0.50 | 0.75 | 0.00 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 0.50 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| **Totals** | | **26.00** | **21.75** | **18.00** | **3.75** | **0.00** | **0.00** | **0.00** | **0.00** | **8.00** | **30.77%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| HDSP | | FY 12/13 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.50 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 33.33% |
| HEALTH REC T II SUP | 1887 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE ASST (T) | 1379 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 6.00 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PHARMACY TECH | 7979 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| PSYCH-CLINIC CF | 9283 | 11.50 | 15.12 | 9.00 | 6.12 | 0.00 | 0.00 | 1.07 | 0.00 | 1.43 | 12.43% |
| REC THERAPIST CF | 9286 | 1.50 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 33.33% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 4.00 | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.93 | 0.00 | 3.07 | 76.75% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| | **Totals** | **39.50** | **46.12** | **25.00** | **21.12** | **1.00** | **0.00** | **2.00** | **0.00** | **11.50** | **29.11%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| ISP | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 25.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **11.00** | **11.00** | **7.00** | **4.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4.00** | **36.36%** |

Wednesday, February 27, 2013

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 19 of 35

9:34:52 AM
Report Generated By:
Program Support

Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| Abbrev Class Title | Class Code | FY 12/13 Authorized Per 7A | SCO DATA Established | Filled | Vacant | 918 | 920 | ADJUSTMENTS Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 11.50 | 11.50 | 7.00 | 4.50 | 0.00 | 0.00 | 3.06 | 0.00 | 1.44 | 12.52% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.50 | 1.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 60.00% |
| LABOR REL ANALYST | 9529 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 11.00 | 11.00 | 10.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 9.09% |
| PSYCH-CLINIC CF | 9283 | 18.00 | 18.00 | 15.00 | 3.00 | 0.00 | 0.00 | 3.29 | 0.00 | -0.29 | -1.61% |
| REC THERAPIST CF | 9286 | 4.00 | 4.00 | 1.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 75.00% |
| SR PSYCH CF/SP | 9287 | 2.50 | 2.50 | 2.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 20.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 8.00 | 8.00 | 2.00 | 6.00 | 0.00 | 0.00 | 5.79 | 0.00 | 0.21 | 2.63% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **65.50** | **65.50** | **43.00** | **22.50** | **0.00** | **0.00** | **12.14** | **0.00** | **10.36** | **15.82%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| LAC | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 17.00 | 10.00 | 9.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 47.06% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| MEDICAL SECRETARY/CI | 9551 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE ASST (T) | 1379 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP I (T) | 1148 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.50 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -33.33% |
| OFFICE TECH (T) | 1139 | 17.50 | 12.50 | 9.50 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 45.71% |
| PSYCH-CLINIC CF | 9283 | 32.00 | 36.00 | 26.50 | 9.50 | 0.00 | 0.00 | 2.72 | 0.00 | 2.78 | 8.69% |
| REC THERAPIST CF | 9286 | 12.00 | 7.15 | 4.00 | 3.15 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 66.67% |
| SR PSYCH CF/SP | 9287 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 4.50 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 33.33% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 12.00 | 12.00 | 8.50 | 3.50 | 0.00 | 0.00 | 3.95 | 0.00 | -0.45 | -3.75% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | Totals | 108.60 | 92.65 | 64.50 | 28.15 | 0.00 | 0.00 | 6.67 | 0.00 | 37.43 | 34.47% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MCSP | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 18.00 | 18.00 | 6.00 | 12.00 | 0.00 | 0.00 | 2.55 | 0.00 | 9.45 | 52.50% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 100.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 17.50 | 17.50 | 12.00 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 31.43% |
| PSYCH-CLINIC CF | 9283 | 32.50 | 32.50 | 20.50 | 12.00 | 0.00 | 0.00 | 1.04 | 0.00 | 10.96 | 33.72% |
| REC THERAPIST CF | 9286 | 15.00 | 15.30 | 8.00 | 7.30 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 46.67% |
| SR PSYCH CF/SP | 9287 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 5.00 | 5.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 40.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 11.00 | 12.00 | 7.50 | 4.50 | 0.00 | 0.00 | 1.58 | 0.00 | 1.92 | 17.45% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **114.00** | **114.80** | **65.00** | **49.80** | **0.00** | **0.00** | **5.17** | **0.00** | **43.83** | **38.45%** |

Wednesday, February 27, 2013
Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 22 of 35

9:34:52 AM
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| NKSP<br>Abbrev Class Title | Class<br>Code | FY 12/13<br>Authorized<br>Per 7A | SCO DATA<br>Established | Filled | Vacant | 918 | 920 | ADJUSTMENTS<br>Registry<br>(PY) | Hires | Adjusted<br>Vacancy | Percent<br>Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.50 | 10.50 | 6.00 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 36.84% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| OFFICE ASST (G) | 1441 | 0.00 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | -0.06 | NC |
| OFFICE ASST (T) | 1379 | 0.00 | 0.00 | 0.00 | 0.00 | 1.82 | 0.00 | 0.00 | 0.00 | -1.82 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 12.00 | 12.00 | 10.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 16.67% |
| PSYCH-CLINIC CF | 9283 | 28.47 | 30.50 | 19.00 | 11.50 | 0.00 | 0.00 | 1.03 | 0.00 | 8.44 | 29.65% |
| REC THERAPIST CF | 9286 | 2.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 9.00 | 10.00 | 7.00 | 3.00 | 0.00 | 0.00 | 0.46 | 0.00 | 1.54 | 17.11% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | **Totals** | 72.97 | 77.50 | 48.00 | 29.50 | 1.88 | 0.00 | 1.49 | 0.00 | 21.60 | 29.60% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| PBSP | | FY 12/13 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 0.50 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 8.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORR COUNSELOR II SP | 9901 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE ASST (G) | 1441 | 0.00 | 6.00 | 1.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP I (T) | 1148 | 0.00 | 7.00 | 3.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 0.50 | 1.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 8.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 50.00% |
| PSYCH-CLINIC CF | 9283 | 24.00 | 26.00 | 15.50 | 10.50 | 0.00 | 0.00 | 3.52 | 0.00 | 4.98 | 20.75% |
| REC THERAPIST CF | 9286 | 7.65 | 8.50 | 3.00 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.65 | 60.78% |
| SR PSYCH CF/SP | 9287 | 3.50 | 3.50 | 0.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 4.00 | 4.50 | 3.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 25.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 5.00 | 7.50 | 3.00 | 4.50 | 0.00 | 0.00 | 0.14 | 0.00 | 1.86 | 37.20% |
| **Totals** | | **66.65** | **83.50** | **45.50** | **38.00** | **0.00** | **0.00** | **3.66** | **0.00** | **17.49** | **26.24%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| PVSP | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 14.00 | 14.50 | 3.00 | 11.50 | 0.00 | 0.00 | 1.50 | 0.00 | 9.50 | 67.86% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 11.00 | 11.50 | 4.00 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 63.64% |
| PSYCH-CLINIC CF | 9283 | 16.49 | 16.00 | 13.00 | 3.00 | 0.00 | 0.00 | 1.59 | 0.00 | 1.90 | 11.52% |
| REC THERAPIST CF | 9286 | 1.50 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 2.00 | 1.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 25.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 7.00 | 9.00 | 5.00 | 4.00 | 0.00 | 0.00 | 0.29 | 0.00 | 1.71 | 24.43% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | Totals | 62.99 | 66.00 | 31.50 | 34.50 | 0.00 | 0.00 | 3.38 | 0.00 | 28.11 | 44.63% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| RJD | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 20.50 | 20.50 | 17.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 17.07% |
| CORR COUNSELOR II SP | 9901 | 0.00 | 0.10 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.60 | 2.60 | 2.00 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 23.08% |
| HEALTH REC TECH I | 1869 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 21.00 | 22.00 | 10.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 52.38% |
| PHARMACIST I | 7982 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| PSYCH-CLINIC CF | 9283 | 39.50 | 42.50 | 41.50 | 1.00 | 0.00 | 0.00 | 3.02 | 0.00 | -5.02 | -12.71% |
| REC THERAPIST CF | 9286 | 15.50 | 16.50 | 11.00 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 29.03% |
| SR PSYCH CF/SP | 9287 | 6.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 16.67% |
| SR PSYCH CF/SUP | 9288 | 5.00 | 6.00 | 5.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 13.00 | 15.00 | 7.00 | 8.00 | 0.00 | 0.00 | 3.73 | 0.00 | 2.27 | 17.46% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | **Totals** | **130.10** | **140.20** | **104.50** | **35.70** | **0.00** | **0.00** | **6.75** | **0.00** | **18.85** | **14.49%** |

Wednesday, February 27, 2013

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 26 of 35

9:34:52 AM
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| SAC | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 23.50 | 25.33 | 21.00 | 4.33 | 0.00 | 0.00 | 1.00 | 0.00 | 1.50 | 6.38% |
| CORR COUNSELOR II SP | 9901 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| HEALTH REC TECH I | 1869 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| MANAGEMENT SVCS TECH | 5278 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE ASST (T) | 1379 | 0.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 23.50 | 23.00 | 13.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 44.68% |
| PSYCH-CLINIC CF | 9283 | 54.50 | 52.50 | 36.38 | 16.12 | 1.00 | 0.00 | 11.56 | 0.00 | 5.56 | 10.20% |
| REC THERAPIST CF | 9286 | 24.50 | 13.54 | 12.80 | 0.74 | 1.00 | 0.00 | 0.00 | 0.00 | 10.70 | 43.67% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 6.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 4.00 | 66.67% |
| SR PSYCH CF/SUP | 9288 | 8.50 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 5.88% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 19.00 | 20.50 | 13.25 | 7.25 | 0.00 | 0.00 | 4.11 | 0.00 | 1.64 | 8.63% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | **Totals** | **170.50** | **154.87** | **111.43** | **43.44** | **4.00** | **0.00** | **16.67** | **0.00** | **38.40** | **22.52%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| SATF | | FY 12/13 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|--|----------|----------|--|--|-------------|--|--|--|--|--|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 17.50 | 17.50 | 15.50 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 11.43% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 17.00 | 17.00 | 13.50 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 20.59% |
| PSYCH-CLINIC CF | 9283 | 31.50 | 31.50 | 25.75 | 5.75 | 0.00 | 0.00 | 0.00 | 0.00 | 5.75 | 18.25% |
| REC THERAPIST CF | 9286 | 13.00 | 13.00 | 6.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 53.85% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| SR PSYCH CF/SP | 9287 | 3.50 | 3.50 | 2.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 42.86% |
| SR PSYCH CF/SUP | 9288 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 7.00 | 12.00 | 2.25 | 9.75 | 0.00 | 0.00 | 2.06 | 0.00 | 2.69 | 38.43% |
| STAFF PSYCHIATRST CF | 9272 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | Totals | 104.00 | 108.50 | 72.00 | 36.50 | 0.00 | 0.00 | 2.06 | 0.00 | 29.94 | 28.79% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| SCC | | FY 12/13 | SCO DATA | | | ADJUSTMENTS | | | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 4.00 | 4.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 100.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP I (T) | 1148 | 0.00 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 5.50 | 5.75 | 6.00 | -0.25 | 0.00 | 0.00 | 0.87 | 0.00 | -1.37 | -24.91% |
| REC THERAPIST CF | 9286 | 0.50 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 0.50 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 2.50 | 2.50 | 1.00 | 1.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.50 | 20.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.50 | 1.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| | Totals | 23.00 | 28.25 | 12.00 | 16.25 | 1.00 | 0.00 | 0.87 | 0.00 | 9.13 | 39.70% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| SOL | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|---|----------|----------|---|---|---|---|-------------|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 10.00 | 10.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.85 | 0.00 | 4.15 | 41.50% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 8.50 | 8.50 | 7.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.76% |
| PSYCH-CLINIC CF | 9283 | 13.50 | 13.50 | 13.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.50 | 1.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 33.33% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 5.00 | 6.50 | 3.00 | 3.50 | 0.00 | 0.00 | 1.02 | 0.00 | 0.98 | 19.60% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Totals | | 49.50 | 51.00 | 39.00 | 12.00 | 0.00 | 0.00 | 1.87 | 0.00 | 8.63 | 17.43% |

| SQ | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|---|----------|----------|---|---|---|---|-------------|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| BLDG MAINT WRKR CF | 6216 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| SQ | | FY 12/13 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 12.50 | 14.50 | 12.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 4.00% |
| CORR COUNSELOR I | 9904 | 0.00 | 1.50 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| CORR COUNSELOR II SP | 9901 | 0.00 | 1.10 | 0.00 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| HEALTH PROGRAM SP I | 8338 | 2.50 | 2.50 | 1.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 60.00% |
| JANITOR CORR FAC | 2006 | 0.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| LABORATORY ASSISTANT, CORRECTIONAL FACILITY | 9265 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE ASST (T) | 1379 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 12.40 | 13.40 | 6.00 | 7.40 | 0.00 | 0.00 | 0.00 | 0.00 | 6.40 | 51.61% |
| PHARMACIST I | 7982 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| PHARMACY TECH | 7979 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| PSYCH-CLINIC CF | 9283 | 29.50 | 32.50 | 31.05 | 1.45 | 1.00 | 0.00 | 0.52 | 0.00 | -3.07 | -10.41% |
| REC THERAPIST CF | 9286 | 8.00 | 6.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.97 | 0.00 | 3.03 | 37.88% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 3.00 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 3.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -33.33% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 41.00 | 12.25 | 11.55 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 29.45 | 71.83% |
| STAT ENG-CF | 6713 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| SUP PSYCH S WK I CF | 9291 | 1.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 100.00% |
| | Totals | 119.40 | 106.25 | 75.60 | 30.65 | 1.00 | 0.00 | 1.49 | 0.00 | 41.31 | 34.60% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2013

| SVSP | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 0.50 | 0.50 | 1.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -100.00% |
| BLDG MAINT WRKR CF | 6216 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 14.50 | 13.50 | 7.00 | 6.50 | 0.00 | 0.00 | 2.59 | 0.00 | 4.91 | 33.86% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 0.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| HEALTH PROGRAM SP I | 8338 | 2.50 | 2.50 | 2.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 20.00% |
| HEALTH REC TECH I | 1869 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| MATERIAL & STORES SUP I CF | 1508 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 13.50 | 12.50 | 11.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 18.52% |
| PSYCH-CLINIC CF | 9283 | 25.50 | 23.50 | 22.50 | 1.00 | 1.14 | 0.00 | 3.14 | 0.00 | -1.28 | -5.01% |
| REC THERAPIST CF | 9286 | 6.50 | 7.00 | 3.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 53.85% |
| SR PSYCH CF/SP | 9287 | 3.50 | 3.50 | 4.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -14.29% |
| SR PSYCH CF/SUP | 9288 | 3.50 | 3.50 | 3.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 14.29% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 8.00 | 9.00 | 5.00 | 4.00 | 0.00 | 0.00 | 2.50 | 0.00 | 0.50 | 6.25% |
| STAT ENG-CF | 6713 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| SUP PSYCH S WK I CF | 9291 | 0.50 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| | Totals | 83.50 | 88.50 | 63.50 | 25.00 | 1.14 | 0.00 | 8.23 | 0.00 | 10.63 | 12.73% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| VSP | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 4.50 | 7.90 | 4.75 | 3.15 | 0.00 | 0.00 | 0.00 | 0.00 | -0.25 | -5.56% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE TECH (T) | 1139 | 6.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 5.50 | 9.50 | 9.00 | 0.50 | 2.00 | 0.00 | 0.00 | 0.00 | -5.50 | -100.00% |
| REC THERAPIST CF | 9286 | 0.50 | 0.50 | 0.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | -0.50 | -100.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 4.00 | 5.50 | 5.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | -2.00 | -50.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| | Totals | 29.50 | 40.90 | 31.75 | 9.15 | 5.00 | 0.00 | 0.00 | 0.00 | -7.25 | -24.58% |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WSP | | FY 12/13 | SCO DATA | | | | | ADJUSTMENTS | | | |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 10.00 | 8.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| OFFICE ASST (T) | 1379 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 10.50 | 5.50 | 5.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 52.38% |
| PSYCH-CLINIC CF | 9283 | 24.50 | 25.50 | 22.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 10.20% |
| REC THERAPIST CF | 9286 | 2.00 | 1.50 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| SR PSYCH CF/SP | 9287 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 7.00 | 7.05 | 1.50 | 5.55 | 0.00 | 0.00 | 4.55 | 0.00 | 0.95 | 13.57% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | **Totals** | **65.00** | **55.05** | **40.50** | **14.55** | **3.00** | **0.00** | **4.55** | **0.00** | **16.95** | **26.08%** |

Source: FY 12/13 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Program Support

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2013**

| State Wide | | FY 12/13 | SCO DATA | | | | | Adjustments | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | 918[7] | 920[8] | **Registry** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| State Wide Totals | | 2238.06 | 2288.05 | 1555.53 | 732.52 | 31.20 | 0.00 | 106.46 | 0.00 | 544.87 | 24.35% |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

# Exhibit 33

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



July 3, 2012

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                           Deputy Attorney General
Pannone Lopes & Devereaux LLC                         Department of Justice
317 Iron Horse Point Way, Suite 301                   1300 "I" Street, Suite 125
Providence, RI 02908                                  P. O. Box 944255
                                                      Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of May, 2012 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days. **Due to a server migration issue that occurred during the move to Elk Grove, the following reports are unavailable for the month of May:**
   * R-01: Mental Health Population by Institution
   * R-02: Mental Health ASU/SHU/PSU
     **(The "MHSDS Management Information Summary" report has been provided, in lieu of these reports).**
   * R-08: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 21 less than 60 days
   * R-09: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 60 less than 90 days
   * R-10: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 90 days
     **(Reports not included. Will be provided under separate cover).**
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.

Matthew A. Lopes, Jr. Esquire
Page 2

6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. **(Not included. Will be provided under separate cover)**
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert

Matthew A. Lopes, Jr. Esquire
Page 3

Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of May - 2012**

| SVSP | | FY 11/12 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| BLDG MAINT WRKR CF | 6216 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 8.00 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.98 | 0.00 | 1.02 | 12.75% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH REC TECH I | 1869 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| MATERIAL & STORES SUP I CF | 1508 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP I (T) | 1148 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 11.00 | 11.00 | 10.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 9.09% |
| PSYCH-CLINIC CF | 9283 | 29.00 | 29.02 | 27.50 | 1.52 | 1.00 | 0.00 | 4.83 | 0.00 | -4.33 | -14.93% |
| REC THERAPIST CF | 9286 | 5.30 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 1.44 | 0.00 | 0.86 | 16.23% |
| SR PSYCH CF/SUP | 9288 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 25.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 9.50 | 9.50 | 5.50 | 4.00 | 0.00 | 0.00 | 0.64 | 0.00 | 3.36 | 35.37% |
| STAT ENG-CF | 6713 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | Totals | 78.80 | 79.52 | 63.00 | 16.52 | 1.00 | 0.00 | 7.89 | 0.00 | 6.91 | 8.77% |

# Exhibit 34

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



## APR   2 2012

Matthew A. Lopes, Jr. Esquire                       via: Debbie J. Vorous, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                            Department of Justice
317 Iron Horse Point Way, Suite 301                      1300 "I" Street, Suite 125
Providence, RI 02908                                     P. O. Box 944255
                                                         Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of February, 2012, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:   Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3

J. Ronald Metz, *Coleman* Monitor

Debbie Vorous, Esq., Office of the Attorney General

Heather McCray Esq., Office of Legal Affairs, CDCR

Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS

Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS

Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of February - 2012**

| SAC | | FY 11/12 | SCO DATA | | | | | | ADJUSTMENTS | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 25.30 | 25.33 | 21.00 | 4.33 | 0.00 | 0.00 | 2.02 | 0.00 | 2.28 | 9.01% |
| CORR COUNSELOR II SP | 9901 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH REC TECH I | 1869 | 1.00 | 1.00 | 0.00 | 1.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.95 | 95.24% |
| MANAGEMENT SVCS TECH | 5278 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE ASST (T) | 1379 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 21.30 | 22.00 | 16.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 24.88% |
| PSYCH-CLINIC CF | 9283 | 50.00 | 46.00 | 35.75 | 10.25 | 1.00 | 0.00 | 8.68 | 0.00 | 4.57 | 9.14% |
| REC THERAPIST CF | 9286 | 13.50 | 13.54 | 12.80 | 0.74 | 1.00 | 0.00 | 0.00 | 0.00 | -0.30 | -2.22% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SP | 9287 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| SR PSYCH CF/SUP | 9288 | 8.00 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 25.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 20.50 | 20.50 | 12.75 | 7.75 | 0.00 | 0.00 | 6.07 | 0.00 | 1.68 | 8.20% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | **Totals** | 151.60 | 148.37 | 111.30 | 37.07 | 4.05 | 0.00 | 16.77 | 0.00 | 19.48 | 12.85% |

Source: FY 11/12 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Resource Management

# Exhibit 35

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



July 3, 2012

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI  02908                                P. O. Box 944255
                                                     Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of May, 2012 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days. **Due to a server migration issue that occurred during the move to Elk Grove, the following reports are unavailable for the month of May:**
   • R-01: Mental Health Population by Institution
   • R-02: Mental Health ASU/SHU/PSU
     **(The "MHSDS Management Information Summary" report has been provided, in lieu of these reports).**
   • R-08: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 21 less than 60 days
   • R-09: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 60 less than 90 days
   • R-10: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 90 days
     **(Reports not included. Will be provided under separate cover).**
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.

Matthew A. Lopes, Jr. Esquire
Page 2

6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. **(Not included. Will be provided under separate cover)**
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert

Matthew A. Lopes, Jr. Esquire
Page 3

Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of May - 2012**

| LAC | | FY 11/12 | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 10.00 | 10.00 | 8.00 | 2.00 | 0.00 | 0.00 | 0.98 | 0.00 | 1.02 | 10.20% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| MEDICAL SECRETARY/CI | 9551 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE ASST (T) | 1379 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE SERVICES SUP I (T) | 1148 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 12.50 | 13.50 | 12.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 34.80 | 35.00 | 34.00 | 1.00 | 0.00 | 0.00 | 2.00 | 0.00 | -1.20 | -3.45% |
| REC THERAPIST CF | 9286 | 7.20 | 6.15 | 4.00 | 2.15 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 44.44% |
| SR PSYCH CF/SUP | 9288 | 6.00 | 6.00 | 5.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 16.67% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 11.50 | 11.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.12 | 0.00 | 0.88 | 7.65% |
| | **Totals** | **90.00** | **88.65** | **71.00** | **17.65** | **0.00** | **0.00** | **8.10** | **0.00** | **10.90** | **12.11%** |

Wednesday, June 20, 2012
Source: FY 11/12 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 19 of 33
12:33:52 PM
Report Generated By:
Resource Management

# Exhibit 36

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



May 2, 2012

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                           Deputy Attorney General
Pannone Lopes & Devereaux LLC                         Department of Justice
317 Iron Horse Point Way, Suite 301                   1300 "I" Street, Suite 125
Providence, RI 02908                                  P. O. Box 944255
                                                      Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of March, 2012, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. **(Not available – report is under review and will be submitted once the information has been validated).**
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges. **(Not available due to technical impediments).**
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684. **(Not available due to technical impediments).**
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.

Matthew A. Lopes, Jr. Esquire
Page 2

14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0209.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3

Haunani Henry, *Coleman* Monitor

Debbie Vorous, Esq., Office of the Attorney General

Heather McCray Esq., Office of Legal Affairs, CDCR

Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS

Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS

Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of March - 2012**

| RJD | | FY 11/12 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ASSOC HEALTH PROGRAM ADV | 8337 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 10.00 | 10.00 | 9.00 | 1.00 | 0.00 | 0.00 | 2.50 | 0.00 | -1.50 | -15.00% |
| CORR COUNSELOR II SP | 9901 | 0.10 | 0.10 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 100.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH REC TECH I | 1869 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE ASST (T) | 1379 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 14.70 | 14.70 | 8.70 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 40.82% |
| PHARMACIST I | 7982 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 46.50 | 46.50 | 46.50 | 0.00 | 0.00 | 0.00 | 11.27 | 0.00 | -11.27 | -24.24% |
| REC THERAPIST CF | 9286 | 7.70 | 7.65 | 7.00 | 0.65 | 1.00 | 0.00 | 0.00 | 0.00 | -0.30 | -3.90% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 9.20 | 9.20 | 6.00 | 3.20 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 34.78% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 14.50 | 14.50 | 12.00 | 2.50 | 0.51 | 0.00 | 5.22 | 0.00 | -3.23 | -22.29% |
| SUP PROGRAM TECH III | 9926 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | Totals | 114.70 | 114.65 | 93.20 | 21.45 | 1.51 | 0.00 | 18.99 | 0.00 | 1.00 | 0.87% |

Source: FY 11/12 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Resource Management

# Exhibit 37

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



July 3, 2012

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                           Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI 02908                                   P. O. Box 944255
                                                       Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of May, 2012 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days. **Due to a server migration issue that occurred during the move to Elk Grove, the following reports are unavailable for the month of May:**
   - R-01: Mental Health Population by Institution
   - R-02: Mental Health ASU/SHU/PSU
     **(The "MHSDS Management Information Summary" report has been provided, in lieu of these reports).**
   - R-08: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 21 less than 60 days
   - R-09: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 60 less than 90 days
   - R-10: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 90 days
     **(Reports not included. Will be provided under separate cover).**
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.

Matthew A. Lopes, Jr. Esquire
Page 2

6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. **(Not included. Will be provided under separate cover)**
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert

Matthew A. Lopes, Jr. Esquire
Page 3

Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of May - 2012**

| SOL | | FY 11/12 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|---|----------|---|----------|---|---|---|---|-------------|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 5.00 | 1.00 | 0.00 | 0.00 | 1.83 | 0.00 | -0.83 | -13.83% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE ASST (T) | 1379 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 9.50 | 9.50 | 8.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 15.79% |
| PSYCH-CLINIC CF | 9283 | 14.50 | 14.52 | 14.50 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| REC THERAPIST CF | 9286 | 2.20 | 2.15 | 1.00 | 1.15 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 54.55% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 6.00 | 6.00 | 5.00 | 1.00 | 0.00 | 0.00 | 2.67 | 0.00 | -1.67 | -27.83% |
| **Totals** | | **44.70** | **44.67** | **38.50** | **6.17** | **0.00** | **0.00** | **4.50** | **0.00** | **1.70** | **3.80%** |

| SQ | | FY 11/12 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|-----|---|----------|---|----------|---|---|---|---|-------------|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| BLDG MAINT WRKR CF | 6216 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 10.40 | 10.20 | 10.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 3.85% |
| CORR COUNSELOR I | 9904 | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 100.00% |
| CORR COUNSELOR II SP | 9901 | 1.10 | 1.10 | 1.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 9.09% |

Source: FY 11/12 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:
Resource Management

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of May - 2012**

| Abbrev Class Title | Class Code | FY 11/12 Authorized Per 7A | SCO DATA Established | Filled | Vacant | 918 | 920 | ADJUSTMENTS Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| JANITOR CORR FAC | 2006 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| LABORATORY ASSISTANT, CORRECTIONAL FACILITY | 9265 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE ASST (T) | 1379 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| OFFICE SERVICES SUP I (T) | 1148 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 11.30 | 11.25 | 6.00 | 5.25 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 46.90% |
| PHARMACIST I | 7982 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PHARMACY TECH | 7979 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| PSYCH-CLINIC CF | 9283 | 38.00 | 35.50 | 30.80 | 4.70 | 0.00 | 0.00 | 0.54 | 0.00 | 6.66 | 17.53% |
| PSYCHOMETRIST CF | 9285 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| REC THERAPIST CF | 9286 | 5.40 | 5.30 | 3.75 | 1.55 | 0.00 | 0.00 | 0.51 | 0.00 | 1.14 | 21.11% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 5.50 | 5.50 | 5.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 9.09% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 12.40 | 12.25 | 11.65 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 | 6.05% |
| STAT ENG-CF | 6713 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | 107.10 | 106.10 | 80.20 | 25.90 | 0.00 | 0.00 | 1.05 | 0.00 | 25.85 | 24.14% |

Wednesday, June 20, 2012
Source: FY 11/12 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 29 of 33

12:33:53 PM
Report Generated By:
Resource Management

# Exhibit 38

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA 94283-0001



August 3, 2012

Matthew A. Lopes, Jr. Esquire                          via: Debbie J. Vorous, Esquire
Office of the Special Master                                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                               Department of Justice
317 Iron Horse Point Way, Suite 301                         1300 "I" Street, Suite 125
Providence, RI 02908                                         P. O. Box 944255
                                                             Sacramento, CA 94244-2550

### RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of June, 2012 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0209.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3

    Heather McCray Esq., Office of Legal Affairs, CDCR
    Michael Stone, Esq., Office of Legal Affairs, CDCR
    Michael Bien, Esq., Rosen, Bien and Galvan
    Donald Specter, Esq., Prison Law Office
    Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
    Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
    Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
    Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of June - 2012

| SVSP | | FY 11/12 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 0.50 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| BLDG MAINT WRKR CF | 6216 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.50 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.70 | 0.00 | 6.80 | 50.37% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CORRECTIONAL SUPERVISING COOK, CF | 2183 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| HEALTH PROGRAM SP I | 8338 | 2.50 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 60.00% |
| HEALTH REC TECH I | 1869 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| MATERIAL & STORES SUP I CF | 1508 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP I (T) | 1148 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 12.50 | 12.00 | 10.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 20.00% |
| PSYCH-CLINIC CF | 9283 | 23.50 | 29.02 | 27.50 | 1.52 | 1.00 | 0.00 | 3.67 | 0.00 | -8.67 | -36.89% |
| REC THERAPIST CF | 9286 | 7.70 | 7.00 | 3.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.70 | 61.04% |
| SR PSYCH CF/SP | 9287 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 3.50 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 14.29% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 9.00 | 9.50 | 5.50 | 4.00 | 0.00 | 0.00 | 0.60 | 0.00 | 2.90 | 32.22% |
| STAT ENG-CF | 6713 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.50 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| | Totals | 87.70 | 82.52 | 62.00 | 20.52 | 1.00 | 0.00 | 4.97 | 0.00 | 19.73 | 22.50% |

Source: FY 11/12 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Resource Management

# Exhibit 39

## Institutional Mental Health Staffing and Telemedicine

## California State Prison, Sacramento

Point in Time Date: January 21, 2013

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate % | Full Time Equivalent | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 1 | 0 | 0 | 100% | 0 | 0 | 100% |
| Senior Psychiatrist Supervisor | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Chief Psychologist | 2 | 2 | 0 | 0% | 0 | 0 | 0% |
| Senior Psychologist Supervisor | 9.5 | 9 | 0 | 5% | 0 | 0 | 5% |
| Staff Psychiatrist | 21 | 12.25 | 8.75 | 42% | 4.0 | 4.75 | 23% |
| Staff Psychologist | 58 | 38 | 20 | 34% | 11 | 9 | 16% |
| Sr. Psychologist Specialist | 6 | 4 | 2 | 33% | 0 | 0 | 33% |
| Supervising Social Worker | .5 | 1 | 0 | 0% | 0 | 0 | 0% (Overfilled) |
| Clinical Social Workers | 24.5 | 19 | 5.5 | 22.5% | 3.75 | 1.75 | 5% |
| Recreational Therapist | 25.5 | 16 | 8.5 | 33% | 0 | 8.5 | 33% |
| MHSDS Admin Support | 24.5 | 13 | 11.5 | 47% | .75 | 10.75 | 44% |
| Office Services Supervisor | 1.0 | 1.0 | 0 | 0% | 0 | 0 | 0% |

**Telemedicine**

| Psychiatry Telemedicine Used? | Number of Hours Per Week |
|---|---|
| NO | N/A |

# Exhibit 40

# Coleman Review, Round XXV

## MENTAL HEALTH MANAGEMENT REPORT

**California State Prison, Sacramento**

Review Period:  December 1, 2011 – May 31, 2012

California State Prison, Sacramento



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

DRPD 1 00450

## TABLE OF CONTENTS

GLOSSARY OF TERMS.........................................................................................................................................4

I.     Institutional Program Summary ..................................................................................................6

   A.   Overview of all the mental health programs at institution..............................................................6

   B.   New Construction/Remodeling ......................................................................................................6

   C.   New or Anticipated Mission Changes .............................................................................................6

   D.   Major Population Moves..................................................................................................................6

   E.   New or Overflow Administrative Segregation or any other Specialized Housing Units ....................6

   F.   Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements..7

II.    Mental Health Roster .....................................................................................................................8

III.   Quality Management ....................................................................................................................9

   A.   Local Governing Body (LGB) ...........................................................................................................9

   B.   Quality Management Committee (QMC)........................................................................................10

   C.   Mental Health Quality Management Subcommittee (MHQM) .......................................................10

   D.   Peer Review....................................................................................................................................10

   E.   QIT and FIT Activities......................................................................................................................12

IV.   Medication Management, Psychotropic Medications ...................................................................14

   A.   Total Inmate-Patients Receiving Psychotropic Medications...........................................................15

   B.   Medication Continuity for New Arrivals (Inter-Institutional CDCR Transfers)...............................15

   C.   Medication Continuity for Transfers (Intra-Institutional Transfers) ..............................................15

   D.   Medication Continuity for Renewal of Orders/Bridge Orders .......................................................15

   E.   Lab Tests/Results for MHSDS Inmate-Patients .............................................................................15

   F.   Direct Observation Therapy (DOT) Medication Administration .....................................................16

   G.   HS Medications (After 2000 Hours)...............................................................................................16

   H.   Medication Non-Compliance Policies and Procedures ..................................................................16

   I.   The Medication Administration Record (MAR)..............................................................................17

   J.   Timely Processing of Medication Orders ......................................................................................17

   K.   Informed Consent Forms...............................................................................................................17

   L.   Pill Lines........................................................................................................................................17

DRPD 1 00451

M.   Hoarding/Cheeking Medications ....................................................................................... 18

N.   Parole medications process .............................................................................................. 18

V.   Mainline CCCMS ..................................................................................................................... 18

A.   Timeliness of PC and Psychiatrist Contacts ..................................................................... 18

B.   Prerelease and Discharge Planning .................................................................................. 19

VI.   Mainline Enhanced Outpatient Program (EOP) .................................................................. 19

A.   Timeliness of PC and Psychiatrist Contacts ..................................................................... 19

B.   Prerelease and Discharge Planning .................................................................................. 20

VII.   Department of Mental Health (DMH) Referrals ................................................................... 20

VIII.   Mental Health Crisis Bed (MHCB) ........................................................................................ 20

IX.   Outpatient Housing Unit (OHU)/Mental Health Outpatient Housing Unit (MH-OHU) ....................22

X.   Alternative Housing ................................................................................................................ 22

XI.   Administrative Segregation Unit (ASU) ................................................................................. 23

A.   ASU-CCCMS ....................................................................................................................... 23

B.   ASU-EOP (HUB) .................................................................................................................. 23

C.   ASU-Non-MHSDS ............................................................................................................... 25

XII.   Psychiatric Services Unit (PSU) ............................................................................................ 25

XIII.   CCCMS SHU ......................................................................................................................... 26

XIV.   Suicide Prevention ................................................................................................................ 27

A.   Completed Suicides ......................................................................................................... 28

B.   Attempted Suicides during the Reporting Period ............................................................. 28

C.   Inmate Profile Procedure ................................................................................................ 28

XV.   RVR Protocols ...................................................................................................................... 28

XVI.   Use of Force ........................................................................................................................ 29

XVII.   Mental Health Referrals ....................................................................................................... 29

XVIII.   MHTS.net Agreement Audits ............................................................................................... 29

DRPD 1 00452

## GLOSSARY OF TERMS

| Acronym | Term |
|---------|------|
| AIMS | Abnormal Involuntary Movement Scale |
| APP | Acute Psychiatric Program |
| ASU | Administrative Segregation Unit |
| CAP | Corrective Action Plan |
| CC | Correctional Counselor |
| CCCMS | Correctional Clinical Case Management System |
| CDCR | California Department of Corrections and Rehabilitation |
| CHSA | Correctional Health Services Administrator |
| DMH | Department of Mental Health |
| DOT | Direct Observation Therapy |
| EOP | Enhanced Outpatient Program |
| FIT | Focused Improvement Team |
| GP | General Population |
| HC-POP | Health Care Population Oversight Program |
| HS | Hour of Sleep |
| I/P | Inmate-patient |
| ICC | Institutional Classification Committee |
| ICF | Intermediate Care Facility |
| IDTT | Inter Disciplinary Treatment Team |
| LGB | Local Governing Body |
| LOC | Level of Care |
| LOP | Local Operating Procedure |
| LOS | Length of Stay |
| LPT | Licensed Psychiatric Technician |
| MAR | Medication Administration Record |
| MHCB | Mental Health Crisis Bed |
| MHCBU | Temporary Unlicensed Mental Health Crisis Bed Unit at SAC |

DRPD 1 00453

| MH-OHU | Mental Health-Outpatient Housing Unit |
|--------|----------------------------------------|
| MHQM | Mental Health Quality Management Subcommittee |
| MHSDS | Mental Health Services Delivery System |
| MHTS | Mental Health Tracking System |
| ML | Mainline (General Population) |
| OHU | Outpatient Housing Unit |
| PC | Primary Clinician |
| PPEC | Professional Practice Executive Committee |
| PSU | Psychiatric Services Unit |
| QIT | Quality Improvement Team |
| QM | Quality Management |
| QMC | Quality Management Committee |
| R&R | Receiving and Release |
| RVR | Rules Violation Report |
| SAC | California State Prison, Sacramento |
| SHU | Security Housing Unit |
| SPC | Suicide Prevention Coordinator |
| SPR-FIT | Suicide Prevention and Response-Focused Improvement Team |
| SRE | Suicide Risk Evaluation |
| UHR | Unit Health Record |

DRPD 1 00454

## *Coleman* Review, Round XXV
## MENTAL HEALTH MANAGEMENT REPORT

December 1, 2011 – May 31, 2012
California State Prison, Sacramento

# I.    Institutional Program Summary

### A. Overview of all the mental health programs at institution

California State Prison, Sacramento (SAC) provides mental health treatment at the following locations and levels of care: ML CCCMS, ASU CCCMS, SHU CCCMS, ML EOP, ASU EOP, PSU, and MHCB levels of care.

