DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT FOR OPPOSITION TO DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [U.S.C. §3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)<br><br>Judge: Hon. Lawrence K. Karlton |

[755903-1]

PLS.' APPLICATION TO EXCEED PAGE LIMIT FOR OPPOSITION TO DEFS.' MOTION TO TERMINATE UNDER THE PLRA [U.S.C. §3626(b)] AND TO VACATE JUDGMENT & ORDERS UNDER RULE 60(b)(5)

# APPLICATION

Plaintiffs Ralph Coleman, et al. hereby apply for an order allowing Plaintiffs to exceed the page limit for their Opposition to Defendants' Motion to Terminate under the Prison Litigation Reform Act [U.S.C. § 3626(b)] and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5). (ECF No. 4275).

Plaintiffs respectfully submit that good cause exists to allow them to exceed the thirty (30) page limitation as set forth in the Honorable Judge Karlton's standing order because properly responding to Defendants' Motion to Terminate requires a comprehensive evidentiary and legal showing that will take more than the number of pages normally allotted.  In response to Defendants' motion, Plaintiffs conducted eleven (11) prison inspection tours with five (5) expert witnesses, conducted eleven (11) depositions, sifted and examined thousands of pages of documents produced by Defendants as well as documents gathered during the various tours, and reviewed volumes of class member mental health records.  A proper presentation of this evidence to the Court can only be accomplished if Plaintiffs are permitted to exceed the thirty (30) page limitation.

Plaintiffs therefore seek leave to file an Opposition to Defendants' Motion to Terminate of a total of 90 pages.  Good cause exists for the Court to grant this Application.

DATED: March 15, 2013            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael W. Bien*
    Michael W. Bien

Attorneys for Plaintiffs

[755903-1]

1
PLS.' APPLICATION TO EXCEED PAGE LIMIT FOR OPPOSITION TO DEFS.' MOTION TO TERMINATE UNDER THE PLRA [U.S.C. §3626(b)] AND TO VACATE JUDGMENT & ORDERS UNDER RULE 60(b)(5)