DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT FOR OPPOSITION TO DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [U.S.C. §3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)**<br><br>Judge: Hon. Lawrence K. Karlton |

[757366-1]

1   Proof of good cause having been made to the satisfaction of this Court that
2  Plaintiffs' application to exceed the page limit for their opposition to Defendants' Motion
3  to Terminate (ECF No. 4275) should be granted,
4      **IT IS ORDERED** that the application is GRANTED.  Plaintiffs may submit their
5  Opposition not to exceed a total of 90 pages.

7  DATED: _____, 2013

           _____
           Lawrence K. Karlton
           Judge of the United States District Court

[757366-1]

1

[PROPOSED] ORDER ON PLS.' APP. TO EXCEED PAGE LIMIT FOR OPP. TO DEFS.' MOT. TO TERMINATE UNDER PLRA [U.S.C. §3626(b)] & TO VACATE JUDGMENT & ORDERS UNDER RULE 60(b)(5)