IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.             ORDER

                              /

        On March 14, 2013, the parties filed a Joint Statement Regarding Discovery Dispute. (ECF No. 4382.) The dispute centers on the timing of the deposition of plaintiffs' expert Dr. Craig Haney.

        After review of the papers and good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion to compel the deposition of Dr. Haney on or before March 19, 2013, or to exclude his testimony, is denied.

        2. Plaintiffs shall offer Dr. Haney for deposition at his earliest available time and in any event not later than March 22, 2013.

/////

/////

1

3. Defendants may file a supplemental reply brief based on said deposition on or before 1:30 p.m. on March 26, 2013.

DATED: March 18, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT