EXHIBIT B

# 2012
# Standards Supplement

## American Correctional Association

## In cooperation with the Commission on Accreditation for Corrections

## June 2012

**Mission of the American Correctional Association**
The American Correctional Association provides a professional organization for all individuals and groups, both public and private that share a common goal of improving the justice system.

**Information on accreditation may be obtained from:**
American Correctional Association
Standards and Accreditation Department
206 N. Washington Street, Suite 200
Alexandria, VA 22314  (800) 222-5646

**American Correctional Association Staff**
Daron Hall, President
James A. Gondles, Jr., C.A.E., Executive Director
Susan L. Clayton, Director, Communications and Publications
Alice Heiserman, Manager of Publications and Research
Jeannelle Ferreira, Associate Editor
LeighAnn Brown, Graphics and Production Manager
Cover Design by Xavier Bolton, Graphics and Production Associate

Printed in the United States of America by Victor Graphics, Baltimore, MD

**Cover Photos:**
We thank the following accredited facilities for their photos:

From top right to bottom left: Giddings State School (Texas); Santa Rosa Correctional Institution (Florida); and Richland Correctional Institution (Ohio).

Copyright 2012 by the American Correctional Association. All rights reserved. The reproduction, distribution, or inclusion in other publications of materials in this book is prohibited without prior written permission from the American Correctional Association. No part of this book may be reproduced by any electronic means including information storage and retrieval systems without permission in writing from the publisher.

ISBN 978-1-56991-276-8

**This publication may be ordered from:**
American Correctional Association
(800) 222-5646, ext. 0129
For bulk order discounts on publications contact Bonnie Carpenter at (800) 222-5646 ext. 0197.
For information on publications and videos available from ACA, visit our website: www.aca.org/store.

## Introduction

ACA's standards uphold the ideal, recognize the reality, and expect a high level of operational effectiveness, efficiency, and proven outcomes. The standards address every area of correctional operations including health care. This *2012 Standards Supplement* updates ACA's entire collection of adult and juvenile standards manuals. It contains every addition, deletion, revision, and/or interpretation approved by the ACA Standards Committee through August 2011. These changes are a result of the Standards Committee's work in processing suggested revisions and changes received from the field. Convening twice a year to evaluate these suggestions, the committee is constantly striving to make sound judgments on correctional practices while balancing the goals of excellence with keeping expectations at a level that is achievable.

The Standards Committee continually reviews the standards based on evaluating documentation, expected practices, and outcomes. Additionally, with the increased research into the success rate of reentry and rehabilitation, correctional administrators' goals are evolving from not only accomplishing a safe and secure facility for staff and inmates but also to increasing programming for inmates to ensure success when they are released back into society. The committee strives to address the changing goals and needs within the field.

We welcome your comments on these revisions and additions. Together we can create a system that represents the ideals and best practices of our profession.

James A. Gondles, Jr., CAE
Executive Director
American Correctional Association

## Standards Manuals Published by the American Correctional Association

*2012 Standards Supplement*
*Core Jail Standards,* 1st Edition
*Standards for the Administration of Correctional Agencies,* 2nd Edition
*Performance-Based Standards for Adult Community Residential Services,* 2nd Edition
*Standards for Adult Correctional Boot Camp Programs,* 1st Edition
*Standards for Adult Correctional Institutions,* 4th Edition
*Standards for Adult Correctional Institutions (Spanish Version)*
*Performance-Based Standards for Adult Local Detention Facilities,* 4th Edition
*Standards for Adult Parole Authorities,* 2nd Edition
*Standards for Adult Probation and Parole Field Services,* 3rd Edition
*Performance-Based Standards for Correctional Health Care in*
*Adult Correctional Institutions,* 1st Edition
*Performance-Based Standards for Correctional Industries,* 2nd Edition
*Performance-Based Standards for Therapeutic Communities,* 1st Edition
*Standards for Correctional Training Academies,* 1st Edition
*Standards for Electronic Monitoring Programs,* 1st Edition
*Standards for Juvenile Community Residential Facilities,* 3rd Edition
*Standards for Juvenile Correctional Boot Camp Programs,* 1st Edition
*Performance-Based Standards for Juvenile Correctional Facilities,* 4th Edition
*Standards for Juvenile Day Treatment Programs,* 1st Edition
*Standards for Juvenile Detention Facilities,* 3rd Edition
*Standards for Juvenile Probation and Aftercare Services,* 2nd Edition
*Standards for Small Juvenile Detention Facilities,* 1st Edition

These publications may be ordered from ACA:

www.aca.org/store or (800) 222-5646, ext. 0129

# Contents

Page

(Note: Standards are arranged in alphabetical order by facility type)

Introduction by James A. Gondles, Jr., C.A.E. ................................................................. iii

Standards Manuals Published by ACA ........................................................................... iv

Commission on Accreditation for Corrections ............................................................... vii

ACA

     Standards and Accreditation Staff ...................................................................... vii

     Officers ............................................................................................................. viii

     Board of Governors ........................................................................................... viii

     Committee on Standards .................................................................................... viii

     Executive Office ................................................................................................ viii

Introduction to Accreditation ....................................................................................... iv

Administration of Correctional Agencies (ACA), 2nd Edition .......................................... 1

Performance-Based Standards for Adult Community
Residential Services (ACRS), 4th Edition .................................................................... 7

Adult Correctional Boot Camp Programs (ABC), 1st Edition .......................................... 23

Adult Correctional Institutions (ACI), 4th Edition ......................................................... 49

Performance-Based Standards for Adult Local Detention Facilities, 4th Edition ............. 99

Adult Parole Authorities (APA), 2nd Edition ................................................................ 117

Adult Probation and Parole Field Services (APPFS), 3rd Edition ................................... 123

Performance-Based Standards for Adult Probation and Parole
Field Services (APPFS), 4th Edition .......................................................................... 127

Core Jail Standards (CORE), 1st Edition ....................................................................... 129

Performance-Based Standards for Correctional Health Care
in Adult Correctional Institutions, 1st Edition .......................................................... 131

Performance-Based Standards for Correctional Industries (CI), 2nd Edition ................. 159

Correctional Training Academies (CTA), 1st Edition .................................................... 161

Electronic Monitoring (EM), 1st Edition ...................................................................... 165

Juvenile Community Residential Facilities (JCRF), 3rd Edition ..................................... 169

Juvenile Correctional Boot Camp Programs (JBC), 1st Edition ..................................... 187

Performance-Based Standards for Juvenile Correctional Facilities (JCF), 4th Edition ..... 207

Juvenile Day Treatment Programs (JDTP), 1st Edition .................................................. 209

Juvenile Detention Facilities (JDF), 3rd Edition ............................................................ 219

Juvenile Probation and Aftercare Services (JPAS), 2nd Edition .................................... 245

Small Jail Facilities (SJ), 1st Edition ............................................................................251

Small Juvenile Detention Facilities (SJD), 1st Edition ................................................267

Performance-Based Standards for Therapeutic Communities, 1st Edition ...................289

Appendix A: Guidelines for Institution Security Levels ..............................................291

Appendix B: Classification Guidelines ........................................................................292

Appendix C: Definition of "Qualified Individual" for Safety
    and Sanitation Inspections ....................................................................................293

Appendix D: Guidelines for the Control and Use of Flammable, Toxic,
    and Caustic Substances..........................................................................................295

Appendix E: ACA Health Care Outcome Measure Technical Guidance .......................298

    Health Care Outcome Measures ............................................................................329

Glossary ......................................................................................................................333

Members of the Standards Committee 1976–2012 .......................................................357

Members of the Commission on Accreditation for Corrections 1974–2012...................360

# COMMISSION ON ACCREDITATION FOR CORRECTIONS

## Executive Committee of the Commission on Accreditation for Corrections

Lannette C. Linthicum, M.D., Texas, Chair
Marge Webster, Puerto Rico, Vice Chair
Kevin B. Myers, Tennessee
Denise M. Robinson, Ohio
Justin W. Jones, Oklahoma

### Commissioners

Lori Ammons, Kansas
Joyce Burrell, New York
Edwin G. Buss, Florida
Patrick J. Curran III, Tennessee
Mary S. Galey, Arizona
Angela Goehring, Florida
Pamela Hearn, M.D., Louisiana
Martin F. Horn, New York
Bob P. Houston, Nebraska
James M. Le Blanc, Louisiana
Lester Lewis, M.D., Tennessee
Mark H. Luttrell, Tennessee
Cynthia Mausser, Ohio
David R. McKune, Kansas
Jeaneene E. Miller, Colorado
Marilyn Rogan, Nevada
Joan Shoemaker, Colorado
Thomas J. Stickrath, Ohio
Michael Wade, Virginia
Clarence Williams, Kentucky

### STANDARDS AND ACCREDITATION STAFF

Kathy Black-Dennis, Director
Ben Shelor, Deputy Director
Bridget Bayliss-Curren, Accreditation Specialist
Terry Carter, Accreditation Specialist
Christina Randolph, Office Manager
Irawaty Bakker, Administrative Assistant
Nadine Lee, Administrative Assistant
Brian Nielsen, Administrative Assistant

# AMERICAN CORRECTIONAL ASSOCIATION 2010-2012

## Officers

Daron Hall, Tennessee, President
Christopher Epps, Mississippi, President-Elect
Harold Clarke, Virginia, Immediate Past President
Patricia L. Caruso, Michigan, Vice President
Mary Livers, Louisiana, Treasurer
Ray Hobbs, Arkansas, Board of Governors' Representative
David L. Thomas, Florida, Board of Governors' Representative
James A. Gondles, Jr., CAE, Executive Director

## Board of Governors

Raul S. Banasco, Florida
Patricia Barnes-Goodwyn, Virginia
Kim B. Barnette, Louisiana
Burl Cain, Louisiana
Joyce Fogg, Virginia
J. Ronald Haws, Kentucky
Gail M. Heller, Ohio
Lawrence E. Hicks, Oklahoma
Yolanda Denise Hockett, Tennessee

Kenneth Lassiter, North Carolina
Mary V. Leftridge Byrd, Georgia
Jenny Nimer, Florida
David M. Parrish, Oklahoma
Allen L. Peaton, Alabama
Robert Rosenbloom, Georgia
Mark H. Saunders, Ohio
Shannon D. Teague, Ohio

## Committee on Standards

Harley Lappin, Chair, Tennessee
Lannette Linthicum, M.D., Vice Chair, Texas
Lori Ammons, Kansas
Kathleen Bachmeier, North Dakota
Michael Bradley, Florida
Joyce Burrell, New York
Brian Fischer, New York
Stanley Glanz, Oklahoma
David Haasenritter, Virginia
Justin Jones, Oklahoma

James Le Blanc, Louisiana
Brad Livingston, Texas
Kevin Myers, Tennessee
Denise Robinson, Ohio
Ramon C. Rustin, New Mexico
Raman Singh, M.D., Louisiana
Michael Wade, Virginia
Marge Webster, Puerto Rico
John E. Wetzel, Pennsylvania

## Executive Office

James A. Gondles, Jr., CAE, Executive Director
Jeffrey A. Washington, Deputy Executive Director
Jennifer Bechtel, Director, Administration and Grants
Debbi Seeger, Director at Large
India Vargas, Senior Administrative Assistant

# Introduction to Accreditation

The American Correctional Association (ACA) and the Commission on Accreditation for Corrections (CAC) are private, nonprofit organizations that administer the only national accreditation program for all components of adult and juvenile corrections. Their purpose is to promote improvement in the management of correctional agencies through the administration of a voluntary accreditation program and the ongoing development and revision of relevant, useful standards.

Accreditation, a process that began in 1978, involves a large number of detention facilities and approximately 80 percent of all state departments of correction and youth services as active participants. Also included are programs and facilities operated by the Federal Bureau of Prisons, the U.S. Parole Commission, and the District of Columbia. For all these agencies, the accreditation program offers the opportunity to evaluate their operations against national standards, remedy deficiencies, and upgrade the quality of correctional programs and services. The recognized benefits from such a process include improved management, a defense against lawsuits through documentation and the demonstration of a good-faith effort to improve conditions of confinement, increased accountability and enhanced public credibility for administrative and line staff, a safer and more humane environment for personnel and offenders, and the establishment of measurable criteria for upgrading programs, personnel, and the physical plant on a continuing basis.

The timelines, requirements, and outcomes of the accreditation process are the same for a state or federal prison, training school, local detention facility, private halfway house or group home, probation and parole field service agency, or paroling authority. All programs and facilities sign a contract, pay an accreditation fee, conduct a self-evaluation, and have a standards compliance audit by trained ACA auditors before an accreditation decision is made by the Commission on Accreditation for Corrections. Once accredited, all programs and facilities submit annual certification statements to ACA. Also, at ACA's expense and discretion, a monitoring visit may be conducted during the initial three-year accreditation period to ensure continued compliance with the appropriate standards.

## Participation in the Accreditation Process

Invitations to participate in the accreditation process have been extended to all adult and juvenile agencies for which standards have been developed and published. Participating agencies include public and private, federal, state, and local agencies; and United States and international correctional agencies.

Accreditation activities are initiated voluntarily by correctional administrators. When an agency chooses to pursue accreditation, ACA staff will provide the agency with appropriate information and application materials. These include a contract, the applicable manual of standards, a policy and procedure manual, and an organization summary.

## Eligibility Criteria

To be eligible for accreditation, an agency must be a part of a governmental or private entity or conform to the applicable federal, state, or local laws and regulations regarding corporate existence. The agency must: (1) hold under confinement pretrial or presentenced adults or juveniles who are being held pending a hearing for unlawful activity; or (2) hold under confinement sentenced adult offenders convicted of criminal activity or juveniles adjudicated to confinement; or (3) supervise in the community sentenced adult or adjudicated juvenile offenders, including juveniles placed in

residential settings; and (4) have a single administrative officer responsible for agency operations. It is this administrative officer who makes formal application for admission for accreditation.

