1  DONALD SPECTER – 083925
STEVEN FAMA – 099641
2  PRISON LAW OFFICE
1917 Fifth Street
3  Berkeley, California  94710-1916
Telephone:    (510) 280-2621
4

5

6

7
JON MICHAELSON – 083815
8  JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
9  MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
10  4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
11  Telephone:    (415) 882-8200

12  Attorneys for Plaintiffs

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:    (415) 864-8848

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17  RALPH COLEMAN, et al.,

18            Plaintiffs,

19      v.

20  EDMUND G. BROWN, Jr., et al.,

21            Defendants.

22

23

24

25

Case No. Civ S 90-0520 LKK-JFM

**ORDER ON PLAINTIFFS'
APPLICATION TO EXCEED PAGE
LIMIT FOR OPPOSITION TO
DEFENDANTS' MOTION TO
TERMINATE UNDER THE PRISON
LITIGATION REFORM ACT [U.S.C.
§3626(b)] AND TO VACATE THE
COURT'S JUDGMENT AND ORDERS
UNDER FEDERAL RULE OF CIVIL
PROCEDURE 60(b)(5)**

Judge:  Hon. Lawrence K. Karlton

26

27

28

[757366-1]

[PROPOSED] ORDER ON PLS.' APP. TO EXCEED PAGE LIMIT FOR OPP. TO DEFS.' MOT. TO TERMINATE
UNDER PLRA [U.S.C. §3626(b)] & TO VACATE JUDGMENT & ORDERS UNDER RULE 60(b)(5)

1    Proof of good cause having been made to the satisfaction of this Court that

2 Plaintiffs' application to exceed the page limit for their opposition to Defendants' Motion

3 to Terminate (ECF No. 4275) should be granted,

4    **IT IS ORDERED** that the application is GRANTED.  Plaintiffs may submit their

5 Opposition not to exceed a total of 90 pages.

6

7 DATED:  March 18, 2013

8

9

10    _____

11    LAWRENCE K. KARLTON
      SENIOR JUDGE
12    UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[757366-1]

1

[PROPOSED] ORDER ON PLS.' APP. TO EXCEED PAGE LIMIT FOR OPP. TO DEFS.' MOT. TO TERMINATE
UNDER PLRA [U.S.C. §3626(b)] & TO VACATE JUDGMENT & ORDERS UNDER RULE 60(b)(5)