1  DONALD SPECTER – 083925           MICHAEL W. BIEN – 096891
   STEVEN FAMA – 099641              JANE E. KAHN – 112239
2  ALISON HARDY – 135966             ERNEST GALVAN – 196065
   SARA NORMAN – 189536              THOMAS NOLAN – 169692
3  REBEKAH EVENSON – 207825          AARON J. FISCHER – 247391
   PRISON LAW OFFICE                 MARGOT MENDELSON – 268583
4  1917 Fifth Street                 KRISTA STONE-MANISTA – 269083
   Berkeley, California  94710-1916  ROSEN BIEN GALVAN &
5  Telephone:   (510) 280-2621       GRUNFELD LLP
                                     315 Montgomery Street, Tenth Floor
6                                    San Francisco, California  94104-1823
                                     Telephone:   (415) 433-6830
7  JON MICHAELSON – 083815           CLAUDIA CENTER – 158255
   JEFFREY L. BORNSTEIN – 099358     THE LEGAL AID SOCIETY –
8  LINDA L. USOZ – 133749            EMPLOYMENT LAW CENTER
   MEGAN CESARE-EASTMAN – 253845     600 Harrison Street, Suite 120
9  K&L GATES LLP                     San Francisco, California  94107-1389
   4 Embarcadero Center, Suite 1200  Telephone:   (415) 864-8848
10 San Francisco, California  94111-5994
   Telephone:   (415) 882-8200
11 Attorneys for Plaintiffs

12            UNITED STATES DISTRICT COURTS

13            EASTERN DISTRICT OF CALIFORNIA

14         AND NORTHERN DISTRICT OF CALIFORNIA

   UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
15     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16 RALPH COLEMAN, et al.,               Case No. Civ S 90-0520 LKK-JFM P

17          Plaintiffs,                 **THREE JUDGE COURT**

18      v.                              **REQUEST THAT PLAINTIFFS'**
                                        ***COLEMAN* FILINGS BE DEEMED**
19 EDMUND G BROWN, JR., et al.,         **AND CONSIDERED AS**
                                        **SUPPLEMENTAL PLEADINGS IN**
20          Defendants.                 **OPPOSITION TO DEFENDANTS'**
                                        **MOTION TO VACATE POPULATION**
21                                      **REDUCTION ORDER AND IN**
                                        **SUPPORT OF PLAINTIFFS' MOTION**
22                                      **FOR FURTHER RELIEF**

23 MARCIANO PLATA, et al.,              Case No. C01-1351 TEH

24          Plaintiffs,                 **THREE JUDGE COURT**

25      v.

26 EDMUND G. BROWN, JR., et al.,

27          Defendants.

28

REQUEST THAT PLS.' *COLEMAN* FILINGS BE DEEMED & CONSIDERED AS SUPP. PLEADINGS IN OPP. TO
DEFS.' MOTION TO VACATE POP. REDUCTION ORDER & ISO PLS.' MOTION FOR FURTHER RELIEF

1    Plaintiffs respectfully request that this Court deem all pleadings filed in the

2    individual-judge *Coleman* court on March 14, March 15, and March 19, 2013[1], in

3    opposition to Defendants' Motion to Terminate under the Prison Litigation Reform Act

4    and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure

5    60(b)(5) ("Defs.' Motion to Terminate") as supplemental pleadings in opposition to

6    Defendants' Motion to Vacate or Modify Population Reduction Order ("Defs.' Motion to

7    Vacate PRO") and in Support of Plaintiffs' Motion for Further Relief.  Plaintiffs request an

8    order that these pleadings and all evidence therein be considered for all purposes in the

9    proceedings before this three-judge Court.

10    There is good cause to order that these pleadings be deemed part of the record

11    before this three-judge Court.  On January 7, 2013, Defendants concurrently filed their

12    Motion to Vacate PRO in the three-judge court and their Motion to Terminate in the

13    individual-judge *Coleman* court.  Defendants' Motion to Vacate PRO incorporates by

14    reference and relies upon the Motion to Terminate and the declarations and evidence filed

15    therewith.  *See Coleman* Docket No. 4280 at 1, 15-16.  Plaintiffs' pleadings filed in

16    opposition to the Motion to Terminate are thus relevant and essential to this three-judge

17    Court's consideration of the Motion to Vacate PRO.  Accordingly, there is good cause for

18    Plaintiffs' pleadings, including those listed below, to be deemed part of the record before

19    this three-judge Court:

20    - CORRECTED Plaintiffs' Opposition Motion to Terminate (*Coleman* Docket No. 4422)

21
22    - Declaration of Craig Haney in Opposition to Motion to Terminate (*Coleman* Docket No. 4378)

23    - Declaration of Edward Kaufman, M.D. in Opposition to Motion to Terminate (*Coleman* Docket No. 4379)
24

25    [1] On March 19, 2013, Plaintiffs filed corrected pleadings in order to ensure a complete and
26    accurate record of the proceedings.  *See* Plaintiffs' Notice of Errata, *Coleman* Docket No.
4421 (detailing changes contained in pleadings filed at *Coleman* Docket Nos. 4422, 4423,
27    and 4424, which supersede *Coleman* Docket Nos. 4408, 4405, and 4403, respectively).

28

1
REQUEST THAT PLS.' *COLEMAN* FILINGS BE DEEMED & CONSIDERED AS SUPP. PLEADINGS IN OPP. TO
DEFS.' MOTION TO VACATE POP. REDUCTION ORDER & ISO PLS.' MOTION FOR FURTHER RELIEF

- Declaration of Jeanne Woodford in Opposition to Motion to Terminate (*Coleman* Docket No. 4380)

- Declaration of Pablo Stewart, M.D. in Opposition to Motion to Terminate (*Coleman* Docket No. 4381)

- Declaration of Eldon Vail in Opposition to Motion to Terminate (*Coleman* Docket Nos. 4385-4393)

- Declaration of Jane Kahn in Opposition to Motion to Terminate (*Coleman* Docket No. 4396)

- Declaration of Michael W. Bien in Opposition to Motion to Terminate and attached exhibits (*Coleman* Docket Nos. 4399, 4400, 4401, 4402, 4424 (corrected version), 4404)

- Declaration of Abigail Haney in Opposition to Motion to Terminate (*Coleman* Docket No. 4398)

- Confidential Declaration of Jane Kahn in Support of Plaintiffs' Opposition to Defendants' Motion to Terminate, and attached exhibits (filed under seal) (*Coleman* Docket No. 4411)

- CORRECTED Plaintiffs' Evidentiary Objections to Defendants' Expert Reports and Declarations (*Coleman* Docket No. 4423)

The above-listed pleadings are relevant to proceedings now before this Court, and there is good cause for these pleadings to be considered part of the record for all matters before this Court.[2]

DATED:  March 20, 2013                    Respectfully submitted,

                                          ROSEN BIEN GALVAN & GRUNFELD LLP

                                          By:  */s/ Michael W. Bien*
                                                Michael W. Bien

                                          Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs

---

[2] Courtesy copies of all abovementioned pleadings have been sent to the three-judge Court.

REQUEST THAT PLS.' *COLEMAN* FILINGS BE DEEMED & CONSIDERED AS SUPP. PLEADINGS IN OPP. TO DEFS.' MOTION TO VACATE POP. REDUCTION ORDER & ISO PLS.' MOTION FOR FURTHER RELIEF

[759421-2]