DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM P <br><br> **THREE JUDGE COURT** <br><br> **[PROPOSED] ORDER** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. C01-1351 TEH <br><br> **THREE JUDGE COURT** |

[762363-1]

[PROPOSED] ORDER

1   Good cause appearing, the Court hereby issues the following order:

2   It is hereby ORDERED that the following pleadings filed by Plaintiffs in *Coleman*

3   *v. Brown* (2:90-cv-00520) in opposition to Defendants' Motion to Terminate under the

4   Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under

5   Federal Rule of Civil Procedure 60(b)(5) are deemed part of the record to be considered by

6   this Court regarding Defendants' Motion to Vacate or Modify Population Reduction Order

7   and Plaintiffs' Motion for Further Relief, and for all other purposes in these proceedings:

- CORRECTED Plaintiffs' Opposition Motion to Terminate (*Coleman* Docket No. 4422)
- Declaration of Craig Haney in Opposition to Motion to Terminate (*Coleman* Docket No. 4378)
- Declaration of Edward Kaufman, M.D. in Opposition to Motion to Terminate (*Coleman* Docket No. 4379)
- Declaration of Jeanne Woodford in Opposition to Motion to Terminate (*Coleman* Docket No. 4380)
- Declaration of Pablo Stewart, M.D. in Opposition to Motion to Terminate (*Coleman* Docket No. 4381)
- Declaration of Eldon Vail in Opposition to Motion to Terminate (*Coleman* Docket Nos. 4385-4393)
- Declaration of Jane Kahn in Opposition to Motion to Terminate (*Coleman* Docket No. 4396)
- Declaration of Michael W. Bien in Opposition to Motion to Terminate and attached exhibits (*Coleman* Docket Nos. 4399, 4400, 4401, 4402, 4424 (corrected version), 4404)
- Declaration of Abigail Haney in Opposition to Motion to Terminate (*Coleman* Docket No. 4398)
- Confidential Declaration of Jane Kahn in Support of Plaintiffs' Opposition to Defendants' Motion to Terminate, and attached exhibits (filed under seal) (*Coleman* Docket No. 4411)

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

[762363-1]

1

[PROPOSED] ORDER

1 • CORRECTED Plaintiffs' Evidentiary Objections to Defendants' Expert Reports and Declarations (*Coleman* Docket No. 4423)

IT IS SO ORDERED.

DATED: _____, 2013

_____
Stephen Reinhardt
United States Circuit Judge
Ninth Circuit Court of Appeals


_____
Lawrence K. Karlton
Senior United States District Judge
Eastern District of California


_____
Thelton E. Henderson
Senior United States District Judge
Northern District of California