KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, SBN 166884
WILLIAM H. DOWNER, SBN 257644
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **NOTICE OF FILING SEALED DOCUMENT** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

### INTRODUCTION

On March 15, 2013, this Court ordered Defendants to file a copy of the final coroner's report for inmate HH's death under seal and to provide a hard copy to the Special Master. (ECF No. 4394 ¶ 3.)

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | **NOTICE** |

2  Notice is hereby given under Local Rule 141(b) that Defendants are filing a copy of the
3  final coroner's report of the death of Inmate HH under seal, in compliance with the Court's March
4  15, 2013 Order (ECF No. 4394), and shall file the document via e-mail with the Court and serve a
5  hard copy on the special master.

6  Dated: March 20, 2013                        Respectfully submitted,

7                                               KAMALA D. HARRIS
                                                Attorney General of California
8
                                                */s/ Debbie J. Vorous*
9
                                                DEBBIE J. VOROUS
10                                              Deputy Attorney General
                                                *Attorneys for Defendants*
11
    CF1997CS0003