KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **REPLY DECLARATION OF DANIEL PARAMO IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Daniel Paramo, declare as follows:

1. I am the Warden at Richard J. Donovan State Prison (RJD), and I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

1

2. I was appointed as Warden at RJD on June 27, 2012 by Governor Edmund G. Brown. I have been employed with the State of California and the California Department of Corrections and Rehabilitation for twenty-one years. Prior to being appointed Warden at RJD, I was appointed Chief Deputy Warden in December 2007 at Centinela State Prison and was appointed Associate Warden at Centinela State Prison in May 2005.

3. On page 84, paragraphs 236-238. Dr. Stewart notes that an inmate in the SNY EOP program was placed in "upright holding cage" on dayroom floor of SNY EOP housing unit on C yard. Plaintiffs did not tour Housing Unit 15 on C yard. There is no "upright holding cage" on the dayroom floor on that housing unit.

4. In Dr. Stewart's Declaration on page 87, he refers to the CDCR Suicide Report dated June 23, 2012 of inmate patient P, stating there were "very serious problems" with welfare checks on B Yard, housing unit 6. RJD custody audits the welfare check documentation monthly and reports that information to Mental Health Quality Management. Attached as Attached as Decl. Vorous Supp. Reply Mot. Terminate, Ex. 7-N is a copy of the Mental Health ASU Custody Wellness Checks for Buildings B yard 6 and B yard 7 at RJD for the months of July 2012-December 2012. These audits select a random set of 29-31 welfare check sheets for a given month. For Building 6, the audits showed that checks were done every 30 minutes 87% to 94% of the time depending upon the month. For Building 7, the audits showed that checks were being done 90% to 95% of the time depending upon the month.

5. Dr. Stewart's declaration on pages 114-115 opines that ASU length of stay is too long for EOP inmate-patients at RJD. ASU EOP Supervisors complete a ninety day report to track LOS and monitor closely the mental status of inmate-patients whose placement exceeds ninety days. At time of Dr. Stewart's visit, 14 EOP inmates in ASU had stays exceeding ninety days. The average length of stay for those inmate-patients was 160 days. AW Facilities directed CCIIs to review each ASU EOP file once per month for progress.

6. On pages 122 and 148-150, paragraphs 347, 417-421, Dr. Stewart objects to the practice of using ASU to house inmate-patients with enemy concerns, especially for inmates with DSH returns. Placing an inmate-patient in ASU when they have a safety concern is consistent

2

Decl. Paramo Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

1 | with state policy. Custody and Mental Health work together to monitor an inmate-patient's
2 | functioning in ASU.

3 |      7. Additionally, on page 84, paragraph 237, and page 98, paragraph 281, Dr. Stewart
4 | states that RJD uses ASU beds as alternative housing. Per LOP 160 Alternative Housing at
5 | RJD, alternative housing cells are designated on an SNY yard for SNY inmates, a mainline yard
6 | for non-SNY inmates, and in ASU for ASU inmates. As such, the placement of inmates into the
7 | different locations where alternative housing is offered is appropriate given the custody level or
8 | designation of the individual inmate. Attached as Decl. Vorous Supp. Reply Mot. Terminate, Ex.
9 | 7-O is the LOP 160 Alternative Housing at RJD.

11 |      I declare under penalty of perjury under the laws of the State of California and the United
12 | States of America that the foregoing is true and correct. Executed in _____, California on
13 | March __, 2013.

14 |                                    /s/ Daniel Paramo
15 |                                    DANIEL PARAMO
                                   *(original signature retained by attorney)*

3

Decl. Paramo Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)