1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  WILLIAM DOWNER, State Bar No. 257644
   Deputy Attorneys General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-3035
     Fax: (415) 703-5843
8    E-mail: Patrick.McKinney@doj.ca.gov

9  *Attorneys for Defendants*

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM PC |
|---|---|
| Plaintiffs, | REPLY DECLARATION OF BRADFORD M. SANDERS JR. IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5) |
| v. | |
| EDMUND G. BROWN JR., et al., | |
| Defendants. | |

I, Bradford M. Sanders Jr., declare as follows:

1. I am Bradford M. Sanders Jr. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

1

2. I work at the California Correctional Institution located in Tehachapi. I am the Health Care Access Captain. I was working in this capacity on February 22, 2013.

3. On page 127, paragraph 271 of Dr. Haney's Declaration, he states that the Administrative Segregation Unit intake cells are, "dismal, dank, and - at least the ones I looked at- terribly dirty. There is a concrete bottom bunk and the inmate housed in the one that I entered had covered the open toilet with a piece of cloth (no doubt to minimize the odor)." I was present on the February 22, 2013 tour and the cells I observed were clean and no odor was present.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Tehachapi, California on March 21, 2013.

_____
Bradford M. Sanders, Jr.
*(original signature retained by attorney)*

2

Decl. _Sanders___ Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)