KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF KATHRYN RADTKEY-GAITHER IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Kathryn Radtkey-Gaither, declare as follows:

1. I am the Chief Deputy Director for the Department of State Hospitals (DSH). I have personal knowledge of the facts stated in this declaration, except where indicated otherwise, and if called to testify could do so. I submit this declaration in support of the State's Reply

1

Decl. Gaither Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. As the Chief Deputy Director of DSH, I am familiar with the DSH programs that serve California Department of Corrections and Rehabilitation (CDCR) inmate-patients admitted to DSH mental health facilities. These include the Salinas Valley Psychiatric Program (SVPP) and the Vacaville Psychiatric Program (VPP). I am also familiar with the staffing at both VPP and SVPP, and DSH efforts to recruit and hire new staff.

**DSH currently maintains appropriate staffing levels at the ICF and Acute Programs at SVPP and VPP and continues to make concerted efforts to recruit staff.**

3. There is no hiring freeze or any current directive to close programs at SVPP or VPP. DSH has been aggressively recruiting psychiatrists for the SVPP and VPP facilities to maintain our high level of patient care and has been actively addressing any and all staffing issues that arise.

4. Beginning in December 2012 SVPP experienced a rapid number of psychiatric staff departures due to retirements, personal matters, and staff pursuing other job opportunities. In response, DSH took concerted action to ramp up our ongoing recruiting efforts, including measures designed to specifically address the staffing issues at SVPP. These efforts have included the following actions.

- Working with universities in other localities to establish a residency program as a source for recruitment. On February 1, 2013, a notice with personal messages from our academic partners was mailed to all general adult psychiatry residency programs and forensic psychiatry fellowships in the country.
- A monetary recruitment and retention bonus is offered for psychiatrists joining SVPP. Additionally, Human Resources streamlined the hiring process to facilitate psychiatrist recruiting.
- A national DSH recruitment drive, as well as participating in a joint national recruitment drive with CDCR. In October of 2012, Clinical Operations began work on a recruiting project specific to psychiatry, including the development of a

2

recruiting website. The website launched on February 1, 2013. A policy and tracking system was developed to ensure timely and assertive follow-up with interested doctors.

- Actively recruiting at other DSH facilities. In June of 2012, the DSH medical director personally called all psychiatrists on the civil service priority list to encourage their transfer to SVPP. Supporting travel was offered to incentivize these transfers. One psychiatrist on the civil service priority list from Napa State Hospital transferred as a result. Furthermore, eight doctors are willing to work additional appointments at SVPP, which will allow them to work a modified work schedule but still maintain responsibility for a caseload of patients. These psychiatrists are in the process of credentialing with CDCR and SVPP.
- On March 14, 2013 DSH clinicians from SVPP attended the California Forensic Mental Health Conference to recruit psychiatrists. The DSH medical director and Chief Deputy also appealed to the audience for applicants during their presentation. DSH plans to send clinicians to the American Psychiatric Association, American Academy of Psychiatry and the Law and Neuroscience Education Institute conferences in 2013 for recruiting purposes.

**DSH proactively addressed rapid staff turnover at SVPP during December 2012 through February 2103.**

5.  From December 2012 through March 2013, SVPP experienced rapid turnover in psychiatric staff which temporarily reduced the number of psychiatrists on staff for limited periods of time. But through DSH's active recruiting and hiring efforts, we were able to quickly respond to each departure and minimize the duration that SVPP operated with reduced numbers of psychiatrists. More importantly, SVPP was able to maintain staffing levels that minimized negative impacts, if any at all, on patient care. And as a result of DSH's efforts, SVPP currently has the equivalent of twelve and 3/4 full time psychiatrists, which is an increase from the ten psychiatrists on staff before December 2012, which was already consistent with normal staffing.

6.  DSH's serious attention and efforts to recruit and hire staff are evidenced by the

3

Decl. Gaither Supp. Defs.' Reply in Support of Termination Motion

timeline of staff departures and hires at SVPP.

- In December 2012, two psychiatrists retired. As a result of DSH's ongoing recruiting efforts, one new psychiatrist was quickly hired and started working in mid-December 2012.

- At the end of January 2013 another psychiatrist left SVPP. The number of psychiatrists was briefly reduced to eight, but because of our continuous attention to hiring a new permanent psychiatrist started working at SVPP on February 7, 2013. This permanent hire returned the number of psychiatrists on staff to a total of nine.

- In early February 2013, we received notice that two additional permanent psychiatrists intended to leave SVPP at the end of February. In order to minimize the effects of these departures and maintain patient care, we persuaded one to stay on at SVPP until April 2013. Further, the other psychiatrist only left SVPP temporarily, because of a family emergency, and I am informed that he will return in May 2013.

