# Exhibit A

 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

IT Services Division
*Clinical or System Access Request Form*
[version 4.2]


- IT Use Only -
SC Ticket #

| (a) REQUESTER: | (b) REQUESTER'S BUSINESS UNIT: |
|---|---|
| John A. Brim, M.D. | DSH – Salinas Valley Psychiatric Program |
| (c) REQUESTER'S TELEPHONE NUMBER: | (d) REQUESTER'S E-MAIL ADDRESS: |
|  |  |
| (e) STATE EMPLOYEE OR CONTRACTOR: | (f) REQUESTER'S AD USER ID: |
| Contractor |  |
| (g) DATE OF REQUEST: | (h) DATE TO TERMINATE ACCESS: |
| 11/20/12 | 11/20/13 |

| REQUESTING ACCESS TO: | | REQUESTED ACCESS ROLE | ACCESS TYPE (R/W/RW/Other) | SITE | SYSTEM OWNER (Indicate if not present) |
|---|---|---|---|---|---|
| CDR (Clinical Data Repository) | | | | | Mamie Hao/Ashish Jain |
| D&T (Dictation & Transcription) | | | | | Mamie Hao/Debra Stinson |
| MHTS.net (Mental Health Tracking System) | | | | | Dr. Tim Belavich |
| GuardianRX | ✓ | Attending Physician | R | SVPP | Clifton Louie |
| MedRec (Guardian Rx Medication Reconciliation) | ✓ | " | R | " | Clifton Louie |
| Pharmacy Reports | ✓ | " | R | " | Clifton Louie |
| HCARTS (Health Care Appeals & Risk Tracking) | | | | | Yolanda Velasquez/Sara Gates or Lori Zamora |
| HCSS (Health Care Scheduling System) | | | | | Ashish Jain |
| eUHR (Electronic Unit Health Record) | ✓ | " | R | " | Mamie Hao |
| PHIP (Personal Health Information Portal) | | | | | Local Chief Executive Officer Non-Institutions: Mamie Hao |
| MiPACS (Medicor Imaging Picture Archive Communication System) | | | | | MiPACS Administrator |
| Other Application/ Other Access Type | | | | | |



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

IT Services Division
*Clinical or System Access Request Form*
[version 4.2]

- IT Use Only -
SC Ticket #

---

**(i) BUSINESS JUSTIFICATION:**

Need to review CDCR medical records for CDCR Inmate-patients admitted to DSH-SVPP

**Authority:**
(Court Order, Attorney, Office of Inspector General 'OIG', etc.)

**Training and Certification:**

User Certifies the following Training and Certification completed within the current calendar year*:
(*Current CCHCS Information Security Training and Awareness Certificate and Security Awareness, Understanding, and Accountability (SAUA) Form are retained in the employee's Official Personnel File.)

☑ Info. Sec. Training
☑ SAUA Form

at MCSP

**COMPLIANCE:**

*System Owner* and *Requester's Manager*, by signing this form, you certify:
a. It is appropriate to grant the requester access to the system specified in this form
b. The Role specified in this Form provides the Requester with the <u>least</u> amount of privileges necessary to perform job related duties
c. The Business Justification and Authority statements in this form are accurate and appropriate

**AUTHORIZATION:**

| REQUESTER/USER: | REQUESTER/USER'S SIGNATURE: | DATE SIGNED: |
|---|---|---|
| John A. Brim | J Brim, MD | 11/20/12 |
| REQUESTER'S MANAGER: | REQUESTER'S MANAGER'S SIGNATURE: | DATE SIGNED: |
| Troncoso, A., M.D. | Al Troncoso, MD | 11/20/12 |
| SYSTEM OWNER: | SYSTEM OWNER'S SIGNATURE: | DATE SIGNED: |
| | | |

| Approved and Routed to: ☐ | | DATE: |
|---|---|---|
| Denied and Routed to: ☐ | | |