KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF CHARLES DASILVA IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Charles DaSilva, declare:

   1. I am the Executive Director of the Salinas Valley Psychiatric Program (SVPP). I have personal knowledge of the facts stated in this declaration, except where indicated otherwise, and if called to testify could do so. I submit this declaration in support of the State's Reply

1

Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. I have worked at SVPP for 10 years, including several years as a rehabilitation therapist providing group therapy to inmate-patients, and am extremely familiar with SVPP's mission and approach to treatment. SVPP provides a robust and multifaceted treatment program for its inmate-patients through the Interdisciplinary Treatment Team (IDTT) approach.

3. The IDTT is a cooperative treatment team that is comprised of a psychiatrist, a psychologist, a social worker, a rehabilitation therapist, a registered nurse, and psychiatric technicians and medical technical assistants. Each member of the team provides valuable services that supplement and support the comprehensive spectrum of care and services that are provided to our patients. The IDTT emphasizes a collaborative approach to care that seeks to address the totality of patients' mental health needs and no single team member is solely "responsible" for the mental health care of our patients.

4. The mental health services provided by the IDTT go beyond basic psychiatric assessments and medication management. They include:

- multiple one-on-one counseling sessions by psychologists and social workers;
- daily group therapies by therapists, social workers, and technicians that focus on anger management, life skills and medication management; and
- a wide variety of rehabilitative and educational programming by therapists.

5. As examples, fifteen clinical social workers and thirteen psychologists diligently meet with patients to develop and oversee treatment plans. Upwards of two-hundred medical technical assistants and over fifty registered nurses provide direct and immediate daily care of the patients and consistently work with the patients on nursing and care needs. Eighteen rehabilitation therapists provide programming in the areas of art, music and recreation.

6. Group therapies are provided at upwards of ten hours per week per patient. This does not include the one-on-one counseling that is provided by psychologists and social workers on a daily basis. Group therapy sessions are also provided in addition to yard and dayroom time, which is provided at a minimum of four hours per day per patient.

2

Decl. DaSilva Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

7. An example of the collaborative interdisciplinary treatment approach to group therapy at SVPP would be an anger management group which typically encompasses eight to ten patients. A rehabilitation therapist and a social worker conduct the group, and a medical technical assistant or registered nurse are present to provide perspective and co-facilitate. Patients come to these groups based on their identified problems and are given rules and curricula for the session. Staff members work with patients to establish goals and identify problem areas and triggers. When patients succeed, they are acknowledged through an incentive program.

8. The IDTT approach has led to numerous positive results for our patients. For example, we recently accepted a patient from a sister facility who had repeatedly assaulted staff and patients. Through our multifaceted approach we were able to improve his demeanor and health to point that he can successfully socialize with others. Most importantly this patient can share his needs and concerns with not just one staff member, but with the entire team. This is just one example, out of many, that demonstrates the totality of care provided by all staff members at SVPP.

9. Despite recent fluctuations in the psychiatrist staffing level at SVPP, the IDTT approach allowed SVPP to maintain the quality of mental health care. Comprehensive mental health treatment and services were consistently provided by interdisciplinary treatment teams and there have been no staffing shortages in other disciplines that comprise the team. But this is not said to undermine the importance of adequate staffing. In my role as Executive Director I have been, and continue to be, proactive in recruiting staff to maintain the comprehensive patient care provided at SVPP.

10. Additionally, the timeline of psychiatric departures and hires demonstrates that staff reductions were quickly remedied by DSH's ongoing focus on recruitment and hiring. In December 2012, two psychiatrists retired, but my recruiting efforts led to the quick hiring of a psychiatrist who began work in mid-December 2012. This staff turnover left SVPP with nine psychiatrists on staff at the beginning of 2013. At the end of January 2013, another psychiatrist left SVPP, temporarily reducing the number of psychiatrists to eight.

11. During my ongoing efforts to recruit staff to address these departures, I received notice in early February that two psychiatrists intended to leave SVPP at the end of February. One departure was temporary and I have been informed that this psychiatrist will return to SVPP in May 2013. In order to maintain patient care, DSH leadership and I immediately convinced the other psychiatrist to postpone his departure until April 2013. Again, because of ongoing hiring efforts by me and DSH leadership, a new psychiatrist was hired and started work on February 7, 2013. Additionally, we also took immediate action to shore up psychiatric staffing, including obtaining emergency credentialing, which allowed two psychiatrists from Atascadero State Hospital to begin working at SVPP on March 4, 2013.

12. On March 15, 2013, I was able to add another psychiatrist to our staff to fill the role of Chief Psychiatrist position at SVPP. In addition to his administrative duties, he will carry his own caseload of patients. This brings our present total of full-time staff psychiatrists to 12 ¾.

13. Before and during the rapid turnover that occurred from December 2012 through February 2013, DSH has been aggressively recruiting psychiatrists to Salinas Valley to maintain SVPP's psychiatrist staffing. These steps have included:

- working with universities in other localities to establish a residency program as a source for recruitment;
- a monetary recruitment and retention bonus being offered for psychiatrists joining SVPP;
- a new national DSH recruitment drive as well as participating in a joint national recruitment drive with CDCR; and
- actively recruiting at other DSH facilities, which has led to the identification of eight doctors willing to work additional appointments at SVPP. These psychiatrists have already begun the process for credentialing with CDCR and SVPP. These psychiatrists will work on modified schedules, but each will carry patient caseloads, thus reducing the caseloads of our full time clinicians.

14. As a result of these aggressive measures, there is presently no shortage of clinical staff at SVPP.

4

Decl. DaSilva Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

15. I have no doubt that the interdisciplinary team approach will continue to succeed at SVPP and I will continue to work diligently to ensure that quality team members for all disciplines are recruited and retained at SVPP. While fluctuations in staffing are often unavoidable, we have always worked to maintain adequate staffing levels and provide a high level of quality patient care.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Soledad, California on March 21, 2013.

_____
Charles DaSilva
*(original signature retained by attorney)*

CF1997CS0003
20668591.docx

5

Decl. DaSilva Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)