KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF KATHERINE WARBURTON IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

　　I, Katherine Warburton, declare as follows:

　　1.　I am the acting Medical Director and Deputy Director of Clinical Operations for the California Department of State Hospitals (DSH). I am a board certified forensic psychiatrist. I

1

Decl. Warburton Supp. Defs.' Reply in Support of Termination Motion

1 completed my residency training in 2005 and forensic training in 2006. I have served as the acting Medical Director for DSH since December 2011. I have direct clinical experience in correctional settings. From 2005 to 2006, I worked as a staff psychiatrist at Sacramento County Jail while a forensic fellow. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. As a forensic psychiatrist, I am trained and experienced on legal concepts relevant to the practice and study of psychiatry. This includes the concept of deliberate indifference. While the phrase deliberate indifference derived from case law, it is a key concept in forensic psychiatric education and training. On the basis of my training I understand deliberate indifference to mean taking action, or failing to take action, with knowledge of the possibility of harm.

3. I have reviewed Exhibit 46 of the Confidential Declaration of Jane Kahn in Support of Plaintiffs' Opposition to Defendants' Motion to Terminate. Exhibit 46 consists of e-mails describing the suicide of an inmate who had been recently discharged from Atascadero State Hospital (ASH) after nearly a year of treatment. I have also reviewed the California Department of Corrections and Rehabilitation Executive Summary Suicide Report for this inmate, the ASH death summary for this inmate, the ASH Nursing Death Summary for this inmate, and briefly spoke with the ASH Medical Director, Dr. Thomas Cahill.

4. On the basis of the documents I reviewed, it is my considered professional judgment that the discharge was clinically appropriate and was not premature. The decision to discharge the inmate from ASH was supported by the inmate's treatment results and clinical indications. Further, it is my considered professional judgment that the decision to discharge this patient was absolutely not deliberately indifferent.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in ⎯Napa⎯, California on March 21, 2013.

_____
Katherine Warburton
*(original signature retained by attorney)*

CF1997CS0003
20668591.docx