KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                      Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF DEBORAH K. JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Deborah K. Johnson, declare as follows:

1. I am Warden at Central California Women's Facility in Chowchilla, California. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5). My declaration is in response to the Expert

1

Declaration by Edward Kaufman, M.D. Dr. Kaufman toured the Central California Women's Facility on February 8, 2013. His Expert Declaration was filed on March 14, 2013.

2. I have worked at CDCR since 1986, I started my career as a Correctional Officer at the Sierra Conservation Center, in Jamestown, California. I was appointed Warden of the Central California Women's Facility (CCWF) on September 26, 2012.

### A. Alleged Major Staffing Shortages

3. Dr. Kaufman stated at paragraph 25 that the inmate population as of February 8, 2013 was at approximately 182% capacity. The current population is at approximately 179% capacity. CCWF received adequate staffing, as outlined in the Standardized Staffing package, and is able to meet the needs of the inmates.

4. In his Declaration, at paragraph 28, Dr. Kaufman wrote that I said CCWF has been unable to fully accomplish its new mission as an Enhanced Outpatient Program (EOP) administrative segregation unit (ASU) "hub" because of inadequate clinical staff and that I said that the institution does not have "the authority to hire" the necessary additional staff to fulfill the mission. I did not make a statement regarding Mental Health staffing or limited groups due to inadequate clinical staff or the authority to hire. Inmates in building 503 are either Correctional Clinical Case Manager System (CCCMS) Reception Center/Clark class members or Enhanced Outpatient Program (EOP) inmates. CCCMS inmates are not provided group therapy.

5. Dr. Kaufman states in paragraph 32 of his declaration that shortages in custody staff have diminished the quality and sufficiency of mental health care. If inmates receive a ducat for any type of medical, mental health or dental appointment, the inmates are escorted by custody staff. CCWF has adequate custody staff, as outlined in the Standardized Staffing package and provides coverage to meet the escort requirements for inmates.

### B. Alleged Major Custodial Interferences with Mental Health Treatment

6. In paragraph 163 of Dr. Kaufman's declaration, he states that ASU inmates are strip searched twice every time they leave the building, even to go to medical or dental; some don't go to yard to avoid the strip search. However, all inmates noted in this section are housed in the ASU and are subject to all security searching requirements when going to and from the recreation yard

2

Decl. Johnson_____ Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)