KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                         Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF DR. JONATHAN HARRY IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Dr. Jonathan Harry, declare as follows:

1. I am the Senior Psychiatrist Supervisor at the Central California Women's Facility in Chowchilla, CA. I am a licensed physician and board certified as a psychiatrist and my curriculum vitae is attached to this Declaration as Decl. Vorous Supp. Reply Mot. Terminate, Ex. 2-K. I submit this declaration in support of the State's Reply Memorandum in support of its

1

to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5). My declaration is in response to the Expert Declaration by Edward Kaufman, M.D. I was presented and accompanied Dr. Edward Kaufman when toured the Central California Women's Facility (CCWF) on February 8, 2013.

2. I have worked at CDCR since April 2007. In May 2009, I became the Senior Psychiatrist, Supervisor, at Central California Women's Facility (CCWF).

### A. Alleged Poor Medication Management and Medical Record Keeping

3. Dr. Kaufman asserted that medication management at CCWF was poor. I strongly dispute Dr. Kaufman assertion. Staff at CCWF appropriately manage medication, including reviewing and assessing a patient's psychiatric condition to ensure patients are prescribed the appropriate medication and using a number of processes and audits to monitor potential side effects of medication.

4. Dr. Kaufman appears to base his opinion of medication management on his claim that a nurse in the reception center (RC) told him that medication is prescribed for up to fourteen days without the inmate being seen or assessed by a psychiatrist. Dr. Kaufman did not explain, or did not know, that such medication orders only occur for inmates who are arriving at the institution whose medical records show a valid and recent prescription. Often when inmates are transferred to CCWF the have active prescriptions in their medical belongings but do not arrive with a supply of the prescribed medication. The CDCR Psychiatrist can order that inmate be provided with medication that had been prescribed at the transfer facility up to fourteen days to avoid the medical and mental health complications that can be cause by abrupt discontinuation of medication. The continuation medication order also serves to permit time for the proper psychiatric assessment by a CDCR psychiatrist, which takes place during the first week that the inmate is at CCWF.

5. Dr. Kaufman also did not explain, or did not know, that RC nurses are trained to identify severe mental illness and significant/life threatening side effects. When these issues are discovered by the RC nurse, that inmate will receive an immediate assessment by a psychiatrist.

2

Decl. Harry _____ Supp. Defs. Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

This process has worked well for the four years that I have been working at CCWF. To my knowledge, there has never been an incident of a patient being prescribed a new psychotropic without a psychiatric assessment.

6. Dr. Kaufman also stated that the computer system in place to analyze and audit the psychotropic medications prescribed to inmates was not useful and should not replace meaningful individual patient records. During Dr. Kaufman's tour of CCWF, he requested that I provide him information about the number of certain types of medication prescribed to inmates at CCWF. I showed him the Mental Health Tracking System (MHTS) which maintains the Maxor database of medications prescribed, and utilized it to provide Dr Kaufman with the information he requested. Dr. Kaufman did not request that I demonstrate any other capabilities or aspects of the MTHS to him. Dr. Kaufman also did not request that I show him the process for reviewing individual patients' information, including medical records. If Dr. Kaufman had asked me to show him how our staff reviews and accesses individual patients' medical records, I would have demonstrated to him the electronic unit health records (eUHR), supplemental paper records, Healthcare 360, the Master Registry, and the full scope of MTHS. All of these systems, along with paper files when appropriate, ensure that we maintain and can access accurate medical records to ensure that our patients receive appropriate care.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Chowchilla, California on March 21, 2013.

_____
Jonathan Harry
*(original signature retained by attorney)*

3

Decl. Harry____ Supp. Defs. Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)