THE KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF KATHERINE HUDSON IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Katherine Hudson, declare as follows:

1. I am the Director of Nursing at Central California Women's Facility in Chowchilla, California. I am licensed as a registered nurse in California. I became a registered nurse in 1995 and have worked at CDCR since 2007. I became the Director of Nursing at Central California Women's Facility in 2010. I submit this declaration in support of the State's Reply Memorandum

1

in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5). I have reviewed the Expert Declaration submitted by Dr. Edward Kaufman in support of Plaintiffs' opposition to Defendants' motion to terminate. I was present and accompanied Dr. Kaufman when he toured the Central California Women's Facility (CCWF) on February 8, 2013.

2. In paragraphs 66 and 65 of his declaration, Dr. Kaufman criticized medication management at CCWF, and wrote that he was told by a nurse in the reception center (RC) of an instance in which a psychiatrist prescribed medications, including two antipsychotic medications, without personally seeing or evaluating the RC patient for up to 14 days. What Dr. Kaufman did not explain, or did not know, is that CCWF's clinicians will only prescribe medication for an RC patient as replacement medication for a **maximum** of 14 days when the patient' medical records shows a valid and current prescription for the medication.

3. Inmates being transferred to CCWF are supposed to arrive with their prescribed medication from the transferring facility. But inmates often arrive at the RC from a county facility without a supply of the medications that have been prescribed in the medical records. When this happens clinicians at CCWF will prescribe the medication for up to 14 days to replace the medication and continue current prescriptions. This avoids the medical and mental health complications and side effects that may result from abrupt discontinuation of medication. This also allows time for an appropriate and thorough psychiatric assessment. The psychiatric assessments typically take place within the first week the patient arrives at our facility and is required to be completed within 14 days of arrival at the CCWF.

4. Dr. Kaufman also failed to note that the RC nurses are highly trained to assess the inmates and to identify serious mental illness and significant/life threatening side effects. There are multiple safeguards for the replacement medications because the RC nurses discuss the continuation orders with a pharmacist, medical doctor, and the psychiatrist. When urgent issues are discovered by the RC nurse, an immediate referral is initiated and the inmate will have an

2

Decl. Hudson____ Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

immediate assessment by psychiatry staff. This process has worked well for the six years I have been at CCWF and to my knowledge there has been no adverse incident from replacement orders.

5. To my knowledge, at CCWF there has never been an incident of any patient being prescribed a **new** psychotropic medication without a psychiatric assessment.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Chowchilla, California on March 21, 2013.

Katherine Hudson

***(original signature retained by attorney)***