KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>      v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF DEBBIE VOROUS IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Debbie Vorous, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Motion

1

To Terminate Under The Prison Litigation Reform Act [18 U.S.C. § 3626(b)] And To Vacate the Court's Judgment And Orders Under Federal Rule Of Civil Procedure 60(b)(5).

2. Attached as Exhibit 1 to my sealed declaration are true and correct copies of exhibits referenced in declarations by California Correctional Institution staff.

3. Attached as Exhibit 2 to my sealed declaration are true and correct copies of exhibits referenced in declarations by Central California Women's Facility staff.

4. Attached as Exhibit 3 to my sealed declaration are true and correct copies of exhibits referenced in declarations by California Institution for Men staff.

5. Attached as Exhibit 4 to my sealed declaration are true and correct copies of exhibits referenced in declarations by California State Prison, Corcoran staff.

6. Attached as Exhibit 5 to my sealed declaration are true and correct copies of exhibits referenced in declarations by California State Prison, Los Angeles County staff.

7. Attached as Exhibit 6 to my sealed declaration are true and correct copies of exhibits referenced in declarations by Mule Creek State Prison staff.

8. Attached as Exhibit 7 to my sealed declaration are true and correct copies of exhibits referenced in declarations by Richard J. Donovan Correctional Facility staff.

9. Attached as Exhibit 8 to my sealed declaration are true and correct copies of exhibits referenced in declarations by California State Prison, Sacramento staff.

10. Attached as Exhibit 9 to my sealed declaration are true and correct copies of exhibits referenced in declarations by San Quentin State Prison staff.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on March 22, 2013.

                                            */s/  Debbie J. Vorous*
                                            _____
                                            Debbie Vorous

CF1997CS0003
20680006.docx

2

Decl. of Debbie Vorous in Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)