KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-3035
  Fax:  (415) 703-5843
  E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                              Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                                              Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF JOHN SOTO IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, John Soto, declare as follows:

1. I am the Warden (A) at California State Prison-Los Angeles County (LAC). I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

1

2. I was appointed Warden (A) at LAC since September 2012. I have worked in CDCR for twenty-four years and have worked at Avenal State Prison, Correctional Training Facility, California Men's Colony, and Salinas Valley State Prison in various positions.

3. In Dr. Pablo Stewart's Declaration in Support of Plaintiff's Opposition to Defendants' Motion to Terminate Under Prison Litigation Reform Act, he states concerns about LAC's procedures for suicide watch. LAC's standard procedure for an inmate who claims to be suicidal is to place the inmate in restraints and remove the inmate from his cell. Upon placing the inmate into a holding cell "therapeutic modules if housed in Administrative Segregation Unit (ASU), the restraints are removed and an unclothed body search is conducted to ensure the inmate is not in possession of any contraband, to include items that he may hurt himself with. Inmates will be properly attired in a paper jumpsuit and placed in a suicide resistant cell under surveillance until an admission order to Mental Health Crisis Bed (MHCB) is written by a clinician. The admitting clinician will articulate in the admission order the proper clothing that the patient is allowed to possess.

4. Dr. Stewart in his Declaration claimed that the ASU housing unit was noisy, dirty and cluttered. He also complained about the lack of televisions or radios for ASU Enhanced Outpatient Program (EOP) inmates. ASU is always a hub of activity which does tend to increase the noise in the unit somewhat versus a General Population housing unit. Staff does clean the housing unit throughout the day as part of daily operations. The ASU EOP Quality Improvement Team monitors the cleanliness of the building and reports weekly on staff's efforts, including the cleaning of the therapeutic treatment modules. In addition, during the 25th Round Coleman tour, the Coleman Special Master's team emphasized LAC's ASU cleanliness and compared our institution favorably to other ASU housing units throughout the state. LAC currently lacks the physical plant capacity to provide electricity in all the ASU cells. However, Facility A, Buildings 4 and 5 have been outfitted with two television sets on the dayroom walls for inmates to view from their cells.

2

Decl. Soto Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

### Individual Inmate Rebuttals

5. In paragraph 231-232 of his Declaration, Dr. Stewart opines about Prisoner L and his experiences with expressing suicidal ideation while housed in ASU on May 17, 2012. Our records confirm that this inmate was place on Suicide Watch precautions and moved from his cell to cell FAB4-123L until a bed became available in CTC. As noted above, it is standard operating procedure to remove the inmate from his cell and place him in therapeutic treatment module and perform an unclothed body search to ensure he has no injuries that require immediate attention and that he does not have anything that he can hurt himself with. The inmate's clothing is then exchanged for a paper jump suit to decrease the likelihood of providing the inmate cloth that could be used by the inmate to injure him. Records indicate that Prisoner L was housed in a suicide resistant cell for about seven hours until he was moved to the Correctional Treatment Center (CTC) and re-housed in INF #1L. Attached as Decl. Vorous Supp. Reply Mot. Terminate, Ex. 5-C to this Declaration are records confirming Prisoner L's movement on May 17, 2012.

6. In paragraph 233 of his Declaration, Dr. Stewart discusses Prisoner M's experience with being suicidal during the month of January 2012. LAC's records show that Prisoner M was moved from his cell to FAB4-123L (a suicide resistant cell) at approximately 1133 hours on January 30, 2012, and the inmate's segregation record also indicates that he was placed in a therapeutic treatment module and an unclothed body search was performed to ensure he had no injuries that required immediate attention and that he did not have anything in his possession that he could hurt himself with. Attached as Decl. Vorous Supp. Reply Mot. Terminate, Ex. 5-D to this Declaration are records confirming Prisoner M's movement on January 30, 2012.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in _Lancaster_, California on March 21, 2013.

JOHN SOTO

*(original signature retained by attorney)*