KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF F. IGBINOSA IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, F. Igbinosa, declare as follows:

1.    I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

1

Decl. F. Igbinosa Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

2.   This declaration explains the process Pleasant Valley State Prison has in place to prevent another suicide like inmate A's, who was able to purchase a large quantity of pain medication from other inmates to commit suicide on January 1, 2011.

**Background**

3.   For the past two years, I have been the Chief Medical Executive at Pleasant Valley State Prison.  In this managerial capacity, I provide overall supervision for medical services and direct supervision for medical professional services, medical program management, and medical delivery system.  Essential functions include directing clinical operations, leading interdisciplinary management activities, training, and risk management.

4.   Prior to my current position, I was the prison's Chief Medical Officer/Medical Director for five years.

**Pleasant Valley's Pain Management Program**

5.   Pleasant Valley has a pain-management program that (1) standardizes the treatment of chronic pain, (2) ensures that inmates are receiving appropriate treatment for chronic pain, and (3) discourages the misuse, abuse, and trafficking of pain medications.  The prison monitors the administration of pain medications carefully because inmates have misused pain medications to commit, among other things, suicide.

6.   The pain-management program improves quality of care and promotes patient safety by:

    a.   reducing the wide variation in pain-medication prescriptions for chronic pain;

    b.   minimizing the risk of drug abuse and trafficking—misuses that often lead to morbidity, hospitalization, and death;

    c.   improving compliance with prescribing and documentation requirements; and

    d.   reducing the workload on pharmacy, nursing, and medical staff resource-intensive dispensing and administering requirements.

2

7. Primary-care providers periodically evaluate their inmate-patients to monitor and reassess their treatments. The providers are required to conduct face-to-face meetings with inmates before prescribing them chronic pain medications. If a face-to-face encounter cannot be conducted before the patient's next scheduled appointment, the provider may do a bridge order prescription sufficient to control that inmate's pain.

8. Additionally, a primary-care provider must conduct a full clinical history, physical exam, and review of relevant medical and prison records before prescribing or weaning a patient off pain medication.

9. If a provider suspects that the patient is abusing or misusing pain medication, the provider may require the patient to take the medication under Direct Observation Therapy, where a nurse watches him swallow the medication and then examines his mouth to confirm that the medication was taken as prescribed.

**Pleasant Valley's Pain Management Committee**

10. Pleasant Valley also created the Pain Management Appeal Review Committee to serve as an additional layer of review of pain-management decisions, as well as resolve disputes between providers and patients concerning treatment.

11. The committee meets weekly and comprises two medical providers, a psychologist, and the appeal analyst. Custody staff are also present for security reasons and, if necessary, to provide information about the inmates.

12. In preparation for this face-to-face meeting with the inmates, the committee members review the each inmate's healthcare and prison file. During the meeting, the committee members interact with each inmate to discuss pain-management issues. At the end of the meeting, the committee members will help each inmate and his provider develop an appropriate and safe pain-management plan. The committee will also follow-up with the inmate and his provider when appropriate.

///

///

3

1

2       I declare under penalty of perjury under the laws of the State of California and the United

3   States of America that the foregoing is true and correct.  Executed in Coalinga, California on

4   March 21, 2013.

5                                  F. Igbinosa

6                                  Chief Medical Executive
                                   Pleasant Valley State Prison

7                                  *(original signature retained by attorney)*

8   CF1997CS0003
    20668591.docx

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. F. Igbinosa Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)