Kamala D. Harris
Attorney General of California
Jonathan L. Wolff
Senior Assistant Attorney General
Jay C. Russell
Supervising Deputy Attorney General
Debbie Vorous, State Bar No. 166884
Patrick R. McKinney, State Bar No. 215228
William Downer, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF J. KEITH IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, J. Keith, declare as follows:

1.  I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

///

///

1

**Background**

2. I have been a registered nurse for fourteen years in various settings, including intensive care, rehabilitation, emergency room, and surgical. Before entering the nursing profession, I worked as a correctional officer in the state of Ohio. Thus, I have a unique and personal understanding of the issues that custody officers and prison healthcare workers face daily.

3. For the past two years, I have been with Pleasant Valley State Prison as Chief Nurse Executive. In this capacity, I manage the day-to-day operation of the nursing department.

**Pleasant Valley's Emergency Medical Response Review Committee**

4. I currently chair the Emergency Medical Response Review Committee at Pleasant Valley. The committee comprises the Chief Nurse Executive, Chief Medical Executive, Chief of Mental Health, Associate Warden of Health Care, Supervising Registered Nurse III, Nurse Instructor, and Suicide Prevention Coordinator.

5. We hold monthly meetings to look at all aspects of emergency medical response such as response time, coordination, patient care, protocol compliance, and documentation. The committee also reviews drills performed by the custody, medical, and mental-health staff for compliance with emergency procedures; and seeks ways to improve our response time and coordination. For example, the committee has scrutinized past drills and emergencies for mistakes and gaps in response, coordination, and treatment; and provided training and education to staff members to avoid repeating such mistakes and better prepare themselves for future emergencies.

6. Since the formation of the Emergency Medical Response Review Committee, I have seen significant improvements in the staff's ability to respond to medical emergencies. These improvements have saved lives and reduced injuries to inmate-patients.

**The Committee Responded to the May 16, 2012 Suicide in Several Ways**

7. For example, after Inmate H's suicide on May 16, 2012, the committee determined that the supervising nurse who responded to the scene failed to render proper care to the patient.

2

Decl. J. Keith Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

Scrutinizing that nurse's actions, the committee determined that she failed to assess the patient properly and render basic first aid. In other words, her actions that day did not meet the committee's expectations.

8.  As a result of the May 16, 2012 incident, the committee increased the frequency of emergency response drills from quarterly to monthly. The committee also created an emergency response drill based on the factual scenario in inmate H's case to prevent a similar breakdown by the nursing staff. This drill scenario was also forwarded to all watches and yards to help staff there avoid a similar error. Finally, the nursing staff received training and education from the institutional Nursing Instructor.

9.  The committee strives to create emergency medical drills that simulate real-life medical emergencies. All drills are documented on standard institutional forms, and the committee scrutinizes each drill for completeness, compliance, and errors. If staff members did not perform a drill correctly, they would be ordered to perform the drill again until done correctly.

10. Regarding the supervising nurse who responded to inmate H's suicide, the committee took adverse action against her concerning her actions on May 16, 2012. That employment matter is still pending.

**Conclusion**

11. The nursing department has taken significant remedial steps to prevent a repeat of the mistakes made in inmate H's case. We are hard on ourselves because we want to do the best job possible in every emergency. Above all, we care about our inmate-patients.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Coalinga, California on March 21, 2013.

                                        J. Keith
                                        Chief Nurse Executive
                                        Pleasant Valley State Prison
                                        ***(original signature retained by attorney)***

CF1997CS0003
20668591.docx

3

Decl. J. Keith Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

Scrutinizing that nurse's actions, the committee determined that she failed to assess the patient properly and render basic first aid. In other words, her actions that day did not meet the committee's expectations.

8. As a result of the May 16, 2012 incident, the committee increased the frequency of emergency response drills from quarterly to monthly. The committee also created an emergency response drill based on the factual scenario in inmate H's case to prevent a similar breakdown by the nursing staff. This drill scenario was also forwarded to all watches and yards to help staff there avoid a similar error. Finally, the nursing staff received training and education from the institutional Nursing Instructor.

9. The committee strives to create emergency medical drills that simulate real-life medical emergencies. All drills are documented on standard institutional forms, and the committee scrutinizes each drill for completeness, compliance, and errors. If staff members did not perform a drill correctly, they would be ordered to perform the drill again until done correctly.

10. Regarding the supervising nurse who responded to inmate H's suicide, the committee took adverse action against her concerning her actions on May 16, 2012. That employment matter is still pending.

**Conclusion**

11. The nursing department has taken significant remedial steps to prevent a repeat of the mistakes made in inmate H's case. We are hard on ourselves because we want to do the best job possible in every emergency. Above all, we care about our inmate-patients.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Coalinga, California on March 21, 2013.

_____
J. Keith
Chief Nurse Executive
Pleasant Valley State Prison
*(original signature retained by attorney)*

CF1997CS0003
20668591.docx

3

Decl. J. Keith Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)