1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  WILLIAM DOWNER, State Bar No. 257644
   Deputy Attorneys General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-3035
    Fax:  (415) 703-5843
8   E-mail:  Patrick.McKinney@doj.ca.gov

9  *Attorneys for Defendants*

10            IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12                  SACRAMENTO DIVISION

13

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF SUPERVISING REGISTERED NURSE T. FELTON IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

        I, T. Felton, declare as follows:

        1.    I submit this declaration in support of the State's Reply Memorandum in support of

its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's

Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

                                    1

Decl. Supv. Registered Nurse T. Felton Supp. Defs.'Reply in Support of Termination Motion
                                                        (2:90-cv-00520 LKK JFM PC)

**Background**

2.    I am a Supervising Registered Nurse II with Pleasant Valley State Prison.  I have been at this prison for eight years as a licensed nurse, three of which were in the Receiving and Release Area (i.e., intake).  This declaration primarily explains my intake interview of inmate K on January 3, 2011, and the medication and screening improvements that Pleasant Valley's nursing department has made since inmate K's suicide on April 1, 2011.

3.    As a Supervising Registered Nurse II, my duties and responsibilities include treating inmate-patients, referring them to the appropriate healthcare departments for further evaluations, managing the nursing staff, and suggesting ways to improve patient care at Pleasant Valley.  I am also familiar with Pleasant Valley's record-keeping practices, including its procedures and practices concerning documentation of inmate care and interviews.

**January 3, 2011 Intake Interview of Inmate K**

4.    On January 3, 2011, I conducted the intake examination of inmate K, who was a new arrival from another state prison.  The sending institution did not document any mental-health history on the healthcare transfer form.  I asked inmate K a series of questions to gather information about him, particularly his current medical and mental-health needs.  While asking him these questions, I also looked for signs of any significant medical and mental-health problems, for instance unusual body language, lack of focus, inability to communicate, physical injuries, and the like.  I did not observe any of those signs during my examination of him; otherwise, I would have noted them in the screening form.

5.    Additionally, inmate K did not reveal any information that would have led me to believe that he was hearing voices, imagining things, or feeling suicidal and depressed.  Nonetheless, because his transfer records indicated prescriptions for psychotropic medications upon arrival, I referred him to the mental-health department for a routine evaluation and had a doctor renew his medications.

6.    I also explained to inmate K the process for obtaining psychiatric care at Pleasant Valley and verbally confirmed that he understood the process.  At the end of the interview, I

2

handed him an orientation book that explained in detail how to obtain medical, dental, and psychiatric at Pleasant Valley.

7.   Enclosed as <u>Exhibit 1</u> are true and correct copies of the screening and medication forms that I completed during my intake interview of inmate K on January 3, 2011.  The handwritten notations in these forms were recorded in the ordinary course of business and while the events were still fresh in my memory, and they are true and accurate copies.

**Improvements to Pleasant Valley's Intake Process Since Inmate K's Suicide**

8.   In response to inmate K's suicide on April 1, 2011, Pleasant Valley improved its intake procedure in several ways to better (1) screen new arrivals for any mental-health issues and (2) administer medications to them.

9.   For example, Pleasant Valley hired a full-time office technician to handle most of the clerical, administrative, and scheduling tasks.  The office technician also inputs all new arrivals into the prison's database, which is accessible to all healthcare staff.  Entrusting an office technician with these tasks allows nurses to spend more time interviewing new arrivals, assessing their healthcare needs, and, if necessary, referring them to the appropriate healthcare departments for further evaluations.  Moreover, nurses can now review electronic healthcare records in advance of arrival or during intake interviews.  To ensure continuity of care, inmates arrive at Pleasant Valley with their original medication-administration records and direct-observation-therapy medications.  For instance, new arrivals now arrive at Pleasant Valley with their healthcare transfer forms (CDC 7371), which provide thorough summaries of their healthcare histories.

10.  Newly arrived inmate-patients are referred to the mental-health department for a wide variety of reasons, including if they are on psychotropic medications, have missed or refused medications, showed signs of suicidal ideations, and verbalized thoughts of wanting to harm themselves or others.  For example, last month, we interviewed 219 new arrivals.  We referred eighty-seven of them to the mental-health department based on this intake process.

