KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF SERGEANT K. CENTER IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, K. Center, declare as follows:

1. I have been employed with Pleasant Valley State Prison since April 9, 2000. Currently, I am the second-watch correctional sergeant in Administrative Segregation Unit 2, which houses inmates in the Welfare Check Program (i.e., high-risk suicidal inmates). Second watch hours are 6:00 a.m. to 2:00 p.m. This declaration explains the steps we take in the Unit to

1

Decl. Sgt. K. Center Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

keep inmates safe, and the monthly emergency drills we conduct with the medical and mental-health departments to prepare ourselves for emergencies.

2. Accordingly, I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

**Custody Staff Meets With Mental-Health Staff Daily to Discuss Care and Unusual Activities**

3. Each correctional sergeant from the second and third watches meets with the mental-health staff daily to discuss matters relating to the psychiatric needs of inmates in Administrative Segregation Unit 2. For example, if a correctional sergeant saw or received information that a particular inmate displayed bizarre behavior, refused to eat, or expressed a desire for psychiatric care, that sergeant would relay the information to the mental-health staff at the next meeting. The primary goal of these meetings is to ensure that custody staff promptly relay any concerns and issues to the mental-health department for further action.

4. For example, staff from the prior shift (first watch, 10 p.m. to 6 a.m.) informed me that a particular inmate in the Unit had yelled and sang all night and exhibited bizarre behavior in his cell. I relayed this information to the mental-health staff the same day during our morning meeting.

5. Custody officers also have a contact number for the mental-health department if they need immediate assistance.

**Welfare Checks**

6. A floor officer conducts a welfare check on inmates who are in the Welfare Check Program every thirty minutes for twenty-one consecutive days for inmates housed in administrative segregation. Unless there is an emergency or something unusual, a welfare check takes precedent over any other matter. We average about 54 welfare checks a day, which comes out to about 1,620 welfare checks a month. For the past nine months, according to our records, we conducted about 14,580 welfare checks, and of those, only ten were untimely. Percentage-wise, the on-time rate is nearly perfect.

2

Decl. Sgt. K. Center Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

7. During a welfare check, a floor officer checks for any unusual inmate activity—for instance, bizarre behavior, unusual body language, and unusual speech. A computer program helps us keep track of inmates in the Welfare Check Program, and we document all welfare checks, including the start and end times of each check. The shift sergeant verifies compliance with the Welfare Check Program by reviewing the welfare-check log and signing off on the document. The welfare-check documents are forwarded to the Associate Warden in charge of the Unit every Monday for review, compliance check, and quality assurance.

**Additional Welfare Checks by Licensed Psychiatric Technicians**

8. During second watch, the Unit has assigned licensed psychiatric technicians to conduct additional welfare checks on inmates daily. The psychiatric technicians get updates from the custody staff and check on the inmates for any mental-health concerns and needs. The technicians approach each cell, make contact with the inmate, and assess that inmate's needs. The technicians also run group therapy with up to eight inmates inside the Unit, averaging about 1.5 to 2 hours each session. They also give inmates puzzles, games, and other in-cell activities twice weekly to stimulate their minds.

**Responding to Medical Emergencies in the Unit**

9. Every staff member has a personal alarm to automatically summon both the medical and custody staff to the Unit. In the case of a suicide attempt, an officer may use pepper spray to stop the attempt if the threat is ongoing. If the officer decides instead to open the cell door, he or she must ensure, for safety and security reasons, that there are at least two officers for every inmate. Based on my training and experience, inmates know that officers are vulnerable during a medical emergency because they are distracted by the emergency at hand. Accordingly, inmates have staged medical emergencies with the intent to kill or assault officers.

10. During second and third watches, emergency responders respond very quickly, usually under a minute, because of the high availability of staff members in the building. During first watch (10 p.m. to 6 a.m.), however, we have fewer custody and medical staff members, and therefore emergency responders typically take a few minutes to respond to each emergency.

**A Personal Example of Helping an Inmate**

11. During a welfare check, my staff heard loud noise and yelling from an inmate's cell. The inmate yelled, "I can't take this anymore!" An officer immediately ran to the cell and saw the inmate's head bleeding, which prompted the officer to press his personal alarm to summon immediate help. When the responders arrived at his cell door, they asked him to back up to the cell door for cuffing. He did not comply. I stepped in and began talking to the inmate in a calm voice. I politely asked him what was wrong, to which he responded that he just could not handle the stress of imprisonment. I told him that mental-health staff was present to help him. The inmate's mood changed and he agreed to back up to the cell door for cuffing. Custody and mental-health staff escorted him to medical for treatment. After medical staff treated his head wound, the custody staff escorted the inmate to the Correctional Treatment Center for a higher level of mental-health care.

**Monthly Emergency Medical Drills**

12. Every month, I conduct a medical emergency response drill with custody, medical, and mental-health staff to keep all of us ready and prepared for any medical emergency. After each drill, we critically self-evaluate ourselves to ensure that the custody and healthcare staff worked together smoothly and efficiently in response to the mock emergency, which is typically based on an actual prison emergency. All of us strive to work together as a team to better prepare ourselves for emergencies.

///
///
///
///
///
///
///
///

4

Decl. Sgt. K. Center Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

**Conclusion**

13. In sum, my staff and I have no reason to ignore inmates' mental-health needs and welfare. One of our primary duties as officers is to keep inmates safe and healthy. We take that duty seriously.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Coalinga, California on March 21, 2013.

*K. Center*

K. Center
Correctional Sergeant
Administrative Segregation Unit 2
Pleasant Valley State Prison
***(original signature retained by attorney)***

CF1997CS0003
20668591.docx

5

Decl. Sgt. K. Center Supp. Defs.' Reply in Support of Termination Motion