1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  WILLIAM DOWNER, State Bar No. 257644
   Deputy Attorneys General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-3035
     Fax: (415) 703-5843
8    E-mail: Patrick.McKinney@doj.ca.gov

9  *Attorneys for Defendants*

10               IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION

| RALPH COLEMAN, et al., Plaintiffs, v. EDMUND G. BROWN JR., et al., Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF CHERYL PAIZIS IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |
|---|---|

I, Cheryl Paizis declare as follows:

1. I am the Senior Psychiatrist at Folsom State Prison. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. At Folsom State Prison (FSP), communication and collaboration between the medical and psychiatric physicians has been successfully improved through the weekly Medical Care

1

Provider's meeting. This meeting is led by the Chief Medical Executive and attended by all the Physicians and Surgeons, all the Nurse Practitioners, all the Staff Psychiatrists, and the Senior Psychiatrist. It takes place every Monday from 1:30 p.m. to 3:00 p.m.

3. CEO Mr. Jonathan Copley suggested this joint meeting as a way to improve collaboration and communication about patients between the medical and psychiatric physicians. It has been successful.

4. During the weekly meetings, we discuss difficult, high-risk patients with both medical and psychiatric issues, interesting cases, and system issues. As a result of these meetings, staff are developing more open and collegial relationships allowing us to question each other and share opinions openly without fear of insulting each other or being judged negatively.

5. As a result of this regular opportunity to communicate and collaborate, the patients clearly benefit from improved care, the system is more efficient, and the physicians appreciate the opportunity to learn from each other.

6. The Medical Care Provider's meetings provide additional opportunities for early referrals to mental health, which can prevent what could become more acute and difficult patients to manage in the future. In fact, mental illness is frequently first observed by the medical physician due to vague complaints, lack of self care, or unusual behavior during interactions. As an example, we recently discussed a patient with colon cancer who had begun refusing radiation therapy. He was referred to mental health and we worked with him to recognize and manage his anxiety and depression. He is now making logical treatment decisions with his medical care provider.

7. In addition, the Medical Care Provider's meetings provide additional opportunities for medical providers and psychiatrists to discuss risks and benefits of treatment combinations. This is invaluable for managing a high-risk patient. Medication interactions are often a concern for physicians. Specific psychiatric medications can increase the risk of developing or exacerbating diabetes, high blood pressure, obesity, and heart disease. Likewise some medications prescribed for physical conditions increase the risk of depression, anxiety, psychosis, and confusion.

8. I often leave the Medical Care Provider's meetings with referrals or information to share with the mental health case managers (psychologists and social workers).

9. Communication within the mental health department is also excellent, with the psychiatrists and case managers meeting several times each week.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed in Folsom, California on March 22, 2013.

_____
CHERYL PAIZIS
*(original signature retained by attorney)*

3

Reply Decl. of Cheryl Paizis In Supp. of Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)