KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                  Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                                  Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF MEG CHO IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Meg Cho, declare as follows:

1. I am the Senior Psychologist and Chief of Mental Health at Folsom State Prison. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. Folsom State Prison (FSP) has a robust suicide prevention program and identification and management for inmates at a risk of suicide or psychiatric decomposition. Our Suicide

1

Prevention and Response Focused Improvement Team (SPR FIT) and our High Risk Management Program have been in place for many years.

3. In my experience, I have found that advertisement on the institutional television is effective in telling inmates about available mental health therapy groups. Therefore, approximately nine years ago, FSP Audio-Visual Lab Supervisor Mr. Shane Mollring and I created a suicide prevention video which is played on the institutional television between November 15th and January 15th of every year. In the suicide prevention video, I discuss the symptoms of suicidal or depressed inmates and tell the inmates to refer to mental health if they observe these symptoms in themselves or their friends. This suicide prevention video is memorialized in our LOP#92 Suicide Prevention.

4. Approximately nine years ago, I started the weekly Clinical Supervision with all Mainline Primary Clinicians and all ASU Primary Clinicians. In these meetings, we discuss difficult inmate cases and receive feedback from the group on strategic planning and intervention strategies.

5. Approximately six years ago, I started the daily Clinicians' Meetings with all mental health clinicians (psychiatrists, psychologists, and social workers). In these meetings, we discuss inmates who are on suicide watch or who need 5-day MHCB follow-ups.

6. Approximately six years ago, I started the weekly ASU Clinicians Meetings with all ASU Primary Clinicians and ASU Psychiatrist. In these meetings, we discuss issues in ASU and any emerging problems with ASU inmates.

7. Approximately five months ago, in response to a recent inmate suicide case in which the inmate was discontinued from his pain medications by the treating physician, CEO Mr. Jonathan Copley recommended that the psychiatrists attend the weekly Medical Provider meeting. Therefore, I assigned all the psychiatrists to attend the weekly Medical Provider meetings. These meetings are attended by the Chief Medical Executive, all the Physicians & Surgeons, all the Nurse Practitioners, all the Staff Psychiatrists, and the Senior Psychiatrist. In these meetings, they discuss difficult inmate cases that have both medical and psychiatric issues.

2

Reply Decl. of Meg Cho In Supp. of Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

8. Per MHSDS Program Guide requirements, one of our ASU Primary Clinicians is assigned to attend the Daily ASU Sergeant's meeting each work day. These meetings are attended by the assigned ASU Primary Clinician, the ASU Sergeant, and the Licensed Psychiatric Technician (LPT). In these meetings, the ASU Primary Clinician is told about high risk inmates that custody and the LPTs have concerns about.

9. Per MHSDS Program Guide requirements, we have a weekly ASU Interdisciplinary Treatment Team (IDTT) Meeting in which specific inmate cases and treatment planning are discussed. These meetings are attended by the ASU MH Supervisor, the ASU Primary Clinicians, the ASU Psychiatrist, the LPTs, and the Correctional Counselor (CCI). In these meetings, we determine if an inmate needs to be referred to a higher level of care (e.g., EOP).

10. Per MHSDS Program Guide requirements, we have a bi-weekly Mainline IDTT Meeting in which specific inmate cases and treatment planning are discussed. These meetings are attended by the Mainline MH Supervisor, the Mainline Primary Clinicians, the Mainline psychiatrists, and the CCI. In these meetings, we determine if an inmate needs to be referred to a higher level of care (e.g., EOP).

11. Per MHSDS Program Guide requirements, we have a monthly Suicide Prevention and Response Focused Improvement Team (SPR FIT) Meeting. These meetings are attended by custody staff, medical administrative staff, nursing staff, and mental health staff. We discuss inmates who were placed in MHCB level of care, Suicide Quality Improvement Plans, and any high-risk inmates. If the high risk inmate is not transferred to a higher level of care, the inmate is tracked monthly in the SPR FIT Meeting minutes until the inmate's situation resolves.

12. In those above meetings, once a high risk inmate is referred to IDTT, then IDTT will determine if the inmate needs to be transferred to a higher level of care (e.g., EOP) or if another plan for intervention will be implemented.

13. In addition, beginning approximately eight years ago, FSP Mental Health Program has held between eight and thirteen therapy groups per week. Although we are not required to hold this many weekly therapy groups, we have this many weekly therapy groups because I am

3

interested in providing mental health treatment to the inmates and because we have the clinical staff to provide this many therapy groups. These therapy groups are facilitated by the staff psychologists and the staff social workers. All staff psychologists and all staff social workers (including ASU clinicians) are assigned to facilitate these Mainline therapy groups. We do not have ASU therapy groups because there is no group space.

