KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM PC |
|---|---|
| Plaintiffs, | **REPLY DECLARATION OF J. CARD IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

I, J. Card, declare as follows:

1. I am an acting Senior Psychologist Supervisor and currently the Suicide Prevention Response Focused Improvement Team (SPR FIT) Coordinator at Salinas Valley State Prison. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

1

Decl. J. Card Supp. Defs.' Reply in Support of Termination Motion

2. I chair the monthly SPR-FIT meetings. The monthly SPR-FIT meeting is an essential part of suicide prevention at Salinas Valley. It allows for inter-disciplinary discussion and problem-solving at a systemic level with a primary focus on suicide prevention. Inter-disciplinary involvement is essential in problem-solving and conceptualizing solutions to combat suicide. The meeting includes knowledgeable attendees who can make important decisions and implement strategies. Discussions at this level are invaluable and essential to suicide prevention.

3. Required attendees include: the SPR-FIT Coordinator (chairperson), the Chief Psychiatrist, the Chief of Mental Health, the Supervising registered Nurse, the Senior Licensed Psychiatric Technician, the Associate Warden of Health Care Services, the Designated Facility Captain, (facility D), the Correctional Health Services Administrator and the Department of State Hospital Coordinator. Designees may be appointed.

4. Agenda topics include monthly reports on the Administrative Segregation Suicide Prevention Protocols which include: the Pre Ad-Seg Screen, the 31-Item questionnaire, the 21-day Observations, the 30 minute welfare checks and the review of all suicide attempts, gestures, self-harm and deaths (which include the EMMRC data and the QM audits of all attempts/gestures/mutilations). The data has been recently categorized into an excel sheet.

5. In addition, review of observation logs is conducted and includes: the 24-hour observation log, the 5-day follow up log, and the administration of Direct Observation Treatment Medications (DOT medications). Ongoing Quality Improvement Plans (QIPs) are discussed and include the Mentoring Program. Quarterly reports, training updates, and updates to Local Operating Procedures are also discussed. New business is discussed and the Action Item List (AIL) is reviewed. Currently, items on the AIL include: auditing of the 24-hour form and discussions about needed training, auditing of the 30-minute welfare checks and the need for staggered times of checking, alternatives to evaluating blood work with stated overdose and the discussion of HIPPA requirements, and blood work tested at the hospital as compared to testing in the institution. An audit to identify Keep On Person (KOP) prescriptions in Administrative Segregation (Ad Seg) and in the EOP mainline population is also discussed and on the AIL.

2

Decl. J. Card Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

6. The SPR FIT minutes are brought to the Mental Health Sub-Committee meeting on a quarterly schedule. At that time, the minutes are reviewed and discussed with the sub-committee members. Problem areas are discussed and problem solving occurs. Sub-Committee meeting minutes are then forwarded up the chain.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Soledad, California on March __, 2013.

/s/ J. CARD
*(original signature retained by attorney)*

CF1997CS0003
31646192.doc

3

Decl. J. Card Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)