KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>                                 Plaintiffs, <br><br>          v. <br><br> EDMUND G. BROWN, JR., et al., <br><br>                                 Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **REPLY DECLARATION OF M. ATCHLEY IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, M. Atchley, declare as follows:

1. I am the acting Facility D Captain (A) at Salinas Valley State Prison (SVSP). I started my career, in 2002, at the Correctional Training Center (CTF) in Soledad. I transferred to SVSP in 2004. Since then, I have worked as a Correctional Officer, Sergeant and Lieutenant, in nearly every position throughout the institution. I am currently in charge of four Administrative Segregation units (D1, D2, D8 and Z9), the Department of State Hospital (DSH) units D5 and D6,

1

1   the Enhanced Outpatient Program (EOP), and General Population inmates. My primary function
is to manage the day to day operation of these units. I submit this declaration in support of the
State's Reply Memorandum in support of its motion to terminate under the Prison Litigation
Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil
Procedure 60(b)(5).

2.   A major part of my responsibility is to ensure compliance with all of the Court
ordered remedial plans. I instill in my staff the fact that each employee has a vested interest in all
of the processes we complete. It is imperative that we provide institutional security as well as
ensure the consistent delivery of services.

3.   Each Administrative Segregation Unit (ASU) is tasked with a tremendous work load,
each and every day. Each unit and section has regular movement and observation throughout the
day. The notion that inmates languish in their cell and are not afforded opportunities, such as
yard, shower, group therapy, medical and mental-health attention, is simply not true.

4.   From the initial placement in ASU, an inmate can expect regular opportunity to
participate in mental health programs. Prior to the inmate's placement into ASU, he is medically
and psychologically evaluated, which is documented on a CDCR 7219.

5.   Inmates that express any suicidal ideations are immediately referred for mental health
evaluation. Based on the recommendation of mental health staff, the inmate is placed on a 24-
hour observation, which is documented by custody staff on a "24 hour Observation Log". Mental
health staff follows the 24-hour observation with an additional 5-day observation. Our process is
to then house the inmate in an intake cell, which is specifically located in each housing unit for
maximum visibility. This cell is also stripped of all unnecessary fixtures and is designed to be a
safer environment. If the intake cells fill up, staff will use other cells. Either way, inmates are
closely monitored. In addition, efforts are made to double cell inmates. In accord with our policy,
if an inmate is double celled he does not need to be housed in an intake cell.

6.   Dr. Pablo Stewart states in paragraph 258 of his March 14, 2013 declaration that he
was told by Salinas Valley State staff that there were no special intake cells in Building D-8
CCCMS Administrative Segregation. However, all of our mental-health ASU units have intake

2

cells. These cells are located in B-section, adjacent to each side of the section shower, for maximum visibility. Facility D8 has cells D8-115, D8-116, D8-215, and D8-216 that have been modified for intake housing needs.

7. Regardless of metal health status, and in addition to the 24-hour observation, staff also conducts a 21-day welfare observation of the inmate. These welfare checks are documented and signed by the staff performing the checks at intervals not to exceed 30 minutes. The unit sergeant will periodically check this log throughout the shift and then ensure its completion at the end of each shift. These welfare checks are in addition to any other check or service provided to each inmate. Within the four ASU units at SVSP, these "21 day, 30 minute welfare checks," account for about 24,480 additional checks per month.

8. In addition to any "21-day checks," "24-hour observations," or "five-day clinical follow-ups," unit staff performs traditional security checks in each section, typically about once every hour. These checks are logged in the housing unit log book.

9. Moreover, mental health staff makes daily rounds throughout each shift in each section. Inmates enrolled in any Mental Health Delivery Services System are also afforded the opportunity to participate in group counseling sessions, as well as one-on-one sessions with their mental health professional.

10. In addition to the services and security checks outlined above, officers and other staff pass by inmate cells for a variety of additional reasons, including providing meals, trash removal, escorting inmates to yard, escorting inmates to many types of health appointments, escorting inmates with library passes, passing out canteen ducats, passing out medications, mail pickup, and many others. Staff is trained to look in every cell that they pass as part of being observant and aware of their inmate population.

11. On a tier rotation, each inmate is afforded outdoor yard time for at least 10 hours per week. Each inmate is allowed to utilize grooming tools, as needed, during these times. On a tier rotation, each inmate is afforded an opportunity to utilize the section showers. This is typically done every other day, but no longer than every 72 hours.

3

Decl. M. Atchley Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

12. Every inmate can request medical attention for non-emergency attention through sick-call slips. Medical staff administers medications, as needed, directly to each inmate in the unit and are available on a daily basis through medical rounds.

13. Inmates are also afforded full access to the inmate appeals process, where an inmate is allowed to express any concern about his program, property, or staff misconduct. These forms are given a tracking number, ensuring the inmate's due process rights are met and that the issue is addressed in a timely manner.

14. Throughout the course of a typical watch, an inmate housed in ASU is in relatively regular contact with either custody, medical, or mental health staff. Due to this high volume of program activity, it is imperative that staff, from all of these professions, work closely together to ensure a smooth, consistent delivery of services. Both custody and mental health staff work have formed a cohesive team to accomplish this. Daily interactions include direct escorts for medical and mental health staff, while making rounds in the unit. Custody staff advises mental health or medical staff of any unusual inmate behavior, and vice versa, to ensure inmate safety. This happens on a daily basis. Mental health staff will meet with the unit supervisor daily to address any issues that may arise or need specific attention. Custody staff performs escorts for each inmate that requires movement to group therapy or any psychiatric program that is required by each inmate.

15. In addition to the daily collaboration between custody and clinical staff, every Wednesday, the Facility Captain, Lieutenant, and Sergeant meet with mental health professionals as a Focused Improvement Team (FIT) to discuss the status of each ASU, EOP/CCCMS inmate. Managers from custody, medical, and mental health meet monthly to address the treatment and delivery of services, of EOP/CCCMS inmates, in an ASU setting.

16. The daily operations of an ASU unit at Salinas Valley State Prison are no small task. We house nearly 400 maximum security inmates. A majority of those inmates are enrolled in the Mental Health Delivery Services System. As the Captain and manager of this facility, it never ceases to amaze me at how well my staff performs their jobs. Our mission on this facility is to provide public safety, while ensuring that the delivery of inmate services exceeds our mandated

4

expectations. My staff consistently exemplifies teamwork and proves genuine concern for accomplishing these tasks.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Soledad, California on March 21, 2013.

_____
M. ATCHLEY
*(original signature retained by attorney)*

CF1997CS0003
31646109.doc

5

Decl. M. Atchley Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)