KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                           Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                          Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF TIM VIRGA IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Tim Virga, declare as follows:

1. I am the Warden at California State Prison, Sacramento in Represa, California. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

1

Decl. of Tim Virga_____ Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

2. I have worked at CDCR for over 29 years. I became acting Warden of CSP Sacramento on March 2010, and was appointed Warden in May 2011.

3. On page 77 of his declaration, Dr. Pablo Stewart, M.D., states that CSP-Sacramento is the "largest user of punitive suicide watch placements" in CDCR. CSP-Sacramento does not employ punitive conditions of suicide watch. CSP-Sacramento has a policy of keeping inmate-patients no longer than 4 hours in a holding cell. A log is kept recording the time of entry and release from the holding cell. The facility captain is contacted if an inmate-patient is kept in a holding cell more than 4 hours. When an inmate reports that he is suicidal or is observed to be engaging in self-harmful behavior, that inmate is removed from his cell and may be placed in a holding cell. Until he is assessed by a mental health clinician, the inmate remains in the holding cell and is kept under constant visual observation.

4. On page 110 of his declaration, Dr. Stewart states that CSP-Sacramento's Administrative Segregation Unit was "noisy, chaotic, and somewhat dirty." I was present for Dr. Stewart's tour, and I can personally attest that the unit was neither noisy nor dirty during his tour, and there was only minor disruption resulting from the presence of his tour group. Furthermore, my staff photographed the unit at Dr. Stewart's behest and provided him with pictures at the end of his tour, which presumably would have been provided as evidence of the conditions asserted in his report.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Represa, California on March 20, 2013.

Tim Virga

*(original signature retained by attorney)*

2

Decl. of Tim Virga___ Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)