KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF W. HOWE IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, W. Howe, declare as follows:

1.  I am a Senior Psychologist Specialist at Salinas Valley State Prison, a position I have held since November, 2012. Since January 2013, I have had the designation of the Department of State Hospitals Coordinator (DSH Coordinator). I have worked as a staff psychologist with CDCR for about 3 years and nine months before becoming a senior psychologist, serving at four different institutions. I submit this declaration in support of the State's Reply Memorandum in

1

support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. As the DSH Coordinator, my primary roles are to help ensure that patients are appropriately screened and referred for higher levels of care and to facilitate the referral process and overall treatment of patients going from CDCR into DSH and coming from DSH back into CDCR. My duties include oversight of treatment of patients deemed to be a high risk for suicide.

3. On at least a weekly basis, I gather information on patients deemed to be a potential high risk for suicide and disseminate this information to clinical staff. In addition to giving reports of such inmates to clinicians, I follow up with clinicians to discuss how the inmate is functioning, whether a higher level of care is warranted, and how treatment plans can be modified to improve treatment if needed. When a patient is not referred for a higher level of care, I help ensure that the reason for not referring the patient is adequately documented. Some of the information gathered on high risk patients includes reports of inmates who have had three recent rule violations, inmates with a severe mental illness who are refusing over half the treatment offered to them, and inmates who have had three or more recent referrals to the mental health crisis beds. These reports are generated from our mental health tracking system.

4. On a daily basis I review several reports from the prison (received via email throughout the day) including "incident reports" (reports of acting out behaviors, violence, serious rule violations, etc.), "the report of unusual occurrences," and transportation reports. I check for any mental health patients included in these reports and report this information to the treating clinician. I look for any incident (regardless of if the inmate is a mental health patient or not) of self-harm, bizarre or unusual behavior, or exhibitionism, to report to clinicians for consideration for starting or changing mental health treatment.

5. I attend interdisciplinary treatment team meetings as needed, as often as several meetings in a week. My role at such meetings is to facilitate the conversation about consideration for higher levels of care and modifications or additions to treatment plans. I audit treatment plans of high risk patients prior to the interdisciplinary treatment team meeting to ensure treatment

2

Decl. J. Card Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

plans are appropriate and that documentation is clear. I offer feedback, suggestions, and corrections to clinicians as needed.

6. When a patient is referred to DSH, I facilitate the transfer of that patient. I notify custody, medical staff, and mental health staff of the referral, request and receive supporting documents, gather and organize this information, and then communicate this information to headquarters. I track the response times of custody, medical staff, and mental health staff to the requests for information, to ensure that inmates are referred to headquarters in a timely manner. Any delays are discussed with the chief of mental health to find solutions. Since I have taken this position, referrals have run very, very smoothly, with 100% compliance with timelines.

7. I monitor patients waiting to transfer to DSH, including offering the patient individual sessions at least weekly, gathering collateral information from housing officers, and discussing care with treating clinicians and treating psychiatrists.

8. When a patient returns from DSH to CDCR, I am the person notified by headquarters that the transfer is coming. I also receive the discharge paperwork. I communicate this information to office technicians and the treating clinician. I watch daily for the arrival of the patient and insure that the patient's change of status is updated in the tracking system. I provide a copy of the discharge paperwork to the treating clinician. I ensure that housing is appropriate and that treatment is begun as soon as possible after the patient arrives. The prison receives many new inmates per week, and my role is to insure that a patient returning from DSH is not overlooked in the crowd.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Soledad, California on March 20, 2013.

_____
W. HOWE, PhD

*(original signature retained by attorney)*

CF1997CS0003
31646655.doc

3

Decl. J. Card Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)