KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> REPLY DECLARATION OF E. FORCE IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5) |

I, E. Force, declare as follows:

1. I am a Clinical Psychologist, licensed by the State of California and have been employed with the California Department of Corrections and Rehabilitation (CDCR) for over 11 years. I have worked as a staff psychologist, Senior Psychologist, Chief Psychologist and am currently the Regional Administrator for Mental Health, Central Region – North. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate

1

Decl. E. Force Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. As the Regional Administrator for Mental Health, Central Region – North, I act as a liaison between CDCR Mental Health HQ and the institutions that I supervise, which includes Salinas Valley State Prison. My primary contact is the institution's CEO, although I spend a great deal of time dealing directly with the Chief of Mental Health.

3. As part of my supervisory duties, I review the Mental Health Dashboard with the institutions for areas of low compliance. This occurs on a monthly basis. I also ask the institutions for an explanation as to why an area is in low compliance and their corrective action plan. This is part of our ongoing quality assurance. I will also follow up on these areas and trends. If an institution remains in low compliance, the regional team will offer their assistance.

4. In addition, on a quarterly basis, I prepare for and complete a Sustainable Tour. This consists of:

a. A review of the past three month's Mental Health Subcommittee minutes, reviewing for: whether the institution had a quorum for the meeting; whether the DSH coordinator presented audit data from the monthly 7388-B audit; if the audit falls below 90% compliance, did they present a corrective action plan (CAP); whether the Table V (audit and results) are attached to the minutes; and whether DSH referral timelines were discussed and a CAP presented if timelines not met.

b. A review of the last three months of DSH referral/non-referral logs. This consists of a review of the reasons for non-referral and whether the reasons match the indicator listed; a review of the non-referral breakdown by LOC; which inmates are meeting more than one indicator and is an IP showing up in multiple months on the non-referral log; and, if so, whether there is a good reason for the IP not being referred. I also review these across time, to see if there are variances in the indicators that are being used. For referred IP, I review how many IP were referred during the three month period to determine if the numbers vary significantly and, if so, why.

2

Decl. E. Force Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

  c. I randomly select 8 IP from the previous month's 7388-B audit and review all documentation within 1-3 months for internal consistency.

  d. In addition, every other quarter, the tour is considered a major tour, for which I also review information from the HQ Sustainable Process Review Spreadsheet.

5. During these tours, I walk all EOP and ASU, SHU, PSU and MHCB tiers. Upon entering the building, I talk with custodial, nursing, and clinical staff, and look for IP who may be of concern. I will note and refer any IP who is showing signs of decompensation or suicidal ideation. I also attend IDTT in the above units and as many groups as possible.

6. After the tour, a report, set into a template from HQ is submitted to HQ and the institution. The regional team will also follow up on areas of concern.

7. Further, I schedule and present bi-weekly teleconferences with the CEO/CMH from the regional institutions. As institution-specific issues are recognized, I assist the institution either with a site visit or by phone. I am also regularly accessible to the institutions for consultation, assistance with interview panels, policy issues, and related matters.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Soledad, California on March 21, 2013.

           _E. Force_____
           E. FORCE
           *(original signature retained by attorney)*

CF1997CS0003
31646245.doc

3

Decl. E. Force Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)