KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>REPLY DECLARATION OF DR. DOUGLAS BEATTY IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5) |

I, Dr. Douglas Beatty, declare as follows:

1. I am a Psychologist at Salinas Valley State Prison in Soledad, California. I have been licensed as a psychologist in California since 2006. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

1

2\.    I began working for CDCR in 2003 as an intern at CCI-Tehachapi and was hired as a Staff Psychologist at SVSP in 2004. My current position at SVSP is Staff Psychologist and I am assigned to CCCMS ASU-D8.

3\.    Dr. Pablo Stewart states in paragraph 210 on page 75 of his Declaration filed March 14, 2013, that, during an interview with me, I "confirmed" with him that inmates in the Building D-8 Correctional Clinical Case Management System (CCCMS) administrative segregation unit (ASU) program who report suicidality are "typically stripped naked" pending assessment and evaluation from a mental health clinician. This is a misstatement of the information that I provided to Dr. Stewart. Inmates who report suicidality are immediately removed from their cells to prevent the inmate from attempting suicide by utilizing any objects that may be in their cells, such as sheets. Because of the need to move an inmate to immediate safety, the inmate is generally removed from the cell in his or her current state of dress. For example, if an inmate is currently dressed in his ASU inmate jumpsuit, the inmate will be removed while still clothed in his jumpsuit; however, if an inmate is currently dressed only in a t-shirt and boxer shorts at the time of reporting suicidality, the inmate will be removed from his cell in his t-shirt and boxer shorts. Since many inmates in ASU choose not to wear their jumpsuits and instead clothe themselves only in t-shirts and boxer shorts, inmates removed for expressing suicidality are only wearing only the t-shirts and boxer shorts. Inmates are never "stripped naked" pending evaluation.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Soledad, California on March 21, 2013.

Dr. Douglas Beatty

*(original signature retained by attorney)*