KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF M. SCHNEIDER IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, M. Schneider, declare as follows:

1.     I am the acting Chief of Mental Health at Salinas Valley State Prison.  I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2.     Salinas Valley State Prison (SVSP) is a Level IV prison and provides the following mental health programs:  Mainline Clinical Correctional Case Management System (ML

1

1  CCCMS), Mainline Enhanced Outpatient Services (ML EOP), Administrative Segregation

2  Clinical Correctional Case Management System (ASU CCCMS), Administrative Segregation

3  Enhanced Outpatient Services (ASU EOP) [Hub], and Mental Health Crisis Bed (MHCB).  In

4  addition, the Department of State Hospital (DSH) facility, Salinas Valley Psychiatric Program, is

5  located within the perimeter of SVSP.

6         3.     Consistent with the Mental Health Services Delivery System (MHSDS), Program

7  Guide, 2009 Revision, the mental health programs at SVSP are designed to provide treatment

8  services that optimize individual functioning in the clinically least restrictive environment

9  consistent with the safety and security needs of both the inmate and the institution.

10        4.     The MHSDS provides a continuum of comprehensive services to provide appropriate

11 treatment for inmates receiving services at all levels of care.  The primary clinical components of

12 the system include:  crisis interventions, screening and evaluation, treatment services (including

13 treatment plan development) by multiple clinical disciplines, and pre-release (parole) planning.

14        5.     Any inmate at the institution can be referred for mental health services by staff or by

15 self-referral.  Referrals are triaged based on clinical need with Emergent (emergency) cases being

16 seen immediately, Urgent cases seen within 24 hours, and routine referrals with five working

17 days.  From June 2012 to January 2013, reports generated by the Mental Health Tracking System

18 (MHTS) showed our compliance with referral timelines as: Emergent (97%), Urgent (87%), and

19 Routine (89%).

20        6.     A central component of treatment at every level of care is the Interdisciplinary

21 Treatment Team (IDTT).  The IDTT consists of members of a multidisciplinary team responsible

22 for the overall treatment planning of the inmate.  The IDTT process should include input from the

23 participating staff members and the inmate.  During every IDTT, referrals to a higher level of care

24 are considered, with documentation of the level of care decision being completed on a CDCR MH

25 7388B, Interdisciplinary Treatment Team Level of Care Decision.  All documentation regarding

26 level of care decisions is reviewed.

27        The following is a brief overview of each mental health program at SVSP:

28        **ML CCCMS**

2

1    7.    The ML CCCMS program is located on all four yards. "A" Yard houses Level 4

2    SNY inmates. "B," "C," and "D" yards house Level 4 non-SNY inmates. I reviewed reports

3    generated from the Mental Health Tracking System information to determine our compliance

4    percentage with certain items. Treatment services for ML CCCMS include, but are not limited to:

5        a.    Individual contact with the primary clinician as often as clinically indicated, but

6    at least once every 90 days. Since June 2012 to January 2013, except for one month, our

7    compliance with this objective is typically above 90%.

8        b.    Medication Evaluation and Management. Each inmate on psychiatric

9    medication is seen as often as clinically appropriate, but at least once every 90 days. Our

10    compliance with this objective from 09/03/2012 to 03/3/2013 was 93%.

11        c.    Participation in IDTT as often as clinically indicated, but at least once every

12    365 days. Since June 2012 to January 2013, our compliance with this objective is typically above

13    90%.

14    **ML EOP**

15    8.    ML EOP inmates are housed in two buildings, D3 and D4. Again, I reviewed reports

16    generated from the Mental Health Tracking System information to determine our compliance

17    percentage with certain items. Treatment services provided for ML EOP include, but are not

18    limited to:

19        a.    Our goal is ten hours of structured therapeutic activity. Although we have not met

20    this objective in recent months, additional space and staff re-direction has allowed us to schedule

21    inmates for 14 hours of treatment as of mid-March.

