KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF ROBERT D. CANNING, PH.D. IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Robert D. Canning, Ph.D. declare as follows:

1. I submit this declaration to explain my off-hand comment about the Hayes report.

2. I am presently employed as a Senior Psychologist, Specialist within the Mental Health Program, Division of Correctional Health Care Services of the California Department of Corrections and Rehabilitation (CDCR).  In this capacity, I act as the department's Suicide

1

Prevention and Response Coordinator. I am familiar with all of the departmental policies regarding suicide prevention statewide.

3. In 2010, I was the contract manager who oversaw the departmental consultation with Lindsay Hayes, a correctional suicide expert. His primary role was to advise the department on suicide prevention policies. Mr. Hayes authored a report to CDCR dated August 16, 2011.

4. For about a year thereafter, Mr. Hayes and I exchanged multiple emails regarding payment for his services. In one of those emails, dated June 18, 2012, I asked Mr. Hayes if there were ways to improve future consultations. I then stated, "Obviously when your report landed it was not roundly applauded and in fact was buried." This was an unfortunate off-hand remark. In fact, I have no recollection of any of my colleagues or superiors telling me that the Hayes report had been "buried."

5. Moreover, I asked him in that same email, "…[W]as the scope of work we outlined concrete enough for you to produce a useable product, or was it too vague?" I asked Mr. Hayes this question because I wanted to know whether the department could have done anything else to help Mr. Hayes produce a more useful product for the department.

6. In sum, my comment about the Hayes report being "buried" was an off-hand comment reflecting the lack of discussions about the report in which I was invited to participate. I have no knowledge of any discussions to suppress the report or deny its existence. In fact, the department has analyzed all of Lindsey Hayes' recommendations. The department has acted on several of them, including installing hundreds of suicide resistant beds in the Mental Health Crisis Bed Units.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 21, 2013.

Robert D. Canning, Ph.D.
Senior Psychologist, Specialist
Division of Correctional Health Care Services of the CDCR
*(original signature retained by attorney)*

CF1997CS0003; 20668591.docx

2

Decl. Robert D. Canning, Ph.D. Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)