KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM PC |
|---|---|
| Plaintiffs, | **REPLY DECLARATION OF C. SHYTLE IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

I, C. Shytle, declare as follows:

1. I am a Supervising Registered Nurse. I supervise the licensed psychiatric technicians at Salinas Valley State Prison. I submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. At Salinas Valley, a licensed psychiatric technician (PT) performs a daily health and welfare check (ASU rounds) on every inmate/patient (I/P) that is currently housed in an

1

1  Administrative Security Housing Unit (ASU). This check is completed one time per day, 365
2  days per year. A monthly audit is performed by the Senior Psychiatric Technician (SPT) to
3  ensure that the rounds and documentation has been completed for the prior month.

4      3.    Prior to beginning rounds in a building, the PT will meet with the sergeant and/or
5  officers to attain any information that may be useful such as an I/P that is upset or a new I/P from
6  another facility.

7      4.    As the PT starts the process of completing the rounds, he/she will loudly announce
8  their presence and purpose upon entering the housing unit, such as; "Psych Rounds. Good
9  morning Gentlemen!" An officer accompanies the PT as they walk to each cell and knock on the
10 door to get the I/P's attention. The PT will interact with the I/P in a manner that allows for a
11 cognitive response from each I/P. At the same time, the PT will make sensory observations about
12 the I/P and cell, ie; smells, visual, sounds. The PT uses this information to determine if a referral
13 may be indicted to a clinician, psychiatrist, nurse, or primary care physician.

14     5.    At anytime during the rounds when an I/P requests non-emergent mental health
15 services, such as seeing his clinician or checking on a medication order, the PT will gather
16 information complete a referral slip to the clinician or find the answer about the medications. The
17 same day, the referral slip is then given to the mental health office technician who enters the
18 referral into the system and gives the referral to the assigned clinician. The following day, the PT
19 will again ask the I/P if their request was met. This is for NON-emergent issues only.

20     6.    Should the PT observe any unusual behaviors or the I/P states that he is in crisis, the
21 PT will respond in one of two ways. If the I/P is actively suicidal or observably distressed, the PT
22 will alert custody staff and have the I/P placed in a holding cell under observation until the
23 clinician can be contacted to come assess the I/P. If the I/P is NOT actively suicidal or in danger,
24 but requires same day clinical contact, the PT will complete the referral process and immediately
25 contact the assigned clinician.

26     7.    At all times communication between the I/P, custody staff, clinical staff, and the PT,
27 is constant and continual. This allows a smooth transition from immediate observance (the PT

28

2

Decl. C. Shytle Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

talks to I/P) to custodial involvement (in the case of a holding cell and observation) to the clinician assessing the I/P (the PT generates a referral and/or directly contacts the clinician).

8. The same procedure is followed with each I/P housed in all ASU facilities at Salinas Valley, regardless of mental health designation. This includes those I/P's pending ASU placement housed in overflow facilities throughout the prison. The PT checks all of them every day.

9. Each day after completing rounds, the PT documents his/her findings on the form, CDCR 7230-MH PT ASU DAILY ROUNDS/WEEKLY SUMMARY. This document is completed daily for each I/P designated as Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient Program (EOP). Unusual observations and/or statements are recorded here, although this is a general daily progress note. Should more documentation be required, an interdisciplinary progress note is generated and a copy is forwarded to the clinician.

10. Once per week, the PT passes out 2 or 3 sheets of double-sided paper that contain in-cell activities, like brain games, current news articles, monthly calendars, and paper versions of chess or checkers. All ASU I/P's are offered these activities and can refuse if they prefer.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Soledad, California on March 22, 2013.

C. SHYTLE
*(original signature retained by attorney)*

CF1997CS0003
31646230.doc

3

Decl. C. Shytle Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)