# EXHIBIT A

| Crime Code | Inst | Incident | Date | Notes |
|---|---|---|---|---|
| Attempted Suicide Inmate | RJD | RJD-CEN-12-12-0446 | 12/31/2012 | |
| Force or Violence - Inmate Attempted Suicide | SATF | SATF-0012-12-12-0464A1 | 12/28/2012 | |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-12-0421 | 12/27/2012 | |
| Attempted Suicide Inmate | SATF | SATF-0009-12-12-0457 | 12/26/2012 | |
| Attempted Suicide Inmate | SQP | SQP-005-12-12-0326 | 12/26/2012 | |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-M01-12-12-0559 | 12/25/2012 | |
| Force or Violence - Inmate Attempted Suicide | SATF | SATF-0001-12-12-0456 | 12/24/2012 | |
| Attempted Suicide Inmate | KVSP | KVSP-FCP-12-12-0683 | 12/22/2012 | |
| Force or Violence - Inmate Attempted Suicide | SATF | SATF-0007-12-12-0451 | 12/22/2012 | |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-MMH-12-12-0553 | 12/19/2012 | |
| Force or Violence - Inmate Attempted Suicide | MCSP | MCSP-B07-12-12-0280 | 12/17/2012 | |
| Attempted Suicide Inmate | RJD | RJD-C14-12-12-0439 | 12/17/2012 | |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-12-0411 | 12/14/2012 | |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FC6-12-12-1092 | 12/13/2012 | |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SQP | SQP-004-12-12-0311 | 12/12/2012 | |
| Attempted Suicide Inmate | CCWF | CCWF-FAA-12-12-0234 | 12/11/2012 | |
| Attempted Suicide Inmate | SVSP | SVSP-FC5-12-12-1089A2 | 12/11/2012 | |
| Attempted Suicide Inmate | SAC | SAC-FAA-12-12-0786 | 12/10/2012 | |
| Force or Violence - Inmate Attempted Suicide | MCSP | MCSP-B06-12-12-0274 | 12/9/2012 | |
| Attempted Suicide Inmate | NKSP | NKSP-FACD-12-12-0456A1 | 12/9/2012 | |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FBY-12-12-0491 | 12/8/2012 | |
| Force or Violence - Inmate Attempted Suicide | ASP | ASP-FAC-12-12-0241 | 12/7/2012 | |
| Attempted Suicide Inmate | PBSP | PBSP-PSU1-12-12-0548 | 12/7/2012 | |
| Force or Violence - Inmate Attempted Suicide | COR | COR-04A-12-12-0703 | 12/6/2012 | |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FBY-12-12-0488A1 | 12/6/2012 | |
| Attempted Suicide Inmate | WSP | WSP-CTC-12-12-0486 | 12/5/2012 | |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-12-0407 | 12/2/2012 | |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SVSP | SVSP-FD8-12-11-1053 | 11/30/2012 | |
| Attempted Suicide Inmate | PBSP | PBSP-PSU2-12-11-0534 | 11/29/2012 | |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-PRG3-12-11-0269 | 11/28/2012 | |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-ASU-12-11-0266 | 11/24/2012 | |
| Force or Violence - Inmate Attempted Suicide | CIM | CIM-HCS-12-11-0341 | 11/22/2012 | |

| | | | |
|---|---|---|---|
| Attempted Suicide Inmate | RJD | RJD-C15-12-11-0404 | 11/21/2012 |
| Attempted Suicide Inmate | CIW | CIW-HOU-12-11-0161 | 11/20/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CMF | CMF-MMH-12-11-0500 | 11/19/2012 |
| Attempted Suicide Inmate | MCSP | MCSP-C15-12-11-0265 | 11/19/2012 |
| Force or Violence - Inmate Attempted Suicide | PVSP | PVSP-FAP-12-11-0394 | 11/19/2012 |
| Force or Violence - Inmate Attempted Suicide | SATF | SATF-0008-12-11-0428 | 11/18/2012 |
| Force or Violence - Inmate Attempted Suicide | PVSP | PVSP-FAP-12-11-0392 | 11/17/2012 |
| Attempted Suicide Inmate | CCI | CCI-FAB-12-11-0280 | 11/16/2012 |
