# EXHIBIT C

# Memorandum

Date : March 20, 2013

To : Associate Directors, Division of Adult Institutions
Wardens

Subject : **ADMINISTRATIVE SEGREGATION UNIT REQUIREMENTS REGARDING CLUSTERING AND ENTERTAINMENT APPLIANCES**

The California Department of Corrections and Rehabilitation (CDCR) implemented the 30-Minute Welfare Check in Administrative Segregation Unit (ASU) procedure, as described in the October 31, 2006, memorandum titled, 30-MINUTE WELFARE CHECKS OF INMATES PLACED IN ADMINISTRATIVE SEGREGATION UNITS (attached). The memorandum requires that an "INTAKE" identifying marker be placed on the outside of the cell of all ASU inmates for the first three weeks of ASU placement.

In addition, the memorandum stated, *"When possible and practical, ASU new arrival inmates should be placed in cells in close proximity of each other and near high traffic areas or control booths that allow for better observation by staff. The "clustering" of newly placed ASU inmates will better allow existing resources to complete the Welfare Check function."*

Effective immediately, all institutions with ASU's shall begin clustering ASU inmates on Intake status (first 21 days) in close proximity to one another in the retrofitted Intake Cells. This will ensure staff are better able to complete required Welfare Checks in ASU.

Another issue related to clustering is the concept of housing inmates in the Mental Health Services Delivery System (MHSDS) in close proximity to one another. This "clustering" of MHSDS inmates is believed to be a preventative factor to victimization of mental health inmate-patients. Therefore, effective immediately, when possible and practical, MHSDS-ASU inmates should be placed in cells in close proximity to each other. Inmates in the Enhanced Outpatient Program (EOP) may not be housed in the same cell with non-MHSDS inmates. Correctional Clinical Case Management System (CCCMS)-ASU inmates may still be housed with Non-MHSDS inmates in ASU as long as their remaining case factors are compatible.

In 2007, CDCR authorized inmates in ASU to possess one entertainment appliance, either a television or radio. Issuance of an entertainment appliance is deemed a deterrent to sensory deprivation experienced by some inmates in segregated housing. The authorization was limited to those institutions with the physical plant to allow use of the appliances (electrical and/or television signal). This serves as a reminder that institutions shall issue one entertainment appliance per inmate housed in ASU consistent with memoranda dated March 12, 2007, TELEVISIONS IN

Associate Directors – Division of Adult Institutions
Wardens
Page 2

ADMINISTRATIVE SEGREGATION UNITS, and April 27, 2007, CLARIFICATION REGARDING ENTERTAINMENT APPLIANCES IN ADMINISTRATIVE SEGREGATION UNITS. The only appropriate exemption to this requirement is when a specific cell does not have electricity.

*Each institution shall provide training on the contents of this memorandum to all regularly assigned ASU custody staff.* A proof-of-practice memorandum verifying compliance with the training requirement shall be forwarded to your Associate Director, with copies to Joseph Moss, Chief Deputy Warden, Coleman Team, no later than March 29, 2013.

Please ensure your institution's local Operating Procedures are immediately updated to include the processes described in this directive. The revision(s) may be a supplement to be included in the next scheduled revision of the impacted document.

If you have any questions regarding these expectations, please contact Mr. Moss, at (916) 464-5672.

KATHLEEN L. DICKINSON
Director
Division of Adult Institutions

Attachments

cc: M. D. Stainer
    Kathleen Allison
    Joseph Moss
    Christina Phillips

State of California
Case 2:90-cv-00520-KJM-SCR    Document 4478-3    Filed 03/22/13    Page 4 of 11
Department of Corrections and Rehabilitation

# Memorandum

Date : October 31, 2006

To : Associate Directors-Division of Adult Institutions
Wardens

*Warden* 

COPY REC'D
1 COPY TO CDW  *I 57*
1 COPY TO AW - BS  *I 54*
1 COPY TO AW - CS
1 COPY TO AW - H & P
1 COPY TO AW - RC
1 COPY TO *All Captains*
1 COPY TO _____
1 COPY TO FILE

Subject : **30-MINUTE WELFARE CHECKS OF INMATES PLACED IN ADMINISTRATIVE SEGREGATION UNITS**

The California Department of Corrections and Rehabilitation (CDCR) is continuing its efforts to reduce inmate suicides within CDCR. During recent discussion, the recommendation to commence with more frequent welfare checks of inmates during the first three weeks of placement in Administrative Segregation Units (ASU) was approved.

Currently, custody staff assigned to ASU on First and Third Watch are required to perform hourly security checks to ensure inmates are accounted for and secured within their assigned housing units.

In keeping with the October 2, 2006 memorandum titled, "Expectations Regarding Administrative Segregation and Suicide Prevention", all inmates shall have the "INTAKE" identifying marker on the outside of the cell door for the first three weeks of ASU placement.

