# EXHIBIT D

# Memorandum

Date : March 21, 2013

To : See Distribution List

Subject: **CASE-WORK EXPECTATIONS, CLASSIFICATION TIME FRAMES, AND PSYCHIATRIC AND RETURN POLICY FOR DEPARTMENT OF STATE HOSPITAL ACUTE AND INTERMEDIATE CARE FACILITY INMATE-PATIENTS**

The purpose of this memorandum is to provide clarification and direction regarding California Department of Corrections and Rehabilitation (CDCR) procedures and casework expectations for inmate-patients admitted and/or discharged from a Department of State Hospital (DSH) program, in accordance with Penal Code Sections 2684 and 2685. This memorandum supersedes the previous Psychiatric and Return memorandum, dated November 17, 2004. Policies outlined herein are to be implemented in conjunction with existing departmental policies outlined in the following memoranda (attached):

1. Procedures for Transfer of Inmate-Patients after Discharge from Mental Health Crisis Bed and Department of Mental Health Treatment dated September 8, 2009.
2. Pilot Program for Intermediate Care Facilities at Atascadero State Hospital, California Medical Facility, and Salinas Valley State Prison, dated July 16, 2009.
3. Notification of the Continuation of the Department of Mental Health Intermediate Care Facility Pilot Program Policy, Modified Custody Criteria, and Procedures, dated October 24, 2011.
4. CDCR and DSH Acute and Intermediate Care Facility (ICF) Memorandum of Understanding (MOU), dated August 11, 2006, and August 18, 2010.
5. Mental Health Crisis Bed/Department of Mental Health Transports dated March 30, 2012.
6. Primary and Alternate Hub Designations for Placement of Inmates who require Administration Segregation Placement and Mental Health Services, dated June 17, 2008.

It is the expectation of CDCR that inmate-patients referred to DSH are housed, based on evaluation of current case factors and updated casework, in the least restrictive housing environments within DSH and upon return to CDCR. It is also expected pending case work will be completed in a timely manner throughout the referral, admission, and discharge processes, consistent with current CDCR policies.

**Initial Referral for DSH Placement**

At the time of the initial referral from the Institutional CDCR/DSH Coordinator, the Classification and Parole Representative (C&PR) or designee shall ensure the Health

See Distribution List
Page 2
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

Care Placement Oversight Program (HCPOP) Placement Screening Sheet (PSS) is completed. The C&PR shall ensure that an inmate-patient's CDCR Form 812, *Notice of Critical Case Information, Safety of Persons (Non-Confidential Enemies),* and CDCR Form 812-C, *Notice of Critical Information Confidential Enemies*, are updated during completion of the PSS. If during the update process enemies are identified at the receiving institution, the sending institution's C&PR/designee shall fax a copy of CDCR Form 812/812-C to the receiving institution, and confirm receipt by telephone or email, prior to the inmate-patient's arrival.

The C&PR/designee at the DSH liaison institution shall notify the DSH Clinical Assessment Team (CAT) of all identified documented enemy concerns at the DSH facility. Inmate-patients will not be precluded from DSH housing treatment programs due to the presence of documented enemy concerns; however, inmate-patients will not be housed within the same DSH housing units with the identified enemies.

Upon clinical acceptance of an inmate-patient to DSH, the sending CDCR/DSH Coordinator shall notify the C&PR and provide a copy of the DSH acceptance chrono, CDCR Form 7480, *Mental Health Due Process Chrono* (Vitek), and the CDCR Form 128-MH3, *Mental Health Placement Chrono*, reflecting the inmate-patient's change in Level of Care (LOC). The C&PR/designee shall ensure the documents are placed in the central file prior to transfer and coordinate transfer arrangements. (Refer to CDCR Memorandum dated March 30, 2012, titled "Mental Health Crisis Bed/ Department of Mental Health Transports").

