See Distribution List
Page 6
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

Receiving institutions temporarily housing DSH LOC inmate-patients in a MHCB while attending OTC proceeding shall notify the C&PR/designee at the DSH liaison institution immediately upon completion of court proceedings in order to expedite readmission to DSH. The C&PR/designee at the DSH liaison institution shall contact the DSH CAT to ensure bed availability upon return and the inmate-patient was not discharged from DSH while on out to court status. Upon completion of the court proceedings and confirmation of DSH bed availability the inmates-patient shall be transferred expeditiously.

**Discharge from the DSH**

Upon notification of an inmate-patient's discharge from a DSH program, it is the expectation that the C&PR/Bed Utilization Management team shall make every effort to expeditiously return the discharged inmate-patient to an appropriate CDCR institutional bed in order to create space for other inmate-patients requiring DSH treatment. Every effort shall be made to ensure transfers occur no later than three working days in accordance with the CDCR/DSH ICF Memorandum of Understanding (MOU). Once the C&PR's office has determined the appropriate CDCR institution for the inmate-patient to return to, it is imperative the C&PR/designee notifies the DSH CAT or DSH Forensic Office. The DSH CAT shall notify the C&PR/designee two weeks prior to the pending physical discharge of Security Housing Unit (SHU) inmate-patients. The two week requirement is to allow CDCR staff sufficient time to determine if the inmate-patient's case factors remain appropriate prior to return to the sending institution or if additional ICC review is required to address and resolve safety concerns or disciplinary issues in order to avoid ASU/SHU placement upon discharge.

Once the C&PR/designee is notified in advance of the release of SHU inmate-patients, the respective assigned CC-II shall complete a file review to determine if an ICC hearing is warranted or if return to the sending SHU institution is appropriate.

Additionally, every effort shall be made by the DSH CDCR Captain/designee to coordinate with the DSH CAT to identify Sensitive Need Yard (SNY), Psychiatric Services Unit (PSU), and MAX custody inmate-patients two weeks prior to discharge. Timely notification and coordination of identified inmate-patients will allow the CC-II sufficient time to facilitate a potentially needed ICC review and ensure appropriate placement based on current case factors for inmate-patients whom no longer require ASU/SHU/PSU placement upon return to CDCR.

See Distribution List
Page 7
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

The DSH CAT shall facilitate all inmate-patient discharges back to CDCR. The assigned DSH CC-I shall coordinate on a daily basis with the CAT who will provide the CDCR Form 128-MH-3 Discharge Chrono to the assigned CC-I.

The CC-I shall ensure inmate-patient's CDCR Form 812/812-C is updated prior to discharge from DSH. The CC-I shall complete a central file review daily on all discharged DSH inmate-patients. The discharge review shall be documented on a CDCR Form 128-B to identify the originating institution, current case factors, and pending casework to determine an appropriate placement. The inmate-patient cases will be presented to the C&PR/designee to determine if the inmate-patient can return to the originating/sending institution, ASU hub, or if alternate re-direction placement is needed. If return to the originating institution is not appropriate, inmate-patients may be released to the DSH CDCR respective institution's General Population (GP), only if there are no safety/security issues, and case factors are appropriate for placement. All cases shall be referred to HCPOP for placement redirection noted on a CDCR Form 128-B, and approved by the Warden/designee prior to placement. The CC-I shall ensure the case is subsequently presented for CSR endorsement.

Again, it is the expectation of CDCR that DSH discharged inmate-patients are housed in the least restrictive housing environments in accordance with existing case factors and are provided the most effective continuity of care upon return to CDCR. Fiscal prudence shall be utilized in coordinating transportation arrangements.

Upon discharge from DSH, inmate-patients endorsed and transferred as "Psych and Return" shall be returned to their originating institution including RCs. If an inmate-patient's LOC is Enhanced Outpatient Program (EOP) at the time of discharge and requires pending RC casework, then the inmate-patient shall be transferred back to the originating RC to complete the RC processing. The RC shall expedite the transfer to occur within the clinically indicated 30-day timeline as required in the Mental Health Services Delivery System (MHSDS) Program Guidelines.

If the MHSDS LOC is Correctional Clinical Care Management System (CCCMS) at time of discharge, the transfer shall be expedited and occur within the 60-day timeline as required in the MHSDS Program Guidelines.

RC inmate-patients discharged from DSH with completed RC processing and no outstanding casework aside from a CSR endorsement, shall be evaluated by the C&PR/designee at the DSH institution upon discharge and referred to HCPOP for redirection placement to an appropriate designated institution. Under no

Case 2:90-cv-00520-KJM-SCR     Document 4478-5     Filed 03/22/13     Page 3 of 5

See Distribution List
Page 8
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

circumstances are inmate-patients to be returned to institutions not designated to provide for their MHSDS Level of Care (LOC).

