# EXHIBIT E

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## DIVISION OF ADULT INSTITUTIONS, IN-SERVICE TRAINING (IST)
### ANNUAL 40 HOUR OFF POST TRAINING SCHEDULE
January 1, 2013 - December 31, 2013

| TRAINING COURSE | FOXPRO CODE | COURSE LENGTH | AUDIENCE | BIS CODE | AUTHORITY |
|---|---|---|---|---|---|
| Alarm Response | 1000 | 2.0 | Custody Staff | TBD | DOM 32010.14.10; DOM 55010 |
| Bloodborne Pathogens | 0553 | 1.0 | Correctional Peace Officers | TBD | CCR, Title 8, Section 5193; MOU BU6, Article VII 7:07; CAL OSHA, CDCR DSHCS MRSA Policy |
| Chemical Agents | 0039 | 2.0 | Correctional Peace Officers | TBD | CCR, Title 15, Chpt. 1, Section 3268; CCR Title 8, Section 5144; Penal Code 12403 |
| Clark - Overview of Developmental Disabilities - Annual Refresher | 0544 | 2.0 | Custody Staff | TBD | Clark v. California, Remedial Plan, March 1, 2002 redacted changes 08/10/11 |
| Cardiopulmonary Resuscitation and First Aid (CPR/FA) - Recertification | 0093 | 4.0 | Correctional Peace Officers - BU6 | TBD | CCR, Title 22, Division 9, Chpt. 1.5, Sections 100015, 100017,100025, 100026; Penal Code 13518 |
| Drug Identification and Control | 0069 | 2.0 | Custody Staff | TBD | CCR, Title 15, Sections 3268, 3290, 3006, 3016, 3138, 3170 |
| Electrified Fence | 0073 | 1.0 | Correctional Peace Officers - BU6 | TBD | CCR, Title 15, Section 3270.1; OSHA Board Decision and Order, April 16, 1998; DOM 11010.12.4.4, 52020.8.8 |
| Emergency Operations | 0075 | 2.0 | All Institutional Staff | TBD | CCR, Title 8, Section 3220; DOM 32010.14 |
| Escape Prevention | 1203 | 4.0 | All Correctional Staff | TBD | DOM 32010.14.1, 55040.3; Use "Site Specific" data for a portion of this course. |
| Expandable Baton Proficiency | 1525 | 2.0 | Correctional Peace Officers | TBD | BU6 Memorandum of Understanding (MOU) - Not applicable to Camps, CCFA or Parole Regions |
| Expandable Baton Requalification | 1137 | 2.0 | Correctional Peace Officers | TBD | DOM 55050.18.1 |
| Gang Management | 1147 | 2.0 | Correctional Peace Officers | TBD | Penal Code 422.91; CCR, Title 15, Section 3000, 3023; DOM Chapter 5, Article 22 - Gang Management |
| Impact Munitions | 0981 | 2.0 | Correctional Peace Officers - Line Staff | TBD | CCR, Title 15, Section 3268; RAB - May be included with Annual Range, time may vary due to local weapons authorization. |
| Range (Annual Firearms Qualification) | 0172 | 3.0 | Correctional Peace Officers | TBD | Penal Code 832, 830.5d; DOM 32010.14.2, 32010.19.3; Includes Less Lethal Weaponry |
| Suicide Prevention | 0506 | 1.0 | Custody Staff | TBD | Coleman v. Pete Wilson (Schwarzenegger), 09-13-1995. |
| Use of Force | 0219 | 2.0 | All Institutional Based Staff | TBD | CCR, Title 15, Article 1.5, Section 3268-3268.2; Penal Code 196,197; DOM 51020.1 |
| SUBTOTAL | | 34 | | | |
| Site Specific Training | | 6 | | | 7 hours for institutions without an electrified fence. |
| TOTAL CLASSROOM HOURS | | 40 | | | |

Quarterly Range is determined by Post Assignment at each institution.

11-16-12 OTPD, Field Training Unit

Amendments may be required based on training needs.

