KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                      Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF JOE LIZARRAGA IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, JOE LIZARRAGA, declare as follows:

1. I am employed by the Department of Corrections and Rehabilitation as the Chief Deputy Warden at Mule Creek State Prison (MCSP) submit this declaration in support of the State's Reply Memorandum in support of its motion to terminate under the Prison Litigation

1

Reform Act and to Vacate the Court's Judgment and Orders under Federal Rule of Civil Procedure 60(b)(5).

2. In my capacity as Chief Deputy Warden at Mule Creek, I have reviewed the declaration filed by Dr. Craig Haney dated March 11, 2013, with regards to length of stay of certain prisoners in administrative segregation units, and respond as follows with narrative, along with supporting documentation where appropriate.

3. Terms I may use in this declaration include Mental Health Crisis Bed (MHCB), Intermediate Care Facility (ICF), Mental Health Outpatient Housing Unit (MHOHU), Correctional Clinical Case Management System level of care (CCCMS), Enhanced Outpatient level of care (EOP), Correctional Treatment Center (CTC), Administrative Segregation Unit (AdSeg or ASU), Interdisciplinary Treatment Team (IDTT), Rules Violation Report (RVR), Special Needs Yard (SNY), and Suicide Risk Evaluation (SRE).

4. In his declaration, Dr. Haney referenced Prisoners A, B, C, D, E, F, G, and H. (Haney Decl., ¶¶ 80-83, 87-90, 92-93, and 109.) The exhibit contained at Vorous Decl. Supp. Reply Mot. Terminate, Ex. 6-AA is a document I prepared that discloses the custodial arrival date in AdSeg for each of these prisoners and the reason for the admission. (See Vorous Decl. Supp. Reply Mot. Terminate, Ex. 6-AA.) To protect the prisoners' privacy, the CDCR numbers and names have been replaced with the letters A through H in Vorous Decl. Supp. Reply Mot. Terminate, Ex. 6-AA.

5. Despite the challenges of providing security to all inmates to protect both the health and safety of inmates and staff at the prison, and making sure that all prisoners get to their scheduled groups and appointments, as well as enjoy their recreation time without being threatened by others, in the majority of cases Mule Creek delivers. Mule Creek can always improve, and we are continuing to work on improvements, but ideal conditions are not required; rather, MCSP is required to meet the basic mental health needs of its inmates. And MCSP is meeting those needs.

///

2

Decl. Joe Lizarraga Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct. Executed in Ione, California, on March
3  22, 2013.

_____
JOE LIZARRAGA
*(original signature retained by attorney)*

3

Decl. Joe Lizarraga Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)