KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>          Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**REPLY DECLARATION OF JACQUELINE M. MOORE IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Jacqueline Moore, declare as follows:

1. I am a nursing consultant with a doctorate in nursing, and over 30 years of experience in developing and administering health care programs. I was retained by the State to render observations and opinions concerning prison mental health care under the purview of nursing. I submit this declaration in support of the State's Reply Memorandum in support of its motion to

1

Decl. Jacqueline Moore Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

1 terminate under the Prison Litigation Reform Act and to Vacate the Court's Judgment and Orders
2 under Federal Rule of Civil Procedure 60(b)(5).

3     2. On January 7, 2013, I submitted a report co-authored with Charles Scott and Joel
4 Dvoskin on behalf of the State in the above-referenced matters. In the report, one of my overall
5 opinions what that the California Department of Corrections and Rehabilitation (CDCR) has
6 developed a clearly defined Mental Health Services Delivery System that diligently and
7 successfully identifies inmates with serious mental disorders upon reception into the CDCR and
8 during inmates' subsequent incarceration. Further, the Mental Health Services Delivery System
9 provides assessment and treatment of inmates, including administration of medication, that meets
10 or exceeds the standard of care for prisons in the United States based on my experience.

11     3. I have reviewed the Plaintiffs' opposition brief filed on March 15, 2013, and the
12 accompanying declarations of Ed Kaufman and Pablo Stewart, and make the following comments
13 and corrections. While Plaintiffs have focused on the exceptions and recommendations I made
14 during our site visits, nothing in their arguments or testimony has changed my opinion about the
15 quality mental health care provided to California's inmates.

16     4. Plaintiffs and their expert, Dr. Kaufman, correctly note that I recommended that
17 nurses distributing medication to mental health inmate-patients in California's prisons receive
18 training about the potential side effects of psychotropic medication. I made this recommendation
19 not because I found the nursing care inadequate, but because training would improve the already
20 good nursing care provided in California's prisons.

21     5. On Paragraph 134 of the declaration of Plaintiffs' expert, Dr. Stewart, he opines that
22 "standard nursing practice is to ask about clinical efficacy and any possible side effects" every
23 time they distribute medication. I disagree that this is the standard of care.

24     6. As I testified at deposition, I was asked to evaluate the mental health care under the
25 purview of nursing. In their Opposition, I read that Plaintiffs claim that our expert group was
26 asked not to opine on population density. While this is literally true, if I saw that crowding was
27 precluding the State's ability to provide adequate mental health care, I would have expressed that
28

2

Decl. Jacqueline Moore Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

opinion. I did not observe this to be the case during my evaluation of CDCR's mental health system.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Littleton, Colorado on March 21, 2013.

*Jacqueline M Moore*

Jacqueline Moore

CF1997CS0003

3

Decl. Jacqueline Moore Supp. Defs.' Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)