KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' APPLICATION TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

1

Defs.' App. To Exceed Page Limit for Reply to Opp. to Mot. to Term. Under PLRA and Fed. R. Civ. Pro. 60(b)(5)
(2:90-cv-00520 LKK JFM PC)

# APPLICATION

Defendants request leave of court to exceed the page limit for their reply brief to Plaintiffs' opposition to the motion to terminate under the Prison Litigation Reform Act [18 U.S.C. § 3626(b)] and to vacate the court's judgment and orders under Federal Rule of Civil Procedure 60(b)(5). (ECF No. 4408.)

Good cause exists to grant Defendants' request because Plaintiff's opposition brief is 90 pages long. In addition, Plaintiffs have filed 123 exhibits in opposition, including five expert declarations, two of which exceed 200 pages. (*See* ECF Nos. 4378-4381, 4385-4393, 4399-4404.) Including attachments, the documents filed by Plaintiffs in opposition run to more than 1,000 pages. In order to properly reply to the arguments and voluminous evidence presented, Defendants will need to exceed the page limit for a reply brief. Good cause appearing, Defendants seek leave to file a reply brief of 92 pages.

A proposed order is submitted for the Court's consideration.

Dated: March 22, 2013                                Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/S/ DEBBIE J. VOROUS*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' App. To Exceed Page Limit for Reply to Opp. to Mot. to Term. Under PLRA and Fed. R. Civ. Pro. 60(b)(5)
(2:90-cv-00520 LKK JFM PC)