IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants' application to exceed page limits is GRANTED. Defendants' may file a reply brief of 92 pages.

    **IT IS SO ORDERED.**

Dated: _____

                                                              The Honorable Lawrence K. Karlton
                                                              United States District Judge