1. KAMALA D. HARRIS
   Attorney General of California
2. JONATHAN L. WOLFF
   Senior Assistant Attorney General
3. JAY C. RUSSELL
   Supervising Deputy Attorney General
4. DEBBIE J. VOROUS, SBN 166884
   WILLIAM H. DOWNER, SBN 257644
5. Deputy Attorney General
    1300 I Street, Suite 125
6.   P.O. Box 944255
     Sacramento, CA 94244-2550
7.   Telephone: (916) 324-5345
     Fax: (916) 324-5205
8. E-mail: Debbie.Vorous@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.**, | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **NOTICE OF LODGING DEPOSITION TRANSCRIPTS** |
| v. | |
| **EDMUND G. BROWN, JR., et al.**, | |
| Defendants. | |

///

///

///

1

**PLEASE TAKE NOTICE THAT** under Local Rule 133(j), Defendants have lodged copies of the transcripts of the depositions of Woodford, Kauffman, Stewart, and Vail, in support of their reply brief to Plaintiffs' opposition to the motion to terminate under the Prison Litigation Reform Act [18 U.S.C. § 3626(b)] and to vacate the court's judgment and orders under Federal Rule of Civil Procedure 60(b)(5).

Dated:  March 22, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31649643.doc