KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF PATRICK R. McKINNEY IN SUPPORT OF DEFENDANTS' MOTION TO TERMINATE UNDER THE PRISON LITIGATION REFORM ACT [18 U.S.C. § 3626(b)] AND TO VACATE THE COURT'S JUDGMENT AND ORDERS UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b)(5)** |

I, Patrick R. McKinney, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Reply

1

Decl. Patrick R. McKinney Supp. Defs.'Reply in Support of Termination Motion
(2:90-cv-00520 LKK JFM PC)

1  Memorandum Of Points And Authorities In Support of Motion To Terminate Under The Prison
2  Litigation Reform Act [18 U.S.C. § 3626(b)] And To Vacate The Court's Judgment And Orders
3  Under Federal Rule Of Civil Procudure 60(b)(5).
4      2.  Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition
5  Transcript of Joel Dvoskin, taken on February 27, 2013.
6      3.  Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition
7  Transcript of Steve Martin, taken on February 28, 2013.
8      4.  Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition
9  Transcript of Charles Scott, taken on March 8, 2013.
10      5.  Attached as Exhibit 4 is a true and correct copy of excerpts from the Deposition
11  Transcript of Jacqueline Moore, taken on February 21, 2013.
12      6.  Attached as Exhibit 5 is a true and correct copy of excerpts from the Deposition
13  Transcript of Edward Kaufman, taken on March 16, 2013.
14      7.  Attached as Exhibit 6 is a true and correct copy of excerpts from the Deposition
15  Transcript of Pablo Stewart, taken on March 19, 2013.
16      8.  Attached as Exhibit 7 is a true and correct copy of excerpts from the Deposition
17  Transcript of Eldon Vail, taken on March 19, 2013.
18      9.  Attached as Exhibit 8 is a true and correct copy of excerpts from the Deposition
19  Transcript of Jeanne Woodford, taken on March 19, 2013.
20      10. Attached as Exhibit 9 is a true and correct copy of excerpts from the Deposition
21  Transcript of Richard Johnson, taken on February 25, 2013.
22      11. Attached as Exhibit 10 is a true and correct copy of excerpts from the Deposition
23  Transcript of Tim Belavich, taken on February 22, 2013.
24      12. Attached as Exhibit 11 is a true and correct copy of O'Keefe, Maureen L, "One Year
25  Longitudinal Study of the Psychological Effects of Administrative Segregation," October 31,
26  2010.
27
28

13. Attached as Exhibit 12 is a true and correct copy of Dvoskin, Joel A, "Response to Dr. Raymond F. Patterson's "Report on Suicides Completed in the California Department of Corrections and Rehabilitation in January 1, 2012 – June 30, 2012.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the Deposition Transcript of Jeffrey A. Beard, taken on March 5, 2013.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on March 22, 2013.

                                  **/s/ Patrick R. McKinney**
                                  Patrick R. McKinney

CF1997CS0003
20680677.docx

3