**Exhibit 6**

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,                )
                                      )
        Plaintiffs,                   )
vs.                                   )   No. Civ S 90-0520 LKK-JFM P
                                      )
EDMUND G. BROWN, JR.,                 )
et al.,                               )
                                      )
        Defendants.                   )
_____)
MARCIANO PLATA, et al.,               )
                                      )
        Plaintiffs,                   )
                                      )
vs.                                   )   No. C01-1351 THE
                                      )
EDMUND G. BROWN, JR.,                 )
et al.,                               )
                                      )
        Defendants.                   )
_____)

DEPOSITION OF

PABLO STEWART, M.D.

TUESDAY, MARCH 19, 2013, 9:00 A.M.

SAN FRANCISCO, CALIFORNIA

REPORTED BY:  BRENDA L. MARSHALL, RPR, CSR NO. 6939

THORSNES LITIGATION SERVICES, LLC

Page 1

```
 1  GP?  Did you go to any general population yards and talk
 2  to CCCMS inmates?
 3       A.   I don't believe I did.  I know I spoke with
 4  CCCMS in the ad seg unit.
 5       Q.   Okay.  Counsel just raised a good point.  You
 6  didn't provide any notes with your report --
 7       A.   Correct.
 8       Q.   -- right?
 9            Did you take any notes during the visit?
10       A.   I did not.
11       Q.   Okay.  Do you have a photographic memory?
12       A.   Even though it may not seem that way today, I
13  have a pretty good memory in the -- in the -- in sort of
14  the short and intermediate term.  So -- so, yes, to answer
15  your question.
16       Q.   Okay.  You have -- you didn't take any notes,
17  but then you were able to generate a 167-page declaration
18  based on specific information regarding the visits --
19       A.   Correct.
20       Q.   -- correct?
21            So you didn't write anything down?
22       A.   I did not.
23       Q.   And how is it that you recall all the specific
24  details to prepare the declaration without taking any
25  notes?
```

1    CERTIFICATION OF DEPOSITION OFFICER

2

3       I, BRENDA L. MARSHALL, CSR, duly authorized to
4   administer oaths pursuant to Section 2093(b) of the
5   California Code of Civil Procedure, hereby certify that
6   the witness in the foregoing deposition was by me sworn to
7   testify to the truth, the whole truth and nothing but the
8   truth in the within-entitled cause; that said deposition
9   was taken at the time and place therein stated; that the
10  testimony of said witness was thereafter transcribed by
11  means of computer-aided transcription; that the foregoing
12  is a full, complete and true record of said testimony; and
13  that the witness was given an opportunity to read and
14  correct said deposition and to subscribe the same.
15      I further certify that I am not of counsel or
16  attorney for either or any of the parties in the foregoing
17  deposition and caption named, or in any way interested in
18  the outcome of this cause named in said caption.

23  BRENDA L. MARSHALL
24  CSR No. 6939