| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**NOTICE OF RE-FILING OF EXHIBITS TO IMPROVE IMAGE RESOLUTION AND ENSURE COMPLETE AND LEGIBLE RECORD**<br><br>Judge: Hon. Lawrence K. Karlton |

[765107-1]

TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSELS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs are filing amended pleadings for the purpose of replacing certain exhibits attached to the Declaration of Michael W. Bien (Docket No. 4399) that were previously filed with low image resolution.  These exhibits are contained in the previously filed Docket Nos. 4402 (Exhibits 61-80) and 4404 (Exhibits 91-123).  The documents being replaced in the pleadings filed concurrently with this Notice are Exhibits 74, 92, and 108 to the Declaration of Michael W. Bien.  The replaced documents are provided with higher image resolution and thus greater legibility.

Each of these documents was already known to Defendants and in Defendants' possession:

Exhibit 74 contains a summary of the total number of prisoners placed in Outpatient Housing Units between May and December of 2012.  This document was Exhibit 13 to Rick Johnson's Deposition (which occurred on February 25, 2013) and is authenticated therein by Mr. Johnson. The document was produced by Defendants electronically in response to Plaintiffs' request for production of documents.

Exhibit 92 contains a Compendium of Suicide Recommendations, which is attached to a series of emails from Michael Morrison, Health Care Specialist, Statewide Mental Health Program to Diana Toche and Ben Rice and others on January 27, 2013.  The Compendium is a chart of recommendations that identifies each recommendation's "Source," "Status" (*i.e.*, "Completed," "In Process," "Disagree," "Ongoing," "Unable to Proceed," or "Non-Issue"), "Status Explained," "Next Steps," and "Extra."  These emails and the attached Compendium were produced by Defendants electronically in response to Plaintiffs' request for production of documents.

Exhibit 108 contains a copy of Exhibit 18 to the Deposition taken of John Brim on March 1, 2013, which is a document entitled " DSH Actual Cost Savings Achieved FY 2011-12," which was downloaded from the DSH public website http://www.dsh.ca.gov on February 28, 2013 by Plaintiffs' counsel.

[765107-1]

1

NOTICE OF RE-FILING OF EXHIBITS TO IMPROVE IMAGE RESOLUTION AND ENSURE COMPLETE AND LEGIBLE RECORD

1    As consistent with the above, Plaintiffs are concurrently filing (1) an amended
2 pleading containing Exhibits 61-80 (previously filed at Docket No. 4402) and (2) an
3 amended pleading containing Exhibits 91-123 (previously filed as Docket No. 4404).
4    There is good cause to file these amended documents in order to ensure legibility of
5 documentary evidence submitted in this case, and to ensure a complete and accurate record
6 of the proceedings on this matter.

DATED:  March 22, 2013            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Michael W. Bien*
      Michael W. Bien

Attorneys for Plaintiffs

[765107-1]