### B. New Construction/Remodeling

Construction of permanent treatment and office space in B-Work Center for the EOP program (approx. 16,000 square feet) was completed and activated on March 19, 2012. Treatment space includes 8 group rooms, 2 classrooms, 3 non-contact interview rooms and 5 contact interview rooms. Joint custody and clinical staff orientation training was conducted to familiarize staff with inmate-patient processing, ducating procedures, and emergency response within the treatment center. Groups and individual clinician contacts were quickly transitioned from the housing blocks to the treatment center space with minimal disruption in services. Assigned EOP-II psychiatrists report improved quality of care as a result of easy access to electronic data (labs, eUHR) during individual psychiatry sessions.

Installation of suicide resistant beds in the MHCB units in CTCI, CTCII, and the temporary unlicensed MHCB Unit is scheduled for July 6 – July 23, 2012.

Construction of a new treatment and administrative area for an additional PSU population of 152 I/Ps on B Facility is scheduled to be completed March 26, 2013.

### C. New or Anticipated Mission Changes

There were no new mission changes during the review period. The PSU population is expected to expand by 152 beds in 2013.

### D. Major Population Moves

Dormitory housing in C Facility (approximately 130 inmates) was deactivated in February 2012. Inmates from the minimum facility are now housed in a C Facility housing block for orientation.

### E. New or Overflow Administrative Segregation or any other Specialized Housing Units

There were no new or overflow administrative segregation units, or any other specialized housing units activated during the review period. Inmates on ASU overflow are generally housed temporarily in PSU.

Page 6 of **30**

DRPD 1 00455

**F. Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements**

Access to treatment is regularly impacted in all programs by staff absences. Absences for vacation and sick leave (including long-term sick) were not covered with registry staff during the review period. In addition, staff who retired were not replaced until funds were available based on retirement payout. See Tab V.2 for a full description of the impact of staffing shortages on mental health treatment.

DRPD 1 00456

## II.   Mental Health Roster

## Institutional Mental Health Staffing and Telemedicine

Monitoring Period:  December 1, 2011 – May 31, 2012
Point in Time Date:  May 31, 2012

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate % | Full Time Equivalent | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Senior Psychiatrist Supervisor | 1 | 0 | 1 | 100% | 0 | 1 | 100% |
| Chief Psychologist* | 1 | 2 | 0 | 0% | 0 | 0 | 0% (Overfilled) |
| Senior Psychologist Supervisor * | 8 | 6 | 2 | 25% | 1 | 1 | 17% |
| Staff Psychiatrist* | 20.5 | 14 | 6.5 | 32% | 5.76 | .74 | 4% |
| Staff Psychologist | 52.5 | 35 | 17.5 | 33% | 8.19 | 9.31 | 27% |
| Sr. Psychologist Specialist* | 1 | 2 | 0 | 0% | 0 | 0 | 0% (Overfilled) |
| Supervising Social Worker | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Clinical Social Workers* | 25.33 | 21 | 4.33 | 17% | 2.38 | 1.95 | 8% |
| Supervising RN II* | 3 | 3 | 0 | 0% | .14 | 0 | 0% (Overfilled) |
| Registered Nurse* | 34.01 | 34 | .01 | 0% | 5.64 | 0 | 0% (Overfilled) |
| Unit Supervisor* | 1 | 3 | 0 | 0% | 0 | 0 | 0% (Overfilled) |
| Psychiatric Technicians | 80.4 | 77 | 1.39 | 2% | 4.74 | 0 | 0% (Overfilled) |
| Recreational Therapist* | 13.54 | 13 | .54 | 4% | 0 | 0 | 4% |
| MHSDS Admin Support* | 25.3 | 16 | 9.3 | 37% | 1 | 8.3 | 33% |

**Telemedicine**

| Psychiatry Telemedicine Used? | Number of Hours Per Week |
|---|---|
| NO | N/A |

Page 8 of 30

DRPD 1 00457

*Explanation of figures in Mental Health Roster:

- Chief Psychologist – Overfilled by 100%. 1 PY established in 918 Blanket (no funding attached at this time)
- Senior Psychologist Supervisor – 1 Supervisor on loan from FSP
- Staff Psychiatrist – 1 Employee Redirected due to PPEC/Disciplinary, 1 Employee acting in Sr. Psychiatrist position
- Sr. Psychologist Specialist – Overfilled by 100%. 1 PY established in 918 Blanket (no funding attached at this time)
- Clinical Social Worker – 1 Additional Employee 920 Blanket Long Term Sick pending possible non-punitive termination due to inability to become licensed
- Supervising RN II – Overfilled by 5%. (.14) PY in overtime used
- RN – Overfilled by 16%. 5.64 PY in overtime used
- Unit Supervisor – Overfilled by 200%. Funding for 2 Unit Supervisor positions in process of personnel research
- Recreational Therapists – 1 PY established in 918 Blanket (no funding attached at this time)
- MHSDS Admin Support – Total PY include 22.3 Office Technicians (13 Filled), OSS II - 1 PY Filled, HPS I – 1 PY Filled, CHSA II – 1 PY Filled in 918 Blanket (no funding attached at this time)

# III.    Quality Management

## A.  Local Governing Body (LGB)

The LGB at SAC is responsible for the oversight of the delivery of health care services. It meets at least quarterly and required attendance includes the Chief Executive Officer, Chief Physician Executive, Warden, the Chief Nursing Executive, the Chief of Mental Health and the Chief Supervising Dentist and/or the Correctional Health Services Administrator II. The Associate Warden of Healthcare also attends. Agendas and minutes for these meetings are maintained in Tab B.1.

The LGB is chaired by the CEO and requires a quorum be present for voting and recommendation purposes. The presence of 75% of the voting (required) members shall constitute a quorum. Optional attendees may be invited to the LGB meetings to provide additional information on agenda items but are not required and are not included in the 75% quorum.    Meetings were held in February, March, and April, 2012. A quorum was not present at any meeting during the review period.

The LGB makes recommendations to the Quality Management Committee (QMC) from subcommittee reports presented by the Subcommittee Chairperson in each of the LGB meetings as a standing agenda item. The LGB also reviews and makes recommendations on any outstanding action item lists, adding new items if warranted.    The LGB regularly reviews and approves operational policies, Title 22 regulatory and licensing standards, and individual practitioner privileges.    No formal recommendations were made due to not having a quorum present at meetings.

DRPD 1 00458

## B. Quality Management Committee (QMC)

The California Correctional Health Care Services (CCHCS) division at CSP - Sacramento strives to exceed effective, timely, competent care in its delivery of comprehensive healthcare services to its inmate-patients. The Quality Management Committee is the venue that sets this practice forth by facilitating continuous quality improvement processes in the delivery of health care services. CSP – Sacramento's QMC mission is to be a leader in the delivery of clinically sound and constitutionally adequate custodial health care in keeping with adopted standards and scope of services within the custodial environment.

The purpose of the AMC is to monitor, assess, and improve the quality of health care. During the reporting period, the QMC met 6 times. Minutes are available in Tab B.2. The QMC is chaired by the CEO and is comprised of department heads and clinical departments responsible for forwarding reports to the QMC from the following applicable committees: Pharmacy and Therapeutics Committee, Dental Program Subcommittee, Mental Health Program Subcommittee, Emergency Medical Response Review Committee, Licensed Inpatient Program, and Medical Program Subcommittee. Health Care Access custody officers also attend QMC meetings.  Presentations by each of the departments/subcommittees are data focused and general communication/coordination issues are discussed.  Of the six meetings, a quorum was present in five (83%).

## C. Mental Health Quality Management Subcommittee (MHQM)

The purpose of the MHQM is to oversee mental health services, review program performance, and monitor, create and implement improvement efforts.  The Chief of Mental Health or designee serves as Chair.  The Chief Psychologist, Sr. Psychologists, Nursing Supervisor representative, and Health Care Access Captain are mandatory members.  The MHQM is well attended by custody Sergeants and Lieutenants who work in the MH program.  MHQM is scheduled to meet weekly.  During the reporting period the MHQM met 24 times.  A quorum was attained in 100% of the meetings during the reporting period.

The MHQM regularly reviews data related to adherence with MHSDS Program Guide requirements; identifies and resolves problems, or charters QITs to resolve problems; and receives input from QITs, FITs and QMC for consideration.  The MHQM also plans interdisciplinary training as needed.  See section E. for a description of QIT and FIT activities.

The MHQM functioned to prioritize clinical tasks in areas with high workload and/or functional vacancies.  In order to prioritize supervisor time to critical tasks, and due to consistently high scores on UHR audits, in November 2011, the UHR audit schedule was revised from monthly to every-other month, and then to quarterly beginning in March 2012.

## D. Peer Review

SAC has three peer reviews: one for primary clinicians (psychologists and social workers), one for psychiatrists working in inpatient settings, and one for psychiatrists working in outpatient settings.

### Primary Clinicians

The primary clinician (PC) peer reviews are conducted semi-annually.  PCs are reviewed at least once every two years.  A team of two PCs comprises a review team.  Quality and thoroughness of

DRPD 1 00459

documentation are evaluated across six areas: Documentation, Assessment, Diagnosis, Treatment Planning, Treatment Delivery, and Consultation and Referral. The review team rates each area on a 9-point scale and provides a rationale for the numeric score. A summary of results is sent to the clinician being reviewed. This process is confidential with only the Peer Review Committee and the review team being aware of the identity of the clinician reviewed. If an overall unsatisfactory review is received, that clinician is scheduled for inclusion in the following quarter's review round. Two consecutive unsatisfactory reviews result in the reviews being referred to the local SAC Professional Practice Executive Committee (PPEC) for a corrective action plan.

During the monitoring period, 23 clinicians were reviewed. Two physicians received unsatisfactory reviews. Those two clinicians will re-reviewed during the next review cycle. There were two additional reviews of other clinicians scheduled but had to be cancelled because there was insufficient documentation in eUHR to allow these two reviews. .

#### Inpatient Psychiatrist

The Inpatient Psychiatrist peer review committee reviews psychiatrists who work in MHCB. The committee is composed of all staff and contract psychiatrists. One staff psychiatrist serves as Committee Chairperson. Between December 1, 2011 and May 31, 2012, the committee met twice: January 12, 2012 and May 10, 2012. Each quarter approximately 5% of all cases are reviewed, and the review includes cases from all three MHCB units. Criteria reviewed include use of appropriate medications, addressing side effects, polypharmacy, informed consent, appropriate laboratory studies, medication compliance, consideration of involuntary medication, documentation of rationale for medication changes, AIMS, and use of effective communication. For each committee meeting MHCB charts were randomly selected and assigned to the psychiatrists for review. During the committee meeting results of the chart reviews are discussed. If a deficiency is found, the Committee Chairperson provides feedback to the psychiatrist confidentially at a later time. Six primary psychiatrists and several providing daily back-up coverage were reviewed during the noted time period. All but one chart was found to meet the standard of care without needing further follow-up. Lack of documentation was the most common deficiency. Specifically noted was lack of documentation for polypharmacy.

#### Outpatient Psychiatrist

The Outpatient Psychiatrist peer review committee consists of all staff and contract psychiatrists. The committee also meets quarterly. There are two Committee Chairpersons, both staff psychiatrists. This committee met on December 15, 2011 and March 15, 2012. Criteria reviewed included effective communication documentation, medication choices and documentation, polypharmacy, appropriate laboratory studies, AIMS, addressing danger to self/others/grave disability, legibility, inclusion of date and time on notes, documentation for missed appointments, and timely follow-up for medication changes. Forty-five charts were randomly selected from various programs for review at the committee meetings. Two psychiatrists are assigned a chart to review separately. Afterward they compare findings and report to the Committee Chairpersons. Any deficiencies are sent to the treating psychiatrist by email and he/she is asked to correct the chart. In two to three months, the Committee Chairpersons review the same chart to assure standard of care was met with corrections. If standard of care is still not met or continued deficiencies are found with a specific psychiatrist, a focused peer review occurs. This involves the Committee Chairpersons reviewing several charts from the psychiatrist being evaluated. All psychiatrists' notes were

DRPD 1 00460

evaluated at some point during the review period. No pattern of practice deficiencies was found. The most common omission was lack of a 5-Axis diagnosis and the "E" of a SOAPE note.

## E. QIT and FIT Activities

Seventeen Mental Health QITs and FITs were active at some point during this reporting period. Seven new QITs were chartered since the last management report, and four new QITs were chartered during the review period. Eight QITs were resolved during the review period.

QITs initiated during the review period:

- Clozapine (Clozaril) Quality Assurance
  - o This QIT was formed on 12/13/2011 to evaluate and create a process to monitor and manage Clozaril patients more closely. Systems were developed to ensure laboratory tests were ordered within required timeframes, and that responses to lab values were appropriate. The QIT continues to work on systems to ensure continuity of care when inmate-patients are transferred or released.
- Psychiatrist IP Access in EOPI
  - o This QIT was formed on 3/6/12 to decrease barriers to providing psychiatric services in EOPI, including decreasing wait times to see inmate-patients and assess feasibility of holding a psychiatric clinic in the A Facility Clinic area, with longer hours than are available in the treatment center. The psychiatry clinic was established in April 2012, which significantly improved access. Once minor logistics issues related to ducating are resolved, this QIT will be closed.
- Disease Mgmt Guidelines (DMG) & Implementation for Psychiatry
  - o This QIT was formed on 4/19/12 in order to review the DMG and implement a process to ensure that follow-up and ongoing assessments for patients treated with psychotropic medications follow the DMG.

QITs and FITs ongoing during the review period:

- Group Therapy Documentation – Revisited
  - o This QIT was formed on March 18, 2011 to assess the possibility of initiating group therapy documentation if the implementation of the eUHR removed barriers related to filing an additional 2000 documents per month. eUHR was implemented in July 2011, and the QIT developed a pilot system for PSU to create group therapy notes beginning in November 2011. The pilot system includes group therapy communication notes from group facilitators, which are available for summary by the primary clinician at each IDTT. It is recognized that this does not always meet the requirement for group therapy summaries to be written every 30 days, but is an improvement over having no group therapy summary notes at SAC. The pilot was initially unsuccessful because group therapy communication notes from facilitators included large amounts of information that was not clinically meaningful. When facilitators were trained to include only clinically meaningful information, there were very few notes written at all. At the end of February 2012, group facilitators were re-trained on the meaning of "clinically meaningful" documentation, and supervisors used the progressive disciplinary system in March 2012 to ensure that notes were being written. In May 2012, the pilot was

Page **12** of **30**

DRPD 1 00461

expanded to ASU EOP and PSUII. If this expansion is successful, the GP EOP programs will implement the first week of July.

- Job Satisfaction
  - o This QIT was formed on May 13, 2011 after a Job Satisfaction Advisory Committee recommended an ongoing QIT related to Job Satisfaction and employee retention. The QIT met approximately once a month during the review period to discuss ways to increase job satisfaction.
- Coping with Psychiatrist Shortages
  - o This QIT was formed on July 7, 2011 when the psychiatrist vacancy rate reached 47%. This QIT developed and implemented strategies to recruit and retain psychiatrists. The current functional vacancy rate is 0%. However, psychiatry workload remains high due to two psychiatrists being redirected (one into a supervisor position, and one due to Professional Practice Executive Committee).
- DMH Clinical Review Panel
  - o This QIT was formed on July 8, 2011 in order to review treatment provided to I/Ps who met criteria for consideration for referral to DMH, but were not referred. The final recommendation was approved by QMC on March 8, 2012. The recommendation was that the Chief of Mental Health continue a review process to ensure inmate-patients are referred to DMH as appropriate, and receive appropriate treatment if they are not referred. A binder documenting treatment plan reviews and feedback to primary clinicians is available upon request.
- 5/8 Day Follow-Up Procedures
  - o This QIT was formed on August 4, 2011 due to inconsistent adherence to 5/8 day follow-up requirements. The QIT identified reasons for the deficiencies and developed corrective action. The final recommendation was approved by QMC on January 5, 2012. 5/8 Day Follow-Up audits have consistently demonstrated over 90% adherence to this requirement during this review period.
- Management of Inmate Misconduct and Abuse of Housing in Alternative Safe Housing
  - o This QIT was formed on August 9, 2011 to discuss I/Ps who use alternative safe housing for secondary gain including indecent exposure and sexual misconduct. Final Recommendations of the QIT were submitted to the MHQM on May 11, 2012 and to QMC on June 7, 2012.
- MHTS.net
  - o This QIT has been ongoing since August 13, 2010, to ensure that data is accurately entered into MHTS.net, used appropriately for quality management purposes, and is in agreement with documentation in the Unit Health Records. This QIT is required by MH Program Headquarters on an ongoing basis.
- Improving PSU Evening Group Activities
  - o This QIT has been ongoing since December 10, 2010. The QIT formed because of lack of I/P participation in PSU evening group activities, and excessive staff absences for evening groups. This QIT created standby lists to ensure that groups are filled, and has developed a schedule for staff to work late hours in order to provide group therapy on a consistent basis beginning September 5, 2011. The QIT continued in order to ensure adequate coverage of late-hours groups and adequate standby lists. Final Recommendations from this QIT were sent to QMC on June 7, 2011.

Page 13 of 30

- Flow of Documents from Nursing to Mental Health
  - o This QIT was formed on November 4, 2011 in order to evaluate and monitor the flow of documents from nursing to MH in EOP and CCCMS, and to determine whether standardization of procedures across programs was needed. Final Recommendations for this QIT were sent to MHQM on April 20, 2012 and to QMC on May 3, 2012.
- File Server Maintenance
  - o This QIT was formed on September 27, 2011 in order to examine which files on the shared server should be deleted, combined, or re-sorted based on an agreed-upon standards. Final Recommendations from this QIT were sent to QMC on May 3, 2012.
- Clinician Backup Systems
  - o This QIT was formed on September 27, 2011 in order to ensure systems were in place for backup coverage when a primary clinician was not available. Final recommendations of this QIT were approved by QMC on January 5, 2012.
- ASU EOP Treatment Improvement FIT
  - o This FIT focuses on improving participation in treatment and improving the quality of treatment in ASU EOP. The FIT has developed a Behavioral Incentive Program that will be implemented once incentive items are purchased. SAC continues to work with HQ staff to purchase items.
- PSU Group Therapy Coordination
  - o This QIT was recommended by MHQM on May 18, 2012 in order to streamline communication regarding specific inmate-patient group attendance issues and to coordinate standby lists for some groups. The charter was not written until after the end of this review period, and the QIT did not meet during the review period.
- SPR-FIT
  - o During the review period, SPR-FIT was held 11 times. There were six regular meetings and five additional meetings to review incidents of self-harm. See section XIV of this report for details of the agenda and actions taken to prevent suicides at SAC.

QITs resolved during monitoring period (see descriptions above):
- Improving Evening Groups
- Management of Inmate Misconduct and Abuse of System in Alternative Safe Housing
- Flow of Documents from Nursing to Mental Health
- File Server Maintenance
- 5/8 Day Follow Up
- Clinician Backup Systems
- Coping with Psychiatrist Shortages
- DMH Clinical Review Panel

## IV.   Medication Management, Psychotropic Medications

Some medication management audits for May 2012 were not yet completed at the time data for this report was compiled. In these cases, the data is provided for December 1, 2011 – April 30, 2012. Data for May 2012 will be available upon request at the time of the Coleman monitoring visit on July 10-11, 2012.

DRPD 1 00463

## A. Total Inmate-Patients Receiving Psychotropic Medications

The total number of I/Ps in the MHSDS receiving psychotropic medications at the end of the reporting period was 1073.

## B. Medication Continuity for New Arrivals (Inter-Institutional CDCR Transfers)

Based on Nursing Audit 2B, 97% of new arrivals received NA/DOT medications within 24 hours of arrival to the facility between December 1, 2011 and April 30, 2012. Audit 2B reviews records from every new arrival to SAC.

## C. Medication Continuity for Transfers (Intra-Institutional Transfers)

Nursing Audit 6 monitors the percentage of I/Ps that transfer within the institution who received their prescribed psychotropic medications without interruption. Based on a random sample of 290 charts, from December 2011 through April 2012, 99% of I/Ps transferring within the institution received their prescribed psychotropic medications without interruption. At least ten records per housing unit are reviewed each month. The random sample is obtained by reviewing the MARS to collect all applicable I/Ps. Then, starting with the letter "L," every other name is selected until at least ten are identified. Each month a different letter is used as a starting point. SAC does not monitor/audit the percentage of I/Ps discharged from the MHCB who received their psychotropic medications without interruption separately from the audit noted above.

## D. Medication Continuity for Renewal of Orders/Bridge Orders

Based on the Medication Continuity Audit, 88% of I/Ps received timely renewals of their psychiatric medications between December 1, 2011 and May 31, 2012. The Chief or Senior Psychiatrist completes this monthly audit using a sample of ten I/Ps obtained randomly from a pharmacy list. In order to provide consistent adherence to the policy, a number of steps have been taken. Psychiatrists are reminded to document the date they received the request for renewal of medications in their notes, and use pharmacy-generated lists of medications that are expiring on their unit. In units where there was no regularly designated psychiatrist due to functional vacancies (e.g. due to long term leave or suspended privileges), nursing staff have been trained to forward any expiring medications to the Chief or Senior Psychiatrist for renewal. Lapses in medication based on having no written medication orders are not tracked or audited separately from the audit described above.

## E. Lab Tests/Results for MHSDS Inmate-Patients

SAC conducts audits on lab tests for two types of medications; Clozaril and Mood Stabilizers.

During the reporting period, all UHRs of I/Ps receiving Clozaril were reviewed by the Senior Psychiatrist. There were a total of 144 charts reviewed. 96% of the I/Ps had laboratory tests ordered and drawn as clinically indicated.

Based on the Mood Stabilizer Audit, 71% of I/Ps had laboratory tests ordered when clinically indicated between December 1, 2011 and May 31, 2012. To complete this audit ten inmate-patients are randomly selected using a list from the pharmacy of inmate-patients prescribed psychotropic medications on different units. There were 60 charts audited during the review period. Psychiatrists reviewed laboratory study results and documented clinical action in 50% of the cases. A Quality Improvement Team (Disease Management Guidelines and Implementation for Psychiatry)

Page **15** of **30**

DRPD 1 00464

was chartered on April 19, 2012 to address issues related to ordering laboratory tests and documenting appropriate review and clinical action. Standardized laboratory protocols based on disease management guidelines (DMG) have been forwarded to all psychiatrists, and training has been provided. Psychiatrists have been informed they are to follow the CDCR blood monitoring guidelines even if these medications are prescribed at low doses or as adjunctive therapy. SAC has been working with headquarters on development of a registry that can be used to monitor upcoming laboratory tests required, and provides notification of delinquent laboratory tests. The psychiatrists have been trained on use of the site and are encouraged to use it as an adjunctive monitoring tool. A meeting has been scheduled to address issues including refusal of medications and monitoring with ancillary staff to develop mechanisms to notify the physician, using the successful Clozaril protocol as a guide.

An Abnormal Involuntary Movement Scale (AIMS) must be completed every 6 months for each I/P prescribed psychotropic medications. Based on the AIMS/Consents Audit, an AIMS was completed within the last 6 months in 95% of applicable cases between December 1, 2011 and May 31, 2012. For this monthly audit the Chief or Senior Psychiatrist selects ten random I/Ps from all housing units within SAC.

### F. Direct Observation Therapy (DOT) Medication Administration

Based on point-in-time data from the pharmacy, 176 I/Ps were prescribed psychotropic DOT medication on May 31, 2012. Based on Nursing Audit 9, DOT medication administration procedures were followed 100% of the time between December 1, 2011 and April 30, 2012. For this audit, nursing supervisors observe two random pill lines per housing unit each month. At least one of the two random pill lines is during 2nd watch and one during 3rd watch.

### G. HS Medications (After 2000 Hours)

Based on point-in-time data obtained from the pharmacy, there were 200 MHSDS I/Ps receiving HS medications on May 31, 2012. HS medications are delivered after 2000 hours. Supervisors routinely make rounds to audit this process, however, no data is collected regarding percentage of adherence to the requirement.

### H. Medication Non-Compliance Policies and Procedures

Medication Management Audit 5A reviews if nursing staff completed proper documentation (encircle initials in red and write comment) for an inmate-patient that is a "no show" or refuses his medications. Nursing staff completes this monthly audit by reviewing the MARS and identifying all applicable inmate-patients. Starting with a different letter each month, every other inmate-patient is audited until ten are completed in each housing unit. Audit results averaged 95%, with a range from 86% to 99% (see Tab E.7 (5A-attachment)).

Medication Management Audit 5B reviews if an inmate-patient was referred on an urgent basis to the prescriber and Public Health Nurse for refusal or "no show" of 1 dose of court-ordered medication or 2 consecutive doses of insulin, TB, or HIV meds. Nursing staff completes this monthly audit by reviewing the MARS, identifying all applicable inmate-patients, and selecting a different letter to begin audits with each month. Every other inmate-patient is audited until ten are completed in each housing unit. Audit results averaged 52%, with a range of 33% to 75% (see Tab

DRPD 1 00465

E.7 (5B-attachment)). All nursing staff have been retrained and nursing supervisors will continue to audit this process to achieve and maintain a 95% or greater adherence.

Medication Management Audit 5C reviews if there is a follow up appointment for medication counseling with the provider documented for inmate-patients who refuse or "no show" for 3 consecutive days or refuse 50% of medication over a 7-day period. During the review period, there were 60 charts audited. Four of the monthly audits included data regarding the total number of refusals in the unit. In these four months, there were a total of 62 inmate-patients who refused medications warranting a 128C chrono to be generated. This audit is completed by a staff psychiatrist and is rotated to a different housing unit each month. Ten names are randomly selected from the log of medication refusals. The psychiatrist reviews charts to verify that inmate-patient contact was made within 7 days of referral and that a treatment decision was documented. Audit results averaged 75%, with a range of 30% to 100% (see Tab E.7 (5C-attachment)).

### I.  The Medication Administration Record (MAR)
Based on Audits 7A and 7B, eUHRs contained the previous month's MARS 91% of the time between December 1, 2011 and April 30, 2011. 91% of the eUHRs contained MARs that were complete and legible.

Audits 7A and 7b are completed by identifying all I/Ps who meet the audit criteria in each healthcare program. Starting with a letter of the alphabet (I/P's last name, starting with a different letter each month), every third I/P's eUHR is selected and reviewed. A minimum of 10 I/Ps (or 100% if fewer than 10 I/Ps) per healthcare program are audited each month.

### J.  Timely Processing of Medication Orders
Based on Nursing Audits 3A and 3B, newly prescribed or changed medications were processed and provided to the I/P within 24 hours after the order was written 98% of the time between December 1, 2011 and April 30, 2012.

This audit is completed by identifying all I/Ps who meet the audit criteria in a selected healthcare program. Then starting with a letter of the alphabet (I/P's last name), every other I/P's MAR is selected and reviewed. A minimum of 10 records (or 100% if fewer than 10 I/Ps) per healthcare program are reviewed for the timely processing of medication orders.

### K.  Informed Consent Forms
Based on the AIMS/Consent Audit, up to date informed consents were present in 97% of the charts of I/Ps prescribed psychiatric medications between December 1, 2011 and May 31, 2012. This audit is completed monthly by the Chief or Senior Psychiatrist using a random sample of ten I/Ps from all housing units. Consent forms expire annually.

### L.  Pill Lines
There are currently 16 areas of medication administration.  These are:
- Facility A: GP, GP EOP, ASU EOP, PSUI, PSUII, CTCI, CTCII, OHU, Stand Alone ASU
- Facility B: GP, GP EOP, ASU, SHU, Temporary Unlicensed MHCB
- Facility C: GP

Page 17 of 30

DRPD 1 00466

• Minimum Support Facility: Dorms

Pill lines at SAC occur in Facility B and C, GP settings, and Facility A GP (8 Block sections A and C). Medication is delivered cell side in EOP level of care and lock up units. The pill lines in Facilities B and C have been sporadic due to frequent lock-downs in those yards. In C Facility, it takes approximately three minutes for each I/P to receive his medication from the medication cart. At that time, staff complete any needed checks for compliance before the I/P is released back to his housing or to yard as scheduled.

## M. Hoarding/Cheeking Medications

During the reporting period, there were three CDCR-115 Rules Violation Reports (RVRs) written explicitly for hoarding or cheeking medication (see Tab P.7).

## N. Parole medications process

The parole desk staff notifies pharmacy of all paroling inmates at least 30 days in advance of release dates. Because parole dates frequently change, daily updates are sent from the parole desk to the pharmacy. Based on Nursing Audit 8, there were 44 I/Ps who paroled and were taking psychotropic medications during the review period. Ninety-five percent of I/Ps with active prescriptions received a 30-day supply of psychiatric medication upon parole (between December 1, 2011 and May 31, 2012). This audit reviews every I/P who paroles from SAC. Paroling inmates are required to sign for receipt for their parole medications. There is no audit of the signatures conducted at SAC.

# V.   Mainline CCCMS

## A. Timeliness of PC and Psychiatrist Contacts

At the end of the reporting period there were 5 primary clinicians providing services in the ML CCCMS program with an average caseload of 144 I/Ps. During the reporting period 338 I/Ps entered the CCCMS mental health program. Of these, 60% received an initial contact with their PC within 10 days during which time the Clinical Intake Assessment was completed. During the review period, 76% of inmate-patients in mainline CCCMS had their initial IDTT within 14 days of arrival or transfer into the program. Thereafter, 93% received PC contacts at least once every 90 days (or more often if indicated), and 98% had a scheduled IDTT at least annually (or more often if indicated). Twenty-three percent of individual PC contacts took place more frequently than 90 days for clinical reasons. Individual PC contacts took place in a confidential setting 46% of the time. Reasons for non-confidential contacts included; 67% of cell-front interviews were due to the lock downs, 32% were due to urgent/crisis evaluations and 5-day follow-ups. There were very few IP refusals or other reasons for cell-front contacts. Institutional staff participated in the IDTT with the PC being present 100% of the time, psychiatrist 69% of the time, and I/P 84% of the time. During the audit period there was a shortage of psychiatric staff, and individual inmate-patient care was prioritized over IDTT attendance for psychiatrists. Reasons why the I/P failed to attend the IDTT were generally contributed to the lockdown on C-facility and the lack of escort officers available at times.

During the reporting period, 94% of inmates with prescriptions for psychotropic medications received timely psychiatry appointments.

DRPD 1 00467

The main reason for the reduced adherence with initial contacts and IDTTs is that a decision was made through the quality management system (due to workload) that inmate-patients who return to CCCMS ML from ASU are not seen for a new intake and initial IDTT, unless clinically indicated. In addition, C-Facility houses approximately 65% of the SAC ML CCCMS population and has been on lockdown since December 2011. The unpredictable access to IPs during the lockdown has impacted the clinicians' ability to maintain the timelines for Initial Contacts and IDTT while attempting to offer confidential interviews and treatment. IDTT adherence improved after a dedicated escort officer was assigned to ensure that inmate-patients could be brought to IDTT. A sample review of MHTS.net shows that most of the Initial Contacts were seen within one week of being due.

## B. Prerelease and Discharge Planning

During the reporting period, 21 I/Ps in the CCCMS level of care paroled from the institution. Of these, each was offered prerelease planning by their PC. On the mainline yard with the largest CCCMS population, a Pre-Release Group is typically offered as well. This audit period, however, the group has not been offered due to the lockdown on that yard. A normal group schedule will resume at the conclusion of the lockdown.

# VI. Mainline Enhanced Outpatient Program (EOP)

## A. Timeliness of PC and Psychiatrist Contacts

At the end of the reporting period there were two ML EOP programs, each with 8 PCs, with an average caseload of 24 I/Ps. During the reporting period, 87% of all new EOP admits were assessed and presented to the IDTT within 14 days of admission, at which point their initial treatment plan was completed and signed by the IDTT attendees. The reduced percentage for Initial IDTTs is due to administrative error in scheduling Initial IDTTs for new arrivals to GP EOP. Training has since been provided to clerical staff and the issue has now been corrected. Once I/Ps were admitted to the program, weekly PC contacts (individual or group activity) took place 96% of the time, IDTTs took place at least every 90 days 99 % of the time, and treatment plans were updated at least every 90 days 100% of the time. Individual PC contacts took place in a confidential setting 71% of the time. Reasons for non-confidential contacts occurring 29% of the time, included: 0% lack of confidential treatment space; 28% inmate refusal; 0% custody lock downs; 1% lack of escort officers; 9% modified program; 23% staff decision; and 40% unspecified. IDTTs were attended by their PC 100% of the time, by the psychiatrist 92% of the time, and by the I/P 84% of the time. Reasons why the I/P failed to attend the IDTT included; 71% inmate refusal, and 29% lock downs.

During the reporting period, group therapy was provided for I/Ps in the ML EOP program. Group topics included: Cultural Awareness, Spanish-language Group (assorted topics), Men's Health, Interpersonal Skills, Anger Management, Problem Solving, Communication Skills, Self-Esteem, Finding Happiness, Substance Abuse, and Pre-Release. On average, I/Ps were scheduled for at least 13 hours of structured therapeutic activity per week. During the reporting period, no ML EOP I/Ps were provided a modified treatment plan. Across the reporting period, there were 3 "down weeks" when all structured yard and groups were suspended in order to re-assign I/Ps to new treatment groups. When excluding "down week" data, the MHTS.net report for the review period indicates 9.5

DRPD 1 00468

hours as the average number of weekly structured therapeutic activities offered to ML EOP inmate-patients. On average 38% of the offered structured therapeutic activity was refused by I/Ps. Reasons for refusal are not systematically tracked but include mental health symptoms such as paranoia and lack of insight about need for treatment, avoidance of social interactions with other inmates, and dislike of specific groups or facilitators. The MHTS.net report for the entire review period, including "down weeks" reflects that 8.5 hours of structured therapeutic activities were offered on average to ML EOP I/Ps.

### B. Prerelease and Discharge Planning

During the reporting period 54 I/Ps in the EOP level of care paroled from the institution. Of these 100% received parole planning. SAC offers pre-release groups to all ML EOP I/Ps. I/Ps are offered this group up to six months before their scheduled release. This group focuses on preparing I/Ps for transition to the community by identifying needs for mental health follow up, housing, transportation, and connection with county services. ML EOP I/Ps also are interviewed by contract Transitional Case Management Program (Federal Benefits Workers), who complete a needs assessment and may apply for benefits on behalf of the inmate-patient.

## VII.  Department of Mental Health (DMH) Referrals

During this period, 1151 I/Ps met one or more of the indicators for consideration of referral to a higher LOC. Of the identified I/Ps, 8 % were referred to DMH, and 92% of I/Ps were not referred. At each institution, 25 I/Ps listed on the DMH non-referral log (or all I/Ps on the list if fewer than 25) were randomly audited. Of those audited for SAC, 100% had a reason for non-referral documented on the 7388B, and 83% had documented interventions to improve the I/P's level of functioning.

During the reporting period, 87 referrals to DMH were completed: 42 ICF and 45 APP. Seventy-four percent of ICF referrals were completed within five working days, and 62% of APP referrals were completed within two working days and posted on SharePoint.

During this time period, 0% of ICF referrals and 0% of APP referrals were rejected by DMH, and 12% of ICF referrals and 22% of APP referrals were rescinded.

During the reporting period 99 I/Ps returned to the institution from DMH.  DMH discharge summaries were received when the I/P returned to the institutions 100% of the time. Clinician-to-clinician contact took place within five working days of the I/P's return to the institution 97% of the time. Five-day follow-ups were completed 95% of the time for returning I/Ps.