It is ACA's policy that nonadjudicated juveniles should be served outside the juvenile correctional system. Juvenile correctional facilities housing status offenders must remove them before the facility can be awarded accreditation. Detention facilities may house status offenders who have violated valid court orders by continued perpetration of status offenses. In such instances, the following conditions would apply: status offenders are separated by sight and sound from delinquent offenders; facility staff demonstrate attempts to mandate removal of all status offenders from detention centers; and special programs are developed for status offenders

ACA does not prohibit community programs that house adjudicated juveniles with status offenders in nonsecure settings from participation in accreditation. However, ACA actively supports and requires exclusion of status offenders from the criminal and juvenile justice systems. Residential facilities and institutional programs that house adults and juveniles separated by sight and sound may become accredited. Individual cases may stipulate removal of juveniles before receiving an accreditation award.

## Pre-Accreditation Assessment

Prior to signing an accreditation contract, an agency may request a pre-accreditation assessment. The assessment requires an ACA auditor to visit the agency. The auditor will assess strengths and areas for improvement, measure readiness for application for accreditation, and identify steps required to achieve accreditation. A confidential, written report is provided to the agency to assist in making the decision to apply for accreditation.

## Accreditation Process

When the agency enters into the accreditation process, the administrator requests an information package from ACA. To confirm eligibility, determine appropriate fees, and schedule accreditation activities, the agency provides ACA with relevant narrative information through the organization summary. Applicant status begins when both the completed organization summary, which provides a written description of the facility/program, and the signed contract are returned to ACA. The Association will notify the agency of its acceptance into the accreditation process within fifteen days of the receipt of the necessary application materials. ACA will then assign a standards specialist from the Standards and Accreditation Department as a permanent liaison to the agency. The agency will appoint an accreditation manager, who will be responsible for organizing and supervising agency resources and activities to achieve accreditation.

As defined in the contract, the fees for the accreditation period cover all services normally provided to an agency by ACA staff, auditors, and the Commission. The fees are determined during the application period and are included in the contract signed by the agency and ACA.

Once the contract is signed, the agency conducts a self-assessment of its operations and completes a self-evaluation report, which specifies the agency's level of standards compliance. (Self-evaluation reports are optional for facilities signing a reaccreditation contract.)

At the agency's request and expense, an on-site accreditation orientation for staff and/or a field consultation may be scheduled. The object of the orientation is to prepare agency staff to complete the

requirements of accreditation, including an understanding of self-evaluation activities, compilation of documentation, audit procedures, and standards interpretation. A field auditor provides information on accreditation policy and procedure, standards interpretations, and/or documentation requirements. Agency familiarity with standards and accreditation is the key factor in determining the need for these services.

The self-evaluation report includes the organization summary, a compliance tally, preliminary requests for waivers or plans of action, and a completed standards compliance checklist for each standard in the applicable manual.

The standards used for accreditation address services, programs, and operations essential to good correctional management, including administrative, staff, and fiscal controls, staff training and development, physical plant, safety and emergency procedures, sanitation, food service, rules and discipline, and a variety of subjects that comprise good correctional practice. These standards are under continual revision to reflect changing practice, current case law, new knowledge, and agency experience with their application. These changes are published by ACA in the *Standards Supplement*. ACA policy addresses the impact of the standards revisions on agencies involved in accreditation. Agencies signing contracts after the date that a *Standards Supplement* is published are held accountable for all standards changes in that supplement. Agencies are not held accountable for changes made after the contract is signed. The agencies may choose to apply new changes to the standards that have been issued following the program's entry into accreditation. Agencies must notify ACA of their decision before conducting the standards compliance audit.

For accreditation purposes, any new architectural design, building, and/or renovation of the institution must be in accordance with the current standards manual at the time of the design, building, and/or renovation. In such cases, different standards would be applied to separate parts of the institution, respective to these changes in the physical plant.

## Standards Compliance Checklist

In completing a standards compliance checklist, the agency checks *compliance*, *noncompliance*, or *not applicable* for each standard. Checking compliance signifies complete compliance with the content of the standard at all times and that the agency has documentation (primarily written) available to support compliance. A finding of noncompliance indicates that all or part of the requirements stated in the standard have not been met. A *not applicable* response means that the standard/expected practice is clearly not relevant to the agency/facility being audited. A written statement supporting nonapplicability of the standard/expected practice is required.

At this time, the agency may request a waiver for one or more standards, provided that overall agency programming compensates for the lack of compliance. The waiver request must be accompanied by a clear explanation of the compensating conditions. The agency applies for a waiver only when the totality of conditions safeguard the life, health, and safety of offenders and staff. Waivers are not granted for standards/expected practices designated as mandatory and do not change the conclusion of noncompliance or the agency's compliance tally. When a waiver is requested during the self-evaluation phase, ACA staff renders a preliminary judgment. A final decision can be made only by the Board of Commissioners during the accreditation hearing. Most waivers granted are for physical plant standards.

The Association requires that a self-evaluation report be completed by each applicant for accreditation. It is recommended that agencies entering into the accreditation process for the first time submit a written statement to ACA concerning their status at the completion of the evaluation. Information contained in this statement should include the percentage of compliance with mandatory and nonmandatory standards; a list of not applicable standards/expected practices; and a list of noncompliant standards and their deficiencies. Within sixty days of receipt of this statement, ACA staff will provide the agency administrator with a written response containing, where appropriate, comments on materials or information submitted to the Association. The letter also provides notice to the agency of its acceptance to Candidate Status.

The compilation of written documentation requires the most time and effort during Correspondent Status. A separate documentation file, which documents compliance, is prepared for each standard. To request a standards compliance audit, an agency must comply with 100 percent of the standards/expected practices designated as mandatory and 90 percent of the nonmandatory standards/expected practices. Once an agency believes it has met or exceeded the compliance levels required for accreditation, an audit is scheduled. Final accreditation is not awarded until the Commission on Accreditation for Corrections awards accredited status. The accreditation award period is three years.

## Standards Compliance Audit

The agency's request for an audit is made six to eight weeks before the desired audit dates. The purpose of the audit is to have the visiting committee measure the agency's operation against the standards based on the documentation provided by the agency. A visiting committee completes the audit and prepares a visiting committee report for submission to the Commission. ACA designates a visiting committee chair to organize and supervise the committee's activities.

Prior to arrival at the audit site, each member of the visiting committee reviews the agency's descriptive narrative and any additional information that ACA may have provided, including pending litigation and court orders submitted by the agency, and any inmate correspondence. The visiting committee chair makes audit assignments to each auditor. For example, one auditor may audit the administrative, fiscal, and personnel standards/expected practices, while another audits standards/expected practices for physical plant, sanitation, and security. Upon arrival, the visiting committee meets with the administrator, accreditation manager, and other appropriate staff to discuss the scope of the audit and the schedule of activities. This exchange of information provides for the development of an audit schedule that ensures the least amount of disruption to routine agency operation.

The exact amount of time required to complete the audit depends on agency size, number of applicable standards/expected practices, additional facilities to be audited, and accessibility and organization of documentation. To hasten the audit, all documentation should be clearly referenced and located where the visiting committee is to work.

The accreditation manager's responsibilities include compiling and making accessible to all visiting committee members the standards compliance documentation and release-of-information forms for personnel and offender records. Also, staff should be notified beforehand to ensure that they are available to discuss specific issues or conduct tours of the facility for the visiting committee.

During the audit, the members of the visiting committee tour the facility, review documentation prepared for each standard/expected practice, and interview staff and offenders to make compliance decisions. The visiting committee reports its findings on the same standards-compliance checklist used by the agency in preparing its self-evaluation report. All members of the visiting committee review all mandatory standards/expected practices, all areas of noncompliance and nonapplicability, with decisions made collectively. (Final decisions on waivers can be approved only by the Commission at the time of the agency's accreditation hearing.)

Interviewing staff and offenders is an integral part of the audit. In addition to speaking with those who request an interview with the team, the members of the visiting committee select other individuals to interview and with whom to discuss issues. Interviews are voluntary and occur randomly throughout the audit, and those interviewed are assured that their discussions are confidential.

In addition to auditing standards/expected practices documentation, auditors will evaluate the quality of life or conditions of confinement. An acceptable quality of life is necessary for an agency to be eligible for accreditation. Factors that the visiting committee consider include: the adequacy and quality of programs, activities, and services available to offenders and their involvement; occurrences of disturbances, serious incidents, assaults, or violence, including their frequency and methods of dealing with them to ensure the safety of staff and offenders or juveniles; and overall physical conditions, including conditions of confinement, program space, and institutional maintenance related to sanitation, health, and safety.

At the conclusion of the audit, the visiting committee again meets with the administrator, the accreditation manager, and any others selected by the administrator to discuss the results of the audit. During this exit interview, the visiting committee reports the compliance tally and all findings of noncompliance and nonapplicability, as well as preliminary decisions on waivers, stating the reasons for each decision.

The chair of the visiting committee then prepares and submits a copy of the visiting committee report to the ACA standards and accreditation specialist within ten days of the completion of the audit. ACA staff review the report for completeness, enter the data, and within fifteen days of the audit's completion, it is submitted to the agency administrator and other members of the visiting committee for concurrence. Upon receipt of the visiting committee report, the agency has seven days to submit its written response to the report to ACA staff and all members of the visiting committee.

## The Accreditation Hearing

The Commission on Accreditation for Corrections is responsible for rendering accreditation decisions and is divided into accreditation panels authorized to render such decisions. Panels meet separately, or with a full board meeting, and are composed of three to five commissioners.

The agency is invited to have representation at the accreditation hearing. Unless circumstances dictate otherwise, a member of the visiting committee is not present; however, an ACA staff member does participate. At the accreditation hearing, the agency representative provides information about the agency, speaks in support of its appeal and/or waiver requests, and addresses concerns the panel may have with regard to the accreditation application.

After completing its review, the accreditation panel votes to award or deny accreditation or continue the agency in Candidacy Status or place the agency on probation. When an agency receives a three-year accreditation award, a certificate with the effective date of the award is presented to the agency representative.

The Board of Commissioners may stipulate additional requirements for accreditation if, in its opinion, conditions exist in the facility or program that adversely affect the life, health, or safety of the staff or offenders. These requests are specific regarding activities required and timeliness for their completion. The panel advises the agency representative of all changes at the time the accreditation decision is made.

ACA and the Commission may deny accreditation for insufficient standards/expected practices compliance, inadequate plans of action, or failure to meet other requirements as determined by the Commission, including, but not limited to, the conditions of confinement in a given facility. In not awarding accreditation, the Commission may extend an agency in Candidate Status for a specific period of time and for identified deficiencies, if in its judgment the agency is actively pursuing compliance. Those agencies denied accreditation, but not extended in Candidate Status, may reapply for accreditation after 180 days. The agency receives written notification of all decisions relative to its accreditation following the accreditation hearing.

## Accredited Status

During the three-year accreditation period, ACA requires that accredited agencies submit annual certification statements confirming continued standards/expected practices compliance at levels necessary for accreditation. The report should include the agency's progress on completing plans of action and other significant events that may affect the accreditation award. In addition, ACA may require accredited agencies to submit written responses to public criticism, notoriety, or patterns of complaints about agency activity that suggest a failure to maintain standards/expected practices compliance. The Association, at its own expense and with advance notice, may conduct on-site monitoring visits to verify continued standards/expected practices compliance or conditions of confinement.

## Reconsideration Process

The goal of ACA's accreditation process is to ensure the equity, fairness, and reliability of its decisions, particularly those that constitute either denial or revocation of Accredited Status. Therefore, an agency may request reconsideration of any denial or revocation of accreditation. However, the reasonableness of ACA's standards, criteria, and/or procedures for accreditation may not serve as the basis for reconsideration.

A reconsideration request is based on the grounds that the adverse decision is (1) arbitrary, erratic, or otherwise in substantial disregard of the criteria and/or procedures for accreditation as stated by ACA, (2) based on incorrect facts or an incorrect interpretation of facts, or (3) unsupported substantial evidence.

The agency submits a written request for reconsideration to ACA staff within thirty days of the adverse decision stating the basis for the request. The Commission's Executive Committee reviews the request and decides whether there is sufficient evidence to warrant a reconsideration hearing before the Board of Commissioners. The agency is notified in writing of the Executive Committee's decision.

## Revocation of Accreditation

An accredited agency that does not maintain the required levels of compliance throughout the three-year accreditation period, including continuous compliance with all mandatory standards/expected practices, may have its accreditation award revoked. The agency is notified of its deficiencies and given a specified amount of time to correct them. If the deficiencies continue, the Commission on Accreditation for Corrections may place the agency on Probationary Status for an additional stated period of time and require documentation of compliance. Should the agency fail to correct the deficiencies, the agency's accreditation may be revoked and the accreditation certificate returned to ACA. An accredited agency that has had its accreditation revoked for reasons of noncompliance also may use the reconsideration process.

## Reaccreditation

To ensure continuous Accredited Status, accredited agencies should apply for reaccreditation approximately twelve months before the expiration of their current accreditation award.

The preceding information is provided as an overview of the accreditation process. Additional information on specific procedures and elements of the process is available from ACA's Standards and Accreditation Department.

# Adult Correctional Institutions (ACI), 4th Edition

**4-4003-1**    **Added August 2010. The facility/agency shall demonstrate it has examined, and where appropriate and feasible, implemented strategies that promote recycling, energy and water conservation, pollution reduction, and utilization of renewable energy alternatives.**

COMMENT: Correctional facilities and programs have the responsibility to implement strategies that allow correctional facilities to be managed in ways that are most cost-effective and deliver superior performance, while improving environmental responsibility and sustainability. This includes recycling (including paper, metal, and plastic products), energy conservation (including building insulation, heating and ventilation, temperature controls, vehicle fuel efficiency, water economies, physical plant engineering, and energy measures), pollution reduction (including composting sewer treatment, litter abatement, and carbon emissions), and utilization of renewable energy alternatives (bio-fuels, solar collection, turbine energy production, and methane collection).

**4-4006**    **Revised August 2008. Written policy, procedure, and practice provide that each institution is headed by a warden/superintendent, appointed by the administrator or governing board of the parent agency, who is in charge of all inmates, personnel, volunteers, programs, and activities connected with the institution.**

COMMENT: The warden/superintendent's chain of command should extend directly to all staff. Similarly, all employees and units within the institution should ultimately be responsible to this individual.