- DSH took immediate action to ensure that appropriate staffing ratios were and are maintained at SVPP. On February 22, 2013, we requested and received approval from the California Department of Human Resources to offer additional appointments to currently employed physicians at other DSH facilities. Based on that approval, two psychiatrists employed by the CHCF facility in Stockton scheduled to open in July 2013 started providing services at SVPP on February 27, 2013. This will allow staffing at SVPP to remain at appropriate levels, and will allow CHCF personnel to become familiar with those patients that will be transferred there. Further, CHCF will not complete patient admissions until December 2013, allowing those psychiatrists continue at SVPP until that time. Further, emergency credentialing for SVPP was requested and granted for two psychiatrists from Atascadero State Hospital to provide services. These psychiatrists began work at SVPP on March 4, 2013,

4

- On March 15, 2013 DSH also filled the Chief Psychiatrist position at SVPP, by transferring a psychiatrist from Napa State Hospital. The Chief Psychiatrist will be carrying a patient case load in addition to his clinical leadership duties.

7. As a result of these actions the present total of full-time-equivalent staff psychiatrists is 12 3/4. SVPP currently, and for the foreseeable future, will be in full compliance with a medically appropriate staffing ratio for psychiatrists.

**DSH continues to act proactively to address patient waitlists and maintain appropriate levels of capacity**

8. DSH has acted proactively to address issues related to patient waitlists. While DSH of course attempts to admit patients as expeditiously as possible, the Court has acknowledged that ten days is a reasonable timeframe for processing and placement of patients accepted to Acute Treatment, such as those at VPP. Priority for admissions is given to highest risk patients, such as those that have attempted suicide or have expressed suicidal ideation. As of today only eight inmate patients are above the ten day time frame. Further, these eight patients have exceeded the ten day processing period partly because of medical decisions to immediately admit other higher risk patients who were referred more recently. And regardless of processing status, all patients awaiting admission continue to receive ongoing psychiatric care at CDCR facilites.

9. In response to increases in the numbers of patients awaiting placement, DSH has taken action to increase capacity to accommodate more patients. On March 20, 2013, VPP opened a new unit, L-2, in order to provide more beds to accommodate inmate-patients. DSH proactively worked with the Department of Public Health to get a Licensing Flex. This Licensing Flex will allow for the transition of medical records for existing inmate-patients between Acute and Intermediate levels of care with minimal administrative work. This will save numerous hours of redundant documentation, facilitate continuity of care, and allow for the new beds to be filled as soon as possible.

10. DSH will reduce the current number of inmate-patients housed at SVPP by transferring eligible inmate-patients to the Correctional Health Care Facility (CHCF) in Stockton

5

when the facility begins accepting inmate-patients in July 2013, a process that will not be complete until December 31, 2013. SVPP is continuing to provide appropriate clinical care to its inmate-patients during the transition.

**DSH clinicians are not denied patient medical records, including the electronic Unit Health Records (eUHR) system employed by CDCR**

11.  Dr. John Brim's claim that he was never issued a password to access the eUHR system is false. Physicians at SVPP are provided full access to patient records. Any DSH clinician who needs access to patient records on the eUHR is provided a user name and password, and training on the use of the eUHR system. At my request DSH's Chief Information Officer reviewed records of eUHR requests. Attached as Exhibit A, is copy of a standard form used to request eUHR access that was submitted on November 20, 2012 by Dr. Brim. Exhibit A also shows that this request was granted, but CIO informed me that Dr. Brim never activated his account. If any clinician believes that he or she is unable to access these electronic records, it is most likely the clinician forgot the training, or the assigned user name and password. These have been the most commonly reported problems with eUHR access. If reported to the appropriate Information Technology support staff, the issue is promptly resolved.

12.  Records scanned into the eUHR consist of the current volume of the paper-based Unit Health Record. This does not include all historical records of past treatment. But the prior volumes of the Unit Health Record are available upon request through the CDCR Medical Records Department.

**DSH does not restrict patient allocations for clothing or laundry**

13.  DSH has not restricted patient allocations for clothing or laundry. Plaintiffs have alleged "severe shortages" of clean clothes, bedding, and coats for patients—that supply shortages are further evidence of impending "shutdowns." These allegations are false. Both SVPP and VPP are required by law to contract with the Prison Industry Authority to use inmate-staffed facilities for laundry services. Clothing theft by inmates working in these facilities has been an ongoing issue both in DSH and CDCR institutions. DSH and CDCR continue to work to resolve these issues.

6

14. VPP and CMF health care and custody managers and Standards Compliance Coordinators recently completed an extensive performance improvement process addressing the clothing and linen shortages. As a result of this effort, systems changes were implemented and the VPP units are receiving appropriate levels of clothing and linens. To conflate this with a program to "restrict allocations" of necessary patient supplies is patently false.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 22, 2013.

_____
Kathryn Radtkey-Gaither
*(original signature retained by attorney)*

CF1997CS0003
20668591.docx

7

Decl. Gaither Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)