3

Decl. Supv. Registered Nurse T. Felton Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

11.  At the end of each day, the nursing staff faxes the psychiatric referrals and screening sheets to the prison's mental-health department for further consideration.  The nursing staff also retains copies of the forms and delivers the originals to the mental-health department's inbox. Attached as Exhibit 2 are true and correct copies of the pre-printed forms used by the nursing staff during intake interviews.

12.  Additionally, the nursing staff audits the medication-administration process monthly to ensure that the inmates transferred to Pleasant Valley with their medications, that staff reordered their medications within eight hours of arrival, and that the inmates received their medications within twenty-four hours.  We are currently operating at 100% or near 100% compliance with this self-implemented procedure.  If the nursing staff uncovers any defect in the process, the supervisors will address the issue with staff, propose remedies to help prevent a reoccurrence, and provide further training on the issue.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Coalinga, California on March 20, 2013.

J. Felton SRN II  3/20/13

T. Felton
Supervising Registered Nurse II
Pleasant Valley State Prison
*(original signature retained by attorney)*

CF1997CS0003
20668591.docx

4

Exhibit 1

The following shall be comp____ by CDCR Health Care staff only. Inmates ___ answer all questions.
Complete a CDCR 7277-A for all female inmates.

| INMATE NAME: Redacted: Inmate K | | Inmate K's DOB and CDCR No. Redacted |
|---|---|---|

| RECEIVING INSTITUTION PVSP | SENDING INSTITUTION NKSP | ARRIVAL DATE 1·3·11 | ARRIVAL TIME 1105 |
|---|---|---|---|

Vital Signs: B/P: 120/68   Pulse: 70   24   Weight:

| | Circle one |
|---|---|
| 1. Does the inmate have a primary language other than English? If so, what is the primary language? | YES **NO** |
| 2. Are you currently under a doctor's care for medical reasons? If "yes," describe the medical conditions: | YES **NO** |
| 3. Are you taking any medications? If "yes," list all medications: | **YES** NO |
| 4. Did medication(s) arrive with patient? | YES **NO** |
| 5. Have you been seen, or are you scheduled to be seen by a specialist/physician either inside or outside of the prison? If "yes," describe condition: | YES **NO** |
| 6. Do you have any special health care needs or current medical complaints, including drug withdrawal symptoms? If "yes," please describe: | YES **NO** |
| 7. Do you have any physical deformities or disabilities? If "yes," describe. (Refer to Physician for completion of CDCR 1845, if applicable): | YES **NO** |
| 8. Do you use any health care appliances such as dentures? If "yes," please list: 1 bridge | **YES** NO |
| 9. Do you have any of the following? Cough, Fever, Night Sweats, Unexplained Weight Loss. If "yes," please list: | YES **NO** |
| 10. Do you have any allergies? If "yes," please list: | YES **NO** |
| 11. Does the inmate meet the Elevated Risk Criteria for Valley Fever? | YES **NO** |
| 12. Does inmate have any significant dental problems or dental pain? | YES **NO** |
| 13. Do you have a mental health problem? | YES **NO** |
| 14. Have you recently received bad news? | YES **NO** |
| 15. Have you ever been treated for a mental illness? | YES **NO** |
| 16. Have you been hearing voices or seeing things that are not there? | YES **NO** |
| 17. Have you had any thoughts of hurting yourself or others in the past year? | YES **NO** |
| 18. Are you thinking of committing suicide now, or have you ever attempted suicide? | YES **NO** |
| 19. Does the inmate appear disoriented to time, place, or person? | YES **NO** |
| 20. Does the inmate appear to have difficulty understanding the questions, or in making appropriate responses to them? Explain: | YES **NO** |

Additional Comments:
I/M orientation handbooklet offered./Advance directive offered. I/MI PT made aware of protocal to obtain medical dental/mental health service. Condition stable. PT/IM verbalized understanding to writer teaching.