14. Regarding the Suicide Risk Evaluation (SRE) Mentoring Program which was mandated for all CDCR mental health clinicians, all eleven FSP mental health clinicians (all psychiatrists, all psychologists, and all social workers) have successfully completed the SRE Mentoring Program at this time. A twelfth mental health clinician also passed the SRE Mentoring Program at FSP before transferring to another institution. We have an ongoing SRE Mentoring Program.

15. If a staff member (custody, medical, nursing, education) phones the Mainline Mental Health Clinic to refer an inmate that they are concerned about, then I tell them to send the inmate to the Mainline Mental Health Clinic and we will see the inmate that day. In the past, I calculated that the Mainline Mental Health Clinic have approximately 1.5 walk-in referrals per work day. However, we did not have approximately 1.5 MHCB admissions per work day. We see walk-in referrals in order to prevent the escalation of the mental health issue to the point that the inmate needs a MHCB and to assist staff so they know that mental health will respond to their concerns.

16. Currently, FSP Mental Health averages less than one CDCR 602 Medical Appeal per month and accounts for approximately 5% of all CDCR 602 Medical Appeals. When we do get a CDCR 602, it is not for Access to Care. This indicates that the inmates are satisfied with Mental Health Care at FSP.

17. Approximately 3 years ago and prior to the AB109 Inmate Population reduction, we had approximately 750 General Population CCCMS inmates and approximately 45 ASU CCCMS inmates. Our prior staffing of 2.5 FTE Staff Psychiatrists and 6.0 FTE Primary Clinicians was appropriate for 750 General Population CCCMS inmates (using the 130% above our Cap of 599 General Population CCCMS). Our prior staffing of 0.5 FTE Staff Psychiatrists and 2.0 FTE

4

Primary Clinicians was appropriate for 45 ASU CCCMS inmates. By attrition, we lost 1.0 FTE Staff Psychiatrist and 1.0 FTE Primary Clinician.

18. Recently, there were approximately 450 General Population CCCMS inmates, 26 ASU CCCMS inmates, and 1.0 General Population EOP inmate. Because of the CDCR Mental Health Staffing Ratios, our current staffing of 1.5 FTE Staff Psychiatrists and 5.0 FTE Primary Clinicians (3 Psychologists, 2 Social Workers) is appropriate for 450 General Population CCCMS inmates. However, our current staffing of 0.5 FTE Staff Psychiatrist and 2.0 FTE Primary Clinicians (2 Psychologists) is considered 1.0 FTE too many Primary Clinicians for 26 ASU CCCMS inmates. Although 2.0 FTE Primary Clinicians have offices in ASU, 0.5 FTE ASU Primary Clinician is assigned to provide coverage at Folsom Women's Facility (FWF) by borrowing the FWF SRNII's office.

19. Currently, we have a total of 2.0 FTE staff psychiatrists and 7.0 FTE Primary Clinicians (5 staff psychologists, 2 staff social workers) which means we are currently overstaffed by 1.0 FTE Primary Clinician. Because we are currently overstaffed by 1.0 FTE Primary Clinician and appropriately staffed for Staff Psychiatrists, we have decided to keep vacant positions of 3.0 FTE Staff Social Workers, 1.0 FTE Staff Psychologist, and 1.0 FTE Staff Psychiatrist. Per CDCR Staffing Ratios, we are adequately staffed with mental health clinicians to provide mental health services to our current MHSDS population. None of my mental health clinicians work over 40 hours per week unless there is a psychiatric emergency. If there is an emergency situation (i.e., suicidal inmate-patient), then my mental health clinicians will remain at work until the emergency situation is resolved because they will not abandon their professional duty. Currently, the psychiatrists see an average of eight inmates per work day which is less than the CDCR recommendation of 15 inmates per work day. Currently, the Primary Clinicians (staff psychologists and staff social workers) see an average of five inmates per day. Per my past calculations, Mainline CCCMS inmates are seen an average of once every month instead of the required once every 90 days.

5

Reply Decl. of Meg Cho In Supp. of Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

20. Our Mainline Mental Health Clinic is staffed with at least one Primary Clinician and one Psychiatrist from 0800 until 1600 hours Mondays through Fridays (excluding holidays). In my eleven years as Chief of Mental Health at FSP, we have always had clinical coverage from 0800 until 1600 hours Mondays through Fridays (excluding holidays). Although we cannot see inmate-patients in the Mainline Mental Health Clinic after 1430 hours (when the custody officer leaves), one Primary Clinician and one Psychiatrist is assigned to remain in the Mainline Mental Health Clinic until 1600 hours each work day.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed in Sacramento, California on March 22, 2013.

MEG CHO
*(original signature retained by attorney)*

6

Reply Decl. of Meg Cho In Supp. of Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)