22        b.    Weekly clinical contact with the primary clinician either individually or

23    through group psychotherapy, with individual contact occurring at least every other week. Since

24    June 2012 to January 2013, our compliance with this objective has ranged from 72% to 91%, and

25    has been above 85% from October 2012 to January 2013.

26        c.    Medication Evaluation and Management. Each inmate in ML EOP is seen as

27    often as clinically appropriate, but at least monthly. Our compliance with this objective from

28    09/03/2012 to 03/3/2013 was 75%.

3

1           d.     Participation in IDTT as often as clinically indicated, but at least once every 90

2    days. Since June 2012 to January 2013, our compliance with this objective has ranged from 85%

3    to 97%, and has been above 95% from October 2012 through January 2013.

4        **ASU CCCMS**

5        9.    ASU CCCMS is located on "D" Yard with inmates being housed D1, D2 and D8. I

6    reviewed reports generated from the Mental Health Tracking System information to determine

7    our compliance percentage with certain items. Treatment services provided for ASU CCCMS

8    include, but are not limited to:

9           a.     Weekly individual contact with the primary clinician. From June 2012 through

10   January 2013 our compliance with has been above 90%.

11          b.     Medication Evaluation and Management. Each inmate on psychiatric

12   medication in ASU CCCMS is seen as often as clinically appropriate, but at least every 90 days.

13   Our compliance with this objective from 09/03/2012 to 03/3/2013 was 91%.

14          c.     Participation in IDTT as often as clinically indicated, but at least once every 90

15   days. From June 2012 through January 2013 our compliance with this objective has been above

16   95%.

17       **ASU EOP (Hub)**

18       10.   ASU EOP inmates are housed in D1 and D2. I reviewed reports generated from the

19   Mental Health Tracking System information to determine our compliance percentage with certain

20   items. Treatment services provided for ASU EOP include, but are not limited to:

21          a.     Our goal is ten hours of structured therapeutic activity. Inmates are generally

22   scheduled for over ten hours of treatment per week. In addition, they are typically offered 9 or

23   more hours of structured treatment per week.

24          b.     Weekly individual contact with the primary clinician. From June 2012 to

25   January 2013, with the exception of June 2012, our compliance with this objective has been

26   above 97%.

27

28

4

1         c.     Medication Evaluation and Management. Each inmate on psychiatric

2   medication in ASU CCCMS is seen as often as clinically appropriate, but at least every 90 days.

3   Our compliance with this objective from 09/03/2012 to 03/3/2013 was 72%.

4         d.     Participation in IDTT as often as clinically indicated, but at least once every 90

5   days. From June 2012 to January 2013, our compliance with this objective has been 99% to

6   100%.

7       **MHCB**

8       11.   There are 10 designated bed in the Correctional Treatment Center (CTC) designated

9   as Mental Health Crisis Beds. The current MHCB population is 7, with 6 being admitted directly

10  from SVSP. The length of stay for these inmates ranges from 1 to 19 days.

11      12.   In addition to providing the above overview, I would like to address some of the

12  statements made by Dr. Stewart.

13      13.   Dr. Stewart's March 14, 2013 declaration at paragraph 70 notes that tele-psychiatry

14  was scheduled to begin shortly after his visit. Tele-psychiatry services are now being offered on

15  our Level IV SNY Yard (Alpha). Dr. Gaines officially started on January 31, 2013 and is

16  currently seeing 40 inmates per week (8 per day).