| Attempted Suicide Inmate | CMF | CMF-M01-12-11-0494 | 11/15/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FD1-12-11-1017 | 11/15/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CCI | CCI-FAB-12-11-0277 | 11/12/2012 |
| Attempted Suicide Inmate | CIW | CIW-HOU-12-11-0159 | 11/12/2012 |
| Attempted Suicide Inmate | LAC | LAC-D01-12-11-0612 | 11/12/2012 |
| Attempted Suicide Inmate | MCSP | MCSP-ASU-12-11-0259 | 11/10/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | KVSP | KVSP-FC5-12-11-0607 | 11/14/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CIM | CIM-HCS-12-11-0326 | 11/9/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-11-0455 | 11/9/2012 |
| Attempted Suicide Inmate | CMC | CMC-ASU-12-11-0366 | 11/5/2012 |
| Attempted Suicide Inmate | SQP | SQP-002-12-11-0269A1 | 11/3/2012 |
| Force or Violence - Inmate Attempted Suicide | LAC | LAC-A04-12-11-0589 | 11/1/2012 |
| Force or Violence - Inmate Attempted Suicide | MCSP | MCSP-B09-12-10-0249 | 10/29/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FD1-12-10-0973 | 10/29/2012 |
| Attempted Suicide Inmate | RJD | RJD-CYD-12-10-0373 | 10/28/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-10-0443A1 | 10/26/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FD3-12-10-0955 | 10/21/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FD3-12-10-0955 | 10/21/2012 |
| Force or Violence - Inmate Attempted Suicide | PVSP | PVSP-FDP-12-10-0364 | 10/20/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | MCSP | MCSP-CPG-12-10-0244 | 10/19/2012 |
| Attempted Suicide Inmate | NKSP | NKSP-FACD-12-10-0397A1 | 10/18/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FB3-12-10-0949 | 10/18/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-10-0347 | 10/17/2012 |

| | | | |
|---|---|---|---|
| Attempted Suicide Inmate | COR | COR-03B-12-10-0608A1 | 10/15/2012 |
| Force or Violence - Inmate Attempted Suicide | NKSP | NKSP-HCS-12-10-0391 | 10/12/2012 |
| Attempted Suicide Inmate | CIW | CIW-HOU-12-10-0139 | 10/8/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-C15-12-10-0357 | 10/8/2012 |
| Force or Violence - Inmate Attempted Suicide | LAC | LAC-D04-12-11-0618 | 10/7/2012 |
| Attempted Suicide Inmate | CIW | CIW-HOU-12-10-0135 | 10/6/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-HCU-12-10-0893 | 10/3/2012 |
| Force | SVSP | SVSP-HCU-12-10-0894A1 | 10/3/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | COR | COR-03A-12-10-0584 | 10/2/2012 |
| Attempted Suicide Inmate | RJD | RJD-C14-12-10-0345A1 | 10/1/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | COR | COR-03A-12-09-0575 | 9/26/2012 |
| Attempted Suicide Inmate | CIW | CIW-HOU-12-09-0129 | 9/25/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-09-0398 | 9/25/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-09-0323 | 9/24/2012 |
| Attempted Suicide Inmate | PBSP | PBSP-CTCI-12-09-0413 | 9/23/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-CSA-12-09-0393 | 9/21/2012 |
| Attempted Suicide Inmate | HDSP | HDSP-CSO-12-09-0386 | 9/18/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-09-0392 | 9/18/2012 |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-M03-12-09-0396 | 9/14/2012 |
| Attempted Suicide Inmate | LAC | LAC-D04-12-09-0500 | 9/14/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAA-12-09-0588 | 9/14/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | VSPW | VSPW-FAA-12-09-0196A2 | 9/14/2012 |