Additionally, CDCR will immediately begin 30 minute "Welfare Checks" of inmates during the first three weeks of ASU placement. Welfare checks are the "personal observation" of newly placed ASU inmates by Correctional Officers at least every 30 minutes, at irregular intervals, for the first three weeks of ASU placement. These Welfare Checks shall be recorded on the attached "ASU 30-Minute Welfare Check Tracking Sheet".

When possible and practical, ASU new arrival inmates should be housed in cells in close proximity of each other and near high traffic areas or control booths that allow for better observation by staff. The "clustering" of newly placed ASU inmates will better allow for existing resources to complete the Welfare Check function.

If you have any questions, please contact Joseph Moss, Correctional Captain at (916) 323-3578.

*Original signed by:*

JOHN DOVEY
Director
Division of Adult Institutions

cc: Joseph Moss

# ASU 30 MINUTE WELFARE CHECK TRACKING SHEET

DATE: _____ PRISON: _____ CELL NUMBER: _____

INMATE: _____ CDCR #: _____ INMATE: _____ CDCR #: _____

| TIME | TIME CHECKED | PRINTED STAFF NAME | STAFF SIGNATURE |
|---|---|---|---|
| 0030 | | | |
| 0100 | | | |
| 0130 | | | |
| 0200 | | | |
| 0230 | | | |
| 0300 | | | |
| 0330 | | | |
| 0400 | | | |
| 0430 | | | |
| 0500 | | | |
| 0530 | | | |
| 0600 | | | |
| 0630 | | | |
| 0700 | | | |
| 0730 | | | |
| 0800 | | | |
| 0830 | | | |
| 0900 | | | |
| 0930 | | | |
| 1000 | | | |
| 1030 | | | |
| 1100 | | | |
| 1130 | | | |
| 1200 | | | |
| 1230 | | | |
| 1300 | | | |
| 1330 | | | |
| 1400 | | | |
| 1430 | | | |
| 1500 | | | |
| 1530 | | | |
| 1600 | | | |
| 1630 | | | |
| 1700 | | | |
| 1730 | | | |
| 1800 | | | |
| 1830 | | | |
| 1900 | | | |
| 1930 | | | |
| 2000 | | | |
| 2030 | | | |
| 2100 | | | |
| 2130 | | | |
| 2200 | | | |
| 2230 | | | |
| 2300 | | | |
| 2330 | | | |
| 0000 | | | |

ASU 30 MINUTE WELFARE CHECK TRACKING SHEET

DEVELOPED OCTOBER 31, 2008

**Gaines, Thomas**

| | |
|---|---|
| From: | Vazquez, P |
| Sent: | Wednesday, November 01, 2006 7:29 AM |
| To: | Gaines, Thomas |
| Subject: | FW: 30-Minute Welfare Checks in ASU |
| Attachments: | ASU 30 minute checks memo.doc; ASU 30 MINUTE CHECK Tracking Sheet.xls |

| | |
|---|---|
| From: | Tronti, Randy |
| Sent: | Tuesday, October 31, 2006 4:51 PM |
| To: | Institutions Wardens; Chrones, Lea Ann; Dickinson, Kathleen; Giurbino, George; Kane, Anthony; Schwartz, Teresa; Still, Wendy |
| Cc: | Dovey, John; Kernan, Scott; Cappel, Ronald; Runnels, David; Quackenbush, Timothy; Gaddi, Kathy; Moss, Joseph; Dobson-Davis, Velda; Facciola, Sue; Lemon, Max; O'Ran, Sterling; Prudhomme, Pamela; Smith, Calvin; Baker, Karen; Jacquez, Juan; Marquez, Marilyn; Mendonca, Cherlyann; Santiago, Debra; Chatt, Rachel; Fong, Jenson; Groves, Kay; Koshell, Linda; Smith, Christiane |
| Subject: | 30-Minute Welfare Checks in ASU |

Good Evening Bosses - please see the attached documents per this mornings conference call. Also, please be advised that there may be changes required to the attached form and possibly to the manner in which the 30-Minute Welfare Checks are completed. Captain Moss will be working on providing a training document for assigned ASU staff to ensure that they are properly trained to use the form. As you are aware, this issue is of such great urgency that Mr. Dovey felt compelled to initiate this change immediately, with the understanding that there may need to be changes made as we move through the process. Mr. Dovey and Mr. Kernan thank you for your understanding and assistance in implementing these procedures at your institutions with such short notice. Thank you,

 

ASU 30 minute checks memo.doc   ASU 30 MINUTE CHECK Tracking S...