The sending C&PR/designee shall complete a CDCR Form 128-B, *Information Chrono*, on all cases prior to transfer, noting any pending or incomplete casework requiring follow up by sending institution staff, such as pending CDCR Form 115, *Rules Violation Report*, Reception Center (RC) processing documents, pending investigations, etc. A copy of CDCR Form 128-B shall be placed in the inmate-patient's central file and a copy shall be forwarded to the sending institution facility staff responsible for providing the required missing documentation, requesting the documentation and/or assistance in facilitating the required casework to be completed. Prior to transfer the C&PR/designee shall follow up on all requested documentation to ensure placement into the central file. The C&PR/designee will track requested documentation not received prior to transfer for continued follow up and forwarding to the receiving institution.

Upon completion of the CDCR Form 128-MH3, the sending institution's CDCR/DSH Coordinator shall ensure the Strategic Offender Management System (SOMS) is updated to reflect the appropriate DSH LOC prior to transfer.

(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

A pending CDCR Form 115 will not preclude an inmate-patient from being transferred into an appropriate DSH program within the established timelines; however, the sending institution shall be responsible for processing any pending CDCR Form 115, including providing all required documentation to facilitate the adjudication at the receiving institution. The sending institution shall forward the CDCR Form 115, CDCR Form 115-MH, *Mental Health Assessment Request*, Investigative Employee report, documentation of exceptional circumstance, etc., no later than five working days after an inmate-patient has transferred to DSH.

If the processing casework has not been completed for DSH referrals from an RC or Mental Health Crisis Bed Facility (MHCBF), the C&PR/Correctional Counselor III (CC-III) at the RC or MHCBF institution shall coordinate with the appropriate referring mental health staff who shall in turn coordinate with the appropriate medical staff to make every effort to provide the C&PR/designee with all required clinical and medical documentation needed in order to expedite completion of the RC processing.

Completed RC processing includes, but is not limited to:

- CDCR Form 128C-1, *Reception Center Medical Clearance/Restriction Information chrono*
- CDCR Form 128-MH1, *Mental Health Screening chrono*
- CDCR Form 128C, *Medical-Psych-Dental (TB chrono)*
- CDCR Form 128C-2, *Recommendation for Adaptive Support*
  CDCR Form 128C3, *Medical Classification Chrono*
- CDCR Form 1845, *Disability Placement Program Verification Form* (if necessary)
- Completed Institutional Staff Recommendation Summary (for New Commitments)
- CDCR Form 839, *Classification Score Sheet (for New Commitments)*
- CDCR Form 841, *Readmission Score Sheet (for Parole Violators Return to Custody with New Term)*
- CDCR Form 816, *Reception Center Readmission Summary (for Parole Violators Return to Custody with New Term)*

Unfinished RC processing shall not impede transfer of inmate-patients to DSH. RC processing casework completed thus far shall be placed in the inmate-patient's central file prior to transfer to the DSH facility.

**Initial Acceptance into DSH Acute/Intermediate Care Facility**

Upon confirmation of an inmate-patient's arrival to the CDCR/DSH liaison facility, the receiving institution shall be responsible to facilitate a teletype request from the

Case 2:90-cv-00520-KJM-SCR   Document 4478-4   Filed 03/22/13   Page 5 of 6

See Distribution List
Page 4
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

Classification Services Unit (CSU). The receiving institution's Case Records shall ensure the appropriate intake screening is completed no later than the next business day after arrival. The C&PR/designee shall ensure all necessary documents, specifically the DSH acceptance chrono, CDCR Form 7480 and CDCR Form 128-MH3, are present and the case prepared for the Classification Staff Representative (CSR) endorsement review.

The C&PR/designee shall complete a preliminary central file screening of each expedited psychiatric and return transfer upon arrival and evaluate if imminent Mental Disorder Offender, Sexual Violent Predator, Board of Prison Hearing, notifications, or release date issues exist. If imminent time constraints are present, the C&PR/designee shall make the appropriate notifications to needed staff in order to expedite the required processing.