If, after the C&PR/designee review, it is determined the inmate-patient cannot return to the sending/originating institution based on the inmate-patient's MHSDS LOC, other case factors precluding placement, and ASU hub placement is not warranted, all DSH discharges will be processed consistent with the MHCB discharge process outlined in the September 8, 2009, memorandum, *Procedures for Transfer of Inmate-Patients after Discharge from Mental Health Crisis Bed and Department of Mental Health Treatment.*

The C&PR/designee will contact the HCPOP for placement assistance. The C&PR/designee shall provide an updated HCPOP PSS which shall document all relevant case factors (i.e., inmate-patient's LOC, any other pertinent medical concerns, classification score, custody designation, safety concerns, etc.), updated CDCR Form 812/812C, and UCC/ICC CDCR Form 128-G, *Classification Chrono*, noting placement recommendations, if the inmate-patient had SHU placement concerns, SNY concerns, and/or MAX custody issues recently addressed.

HCPOP will review the inmate-patient's case factors and LOC to determine appropriate bed availability in alternate mental health designated institutions and will provide the designated DSH liaison institution, receiving institution, and the CSU with a placement recommendation on a CDCR Form 128-B, *General Chrono*.

The C&PR/designee at the DSH liaison institution will then present the case with the HCPOP CDCR Form 128-B recommendation chrono to an onsite CSR for an emergency transfer endorsement. If an onsite CSR is not available, the C&PR/designee will contact the receiving institution's C&PR to coordinate transfer.

The C&PR/designee at the designated receiving institution will then accept admission of the inmate-patient and contact the CSU Officer of the Day for an emergency teletype endorsement. The C&PR/designee shall provide a copy of the PSS and HCPOP CDCR Form 128-B recommendation chrono to CSU. The receiving institution to which the inmate-patient will be discharged is responsible for coordination of the special transportation, once clinical clearance is received from the CDCR DSH Coordinator.

Additionally, contact will be made with the Statewide Transportation Unit (TU) to provide transport assistance and mitigate institutional associated overtime. The TU will provide assistance to facilitate special transports to and from DSH facilities. If TU

Case 2:90-cv-00520-KJM-SCR   Document 4478-5   Filed 03/22/13   Page 4 of 5

See Distribution List
Page 9
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

cannot facilitate transport within the established time frame, then the receiving institution shall be responsible to facilitate the special transport.

It is expected that clinical contact is made by the DSH CAT to the CDCR DSH Discharge Coordinator at the receiving institution prior to transfer to ensure continuity of care. The CDCR/DSH Coordinator at the receiving institution shall immediately notify their C&PR once clinical to clinical contact has been made to expedite the return transfer of discharged inmate-patients.

Inmate-patients included in the Disability Placement Program, or the Developmental Disability Placement, or have Medical LOC change, or are placed on Clozaril may have impacted discharge placement which may require specialized housing upon discharge and shall be referred to HCPOP and CSU for case conference review to facilitate appropriate placement.

**Administrative Segregation Cases**

Inmate-patients discharged from DSH treatment with a SHU term, or have case factors that require ASU placement, including inmate-patients whose originating institution was a RC, shall be transferred to the originating/sending institution's primary ASU hub.

Inmate-patients transferred to an EOP ASU hub shall only be placed in ASU if the inmate-patient presents an immediate threat to the safety of self or others, endangers institution security, and/or jeopardizes the integrity of an investigation of alleged serious misconduct or criminal activity. If an inmate-patient is pending adjudication of a CDCR Form 115 that could result in imposition of a SHU term, the institution that generated the CDCR Form 115 shall retain responsibility for the completion of the disciplinary process. Institution staff shall make every effort to resolve the basis for the inmate-patient's ASU placement prior to transfer to the ASU hub.

Based upon bed availability, it may be necessary to transfer ASU EOP or CCCMS cases to a hub other than the designated primary ASU hub facility. If the respective ASU hub is unable to house discharged inmates due to lack of bed availability, contact shall be made with HCPOP for alternate ASU hub placement recommendation and a CDCR Form 128-B redirection placement chrono.

Every effort shall be made to transfer inmate-patients requiring ASU hub placement expeditiously, but no later than three working days of discharge. Inmate-patients may be released to the DSH respective institution's GP, if there are no safety and/or security issues, and case factors are appropriate for placement. If an inmate-patient

See Distribution List
Page 10
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

is placed in the DSH institution's ASU based on incomplete casework, the case will be expedited for presentation to the CSR for endorsement and transfer to an appropriate institution. The Warden shall take appropriate administrative steps to ensure ASU placement after DSH discharge does not occur due to incomplete casework while housed in DSH.

If you have any questions, please contact Dennis Halverson, Chief (A), Population Management Unit, Division of Adult Institutions, at (916) 324-7812, or Becky Alkire, Chief, CSU, Division of Adult Institutions, at (916) 322-2544 or Robert Calderon, Chief, HCPOP, Division of Health Care Services, at (916) 691-3496.

KATHLEEN L. DICKINSON
Director
Division of Adult Institution

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A)
Division of Health Care Services

Attachments

Distribution List:

Associate Directors, Division of Adult Institutions
Regional Administrators, Health Care Services Division
Wardens
Chief Executive Officers
Chief Medical Executives
Chiefs of Mental Health
Health Care Managers
Classification and Parole Representatives
Correctional Counselors III, Reception Centers

cc: M. D. Stainer, Deputy Director, Facility Operations
    Kathleen Allison, Deputy Director, Special Project Liaison
    Vimal Singh, Deputy Director (A), Facility Support
    Dennis Halverson, Chief (A), Population Management Unit
    Becky Alkire, Chief, Classification Services Unit
    Shelly Neeley, Chief (A), HCPOP