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## DIVISION OF ADULT INSTITUTIONS, IN-SERVICE TRAINING (IST)
January 1, 2013 - December 31, 2013

### 12 HOUR ON-THE-JOB TRAINING (OJT) SCHEDULE - REQUIRED

| TRAINING COURSE | FOXPRO CODE | COURSE LENGTH | AUDIENCE | BIS CODE | AUTHORITY |
|---|---|---|---|---|---|
| Fire and Life Safety 30MM | 1102 | .5 | All Institutional Based Staff | TBD | CCR, Title 8, Section 3221; CCR Title 15, Sections 3300, 3303; DOM 32010.14 |
| Form CDCR 22, Request for Interview, Item or Service | 2966 | 1.0 | Staff with Inmate/Parolee Contact | TBD | DOM 53030.6, DOM Article 52 - Request for Interview, Item or Service |
| Heat Related Pathologies | 0108 | .5 | Correctional Staff | TBD | Coleman v. Wilson (Schwarzenegger), Heat Plan are site specific. |
| Information Security Awareness 30MM | 1111 | .5 | | TBD | CA Public Records Act - GC 6250-6265; DOM Article 45 - Information Security |
| Injury and Illness Prevention 30MM | 1103 | .5 | All Staff | TBD | CCR, Title 8, Section 3203; DOM 31020.7.4 |
| Inmate Parolee Appeals, Form CDCR 602 | 2965 | 1.0 | Staff with Inmate/Parolee Contact | TBD | DOM 52080.14, 33030.23, 53140.19, 54100.3 |
| Prison Rape Elimination Act | 1202 | 1.0 | All Correctional Staff | TBD | Federal PREA of 2003; DOM 54040.4 |
| Report Writing | 1652 | 1.0 | All Correctional Staff | TBD | Office of Inspector General Report - Use of Force |
| Tuberculosis Testing | 0939 | 1.0 | Correctional Peace Officers BU6 | TBD | Penal Code 6007-6009; MOU BU6; DOM ARTICLE 8; |
| Subtotal | | 7 | | | |

### COMPLETE THE 12 HOUR OJT PLAN PACKAGE CONSIDERING LOCAL NEED. THE FOLLOWING MENU OF CLASSES MAY BE USED:

| TRAINING COURSE | FOXPRO CODE | COURSE LENGTH | AUDIENCE | BIS CODE | AUTHORITY |
|---|---|---|---|---|---|
| Accident Prevention 30MM | 1108 | .5 | Custody Staff | TBD | DOM 32010.14; CCR, Title 8 subsection 7 |
| Application of Restraint Gear 30MM ** | 1097 | .5 | Custody Staff | TBD | CCR, Title 15, Section 3268.2; Penal Code 832.4 |
| Body, Cell, Area and Grid Search 30MM * | 1098 | .5 | Custody Staff | TBD | CCR, Title 15, Section 3287; DOM 52050 |
| Extraction Teams 30MM | 1101 | .5 | Custody Staff | TBD | DOM 55120.4.3 |
| Inmate Classification Systems 30MM ** | 1104 | .5 | Custody Staff | TBD | CCR, Title 15, Article 10, Sections 3375-3378 |
| Crime Scene & Evidence Preservation ** | 1093 | .5 | Custody Staff | TBD | Evidence Code, Section 140, 410, 1200; DOM 52051.15 |
| Drug Identification and Control ** | 1100 | .5 | Custody Staff | TBD | CCR, Title 15, Section 3006, 3016, 3290 |
| Identification of Special Needs Inmates * | 1110 | .5 | Custody Staff | TBD | Armstrong v. Davis Court Ordered Remedial Plan |
| Into to Prison Gangs/Disruptive Groups * | 1107 | .5 | Custody Staff | TBD | CCR, Title 15, Sections 3000, 3023; DOM 55070 |
| Protective Gear ** | 1112 | .5 | Custody Staff | TBD | CCR, Title 15 31020.5.3, 33020.16, 51020.12.3 |
| Inmate Work Training Incentive Program | 1106 | .5 | Custody Staff | TBD | DOM 53130.1 |
| Other locally developed OJT | | | Custody Staff | N/A | Determined by local need |