## VIII.  Mental Health Crisis Bed (MHCB)

Data in MHTS.net regarding MHCB admissions has improved since the last Coleman reporting period.  Headquarters MHTS development staff is actively working to improve the system and institution staff is encouraged to attend weekly Management Reporting Webinars. In addition, SAC has a MHTS.net QIT that refers issues to the MHTS development staff when indicated. Data for this report is obtained from MHTS.net, and in cases where this data is still not completely accurate, from MHCB local tracking logs, and manual eUHR audits.

DRPD 1 00469

The institution has two licensed MHCB units (comprising 26 mental health crisis beds) and one unlicensed unit (comprising 20 mental health crisis beds) for a total of 46 mental health crisis beds. I/Ps are received from internal referrals as well as from other institutions. During the reporting period, 473 referrals were received from within the institution and 3 referrals were received from other institutions.

During the reporting period, the total number of admissions to the MHCB units, based on MHTS.net, totaled 476 (see Tab I.1). However, 44 of these were transferred to outside MHCBs. This total also does not include the inmate-patients that are currently at DMH, those who have since paroled, those that were referred from the unlicensed MHCBU to a licensed MHCB, and readmissions from outside hospitals. Including these additional admissions, the actual total number of admissions to MHCB units during the reporting period was 503, with 459 local SAC MHCB admissions. Of these 503 admissions, 256 were admitted through Crisis Triage.

The MHTS.net historical LOS Grid indicated the average LOS in MHCB was 15.2 days, and the range was from 0 to 112 days. The number of I/Ps with a LOS longer than 10 days was 262 (55%). Reasons for LOS longer than 10 days are indicated by a column inserted into the MHTS.net Historical LOS Grid filtered for LOS greater than 10 days (see Tab I.10 MHCB Historical LOS Grid with LOS Reasons Added). Primary reasons for LOS longer than 10 days are as follows: approximately 89 (34%) (Med Adj) were for medication adjustments and response monitoring; 56 (21%) (DMH Ref) were due to a DMH referral in progress or awaiting a bed; 44 (17%) (OCS) were to ensure continued stability to permit discharge; 21 (8%) (Weekend) were retained 1-3 extra days to ensure continuity of care and stability over a weekend; 16 (6%) (Sx Validity) were retained in MHCB to ensure safety of IP's expressing SI/HI who had questionable symptom validity; 12 (5%)(Medical) were for medical-psychiatric reasons; 8 (3%) (Cond SI) were to facilitate I/P negotiation of/coping with custody and safety concerns that would not be resolved by DMH transfer; 7(3%) (PBST) were for Positive Behavioral Support initiation/intervention; 5 (2%) (New Keyhea) were for Keyhea initiation (without DMH referral or other major reasons); 3 (1%) were retained in MHCB without DMH transfer due to impending parole, with parole planning as a critical component of treatment; 1 (<1%) was retained primarily to ensure the continued safety of an IP returned from DMH with polydipsia; 0% were clinically discharged awaiting bed, 0% were clinically discharged awaiting transfer back to home institutions. The percent retained for clinical reason was 100%. When I/Ps on the DMH waiting list were removed from the calculation, the average LOS in the MHCB was 12.2 days.

Once admitted to the MHCB unit, I/Ps received their initial IDTT within 72 hours of admission 97% percent of the time according to the MHTS.net contact interval reports (see Tab I.8). Thereafter, I/Ps were offered at least weekly IDTTs 100% of the time. IDTTs were attended by the PC 100% of the time, psychiatrist >99% % of the time; CCI 98% of the time; and nursing 98% of the time, according to eUHR audits (see Tab I.8a). Daily contacts by a licensed psychologist or psychiatrist occurred 99% of the time. Of those I/Ps that were admitted due to suicidal threats or behavior, adherence rates for Admission SREs was 99% and Discharge SRE's was 100%, according to SAC UHR audits (See Tab I.11 Compliance DC/UHR Admission and DC SRE-Background Data.) According to local SAC tracking, which audits 100% of required five day follow-up, the overall (average) adherence rate for 5/8 Day Follow-Up Contacts for the Correctional Treatment Centers (CTC) and Mental Health Crisis Bed Unit (MHCBU) from December 1 – May 31* was: 97.33% (See Tab I.8). Audits show that

Page 21 of 30

more than 99% of IP's being admitted to MHCB receive a Mental Health Assessment/Update (7386/7386 Update).

## IX. Outpatient Housing Unit (OHU)/Mental Health Outpatient Housing Unit (MH-OHU)

The institution has 20 OHU beds and no MH-OHU beds. At SAC, the OHU is used as the first option for alternative housing pending MHCB admission. There is no additional mental health staff assigned to OHU, and I/Ps are not placed in OHU for evaluation of need for a MHCB. Because the MHTS.net system does not include tracking of alternative housing placements, local spreadsheets are used to track alternative housing placements, including those in OHU.

The following data was derived primarily from the local alternative housing spreadsheet, which tracks placement location daily, sorted for I/Ps housed in OHU while placed in alternative housing pending crisis bed admission (See Tab J). During the reporting period, there were 0 referrals (all referrals are to alternative housing in general, not to OHU specifically) and 207 placements in OHU (See Tab J.3 OHU Contact Referrals). A total of 207 I/Ps were housed in the OHU pending transfer to a MHCB, and 98 were admitted to a MHCB. The average length of stay was 1.88 days, ranging from .5 to 4.5 days. There were 23 I/Ps with stays longer than 72 hours. 100% of I/Ps with a LOS beyond 72 hours were awaiting a bed in the MHCB.

Contact logs for Crisis Triage clinicians are cross-checked against the census daily by the Crisis Triage supervisor or designee to create a 100% selection audit. While residing in OHU, 100% of I/Ps received daily contact from a licensed psychologist, social worker or psychiatrist. Of those I/Ps placed in OHU pending MHCB admission, 100% were administered an SRE within 24 hours of placement, and 100% received an SRE upon release from OHU to regular housing (see Tab J.7). At least 99% received an SRE upon entry to a MHCB (See Tab I-11) Each SRE is annotated on the tracking sheets and reconciled by the Crisis Triage clinicians and OT daily. One hundred percent of inmate-patients released from OHU back to regular housing were ordered a five-day follow-up. Of those, 98% of I/P's received a completed or a substantial portion of a 5 day follow up or were returned to observation after their release.

## X. Alternative Housing

The data that follows is tracked through local spreadsheets, accounting for all I/Ps spending time in alternative housing. During the reporting period there were 515 I/Ps were placed in alternative housing while waiting for a MHCB bed. All were placed on suicide observations with constant direct visual observation. During the audit period, 515 I/Ps were placed in alternative housing (outside of OHU) while waiting for a MHCB. Of the total placed in alternative housing, 172 were transferred to a MHCB. The average LOS was 1.9 days, ranging from .0 thru 3.24 days. The reasons for lengths of stay longer than 72 hours (23) was pending MHCB admission (100%). Of those I/Ps that were placed in alternative housing due to suicidal or serious self-injurious behaviors, 100% were administered a SRE prior to placement or by the next day (Those I/Ps entering after hours when a clinician is not available receive a SRE by the next day). One hundred percent of I/Ps were ordered a five-day

DRPD 1 00471

follow-up and 96% received a completed five-day follow-up upon their release, based on data from December – April 2012 (See Tab C.5 - May 2012 data was not available at the time of this report).

## XI. Administrative Segregation Unit (ASU)

At the end of the reporting period (May 31, 2012) there were 286 I/Ps housed in ASU programs: 130 at CCCMS level of care (LOC), 49 at EOP LOC and 107 non-MHSDS I/Ps. Data in this section is based on audits using a 100% selection sample (see detailed audit information in Tab O.4, O.6, and O.8). All patients entering ASU are to receive a nursing pre-placement screening (CDCR Form 128-MH7). During the reporting period 97.6% of the I/Ps received pre-placement screening prior to placement in the ASU setting. Information describing the percentage of pre-placement screenings conducted in a confidential setting is not available. Based on a tally from the ASU Daily Movement Report, incoming I/Ps were placed in identified safety cells 32% of the time. All I/Ps placed in ASU were reviewed for current MHSDS status within one working day following their placement in ASU, and prior to the 114D hearing. One hundred percent of I/Ps received a mental health screening (31-item questionnaire) within 72 hours of placement. Custody documented 30-minute welfare checks 100% of the time, based on audits conducted by the custody supervisor on each shift.

### A. ASU-CCCMS

During the reporting period, 233 I/Ps entered the ASU CCCMS program. Ninety-six percent of the I/Ps were assessed by a clinician within 10 working days. Ninety-three percent of initial IDTTs were completed within 14 work days or prior to ICC, whichever occurred first. Subsequent IDTTs took place at least every 90 days 99% of the time. One hundred percent of IDTTs were attended by the primary clinician; 7% of IDTTs were attended by a psychiatrist; 95% of IDTTs were attended by the CCII; and 36% of IDTTs were attended by the I/P. During the audit period there was a shortage of psychiatric staff, and individual inmate-patient care was prioritized over IDTT attendance for psychiatrists. The reason for the IP not attending his IDTT is generally due to IP refusal. There is a high rate of IP refusal to attend mental health services in ASU in general, and when IPs are housed in overflow housing units, the custody staff there have conflicting responsibilities and sometimes cannot be available for escorts.

During the reporting period, 95% of I/Ps received at least weekly individual PC contacts, 37% of the time they were seen in a confidential setting and 63% of the time they were seen cell-front. Reasons for non-confidential contacts included: 73% I/P refusals; 1% Modified Program; 1.5% No Escort; 19% Staff Decision; 5% Unspecified. Ninety-six percent of I/Ps prescribed psychotropic medications were seen by a psychiatrist at least every 90 days. Daily LPT rounds were documented on the CDCR Form 7230-MH 100% of the time. Daily ASU morning meetings between custody and clinical staff were documented 69% of the time. During this audit period, the staff psychologist who attends the daily ASU morning meeting changed work facilities. There was a lag in documentation while she moved and adjusted to the shift in her work. The morning meetings and documentation have been re-instituted.

### B. ASU-EOP (HUB)

During the reporting period, according to the COMPSTAT ASU Tracking System, 191 I/Ps entered the ASU EOP. Based on data gathered from the ASU EOP Unit Health Record (UHR) audit, 80% of I/Ps received a comprehensive assessment (7386) prior to the initial IDTT or within 14 calendar days of

Page **23** of **30**

referral/identification. Based on MHTS.net Contact Intervals Report, 81% of initial IDTTs were completed within 14 calendar days or prior to ICC, whichever occurred first. The available data underestimates adherence partially because of false triggers in MHTS.net for initial IDTTs.

Subsequent IDTTs took place at least every 90 days 91% of the time. One hundred percent of IDTTs were attended by the primary clinician; 100% of IDTTs were attended by the psychiatrist; 100% of IDTTs were attended by the CC; and 75% of IDTTs were attended by the I/P. Reasons for I/P non-participation included: 87% I/P refusals, 4% conflicted with group therapy ducat, 7% outside medical appointment, and 2% confined to quarters (CTQ) due to a norovirus outbreak.

During the reporting period, I/Ps with LOS (length of stay) longer than 60 days or 90 days fluctuated monthly, therefore the following data were calculated based on the data available through the COMPSTAT ASU Tracking System. An average of 50% of inmate-patients had a LOS greater than 60 days, and an average of 35% of inmate-patients had a LOS greater than 90 days (as measured on the first day of each month). Reasons for LOS longer than 90 days included: 5% awaiting release to GP, 3% pending investigation, 6% waiting transfer to SHU/PSU, 33% awaiting transfer to another GP, 35% pending CSR review, 18% awaiting disciplinary to be completed.

Of the I/Ps in the program during the reporting period, 97% received at least weekly individual PC contacts. Fifty-six percent of contacts took place in a confidential setting; 15% were out of cell, non-confidential contacts, and 29% of contacts were cell-front (MHTS.net Appointments Closed Report). Reasons for non-confidential cell-front contacts included, 23% I/P refusals; 1% lack of custody escorts; 3% modified program; 17% staff decision; 56% unspecified.

According to the Contact Intervals Report, 95% of I/Ps prescribed psychotropic medications were seen by a psychiatrist at least every 30 days. UHR audits determine the adherence level of documentation of the Weekly Summary of LPT Clinical Rounds. Utilizing these data averaged over the six month reporting period, daily LPT rounds were documented on the CDCR Form 7230-MH Progress Note 95% of the time.

An average of 8.66 weekly hours of structured therapeutic activity was offered for I/Ps in ASU EOP during the review period (See Tab O.16 for details). During the reporting period, excluding down weeks, I/Ps were scheduled for an average of 11.13 hours per week of group therapy, offered 8.66 hours per week, refused 4.29 hours per week, attended 4.37 hours per week, and had an average of 2.47 hours of group treatment cancelled per week. Some of the reasons for group cancellations included holidays, staff absence/vacancies, staff redirection and training, institutional lockdown (e.g. due to escape, TB testing, norovirus outbreak, etc.), staff participating in peer review and staff deaths.

During the reporting period, the average number of I/Ps who refused more than 5 hours of offered treatment during a given week was 32% (see Tab O.16). I/Ps refusing more than 50% of offered treatment services received daily contacts with a Primary Clinician during the workweek 100% of the time. The data indicate no I/Ps were on a modified treatment plan during the reporting period (See Tab S.7). Daily ASU morning meetings between custody and clinical staff were documented 100% of the time.

DRPD 1 00473

### C. ASU-Non-MHSDS

All data reported in this section are from audits that use a 100% selection sample (see Tab O.4, O.6, and O.8 for details). During the reporting period, 676 I/Ps entered ASU. SAC does not maintain tracking that differentiates between MHSDS and Non-MHSDS inmate-patients entering ASU. Of those 676, 97.6% received a timely nursing pre-placement screening (CDCR Form 128-MH7). The percentage of screenings conducted in a confidential setting is not available. Custody documented 30-minute welfare checks 100% of the time, based on audits conducted by the custody supervisor on each shift. Nursing documented daily LPT rounds 100% of the time on unit Isolation Logs and 114 forms for each I/P.

## XII.   Psychiatric Services Unit (PSU)

At the end of the reporting period there were 16 primary clinicians providing services in the PSU program with an average caseload of 15 I/Ps (See Tab V.3). Four psychiatrists are assigned to PSU with one psychiatrist for each housing unit (with caseloads up to 64 inmate-patients).

During the reporting period, 215 I/Ps were transferred to the PSU; 158 were new arrivals and 57 were DMH returns (See Tab L.1). Eighty-eight percent of I/Ps who were new arrivals were seen for an evaluation by a clinician within 5 calendar days. From 12/1/11 through 5/31/12, 83% of I/Ps received a comprehensive assessment prior to the initial IDTT (which is to occur within 14 days). This data under-represent adherence to requirements because MHTS.net triggers a requirement for an initial evaluation every time an inmate-patient returns from alternative housing or out to court. Based on a quality management team decision regarding managing workload, Initial IDTTs for I/Ps returning from crisis bed admissions were scheduled only as deemed clinically necessary by the Treatment Team after 3/5/12.

Based on the MHTS.net On Demand Contact Intervals management report, subsequent IDTTs took place in a timely manner 97% of the time (Data does not differentiate 60 day versus 90 day reviews). One hundred percent of the IDTTs were attended by the senior psychologist (or designee); 100% were attended by the primary clinician or designee; 81% were attended by the psychiatrist (psychiatrists prioritized individual inmate-patient care over IDTT participation when necessary); 100% were attended by a CC-II; 88% were attended by the PSU facility captain (reduced adherence is due to institutional priorities such as Code 3, cell extractions or other safety and security matters that supersede IDTT); and 89% were either attended by the I/P or a reason was documented for the refusal (Primary clinicians failed to report reason for non-attendance on the 7230 in 11% of reviewed cases). If an IP refuses, the primary clinician provides a wellness check cell-side to ascertain his reason for refusal. The UHR audit does not capture the actual reasons for I/P non-participation, only that there was a reason included on the 7230 form. In general, the IP either refused the IDTT or the IDTT was done in absentia (e.g., when the IP is housed in alternative safe housing pending crisis bed, due to an incident involving the safety and security of the institution, Code 3, etc.). It is rarely, if ever, the case that there is an access to care issue with no available custody officers or conflicting ducats.

Based on the MHTS.net On Demand Contact Intervals management report, 89% of inmate-patients in PSU received at least weekly individual PC contacts. Due to several factors including

DRPD 1 00474

unpredictable workload for crisis/emergency treatment, vacancies, and inability to cover behind staff that are off on long-term leave, clinicians have sometimes been unable to provide weekly individual therapy for every inmate-patient in PSU. The mental health subcommittee determined that in order to manage workload, the treatment team may determine that specific inmate-patients (such as those who are pending level of care change to CCCMS or who are stable at EOP LOC) may receive individual therapy every-other week instead of weekly. Forty-eight percent of contacts took place in a confidential setting; 19% were out of cell non-confidential contacts, and 33% of contacts were cell-side. Reasons for non-confidential contacts included: 6% I/P refusals; 0% lack of clinical space; 1% custody lockdowns; 1% lack of custody escorts; 13% staff decision; 79% unspecified. Aside from inmate-patient refusals, cell front sessions are often utilized due to lack of provider time to complete all of their duties in a 40-hour workweek. Eighty-eight percent of I/Ps were seen by a psychiatrist at least every 30 days. 28.5% of I/Ps were offered at least ten hours of structured therapeutic activity per week (See Tab S.9).

The inmate-patients were scheduled, on average over the reporting period excluding down weeks, for 9.94 hours per week of group treatment, offered 7.91 hours per week, and refused 2.66 hours per week. 2.03 hours per week were cancelled, and 5.25 hours per week were attended by inmate-patients. Some of the reasons for group cancellations were: holidays, staff absence/vacancies, staff redirection and training, institutional lockdown, TB testing, staff participation in peer reviews and staff deaths. LPT rounds are not provided to PSU inmate-patients, only to ASU overflow inmate-patients housed in PSU.

On average, 34% of the offered structured therapeutic activity was refused by I/Ps. Reasons for refusal reported by inmate-patients included mental health symptoms, attempt to avoid incidents that could prevent parole, perceived safety concerns, or feeling tired of participating after being in PSU for a long period of time (See Tab S.10 for details). During the reporting period, 24 I/Ps were provided with a modified treatment plan that included fewer than 10 hours of structured therapeutic activity each week (See Tab S.7). From the beginning of the audit period until the first week in March 2012, 96% of those I/Ps with modified treatment plans were scheduled IDTTs on a monthly basis. Due to a quality management team decision regarding managing workload, since March 5, 2012, the modified treatment plan reviews have been combined with other regularly scheduled IDTTs (e.g., First 60 day, Second 60 day, or 90-day reviews).

Using a combination of paper records from both PSU and Custody staff, it was determined that, during the reporting period, 95 I/Ps' cases were reviewed to determine if their SHU term could be suspended and the I/P could be transferred to an EOP Mainline program. All 95 were released to ML EOP upon review by ICC/IDTT. In addition, during the reporting period, 25 PSU inmates were made CCCMS LOC; of these, eight were transferred to a non-PSU SHU.

## XIII.  CCCMS SHU

At the end of the reporting period there was one primary clinician providing services in the CCCMS-SHU with an average caseload of 12 I/Ps. During the reporting period, 8 I/Ps entered the CCCMS-SHU. One hundred percent of the I/Ps had an initial IDTT within 14 calendar days or prior to the ICC whichever occurred first. Subsequent IDTTs took place at least every 90 days, 100% of the time.

DRPD 1 00475

One hundred percent of IDTTs were attended by the primary clinician; 75% were attended by a psychiatrist; 100% were attended by the CCII; and 51% of IDTTs were attended by the I/P. During the audit period, there was a shortage of psychiatric staff, and individual inmate-patient care was prioritized over IDTT attendance for psychiatrists. Attendance at IDTT by the LPT has just recently been added to MHTS.net and therefore accurate numbers are not yet available. Reasons for I/P non-participation are generally due to IP refusal. Inmate-Patients mostly attend their initial IDTTs, but not necessarily their follow-up IDTTs. One hundred percent of I/Ps subsequently received contacts with their primary clinician at least once every 30 days, and 94% of I/Ps prescribed psychotropic medications were seen by a psychiatrist at least every 90 days. Weekly LPT rounds were documented on the CDCR Form 7230-MH 95% of the time.

## XIV.   Suicide Prevention

The institution has an active Suicide Prevention and Response Focused Improvement Team (SPR-FIT) that met 11 times during the review period. See Tab C.1 to review SPR-FIT meeting minutes.

Six regular monthly SPR-FIT meetings were held during the reporting period. In addition, SAC held five SPR-FIT meetings to discuss incidents of self-harm and self-harm reviews (December, January, February, April, and May). The Suicide Prevention Coordinator (SPC) coordinates the SPR-FIT. During the reporting period, ongoing suicide prevention efforts included (See Tab C.1 for more details):

- Action to construct vent covers in cells that are used for Alternative Safe Housing for Suicide Observations, which will not allow an Inmate-Patient to affix an item to attempt suicide by hanging.
- Per recommendation from local Indecent Exposure (IEX) Committee, SPR-FIT recommended to Mental Health Subcommittee to purchase longer suicide prevention smocks. The ordering of these smocks is currently in process.
- SPR-FIT inquired to Mental Health Headquarters staff regarding clarification around emergency medical treatment for Inmate-Patients who have an Advanced Directive that includes a Do Not Resuscitate (DNR) Order. According to Mental Health Headquarters staff, a DNR order does not apply to a violent death, including suicide. Training was provided to nursing staff regarding this issue.
- Policy was clarified regarding the treatment and assessment for Suicide Risk of Inmate-Patients who return from an outside hospital after a forensic medical examination following a reported sexual assault.
- Through recommendations from SPR-FIT to Mental Health Subcommittee and Quality Management, a Quality Improvement Team (QIT) was formed for the treatment of Inmate-Patients who overdose on medication or substances at CSP-SAC. The QIT is currently in process.
- The SPR-FIT committee identified a need for an additional staff alert to avoid administration of "Keep on Person" medication if an Inmate-Patient treated in CCCMS LOC had a history of cheeking, hoarding or overdosing on medication. In coordination with the Pharmacist and Pharmacy staff, there is now direction in the prescription instructions line for the medication indicating that precautions be taken for those Inmate-Patients needing supervision with medication administration.

Page **27** of **30**

During the reporting period, ongoing suicide prevention training consisted of: Weekly Block IST Suicide Prevention Training, Suicide Risk Assessment training, SRE Mentor Proctoring Program, Enhanced Safety Planning for I/Ps identified as needing written safety plans, and clinician consultation with Suicide Prevention Coordinator for at-risk I/Ps.

The self-harm review process remains active. Thirteen reviews have been completed and presented to the treatment teams and SPR-FIT for discussion during the reporting period.

On return to regular housing from a MHCB, OHU, or alternative housing 5-day follow-up was documented 97% of the time. Custody wellness checks were completed as required _100% of the time.

## A. Completed Suicides
During the reporting period, there were no suicides in the institution. Therefore, no Suicide Report Final Executive Summaries are included in Tab C.9.

During the last two years there were four suicides in the institution.

## B. Attempted Suicides during the Reporting Period
SAC maintains a log of all incidents of self-harm, and the following data were extrapolated from the self-harm log. Of the 21 serious suicide attempts during the reporting period, 5 of them were by hanging, 7 were by lacerations, 10 were by overdose, and 2 by other methods (1 by refusing insulin treatment and 1 by lighting items in his cell on fire). Note that three Inmate-Patients who engaged in serious suicide attempts used more than one method at a time (e.g., laceration and overdose). Therefore, there were 21 serious suicide attempts; however the total number of incidents in the above breakdown will equal 24. Four inmate-patients required outside hospitalization and 21 were referred to a MHCB for acute mental health care services, with 29% ultimately referred to a DMH facility.

## C. Inmate Profile Procedure
Based on a local audit of 100% of transfers, inmate profiles were printed and sent with 100% of I/Ps transferring out of SAC during the review period. ASU units follow procedures to review inmate-patient profiles for new arrivals each morning.

# XV.  RVR Protocols
During the reporting period, 1490 RVRs were issued for inmates at SAC: Four hundred nineteen for GP inmates, 462 for CCCMS, 549 for EOP, 60 for MHCB, and 11 for ASU GP. Of RVRs issued during the review period to inmates assigned to the CCCMS, EOP and MHCB levels of care, nearly 800 were accompanied by 115-MH RVR Mental Assessment Requests. Over 95% of those 115-MH requests were answered, including all RVRs issued to EOP and MHCB levels of care; all Division A, B, and C RVRs; or any other RVR that could potentially result in assessment of a SHU-term issued to inmates assigned to the CCCMS level of care. Sixteen of these requests were not completed at SAC due to

DRPD 1 00477

inmates transferring to other institutions.    Twenty-two of the requests are pending assessment. Two (2) RVR mental health assessment referrals were received concerning GP inmates, but in both cases referral criteria were not met, i.e. no bizarre or unusual behavior was exhibited.

## XVI.    Use of Force

A table of all the Use of Force and Non-Use of Force incidents during the reporting period can be found in Tab Q. Of the 178 Use of Force Incidents, 94% occurred with MHSDS I/Ps.  For Non-Use of Force Incidents, 73% occurred with MHSDS I/Ps.

## XVII.    Mental Health Referrals

Statewide policy requires mental health referrals to be processed within the following time frames:
- Emergent: Immediately
- Urgent: Within 24 hours
- Routine: Within five working days

During the reporting period, 1134 referrals were received, and on the final day of the period, 96% were closed.  Referral statistics (See Tab U.2) indicate that 98% of emergent referrals were seen the same day, 100% of urgent referrals were seen within 24 hours, and 75% of routine referrals were completed within 5 days (MHTS.net's calculation under-estimates adherence because it uses calendar days rather than reflecting the requirement, which is 5 business days).

## XVIII.    MHTS.net Agreement Audits

The Agreement Audit was completed regularly during the reporting period.  This audit examines agreement between MHTS.net entries and eUHR documentation of those contacts.  Specifically, the audit examines the eUHR to ensure that each selected clinician contact in MHTS had a corresponding entry in the eUHR.

Audits were conducted using the methodology and tool provided by HQ.  Per this protocol, clinical contacts were randomly selected each month.  The table below presents the data for each month.

DRPD 1 00478

| Month | Number of Contacts Audited | Number of MHTS contacts with corresponding documentation | Agreement Rate |
|---|---|---|---|
| December 2011 | 100 | 90 | 90% |
| January 2012 | 100 | 92 | 92% |
| February 2012 | 99 | 97 | 98% |
| March 2012 | 100 | 96 | 96% |
| April 2012 | 100 | 95 | 95% |
| May 2012 | 100 | 93 | 93% |

The mean agreement rate for the reporting period was 94%.

EUREKA C. DAYE
Chief Executive Officer

TIM V. VIRGA
Warden

Page **30** of **30**

DRPD 1 00479

# Exhibit 41

**Mean EOP Treatment Hours Summary 10/1/12 - 12/31/12\***

| Program | Scheduled | Offered | Attended |
|---------|-----------|---------|----------|
| ASU     | 11.6      | 9.9     | 5.4      |
| ML      | 12.3      | 9.1     | 5.2      |
| PSU     | 10.2      | 7.7     | 5.4      |

\*Does not include Down Weeks of 11/19 or 12/24, nor the first day of the
following group cycle, 12/31/12

# Exhibit 42

# California State Prison – Los Angeles County

## California Department
## Of
## Corrections and Rehabilitation

# MENTAL HEALTH SERVICES DELIVERY SYSTEM
# MANAGEMENT REPORT
# ROUND 25
# June 4-7, 2012

## Auditing Period
## October 1, 2011 to March 31, 2012

**L.S. McEwen**
**Warden (A)**

**T. Belavich, Ph.D., MSHCA**
**Chief Executive Officer**

**Richard Kendall, Psy.D.**
**Chief of Mental Health (A)**

DRPD 1 00338

## TABLE OF CONTENTS

| | |
|---|---|
| Glossary of Terms | Page 3-4 |
| Institutional Program Summary | Page 5-7 |
| Quality Management | Page 8-10 |
| Medication Management | Page 10-12 |
| Mainline CCCMS | Page 12 |
| Mainline Enhanced Outpatient Program (EOP) | Page 13 |
| Department of Mental Health (DMH) Referrals | Page 13-14 |
| Mental Health Crisis Bed (MHCB) | Page 14 |
| Outpatient Housing Unit (OHU)/Mental Health Outpatient Housing Init (MH-OHU) | Page 14 |
| Alternative Housing | Page 14-15 |
| Administrative Segregation Unit (ASU) | Page 15-16 |
| Psychiatric Services Unit (PSU) | Page 16 |
| CCCMS SHU | Page 16 |
| Suicide Prevention | Page 16-17 |
| Inmate Profile Procedure | Page 18 |
| RVR Protocols | Page 18 |
| Use of Force | Page 18 |
| Reception Center | Page 18-19 |
| Mental Health Referrals | Page 19 |
| MHTS.net Agreement Audits | Page 20 |

DRPD 1 00339

## GLOSSARY OF TERMS

| Acronym | Term |
| --- | --- |
| AIMs | Abnormal Involuntary Movement Scale |
| APP | Acute Psychiatric Program |
| ASU | Administrative Segregation Unit |
| CAP | Corrective Action Plan |
| CC | Correctional Counselor |
| CCCMS | Correctional Clinical Case Management System |
| CDCR | California Department of Corrections and Rehabilitation |
| CHSA | Correctional Health Services Administrator |
| DMH | Department of Mental Health |
| DOT | Direct Observation Therapy |
| EOP | Enhanced Outpatient Program |
| GP | General Population |
| HC-POP | Health Care Population Oversight Program |
| HS | Hour of Sleep |
| I/P | Inmate-patient |
| ICC | Institutional Classification Committee |
| ICF | Intermediate Care Facility |
| IDTT | Inter Disciplinary Treatment Team |
| LGB | Local Governing Body |
| LOC | Level of Care |
| LOP | Local Operating Procedure |
| LOS | Length of Stay |
| LPT | Licensed Psychiatric Technician |
| MAR | Medication Administration Record |
| MHCB | Mental Health Crisis Bed |
| MH-OHU | Mental Health-Outpatient Housing Unit |
| MHQM | Mental Health Quality Management Subcommittee |
| MHSDS | Mental Health Services Delivery System |

DRPD 1 00340

| MHTS | Mental Health Tracking System |
|------|-------------------------------|
| OHU | Outpatient Housing Unit |
| PC | Primary Clinician |
| PSU | Psychiatric Services Unit |
| QIT | Quality Improvement Team |
| QM | Quality Management |
| QMC | Quality Management Committee |
| R&R | Receiving and Release |
| RVR | Rules Violation Report |
| SHU | Security Housing Unit |
| SPC | Suicide Prevention Coordinator |
| SPR-FIT | Suicide Prevention and Response-Focused Improvement Team |
| SRE | Suicide Risk Evaluation |
| UHR | Unit Health Record |
|  |  |

DRPD 1 00341

# *Coleman* Site Visit, Round XXV
# MENTAL HEALTH MANAGEMENT REPORT
October 2011-March 2012
CSP-LAC

### INSTITUTIONAL PROGRAM SUMMARY

### Introduction
The California State Prison-Los Angeles County (CSP-LAC) Mental Health Management Report focuses on the audit period of October 1, 2011 through March 31, 2012. Institutional staff representing various departments contributed the information contained in this report. The report has been organized so that relevant areas of the Mental Health Program are grouped together, providing a comprehensive account of mental health services. During the review period CSP-LAC provided the following mental health programs: Reception Center (RC)-Screening, RC-Enhanced Outpatient Program (EOP), General Population/ Sensitive Needs Yard (GP/SNY) Correctional Clinical Case Management System (CCCMS), GP-EOP, Administrative Segregation Unit-Correctional Clinical Case Management (ASU-CCCMS), ASU-EOP Hub and Mental Health Crisis Bed (MHCB).

### Reception Center-Screening
During the review period the Reception Center Screening program at CSP-LAC continued to meet Program Guide requirements. CSP-LAC closed its reception mission in January of 2012. Beginning in February of 2012 no reception center inmates have been received. After arriving to the institution, inmate-patients are given a mental health screen within 24 hours. The RC-Screening program evaluated all inmate-patients who paroled/discharged at EOP level of care within seven days of arrival. Inmate-patients, who are new to the system or have no prior EOP history while previously incarcerated, may be determined to need EOP level of care. These I/Ps are evaluated within 18 calendar days of arrival and placed in the RC-EOP program. Mental Health staff utilizes information from MHTS.net and Developmental Disabilities Programs (DDPS) to identify these inmates, and in turn, compares this information with the inmates' self-reports. Other resources routinely used by MH staff in RC-Screening are the MAXOR pharmacy database and the Parole Outpatient Clinic (POC) database. Inmates who screened positively for mental health factors are given a Mental Health Evaluation (MH form 7386) within 18 days of arrival. All inmates who screen positive for mental health issues or who have paroled from the Mental Health Service Delivery System (MHSDS) are given a Suicide Risk Evaluation (SRE), irrespective of suicide history or reported symptoms indicating threat of self-injury.

### Reception Center- Enhanced Outpatient Program
Treatment statistics for the RC-EOP program demonstrate continued adherence with Program Guide requirements. Interdisciplinary Treatment Teams (IDTT's) are being scheduled within the first 14 days of the inmates' arrival and a minimum of every thirty days thereafter until the inmate/patient is transferred to an EOP program or paroles. All RC-EOP inmates are scheduled for structured therapeutic activities and one confidential case management contact weekly. Over the course of this review period the Reception mission at CSP-LAC ended. This decreased the number of RC-EOP inmates significantly. As our GP-EOP population began to increase the RC-EOP inmates were moved from D-yard to B-yard. All treatment activities for the RC-EOP inmates occur in B-yard.

DRPD 1 00342

### Correctional Clinical Case Management System
The CCCMS program continues to meet Program Guide requirements. Since January 2012 CSP-LAC has been receiving more CCCMS inmates. Our CCCMS numbers are projected to increase substantially as a function of the change in mission. We currently treat CCCMS inmate/patients on Yards A, B, C and D.

### General Population-Enhanced Outpatient Program
The GP-EOP inmate-patients are housed in building D1 and D2. The GP-EOP program schedules a minimum of 14.75 hours of group treatment and one individual treatment session weekly. Treatment is provided daily (Mon-Fri).

### Administrative Segregation-Correctional Clinical Case Management System
The ASU-CCCMS inmate-patients continue to be housed in building A5 and part of building A4.The ASU-CCCMS program continues to meet Program Guide requirements. ASU-CCCMS inmate-patients are provided with weekly individual primary clinician (PC) contacts, Initial and 90 day IDTTs, psychiatry contacts at least once every 90 days, and daily psychiatric technician (PT) contacts.

### Administrative Segregation-Enhanced Outpatient Program
The ASU-EOP inmate-patients continue to be housed in building A4. Group therapy is offered a minimum of 6 days per week. ASU-EOP inmate/patients are provided with weekly individual primary clinician (PC) contacts, Initial and 90 day IDTTs, psychiatry contacts at least once every 30 days, and daily LPT contacts. Daily individual contacts are made by PCs or designee with each ASU-EOP inmate/patient who refuses 50% or more of the offered treatment.

### Mental Health Crisis Bed
The MHCB continues to meet Program Guide requirements. MHCB treatment consists of daily PC contacts, daily psychiatry contacts, at least two weekly IDTTs, daily recreation therapy contacts; and five-day follow-ups are initiated on every inmate/patient discharged from the MHCB. Additionally, the mental health, medical, and nursing staff all work together in an effort to address the inmates/ patients overall health care needs.

### New Construction/Remodeling
CSP-LAC is also part of the Long-Term bed expansion project. A new treatment building is currently under construction. The treatment building is intended for the GP-EOP population. The new space will greatly enhance our ability to provide quality treatment services to I/Ps at CSP-LAC. Construction began on March 22, 2011, and is scheduled to be completed in June 2012. The building is located adjacent to the D5 housing unit in the Vocational Annex area. The Chief of Mental Health and Chief Executive Officer-Health Care (CEO-HC) attend a bi-weekly teleconference with other stakeholders (custody staff, construction staff, and Head Quarters (HQ) staff) regarding the progress of the project.


### New or Anticipated Mission Changes

Removal of the RC program:

DRPD 1 00343

As a part of the CDCR realignment plan, CSP-LAC has ended its reception center mission. As a result the MH department will lose both its RC-screening and RC-EOP programs.

**Obstacles to the Provision of Mental Health Services and Adherence to Program Guide Requirements**

**AB 109:**
AB 109 impact began in the latter portion of 2011. Due to this CSP-LAC lost several staff members who were replaced with staff from the Department of Juvenile Justice (DJJ). Almost all of the staff that were impacted worked in the ASU-EOP program. For this reason, our ability to adhere to Program Guide requirements in ASU-EOP suffered during the months of December and January.