**4-4007**    **Deleted August 2008.**

**4-4009**    **Revised August 2003. To be considered qualified, a warden/superintendent at a minimum must possess the following: a bachelor's degree in an appropriate discipline, five years of related administrative experience, and demonstrated administrative ability and leadership. The degree requirement may be satisfied by completion of a career development program that includes work-related experience, training, or college credits at a level of achievement equivalent to the bachelor's degree.**

COMMENT: Establishing high qualifications ensures that only qualified individuals are recruited and hired. It is the agency's responsibility to see that potential administrators receive the required education.

**4-4011**                **Revised August 2009. The role and functions of employees of other public or private agencies providing a service to the institution are covered by written policy and procedure that specify their relation to the authority and the responsibility of the warden/superintendent.**

COMMENT: The duties and responsibilities of personnel employed by other public or private agencies should be specific in a contract or other type of agreement.

**4-4017**                **Revised January 2003. Written policy, procedure, and practice provide for a system to monitor operations and programs through inspections and reviews. This monitoring is conducted by the warden/superintendent or designated staff at least annually and by qualified professionals not affiliated with the facility or system at least every three years.**

COMMENT: Timely and periodic assessment can reveal how well an institution's operation and programs are complying with policy and procedure. This internal administrative audit should be separate from any external or continuous inspection conducted by other agencies.

**4-4020**                **Deleted January 2010.**

**4-4021**                **Revised August 2008. Written policy, procedure, and practice establish the facility's commitment to informing the public and the media of events within the facility's areas of responsibility. The procedures address emergency and nonemergency responses to the media and, at a minimum, include the following:**
  - **the identification of areas in the facility that are accessible to media representatives, consistent with preserving inmate's right to privacy and maintaining order and security**
  - **the contact person for routine requests for information**
  - **identification of data and information protected by federal or state privacy laws, or federal and state freedom of information laws**
  - **special events coverage**
  - **news release policy**
  - **the designation of individuals or positions within the facility authorized to speak with the media on behalf of the facility**

COMMENT: The complexity of the policy statement should be consistent with the size and complexity of the operation.

**4-4022**                **Deleted August 2008.**

**4-4031**          **Revised August 2009. Written policy, procedure, and practice demonstrate that the procedures for the collecting, safeguarding, and disbursing of monies comply with the accounting procedures established by the governing jurisdiction.**

COMMENT: The institution's fiscal policies and procedures should be patterned after those of the governing authority and should be compatible with the state's central accounting system. These include policies and procedures for fiscal recordkeeping, reports, reviews, audits, disbursements, position allocations, payroll, cash transactions, commissary/canteen operations, and inmate's personal funds, if any.

**4-4061**          **Revised August 2007. A criminal record check is conducted on all new employees, contractors, and volunteers prior to assuming their duties to identify whether there are criminal convictions that have a specific relationship to job performance. This record will include comprehensive identifier information to be collected and run against law enforcement indices. If suspect information on matters with potential terrorism connections is returned on a desirable applicant, it is forwarded to the local Joint Terrorism Task Force (JTTF) or another similar agency.**

COMMENT: The institutions administrators should know of any criminal conviction that could directly affect an employee's job performance in an institutional setting. Comprehensive identifiers may include current name, birth name, date of birth, social security number, address, phone number, copy of driver's license, copy of passport (if any), and similar information. Such information is run against NCIC criminal histories, criminal indices, and wants and warrants.

**4-4063**          **Revised August 2009. There is a written policy and procedure that specifies support for a drug-free workplace for all employees. This policy includes at a minimum the following:**
- **prohibition of the use of illegal drugs**
- **prohibition of possession of any illegal drug except in the performance of official duties**
- **the procedures to be used to ensure compliance**
- **the opportunities available for treatment and/or counseling for drug abuse**
- **the penalties for violation of the policy**

COMMENT: None.

**4-4067**          **Revised August 2010. The institution maintains a current, accurate, confidential personnel record on each employee except where state statutes require open public records and the personnel record cannot be maintained confidentially. Information obtained as part of a required medical examination (and/or inquiry) regarding the medical condition or history of applicants and employees is collected and maintained on separate forms and in separate medical files and treated as confidential medical records.**

COMMENT: The personnel record should contain the following: initial application; reference letters; results of employment investigation; verification of training and experience; wage and salary information; job performance evaluations; incident reports, if any; and commendations and disciplinary actions, if any.

**4-4069**          **Revised January 2003. A written code of ethics shall require employees to conduct themselves and perform their duties in such a way as to set a good example for prisoners and thereby command their respect. The code of ethics shall prohibit employees from using their official position to secure privileges for themselves or others and from engaging in activities that constitute a conflict of interest. This code is available to all employees.**

COMMENT: To protect the integrity of the institution, its staff, and the parent agency, all personnel must be thoroughly familiar with the code of ethics, and the code must be strictly enforced.

**4-4084**          **Revised August 2005. Written policy, procedure, and practice provide that all new correctional officers receive 120 hours of training during their first year of employment. At a minimum, this training covers the following areas:**
- **security and safety procedures**
- **emergency and fire procedures**
- **supervision of offenders**
- **suicide intervention/prevention**
- **use of force**
- **offender rights**
- **key control**
- **interpersonal relations**
- **communication skills**
- **standards of conduct**
- **cultural awareness**
- **sexual abuse/assault intervention**
- **code of ethics**

**Additional topics may be added at the discretion of the agency or facility.**

COMMENT: Since the duties of correctional officers frequently involve most institutional operations, their training should be comprehensive.

**4-4084-1**          **Added August 2005. Written policy, procedure, and practice provide that all correctional officers receive at least 40 hours of annual training. This training shall include at a minimum the following areas:**
- **standards of conduct/ethics**
- **security/safety/fire/medical/emergency procedures**
- **supervision of offenders including training on sexual abuse and assault**
- **use of force**

**Additional topics shall be included based upon a needs assessment of both staff and institution requirements.**

COMMENT: This training will enable employees to sharpen skills, maintain certification, and keep abreast of changes in policies, procedures, and legislative, judicial, or executive actions.

**4-4089**          **Revised August 2007. Written policy, procedure and practice provide that correctional officers assigned to an emergency unit have at least one year of corrections and 40 hours of specialized training before undertaking their assignments. Other staff must have at least one year of experience in their specialty within a correctional setting. The specialized training may be part of their first year training program. Officers and staff assigned to emergency units receive 40 hours of training annually, at least 16 of which are specifically related to the emergency unit assignment.**

COMMENT: None.

**4-4095**          **Revised August 2009. Written policy and procedure govern case record management, including at a minimum the following areas: the establishment, use, and content of inmate records; right to privacy; secure placement and preservation of records; and schedule for retiring or destroying inactive records.**

COMMENT: An orderly and timely system for recording, maintaining, and using data about offenders increases the efficiency and effectiveness of the program and service delivery and the transfer of information to the courts and release authorities.

**4-4105**          **Revised August 2010. The institution's criteria for evaluating overall institutional performance are specific and defined in writing.**

COMMENT: Collection, trending and analyzing of data should be conducted on an ongoing basis to determine the internal order of the facility. Data collected should include, but not be limited to the following: escape rate; frequency and number of assaults of staff; group disturbances by inmates; assaults and homicides by inmates; weapons and/or illegal drugs found; major and minor disciplinary actions; and staff and inmate grievances. Management data on offenders permits categorization by age, sex, race, offense, and prior record.

**4-4107**            **Revised August 2010. Institutional programs are analyzed and evaluated at least every two years to determine their contribution to the institution's mission.**

COMMENT:  Periodic program analyses and evaluations help the institution to identify which programs are productive and determine needed changes and/or the need for reordering priorities.


**4-4114**            **Deleted August 2007.**


**4-4115**            **Revised August 2007. Written policy and procedure specify who is responsible for operating a citizen involvement and volunteer service program, and his or her lines of authority, responsibility, and accountability.**

COMMENT: Written policy should provide direction for the program, listing the goals and objectives, types of services offered, population served, and so forth. Clear lines of accountability and authority should be established and communicated to staff and volunteers. Any volunteer activity that is shown to threaten the institution's order and security or the safety of a volunteer should be limited or discontinued until the problem is resolved.


**4-4126**            **Revised August 2003. The facility should encourage staff/inmate interaction. The facility has a management system that provides staff with the authority to make decisions, the ability to make recommendations regarding security, classification, services, and programs for inmates.**

COMMENT: None.


**4-4127**            **Revised August 2003. The maximum size of a single management unit is variable and is based on the characteristics of its inmate population. The exact size of each management unit is determined by (1) the security classification of the inmate occupants (higher security levels require smaller unit size), and (2) the ability of staff to complete regular security checks, maintain visual and auditory contact, maintain personal contact and interaction with inmates, and be aware of unit conditions.**

COMMENT: The scale of the management unit should facilitate and encourage the involvement of all staff in decision making.

**4-4129**  **Revised January 2008. The number of inmates does not exceed the maximum allowable inmate population as based on the Standards Compliant Bed Capacity (SCBC) formula.**

COMMENT: The maximum allowable inmate population may fluctuate between audit cycles due to the necessity to single-cell inmates for special management purposes.

---

**SCBC FORMULA FOR ADULT CORRECTIONAL INSTITUTIONS**

Step No. 1: Calculation to be used for all cells (multiple occupancy and single) in general population (Ref. #4-4132).

$$\frac{\text{Sq. ft. total of unencumbered space in housing}}{25 \text{ sq. ft}} = \text{Answer \#1}$$

Step No. 2: Calculation to be used for single cells in general population for special management purposes (Ref. #4-4133) and segregation (Ref. #4-4141).

$$\frac{\text{Sq.ft. total of unencumbered space in all single cells}}{35 \text{ sq. ft.}} = \text{Answer \#2}$$

---

**4-4130**  **Deleted August 2004.**

**4-4131**  **Deleted August 2005.**

**4-4132**  **Revised January 2007. Cells/rooms used for housing inmates shall provide at a minimum, 25 square feet of unencumbered space per occupant.** *Unencumbered space* **is usable space that is not encumbered by furnishings or fixtures. At least one dimension of the unencumbered space is no less than seven feet. In determining unencumbered space in the cell or room, the total square footage is obtained and the square footage of the fixtures and the equipment is subtracted. All fixtures and equipment must be in operational position and must provide the following minimums per person:**
- **bed**
- **plumbing fixtures (if inside the cell/room)**
- **desk**
- **locker**
- **chair or stool**

COMMENT: None.

**4-4133**          **Revised August 2005. Written policy, procedure, and practice provide that single-occupancy cells/rooms, measuring a total of 80 square feet, of which 35 square feet is unencumbered space, shall be available, when indicated, for the following:**
- **inmates with severe medical disabilities**
- **inmates suffering from serious mental illness**
- **sexual predators**
- **inmates likely to be exploited or victimized by others**
- **inmates who have other special needs for single housing**
- **maximum custody inmates**

COMMENT: The standard permits housing inmates of all security levels in multiple cells/rooms unless there is a need for single cells/rooms for an inmate in one of the groups listed. The caveat *when indicated* refers to determinations made by the classification system, medical diagnosis, or other professional conclusions.

**4-4141**          **Interpretation August 2004. The Standards Committee determined that segregation housing does not have to be single celled.**

**4-4146**          **Revised January 2008. Lighting in inmate rooms/cells is at least 20 foot-candles at desk level and in personal grooming areas, as documented by a qualified source, and is checked at least once per accreditation cycle.**

COMMENT: None.

**4-4147**          **Revised August 2006. (Existing only) All inmate rooms/cells provide access to natural light.**

COMMENT: None.

**4-4147-1**        **Added August 2006. (Renovation, Addition, New Construction) All inmate rooms/cells provide inmates with access to natural light by means of at least three square feet of transparent glazing, plus two additional square feet of transparent glazing per inmate in rooms/cells with three or more inmates.**

COMMENT: None.

**4-4148**          **Deleted January 2003.**

**4-4149**          **Revised January 2003. (New Construction Only) Each dayroom provides inmates with access to natural light by means of at least 12 square feet of transparent glazing in the dayroom, plus two additional square feet of transparent glazing per inmate whose room/cell is dependent on access to natural light through the dayroom.**

COMMENT: Many inmates spend most daylight hours outside of their cells, often in their dayroom, and the standard gives designers increased options for providing natural light.

**4-4150-1**        **Added August 2008. (New Construction Only) Noise levels in housing areas (in other words, dayrooms with adjacent cells or dorms) shall not exceed the following:**
- **Unoccupied—45 dba (A Scale), building service systems shall be on and in normal operating condition. Mid-frequency average reverberation time (T 60) must be less than 1.0 sec.**
- **Occupied—70 dba (A Scale) for a minimum of 15 seconds of continuous average measurement in normal operating conditions.**

**All monitoring shall be conducted in close proximity to the correctional officer's post. If a correctional officer's post is not identified, then monitoring shall be conducted at a location considered best to monitor housing noise levels. Measurements shall be conducted a minimum of once per accreditation cycle by a qualified source.**

COMMENT: Noise levels in housing areas should be contained to achieve a safe and secure environment for staff and inmates. Building service system's noise within housing areas are sometimes constant and may be difficult to eliminate. Consideration should be given to maintenance of the building systems and use of absorptive treatment materials that meet applicable fire codes. Control of operational noise (in other words, televisions, recreation and group activities, and so forth) should be accomplished administratively.

**4-4151**          **Revised August 2007 (Renovation, Addition, New Construction Only) Circulation is at least 15 cubic feet of outside or re-circulated filtered air per minute per occupant for cells/rooms, officer stations, and dining areas, as documented by a qualified technician and should be checked not less than once per accreditation cycle.**

**Interpretation August 2002. The words *accreditation cycle* are interpreted as within the past three years.**

COMMENT: Mechanical ventilation may provide for recirculation of outside air except where prohibited by codes. The outside air requirements may be reduced to a minimum of 33 percent of the specified ventilated air quality if adequate temperature control is provided in addition to filtering equipment so that the maximum concentration of particles entering the space is reduced to acceptable limits. In no case should the outdoor air quantity be less than five cubic feet per minute per person.