**LPT/LVN DATA COLLECTION OR RN ASSESSMENT**
If any question above is answered "yes", contact a LPT / LVN Data Collection, or RN Assessment primary care provider for an assessment and disposition.

Release to custody? RN Signature: Elton RN   Date: 1·3·11   **YES** NO

**RN DISPOSITION**
Referral required? If yes, when? ☐ Immediately ☐ Within 24 hours ☐ Within 72 hours ☒ Refer to: TU
RN Signature: Elton RN   Date: 1·3·11

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

tb CODE 22

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS AND REHABILITATION
INITIAL HEALTH SCREENING (ALL INSTITUTIONS)
CDCR 7277 (Rev. 06/07)

Inmate K

CDCR No. Redacted

DOB Redacted

MEDICATION RECONCILIATION - ACTIVE MEDICATIONS AS OF 1/3/2011 9:34:39 AM

D1-101

**NORTH KERN STATE PRISON**

Patient
CDCR#:
Unit#: D1-210U

| Drug Name (Generic Name) | Start Date | Last Dispense | Expiration Date | Rx # - Doctor | Refills Left | Qty | Days |
|---|---|---|---|---|---|---|---|
| *NF* OLANZAPINE 15 MG TABLET (zyprexa 15 mg tablet ud) SIG: TAKE 1 TABLET BY MOUTH AT BEDTIME **DOT** **DOT | 12/3/2010 | 12/27/2010 | 3/3/2011 | 286326723-2 WARD-MH,A | 1 | 30 | 30 |
| PAROXETINE HCL 20 MG TABLET (paroxetine hcl 20 mg tablet) SIG: TAKE 1 TABLET BY MOUTH EVERY MORNING **DOT** ** DOT | 1/3/2010 | 12/27/2010 | 3/3/2011 | 286325725-2 WARD-MH,A | 1 | 30 | 30 |

REFILLS:  PRN  □ KOP  □ STOP
REFILLS:  PRN  □ KOP  □ STOP
REFILLS:  PRN  □ KOP  □ STOP

Page 3 of 3

1/3/11 new arrival to PVSP
#1 MDL x 30 DAYS —
#2 Mental HEALTH/BENS/ROUTINE

TOV Brown/FELTOURN

noted
FELTOURN
1/3/11
1100

**NEW PRESCRIPTION:**
Allergies: NO Known Drug Allergies

SUBSTITUTION PERMITTED SIGNATURE          DATE/TIME 1/3/11          PROV#

ⓘ ONLY CHANGE OR PROCESS CHECKED PRESCRIPTIONS

MEDICATION RECONCILIATION

DISPENSE AS WRITTEN SIGNATURE          DEA# REQUIRED FOR CONTROLLED SUBSTANCES

*** SEND TO PHARMACY ONCE COMPLETE ***

Exhibit 2

Urgent_____
(See within 24-48 hrs.)
Routine_____
(See within 14 days)

# PSYCHIATRIC REFERRAL
## New Arrival – PVSP

DATE: _____

INMATE NAME:_____

D.O.B._____

CDCR #:_____

HOUSING:_____

## REASON FOR REFERRAL

____Current meds (reordered for 30 days)  ____No consent on file

____Refusal for TX signed CDCR 7225  ____Consent in UHR expired

____Chronic care (no meds)  ____Exhibiting bizarre behavior

____CCCMS  ____EOP  Keyhea (date of expiration_____)

____Further evaluation needed  ____Expresses suicidal ideation

____Inmate request psych review  ____Medication concerns

Other_____

_____

_____

Referred by:  M. LEWIS, R.N./Receiving and Release

State of California                                               Department of Corrections and Rehabilitation

**HEALTH CARE TRANSFER INFORMATION**

CDCR 7371 (Rev. 06/07)                                          **NEEDS IMMEDIATE ATTENTION**

☐ Medical and Return    ☐ Psychiatric and Return    ☐ Return from Medical and Return

| SENDING INSTITUTION | INMATE NAME | CDC NUMBER |
|---|---|---|
| **PVSP** | | |

| Allergies: | No known allergies ☐ |
|---|---|

## SIGNIFICANT MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS/COMMENTS

| (E.G. SUICIDE ATTEMPTS, DENTAL NEEDS, SPECIAL DIET, PENDING OR INCOMPLETE CONSULTS, LABORATORY TESTS, X-RAYS) | Chronic Care Program (List type) | Date of Last Visit |
|---|---|---|
| | | |
| | | |