17      14.   In paragraph 75, of Dr. Stewart's March 14, 2013 declaration, he refers to the

18  use of the gym, structured treatment hours and confidential treatment space. The use of the gym,

19  despite the fact that it is not confidential, is completely appropriate. Our intention was never to

20  provide treatment better suited for a confidential space. Rather, the gym is being utilized for the

21  purposes of recreational therapy, social skills building and therapeutic community, consistent

22  with the treatment services outlined in the program guide. In the section, Categories of Treatment

23  Services, Recreational Therapy is explained as providing "inmate-patients with supervised

24  recreational activities or exercise programs designed..." (PG - 2009 Revision, 12-4-9). Social

25  Skills Building is a treatment activity allowing "inmate-patients to interact in a positive manner

26  with other individuals, both staff and inmates" (PG – 2009 Revision, 12-4-10). Finally, use of the

27  gym provides an opportunity for inmate-patients in EOP to "learn through active interaction with

28  peers and staff and how to build a therapeutic community" (PG – 2009 Revision, 12-4-1).

5

15.    Further, the gym space simply provides an alternative to providing groups on the yard, and the gym can be used regardless of the weather, whereas yard groups are cancelled due to inclement weather.  The gym space is also more easily managed as it smaller, more contained area.

16.    In paragraph 76, of Dr. Stewart's March 14, 2013 declaration, he opines that the new construction for the SNY EOP yard will not help with space problems.  As Dr. Stewart notes, the construction is expected to open in early fall.  When the SNY EOP opens, it is expected that our current "D" Yard ML EOP will shrink.  The expected result is the availability of treatment and office spaces appropriate to the population served, since the current building should meet the group treatment space needs of a smaller population.  Also, with a smaller population, less staff will be needed to provide treatment in this space; therefore, less staff will have office space there as well.  Also, it's unnecessary for many of the staff utilizing the office space in our current D yard mental health building to be located there.  Moving these individuals to another work area will not negatively impact their ability to perform work duties.

17.    In paragraph 392 of Dr. Stewart's March 14, 2013 declaration, Dr. Stewart notes that HCPOP (Health Care Population Oversight Program) controls access to the beds located at the MHCB.  While it is true that HCPOP manages the use of the beds, I believe the clinician commenting in this case was referring to the fact that we are unable to save beds so that they will be available to SVSP inmates.  The current MHCB population is 7, with 6 being admitted directly from SVSP.  Saving beds might be a convenience at the local level, but it is certainly not a cost effective practice and would also decrease the number of beds available to inmates (statewide) in need of inpatient care.  HCPOP oversight of bed use across the state allows information to be relayed through a single source, which allows for prioritizing admission to available beds based on acuity.  In addition, centralizing bed availability information allows for the locating of beds that are closest in proximity.  Having each institution independently make contact with each MHCB every time an inmate required a bed would be extremely labor intensive and decrease our ability to facilitate transfers in a timely manner.

6

1      18.   In paragraph 207, of Dr. Stewart's March 14, 2013 declaration, Dr. Stewart criticizes

2    the SVSP mental health staff's discussion about potential common problems with recent suicides.

3    The potential impact of the poor economy was noted as an example of many factors to consider.

4    However, even this statement was taken out of context. Our staff was considering all aspects that

5    may have a significant influence on an inmate.

6      19.   Moreover, a Quality Improvement Team (QIT) has been established to facilitate an

7    interdisciplinary review of factors identified in completed suicides and development of systemic

8    strategies to advance suicide prevention (identify factors and interventions). The goal for this

9    QIT is to review trends in institutional suicide data from the past four years and gather

10   information regarding best practices at other institutions in order to provide recommendations that

11   may improve prevention practices at this institution. The QIT will encourage dialogue between

12   all stakeholders in order to flesh out some of the practices by various disciplines that may

13   enhance or impede suicide prevention. The goal of this QIT is an objective review. At the time

14   of the visit, the establishment of the QIT was in infancy as evidenced by the charter, dated

15   11/28/2012. There was no outcome data available at the time of the tour. In addition, a review of

16   our current practices is ongoing, and as issues or concerns are identified, training and remedial

17   action takes place. Policies and procedures of CDCR are continuously implemented and

18   evaluated by SVSP leadership across disciplines.