| Attempted Suicide Inmate | PBSP | PBSP-PSU1-12-09-0399A1 | 9/13/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-09-0379 | 9/13/2012 |
| Attempted Suicide Inmate | DVI | DVI-PRG2-12-09-0216 | 9/12/2012 |
| Attempted Suicide Inmate | CIW | CIW-HCO-12-09-0119 | 9/11/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-09-0371 | 9/11/2012 |
| Attempted Suicide Inmate | KVSP | KVSP-FC4-12-09-0489 | 9/9/2012 |
| Attempted Suicide Inmate | CMC | CMC-AFAC-12-09-0305 | 9/7/2012 |
| Attempted Suicide Inmate | RJD | RJD-A01-12-09-0318 | 9/2/2012 |

| | | | |
|---|---|---|---|
| Attempted Suicide Inmate | VSPW | VSPW-CEN-12-09-0182 | 9/2/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-03C-12-09-0515 | 9/1/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FC6-12-09-0803A1 | 9/1/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | COR | COR-03B-12-08-0514A1 | 8/31/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-B06-12-09-0337 | 8/31/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SVSP | SVSP-FD6-12-08-0800 | 8/31/2012 |
| Attempted Suicide Inmate | COR | COR-0CS-12-09-0516 | 8/30/2012 |
| Attempted Suicide Inmate | PBSP | PBSP-PSU2-12-08-0373 | 8/29/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-08-0355A1 | 8/29/2012 |
| Attempted Suicide Inmate | COR | COR-04A-12-09-0522 | 8/27/2012 |
| Attempted Suicide Inmate | SQP | SQP-005-12-08-0210 | 8/27/2012 |
| Attempted Suicide Inmate | CMC | CMC-ASU-12-08-0290 | 8/26/2012 |
| Attempted Suicide Inmate | LAC | LAC-B02-12-08-0452 | 8/26/2012 |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-OPRT-12-08-0208 | 8/24/2012 |
| Force or Violence - Inmate Attempted Suicide | CIM | CIM-HCS-12-08-0260 | 8/23/2012 |
| Attempted Suicide Inmate | SAC | SAC-FAS-12-08-0538 | 8/23/2012 |
| Force or Violence - Inmate Attempted Suicide | VSPW | VSPW-FAB-12-08-0171 | 8/23/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-CEN-12-08-0750A1 | 8/19/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FBY-12-08-0343 | 8/19/2012 |
| Force or Violence - Inmate Attempted Suicide | PBSP | PBSP-PSU1-12-08-0343 | 8/18/2012 |
| Attempted Suicide Inmate | SAC | SAC-FAB-12-08-0521 | 8/18/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-03B-12-08-0495 | 8/17/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-B06-12-08-0299 | 8/16/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-C14-12-08-0298 | 8/16/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-HCU-12-08-0746 | 8/17/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SVSP | SVSP-FDY-12-08-0715A1 | 8/10/2012 |
| Attempted Suicide Inmate | PBSP | PBSP-PSU2-12-08-0329 | 8/9/2012 |
| Attempted Suicide Inmate | NKSP | NKSP-CEN-12-08-0299A1 | 8/8/2012 |
| Attempted Suicide Inmate | RJD | RJD-CEN-12-08-0286 | 8/6/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-0CS-12-08-0457 | 8/4/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FDD-12-08-0737 | 8/15/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-08-0337 | 8/12/2012 |

| | | |
|---|---|---|
| Attempted Suicide Inmate | MCSP | MCSP-B07-12-08-0183 | 8/2/2012 |
| Attempted Suicide Inmate | FSP | FSP-PU4-12-08-0201 | 8/1/2012 |
| Force or Violence - Inmate Attempted Suicide | SATF | SATF-0006-12-08-0303 | 8/1/2012 |
| Attempted Suicide Inmate | SOL | SOL-HCS-12-08-0198 | 8/1/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-CEN-12-08-0692 | 8/1/2012 |
| Attempted Suicide Inmate | PBSP | PBSP-PSU2-12-07-0316 | 7/30/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-B07-12-07-0273 | 7/29/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-CEN-12-07-0275 | 7/29/2012 |