Randy Tronti
California Department of Corrections and Rehabilitation
Division of Adult Institutions
(916) 323-1029

1

State of California                                                           Department of Corrections and Rehabilitation

# Memorandum

Date : March 12, 2007

To : Associate Directors, Division of Adult Institutions
Wardens

Subject: **TELEVISIONS IN ADMINISTRATIVE SEGREGATION UNITS**

As the result of pending changes to Title 15 Section 3190(s) and Department Operations Manual (DOM) Section 54030, inmates housed in Administrative Segregation Units (ASU) may be permitted to possess one entertainment appliance, physical plant limitations permitting.

Privilege Group (PG) A and B inmates placed in ASU shall have their property inventoried and stored pending the outcome of Initial Classification Committee review. If the inmate is retained in ASU, all allowable property as determined by current departmental policy shall be reissued to the inmate. Inmates in ASU may also purchase an entertainment appliance via the Special Purchase Process. Eligibility to possess an entertainment appliance commences on the date of PG D assignment.

Retention of an entertainment appliance shall be based upon the inmate's disciplinary free behavior. Entertainment appliances are subject to temporary removal as the result of a finding of "Guilty" on any Rules Violation Report (RVR). The loss of an entertainment appliance shall be in addition to any other assessment deemed appropriate by the hearing official. Temporary loss of entertainment appliances shall be assessed as follows:

1. 30 days for the first offense
2. 60 days for the second offense
3. 90 days for the third offense

In addition, a guilty finding for two Serious RVRs or one Serious and two Administrative RVRs within 180-days shall be considered a program failure and result in disposal of the entertainment appliance in accordance with DOM Section 54030.12.2.

If further information is needed, please contact Don C. Price, Facility Captain (A), Standardized Procedures Liaison Unit, at (916) 327-5305.

*Original signed by:*

LEA ANN CHRONES
Director (A)
Division of Adult Institutions

cc: Scott Kernan
    Teresa Schwartz
    Tim Virga
    Don Price

State of California                                                                 Department of Corrections and Rehabilitation

# Memorandum

WSP-RC Received & Distributed on 3/20/2007 9:25 AM
By Thomas P. Gaines, Executive Assistant

1 COPY REC'D  AW-ADA
1 COPY TO CDW  R&R Sergeant
1 COPY TO AW - BS  IST
1 COPY TO AW - CS  ISU
1 COPY TO AW - H & P
1 COPY TO AW - RC
1 COPY TO  all Captains
1 COPY TO  I/M appeals
1 COPY TO FILE

Date   :   March 12, 2007

To     :   Associate Directors, Division of Adult Institutions
           Wardens

Subject:   **TELEVISIONS IN ADMINISTRATIVE SEGREGATION UNITS**

As the result of pending changes to Title 15 Section 3190(s) and Department Operations Manual (DOM) Section 54030, inmates housed in Administrative Segregation Units (ASU) may be permitted to possess one entertainment appliance, physical plant limitations permitting.

Privilege Group (PG) A and B inmates placed in ASU shall have their property inventoried and stored pending the outcome of Initial Classification Committee review. If the inmate is retained in ASU, all allowable property as determined by current departmental policy shall be reissued to the inmate. Inmates in ASU may also purchase an entertainment appliance via the Special Purchase Process. Eligibility to possess an entertainment appliance commences on the date of PG D assignment.

Retention of an entertainment appliance shall be based upon the inmate's disciplinary free behavior. Entertainment appliances are subject to temporary removal as the result of a finding of "Guilty" on any Rules Violation Report (RVR). The loss of an entertainment appliance shall be in addition to any other assessment deemed appropriate by the hearing official. Temporary loss of entertainment appliances shall be assessed as follows:

1. 30 days for the first offense
2. 60 days for the second offense
3. 90 days for the third offense

In addition, a guilty finding for two Serious RVRs or one Serious and two Administrative RVRs within 180-days shall be considered a program failure and result in disposal of the entertainment appliance in accordance with DOM Section 54030.12.2.

If further information is needed, please contact Don C. Price, Facility Captain (A), Standardized Procedures Liaison Unit, at (916) 327-5305.

*Original signed by:*

LEA ANN CHRONES
Director (A)
Division of Adult Institutions

cc:  Scott Kernan
     Teresa Schwartz
     Tim Virga
     Don Price

## Gaines, Thomas

**From:** Gaddi, Kathy
**Sent:** Monday, March 19, 2007 5:25 PM
**To:** Institutions Wardens; Schwartz, Teresa; Allen, Elizabeth; Tronti, Randy; Kernan, Scott; Quackenbush, Timothy; Virga, Tim; Fisher, Randy; Siaca, Migdalia; Price, Don; Hawkins, Richard; Barnett, Linda; Giurbino, George; Kane, Anthony; Scribner, Larry; Still, Wendy; Vazquez, P; Dobson-Davis, Velda; Hardy, Nancy; Martel, Michael; O'Ran, Sterling; Smith, Calvin
**Subject:** TELEVISIONS IN ADMINISTRATIVE SEGREGATION UNITS
**Attachments:** Televisions in ASU.DOC

Hi, please share information as appropriate.