It is the expectation that inmate-patients admitted into DSH programs receive an initial classification review within 14 days of arrival or 10 days of arrival if Administrative Segregation Unit (ASU) issues existed prior to arrival. The initial Unit Classification Committee (UCC) or Institutional Classification Committee (ICC) shall perform a thorough case file review to include a review of the CDCR Form 128-B, completed by the sending institution, prior to transfer which shall indicate any pending or incomplete casework requiring follow up by institutional staff. The receiving UCC/ICC shall review and complete any pending casework which may assist in the evaluation process of an inmate-patient and potential placement into a less restrictive treatment program.

If it is discovered during the initial review that follow up documentation is necessary, the assigned CC-II shall be responsible for ensuring appropriate follow up is completed with the sending institution's C&PR/designee in order to obtain the information. If the requested documentation from the sending institution is not obtained within seven business days from the initial request, the CC-II shall notify their C&PR/designee and Unit Captain of the delay, via email.

The C&PR/designee or Unit Captain will be responsible for contacting the sending institution's C&PR/designee or Unit Captain, identified on the CDCR Form 128-B. If the requested documents are not received within three business days from the second contact, the Warden/designee shall be responsible for making contact with the sending institution's Warden/designee.

Continual casework is expected while inmate-patients are housed in the DSH program, to include completion of the disciplinary process for all issued CDCR Form 115s and any other resolvable casework issues, such as case-by-case reviews

Case 2:90-cv-00520-KJM-SCR   Document 4478-4   Filed 03/22/13   Page 6 of 6

See Distribution List
Page 5
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

for VIO, R suffix reviews, archive reviews, etc. It is imperative the disciplinary and classification processes are conducted in compliance with CDCR policies. The CC-II's shall ensure all casework requiring ICC review is addressed and CSR referrals appropriately concentrate on the inmate-patient's placement in the least restrictive housing available upon discharge.

**DSH Out to Court Appearances**

Upon receipt of a court order to remove an inmate-patient housed in a DSH program, the Holds/Warrants/Detainers or Out to Court (OTC) desk Case Records Technician shall notify the C&PR/designee of the court ordered request. The C&PR/designee shall ensure appropriate notification and processing is made with the DSH CAT. The DSH CAT shall contact the treating Psychiatrist to discuss whether the inmate-patient is stable enough to attend the requested hearing.

If it is the determination of the treating Psychiatrist that clinical conditions exist which would hamper the inmate-patient's court appearance, the Psychiatrist shall indicate the clinical recommendation on a CDCR Form 128-B and provide the chrono to DSH CAT, who will forward to the C&PR/designee. The C&PR/designee shall ensure the CDCR Form 128-B is provided to the requesting court no later than three business days after receiving the requested court order for a scheduled appearance. The overall determination for a mandated court appearance or postponement resulting in rescheduling shall be the decision of the requesting Judge/Court.

DSH inmate-patients required to attend a court ordered hearing by means of CDCR transportation will be provided special transport and not be transported via CDCR bus. Inmate-patients requiring transport to an alternate CDCR institution to facilitate county pick up shall only proceed upon clinical coordination between the DSH CAT and HCPOP. The CDCR DSH Coordinator and HCPOP shall ensure an appropriate inpatient bed placement is available at the lay-over institution, in order to accommodate the inmate-patient's mental health LOC needs prior to release to the county.

Inmate-patients housed in an ICF DSH program who have a custody reduction from Maximum (MAX) custody to Close A or Close B custody as a result of an ICC action, for the sole purpose of programming within DSH, shall revert back to MAX custody prior to OTC release. The C&PR/designee shall ensure the OTC flimsy central file reflects the appropriate prior MAX custody and ASU housing concerns if still applicable outside of DSH placement. The C&PR/designee shall indicate the inmate-patient's MAX custody on the CDCR Notice of Detainer, as well as any housing, gang, or mental health concerns if retention at a county facility is required.