### SPECIALIZED TRAINING

| TRAINING COURSE | FOXPRO CODE | COURSE LENGTH | AUDIENCE | BIS CODE | AUTHORITY |
|---|---|---|---|---|---|
| CPR/FA Refresher Training ** | 0093 | 2 - 4 | Special Unit Staff | TBD | DOM 32010.14.5, 51070.3 (Refresher doesn't pre or post exam) |

**"Special Unit Staff" shall receive additional training in these subjects: DOM 32010.14.5

# EXHIBIT F

Division of Adult Institutions
Use of Force Staff Actions Survey

| INST | 2011 | | | 2012 | | | TOTAL STAFF ACTIONS |
|---|---|---|---|---|---|---|---|
| | TRAINED | 1123/LOI | ADVERSE | TRAINED | 1123/LOI | ADVERSE | |
| ASP | 199 | 0 | 0 | 37 | 0 | 0 | 236 |
| CAL | 106 | 0 | 3 | 70 | 0 | 0 | 179 |
| CCC | 79 | 0 | 0 | 177 | 0 | 0 | 256 |
| CCI | 127 | 0 | 0 | 89 | 0 | 0 | 216 |
| CCWF | 69 | 0 | 0 | 67 | 3 | 0 | 139 |
| CEN | 17 | 0 | 0 | 7 | 0 | 0 | 24 |
| CIM | 4 | 4 | 0 | 7 | 0 | 1 | 16 |
| CIW | 80 | 2 | 9 | 58 | 0 | 1 | 150 |
| CMC | 144 | 2 | 4 | 206 | 0 | 2 | 358 |
| CMF | 389 | 15 | 1 | 219 | 2 | 4 | 630 |
| COR | 30 | 1 | 1 | 15 | 7 | 4 | 58 |
| CRC | 18 | 2 | 1 | 33 | 0 | 1 | 55 |
| CTF | 2 | 0 | 0 | 3 | 1 | 0 | 6 |
| CVSP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DVI | 80 | 1 | 0 | 314 | 3 | 2 | 400 |
| FSP | 52 | 0 | 1 | 146 | 0 | 1 | 200 |
| HDSP | 235 | 1 | 6 | 619 | 1 | 0 | 862 |
| ISP | 337 | 5 | 0 | 276 | 0 | 1 | 619 |
| KVSP | 34 | 10 | 10 | 33 | 3 | 11 | 101 |
| LAC | 296 | - | 0 | 122 | 3 | 1 | 422 |
| MCSP | 196 | 1 | 1 | 82 | 7 | 1 | 288 |
| NKSP | 394 | 43 | 2 | 259 | 40 | 3 | 741 |
| PBSP | 213 | 8 | 5 | 188 | 1 | 0 | 415 |
| PVSP | 3 | 0 | 2 | 4 | 1 | 1 | 11 |
| RJD | 156 | 4 | 0 | 133 | 4 | 10 | 307 |
| SAC | 25 | 5 | 1 | 77 | 14 | 2 | 124 |
| SATF | 58 | 3 | 11 | 56 | 0 | 3 | 131 |
| SCC | 58 | 4 | 2 | 56 | 5 | 0 | 125 |
| SOL | 163 | 0 | 0 | 113 | 0 | 0 | 276 |
| SQ | 137 | 0 | 21 | 60 | 3 | 7 | 228 |
| SVSP | 315 | 5 | 0 | 365 | 2 | 11 | 698 |
| VSPW | 248 | 3 | 0 | 136 | 3 | 0 | 390 |
| WSP | 84 | 14 | 3 | 39 | 15 | 0 | 155 |
| SUM | 4348 | 133 | 84 | 4066 | 118 | 67 | 8816 |