MENTAL HEALTH ROSTER

## Institutional Mental Health Staffing and Telemedicine

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-Time Equivalent Contractor | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 1 | 0 | 1 | 100% | 0 | 1 | 100% |
| Senior Psychiatrist | 0 | 0 | 0 | 0% | 0 | 0 | 0% |
| Chief Psychologist | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Senior Psychologist | 5 | 5 | 0 | 0% | 0 | 0 | 0% |
| Staff Psychiatrist | 11 | 5.5 | 5.5 | 50% | 5.5 | 0 | 0% |
| Staff Psychologist | 35 | 35 | 0 | 0% | 0 | 0 | 0% |
| Supervising Social Worker | 0 | 0 | 0 | 0% | 0 | 0 | 0% |
| Social Worker | 10 | 9 | 1 | 10% | 1 | 0 | 0% |
| HPS-I | 1 | 1 | 0 | 100% | 0 | 0 | 0% |
| Senior Psych Tech | 2 | 2 | 0 | 0% | 0 | 0 | 0% |
| Psych Tech | 26.25 | 24 | 2.25 | 8.6% | 0 | 2.25 | 8.6% |
| Recreation Therapist | 6 | 4 | 2 | 33% | 0 | 2 | 33% |
| Other (OSSII) | 1 | 0 | 1 | 100% | 0 | 1 | 100% |

DRPD 1 00344

Telemedicine

| Psychiatry telemedicine used? | Number of Hours Per Week |
|---|---|
| NO | N/A |

<u>QUALITY MANAGEMENT</u>

**Local Governing Body (LGB)**

The LGB is responsible for oversight of health care services and is the ultimate authority for all health care matters. The LGB was met 6 times during the monitoring period and achieved a quorum during each meeting.

**Quality Management Committee (QMC)**

The purpose of the QMC is to monitor, assess, and improve the quality of health care. During the reporting period the QMC met 12 times. Agendas and minutes are available in the Proof of Practice binders in the Health Care Administrative Office. The QMC is chaired by the Chief Executive Officer and regularly attended by the Warden (or designee), Associate Warden for Health Care, the CHSA II, the Chief Physician Executive, Chief of Mental Health, Director of Nursing, and Chief Pharmacist. The QMC regularly collects reports from each service delivery area (e.g., pharmacy, nursing, and MHSDS). Presentations by each of the departments/subcommittees are data-focused, and general communication and coordination issues are discussed.

**Mental Health Quality Management Subcommittee (MHQM)**

The purpose of the MHQM is to oversee mental health services, review program performance, and monitor, create and implement improvement efforts. The Chief of Mental Health or designee serves as Chair. MHQM is scheduled to meet weekly, on Tuesdays at 10:00 am. During the reporting period the MHQM met twenty times. A quorum was attained in 100% of the meetings during the reporting period.

**Peer Review**

<u>Psychologist and Social Worker Peer Review</u>

Peer reviews are typically held quarterly, with the 4th quarter peer review being held in January of each year. This is to give all clinicians an opportunity to review completed chart notes and clinical documentation for the final three months of the year in their entirety.

The 4th quarter peer review at CSP-LAC was held on January 18th, 2012. Charts for the months of October, November and December of 2011 were reviewed. There were 26 clinicians scheduled to review 4 charts each and share constructive feedback with a peer. The revised peer review form allows for more dialogue and more opportunity for subjective as well of objective

DRPD 1 00345

review of the quality of the documentation. The prior form was primarily a checklist of documents present.

Overall, clinicians indicated the peer review process provided them with excellent feedback about their quality of their clinical interactions with I/Ps as well as their clinical observations and diagnostic consistency.

On January 18th, 2012 there were 22 clinicians in attendance, including social workers and psychologists. Because this is a mandatory requirement covered under job expectations for clinical case management, those not in attendance were either absent from the institution on the day of the peer review or taking emergency call.

There were a total of 88 charts reviewed. Feed-back from the monthly peer review QIT included suggestions to operationally define the questions in the narrative form, in an effort to clarify specific guidelines by which to adequately establish the quality of the documentation of each clinician.

The chair of the QIT stated an interest in investigating other institutions, and facilitating discussion of what guidelines are being utilized by which to measure an overall standard of quality for clinical documentation. The goal is to ensure that the clinical process between clinician and patient is being adequately encapsulated and incorporated in the clinical documentation with consistency and accuracy. Due to the sustained absence of both chairs (social worker and psychologist) of the QIT and the peer review process, follow-up was temporarily interrupted. New chairs have been appointed and are picking up this goal.

The first quarter peer review for the months of January, February and March of 2012 is scheduled for May 2nd, 2012. The expressed agenda for the on-going monthly Peer Review QIT, is to make this process more interesting and beneficial for the staff.

Overall, the general comments regarding the peer review process, from clinicians at CSP-LAC have been positive. The clinicians themselves are looking at this auditing process as an opportunity for genuine peer support to improve and enhance their documentation and clinical experience.

<u>Psychiatry Peer Review</u>

Psychiatry Peer Review is held on a monthly basis. During the monitoring period there were 6 psychiatry peer reviews held. The psychiatry peer review methodology consists of each psychiatrist reviewing four charts prepared by a psychiatrist other than him/her self. The completed 15-item questionnaire is turned in to the chairperson of the peer review and the chairperson tabulates the results. The results are then discussed with the psychiatry staff.

DRPD 1 00346

## QIT Activities

There were a total of 5 Mental Health QITs active during this reporting period. No new QITs were chartered during the review period. There were no QITs resolved with final recommendations sent to the QMC during the review period. There were no QITs resolved since the last management report.

QITs initiated: None

QITs ongoing: Peer Review, ASU-EOP Treatment Improvement Plan, Alternative Housing, MH Referrals, MHTS.net-eUHR Agreement

QITs resolved during monitoring period: None

### MEDICATION MANAGEMENT, PSYCHOTROPIC MEDICATIONS

The total number of inmates in the MHSDS receiving psychotropic medications at the end of the reporting period was 937.

### Medication Continuity for New Arrivals (Inter-Institutional CDCR Transfers)

52% of the 180 new arrivals received medications by the next calendar day (psychotropic only).

### Medication Continuity for Transfers (Intra-Institutional Transfers)

Based on a random sample of 60 charts, during the reporting period, 94% of I/Ps transferring within the institutions received their prescribed psychotropic medications without interruption. 99% of I/Ps discharged from the MHCB continued to receive their psychotropic medications without interruption.

### Medication Continuity for Renewal of Orders/Bridge Orders

During the reporting period, 80% of inmate-patients received timely renewals of their psychiatric medications. 20% of inmate-patients had a lapse in medication, based on no written medication orders.

### Lab Tests/Results for MHSDS Inmates

During the reporting period, 110 randomly selected UHRs of inmates receiving psychotropic medications were reviewed. Of 30 applicable cases, 73% had laboratory tests ordered when clinically indicated. Psychiatrists reviewed results and documented clinical action in 100% of the 5 cases with significant laboratory results. An Abnormal Involuntary Movement Scale (AIMS) must be completed every 6 months for each inmate prescribed antipsychotic medications. During the reporting period, an AIMS was completed within the last 6 months in 35% of the 57 applicable cases. A QIT has been formed to address the low percentage of completion.

DRPD 1 00347

### Direct Observation Therapy (DOT) Medication Administration

At the end of the reporting period, 497 inmate-patients were prescribed psychotropic DOT medication. During pill lines, DOT medication administration procedures were followed 100% of the time.

### HS Medications (After 2000 Hours)

There are 497 MHSDS inmate-patients receiving HS medications as of the end of the reporting period. HS medications are delivered after 2000 hours. During the reporting period HS medications were administered after 2000 hours 100% of the time.

### Medication Non-Compliance Policies and Procedures

During the reporting period, there was an average of 26 notifications of non-compliance per week, and 87% of non-compliance cases had documented follow-up appointments with a psychiatrist within 7 days of the referral.

### The Medication Administration Record (MAR)

The audited UHRs contained the previous month's MARS 98% of the time, and 83% of UHRs contained MARs that were complete and legible.

### Timely Processing of Medication Orders

To verify timely processing, a random sample of 90 orders for DOT medications (MHSDS patients only) was selected. Guardian records the date orders were written and the manifest date (the date the pharmacy sent the medications to the pill window). 88% of changes and newly prescribed medications were received within 24 hours of the date the order was written. (January, February, March 2012)

### Informed Consent Forms

For inmate-patients on psychiatric medications, a random sample of the current UHR contained up-to-date consent forms 46% of the time. Consent forms expire annually. A QIT was formed to address this.

### Pill Lines

Medications are typically distributed via pill line window. During the reporting period, the average pill line wait was 1-5 minutes on D-Yard (EOP yard).

### Hoarding/Cheeking Medications

DRPD 1 00348

During the reporting period, there was 1 CDCR-115 Rules Violation Reports (RVRs) written explicitly for hoarding or cheeking medication.

**Parole medications process**

Currently, the Classification and Parole Representative notifies pharmacy of all paroling inmates at least 5 days in advance of release dates. During the reporting period, 180 I/Ps paroled with active prescriptions for psychotropic medications. 100% of existing orders were renewed for 30-days. Paroling inmates are required to sign for receipt for their parole medications. During the reporting period 100% signed manifests acknowledging receipt of their prescription medications.

Mainline CCCMS

Timeliness of PC and Psychiatrist Contacts

During the reporting period 538 I/P's entered the CCCMS mental health program at CSP-LAC. Of these, 79.25% had initial contacts within the first 10 days. In addition, 70.5% had their initial IDTT within 14 days of arrival or transfer into the program. This low completion rate was due to a mix up between clinical and custody staff after the yard changed from being RC to GP in January, 2012. This was soon rectified, and thereafter 97.6% received PC contacts at least once every 90 days (or more often if indicated), and 98.5% had a scheduled IDTT at least annually (or more often if indicated). Institutional staff participated in the IDTT with the PC or an alternate clinician being present 100% of the time, psychiatrist 100% of the time, and I/P 80.4% of the time. Reasons why the I/P failed to attend the IDTT included: 20% inmate refusal and 80% lockdowns.

During the reporting period, 96% of inmates with prescriptions for psychotropic medications received timely psychiatry appointments. The main reason that inmates did not have timely psychiatry contacts was due to clinician unavailability.

**Prerelease and Discharge Planning**

During the reporting period, 135 I/Ps in the CCCMS level of care paroled from the institution. Of these, 13.5% received parole planning. This number appears low because the clinicians are not designating the sessions as prelease planning since this is encompassed within the PC 1:1 contact. MH staff has received training regarding the proper manner in which to code the prerelease contact.

Mainline Enhanced Outpatient Program (EOP)

During the reporting period, 86% of all new EOP admits were assessed and presented to the IDTT within 14 days of admission, at which point their initial treatment plan was completed and signed by the IDTT attendees. Once admitted to the program, weekly PC contacts (individual or group activity) took place 99% of the time, IDTTs took place at least every 90 days 99% of the

DRPD 1 00349

time, and treatment plans were updated at least every 90 days 99% of the time. IDTTs were attended by a clinician 100% of the time, by the psychiatrist 100% of the time, and the I/P 68% of the time. Reasons why the I/P failed to attend the IDTT included: 27% inmate refusal, 0.4% scheduling issues (sick/furlough), 1% lockdowns, 1% clinician unavailability, and 1.6% for other reasons (i.e. paroled).

During the reporting period, group therapy was provided for the I/Ps in the EOP LOC. Group topics provided include (see list of groups in binder). On average I/Ps were offered 11 hours of structured therapeutic activity per week. During this period no I/Ps required a modified treatment plan.

**Prerelease and Discharge Planning**

During the reporting period 56 EOP inmates are reported to have paroled between March 3, 2011 and April 1 2012. Of these, 80% received Pre-Release Planning services.

DEPARTMENT OF MENTAL HEALTH (DMH) REFERRALS

During this period, 420 I/Ps met one or more of the considerations for a higher LOC. Of the identified I/Ps, 17% were referred to DMH, and 83% were not. At each institution, 25 I/Ps listed on the DMH non-referral log (or all I/Ps on the list if less than 25) were randomly audited. Of those audited, 72% had a reason for non-referral documented on the 7388B, and 68% had documented interventions to improve the I/P's level of functioning.

During the reporting period, 71 referrals to DMH were completed: 46 ICF and 25 APP. 78% of ICF referrals were completed within five working days (or ten working days if Vitek was required), 72% of APP referrals were completed within two working days (or seven days if a Vitek was required) and posted on SharePoint.

During this time period there were no ICF referrals and no APP referrals rejected by DMH. 4% of ICF referrals were rescinded. No APP referrals were rescinded.

During the reporting period 42 I/Ps returned to the institution from DMH. DMH discharge summaries were received when the I/P returned to the institutions 100% of the time. Clinician-to-clinician contact took place within five working days of the I/P's return to the institution 35% of the time. Five day follow-ups were completed 100% of the time for returning I/Ps.

MENTAL HEALTH CRISIS BED (MHCB)

The institution has a 13 bed, Mental Health Crisis Bed (MHCB) unit. Inmate-patients are received from internal referrals as well as from other institutions. During the reporting period, 355 referrals were received from within the institution and 2 referrals were received from other institutions.

During the reporting period, the total number of admission to the MHCB unit was 237. Where 127 were admitted to the LAC MHCB unit and 110 were admitted to MHCB units at other

DRPD 1 00350

institutions by HCPOP. The average length of stay (LOS) was 15.7 days. The range was from 2 to 124 days. The number of I/Ps with a LOS longer than 10 days was 72. Reasons for LOS longer than 10 days included; 33% DMH referral awaiting a bed, 3% Keyhea in process, 15% clinically discharged awaiting bed, 0% clinically discharged awaiting transfer back to home institutions, 0% starting a trial of new psychotropic medication, and the percentage retained for clinical reason was 49%. When I/Ps on the DMH waiting list were removed from the calculation, the average LOS in the MHCB was 10.6 days.

Prior to being admitted to the MHCB unit, 100% of I/Ps admitted during regular working hours were administered a pre-admission screening. Once admitted to the MHCB unit they received their initial IDTT within 72 hours 92% of the time. Thereafter I/Ps were offered at least weekly IDTTs 100% of the time. IDTTs were attended by the PC 100% of the time, psychiatry 100%, CC-I 100% and nursing attends most of time, as of May 1st 2012 nursing attendance of IDTT meetings will be reported to the MHSC on a monthly basis. Daily contacts by a licensed psychologist or psychiatrist occurred 100% of the time. Of those I/Ps that were admitted due to suicidal threats or behavior, 100% were administered an SRE at the time of placement and 99% received a SRE upon release from the MHCB. 100% received a five day follow-up after their release from the MHCB.

## OUTPATIENT HOUSING UNIT (OHU)/MENTAL HEALTH OUTPATIENT HOUSING UNIT (MH-OHU)

CSP-LAC does not have an OHU/MHOHU

## ALTERNATIVE HOUSING

During the reporting period there were 330 I/Ps placed in alternative housing while waiting for a MHCB bed. 100% were placed on suicide watch. 65% were eventually transferred to a MHCB. The average LOS was 1.9 days, ranging from 1 to 6 days. There were 20 I/Ps with LOS longer than 72 hours. Nineteen were placed with HCPOP. Delays in transfer were mainly due to lack of appropriate beds on weekends or holidays. One I/P stabilized before transfer and was released back to the yard. Of those I/Ps that were placed in alternative housing due to suicidal or serious self-injurious behaviors, 100% were administered a SRE prior to placement (those I/Ps entering after hours when a clinician is not available received a SRE by the next day). 100% of I/Ps who were housed in alternative housing pending admission to a Mental Health Crisis Bed but whose referral to the Mental Health Crisis Bed is rescinded received a five day follow-up upon their release.

## ADMINISTRATIVE SEGREGATION UNIT (ASU)

During the reporting period there were 1971 I/Ps housed in ASU programs: 704 at CCCMS level of care (LOC), 479 at EOP LOC and 788 non-MHSDS I/Ps. All patients entering ASU are to receive a nursing pre-placement screening (CDCR Form 7219). During the reporting period 100% of the I/Ps received pre-placement screening prior to placement in the ASU setting, and 100% of the screenings were conducted in a confidential setting. Incoming I/Ps were placed in identified safety cells 100% of the time. 100% of I/P placed in ASU were reviewed for current

DRPD 1 00351

MHSDS status within one working day following their placement in ASU, and prior to the 114D hearing. 100% of I/Ps received a mental health screening (31-item questionnaire) within 72 hours of placement. Custody documented 30-minute welfare checks during the reporting period approximately 99% of the time.

## ASU-CCCMS

During the reporting period, 704 I/P's entered the ASU CCCMS program. 98% of the I/P's were assessed by a clinician within 10 working days. 92% of initial IDTT's were completed within 14 calendar days or prior to ICC, whichever occurred first. Subsequent IDTT's took place at least every 90 days 100% of the time. 100% of the IDTT's were attended by the primary clinician or an alternate member/clinician on the Treatment Team. 100% of IDTT's were attended by a psychiatrist, 100% were attended by a CCI and 42 % were attended by the I/P. Reason for I/P non-participation were 100% due to I/P refusal.

During the reporting period 99% of I/P's received at least weekly individual PC contacts. 18% of the time they were seen in a confidential setting, 43% were seen in an out of cell non-confidential setting and 39% of the time they were seen cell front. Reasons for non-confidential cell front contacts, 70% were due to I/P refusals and 30% were due to program modification e.g. lockdowns, emergency count, TB testing etc. 100% of I/P's prescribed psychotropic medication were seen by a psychiatrist at least every 90 days. Daily LPT rounds were documented on the CDCR Form 7230-MH 100% of the time. Daily ASU morning meetings between custody and clinical staff were documented 93% of the time.

## ASU-EOP (HUB)

During the reporting period, 479 I/Ps entered the ASU EOP. 99.6% of I/Ps received a comprehensive assessment (7386) prior to the initial IDTT or within 14 calendar days of referral/identification. 95.5% of initial IDTTs were completed within 14 calendar days or prior to ICC, whichever occurred first. Subsequent IDTTs took place at least every 90 days, 99.5% of the time. 100% of IDTTs were attended by the primary clinician; 100% of IDTTs were attended by the psychiatrist; 98% of IDTTs were attended by a CC; and 58% of IDTTs were attended by I/P. Data tracking the reason the I/P did not attend IDTT was not routinely collected. We have corrected this and now keep statistics on these variables.

During the reporting period 9% of I/Ps had LOS longer than 60 days. 7% had LOS longer than 90 days, of those 100% were reviewed every 30 days by the Facility Captain and CC-II. Reasons for LOS longer than 90 days included: I/P endorsed awaiting transfer, I/P pending investigation, I/P pending DA referral, I/P awaiting bed placement.

Of the I/Ps in the program during the reporting period, 98.5% received at least weekly individual PC contacts. 49% of contacts took place in a confidential setting and 51% took place in a non confidential setting. Of the non-confidential contacts; 27% were out of cell non-confidential contacts and 71% were cell-front contacts. Reasons for non-confidential contacts included, 19.5% I/P refusals; 0% lack of confidential clinical space; 0.1% custody lockdowns; 1.2% lack of custody escorts; other (Staff Decision/Unspecified) 79.1% (79.1% of non-confidential

DRPD 1 00352

contacts were recorded as "staff decision/unspecified" because of an error in the way the tracking forms were completed. This error has been corrected.) 99% of I/Ps prescribed psychotropic medications were seen by a psychiatrist at least every 30 days. Daily LPT rounds were documented on the CDCR Form Progress Note 7230-MH 100% of the time. 57% of I/Ps were offered at least ten hours of structured therapeutic activities per week.

During the reporting period, the average number of I/Ps who refused more than 50% of offered treatment during a given week was 26%. I/Ps refusing more than 50% of offered treatment services received daily PC contacts during the work week 34% of the time, and 0% of I/Ps were given a modified treatment plan. Daily ASU morning meetings between custody and clinical staff were documented 97% of the time.

### ASU-Non-MHSDS

During the reporting period, 788 I/Ps entered ASU-Non-MHSDS program. Of those, 100% received a timely nursing pre-placement screening (CDCR Form 7219), and 100% of the screenings were conducted in a confidential setting. Custody documented 30-minute welfare checks 100% of the time. Nursing documented daily LPT rounds 100% of the time.

### PSYCHIATRIC SERVICES UNIT (PSU)

CSP – LAC does not have a Psychiatric Services Unit (PSU).

### CCCMS SHU

CSP – LAC does not have a CCCMS SHU.

### SUICIDE PREVENTION

The institution has an active Suicide Prevention and Response Focused Improvement Team (SPR-FIT). See Tab I, Section 1 to review SPR-FIT meeting minutes.

### Completed Suicides

During the reporting period, there were NO completed inmate suicides in the institution.

During the last two years there were 6 completed suicides in the institution.

### Attempted Suicides during the Reporting Period

Of the 5 serious suicide attempts during the reporting period 3 of them were by hanging and 2 were by overdose. All 5 required outside hospitalization and 5 were referred to an MHCB for acute mental health care services, with 1 of 5 inmates, or 20%, ultimately referred to a DMH facility. 1 was also placed in EOP from CCCMS.

DRPD 1 00353

On return to regular housing from a MHCB or MHOHU, 5-day follow-up was documented 100% of the time, (however, one 5-day follow-up missed Day 1 &2 and was extended to Day 7, one 5-day step-down missed day 3 and was extended to Day 6).    Custody wellness checks were completed as required 100% of the time.

Of the six SPR-FIT monthly meetings required during the reporting period, 6 monthly meetings were documented to have occurred.  The Suicide Prevention Coordinator (SPC) coordinates the monthly SPR-FIT.  During the reporting period the agendas included: (1) review of high risk inmates and updates on high risk inmates in the areas of EOP, EOP RC, ASU, CCCMS, and MHCB; (2) report on completed suicides (3) report on suicide attempts and self-injurious behavior; (4) MHCB statistical reviews; (5)    review of TTA suicide gestures/attempts data/statistics; (6) five-day step-downs; (7) audits by custody and mental health staff; and (8) 30-day inmate welfare checks and alternative housing Logs audit results. (See binder for more details).

During the reporting period, ongoing suicide prevention training consisted of: (1) suicide prevention training and restraints review in October 2011 with all nursing staff including LVN's, RN's, SRN II's, DON and PT's; (2) training for all mental health clinicians on November 23, 2011, regarding appropriate eUHR review for suicide prevention; (3) training for all mental health clinicians on December 7, 2011 on clinical documentation relating to suicide prevention; and (4) training with all psychiatrists on December 5, 2011 regarding clinical documentation guidelines for suicide prevention.

The self-harm review process remains active. Since October 2011, the SPR-FIT coordinator has reviewed (on a daily basis ) the TTA Log, the 5 day step-down log, the PC Crisis Call log, and the MHCB log in order to compile a list of "high risk inmates". This list is reviewed at least weekly with the Chief of Mental Health  in order to ascertain that individuals are receiving adequate follow up.  This high risk list is distributed to senior psychologists and the Chief Psychiatrist and MHCB staff prior to each monthly SPR-Fit meeting in order to obtain updates on each inmate from the PC. These updates are presented by the senior psychologist from each area at each monthly SPR-FIT meeting or emailed to the SPR-FIT coordinator.

**Inmate Profile Procedure**

The R&R clerical staff faxes a list to the MH Department of inmates who are scheduled to transfer. The list is sent at least once a week and a new list is sent within the week if new inmates are added to the transfer list. The OT staff prints out the inmate profiles for the inmates on the list and delivers the profiles to R&R on the same day of the request.

RVR PROTOCOLS

During the reporting period, 1290 inmates at the institution received RVRs: 192 for GP Inmates, 680 CCCMS, 395 EOP, 15 MHCB, and 16 ASU.  95% of the EOP and MHCB RVRs (and CCCMS RVRs after June 1, 2011) received a mental health assessment.  In addition, 0 of the CCCMS (prior to June 1, 2011) and 1 of the GP inmates also received mental health assessments.

DRPD 1 00354

## USE OF FORCE

A table of all the Use of Force and Non-Use of Force incidents during the reporting period can be found in Tab M. Of the Use of Force Incidents, 65% occurred with MHSDS inmate-patients. For Non-Use of Force Incidents, 61% occurred with MHSDS inmate-patients.

## RECEPTION CENTER

Initial Health Screenings were conducted on 100% of incoming inmates by nursing staff within 24 hours of arrival. I/Ps arriving in the RC with prescriptions for psychotropic medications were evaluated by the psychiatrist within 24 hours 52% of the time. Initial Mental Health screenings were completed with 99.62% of incoming inmates within seven days of arrival. Those inmates that answer positively to specific clusters of questions, present with mental health symptoms, and/or were previously in the MHSDS are referred for a mental health intake evaluation (7386). These mental health evaluations were completed within 18 calendar days of the inmate's arrival 99.75 % of the time. Initial mental health screenings were completed in a confidential setting 100% of the time. Comprehensive mental health evaluations were conducted in a confidential setting 100% of the time.

Throughout the entire monitoring period, completion rates of initial screenings and in follow-up 7386 assessments was below 100% during only one month, December 2011. During that month, two buses arrived late in the evening with 3 inmates on 12/13/11, and with 1 inmate on 12/23/11. The screening staff was not notified of the arrival of these buses, and did not receive a bus manifest at the time of arrival. Consequently, the inmates on these buses were not identified as requiring screening, and were screened and assessed outside of program guide timelines. In December 2011 completion rates for initial Mental Health Screening was 98.5%, and for 7388 being completed within 18 days of arrival was 99% for the month. This was an atypical situation throughout the years of the screening program, and was most likely, a product of the erratic and unpredictable arrival of busses which characterized the weaning back of new arrivals at CSP-LAC, and eventual elimination of the screening program in January 2012.

## RC CCCMS

This population is housed primarily in B and D Yards and comprises 25% of the I/Ps in the MHDS. Only accurate data from October 2011 to December 2011 can be presented. Starting in January 2012 the RC was realigned to Mainline and RC inmates started leaving. This process is not yet completed, but as of today we have 85 inmates housed on B yard. The average LOS was 85 days and ranged from 1 to 355 days. 25% of I/Ps had LOS longer than 90 days. The reason for lengths of stay longer than 90 days included is that the facility keeps them in the RC until they parole.

Clinical contacts for the reporting period are contained in the RC CCCMS Case Manager Contacts audit (Tab N). 90.5% of the I/Ps had initial contacts with their PC within 30 days of arrival. Subsequently, 98% had routine contacts with their PC at least every 90 days.

DRPD 1 00355

Those I/Ps that had prescribed psychotropic medications received psychiatry contacts at least every 90 days 99.9% of the time. Confidential contacts with the PC took place 100% of the time.

## RC EOP

This population is housed primarily in B & D yards and comprises .6% of the I/Ps in the MHSDS. The average LOS was 59.7 days and ranged from 1 to 302 days. 40% of I/Ps had LOS longer than 60 days. Reasons for lengths of stay longer than 60 days included: medical holds, custody failure to complete intake audits in a timely manner, CCI caseload changes, CSR deferrals, missing documentation for processing. RC EOP I/Ps were seen weekly by their PC 99.8% of the time, and monthly by their psychiatrist 94% of the time. Confidential contacts with the PC took place 39% of the time. Confidential contacts were not possible for all RC EOP TPU inmates due to a lack of space availability in their housing unit. All other non-confidential contacts for RC EOP inmates should be considered due exclusively to inmate refusal and program lock-downs/Modified Program Orders. Subsequent to the initial contact I/Ps had IDTTs scheduled monthly 99% of the time. I/Ps were offered at least five hours per week of structured therapeutic activity 68% of the time.

### MENTAL HEALTH REFERRALS

- Emergent: Immediately
- Urgent: Within 24 hours
- Routine: Within five working days

During the reporting period, 3948 referrals were received and on the final day of the period, 99% were closed. Referral statistics indicate that 98% of emergent referrals were seen the same day, 91% of urgent referrals were seen within 24 hours, and 87% of routine referrals were completed in within 5 business days (MHTS.net's calculation uses calendar days rather than business days).

## MHTS.NET AGREEMENT AUDITS

| Month | Agreement | PT groups | PC groups | Contacts | | |
|-------|-----------|-----------|-----------|----------|--|--|
| October | 63/100 63% | 15/37 41% | 9/37 24% | 13/37 35% | Groups included in audit | |
| On Nov 2011 audit methodology changed | | | | | | |
| | | No note | No MHTS entry | Clinician in MHTS not match to note | Date do not match | |

DRPD 1 00356

| November 2011 | 83/100 83% | 9/17 | 5/17 | 2/17 | 1/17 | |
|---|---|---|---|---|---|---|
| December 2011 | 89/100 89% | 10/11 | 1/11 | 0 | 0 | |
| January 2012 | 91/100 91% | 5/9 | 4/9 | 0 | 0 | |
| February 2012 | 76/100 76% | 17/24 | 5/24 | 1/24 | 1/24 | |
| March 2012 | 86/100 86% | 9/14 | 1/14 | 0 | 4/14 | |

Page 20 of 20

# Exhibit 43

| Data from November 2012 - January 2013 | | | |
|---|---|---|---|
| LAC EOP ML | | | |
| LAC | 9.86 | 6.93 | 3.82 |
| LAC EOP ASU | | | |
| Institution | Scheduled | Offered | Attended |
| LAC | 11.30 | 10.00 | 6.35 |

LAC 146

# Exhibit 44

GLOSSARY OF TERMS

| Acronym | Term |
| --- | --- |
| AIMS | Abnormal Involuntary Movement Scale |
| APP | Acute Psychiatric Program |
| ASU | Administrative Segregation Unit |
| CAP | Corrective Action Plan |
| CC | Correctional Counselor |
| CCCMS | Correctional Clinical Case Management System |
| CDCR | California Department of Corrections and Rehabilitation |
| CHSA | Correctional Health Services Administrator |
| DMH | Department of Mental Health |
| DOT | Direct Observation Therapy |
| EOP | Enhanced Outpatient Program |
| GP | General Population |
| HC-POP | Health Care Population Oversight Program |
| HS | Hour of Sleep |
| I/P | Inmate-patient |
| ICC | Institutional Classification Committee |
| ICF | Intermediate Care Facility |
| IDTT | Inter Disciplinary Treatment Team |
| LGB | Local Governing Body |
| LOC | Level of Care |
| LOP | Local Operating Procedure |
| LOS | Length of Stay |
| LPT | Licensed Psychiatric Technician |
| MAR | Medication Administration Record |
| MH | Mental Health |
| MHCB | Mental Health Crisis Bed |
| MH-OHU | Mental Health-Outpatient Housing Unit |
| MHQM | Mental Health Quality Management Subcommittee |
| MHSDS | Mental Health Services Delivery System |

| MHTS | Mental Health Tracking System |
|------|-------------------------------|
| OHU | Outpatient Housing Unit |
| PC | Primary Clinician |
| PSU | Psychiatric Services Unit |
| QIT | Quality Improvement Team |
| QM | Quality Management |
| QMC | Quality Management Committee |
| R&R | Receiving and Release |
| RVR | Rules Violation Report |
| SHU | Security Housing Unit |
| SPC | Suicide Prevention Coordinator |
| SPR-FIT | Suicide Prevention and Response-Focused Improvement Team |
| SRE | Suicide Risk Evaluation |
| UHR | Unit Health Record |

## *Coleman* Site Visit, Round XXV
## MENTAL HEALTH MANAGEMENT REPORT

(December 1, 2011 – May 31, 2012)
(Salinas Valley State Prison)

### INSTITUTIONAL PROGRAM SUMMARY

#### a. Overview of all mental health programs at institution

Salinas Valley State Prison (SVSP) is a Level IV prison and provides the following mental health programs: ML CCCMS/SNY, ML EOP, ASU CCCMS, ASU EOP (Hub), and MHCB. In addition, the Department of Mental Health's Salinas Valley Psychiatric Program is located within the perimeter of SVSP.

While the overall SVSP population has decreased, the percentage of inmates with mental illness has increased. We are currently developing reliable metrics to determine what, if any, change in mental health treatment requirements emerge as a result of titrating into a higher concentration.

#### ML CCCMS:

The ML CCCMS program is located on all four yards. A Yard houses Level 4 SNY inmates. B, C and D yards house Level 4 non-SNY inmates. The A yard population experienced the greatest decrease starting at 605 I/Ps and dropping to 537. The end of May showed 260 patients on B yard, 160 patients on C yard and D yard with 27 patients.

#### ML EOP:

ML EOP inmates are housed in two buildings, D3 and D4. The ML EOP population has held steady beginning the reporting period at 178 inmates and ending at 175. At the time of this report, 6 ML EOP SNY inmates are housed on A yard and await transfer to other institutions.

#### ASU CCCMS:

ASU CCCMS inmates are housed in D1, D2 and D8 with the main concentration of patients in D8. The ASU CCCMS population has dropped from 205 to 172 inmates.

#### ASU EOP (Hub):

ASU EOP inmates are housed in D1 and D2. The ASU EOP population began the reporting period at 54 and has oscillated with a low of 32 and ended the reporting period at 36.

#### MHCB:

Beds 1-8, 11 and 12 are designated as MH Crisis Beds.

**b. New Construction/Remodeling**

Ground was broken on 03/05/2012 for the new ML EOP treatment building on A yard. The project is scheduled for completion by 08/05/2013.

**c. New or Anticipated Mission Changes**

*Transgender Program*

SVSP was identified as an institution to house transgendered inmates. To that end, training for one psychiatrist and one clinical psychologist was provided on 4/5/2012 in Sacramento.

*DDP*

SVSP has been chosen as a site for a Developmental Disability Program (DDP). The start date for the program is tentatively set for February of 2013 and will include all categories of DDP inmates, including DD3.

Planned DDP Housing Clusters are as follows:
      Facility A, Building 5:  Level IV (SNY)
      Facility B, Building 1:  Level IV (GP)
      Facility D, Building 3:  Level IV (GP EOP)

**d. Major Population Moves**

There were no major population moves during the reporting period. The overall population decreased 16% going from 3594 to 3003. In contrast, the population of mentally ill inmates decreased by half that number at 8%, dropping from 1499 to 1376. The institutional population continues to titrate toward a higher concentration of mentally ill inmates, increasing from 42% to 46% of the inmate population as a whole.

With little variance (except A yard) over the past 6 months, the percentage of mentally ill inmates against the whole, breaks down as follows: A yard increased from 62% in December to 70% in April and settled at 69% in May, B yard is at 31%, C yard is at 22% and D yard is at 78%.

**e. New or Overflow Administrative Segregation or any other Specialized Housing Units**

ASU expanded into several yards for discrete periods of time during four months of the` reporting period. In January, 26 inmates were in ASU Overflow in buildings B1 and C8. In February, 62 ASU Overflow inmates were located in buildings A4, A5, B1, and C8. In March, 6

ASU Overflow inmates were located in buildings B1 and C8.  April saw two ASU Overflow inmates in C8.

**f. Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements**

Modified programs remain an obstacle to providing mental health services on B and C yards. Both yards were locked down for the majority of the reporting period.

Lack of treatment space impacts the ASU and ML EOP programs.  A plan has been presented for using the D Yard gym for mental health recreational activities with a potential start date of late summer 2012.  The lack of treatment space problem should be alleviated if not eliminated with the completion of the new A Yard ML EOP building.

Staffing issues, both clinical and non-clinical, greatly affected the delivery of mental health services.  A hiring freeze prohibited filling vacancies for psychologists and office technicians (OTs).  Staff Services Analyst (SSA) and Office Services Supervisor I (OSSI) support staff positions were eliminated.  Limited-term appointments for one OT and one psychologist end this July.  LCSW and psychiatry positions remain difficult to fill despite attempts to hire.  Budgetary constraints prohibited the hiring of contractors to fill all positions.  Extended illness affecting 4 OTs in addition to an unfilled vacancy contributed to OT shortages during the reporting period.

MENTAL HEALTH ROSTER

## Institutional Mental Health Staffing and Telemedicine

December 1, 2011 – May 31, 2012
SVSP

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-Time Equivalent | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 1 | 1 | 0 | 0 | 0 | 0 | 0% |
| Senior Psychiatrist | 0 | 0 | 0 | 0 | 0 | 0 | 0% |
| Chief Psychologist | 1 | 1 | 0 | 0 | 0 | 0 | 0% |
| Senior Psychologist | 4 | 3 | 1 | 25% | 0 | 0 | 0% |
| Staff Psychiatrist | 9.5 | 5.5 | 4 | 42% | 1 | 3 | 32% |
| Staff Psychologist | 29.02 | 27.52 | 1.5 | 5% | 1.5 | 0 | 0% |
| Supervising Social Worker | 1 | 0 | 1 | 100% | 0 | 1 | 100% |
| Social Worker | 8 | 6 | 2 | 25% | 1 | 1 | 13% |
| Registered Nurse | 10.73 | 10 | .73 | 7% | 0 | .73 | 7% |
| Senior Psych Tech | 2 | 2 | 0 | 0 | 0 | 0 | 0% |
| Psych Tech | 22 | 19 | 3 | 14% | 3 | 0 | 0% |
| Recreation Therapist | 6.50 | 3 | 3.50 | 54% | 0 | 3.50 | 54% |
| Clerical | 12 | 10 | 2 | 17% | 0 | 2 | 17% |
| HPS I | 1 | 1 | 0 | 0 | 0 | 0 | 0% |
| SSA/AGPA | 1 | 0 | 1 | 100% | 0 | 1 | 100% |
| SRN II | 1 | 1 | 0 | 0 | 0 | 0 | 0% |
| SRN III | 1 | 1 | 0 | 0 | 0 | 0 | 0% |

Telemedicine

| Psychiatry telemedicine used? | Number of Hours Per Week |
|---|---|
| NO | 0 |

Page 6 of 16

QUALITY MANAGEMENT

## Local Governing Body (LGB)

The LGB is responsible for oversight of health care services and is the ultimate authority for all health care matters. The LGB met three times during the monitoring period. Approval of CTC policies was the focus of each meeting. None of the meetings' minutes documented whether a quorum was obtained. A recent policy decision in June 2012 limited the quorum requirements to include the Warden, CEO and Chief Services Executive. Quorum will be documented at each meeting in the future.