**4-4152**          **Revised August 2007. (Existing) Circulation is at least ten cubic feet of fresh or re-circulated filtered air per minute per occupant for inmate rooms/cells, officer stations, and dining areas, as documented by a qualified technician and should be checked not less than once per accreditation cycle.**

**Interpretation August 2002. The words** *accreditation cycle* **are interpreted as within the past three years.**

COMMENT: None.


**4-4153**          **Revised August 2006. Temperatures in indoor living and work areas are appropriate to the summer and winter comfort zones.**

COMMENT: Temperature should be capable of being mechanically raised or lowered to an acceptable comfort level.


**4-4155**          **Revised August 2004. Segregation units have either outdoor uncovered or outdoor covered exercise areas. The minimum space requirements for outdoor exercise areas for segregation units are as follows:**
  • **group yard modules: 15 square feet per inmate expected to use the space at one time, but not less than 500 square feet of unencumbered space**
  • **individual yard modules: 180 square feet of unencumbered space in cases where cover is not provided to mitigate the inclement weather, appropriate weather-related equipment and attire should be made available to the inmates who desire to take advantage of their authorized exercise time.**

COMMENT: None.


**4-4170**          **Deleted January 2007.**


**4-4174**          **Revised August 2009. There is a manual containing all procedures for institutional security and control, with detailed instructions for implementing these procedures. The manual is available to all staff.**

COMMENT: The manual should contain information on physical plant inspection, inmate counts, weapons and chemical agent control, contraband, key control, tool and equipment control, and emergency procedures.

4-4175                 **Revised January 2007. Space is provided for a 24-hour continuously staffed secure control center for monitoring and coordinating the institution's security, life, safety, and communications systems. Staff assigned to a control center have access to a toilet and washbasin. There is a communication system between the control center and inmate living areas.**

COMMENT: None.

4-4176                 **Deleted January 2007.**

4-4186                 **Revised August 2007. Written policy, procedure, and practice require that the chief security officer or qualified designee conduct at least weekly inspections of all security devices, noting the items needing repair or maintenance. The inspections are reported in writing to the warden/superintendent and/or chief security officer.**

COMMENT: There should be a scheduled maintenance procedure to ensure that all bars, locks, windows, doors, and other security devices are fully operational. Emergency keys should be checked at least quarterly to ensure they are in working order. The results of all inspections should be submitted in writing to the warden/superintendent and/or the officer in charge of security.

4-4190-1               **Added August 2008. Written policy, procedure, and practice, in general, prohibit the use of restraints on female offenders during active labor and the delivery of a child. Any deviation from the prohibition requires approval by and guidance on methodology from the medical authority and is based on documented serious security risks. The medical authority provides guidance on the use of restraints on pregnant offenders prior to active labor and delivery.**

COMMENT: Restraints on pregnant offenders during active labor and the delivery of a child should only be used in extreme instances and should not be applied for more time than is absolutely necessary. Restraints used on pregnant offenders prior to active labor and delivery should not put the pregnant offender nor the fetus at risk.

4-4191                 **Revised January 2011 (Mandatory). Four/five point restraints are used only in extreme instances and only when other types of restraints have proven ineffective or the safety of the inmate is in jeopardy. Advance approval is secured from the facility administrator/designee before an inmate is placed in a four/five point restraint. Subsequently, the health authority or designee must be notified to assess the inmate's medical and mental health condition, and to advise whether, on the basis of serious danger to self or others, the inmate should be in a medical/mental health unit for emergency involuntary treatment with sedation and/or other medical management, as appropriate. If the inmate is not transferred to a**

**medical/mental health unit and is restrained in a four/five point position, the following minimum procedures are followed:**

- **Direct visual observation by staff is continuous prior to obtaining approval from the health authority or designee**
- **Subsequent visual observation is made at least every 15 minutes**
- **Restraint procedures are in accordance with guidelines approved by the designated health authority**
- **All decisions and actions are documented**

COMMENT: A four/five point restraint secures an inmate's arms and legs (four point) and head (five point). Restraint guidelines include consideration of an individual's physical conditions, such as body weight.

PROTOCOLS: Written policy and procedure, forms.

PROCESS INDICATORS: Observation, facility records and logs, inmate and staff interviews, documentation of approval(s), and observation.

**4-4192**        **Revised August 2009. Written policy, procedure, and practice provide for searches of facilities and inmates to control contraband and provide for its disposition. These policies are made available to staff and inmates.**

COMMENT: The institutions search plans and procedures should include the following:
- unannounced and irregularly timed searches of cells, inmates, and inmate work areas
- inspection of all vehicular traffic and supplies coming into the institution
- use of metal detectors at compound gates and entrances into housing units
- complete search and inspection of each cell prior to occupancy by a new inmate
- avoidance of unnecessary force, embarrassment, or indignity to the inmate
- staff training in effective search techniques that protect both inmates and staff from bodily harm
- use of non-intensive sensors and other techniques instead of body searches, whenever feasible
- conduct of searches only as necessary to control contraband or to recover missing or stolen property
- respect of inmates' rights to authorized personal property
- use of only those mechanical devices absolutely necessary for security purposes

**4-4196**        **Revised January 2006 (Mandatory). Written policy, procedure, and practice govern the control, inventory, and use of tools, culinary and medical/dental instruments and supplies (syringes, needles and other sharps).**

COMMENT: None.

**4-4200**
**Revised January 2008. Written policy, procedure, and practice govern the inventory, issuance, and accountability of routine and emergency distributions of security equipment.**

COMMENT: Written policy should delineate the process by which security equipment is distributed from the primary issue point to control points for both routine and emergency issuance. The policy should address how the facility tracks the issuance of security equipment (written log, chit system, and so forth) and the accountability of security equipment at the end of the shift.

**4-4212**
**Revised August 2009 (Mandatory). Written policy, procedure, and practice provide for a comprehensive and thorough monthly inspection of the institution by a qualified fire and safety officer for compliance with safety and fire prevention standards. There is a weekly fire and safety inspection of the institution by a qualified departmental staff member.**

COMMENT: The qualified departmental staff member who conducts the weekly inspections may be an institutional staff member who has received training in and is familiar with the safety and sanitation requirements of the jurisdiction. At a minimum, it is expected that the safety/sanitation specialist will provide on-the-job training regarding applicable regulations and inspections, including the use of checklists and the methods of documentation.

**4-4220**
**Revised August 2007 (Mandatory). All institution personnel are trained in the implementation of written emergency plans. Work stoppage plans are communicated only to appropriate supervisory or other personnel directly involved in the implementation of those plans.**

COMMENT: Review of all emergency plans should be an essential element of personnel training and retraining programs. New employees should be familiar with all emergency plans prior to their permanent work assignments.

**4-4224**
**Correction August 2010 (Mandatory). There are written plans that specify the procedures to be followed in situations that threaten institutional security. Such situations include but are not limited to riots, hunger strikes, disturbances, and taking of hostages. These plans are made available to all applicable personnel and are reviewed annually and updated, as needed.**

COMMENT: The plans should designate the personnel who are to implement the procedures, when and which authorities and media should be notified, how the problem should be contained, and the procedures to be followed after the incident is quelled. The plans presuppose regular inspection and maintenance of any specialized equipment necessary to implement the procedures. All personnel should be familiar with the plans. Hospital and medical personnel should be involved in the formulation of the plans, since they are responsible for the safety of their patients.

**4-4225**                    **Revised August 2009. There are written procedures regarding escapes.**

COMMENT: Specific procedures that can be used quickly when an escape occurs should be made available to all personnel. Procedures should include the following: prompt reporting of the escape to the warden/superintendent; mobilizing of employees; implementing of a predetermined search plan; notifying law enforcement agencies, community groups, and relevant media; preparing escape circulars for distribution and mailing; and, after apprehension of the escapee, promptly notifying all who were previously alerted to the escape.

**4-4225-1**                  **Added January 2003. Written policy, procedure, and practice define critical incidents for the facility and provide for a debriefing to be conducted after each such incident. The debriefing process includes coordination and feedback about the incident with designated staff of the facility as soon as possible after the incident. A debriefing includes, but is not limited to:**
- **a review of staff and offender actions during the incident**
- **a review of the incident's impact on staff and offenders**
- **a review of corrective actions taken and still needed**
- **plans for improvement to avoid another incident**

COMMENT: *A critical incident* is any event or situation that threatens staff or offenders in their community (criminal justice setting). While debriefings should occur as soon as possible, some information may not be available until later. All staff impacted by a critical incident should be included in the debriefings and referred to appropriate services to mitigate the stress associated with these events. All critical incidents should be reviewed by the administration, security, and health services. A two-week follow-up debriefing should occur to review the validity and appropriateness of all policies, plans, and information used during the critical incident and immediately after.

**4-4226**                    **Revised August 2009. Written rules of inmate conduct specify acts prohibited within the institution and penalties that can be imposed for various degrees of violation.**

COMMENT: The rules should prohibit only observed behavior that can be shown clearly to have a direct, adverse effect on an inmate or on institutional order and security. The rules also should specify the range of penalties that can be imposed for violations. Penalties should be proportionate to the importance of the rule and the severity of the violation.

**4-4227**                    **Revised August 2009. There is a written set of disciplinary procedures governing inmate rule violations.**

COMMENT: None.

**4-4238**        **Revised January 2008. Written policy, procedure, and practice provide that inmates charged with rule violations are scheduled for a hearing as soon as practicable but no later than seven days, excluding weekends and holidays, after being charged with a violation. Inmates are notified of the time and place of the hearing at least 24 hours in advance of the hearing.**

COMMENT: To ensure fairness and the integrity of the disciplinary process, inmates charged with rule violations should receive hearings as soon as possible unless the hearing is prevented by exceptional circumstances, unavoidable delays, or reasonable postponements. Reasons for all delays should be documented.

**4-4255**        **Revised August 2008. There is a sanctioning schedule for institutional rule violations. Continuous confinement for more than 30 days requires the review and approval of the warden/superintendent or designee. Inmates held in disciplinary detention for periods exceeding 60 days are provided the same program services and privileges as inmates in administrative segregation and protective custody.**

COMMENT: The time an inmate spends in disciplinary detention should be proportional to the offense committed, taking into consideration the inmate's prior conduct, specific program needs, and other relevant factors.

**4-4257**        **Revised August 2011. Written policy, procedure, and practice require that all special management inmates are personally observed by a correctional officer twice per hour, but no more than 40 minutes apart, on an irregular schedule. Inmates who are violent or mentally disordered or who demonstrate unusual or bizarre behavior receive more frequent observation; suicidal inmates are under continuing or continuous observation.**

COMMENT: None.

**4-4264**        **Revised January 2011. Alternative meal service may be provided to an inmate in segregation who uses food or food service equipment in a manner that is hazardous to self, staff, or other inmates. Alternative meal service is on an individual basis, is based on health or safety considerations only, meets basic nutritional requirements, and occurs with the written approval of the warden/superintendent, or responsible health authority or designee. The substitution period shall not exceed seven days.**

COMMENT: None.

**4-4271**                  **Revised August 2005. Written policy, procedure, and practice provide that inmates in administrative segregation and protective custody are allowed telephone privileges.**

COMMENT: None.

**4-4281-1**                **Added August 2002. Written policy, procedure, and practice ensure that information is provided to offenders about sexual abuse/assault including:**
- **prevention/intervention**
- **self-protection**
- **reporting sexual abuse/assault**
- **treatment and counseling**

**The information is communicated orally and in writing, in a language clearly understood by the offender, upon arrival at the facility.**

COMMENT: None.

**4-4281-2**                **Added January 2003. Inmates are screened within 24 hours of arrival at the facility for potential vulnerabilities or tendencies of acting out with sexually aggressive behavior. Housing assignments are made accordingly.**

COMMENT: None.

**4-4281-3**                **Added January 2003. Written policy, procedure, and practice require that an investigation is conducted and documented whenever a sexual assault or threat is reported.**

COMMENT: The agency should report occurrences/allegations of sexual assault or threat in accordance with the laws of the jurisdiction. The investigation may be limited by what is allowed by the laws of the jurisdiction.

**4-4281-4**                **Added January 2003. Written policy, procedure, and practice require that inmates identified as high risk with a history of sexually assaultive behavior are assessed by a mental health or other qualified professional. Inmates with a history of sexually assaultive behavior are identified, monitored, and counseled.**

COMMENT: None.

**4-4281-5**                **Added January 2003. Written policy, procedure, and practice provide that inmates identified as at risk for sexual victimization are assessed by a mental health or other qualified professional. Inmates at risk for sexual victimization are identified, monitored, and counseled.**

COMMENT: None.

**4-4281-6**        **Added January 2003. Written policy, procedure, and practice ensure that sexual conduct between staff and inmates, volunteers, or contract personnel and inmates, regardless of consensual status, is prohibited and subject to administrative and criminal disciplinary sanctions.**

COMMENT: None.

**4-4281-7**        **Added January 2003. Written policy, procedure, and practice provide that inmates who are victims of sexual abuse have the option to report the incident to a designated staff member other than an immediate point-of-contact line officer.**

COMMENT: None.

**4-4281-8**        **Added January 2003. Written policy, procedure, and practice provide that all case records associated with claims of sexual abuse, including incident reports, investigative reports, offender information, case disposition, medical and counseling evaluation findings, and recommendations for post-release treatment and/or counseling are retained in accordance with an established schedule.**

COMMENT: None.

**4-4287**        **Revised January 2006. Written policy, procedure, and practice provide for a reception program for new inmates upon admission to the correctional system. Except in unusual circumstances, initial reception and orientation of inmates is completed within 30 calendar days after admission.**

COMMENT: The daily program in the reception unit should include interviews, tests, and other admissions-related activities, including distribution of information on programs and services. New inmates should be provided reading materials, be permitted to attend religious services, receive exercise on the same schedule as the general population, and perform work assignments on the reception unit.

**4-4289**        **Deleted January 2006.**

**4-4290**        **Revised January 2006. Written policy, procedure, and practice ensure that inmates transferred from other institutions within the correctional system receive an orientation to the new institution. Except in unusual circumstances, reception and orientation for inmates transferred from another institution within the system is completed within seven calendar days after admission.**

COMMENT: Every institution has procedures, rules, and regulations unique to its purposes, physical plant, and security status. Inmates transferred within the correctional system should be provided with the necessary information about the new institution.