Date of Last Physical:                          Keyhea ☐      Valley Fever Elevated Risk Criteria ☐

Medical Prosthetic Device(s)? ☐ Yes ☐ No      Type:

Medical Hold Initiated?    ☐ Yes ☐ No    Reason:

Medical Chronos reviewed? ☐ Yes ☐ No    Type of Medical Chrono?              TB Alert Code:

Mental Health Level of Care:   None ☐     CCCMS ☐     EOP ☐     MHCB ☐     *Suicide History   Yes ☐   No ☐

Dental Priority Classification (**DPC**): 1 ☐    2 ☐    3 ☐    4 ☐    5 ☐

Dental Prothesis(s)?   Full Denture    Upper ☐    Lower ☐

                   Partial Denture   Upper ☐    Lower ☐

## MEDICATIONS PRESCRIBED

Medication Administration Recorded Attached: Yes ☐    No ☐        Pharmacy Profile Attached:   Yes ☐    No ☐

| Name of Medication (including TB ) | Dose | Route | Frequency | Start Date | Stop Date | Heat Risk Med |
|---|---|---|---|---|---|---|
| | | | | | | |
| **SEE ATTACHED PROFILE** | | | | | | |
| | | | | | | |

| DIAGNOSTIC TESTS PERFORMED | Disability (see CDC (1845) | Developmental Disability |
|---|---|---|
| Is inmate pregnant? ☐ Yes   ☐ No   EDC_____ | DPW ☐      DPS ☐ | |
| Tuberculosis: | DPM ☐      DPV ☐ | DD1 ☐    DD2 ☐ |
| PPD Test_____ mm   Date Read:_____ | DPH ☐      DPO ☐ | DD1A ☐    DD3 ☐ |
| Chest X-Ray | | |
| Normal ☐    Abnormal ☐   Date Read: ___N/A_____ | | |

MISC TESTS *(check each box that applies to inmate)* RPR/VDRL:

Hepatitis:    ☐ Reactive   Non-Reactive ☐           Treated?   Yes ☐    No ☐   Date Treated:_____

          ☐ Positive   ☐ Negative    Type_____    Treated?   Yes ☐    No ☐   Date Treated:_____

| Other Screening test results and date: | Other Laboratory: |
|---|---|
| | Data: |
| | |
| | |

| Pending Medical/Mental Health Appointments: | Date | Attachments ?   Yes ☐    No ☐ |
|---|---|---|
| ☐   Chronic Care | | Special Instructions: |
| ☐   Specialty | | **Universal Precautions** |
| ☐   Telemedicine | | |
| ☐   Other | | *Attach Mental Health Tracking System Inmate Profile |

| COMPLETED BY SENDING INSTITUTION (Print/Stamp) | RN SIGNATURE/TITLE/DATE/TIME | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| | | |
| REVIEWED BY RECEIVING INSTITUTION RN/MTA/LPT (Print/Stamp Name) | SIGNATURE/TITLE/DATE/TIME | |
| | | |
| Original – Receiving Institution<br>Canary – Sending Institution | RECEIVING INSTITUTION | |

**The following shall be completed by CDCR Health Care staff only. Inmates shall answer all questions.**

**Complete a CDCR 7277-A for all female inmates.**

| INMATE NAME | | CDC NUMBER | DATE OF BIRTH |
|---|---|---|---|
| RECEIVING INSTITUTION | SENDING INSTITUTION | ARRIVAL DATE | ARRIVAL TIME |
| Vital Signs: B/P: | Pulse: | Weight: | |