19      20.   The planned training at SVSP includes: Substance Induced Psychotic Disorder:

20   Diagnostic Clarification; Cultural Consideration in Suicide Risk Evaluations; and Suicide Watch

21   versus Suicide Precaution. The attendees will include the clinicians.

22      21.   The ongoing training at SVSP includes: Completing 24 Hour Log for all custody and

23   mental health staff and all welfare checks completed with staggered intervals. In addition to the

24   valuable training itself, this ongoing training would also address issues that were identified in

25   suicide reports during 2010 and 2011, and which were cited in Dr. Stewart's March 14, 2013

26   declaration at paragraph 251, and identified as Prisoners Q and R.

27      22.   Ongoing training that SVSP has completed includes: accurate and thorough

28   completion of Suicide Risk Evaluations and clinical thought process in completing Suicide Risk

7

1    Evaluations; requirements/timelines for completing Suicide Risk Evaluations.    In addition,

2    suicide risk instrument training has been implemented through the Mentoring Program, with 25%

3    of the clinical staff to complete training by the end of March 2013, and the new suicide risk

4    assessment training released March 2013 should be completed by the end of March.  I note that

5    these trainings would address issues that were identified in the suicide reports during 2012, and

6    which were cited in Dr. Stewart's March 14, 2013 declaration at paragraphs 270 and 271, and

7    identified as Prisoners U and F.

8        23.    In addition, SVSP has completed training on the importance of interdisciplinary

9    communication when picking up 24 hour and completed 5 day follow up; and guidelines for

10    psychiatry documentation.  The training includes the clinicians.

11        24.    SVSP has also established Quality Improvement Plans (QIP) for issues that were

12    identified in 2012 suicide reports.  A Quality Improvement Plan (QIP) was established to

13    facilitate communication between custody and medical staff regarding the shortage of personnel

14    available for tower operation, and provide training to all custody staff regarding protocol in

15    emergency situations.  According to SPR FIT records I reviewed, this QIP was completed.

16        25.    In response to another 2012 suicide report recommendation, a QIP was established

17    and included the Chief Medical Executive or designee to discuss in a memorandum the clinical

18    rationale for the cessation of mood stabilizing medication on July 10, 2012 and expectations for

19    follow up after the discontinuing of psychotropic medications.  In addition, training in

20    documentation as outlined in the August 28, 2008 memorandum "Guidelines for clinical

21    documentation by Psychiatrists" was to be provided to all psychiatry staff.   According to SPR

22    FIT records I reviewed, this training was completed.

23        26.    SVSP is also addressing issues related to staffing and space.  A QIT was charted on

24    December 19, 2012 regarding the management of short-term emergent workload increases in the

25    Mental Health Department.

26        27.    SVSP's other ongoing efforts toward prevention/improvement include:  mentoring for

27    staff , CTC rotation and training, implementation of in-house supervisory review of all suicides,

28    supervisory attendance at  IDTTs in order to ensure appropriate LOC placement,

8

1   Development of Suicide Risk Evaluation Guidelines, Division of ASU CCCMS & ASU EOP

2   treatment programs, ongoing ASU interdisciplinary morning meetings to review clinical issues,

3   FIT with Senior Staff and lead custody staff in ASU discussing LOS and ADL's of EOP ASU

4   inmates, Tele-psychiatry program to supplement services, addition of Chief Psychologist

5   Position. SVSP also changed the job duties for the Chief of Mental Health and Senior

6   Psychologist (Supervisors). The Senior Psychologists (Supervisors) primary duties will be

7   clinical oversight of programs.

8         28.   In sum, Salinas Valley State Prison and its staff are active and committed to

9   addressing the needs of its inmate-patients.

10      I declare under penalty of perjury under the laws of the State of California and the United

11   States of America that the foregoing is true and correct. Executed in Soledad, California on

12   March 21, 2013.

13

14                         M. SCHNEIDER
                          *(original signature retained by attorney)*

15

16   CF1997CS0003
    31647684.doc
17

18

19

20

21

22

23

24

25

26

27

28