| Attempted Suicide Inmate | MCSP | MCSP-ASU-12-07-0176 | 7/27/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-C15-12-07-0267A1 | 7/27/2012 |
| Force or Violence - Inmate Attempted Suicide | SQP | SQP-005-12-07-0189 | 7/26/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FC5-12-07-0676 | 7/26/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FC6-12-07-0677A1 | 7/26/2012 |
| Attempted Suicide Inmate | CIW | CIW-HOU-12-07-0092 | 7/25/2012 |
| Force or Violence - Inmate Attempted Suicide | SQP | SQP-004-12-07-0188 | 7/25/2012 |
| Attempted Suicide Inmate | VSPW | VSPW-CEN-12-07-0138 | 7/24/2012 |
| Attempted Suicide Inmate | SATF | SATF-0007-12-07-0292 | 7/22/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FBY-12-07-0308 | 7/22/2012 |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-PRG2-12-07-0184 | 7/21/2012 |
| Attempted Suicide Inmate | NKSP | NKSP-FACD-12-07-0276A1 | 7/21/2012 |
| Force or Violence - Inmate Attempted Suicide | CTF | CTF-NOR-12-07-0111 | 7/20/2012 |
| Force or Violence - Inmate Attempted Suicide | VSPW | VSPW-FAA-12-07-0137A1 | 7/20/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-A01-12-07-0255 | 7/19/2012 |
| Attempted Suicide Inmate | SAC | SAC-EOP-12-07-0467 | 7/19/2012 |
| Attempted Suicide Inmate | WSP | WSP-FCY-12-07-0293 | 7/19/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FD8-12-07-0656A1 | 7/18/2012 |
| Attempted Suicide Inmate | LAC | LAC-D01-12-07-0378 | 7/17/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SQP | SQP-004-12-07-0177 | 7/17/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FBY-12-07-0291 | 7/17/2012 |
| Force or Violence - Inmate Attempted Suicide | KVSP | KVSP-FD6-12-07-0352 | 7/16/2012 |
| Force or Violence - Inmate Attempted Suicide | PVSP | PVSP-FDS-12-07-0242 | 7/16/2012 |
| Force or Violence - Inmate Attempted Suicide | SOL | SOL-SFB-12-07-0184A1 | 7/13/2012 |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-RCI-12-07-0164 | 7/12/2012 |

| | | | |
|---|---|---|---|
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CIM | CIM-HCS-12-07-0221 | 7/11/2012 |
| Force or Violence - Inmate Attempted Suicide | NKSP | NKSP-FACD-12-07-0263 | 7/10/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-CEN-12-07-0247 | 7/10/2012 |
| Attempted Suicide Inmate | ASP | ASP-ASU-12-07-0128A1 | 7/9/2012 |
| Attempted Suicide Inmate | ISP | ISP-FA02-12-07-0160 | 7/9/2012 |
| Attempted Suicide Inmate | CIW | CIW-COP-12-07-0082 | 7/8/2012 |
| Attempted Suicide Inmate | PBSP | PBSP-PSU1-12-07-0275 | 7/8/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAS-12-07-0444 | 7/8/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-0CS-12-07-0399 | 7/2/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-CEN-12-06-0593 | 6/28/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-HCU-12-06-0586 | 6/27/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CIW | CIW-HOU-12-06-0071 | 6/26/2012 |
| Attempted Suicide Inmate | CEN | CEN-OCS-12-06-0187 | 6/25/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SVSP | SVSP-CEN-12-06-0581 | 6/25/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | RJD | RJD-CEN-12-06-0214 | 6/23/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-CEN-12-06-0215 | 6/23/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-HCU-12-06-0563 | 6/23/2012 |