Thanks,

*Kathy Gaddi*
Executive Assistant
 to the Director
Division of Adult Institutions
(916) 445-7688

3/20/2007

State of California                                                                 Department of Corrections and Rehabilitation

**Memorandum**

WSP-RC Received & Distributed on 4/30/2007 2:17 PM
By Thomas P. Gaines, Executive Assistant

1 COPY REC'D  *Watch Cdr*
1 COPY TO CDW  *EST*
1 COPY TO AW - BS  *I/M Appls*
1 COPY TO AW - CS  *Litigation*
1 COPY TO AW - H &P  *Chief I.A.*
1 COPY TO AW - RC
1 COPY TO  *all Captains*
1 COPY TO  *I/M Property Offs*
1 COPY TO FILE

Date : April 27, 2007

To : Associate Directors, Division of Adult Institutions
Wardens

Subject : **CLARIFICATION REGARDING ENTERTAINMENT APPLIANCES IN ADMINISTRATIVE SEGREGATION UNITS**

This is to provide clarification regarding the attached memorandum dated March 12, 2007, on the subject of televisions in Administrative Segregation Units (ASU). The Division of Adult Institutions (DAI) has received requests for more specific guidance concerning this inmate privilege.

The California Department of Corrections and Rehabilitation has a commitment to the court in regards to *Coleman vs. Schwarzenegger.* This commitment is in response to court concerns over sensory deprivation and suicide trends in the ASU's. It is important that we take an immediate, active role in addressing these issues rather than waiting for additional direction from the court. With this intent, the DAI is permitting ASU inmates to possess one entertainment appliance, either a television or a radio. Compact disc, cassette players and batteries remain restricted due to safety and security concerns and battery operated appliances are still not permitted in ASU.

The March 12, 2007, memorandum provided for a schedule of increasing temporary loss of entertainment appliances in ASU. The initial Rules Violation Report (RVR) resulting in ASU placement does not apply to this schedule. It would be contrary to the intent of our response to *Coleman* to permit this. Only RVR's received subsequent to ASU placement shall result in loss of an entertainment appliance.

RVR's received in ASU have no time constraints other than those related to Program Failure. While a first and a second RVR may be over one-year apart, the second RVR shall always result in a 60-day loss of entertainment appliance privileges. However, this lack of time limits does not carry over to subsequent ASU placements.

The instances in which an ASU inmate would not be permitted to possess an entertainment appliance include physical plant limitations, the loss of the entertainment appliance as the result of RVR's while in ASU, or if the reason for ASU placement involved the misuse of an entertainment appliance.

The RVR resulting in ASU placement does not impact the inmates' ability to possess an entertainment appliance unless there is a nexus between an appliance and the reason for placement. For example, if placement involved the misuse of an appliance, the Institution Classification Committee may determine that possession of an entertainment appliance poses an unacceptable safety and security risk in ASU. Such a determination must be made on a case-by-case evaluation of the specific circumstances involved.

The memorandum of March 12, 2007, permits inmates housed in ASU to possess one entertainment appliance; however, there may be physical plant limitations. While an inmate's Privilege Group may permit the privilege of possessing an entertainment appliance, this may not be possible without extensive retrofitting of existing buildings by adding

Associate Directors
Wardens
Page 2

additional electrical outlets, and cable connections. If this is the case, the facility shall submit an exemption request to the Standardized Procedures Liaison Unit, as provided in Department Operations Manual Section 54030.17. Please provide a description of the retrofitting required along with a cost estimate in all exemption requests.

Several institutions have exemptions granted for alternating current appliances in dormitory housing, including those institutions whose General Population (GP) housing is exclusively dormitories. Regardless of the exemption granted for dormitory housing, placement in ASU is not subject to this exemption. It is important to remember the restrictive nature of ASU housing and resulting sensory deprivation issues that do not exist in dormitory housing and are of concern in the *Coleman* case. Therefore, an inmate who was unable to possess an entertainment appliance in GP housing may be able to do so during ASU placement.

The ability of an ASU inmate to possess an entertainment appliance, either a television or a radio, also provides inmates with an additional incentive for positive programming and an additional disciplinary tool for staff. The memorandum of March 12, 2007, provides a schedule for temporary loss of entertainment appliances. The classification of the RVR, whether serious or administrative, does not affect this schedule. The loss of an entertainment appliance is in addition to any other assessment deemed appropriate by the hearing official.

If further information is needed, please contact Don C. Price, Facility Captain (A), Standardized Procedures Liaison Unit, at (916) 327-5305.

LEA ANN CHRONES
Director (A)
Division of Adult Institutions

Attachment

cc: Scott Kernan
    Teresa Schwartz
    Tim Virga
    Don Price