## Quality Management Committee (QMC)

The purpose of the QMC is to monitor, assess, and improve the quality of health care. During the reporting period the QMC met 10 times reaching a quorum 100% of the time. Agendas and minutes are available in the Proof of Practice binders in the Health Care Administrative Office. The QMC is chaired by the Chief Executive Officer and regularly attended by the Warden (or designee), Associate Warden for Health Care, the CHSA II, the Chief Physician Executive, Chief of Mental Health, Director of Nursing, and Chief Pharmacist. The QMC regularly collects reports from each service delivery area (e.g., pharmacy, nursing, and MHSDS). Presentations by each of the departments / subcommittees are data focused, and general communication/coordination issues are discussed.

## Mental Health Quality Management Subcommittee (MHQM)

The purpose of the MHQM is to oversee mental health services, review program performance, and monitor, create and implement improvement efforts. The Chief of Mental Health or designee serves as Chair. MHQM is scheduled to meet the first and third Wednesdays of every month. During the reporting period the MHQM met 9 times. A quorum was attained in 56% of the meetings during the reporting period. A collaborative, interdepartmental meeting will be held to address the low quorum percentage in August 2012.

## Peer Review

The psychiatry peer review committee only meets when requested by the Chief Psychiatrist to address a specific clinical issue or institutional need. Since the introduction of the MAPIP program earlier this year, all psychiatrists review MAPIP data and conduct random chart reviews assigned by the OT which consists of 5 UHRs per month.

Four quality measures have been identified as key indicators in psychiatric medication management. Preliminary MAPIP audit data shows adherence rates of 82.6% in mood stabilizer laboratory monitoring, 96% in prescriptions written during face-to-face encounters, 93% of required informed consents were in the eUHR, and rationale for medication changes were documented 100% of the time.

During the reporting period the psychology peer review committee met two times, October and January. Fifteen UHRs plus two additional LOC-change charts (one EOP → CCCMS chart, one CCCMS → GP chart) were reviewed at each meeting, and confidential feedback was provided in written form to each clinician reviewed.

One part of the peer review process, which involved a study of the circumstances surrounding a peer review summary of an inmate suicide, was conducted by the Chair of the committee. Volumes I, II, and III of the IM's UHR were examined. Findings were discussed by the committee with a focus on types of training the incident has shown a greater need for, which included: a more thorough review of the eUHR when completing RVR assessments, and greater competence in addressing 7388-B criteria.

The social worker peer review committee did not meet in January due to illnesses. Meetings were held February 18th, March 22nd, April 19th, and May 17th. As of this year, all chart audits were conducted electronically (eUHR) by individual social workers. The social workers come together and present their chart audit findings. The feedback has been beneficial to the social workers. Discussions ensued regarding ways to maintain clinical connection between the assessment, recommendation and interventions indicated in the treatment plan. Another such discussion concerned the role of Mental Status Exam and when it should be completed.

During the meeting with the licensed clinicians, it was decided that conducting mini in-service trainings would allow for training opportunities directly related to enhancing each clinician's social work skills.

**QIT Activities**

There were no Mental Health QITs active during this reporting period. None were chartered and none were resolved with final recommendations sent to the QMC during the review period. No QITs were resolved since the last management report.

MEDICATION MANAGEMENT, PSYCHOTROPIC MEDICATIONS

The total number of inmates in the MHSDS receiving psychotropic medications as of 6/5/2012 was 992 according to Maxor. However, this number is inflated as Maxor considers more than five drugs as psychotropic when they are prescribed only for medical and not psychiatric reasons.

**Medication Continuity for New Arrivals (Inter-Institutional CDCR Transfers)**

93% of the 121 new arrivals received their prescribed psychotropic medications by the next calendar day.

**Medication Continuity for Transfers (Intra-Institutional Transfers)**

Based on a random sample of 583 charts during the reporting period, 99% of I/Ps transferring within the institutions received their prescribed psychotropic medications without interruption. 100% of I/Ps discharged from the MHCB continued to receive their psychotropic medications without interruption.

### Medication Continuity for Renewal of Orders/Bridge Orders

During the reporting period, 80% of I/Ps received timely renewals of their psychiatric medications. 20% of I/Ps had a lapse in medication, based on no written medication orders.

### Lab Tests/Results for MHSDS Inmates

During the reporting period, 108 randomly selected UHRs of inmates receiving psychotropic medications were reviewed. Of 23 applicable cases, 60% had laboratory tests ordered when clinically indicated. Psychiatrists reviewed results and documented clinical action in 100% with significant laboratory results. During the reporting period, an AIMs was completed in 81% of the 75 applicable cases.

### Direct Observation Therapy (DOT) Medication Administration

At the end of the reporting period, 489 inmate-patients were prescribed psychotropic DOT medication. During pill lines, DOT medication administration procedures were followed 100% of the time.

### HS Medications (After 2000 Hours)

There are 612 MHSDS inmate-patients receiving HS medications as of the end of the reporting period. HS medications are delivered after 2000 hours. During the reporting period HS medications were administered after 2000 hours 100% of the time.

### Medication Non-Compliance Policies and Procedures

During the reporting period, there was an average of .70 notifications of non-compliance per week, and 65% of non-compliance cases had documented follow-up appointments with a psychiatrist within 7 days of the referral.

### The Medication Administration Record (MAR)

The audited UHRs contained the previous month's MARS 93% of the time, and 87% of UHRs contained MARs that were complete and legible.

### Timely Processing of Medication Orders

To verify timely processing, a random sample of 180 orders for DOT medications (MHSDS patients only) was selected. Guardian records the date orders were written and the manifest date

(the date the pharmacy sent the medications to the pill window). 92% of changes and newly prescribed medications were received within 24 hours of the date the order was written.

**Informed Consent Forms**

For inmate-patients on psychiatric medications, a random sample of the current UHR contained up-to-date consent forms 75% of the time. Consent forms expire annually.

**Pill Lines**

Medications are typically distributed via pill window. During the reporting period, the average pill line wait was 5 minutes on all yards.

**Hoarding/Cheeking Medications**

During the reporting period, there were zero CDCR-115 Rules Violation Reports (RVRs) written explicitly for hoarding or cheeking medication.

**Parole Medications Process**

Currently, the Classification and Parole Representative notifies pharmacy of all paroling inmates at least 30 days in advance of release dates. During the reporting period, 53 I/Ps paroled with active prescriptions for psychotropic medications. Paroling inmates are required to sign for receipt for their parole medications. During the reporting period 74% signed manifests acknowledging receipt of their prescription medications.

MAINLINE CCCMS

**Timeliness of PC and Psychiatrist Contacts**

During the reporting period 427 I/Ps entered the CCCMS mental health program. Of these, 71% received an initial contact with their PC within 10 days during which time the Clinical Intake Assessment was completed. In addition 82% had their initial IDTT within 14 days of arrival or transfer into the program. Thereafter 95% received PC contacts at least once every 90 days (or more often if indicated), and 95% had a scheduled IDTTs at least annually (or more often if indicated). Institutional staff participated in the IDTT with the PC being present 99% of the time, psychiatrist 98% of the time, and I/P 84% of the time. IP refusal is the most typical reason IDTTs are held in absentia. Other reasons are infrequent and not currently tracked.

During the reporting period, 93% of inmates with prescriptions for psychotropic medications received timely psychiatry appointments. Reasons that inmates did not have timely psychiatry contacts included: 59% refusal, 3% competing appointments, 10% due to lock downs, 0% lack of escort officers, and 28% clinician unavailability.

**Prerelease and Discharge Planning**

During the reporting period, 35 I/Ps in the CCCMS level of care paroled from the institution. Of these, 70% received parole planning.

<u>MAINLINE ENHANCED OUTPATIENT PROGRAM (EOP)</u>

During the reporting period, 94% of all new EOP admits were assessed and presented to the IDTT within 14 days of admission, at which point their initial treatment plan was completed and signed by the IDTT attendees. Once admitted to the program, weekly PC contacts (individual or group activity) took place 89% of the time, IDTTs took place at least every 90 days, 93% of the time, and treatment plans were updated at least every 90 days, 100% of the time. IDTTs were attended by their PC 95% of the time, by the psychiatrist 92% of the time, and by the IP 68% of the time. IP refusals were typically the reason IDTTs were held in absentia. Other reasons are infrequent and not currently tracked.

During the reporting period, group therapy was provided for the I/Ps in the EOP LOC. Group topics provided include: basic anger management, advanced anger management, symptom management, medication management, stress management, relaxation, thinking styles, lifer issues, diabetes education, fitness, art therapy, music therapy and health issues. On average, I/Ps were offered 9 hours of structured therapeutic activity per week. During the reporting period, up to one I/P a month were provided a modified treatment plan. 100% of those who received a modified treatment plan also received a monthly IDTT.

**Prerelease and Discharge Planning**

During the reporting period 8 I/Ps in the EOP level of care paroled from the institution. All but two were provided with parole planning assistance, either individually, in group, or both. One of the IPs who did not participate in parole planning appeared to be experiencing psychiatric symptoms too severe to allow for this kind of intervention. He spent the last week prior to his parole in MHCB. The remaining IP was transferred from the on-site DMH facility two days prior to parole, which did not allow sufficient time for intervention.

<u>DEPARTMENT OF MENTAL HEALTH (DMH) REFERRALS</u>

During this period, 212 I/Ps met one or more of the considerations for a higher LOC. Of the identified I/Ps, 11% were referred to DMH, 89% of I/Ps were not referred. During the reporting period, 25 I/Ps listed on the monthly DMH non-referral log (or all I/Ps on the list if less than 25) were randomly audited. Of those audited, 88% had a reason for non referral documented on the 7388-B, and 63% had documented interventions to improve the I/P's level of functioning.

During the reporting period, 24 referrals to DMH were completed: 16 ICF and 8 APP. 56% (9) of ICF referrals were completed within five working days, 75% (6) of APP referrals were completed within two working days and posted on SharePoint.

During this time period none of the ICF or APP referrals were rejected by DMH and 19% (3) of ICF referrals and 13% (1) of APP referrals were rescinded.

During the reporting period 50 I/Ps returned to the institution from DMH. DMH discharge summaries were received when the I/P returned to the institutions 88% of the time. Five day follow-ups were completed 94% of the time for returning I/Ps. Clinicians were provided clinician contact information when receiving an inmate from DMH 100% of the time. It is currently left to their discretion to contact the sending clinician as needed.

## MENTAL HEALTH CRISIS BED (MHCB)

SVSP has a 10-psychiatric bed capacity Mental Health Crisis Bed (MHCB) unit. The following data was gathered using MHTS.Net, internal data compilation, and chart audits. Inmate-patients are received from internal referrals as well as from other institutions. During the reporting period, 252 referrals were received from within the institution and 38 referrals were received from other institutions.

During the reporting period, the total number of admissions to the MHCB unit totaled 90. The average clinical length of stay (LOS) was 9.4 days. The average physical LOS was 12.3 days. The range was from 1-day to 29-days. The number of I/Ps with a LOS longer than 10 days was 47. Reasons for LOS longer than 10 days included; 13% DMH referral awaiting a bed, 4% Keyhea in process, 30% clinically discharged awaiting bed, 17% clinically discharged awaiting transfer back to home institutions, 0% starting a trial of new psychotropic medication. The percent retained for clinical reasons was 36%. When I/Ps on the DMH waiting list were removed from the calculation, the average LOS in the MHCB was 11.7 days.

Prior to being admitted to the MHCB unit, 100% of the I/Ps admitted during regular working hours were administered a pre-admission screening. Once admitted to the MHCB unit they received their initial IDTT within 72 hours 85% of the time. Thereafter I/Ps were offered at least weekly IDTTs 100% of the time. IDTTs were attended by the PC 100% of the time, psychiatry 100%, CC-I 100% and nursing 100% of the time. Daily contacts by a licensed psychologist or psychiatrist occurred 99% of the time. Of those I/Ps that were admitted due to suicidal threats or behavior, 100% were administered an SRE at the time of placement and 99% received a SRE upon release from the MHCB. 100% received a five day follow-up after their release from the MHCB.

## ALTERNATIVE HOUSING

During the reporting period there were 214 I/Ps placed in alternative housing while waiting for a MHCB bed. 100% were placed on suicide precaution. 24% were transferred to a MHCB. The average LOS was .33 days, ranging from a few hours to 2.5 days. None had lengths of stay longer than 72 hours. Of those I/Ps that were placed in alternative housing due to suicidal or serious self-injurious behaviors, 100% were administered a SRE prior to placement (those I/Ps entering after hours when a clinician is not available will receive a SRE by the next day). 100% of I/Ps received a five-day follow-up upon their release.

## ADMINISTRATIVE SEGREGATION UNIT (ASU)

At the end of the reporting period there are 213 I/Ps housed in ASU programs: 183 CCCMS LOC, 41 EOP LOC and 211 non-MHSDS I/Ps. All I/Ps entering ASU are to receive a nursing pre-placement screening. During the reporting period 73.2% of the I/Ps received pre-placement screening prior to placement in the ASU setting, and 100% of the screenings were conducted in a confidential setting. Incoming I/Ps were placed in identified safety cells (intake cells) whenever open, otherwise, in the next closest cell. New arrivals are given the priority for intake cells. 100% of I/Ps placed in ASU were reviewed for current MHSDS status within one working day following their placement in ASU, and prior to the 114D hearing. 100% of I/Ps were offered a mental health screening and 76.2% of I/Ps received/participated with a mental health screening (31-item questionnaire) within 72 hours of placement. The ASU custody officers documented 30-minute welfare checks during the reporting period 100% of the time.

## ASU-CCCMS

During the reporting period, 216 I/Ps entered the ASU CCCMS program. 87% of the I/Ps were assessed by a clinician within 5 calendar days. 83% of initial IDTTs were completed within 14 calendar days or prior to ICC, whichever occurred first. Subsequent IDTTs took place at least every 90 days, 93% of the time. 98% of IDTT's were attended by the primary clinician; 98% were attended by psychiatry, 98% were attended by the CC, and 67% were attended by the IP. IP refusal is the most typical reason IDTT's are held in absentia. All other reasons are infrequent and are not currently tracked.

During the reporting period, 90% of I/Ps received at least weekly individual PC contacts, and these contacts were confidential 43% of the time. The primary obstacle identified during this reporting period is the on-going lack of confidential treatment space. Mental health management is working with executive staff to identify options for more workable treatment space in the ASU setting. 80% of I/Ps prescribed psychotropic medications were seen by a psychiatrist at least every 90 days. Daily LPT rounds were documented on the CDCR Form 7230-MH 100% of the time. Daily ASU morning meetings between custody and clinical staff were documented 50% of the time. A system has been put in place to document these meetings daily.

## ASU-EOP (HUB)

During the reporting period, 93 I/Ps entered the ASU EOP. 98% of initial IDTTs were completed within 14 calendar days or prior to ICC, whichever occurred first. Subsequent IDTTs took place at least every 90 days, 99% of the time. 99% of IDTT's were attended by the primary clinician; 92% were attended by psychiatry; 81% were attended by CC; and 68% were attended by the IP. IP refusals were typically the only reason IDTTs were held in absentia. All other reasons were infrequent and are not currently tracked.

During the reporting period 14% of I/Ps had a LOS longer than 60 days. 43% had a LOS longer than 90 days, all of whom are reviewed weekly by the Facility Captain and CC-II during the Focus Improvement Team meeting. Reasons for LOS longer than 90 days included: 43% endorsed awaiting transfer, 35% pending investigation, 13% pending DA referral, 9% awaiting bed placement.

Of the I/Ps in the program during the reporting period, 95% received at least weekly individual PC contacts, 42% of contacts took place in a confidential setting. Reasons for non-confidential contacts included: limited confidential treatment space, understaffing, and MH program shut down for one week in February for staff development. Additionally, multiple staff members were on vacation requiring non-confidential (cell front) contact. 71-92% of I/Ps prescribed psychotropic medications were seen by a psychiatrist at least every 30 days. Daily LPT rounds were documented on the CDCR Form Progress Note 7230-MH 100% of the time. On average, all I/Ps were scheduled for 11 hours of weekly structured therapeutic activity. Of those scheduled, an average of 10 hours of treatment were offered to all I/Ps in the program. An average of 59% of I/Ps were offered at least ten hours of structured therapeutic activities per week.

I/Ps in the modified program typically attended 4 activity hours per week. Holidays and a single week of program development impacted treatment offered and attended. Very few I/Ps are identified as Modified Treatment each month, with none identified during the month of February. During the reporting period, the average number of I/Ps who refused more than 50% of offered treatment during a given week period was 40%. I/Ps refusing more than 50% of offered treatment services received daily PC contacts during the work week 22% of the time, and 22% of I/Ps were given a modified treatment plan. Daily ASU morning meetings between custody and clinical staff were documented 50% of the time. A system has been put in place to document these meetings daily

**ASU-Non-MHSDS**

Since there is currently no tracking system to obtain historical data on admissions and discharges for all ASU units, a sampling was conducted for one of SVSP's ASU units, Z. The second week of each month from December 2011 through May 2012 was sampled and totaled. The number of I/Ps who entered Z, ASU-Non-MHSDS program, was 66. Of those, 72.3% received a timely nursing pre-placement screening (CDCR Form 7219), and 100% of the screenings were conducted in a confidential setting. Custody documented 30-minute welfare checks 100% of the time. Nursing documented daily LPT rounds 100% of the time.

SUICIDE PREVENTION

The institution has an active Suicide Prevention and Response Focused Improvement Team (SPR-FIT). See Tab I, Section 1 to review SPR-FIT meeting minutes.

**Completed Suicides**

During the reporting period, there were 3 completed inmate suicides in the institution.

During the last two years there were 7 completed suicides in the institution.

**Attempted Suicides during the Reporting Period**

Of the 10 serious suicide attempts during the reporting period, 1 was by laceration and 9 were by overdose. Outside hospitalization was not required. Ten were referred to a MHCB for mental health care services. No one out of this population was referred to a DMH facility.

On return to regular housing from a MHCB, 5-day follow-up was documented, on average, 84.5% of the time. Custody Wellness Checks were completed as required, on average, 93.5% of the time.

Of the six SPR-FIT monthly meetings required during the reporting period, 6 monthly meetings were documented to have occurred. The SPC coordinates the monthly SPR-FIT. During the reporting period the agendas included details of the Pre-ASU screening audit, 31 Item Questionnaire audit, 21-Day Observation, ASU audit, review of suicide attempts from the previous month, review of Custody Wellness Checks and 5-day clinical follow-up audits of the previous month, review of completed suicides, DOT Medication compliance audit and training needs. Attendance is indicated in the SPR FIT minutes. (See binder for more details).

Problematic areas still under review by SPR-FIT include the completion and distribution of the ASU Pre-placement chrono, issues related to the 21-Day Observation and the completion and return of the Custody Wellness Checks. Training specific to these topics is occurring in addition to the new employee 8-hour Suicide Prevention Training. Also, the new Suicide Risk Evaluation and Proctoring/Mentoring Program have been introduced to the staff with a plan to continue training in areas identified through the program as problematic.

The self-harm review process remains active. Clinicians are notified via telephone when an inmate who attempted self-harm is to return from the CTC. In addition, a Custody Wellness Check and a 5- day follow-up follow the inmate. The clinician presents the inmate and revision of the treatment plan to IDTT as appropriate. The Suicide Prevention Coordinator may continue to attend the Emergency Medical Response Review Committee and have access to all self harm incidents. The clinical director of the CTC will bring the data and present incidents of self harm to SPR-FIT.

### Inmate Profile Procedure

SVSP does not have an LOP addressing data entry, transfer, and receipt of Inmate Profiles. With the launch of MHTS.Net, inmate profiles from other institutions are no longer used in the screening process in ASU housing units and SVSP does not send out inmate profiles. LPTs use the Daily Movement Sheets as well as reports from MHTS.Net to identify new ASU inmates. Each new ASU inmate's MHTS.Net data is then checked real time to review past MH treatment data including suicide history.

### RVR Protocols

During the reporting period, 1982 inmates at the institution received RVRs: 1042 for GP Inmates, 750 CCCMS, 184 EOP, and 6 MHCB. ASU RVRs are not tracked separately but will

be beginning in August 2012. 93% of the EOP and MHCB RVRs,28% of the CCCMS, and 0% of the GP inmates also received mental health assessments

## USE OF FORCE

A table of all the Use of Force and Non-Use of Force incidents during the reporting period can be found in Tab M. Of the Use of Force Incidents, 45% occurred with MHSDS inmate-patients. For Non-Use of Force Incidents, 55% occurred with MHSDS inmate-patients.

## MENTAL HEALTH REFERRALS

- Emergent: Immediately
- Urgent: Within 24 hours
- Routine: Within five working days

During the reporting period, 1818 referrals were received and on the final day of the period, 97% were closed. Referral statistics (See Tab R) indicate that 97% of emergent referrals were seen the same day, 90% of urgent referrals were seen within 24 hours, and 86% of routine referrals were completed in within 5 business days (MHTS.Net's calculation uses calendar days rather than business days).

## MHTS.NET AGREEMENT AUDITS



Audits were run in December through May, with the actual months audited shown in the graph above.

# Exhibit 45

*Coleman* Site Visit, Round XXV
## MENTAL HEALTH MANAGEMENT REPORT
December 1, 2011 – May 31, 2012
San Quentin State Prison

INSTITUTIONAL PROGRAM SUMMARY

**Overview of all the mental health programs at institution**
At San Quentin State Prison (SQ), the Mental Health Department provides services in the following programs: Reception Center (processing), RC CCCMS, RC EOP, Mainline CCCMS, Administrative Segregation (ASU) CCCMS and EOP, ASU EOP Hub, Mental Health Crisis Bed (MHCB) and Specialized Care for the Condemned. These services are provided in a manner that implements the continuity-of-care model which allows inmate-patients (I/Ps) to develop a constructive therapeutic relationship with the mental health providers. Providers continue to work with the I/Ps as they move throughout the institution, change level of care or even enter the inpatient unit (MHCB) on-site. The department has also integrated quality management into our model and demonstrated an ability to self-monitor, self-analyze, self-correct and proactively improve all aspects of our mental health service delivery.

The mental health staff is organized according to function. During the reporting period, there were eight functional teams: (1) Quality Management Team; (2) Individual Treatment Team; (3) Recidivism Reduction Team; (4) Crisis, Screening and Intervention Team; (5) Assessment and Training Team; (6) Psychiatric Nursing Team, (7) Psychiatric Medication Management Team; and (8) Specialized Care for the Condemned Team. Previously, a Custody Counselor Team functioned under the supervision of the Chief of Mental Health and the CCII-Specialist remains a member of the Management Team.

The MHSDS department has established itself as a multidisciplinary Continuing Education Provider and provides training in Fellowship, Post-doc, Internship and Practicum programs for psychiatry and doctoral level psychology students. The department is also analyzing data related to recidivism and working toward tailoring programs to effectively reduce recidivism.

**New Construction/Remodeling**
Not applicable during this reporting period.

**New or Anticipated Mission Changes**
As a part of the CDCR realignment plan, SQSP anticipates reducing the RC population by approximately 684 beds, reducing the volume of the reception center by approximately 50%, increasing the GP Level II population by approximately 684 beds and reducing the corresponding SQ MHSDS staff by approximately 16.42 positions. It is unclear how this realignment will impact the overall mental health EOP and CCCMS population. At this time, the realignment is currently in process.

Page 1 of 13

DRPD 1 00533

**Major Population Moves**
Not applicable during this reporting period.

**New or Overflow Administrative Segregation or any other Specialized Housing Units**
The Condemned inmate population has expanded from North Segregation into East Block. Condemned has now outgrown East Block and we are overflowing into the Adjustment Center which houses the institution's Administrative Segregation inmate-patients. SQ has realigned several Reception Center Population housing units to accommodate the ASU inmate population. The AB 109 IAS identifies 91 Carson Unit Reception Center beds deactivating and 48 Condemned beds activating. Due to the condemned population housed in the Adjustment Center, Carson Unit houses single celled ASU inmate-patients. Treatment of the condemned population is provided through the Specialized Care for the Condemned.

**Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements**
During the reporting period, the department has adjusted to changes related to the implementation and modification of new data systems including MHTS, eUHR, and SOMS. This has resulted in ongoing adjustments to audits and reports in both methodology and content. We continue to attempt to provide the most accurate, consistent and complete information, though obtaining this has been challenging given the changes. Adjustments and changes to staffing, not only in mental health but also in the custody and medical departments, have also impacted provision of services at times. The department, working with custody, has begun expanded treatment hours which we anticipate will result in improved patient care. The planned population changes and uncertainty due to realignment have, at times, impacted department morale. The department management is continually assessing performance and attempting to maintain adherence to Program Guide requirements and professional standards of care. Consideration is being given to reorganization of the department based on likely changes in SQ's mission and population.

MENTAL HEALTH ROSTER
### Institutional Mental Health Staffing and Telemedicine
December 1, 2011 - May 31, 2012
San Quentin

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-Time Equivalent | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief of Mental Health | 1.00 | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| Chief Psychiatrist | 1.00 | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| Senior Psychiatrist | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| Senior Psychologist | 5.50 | 5.00 | 0.50 | 9% | 0.00 | 0.50 | 9% |
| Staff Psychiatrist | 12.25 | 11.65 | 0.60 | 5% | 0.00 | 0.60 | 5% |

DRPD 1 00534

| Staff Psychologist | 35.50 | 30.80 | 4.70 | 13% | 0.54 | 4.16 | 12% |
|---|---|---|---|---|---|---|---|
| Supervising Social Worker | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| Social Worker | 10.20 | 10.00 | 0.20 | 2% | 0.00 | 0.20 | 2% |
| Registered Nurse | 2.46 | 2.46 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| Senior Psych Tech | 1.00 | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| Psych Tech | 25.60 | 24.60 | 1.00 | 4% | 0.00 | 1.00 | 4% |
| Recreation Therapist | 5.30 | 3.75 | 1.55 | 29% | 0.51 | 1.04 | 21% |
| Other (specify) | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |

Telemedicine

| Psychiatry telemedicine used? | Number of Hours Per Week |
|---|---|
| NO | 0 |

## QUALITY MANAGEMENT

### Local Governing Body (LGB)
The LGB is responsible for oversight of health care services and is the ultimate authority for all health care matters. The LGB was scheduled to meet once during the monitoring period. The scheduled meeting achieved a quorum. The meeting covered discussion, review and approval of CTC policies and procedures for the recreation therapy program, administration, food and nutrition services and mental health.

### Quality Management Committee (QMC)
The purpose of the QMC is to monitor, assess, and improve the quality of health care. During the reporting period the QMC met with the required quorum 6 times. Agendas and minutes are available in the Proof of Practice binders in the Health Care Administrative Office. The QMC is chaired by the Chief Executive Officer and attendees include the Warden (or designee), Associate Warden for Health Care, the CHSA II, the Chief Physician Executive, Chief of Mental Health, Director of Nursing, and Chief Pharmacist. The QMC regularly collects reports from each service delivery area (e.g., pharmacy, nursing, and mental health). Presentations by each of the departments or subcommittees are data focused and general communication/coordination issues are discussed.

### Mental Health Quality Management Subcommittee (MHQM)
The purpose of the MHQM is to oversee mental health services, review program performance, and monitor, create and implement improvement efforts. The Chief of Mental Health or designee serves as Chair. MHQM is scheduled to meet weekly. During the reporting period the MHQM met 25 times. A quorum was attained in 100% of the meetings during the reporting period.

DRPD 1 00535

**Peer Review**
Each of the three primary clinical disciplines (psychiatry, psychology and social work) has a peer review chairperson from that discipline to oversee the process. The SQ LOP describes how often staff are reviewed, how staff are selected to serve on the peer review committee, the procedures used to evaluate medication management, documentation, assessment, diagnosis, treatment and pre-release planning, treatment provision, consultation and referral. It also addresses the confidentiality of peer reviews (which are not seen by other staff or supervisors) and includes the actual forms used by the reviewers. During the review period, 14 psychologist, 2 social worker and 3 psychiatrist peer reviews were completed. Results showed consistently positive reviews.

**QIT Activities**
There were a total of 3 Mental Health QITs active during this reporting period. No new QITs were chartered during the review period. Two QITs were resolved with final recommendations sent to the QMC during the review period. Two QITs were resolved since the last management report. The ongoing QIT was the Clozapine Quality Assurance QIT. The QITs resolved during the monitoring period were the Specialized Treatment for the Condemned Evaluation QIT and the MHTS-UHR Concordance QIT (also known as the Agreement Audit QIT).

## MEDICATION MANAGEMENT, PSYCHOTROPIC MEDICATIONS
The total number of inmates in the MHSDS receiving psychotropic medications at the end of the reporting period was 615.

**Medication Continuity for New Arrivals (Inter-Institutional CDCR Transfers)**
I/Ps arriving in the RC with prescriptions for psychotropic medications were evaluated face-to-face or through records review by the psychiatrist within 24 hours 100% of the time. All medication orders that were received in the pharmacy by 1300 were sent to the LVN on the same day. All orders written after 1500 hours were processed the next day or within 24 hours.

**Medication Continuity for Transfers (Intra-Institutional Transfers)**
During the reporting period, 97% of the 463 I/Ps transferring within the institution, including I/P's discharged from the MHCB, received their prescribed psychotropic medications without interruption. The Medication Continuity Audit conducted during the reporting period indicates that none of the 3% of I/Ps were transferring in or out of the MHCB at the time of interrupted services.

**Medication Continuity for Renewal of Orders/Bridge Orders**
During the previous reporting period, 99.5% of inmate-patients received timely renewals of their psychiatric medications. Less than 0.5% of inmate-patients had a lapse in medication, based on no written medication orders. Given that there has been no change in prescription, dispensing, administering or monitoring / safeguards, this indicator was not re-audited.

To reduce the likelihood of unintentional prescription expirations, SQ's Mental Health Department produces a weekly Psychiatrist Appointment Analyzer spreadsheet using MHTS data and a weekly report from pharmacy of all active prescriptions. This spreadsheet quickly and accurately alerts psychiatrists to appointment and prescription timeframes that may cause

DRPD 1 00536

Program Guide timelines to be missed or prescriptions to expire unintentionally before an appointment. In addition, psychiatrists are required to see any patients who do not come for scheduled appointments that same day, in part to prevent the need for "bridge" orders. If medication renewal is required on an urgent basis and the patient cannot be seen, this authorization is typically for no more than thirty (30) days, and the patient is seen as soon as clinically indicated. Finally, psychiatrists renew all medication orders for 90-days at every visit.

**Lab Tests/Results for MHSDS Inmates**
The schedule of audits completed at SQ addressing lab tests/results does not correspond with the reporting period, but are completed quarterly. The numbers in this section reflect October 2011 through March 2012. During those 2 quarters, 178 randomly selected UHRs of inmates receiving psychotropic medications were reviewed. Laboratory tests were indicated for 165 of the 178 I/P's. Laboratory tests were ordered as indicated 92% of the time. Psychiatrists reviewed lab results and documented clinical action 88% of the time tests were ordered. An Abnormal Involuntary Movement Scale (AIMS) must be completed every 6 months for each inmate prescribed antipsychotic medications. Forty UHRs were audited for AIMS. An AIMS was completed within the last 6 months in 70% of the 40 sampled cases.

**Direct Observation Therapy (DOT) Medication Administration**

During pill lines, DOT medication administration procedures were followed 100% of the time. As of June 29, 2012, there were 19 I/Ps prescribed psychotropic DOT medication by a psychiatrist.

**HS Medications (After 2000 Hours)**
There were 19 MHSDS I/Ps receiving HS medications prescribed by a psychiatrist as of June 29, 2012. During the reporting period, HS medications were administered after 2000 hours 100% of the time.

**Medication Non-Compliance Policies and Procedures**

During the reporting period, there was an average of 52 notifications of non-compliance per week, For the monitoring period, the average medication compliance for the institution was 91%.

Inmate/patients who were noncompliant with medications during the reporting period were referred to a physician 93% of the time and were seen within a week of referral 53% of the time. These appointments will now be scheduled directly by nursing on behalf of psychiatrists to improve performance on these indicators.

**The Medication Administration Record (MAR)**
Per an audit completed by the Health Records Department for this report, audited eUHRs contained the previous month's MARS 100% of the time, and 100% of UHRs contained MARs that were complete and legible. MARs are received from the clinics on a daily basis and scanned into the eUHR. In the course of completing monthly audits, the Mental Health RN regularly reviews the MARs and reports that they are complete and legible.

DRPD 1 00537

**Timely Processing of Medication Orders**
To verify timely processing, a random sample of 100 orders for DOT medications (MHSDS patients only) was selected. Guardian records the date orders were written and the manifest date (the date the pharmacy sent the medications to the pill window). 100% of changes and newly prescribed medications were received within 24 hours of the date the order was written.

**Informed Consent Forms**
Per an audit completed by the Health Records Department for this report, a random sample of 16 current eUHRs of I/Ps on psychiatric medications contained up-to-date consent forms 88% of the time.

**Pill Lines**
Medications are typically distributed via pill line. Lengths of pill lines are monitored along with Direct Observation Treatment and Nurse Administered Therapy. Pill lines with a wait of longer than 7 to 10 minutes are considered unacceptable and corrective measures (additional pill lines and/or alternate staff) are instituted. Nursing is currently developing a mechanism to further track and capture this success.

**Hoarding/Cheeking Medications**
During the reporting period, there was 1 CDCR-115 Rules Violation Report (RVR) written explicitly for hoarding or cheeking medication.

**Parole medications process**
Currently, the Classification and Parole Representative notifies pharmacy of all paroling inmates at least 1 day in advance of release dates. During the reporting period, 137 I/Ps paroled with active prescriptions for psychotropic medications. Existing orders were renewed for 30-days in 100% of the cases. Paroling inmates are required to sign for receipt of their parole medications. During the reporting period 99% signed manifests acknowledging receipt of their prescription medications (1 of 137 paroling I/Ps refused medication).

## MAINLINE CCCMS

**Timeliness of PC and Psychiatrist Contacts**
During the reporting period 290 I/Ps entered the CCCMS mental health program. Of these, 83% received an initial contact with their PC within 10 days during which time the Clinical Intake Assessment was completed. In addition, 73% had their initial IDTT within 14 days of arrival or transfer into the program. Thereafter 98% received PC contacts at least once every 90 days (or more often if indicated) and 97% had a scheduled IDTT at least annually (or more often if indicated). Data from MHTS indicates institutional staff participated in the IDTT with the PC being present 95% of the time and psychiatrist 53% of the time. The I/P was present at IDTT 98% of the time.

DRPD 1 00538

During the reporting period, 97% of inmates with prescriptions for psychotropic medications received timely psychiatry appointments. The 3% of missed psychiatry appointments were due to inmate refusal, competing appointments, lock downs and clinician unavailability.

**Prerelease and Discharge Planning**
During the reporting period, 98 I/Ps in the CCCMS level of care paroled from the institution. Of these, 68 received parole planning. In addition, Primary Clinicians regularly consult with the Pre-release team and provide parole planning in the context of individual patient contacts.

## MAINLINE ENHANCED OUTPATIENT PROGRAM (EOP)
SQ does not have a Mainline Enhanced Outpatient Program. EOP I/Ps endorsed to this institution are limited to the Condemned population.

## SPECIALIZED CARE FOR THE CONDEMNED
For participants in the program, PCs and psychiatrist contacts are provided on both a patient need and ability-to-participate basis, as clinically indicated. Additionally, participants are offered in excess of 10 hours of structured treatment (group activity, recreational therapy, therapeutic yard) weekly. Participants in this program are afforded increased access to mental health staff and therapeutic opportunities.

Group topics provided include: Process group, Dialectical Behavioral Therapy (DBT), Symptom Management, Psycho-spirituality, Stress Management, Relaxation Techniques, and Recreational Therapy. All EOP level of care (LOC) I/Ps were participants in Specialized Care for the Condemned which provides patient-centered treatment based on clinical need, appropriateness and symptom constellation. I/Ps were offered structured therapeutic activity consistent with their treatment plans.