**4-4291**          **Deleted January 2006.**


**4-4292**          **Revised January 2010. Written policy and procedure govern the control of personal property and funds belonging to inmates and are made available to inmates upon admission and when updated.**

COMMENT: None.


**4-4295**          **Revised August 2009. Written policy, procedure, and practice provide for a written inmate classification plan. The plan specifies the objectives of the classification system and methods for achieving them, and it provides a monitoring and evaluation mechanism to determine whether the objectives are being met.**

COMMENT: The classification system should consider an assessment of risk and the efficient management of the inmate population. No inmate should receive more surveillance or assistance than required or be kept in a more secure status than potential risk requires.


**4-4312-1**        **Added August 2005. Written policy, procedure, and practice provide for a system that identifies and monitors the movements and activities of inmates who pose a significant concern to the safety, security, and orderly management of correctional institutions. This system should ensure that appropriate staff are made aware of these inmates and that procedures exist to ensure information is current and communicated in a timely fashion.**

COMMENT: Inmates who pose a significant concern include but are not limited to disruptive gang members, domestic and international terrorists, and other inmates the facility determines are security threats.


**4-4318**          **Revised August 2004. Therapeutic diets are provided, as prescribed, by appropriate clinicians. A therapeutic diet manual is available in health services and food services for reference and information. Prescriptions for therapeutic diets should be specific and complete, furnished in writing to the food service manager, and rewritten annually, or more often, as clinically indicated.**

COMMENT: Therapeutic diets are prepared and served to offenders according to the orders of the treating clinician or as directed by the responsible health authority. Therapeutic diets should be kept as simple as possible and should conform as closely as possible to the foods served other offenders.

| | |
|---|---|
| **4-4321-1** | **Added August 2011. All staff, contractors, and inmate workers who work in the food service department are trained in the use of food service equipment and in the safety procedures to be followed in the food service department.** |

COMMENT: None.

| | |
|---|---|
| **4-4336** | **Revised August 2003. Written policy, procedure, and practice provide for the issue of suitable clothing to all inmates. Clothing is properly fitted, climatically suitable, durable, and presentable.** |

COMMENT: A standard wardrobe should be provided at the time of admission and should include, as appropriate, shirts, blouses, dresses, trousers, skirts, belts, undergarments, slips, socks, shoes, coats, jackets, and headwear. In addition to the standard issue of inmate clothing, civilian attire should be available in limited quantities for leisure, visiting, work release, and furloughs. Clothing provided should not be degrading or humiliating. Since the definition of these may be culturally determined, consideration should be given to the effect of clothing provided.

| | |
|---|---|
| **4-4340** | **Revised August 2007. Written policy, procedure, and practice provide for the issue of suitable, clean bedding and linen, including two sheets, pillow and pillowcase, one mattress, not to exclude a mattress with integrated pillow, and sufficient blankets to provide comfort under existing temperature controls. There is provision for linen exchange, including towels, at least weekly. Blanket exchange must be available at least quarterly.** |

COMMENT: None.

| | |
|---|---|
| **4-4346** | **Revised January 2006. There is a process for all offenders to initiate requests for health services on a daily basis. These requests are triaged daily by qualified health care professionals or health trained personnel. A priority system is used to schedule clinical services. Clinical services are available to offenders in a clinical setting at least five days a week and are performed by a health care practitioner or other qualified health care professional.** |

COMMENT: A priority system addresses routine, urgent, and emergent complaints and conditions. Health care request forms must be readily available to all offenders. Clinical services include sick call, nursing assessments, and chronic care.

PROTOCOLS: Written policy and procedure. Sick call request form.

PROCESS INDICATORS: A health record. Sick call request forms. Clinical provider schedules. Observation. Interviews.

**4-4347**          **Revised January 2006. Continuity of care is required from admission to transfer or discharge from the facility, including referral to community-based providers, when indicated. Offender health care records should be reviewed by the facility's qualified health care professional upon arrival from outside health care entities including those from inside the correctional system.**

COMMENT: When health care is transferred to providers in the community, appropriate information should be shared with the new providers in accordance with consent requirements.

PROTOCOLS: Written policy and procedure. Referral transfer form.

PROCESS INDICATORS: Completed referral transfer forms. Health records. Facility logs. Interviews.

**4-4348**          **Revised January 2006. Offenders who need health care beyond the resources available in the facility, as determined by the responsible health care practitioner, are transferred under appropriate security provisions to a facility where such care is available. There is a written list of referral sources to include emergency and routine care. The list is reviewed and updated annually.**

COMMENT: Treatment of an offender's condition should not be limited by the resources and services available within a facility. Health care staff should collaborate with security personnel in determining conditions of transportation and necessary security precautions when an offender needs to be transported to another facility or provider.

PROTOCOLS: Written policy and procedure. Referral consult form.

PROCESS INDICATORS: Health records. Completed referral consult records. Documentation of annual list review. Transportation logs. Interviews.

**4-4349**          **Revised January 2006. A transportation system that assures timely access to services that are only available outside the correctional facility is required. Such a system needs to address the following issues:**
- **prioritization of medical need**
- **urgency (for example, ambulance versus standard transport)**
- **use of medical escort to accompany security staff, if indicated**
- **transfer of medical information**

**The safe and timely transportation of offenders for medical, mental health, and dental clinic appointments, both inside and outside the correctional facility (for example, hospital, health care provider, or another correctional facility), is the joint responsibility of the facility or program administrator and the health services administrator.**

COMMENT: It is essential that the medical and the custody staff work cooperatively in the design and implementation of the medical transport system. Consideration should balance issues of security as well as medical or psychological concerns about the use of restraint devices that may affect the offender's health condition or access to care.

PROTOCOLS: Written policy or procedure. Transport form, log.

PROCESS INDICATORS: Health records. Completed transport forms and log entries. Observations. Interviews.

**4-4350**          **Revised January 2006. A written individual treatment plan is required for offenders requiring medical supervision, including chronic and convalescent care. This plan includes directions to health care and other personnel regarding their roles in the care and supervision of the patient, and is developed by the appropriate health care practitioner for each offender requiring a treatment plan.**

COMMENT: Offenders requiring treatment plans include the following: the chronically ill, offenders with serious communicable diseases, the physically disabled, pregnant offenders, the terminally ill, offenders with serious mental health needs, and the developmentally disabled.

PROTOCOLS: Policy or procedure. Treatment plan format.

PROCESS INDICATORS: Health records. Interviews.

**4-4351**          **Revised January 2006 (Mandatory). There is a written plan for access to 24-hour emergency medical, dental, and mental health services availability. The plan includes:**
- **on-site emergency first aid and crisis intervention**
- **emergency evacuation of the offender from the facility**
- **use of an emergency medical vehicle**
- **use of one or more designated hospital emergency rooms or other appropriate health facilities**
- **emergency on-call or available 24-hours per day, physician, dentist, and mental health professional services when the emergency health facility is not located in a nearby community**
- **security procedures providing for the immediate transfer of offenders, when appropriate**

COMMENT: In the event that primary health services are not available, and particularly in emergency situations, back-up facilities or providers should be predetermined. The plan may include the use of an alternative hospital emergency service or a physician on-call service.

PROTOCOLS: Written policy or procedure.

PROCESS INDICATORS: Designated facility. Provider lists. Transportation logs. Interviews. Infirmary care.

**4-4352**            **Revised January 2006. Offenders are provided access to infirmary care either within the correctional setting or off site. If infirmary care is provided onsite, it includes, at a minimum, the following:**
- **definition of the scope of infirmary care services available**
- **a physician on call or available 24-hours per day**
- **health care personnel have access to a physician or a registered nurse and are on duty 24-hours per day when patients are present**
- **all offenders/patients are within sight or sound of a staff member**
- **an infirmary care manual that includes nursing care procedures**
- **compliance with applicable state statutes and local licensing requirements**

COMMENT: An *infirmary* is an area within the correctional setting or a specific area of a health care facility separate from other housing areas, where offenders are housed and provided health care. Admission and discharge from this area is controlled by medical orders or protocols.

PROTOCOLS: Written policy or procedures. Nursing manual. Licensing requirements and regulations.

PROCESS INDICATORS: Admission and inpatient records. Staffing schedules. Documentation of compliance with licensing requirements and regulations. Observation. Interviews.

**4-4353**            **Revised January 2003 (Mandatory). If female offenders are housed, access to pregnancy management is specific as it relates to the following:**
- **pregnancy testing**
- **routine prenatal care**
- **high-risk prenatal care**
- **management of the chemically addicted pregnant inmate**
- **postpartum follow-up**
- **unless mandated by state law, birth certificates/registry does not list a correctional facility as the place of birth**

COMMENT: Management should include family planning services prior to release.

PROTOCOLS: Written policy/procedure. Offender handbook. Contract or agreement.

PROCESS INDICATORS: Health record entries. Laboratory records. Interviews.

**4-4353-1**  **Added January 2003. Where nursing infants are allowed to remain with their mothers, provisions are made for a nursery, staffed by qualified persons, where the infants are placed when they are not in the care of their mothers.**

COMMENT: *Qualified persons* may include offenders who have been trained in the competencies required for nursery care and who are working under appropriate supervision.

PROTOCOLS: Written policy/procedure.

PROCESS INDICATORS: Staff credentials. Observations.

**4-4354**  **Revised January 2006 (Mandatory). There is a written program to address the management of communicable and infectious diseases in offenders. The program plan shall include procedures for:**
- **prevention to include immunizations, when applicable**
- **surveillance (identification and monitoring)**
- **offenders' education and staff training**
- **treatment to include medical isolation, when indicated**
- **follow-up care**
- **reporting requirements to applicable local, state, and federal agencies**
- **confidentiality/protected health information**
- **appropriate safeguards for offenders and staff**
- **post-exposure management protocols particularly for HIV and viral hepatitis infection**

**Communicable disease and infection-control activities are discussed and reviewed at least quarterly by a multidisciplinary team that includes clinical, security, and administrative representatives.**

COMMENT: Because of the serious nature, methods of transmission, and public sensitivity, communicable and infectious diseases require special attention. Agencies work with the responsible public health authority in establishing policy and procedures.

PROTOCOLS: Written policy; procedure; offender education and staff training curriculums; and treatment guidelines.

PROCESS INDICATORS: Health record entries; communicable and infectious diseases education and training records; minutes of committee meeting(s) addressing communicable and infectious disease management; observations, and interviews.

**4-4354-1**          **Added August 2006. The management of offenders with Methicillin Resistant Staphylococcus Aureus (MRSA) infection includes requirements identified in the communicable disease and infection control program. In addition, the program for MRSA management shall include procedures for:**
- **evaluating and treating infected inmates in accordance with an approved practice guideline**
- **medical isolation, when indicated**
- **follow-up care, including arrangements with appropriate health care authorities for continuity of care if offenders are relocated prior to the completion of therapy**

COMMENT: None.

PROTOCOLS: Written policy and procedure. Treatment program.

PROCESS INDICATORS: Health records including laboratory reports, medical isolation logs, and treatment plans, observations, and interviews.

**4-4355**          **Revised January 2006 (Mandatory). Management of tuberculosis (TB) in offenders includes procedures as identified in the communicable disease and infection control program. In addition, the program for TB management shall include procedures for:**
- **when and where offenders are to be screened/tested**
- **treatment, of latent tuberculosis infection and tuberculosis disease**
- **medical isolation, when indicated**
- **follow-up care, including arrangement with applicable departments of health for continuity of care if offender is released prior to completion of therapy**

COMMENT: Plans for the management of tuberculosis may be based on incidence and prevalence of the disease within the correctional agency's population and the surrounding community.

PROTOCOLS: Written policy, procedure, and treatment guidelines.

PROCESS INDICATORS: Health records including tuberculosis testing, x-ray reports, laboratory reports, and treatment plans, observations, and interviews.

**4-4356**          **Revised January 2006 (Mandatory). Management of hepatitis A, B, and C in offenders includes procedures as identified in the communicable disease and infection control program. In addition, the program for hepatitis management shall include procedures for:**
- **when and where offenders are to be tested/screened**
- **hepatitis A and B immunization, when applicable**
- **treatment protocols**
- **when and under what conditions offenders are to be separated from the general population**

COMMENT: None.

PROTOCOLS: Written policy/procedure and treatment guidelines.

PROCESS INDICATORS: Health records including laboratory reports, immunization administration records, and treatment plans, observations, and interviews.

**4-4357**          **Revised January 2006 (Mandatory). Management of HIV infection in offenders includes procedures as identified in the communicable disease and infection control program. In addition, the program for HIV management shall include:**
- **when and where offenders are to be HIV tested**
- **pre- and post-test counseling**
- **immunization and other prevention measures, when applicable**
- **treatment protocols**
- **confidentiality/protected health information**
- **when and under what conditions offenders are to be separated from the general population**

COMMENT: None.

PROTOCOLS: Written policy, procedure, and treatment guidelines.

PROCESS INDICATORS: Health records including laboratory reports, pre- and post-test counseling documentation and treatment plans, observations, and interviews.

**4-4360**          **Revised January 2006. Routine and emergency dental care is provided to each offender under the direction and supervision of a licensed dentist. There is a defined scope of available dental services, including emergency dental care, which includes the following:**
- **a dental screening upon admission by a qualified health care professional or health-trained personnel**
- **a full dental examination by a dentist within 30 days**
- **oral hygiene, oral disease education, and self-care instruction are provided by a qualified health care provider within 30 days**
- **a defined charting system that identifies the oral health condition and specifies the priorities for treatment by category is completed**
- **consultation and referral to dental specialists, including oral surgery is provided, when necessary**

COMMENT: Dental screening is an assessment of dental pain, swelling, or functional impairment. As part of the initial health screening, a dentist or health care personnel properly trained and designated by the dentist should perform dental screenings. The dental program should also provide offenders with instruction on the proper brushing of teeth and other dental hygiene measures. The dental examination should include a periodontal examination (Periodontal Screening and Recording [PSR] or Community Periodontal Index of Treatment Needs [CPITN]) and taking or reviewing the patient's dental history. An examination of the hard and soft tissues of the oral cavity by means of an

illuminator light, mouth mirror, and explorer should be performed. X-rays for diagnostic purposes should be available, if deemed necessary. The result of the dental examination and dental treatment plan are recorded on an appropriate uniform dental record using a numbered system such as the Federation Dental International System.