| | (Circle one) | |
|---|---|---|
| 1. Does the inmate have a primary language other than English? If so, what is the primary language? _____ | YES | NO |
| 2. Are you currently under a doctor's care for medical reasons? If "yes," describe the medical conditions: | YES | NO |
| 3. Are you taking any medications? If "yes," list all medications: _____ | YES | NO |
| 4. Did medication(s) arrive with patient? | YES | NO |
| 5. Have you been seen, or are you scheduled to be seen by a specialist/physician either inside or outside of the prison? If "yes," describe condition: _____ | YES | NO |
| 6. Do you have any special health care needs or current medical complaints, including drug withdrawal symptoms? If "yes," please describe: _____ | YES | NO |
| 7. Do you have any physical deformities or disabilities? If "yes," describe. (Refer to Physician for completion of CDCR 1845, if applicable): _____ | YES | NO |
| 8. Do you use any health care appliances such as dentures? If "yes," please list: _____ | YES | NO |
| 9. Do you have any of the following? Cough, Fever, Night Sweats, Unexplained Weight Loss. If "yes," please list:_____ | YES | NO |
| 10. Do you have any allergies? If "yes," please list: _____ | YES | NO |
| 11. Does the inmate meet the Elevated Risk Criteria for Valley Fever? | YES | NO |
| 12. Does inmate have any significant dental problems or dental pain? | YES | NO |
| 13. Do you have a mental health problem? | YES | NO |
| 14. Have you recently received bad news? | YES | NO |
| 15. Have you ever been treated for a mental illness? | YES | NO |
| 16. Have you been hearing voices or seeing things that are not there? | YES | NO |
| 17. Have you had any thoughts of hurting yourself or others in the past year? | YES | NO |
| 18. Are you thinking of committing suicide now, or have you ever attempted suicide? | YES | NO |
| 19. Does the inmate appear disoriented to time, place, or person? | YES | NO |
| 20. Does the inmate appear to have difficulty understanding the questions, or in making appropriate responses to them? Explain: _____ | YES | NO |

Additional Comments:

**LPT / LVN DATA COLLECTION OR RN ASSESSMENT**

If any question above is answered "yes", contact a LPT / LVN Data Collection, or RN Assessment primary care provider for an assessment and disposition.

| Release to custody? RN Signature: _____ Date: _____ | YES | NO |
|---|---|---|

**RN DISPOSITION**

Referral required? If yes, when? ☐ Immediately  ☐ Within 24 hours  ☐ Within 72 hours  ☐ Refer to: _____

RN Signature: _____ Date: _____

| | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|
| | |

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INITIAL HEALTH SCREENING (ALL INSTITUTIONS)**
CDCR 7277 (Rev. 06/07)

# PLEASANT VALLEY STATE PRISON
# NEW ARRIVAL SCREENING WORKSHEET

R & R SCREENING COMPLETED BY: _____   DATE: _____

*IF PATIENT OVER 50 YEARS OF AGE (DOB LESS THAN 1959) COMPLETE FOB LOG SHEET*

| INM NAME / CDC # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TABE SCORE | | | | | | | | | |
| D.O.B. | | | | | | | | | |
| SENDING INSTI. | | | | | | | | | |
| COCF | | | | | | | | | |
| OTCR | | | | | | | | | |
| COCCI | | | | | | | | | |
| # OF UHRS | | | | | | | | | |
| TB CODE | | | | | | | | | |
| PNEUMO VACC. | | | | | | | | | |
| FLU VACC. | | | | | | | | | |
| PPD GIVEN | | | | | | | | | |
| LAST CXR | | | | | | | | | |
| CCP ENROLLED | | | | | | | | | |
| HIGH RISK ENROLLED | | | | | | | | | |
| CAME W | | | | | | | | | |
| ARRIVED W/MEDS | | | | | | | | | |
| DPP 1845 | | | | | | | | | |
| ARR. W/ APP. | | | | | | | | | |
| DPC | | | | | | | | | |
| MH CODE | | | | | | | | | |
| 7371 COMPLETE | | | | | | | | | |
| SENT / TTA | | | | | | | | | |
| L B | | | | | | | | | |
| L T | | | | | | | | | |
| INAPP TRANS | | | | | | | | | |
| MEDS ISSUED | | | | | | | | | |
| ORIGINAL MAR | | | | | | | | | |
| MEDICAL INFOR/REFERRALS | | | | | | | | | |