| Attempted Suicide Inmate | CCI | CCI-FAC-12-06-0136 | 6/21/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FB3-12-06-0554 | 6/21/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAB-12-06-0400 | 6/20/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAB-12-06-0401 | 6/20/2012 |
| Attempted Suicide Inmate | CCI | CCI-FAC-12-06-0133 | 6/18/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAB-12-06-0397 | 6/18/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FD1-12-06-0548A1 | 6/18/2012 |
| Force or Violence - Inmate Attempted Suicide | KVSP | KVSP-FC4-12-06-0306 | 6/17/2012 |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-M02-12-06-0275 | 6/16/2012 |
| Attempted Suicide Inmate | FSP | FSP-PU4-12-06-0163 | 6/16/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAB-12-06-0385 | 6/16/2012 |

| | | | |
|---|---|---|---|
| Attempted Suicide Inmate | SVSP | SVSP-CEN-12-06-0540 | 6/16/2012 |
| Force or Violence - Inmate Attempted Suicide | HDSP | HDSP-FD7-12-06-0263 | 6/13/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FDY-12-06-0247 | 6/10/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | ASP | ASP-FAE-12-06-0110A1 | 6/6/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAB-12-06-0351 | 6/6/2012 |
| Attempted Suicide Inmate | COR | COR-03A-12-06-0333 | 6/5/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAB-12-06-0343 | 6/4/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | LAC | LAC-D02-12-05-0269 | 5/30/2012 |
| Force or Violence - Inmate Attempted Suicide | PBSP | PBSP-PSU1-12-06-0224 | 6/1/2012 |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-MCS-12-06-0252 | 6/1/2012 |
| Attempted Suicide Inmate | SATF | SATF-0004-12-06-0227 | 6/2/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | PVSP | PVSP-FAP-12-06-0191 | 6/3/2012 |
| Attempted Suicide Inmate | SOL | SOL-SCS-12-05-0128A1 | 5/28/2012 |
| Attempted Suicide Inmate | ASP | ASP-FAC-12-05-0105A1 | 5/28/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | LAC | LAC-A04-12-05-0255 | 5/24/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CIM | CIM-FAB-12-05-0160A1 | 5/24/2012 |
| Force or Violence - Inmate Attempted Suicide | LAC | LAC-A04-12-05-0264 | 5/25/2012 |
| Force or Violence - Inmate Attempted Suicide | PVSP | PVSP-FCS-12-05-0182 | 5/26/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CTF | CTF-NOR-12-05-0090A1 | 5/27/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAB-12-05-0322 | 5/24/2012 |
| Attempted Suicide Inmate | NKSP | NKSP-HCS-12-05-0199A1 | 5/23/2012 |
| Attempted Suicide Inmate | SAC | SAC-FAS-12-05-0321 | 5/23/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | KVSP | KVSP-FB1-12-05-0251 | 5/22/2012 |
| Force or Violence - Inmate Attempted Suicide | SQP | SQP-005-12-05-0136 | 5/21/2012 |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-RCI-12-05-0127 | 5/20/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-CEN-12-06-0203 | 5/20/2012 |
| Attempted Suicide Inmate | PBSP | PBSP-PSU2-12-05-0190 | 5/18/2012 |
| Force or Violence - Inmate Attempted Suicide | LAC | LAC-A04-12-05-0239 | 5/17/2012 |

| | | | |
|---|---|---|---|
| Attempted Suicide Inmate | WSP | WSP-FBY-12-05-0203 | 5/16/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FC6-12-05-0422 | 5/12/2012 |
| Attempted Suicide Inmate | SQP | SQP-002-12-05-0127A1 | 5/11/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SCC | SCC-FHCU-12-05-0060A1 | 5/10/2012 |