## DEPARTMENT OF MENTAL HEALTH (DMH) REFERRALS
During this period, 92 I/Ps met one or more of the considerations for a higher LOC. Of the identified I/Ps, 54% were referred to DMH, 46% of I/Ps were not referred. At each institution, 25 I/Ps listed on the DMH non-referral log (or all I/Ps on the list if less than 25) were randomly audited. Of those audited, 79% had a reason for non referral documented on the 7388B, and 77% had documented interventions to improve the I/P's level of functioning.

During the reporting period, 59 referrals to DMH were completed: 19 ICF and 40 APP. Of those referred, 95% of ICF referrals were completed within five working days, 100% of APP referrals were completed within two working days and posted on SharePoint.

During this time period no ICF referrals and 2.5% of APP referrals were rejected by DMH and 21% of ICF referrals and 20% of APP referrals were rescinded.

During the reporting period 16 I/Ps returned to the institution from DMH. DMH discharge summaries were received when the I/P returned to the institution 100% of the time. Clinician-to-

Page 7 of 13

DRPD 1 00539

clinician contact took place within five working days of the I/P's return to the institution 69% of the time and an additional 19% took place later than five working days after return. Five day follow-ups were completed 100% of the time for returning I/Ps. This includes those who were returned to housing upon arrival back at SQ and those admitted to the CTC upon return from DMH and later discharged from the CTC with a five-day follow-up.

## MENTAL HEALTH CRISIS BED (MHCB)
The institution has a 17 bed, Mental Health Crisis Bed (MHCB) unit. Inmate-patients are received from internal referrals as well as from other institutions. During the reporting period, 156 referrals were received from within the institution and 54 referrals were received from other institutions.

During the reporting period, the total number of admissions to the MHCB was 194. The average length of stay (LOS) was 9 days. The range of stay was from 1 to 50 days. The number of I/Ps with a LOS for 10 or more days was 59. Reasons for LOS longer than 10 days include: 49% of the I/P's were awaiting a DMH bed, 9% of the I/P's had a Keyhea in process, 3% were clinically discharged awaiting housing, 4% were clinically discharged awaiting transfer back to their home institution, and 35% were retained for clinical reasons. When I/Ps on the DMH waiting list were removed from the calculation, the average LOS in the MHCB was 8 days.

Prior to being admitted to the MHCB unit, 100% of the I/Ps admitted during regular working hours were administered a pre-admission screening. Once admitted to the MHCB unit they received their initial IDTT within 72 hours 99% of the time. Thereafter I/Ps were offered at least weekly IDTTs 92% of the time. IDTTs were attended by the PC 75% of the time, psychiatry 81%, CC-I 59% and nursing 99% of the time. Daily contacts by a licensed psychologist or psychiatrist occurred 92% of the time. Of those I/Ps that were admitted due to suicidal threats or behavior, 94% were administered an SRE at the time of placement and 88% received a SRE upon release from the MHCB. 92% received a five day follow-up after their release from the MHCB.

## OUTPATIENT HOUSING UNIT (OHU)/MENTAL HEALTH OUTPATIENT HOUSING UNIT (MH-OHU)
San Quentin does not have a Mental Health OHU.

## ALTERNATIVE HOUSING
San Quentin does not use alternative housing.

## ADMINISTRATIVE SEGREGATION UNIT (ASU)
During the reporting period there was a monthly average of 292 I/Ps housed in ASU at the following levels of care: 90 at CCCMS level of care (LOC), 14 at EOP LOC, 3 at MHCB LOC (there is a lag time on LOC change for I/Ps discharged from MHCB) and 185 non-MHSDS inmates. Patients entering ASU are brought to the TTA and receive a 7219 and MH7 100% of

DRPD 1 00540

the time. Incoming I/Ps were placed in identified safety cells 100% of the time. Inmate-patients placed in ASU were reviewed for current MHSDS status within one working day following their placement in ASU 100% of the time and 100% of I/Ps received a mental health screening (31-item questionnaire) within 72 hours of placement. Custody documented 30-minute welfare checks 100% of the time during the reporting period.

## ASU-CCCMS

During the reporting period, 212 I/Ps entered the ASU CCCMS program. Of those, 84% of the I/Ps were assessed by a clinician within 7 days of placement in ASU and 73% of initial IDTTs were completed within 14 calendar days. Subsequent IDTTs took place at least every 90 days 99% of the time. Reports indicate 97% of IDTTs were attended by the primary clinician, 62% of IDTTs were attended by a psychiatrist, and 51% of IDTTs were attended by the CCI. The I/P was present at IDTT 93% of the time.

During the reporting period, 92% of I/Ps received at least weekly individual PC contacts. 82% of the time they were seen in a confidential setting and 18% of the time they were seen cell-front. Cell-front contacts were due to 13% staff decision, 3% unspecified and 2% refusal, lock down or lack of escort. Additionally, 100% of I/Ps prescribed psychotropic medications were seen by a psychiatrist at least every 90 days. Daily LPT rounds were documented on the CDCR Form 7230-MH 100% of the time. Daily ASU morning meetings between custody and clinical staff were documented 73% of the time.

## ASU-EOP (HUB)

During the reporting period, 66 I/Ps entered the ASU EOP program. Based on MHTS compliance rules, no ASU EOP I/Ps required a comprehensive assessment (7386) prior to the initial IDTT or within 14 calendar days of referral/identification. Initial IDTTs were completed within 14 calendar days 66% of the time. Subsequent IDTTs took place at least every 90 days 97% of the time. Attendance at IDTT was: 94% were attended by the primary clinician; 65% were attended by the psychiatrist; 55% were attended by CC. The I/P was present at IDTT 93% of the time.

During the reporting period 2% of I/Ps had an LOS longer than 60 days and 1% had LOS longer than 90 days. Of those, 100% were reviewed every 30 days by the Facility Captain or CC-II. Reasons for LOS longer than 90 days included: 100% endorsed awaiting transfer. Note: 1 inmate from SVSP was temporarily housed at SQ to facilitate court hearings in Marin County.

Of the I/Ps in the program during the reporting period, 92% received at least weekly individual PC contacts, 94% occurred in a confidential setting, 0% occurred out of cell but non-confidential, and 6% occurred cell front. Reasons for non-confidential contacts included: 2% I/P refusals; 3% staff decision; 2% lack of custody escorts; <1% unspecified. Ninety-three percent of I/Ps prescribed psychotropic medications were seen by a psychiatrist at least every 30 days. Daily LPT rounds were documented on the CDCR Form Progress Note 7230-MH 100% of the time. 36% of I/P's were offered at least ten hours of structured therapeutic activities per week. Due to a MHTS coding error, this rate miscalculates the individualized nature of the treatment planning. We have corrected this error so that appointments and documentation will

DRPD 1 00541

more accurately capture this parameter in future reviews. Inmate-patients on modified treatment plans were offered structured therapeutic activity consistent with their treatment plans.

Per MHTS, during the reporting period, there were no I/Ps who refused more than 50% of offered treatment during a given week period. A manual audit indicated 1 I/P who refused more than 50% of offered treatment during the reporting period. MHTS indicates this I/P received daily Psych Tech contacts in addition to 87% of the additional required contacts which were conducted by a psychologist, social worker, psychiatrist or recreational therapist. Daily ASU morning meetings between custody and clinical staff were documented 73% of the time.

### ASU-Non-MHSDS
During the reporting period, 390 I/Ps entered ASU-Non-MHSDS program. All inmates entering ASU are brought to the TTA and receive a nursing pre-placement screening. Logs are not separately kept to track the pre-placement screenings that occur. Nursing documented daily LPT rounds 100% of the time. Custody documented 30-minute welfare checks during the reporting period 100% of the time.

## PSYCHIATRIC SERVICES UNIT (PSU)
San Quentin does not have a Psychiatric Services Unit.

## CCCMS SHU
San Quentin does not have a CCCMS SHU.

## SUICIDE PREVENTION
The institution has an active Suicide Prevention and Response Focused Improvement Team (SPR-FIT). See Tab I.1 to review SPR-FIT meeting minutes.

### Completed Suicides
During the reporting period, there were 2 completed inmate suicides in the institution. During the last two years, May 2010 through May 2012, there were 6 completed suicides in the institution.

### Attempted Suicides during the Reporting Period
Of the 9 serious suicide attempts that occurred during the reporting period, 2 were by hanging, 2 were by lacerations, and 5 were by overdose. Of those, 7 required outside hospitalization and 9 were referred to an MHCB for acute mental health care services, with 4 I/P's ultimately referred to a DMH facility.

On return to regular housing from a MHCB, a 5-day follow-up was initiated 100% of the time and documented as having been completed 92% of the time. Custody wellness checks were completed as required 99% of the time.

DRPD 1 00542

There were six SPR-FIT monthly meetings during the reporting period. The SPC coordinates the monthly SPR-FIT. The meetings/trainings included: "Suicide - The Magic Word: Threats, Gestures, Plans and Culture" (May 2012); "Administrative Segregation and Suicide" (April 2012); "Deliberate Indifference and Suicide" (March 2012); "Self Mutilation in an Incarcerated Population" (February 2012); "Profiling the Mainline: Risk Factors vs. Protective Factors" (January 2012); and "Suicide Review: Case Presentation" (December 2011) (See binder for additional details). In addition, the SPC (or designee) participated in monthly HQ video/teleconferences and weekly IST trainings.

The self-harm review process remains active. Since the last management report 5 reviews have been completed and presented to the treatment teams and SPR-FIT for discussion. Zero reviews are in progress, and 0 are awaiting return of the I/P to the institution from DMH. The SPC maintains a database of inmates who are high risk, have histories of suicide attempts, suicidal gestures and self-injurious behaviors.    These lists are distributed to the Mental Health Department on a regular basis to keep the department apprised of inmates who may be at risk. The SPC is also responsible for the On-Call Log, and keeps track of inmates who have presented to the TTA for mental health reasons. Related to this is an incident log of suicides, suicide attempts, suicidal gestures and self-injurious behavior, which is maintained by the SPC and supervisor of the SPC. If systemic issues are noted, they are brought to the SPR-FIT and Mental Health Program Subcommittee for discussion. Case-specific concerns are brought to the attention of the supervisors as needed.

**Inmate Profile Procedure**
An inmate's history of suicidal behavior, thinking, and history of self harm is available via the Mental Health Tracking System (MHTS) Inmate Profile.  Within one business day of an inmate's placement into an Administrative Segregation Unit, a Licensed Psychiatric Technician (PT) will print a copy of the inmate's Inmate Profile from the MHTS database.  This profile is reviewed no later than 72 hours after placement.  Pertinent information is shared by the PT with custody staff during their morning check-in meeting, abiding by confidentiality expectations.

## RVR PROTOCOLS
During the reporting period, 816 inmates at the institution received a total of 1,192 RVRs: 69% were GP inmates, 24% were CCCMS I/P's, 6% were EOP I/P's, 1% were MHCB. Of these, 161 inmates received 115X Mental Health RVR screenings: 10 for GP inmates, 87 CCCMS I/P's, 61 EOP I/P's, and 4 MHCB I/P's.  The EOP and MHCB RVR 115X's that were requested by custody were completed 100% of the time.

## USE OF FORCE
Of the Use of Force Incidents during the reporting period, 53% occurred with MHSDS I/Ps.  For Non-Use of Force Incidents, 41% occurred with MHSDS I/Ps. A table of all the Use of Force and Non-Use of Force incidents during the reporting period can be found in Tab K.

DRPD 1 00543

## RECEPTION CENTER

Initial Health Screenings were conducted on 100% of incoming inmates by nursing staff within 24 hours of arrival. Inmate-patients arriving in the RC with prescriptions for psychotropic medications were evaluated face-to-face or through records review by the psychiatrist within 24 hours 100% of the time. If not seen face-to-face, the I/P is scheduled for an appointment with an assigned psychiatrist to occur within 5 days. Per MHTS, Initial Mental Health screenings were completed with 98% of incoming inmates within seven days of arrival. Internal tracking indicates 100% of those arriving to SQ were screened within 24 hours. Those inmates that answer positively to specific clusters of questions, present with mental health symptoms, and/or were previously in the MHSDS are referred for a mental health intake evaluation (7386). These mental health evaluations were completed within 18 calendar days of the inmate's arrival 93% of the time. Initial mental health screenings were completed in a confidential setting 100% of the time. Comprehensive mental health evaluations were conducted in a confidential setting 100% of the time.

Issues related to untimely assessments in this area include accuracy of scheduling, data entry into MHTS, ducating, lockdown and escort problems. To rectify these issues, the department has implemented a plan to have all clinicians enter their own scheduling and closing of appointments in MHTS. Staff continue to receive feedback and training in accurate and timely data entry. QMT staff have also addressed SOMS/MHTS discrepancies with HQ and SOMS staff.

### RC CCCMS

This population is housed primarily in South block/yard and currently comprises 17% of the I/Ps in the MHSDS. The average LOS was 166 days and ranged from 1 day to 1106 days. Of these, 56% of I/Ps had LOS longer than 90 days. Reasons for lengths of stay longer than 90 days included: unavailability of bus seats, disciplinary issues/process, safety concerns, Out to Court (OTC), and MHCB/DMH placement.

Clinical contacts for the reporting period are contained in the RC CCCMS Case Manager Contacts audit (Tab L). Results indicate 99% of I/Ps had initial contacts with their PC within 30 days of arrival. Subsequently, 99% had routine contacts with their PC at least every 90 days.

Those I/Ps that had prescribed psychotropic medications received psychiatry contacts at least every 90 days 98% of the time. Confidential contacts with the PC took place 99% of the time. The 1% of non-confidential contacts were due to I/P refusal, lock downs, lack of escort officers and competing ducats.

### RC EOP

This population is housed primarily in South block and currently comprises 1% of the I/Ps in the MHSDS. The average LOS was 140 days and ranged from 2 to 619 days. Of these, 69 % of I/Ps had LOS longer than 60 days. Reasons for lengths of stay longer than 60 days included: lack of sufficient beds at institutions with EOP programs and for those inmates with complex case factors, stays extended due to RVRs and time in the ASU, delays in endorsement or delays in transport.

DRPD 1 00544

RC EOP I/Ps were seen weekly by their PC 93% of the time, and monthly by their psychiatrist 94% of the time. Confidential contacts with the PC took place 99% of the time. The 1% of non-confidential contacts were due to IP refusal, lock downs, lack of escort officers and competing ducats.

Subsequent to the initial contact, I/Ps had IDTTs scheduled monthly 97% of the time. I/Ps were offered at least five hours per week of structured therapeutic activity 69% of the time. I/Ps on modified treatment plans were offered structured therapeutic activity consist with their treatment plan.

## MENTAL HEALTH REFERRALS

- Emergent: Within 4 hours
- Urgent: Within 24 hours
- Routine: Within five working days

During the reporting period, 2252 referrals were received and on the final day of the period, 100% were closed. Referral statistics (See Tab P) indicate that 83% of emergent referrals were seen within 4 hours, 95% of urgent referrals were seen within 24 hours, and 100% of routine referrals were completed within 5 business days.

## MHTS.NET AGREEMENT AUDITS

The Agreement Audit was conducted monthly during the reporting period pursuant to the methodology endorsed by HQ. Results for the agreement between MHTS and the eUHR during the reporting period ranged from 91% - 98%. This is a significant improvement since the last reporting period and allowed the Agreement Audit QIT to be closed in April 2012, after 3 consecutive months of results over 90%.

DRPD 1 00545

# Exhibit 46

**GLOSSARY OF TERMS**

| Acronym | Term |
|---|---|
| AIMS | Abnormal Involuntary Movement Scale |
| APP | Acute Psychiatric Program |
| ASU | Administrative Segregation Unit |
| CAP | Corrective Action Plan |
| CC | Correctional Counselor |
| CCCMS | Correctional Clinical Case Management System |
| CDCR | California Department of Corrections and Rehabilitation |
| CHSA | Correctional Health Services Administrator |
| DMH | Department of Mental Health |
| DOT | Direct Observation Therapy |
| EOP | Enhanced Outpatient Program |
| GP | General Population |
| HC-POP | Health Care Population Oversight Program |
| HS | Hour of Sleep |
| I/P | Inmate-patient |
| ICC | Institutional Classification Committee |
| ICF | Intermediate Care Facility |
| IDTT | Inter Disciplinary Treatment Team |
| LGB | Local Governing Body |
| LOC | Level of Care |
| LOP | Local Operating Procedure |
| LOS | Length of Stay |
| LPT | Licensed Psychiatric Technician |
| MAR | Medication Administration Record |
| MHCB | Mental Health Crisis Bed |
| MH-OHU | Mental Health-Outpatient Housing Unit |
| MHQM | Mental Health Quality Management Subcommittee |
| MHSDS | Mental Health Services Delivery System |
| MHTS | Mental Health Tracking System |

| OHU | Outpatient Housing Unit |
|-----|------------------------|
| PC | Primary Clinician |
| PSU | Psychiatric Services Unit |
| QIT | Quality Improvement Team |
| QM | Quality Management |
| QMC | Quality Management Committee |
| R&R | Receiving and Release |
| RVR | Rules Violation Report |
| SHU | Security Housing Unit |
| SPC | Suicide Prevention Coordinator |
| SPR-FIT | Suicide Prevention and Response-Focused Improvement Team |
| SRE | Suicide Risk Evaluation |
| UHR | Unit Health Record |

| Acronym | RJD -Added Terms |
|---------|------------------|
| eUHR | Electronic Unit Health Record |
| C&PR | Classification and Parole Representative |
| HPSI | Health Program Specialist |
| HU | Housing Unit |
| OT | Office Technician |
| MHMR | Mental Health Management Report |
| SIB | Self Injurious Behavior |
| SPT III | Supervising Program Technician III |
| THC | Temporary Housing Cell |
| | |
| | |
| | |

### *Coleman* Site Visit, Round XXV
## MENTAL HEALTH MANAGEMENT REPORT
### (January 1, 2012- June 30, 2012)
### (Richard J. Donovan Correctional Facility)

#### INSTITUTIONAL PROGRAM SUMMARY

**Overview of all the Mental Health Programs at Institution.**

Population: At the time of the Mental Health Management Report (MHMR) writing, the Richard J. Donovan Correctional Facility (RJDCF) total population is 3,282. The total MHSDS population is 1,904 including a total EOP population of 548: ML EOP 325, SNY EOP 143, ASU EOP 57, RC EOP 23. Total CCCMS population is 1,334 including, ML CCCMS 270, ML SNY CCCMS 860, ASU CCCMS 113, RC CCCMS 91, and CTC medical patients including CCCMS and EOP I/Ps total 7, and CTC MHCB 15 I/Ps.

**New Construction/Remodeling.**
- Trailer acquired on Facility D for Mental Health individual, group and office space.
- Trailer acquired on Facility B for ASU medical treatment and office space.
- Wall installed to create telemedicine office in CTC.
- Removal of fence, Mental Health Building, Facility D. Completed on June 13, 2012.
- Facility D visiting room non-contact booths removal for ML conversion planned.

**New or Anticipated Mission Changes.**
- Designated as an intermediate medical care site.
- RC to ML conversion of Facility D. Deactivation of reception mission in process.
- ML Sensitive Needs Facility III CCCMS mission activation in process.

**Major Population Moves.**
- RC intakes continued in reporting period with all County intakes into the RC ceasing at the writing of the management report, July 2012.
- Conversion of Facility D, HUs 16-19 from a RC to a Level III SNY Program in process.
- Convert Facility D, HU 20 from a Level III GP to a Level III SNY Program in process.

**New or Overflow Administrative Segregation or any other Specialized Housing Units.**
- No ASU Overflow was utilized during this reporting period.

**Obstacles to Providing Mental Health Services and Adherence to Program Guide Requirements**

The ongoing hiring freeze has continued to affect the ability to hire clinical staff and senior clinical staff integral to the delivery of mental health services. The use of out of class assignments and contractors as full time equivalents behind established position vacancies and functional vacancies (such as staff out for Family Medical Leave Act, worker's compensation or in out-of-class assignments) has been essential to clinical service delivery.

DRPD 1 00433

The institution will focus the coming year on three goals: 1) maintaining quantitative demonstration of program guidelines 2) Demonstrating consideration of subjective factors in IDTT for higher LOC reviews and 3) Increasing the quality of clinical documentation throughout all programs. RJDCF will need to hire allocated staff to maintain gains and continue to achieve these planned goals.

## MENTAL HEALTH ROSTER
## Institutional Mental Health Staffing and Telemedicine

January 1, 2012 – June 30, 2012
Institution: RJDCF

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-Time Equivalent | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Senior Psychiatrist | 1 | 0 | 1 | 100% | 0 | 1 | 100% |
| Chief Psychologist | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Senior Psychologist | 6 | 5 | 1 | 17% | 0 | 0 | 17% |
| Staff Psychiatrist | 16 | 8 | 8 | 50% | 4.5 | 3.5 | 22% |
| Staff Psychologist | 42.5 | 39.5 | 3 | 7% | 7 | 0 | 0% |
| Supervising Social Worker | 0.6 | 0 | 0.6 | 100% | 0.6 | 0 | 0% |
| Social Worker | 10 | 9 | 1 | 10% | 0 | 1.6 | 16% |
| Registered Nurse | 13.44 | 12 | 1.44 | 11% | 0 | 1.44 | 11% |
| Senior Psych Tech | 2 | 2 | 0 | 0% | 0 | 0 | 0% |
| Psych Tech | 22 | 21 | 1 | 5% | 13 | -12 | -55% |
| Recreation Therapist | 7.65 | 7 | 0.65 | 11% | 0 | 0.65 | 8% |

Page 2 of 17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Other (specify) | | | | | | | |
| Total | 123.19 | 105.5 | 17.69 | 14% | 25.1 | -3.81 | -3% |
| Office Technician | 14.7 | 7 | 7.7 | 52% | 6 | 1.7 | 12% |
| Offices Services Supervisor II | 1 | 0 | 1 | 100% | 0 | 1 | 100% |
| Office Assistant (T) | 1 | 0 | 1 | 100% | 0 | 1 | 100% |
| Health Records Technician I | 2 | 2 | 0 | 0% | 0 | 0 | 0% |
| Correctional Health Administrat or II | 1 | 0 | 1 | 100% | 1 | 0 | 0% |
| Associate Gov Program Analyst | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Pharmacist I | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Unit Supervisor Safety | 1 | 1 | 0 | 0% | 0 | 0 | 0% |
| Supervisor Registered Nurse II | 3 | 3 | 0 | 0% | 0 | 0 | 0% |
| Associate Health Program Advisor | 0 | 0 | 0 | 0% | 0 | 0 | 0% |
| Supervising Program Tech III | 0 | 0 | 0 | 0% | 0 | 0 | 0% |
| Total | 25.7 | 15 | 10.7 | 42% | 7 | 3.7 | 14% |

Telemedicine

| Psychiatry telemedicine used? | Number of Hours Per Week |
|---|---|
| No | 0 |

Page 3 of 17

DRPD 1 00435

## QUALITY MANAGEMENT (QM)

### Local Governing Body (LGB)

The LGB is responsible for oversight of health care services and is the ultimate authority for all health care matters. The LGB was scheduled to meet three times during the monitoring period: January 6, 2012, March 23, 2012, and June 26, 2012. One hundred percent (100%) of the three scheduled meetings achieved a quorum. LGB minutes are available in the QM Document Binder.

### Quality Management Committee (QMC)

The purpose of the QMC is to monitor, assess, and improve the quality of health care. During the reporting period, the QMC met six times. The QMC is chaired by the Chief Quality Officer and regularly attended by, Associate Warden for Health Care, Captain for Access to Care, Medical Contracts Analyst, Chief Psychiatrist, Chief Psychologist, Budget Analyst, Chief Dentist, HPS-Is, CHSA II, CHSA I, Chief Physician Executive, Chief Nursing Executive/Director of Nursing, Health Care Appeals Coordinators and the Chief Pharmacist and the Chief Executive Officer (CEO) and Acting Chief of Mental Health. The QMC regularly collects reports from each service delivery area (Dental, Pharmacy, Nursing, Medical, and Mental Health). Presentations by each of the departments and subcommittees are data focused, and general communication/coordination issues are discussed. QMC minutes are available in the QM Document Binder.

### Mental Health Quality Management Subcommittee (MHQM)

The MHQM reviews mental health services, program performance and monitors improvement efforts. The HPS-I (A) was designated and served as the Chair through the end of January 2012. The Chief of Psychology was designated as the Chair of the MHQM from February through the duration of the reporting period. MHQM is scheduled to meet monthly. During January through June, MHQM met six times. A quorum was attained in 100% of the meetings during the reporting period. Monthly reports from MHQM were made to the QMC. MHQM-Mental Health Program Subcommittee minutes are available in the QM Document Binder.

### Peer Review

In this reporting period the peer review process, was continued and expanded. In April of 2012 a new peer review program began with a team of clinicians using the peer proctor mentor program developed by Headquarters. Quality chart reviews and reviews of cases of all I/Ps who engaged in a self-injurious behavior and/or a suicide attempt were also developed and implemented in this reporting period.

### QIT Activities

There were a total of ten Mental Health QITs active during the reporting period. Two additional QITs were resolved with final recommendations since the last management report.

DRPD 1 00436

QITs initiated:
- Clinical Documentation Improvement
- Higher Level of Care Consideration and IDTT Process Improvement
- Clark Program Improvement and Preparation for site Designation
- eUHR Rejections Reduction Plan

QITs ongoing:
- MHTS - eUHR Agreement
- Five-Day Follow Up: Frequency, Form, Process, Training and Audit
- ASU Action Items
- MHCB Action Items
- ML EOP Recreational Therapy Redesign
- IDTT Attendance (CCI) and C-file availability in IDTT

QITs resolved during monitoring period:
- Mainline EOP Yard Time/ Facility A-Fence Proposal
- Mental Health, Emergent, Urgent, Referral Routing Tracking and Response

## MEDICATION MANAGEMENT, PSYCHOTROPIC MEDICATIONS

The total number of inmates in the MHSDS receiving psychotropic medications at the end of the reporting period was 1,680.

### Medication Continuity for New Arrivals (Inter-Institutional CDCR Transfers)

Eighty-seven percent of the audited sample for May 1, 2012-June 30, 2012 received medications by the next calendar day. Eighty-four percent of the audited sample for January 1, 2012-April 30, 2012 received medications by the next calendar day.

### Medication Continuity for Transfers (Intra-Institutional Transfers)

Ninety-three percent of I/Ps audited for May 1, 2012-June 30, 2012 transferring within the institutions received their prescribed psychotropic medications without interruption.
Based on a sample of 111 charts, 95% of I/Ps audited for January 1, 2012-April 30, 2012 transferring within the institutions received their prescribed psychotropic medications without interruption. Ninety-three percent of I/Ps discharged from the MHCB continued to receive their psychotropic medications without interruption.

### Medication Continuity for Renewal of Orders/Bridge Orders

During the reporting period January 2, 2012-July 1 2012, 95% of I/P received timely renewals of the psychiatric medications. Of 499 prescriptions audited, 475 prescriptions were either renewed by the expiration date or had a stop order to end therapy. Twenty-four prescriptions were found not renewed or/and without a stop order.

DRPD 1 00437

**Lab Tests/Results for MHSDS Inmates**

During the reporting period, ten eUHRs of inmates receiving psychotropic medications were reviewed. Of the ten applicable cases, 80% had laboratory tests ordered when clinically indicated. Psychiatrists reviewed results and documented clinical action in 0% of the 3 cases with significant laboratory results. An AIMS must be completed every six months for each inmate prescribed antipsychotic medications. During the reporting period, ten eUHRs of inmates receiving psychotropic medications were reviewed for presence of AIMS. The AIMS was completed within the last six months in 70% of the ten applicable cases.

**Direct Observation Therapy (DOT) Medication Administration**

At the end of six months reporting period (June 2012), 1,386 I/Ps were prescribed psychotropic DOT medications. During pill lines, DOT medication administration procedures were followed in 90% (1,519/1,694) of the time.

**HS Medications (After 2000 Hours)**

There are 816 MHSDS I/Ps receiving HS medications as of the end of the reporting period. During April 1, 2012-June 30, 2012, HS medications were administered after 2000 hours 100% of the time for the audited HS pill lines. During January 1, 2012-March 31, 2012, HS medications were administered after 2000 hours 95% of the time for the audited HS pill lines..

**Medication Non-Compliance Policies and Procedures**

During the reporting period there was an average of 81 medication non-compliance 128cs for a total of 2,101 incidents of non-compliance. During the month of June 2012, 53.9% of audited cases of non-compliance cases had documented follow-up appointments with a psychiatrist within seven days of the referral.

**The Medication Administration Record (MAR)**

The audited eUHRs contained the previous month's MARs 93% of the time for April 1, 2012-June 30, 2012. Eighty-six percent of the eUHRs reviewed contained MARs that were complete. The audited eUHRs contained the previous month's MARs 98% of the time for January 1, 2012-March 31, 2012. Seventy-four percent (74%) of the eUHRs reviewed contained MARs that were complete.

**Timely Processing of Medication Orders**

Eight hundred eighty-three of newly prescribed medications and medication changes were delivered to nursing within 24 hours of the date ordered. Fourteen prescriptions were dispensed beyond the "next business" day as required by IMSP&P, Volume 9, Pharmacy P&P Chapter 38, and Prescription Turnaround Time.

**Informed Consent Forms**

DRPD 1 00438

For I/Ps on psychiatric medications that were audited, current consent forms were present in the eUHR 100% of the time.

## Pill Lines

Medications are typically distributed via pill lines inside the housing units with the exception of Facility A (Buildings 3, 4 and 5) and Facility B (Buildings 8, 9 and 10) in which medications are distributed from clinic pill lines. The average pill line wait time was 5.3 minutes.

## Hoarding/Cheeking Medications

During the reporting period, there were six CDCR-115 RVRs written for hoarding or cheeking medication.

## Parole Medication Process

The Classification and Parole Representative (C&PR) notifies pharmacy of all paroling inmates at least 14 days in advance of release dates. During the reporting period, 153 I/Ps paroled with 288 active prescriptions for psychiatric medication. Ninety-nine percent of existing orders were renewed for 30 days. Paroling inmates are required to sign for receipt of their parole medications. During the reporting period 95.4% signed manifests acknowledging receipt of their prescription medications.

## MAINLINE CCCMS

### Timeliness of PC and Psychiatrist Contacts

During the reporting period, 397 I/Ps entered the CCCMS Mental Health program. Of these I/Ps, 97% received an initial contact with their PC within 10 days during which time the clinical intake assessment was completed. MHTS indicated 94%, which was corrected, as explained in the Management Report Document Binder in greater detail. Ninety-six percent 96% had their initial IDTT within 14 days of arrival or transfer into the program. Thereafter, 97% received PC contacts at least once every 90 days (or more often if indicated), and 98% had a scheduled IDTT at least annually (or more often if indicated). Institutional staff participated in the IDTT with the PC present 100% of the time, psychiatrist 97% of the time, and I/P 95% of the time. During this period, a total of 806 I/Ps had IDTTs, of which, 39 were done in absentia. Reasons why the I/P failed to attend the IDTT included; 64% I/P refusal, and 36% competing appointments.

During the reporting period, 96% of inmates with prescriptions for psychotropic medications received timely initial psychiatry appointments, and 100% of inmates with prescriptions for psychotropic medications received timely ongoing appointments

### Pre-release and Discharge Planning

DRPD 1 00439

During the reporting period, 61 I/Ps in the CCCMS level of care paroled from the institution and all 100% received parole planning

## MAINLINE ENHANCED OUTPATIENT PROGRAM (ML SNY EOP)

During the reporting period, 97% of all new SNY EOP placements were assessed for an initial PC contact and presented to the IDTT within 14 days of placement at which point their initial treatment plan was completed and signed by all IDTT attendees. Ninety-one percent (91%) of new placements were presented to the IDTT within 14 days of arrival. During their initial team meeting the I/P's initial treatment plan was completed and signed by the IDTT attendees.

Once admitted to the program weekly PC contacts (Individual or Group Activity) took place, 94%. IDTTs took place at least every 90 days, 99% of the time, and treatment plans were updated. IDTTs were attended by the PC or a PC designee 100% of the time, by the psychiatrist 99% of the time, and attended by the inmate 99% of the time. The reason the I/Ps did not attend was due to inmate refusal.

During the reporting period, group therapy was provided for I/Ps in the EOP LOC. Group topics provided include: stress management, symptom management, criminal thinking, substance abuse, social skills, health issues, family issues, grief/loss, emotional regulation, anger management, coping skills, sleep strategies, creative writing, storytelling, physical movements, reading expression, art, lifer, father's group, theatrical expression, book club, cognitive behavior, poetry, and pain management. Tab M in the Documents Binders contains the group matrix and further detail on group offerings.

On average, I/Ps were offered 14.87 hours of structured therapeutic activity per week. On average, I/Ps attended 10.45 hours of structured therapeutic activity per week. Ninety-Four percent were scheduled more than ten hours on average, 100% more than five hours on average. On average 84 % of SNY EOPs were offered more than ten hours on average. Fifty-two percent of SNY EOPs attended more than ten hours on average, while 86% attended over five hours per week on average. During the reporting period, three I/Ps were provided a modified treatment plan.

## MAINLINE ENHANCED OUTPATIENT PROGRAM (EOP)

During the reporting period, 88% of all new EOPs were assessed and presented to the IDTT within 14 days of admission, at which point their initial treatment plan was completed and signed by the IDTT attendees. MHTS yielded 88% and was corrected as summarized below and described in detail in monthly CAPs and in the MHMR Document Binder. Once admitted to the program, weekly PC contacts (individual or group activity) took place 87% of the time. IDTTs took place at least every 90 days, 98% of the time. Treatment plans were updated at least every 90 days, 82% of the time IDTTs were attended by their PC 100% of the time, by the psychiatrist 100% of the time, and the I/P 100% of the time.

During the reporting period, group therapy was provided for I/Ps in the EOP LOC. Group topics included: RT sports groups, weekly community meetings, current events, social skills, leisure

Page 8 of 17

and wellness, creative expression, music or yoga group, anger management, commitment to change, advanced creative expression, Spanish-speaking, parenting, lifer, and pre-release. On average, I/Ps were offered 9.87 hours of structured therapeutic activity per week. During the reporting period, 21 I/Ps were provided a modified treatment plan.

## Prerelease and Discharge Planning

During the reporting period 86 I/Ps in the ML EOP level of care paroled/community released from the institution and all received group parole planning services.

### DEPARTMENT OF MENTAL HEALTH (DMH) REFERRALS

During this period, 429 I/Ps met one or more of the considerations for a higher LOC including DMH referred inmates. Of the identified I/Ps, 19% were referred to DMH. During the reporting period, 65 referrals to DMH were completed: 48 ICF and 17 APP. Fifty-four (54%) of ICF referrals were completed within five working days, 24% of APP referrals were completed within two working days and posted on SharePoint. There were no ICF or APP referrals rejected by DMH and six percent of ICF referrals and zero percent of APP referrals were rescinded. During the reporting period, 51 I/Ps returned to the institution from DMH. DMH discharge summaries were received when the I/P returned to the institution 100% of the time. Clinician-to-clinician contact took place within five working days of the I/P's return to the institution 73% of the time. Five day Follow ups were completed 94% of the time for returning I/Ps. At each institution, the internal 7388-B audit includes 25 HQ selected I/Ps. Of those audited, 85% had a reason for non-referral documented on the 7388B, and 76% had documented interventions to improve the I/P's level of functioning

### MENTAL HEALTH CRISIS BED (MHCB)

The institution has 14 mental health beds, and two swing beds routinely used for MHCB, totaling 16 MHCBs. Inmate-patients are received from internal referrals as well as from other institutions.

Thirteen inmate admissions were received from other institutions and 38 referrals were sent to other institutions for MHCB admit in the reporting period through HC-POP transfers. During the reporting period, 294 referrals were made to the MHCB, and there were 289 admissions. The average clinical length of stay (LOS) was 7.96 days and average physical LOS was 9.11 days. Range in LOS was one day to 40 days. Of the 294 admissions, 63 I/Ps stays exceeded ten days. Reasons for LOS exceeding ten days include:

| | |
|---|---|
| • New medication regimen | 14% (9/63) |
| • Psychosis | 8% (5/63) |
| • Suicidal ideation | 5% (3/63) |
| • Secondary gains | 3% (2/63) |
| • Suicidal ideation/secondary gains | 13% (8/63) |
| • Awaiting DMH transfer | 3% (2/63) |

Page 9 of 17

| | |
|---|---|
| • DMH-ICF Referral | 5% (3/63) |
| • DMH-APP Referral | 19% (12/63) |
| • Medication side effects | 3% (2/63) |
| • Treatment/Medication non-compliance | 3% (2/63) |
| • Involuntary Medication initiated | 3% (2/63) |
| • Other – depressed mood/chronic sleep problems | 2% (1/63) |
| • Unknown | 19% (12/63) |
| **Total** | **63*** |

\*Two cases not included above : One I/P was transferred from APP DMH to RJD MHCB to attend court proceedings; second inmate was discharged from MHCB and was on administrative days and was readmitted while waiting for Yard housing due to decompensation totaling 13 days including administrative days.