PROTOCOLS: Written policy and procedure. Dental screening by examination forms. Dental care request forms.

PROCESS INDICATORS: Dental records. Admission logs. Referral and consultation records. Dental request forms. Dental interviews.

**4-4362**       **Revised January 2006 (Mandatory). Intake medical screening for offender transfers, excluding intra-system, commences upon the offender's arrival at the facility and is performed by health-trained or qualified health care personnel. All findings are recorded on a screening form approved by the health authority. The screening includes at least the following:**

**Inquiry into:**
- **any past history of serious infectious or communicable illness, and any treatment or symptoms (for example, a chronic cough, hemoptysis, lethargy, weakness, weight loss, loss of appetite, fever, night sweats that are suggestive of such illness), and medications**
- **current illness and health problems, including communicable diseases**
- **dental problems**
- **use of alcohol and other drugs, including type(s) of drugs used, mode of use, amounts used, frequency used, date or time of last use, and history of any problems that may have occurred after ceasing use (for example, convulsions)**
- **the possibility of pregnancy and history of problems (female only); and other health problems designated by the responsible physician**

**Observation of the following:**
- **behavior, including state of consciousness, mental status, appearance, conduct, tremor, and sweating**
- **body deformities, ease of movement, and so forth**
- **condition of the skin, including trauma markings, bruises, lesions, jaundice, rashes and infestations, recent tattoos and needle marks, or other indications of drug abuse**

**Medical disposition of the offender:**
- **general population**
- **general population with prompt referral to appropriate health care service**
- **referral to appropriate health care service for emergency treatment**

**Offenders who are unconscious, semiconscious, bleeding, or otherwise obviously in need of immediate medical attention, are referred. When they are referred to an emergency department, their admission or return to the**

**facility is predicated on written medical clearance. When screening is conducted by trained custody staff, procedures will require a subsequent review of positive findings by the licensed health care staff. Written procedures and screening protocols are established by the responsible physician in cooperation with the facility manager. Inmates confined within a correctional complex with consolidated medical services do not require health screening for intra-system transfers.**

COMMENT: Health screening is a system of structured inquiry and observation to (1) prevent newly arrived offenders who pose a health or safety threat to themselves or others from being admitted to the general population; (2) identify offenders who require immediate medical attention.

Receiving screening can be performed at the time of admission by health care personnel or by a health-trained correctional officer. Facilities that have reception and diagnostic units or a holding room must conduct receiving screening on all offenders on their arrival at the facility as part of the admission procedures.

PROTOCOLS: Written policy and procedure. Screening forms.

PROCESS INDICATORS: Health records. Completed screening forms. Transfer logs. Interviews.

**4-4363-1**    **Correction 2003. The following standard was omitted from some versions of *Adult Correctional Institutions, 4th edition*.**

**Written policy, procedure, and practice provide for early identification and treatment of offenders with alcohol and drug abuse problems through a standardized battery assessment. The battery shall be documented and include at a minimum the following:**
- **screening and sorting**
- **clinical assessment and reassessment**
- **medical assessment for appropriate drug and alcohol program assignment to meet the needs of the individual inmates**
- **referral**

COMMENT: None.

PROTOCOLS: Written policies and procedures.

PROCESS INDICATORS: Health records.

**4-4365**    **Revised January 2006 (Mandatory). A comprehensive health appraisal for each offender, excluding intra-system transfers, is completed as defined below, after arrival at the facility. If there is documented evidence of a health appraisal within the previous 90 days, a new health appraisal is not required, except as determined by the designated health authority. Health appraisals include the following:**

**Within 14 days after arrival at the facility:**
- **review of the earlier receiving screen**

- **collection of additional data to complete the medical, dental, mental health, and immunization histories**
- **laboratory or diagnostic tests to detect communicable disease, including venereal disease and tuberculosis**
- **record of height, weight, pulse, blood pressure, and temperature**
- **other tests and examinations, as appropriate**

**Within 14 days after arrival for inmates with identified significant health care problems:**
- **medical examination, including review of mental and dental status (for those inmates with significant health problems discovered on earlier screening such as cardiac problems, diabetes, communicable diseases, and so forth)**
- **review of the results of the medical examination, tests, and identification of problems by a health care practitioner or other qualified health care professional, if such is authorized in the medical practice act**
- **initiation of therapy, when appropriate**
- **development and implementation of a treatment plan, including recommendations concerning housing, job assignment, and program participation**

**Within 30 days after arrival for inmates without significant health care problems:**
- **medical examination, including review of mental and dental status (for those inmates without significant health care concerns identified during earlier screening—no identified acute or chronic disease, no identified communicable disease, and so forth)**
- **review of the results of the medical examination, tests, and identification of problems by a health care practitioner or other qualified health care professional, if such is authorized in the medical practice act**
- **initiation of therapy, when appropriate**
- **development and implementation of a treatment plan, including recommendations concerning housing, job assignment, and program participation**

**Interpretation January 2004. The criterion for testing for venereal diseases is at the discretion of the agency's/facility's health authority.**

COMMENT: Test results, particularly for communicable diseases, should be received and evaluated before an offender is assigned to housing in the general population. Information regarding the offender's physical and mental status may also dictate housing and activity assignments. When appropriate, additional investigation should be conducted into alcohol and drug abuse and other related problems.

PROTOCOLS: Written policy and procedure. Health appraisal form.

PROCESS INDICATORS: Health records. Completed health appraisal forms. Transfer logs. Interviews.

**4-4366**          **Revised January 2006. Health appraisal data collection and recording will include the following:**

- **a uniform process, as determined by the health authority**
- **health history and vital signs collected by health-trained or qualified health care personnel**
- **collection of all other health appraisal data performed only by qualified health professional(s)**
- **review of the results of the medical examination, tests, and identification of problems is performed by a physician or mid-level practitioner, as allowed by law**

COMMENT: None.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Health records.

**4-4367**          **Revised January 2006. The conditions for periodic health examinations for offenders are determined by the health authority.**

COMMENT: All offenders should receive a thorough physical examination.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Health records. Completed annual health appraisal forms. Interviews.

**4-4368**          **Revised January 2006 (Mandatory). The mental health program is approved by the appropriate mental health authority and includes at a minimum:**

- **screening on intake**
- **outpatient services for the detection, diagnosis, and treatment of mental illness**
- **crisis intervention and the management of acute psychiatric episodes**
- **stabilization of the mentally ill and the prevention of psychiatric deterioration in the correctional setting**
- **elective therapy services and preventive treatment, where resources permit**
- **provision for referral and admission to mental health facilities for offenders whose psychiatric needs exceed the treatment capability of the facility**
- **procedures for obtaining and documenting informed consent**

COMMENT: An adequate number of qualified staff members should be available to deal directly with offenders who have severe mental health problems and to advise other correctional staff about their contacts with such individuals.

PROTOCOLS: Written policy and procedure. Screening form.

PROCESS INDICATORS: Health records. Completed screening forms. Provides qualifications and time and attendance records. Observations. Interviews.

**4-4369**          **Deleted January 2006.**


**4-4370**          **Revised January 2006 (Mandatory). All intersystem and intra-system transfer offenders will receive an initial mental health screening at the time of admission to the facility by a mental health trained or qualified mental health care professional. The mental health screening includes, but is not limited to:**

> **Inquiry into:**
> - **whether the offender has a present suicidal ideation**
> - **whether the offender has a history of suicidal behavior**
> - **whether the offender is presently prescribed psychotropic medication**
> - **whether the offender has a current mental health complaint**
> - **whether the offender is being treated for mental health problems**
> - **whether the offender has a history of inpatient and outpatient psychiatric treatment**
> - **whether the offender has a history of treatment for substance abuse**
>
> **Observation of:**
> - **general appearance and behavior**
> - **evidence of abuse and/or trauma**
> - **current symptoms of psychosis, depression, anxiety, and/or aggression**
>
> **Disposition of offender:**
> - **to the general population**
> - **to the general population with appropriate referral to mental health care service**
> - **referral to appropriate mental health care service for emergency treatment**

COMMENT: None.

PROTOCOLS: Written policy and procedure. Mental health screening form.

PROCESS INDICATORS: Health records. Completed mental health screening forms. Transfer logs. Interviews.


**4-4371**          **Revised January 2006 (Mandatory). All intersystem offender transfers will undergo a mental health appraisal by a qualified mental health professional within 14 days of admission to a facility. If there is documented evidence of a mental health appraisal within the previous 90 days, a new mental health appraisal is not required, except as determined by the designated mental health authority. Mental health appraisals include, but are not limited to:**
> - **review of available historical records of inpatient and outpatient psychiatric treatment**
> - **review of history of treatment with psychotropic medication**
> - **review of history of psychotherapy, psycho-educational groups, and classes or support groups**
> - **review of history of drug and alcohol treatment**

- **review of educational history**
- **review of history of sexual abuse-victimization and predatory behavior**
- **assessment of current mental status and condition**
- **assessment of current suicidal potential and person-specific circumstances that increase suicide potential**
- **assessment of violence potential and person-specific circumstances that increase violence potential**
- **assessment of drug and alcohol abuse and/or addiction**
- **use of additional assessment tools, as indicated**
- **referral to treatment, as indicated**
- **development and implementation of a treatment plan, including recommendations concerning housing, job assignment, and program participation**

COMMENT: None.

PROTOCOLS: Written policy and procedure. Mental health appraisal form.

PROCESS INDICATORS: Health records. Completed mental health appraisal forms. Transfer logs. Interviews.

**4-4372**    **Revised January 2006. Offenders referred for mental health treatment will receive a comprehensive evaluation by a qualified mental health practitioner. The evaluation is to be completed within 14 days of the referral request date and include at least the following:**
- **review of mental health screening and appraisal data**
- **direct observations of behavior**
- **collection and review of additional data from individual diagnostic interviews and tests assessing personality, intellect, and coping abilities**
- **compilation of the individuals mental health history**
- **development of an overall treatment/management plan with appropriate referral to include transfer to mental health facility for offenders whose psychiatric needs exceed the treatment capability of the facility**

COMMENT: Comprehensive individual psychological evaluations should be performed when there is a reasonable expectation that such evaluation will serve a therapeutic or dispositional function useful to the overall interests of the offender. Written reports describing the results of the assessment should be prepared and all information should be appropriately filed.

PROTOCOLS: Written policy and procedure. Mental health referral form.

PROCESS INDICATORS: Health records. Completed referral forms. Interviews with mental health provider(s). Clinic visit records.

**4-4375**          **Revised January 2006. Medical or dental adaptive devices (eyeglasses, hearing aids, dentures, wheelchairs, or other prosthetic devices) are provided when medically necessary, as determined by the responsible health care practitioner.**

COMMENT: Offenders may be required to provide copayments for these devices.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Purchase records. Health records. Interviews.

**4-4376**          **Revised January 2006 (Mandatory). Detoxification is done only under medical supervision in accordance with local, state, and federal laws. Detoxification from alcohol, opiates, hypnotics, other stimulants, and sedative hypnotic drugs is conducted under medical supervision when performed at the facility or is conducted in a hospital or community detoxification center. Specific guidelines are followed for the treatment and observation of individuals manifesting mild or moderate symptoms of intoxication or withdrawal from alcohol and other drugs.**

COMMENT: None.

PROTOCOLS: Written policy and procedure. Community contract agreements.

PROCESS INDICATORS: Health records. Transfer records. Interviews.

**4-4380**          **Revised January 2006 (Mandatory). The facility has a designated health authority with responsibility for ongoing health care services pursuant to a written agreement, contract, or job description. Such responsibilities include:**
- **establish a mission statement, which defines the scope of health care services**
- **develop mechanisms, including written agreements, when necessary, to assure that the scope of services are provided and properly monitored**
- **develop a facility's operational health policies and procedures**
- **identify the type of health care staff needed to provide the determined scope of services**
- **establish systems for the coordination of care among multidisciplinary health care providers and**
- **develop a quality management program**

**The health authority may be a physician, health services administrator, or health agency. When the health authority is other than a physician, final clinical judgments rest with a single, designated, responsible physician. The health authority is authorized and responsible for making decisions about the deployment of health resources and the day-to-day operations of the health services program.**

COMMENT: The health authority and health services administrator may be the same person. The responsibility of the health authority includes arranging for all levels of health services, assuring the quality of all health services, and assuring that offenders have access to them. Health services provides for the physical and mental well-being of the offender population and should include providing medical and dental services, mental health services, nursing care, personal hygiene, dietary services, health education; and attending to environmental conditions. While overall responsibility may be assumed at the central office level, it is essential that each facility have an onsite health services administrator. The health authority and health services administrator may be the same person.

PROTOCOLS: Written policy and procedure. Sample agreement or contract requirements. Job description.

PROCESS INDICATORS: Documentation of health authority designation. Contract. Billing records. Interviews. Documentation of mission statement, operational policies and procedures, scope of services, and required personnel, coordination of care, and a quality management program.

**4-4381**          **Revised January 2006 (Mandatory). Clinical decisions are the sole province of the responsible health care practitioner and are not countermanded by non-clinicians.**

COMMENT: The provision of health care is a joint effort of administrators and health care providers and can be achieved only through mutual trust and cooperation. The health authority arranges for the availability of health care services; the responsible clinician determines what services are needed; the official responsible for the facility provides the administrative support for making the services accessible to offenders.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Health record entries. Offender grievances. Interviews.

**4-4382**          **Revised January 2006 (Mandatory). If the facility provides health care services, they are provided by qualified health care staff whose duties and responsibilities are governed by written job descriptions, contracts, or written agreements approved by the health authority. Verification of current credentials and job descriptions are on file in the facility.**

COMMENT: Job descriptions should include qualifications and specific duties and responsibilities. Verification consists of copies of credentials or a letter confirming credential status from the state licensing or certification body. Standing medical orders are for the definitive treatment of identified conditions and for the on-site emergency treatment of any person having such condition. Direct orders are those written specifically for the treatment of one person's particular condition.