| Attempted Suicide Inmate | CCI | CCI-FAB-12-05-0103A2 | 5/9/2012 |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-M03-12-05-0218 | 5/8/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-03B-12-05-0277A1 | 5/8/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FBY-12-05-0189A1 | 5/8/2012 |
| Attempted Suicide Inmate | RJD | RJD-C11-12-05-0148 | 5/6/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SQP | SQP-005-12-05-0120A1 | 5/4/2012 |
| Force or Violence - Inmate Attempted Suicide | ASP | ASP-FAC-12-05-0091 | 5/3/2012 |
| Attempted Suicide Inmate | VSPW | VSPW-FAA-12-05-0098A1 | 5/2/2012 |
| Attempted Suicide Inmate | CRC | CRC-HFD-12-05-0072 | 5/1/2012 |
| Attempted Suicide Inmate | RJD | RJD-C15-12-05-0141 | 5/1/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-04A-12-05-0255 | 4/30/2012 |
| Attempted Suicide Inmate | COR | COR-OCS-12-04-0243A1 | 4/29/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | MCSP | MCSP-INF-12-04-0100 | 4/29/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SOL | SOL-SFB-12-04-0104 | 4/29/2012 |
| Attempted Suicide Inmate | CCC | CCC-FACC-12-04-0101 | 4/27/2012 |
| Attempted Suicide Inmate | RJD | RJD-B07-12-04-0136 | 4/27/2012 |
| Attempted Suicide Inmate | VSPW | VSPW-FAA-12-04-0093 | 4/27/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-04-0149 | 4/25/2012 |
| Attempted Suicide Inmate | KVSP | KVSP-FC8-12-04-0215A1 | 4/25/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-04-0145 | 4/24/2012 |
| Force or Violence - Inmate Attempted Suicide | SATF | SATF-0007-12-04-0175 | 4/24/2012 |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-M03-12-04-0190 | 4/23/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-CTC-12-04-0169 | 4/23/2012 |
| Attempted Suicide Inmate | SATF | SATF-0012-12-04-0170 | 4/22/2012 |
| Attempted Suicide Inmate | NKSP | NKSP-FACB-12-04-0157A1 | 4/21/2012 |
| Attempted Suicide Inmate | CIW | CIW-COP-12-04-0037 | 4/20/2012 |
| Attempted Suicide Inmate | WSP | WSP-FBY-12-04-0163 | 4/20/2012 |

| Incident Type | Institution | Case Number | Date |
|---|---|---|---|
| Force or Violence - Inmate Attempted Suicide | COR | COR-03C-12-04-0219 | 4/19/2012 |
| Attempted Suicide Inmate | SAC | SAC-FAB-12-04-0253 | 4/17/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-04-0125A1 | 4/12/2012 |
| Attempted Suicide Inmate | CMF | CMF-M03-12-04-0174 | 4/11/2012 |
| Attempted Suicide Inmate | KVSP | KVSP-FC8-12-04-0182A1 | 4/11/2012 |
| Attempted Suicide Inmate | RJD | RJD-A02-12-04-0126 | 4/11/2012 |
| Attempted Suicide Inmate | SATF | SATF-0004-12-04-0147 | 4/11/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-04-0124 | 4/10/2012 |
| Attempted Suicide Inmate | DVI | DVI-RCI-12-04-0098 | 4/9/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAA-12-04-0213 | 4/4/2012 |
| Force or Violence - Inmate Attempted Suicide | LAC | LAC-A04-12-04-0161 | 4/9/2012 |
| Force or Violence - Inmate Attempted Suicide | CMC | CMC-CFAC-12-04-0118 | 4/5/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-0CS-12-04-0196A1 | 4/5/2012 |
| Attempted Suicide Inmate | CMC | CMC-CFAC-12-03-0113 | 3/30/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | ISP | ISP-FAMV-12-04-0075 | 3/31/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SVSP | SVSP-FD1-12-03-0276 | 3/30/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CCC | CCC-CC09-12-03-0076 | 3/29/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | VSPW | VSPW-FAA-12-03-0077 | 3/29/2012 |