MHTS data indicates once admitted to the MHCB unit, I/Ps received their initial IDTT within 72 hours for 95% of the admissions. Thereafter, 93% received at least weekly IDTTs as per program guidelines. IDTTs were attended by the PC 100% of the time, psychiatry 100%, CC1 85% and nursing 88% of the time.

Initial daily contacts with primary clinician or psychiatrist occurred 98% of the. Routine daily contacts with primary clinician or psychiatrist occurred 95% of the time. Audit results for SRE documentation indicate timely documentation was available for 91% of I/Ps admitted due to suicidal threats or behavior, for 85% at the time of MHCB discharge, and available for 89% for the fifth day of the 5-Day Follow Up. On return to regular housing from a MHCB, a 5-Day Follow Up was completed by PCs and weekend staff and was documented 98% (218/223) of the time. Custody observation records were completed as required 90% of the time.

## OUTPATIENT HOUSING UNIT (OHU)

RJDCF does not have an Outpatient Housing Unit (OHU)

## Alternative Housing –THC

During the six-month reporting period, there were 85 I/Ps placed in alternative housing while waiting for an MHCB bed with an average stay of one day. Fifty- five (65%) were subsequently admitted to an MHCB. Thirty (35%) I/Ps resolved their crisis before admission to MHCB. One hundred percent of inmates awaiting MHCB placement were placed on suicide watch while waiting admit.

The average LOS in THC was one day (1.33) including inmates ultimately not admitted to MHCB due to resolved crisis and 1.07 for inmates who were ultimately admitted to MHCB. Of those I/Ps that were placed in alternative housing due to suicidal ideation or self-injurious behaviors, 89% were administered an SRE prior to placement in THC, including inmates placed after hours. Those I/Ps entering after hours when a clinician is not available receive the SRE by

Page 10 of 17

the next day. Eighty percent (80%) of inmates released from alternative housing without an MHCB admit received a correctly completed, five consecutive days; follow up, upon their release from alternative housing.

## ADMINISTRATIVE SEGREGATION UNIT (ASU)

At the writing of the management report, the population totals in ASU are 267 I/Ps housed in ASU programs: 113 CCCMS LOC, 56 EOP LOC and 98 non-MHSDS.

All patients entering ASU are to receive a nursing pre-placement screening (CDCR Form 128-MH7). During the reporting period, pre-placement screenings were present in the eUHR 79% (230/290) of the time for the sample audited. Forty-seven percent of the screenings were completed without the presence of other inmates in close proximity. Data on safety cell usage witt new ASU arrivals was not tracked during the audit period. One hundred percent (100%) of I/Ps placed in ASU were reviewed for current MHSDS status within one working day following their placement in ASU, and prior to the 114D hearing. Documentation in MHTS was available for 94% of GPs and GP (Ms) with completed MH1s from the 31 item screen within 72 hours of placement (117 IPs out of 125 IPs). Custody documented 30-minute welfare checks 92% of the time and 90% of the time for housing units 6 and 7 respectively during the reporting period.

### ASU-CCCMS

Ninety-eight percent (98%) of the I/Ps were assessed by a clinician within ten working days of admission to ASU. Ninety-four percent (94%) of initial IDTTs were completed within 14 calendar days or prior to ICC, whichever occurred first. Subsequent IDTTs took place at least every 90 days, 97% of the time. One hundred percent of IDTTs were attended by the PC or designated PC, 100% of IDTTs were attended by a psychiatrist, 94% of IDTTs were attended by the CCI, and 78% of IDTTs were attended by the I/P.

During the reporting period, 95% of I/Ps received at least weekly individual PC contacts. IPs were seen in a confidential setting 0% of the time. RJD uses therapeutic modules on the day room floor of ASU arranged into crescents due to lack of a separate treatment building for ASU clinical contacts. Cell front contacts are primarily completed when an inmate refuses out-of-cell contact. Reasons for cell front contacts included, 63% I/P refusals; 4% custody lockdowns; 24% staff decision and 8% was unspecified.

One hundred percent (100%) of I/Ps who were prescribed psychotropic medications were seen by a psychiatrist at least every 90 days. Daily LPT rounds were documented on the CDCR Form 7230-MH Progress Note 98% (263/268) of the time for May 1, 2012-June 30, 2012. Daily LPT rounds were documented on the CDCR Form Progress Note 7230-MH 95% (683/718) of the time from January 1, 2012-April 30, 2012. Interdisciplinary ASU morning meetings continued to be held daily and were documented 98% of the time.

### ASU-EOP (HUB)

DRPD 1 00443

Ninety-three percent incoming I/Ps had a comprehensive assessment completed and their initial IDTT within 14 calendar days. Subsequent IDTTs took place at least every 90 days 96% of the time. One hundred percent 100% of IDTTs were attended by the PC or PC designee; 100% by the psychiatrist; 92% by the CC-1; and 86% by I/P. The reason for I/P non-participation was I/P refusal 100% of the time.

During the reporting period 44% of I/Ps had LOS longer than 60 days. Thirty-two percent had LOS longer than 90 days. Of those, 100% were reviewed every 30 days by the Facility Captain or CCII. Reasons for LOS longer than 90 days included: 19% endorsed awaiting transfer, 4% pending investigation, 3% pending DA referral, 22% Pending CSR Review, 22% Pending RVR, 5% Pending 5% DA, Pending 5% Casework, and 5% Pending Parole. During the reporting period, 99% of I/Ps received at least weekly individual PC contacts. I/Ps were seen 0% of the time in a confidential setting. The ASU treatment space is within the housing unit on the dayroom floor. Consequently, no treatment space in ASU is considered confidential with the exception of the IDTT space in building 6, which is a separate room. Reasons for cell front contacts include: 16% I/P refusals; 2% custody lockdowns; 79% staff decision and 3% was unspecified. Cell front visits coded as "staff decision" are additional rounds completed for EOPs who refuse greater than 50% of treatment, or other inmates who may benefit from increased monitoring such as DMH referrals, High Risk List I/Ps.

Ninety-seven (97%) of I/Ps who are prescribed psychotropic medications were seen by a psychiatrist at least every 30 days. Daily LPT rounds were documented on the CDCR Form 7230-MH Progress Note, 97% (263/270) of the time for May 1, 2012-June 30,2012.
Daily LPT rounds were documented on the CDCR Form Progress Note 7230-MH 95% (683/718) of the time from January 1, 2012-April 30, 2012.

During the reporting period, the average weekly offering of structured treatment was 11.53 hours. On average, I/Ps attended 7.03 and refused 4.50 hours of the offered structured treatment. Ten or more hours were offered to 71% of all EOPs not on modified treatment plans including RC ASU and ML ASU. Forty-one percent of EOPs refused greater than five hours of structured treatment per week on average. Ninety-three percent of EOPs refused > 5 hours of structured treatment per week on average. During the reporting period, 11 inmate patients were provided a modified treatment plan. Interdisciplinary ASU morning meetings continued to be held daily and were documented 98% of the time.

## ASU-Non-MHSDS

Ninety-five I/Ps entered ASU-Non-MHSDS program between May and June. Of those, 81% (69/85) of I/Ps' pre-placement screenings were present in the eUHR at the time of audit. Seventy-two percent of the screenings were completed without inmates in close proximity.
Seventy-eight I/Ps entered ASU-Non-MHSDS program January through April of 2012. Seventy-nine of I/Ps' pre-placement screenings were present in the eUHR at the time of audit. Forty-two percent (26/62) of the screenings were completed without inmates in close proximity.
Custody documented 30-minute welfare checks 92% of the time and 90% of the time for housing units 6 and 7 respectively during the reporting period. Nursing documented daily LPT rounds 100% of the time.

DRPD 1 00444

## PSYCHIATRIC SERVICES UNIT (PSU)

RJDCF does not have a psychiatric services unit (PSU).

## CCCMS SHU

RJD does not have a CCCMS SHU.

### SUICIDE PREVENTION

Suicide Prevention Summary: The SPR-FIT met monthly during the reporting period. Minutes were maintained at all SPR-FIT meetings and the minutes indicated that quorums were present at all meetings. The Emergency Response Review Committee (EMRRC) met monthly during the reporting period with quorums and minutes for each meeting.

Of the 44 instances of Self-Injurious Behavior (SIB) reported during the monitoring period, 97% percent were referred for MHCB evaluation. One hundred percent (100%) of inmates referred for MHCB admit for SIB were admitted to MHCB. Forty SIB incidents were completed by 36 I/Ps, eight of which were referred for DMH. The institution conducted daily reviews of profiles for newly arriving inmates. The Senior Psychologist assigned a PC to see those inmates whose profile contained a suicide risk alert and a log was kept of all profiles received.

SPR-FIT and SIB Details: The institution has an active SPR-FIT. During the month of April 2012, a new Suicide Prevention Coordinator was appointed and chairs the monthly SPR-FIT meetings. The minutes format was changed this monitoring period to increase data tracking and clarify interdisciplinary issues. See Tab I, Section 1 to review SPR-FIT meeting minutes.

During the reporting period, ongoing suicide prevention training consisted of:
- Proctor-Mentor Program on Suicide Risk Evaluations (CDCR form 7447)
- 15 Suicide Prevention Trainings for Custody during Off-Post Training
- 6 Suicide Prevention Trainings for New Employee Training.
- 38 OJTs delivered 1:1 for each error in a five day follow up document.
- 42 OJTs delivered 1:1 for each error in a high risk progress note document.

### Completed Suicides

During the reporting period, there were two completed inmate suicides in the institution both by asphyxiation (June 11 and June 23). One death review occurred during the month of June. The other death review was completed after the reporting period's conclusion. During the preceding two years there had been zero completed suicides. No final reports have been received as of the writing of this report.

### Attempted Suicides and SIB during the Reporting Period

DRPD 1 00445

During the reporting period, there were 44 I/Ps identified as having reported or engaged in SIBs, including unsubstantiated reports, gestures and confirmed self injurious behaviors. Of those 44 inmate SIB reports, five incidents were deemed a possible suicide attempt. Nine I/Ps or 21% were transported for evaluation at an outside hospital. Of the transported inmates, seven had reported an ingestion of an unknown or known medication(s) or foreign object(s) (i.e., razors). Pursuant to claims of ingestion, inmates are routinely transported to a hospital in the community for medical attention and clearance. Community hospital transports include all inmates referred for toxicology and X-ray screening, both with positive and negative results. Of the seven inmates who were transported to an outside hospital, three were confirmed by toxicology and/or screening/x-ray as positive for the reported behavior.

Forty-four SIB incidents reported or observed listed by frequency of methodology:

- 27% (12/44) were by lacerations/cuts
- 23% (10/44) superficial scratches
- 2% (1/44) hanging/attempted hanging
- 2% (1/44) choke self
- 13% (8/44) overdose/ reported OD (includes negative and positive toxicology results)
- 5% (2/44) jump of bunk
- 9% (4/44) ingestion of foreign objects (i.e., razors)
- 9% (4/44) head banging
- 5% (2/44) suicide gesture (noose)

**Inmate Profile Procedure**

A total of 163 inmate profiles were received in the reporting period containing 14 alerts. Inmate Profiles arrive with the inmates and are received in R&R by nursing. Profiles are picked up daily. If there is an alert indicated on the profiles it is sent to the PC for immediate contact. The positive alerts were routed by the Lead OT and now are routed to the PC through the referral process as an urgent referral for same day contact with the inmate to be tracked as an MH5. All profiles and alerts are listed on a log in the Document Binder.

| MONTH | PROFILES RECEIVED | PROFILES WITH ALERTS |
|---|---|---|
| January | 11 | 1 |
| February | 32 | 2 |
| March | 23 | 3 |
| April | 28 | 1 |
| May | 37 | 3 |
| June | 32 | 4 |

### RVR PROTOCOLS

During the reporting period, 1,020 RVRs issued: 440 for GP Inmates, 309 CCCMS, 188 EOP, 4 MHCB, and 79 ASU. One hundred percent of the EOP and MHCB RVRs received a mental health assessment. In addition, 50% of the CCCMS and 4% of the GP inmates also received

Page 14 of 17

DRPD 1 00446

mental health assessments. Included in those percentages are the RVR MHs completed for all GPs and CCCMS with bizarre or uncharacteristic behavior and for Category A, B and C offenses.

## USE OF FORCE

A table of all the Use of Force and Non-Use of Force incidents during the reporting period can be found in Tab M. Of the Use of Force Incidents 53% occurred with MHSDS I/Ps. For Non-Use of Force Incidents, 57% occurred with MHSDS I/Ps.

## RECEPTION CENTER

Initial Health Screenings were conducted on 99% (917/927) of incoming inmates by nursing staff within the next calendar day. I/Ps arriving to the RC with prescriptions for psychotropic medications were evaluated by the psychiatrist within 24 hours 97% of the time. Initial Mental Health screenings were completed on 99% of incoming inmates within 72 hours of arrival. Those inmates that answer positively to specific symptom clusters of questions, present with mental health symptoms, and /or were previously in the MHSDS program were referred for a mental health intake evaluation (7386) within 18 calendar days of the inmate's arrival 96% (215/224) of the time. Initial mental health evaluations (7386) were completed for the RC EOP within seven calendar days of the inmate's arrival 92% (24/26) of the time.

## RC CCCMS

RC CCCMS is housed on Facility D. The average LOS was 88 days for the reporting period (n=852) and ranged from one day to 850 days. Forty-percent of I/Ps had LOS longer than 90 days with an average of 150 days. Ninety-eight percent of I/Ps had initial contacts with their PC within 30 days of arrival. Ninety-eight percent had routine contacts with their PC at least every 90 days. Those I/Ps with prescribed psychotropic medications received psychiatry contacts at least every 90 days 99% of the time. RC standard confidential contacts with the PC took place 98% of the time during the reporting period. Non-confidential contacts with the PC took place 2% of the time during the reporting period. Reasons for non-confidential contacts included limited movement based on reduced RC populations combining GP, SNY, and ML inmates on the Yard.

## RC EOP

The RC EOP population is housed on Facility D. The average LOS was 53 days (n=424) and ranged from one day to 525 days. Thirty-three percent (33%) of I/Ps had LOS longer than 60 days. RC EOP I/Ps were seen for initial contacts 98% of the time and weekly by their PC 90% of the time. The RC EOP inmates were seen monthly by their Psychiatrist 92% of the time. Standard confidential contacts with the PC took place 78% of the time. Non-confidential contacts with the PC took place 12% of the time. Non-confidential cell front contacts with the PC took place 10% of the time. Reasons for non-confidential cell front contacts included: unspecified 48%, staff decision 22%, lack of escort officers 16%, modified program 8% and I/P refusal less

DRPD 1 00447

than 5%. I/Ps initial IDTTs were timely 82% of the time. Routine IDTTs were completed on time 98% of the time. Eighty-five of the RC EOPs were offered five or more hours on average of structured therapeutic activity for the reporting period. Sixty-nine percent of RC EOP I/Ps attended five hours or more. On average 6.36 hours of structured therapeutic activity for the reporting period was offered. I/Ps on average received 5.5 hours of structure therapeutic activity for the reporting period. .

## MENTAL HEALTH REFERRALS

- **EMERGENT: IMMEDIATELY**
- **URGENT: WITHIN 24 HOURS**
- **ROUTING: WITHIN FIVE WORKING DAYS**

During the reporting period 2,461 referrals were received and at the end of the period, one hundred percent of these referrals were closed. Overall timeliness of all referrals was 97%.

### RJD Referral Timeliness – January through June 2012

|          | Emergency | | Urgent | | Routine | |
|----------|-----|------|----|------|------|-----|
| January  | 44  | 100% | 8  | 100% | 420  | 96% |
| February | 52  | 100% | 13 | 100% | 382  | 93% |
| March    | 45  | 100% | 8  | 100% | 374  | 93% |
| April    | 38  | 100% | 12 | 100% | 305  | 87% |
| May      | 25  | 100% | 11 | 100% | 359  | 93% |
| June     | 15  | 100% | 11 | 91%  | 339  | 95% |
| **Total** | **219** | **100%** | **63** | **98%** | **2179** | **93%** |

See Document Binder, Tab R. **Methodology:** Program Reports, MH Referrals, LOC All, Program All, Sub Program All.

## eUHR-MHTS AGREEMENT AUDIT

The agreement audit compares the agreement between MHTS inmate appointment histories with eUHR documentation.

Training is provided specific to programs and providers when disagreements are found between MHTS and eUHR. A daily log audit is completed monthly to determine the cause of these disagreements. A QIT was initiated to monitor progress and implement solutions to increase agreement between eUHR and MHTS.

DRPD 1 00448

**Year-to Date-Percentage of Agreement Between eUHR and MHTS Results**

| | January 2012 (November Data) | February 2012 (December Data) | March 2012 (January Data) |
|---|---|---|---|
| Program | Percent Agreement | Percent Agreement | Percent Agreement |
| ML EOP | 92% | 82% | 71% |
| SNY EOP | 89% | 92% | 85% |
| ASU EOP | 88% | 81% | 79% |
| RC EOP | 81% | 88% | 77% |
| ASU CCCMS | 79% | 76% | 83% |
| RC CCCMS | 90% | 90% | 50% |
| ML CCCMS | 84% | 76% | 94% |
| Total: | 86% | 85% | 79% |
| | April 2012 (February Data) | May 2012 (March Data) | June 2012 (April Data) |
| Program | Percent Agreement | Percent Agreement | Percent Agreement |
| ML EOP | 73% | 83% | 90% |
| SNY EOP | 84% | 91% | 84% |
| ASU EOP | 86% | 71% | 82% |
| RC EOP/CCCMS | 78% | 76% | 78% |
| ASU CCCMS | 99% | 87% | 94% |
| ML CCCMS | 88% | 91% | 87% |
| Total: | 85% | 84% | 86% |

DRPD 1 00449

# Exhibit 47

## RICHARD J. DONOVAN CORRECTIONAL FACILITY

**MAPIP MEASURES**

**Measure 6 - Medication Non-Compliance for Psychiatrist Prescribed Medication**
Part C – Physician's order or progress not Form 7230 presents documentation indicating the inmate was evaluated for noncompliance within 7 days of referral and the medication was renewed, discontinued or substituted.

**Audit Results:**

| Report Month | Percentage |
|--------------|------------|
| October 2012 | 65% |
| November 2012 | 90% |
| December 2012 | 30% |
| January 2013 | 30% |

**Measure 1A-1G Laboratory Studies**
**MAPIP Report (Audit Period October 2012 thru December 2012)**
**Reported January 2013**

| Measures | Category | Percentage |
|----------|----------|------------|
| Measure 1A – Atypical Antipsychotics | Lab Results Documented | 100% |
| | Glucose | 95% |
| | Lipids | 90% |
| | CBC | 90% |
| | CMP | 100% |
| | AIMS | 80% |
| | EKG | 55% |
| | Thyroid | 75% |
| Measure 1B – Depakote | Lab Results Documented | 90% |
| | CBC | 85% |
| | CMP | 85% |
| | Depakote Trough | 70% |
| Measure 1C – Lithium | Lab Results Documented | 100% |
| | CBC | 85% |
| | EKG | 75% |
| | Thyroid | 100% |
| | Lithium Level | 95% |
| | Renal Function | 100% |
| Measure 1D – Carbamazepine | Lab Results Documented | 100% |
| | CBC | 100% |
| | CMP | 100% |
| | Thyroid | 50% |
| | Carbamezapine Level | 63% |

**RJD   53**

| | Lab Results Documented | 100% |
|---|---|---|
| Measure 1E – Lamictal | Glucose | 60% |
| | Lipids | 60% |
| | CBC | 100% |
| | CMP | 90% |
| | Thyroid | 60% |
| Measure 1F – Clozapine – No patients on Clozapine at time of audit | N/A | N/A |
| Measure 1G – Antidepressants | Lab Results Documented | 95% |
| | CBC | 95% |
| | CMP | 95% |
| | Thyroid | 60% |
| | RPR | 10% |
| | RBC Folate | 10% |
| | EKG | 65% |

**RJD   54**

# Exhibit 48

## RICHARD J. DONOVAN CORRECTIONAL FACILITY
## HEALTH CARE SERVICES
## CTC MONTHLY MAR AUDIT

| Audit Month | Total Number of MARs Reviewed | Number of Complete MARs | Number of Incomplete MARs | Percentage of Complete MARs |
|---|---|---|---|---|
| December-12 | 21 | 16 | 5 | 76% |
| November-12 | 23 | 20 | 3 | 87% |
| October-12 | 22 | 18 | 4 | 82% |
| 4th Quarter Average | 66 | 54 | 12 | 82% |

# Exhibit 49

## ANNUAL REPORT OF QUALITY IMPROVEMENT PLANS
### IN SUICIDE REPORTS FOR 2010

DEXP 103750

QIP General Categories: The 17 categories listed below encompass all 112 QIPs generated by suicide reports in 2010. In some cases, a single QIP was assigned to several different individuals (e.g., Warden, Chief of Mental Health, and Director of Nursing), who shared responsibility for its completion. Areas that represent the greatest percentage of identified problems include documentation, emergency medical response procedures, staff misconduct, and custodial concerns. QIPs for missing or incomplete suicide risk assessments or evaluations were fewer in number, representing approximately eight percent of the QIPs for the year.

| TABLE 1. QIP GENERAL CATEGORIES | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | PERCENTAGE OF TOTAL QIPS |
| | | |
| Documentation missing or incomplete | 20 | 18 |
| Emergency medical response | 15 | 13 |
| Misconduct by staff | 11 | 10 |
| Custodial concerns | 11 | 10 |
| SRAC/ SRE missing or incomplete* | 9 | 8 |
| Treatment plans | 8 | 7 |
| Program Guide requirements not met | 7 | 6 |
| Medication management | 6 | 5 |
| Access to UHR | 5 | 4 |
| Diagnosis | 5 | 4 |
| Miscellaneous | 4 | 3.5 |
| MHCB – no follow-up | 3 | 3 |
| Higher level of care | 2 | 2 |
| Monitoring | 2 | 2 |
| Psychiatrist or physician concerns | 2 | 2 |
| Mental health referral not considered | 1 | <1 |
| Chart review | 1 | <1 |
| | | |
| Total | 112 | |

\* The Suicide Risk Assessment Checklist was revised and renamed as the Suicide Risk Evaluation as of April 2010.

*Note:* Tables 2 through 9, below, list QIPs assigned to specific disciplines and are presented in descending order, beginning with the discipline receiving the greatest number of QIPs. The table listing QIPs for SPR FIT at Headquarters, CCHCS is provided as the final table. While those QIPs comprise 17% of the total for the year, they are in a different category, one that seeks to provide support to institutions along with policy revision.

DEXP 103751

Mental Health: The QIPs listed in Table 2 represent 34% of the total number of QIPs generated by CDCR suicide reviews in 2010. It should be noted that the reports are considered psychological autopsies and, as such, maintain a primary focus on problems with mental health treatment of inmates. As a result, it can be expected that a large proportion of improvements in the delivery of mental health services have been required by suicide reviews. However, significant efforts have been made to provide comprehensive information concerning more than purely psychological factors that may have contributed to difficulties experienced by inmates who committed suicide. Various difficulties pertaining to the completion of suicide risk assessments represent the highest number of QIPs assigned to Chiefs of Mental Health during 2010, with documentation concerns as the next highest area requiring attention.

Recs

| TABLE 2. MENTAL HEALTH | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | PERCENTAGE OF TOTAL QIPS |
| Suicide Risk Assessment Checklist/ Suicide Risk Evaluation (SRAC/SRE) problems | | |
| o  Incomplete or inaccurate | 3 | |
| o  No clinical rationale for judgment of risk | 2 | |
| o  Not completed | 1 | |
| o  Missing both before and after Mental Health Crisis Bed (MHCB) admission | 1 | |
| o  Missing SRAC/ SRE | 2 | 9 |
| Documentation problems | | |
| o  Entered into record after death of inmate | 1 | |
| o  Incomplete or inaccurate | 3 | |
| o  Missing from Unit Health Record (UHR) | 3 | 7 |
| Diagnostic Problems | | |
| o  Clinical assessment – poor quality | 2 | |
| o  Lack of proper diagnosis and treatment plan | 2 | 4 |
| Referrals to oversight committees | | |
| o  Lack of clinical care | 1 | |
| o  Professional Practices Executive Committee (PPEC) referral based on staff misconduct | 2 | 3 |
| Access to UHR: | | |
| o  No access for clinicians | 2 | |
| o  Not available during clinical contact | 1 | 3 |
| Treatment plan problems | | |
| o  Interdisciplinary Treatment Team (IDTT) decision not adequate | 1 | |
| o  No interdisciplinary collaboration | 1 | |
| o  No pain management options | 1 | 3 |
| Higher level of care issues | | |
| o  Inmate not referred to higher level of care | 1 | |
| o  No Department of Mental Health (DMH) consideration after 10 days in MHCB | 1 | 2 |

QIP Report 2010

Page 4

**DEXP 103752**

| TABLE 2. MENTAL HEALTH | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | PERCENTAGE OF TOTAL QIPS |
| MHCB -- no follow-up | | |
| o  Five-day follow-up not completed | 1 | |
| o  No clinical follow-up after MHCB discharge | 1 | 2 |
| Chart review inadequate | 1 | 1 |
| Mental health referral not considered despite inmate's increased instability | 1 | 1 |
| Medication non-compliance not addressed | 1 | 1 |
| Program Guide: requirements not met for clinical contact | 1 | 1 |
| Miscellaneous: did not use interpreters; inadequate awareness of cultural factors | 1 | 1 |
| **Total** | **38** | **38** |

Custody: The QIPs listed in Table 3 represent 24% of the total number of QIPs generated by CDCR suicide reviews in 2010. The highest numbers of QIPs assigned to Wardens during 2010 include various difficulties with custody-specific issues such as the misuse of Administrative Segregation Unit (ASU) intake cells and incomplete hourly counts. Requests for referrals to the Office of Internal Affairs represent the highest number of QIPs for a single concern assigned to Wardens (see Misconduct, below).

| TABLE 3. CUSTODY | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | PERCENTAGE OF TOTAL QIPS |
| Custody-specific issues | | |
| o  ASU intake cell not used on arrival | 2 | |
| o  Bed chain too long (used in suicide) ⟵ | 1 | |
| o  Counts not completed | 2 | |
| o  Delay in reception center processing of an endorsement to Sensitive Needs Yard (SNY) | 1 | |
| o  Inmate's geographic request for location of institution not considered | 1 | |
| o  Notification of next-of-kin not provided to family | 1 | |
| o  Razor blade in ASU | 2 | 10 |
| Documentation problems | | |
| o  Documentation altered | 1 | |
| o  Incident report timelines inconsistent with review data | 1 | |
| o  Incident reports completed late | 2 | |
| o  ASU wellness checks information inaccurate | 1 | |

**DEXP 103753**

| TABLE 3. CUSTODY | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | PERCENTAGE OF TOTAL QIPS |
| o   30-minute welfare checks not adequate | 1 | |
| o   30-minute welfare checks not documented | 1 | 7 |
| Misconduct | | |
| o   Lack of care provided to inmate | 1 | |
| o   Office of Internal Affairs (OIA) referral advised | 3 | 4 |
| Emergency medical response | | |
| o   Alarm not sounded immediately | 1 | |
| o   Delay in transport to hospital | 1 | 2 |
| Monitoring: 30-minute welfare checks not done | 1 | 1 |
| Program Guide non-compliance | | |
| o   30-minute welfare checks for inmate returning from crisis bed not completed | 1 | |
| o   No clinical and ASU staff morning meetings to discuss new arrivals and mental health care | 1 | 2 |
| Treatment plan problems: No interdisciplinary collaboration | 1 | 1 |
| **Total** | 27 | 27 |

Nursing: The QIPs listed in Table 4 represent slightly less than 10% of the total number of QIPs generated by CDCR suicide reviews in 2010. Various difficulties with the documentation, emergency response procedures and referrals to oversight committees are included in the category with the highest number of QIPs assigned to Directors of Nursing for issues related to tasks performed by nursing staff.

| TABLE 4. NURSING | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | PERCENTAGE OF TOTAL QIPS |
| UHR not available during clinical contact | 1 | 1 |
| Documentation problems | | |
| o   Incomplete or inaccurate | 1 | |
| o   Not available for review | 1 | 2 |
| Emergency response problems | | |
| o   Delay in transport to hospital | 1 | |
| o   Inadequate use of automated external defibrillator (AED) | 1 | 2 |
| No interdisciplinary collaboration | 1 | 1 |
| Medication not administered | 1 | 1 |
| CDCR policy not followed | 1 | 1 |

DEXP 103754

| TABLE 4. NURSING | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | PERCENTAGE OF TOTAL QIPS |
| Referrals to oversight committees | | |
| o Referral to Medical Oversight Program | 1 | |
| o PPEC referral | 1 | 2 |
| No mental health referral despite inmate's increased instability | 1 | 1 |
| Total | 11 | 11 |

Health Care Manager/ CEO: The QIPs listed in Table 5 represent approximately 6% of the total number of QIPs generated by CDCR suicide reviews in 2010.

| TABLE 5. HEALTH CARE MANAGER/ CEO | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | NUMBER OF QIPS IN THIS CATEGORY |
| UHR - no access for clinicians | 1 | 1 |
| Emergency medical response problems | | |
| o Delay in use of AED | | |
| o Delay in opening cell door | 1 | |
| o Emergency medical response needs improvement | 1 | |
| o Primary Care Physician (PCP) delay in arrival to Triage and Treatment Area (TTA) during emergency response | 1 | |
| o Refer to Medical Oversight Program | 1 | 5 |
| Staff misconduct | | |
| o Inmates make allegations | 1 | 1 |
| Total | 7 | 7 |

Psychiatry: In some cases, the QIPs listed in Table 6 were also assigned to responsible parties other than the Chief Psychiatrist. The QIPs listed below represent approximately 3.5% of the total number of QIPs generated by CDCR suicide reviews in 2010.

| TABLE 6. PSYCHIATRY | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | NUMBER OF QIPS IN THIS CATEGORY |
| Documentation problems | | |
| o Incomplete or inaccurate | 1 | |
| o Missing from UHR | 1 | 2 |

DEXP 103755

| | | |
|---|---|---|
| Psychiatric appointment – no clinical follow-up | 1 | 1 |
| Psychiatric services not provided within time frame | 1 | 1 |
| Total | 4 | 4 |

Records: The QIPs in Table 7 represent approximately 3.5% of the total number of QIPs generated by CDCR suicide reviews in 2010.

| TABLE 7. RECORDS | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | NUMBER OF QIPS IN THIS CATEGORY |
| UHR – no access for clinicians | 2 | 2 |
| Documentation missing from UHR | 2 | 2 |
| Total | 4 | 4 |

Pharmacy: The QIPs listed in Table 8 represent slightly less than 1% of the total number of QIPs generated by CDCR suicide reviews in 2010.

| TABLE 8. PHARMACY | | |
|---|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS | NUMBER OF QIPS IN THIS CATEGORY |
| Medication administration delayed due to lack of access to medication | 1 | 1 |
| Total | 1 | 1 |

SPR FIT at Headquarters, CCHCS: The QIPs listed in Table 9 cover a number of categories and were assigned either to the CCHCS SPR FIT for discussion and recommendations or to the monthly suicide videoconference for training purposes. Many of them are duplicates of concerns assigned to specific individuals in the institutions and were assigned to Headquarters to obtain additional support for the institutions. These concerns represent nearly 17% of the QIPs generated by 2010 suicide reports.

| TABLE 9. SPR FIT AT HEADQUARTERS, CCHCS | |
|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS |
| Lack of proper diagnosis or treatment plan | 3 |
| Treatment plan inadequate | 1 |
| Palliative care not considered in treatment plan | 1 |
| UHR – no access for clinicians | 1 |
| 30-item questionnaire inadequate to assess suicide risk | 1 |

DEXP 103756

| TABLE 9. SPR FIT AT HEADQUARTERS, CCHCS | |
|---|---|
| IDENTIFIED AREA OF FOCUS | NUMBER OF QIPS |
| Access to institutional staff for family members in crisis – inadequate | 1 |
| SRAC needs update | 1 |
| No 30-minute welfare checks after MHCB discharge | 1 |
| Policy development needed – discharge from MHCB in absentia | 1 |
| Difficulty establishing contact with the physician on call during emergency medical response | 1 |
| Inmate left unattended while bleeding | 1 |
| Need interdisciplinary pain management training | 1 |
| Delay in moving inmate to the CTC | 1 |
| Inmate discharged from Correctional Treatment Center (CTC) to general population with dietary problems | 1 |
| Attorneys may need education re inmate-clients' risk of self harm | 1 |
| Third level appeals response delayed | 1 |
| **Total** | **19** |

**Summary: Quality Improvements Initiated In Response to Inmate Suicides**

Quality Improvement Plans (QIPs) generated by suicide reviews helped to initiate a number of improvements to the quality of care provided to CDCR inmates. In many cases, institutions began examining and improving their internal processes immediately following the inmate's death. These improvements included the following:

- more extensive audits of clinical contacts in order to ensure that inmates were receiving sufficient clinical care;
- revision of the ducating process so non-completed appointments are easily and quickly identified and rescheduled;
- establishment of policy requiring the scheduling of all psychiatric appointments in a confidential setting;
- a corrected filing system to alert clinicians to any acute or developing mental health concerns for inmates who are experiencing an increase in mental health symptoms;
- the development and scheduling of in-depth video-taped presentations for clinicians regarding diagnosis and treatment.

Although many improvements to the quality of care provided to CDCR inmates appear to have been driven by the suicide review and QIP process, in actuality, institutional staff routinely collaborated with staff from the Mental Health Program at CCHCS to determine the most effective method of improving the mental health treatment of inmates. The QIP process simply provided a formal setting to highlight and monitor those developments. Target areas improved as a result of this process included mental health treatment practices; psychiatric concerns; nursing practices; emergency response procedures;

DEXP 103757

custody practices including the monitoring of inmates in segregated housing; access to medical records; and examination of various topics of concern by the SPR FIT at CCHCS. A detailed account of improvements in the quality of care provided to inmates is provided below.

Mental Health Treatment Practices: In addition to ensuring improvement in basic practices such as clinical documentation, developments in this area included numerous opportunities to examine clinical concerns such as quality interviewing, in-depth assessment of suicide risk, diagnostic complexity, pain management considerations, crisis bed follow-up procedures, and determination of higher level-of-care needs for inmates with complex presentations.

Custody Practices: Custody staff increased training efforts and improved practices in the area of emergency response, examined issues related to inmate versus custody safety when entering a cell to provide emergency life-saving measures, and assured quick access to emergency medical equipment. Improvements were made in the area of segregated housing, such as correct usage of intake cells and timely welfare checks for new arrivals to segregated housing. Other areas of focus involved a reduction of delays in reception center processing and increased collaboration with mental health regarding inmate continuity of care, the impact of mental illness on the disciplinary process, and pain management concerns.

Nursing Practices: Improvements were initiated for nursing staff in the provision of emergency medical response practices including access to and the timely employment of instruments and accurate documentation of emergency response timelines. In other areas, nursing staff made improvements in referral processes for inmates demonstrating symptoms of mental illness, medication administration practices, and referrals to mental health clinicians for inmates who were non-compliant with medication routines.

Psychiatric Concerns: Psychiatric services were improved in a number of ways including, but not limited to, medication management. Other areas of focus included increased interdisciplinary communication regarding an inmate's psychiatric presentation, improved documentation practices, responses to an inmate's refusal of medication, and assessment of suicide risk.

Medical Records: Medical records departments improved collaboration with mental health clinicians to provide timely access to inmates' records, improved access to archived records, and more rapid inclusion of clinical notes in the Unit Health Record.

SPR FIT at CCHCS: The SPR FIT at Headquarters examined a number of difficulties arising from suicide reviews and made improvements in suicide prevention strategies as a result. Those improvements included an increased focus on clinical training via the monthly videoconference especially in the areas of diagnostic complexity, treatment planning, and the use of thorough documentation to communicate relevant clinical information to staff involved in mental health treatment of inmates. Improvements in suicide prevention strategies involved the development of suicide risk information for

DEXP 103758

attorneys and the manufacturing of pocket cards listing suicide risk factors to be
disseminated to nursing, mental health, and dental staff.

DEXP 103759

**Quality Improvement Plan (QIP) Assignments for Suicides in 2010**




DEXP 103760

# ANNUAL REPORT OF SUICIDES AND SUICIDE PREVENTION IN THE CDCR FOR YEAR 2010

### Prepared by

### Robert D. Canning, Ph.D.
### Senior Psychologist, Specialist

### Mental Health Program
### Division of Correctional Health Care Services

Suicide is the fifth leading cause of death in state prisons, after heart disease, cancer, liver disease, and HIV-related illnesses.[1]  The California CDCR of Corrections and Rehabilitation (CDCR) established a Suicide Prevention and Response Program in 1996, as part of the implementation of a comprehensive mental health services delivery system, as required by the *Coleman v. Brown* class-action litigation. Since 1997, the Division of Correctional Health Care Services (now the California Correctional Health Care Services, CCHCS) has maintained databases to track all inmate deaths, including a separate database specifically for tracking inmate suicides. Various demographic and historical variables are included, such as criminal offenses, the inmate's incarceration history, and mental health history and treatment. CDCR's Suicide Reviews (a.k.a. psychological autopsies) generate data from review of Central Files, Unit Health Records, various tracking logs, and incident reports, as well as interviews with clinical and custody staff, other inmates, and sometimes family members.