PROTOCOLS: Written policy and procedures. Job descriptions. Standing orders.

PROCESS INDICATORS: Verification of credentials or licensure. Documentation of compliance with standing orders. Health record entries. Interviews.

**4-4383**            **Revised January 2006. When institutions do not have qualified health care staff, health-trained personnel coordinate the health delivery services in the institution under the joint supervision of the responsible health authority and warden or superintendent.**

COMMENT: The health-trained staff member (who is other than a nurse, mid-level practitioner, or emergency medical technician) may be full-time or part-time. Coordination duties may include reviewing receiving screening forms for needed follow-up, readying offenders and their records for sick call, and assisting in carrying out orders regarding such matters as diets, housing, and work assignments.

PROTOCOLS: Written policy and procedures. Job description for health-trained personnel.

PROCESS INDICATORS: Health records. Observation. Interviews.

**4-4384**            **Deleted January 2006.**

**4-4385**            **Deleted January 2008.**

**4-4386**            **Revised January 2006. All direct care staff are screened for tuberculosis infection and disease prior to job assignment and periodically in accordance with recommendations from applicable local, state, and federal public health authorities.**

COMMENT: None.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Employee records. Interviews.

**4-4387**            **Revised January 2006. All direct care staff are offered the hepatitis B vaccine series in accordance with the institutions exposure control plan.**

COMMENT: None.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Employment records. Interviews.

**4-4388**            **Revised January 2006 (Mandatory). All health care staff in the facility are trained in the implementation of the facility's emergency plans. Health care staff are included in facility emergency drills, as applicable.**

COMMENT: Emergency plans include those for fire, natural disaster, power outage, hostage situation, riot, and other disturbances.

PROTOCOLS: Written policy and procedure. Facility-plan specifications. A schedule for drills.

PROCESS INDICATORS: Documentation of drills. Facility logs. Interviews.

**4-4389**            **Revised January 2006 (Mandatory). Designated correctional and all health care staff are trained to respond to health-related situations within a four-minute response time. The training program is conducted on an annual basis and is established by the responsible health authority in cooperation with the facility or program administrator and includes instruction on the following:**
- **recognition of signs and symptoms, and knowledge of action required in potential emergency situations**
- **administration of basic first aid**
- **certification in cardiopulmonary resuscitation (CPR) in accordance with the recommendations of the certifying health organization**
- **methods of obtaining assistance**
- **signs and symptoms of mental illness, violent behavior, and acute chemical intoxication and withdrawal**
- **procedures for patient transfers to appropriate medical facilities or health care providers**
- **suicide intervention**

COMMENT: The facility administrator or designee may designate those correctional officers and health care providers who have responsibility to respond to health care emergencies. Staff not physically able to perform CPR are exempt from the expected practice.

PROTOCOLS: Written policy and procedure. Lesson plans and curriculum.

PROCESS INDICATORS: Verification of training. Records and certificates. Interviews.

**4-4390**            **Revised August 2002. First aid kits are available in designated areas of the facility based on need and an automatic external defibrillator is available for use at the facility.**

COMMENT: The availability and placement of first aid kits are determined by the designated health authority in conjunction with the facility administrator. The health authority approves the contents, number, location, and procedures for monthly inspection of the kits(s) and develops written procedures for the use of the kits by nonmedical staff.

PROTOCOLS: Written policy/procedure.

PROCESS INDICATORS: List of first aid contents. Documentation of inspections.

**4-4393**          **Revised August 2008. Unless prohibited by state law, offenders (under staff supervision) may perform familial duties commensurate with their level of training. These duties may include:**
- **providing peer support and education**
- **performing hospice activities**
- **assisting impaired offenders on a one-on-one basis with activities of daily living**
- **serving as a suicide companion or buddy if qualified and trained through a formal program that is part of suicide-prevention plan**
- **handling dental instruments for the purpose of sanitizing and cleaning, when directly supervised and in compliance with applicable tool-control policies, while in a dental assistant's training program certified by the state department of education or other comparable appropriate authority**

**Offenders are not to be used for the following duties:**
- **performing direct patient care services**
- **scheduling health care appointments**
- **determining access of other offenders to health care services**
- **handling or having access to surgical instruments, syringes, needles, medications, or health records**
- **operating diagnostic or therapeutic equipment except under direct supervision (by specially trained staff) in a vocational training program**

COMMENT: No offender, or group of offenders, is given control or authority over other offenders in the health care area.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Observation. Interviews.

**4-4396**          **Revised January 2006 (Mandatory). The principle of confidentiality applies to offender health records and information about offender health status.**
- **The active health record is maintained separately from the confinement case record.**
- **Access to the health record is in accordance with state and federal law.**
- **To protect and preserve the integrity of the facility, the health authority shares with the superintendent/warden information regarding an offenders medical management.**
- **The circumstances are specified when correctional staff should be advised of an offenders health status. Only that information necessary to preserve the health and safety of an offender, other offenders, volunteers/visitors, or the correctional staff is provided.**

- **Policy determines how information is provided to correctional/classification staff/volunteers/visitors to address the medical needs of the offender as it relates to housing, program placement, security, and transport.**
- **The release of health information complies with the Health Insurance Portability and Accountability Act (HIPAA), where applicable, in a correctional setting.**

COMMENT: The principle of confidentiality protects offender patients from disclosure of confidences entrusted to a health care provider during the course of treatment.

PROTOCOLS: Policy and procedure.

PROCESS INDICATORS: Observation. Interviews.

4-4399          **Revised January 2006. There is consultation between the facility and program administrator (or a designee) and the responsible health care practitioner (or designee) prior to taking action regarding chronically ill, physically disabled, geriatric, seriously mentally ill, or developmentally disabled offenders in the following areas:**
- **housing assignments**
- **program assignments**
- **disciplinary measures**
- **transfers to other facilities**

**When immediate action is required, consultation to review the appropriateness of the action occurs as soon as possible, but no later than 72 hours.**

COMMENT: Maximum cooperation between custody personnel and health care providers is essential so that both groups are aware of decisions and movements regarding mentally ill and developmentally disabled offenders.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Documentation of consultation between facility or program administrator and clinician. Health records. Interviews.

4-4400          **Revised January 2006 (Mandatory). When an offender is transferred to segregation, health care staff will be informed immediately and will provide a screening and review, as indicated by the protocols established by the health authority. Unless medical attention is needed more frequently, each offender in segregation receives a daily visit from a qualified health care professional. The visit ensures that offenders have access to the health care system. The presence of a health care provider in segregation is announced and recorded. The frequency of physician visits to segregation units is determined by the health authority.**

COMMENT: Health care providers visits are intended to be screening rounds and are not meant to be clinical encounters. Those offenders who request sick call are evaluated by a health care provider who determines the appropriate setting for further medical attention or examination. Health care providers may request that an offender be removed from a cell or housing area for medical attention or examination. All sick call encounters are documented in the offenders health record.

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Health records. Segregation logs. Duty assignment roster for health care providers. Observation. Interviews.

**4-4402**     **Revised January 2006 (Mandatory). The use of offenders for medical, pharmaceutical, or cosmetic experiments is prohibited. This does not preclude offender participation in clinical trials that are approved by an institutional review board based on his/her need for a specific medical intervention. Institutions electing to perform research will be in compliance with all state and federal guidelines.**

COMMENT: Experimental programs include aversive conditioning, psychosurgery, and the application of cosmetic substances being tested prior to sale to the general public. An individuals treatment with a new medical procedure by his or her physician should be undertaken only after the offender has received a full explanation of the positive and negative features of the treatment and only with informed consent.

PROTOCOLS: Written policy and procedure. Laws and regulations.

PROCESS INDICATORS: Health records. Interviews.

**4-4403-1**     **Added January 2006. If Telehealth is used for patient encounters, the plan includes policies for:**
- **patient consent**
- **confidentiality/protected health information**
- **documentation**
- **integration of the report of the consultation into the primary health care record**

COMMENT: None.

PROTOCOLS: Written policy/ procedure; Telehealth appointment logs.

PROCESS INDICATORS: Patient consent form for Telehealth; health records; interviews.

**4-4404**          **Revised January 2005. A transfer that results in an offender's placement in a non-correctional facility or in a special unit within the facility or agency, specifically designated for the care and treatment of the severely mentally ill or developmentally disabled follows due process procedures as specified by federal, state, and local law prior to the move being effected. In emergency situations, a hearing is held as soon as possible after the transfer.**

COMMENT: The following are generally accepted as due process procedures: written notice to the offender of the proposed transfer; a hearing for the offender, with the right (unless limited for good cause) to call and cross-examine witnesses; a decision by an independent official not involved in treatment of the offender, with a statement of the reasons for transfer; and an independent adviser to assist the offender facing transfer.

PROTOCOLS: Written policy and procedure. State and local laws.

PROCESS INDICATORS: Health records. Transfer logs. Interviews.

**4-4405**          **Revised January 2006 (Mandatory). The use of restraints for medical and psychiatric purposes is defined, at a minimum by the following:**
  •  **conditions under which restraints may be applied**
  •  **types of restraints to be applied**
  •  **identification of a qualified medical or mental health care practitioner who may authorize the use of restraints after reaching the conclusion that less intrusive measures would not be successful**
  •  **monitoring procedures for offenders in restraints**
  •  **length of time restraints are to be applied**
  •  **documentation of efforts for less restrictive treatment alternatives as soon as possible**
  •  **an after-incident review**

COMMENT: Written policy should identify the authorization needed and when, where, and how restraints may be used and for how long.

PROTOCOLS: Written policy and procedure. Monitoring form.

PROCESS INDICATORS: Health records. Restraint logs. Completed monitoring forms. List of providers authorized to order restraints. Interviews.

**4-4409**          **Deleted January 2006.**

**4-4411**          **Revised January 2006 (Mandatory). A documented peer review program for all health care practitioners and a documented external peer review program will be utilized for all physicians, psychologists, and dentists every two years.**

COMMENT: The credentialing and privileging process is an integral part of assuring the competence of the providers for the inmate patients they treat. This

should be routine every two years with an ability to have an immediate review if problems of practice arise. Immediate reviews are serious and only should be permitted by a careful decision of the most senior physician responsible for the system or institution. A mechanism for patient care complaints, observations by other health services providers, security, or other nonmedical providers should be established so that the responsible physician can call a panel of independent physicians to review the practice and practice patterns of the physician on whom the complaint(s) has (have) been made. The investigation and its findings are confidential in most states by statute. The responsible physician should receive the report, take indicated action, and be prepared to demonstrate to the auditors, within the confines of confidentiality, the process, process indicators, and the actions available (for example, termination of the physician, required education in an area, prohibition against seeing a type of disease entity without another physician, and so forth). It is important that the auditors appreciate that the process is real and meaningful and that peer review is not simply a paper trail without substance.

PROTOCOLS: Written policy and procedure. Written agreement or contract.

PROCESS INDICATORS: Signed agreement or contract. Peer review reports.

**4-4412**          **Revised January 2006. The facility uses a health care staffing analysis to determine the essential positions needed to perform the health services mission and provide the defined scope of services. A staffing plan is developed and implemented from this analysis. There is an annual review of the staffing plan by the health authority to determine if the number and type of staff is adequate.**

COMMENT: Adequate staffing is based on variables such as facility size and configuration, location, and offender type. The staffing analysis is used to determine the types and numbers of staff needed to provide a defined scope of services (medical, dental, mental health, and infirmary).

PROTOCOLS: Written policy and procedure.

PROCESS INDICATORS: Documentation of annual staffing plan review. Staffing analysis plan. Interviews.

**4-4414**          **Revised January 2006. Non-emergency offender transfers require the following:**
- **health record confidentiality to be maintained**
- **summaries, originals, or copies of the health record accompany the offender to the receiving facility. Health conditions, treatments and allergies should be included in the record.**
- **determination of suitability for travel based on medical evaluation, with particular attention given to communicable disease clearance**
- **written instructions regarding medication or health interventions required en route should be provided to transporting officers separate from the medical record**

- **specific precautions (including standards) to be taken by transportation officers (for example, masks and gloves)**

**A medical summary sheet is required for all inter- and intra-system transfers to maintain the provision of continuity of care. Information included does not require a release-of-information form.**

**Inmates confined within a correctional complex with consolidated medical services do not require health screening for intra-system transfers.**

COMMENT: Transfers may be permanent or temporary (for consultative or diagnostic services).

PROTOCOLS: Written policy and procedures. Transfer and transportation form(s).

PROCESS INDICATORS: Health records. Completed forms. Observations. Interviews.

**4-4421**     **Deleted January 2006.**

**4-4424**     **Revised August 2003. Each policy, procedure, and program in the health care delivery system is reviewed at least annually by the appropriate health care authority and revised, if necessary.**

COMMENT: None.

PROTOCOLS: Written policy/procedure.

PROCESS INDICATORS: Documentation of annual review.

**4-4426**     **Revised January 2006. Adequate space is provided for administrative, direct care, professional, and clerical staff. This space includes conference areas, storage room for records, a public lobby, and toilet facilities.**

COMMENT: None.

PROTOCOLS: Written policy and procedures. Program plans and specifications.

PROCESS INDICATORS: Observation.

**4-4429**     **Revised August 2002. Written policy, procedure, and practice prohibit discrimination on the basis of disability in the provision of services, programs, and activities administered for program beneficiaries and participants.**

COMMENT: Services, programs, and activities include, but are not limited to, the following:

- academic and vocational education (including developmental and rehabilitative programs)
- work programs/work release programs (by providing reasonable accommodations or alternatives for offenders with disabilities so that the benefits of these programs, including sentence-reduction credits, are available to offenders with disabilities)
- recreation, exercise, and activities
- mail, telephone, visiting
- library
- religious programs
- reception and orientation
- transportation services (to provide for safety and security, and to avoid undue discomfort, in light of the offenders' disabilities)
- classification
- food service
- sanitation and hygiene
- health care
- social services
- release
- discipline, grievance procedures, and due process proceedings
- safety and emergency procedures
- access to media, courts, counsel, and law library
- commissary/canteen
- volunteer programs
- psychological and psychiatric services

**4-4429-1**          **Added August 2002. Written policy, procedure, and practice provide for staff and offender access to an appropriately trained and qualified individual who is educated in the problems and challenges faced by offenders with physical and/or mental impairments, programs designed to educate and assist disabled offenders, and all legal requirements for the protection of offenders with disabilities.**

COMMENT: *An appropriately trained and qualified individual*, as used in this standard, is one who has been designated by the warden, superintendent, or other authority, to coordinate efforts to comply with and carry out responsibilities defined by the Americans with Disabilities Act. That individual should develop relationships with, and use the expertise of institutional staff, advocacy groups, nonprofit organizations, agencies of government, and others that have relevant knowledge and experience.