| Force or Violence - Inmate Attempted Suicide | ISP | ISP-FA04-12-03-0071 | 3/28/2012 |
| Attempted Suicide Inmate | CMF | CMF-M03-12-03-0148 | 3/25/2012 |
| Attempted Suicide Inmate | SAC | SAC-FAS-12-03-0186 | 3/25/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-04A-12-03-0167 | 3/23/2012 |
| Force or Violence - Inmate Attempted Suicide | VSPW | VSPW-FAB-12-03-0072 | 3/23/2012 |
| Attempted Suicide Inmate | COR | COR-03B-12-03-0162 | 3/21/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SATF | SATF-0004-12-03-0111 | 3/20/2012 |
| Force or Violence - Inmate Attempted Suicide | SAC | SAC-PSU-12-03-0165 | 3/19/2012 |
| Attempted Suicide Inmate | SATF | SATF-0009-12-03-0114 | 3/19/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FCY-12-03-0110A1 | 3/16/2012 |
| Force or Violence - Inmate Attempted Suicide | CCWF | CCWF-FAB-12-03-0064 | 3/14/2012 |
| Attempted Suicide Inmate | RJD | RJD-CEN-12-03-0087 | 3/14/2012 |

| Category | Facility | ID | Date |
|---|---|---|---|
| Force or Violence - Inmate Attempted Suicide | MCSP | MCSP-C13-12-03-0075 | 3/13/2012 |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-MCS-12-03-0134 | 3/12/2012 |
| Attempted Suicide Inmate | SATF | SATF-0009-12-03-0090 | 3/5/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-B06-12-03-0069 | 3/4/2012 |
| Force or Violence - Inmate Attempted Suicide | COR | COR-0CS-12-03-0131A1 | 3/2/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SVSP | SVSP-FC5-12-03-0205 | 3/2/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FBY-12-03-0088A1 | 3/2/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-02-0075 | 2/28/2012 |
| Attempted Suicide Inmate | CMF | CMF-M03-12-02-0111 | 2/27/2012 |
| Force or Violence - Inmate Attempted Suicide | CTF | CTF-NOR-12-02-0037A1 | 2/27/2012 |
| Force or Violence - Inmate Attempted Suicide | SQP | SQP-004-12-02-0051 | 2/25/2012 |
| Attempted Suicide Inmate | CMF | CMF-MCS-12-02-0104 | 2/24/2012 |
| Force or Violence - Inmate Attempted Suicide | CCWF | CCWF-FAC-12-02-0052 | 2/23/2012 |
| Force or Violence - Inmate Attempted Suicide | CMC | CMC-DFAC-12-02-0067 | 2/23/2012 |
| Attempted Suicide Inmate | CIM | CIM-HCS-12-02-0073 | 2/22/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-FAS-12-02-0110 | 2/22/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CIM | CIM-HCS-12-02-0069 | 2/21/2012 |
| Force or Violence - Inmate Attempted Suicide | CIM | CIM-FAC-12-02-0065 | 2/17/2012 |
| Force or Violence - Inmate Attempted Suicide | CIM | CIM-HCS-12-02-0063 | 2/17/2012 |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-RCI-12-02-0058 | 2/15/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CMF | CMF-M03-12-02-0094 | 2/15/2012 |
| Attempted Suicide Inmate | RJD | RJD-B06-12-02-0046 | 2/14/2012 |
| Attempted Suicide Inmate | CMF | CMF-M02-12-02-0089 | 2/13/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FBY-12-02-0070 | 2/13/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-02-0053 | 2/12/2012 |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-CSV-12-02-0050 | 2/12/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FD5-12-02-0140A1 | 2/11/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FD6-12-02-0139 | 2/11/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CIW | CIW-HOU-12-02-0014A1 | 2/10/2012 |
| Force or Violence - Inmate Attempted Suicide | VSPW | VSPW-FAA-12-02-0037 | 2/10/2012 |

| | | | |
|---|---|---|---|