Each year, the CCHCS Mental Health Program produces a report containing suicide statistics, as mandated by the federal court in *Coleman v. Brown*. These annual reports describe some of the findings from the data for the year. Each year, new variables are added to the database, and as the database develops over time, it is expected that information may emerge which can be used to improve CDCR's Suicide Prevention and Response Program. Meaningful data acquisition and analysis is a longitudinal process, and the reader is cautioned not to over-interpret the significance of apparent short-term trends based on data compiled for less than a five-year period.

---

[1] Mumola, C.J. (2005). *Suicide and homicide in state prisons and local jails.* Retrieved from the Bureau of Justice Statistics: http://www.ojp.usdoj.gov/bjs/abstract/shsplj.htm

DEXP 103761

**Overview of 2010 Suicides**

There were 35 verified suicides occurring in 18 of CDCR's 33 in-state institutions and one out-of-state facility. Table 1 lists the number of suicides at the institutions where they occurred.

Table 1. Frequency by Institution

| Institution | Frequency |
|---|---|
| CCI | 1 |
| CCWF | 1 |
| CMC | 6 |
| CMF | 1 |
| COR | 1 |
| CTF | 1 |
| COCF – North Fork | 1 |
| DVI | 1 |
| FSP | 2 |
| KVSP | 1 |
| LAC | 3 |
| MCSP | 2 |
| NKSP | 2 |
| PBSP | 1 |
| SATF | 2 |
| SAC | 1 |
| SOL | 1 |
| SQ | 3 |
| SVSP | 4 |
| Total | 35 |

Suicide attempts in institutions have been tracked by counting incident reports generated when an inmate requires medical attention for a self-inflicted injury. In 2007, the method of acquiring these reports changed and data has not been available since the first half of November of that year. Currently, the Statewide Mental Health Program is developing a program to systematically collect and aggregate suicide attempt data from all institutions. This data will aid the statewide suicide prevention program by allowing it to better recognize who among those inmates who self-harm are more likely to go on and attempt suicide.

CDCR also tracks and reports deaths of inmates in the Mental Health Services Delivery System that have occurred as a result of homicide, overdose of substances of abuse, or factors that may be identified as a mental health issue. In 2010, the Division of Correctional Health Care Services reported 15 such deaths. These were subject to a Medical Death Review (by the federally-overseen California Correctional Health Care Services), and vetted through the Suicide Case Review Focused Improvement Team suicide determination process. CDCR follows national and international standards for determining when a death is a result of suicide.

**DEXP 103762**

**Rate of Suicide**

The overall (raw) rate of suicides for CDCR in 2010 was 21.1 suicides per 100,000 inmates. This was an increase in the overall rate from 2009, when the rate was 14.9 per 100,000. The average overall rate of suicides in CDCR for the decade 2001 through 2010 was 19.5 (ranging between 13.9 in 2002 to 24.9 in 2006).

Table 2 reports the rates of suicide among California state prison inmates for twenty years from 1991 through 2010. Reported rates are not age-adjusted.

| Table 2. Annual Frequency and Rate (per 100,000) by Gender, 1990-2009[*] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year | Male | | | Female | | | Total | | |
| | Population | Freq | Rate | Population | Freq | Rate | Population | Freq | Rate |
| 1991 | 95,340 | 13 | 13.6 | 6,655 | 0 | 0 | 101,995 | 13 | 12.7 |
| 1992 | 98,008 | 15 | 15.3 | 6,344 | 0 | 0 | 104,352 | 15 | 14.4 |
| 1993 | 108,302 | 29 | 26.8 | 7,232 | 0 | 0 | 115,534 | 29 | 25.1 |
| 1994 | 116,879 | 18 | 15.4 | 7,934 | 0 | 0 | 124,813 | 18 | 14.4 |
| 1995 | 122,514 | 22 | 18.0 | 8,828 | 0 | 0 | 131,342 | 22 | 16.8 |
| 1996 | 131,273 | 19 | 14.5 | 9,744 | 0 | 0 | 141,017 | 19 | 13.5 |
| 1997 | 141,669 | 18 | 12.7 | 10,837 | 0 | 0 | 152,506 | 18 | 11.8 |
| 1998 | 147,001 | 21 | 14.3 | 11,206 | 0 | 0 | 158,207 | 21 | 13.3 |
| 1999 | 150,581 | 24 | 15.9 | 11,483 | 0 | 0 | 162,064 | 24 | 14.8 |
| 2000 | 150,793 | 14 | 9.3 | 11,207 | 0 | 0 | 162,000 | 14 | 8.6 |
| 2001 | 150,785 | 26 | 17.2 | 10,712 | 1 | 9.3 | 161,497 | 27 | 16.7 |
| 2002 | 148,153 | 22 | 14.8 | 9,826 | 0 | 0.0 | 157,979 | 22 | 13.9 |
| 2003 | 150,851 | 35 | 23.2 | 10,080 | 0 | 0.0 | 160,931 | 35 | 21.7 |
| 2004 | 152,859 | 24 | 15.7 | 10,641 | 3 | 28.2 | 163,500 | 27 | 16.5 |
| 2005 | 153,323 | 39 | 25.4 | 10,856 | 0 | 0.0 | 164,179 | 39 | 23.8 |
| 2006 | 160,812 | 39 | 24.3 | 11,749 | 4 | 34.0 | 172,561 | 43 | 24.9 |
| 2007 | 161,424 | 33 | 20.4 | 11,888 | 1 | 8.4 | 173,312 | 34 | 19.6 |
| 2008 | 159,581 | 36 | 22.6 | 11,392 | 0 | 0.0 | 170,973 | 36 | 21.1 |
| 2009 | 156,805 | 25 | 15.9 | 11,027 | 0 | 0.0 | 167,832 | 25 | 14.9 |
| 2010 | 155,721 | 34 | 21.8 | 10,096 | 1 | 9.9 | 165,817 | 35 | 21.1 |
| 1991-2010 | 2,812,674 | 506 | 18.0 | 199,737 | 10 | 5.0 | 3,012,411 | 516 | 17.1 |
| 2001-2010 | 1,550,314 | 313 | 20.2 | 108,267 | 10 | 9.2 | 1,658,581 | 323 | 19.5 |

[*] Population figures are from Offender Information Services Branch Population Reports as of June 30 of each year, and include all inmates in institutions, camps, CDCR of Mental Health hospitals, out-of-state facilities, and Community Correctional Centers.

DEXP 103763

For comparison, the average rate of suicide for state prisoners nationally for the period 2001 through 2007 was 16 per 100,000 inmates[2] while in CDCR it was 19 per 100,000. In the community during the same time period, the rate of suicide for men and women of all races and ages was 11.1 per 100,000.[3] Since state prisoners are limited to those ages 18 and above, limiting the comparisons to those 18 and above finds that in the community the rate was 14.3 per 100,000 for both sexes. Narrowing it further by limiting the sample to only males (the vast majority of suicides in CDCR) age 18 years of age and older, the rate was 23.5 per 100,000 while the rate for males in CDCR over the same period was 20.1 per 100,000.

## Demographic Characteristics

Demographic factors play a role in suicide because suicide rates vary by gender, age, and race. Demographic characteristics can provide a starting point for understanding elevated risk, but are rarely, if ever, considered proximal causes of suicide.[4]

Gender: Historically, male inmates in CDCR have committed suicide at much higher rates than female inmates. In the last ten years, male CDCR inmate suicide rates have ranged from 14.8 per 100,000 in 2002 (22 suicide deaths) to 24.3 per 100,000 in 2006 (39 suicide deaths). In 2010 there were 34 suicides of male inmates for an unadjusted rate of 21.8 suicides per 100,000 inmates.

There was one suicide of a female inmate during 2010. From 2001 through 2010 nine female inmates have committed suicide while in CDCR custody. One female inmate committed suicide in 2001; three did so in 2004, four in 2006, and one in 2007. For the 10 years ending in 2010, the raw unadjusted rate of suicide among female inmates in CDCR was 9.2 per 100,000. (In the previous decade there were no suicides by female inmates.) Nationally, females commit suicide at much lower rates than males (both in prisons and in the community). The average national rate of female inmate suicide nationally during 2001-2007 was 11 per 100,000 inmates (compared to 16 per 100,000 for male inmates).[5] The 2001-2007 average community rate for females over the age of 18 was 5.7 per 100,000.[6]

Race/Ethnicity: Table 3 shows the frequencies and percentages of suicides of male inmates broken down by CDCR ethnic group. Historically, Caucasian inmates in California prisons have committed suicide at higher rates than inmates of other ethnicities. Over the ten-year period

---

[2] Deaths in Custody Reporting Program, Bureau of Justice Statistics, U.S. Department of Justice. (accessed August 15, 2011). Table 11 Average annual mortality rate per 100,000 state prisoners, by cause of death and selected characteristics, 2001-2007. Retrieved from http://bjs.ojp.usdoj.gov/index.cfm?ty=pbdetail&iid=2093.

[3] National Center for Injury Prevention & Control, Centers for Disease Control and Prevention, U.S. Department of Health and Human Services... (accessed August 15, 2011). Web-based Injury Statistics Query and Reporting System. Retrieved from http://www.cdc.gov/injury/wisqars/index.html.

[4] Mościcki, E.K. (2001). Epidemiology of completed and attempted suicide: toward a framework for prevention. *Clinical Neuroscience Research, 1,* 310-323.

[5] Deaths in Custody Reporting Program, Bureau of Justice Statistics, U.S. Department of Justice. (accessed August 15, 2011). Table 11 Average annual mortality rate per 100,000 state prisoners, by cause of death and selected characteristics, 2001-2007. Retrieved from http://bjs.ojp.usdoj.gov/index.cfm?ty=pbdetail&iid=2093

[6] National Center for Injury Prevention & Control, Centers for Disease Control and Prevention, U.S. Department of Health and Human Services... (accessed August 15, 2011). Web-based Injury Statistics Query and Reporting System. Retrieved from http://www.cdc.gov/injury/wisqars/index.html.

DEXP 103764

ending 2010, it was significantly more likely for Caucasian inmates to commit suicide than non-white inmates.

In 2010, 54 percent of all suicides were committed by Caucasian inmates; more than twice the proportion of Caucasian inmates in the total CDCR population (see Table 3 and Figure 1, below). This mirrors community rates for Caucasians (particularly males over the age of 18).

Hispanic inmates, who make up about 40 percent of all CDCR inmates, accounted for 29 percent (10) of the suicides in 2010. This percentage was the lowest proportion of Hispanic inmates committing suicide in the past ten years.

Table 3. Race/Ethnicity and CDCR Suicides, 2010

|  | Male | | Female | | Total | | |
|---|---|---|---|---|---|---|---|
| Racial Group | Frequency | Percentage | Frequency | Percentage | Frequency | Percent | % in CDCR Population* |
| African-American | 3 | 9 | 0 | 0 | 3 | 9 | 29 |
| Caucasian | 18 | 53 | 1 | 100 | 19 | 54 | 25 |
| Hispanic | 10 | 29 | 0 | 0 | 10 | 29 | 40 |
| Other | 3 | 9 | 0 | 0 | 3 | 9 | 6 |

*As of December 31, 2010*

The proportion of suicides among African-American inmates (9 percent) was lower than their corresponding proportion among the total inmate population (29 percent). African-American inmates historically have committed suicide at lower rates than Caucasian and Hispanic inmates. (The suicide rate among African-American males older than 18 years of age in the community – 12 percent – is also much lower than the rate for White males 18 years of age and older – 26.5 percent.)

Figure 1. Race/Ethnicity and CDCR Suicides, 2010



During 2010 the "Other" ethnicity group included one Asian, one Native American inmate and one Israeli inmate. They accounted for just nine percent of CDCR's 2010 suicides, a little more

DEXP 103765

than their representation of 6.1 percent in the inmate population at large. Over the last ten years, suicides by ethnicities classified by CDCR as "Other" have comprised 7.8 percent of all suicides in CDCR.

All inmates who committed suicide in 2010 had English identified as their primary language. Three inmates had active Immigration and Customs Enforcement holds at the time of their suicide.

Age: In 2010, the youngest inmate to commit suicide was 23 years old, and the oldest was 67 years old. The age distribution of 2009 suicides was more similar to the overall age distribution of CDCR's population than in recent years (see Table 3 and Figure 2, below). The average age of inmates who committed suicide was 39 while the average age of CDCR inmates is 38.

Table 3. Age

|  | Male | Female |  | Total |  |
| Age Group | Frequency | Frequency | Frequency | Percent | Total CDCR* |
| 18-24 | 3 | 0 | 3 | 9 | 13 |
| 25-34 | 9 | 1 | 10 | 29 | 32 |
| 35-44 | 8 | 0 | 8 | 23 | 26 |
| 45-54 | 7 | 0 | 7 | 20 | 21 |
| 55+ | 7 | 0 | 7 | 20 | 8 |

*As of December 31, 2010*

The figure (below) presents in graphic form, the distribution of suicides (males only) among five age groups compared to the overall proportion of CDCR inmates in each age group.

Figure 2. Age and CDCR Suicides, 2010



DEXP 103766

Education, Employment, and Marital Status: In studies of community populations, education and employment factors have not been identified as significant risk factors for suicide. In prison populations, these variables may have different meaning. For instance, inmates with higher educational attainment may be able to cope better with complex and stressful circumstances, and thus gain a protective value from their education. Both in the community and in the prison setting, employment can be an important protective factor – a fact not always evident until the job is lost, sometimes with disastrous consequences.

During 2010, 97 percent (32) of the 33 inmates who committed suicide, and for whom the number of years of education was known, completed at least some high school education and 55 percent (18) had finished high school. Of these 18, six had General Education Diploma's. Additionally, three inmates had post-high school education. One of the inmates for whom education was unknown was illiterate and apparently could not even dial a telephone. The median number of years of education was twelve. (Estimates of educational attainment used for this report are derived from inmate self-reports contained in Unit Health Records and Central Files and should be thought of as rough estimates. Additionally, inmates are tested upon entry into CDCR using the Test of Adult Basic Education but these scores are not reported in this report.)

Among the inmates who committed suicide in 2010, and for whom data about employment was available (21 of 35), nine (43%) had five or more years of employment and seven ( 33%) had 10 or more. On the other hand, 79 percent had less than five years of employment or intermittent work histories. Two-thirds of the inmates for whom employment experience was known had five or less years of work experience, typically as unskilled labor. Seven inmates were assigned to prison jobs at the time of their suicide.

Married inmates may obtain positive social support from their relationship with a spouse; however, the psychological pain of separation from a spouse may increase an inmate's isolation and thus their vulnerability to self-harm.[7] Among the 35 suicides during 2010, only one inmate was married at the time of his death. Twenty-one (60%) were listed as "single," nine were listed as divorced, and two as widowed – thus over 90% were functionally single at the time of their deaths. These frequencies are in line with totals from the last decade, during which less than 15 percent of inmates who committed suicide were married at the time of their death.

**Temporal Factors**

Since 2001, on average, the frequency of suicides among CDCR inmates appeared to increase during the late spring and early summer, with approximately 50 percent of suicides annually occurring between March 1 and July 31. In 2010, the period March to July only totaled about one-quarter of the year's suicides, whereas almost half the suicides occurred in August through December. The monthly frequency of suicides in 2010 did not significantly vary by day of week, month, or quarter. That is, inmates were equally likely to commit suicide on any day of the week, during any month, or any quarter of the year. Additionally, there was no seasonal variation in the frequency of inmate suicides during 2010.

---

[7] Fazel, S., Cartwright, J., Norman-Nott, A., & Hawton, K. (2008). Suicide in prisoners: A systematic review of risk factors. *Journal of Clinical Psychiatry*, *69*, 1721.

DEXP 103767

Figure 3. Monthly Distribution of CDCR Suicides, 2010 Compared to the 10-Year Monthly Mean (2001-2010)



The time of day suicides are discovered has not revealed any notable trends in past years, dispelling the common belief that inmate suicides are more likely to happen at night. In reports of this type, time is often examined by dividing the day into quarters. The first and last quarters of the day represent the night hours, and the second and third quarters represent the daylight hours. In 2010, 50 percent of the suicides were discovered during daylight hours, which is similar to 2009 when half of the suicides were discovered during daylight. It should be noted, however, that the correspondence between time of discovery and actual time of suicide is uncontrolled, because the exact time of the suicidal act is almost always unknown.

DEXP 103768

Table 4. Time of Day

| Time Period | Frequency |
|---|---|
| 0000 – 0600 | 5 |
| 0600 – 1200 | 10 |
| 1200 – 1800 | 8 |
| 1800 – 2400 | 12 |

The watch or shift during which a suicide was discovered was examined separately; because inmates contemplating suicide might be expected to choose times when the fewest staff may be present (First Watch – 2200-0600 hours). As Table 5 shows, in 2010, 43 percent (15) of suicides were discovered during the second watch, when the majority of institutional staff is present.

Table 5. Time of Discovery

| Watch | Number of Suicides |
|---|---|
| 1st Watch (2200-0600) | 9 |
| 2nd Watch (0600 – 1400) | 15 |
| 3rd Watch (1400 – 2200) | 11 |

Day-of-the-week has not been a significant temporal variable for suicide prevention planning. Unlike 2008 & 2009, when most suicides occurred on Tuesdays, in 2010 the higher number of suicides occurred on Fridays. Eleven suicides occurred on weekends, when staffing is reduced, which is similar to data over the last decade.

## Sentencing and Term Issues

The actual years left to serve, or the time until the next opportunity for release by the Board of Parole Hearings, may interact with other risk factors to increase an inmate's vulnerability to suicidal thinking and behavior. For instance, among inmates imprisoned for many years, social networks may disappear and the prospect of parole may become more anxiety-provoking, leading to a loss of hope and meaning. On the other hand, inmates who are within the first few years of a long (or indeterminately long) sentence may lose hope and suffer demoralization leading to thoughts of death. Additionally, the age of an inmate and the amount of time left to serve may be a meaningful interaction. A ten year sentence for a 25 year-old inmate has vastly different meaning than the same sentence for an inmate in his late 50s.

In 2010, 54.3 percent (19) of the inmates who committed suicide had received life sentences, and of these, nine had had been given "indeterminate" life sentences. Four of the inmates had been sentenced to life-without-parole. One of these four committed suicide having served only six months in CDCR while another committed suicide after only 27 days in custody. One inmate had been condemned to death but the week before his death he had been resentenced to life-without-parole.[8]  Inmates with life terms (54%) are overrepresented in the group of inmates who committed suicide in 2010, compared to the percentage of inmates with life or life-without-

---

[8] This inmate had been resentenced after a successful appeal of his death sentence based on *Atkins v. Virginia*, 536 U.S. 304 (2002).

DEXP 103769

parole in the CDCR as a whole (18%). Overall, inmates with long (10+ years) or life-term sentences comprised almost three-quarters of the suicides in 2010.

Table 7. Length of Sentence

| Sentence | Frequency | Percentage |
|---|---|---|
| < 1 year | 1 | 3 |
| 1 – 5 years | 6 | 17 |
| 6 – 10 years | 2 | 6 |
| 11 – 20 years | 4 | 11 |
| 20+ years | 3 | 9 |
| Indeterminate Life (may parole) | 14 | 40 |
| Life without possibility of parole | 4 | 11 |
| Condemned | 1 | 3 |

In addition to length of sentence, the actual time left to serve may have a bearing on the inmate's vulnerability to suicidal thinking and behavior (see Table 7). Inmates with determinate sentences and who committed suicide in 2010 had a wide range of time remaining in their sentences. The median time remaining to serve was 3.7 years. Four inmates had greater than ten years remaining to serve at the time of their suicide. Two inmates had 12 months or less remaining in their prison term suggesting that for some, stress associated with parole may play a role in suicidal thinking.

Table 7. Time Remaining to Serve

| Time to serve | Frequency | Percentage |
|---|---|---|
| 12 months or less | 2 | 6 |
| 1-5 years | 7 | 20 |
| 6-10 years | 3 | 9 |
| 11-15 years | 3 | 9 |
| More than 15 years (including Lifers) | 20 | 57 |

Inmates serving their first term in CDCR have consistently been overrepresented among inmate suicides. In 2010, 54 percent (19) of the 25 inmates who committed suicide were serving their first term in a California prison, although the range of time served was days to more than two decades. Of these, 15 were also serving life terms. Only two inmates serving a "third strike" term committed suicide in 2010.

Another subgroup of inmates committing suicide had been in CDCR's custody for a short time, supporting the idea that poor adjustment to prison is a risk factor for suicide. In 2010, almost one-quarter (8) of inmates committing suicide had served a year or less and of these, six had served less than six months of their term at the time of their deaths. A little over 30 percent of inmates committing suicide in 2010 had served over ten years in CDCR custody at the time of their death.

DEXP 103770

Table 9. Time Served at time of Death

| Time | Frequency | Percentage |
|------|-----------|------------|
| 1 year or less | 8 | 23 |
| 2 – 5 years | 4 | 11 |
| 6 – 10 years | 12 | 34 |
| 11 – 20 years | 8 | 23 |
| Greater than 20 years | 3 | 9 |

## Criminal History

Over time, there has been a strong association between violent criminal history and inmate suicides in CDCR. This is consistent with literature on suicide, which documents a clear association between violent behavior and risk for suicide. In 2010, as in the past, a majority of inmates (79 percent) who committed suicide had been sentenced for a violent crime, a much larger percentage than in the male inmate population as a whole (58 percent of whom have been sentenced for a crime against a person).

Inmates convicted of sex crimes are at higher risk of suicide than other inmates. In the decade ending 2008, more than a quarter of suicides were committed by inmates with a history of or conviction for a sex crime, compared to 17 percent of inmates in the total CDCR population who are required to register as sex offenders. In 2010, 18 percent (6) of the 35 inmates who committed suicide had sexual offense histories.

Forty-three percent (15) had some sort of gang affiliation – either in the past in prison, currently, or in the community. In addition, 40 percent (5) of the 15 had also been involved with youth gangs. While gang affiliation can be a protective factor in that the inmate has a social community within the prison environment, the demands of gang membership may also be stressful.

Over the past decade, the proportion of inmates with a juvenile criminal justice history has been rising. Over the past several years at least 40 percent of inmates who committed suicide had some history of juvenile crime. In 2010, just over 49 percent (17) of inmates who committed suicide had a documented history of juvenile crime.

Criminal history factors are summarized in Table 10. Where the information was available, comparisons were made with the total inmate population.

Table 10. Case Factors

| Factor | Number of Suicides | Percent of Suicides | Percent of Total Male Population |
|--------|--------------------|--------------------|--------------------------------|
| Violent Crime* | 27 | 79 | 58 |
| Sex Offense History** | 6 | 18 | 17 |
| Gang Affiliation | 15 | 43 | N/A |
| Juvenile History | 17 | 49 | N/A |

* Crimes against persons
** PC 290 registration required

DEXP 103771

**Institutional Programming, Custodial Factors, & Classification**

Historically, few inmates who commit suicide have had vocational assignments at the time of their death. In 2010 33% (7) of eligible inmates were assigned jobs at the time of their death. This includes two inmates who were working jobs within hours or several days of being re-housed in an Administrative Segregation unit.

In past years, a number of inmates with Immigration & Customs Enforcement "holds" committed suicide. In 2010 nine percent (3) of the 35 inmates who committed suicide had holds at the time of their death.

CDCR's inmate classification system reflects a variety of demographic, historical, and case factors, including the risk of violent behavior. (CDCR does not classify female inmates.) Inmates with higher violence potential are typically placed in higher security settings. Over the years, inmates who commit suicide have been consistently overrepresented at the highest classification level (Level IV) when compared to the male inmate population at large. In 2010, 50 percent (16) of classified inmates who committed suicide were classified at Level IV, in contrast to 21 percent of the total male population classified at Level IV. Ten inmates who committed suicide were Level III, five were Level II, and one was Level I. (The remaining three male inmates were Reception Center inmates at the time of their deaths.)

Table 11. Suicides and Classification Level*

| Classification Level | Frequency | Percent of Total Suicides | Percent of Total Male Population |
|---|---|---|---|
| I | 1 | 3.1 | 11.4 |
| II | 5 | 15.6 | 32.9 |
| III | 10 | 31.3 | 36.4 |
| IV | 16 | 50.0 | 21.1 |

* Includes only classified male inmates (N = 32)

Figure 4 graphically illustrates the association between classification level and suicide. It shows the disproportionate rate of suicide among Level IV inmates, compared to the lower percentage of the overall inmate population at that classification level. This result mirrors the analysis of data from the previous ten years, which found that there are significantly more suicides committed by Level IV inmates, than inmates at lower classifications.

DEXP 103772

Figure 4. Custody Level of Suicides and Total Population, 2010



## Housing

Housing issues, particularly whether an inmate is housed alone or is housed in more restrictive housing settings, have figured prominently in inmate suicides over the years. The percentage of total suicides occurring in Administrative Segregation Units from the beginning of 2001 to the end of 2010 (see Figure 5), has varied from a high of 69 percent in 2004, to a low of 24 percent in 2002. By contrast, an analysis of suicides of inmates in the Federal Bureau of Prisons in the 1980s and 1990s found that 63 percent occurred in segregated housing units (White, Schimmel, & Frickey, 2002).[9]   Over this ten year timeframe, the average percentage in CDCR was 40 percent, and the trend in the past ten years has slightly down.[10]

In 2010, thirty-four percent (12) of total suicides were housed in CDCR's Administrative Segregation Units at the time of their death. On average, only five percent of the total inmate population is typically housed in Administrative Segregation Units at any given time. One additional inmate was housed in a Condemned housing unit, where inmates are housed alone and procedures are similar to other segregated housing units, and was waiting re-housing after resentencing to life-without-parole. One inmate attempted to kill himself while housed in a medical unit and succumbed to his injuries in an outside hospital. The remaining 21 inmates were housed in general population housing at the time of their death.

---

[9] White, T.W., Schimmel, D.J., & Frickey, R. (2002). A comprehensive analysis of suicides in federal prisons: A fifteen-year review. *Journal of Correctional Health Care 9*: 321-343.

[10] Administrative Segregation Units are not the only type of segregated housing CDCR maintains. Security Housing Units, Psychiatric Services Units, and units for condemned inmates are also operated as segregated housing. The total population of inmates housed in these units is approximately 4,400 inmates (male and female) – a little more than half the number of inmates housed in Administrative Segregation Units statewide.

DEXP 103773

Figure 5. Percent of Total Suicides Occurring in Administrative Segregation Units, 2001-2010



Five of the twelve inmates housed in Administrative Segregation Units at the time of their death were originally placed there for safety reasons. (It is important to note, however, that in some cases the reasons for housing in Administrative Segregation actually involved inter-related factors of multiple issues of discipline, safety, ongoing court processes, gang affiliation, and so forth.) Additionally, of the 21 inmates who died while housed in general population units, three were identified as having "sensitive needs yard" status, which indicates that they had safety concerns and were placed in one of CDCR's "Special Needs Yards."

Table 12. Housing

| Housing | Number | Percent |
|---|---|---|
| Administrative Segregation | 12 | 34 |
| General Population | 21 | 60 |
| Medical | 1 | 3 |
| Condemned | 1 | 3 |

Over the years, the vast majority of suicides have occurred when inmates are alone in a cell (whether they have an assigned cellmate or not). This is true for inmates housed in Administrative Segregation units, where, typically, inmates are housed alone for the first ten days while awaiting their first Institutional Classification Committee meeting.

In 2010, all of the 19 inmates who committed suicide in mainline celled housing were on single-cell status or, although assigned cellmates, were alone in their cell at the time of their death. None of the 12 inmates housed in segregated housing units at the time of their deaths were assigned cellmates. Two inmates were assigned to dormitory housing. The lone female inmate died by overdose of prescription medications and the other dorm-housed inmate killed himself in his bunk via laceration. Obviously, an inmate alone in a cell has more opportunity to complete a

2010 Suicide Report                                                        Page 14

suicide without interference from another inmate. A recent review of studies of prison and jail suicide found that housing inmates alone was a significant risk factor for suicide.[11]

Despite evidence that the percentage of suicides in Administrative Segregation Units statewide has consistently been less than the percentage committed in general population housing units (see Figure 5), CDCR believes that these units are high risk environments for vulnerable inmates, particularly during the ten days after placement. Administrative Segregation suicides continue to account for a disproportionate number of suicides compared to the proportion of inmates housed in these units. Data collected by the statewide Mental Health Program show that many suicides among Administrative Segregation Unit inmates have occurred within hours or a few days of placement. For this reason, CDCR has undertaken targeted initiatives to screen and monitor inmates during their first days in Administrative Segregation.

In 2010, one-third (4) of suicides in Administrative Segregation Units occurred within five days of placement in the housing units. The median length of stay in Administrative Segregation before suicide was three weeks. One inmate had been housed in segregated settings (Security Housing Unit or Administrative Segregation) for over a year, although he had also spent some of that time in inpatient mental health treatment.

## Suicide Methods

By far, the most common method of suicide in California prisons (and among correctional systems worldwide) has been hanging. This tendency is associated with the easy access to the means for hanging, e.g. sheets, shoelaces, towels, articles of clothing, etc. From conversations with inmates it is a well-known fact that hanging is a simple and easy way to end one's life. (It should be noted that hanging in prison is often actually "self-strangulation," accomplished by simply leaning into a ligature until consciousness is lost.)

In 2010, 77 percent (27) suicides were completed by hanging with some type of ligature. (One suicide involved both hanging and laceration, and an autopsy was not performed, thus the actual cause of death remains undetermined.) Attachment sites included bunks (6), ventilation grills (7), or ladders (3). Other attachment sites included light fixtures, towel racks, windows, clothing pegs attached to wall of cell, locker, an overhead pipe, shelves, a faucet, and a chain attached to an upper bunk. Four additional inmates died by laceration (and subsequent exsanguination), one by asphyxiation, and two died by overdose. Twelve of 13 suicides completed in segregated housing were by hanging with various attachment sites: bunks (3), ladders (2), a ventilation grill, clothing pegs, a locker, a bunk chain, a sink faucet, a light fixture, and a shelf.

## Mental Health Factors

As in the community at-large, a history of suicide attempts and current or past mental health treatment rank among the top risk factors for suicide for prison inmates. Other significant mental health-related risk factors include psychiatric diagnosis and substance disorders.[12]

---

[11] See Fazel, et al. (2008), Table 1, which shows single cell occupancy having the second highest odds ratio among risk factors reviewed.

DEXP 103775

Record reviews and interviews suggested that prior to entering prison, 27 percent (9) inmates who committed suicide in 2010 had a history of suicidal behavior in the community (for one inmate there was no information about pre-CDCR suicidal behavior), ranging from talking about or threatening suicide to making multiple attempts. Twenty-seven percent (9) of the inmates completing suicide in 2010 had made one or more suicide attempts while in CDCR's custody, and of these, four were also among those with a suicide history before prison. Overall, forty-six percent (16) of inmates had some history of suicidal behavior and all but one (a reception center inmate) had received formal mental health treatment at some point while in CDCR custody.

From 2001 through 2010, 59 percent of suicides were committed by inmates who were participants in CDCR's mental health system at the time of their death. In 2010, 59 percent (20) of suicides were committed by inmates participating in CDCR's Mental Health Services Delivery System at the time of their deaths. Twelve of these inmates were at the Correctional Clinical Case Management level of care, and eight were being treated at the more intensive Enhanced Outpatient Program level. There were no suicides by inmates housed in CDCR's Mental Health Crisis Bed units or Department of Mental Health inpatient programs. Five inmates who committed suicide in 2010 had previously been participants in the Mental Health Services Delivery System, but were not in active treatment at the time of their deaths.

Information regarding mental health history of inmates prior to entering prison is often based on inmate self-report, documentation, or in court documents. Previous mental health treatment outside of CDCR was noted for 51 percent (18) of inmates completing suicide in 2010

Eighty-six percent (30) of the inmates committing suicide in 210 had a known history of illegal drug use or substance abuse, either by self-report, chart review, or criminal record. Substance abuse is a known risk factor for suicide among individuals in the community. However, because a high percentage of inmates in general have a drug history, its utility as a discriminating characteristic of suicide risk in correctional settings is limited.

Table 14. 2010 Inmate Suicides - Mental Health History

| Factor | Number | Percent |
|---|---|---|
| Treatment History (including jail) | 18 | 51 |
| Suicide History before CDCR | 9 | 27 |
| Suicide Attempts in CDCR | 9 | 27 |
| Any Suicide History | 16 | 46 |
| Substance Abuse History | 30 | 86 |

Inmates who committed suicide in 2009 and were participants in CDCR's mental health program were grouped by primary diagnosis. Many inmates had more than one diagnosis, but only the final primary diagnosis was used in this analysis. Diagnoses of inmates who had previously been participants in the Mental Health Services Delivery System (MHSDS), but were not participants at the time of their death, were also included in this analysis. Unlike many previous years, mood and psychotic disorder diagnoses occurred with equal frequency among inmates currently and previously participating in the MHSDS. Fifty-seven percent (20) of inmates committing suicide

---

[12] See Mościcki (2001), for a discussion of psychiatric risk factors in the community, and Fazel et al. (2008) for a discussion of risk factors among prison inmates.

DEXP 103776

in 2010 suffered from either psychotic disorders (schizophrenia, schizoaffective, and other psychotic disorders) or mood disorders (Major Depressive Disorder, Bipolar Disorder, and others). Three inmates had diagnoses noted on Axis II – Personality Disorders.

Table 15. 2010 Inmate Suicides – Psychiatric Diagnosis

| Primary Diagnosis | Frequency | Percent |
|---|---|---|
| Any DSM Disorder | 23 | 66 |
| Any Mood Disorder | 10 | 29 |
| Any Psychotic Disorder | 10 | 29 |
| Other Diagnoses incl. Adjustment disorder | 3 | 9 |
| No diagnosis (includes non-MHSDS inmates) | 12 | 34 |

Twenty-nine percent (10) of inmates who completed suicide in 2010 had serious medical problems that were noted by reviewers. These ranged from paraplegia, diabetes, low back pain, to severe cardiomyopathy, hypertension, and gastroesophogeal reflux disease.

Thirty-one percent (11) of inmates who committed suicide left a suicide note or letter, with themes ranging from frustration to despair. In many cases there was no clear precipitant for the suicide, and staff were often surprised. Fear and/or loss characterized most of the suicides for which motives could be speculated.

**Summary**

In 2010 there were 35 verified suicides of inmates in CDCR custody. This was an increase from 2009 when only 25 inmates killed themselves in CDCR – the lowest total since 2004 when 24 inmates committed suicide. Since 2001, the average annual number of suicides among CDCR inmates has been 32. The suicide rate for 2010 was 21.1 deaths per 100,000 inmates, higher than the most recent estimate of the nationwide suicide rate for state prison inmates – 16 per 100,000 inmates. The rate of suicide in the United States as a whole for individuals 18 years of age and older (the age cut-off for prison inmates) was 15 per 100,000 individuals in 2008, and for males, 25 per 100,000 individuals.

Suicides occurred at 17 in-state CDCR institutions and one out-of-state contract facility. Eight institutions accounted for 71 percent (25) of the total suicides in 2010. One institution had six suicides; one four, three had three; three had two suicides; and the remaining nine all had one. In twenty years of suicide recordkeeping, no institution has had six suicides in one year.

One female inmate committed suicide in CDCR in 2010. Over the past ten years ten female inmates have committed suicide in CDCR custody. In the ten years between 1991 and 2000 no female inmates committed suicide in CDCR.

As in other years, in 2010 Caucasian inmates committed the majority of suicides (18), followed by Hispanic inmates, then African-American inmates, and then the heterogeneous group called "Other," which often includes Asian-American inmates as well as inmates of Native American heritage and other racial/ethnic groups.

DEXP 103777

Over the past ten years, including 2010, neither season, day of week, or time of day has appeared to be associated with an increase in the frequency of suicides in CDCR. In contrast to most years in the last decade, a little over half of 2010's suicides occurred in the second half of the year.

Inmates with long or life terms comprised almost 75% of the suicides in 2010. More than half the suicides occurred among inmates with more than 15 years to serve (including life term inmates) and almost 25% of the inmates who committed suicide had a year or less to serve in their term.

In 2010 79 percent of suicides occurred among those who had committed a violent crime, 18 percent among those who had sex offenses, and 43 among present or former gang members. Almost half the suicides were by inmates with a history of juvenile crime.

Few of the inmates who committed suicide in 2010 had jobs, assignments, or immigration holds. As in past years, level IV inmates were over-represented among suicides, comprising 50% of suicides among classified inmates, compared to only 21% of the total CDCR population.

Thirty-four percent of suicides occurred among inmates in Administrative Segregation Units, a lower figure than 2009 and below the ten-year average of 40% of suicides.

DEXP 103778