**4-4438**          **Revised August 2009. Where a drug treatment program exists, written policy, procedure, and practice provide that the alcohol and drug abuse treatment program has a written treatment philosophy within the context of the total corrections system, as well as goals and measurable objectives.**

COMMENT: None.

**4-4438 – 4-4441**    *This following interpretation applies to all standards from 4-4438 through 4-4441.*

**Interpretation August 2003. The words *Where a drug program exists* are interpreted as a therapeutic community.**

**4-4447-1**    **Added January 2006. Written policy, procedure and practice provide that designated staff are responsible for coordination of victims' programs and that curriculum is established for providing training to staff involved with victims' issues. This curriculum includes the following topics:**
- **specific services available to crime victims**
- **changes in laws impacting victims**
- **way(s) of gaining access to the services**
- **confidentiality of victim information**
- **way(s) for victims to communicate complaints and other concerns**
- **program-evaluation measures, which include victim input regarding the effectiveness of services and ways for them to make suggestions regarding agency policies and practices intended to assist crime victims**

COMMENT: None.

**4-4448 – 4-4464**    *The following interpretation applies to all standards from 4-4448 through 4-4464.*

**Interpretation January 2002. This standard is applicable to all facilities. For reception and diagnostic centers, the standard only applies as follows:**

1. **To reception and diagnostic centers with an average offender length of stay of 90 days or longer.**

2. **To reception and diagnostic centers with a cadre of offenders who are expected to serve more than 90 days of confinement within the facility, or for those sentenced offenders awaiting transfer to another facility whose stay exceeds 90 days.**

COMMENT: An inmate work program may include industrial, agricultural, maintenance, and service jobs. The plan should provide for employment for all eligible inmates although every inmate may not be actively involved in the plan all of the time.

**4-4449**    **Revised August 2008. Written policy, procedure, and practice can require all eligible inmates to work unless assigned to an approved education or training program. Inmates have the option of refusing to participate in any rehabilitation or treatment program except adult basic education and programs required by statute or ordered by the sentencing court or paroling authority.**

COMMENT: All eligible inmates are expected to participate in work assignments, adult basic education programs, and programs ordered by the

sentencing court or paroling authority or required by statute. Failure to participate in programs may result in administrative action.

**4-4451**

COMMENT: Whenever possible, inmates should gain work experience relevant to the current job market; assignments for female inmates should expand beyond the traditional tasks assigned to women.

**4-4452**

COMMENT: Inmates can do many necessary jobs related to maintenance and facility operations. Inmates may be assigned to construction work, conservation projects, or other work financed by public funds. These programs may be housed separately from the main facility. Staff supervising such inmates should be trained for such an assignment.

**4-4453**

COMMENT: The institution should actively pursue cooperation from labor and industry to help plan and evaluate its work programs and assist in work release, job training, and job placement. The establishment of advisory boards or joint councils should be considered.

**4-4454**

COMMENT: The number and duration of inmate work-day interruptions should be minimized as much as possible through rescheduling of staff assignments and inmate activities.

**4-4455**

COMMENT: The annual inspection can be conducted by a central office or regional safety inspector or by local qualified safety officials. Weekly inspections must be conducted by the institutions safety officer or by the industries/shops administrative staff; the duty officer may not conduct these inspections unless qualified to do so.

**4-4456**

COMMENT: None.

**4-4457**

COMMENT: Appropriate industries' staff should evaluate and choose from the pool of potential employees made available by the classification committee.

Responsibility for separation of inmates based on work performance resides with the industries' supervisor and is subject to review by the institutions industries manager and to applicable due process standards and procedures. Separation for reasons not related to job performance should be done by appropriate classification through the appropriate institutional committee. Inmates separated should be referred to the classification committee for reassignment.

**4-4458**

COMMENT: To ensure that realistic working conditions prevail, the industries' management should determine the number of workers necessary to handle the workload. Job descriptions outlining responsibilities and performance expectations should be available for each job.

**4-4459**

COMMENT: Quality control plans should include product specifications and tolerances or dimensions as well as production techniques, along with the use of appropriate measures for determining conformance to those standards. The plans should also stress periodic inspections throughout the entire production process, including inspection of the finished product, whether such inspections are of a random or statistical sampling or of all products made. Quality control records should be maintained and used for training purposes.

**4-4460**

COMMENT: The cost accounting system should be based on a chart of accounts and a general ledger that generate data for other fiscal reports. The system should include a means for recording and allocating the direct and indirect costs and the administrative overhead for each operating unit.

**4-4461**

COMMENT: Inmates should be compensated so that they can make purchases from the canteen and accumulate funds to assist them upon their release from incarceration.

**4-4461-1**        **Added January 2006. Written policy, procedure, and practice provide that, consistent with the laws and legal practices within the jurisdiction, restitution is collected and ultimately made available to the victims of crime and/or their survivors. Where supported by statute, and feasible, victim awareness classes are offered to help offenders understand the impact of their crimes on the victims, their communities, and their own families.**

93

COMMENT: Victim's programs should be overseen by someone in a management-level position who has easy access to the agency's top leadership and who is supported by staff trained to respond appropriately to crime victims who contact the agency.

**4-4462**

COMMENT: Reimbursement to the institution for room and board may be required.

**4-4463**

COMMENT: Compensation, whether as part of a work-release program or an outside work assignment plan, should include all fringe benefits.

**4-4464**

COMMENT: A needs assessment of the institutional population is used to determine the type and number of programs needed to meet identified needs. A comprehensive education program may include other components in such areas as English as a second language, social and living skills, health education, pre-employment training, occupational training, and computer literacy.

**4-4465**          **Revised January 2005. Written policy, procedure, and practice provide for an educational program that is consistent with the needs of the inmate population.**

COMMENT: While many institutions house inmates with sentences of a few days or weeks, there are increasing numbers that are held for longer periods. An educational program for those longer-term inmates should include an evaluation of educational needs and a method for providing for those needs.

**4-4466 – 4-4467**   *This interpretation applies to all standards from 4-4466 through 4-4469.*

**Interpretation January 2002. This standard is applicable to all facilities. For reception and diagnostic centers, the standard only applies as follows:**

1. **To reception and diagnostic centers with an average offender length of stay of 90 days or longer**
2. **To reception and diagnostic centers with a cadre of offenders who are expected to serve more than 90 days of confinement within the facility or for those sentenced offenders awaiting transfer to another facility whose stay exceeds 90 days.**

COMMENT: None.

**4-4468**                **Revised January 2005. Written policy, procedure, and practice provide for a vocational program that is consistent with the needs of the inmate population.**

COMMENT: While many institutions house inmates with sentences of a few days or weeks, there are increasing numbers that are held for longer periods. A vocational program for those longer-term inmates should include an evaluation of vocational needs and a method for providing for those needs.

**4-4469 - 4-4480**       *This interpretation applies to all standards from 4-4469 through 4-4480.*

                          **Interpretation January 2002. This standard is applicable to all facilities. For reception and diagnostic centers, the standard only applies as follows:**

                          1. **To reception and diagnostic centers with an average offender length of stay of 90 days or longer**
                          2. **To reception and diagnostic centers with a cadre of offenders who are expected to serve more than 90 days of confinement within the facility or for those sentenced offenders awaiting transfer to another facility whose stay exceeds 90 days.**

                          COMMENT: None.

**4-4470**                **Revised August 2009. Written policy, procedure, and practice provide that the academic and vocational education programs are recognized, certified, or licensed by the state department of education or other recognized agency having jurisdiction. Programs up to the completion of high school and/or the GED are available at no cost to inmates.**

                          COMMENT: None.

**4-4480**                **Revised August 2009. Written policy, procedure, and practice provide incentives for educational and/or vocational participation and formal recognition of specific accomplishments.**

                          COMMENT: Recognition of academic and vocational achievements, such as certification or graduation, is helpful to inmates and provides general support for educational programs. Incentives may include pay, access to preferred jobs and/or educational programs, or other special privileges.

**4-4482**                **Revised August 2007. The education and experience of the recreation program supervisor are taken into consideration by the appointing authority in determining appointment to the position. These include education, correctional experience, training in recreation and/or leisure activities and the ability to supervise the program. In institutions with more than 100 inmates, the position is full-time.**

COMMENT: To ensure a high-quality leisure services program, it is important to have an administrator with training specific to recreation and/or leisure activities. This position may be filled by a volunteer or contract personnel.

**4-4487**                **Revised August 2009. Written policy and procedure govern inmate correspondence.**

COMMENT: All regulations concerning inmate correspondence should be specified in writing and made available to staff members, inmates, and their correspondents.

**4-4492**                **Revised August 2002. Written policy, procedure, and practice specify that inmates are permitted to send sealed letters to a specified class of persons and organizations, including but not limited to the following: courts; counsel; officials of the confining authority; state and local chief executive officers; administrators of grievance systems; and members of the paroling authority. Staff, in the presence of the inmate, may be allowed to inspect outgoing privileged mail for contraband before it is sealed. Mail to inmates from this specified class of persons and organizations may be opened only to inspect for contraband and only in the presence of the inmate, unless waived in writing, or in circumstances, which may indicate contamination.**

COMMENT: Suspicious mail may include packages and letters unusual in appearance, or which appear different from mail normally received or sent by the individual; packages and letters of a size or shape not customarily received or sent by the individual; packages and letters with a city and/or state postmark that is different from the return address; or packages and letters leaking, stained, or emitting a strange or unusual odor, or which have a powdery residue.

**4-4495**                **Revised August 2006. Written policy, procedure, and practice require that, excluding weekends and holidays, or emergency situations, incoming and outgoing letters are held for no more than 48 hours and packages (if allowed) are held no more than 72 hours.**

**Interpretation August 2002. The term *emergency situation* is interpreted as any significant disruption of normal facility or agency procedure, policy, or activity caused by riot, escape, fire, natural disaster, employee action, or other serious incident.**

COMMENT: Inspection for contraband letters should take no longer than 48 hours to complete, so that incoming letters should be distributed to inmates and outgoing letters sent to the post office within 48 hours of receipt. Similarly, inspection of packages normally should take no longer than 72 hours to complete. The standard does not prohibit the holding of mail for inmates who are temporarily absent from the facility (for example, in a hospital or court).

**4-4497-1**        **Added August 2002. Written policy, procedure, and practice ensure that offenders have access to reasonably priced telephone services. Correctional agencies ensure that:**

- **contracts involving telephone services for offenders comply with all applicable state and federal regulations.**
- **contracts are based on rates and surcharges that are commensurate with those charged to the general public for like services. Any deviation from ordinary consumer rates reflects actual costs associated with the provision of services in a correctional setting.**
- **contracts for offender telephone services provide the broadest range of calling options determined by the agency administrator to be consistent with the requirements of sound correctional management.**

COMMENT: When procuring and renewing telephone services, correctional officials should inquire into the reasons for proposed deviations from standard charges and seek the best possible rates for the broadest possible range of calling options.

**4-4500-1**        **Added August 2003. Written policy, procedure, and practice require that an inmate is informed in a timely manner of the verifiable death or critical illness of an immediate family member. In case of the critical illness of an immediate family member, the inmate is allowed, whenever statutes and circumstances allow, to go to the bedside under escort or alone.**

COMMENT: Classification, status, geography, security level, and other specified criteria should determine eligibility. *Immediate family* is usually defined as parent, spouse, child, sibling, grandparent, or legal guardian.

**4-4507**          **Revised January 2003. There is available to the institution a person with a master's of library science, information resources, media services, or related degree who assists with coordinating and supervising library services and is responsible for training of all library staff.**

COMMENT: A qualified librarian should be available to assist the staff member who coordinates and supervises library services in the institution.

**4-4514**          **Revised August 2004. Written policy, procedure, and practice provide that assigned chaplain(s) (whether they be classified employees, contract employees, or volunteers), in consultation with and approval from facility administration, plans, directs, and coordinates all aspects of the religious program, including approval and training of both lay and clergy volunteers from faiths represented by the inmate population.**

COMMENT: The religious program should be designed to fulfill the institution's responsibility of ensuring that all inmates can voluntarily exercise their constitutional right to religious freedom.

**4-4516**            **Revised August 2004. The chaplain or designated staff develops and maintains close relationships with community religious resources.**

COMMENT: Community resources can help augment the delivery of appropriate religious services on special holidays or, as needed, to meet the requirements of the diversity of religious faiths among inmates.

**4-4518**            **Deleted August 2004.**

**4-4519**            **Revised August 2004. When a religious leader of an inmate's faith is not represented through the chaplaincy staff or volunteers, the chaplain or designated staff member assists the inmate in contacting a person who has the appropriate credentials from the faith judicatory. That person ministers to the inmate under the supervision of the chaplain.**

COMMENT: The religious leader can visit at designated regular times, with provision for emergency visits.

**4-4530**            **Added January 2007.**

**Added new section:**

**Security Threat Groups**

**Written policy, procedure, and practice require that ongoing, but not less than semi-annually, consultation take place as determined by the agency or parent agency with the local Joint Terrorism Task Force (JTTF), or another similar agency, on all terrorism matters to include:**
- **a list of known terrorist inmates in local custody**
- **intelligence regarding inmates with suspected terrorist ties**
- **information regarding specific incidents, events, or threats affecting the institution or detention facility that have a possible terrorism connection**

COMMENT: Examples of reportable intelligence might include attempts by such inmates to radicalize or recruit among fellow inmates, or efforts to continue contact with terrorist groups in the community. Documentation of the consultations should be determined by agency standards, and may include log books, e-mails exchanged with the JTTF or another like agency, or minutes of telephone calls.