| Attempted Suicide Inmate | SATF | SATF-0002-12-02-0062 | 2/9/2012 |
| Attempted Suicide Inmate | KVSP | KVSP-FC1-12-02-0066 | 2/8/2012 |
| Force or Violence - Inmate Attempted Suicide | SVSP | SVSP-FB5-12-02-0121 | 2/8/2012 |
| Force or Violence - Inmate Attempted Suicide | CMC | CMC-DFAC-12-02-0046 | 2/7/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CMC | CMC-DFAC-12-02-0043 | 2/5/2012 |
| Attempted Suicide Inmate | CMC | CMC-DFAC-12-02-0044 | 2/5/2012 |
| Attempted Suicide Inmate | RJD | RJD-CEN-12-02-0039 | 2/4/2012 |
| Force or Violence - Inmate Attempted Suicide | CIW | CIW-HOU-12-02-0011 | 2/3/2012 |
| Attempted Suicide Inmate | CIW | CIW-COP-12-02-0010 | 2/1/2012 |
| Force or Violence - Inmate Attempted Suicide | LAC | LAC-A04-12-02-0048 | 2/1/2012 |
| Attempted Suicide Inmate | LAC | LAC-A05-12-01-0045 | 1/31/2012 |
| Force or Violence - Inmate Attempted Suicide | CCWF | CCWF-FAA-12-01-0022A1 | 1/29/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FD8-12-01-0093 | 1/29/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FD1-12-01-0090 | 1/28/2012 |
| Force or Violence - Inmate Attempted Suicide | RJD | RJD-CEN-13-01-0037 | 1/26/2012 |
| Force or Violence - Inmate Attempted Suicide | PVSP | PVSP-FCP-12-01-0036 | 1/25/2012 |
| Attempted Suicide Inmate | CIW | CIW-HOU-12-01-0007 | 1/24/2012 |
| Attempted Suicide Inmate | MCSP | MCSP-A04-12-01-0033 | 1/24/2012 |
| Attempted Suicide Inmate | VSPW | VSPW-FAA-12-01-0027 | 1/23/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CIM | CIM-CIM2-12-01-0034 | 1/22/2012 |
| Force or Violence - Inmate Attempted Suicide | CCWF | CCWF-FAA-12-01-0017 | 1/21/2012 |
| Force or Violence - Inmate Attempted Suicide | CMF | CMF-M03-12-01-0044 | 1/21/2012 |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-CSV-12-01-0023 | 1/19/2012 |
| Attempted Suicide Inmate | SQP | SQP-002-12-01-0016 | 1/19/2012 |
| Force or Violence - Inmate Attempted Suicide | WSP | WSP-FHY-12-01-0032A1 | 1/18/2012 |
| Force or Violence - Inmate Attempted Suicide | HDSP | HDSP-CSO-12-01-0029 | 1/17/2012 |
| Attempted Suicide Inmate | MCSP | MCSP-ASU-12-01-0025 | 1/17/2012 |
| Attempted Suicide Inmate | MCSP | MCSP-B06-12-01-0026 | 1/17/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | CTF | CTF-CEN-12-01-0009 | 1/15/2012 |
| Attempted Suicide Inmate | SVSP | SVSP-FC5-12-01-0050A1 | 1/15/2012 |
| Attempted Suicide Inmate | HDSP | HDSP-FB2-12-01-0021 | 1/14/2012 |
| Force or Violence - Inmate Attempted Suicide | SQP | SQP-005-12-01-0039 | 1/14/2012 |

| Category | Institution | ID | Date |
|---|---|---|---|
| Attempted Suicide Inmate | VSPW | VSPW-FAA-12-01-0021 | 1/14/2012 |
| Force or Violence - Inmate Attempted Suicide | DVI | DVI-ASU-12-01-0012 | 1/11/2012 |
| Force or Violence - Inmate Attempted Suicide | PVSP | PVSP-FDP-12-01-0010 | 1/9/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SAC | SAC-PSU-12-01-0021 | 1/7/2012 |
| Attempted Suicide Inmate | SAC | SAC-FAA-12-01-0014 | 1/5/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | SVSP | SVSP-FC6-12-01-0022 | 1/5/2012 |
| Attempted Suicide Inmate | CMF | CMF-M03-12-01-0009 | 1/3/2012 |
| Attempted Suicide Inmate | MCSP | MCSP-B06-12-01-0006 | 1/3/2012 |
| Force or Violence - Inmate Attempted Suicide Resulting in Use of Force | KVSP | KVSP-FB1-12-01-0001 | 1/2/2012 |
| Attempted Suicide Inmate | MCSP | MCSP-B10-12-01-0003 | 1/2/2012 |
| Force or Violence - Inmate Attempted Suicide | SAC | SAC-FAS-12-01-0005 | 1/2/2012 |