# Exhibit 61

**From:** O'Meara, Kathleen@CDCR
**Sent:** Saturday, January 19, 2013 12:10 PM
**To:** Chaiken, Shama@CDCR
**Subject:** Re: Fwd: Don Thompson's story

PLF
EXHIBIT 12
Date: 3-5-13
Witness
BEARD

Call me. 916 616 5244
I'm floored by what you're telling me.

**From:** Chaiken, Shama@CDCR
**Sent:** Saturday, January 19, 2013 12:06 PM Pacific Standard Time
**To:** O'Meara, Kathleen@CDCR
**Subject:** RE: Fwd: Don Thompson's story

OK – Catherine is taking over, but she doesn't know much about it yet. Amy was out sick a lot (FMLA covered) and had many other assigned duties. Amy started with one psychologist who we received as a mandatory SROA transfer, because we were worried about his ability to complete a SRE. Based on the findings and some other difficulties he was having completing the work, we convinced him to retire, which was a good outcome. Catherine and I want to go through the mentoring so we understand what is required, and then Catherine will likely take some supervisors through the process so we will have a team of mentors.

**Shama Chaiken, Ph.D., CCHP**
Chief of Mental Health
California State Prison, Sacramento
Division of Correctional Health Care Services

916-294-3160 Office
916-508-2047 Cell
916-294-3122 Fax
shama.chaiken@cdcr.ca.gov

  CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. This e-mail is intended for CDCR usage only.  Unauthorized access or distribution is prohibited by all applicable laws.

**From:** O'Meara, Kathleen@CDCR
**Sent:** Saturday, January 19, 2013 11:52 AM
**To:** Chaiken, Shama@CDCR
**Subject:** Re: Fwd: Don Thompson's story

Please forward plan upon completion. It had been my impression that Amy had begun the process months ago, so I'll look forward to hearing your new strategy.

**From:** Chaiken, Shama@CDCR
**Sent:** Saturday, January 19, 2013 11:30 AM Pacific Standard Time
**To:** O'Meara, Kathleen@CDCR
**Subject:** RE: Fwd: Don Thompson's story

OK - This has been on the back burner at SAC, but we'll come up with an implementation plan next week.

**From:** O'Meara, Kathleen@CDCR
**Sent:** Saturday, January 19, 2013 11:02 AM
**To:** Chaiken, Shama@CDCR; Telander, Jim@CDCR; Cho, Meg@CDCR; Park, Russell@CDCR; Murray, Todd E.@CDCR; Monthei, Eric@CDCR; McCarthy, Timothy J. (PBSP)@CDCR; Silbaugh, David@CDCR; Perlmutter, Barry@CDCR; Coppola, Anthony@CDCR; Moody, Robert@CDCR
**Subject:** Fw: Fwd: Don Thompson's story

Suicide remains "the low hanging fruit" for coleman. Please MAKE SURE your SRE Mentor Program is up and running. Thanks

**From:** Belavich, Tim@CDCR
**Sent:** Friday, January 18, 2013 05:52 PM Pacific Standard Time
**To:** Stanley, Nathan@CDCR; O'Meara, Kathleen@CDCR; Burleson, Judy@CDCR; Ceballos, Laura@CDCR; Eargle, Amy@CDCR; Morrison, Michael@CDCR
**Subject:** Fwd: Don Thompson's story

FYI-

Timothy G. Belavich, Ph.D., MSHCA, CCHP,
Deputy Director (A),
Statewide Mental Health Program

Office: 1-916-691-0296
Mobile: 1-661-857-1948

Begin forwarded message:

> **From:** "Toche, Diana@CDCR" <Diana.Toche@cdcr.ca.gov>
> **Date:** January 18, 2013 5:45:47 PM PST

2

To: "Belavich, Tim@CDCR" <Tim.Belavich@cdcr.ca.gov>
**Subject: FW: Don Thompson's story**

Diana Toche, DDS
Director(A), DHCS
Deputy Director, Statewide Dental Program, DHCS
916-691-0605 (desk)
916-764-4604 (iPhone)

**From:** Hoffman, Deborah@CDCR
**Sent:** Friday, January 18, 2013 5:45 PM
**To:** Rice, Benjamin@CDCR; Beard, Jeff@CDCR; McDonald, Terri@CDCR; Toche, Diana@CDCR; Hoshino, Martin N@CDCR
**Subject:** Don Thompson's story

« Back to Article

# Report: Too soon for Calif. to control inmate care

DON THOMPSO, Associated Press Copyright 2013 Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

**By DON THOMPSON, Associated Press**

**Updated 4:46 pm, Friday, January 18, 2013**

Page 1 of 1
SACRAMENTO, Calif. (AP) — It's too soon for California to retake control of its prison mental health system, a federal court overseer said Friday in dealing a blow to a proposal made by Gov. Jerry Brown last week.

Too many inmates are still committing suicide and going untreated for their mental illness in California prisons, special master Matthew Lopes said in a 609-page report filed Friday in federal court in Sacramento.

Lopes advises the federal judges who will rule on Brown's court motion last week to end the long-running class-action lawsuit over substandard treatment in prisons. The Democratic governor is also asking federal judges to lift a cap on the number of inmates, saying it would be too dangerous to release more prisoners.

"At this time, any attempt at a more abrupt conclusion to court oversight would be, in the opinion of the special master, not only premature but a needless distraction from the important work that is being done in the quality improvement project," Lopes concluded.

Despite years of efforts, the state still has too few mental health staff and beds, inmates can wait weeks before they receive mental health treatment, and inmates are dying by suicide at the rate of one every 11 days, he wrote.

There were 32 inmate suicides last year, a rate that substantially exceeds the national average for state prisons, he said, yet suicide prevention measures agreed to two years ago appear not to have been fully implemented.

He credited the state with making "significant progress" in meeting seven goals set last year by U.S. District Judge Lawrence Karlton, and said officials seem to have made a "serious commitment" to making the necessary improvements.

However, "more work remains to be done before all of these goals are met," he wrote.

Lopes wrote the report before Brown's announcement last week, though the administration had signaled by then that it intended to soon ask Karlton to end federal oversight of the prison system's mental health programs.

Brown's court filing triggered a 90-day clock for the judge to rule if prison conditions now meet constitutional standards.

Terry Thornton, a spokeswoman for the Department of Corrections and Rehabilitation, said she could not immediately comment.

Michael Bien, the lead attorney representing the welfare of mentally ill inmates, said the special master's filing shows that the federal judges should reject Brown's motion to end federal oversight.

"These problems are serious, they're well known to the defendants, the solution is well known, what they need to do is well known, and they've failed to do it," he said. "That is a constitutional violation.... Years and years later, the problems exist and people are dying unnecessarily."

That means the federal courts should also reject Brown's motion to lift the inmate population cap, Bien said. Karlton and two federal judges had ruled in 2009 that reducing crowding was the only way to improve unconstitutionally poor treatment of physically and mentally ill inmates, a decision upheld by the U.S. Supreme Court in 2011.

The state said in a court filing earlier this week that it had missed December's court-ordered benchmark for reducing the population, and will miss the final deadline in June despite sending thousands of less-serious offenders to local jails instead of state prisons under a 14-month-old state law.

The state is supposed to reduce the population of its 33 adult prisons to a total of 110,000 inmates by June, but is on track to exceed that limit by about 10,000 inmates.

4

Brown argued that the state already has brought conditions up to constitutional standards and should not be forced to further reduce the inmate population.

Read more: http://www.sfgate.com/news/article/Report-Too-soon-for-Calif-to-control-inmate-care-4206629.php#ixzz2INieg9lh

**Deborah Hoffman**
Assistant Secretary, Communications
California Department of Corrections and Rehabilitation
916-445-4950

CDCR is on Twitter @CACorrections
CDCR is on Facebook www.facebook.com/cacorrections

**sign up to get CDCR news as it happens**
http://www.cdcr.ca.gov/News/delivered/

**From:** O'Meara, Kathleen@CDCR
**Sent:** Saturday, January 19, 2013 12:46 PM
**To:** Chaiken, Shama@CDCR
**Subject:** Re: SRE Mentor Program

Awesome Shama!

**From:** Chaiken, Shama@CDCR
**Sent:** Saturday, January 19, 2013 12:44 PM Pacific Standard Time
**To:** Wheeler, (Ralph) David@CDCR
**Cc:** Prudhomme, Catherine@CDCR; Holliday, Amy@CDCR; O'Meara, Kathleen@CDCR
**Subject:** SRE Mentor Program

Kathy O'Meara just called me. She would like to help us by mentoring some of our supervisors or other staff on Wednesday and Thursday when she comes out for the Sustainability process. She said that for experienced staff, it takes about an hour. The folks who are mentored next week can then become mentors for others the following week. We need to have made some progress by the time the plaintiff attorneys come out the following Tuesday. During our supervisors meeting on Tuesday, we will need to decide which staff will be involved, and which inmates to conduct evaluations on, and ducat them for this process(since ducats need to go in on Monday for Wednesday, we'll need to have an add-on list and coordinate with custody). This has become the top of the top priorities for next week ☺.

**Shama Chaiken, Ph.D., CCHP**
Chief of Mental Health
California State Prison, Sacramento
Division of Correctional Health Care Services

916-294-3160 Office
916-508-2047 Cell
916-294-3122 Fax
shama.chaiken@cdcr.ca.gov



  CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

*CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. This e-mail is intended for CDCR usage only. Unauthorized access or distribution is prohibited by all applicable laws.*

# Exhibit 62

| | |
|---|---|
| **From:** | Chen, Rachel@CDCR |
| **Sent:** | Monday, February 04, 2013 3:59 PM |
| **To:** | O'Meara, Kathleen@CDCR |
| **Cc:** | Van Burg, Chera@CDCR |
| **Subject:** | SRE Mentoring |
| **Attachments:** | SRE Mentoring Program Progress.xlsx |

Hi Dr. O'Meara,

Sorry it's taken me so long to get this to you. We have several mentors now and it took me a while to get all of our records straight.

Please see the attached Excel sheet, that captures trainings to date, and which clinicians are scheduled to complete this in February and March.

Thanks!

Rachel J. Chen, Psy.D.
Senior Psychologist
Specialized Care Team
415.454.1460 extension 3735

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use go of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| Key |
| --- |
| New Hire |
| *Alternate Schedules* |
| **Mentors** |
| Completed |

| | Baseline | Observed Mentor | Observed by Ment | SPC Addit | SRE Docum | Planned for | Planned for March 2013 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Adams | | Y | Chen | | | | |
| Bashnick | Y | Y | Lippman | Y | Y | | |
| *Bencich* | Y | Y | | Y | | | X |
| Berger | Y | | | Y | | | X |
| **Bertrand (SPC)** | SPC | SPC | SPC | SPC | SPC | | |
| Blackhurst | Y | Y | Miscia | Y | Y | | |
| Bratcher | | Y | | Y | | X | |
| Brians | Y | Y | Chen | Y | Y | | |
| **Burton** | | Y | Chen | Y | Y | | |
| Callari | Y | Y | | Y | | | X |
| Cline | Y | Y | Wong | Y | | | X |
| Cook | Y | Y | | Y | | X | |
| Corrado | Y | Y | Chen | Y | Y | | |
| Deal | Y | Y | | Y | | | X |
| Dempsey | | | Wong | Y | | X | |
| *Deweese* | | Y | Bertrand | | | | |
| *Dickson* | Y | Y | Chen | Y | Y | | |
| Downey | Y | Y | Miscia | Y | Y | | |
| Dupre | Y | Y | | Y | | X | |
| Enos | | Y | Burton | Y | Y | | |
| Fong | | | | Y | | | X |
| Giamona | Y | Y | Lippman | Y | Y | | |
| Gibbs | Y | Y | | Y | | | X |
| Gorewitz | Y | Y | Wong | | | | |
| Hernandez | Y | | Wong | Y | | X | |
| Jackson | | | | Y | | X | |
| Jeffers | Y | Y | Bertrand | Y | | | |
| Johnson | Y | | | | | | X |
| *Khan* | | | | | | X | |
| Langley | | Y | Van Burg | | | | |
| **Lippman** | Y | Y | Van Burg | Y | Y | | |

| Luckose | | | | | | |
|---|---|---|---|---|---|---|
| Maris | Y | | | Y | | X |
| Milford | | Y | | Y | | X |
| Miller | Y | Y | | Y | | X |
| **Miscia** | Y | Y | Van Burg | Y | Y | |
| Murthy | | Y | Burton | Y | Y | |
| Norris | Y | Y | Steiner | Y | Y | |
| Nunez | Y | Y | Chen | Y | | |
| Palmer | | Y | Wong | Y | | |
| Parecki | Y | Y | Chen | Y | Y | |
| Petracek | Y | Y | Wong | | | |
| Pollard | | Y | | Y | | X |
| Ponath | | Y | | Y | X | |
| Pugh | Y | Y | Bertrand | Y | | |
| Reynolds | | | | Y | X | |
| Ricciardi | Y | Y | Bertrand | | | |
| Seaman | Y | | Bertrand | Y | | |
| *Sheinin* | Y | Y | | Y | | X |
| *Sprick* | | | | | X | |
| Stack | Y | | | | | X |
| Stanard | Y | Y | Miscia | Y | Y | |
| **Steiner** | Y | Y | Van Burg | Y | Y | |
| Street | | Y | Chen | Y | Y | |
| *Temkova* | | | | Y | | X |
| Weisz | | | | Y | X | |
| Wells | Y | | | | Y | No longer at SQ |
| Weyer | Y | | | | Y | No longer at SQ |
| Whyte | | Y | | Y | X | |
| Wick | | Y | | Y | X | |
| Wong, J. | | | Chen | | X | |
| **Wong, L.** | Y | Y | Chen | Y | | |

# Exhibit 63

- mood stabilizing Labs
  ~ No data yet
  nothing R's who or p
  Staff Psychiatrist
  
Dann 5½ psychiatrist

- Dr. Kelley blocked
  hiring a psychiatrist
- upset at first

he has been on sick leave =
- Dr. Kelley hiring
  a psychologists

breakdown / conflict between
  psychiatry +
  Psychology

Dr Purcell

Dr. Kahler not new
helpful to psycho
Psychiatry

- Very dysfunctional
place
- concern re: psychiatry
- we covet: 24/7
psychology care

- 5 psychiatrists on
staff
- slated for 10.5 vs
9.5.

why down?
- Hard to recruit
- Psychiatrist not Aveis
0 respect here

DEXP 110941

# Exhibit 64



# Standards for Adult Correctional Institutions

## 4th Edition

ACA
FOUNDED 1870

COMMISSION ON ACCREDITATION
1974
FOR CORRECTIONS

# STANDARDS
# FOR
# ADULT CORRECTIONAL
# INSTITUTIONS

## Fourth Edition

**American Correctional Association**

**in cooperation with the
Commission on Accreditation for Corrections**

**January 2003**

**Updated with corrections from the Errata Sheet
of the 4th Edition, July 1, 2003.**

continues beyond 30 days, a mental health assessment by a qualified mental health professional is made at least every three months—more frequently if prescribed by the chief medical authority.

*Comment*: Inmates whose movements are restricted in segregation units may develop symptoms of acute anxiety or other mental problems; regular psychological assessment is necessary to ensure the mental health of any inmate confined in such a unit beyond 30 days.

## Supervision

**4-4257**
**(Ref. 3-4245)**

Written policy, procedure, and practice require that all special management inmates are personally observed by a correctional officer at least every 30 minutes on an irregular schedule. Inmates who are violent or mentally disordered or who demonstrate unusual or bizarre behavior receive more frequent observation; suicidal inmates are under continuing observation.

*Comment*: None.

**4-4258**
**(Ref. 3-4246)**

Written policy, procedure, and practice provide that inmates in segregation receive daily visits from the senior correctional supervisor in charge, daily visits from a qualified health care official (unless medical attention is needed more frequently), and visits from members of the program staff upon request.

*Comment*: Because they are restricted from normal movement within the institution, it is imperative that inmates in segregation are visited regularly by key staff members who can ensure that their health and well-being are maintained.

**4-4259**
**(Ref. 3-4247)**

Written policy and procedure govern the selection criteria, supervision, and rotation of staff who work directly with inmates in segregation on a regular and daily basis.

*Comment*: Procedures should be established to supervise and evaluate the on-the-job performance of all staff who work with inmates in segregation, and there should be administrative procedures for promptly removing ineffective staff. Officers assigned to these positions should have completed their probationary period. The need for rotation should be based on the intensity of the assignment.

**4-4260**
**(Ref. 3-4248)**

Written policy, procedure, and practice provide that staff operating segregation units maintain a permanent log.

*Comment*: The log should contain the following information for each inmate admitted to segregation: name, number, housing location, date admitted, type of infraction or reason for admission, tentative release date, and special medical or psychiatric problems or needs. The log also should be used to record all visits by officials who inspect the units or counsel the inmates, all unusual inmate behavior, and all releases.

# Exhibit 65

| From: | Jane E. Kahn <JKahn@rbgg.com> |
|---|---|
| Sent: | Friday, February 15, 2013 14:02 |
| To: | Coleman Team - RBG Only |
| Subject: | FW: CDCR/DSH Monthly Reports |
| Attachments: | Coleman Status Report 01-31-13 (2).pdf.pdf; Licensure Report - CL.pdf.pdf; CSVR Signed CL 1-13 .pdf.pdf; Coleman Staff Vacancy Report - January 1, 2013.pdf.pdf; Coleman PIP Staffing Classifications and Vacancy Rate Report. Jan. 25, 2....xlsx; PIP Census 01-25-13.xls.xls |

------------------------------------------

**From:** Debbie Vorous[SMTP:DEBBIE.VOROUS@DOJ.CA.GOV]
**Sent:** Friday, February 15, 2013 2:00:46 PM
**To:** Kerry Courtney Hughes, MD; Patricia M. Williams; Haunani Henry;
Mary Perrien; Henry D. Dlugacz; Raymond F. Patterson, MD;
Kathryn Burns, MD, MPH; Paul Nicoll; Linda Holden; Jeff Metzner;
kwalsh@pldw.com; Matt Lopes; Mohamedu Jones; Steve Raffa; Kristina Hector
**Cc:** Debbie Vorous; Donald Specter; Jane E. Kahn; Michael W. Bien;
Debbie Vorous; Steve Fama; William Downer
**Subject:** CDCR/DSH Monthly Reports
**Auto forwarded by a Rule**

February 15, 2013

*Coleman v. Brown*

Dear Special Master Lopes:

Attached are the following reports:

1. DSH cover letter and licensure report for the time period of January 1, 2013 to January 31, 2013;
2. DSH cover letter and monthly staffing and staffing vacancies report as of January 1, 2013; and
3. CDCR census and staffing report for CIW.

Thank you,

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                          EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADMINISTRATION**
Coordination and Logistics Unit
1600 Ninth Street, Room 140
Sacramento, CA 95814



February 1, 2013

Matthew A. Lopes, Jr., Esq.                    via:   Debbie J. Vorous
Office of the Special Master                          Deputy Attorney General
Pannone, Lopes & Devereaux, LLC                       1300 I Street, Suite 125
317 Iron Horse Way, Suite 301                         P.O. Box 944255
Providence, RI 02908                                  Sacramento, CA 94244-2550

**RE:    MONTHLY REPORT ON THE LICENSURE OF INTERMEDIATE CARE
         TREATMENT PROGRAMS AT THE CALIFORNIA DEPARTMENT OF STATE
         HOSPITALS-VACAVILLE AND CALIFORNIA DEPARTMENT OF STATE
         HOSPITALS-SALINAS VALLEY**

In accordance with the July 24, 2007 *Coleman* Court order issued by Judge Karlton, the
California Department of State Hospitals (DSH) is to provide a monthly report on the
implementation of the expanded Intermediate Care Programs (ICPs) at DSH-Vacaville.
In addition to the terms of the Court order, DSH is also providing information on the
implementation of the expanded ICPs at DSH-Salinas Valley to optimize transparency
and provide the full scope of our expansion of services.

Enclosed is the monthly report providing data on each facility's census and wait list
information. The data reflects the time period of January 1, 2013 through
January 31, 2013.

If you have any questions or need clarification, please contact Candius Burgess at
(916) 654-0090.

Sincerely,

ROB COOK
Staff Services Manager III
Administrative Services Division
Department of State Hospitals

Enclosures

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Monthly Report on the Licensure of Intermediate Care Treatment
Programs at the California Department of State Hospitals-Vacaville
and the California Department of State Hospitals-Salinas Valley
data as of 01/31/13; prepared 02/01/13

| Department of State Hospitals-Vacaville (DSH-Vacaville) Units | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 ICF Low Custody | 44 | 28 | 0 | 16 |
| A-3 ICF Low Custody | 40 | 20 | 2 | 18 |
| P-3 ICF High Custody | 30 | 30 | 0 | 0 |
| HCTC (64 Bed Unit) | 64 | 63 | 1 | 0 |
| L-3 ICF High Custody | 37 | 37 | 0 | 0 |

| DSH-Salinas Valley Units | Total Beds | Total Occupied | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Double Cell Capacity | Double Cell Filled | Double Cell Hold | Double Cell Available | Dorm Capacity | Dorm Filled | Dorm Hold | Dorm Available |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC1 | 64 | 52 | 32 | 32 | 0 | 0 | | | | | 32 | 20 | 0 | 12 |
| TC2 | 74 | 74 | 54 | 54 | 0 | 0 | 20 | 20 | 0 | 0 | | | | |

| Department of State Hospitals-Salinas Valley (DSH-Salinas Valley) Charlie and Delta Units | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available |
|---|---|---|---|---|
| C-5 | 58 | 58 | 0 | 0 |
| C-6 | 58 | 57 | 0 | 1 |
| D-5 | 58 | 57 | 0 | 1 |
| D-6 | 58 | 56 | 0 | 2 |

**DEPARTMENT OF STATE HOSPITALS**
**Coordination and Logistics Unit**
**Monthly Report on the Licensure of Intermediate Care Treatment**
**Programs at the California Department of State Hospitals-Vacaville**
**and the California Department of State Hospitals-Salinas Valley**
**data as of 01/31/13; prepared 02/01/13**

### WAIT LIST DATA

| UNIT | WAIT LIST* |
|------|-----------|
| DSH-VACAVILLE | 0 |
| DSH-SALINAS VALLEY | 0 |
| DSH-SALINAS VALLEY PC 1370 | 2 |

### WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | SHU | EOP | CCCMS | TOTAL |
|----------|-----|------|-------|---------------|-----|-----|-------|-------|
| DSH-VACAVILLE A2/A3 ICF LOW CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-VACAVILLE P-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-VACAVILLE HCTC (64 BED UNIT) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-VACAVILLE L-3 ICF HIGH CUSTODY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-SALINAS VALLEY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DSH-SALINAS VALLEY PC 1370 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 2 |

Notes:

*There are 28 Inmate/Patients (I/P) whose referrals have been accepted and are pending admissions for less than 30 days. These 28 I/Ps have been pending admission for the following number of days:

- 0-9 days: 13 I/Ps
- 10–19 days: 14 I/Ps
- 20–29 days: 1 I/P
- 50-59 days: 1 I/P

There is 1 I/P who was accepted on 12/11/12, and has been waiting for 52 days. His admission was delayed by CSP/SAC on 01/07/13 due to a Keyhea hearing scheduled for 02/21/13. This I/P will be admitted to DSH-SV the week of 02/25/13.

Data Source: DSH-Salinas Valley and DSH-Vacaville Bed Utilization Management Reports

# Exhibit 66

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



March 1, 2013

Matthew A. Lopes, Jr. Esquire                via: Debbie J. Vorous, Esquire
Office of the Special Master                      Deputy Attorney General
Pannone Lopes & Devereaux LLC                     Department of Justice
317 Iron Horse Point Way, Suite 301               1300 "I" Street, Suite 125
Providence, RI  02908                             P. O. Box 944255
                                                  Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2013 data (or as otherwise
noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and
   Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary
   and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly
   Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center
   (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
   Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH) (including
   admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH
    Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Mary Perrien, Ph.D., *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan

Matthew A. Lopes, Jr. Esquire
Page 3

Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

State of California                                      California Department of Corrections and Rehabilitation

# Memorandum

Date:   February 19, 2013

To:     Diana Toche
        Director (A)
        Division of Health Care Services

Subject: **SUMMARY OF INTER-INSTITUTIONAL MENTAL HEALTH CRISIS BED REFERRALS AND TRANSFERS FOR JANUARY 2013**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and placements coordinated by Health Care Placement Oversight Program (HC-POP) staff. During the month of **January 2013**, there were **332 MHCB** referrals. Of the 332 referrals, **155** were placed. The 177 not placed (53% of those referred) were rescinded by the referring clinician. Of the 177 rescinded, **99** no longer required MHCB treatment, **73** were placed in a MHCB internally, **three** paroled, and **two** were not medically cleared.

**Attachment 1** summarizes the referrals/transfers/rescinded cases by sending institution and previous levels of care. Additionally, every referral is tallied by classification score.

**Attachment 2A (4 pages)** provides additional details of the completed referrals/transfers, including transfer timeframes, average number of days waiting to transfer, and prior level of care. For the **155** transferred, the average number of days waiting was **1.07**. Of the **155** transferred, **121** cases were transferred within the required 24 hours.

**Attachment 2B (5 pages)** provides details regarding those MHCB referrals that were rescinded by the referring institution. **Attachment 2C** summarizes the cases rescinded.

**Attachment 3** summarizes, by institution, the average number of days referrals waited before being transferred or rescinded.

**Attachment 4** is no longer included as part of the summary. The temporary MHCBs at CMF/Acute Psychiatric Program (APP) have been returned to APP use; thus, Attachment 4 is no longer applicable.

Please let me know if you have any questions about the information provided.

*Original Signed By*
**Robert M. Calderon**
Chief/Associate Warden
Health Care Placement Oversight Program
Division of Health Care Services

Attachments

cc:   Tim Belavich
      Health Care Regional Administrators
      Mental Health Regional Administrators
      Michael Morrison
      Cathy Jefferson
      HC-POP Staff

**SUMMARY**
TRANSFERRED AND RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**JANUARY 2013**

ATTACHMENT 1

| | TOTAL REFERRALS | | | | | | | REFERRED AND TRANSFERRED | | | | | | | REFERRED AND RESCINDED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL |
| ASP | 5 | 1 | 0 | 0 | 0 | 6 | 1.81% | 5 | 1 | 0 | 0 | 0 | 6 | 3.87% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CAL | 2 | 0 | 0 | 6 | 0 | 8 | 2.41% | 2 | 0 | 0 | 6 | 0 | 8 | 5.16% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCI | 4 | 0 | 0 | 0 | 0 | 4 | 1.20% | 4 | 0 | 0 | 0 | 0 | 4 | 2.58% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCI-RC | 0 | 0 | 0 | 1 | 0 | 1 | 0.30% | 0 | 0 | 0 | 1 | 0 | 1 | 0.65% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CEN | 1 | 0 | 0 | 3 | 0 | 4 | 1.20% | 1 | 0 | 0 | 3 | 0 | 3 | 1.94% | 1 | 0 | 0 | 0 | 0 | 1 | 0.56% |
| CMC | 2 | 11 | 0 | 4 | 0 | 17 | 5.12% | 0 | 2 | 0 | 1 | 0 | 3 | 1.94% | 2 | 9 | 0 | 3 | 0 | 14 | 7.91% |
| CMF | 0 | 2 | 0 | 0 | 2 | 4 | 1.20% | 0 | 0 | 0 | 0 | 2 | 2 | 1.29% | 0 | 2 | 0 | 0 | 0 | 2 | 1.13% |
| CMF-DSH | 0 | 0 | 0 | 0 | 2 | 2 | 0.60% | 0 | 0 | 0 | 0 | 2 | 2 | 1.29% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| COR | 3 | 8 | 0 | 3 | 0 | 14 | 4.22% | 1 | 4 | 0 | 1 | 0 | 6 | 3.87% | 2 | 4 | 0 | 2 | 0 | 8 | 4.52% |
| CRC | 3 | 0 | 0 | 6 | 0 | 9 | 2.71% | 3 | 0 | 0 | 5 | 0 | 8 | 5.16% | 0 | 0 | 0 | 1 | 0 | 1 | 0.56% |
| CTF | 3 | 0 | 0 | 0 | 0 | 3 | 0.90% | 3 | 0 | 0 | 0 | 0 | 3 | 1.94% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI | 3 | 2 | 0 | 1 | 0 | 6 | 1.81% | 3 | 2 | 0 | 1 | 0 | 6 | 3.87% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI-RC | 2 | 2 | 0 | 1 | 0 | 5 | 1.51% | 2 | 2 | 0 | 1 | 0 | 5 | 3.23% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| FOL | 2 | 0 | 0 | 0 | 0 | 2 | 0.60% | 1 | 0 | 0 | 0 | 0 | 1 | 0.65% | 1 | 0 | 0 | 0 | 0 | 1 | 0.56% |
| HDSP | 1 | 0 | 0 | 1 | 0 | 2 | 0.60% | 1 | 0 | 0 | 1 | 0 | 2 | 1.29% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| ISP | 2 | 1 | 0 | 2 | 0 | 5 | 1.51% | 2 | 1 | 0 | 2 | 0 | 5 | 3.23% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| KVSP | 7 | 1 | 0 | 1 | 0 | 9 | 2.71% | 0 | 1 | 0 | 0 | 0 | 1 | 0.65% | 7 | 0 | 0 | 1 | 0 | 8 | 4.52% |
| LAC | 4 | 14 | 0 | 4 | 0 | 22 | 6.63% | 2 | 10 | 0 | 3 | 0 | 15 | 9.68% | 2 | 4 | 0 | 1 | 0 | 7 | 3.95% |
| LAC-RC | 0 | 0 | 0 | 1 | 0 | 1 | 0.30% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 1 | 0 | 1 | 0.56% |
| NKSP36 | 0 | 2 | 0 | 0 | 0 | 2 | 0.60% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 2 | 0 | 0 | 0 | 2 | 1.13% |
| NKSP-RC | 20 | 27 | 0 | 23 | 0 | 70 | 21.08% | 7 | 5 | 0 | 8 | 0 | 20 | 12.90% | 13 | 22 | 0 | 15 | 0 | 50 | 28.25% |
| PBSP | 0 | 1 | 0 | 0 | 0 | 1 | 0.30% | 0 | 1 | 0 | 0 | 0 | 1 | 0.65% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| PVSP | 3 | 0 | 0 | 1 | 0 | 4 | 1.20% | 3 | 0 | 0 | 1 | 0 | 4 | 2.58% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| RJD | 1 | 2 | 0 | 1 | 0 | 4 | 1.20% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 2 | 0 | 1 | 0 | 4 | 2.26% |
| SAC | 0 | 28 | 0 | 3 | 0 | 31 | 9.34% | 0 | 5 | 0 | 0 | 0 | 5 | 3.23% | 0 | 23 | 0 | 3 | 0 | 26 | 14.69% |
| SATF | 10 | 1 | 0 | 2 | 0 | 13 | 3.92% | 4 | 0 | 0 | 1 | 0 | 5 | 3.23% | 6 | 1 | 0 | 1 | 0 | 8 | 4.52% |
| SCC | 1 | 0 | 0 | 0 | 0 | 1 | 0.30% | 1 | 0 | 0 | 0 | 0 | 1 | 0.65% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SOL | 2 | 0 | 0 | 1 | 0 | 3 | 0.90% | 2 | 0 | 0 | 1 | 0 | 3 | 1.94% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SQ | 1 | 0 | 0 | 0 | 0 | 1 | 0.30% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 0 | 0 | 0 | 0 | 1 | 0.56% |
| SVSP | 11 | 8 | 1 | 3 | 0 | 23 | 6.93% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 11 | 8 | 1 | 3 | 0 | 23 | 12.99% |
| VSP | 2 | 0 | 0 | 0 | 0 | 2 | 0.60% | 2 | 0 | 0 | 0 | 0 | 2 | 1.29% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| WSP | 1 | 1 | 0 | 3 | 0 | 5 | 1.51% | 1 | 1 | 0 | 2 | 0 | 4 | 2.58% | 0 | 0 | 0 | 1 | 0 | 1 | 0.56% |
| WSP-RC | 19 | 16 | 0 | 13 | 0 | 48 | 14.46% | 9 | 13 | 0 | 7 | 0 | 29 | 18.71% | 10 | 3 | 0 | 6 | 0 | 19 | 10.73% |
| TOTAL | 115 | 128 | 1 | 84 | 4 | 332 | 100.00% | 58 | 48 | 0 | 45 | 4 | 155 | 100.00% | 57 | 80 | 1 | 39 | 0 | 177 | 100.00% |
| % TTL | 34.64% | 38.55% | 0.30% | 25.30% | 1.20% | 100.00% | | 37.42% | 30.97% | 0.00% | 29.03% | 2.58% | 100.00% | | 32.20% | 45.20% | 0.56% | 22.03% | 0.00% | 100.00% | |

**Referrals by Classification Score**

| Score | Total |
|---|---|
| 0-18 | 43 |
| 19-35 | 79 |
| 36-59 | 49 |
| 60+ | 110 |
| TOTAL | 281 |
| Not Calc | 51 |
| Grand TTL | 332 |

HC-POP 2/19/2013

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE          ATTACHMENT 2A

**JANUARY 2013**

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| ASP | COR | 1/6/2013 | 1/6/2013 | CCCMS | 0 |
| ASP | MCSP | 1/30/2013 | 1/31/2013 | CCCMS | 1 |
| ASP | SATF | 1/17/2013 | 1/18/2013 | CCCMS | 1 |
| ASP | SOL | 1/2/2013 | 1/4/2013 | CCCMS | 2 |
| ASP | SOL | 1/2/2013 | 1/4/2013 | CCCMS | 2 |
| ASP | MCSP | 1/20/2013 | 1/21/2013 | EOP | 1 |
| **ASP Average** | | | | | **1.17** |
| CAL | RJD | 1/5/2013 | 1/6/2013 | CCCMS | 1 |
| CAL | RJD | 1/11/2013 | 1/12/2013 | CCCMS | 1 |
| CAL | SVSP | 1/11/2013 | 1/12/2013 | GP/OP | 1 |
| CAL | CIM | 1/17/2013 | 1/18/2013 | GP/OP | 1 |
| CAL | CMC | 1/29/2013 | 1/30/2013 | GP/OP | 1 |
| CAL | PVSP | 1/23/2013 | 1/25/2013 | GP/OP | 2 |
| CAL | RJD | 1/3/2013 | 1/4/2013 | GP/OP | 1 |
| CAL | SVSP | 1/24/2013 | 1/26/2013 | GP/OP | 2 |
| **CAL Average** | | | | | **1.25** |
| CCI | CMC | 1/5/2013 | 1/6/2013 | CCCMS | 1 |
| CCI | CMC | 1/5/2013 | 1/6/2013 | CCCMS | 1 |
| CCI | PVSP | 1/22/2013 | 1/24/2013 | CCCMS | 2 |
| CCI | RJD | 1/6/2013 | 1/8/2013 | CCCMS | 2 |
| **CCI Average** | | | | | **1.50** |
| CCI-RC | CMC | 1/8/2013 | 1/9/2013 | GP/OP | 1 |
| **CCI-RC Average** | | | | | **1.00** |
| CEN | CIM | 1/17/2013 | 1/17/2013 | GP/OP | 0 |
| CEN | COR | 1/12/2013 | 1/13/2013 | GP/OP | 1 |
| CEN | KVSP | 1/19/2013 | 1/19/2013 | GP/OP | 0 |
| **CEN Average** | | | | | **0.33** |
| CMC | SOL | 1/24/2013 | 1/24/2013 | EOP | 0 |
| CMC | SOL | 1/24/2013 | 1/25/2013 | EOP | 1 |
| CMC | CMC | 1/6/2013 | 1/6/2013 | GP/OP | 0 |
| **CMC Average** | | | | | **0.33** |
| CMF | CIM | 12/27/2012 | 1/3/2013 | DSH | 7 |
| CMF | CIM | 12/28/2012 | 1/10/2013 | DSH | 13 |
| **CMF Average** | | | | | **10.00** |
| CMF-DSH | CMF | 1/16/2013 | 1/16/2013 | DSH | 0 |
| CMF-DSH | CMF | 1/31/2013 | 1/31/2013 | DSH | 0 |
| **CMF-DSH Average** | | | | | **0.00** |
| COR | CMF | 1/19/2013 | 1/20/2013 | CCCMS | 1 |
| COR | CMF | 1/19/2013 | 1/20/2013 | EOP | 1 |
| COR | CMF | 1/24/2013 | 1/25/2013 | EOP | 1 |
| COR | CMF | 1/24/2013 | 1/25/2013 | EOP | 1 |
| COR | PVSP | 1/2/2013 | 1/2/2013 | EOP | 0 |
| COR | CMF | 1/19/2013 | 1/20/2013 | GP/OP | 1 |
| **COR Average** | | | | | **0.83** |
| CRC | CMC | 1/10/2013 | 1/11/2013 | CCCMS | 1 |
| CRC | RJD | 1/9/2013 | 1/9/2013 | CCCMS | 0 |
| CRC | SATF | 1/9/2013 | 1/10/2013 | CCCMS | 1 |
| CRC | CMC | 1/10/2013 | 1/11/2013 | GP/OP | 1 |
| CRC | CMF | 1/20/2013 | 1/21/2013 | GP/OP | 1 |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB becoming available. Field clinicians
identify the most urgent cases and HQ MHP
senior clinical staff authorize priority placements.

2/19/2013

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE                    ATTACHMENT 2A

**JANUARY 2013**

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| CRC | PVSP | 1/30/2013 | 1/30/2013 | GP/OP | 0 |
| CRC | RJD | 1/3/2013 | 1/3/2013 | GP/OP | 0 |
| CRC | SVSP | 1/26/2013 | 1/27/2013 | GP/OP | 1 |
| **CRC Average** | | | | | **0.63** |
| CTF | CMC | 1/5/2013 | 1/5/2013 | CCCMS | 0 |
| CTF | SQ | 1/4/2013 | 1/4/2013 | CCCMS | 0 |
| CTF | SVSP | 1/10/2013 | 1/11/2013 | CCCMS | 1 |
| **CTF Average** | | | | | **0.33** |
| DVI | CMF | 1/12/2013 | 1/12/2013 | CCCMS | 0 |
| DVI | CMF | 1/17/2013 | 1/18/2013 | CCCMS | 1 |
| DVI | SATF | 1/29/2013 | 1/31/2013 | CCCMS | 2 |
| DVI | CMF | 1/2/2013 | 1/3/2013 | EOP | 1 |
| DVI | CMF | 1/17/2013 | 1/18/2013 | EOP | 1 |
| DVI | CMF | 1/2/2013 | 1/3/2013 | GP/OP | 1 |
| **DVI Average** | | | | | **1.00** |
| DVI-RC | CMF | 1/5/2013 | 1/5/2013 | CCCMS | 0 |
| DVI-RC | CMF | 1/10/2013 | 1/11/2013 | CCCMS | 1 |
| DVI-RC | CMF | 1/5/2013 | 1/5/2013 | EOP | 0 |
| DVI-RC | SOL | 1/14/2013 | 1/15/2013 | EOP | 1 |
| DVI-RC | CMF | 1/5/2013 | 1/5/2013 | GP/OP | 0 |
| **DVI-RC Average** | | | | | **0.40** |
| FOL | CMF | 1/4/2013 | 1/4/2013 | CCCMS | 0 |
| **FOL Average** | | | | | **0.00** |
| HDSP | SAC | 1/18/2013 | 1/18/2013 | CCCMS | 0 |
| HDSP | CMC | 1/29/2013 | 1/30/2013 | GP/OP | 1 |
| **HDSP Average** | | | | | **0.50** |
| ISP | CIM | 1/17/2013 | 1/18/2013 | CCCMS | 1 |
| ISP | COR | 1/14/2013 | 1/16/2013 | CCCMS | 2 |
| ISP | RJD | 1/2/2013 | 1/3/2013 | EOP | 1 |
| ISP | CIM | 1/16/2013 | 1/17/2013 | GP/OP | 1 |
| ISP | CIM | 1/16/2013 | 1/17/2013 | GP/OP | 1 |
| **ISP Average** | | | | | **1.20** |
| KVSP | CMF | 1/11/2013 | 1/12/2013 | EOP | 1 |
| **KVSP Average** | | | | | **1.00** |
| LAC | SOL | 12/30/2012 | 1/1/2013 | CCCMS | 2 |
| LAC | SVSP | 1/26/2013 | 1/28/2013 | CCCMS | 2 |
| LAC | CIM | 1/28/2013 | 1/29/2013 | EOP | 1 |
| LAC | CMC | 1/27/2013 | 1/29/2013 | EOP | 2 |
| LAC | CMC | 1/29/2013 | 1/30/2013 | EOP | 1 |
| LAC | CMF | 1/6/2013 | 1/8/2013 | EOP | 2 |
| LAC | CMF | 1/11/2013 | 1/12/2013 | EOP | 1 |
| LAC | CMF | 1/21/2013 | 1/22/2013 | EOP | 1 |
| LAC | CMF | 1/21/2013 | 1/23/2013 | EOP | 2 |
| LAC | CMF | 1/25/2013 | 1/26/2013 | EOP | 1 |
| LAC | MCSP | 1/25/2013 | 1/26/2013 | EOP | 1 |
| LAC | MCSP | 1/25/2013 | 1/26/2013 | EOP | 1 |
| LAC | CMC | 1/8/2013 | 1/8/2013 | GP/OP | 0 |
| LAC | SATF | 1/28/2013 | 1/30/2013 | GP/OP | 2 |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB becoming available.  Field clinicians
identify the most urgent cases and HQ MHP
senior clinical staff authorize priority placements.

2/19/2013

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE                    ATTACHMENT 2A
**JANUARY 2013**

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| LAC | SOL | 12/31/2012 | 1/1/2013 | GP/OP | 1 |
| **LAC Average** | | | | | **1.33** |
| NKSP-RC | CMF | 1/12/2013 | 1/13/2013 | CCCMS | 1 |
| NKSP-RC | CMF | 1/28/2013 | 1/30/2013 | CCCMS | 2 |
| NKSP-RC | COR | 1/13/2013 | 1/15/2013 | CCCMS | 2 |
| NKSP-RC | COR | 1/14/2013 | 1/16/2013 | CCCMS | 2 |
| NKSP-RC | COR | 1/28/2013 | 1/30/2013 | CCCMS | 2 |
| NKSP-RC | SAC | 1/1/2013 | 1/3/2013 | CCCMS | 2 |
| NKSP-RC | SATF | 1/7/2013 | 1/10/2013 | CCCMS | 3 |
| NKSP-RC | CMC | 1/2/2013 | 1/4/2013 | EOP | 2 |
| NKSP-RC | CMF | 1/23/2013 | 1/23/2013 | EOP | 0 |
| NKSP-RC | CMF | 1/26/2013 | 1/27/2013 | EOP | 1 |
| NKSP-RC | COR | 1/15/2013 | 1/16/2013 | EOP | 1 |
| NKSP-RC | COR | 1/18/2013 | 1/18/2013 | EOP | 0 |
| NKSP-RC | COR | 1/18/2013 | 1/18/2013 | GP/OP | 0 |
| NKSP-RC | CMC | 1/3/2013 | 1/4/2013 | GP/OP | 1 |
| NKSP-RC | CMF | 1/2/2013 | 1/3/2013 | GP/OP | 1 |
| NKSP-RC | CMF | 1/23/2013 | 1/24/2013 | GP/OP | 1 |
| NKSP-RC | CMF | 1/26/2013 | 1/27/2013 | GP/OP | 1 |
| NKSP-RC | COR | 1/13/2013 | 1/15/2013 | GP/OP | 2 |
| NKSP-RC | COR | 1/16/2013 | 1/17/2013 | GP/OP | 1 |
| NKSP-RC | KVSP | 1/5/2013 | 1/5/2013 | GP/OP | 0 |
| **NKSP-RC Average** | | | | | **1.25** |
| PBSP | CMF | 1/8/2013 | 1/8/2013 | EOP | 0 |
| **PBSP Average** | | | | | **0.00** |
| PVSP | CMF | 1/12/2013 | 1/12/2013 | CCCMS | 0 |
| PVSP | SATF | 1/11/2013 | 1/11/2013 | CCCMS | 0 |
| PVSP | SQ | 1/8/2013 | 1/9/2013 | CCCMS | 1 |
| PVSP | COR | 1/11/2013 | 1/12/2013 | GP/OP | 1 |
| **PVSP Average** | | | | | **0.50** |
| SAC | CMF | 1/6/2013 | 1/6/2013 | EOP | 0 |
| SAC | CMF | 1/6/2013 | 1/6/2013 | EOP | 0 |
| SAC | MCSP | 1/21/2013 | 1/21/2013 | EOP | 0 |
| SAC | MCSP | 1/21/2013 | 1/21/2013 | EOP | 0 |
| SAC | SQ | 1/19/2013 | 1/19/2013 | EOP | 0 |
| **SAC Average** | | | | | **0.00** |
| SATF | CMF | 1/20/2013 | 1/21/2013 | CCCMS | 1 |
| SATF | CMF | 1/22/2013 | 1/23/2013 | CCCMS | 1 |
| SATF | COR | 1/26/2013 | 1/26/2013 | CCCMS | 0 |
| SATF | PVSP | 1/26/2013 | 1/27/2013 | CCCMS | 1 |
| SATF | CMF | 1/22/2013 | 1/23/2013 | GP/OP | 1 |
| **SATF Average** | | | | | **0.80** |
| SCC | CMF | 1/2/2013 | 1/3/2013 | CCCMS | 1 |
| **SCC Average** | | | | | **1.00** |
| SOL | CMF | 1/22/2013 | 1/23/2013 | CCCMS | 1 |
| SOL | SQ | 1/19/2013 | 1/19/2013 | CCCMS | 0 |
| SOL | CMF | 1/4/2013 | 1/4/2013 | GP/OP | 0 |
| **SOL Average** | | | | | **0.33** |
| VSP | CMF | 1/7/2013 | 1/8/2013 | CCCMS | 1 |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB becoming available.  Field clinicians
identify the most urgent cases and HQ MHP
senior clinical staff authorize priority placements.

2/19/2013

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE          ATTACHMENT 2A

**JANUARY 2013**

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| VSP | SQ | 1/8/2013 | 1/8/2013 | CCCMS | 0 |
| **VSP Average** | | | | | **0.50** |
| WSP | CMF | 1/25/2013 | 1/25/2013 | CCCMS | 0 |
| WSP | COR | 1/12/2013 | 1/12/2013 | EOP | 0 |
| WSP | CMF | 1/15/2013 | 1/17/2013 | GP/OP | 2 |
| WSP | CMF | 1/25/2013 | 1/25/2013 | GP/OP | 0 |
| **WSP Average** | | | | | **0.50** |
| WSP-RC | CIM | 1/3/2013 | 1/4/2013 | CCCMS | 1 |
| WSP-RC | CMF | 1/21/2013 | 1/22/2013 | CCCMS | 1 |
| WSP-RC | CMF | 1/25/2013 | 1/26/2013 | CCCMS | 1 |
| WSP-RC | COR | 1/28/2013 | 1/29/2013 | CCCMS | 1 |
| WSP-RC | KVSP | 1/5/2013 | 1/5/2013 | CCCMS | 0 |
| WSP-RC | MCSP | 1/27/2013 | 1/28/2013 | CCCMS | 1 |
| WSP-RC | MCSP | 1/28/2013 | 1/28/2013 | CCCMS | 0 |
| WSP-RC | MCSP | 1/29/2013 | 1/31/2013 | CCCMS | 2 |
| WSP-RC | SQ | 1/23/2013 | 1/26/2013 | CCCMS | 3 |
| WSP-RC | CMC | 1/3/2013 | 1/5/2013 | EOP | 2 |
| WSP-RC | CMF | 1/15/2013 | 1/17/2013 | EOP | 2 |
| WSP-RC | CMF | 1/25/2013 | 1/25/2013 | EOP | 0 |
| WSP-RC | COR | 1/6/2013 | 1/6/2013 | EOP | 0 |
| WSP-RC | COR | 1/11/2013 | 1/12/2013 | EOP | 1 |
| WSP-RC | COR | 1/11/2013 | 1/12/2013 | EOP | 1 |
| WSP-RC | COR | 1/14/2013 | 1/16/2013 | EOP | 2 |
| WSP-RC | COR | 1/28/2013 | 1/29/2013 | EOP | 1 |
| WSP-RC | SAC | 1/26/2013 | 1/27/2013 | EOP | 1 |
| WSP-RC | SAC | 1/26/2013 | 1/27/2013 | EOP | 1 |
| WSP-RC | SQ | 1/18/2013 | 1/19/2013 | EOP | 1 |
| WSP-RC | SQ | 1/23/2013 | 1/26/2013 | EOP | 3 |
| WSP-RC | SVSP | 1/7/2013 | 1/8/2013 | EOP | 1 |
| WSP-RC | CIM | 1/3/2013 | 1/4/2013 | GP/OP | 1 |
| WSP-RC | CMC | 1/4/2013 | 1/5/2013 | GP/OP | 1 |
| WSP-RC | CMC | 1/4/2013 | 1/5/2013 | GP/OP | 1 |
| WSP-RC | PVSP | 1/29/2013 | 1/31/2013 | GP/OP | 2 |
| WSP-RC | RJD | 1/11/2013 | 1/12/2013 | GP/OP | 1 |
| WSP-RC | SQ | 1/17/2013 | 1/19/2013 | GP/OP | 2 |
| WSP-RC | SQ | 1/23/2013 | 1/26/2013 | GP/OP | 3.00 |
| **WSP-RC Average** | | | | | **1.28** |
| **Grand Average** | | | | | **1.07** |

| SUMMARY OF TRANSFERS | | | |
|---|---|---|---|
| Time Frames | Total Transfers | Average Days Waiting | Range for Days Waiting |
| Combined | 155 | 1.07 | |
| < or = 1 day | 121 | 0.64 | |
| 2 days | 28 | NA | 0-13 |
| 3 days | 4 | NA | |
| 4 or more days | 2 | 10.00 | |

*Days Waiting based on days between referral and transfer, not days between referral and an MHCB becoming available. Field clinicians identify the most urgent cases and HQ MHP senior clinical staff authorize priority placements.

2/19/2013

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| CEN | 1/25/2013 | 1/26/2013 | CCCMS | Returned to Housing | 1 |
| **CEN Average** | | | | | **1.00** |
| CMC | 1/14/2013 | 1/15/2013 | CCCMS | Returned to Housing | 1 |
| CMC | 1/21/2013 | 1/22/2013 | CCCMS | Admitted | 1 |
| CMC | 1/2/2013 | 1/2/2013 | EOP | Admitted | 0 |
| CMC | 1/14/2013 | 1/15/2013 | EOP | Returned to Housing | 1 |
| CMC | 1/14/2013 | 1/15/2013 | EOP | Returned to Housing | 1 |
| CMC | 1/21/2013 | 1/22/2013 | EOP | Returned to Housing | 1 |
| CMC | 1/23/2013 | 1/23/2013 | EOP | Returned to Housing | 0 |
| CMC | 1/24/2013 | 1/25/2013 | EOP | Admitted | 1 |
| CMC | 1/24/2013 | 1/25/2013 | EOP | Admitted | 1 |
| CMC | 1/26/2013 | 1/26/2013 | EOP | Admitted | 0 |
| CMC | 1/28/2013 | 1/29/2013 | EOP | Admitted | 1 |
| CMC | 1/2/2013 | 1/2/2013 | GP/OP | Admitted | 0 |
| CMC | 1/2/2013 | 1/2/2013 | GP/OP | Admitted | 0 |
| CMC | 1/23/2013 | 1/23/2013 | GP/OP | Returned to Housing | 0 |
| **CMC Average** | | | | | **0.57** |
| CMF | 1/14/2013 | 1/14/2013 | EOP | Admitted | 0 |
| CMF | 1/19/2013 | 1/19/2013 | EOP | Admitted | 0 |
| **CMF Average** | | | | | **0.00** |
| COR | 1/1/2013 | 1/2/2013 | CCCMS | Admitted | 1 |
| COR | 1/30/2013 | 1/31/2013 | CCCMS | Admitted | 1 |
| COR | 1/3/2013 | 1/3/2013 | EOP | Admitted | 0 |
| COR | 1/23/2013 | 1/23/2013 | EOP | Returned to Housing | 0 |
| COR | 1/24/2013 | 1/24/2013 | EOP | Admitted | 0 |
| COR | 1/24/2013 | 1/24/2013 | EOP | Returned to Housing | 0 |
| COR | 1/1/2013 | 1/1/2013 | GP/OP | Admitted | 0 |
| COR | 1/28/2013 | 1/29/2013 | GP/OP | Admitted | 1 |
| **COR Average** | | | | | **0.38** |
| CRC | 1/13/2013 | 1/13/2013 | GP/OP | Returned to Housing | 0 |
| **CRC Average** | | | | | **0.00** |
| FOL | 1/4/2013 | 1/4/2013 | CCCMS | Returned to Housing | 0 |
| **FOL Average** | | | | | **0.00** |
| KVSP | 1/11/2013 | 1/11/2013 | CCCMS | Admitted | 0 |
| KVSP | 1/14/2013 | 1/15/2013 | CCCMS | Admitted | 1 |
| KVSP | 1/16/2013 | 1/16/2013 | CCCMS | Admitted | 0 |
| KVSP | 1/23/2013 | 1/23/2013 | CCCMS | Returned to Housing | 0 |
| KVSP | 1/27/2013 | 1/28/2013 | CCCMS | Returned to Housing | 1 |
| KVSP | 1/31/2013 | 1/31/2013 | CCCMS | Admitted | 0 |
| KVSP | 1/31/2013 | 1/31/2013 | CCCMS | Admitted | 0 |
| KVSP | 1/28/2013 | 1/29/2013 | GP/OP | Admitted | 1 |
| **KVSP Average** | | | | | **0.38** |
| LAC | 1/20/2013 | 1/20/2013 | CCCMS | Admitted | 0 |
| LAC | 1/26/2013 | 1/26/2013 | CCCMS | Not Medically Cleared | 0 |
| LAC | 1/13/2013 | 1/13/2013 | EOP | Returned to Housing | 0 |
| LAC | 1/14/2013 | 1/15/2013 | EOP | Admitted | 1 |
| LAC | 1/29/2013 | 1/29/2013 | EOP | Returned to Housing | 0 |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

HC-POP
2/19/2013

RESCINDED MHCB REFERRALS

BY INSTITUTION AND PRIOR LEVEL OF CARE

**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| LAC | 1/30/2013 | 1/30/2013 | EOP | Returned to Housing | 0 |
| LAC | 1/29/2013 | 1/30/2013 | GP/OP | Admitted | 1 |
| **LAC Average** | | | | | **0.29** |
| LAC-RC | 1/7/2013 | 1/7/2013 | GP/OP | Returned to Housing | 0 |
| **LAC-RC Average** | | | | | **0.00** |
| NKSP | 1/22/2013 | 1/22/2013 | EOP | Admitted | 0 |
| NKSP | 1/23/2013 | 1/23/2013 | EOP | Returned to Housing | 0 |
| **NKSP Average** | | | | | **0.00** |
| NKSP-RC | 1/1/2013 | 1/1/2013 | CCCMS | Admitted | 0 |
| NKSP-RC | 1/2/2013 | 1/3/2013 | CCCMS | Admitted | 1 |
| NKSP-RC | 1/6/2013 | 1/7/2013 | CCCMS | Returned to Housing | 1 |
| NKSP-RC | 1/8/2013 | 1/9/2013 | CCCMS | Returned to Housing | 1 |
| NKSP-RC | 1/10/2013 | 1/10/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/15/2013 | 1/15/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/23/2013 | 1/24/2013 | CCCMS | Admitted | 1 |
| NKSP-RC | 1/24/2013 | 1/24/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/25/2013 | 1/25/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/25/2013 | 1/25/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/27/2013 | 1/27/2013 | CCCMS | Admitted | 0 |
| NKSP-RC | 1/29/2013 | 1/29/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/31/2013 | 1/31/2013 | CCCMS | Paroled | 0 |
| NKSP-RC | 1/1/2013 | 1/2/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/4/2013 | 1/5/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/4/2013 | 1/5/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/5/2013 | 1/5/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/5/2013 | 1/5/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/6/2013 | 1/7/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/7/2013 | 1/8/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/9/2013 | 1/9/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/10/2013 | 1/10/2013 | EOP | Not Medically Cleared | 0 |
| NKSP-RC | 1/11/2013 | 1/11/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/11/2013 | 1/12/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/17/2013 | 1/18/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/19/2013 | 1/19/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/20/2013 | 1/20/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/21/2013 | 1/21/2013 | EOP | Admitted | 0 |
| NKSP-RC | 1/22/2013 | 1/22/2013 | EOP | Admitted | 0 |
| NKSP-RC | 1/23/2013 | 1/24/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/24/2013 | 1/24/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/24/2013 | 1/24/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/25/2013 | 1/25/2013 | EOP | Admitted | 0 |
| NKSP-RC | 1/28/2013 | 1/28/2013 | EOP | Admitted | 0 |
| NKSP-RC | 1/29/2013 | 1/29/2013 | EOP | Paroled | 0 |
| NKSP-RC | 1/30/2013 | 1/30/2013 | GP/OP | Admitted | 0 |
| NKSP-RC | 1/1/2013 | 1/2/2013 | GP/OP | Returned to Housing | 1 |
| NKSP-RC | 1/2/2013 | 1/2/2013 | GP/OP | Admitted | 0 |
| NKSP-RC | 1/2/2013 | 1/3/2013 | GP/OP | Returned to Housing | 1 |

*Days Waiting based on days between referral
and rescission.  Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

Page 2

HC-POP
2/19/2013

RESCINDED MHCB REFERRALS

BY INSTITUTION AND PRIOR LEVEL OF CARE

**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| NKSP-RC | 1/5/2013 | 1/5/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/6/2013 | 1/7/2013 | GP/OP | Returned to Housing | 1 |
| NKSP-RC | 1/8/2013 | 1/9/2013 | GP/OP | Admitted | 1 |
| NKSP-RC | 1/13/2013 | 1/14/2013 | GP/OP | Admitted | 1 |
| NKSP-RC | 1/18/2013 | 1/18/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/20/2013 | 1/20/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/21/2013 | 1/21/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/21/2013 | 1/22/2013 | GP/OP | Admitted | 1 |
| NKSP-RC | 1/25/2013 | 1/25/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/28/2013 | 1/28/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/29/2013 | 1/30/2013 | GP/OP | Returned to Housing | 1 |
| **NKSP-RC Average** | | | | | **0.38** |
| RJD | 1/27/2013 | 1/28/2013 | CCCMS | Admitted | 1 |
| RJD | 1/17/2013 | 1/17/2013 | EOP | Returned to Housing | 0 |
| RJD | 1/29/2013 | 1/29/2013 | EOP | Admitted | 0 |
| RJD | 1/17/2013 | 1/17/2013 | GP/OP | Returned to Housing | 0 |
| **RJD Average** | | | | | **0.25** |
| SAC | 1/2/2013 | 1/2/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/2/2013 | 1/2/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/7/2013 | 1/7/2013 | EOP | Admitted | 0 |
| SAC | 1/7/2013 | 1/7/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/8/2013 | 1/8/2013 | EOP | Admitted | 0 |
| SAC | 1/8/2013 | 1/8/2013 | EOP | Admitted | 0 |
| SAC | 1/8/2013 | 1/8/2013 | EOP | Admitted | 0 |
| SAC | 1/9/2013 | 1/9/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/9/2013 | 1/9/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/14/2013 | 1/14/2013 | EOP | Admitted | 0 |
| SAC | 1/14/2013 | 1/14/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/19/2013 | 1/19/2013 | EOP | Admitted | 0 |
| SAC | 1/19/2013 | 1/19/2013 | EOP | Admitted | 0 |
| SAC | 1/20/2013 | 1/20/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/20/2013 | 1/20/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/22/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/22/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/22/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/22/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/23/2013 | EOP | Returned to Housing | 1 |
| SAC | 1/24/2013 | 1/24/2013 | EOP | Admitted | 0 |
| SAC | 1/27/2013 | 1/27/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/29/2013 | 1/29/2013 | EOP | Admitted | 0 |
| SAC | 1/2/2013 | 1/2/2013 | GP/OP | Returned to Housing | 0 |
| SAC | 1/7/2013 | 1/7/2013 | GP/OP | Returned to Housing | 0 |
| SAC | 1/19/2013 | 1/19/2013 | GP/OP | Admitted | 0 |
| **SAC Average** | | | | | **0.04** |
| SATF | 1/3/2013 | 1/3/2013 | CCCMS | Admitted | 0 |
| SATF | 1/3/2013 | 1/3/2013 | CCCMS | Returned to Housing | 0 |
| SATF | 1/15/2013 | 1/15/2013 | CCCMS | Admitted | 0 |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

HC-POP
2/19/2013

RESCINDED MHCB REFERRALS

BY INSTITUTION AND PRIOR LEVEL OF CARE

**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| SATF | 1/15/2013 | 1/15/2013 | CCCMS | Admitted | 0 |
| SATF | 1/21/2013 | 1/21/2013 | CCCMS | Admitted | 0 |
| SATF | 1/30/2013 | 1/31/2013 | CCCMS | Admitted | 1 |
| SATF | 1/30/2013 | 1/31/2013 | EOP | Admitted | 1 |
| SATF | 1/14/2013 | 1/14/2013 | GP/OP | Admitted | 0 |
| **SATF Average** | | | | | **0.25** |
| SQ | 1/28/2013 | 1/29/2013 | CCCMS | Paroled | 1 |
| **SQ Average** | | | | | **1.00** |
| SVSP | 1/2/2013 | 1/2/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/3/2013 | 1/3/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/7/2013 | 1/7/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/8/2013 | 1/8/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/9/2013 | 1/9/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/12/2013 | 1/13/2013 | CCCMS | Admitted | 1 |
| SVSP | 1/14/2013 | 1/14/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/17/2013 | 1/17/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/18/2013 | 1/18/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/30/2013 | 1/30/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/31/2013 | 1/31/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/1/2013 | 1/1/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/3/2013 | 1/3/2013 | EOP | Admitted | 0 |
| SVSP | 1/12/2013 | 1/12/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/12/2013 | 1/12/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/12/2013 | 1/12/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/18/2013 | 1/18/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/29/2013 | 1/29/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/30/2013 | 1/30/2013 | EOP | Admitted | 0 |
| SVSP | 1/8/2013 | 1/8/2013 | GP/OP | Returned to Housing | 0 |
| SVSP | 1/14/2013 | 1/15/2013 | GP/OP | Admitted | 1 |
| SVSP | 1/18/2013 | 1/18/2013 | GP/OP | Admitted | 0 |
| SVSP | 1/17/2013 | 1/17/2013 | MHCB | Returned to Housing | 0 |
| **SVSP Average** | | | | | **0.09** |
| WSP | 1/25/2013 | 1/25/2013 | GP/OP | Returned to Housing | 0 |
| **WSP Average** | | | | | **0.00** |
| WSP-RC | 1/6/2013 | 1/6/2013 | CCCMS | Returned to Housing | 0 |
| WSP-RC | 1/6/2013 | 1/6/2013 | CCCMS | Returned to Housing | 0 |
| WSP-RC | 1/16/2013 | 1/16/2013 | CCCMS | Admitted | 0 |
| WSP-RC | 1/17/2013 | 1/17/2013 | CCCMS | Admitted | 0 |
| WSP-RC | 1/17/2013 | 1/18/2013 | CCCMS | Admitted | 1 |
| WSP-RC | 1/17/2013 | 1/18/2013 | CCCMS | Admitted | 1 |
| WSP-RC | 1/23/2013 | 1/23/2013 | CCCMS | Returned to Housing | 0 |
| WSP-RC | 1/23/2013 | 1/24/2013 | CCCMS | Returned to Housing | 1 |
| WSP-RC | 1/27/2013 | 1/28/2013 | CCCMS | Returned to Housing | 1 |
| WSP-RC | 1/31/2013 | 1/31/2013 | CCCMS | Returned to Housing | 0 |
| WSP-RC | 1/11/2013 | 1/11/2013 | EOP | Returned to Housing | 0 |
| WSP-RC | 1/17/2013 | 1/17/2013 | EOP | Returned to Housing | 0 |
| WSP-RC | 1/25/2013 | 1/25/2013 | EOP | Admitted | 0 |

*Days Waiting based on days between referral
and rescission.  Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

HC-POP
2/19/2013

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**JANUARY 2013**

ATTACHMENT 2B

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|-------------|---------------|--------------|-----------|----------------|---------------|
| WSP-RC | 1/10/2013 | 1/10/2013 | GP/OP | Admitted | 0 |
| WSP-RC | 1/10/2013 | 1/11/2013 | GP/OP | Admitted | 1 |
| WSP-RC | 1/18/2013 | 1/18/2013 | GP/OP | Returned to Housing | 0 |
| WSP-RC | 1/20/2013 | 1/20/2013 | GP/OP | Admitted | 0 |
| WSP-RC | 1/26/2013 | 1/26/2013 | GP/OP | Admitted | 0 |
| WSP-RC | 1/30/2013 | 1/31/2013 | GP/OP | Admitted | 1 |
| **WSP-RC Average** | | | | | **0.32** |
| **Grand Average** | | | | | **0.28** |

| SUMMARY OF RESCINDED REFERRALS | | | |
|--------------------------------|----------------|-----------------------|-----------------------------|
| Time Frames | Total Transfers | Average Days Waiting | Range for Days Waiting |
| Combined | 177 | 0.28 | |
| < or = 1 day | 177 | 0.28 | |
| 2 days | 0 | NA | 0-1 |
| 3 days | 0 | NA | |
| 4 or more days | 0 | NA | |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

HC-POP
2/19/2013

REASON FOR RESCINDED MHCB REFERRALS                    ATTACHMENT 2C
**JANUARY 2013**

| | REASON FOR RESCINDED MHCB REFERRALS | | | | | |
|---|---|---|---|---|---|---|
| Institution | Admitted | Return to Housing | Paroled | Out to Court | Not Medically Cleared | Total Rescinded |
| ASP | 0 | 0 | 0 | 0 | 0 | 0 |
| CAL | 0 | 0 | 0 | 0 | 0 | 0 |
| CCC | 0 | 0 | 0 | 0 | 0 | 0 |
| CCI | 0 | 0 | 0 | 0 | 0 | 0 |
| CCI-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| CEN | 0 | 1 | 0 | 0 | 0 | 1 |
| CIM-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| CMC | 8 | 6 | 0 | 0 | 0 | 14 |
| CMF | 2 | 0 | 0 | 0 | 0 | 2 |
| CMF-DSH | 0 | 0 | 0 | 0 | 0 | 0 |
| COR | 6 | 2 | 0 | 0 | 0 | 8 |
| CRC | 0 | 1 | 0 | 0 | 0 | 1 |
| CTF | 0 | 0 | 0 | 0 | 0 | 0 |
| CVSP | 0 | 0 | 0 | 0 | 0 | 0 |
| DVI | 0 | 0 | 0 | 0 | 0 | 0 |
| DVI-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| FOL | 0 | 1 | 0 | 0 | 0 | 1 |
| HDSP | 0 | 0 | 0 | 0 | 0 | 0 |
| ISP | 0 | 0 | 0 | 0 | 0 | 0 |
| KVSP | 6 | 2 | 0 | 0 | 0 | 8 |
| LAC | 3 | 3 | 0 | 0 | 1 | 7 |
| LAC-RC | 0 | 1 | 0 | 0 | 0 | 1 |
| MCSP | 0 | 0 | 0 | 0 | 0 | 0 |
| NKSP | 1 | 1 | 0 | 0 | 0 | 2 |
| NKSP-RC | 13 | 34 | 2 | 0 | 1 | 50 |
| PBSP | 0 | 0 | 0 | 0 | 0 | 0 |
| PVSP | 0 | 0 | 0 | 0 | 0 | 0 |
| RJD | 2 | 2 | 0 | 0 | 0 | 4 |
| RJD-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| SAC | 10 | 16 | 0 | 0 | 0 | 26 |
| SATF | 7 | 1 | 0 | 0 | 0 | 8 |
| SCC | 0 | 0 | 0 | 0 | 0 | 0 |
| SOL | 0 | 0 | 0 | 0 | 0 | 0 |
| SQ | 0 | 0 | 1 | 0 | 0 | 1 |
| SQ-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| SVSP | 5 | 18 | 0 | 0 | 0 | 23 |
| WSP | 0 | 1 | 0 | 0 | 0 | 1 |
| WSP-RC | 10 | 9 | 0 | 0 | 0 | 19 |
| **TOTAL** | **73** | **99** | **3** | **0** | **2** | **177** |

AVERAGE DAYS WAITING*

Transferred and Rescinded MHCB Referrals
**JANUARY 2013**

| | TRANSFERS | | RESCINDED REFERRALS | | TOTAL REFERRALS | |
|---|---|---|---|---|---|---|
| | Number | Avg Days Wait | Number | Avg Days Wait | Number | Avg Days Wait |
| **ASH** | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| **ASP** | 6 | 1.17 | 0 | 0.00 | 6 | 1.17 |
| **CAL** | 8 | 1.25 | 0 | 0.00 | 8 | 1.25 |
| **CCC** | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| **CCI** | 4 | 1.50 | 0 | 0.00 | 4 | 1.50 |
| **CCI-RC** | 1 | 1.00 | 0 | 0.00 | 1 | 1.00 |
| **CEN** | 3 | 0.33 | 1 | 1.00 | 4 | 0.50 |
| **CIM-RC** | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| **CMC** | 3 | 0.33 | 14 | 0.57 | 17 | 0.53 |
| **CMF** | 2 | 10.00 | 2 | 0.00 | 4 | 5.00 |
| **CMF/DSH** | 2 | 0.00 | 0 | 0.00 | 2 | 0.00 |
| **COCF** | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| **COR** | 6 | 0.83 | 8 | 0.38 | 14 | 0.57 |
| **CRC** | 8 | 0.63 | 1 | 0.00 | 9 | 0.56 |
| **CTF** | 3 | 0.33 | 0 | 0.00 | 3 | 0.33 |
| **CVSP** | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| **DVI** | 6 | 1.00 | 0 | 0.00 | 6 | 1.00 |
| **DVI-RC** | 5 | 0.40 | 0 | 0.00 | 5 | 0.40 |
| **FOL** | 1 | 0.00 | 1 | 0.00 | 2 | 0.00 |
| **HDSP** | 2 | 0.50 | 0 | 0.00 | 2 | 0.50 |
| **ISP** | 5 | 1.20 | 0 | 0.00 | 5 | 1.20 |
| **KVSP** | 1 | 1.00 | 8 | 0.38 | 9 | 0.44 |
| **LAC** | 15 | 1.33 | 7 | 0.29 | 22 | 1.00 |
| **LAC-RC** | 0 | 0.00 | 1 | 0.00 | 1 | 0.00 |
| **MCSP** | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| **NKSP** | 0 | 0.00 | 2 | 0.00 | 2 | 0.00 |
| **NKSP-RC** | 20 | 1.25 | 50 | 0.38 | 70 | 0.63 |
| **NSH** | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| **PBSP** | 1 | 0.00 | 0 | 0.00 | 1 | 0.00 |
| **PVSP** | 4 | 0.50 | 0 | 0.00 | 4 | 0.50 |
| **RJD** | 0 | 0.00 | 4 | 0.25 | 4 | 0.25 |
| **RJD-RC** | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| **SAC** | 5 | 0.00 | 26 | 0.04 | 31 | 0.03 |
| **SATF** | 5 | 0.80 | 8 | 0.25 | 13 | 0.46 |
| **SCC** | 1 | 1.00 | 0 | 0.00 | 1 | 1.00 |
| **SOL** | 3 | 0.33 | 0 | 0.00 | 3 | 0.33 |
| **SQ** | 0 | 0.00 | 1 | 1.00 | 1 | 1.00 |
| **SVSP** | 0 | 0.00 | 23 | 0.09 | 23 | 0.09 |
| **VSP** | 2 | 0.50 | 0 | 0.00 | 2 | 0.50 |
| **WSP** | 4 | 0.50 | 1 | 0.00 | 5 | 0.40 |
| **WSP-RC** | 29 | 1.28 | 19 | 0.32 | 48 | 0.90 |
| **TOTAL** | 155 | 1.07 | 177 | 0.28 | 332 | 0.65 |

*Average Days Waiting is based on number of days between referral and transfer or rescission. It does not indicate days between referral and an MHCB becoming available. Field clinicians identify the most urgent cases and Headquarters' Mental Health Program senior clinical staff authorize priority placement of these cases into available MHCBs.

# Exhibit 67

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


RALPH COLEMAN, ET AL.,                    )
                                          )
                      Plaintiffs,         )
                                          )CASE NO.:
        vs.                               )S 90-0520 LKK-JFM
                                          )
EDMUND G. BROWN, JR., ET AL.,             )
                                          )
                      Defendants.         )
_____)



DEPOSITION OF

JACQUELINE MOORE, RN, PH.D.

THURSDAY, FEBRUARY 21, 2013,  8:50 A.M.

SAN FRANCISCO, CALIFORNIA




REPORTED BY:  MEGAN F. ALVAREZ, RPR, CSR NO. 12470

THORSNES LITIGATION SERVICES, LLC

```
 1   discharge planning at the institution?
 2             MS. VOROUS:  Objection.  Misstates her
 3   testimony.
 4             THE WITNESS:  Yes.
 5   BY MR. FISCHER:
 6        Q.   Okay.  And one last thing on CIM I wanted ask
 7   you about in your notes on the final page, 102633.
 8             Most of the way down next to No. 5, it says:
 9   "Nurse UNFAM, SE, psy meds."
10             What does that note refer to?
11        A.   Nurses were unfamiliar with the side effects
12   of psychiatric meds.
13        Q.   I imagine that's on your radar because you're
14   a nurse?
15        A.   I asked them.
16        Q.   Why did you ask this question?
17        A.   I asked all the institutions.  That was one of
18   the criteria on my audit tool.
19        Q.   And here -- SE is side effects?
20        A.   Side effects.
21        Q.   And is this particular CIM of concern to you
22   in your analysis?
23        A.   Yes.
24        Q.   Why is that?
25        A.   Because it's a common practice that nurses
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

```
 1    know the side effects of the medication that they're
 2    giving because very often you are the one that might
 3    observe lithium toxicity in an inmate.
 4        Q.   So it's important to be aware of the side
 5    effects of the psych medications in order to ensure the
 6    safety and well-being of those patients?
 7        A.   Yes, sir.
 8        Q.   Did you observe this problem at any other
 9    institutions?  Do you remember?
10        A.   Yes.
11        Q.   Do you remember which institutions?
12        A.   All of them except San Quentin.
13        Q.   San Quentin?
14        A.   Knew the side effects.
15        Q.   They were good?
16        A.   They were good.
17        Q.   Did you raise this with -- at the exit
18    interviews?
19        A.   Each and every time.
20        Q.   Did this make it into your report?
21             Direct you to page 26 of your report,
22    Exhibit 4.
23             Tell me if I'm looking at the right -- bottom,
24    "Nursing Medication Management."  Just a short section.
25             Is that an issue you think could have been put
```

Jacqueline Moore, R.N., Ph.D.                                    February 21, 2013

1            I declare under penalty of perjury that the

2     foregoing is true and correct.  Subscribed at

3     _____, California, this _____ day of

4     _____, 2013.

5

6

7

8                      _____

9                      JACQUELINE MOORE, RN, PH.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

# Exhibit 68

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


RALPH COLEMAN, ET AL.,                        )
                                              )
                         Plaintiffs,          )
                                              )CASE NO.:
            vs.                               )S 90-0520 LKK-JFM
                                              )
EDMUND G. BROWN, JR., ET AL.,                 )
                                              )
                         Defendants.          )
_____   )


DEPOSITION OF

JOHN BRIM, M.D.

FRIDAY, MARCH 1, 2013,  9:28 A.M.

SAN FRANCISCO, CALIFORNIA


REPORTED BY:  MEGAN F. ALVAREZ, RPR, CSR NO. 12470

THORSNES LITIGATION SERVICES, LLC

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

1    was your program relatively full of patients?

2         A.    Yes.

3         Q.    Okay.  And was there still pressure on --

4    there's still new patients arriving?  Are there new

5    admissions arriving?

6         A.    Yes.

7         Q.    I note on the top of the second page, in bold,

8    the letter states:  "But we need to inform you that we

9    will be working in a state of protest regarding our case

10   load and the rate of admissions.  We are also extremely

11   concerned about further attrition of psychiatrists which

12   seems very likely considering the present workload and

13   conditions."

14        Did you discuss -- let me just ask:  Why is

15   there a reference to admissions as being a factor?

16        MR. RUSSELL:  Objection.  Vague and ambiguous.

17        THE WITNESS:  My understanding is that there

18   was a general feeling -- and I -- I felt this way --

19   that we were under pressure from administration to move

20   the old people out -- the old patients out and take in

21   new patients so as to keep our waiting list down.

22        And many of the psychiatrists -- well, I would

23   say all -- felt that this was resulting in shorter stay

24   for the patients than historically had been the case.

25   And they felt that it was getting to the point that

1    people were not staying in all cases at least as long as

2    they needed to.  There was pressure from administration

3    to get them out quickly so that new people could be

4    brought in.

5              That does impact the workload, because when a

6    new person comes in, there's quite a bit of work to do

7    on the part of the psychiatrist, research assessment, so

8    on.  So as the number of admissions and discharges go

9    up, that means more work for the psychiatrist.

10   BY MR. BIEN:

11        Q.   You suggest in the last paragraph that one way

12   to alleviate some of the pressure on the Salinas Valley

13   psychiatric program would be to reduce the flow of new

14   admissions; is that correct?

15        A.   Correct.

16        Q.   And did you have any response from the

17   administration to that suggestion?

18        A.   Not aware of any.

19        Q.   To your knowledge, are there still new

20   admissions arriving at Salinas Valley psychiatric

21   program?

22        A.   Yes.

23        Q.   In the first paragraph on the first page, you

24   refer to "a third psychiatrist scheduled to leave within

25   the past six weeks."

```
 1              You mentioned two that were leaving by
 2   retirement, Drs. Weinstein and Sial?
 3         A.   Yes.
 4         Q.   Who was the third?
 5         A.   Dr. Gaines, Gayle Gaines.
 6         Q.   Okay.  And that's someone who signed this
 7   letter?
 8         A.   Yes.
 9         Q.   Okay.  And what was happening with Dr. Gaines?
10         A.   She had accepted a job with the Department of
11   Corrections and was scheduled to leave us the end of the
12   January.
13         Q.   There's also a reference here to -- on the
14   first page, the third paragraph, to the Stockton
15   program.
16              And that -- I'm looking at the third paragraph
17   down.  It says:  "When administration visited our
18   facility recently to present the Stockton program."
19              Did you have a presentation to the staff at
20   Salinas Valley psychiatric program by Department of
21   State Hospital staff about the new program?
22         A.   Yes, we did.
23         Q.   Approximately when was that?
24         A.   I believe late December, early January.
25         Q.   There's also a reference here to -- I'm
```

1    turning to the last paragraph on the second page.  "We

2    understand that since SVPP is being downsized, then it

3    may be difficult to attract new psychiatrists."

4              Had you understood -- what were you told

5    about -- when were you first told that the Stockton

6    program was opening?  Was it in this presentation in

7    late December, or had you heard about that earlier?

8        A.   No, no.  It had been in the works for a least

9    a couple of years.

10       Q.   When do you first recall being informed that

11   the SVPP program was going to be downsized?

12       A.   I believe I found that out in the early part

13   of 2012.  I was not at SVPP at the time, but I had

14   contact with some people that were there, and they

15   mentioned that they had been informed that it would be

16   downsized --

17       Q.   Okay.

18       A.   -- quite radically.

19       Q.   And there's a reference in this, I believe the

20   same last paragraph, to the -- preparing to close C and

21   D yards.

22            Was that what you were informed?

23       A.   Yes.

24       Q.   So the programs on C and D yards would be

25   closed down, but the two 64-bed units would remain

1  operating?

2      A.    That's my understanding.

3      Q.    Okay.  Were you given at any time a schedule

4  for when this closure would take place?

5      A.    Yes.

6      Q.    And when were you told that?

7      A.    We were told at the presentation by the

8  Stockton folks that they would begin taking transfers

9  from our program in later part of July 2013.

10     Q.    And did you understand what the pace of the

11  transition -- what did you understand from that

12  presentation about how the Salinas Valley psychiatric

13  program would be impacted by this transfer of patients?

14     A.    Well, we weren't given a firm schedule for how

15  fast the transfer would take place.  Staff was told that

16  they would all have an opportunity to apply for

17  positions with the Stockton program.

18           Those are the two things that stand out in my

19  mind from that meeting, yeah.

20     Q.    Did you understand that at some point in 2013

21  you were going to have to find another job either at

22  Stockton or somewhere else?

23     A.    Well, I don't think it was quite that clear

24  because there obviously would be 128 patients, I think,

25  left at Salinas Valley psych program, so they would

```
 1    require some staff.  And it wasn't clear, you know, who
 2    might have an opportunity to stay, who might have to go.
 3    That was an assumption that would be probably on a
 4    seniority basis, but I wasn't really too involved in
 5    that because I'm a contractor.  I come and go, you know,
 6    pretty easily.
 7         Q.   Okay.  Back on the first page there's a
 8    reference to other mental health disciplines such as
 9    social work, psychology, and rehab therapy.
10              Were you aware of the staffing levels in these
11    other disciplines at Salinas Valley?
12              MS. GOSLING:  Vague and ambiguous as to time.
13    I'm assuming when they wrote this letter.
14              MR. BIEN:  Yeah, in January 2013.
15              THE WITNESS:  Well, I knew from my own
16    experience on the D yard where I worked that the
17    disciplines were short of staff.  And I understood that
18    to be generally the case in all of the Salinas Valley
19    psych program units.
20    BY MR. BIEN:
21         Q.   Okay.  And did you -- in your personal opinion
22    did you feel that the shortage of other disciplines in
23    psychiatry was greater than it had been in times in the
24    past as of January 2013?
25         A.   It was certainly.
```

 1              MR. RUSSELL:  Objection.  Vague and ambiguous.

 2      Lacks foundation.

 3              THE WITNESS:  It was certainly greater than

 4      two years I had spent in the program from 2009 to 211.

 5      BY MR. BIEN:

 6         Q.   Did any of the other staff in the other

 7      disciplines express to you personally their concern

 8      about the level of staffing in the D5/D6 unit where

 9      you're working?

10         A.   Yes.

11         Q.   And we're talking about the period since you

12      came back to Salinas Valley?

13         A.   Correct.

14         Q.   And what was said to you and by whom?

15              If you want to tell me just the person's

16      profession, that's fine with me.  I don't care about

17      their name.

18         A.   Okay.  Okay.  I can do that.

19              The social workers in particular were

20      concerned because they were stretched so thin.  It

21      involved having to cover more people than they felt

22      comfortable covering, having to, in some cases, cover

23      more than one case load.

24         Q.   What do you mean by "more than one case load"?

25         A.   One social worker would have to try to cover

1     another case load that ordinarily would have its own
2     social worker assigned to it.

3          Q.    Did you discuss with a social worker that
4     spoke with you any strategies to make sure that patient
5     safety was protected in this kind of environment of
6     short staffing?

7          A.    The only strategy that I was aware of that we
8     could pursue was to do the best we could with what we
9     had.

10         Q.    Okay.

11         A.    And, of course, to keep administration
12    informed of the need for more manpower.

13         Q.    Okay.  Are you aware of any other disciplines
14    who, through their unions or groups, expressed concerns
15    about the staffing level at Salinas Valley psychiatric
16    program in December or January?

17         A.    Yes.  I know that nursing was very short.  And
18    I was told by nurses that they were making their concern
19    felt to administration.

20              The MTA staff also was short, and they also
21    were expressing to me concern about the vacancies in
22    their ranks.

23         Q.    Anyone tell you that there was a hiring freeze
24    that was limiting the ability of the institution to fill
25    vacant positions?

1          A.    I remember reference to that, and then I
2     remember being told that there were exceptions to that
3     or there were ways of hiring people despite that.  I
4     really didn't know much about that.
5          Q.    Okay.  Were you ever informed that there were
6     limits on overtime work at the facility?
7          A.    Yes, I did hear that.
8          Q.    Okay.  And where did you hear that from?
9          A.    Some of the MTA staff, as I recall.
10         Q.    Okay.  Had it been your experience at DSH that
11    shortages were sometimes addressed by asking employees
12    to work overtime?
13         A.    Yes.
14         Q.    Do you recall who made the presentation about
15    the Stockton program?
16         A.    Well, I recall that Sterling Price, the
17    executive director, was there with some other members of
18    his staff.  I don't recall their names.
19         Q.    At the time of that presentation, did
20    anyone -- were you aware of any communications to
21    Mr. Price or anyone else from, you know, superiors in
22    the Salinas Valley program about the current levels of
23    staffing at the Salinas Valley psychiatric program?
24         A.    I was not aware.
25         Q.    Okay.  At the bottom of the first page of the

 1    letter there's a reference to a -- the first completed

 2    suicide at SVPP and that "Current staffing levels will

 3    create an unacceptable level of risk as far as patients'

 4    safety."

 5              Is it correct that there was a suicide at SVPP

 6    in late November of 2012?

 7         A.   I -- yes.  That's correct.

 8         Q.   Okay.  And that was in the C5/C6 unit?

 9         A.   Yes.

10         Q.   Did you participate in any discussions with

11    staff about the circumstances of that, I'm sure, very

12    troubling tragedy?

13         A.   No.

14         Q.   You never talked to anyone about the fact that

15    someone had committed suicide in C5/C6?

16         A.   Yes, I'm sure I talked to people about it.

17    But, you know, as far as there being any organized any

18    discussion at our meetings, no.  There was not that I

19    recall.

20              I'm sure there were, you know, references to

21    that, but that would have fallen under peer review and

22    that would have been taken up by, you know, an assigned

23    group of clinicians.  It wouldn't have been the subject

24    of general discussion in a psychiatry meeting.

25         Q.   Okay.  Just for the record, we're going to be

1    discussing some matters in this deposition that are
2    otherwise confidential.  There's a protective order in
3    the case.  I think everyone here is under it.  I'm going
4    to try not to use any patient names on the record.  If
5    we do, we can seal that part of the transcript.
6         A.    Okay.
7         Q.    And if there's any concern that you have, I
8    represent the person who committed suicide and the other
9    patients.
10        A.    Understand.
11        Q.    Mr. Russell's here for Department of
12   Corrections, we have Department of State Hospital people
13   here, and this is your lawyer.  We're all under the
14   protective order.  And I can assure that if we discuss
15   anything, we will treat it as confidential and -- but
16   obviously, any concerns that you have, please raise with
17   your attorney.
18             MS. GOSLING:  Mr. Bien, could we -- just
19   because I'm new to the case, could we go off the record
20   briefly so I could learn a little bit more about the
21   protective order and how that works?
22             MR. BIEN:  Sure.
23             (Off the record at 10:11 a.m. and back
24                 on the record at 10:24 a.m.)
25

```
 1   BY MR. BIEN:
 2       Q.   Dr. Brim, you understand you're still under
 3   oath?
 4       A.   Yes, sir.
 5       Q.   When I asked you earlier about a statement
 6   made to you by another member of the D5/D6 clinical
 7   staff, you were reluctant to identify the person by
 8   name.
 9            Let me ask you:  Have you felt any pressure
10   to -- start again.
11            Do you have any fear of being retaliated
12   against as a result of your testimony here today?
13            MS. GOSLING:  Objection.  Relevance.
14            But you can go ahead and answer.
15            THE WITNESS:  Not really given my -- my
16   situation as a contractor at the end of my professional
17   life.
18   BY MR. BIEN:
19       Q.   What do you mean by "not really"?
20            MS. GOSLING:  Same objection.
21            You can go ahead and answer.
22            THE WITNESS:  Well, there was some discussion
23   at the Salinas Valley psych program as to what would
24   happen if the union sent this letter on to the Coleman
25   court as we rather expected it would.  And many of my
```

1    colleagues expressed considerable apprehension about

2    being singled out to give testimony, and they pointed

3    out to me that I had sort of reached the end of my

4    working life expectancy, didn't have a whole lot to

5    lose.  And I agreed that they were probably right about

6    that.

7         And I don't know if that was a factor in my

8    being designated to come here but...

9    BY MR. BIEN:

10        Q.   So am I correct that you think it's possible

11   as a result of your testimony you will lose your ability

12   to work for Department of State Hospitals?

13        MS. GOSLING:  Objection.  I think that

14   misstates his testimony.

15        MR. RUSSELL:  Join.

16        THE WITNESS:  Do you want a response to that?

17   BY MR. BIEN:

18        Q.   Please.

19        A.   Well, I think the Department of State

20   Hospitals that's predecessor to DMH is a good department

21   and they try hard to be fair but the reality of human

22   behavior is it's always a possibility.

23        Q.   Okay.  You thought it was important

24   professionally to come forward and to make this

25   information public?

```
 1              MS. GOSLING:  Objection.  Misstates his
 2   testimony.
 3              THE WITNESS:  I agree with your statement.  I
 4   did feel it was important.  And we all did, yeah.
 5   BY MR. BIEN:
 6         Q.   And why was that?
 7         A.   Because of our concern for the patients.
 8              And of course there was, you know, some
 9   concern for personal liability if things went bad.
10         Q.   There was a -- were you aware that Coleman
11   plaintiffs' counsel and psychiatric expert
12   Dr. Pablo Stewart inspected the Salinas Valley
13   psychiatric program, including the DSH program, in late
14   January of 2013?
15         A.   Yes, I heard about that.
16         Q.   Okay.  Who did you hear about it from?
17         A.   Some of the other staff members were talking
18   about it.  I didn't have any opportunity to interact
19   with any of the people that were visiting.
20         Q.   Were you aware of any instructions that were
21   given to staff concerning that tour?
22         A.   No.
23         Q.   Okay.  Did any of the psychiatrists who joined
24   you in writing this letter tell you that they were
25   unable to communicate with Coleman counsel during that
```

```
 1    tour about their concerns?
 2         A.   I remember some discussion about how -- one or
 3    two of the psychiatrists mentioning that they wished
 4    they had been approached by Coleman, that they'd had an
 5    opportunity to talk with them because they felt that
 6    their concerns needed to be heard.
 7              That's all I recall on that subject.
 8              MR. BIEN:   I've asked the court reporter to
 9    mark as Exhibit 2 a letter dated February 12, 2013,
10    again, signed by a group of psychiatrists at
11    Salinas Valley and addressed to Charles DaSilva.
12              (Plaintiffs' Exhibit 2 was marked for
13               identification.)
14    BY MR. BIEN:
15         Q.   Dr. Brim, can you identify this letter,
16    please?
17         A.   Yes.   This is a letter that I signed along
18    with seven of my colleagues.
19         Q.   And this was several weeks later after the
20    first letter?
21         A.   Yes.   It's dated February 12.   Uh-huh.
22         Q.   Between the time you sent the first letter on
23    January 23rd and the time you sent the second letter on
24    February 12, had you received any communication from the
25    administration at Salinas Valley psychiatric program
```

```
 1    about the issues you raised?
 2              MR. RUSSELL:  Objection.  Vague and ambiguous.
 3              THE WITNESS:  No.
 4    BY MR. BIEN:
 5         Q.   Did you ask Dr. Troncoso if he had received
 6    any communications from Mr. DaSilva or anyone else about
 7    the concerns raised in the January 23rd letter?
 8         A.   Yes, we did.
 9         Q.   What did he say?
10         A.   He said that he was reassured that
11    administration was working on the issue but, again, he
12    was given no role in recruiting.
13              He at that point resigned his position as
14    senior psychiatrist.
15         Q.   Did he explain to you why he resigned his
16    position as senior psychiatrist?
17         A.   No.
18         Q.   I notice there are eight signatories of the
19    second letter, and there were nine, I think, of the
20    first.
21         A.   Yes.
22         Q.   What happened?
23         A.   Dr. Gaines had left for her new job at that
24    point.
25         Q.   Had there been any decrease in the rate of
```

1    admission to the program in the period January 23rd,

2    2013, and the time you sent the second letter,

3    February 12th, 2013, to your knowledge?

4         A.   Not at least for the unit that I was working

5    on.

6         Q.   Okay.  In the third sentence in the letter the

7    group says:  "Now, as you know, our psychiatry staffing

8    shortage has devolved from serious to crisis level."

9         A.   Yes.

10        Q.   What did you mean by that?

11             MR. RUSSELL:  Objection.  Vague and ambiguous.

12             THE WITNESS:  We meant that it had become a

13   crisis.

14   BY MR. BIEN:

15        Q.   Can you explain a little bit more about that?

16        A.   Yes.  I think the feeling among the group was

17   that things were bad three weeks prior.  Now they were a

18   lot worse.

19        Q.   Okay.  You state that "The psychiatry staff at

20   SVPP have unanimously determined that we cannot safely

21   manage more than 40 patients per psychiatrist."

22             Were you being asked at that point,

23   February 12, 2013, to manage more than 40 patients as an

24   individual psychiatrist?

25        A.   Beginning, I believe, the week after that

1    letter was sent, we were scheduled to lose two more of

2    the eight psychiatrists.  And that would have meant,

3    let's see, five and three-quarter psychiatrists for

4    360 patients, which I believe works out to about roughly

5    60 per psychiatrist.

6         Q.   Who were the two more psychiatrists that were

7    scheduled to leave?

8         A.   Dr. Wei had announced that he was leaving, and

9    Dr. Kapadia had announced that he had a new job and was

10   going to be departing to take that up.

11        Q.   Where was Dr. Kapadia going?

12        A.   He was going to California training

13   facility -- or correction training facility at Soledad,

14   which is one of the CDCR prisons.

15        Q.   Okay.  And what about Dr. Wei?

16        A.   Dr. Wei was returning to China because of

17   family illness.

18        Q.   Okay.  And I assume that these doctors had

19   made the plan known to the administration, to your

20   knowledge?

21        A.   Yes.

22        Q.   What did the group mean by the fact -- the

23   quote in the last sentence, "We can only provide

24   emergency psychiatry services"?

25        A.   Well, we couldn't ethically abandon patients

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

1    out that in his experience it was feasible for the

2    psychiatrists to rely on information from these other

3    staff members about the patients rather than actually

4    seeing the patients in order to make decisions about

5    their treatment.

6         It was suggested to him this would not be

7    proper because it would be like operating on hearsay and

8    we needed to have time and opportunity to interact with

9    the patients ourselves in order to make responsible

10   decisions about their treatment.

11        Q.   Did you discuss with him reducing new

12   admissions to the unit to reduce the pressure?

13        A.   Yes.

14        Q.   Okay.  And what did you say to him and he say

15   to you about that?

16        A.   Well, it was pointed out that the more

17   admissions and discharges you have, the higher the

18   workload because a lot of the work is sort of

19   front-loaded and end-loaded on these patients.

20        He, you know, responded we had a

21   responsibility to provide our services promptly to those

22   in need, and we did have a waiting list although it was

23   relatively short at that point in time.

24        That was extent of the discussion on that.

25        Q.   Did he tell you how many people were on the

John Brim, M.D.                                          March 1, 2013

```
 1    inmate to his regular cell but restrict his possessions.
 2    Sometimes one would limit the possession of sharp
 3    objects.  Sometimes one would limit the possession of
 4    sheets, blankets, things that can be converted pretty
 5    easily into nooses.
 6            So there are those other options, yes.
 7        Q.   Are there options that involve nursing or
 8    other staffing observations, frequency of observation,
 9    for someone who's not in that observation cell on
10    suicide watch?
11            MR. RUSSELL:  Objection.  Vague and ambiguous.
12    Lacks foundation.
13            THE WITNESS:  I would say there is that
14    option.  It's not commonly used because all inmates are
15    checked every 15 minutes.  And typically when someone is
16    taken off of one-to-one observation, they go to the
17    every 15 minute that is standard for all inmates.
18    BY MR. BIEN:
19        Q.   Okay.
20        A.   Although, you know, in theory, you could say
21    every seven minutes or any time in between.
22        Q.   Okay.  Can you explain the every 15 minute
23    check that you understand happens in these units at
24    Salinas Valley?
25        A.   Nursing staff make rounds every 15 minutes and
```

```
 1    ascertain that every inmate under their care is
 2    breathing and appears alive and well.
 3         Q.   Okay.  And that's something that you rely on
 4    in your work, that that is happening?
 5         A.   Yes.
 6         Q.   Okay.  Are you aware of whether there are
 7    training on emergency response in your program at
 8    Salinas Valley psychiatric?
 9         A.   Yes.
10         Q.   And does that include procedures for what to
11    do if you find an inmate in the midst of a suicide
12    attempt?
13         A.   Yes.
14         Q.   I'm looking on -- are you aware of which staff
15    in the program are trained in CPR and emergency response
16    procedures?
17         A.   Everyone.
18         Q.   Okay.  If you look on page 2 of Exhibit 3,
19    Doctor.
20              In your understanding, do social workers have
21    the ability to sound an alarm themselves?
22         A.   Yes.
23         Q.   Is the alarm an electronic device?
24         A.   Yes.
25         Q.   Did you have one when you were in the unit?
```

1        A.    Typically not, because there are other staff

2    that do.

3        Q.    Okay.   Is it your understanding that social

4    workers do have alarms?

5        A.    Yes.

6        Q.    When you've -- as a treating psychiatrist at

7    Salinas Valley psychiatric program since November of

8    2012, have you ever had complaints from patients about

9    the lack of privileges and lack of treatment in

10   Level 1 -- when they're on Level 1 status?

11       A.    Yes.

12             MR. RUSSELL:   Objection.   Vague and ambiguous.

13   Overly broad.

14   BY MR. BIEN:

15       Q.    Can you share that with me what?   Do you

16   recall?

17       A.    Typically patients complain that they have

18   more privileges at the prisons where they came from than

19   they're finding at Level 1 in our program, and they feel

20   like they've been deprived privileges by being sent to

21   our program.

22       Q.    Has a patient ever expressed to you that they

23   had more treatment groups, more hours of treatment when

24   they were in the CDCR prison than they had at your

25   program in Level 1?

1        A.    Yes.

2        Q.    Do you recall how you responded to these

3    patients?

4        A.    I told them I sympathized, I wished we could

5    start their treatment plan immediately, but that we're

6    required by CDCR to postpone their programming until

7    they have their ICC.

8        Q.    Okay.

9        A.    Typically we offer to provide what we can in

10   the way of in-cell materials to help them occupy their

11   time.

12       Q.    Let me mark as -- I've already marked as

13   Exhibit 5 a document that appears to be a manual given

14   to patients at Salinas Valley psychiatric program.

15            This was mailed to us by a patient, and his

16   name is on the back.  So I'm going to put this in the

17   sealed section too.

18            I'm not going to ask a lot of detailed

19   questions, Doctor, but is this -- this appear to be a

20   copy of a manual that's distributed to patients at

21   Salinas Valley psychiatric program?

22       A.    Yes.

23       Q.    Okay.  And what's the purpose of distributing

24   this to patients, if you know?

25            MR. RUSSELL:  Objection.  Vague and ambiguous.

```
 1    Lacks foundation.
 2              THE WITNESS:  I would assume the purpose is to
 3    introduce them to the program.
 4    BY MR. BIEN:
 5         Q.   Okay.
 6              MS. GOSLING:  Don't assume.  Just state if you
 7    know.
 8    BY MR. BIEN:
 9         Q.   This is dated April 12.  To your knowledge,
10    has this -- is this manual -- this version of the manual
11    still in effect at this time?
12         A.   I don't know.
13         Q.   Okay.
14              MS. GOSLING:  Have you seen this before?
15              THE WITNESS:  I have not.
16    BY MR. BIEN:
17         Q.   Oh, you have not.  Okay.
18         A.   No.
19              MS. GOSLING:  Do you want him to look through
20    it?
21              MR. BIEN:  No, that's okay.
22    BY MR. BIEN:
23         Q.   You mentioned earlier in the Level 1 status
24    the patient has to be in cuffs when they leave their
25    cell; is that right?
```

```
1         A.    Yes, it's my understanding.
2         Q.    Okay.  And if someones -- patient is Level 1
3    and they need to see their psychiatrist, where would you
4    see them?
5         A.    Typically at cellside.
6         Q.    And what does that mean, "at cellside,"
7    Doctor?
8         A.    That means we go to the patient's cell and
9    converse with them through the cell door.
10        Q.    Okay.  Is that how you do -- I assume in those
11   first couple of weeks, one of the things you're doing is
12   evaluating their need for psychotropic medication?
13        A.    Right.
14        Q.    And discussing side effects and reactions to
15   those medications?
16        A.    Right.
17        Q.    Are you concerned with the confidentiality of
18   such a communication that happens at cell front?
19        A.    Yes.
20        Q.    Why is that?
21        A.    It doesn't really afford confidentiality
22   because even though we try to keep our voices down, I
23   believe the people in the adjoining cells can probably
24   overhear.
25        Q.    In your opinion, why is confidentiality
```

1    important for these kind of communications for a

2    psychiatrist with their patient?

3              MR. RUSSELL:  Objection.  Vague and ambiguous.

4              THE WITNESS:  Because it's often very

5    sensitive material that people want to discuss or we

6    need to ask about, and they have valid reasons for not

7    wanting other people to know about it.

8    BY MR. BIEN:

9        Q.   Okay.  Have you ever expressed to anyone in

10   administration at Salinas Valley psychiatric program

11   your concern about confidentiality in communications

12   with patients in your work?

13       A.   Yes.

14       Q.   And can you recall when that was and what was

15   communicated?

16       A.   I would have to say on many occasions over the

17   years.

18       Q.   Do you recall any communications since

19   November of 2012?

20       A.   No.  I think by that point I had communicated

21   that concern so many times, I didn't seem much point in

22   repeating it.  Yeah.

23       Q.   When you had expressed it in the past, had you

24   communicated the option of having the patient removed

25   from their cell and brought to an office and meet

1    privately with you rather than doing cell front?

2              MS. GOSLING:  Objection.  Overly broad.  Vague

3    and ambiguous.  You're talking about a lengthy career.

4    BY MR. BIEN:

5         Q.   Okay.

6         A.   Yes.  And that routinely happens at least once

7    or twice for each patient because when they first come

8    in and meet the psychiatrist, they are brought out to an

9    interview room.  However, you know, MTA staff are

10   present during that time.  They are, however, treatment

11   staff and included in the confidentiality umbrella.

12             And there may be special occasions during the

13   remainder of the hospital stay where patients are able

14   to come out and be interviewed in a more confidential

15   setting.  And when they come for their treatment teams,

16   they're brought out of their cell, again interviewed in

17   a more confidential setting.

18             So there is some of that.

19        Q.   All right.  Do you have the option as a

20   psychiatrist you say, you know, "I'm not comfortable

21   with this.  I want all my contacts to be confidential"?

22             Can you -- do you feel like you could do that

23   since November of 2012 at Salinas Valley psychiatric

24   program?

25        A.   Since November of 2012, I have not raised that

```
 1    issue again because I had raised it many other occasions
 2    and I felt it would be pointless to raise it again.
 3         Q.   In your opinion, was there sufficient staffing
 4    in D5/D6 since November of 2012 to allow psychiatrists
 5    who would insist to have all their contacts in
 6    confidential spaces outside of cells?  Is there
 7    sufficient staffing to provide that for psychiatrists
 8    and their patients?
 9              MR. RUSSELL:  Objection.  Vague and ambiguous.
10    Lacks foundation.  Calls for speculation.
11              THE WITNESS:  No.
12    BY MR. BIEN:
13         Q.   Okay.  Patients have raised with us, Doctor,
14    an issue which we didn't really understand.  We get
15    letters from prisoners all the time, and some of them
16    are -- seem a little bit -- some of them are seriously
17    mentally ill and we're not always sure of reality.
18              But we've heard from our clients that there's
19    insufficient laundry service, soap, clothing being
20    provided to them at the Salinas Valley psychiatric
21    program in the last few months.
22              Have you heard complaints like that?
23         A.   Yes.
24         Q.   Have you investigated them?
25         A.   Yes.
```

1        Q.    What can you tell me about them?

2        A.    The DSH staff that I have talked to who had

3   personal knowledge of this confirm that there has been a

4   severe shortage of clean clothes, bedding, coats.  I

5   believe they've made every possible efforts to address

6   this.  They place the blame on CDCR, which has the

7   responsibility for their laundry.

8        Q.    When you say "they," is the staff, the DSH

9   staff that you spoke to about the subject?

10       A.    Yes.

11       Q.    Okay.  We've also heard complaints about food

12   service, the volume of food, amount of food, quality of

13   food.  Have you heard complaints about food service also

14   from patients?

15       A.    Yes.

16       Q.    And have you investigated them?

17       A.    Informally.

18       Q.    And what have you heard?

19       A.    Well, I've inspected the meals and I've been

20   around at feeding time.  I've observed the distribution

21   of the meals, the timing.  I haven't found any substance

22   to the inmates' complaint about the food.  I mean, you

23   know, it's a subjective thing how good it is, but it's

24   provided.  It appears to be hygienic.  And I know it's

25   under supervision of a registered dietician, so I assume

```
 1    it's a balanced diet.
 2         Q.   Do -- have you investigated whether or not
 3    there will be restrictions on number of servings or
 4    extra helpings of food?
 5              MR. RUSSELL:   Objection.   Vague and ambiguous.
 6    Lacks foundation.
 7              THE WITNESS:   Yes.   As a medical facility,
 8    there is a prescribed regular diet which includes a
 9    certain quantity of food representing a certain number
10    of calories.   And that's only varied if there's a
11    medical diet ordered.   Medical diets are restricted in
12    the variety available.   But there are some.   And I
13    believe there religious diets.   I don't know the
14    details.
15    BY MR. BIEN:
16         Q.   I guess my question was not unclear.
17              Did you investigate whether there's been any
18    limitations beyond prescribed limitations on the amount
19    of food that can be provided to inmates in the program
20    at Salinas Valley in the last two months?
21         A.   I'm not aware of that.
22         Q.   Okay.   Are you aware that Salinas Valley
23    psychiatric program performs blood tests on arriving
24    patients from CDCR as a matter of routine?
25         A.   Yes.
```

John Brim, M.D.                                          March 1, 2013

1       Q.    And is one of the purposes -- do you
2    understand what the purpose of those blood tests are?
3       A.    Yes.
4       Q.    What are they?  What are the purposes?
5       A.    Well, psychotropic medication has some side
6    effects that are harmful to the body, and blood tests
7    can be used to monitor for these.  And we also
8    frequently do blood levels of psychotropic medications
9    both to gauge adequacy of the dose and to get an idea of
10   whether it's actually being consumed.  So those are two
11   of the purposes.
12           Of course, if there's a specific medical
13   problem, any necessary test for that -- for the
14   treatment of that will be ordered, too.
15      Q.    Let me show you mark as the next exhibit in
16   order, a document produced by Salinas Valley State
17   Prison in connection with a recent tour.  It has
18   production number SP -- SVSP219.  It's a one-page
19   document.  It says "Salinas Valley Psychiatric Program
20   Medication Analysis Summary Report."
21           (Plaintiffs' Exhibit 6 was marked for
22           identification.)
23           MR. BIEN:  Let me at the same time mark
24   Exhibit 7, another two-page document produced also in
25   connection with the recent tour.  SVSP236, 237.  And

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

```
 1    this one has to be sealed, please.
 2            (Plaintiffs' Exhibit 7 was marked for
 3            identification.)
 4    BY MR. BIEN:
 5        Q.   Doctor, have you ever seen Exhibit 6 or a
 6    report like Exhibit 6 that summarizes testing results by
 7    facility?
 8        A.   Yes.
 9        Q.   Okay.  And is this something that's shared
10    with the psychiatric staff at Salinas Valley psychiatric
11    program?
12            I'm looking at 6.  This one.
13        A.   Oh, I'm sorry.
14            MS. GOSLING:  Does that change your answer?
15    BY MR. BIEN:
16        Q.   Yeah.  That's why I want to make sure.
17        A.   I've seen similar reports.  I don't believe
18    it's routinely distributed to psychiatrists, though.
19        Q.   You have seen similar reports about testing
20    and level reference levels?
21        A.   Yes.
22        Q.   Okay.  What does a reference level refer to,
23    if you know?
24            It's also on Exhibit 7 where the column is for
25    reference level.
```

John Brim, M.D.                                      March 1, 2013

```
 1    these were downloaded yesterday from the Department of
 2    State Hospital Web site.
 3              MS. GOSLING:  Do you want the witness to look
 4    through them?
 5              MR. BIEN:  Yeah.  Just take a...
 6              (Witness reviewing document.)
 7    BY MR. BIEN:
 8        Q.   Dr. Brim, this isn't a color chart, which is
 9    appears on the computer when I looked at it, but are you
10    able to discern the SVPP line on these various charts?
11    Look at the last two charts, staff injuries and patient
12    injuries.
13        A.   Yes, I can discern that.
14        Q.   Okay.  Have you ever had discussions during
15    your work at Salinas Valley psychiatric program about
16    the level of staff and patient injuries?
17              MR. RUSSELL:  Objection.  Vague and ambiguous.
18    Overly broad.
19    BY MR. BIEN:
20        Q.   Since November of 2012?
21        A.   Yes.
22        Q.   And can you tell me about any of those
23    discussions?
24        A.   I have noticed an increase in staff
25    assaults -- assaults by patients on staff -- over the
```

Page 77

1   last few months.  I've asked my colleagues if they were

2   seeing the same sort of thing and, they agree that it

3   seems to be increasing.

4        Q.   Okay.  And just for the record, these charts

5   cover the period January through September of 2012.

6             Is it -- has it been your experience that --

7   is it your perception that staff injuries have been

8   higher at Salinas Valley than in previous times that

9   you've worked at Salinas Valley?

10       A.   Yes.

11            MR. RUSSELL:  Objection.  Vague and ambiguous.

12   Lacks foundation.

13            MS. GOSLING:  Join.

14   BY MR. BIEN:

15       Q.   In any discussions with staff, did anyone

16   discuss with you perhaps the level of staff injuries

17   reflects understaffing in the Salinas Valley psychiatric

18   program?

19            MR. RUSSELL:  Objection.  Vague and ambiguous.

20   Overly broad.

21            THE WITNESS:  Yes.

22   BY MR. BIEN:

23       Q.   Okay.  And can you describe that conversation

24   and when that took place?

25       A.   No one conversation stands out in my mind; but

```
 1   over the last couple of months when the psychiatrists
 2   have gotten together in their meetings, there has been
 3   ongoing discussion of the increasing dangerousness of
 4   the situation, and a number of different psychiatrists
 5   have touched on the fact that the injuries appear to be
 6   up, relate that to staff not having the time they once
 7   had to maintain contact with the patients, monitor how
 8   they're doing, keep us informed so that we can do what
 9   we can with their medication to help stabilize them.
10           And we ourselves have all, I think, expressed
11   concern that we're not able to take the time to have the
12   number of face-to-face contacts that we really would
13   like to have to feel comfortable that we are monitoring
14   the patients in the -- a safe and responsible way.
15       Q.   Administration ever inform you that
16   Salinas Valley psychiatric program in 2012 had a higher
17   level of staff and patient injuries than all other state
18   hospital programs?
19       A.   No.  Not to my knowledge.
20       Q.   Did Secretary Allenby discuss with you his
21   concern that -- of the high level of staff and patient
22   injuries that were occurring at Salinas Valley
23   psychiatric program at his meeting this week?
24           MR. RUSSELL:  Objection.  Vague and ambiguous.
25   Assumes facts not in evidence.
```

1        A.    Typically smaller, though.

2        Q.    Are there offices for the psychiatrists and

3    other staff in C5/C6 and D5/D6?

4        A.    There are offices, but they're in a separate

5    building.

6        Q.    So they're not inside of C5/C6 or D5/D6?

7        A.    That's correct.

8        Q.    Okay.  You've worked in both, I guess, D5/D6

9    and in T since you've been back in November?

10       A.    Yes.

11       Q.    Okay.  Are there any differences in your

12   practice in psychiatry that affect you when you practice

13   in one environment versus the other, the modified

14   building versus the T building, the original building?

15            MR. RUSSELL:  Objection.  Vague and ambiguous.

16            THE WITNESS:  Well, some differences to impact

17   patient care.  The TC units have individual exercise

18   yards where one person can be let out to exercise

19   without being with the other inmates.

20            The D and C units have a common exercise yard.

21   They don't have any facilities for one-man yards.

22   BY MR. BIEN:

23       Q.    Are there any differences in medical records

24   between the two units?

25            MR. RUSSELL:  Objection.  Vague and ambiguous.

John Brim, M.D.                                      March 1, 2013

1    BY MR. BIEN:

2         Q.   Do you have the same access to medical

3    records?

4         A.   Well, I would say the same.  Nonaccess.

5         Q.   What do you mean by that?

6         A.   Well, it's one of the serious problems that

7    medical staff at Salinas Valley psych program face.  We

8    are not on the CDCR electronic health record system, so

9    we have no practical way of accessing the last 18 months

10   or two years of health records for the new arrivals.

11        Q.   Is there a package of materials that's

12   provided by CDCR for each patient that transferred to

13   Salinas Valley called a referral package that includes

14   some medical records or information?

15        A.   Yes, typically about two months' worth of

16   records.

17        Q.   Okay.  Now, the EUHR system, are you aware

18   that that system is active in the prison part of

19   Salinas Valley?

20        A.   Yes.

21        Q.   Okay.  Is it right there on premises?

22        A.   Yes.

23        Q.   Have you ever asked anyone why it couldn't be

24   computer -- couldn't be installed in your units, too, to

25   give you access on EUHR?

1       A.    Well, we have computers that access the system

2   on our units; we simply don't have the log-in and the

3   access password to get at it.

4       Q.    Have you ever asked to get the log-in and

5   access password?

6       A.    Yes.

7       Q.    And who did you ask?

8       A.    Well, we've requested through Dr. Troncoso,

9   when he was senior psychiatrist, acting.  And according

10  to minutes I've seen of the psych meetings before I

11  rejoined the program in November through the previous

12  senior psychiatrist, Dr. Safi, and those individuals

13  have passed on the request to their administrative

14  supervisors.

15      Q.    Okay.  And as of this week, you still did not

16  have permission to use the EUHR?

17      A.    We still don't have access, correct.

18      Q.    How do you feel that would benefit your

19  ability to provide psychiatric care for your patients?

20      A.    Well, I think it's dangerous not to have

21  access to the old records because they're potentially

22  relevant things in the old records that are not

23  necessarily included in the referral packet.  It's just

24  not up to community standards to not have access to

25  relevant recent medical education.

1      Q.   Are the same computers available on -- in the
2   C5/C6 and D5/D6 as are in the T units, to your
3   knowledge?  In other words, if you got the password,
4   could you use it in both places?
5      A.   Yes.
6      Q.   Okay.  Our expert was informed during his tour
7   of Salinas Valley psychiatric program in late January of
8   2013, just a few weeks ago -- a month ago now, that an
9   hour -- only an hour or so of treatment was being
10  provided for patients due to staff and space
11  restrictions.
12           Is that consistent with your understanding of
13  what was going on in the program as recently as last
14  month?
15           MR. RUSSELL:  Objection.  Vague and ambiguous.
16  Lacks foundation.  Calls for speculation.  Overly broad.
17           THE WITNESS:  I don't have any problem
18  believing that.  I haven't, you know, made a study of
19  that, but that sounds about it right.
20  BY MR. BIEN:
21      Q.   Okay.  People are getting about one group a
22  day?
23      A.   Uh-huh.
24      Q.   Okay.  In your opinion, Doctor, is that less
25  than the optimal treatment that your program is designed

```
 1    for patients at the ICF level of care?
 2              MR. RUSSELL:  Objection.  Vague and ambiguous.
 3    Lacks foundation.  Overly broad.
 4              THE WITNESS:  It's less than they got
 5    historically when I worked there previously.
 6    BY MR. BIEN:
 7         Q.   And do you think the patients could benefit
 8    from a -- more than one hour of group a day at their
 9    level of care?
10              MR. RUSSELL:  Objection.  Vague and ambiguous.
11    Lacks foundation.  Overly broad.
12              THE WITNESS:  Yes.
13    BY MR. BIEN:
14         Q.   And why is that?
15         A.   Well, I think there's ample evidence that
16    within the limits, more treatment produces better
17    outcomes.  And certainly one hour a day is not maxing
18    out the potential for recovery.
19         Q.   Okay.
20              MR. BIEN:  I'd like to mark as the next
21    exhibit in order.  This will be sealed.
22              It's a June 17th, 2011, suicide report for
23    inmate -- and I'll call him G, took place at California
24    State Prison at Sacramento.
25
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

```
 1                    (Plaintiffs' Exhibit 17 was marked for
 2                    identification.)
 3   BY MR. BIEN:
 4        Q.   If you want to take a few minutes, we can take
 5   a break if you want to read that first.
 6        A.   Okay.
 7                    (Off the record at 1:30 p.m. and back on
 8                    the record at 1:38 p.m.)
 9   BY MR. BIEN:
10        Q.   Doctor, have you had a chance to review this
11   report?
12        A.   Yes, I have.
13        Q.   First question:  Has anyone ever discussed
14   with the psychiatric staff the circumstances of this
15   suicide and any improvement plans for Salinas Valley
16   psychiatric program, to your knowledge?  I know you
17   weren't there at every moment during this time.  But
18   have you ever been present when discussion of this
19   particular inmate's suicide and any improvements to be
20   taken as a result of it?
21             MR. RUSSELL:  Objection.  Vague and ambiguous.
22   Lacks foundation.
23             THE WITNESS:  I don't believe so.
24   BY MR. BIEN:
25        Q.   Okay.  One issue I wanted to ask you about
```

```
 1   was:   Are you aware of a practice of discharging
 2   patients from SVPP back to CDCR in anticipation of their
 3   parole date?
 4        A.    Yes.
 5        Q.    And have you participated in a discharge of a
 6   patient due to a parole date upcoming?
 7        A.    Yes.
 8        Q.    And at times -- is it your understanding that
 9   that discharge is to be made whether or not the patient
10   is -- meets the criteria for discharge from the SVPP
11   program otherwise?
12             MR. RUSSELL:  Objection.  Vague and ambiguous.
13   Overly broad.  Lacks foundation.
14   BY MR. BIEN:
15        Q.    Do you understand my question?
16        A.    I understand the question.  Yes, it's my
17   understanding.
18        Q.    In other words, your understanding is that the
19   necessity to schedule the parole and do the paperwork is
20   the driving force for those discharges?
21             MS. GOSLING:  Objection.  Calls for
22   speculation.
23             MR. RUSSELL:  Join.
24             THE WITNESS:  That's my understanding.  But I
25   think there needs to be a point of clarification.
```

1   BY MR. BIEN:

2        Q.   Please.

3        A.   If somebody were not doing well and were at

4   risk of self-harm or injury to others, we will proceed

5   with the transfer as I understand we're legally required

6   to do; but we would give a heads-up to the receiving

7   institution that they need to assume responsibility for

8   managing the acute illness of this patient.  So we

9   wouldn't just wash our hands of them.

10       Q.   I didn't mean to imply that, Doctor, at all.

11       A.   Sure.  Sure.

12       Q.   I'm sure that that's what you would do.

13            Have you ever had the occasion to do that, to

14   be a little concerned that a patient you're discharging

15   from SVPP for parole is a little bit unstable, and did

16   you then communicate that to some CDCR physicians to

17   assure that he was covered?  This is since November of

18   2012.

19       A.   No.

20       Q.   Okay.  At any time while you've been working

21   at Salinas Valley psychiatric program, do you recall

22   personally doing that or having someone on your

23   treatment team do that follow-up on a patient who is

24   being paroled by communicating to CDCR?

25       A.   I don't recall any discharges where that was

1    indicated.

2        Q.   Okay.  Are there Spanish language translators

3    available to you at Salinas Valley psychiatric program?

4        A.   Yes.

5        Q.   How do you access such services?

6        A.   We ask the senior MTA to provide a translator.

7        Q.   When you show up for a scheduled appointment

8    for a patient, do you have to do something special or is

9    that already -- if it's a scheduled nonemergency

10   appointment, would that have been taken care of?

11       A.   The translator?

12       Q.   Yes.

13       A.   Yes.

14       Q.   Okay.  So you would expect that when you show

15   up, they had read the file and knew the patient?

16       A.   Well, I don't think we expect that of the

17   interpreter, that they read the file.

18       Q.   No, no.  I'm sorry.  I was referring to the

19   staff, your staff.

20            MS. GOSLING:  Could you reask the question

21   just so I'm clear?

22   BY MR. BIEN:

23       Q.   I'm talking about time frame November 2012,

24   forward.

25       A.   Okay.

John Brim, M.D.                                    March 1, 2013

1    Q.   It's been your experience for a scheduled

2  appointment in the Salinas Valley psychiatric program,

3  if that appointment was with a patient who is

4  Spanish-speaking, that you would expect that a

5  translator would be scheduled in advance for a scheduled

6  appointment?

7    A.   Yes, I would.

8    Q.   And has that been happening?

9    A.   Yes.

10   Q.   Okay.  Have you ever had a patient who needed

11  a sign language interpreter at Salinas Valley

12  psychiatric program?

13   A.   Not at Salinas Valley psychiatric program, no.

14   Q.   Okay.  Would it be your practice at

15  Salinas Valley psychiatric program to do a suicide risk

16  evaluation before discharging a patient?

17   A.   Yes.

18   Q.   Okay.  Is it your practice personally to do

19  suicide risk evaluation in a private setting?

20   A.   No.  The suicide risk evaluation is delegated

21  to the psychologist and treatment team, and I don't know

22  what setting that's done in.

23   Q.   Could you pull out, Doctor, Exhibit 6 and 7?

24   A.   Okay.

25   Q.   I wanted to -- I'm trying to understand a

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

```
 1    little bit more about what Exhibit 7 is.
 2              MR. BIEN:  Let me mark the next exhibit as --
 3    go to 19 please.
 4              (Plaintiffs' Exhibit 19 was marked for
 5                 identification.)
 6    BY MR. BIEN:
 7         Q.   So looking at 7 -- and the court reporter has
 8    just handed you 19.
 9         A.   Okay.
10         Q.   To try to save some trees -- and believe it or
11    not, lawyers do try to save at least one or two.
12              This large document I have here in front of me
13    in my hand was produced by Salinas Valley psychiatric
14    program.
15         A.   Right.
16         Q.   And it goes from 220 all the way to 282.  This
17    was produced today.
18         A.   Okay.
19         Q.   19 is the first page of that.  220.
20              And the last page of it is 282.
21              MR. BIEN:  You can look at this, Jay, if you
22    want.  Exhibit 7 -- I just found this out -- is a page
23    in the middle of that stack and someone randomly pulled
24    it out.  236.
25              MS. GOSLING:  These are part of same report?
```

John Brim, M.D.                                                    March 1, 2013

```
 1                    CERTIFICATE OF REPORTER

 2

 3         I, MEGAN F. ALVAREZ, a Certified Shorthand

 4   Reporter, hereby certify that the witness in the

 5   foregoing deposition was by me duly sworn to tell the

 6   truth, the whole truth and nothing but the truth in the

 7   within-entitled cause;

 8              That said deposition was taken down in

 9   shorthand by me, a disinterested person, at the time and

10   place therein stated, and that the testimony of the said

11   witness was thereafter reduced to typewriting, by

12   computer, under my direction and supervision;

13              I further certify that I am not of counsel or

14   attorney for either or any of the parties to the said

15   deposition, nor in any way interested in the events of

16   this cause, and that I am not related to any of the

17   parties hereto.

18

19

20                    DATED:  March 4, 2013

21

22                    _____

23                    MEGAN F. ALVAREZ

24                    RPR, CSR 12470

25
```

# Exhibit 69

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, ET AL.,               )
                                     )
                    Plaintiffs,      )
                                     ) CASE NO.:
          vs.                        ) S 90-0520 LKK-JFM
                                     )
EDMUND G. BROWN, JR., ET AL.,        )
                                     )
                    Defendants.      )
_____)


DEPOSITION OF

JOEL DVOSKIN, PH.D., ABPP

WEDNESDAY, FEBRUARY 27, 2013,  9:14 A.M.

SAN FRANCISCO, CALIFORNIA




REPORTED BY:  MEGAN F. ALVAREZ, RPR, CSR NO. 12470

THORSNES LITIGATION SERVICES, LLC

```
 1    psychiatric technicians that worked for the receiver's
 2    office, but they were -- they weren't officers.  Nursing
 3    assistant or --
 4         Q.    CNA?
 5         A.    Correctional nursing assistants.
 6         Q.    Right.  Did you ever observe them doing
 7    suicide watch?
 8         A.    Yes.
 9         Q.    Okay.  And did you see them conversing with
10    the inmates and speaking with them?
11         A.    Let's see.  I think I saw both.
12               I know one -- I remember one, I want to say at
13    SAC, where the person, at least while I was there,
14    didn't talk to the inmate.  There was one where -- there
15    were a number of times when the inmate was asleep, so
16    obviously they weren't talking with them.  But the one I
17    was just remembering from SAC, I believe it was -- I
18    think the inmate was up.  I don't know if they were
19    talking before we got there or not.
20         Q.    Do you know that there's an instruction at
21    CDCR that certified nursing assistants are not to speak
22    to prisoners while on suicide watch?
23               MS. VOROUS:  Objection.  Lacks foundation.
24               THE WITNESS:  I did not know that.
25
```

1   BY MR. BIEN:

2       Q.    Would you agree that would be

3   countertherapeutic?

4       A.    Yes.  Just to be clear, you're talking about

5   prohibition against talking to them at all?

6       Q.    Yes.

7       A.    Yes, I would be opposed to that.

8       Q.    When you were at SAC, California State Prison

9   at Sacramento, did you observe the ZZ cells at that

10  facility?

11      A.    Yes.

12      Q.    What did you understand them to be?

13      A.    I assume we're talking about the same cells.

14  It's in the sort of a depot where they hold people while

15  they're waiting for transportation.  And there's several

16  officers in the area, and there's some cells that people

17  were held in -- sort of like a holding unit except they

18  were individual cells as opposed to a group holding tank

19  while they're waiting for their particular bus or

20  transportation.

21            When I was there, all of the inmates in those

22  cells had been there for at least a few hours.  And it

23  was my understanding that they were used for temporarily

24  housing people while they were waiting for the bus or

25  vehicle that's going to take them somewhere to pick them

Joel Dvoskin, Ph.D., ABPP                                    February 27, 2013

```
 1          I declare under penalty of perjury that the

 2    foregoing is true and correct.  Subscribed at

 3    _____, California, this _____ day of

 4    _____, 2013.

 5

 6

 7

 8                              _____

 9                              JOEL DVOSKIN, PH.D., ABPP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

# Exhibit 70

Jeffrey A. Beard, Ph.D.                                    March 5, 2013

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,          )
                                )
        Plaintiffs,             )
vs.                             )    No. Civ S 90-0520 LKK-JFM P
                                )
EDMUND G. BROWN, JR.,           )
et al.,                         )
                                )
        Defendants.             )
_____ )
MARCIANO PLATA, et al.,         )
                                )
        Plaintiffs,             )
                                )
vs.                             )    No. C01-1351 TEH
                                )
EDMUND G. BROWN, JR.,           )
et al.,                         )
                                )
        Defendants.             )
_____ )

DEPOSITION OF

JEFFREY A. BEARD, PH.D.

TUESDAY, MARCH 5, 2013,  9:02 A.M.

SACRAMENTO, CALIFORNIA

REPORTED BY:  BRENDA L. MARSHALL, RPR, CSR NO. 6939

THORSNES LITIGATION SERVICES, LLC

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jeffrey A. Beard, Ph.D.                                    March 5, 2013

1   are identifying mental health cases.  People are properly

2   classifying those cases, and people are putting -- moving

3   those cases onto the higher level of care.

4        Now, back at the time that we did that, we still

5   had wait lists, as you pointed out, but by July, and,

6   actually, maybe a little bit before July of last year, the

7   wait lists for mental health care went away.  There was no

8   wait list anymore.  And -- and a proper level of -- so

9   people were able to be identified, moved to the level of

10  care and, in a timely manner, get the treatment that they

11  need.

12       Q.   Okay.  And the fact that there's a wait list

13  now, how do you explain that?

14       MR. MELLO:  Objection.  It misstates the record.

15  Misstates his prior testimony.  Lacks foundation.  It's

16  silly.

17       You can answer.

18       THE WITNESS:  Could I ask you to define what

19  wait list you're talking about?

20  BY MR. BIEN:

21       Q.   There is currently a wait list for ICF level of

22  care, and there's a wait list for APP level of care, and

23  there's been a wait list throughout this period of time

24  and has never been zero.

25       MR. MELLO:  Objection.  Vague.

1              If that's a question as to the term wait list,

2    you can answer it.

3              THE WITNESS:  Well, I don't know what numbers

4    you're looking at, but the numbers that I looked at said

5    that the wait list for ICF care basically went away, if

6    not before July, when L wing was opened at CFF, it went

7    away at that time.

8              There was still, at that time, an APP wait list

9    of about 20.  And the department tried for quite a few

10   months, and I had some discussions with the special master

11   relative to closing down the 20 MHCB beds that DMH

12   operated at CMF, in converting that over to APP, that

13   would have wiped out that wait list at that time.

14             We also looked at MHCBs and know there's been

15   disagreements and arguments, but, basically, as a result

16   of realignment, somewhere in January or February of 2012,

17   the MHCB wait list went away.  And so there's surplus MHCB

18   space.  The latest wait list space I saw on ICF is that

19   that -- there was no space there, unless something all --

20   all of a sudden came on the wait list.  However, there was

21   a developing problem with the APP.

22             And that list, you know, on any given day, if

23   you take a snapshot, because people can come on and off of

24   a list, can look like you have a substantial list, but the

25   actual list of people who don't get in within the program

1    guide, which is the 10 days, they think it's under 15, and

2    that problem has already been discussed with DSH.

3          And just like any other constitutional system

4    would do, if they ran into a problem, there's been

5    discussions about perhaps opening up a second floor of L

6    wing, specifically to address the APP problem.

7          Now, I don't know where exactly that is because

8    one of the other things that's happening is we've talked

9    about Stockton, which is coming on very quickly, and we

10   know that most of those people in the APP wait list are

11   sitting in MHCB so they're getting care, and they're being

12   properly cared for while they're waiting for the APP

13   placement.

14          So, yes, there is -- currently, we -- we

15   suddenly have a wait list there and -- but that could be

16   addressed even without Stockton by simply opening one of

17   the two remaining empty wings at L wing at CMF.

18   BY MR. BIEN:

19       Q.    And when did you have a conversation about doing

20   that at CMF, opening another wing for APP care?

21       A.    I had that conversation maybe a week or two ago

22   with somebody.

23       Q.    And what's the status?

24       A.    I can't tell you the status right at this

25   moment.

1        Q.    Okay.

2        A.    It's not open because, I mean, you can't open

3    something overnight, but I do know that discussions have

4    been had with DSH, relative to that issue.

5        Q.    Okay.  How many months is it going to take to

6    open such a facility, seeming you decide to do it?

7        A.    Since it's DSH personnel, I'm not sure how long

8    it would take for them to get the staff up and running.

9    I -- I wouldn't want to speculate.  But, you know, we

10   would certainly do it -- if that -- if that list doesn't

11   go away, we would certainly want to do something as

12   quickly as we can.

13             MR. MELLO:  I'm going to interpose a belated

14   objection on the basis that it calls for speculation.

15   BY MR. BIEN:

16       Q.    You were informed yesterday that there was a

17   wait list of 30 for the APP by the special master.

18             MR. MELLO:  That lacks foundation.

19   BY MR. BIEN:

20       Q.    Were you --

21       A.    I received a copy of the memo, and I think I've

22   already explained that to you, that the wait list is not

23   30.  The wait list is more under 15 somewhere.

24             But the number that he gave is a moving target

25   number that, at any point in time, you might have had --

1   for instance, since you want to speculate, we might have
2   had 10 people today that just were put on the list to go
3   to APP.  Well, they're very likely, then, if they show up
4   on a list, to go there.  They're not over the 10-day
5   program guide limits.

6         When we look at who's over the 10-day program
7   guide limits, that's the important number, and that's more
8   like about a 13, or something like that, the last thing
9   that I saw.

10        Q.   So --

11        A.   Irrespective of what it is, it's not being
12   ignored.  And I had discussions with staff, prior to
13   seeing the special master's memo.  We were aware of it,
14   and we were talking about it and talking to DSH about it.

15        Q.   And were you aware of it -- of the fact that
16   there is an APP wait list of people over -- if you want to
17   just count the way you're counting it, which is saying
18   people over the program guide limit, are you aware that
19   that was -- was in existence in January of 2013, also?

20        A.   No.  January 13, I just was getting started
21   here.

22        Q.   Okay.  And are you aware that there was a wait
23   list of people over 30 days that the program guide
24   transfer timeline for ICF care in January of 2013?

25        A.   I -- again, I was just getting started, so I

1  | can't answer that question, but the latest list that I
2  | saw, which was more in the February time frame, maybe
3  | March -- February, March time frame, did not show a wait
4  | list for ICF care or may show one inmate that was just
5  | being processed or something like that.  But not -- not
6  | any -- anything like the 200 that was on a wait list back
7  | before.
8  |      Q.   So you agree that there was a wait list for APP
9  | and ICF care in January of 2013 for people who were there
10 | longer than the transfer timelines?
11 |           MR. MELLO:  Objection.  Misstates his testimony.
12 | Lacks foundation.  Assumes facts not in evidence.
13 |           You can answer.
14 |           THE WITNESS:  I can't answer on January of '13.
15 | I can only answer for the latest thing that I'm aware of.
16 | BY MR. BIEN:
17 |      Q.   I'm asking you in the month of January 2013.
18 |           MR. MELLO:  Asked and answered.
19 |           THE WITNESS:  I can't answer the question
20 | because I was just coming on board.  I was not getting
21 | those documents or talking to people about that specific
22 | issue.  I've only gotten the document and talked to people
23 | about it within the past few weeks.
24 | BY MR. BIEN:
25 |      Q.   And how many people in January of 2013 were

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jeffrey A. Beard, Ph.D.                                        March 5, 2013

```
 1              CERTIFICATION OF DEPOSITION OFFICER

 2

 3         I, BRENDA L. MARSHALL, CSR, duly authorized to

 4    administer oaths pursuant to Section 2093(b) of the

 5    California Code of Civil Procedure, hereby certify that

 6    the witness in the foregoing deposition was by me sworn to

 7    testify to the truth, the whole truth and nothing but the

 8    truth in the within-entitled cause; that said deposition

 9    was taken at the time and place therein stated; that the

10    testimony of said witness was thereafter transcribed by

11    means of computer-aided transcription; that the foregoing

12    is a full, complete and true record of said testimony; and

13    that the witness was given an opportunity to read and

14    correct said deposition and to subscribe the same.

15         I further certify that I am not of counsel or

16    attorney for either or any of the parties in the foregoing

17    deposition and caption named, or in any way interested in

18    the outcome of this cause named in said caption.

19

20

21

22              _____

23              BRENDA L. MARSHALL

24              CSR No. 6939

25
```

THORSNES LITIGATION SERVICES, LLC   |   877.771.3312   |   www.thorsnes.com

# Exhibit 71

| **From:** | Jones, Mohamedu <MJones@pldw.com> |
|---|---|
| **Sent:** | Monday, March 04, 2013 7:20 AM |
| **To:** | Tim.Belavich@cdcr.ca.gov; Debbie Vorous |
| **Cc:** | Martin.Hochino@cdcr.ca.gov; Diana.Toche@cdcr.ca.gov; Benjamin Rice; Donald Specter; Steve Fama; Jane E. Kahn; Michael W. Bien; Kerry Courtney Hughes, MD; Patricia M. Williams; Haunani Henry; Mary Perrien; Henry D. Dlugacz; Raymond F. Patterson, MD; Kathryn Burns, MD, MPH; Paul Nicoll; Holden, Linda E.; Kristina Hector; Steve Raffa; Walsh, Kerry F.; Matt Lopes; Jeff Metzner; Aaron Fischer; Lisa Ells; Navarro, Jonelie |
| **Subject:** | Sustainable Process/APP Waitlist |

Tim and Debbie:

At the start of the sustainable process tour at CSP-COR (2/26/2013), we learned that the APP wait list was 29; when we ended the tour on 2/28/2013, it was at 32, with 4 additional inmates waiting for acceptance. Earlier in the month, while we were at the CMF sustainable process tour, the waitlist had been reported in the mid-20s. In addition to the serious circumstances surrounding inmates needing acute care waiting to be placed in beds, this situation goes to the very heart of the "sustainability" of the sustainable process. Moreover, there is also the historical "ripple effect" at other levels of care, such as the MHCB, and the heightened utilization of alternative beds.

Please let me know what, if any, steps CDCR is taking to remedy this serious shortfall, including the possible opening of the L Wing at CMF.

We will continue to monitor the wait list during the remaining sustainable process tours, and look forward to an update from you.

Please contact me if you have questions.

Mohamedu

# Exhibit 72



**Comparison of EOP Male Beds Requested and Beds Provided
Jan. 2011 Through Jan. 2013**

Data from Coleman Monthly Report, Enclosure 9, January 2011 to December 2012
Bed = Bus seat request to transfer the EOP prisoner to the EOP program

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



FEB 2 5 2011

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                          Gregory Gomez, Esq.
Pannone Lopes & Devereaux LLC                        Deputy Attorney General
317 Iron Horse Point Way, Suite 301                  Department of Justice
Providence, RI 02908                                 1300 "I" Street, Suite 125
                                                     P. O. Box 944255
                                                     Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2011, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients. (Please note: Data for SQ is not available, due to MHTS.net conversion).

Matthew A. Lopes, Jr. Esquire
Page 2

14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison-San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Sharon Aungst, Chief Deputy Secretary, Correctional Health Care Services
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Buffardi, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Melissa G. Warren, Ph.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Mary-Joy Spencer, Esq., *Coleman* Monitor
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Angela Shannon, M.D., *Coleman* Expert
Patricia Williams, Esq., *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3

Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
William Alvarez, Ph.D., *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Gregory Gomez, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs
Michael Stone, Esq., Office of Legal Affairs
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Karen Higgins, M.D., Deputy Director (A), Psychiatry Services, DCHCS
Judy Burleson, Deputy Director, Statewide Mental Health Program, DCHCS
Teresa Owens, Staff Services Analyst, Operational Program Oversight, DCHCS

# WEEKLY EOP POPULATION REPORT
## (For the Week of JAN. 3, 2011)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 171 | 5 | 97% | 76 | 5 | *4-CCI,* 1-CVSP, 6-AVE, 4-CCI, 1-CMC, 1-CRC, 2-CTF, 17-MCSP, 1-SOL, 1-CCIRC, 11-CIM, 1-DVIRC, 12-NKSP, 10-RJDRC, 4-WSP |
| SATF COD II | 88 | 81 | 7 | 92% | 12 | 0 | 9-CMC, 2-COR, 1-DVIRC |
| CMC III | 580 | 475 | 105 | 82% | 6 | 6 | *2-DVIRC, 3-NKSP, 1-WSP* |
| CMF III | 533 | 467 | 66 | 88% | 6 | 6 | *1-CMC, 1-SATF, 2-DVIRC, 1-SQRC, 1-HDSPRC* |
| COR III | 150 | 123 | 27 | 82% | 0 | 0 | |
| RJD III | 330 | 294 | 36 | 89% | 5 | 5 | *1-ISP, 1-PVSP, 1-SAC, 1-CIM, 1-NKSP* |
| LAC IV (270) | 300 | 234 | 66 | 78% | 6 | 6 | *3-CMC, 3-SAC* |
| MCSP SNY III | 360 | 377 | -17 | 105% | 7 | 7 | *1-AVE, 2-RJD, 3-SATF, 1-CIM* |
| MCSP SNY IV (270) | 150 | 158 | -8 | 105% | 5 | 0 | 2-CMC, 2-SAC, 1-SVSP |
| RJD SNY IV (270) | 150 | 147 | 3 | 98% | 3 | 3 | *1-SATF, 2-SVSP* |
| KVSP SNY IV (180) | 96 | 94 | 2 | 98% | 24 | 1 | *1-CIM,* 2-CMC, 4-COR, 1-CTF, 1-LAC, 2-MCSP, 1-PVSP, 2-RJD, 1-SVSP, 4-NKSP, 3-RJDRC, 2-WSP |
| PBSP IV (180) | 66 | 59 | 7 | 89% | 3 | 1 | *1-SQRC,* 1-CMC, 1-RJD |
| SAC IV (180) | 384 | 382 | 2 | 99% | 4 | 4 | *1-CMF, 2-SVSP, 1-CIM* |
| SVSP IV (180) | 192 | 197 | -5 | 103% | 2 | 0 | 1-PBSP, 1-LAC |
| TOTALS: | 3555 | 3259 | 296 | 92% | 159 | 44 | |

(per 1-3-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 10 | 10 | 0 | 100% | 8 | 0 | 1-CCWF, 3-VSPW, 4-CIW |
| PBSP PSU | 128 | 123 | 5 | 96% | 33 | 0 | 1-PVSP, 1-SAC, 1-NK, 1-KVSP, 2-WSP, 3-RJD, 5-LAC, 2-SVSP, 3-CMC, 1-SQ, 12-COR, 1-SATF |
| SAC PSU | 256 | 265 | -9 | 104% | 66 | 0 | 4-DVI, 1-HDSP, 5-WSP, 2-NKSP, 2-PBSP, 1-KVSP, 1-CIM, 1-MCSP, 1-SAC, 1-PBSP, 7-CMC, 8-SVSP, 2-CMF, 9-COR, 1-SQ, 11-RJD, 9-LAC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 45 | 9 | 83% | 0 | 0 | |
| CIW | 75 | 66 | 9 | 88% | 1 | 1 | *1-VSPW* |
| TOTALS: | 129 | 111 | 18 | 86% | 1 | 1 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
Note:  A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.
"Total Current Pop" from Population Mgmt. Unit (dated 12-31-10) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.
Bus seat data source:  Transportation Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program, Data PASS,  916-327-1250

*Final*

Level II SNY:  Capacity=176; pop.=171  Moved 5 of 76  (7%)        Level II COD:  Capacity=88; pop.=81  Moved 0 of 12 (0%)
Level III GP:  Capacity=1593; pop.=1359   Moved 17 of 17 (100%)        Level IV GP:  180 Capacity=642; pop.=638   270 Capacity=300; pop.=234   Moved 11 of 15 (74%)

# WEEKLY EOP POPULATION REPORT
## (For the Week of JAN. 3, 2011)

Level III SNY:  Capacity=360; pop =377  Moved 7 of 7  (100%)          Level IV SNY:  Capacity=396; pop.=399  Moved 4 of 32  (13%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA 94283-0001



March 30, 2011

Matthew A. Lopes, Jr. Esquire                      via: Debbie J. Vorous, Esquire
Office of the Special Master                             Gregory Gomez, Esq.
Pannone Lopes & Devereaux LLC                           Deputy Attorney General
317 Iron Horse Point Way, Suite 301                     Department of Justice
Providence, RI  02908                                   1300 "I" Street, Suite 125
                                                        P. O. Box 944255
                                                        Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of February, 2011, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients. (Please note:  Data for California State Prison-San Quentin (SQ), is not available, due to MHTS.net conversion).
14. Medical Technical Assistant (MTA) Vacancy Report.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ, California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Sharon Aungst, Chief Deputy Secretary, Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Mary-Joy Spencer, Esq., *Coleman* Monitor
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    J. Ronald Metz, *Coleman* Monitor
    William Alvarez, Ph.D., *Coleman* Monitor
    Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3


Gregory Gomez, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs
Michael Stone, Esq., Office of Legal Affairs
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Karen Higgins, M.D., Deputy Director (A), Psychiatry Services, DCHCS
Judy Burleson, Deputy Director, Statewide Mental Health Program, DCHCS
Teresa Owens, Staff Services Analyst, Operational Program Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**
**(For the Week of FEB. 28, 2011)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 175 | 1 | 99% | 65 | 0 | 7-AVE, 1-CRC, 10-MCSP, 11-CIM, 3-LACRC, 19-NKSP, 11-RJDRC, 3-SQRC |
| SATF COD II | 88 | 86 | 2 | 98% | 10 | 1 | *1-NKSP,* 5-CMC, 1-CMF, 2-CIM, 1-RJD |
| CMC III | 580 | 508 | 72 | 88% | 18 | 15 | *1-AVE, 1-FOL, 1-PVSP, 2-SQ, 1-DVIRC, 7-LACRC, 2-NKSP,* 3-LAC |
| CMF III | 533 | 504 | 29 | 95% | 6 | 4 | *2-SOL, 1-NKSP, 1-WSP,* 2-COR |
| RJD III | 330 | 292 | 38 | 88% | 6 | 6 | *4-LACRC, 1-DVIRC, 1-COR* |
| LAC IV (270) | 300 | 227 | 73 | 76% | 5 | 5 | *1-COR, 1-MCSP, 1-SAC, 1-RJDRC, 1-SQRC* |
| COR IV (270) | 150 | 13 | 137 | 9% | 7 | 7 | *4-SAC, 3-SVSP* |
| MCSP SNY III | 360 | 340 | 20 | 94% | 16 | 10 | *1-RJD, 1-SVSP, 2-CCIRC, 2-CIM, 1-RJDRC, 3-WSP,* 2-CTF, 1-CMC, 1-SAC, 2-PVSP |
| MCSP SNY IV (270) | 150 | 149 | 1 | 99% | 5 | 3 | *1-SATF, 1-SQRC, 1-HDSP,* 1-SAC, 1-CMC |
| RJD SNY IV (270) | 150 | 145 | 5 | 97% | 19 | 2 | *1-NKSP, 1-HDSP,* 3-KVSP, 1-CTF, 2-SAC, 2-LAC, 1-CCIRC, 1-SATF, 3-LACRC, 2-CIM, 2-NKSP |
| KVSP SNY IV (180) | 96 | 99 | -3 | 103% | 26 | 0 | 5-COR, 1-CCI, 1-LAC, 1-MCSP, 1-PVSP, 1-RJD, 1-SVSP, 2-SATF, 6-NKSP, 1-DVIRC, 2-RJDRC, 2-SQRC, 2-WSP |
| PBSP IV (180) | 66 | 58 | 8 | 88% | 0 | 0 | |
| SAC IV (180) | 384 | 390 | -6 | 102% | 6 | 6 | *1-NKSP, 1-CIM, 2-SQRC, 2-CMC* |
| SVSP IV (180) | 192 | 186 | 6 | 97% | 0 | 0 | |
| TOTALS: | 3555 | 3172 | 383 | 89% | 189 | 59 | |

(per 3-1-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 16 | 4 | 80% | 1 | 1 | *1-VSPW* |
| PBSP PSU | 128 | 111 | 17 | 87% | 24 | 2 | *1-CMC, 1-SAC,* 8-COR, 5-LAC, 2-HDSP, 3-CMC, 1-SVSP, 1-MCSP, 1-WSP, 1-SQ |
| SAC PSU | 256 | 257 | -1 | 100% | 70 | 3 | *1-COR, 1-NKSP, 1-PBSP,* 1-KVSP, 1-SCC, 1-PVSP, 3-SQ, 2-CMF, 1-CTF, 1-SOL, 2-CCI, |
| | | | | | | | 1-SATF, 2-PBSP, 8-WSP, 1-DVI, 4-SAC, 2-CMC, 12-LAC, 4-RJD, 1-NKSP, 8-SVSP, 12-COR |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 53 | 1 | 98% | 0 | 0 | |
| CIW | 75 | 51 | 24 | 68% | 0 | 0 | |
| TOTALS: | 129 | 104 | 25 | 81% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note: A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 2-25-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source: Transportation Consolidated Worksheet

Prep by: Health Care Placement Oversight Program (HC-POP) Operations, 916-327-1250

*Final*

Level II SNY: Capacity=176; pop.=175 Moved 0 of 65 (0%)  Level II COD: Capacity=88; pop.=86  Moved 1 of 10 (10%)
Level III GP: Capacity=1443; pop.=1304  Moved 25 of 30 (84%)      Level IV GP 180 Capacity=642; pop.=634  Moved 6 of 6 (100%)
Level III SNY: Capacity=360; pop =340 Moved 10 of 16 (63%)        Level IV GP 270 Capacity=450; pop.=240  Moved 12 of 12 (100%)
                                                                  Level IV SNY: Capacity=396; pop.=393  Moved 5 of 50 (100%)

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



**APR 2 9 2011**

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                           Gregory Gomez, Esq.
Pannone Lopes & Devereaux LLC                      Deputy Attorney General
317 Iron Horse Point Way, Suite 301                Department of Justice
Providence, RI  02908                              1300 "I" Street, Suite 125
                                                   P. O. Box 944255
                                                   Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of March, 2011, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients. (Please note: Data for California State Prison, San Quentin (SQ) not available, due to MHTS.net conversion).

Matthew A. Lopes, Jr. Esquire
Page 2

14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ, California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Sharon Aungst, Chief Deputy Secretary, Correctional Health Care Services
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Mary-Joy Spencer, Esq., *Coleman* Monitor
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
William Alvarez, Ph.D., *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3


Debbie Vorous, Esq., Office of the Attorney General
Gregory Gomez, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs
Michael Stone, Esq., Office of Legal Affairs
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Deputy Director, Statewide Mental Health Program, DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, DCHCS
Teresa Owens, Staff Services Analyst, Operational Program Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**
**(For the Week of MAR. 14, 2011)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 171 | 5 | 97% | 70 | 5 | *2-WSP, 3-NKSP,* 6-AVE, 1-CRC, 11-MCSP, 1-CCIRC, 9-CIM, 3-DVIRC, 6-LACRC, 12-NKSP, 9-RJDRC, 4-SQRC, 3-WSP |
| SATF COD II | 88 | 84 | 4 | 95% | 12 | 3 | *1-COR, 1-RJD, 1-DVIRC,* 2-CMF, 7-CMC |
| CMC III | 580 | 525 | 55 | 91% | 16 | 15 | *1-AVE, 1-COR, 5-LAC, 2-SOL, 2-DVIRC, 3-LACRC, 1-WSP,* 1-SVSP |
| CMF III | 533 | 505 | 28 | 95% | 10 | 9 | *1-CCC, 1-FOL, 1-LAC, 1-SAC, 2-SQ, 1-HDSPRC, 2-SQRC,* 1-COR |
| RJD III | 330 | 305 | 25 | 92% | 10 | 10 | *1-CMC, 2-COR, 1-CVSP, 1-FOL, 1-SAC, 1-SCC, 1-SOL, 2-WSP* |
| LAC IV (270) | 300 | 227 | 73 | 76% | 3 | 3 | *1-DVIRC, 2-WSP* |
| COR IV (270) | 150 | 46 | 104 | 31% | 11 | 11 | *7-SAC, 3-SVSP, 1-NKSP* |
| MCSP SNY III | 360 | 355 | 5 | 99% | 16 | 3 | *3-CTF,* 1-RJD, 1-SAC, 3-SATF, 3-LACRC, 1-NKSP, 1-RJDRC, 3-WSP |
| MCSP SNY IV (270) | 150 | 141 | 9 | 94% | 9 | 4 | *1-CMC, 1-COR, 2-SAC,* 1-CMC, 1-KVSP, 1-DVIRC, 1-NKSP, 1-SQRC |
| RJD SNY IV (270) | 150 | 152 | -2 | 101% | 21 | 0 | 1-CTF, 1-HDSP, 3-KVSP, 2-LAC, 3-SAC, 1-SATF, 3-SVSP, 1-CCIRC, 2-CIM, 3-LACRC, 1-NKSP |
| KVSP SNY IV (180) | 96 | 98 | -2 | 102% | 29 | 0 | 5-NKSP, 3-RJDRC, 1-SQRC, 1-WSP, 5-COR, 1-LAC, 2-MCSP, 1-PVSP, 2-RJD, 1-SAC, 3-SATF, 1-SVSP, 2-CIM, 1-DVIRC |
| PBSP IV (180) | 66 | 56 | 10 | 85% | 3 | 3 | *1-CMF, 1-NKSP, 1-WSP* |
| SAC IV (180) | 384 | 391 | -7 | 102% | 4 | 4 | *1-CMC, 1-COR, 1-KVSP, 1-RJDRC* |
| SVSP IV (180) | 192 | 192 | 0 | 100% | 2 | 2 | *1-SAC, 1-CTF* |
| **TOTALS:** | **3555** | **3248** | **307** | **91%** | **216** | **72** | |

(per 3-14-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 17 | 3 | 85% | 1 | 1 | *1-VSPW* |
| PBSP PSU | 128 | 112 | 16 | 88% | 26 | 4 | *1-SATF, 1-COR, 2-CMC,* 6-LAC, 2-HDSP, 6-COR, 4-SVSP, 1-CMC, 1-MCSP, 1-WSP, 1-SQ |
| SAC PSU | 256 | 244 | 12 | 95% | 56 | 0 | 2-WSP, 1-PVSP, 1-SCC, 1-SAC, 1-KVSP, 1-SOL, 1-CCI, 2-SQ, 1-CMF, 1-PBSP, 1-DVI, 2-CMC, 12-LAC, 1-NKSP, 7-SVSP, 12-COR, 9-RJD |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 48 | 6 | 89% | 1 | 1 | *1-VSPW* |
| CIW | 75 | 49 | 26 | 65% | 0 | 0 | |
| **TOTALS:** | **129** | **97** | **32** | **75%** | **1** | **1** | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate beds assigned for transport this week.

Note:  A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 3-11-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source:  Transportation Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program, Data PASS,  916-327-1250

*Final*

Level II SNY:  Capacity=176; pop.=171  Moved 5 of 70 (8%)     Level II COD:  Capacity=88; pop.=84  Moved 3 of 12  (25%)

Level III GP:  Capacity=1443; pop.=1335  Moved 34 of 36  (95%)     Level IV GP 180 Capacity=642; pop.=639  Moved 9 of 9  (100%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of MAR. 14, 2011)**

Level III SNY:  Capacity=360; pop =355  Moved 3 of 16  (19%)

Level IV GP 270 Capacity=450; pop.=273  Moved 14 of 14  (100%)
Level IV SNY:  Capacity=396; pop.=391  Moved 4 of 59  (7%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



June 1, 2011

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                           Gregory Gomez, Esq.
Pannone Lopes & Devereaux LLC                          Deputy Attorney General
317 Iron Horse Point Way, Suite 301                    Department of Justice
Providence, RI 02908                                   1300 "I" Street, Suite 125
                                                       P. O. Box 944255
                                                       Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of April, 2011, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. (Please note: report is not available, due to MHTS.net conversion).
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients. (Please note: Data for California State Prison, San Quentin (SQ) not available, due to MHTS.net conversion).

Matthew A. Lopes, Jr. Esquire
Page 2


14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ, California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services


Enclosures


cc: Sharon Aungst, Chief Deputy Secretary, Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    J. Ronald Metz, *Coleman* Monitor
    William Alvarez, Ph.D., *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3

    Debbie Vorous, Esq., Office of the Attorney General
    Gregory Gomez, Esq., Office of the Attorney General
    Heather McCray Esq., Office of Legal Affairs, CDCR
    Michael Stone, Esq., Office of Legal Affairs, CDCR
    Michael Bien, Esq., Rosen, Bien and Galvan
    Donald Specter, Esq., Prison Law Office
    Judy Burleson, Deputy Director, Statewide Mental Health Program, Division of
        Correctional Health Care Services
    Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division
        of Correctional Health Care Services
    Teresa Owens, Staff Services Analyst, Operational Program Oversight, Division of
        Correctional Health Care Services

# WEEKLY EOP POPULATION REPORT
## (For the Week of APR. 4, 2011)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 167 | 9 | 95% | 89 | 8 | *1-CRC, 1-CCIRC, 3-DVIRC, 3-RJDRC,* 9-AVE, 1-CCI, 1-LAC, 8-MCSP, 17-CIM, 6-LACRC, 19-NKSP, 10-RJDRC, 4-SQRC, 6-WSP |
| SATF COD II | 88 | 91 | -3 | 103% | 19 | 1 | *1-NKSP,* 7-CMC, 2-CMF, 1-CRC, 1-RJD, 2-CIM, 1-DVIRC, 1-RJDRC, 3-SQRC |
| CMC III | 580 | 540 | 40 | 93% | 17 | 15 | *2-COR, 2-CTF, 3-KVSP, 1-RJD, 2-SATF, 1-SCC, 2-CCIRC, 1-NKSP, 1-SQRC,* 1-CMF, 1-FOL |
| CMF III | 533 | 504 | 29 | 95% | 6 | 5 | *1-COR, 1-RJD, 1-SAC, 1-SVSP, 1-HDSPRC,* 1-COR |
| RJD III | 330 | 317 | 13 | 96% | 19 | 14 | *1-AVE, 1-SAC, 2-SOL, 4-CIM, 5-NKSP, 1-SQRC,* 3-COR, 1-CMF, 1-CMC |
| LAC IV (270) | 300 | 254 | 46 | 85% | 3 | 3 | *1-PBSP, 1-SAC, 1-CCIRC* |
| COR IV (270) | 150 | 77 | 73 | 51% | 5 | 5 | *1-HDSP, 3-SAC, 1-NKSP* |
| MCSP SNY III | 360 | 350 | 10 | 97% | 28 | 5 | *1-RJD, 2-NKSP, 2-WSP,* 1-CTF, 3-RJD, 2-SAC, 1-SATF, 3-CCIRC, 6-CIM, 2-DVIRC, 2-LACRC, 2-RJDRC, 1-SQRC |
| MCSP SNY IV (270) | 150 | 156 | -6 | 104% | 14 | 1 | *1-LAC,* 1-CMC, 2-COR, 1-HDSP, 1-RJD, 2-SAC, 1-SVSP, 1-DVIRC, 1-NKSP, 1-SQRC, 2-WSP |
| RJD SNY IV (270) | 150 | 149 | 1 | 99% | 28 | 1 | *1-PVSP,* 2-CMC, 1-COR, 1-CTF, 1-HDSP, 4-KVSP, 3-LAC, 1-MCSP, 1-PBSP, 3-SAC, 2-SATF, 3-SVSP, 1-CCIRC, 1-CIM, 2-LACRC, 1-NKSP |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 35 | 0 | 1-CMF, 11-COR, 1-FOL, 1-HDSP, 1-LAC, 3-MCSP, 1-PBSP, 4-RJD, 2-SATF, 1-SVSP, 1-CIM, 6-NKSP, 1-RJDRC, 1-SQRC |
| PBSP IV (180) | 66 | 56 | 10 | 85% | 1 | 1 | *1-SAC* |
| SAC IV (180) | 384 | 382 | 2 | 99% | 4 | 1 | *1-NKSP,* 1-CMC, 1-CMF, 1-SVSP |
| SVSP IV (180) | 192 | 184 | 8 | 96% | 3 | 3 | *3-CMF* |
| TOTALS: | 3555 | 3320 | 235 | 93% | 271 | 63 | |

(per 4-4-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 17 | 3 | 85% | 0 | 0 | |
| PBSP PSU | 128 | 123 | 5 | 96% | 14 | 1 | *1-CMF,* 1-KVSP, 2-SVSP, 1-WSP, 4-COR, 3-CMC, 2-LAC |
| SAC PSU | 256 | 254 | 2 | 99% | 74 | 2 | *2-LAC,* 11-COR, 10-LAC, 5-CMC, 1-MCSP, 3-DVI, 1-SCC, 5-SVSP, 1-PBSP, 2-CMF, 8-SAC, 2-KVSP, 2-CCI, 3-WSP, 2-SQ, 1-PVSP, 5-NKSP |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 47 | 7 | 87% | 0 | 0 | |
| CIW | 75 | 53 | 22 | 71% | 0 | 0 | |
| TOTALS: | 129 | 100 | 29 | 78% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note: A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 4-1-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source: Transportation Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II SNY: Capacity=176; pop.=167 Moved 8 of 89 (9%)   Level II COD: Capacity=88; pop.=91 Moved 1 of 19 (6%)

Level III GP: Capacity=1443; pop.=1361   Moved 34 of 42 (81%)      Level IV GP 180 Capacity=642; pop.=622  Moved 5 of 8 (63%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of APR. 4, 2011)**

Level III SNY:  Capacity=360; pop =350  Moved 5 of 28  (18%)

Level IV GP 270 Capacity=450; pop.=331 Moved 8 of 8  (100%)
Level IV SNY:  Capacity=396; pop.=398  Moved 2 of 77  (3%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



July 1, 2011

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                          Gregory Gomez, Esq.
Pannone Lopes & Devereaux LLC                        Deputy Attorney General
317 Iron Horse Point Way, Suite 301                  Department of Justice
Providence, RI 02908                                 1300 "I" Street, Suite 125
                                                     P. O. Box 944255
                                                     Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of May, 2011, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. **(Not available due to MHTS.net conversion).**
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ, California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Sharon Aungst, Director, Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    J. Ronald Metz, *Coleman* Monitor
    William Alvarez, Ph.D., *Coleman* Monitor
    Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3

> Gregory Gomez, Esq., Office of the Attorney General
> Heather McCray Esq., Office of Legal Affairs, CDCR
> Michael Stone, Esq., Office of Legal Affairs, CDCR
> Michael Bien, Esq., Rosen, Bien and Galvan
> Donald Specter, Esq., Prison Law Office
> Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Correctional Health Care Services
> Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division of Correctional Health Care Services
> Teresa Owens, Staff Services Analyst, Operational Program Oversight, Division of Correctional Health Care Services

# WEEKLY EOP POPULATION REPORT
## (For the Week of MAY 9, 2011)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 173 | 3 | 98% | 62 | 3 | *3-MCSP,* 10-AVE, 2-CCI, 1-LAC, 6-MCSP, 14-CIM, 1-DVIRC, 3-LACRC, 11-NKSP, 3-RJDRC, 3-SQRC, 5-WSP |
| SATF COD II | 88 | 86 | 2 | 98% | 7 | 5 | *1-CMC, 1-CRC, 2-CIM, 1-DVIRC,* 2-CMC |
| CMC III | 580 | 535 | 45 | 92% | 13 | 13 | *1-CAL, 2-COR, 1-SAC, 1-SATF, 2-DVIRC, 1-LACRC, 1-NKSP, 3-RJDRC, 1-SQRC* |
| CMF III | 533 | 501 | 32 | 94% | 10 | 6 | *3-CMC, 1-SATF, 1-SVSP, 1-DVIRC,* 4-COR |
| RJD III | 330 | 333 | -3 | 101% | 12 | 0 | 1-AVE, 2-CMC, 7-COR, 1-LAC, 1-CIM |
| LAC IV (270) | 300 | 210 | 90 | 70% | 5 | 5 | *1-CCI, 1-MCSP, 2-SAC, 1-DVIRC* |
| COR IV (270) | 150 | 90 | 60 | 60% | 1 | 1 | *1-SAC* |
| MCSP SNY III | 360 | 369 | -9 | 103% | 42 | 8 | *1-CMC, 1-CTF, 1-FOL, 1-SAC, 3-SATF, 1-SOL,* 2-AVE, 3-CMC, 1-COR, 1-CTF, 3-PVSP, 3-RJD, 3-SAC, 4-SCC, 6-CIM, 1-DVIRC, 1-LACRC, 5-NKSP, 1-RJDRC |
| MCSP SNY IV (270) | 150 | 154 | -4 | 103% | 26 | 5 | *2-KVSP, 1-LAC, 2-RJD,* 3-COR, 1-HDSP, 2-ISP, 3-SAC, 2-SATF, 1-SCC, 4-SVSP, 1-CIM, 2-RJDRC, 2-WSP |
| RJD SNY IV (270) | 150 | 152 | -2 | 101% | 32 | 4 | *1-KVSP, 2-MCSP, 1-NKSP,* 2-CMC, 1-COR, 1-CTF, 1-WSP, 1-HDSP, 3-KVSP, 2-LAC, 2-MCSP, 1-PBSP, 4-SAC, 2-SATF, 2-SVSP, 3-LACRC, 3-NKSP |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 39 | 7 | *1-COR, 2-MCSP, 1-RJD, 2-SATF, 1-SQRC,* 1-CMC, 7-COR, 2-HDSP, 2-LAC, 1-MCSP, 1-SATF, 3-SVSP, 2-DVIRC, 5-NKSP, 2-RJDRC, 6-WSP |
| PBSP IV (180) | 66 | 59 | 7 | 89% | 2 | 2 | *1-SAC, 1-SVSP* |
| SAC IV (180) | 384 | 388 | -4 | 101% | 1 | 1 | *1-CMC* |
| SVSP IV (180) | 192 | 188 | 4 | 98% | 2 | 2 | *1-PBSP, 1-LAC* |
| TOTALS: | 3555 | 3331 | 224 | 94% | 254 | 62 | |

(per 5-9-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 18 | 2 | 90% | 0 | 0 | |
| PBSP PSU | 128 | 113 | 15 | 88% | 20 | 6 | *1-PVSP, 1-KVSP, 1-SVSP, 1-COR, 2-CMC,* 2-LAC, 5-COR, 1-SVSP, 2-CMC, 2-MCSP, 1-CCI, 1-CMF |
| SAC PSU | 256 | 243 | 13 | 95% | 54 | 3 | *1-NKSP, 1-SVSP, 1-COR,* 4-COR, 3-CMC, 8-LAC, 7-WSP, 6-NKSP, 1-CIM, 2-CMF, 3-CCI, 5-RJD, 1-SCC, 3-DVI, 1-KVSP, 2-SAC, 3-SVSP, 1-SQ, 1-MCSP |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 34 | 20 | 63% | 0 | 0 | |
| CIW | 75 | 57 | 18 | 76% | 0 | 0 | |
| TOTALS: | 129 | 91 | 38 | 71% | 0 | 0 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note:  A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 5-6-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source:  Transportation Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II SNY: Capacity=176; pop.=173  Moved 3 of 62 (5%)   Level II COD: Capacity=88; pop.=86 Moved 5 of 7  (72%)

Level III GP:  Capacity=1443; pop.=1369   Moved 19 of 35 (55%)          Level IV GP 180 Capacity=642; pop.=635  Moved 5 of 5 (100%)

# WEEKLY EOP POPULATION REPORT
## (For the Week of MAY 9, 2011)

Level III SNY: Capacity=360; pop =369 Moved 8 of 42 (19%)

Level IV GP 270 Capacity=450; pop.=300 Moved 6 of 6 (100%)
Level IV SNY: Capacity=396; pop.=399 Moved 16 of 97 (17%)

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



## AUG 1 2011

Matthew A. Lopes, Jr. Esquire                     via: Debbie J. Vorous, Esquire
Office of the Special Master                             Gregory Gomez, Esq.
Pannone Lopes & Devereaux LLC                           Deputy Attorney General
317 Iron Horse Point Way, Suite 301                     Department of Justice
Providence, RI  02908                                   1300 "I" Street, Suite 125
                                                        P. O. Box 944255
                                                        Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of June, 2011, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ, California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Sharon Aungst, Director, Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    J. Ronald Metz, *Coleman* Monitor
    William Alvarez, Ph.D., *Coleman* Monitor
    Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3


David Brice, Esq., Office of Attorney General

Heather McCray Esq., Office of Legal Affairs, CDCR

Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Correctional Health Care Services

Nathan Stanley, Chief, *Coleman* Compliance, Division of Correctional Health Care Services

Karen Higgins, M.D., Chief of Behavioral Medicine, Division of Correctional Health Care Services

Teresa Owens, Staff Services Analyst, *Coleman* Compliance, Division of Correctional Health Care Services

# WEEKLY EOP POPULATION REPORT
## (For the Week of JUNE 13, 2011)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 170 | 6 | 97% | 49 | 1 | *1-MCSP,* 3-MCSP, 7-AVE, 2-CCI, 1-COR, 1-CCIRC, 15-CIM, 13-NKSP, 3-SQRC, 3-WSP |
| SATF COD II | 88 | 88 | 0 | 100% | 5 | 0 | 1-COR, 1-RJD, 2-RJDRC, 1-SQRC |
| CMC III | 580 | 533 | 47 | 92% | 6 | 6 | *1-COR, 1-CTF, 1-DVRC, 1-FOL, 1-SOL, 1-SQRC* |
| CMF III | 533 | 502 | 31 | 94% | 5 | 5 | *1-LACRC, 2-PVSP, 1-AVE, 1-CMC* |
| RJD III | 330 | 332 | -2 | 101% | 8 | 4 | *1-AVE, 2-PBSP, 1-NKSP,* 3-COR, 1-LAC |
| LAC IV (270) | 300 | 222 | 78 | 74% | 2 | 2 | *1-COR, 1-MCSP* |
| COR IV (270) | 150 | 109 | 41 | 73% | 1 | 1 | *1-SQRC* |
| MCSP SNY III | 360 | 350 | 10 | 97% | 44 | 6 | *1-NKSP, 3-DVIRC, 1-HDSPRC, 1-SATF,* 5-AVE, 2-COR, 3-CTF, 1-LAC, 2-PVSP, 4-RJD, 2-SAC, 4-CIM, 9-NKSP, 1-RJDRC, 1-SQRC, 4-WSP |
| MCSP SNY IV (270) | 150 | 165 | -15 | 110% | 38 | 3 | *1-SVSP, 1-RJD, 1-KVSP,* 3-CMC, 4-COR, 1-CTF, 1-RJDRC, 2-SQRC, 4-WSP 1-HDSP, 5-SAC, 3-SATF, 6-VSP, 1-CCIRC, 1-DVIRC, 1-HDSPRC, 1-LACRC, 1-NKSP |
| RJD SNY IV (270) | 150 | 147 | 3 | 98% | 25 | 5 | *4-LACRC, 1-MCSP,* 2-CMC, 1-COR, 1-HDSP, 1-KVSP, 2-MCSP, 1-PBSP, 5-SAC, 1-SATF, 1-CCIRC, 1-CIM, 2-NKSP, 1-SQRC, 1-WSP |
| KVSP SNY IV (180) | 96 | 87 | 9 | 91% | 34 | 6 | *4-COR, 2-MCSP,* 1-CMF, 8-COR, 2-HDSP, 2-LAC, 1-CCIRC, 1-CIM, 1-DVIRC, 6-NKSP, 1-RJDRC, 5-WSP |
| PBSP IV (180) | 66 | 63 | 3 | 95% | 1 | 1 | *1-SVSP* |
| SAC IV (180) | 384 | 397 | -13 | 103% | 5 | 0 | 2-PBSP, 1-LAC, 1-CMF, 1-CCI |
| SVSP IV (180) | 192 | 191 | 1 | 99% | 1 | 1 | *1-MCSP* |
| TOTALS: | 3555 | 3356 | 199 | 94% | 224 | 41 | |

| | | | | (per 6-13-11 PSU wait list) | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 20 | 0 | 100% | 1 | 0 | 1-VSPW |
| PBSP PSU | 128 | 117 | 11 | 91% | 20 | 3 | *1-LAC, 1-SVSP, 1-CMF,* 13-COR, 2-MCSP, 1-CMF, 1-RJD |
| SAC PSU | 256 | 239 | 17 | 93% | 57 | 0 | 6-COR, 5-CMC, 5-LAC, 6-WSP, 3-NKSP, 9-RJD, 2-DVI, 1-KVSP, 4-SVSP, 3-MCSP, 3-CMF, 2-CIM, 3-CCI, 2-SQ, 3-SAC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 40 | 14 | 74% | 0 | 0 | |
| CIW | 75 | 58 | 17 | 77% | 0 | 0 | |
| TOTALS: | 129 | 98 | 31 | 76% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note: A small number of EOP beds may be kept vacant for inmates temporarily housed in MHcrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 6-10-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source: Transportation Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II SNY: Capacity=176; pop.=170 Moved 1 of 49 (2%)   Level II COD: Capacity=88; pop.=88 Moved 0 of 5 (0%)
Level III GP: Capacity=1443; pop.=1367 Moved 15 of 19 (79%)          Level IV GP 180 Capacity=642; pop.=651 Moved 2 of 7 (29%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of JUNE 13, 2011)**

Level III SNY:  Capacity=360, pop =350  Moved 6 of 44  (14%)

Level IV GP 270 Capacity=450; pop.=331 Moved 3 of 3  (100%)
Level IV SNY:  Capacity=396; pop.=399  Moved 14 of 97  (15%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



September 1, 2011

Matthew A. Lopes, Jr. Esquire                         via: Debbie J. Vorous, Esquire
Office of the Special Master                                Deputy Attorney General
Pannone Lopes & Devereaux LLC                              Department of Justice
317 Iron Horse Point Way, Suite 301                        1300 "I" Street, Suite 125
Providence, RI  02908                                      P. O. Box 944255
                                                           Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of July, 2011, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.

Matthew A. Lopes, Jr. Esquire
Page 2


15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ, California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.


If you have any questions, please contact me at (916) 324-2933.

Sincerely,


JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services


Enclosures


cc: Sharon Aungst, Director, Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    J. Ronald Metz, *Coleman* Monitor
    William Alvarez, Ph.D., *Coleman* Monitor
    Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3

Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, Division of
Correctional Health Care Services
Nathan Stanley, Chief, Operational Program Oversight, Division of Correctional Health
Care Services
Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division
of Correctional Health Care Services
Teresa Owens, Staff Services Analyst, Operational Program Oversight, Division of
Correctional Health Care Services

# WEEKLY EOP POPULATION REPORT
## (For the Week of JULY 18, 2011)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 163 | 13 | 93% | 53 | 9 | 2-CCIRC, 1-CIM, 1-DVIRC, 2-NKSP, 1-RJDRC, 2-WSP, 9-AVE, 4-CCI, 1-CMC, 1-CMF, 1-COR, 4-MCSP, 2-SCC, 5-CIM, 8-NKSP, 2-SQRC, 7-WSP |
| SATF COD II | 88 | 76 | 12 | 86% | 3 | 3 | 1-LAC, 1-SCC, 1-RJDRC |
| CMC III | 580 | 541 | 39 | 93% | 13 | 13 | 1-CMF, 1-CVSP, 1-FOL, 2-LAC, 1-CCIRC, 1-CIM, 2-LACRC, 3-RJDRC, 1-WSP |
| CMF III | 533 | 500 | 33 | 94% | 8 | 8 | 3-CMC, 3-RJDRC, 1-SQRC, 1-WSP |
| RJD III | 330 | 317 | 13 | 96% | 2 | 2 | 1-CMF, 1-SQRC |
| LAC IV (270) | 300 | 235 | 65 | 78% | 2 | 2 | 1-NKSP, 1-CVSP |
| COR IV (270) | 150 | 91 | 59 | 61% | 1 | 1 | 1-SAC |
| MCSP SNY III | 360 | 358 | 2 | 99% | 53 | 1 | 1-ISP, 1-CCI, 2-CMF, 1-COR, 5-CTF, 1-LAC, 3-PVSP, 1-RJD, 2-SAC, 4-SATF, 1-SCC, 5-CIM, 2-DVIRC, 3-LACRC, 7-NKSP, 2-RJDRC, 6-SQRC, 6WSP |
| MCSP SNY IV (270) | 150 | 147 | 3 | 98% | 38 | 5 | 3-ISP, 1-KVSP, 1-RJD, 2-CMC, 5-COR, 1-CTF, 1-HDSP, 1-KVSP, 6-SAC, 2-SATF, 1-SCC, 5-SVSP, 1-DVIRC, 1-HDSPRC, 1-LACRC, 2-SQRC, 4-WSP |
| RJD SNY IV (270) | 150 | 156 | -6 | 104% | 37 | 6 | 1-HDSP, 1-KVSP, 1-MCSP, 2-DVIRC, 1-LACRC, 1-CCI, 3-COR, 1-KVSP, 3-MCSP, 1-PBSP, 2-PVSP, 5-SAC, 5-SATF, 1-SCC, 2-CCIRC, 1-CIM, 2-NKSP, 4-WSP |
| KVSP SNY IV (180) | 96 | 90 | 6 | 94% | 26 | 6 | 1-MCSP, 3-HDSP, 1-SATF, 1-CCIRC, 1-CMF, 9-COR, 1-SATF, 4-NKSP, 5-WSP |
| PBSP IV (180) | 66 | 61 | 5 | 92% | 0 | 0 | |
| SAC IV (180) | 384 | 398 | -14 | 104% | 5 | 1 | 1-SVSP, 1-CCI, 1-CMC, 2-LAC |
| SVSP IV (180) | 192 | 190 | 2 | 99% | 6 | 4 | 1-COR, 1-HDSP, 1-SAC, 1-WSP, 1-CMC, 1-NKSP |
| TOTALS: | 3555 | 3323 | 232 | 93% | 247 | 61 | |

(per 7-15-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 19 | 1 | 95% | 1 | 0 | 1-CIW |
| PBSP PSU | 128 | 115 | 13 | 90% | 31 | 1 | 1-LAC, 2-LAC, 5-CMC, 13-COR, 3-NKSP, 1-DVI, 1-KVSP, 2-CCI, 1-SVSP, 1-WSP, 1-SATF |
| SAC PSU | 256 | 250 | 6 | 98% | 41 | 3 | 1-WSP, 1-NKSP, 1-CMC, 5-COR, 3-SVSP, 5-CMF, 3-LAC, 3-WSP, 3-CCI, 6-RJD, 2-CMC, 2-SQ, 3-NKSP, 2-CMC, 1-CIM |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 45 | 9 | 83% | 1 | 1 | 1-VSPW |
| CIW | 75 | 49 | 26 | 65% | 0 | 0 | |
| TOTALS: | 129 | 94 | 35 | 73% | 1 | 1 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note: A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 7-15-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source: Transportation Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II SNY: Capacity=176; pop.=163 Moved 9 of 53 (17%)   Level II COD: Capacity=88; pop.=76 Moved 3 of 3 (100%)

Level III GP: Capacity=1443; pop.=1358 Moved 23 of 23 (100%)   Level IV GP 180 Capacity=642; pop.=649 Moved 5 of 11 (46%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of JULY 18, 2011)**

Level III SNY:  Capacity=360; pop =358  Moved 1 of 53  (2%)

Level IV GP 270 Capacity=450; pop.=326  Moved 3 of 3  (100%)
Level IV SNY:  Capacity=396; pop.=393  Moved 17 of 101  (17%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



October 3, 2011

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                  P. O. Box 944255
                                                       Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of August, 2011, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ, California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Sharon Aungst, Director, Correctional Health Care Services
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
William Alvarez, Ph.D., *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3

Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Correctional Health Care Services
Nathan Stanley, Chief, Operational Program Oversight, Division of Correctional Health Care Services
Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division of Correctional Health Care Services
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, Division of Correctional Health Care Services

# WEEKLY EOP POPULATION REPORT
## (For the Week of AUG. 29, 2011)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 165 | 11 | 94% | 53 | 7 | *1-COR, 1-CVSP, 1-DVIRC, 2-NKSP, 2-RJDRC,* 15-WSP, 1-SQRC, 11-AVE, 5-CCI, 2-SCC, 12-CIM |
| SATF COD II | 88 | 76 | 12 | 86% | 1 | 1 | *1-RJD-RC* |
| CMC III | 580 | 550 | 30 | 95% | 8 | 8 | *1-CMF, 1-CTF, 1-ISP, 1-PBSP, 1-LACRC, 1-NKSP, 1-SQRC, 1-WSP* |
| CMF III | 533 | 505 | 28 | 95% | 6 | 6 | *2-CMC, 4-SQRC* |
| RJD III | 330 | 311 | 19 | 94% | 3 | 3 | *1-MCSP, 1-SOL, 1-CIM* |
| LAC IV (270) | 300 | 245 | 55 | 82% | 0 | 0 | |
| COR IV (270) | 150 | 82 | 68 | 55% | 0 | 0 | |
| MCSP SNY III | 360 | 357 | 3 | 99% | 61 | 11 | *2-CMF, 1-RJD, 4-SCC, 1-CCIRC, 1-LACRC, 2-NKSP,* 7-WSP, 4-SQRC, 2-RJDRC, 1-CRC, 1-COR, 6-CTF, 1-LAC, 4-PVSP, 3-RJD, 4-SATF, 9-CIM, 8-NKSP |
| MCSP SNY IV (270) | 150 | 150 | 0 | 100% | 21 | 3 | *1-CTF, 1-KVSP, 1-SVSP,* 1-CMC, 1-COR, 3-SAC, 2-SATF, 1-SCC, 4-SVSP, 1-DVI, 2-SQRC, 3-WSP |
| RJD SNY IV (270) | 150 | 155 | -5 | 103% | 57 | 1 | *1-ISP,* 1-CCI, 2-CMC, 1-COR, 3-HDSP, 1-LAC, 5-MCSP, 3-PVSP, 9-SAC, 7-SATF, 1-SCC, 8-SVSP, 1-CCIRC, 2-CIM, 2-LACRC, 6-NKSP, 1-SQRC, 3-WSP |
| KVSP SNY IV (180) | 96 | 89 | 7 | 93% | 14 | 6 | *4-COR, 1-ISP, 1-MCSP,* 2-COR, 1-HDSP, 2-SATF, 1-SCC, 1-RJDRC, 1-WSP |
| PBSP IV (180) | 66 | 62 | 4 | 94% | 3 | 1 | *1-LAC,* 2-LAC |
| SAC IV (180) | 384 | 394 | -10 | 103% | 7 | 1 | *1-SVSP,* 1-CCI, 2-CMC, 1-COR, 2-LAC |
| SVSP IV (180) | 192 | 188 | 4 | 98% | 2 | 2 | *1-NKSP, 1-SAC* |
| TOTALS: | 3555 | 3329 | 226 | 94% | 236 | 50 | |

(per 8-26-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 19 | 1 | 95% | 6 | 0 | 4-VSPW, 2-CIW |
| PBSP PSU | 128 | 116 | 12 | 91% | 25 | 4 | *1-SVSP, 2-CMC, 1-LAC,* 1-KVSP, 4-LAC, 5-COR, 2-WSP, 3-NKSP, 2-CMC, 3-MCSP, 1-SATF |
| SAC PSU | 256 | 250 | 6 | 98% | 51 | 5 | *3-COR, 2-CMC,* 6-COR, 2-WSP, 3-NKSP, 8-RJD, 3-CMC, 2-CMF, 1-SQ, 4-SVSP, 1-CCI, 13-LAC, 2-MCSP, 1-SAC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 50 | 4 | 93% | 0 | 0 | |
| CIW | 75 | 56 | 19 | 75% | 0 | 0 | |
| TOTALS: | 129 | 106 | 23 | 82% | 0 | 0 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note:  A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 8-26-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source:  Transportation Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II SNY:  Capacity=176; pop.=165  Moved 7 of 53 (14%)   Level II COD:  Capacity=88; pop.=76 Moved 1 of 1  (100%)
Level III GP:  Capacity=1443; pop.=1366   Moved 17 of 17 (100%)        Level IV GP 180 Capacity=642; pop.=644  Moved 4 of 12 (34%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of AUG. 29, 2011)**

Level III SNY:  Capacity=360; pop =357  Moved 11 of 61  (18%)

Level IV GP 270 Capacity=450; pop.=327 Moved 0 of 0 (0%)

Level IV SNY:  Capacity=396; pop.=394  Moved 10 of 92  (11%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                         EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



October 31, 2011

Matthew A. Lopes, Jr. Esquire                       via: Debbie J. Vorous, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                            Department of Justice
317 Iron Horse Point Way, Suite 301                      1300 "I" Street, Suite 125
Providence, RI  02908                                    P. O. Box 944255
                                                         Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of September, 2011, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients. (Data for California Institution for Men (CIM) is not available).

Matthew A. Lopes, Jr. Esquire
Page 2

13. RC Processing for MHSDS Inmate Patients. (Data for California Institution for Men (CIM) is not available).
14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Sharon Aungst, Director, Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3


William Alvarez, Ph.D., *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Correctional Health Care Services
Nathan Stanley, Chief, Operational Program Oversight, Division of Correctional Health Care Services
Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division of Correctional Health Care Services
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, Division of Correctional Health Care Services

**WEEKLY EOP POPULATION REPORT**
**(For the Week of SEP. 5, 2011)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 167 | 9 | 95% | 48 | 12 | *1-AVE, 1-SAC, 1-CCIRC, 2-CIM, 1-DVIRC, 2-NKSP, 1-RJDRC, 3-WSP,* 10-AVE, 5-CCI, 2-SCC, 8-CIM, 11-WSP |
| SATF COD II | 88 | 67 | 21 | 76% | 5 | 5 | *1-CMC, 1-FOL, 1-SAC, 1-SQ, 1-DVI* |
| CMC III | 580 | 553 | 27 | 95% | 7 | 7 | *1-SAC, 1-SQ, 2-CCIRC, 2-NKSP, 1-RJDRC* |
| CMF III | 533 | 508 | 25 | 95% | 7 | 7 | *2-CMC, 1-PVSP, 1-DVIRC, 3-SQRC* |
| RJD III | 330 | 311 | 19 | 94% | 5 | 5 | *1-CMC, 1-CRC, 1-LAC, 1-PVSP, 1-LACRC* |
| LAC IV (270) | 300 | 237 | 63 | 79% | 1 | 1 | *1-COR* |
| COR IV (270) | 150 | 99 | 51 | 66% | 3 | 3 | *1-CMC, 1-LAC, 1-NKSP* |
| MCSP SNY III | 360 | 353 | 7 | 98% | 55 | 1 | *1-CIM,* 1-DVIRC, 8-NKSP, 3-RJDRC, 4-SQRC, 6-WSP, 2-COR, 1-CRC, 5-CTF, 1-LAC, 5-PVSP, 4-RJD, 2-SAC, 4-SATF, 8-CIM |
| MCSP SNY IV (270) | 150 | 151 | -1 | 101% | 18 | 0 | 1-CMC, 3-COR, 1-CTF, 2-SAC, 1-SATF, 4-SVSP, 1-DVIRC, 2-SQRC, 3-WSP |
| RJD SNY IV (270) | 150 | 157 | -7 | 105% | 61 | 0 | 1-AVE, 2-CMC, 1-COR, 4-HDSP, 2-KVSP, 2-LAC, 5-MCSP, 1-PBSP, 3-PVSP, 9-SAC, 8-SATF, 1-SCC, 8-SVSP, 1-CCIRC, 2-CIM, 1-LACRC, 6-NKSP, 1-SQRC, 3-WSP |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 10 | 1 | *1-COR,* 1-MCSP, 2-SATF, 2-SCC, 1-DVIRC, 1-RJDRC, 2-WSP |
| PBSP IV (180) | 66 | 60 | 6 | 91% | 3 | 3 | *3-LAC* |
| SAC IV (180) | 384 | 398 | -14 | 104% | 5 | 0 | 2-LAC, 1-COR, 2-CMC |
| SVSP IV (180) | 192 | 190 | 2 | 99% | 0 | 0 | |
| TOTALS: | 3555 | 3344 | 211 | 94% | 228 | 45 | |

(per 9-6-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 20 | 0 | 100% | 6 | 0 | 4-VSPW, 2-CIW |
| PBSP PSU | 128 | 126 | 2 | 98% | 33 | 0 | 5-RJD, 1-SAC, 1-DVI, 1-KVSP, 4-LAC, 5-COR, 6-WSP, 3-NKSP, 2-CMC, 1-SATF, 4-MCSP |
| SAC PSU | 256 | 249 | 7 | 97% | 42 | 5 | *2-CMF, 1-RJD, 1-SQ, 1-NKSP,* 4-SVSP, 9-LAC, 3-CMC, 2-MCSP, 5-COR, 2-NKSP, 2-WSP, 8-RJD, 2-SAC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 47 | 7 | 87% | 0 | 0 | |
| CIW | 75 | 53 | 22 | 71% | 0 | 0 | |
| TOTALS: | 129 | 100 | 29 | 78% | 0 | 0 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note:  A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 9-2-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source:  Transportation Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program - Operations,   916-327-1250

*Final*

Level II SNY  Capacity=176; pop.=167  Moved 12 of 48 (25%)        Level II COD  Capacity=88; pop.=67  Moved 5 of 5  (100%)

Level III GP  Capacity=1443; pop.=1372   Moved 19 of 19 (100%)        Level IV GP 180 Capacity=642; pop.=648  Moved 3 of 8 (38%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of SEP. 5, 2011)**

Level III SNY:  Capacity=360; pop =353   Moved 1 of 55  (2%)

Level IV GP 270 Capacity=450; pop.=336  Moved 4 of 4  (100%)
Level IV SNY:  Capacity=396; pop.=401   Moved 1 of 89  (2%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA 94283-0001



December 1, 2011

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                           Deputy Attorney General
Pannone Lopes & Devereaux LLC                         Department of Justice
317 Iron Horse Point Way, Suite 301                   1300 "I" Street, Suite 125
Providence, RI 02908                                  P. O. Box 944255
                                                      Sacramento, CA 94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of October, 2011, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at San Quentin State Prison (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Sharon Aungst, Director, Correctional Health Care Services
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
William Alvarez, Ph.D., *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3

Debbie Vorous, Esq., Office of the Attorney General

Heather McCray Esq., Office of Legal Affairs, CDCR

Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Correctional Health Care Services

Nathan Stanley, Chief, Operational Program Oversight, Division of Correctional Health Care Services

Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division of Correctional Health Care Services

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, Division of Correctional Health Care Services

**WEEKLY EOP POPULATION REPORT**
**(For the Week of OCT. 10, 2011)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 174 | 2 | 99% | 41 | 5 | *5-WSP*, 5-AVE, 7-CCI, 1-CTF, 1-CCIRC, 3-CIM, 6-NKSP, 3-RJDRC, 10-WSP |
| SATF COD II | 88 | 77 | 11 | 88% | 1 | 1 | *1-CRC* |
| CMC III | 580 | 546 | 34 | 94% | 10 | 10 | *1-LAC, 1-SQ, 1-SVSP, 1-CCIRC, 2-CIM, 1-DVIRC, 1-LACRC, 1-NKSP, 1-SQRC* |
| CMF III | 533 | 518 | 15 | 97% | 1 | 0 | 1-CMC |
| RJD III | 330 | 311 | 19 | 94% | 6 | 6 | *1-CMC, 1-CRC, 1-LAC, 1-CIM, 1-DVIRC, 1-NKSP* |
| LAC IV (270) | 300 | 233 | 67 | 78% | 2 | 1 | *1-PBSP*, 1-CMC |
| COR IV (270) | 150 | 107 | 43 | 71% | 0 | 0 | |
| MCSP SNY III | 360 | 352 | 8 | 98% | 49 | 8 | *2-SAC (per DAI-PMU)*, *1-CMC, 1-COR, 2-SVSP, 1-LACRC, 1-WSP*, 2-WSP, 2-AVE, 3-SATF, 3-RJD, 4-PVSP, 1-CTF, 1-SCC, 1-CCIRC, 8-CIM, 2-HDSPRC, 10-NKSP, 3-RJDRC, 1-SQRC, |
| MCSP SNY IV (270) | 150 | 156 | -6 | 104% | 14 | 4 | *4-SAC (per DAI-PMU)*, 3-SVSP, 1-SQRC, 3-WSP, 2-CMC, 1-SATF |
| RJD SNY IV (270) | 150 | 155 | -5 | 103% | 71 | 1 | *1-ISP*, 1-AVE, 2-CMC, 5-COR, 2-CTF, 4-HDSP, 2-LAC, 5-MCSP, 3-PVSP, 9-SAC, 5-SATF, 12-SVSP, 2-CCIRC, 5-CIM, 1-LACRC, 8-NKSP, 1-SQRC, 3-WSP |
| KVSP SNY IV (180) | 96 | 89 | 7 | 93% | 16 | 8 | *1-COR, 1-CTF, 1-SCC, 2-SVSP, 1-CIM, 2-WSP*, 2-SATF, 2-SVSP, 1-CCIRC, 1-LACRC, 2-RJDRC |
| PBSP IV (180) | 66 | 62 | 4 | 94% | 8 | 4 | *2-CMC, 2-CIM*, 1-SATF, 1-SVSP, 1-CMC, 1-SVSP |
| SAC IV (180) | 384 | 387 | -3 | 101% | 2 | 0 | 1-COR, 1-LAC |
| SVSP IV (180) | 192 | 189 | 3 | 98% | 1 | 1 | *1-SQRC* |
| TOTALS: | 3555 | 3356 | 199 | 94% | 222 | 49 | |

(per 10-10-11 PSU wait list)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 20 | 0 | 100% | 8 | 0 | 4-CIW, 4-VSPW |
| PBSP PSU | 128 | 124 | 4 | 97% | 40 | 2 | *1-COR, 1-SAC*, 1-CCI, 1-CTF, 1-DVI, 5-SVSP, 3-COR, 7-LAC, 5-RJD, 6-WSP, 1-KVSP, 3-NKSP, 4-CMC, 1-MCSP |
| SAC PSU | 256 | 255 | 1 | 100% | 39 | 6 | *1-MCSP, 1-SVSP, 4-RJD*, 6-COR, 3-WSP, 1-NKSP, 2-CCI, 5-CMC, 4-SVSP, 3-RJD, 4-LAC, 2-CMF, 1-HDSP, 2-SAC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 48 | 6 | 89% | 0 | 0 | |
| CIW | 75 | 49 | 26 | 65% | 0 | 0 | |
| TOTALS: | 129 | 97 | 32 | 75% | 0 | 0 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note:  A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis unit as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 10-7-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP units.

Bus seat data source:  Transportation Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program - Operations,   916-327-1250

*Final*

Level II SNY:  Capacity=176; pop.=174 Moved 5 of 41 (13%)    Level II COD:  Capacity=88; pop.=77 Moved 1 of 1 (100%)

Level III GP:  Capacity=1443; pop.=1375 Moved 16 of 17 (95%)    Level IV GP 180 Capacity=642; pop.=638 Moved 5 of 11 (46%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of OCT. 10, 2011)**

Level III SNY:  Capacity=360; pop =352   Moved 8 of 49  (17%)

Level IV GP 270 Capacity=450; pop.=340  Moved 1 of 2  (50%)
Level IV SNY:  Capacity=396; pop.=400   Moved 13 of 101  (13%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



January 3, 2012

Matthew A. Lopes, Jr. Esquire                   via: Debbie J. Vorous, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI 02908                                 P. O. Box 944255
                                                     Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of November, 2011 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report. (Data for CCI, DVI, LAC, and RJD is not available).
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions. (Data for LAC, MCSP, RJD, and VSPW is not available).
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at SQ, California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Sharon Aungst, Director, Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    J. Ronald Metz, *Coleman* Monitor
    William Alvarez, Ph.D., *Coleman* Monitor
    Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3

Heather McCray Esq., Office of Legal Affairs, CDCR

Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Correctional Health Care Services

Nathan Stanley, Chief, Operational Program Oversight, Division of Correctional Health Care Services

Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division of Correctional Health Care Services

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, Division of Correctional Health Care Services

## WEEKLY EOP POPULATION REPORT
### (For the Week of NOV. 14, 2011)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 169 | 7 | 96% | 50 | 0 | 2-CCIRC, 6-CIM, 11-NKSP, 3-RJDRC, 12-WSP, 6-AVE, 6-CCI, 1-CTF, 3-MCSP |
| SATF COD II | 88 | 75 | 13 | 85% | 1 | 1 | *1-DVIRC* |
| CMC III | 580 | 520 | 60 | 90% | 8 | 8 | *1-NKSP, 1-RJDRC, 1-SQRC, 3-SQ, 1-SATF, 1-FOL* |
| CMF III | 533 | 505 | 28 | 95% | 4 | 0 | 3-CMC, 1-CIM |
| RJD III | 330 | 319 | 11 | 97% | 5 | 5 | *2-CMC, 2-CMF, 1-LAC* |
| LAC IV (270) | 300 | 231 | 69 | 77% | 7 | 7 | *4-SAC, 2-CMC, 1-NKSP* |
| COR IV (270) | 150 | 98 | 52 | 65% | 1 | 0 | 1-SAC |
| MCSP SNY III | 360 | 350 | 10 | 97% | 43 | 0 | 3-AVE, 1-CTF, 2-LAC, 1-PBSP, 4-PVSP, 2-RJD, 3-SATF, 2-SCC, 11-CIM, 1-DVIRC, 1-LACRC, 7-NKSP, 3-RJDRC, 2-WSP |
| MCSP SNY IV (270) | 150 | 147 | 3 | 98% | 31 | 7 | *2-WSP, 2-SQ, 1-NKSP, 1-CCIRC, 1-KVSP,* 2-CMC, 1-CMF, 6-COR, 1-HDSP, 1-PBSP, 4-SAC, 2-SATF, 2-SVSP, 5-WSP |
| RJD SNY IV (270) | 150 | 162 | -12 | 108% | 54 | 1 | *1-AVE,* 1-AVE, 1-CMC, 2-CTF, 4-COR, 5-HDSP, 5-MCSP, 2-PBSP, 1-PVSP, 11-SAC, 1-SATF, 8-SVSP, 1-CIM, 2-LAC, 2-WSP, 7-NKSP |
| KVSP SNY IV (180) | 96 | 90 | 6 | 94% | 19 | 5 | *1-HDSP, 1-SVSP, 1-CCIRC, 1-CIM, 1-WSP,* 1-CMC, 3-COR, 1-LAC, 3-RJD, 2-SVSP, 1-LACRC, 3-RJDRC |
| PBSP IV (180) | 66 | 63 | 3 | 95% | 7 | 3 | *1-SVSP, 1-SATF, 1-KVSP,* 1-CMF, 1-CMC, 1-LAC, 1-SOL |
| SAC IV (180) | 384 | 379 | 5 | 99% | 9 | 4 | *2-CIM, 1-CMF, 1-COR,* 2-CMF, 1-CMC, 1-LAC, 1-RJD |
| SVSP IV (180) | 192 | 185 | 7 | 96% | 3 | 3 | *1-CMF, 1-COR, 1-RJD* |
| TOTALS: | 3555 | 3293 | 262 | 93% | 242 | 44 | |

| | | | | | (per 11-10-11 PSU wait list) | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 19 | 1 | 95% | 10 | 1 | *1-CIW,* 5-VSPW, 4-CIW |
| PBSP PSU | 128 | 117 | 11 | 91% | 41 | 6 | *2-NKSP, 4-LAC,* 2-CMC, 1-CIM, 1-SATF, 3-COR, 6-LAC, 1-NKSP, 1-KVSP, 6-RJD, 7-WSP, 6-SVSP, 1-CTF |
| SAC PSU | 256 | 248 | 8 | 97% | 55 | 0 | 1-KVSP, 2-CIM, 3-SATF, 5-RJD, 13-LAC, 2-HDSP, 6-SVSP, 5-CMC, 3-CMF, 1-NKSP, 7-WSP, 3-COR, 2-CCI, 1-MCSP, 1-SAC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 46 | 8 | 85% | 1 | 1 | *1-VSPW* |
| CIW | 75 | 64 | 11 | 85% | 0 | 0 | |
| TOTALS: | 129 | 110 | 19 | 85% | 1 | 1 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note:  A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 11-10-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source:  Transportation Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II SNY: Capacity=176; pop.=169 Moved 0 of 50 (0%)   Level II COD: Capacity=88; pop.=75 Moved 1 of 1 (100%)

Level III GP: Capacity=1443; pop.=1344 Moved 13 of 17 (77%)          Level IV GP 180 Capacity=642; pop.=627 Moved 10 of 19 (53%)

# WEEKLY EOP POPULATION REPORT
## (For the Week of NOV. 14, 2011)

Level III SNY:  Capacity=360; pop =350   Moved 0 of 43  (0%)

Level IV GP 270 Capacity=450; pop.=329  Moved 7 of 8  (88%)
Level IV SNY:  Capacity=396; pop.=399   Moved 13 of 104  (13%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



February 1, 2012

Matthew A. Lopes, Jr. Esquire                          via: Debbie J. Vorous, Esquire
Office of the Special Master                                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                               Department of Justice
317 Iron Horse Point Way, Suite 301                         1300 "I" Street, Suite 125
Providence, RI  02908                                       P. O. Box 944255
                                                            Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of December, 2011, data (or as
otherwise noted).  The following is the list of enclosures:

1.  Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy
    History.
2.  MHSDS Hiring Activity Report.
3.  Health Care Placement Oversight Program (HCPOP) Information Report, Summary
    and Administrative Segregation Greater than 60 Days.
4.  Mental Health Contract Services including Summary and Telemedicine Monthly
    Report for all disciplines.
5.  California Department of Corrections and Rehabilitation (CDCR) Reception Center
    (RC) Monthly Report.
6.  Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
    Psychiatric Aging Report.
7.  Referrals for Transfer to the Department of Mental Health (including admissions).
8.  Atascadero State Hospital (ASH) Discharges.
9.  Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal
    Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative
    Segregated Hub institutions.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, Director (A), Division of Correctional Health Care Services
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3


David Brice, Esq., Office of Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Correctional Health Care Services
Nathan Stanley, Chief, Operational Program Oversight, Division of Correctional Health Care Services
Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division of Correctional Health Care Services
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, Division of Correctional Health Care Services

**WEEKLY EOP POPULATION REPORT**
**(For the Week of DEC. 5, 2011)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 170 | 6 | 97% | 54 | 0 | 10-AVE, 7-CCI, 1-COR, 1-CTF, 3-MCSP, 1-RJD, 2-CCIRC, 6-CIM, 9-NK, 2-RJDRC, 2-SQRC, 10-WSP |
| SATF COD II | 88 | 72 | 16 | 82% | 11 | 11 | *9-CMF, 1-CRC, 1-NKSP* |
| CMC III | 580 | 521 | 59 | 90% | 15 | 15 | *6-CMF, 1-FOL, 1-COR, 1-CTF, 1-SOL, 2-SVSP, 1-CCIRC, 1-CIM, 1-SQRC* |
| CMF III | 533 | 496 | 37 | 93% | 0 | 0 | |
| RJD III | 330 | 325 | 5 | 98% | 11 | 5 | *3-CMF, 1-CRC, 1-SCC,* 6-CMF |
| LAC IV (270) | 300 | 241 | 59 | 80% | 4 | 4 | *1-SAC, 1-SVSP, 1-CMF, 1-CEN* |
| COR IV (270) | 150 | 102 | 48 | 68% | 1 | 0 | 1-SVSP |
| MCSP SNY III | 360 | 341 | 19 | 95% | 38 | 8 | *8-NKSP,* 1-AVE, 2-CMC, 1-COR, 1-CTF, 4-LAC, 2-PVSP, 1-RJD, 3-SATF, 3-SCC, 6-CIM, 3-RJDRC, 3-WSP |
| MCSP SNY IV (270) | 150 | 154 | -4 | 103% | 31 | 0 | 2-CMC, 6-COR, 1-HDSP, 3-PBSP, 2-RJD, 4-SAC, 1-SATF, 3-SVSP, 1-CCIRC, 1-CIM, 2-NKSP, 5-WSP |
| RJD SNY IV (270) | 150 | 161 | -11 | 107% | 43 | 0 | 3-RJD, 2-LACRC, 5-NK, 1-CIM, 6-SVSP, 7-SAC, 1-SATF, 4-MCSP, 2-PVSP, 2-CTF, 5-HDSP, 1-AVE, 4-COR |
| KVSP SNY IV (180) | 96 | 87 | 9 | 91% | 13 | 8 | *3-COR, 1-LAC, 1-RJD, 1-LACRC, 1-NK, 1-RJDRC,* 2-SVSP, 2-LAC, 1-CMC |
| PBSP IV (180) | 66 | 65 | 1 | 98% | 5 | 0 | 1-SOL, 1-SAC, 1-CRC, 1-COR, 1-CMC |
| SAC IV (180) | 384 | 391 | -7 | 102% | 6 | 1 | *1-LAC,* 1-SVSP, 2-CMF, 2-CMC |
| SVSP IV (180) | 192 | 188 | 4 | 98% | 4 | 1 | *1-SAC,* 1-CMF, 1-COR, 1-SAC |
| TOTALS: | 3555 | 3314 | 241 | 93% | 236 | 53 | |

(per 12-2-11 PSU Wait List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 20 | 0 | 100% | 9 | 0 | 6-VSPW, 3-CIW |
| PBSP PSU | 128 | 118 | 10 | 92% | 30 | 2 | *2-RJD,* 1-NKSP, 1-KVSP, 7-LAC, 3-RJD, 6-SVSP, 3-COR, 1-PVSP, 1-CMF, 2-CMC, 2-WSP, 1-SATF |
| SAC PSU | 256 | 238 | 18 | 93% | 48 | 3 | *2-COR, 1-WSP,* 1-CCI, 2-CMF, 4-SVSP, 2-MCSP, 1-KVSP, 2-NKSP, 5-CMC, 12-LAC, 4-COR, 4-RJD, 3-SATF, 4-WSP, 1-PVSP |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 44 | 10 | 81% | 0 | 0 | |
| CIW | 75 | 63 | 12 | 84% | 0 | 0 | |
| TOTALS: | 129 | 107 | 22 | 83% | 0 | 0 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note:  A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 12-2-11) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.

Bus seat data source: Transportation Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II SNY:  Capacity=176; pop.=170  Moved 0 of 54 (0%)    Level II COD:  Capacity=88; pop.=72  Moved 11 of 11  (100%)

Level III GP:  Capacity=1443; pop.=1342  Moved 20 of 26 (77%)        Level IV GP 180 Capacity=642; pop.=644  Moved 2 of 15 (14%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of DEC. 5, 2011)**

Level III SNY:  Capacity=360; pop =341  Moved 8 of 38 (21%)

Level IV GP 270 Capacity=450; pop.=343  Moved 4 of 5 (80%)
Level IV SNY:  Capacity=396; pop.=402  Moved 8 of 87 (10%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



March 1, 2012

Matthew A. Lopes, Jr. Esquire                          via: Debbie J. Vorous, Esquire
Office of the Special Master                                  Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                     1300 "I" Street, Suite 125
Providence, RI  02908                                        P. O. Box 944255
                                                             Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2012, data (or as otherwise noted).  The following is the list of enclosures:

1.  Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2.  MHSDS Hiring Activity Report.
3.  Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4.  Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5.  California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6.  Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7.  Referrals for Transfer to the Department of Mental Health (including admissions).
8.  Atascadero State Hospital (ASH) Discharges.
9.  Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals--Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

JAMES A. SCARAMOZZINO, PH.D.
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, Director (A), Division of Correctional Health Care Services
    Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
    Linda Holden, Esq., *Coleman* Deputy Special Master
    Jeffrey L. Metzner, M.D., *Coleman* Expert
    Kerry C. Hughes, M.D., *Coleman* Expert
    Raymond F. Patterson, M.D, *Coleman* Expert
    Paul Nicoll, MPA, *Coleman* Monitor
    Ted Ruggles, Ph.D., *Coleman* Expert
    Mary Perrien, Ph.D., *Coleman* Expert
    Yong Joo Erwin, LCSW, *Coleman* Expert
    Kathryn A. Burns, M.D., MPH, *Coleman* Expert
    Henry A. Dlugacz, Esq., *Coleman* Expert
    Kerry F. Walsh, Esq., *Coleman* Monitor
    Patricia Williams, Esq., *Coleman* Monitor
    Haunani Henry, *Coleman* Monitor
    J. Ronald Metz, *Coleman* Monitor
    Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3

Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Correctional Health Care Services

Nathan Stanley, Chief, Operational Program Oversight, Division of Correctional Health Care Services

Karen Higgins, M.D., Chief of Behavioral Medicine, Mental Health Program, Division of Correctional Health Care Services

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, Division of Correctional Health Care Services

# WEEKLY EOP POPULATION REPORT
## (For the Week of JAN. 9, 2012)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 163 | 13 | 93% | 52 | 1 | *1-CMC,* 9-AVE, 6-CCI, 1-COR, 1-CRC, 1-CTF, 1-PVSP, 1-MCSP, 2-SQ, 4-CCIRC, 3-CIM, 8-NKSP, 5-RJDRC, 9-WSP |
| SATF COD II | 88 | 86 | 2 | 98% | 10 | 1 | *1-CMF,* 2-CMF, 7-CMC |
| CMC III | 580 | 592 | -12 | 102% | 30 | 15 | *8-CMF, 1-PVSP, 1-SATF, 1-SOL, 2-SVSP, 2-CCIRC, 1-WSP,* 1-AVE, 1-CRC, 1-CTF, 2-FOL, 1-LAC, 2-SQ, 1-HDSPRC, 1-LACRC, 5-NKSP |
| CMF III | 533 | 398 | 135 | 75% | 0 | 0 | |
| RJD III | 330 | 329 | 1 | 100% | 43 | 1 | 1-COR, 5-CMC, 20-CMF, 3-LAC, 1-SCC, 1-SVSP, 1-CCIRC, 2-CIM, 6-LACRC, 2-NKSP, 1-WSP |
| LAC IV (270) | 300 | 246 | 54 | 82% | 3 | 3 | *3-COR* |
| COR IV (270) | 150 | 69 | 81 | 46% | 5 | 0 | 5-MCSP (SNY intake to begin 2-6-12) |
| MCSP SNY III | 360 | 344 | 16 | 96% | 22 | 12 | *1-WSP, 4-PVSP, 6-LAC, 1-CCI,* 1-AVE, 1-RJD, 3-SQ, 3-LACRC, 2-RJDRC |
| MCSP SNY IV (270) | 150 | 159 | -9 | 106% | 47 | 0 | 1-CMC, 3-CMF, 4-COR, 3-HDSP, 1-LAC, 1-PVSP, 8-SAC, 2-SATF, 1-SCC, 3-SVSP, 2-CCIRC, 2-CIM, 1-LACRC, 7-NKSP, 8-WSP |
| RJD SNY IV (270) | 150 | 151 | -1 | 101% | 42 | 6 | *5-SAC, 1-ISP,* 4-COR, 2-CTF, 3-HDSP, 3-MCSP, 4-PVSP, 8-SAC, 2-SATF, 1-SCC, 2-SVSP, 1-CIM, 1-LACRC, 2-NKSP, 3-WSP |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 12 | 2 | *1-LAC, 1-COR,* 1-LAC, 1-PVSP, 2-RJD, 3-SVSP, 1-CIM, 1-NKSP, 1-WSP |
| PBSP IV (180) | 66 | 63 | 3 | 95% | 6 | 3 | *1-SVSP, 1-CMC, 1-SAC,* 1-CMC, 2-SAC |
| SAC IV (180) | 384 | 383 | 1 | 100% | 3 | 0 | 1-SVSP, 2-CMF |
| SVSP IV (180) | 192 | 191 | 1 | 99% | 2 | 1 | *1-PBSP,* 1-SAC |
| **TOTALS:** | **3555** | **3267** | **288** | **92%** | **277** | **45** | |

| (per 1-9-12 PSU Wait List) | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 20 | 0 | 100% | 12 | 0 | 3-CIW, 9-VSPW |
| PBSP PSU | 128 | 113 | 15 | 88% | 30 | 7 | *1-CMC, 1-SATF, 2-WSP, 1-PVSP, 2-SVSP,* 7-COR, 7-LAC, 1-SVSP, 3-RJD, 1-MCSP, 1-CIM, 1-CMF, 2-CMC |
| SAC PSU | 256 | 245 | 11 | 96% | 35 | 2 | *2-MCSP,* 2-NKSP, 3-COR, 5-LAC, 2-CCI, 1-SQ, 1-CIM, 2-PVSP, 3-CMC, 3-WSP, 3-SATF, 1-RJD, 1-HDSP, 1-CMF, 1-SVSP, 1-SAC, 1-DVI, 2-MCSP |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 43 | 11 | 80% | 1 | 1 | *1-VSPW* |
| CIW | 75 | 49 | 26 | 65% | 1 | 1 | *1-CCWF* |
| **TOTALS:** | **129** | **92** | **37** | **71%** | **2** | **2** | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
Note: A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.
"Total Current Pop" from Population Mgmt. Unit (dated 1-6-12) of the C&PRs' call-ins of the inmates housed in the GP-EOP unit.
Bus seat data source: Transportation Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II SNY: Capacity=176; pop.=163 Moved 1 of 52 (2%)  Level II COD: Capacity=88; pop.=86 Moved 1 of 10 (10%)
Level III GP: Capacity=1443; pop.=1319  Moved 16 of 73 (22%)      Level IV GP 180 Capacity=642; pop.=637  Moved 4 of 11 (37%)

**WEEKLY EOP POPULATION REPORT**

**(For the Week of JAN. 9, 2012)**

Level III SNY:  Capacity=360; pop =344  Moved 12 of 22 (55%)

Level IV GP 270 Capacity=450; pop.=315  Moved 3 of 8 (38%)

Level IV SNY:  Capacity=396; pop.=403   Moved 8 of 101  (8%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA 94283-0001



**APR   2 2012**

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI  02908                                P. O. Box 944255
                                                     Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of February, 2012, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:   Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3


J. Ronald Metz, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**

**(For the Week of FEB. 27, 2012)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 171 | 5 | 97% | 22 | 8 | *3-NKSP, 1-CIM, 2-LACRC, 2-RJDRC,* 7-WSP, 1-RJDRC, 4-NKSP, 1-SCC, 1-CCI |
| SATF COD II | 88 | 87 | 1 | 99% | 15 | 3 | *1-NKSP, 1-SOL, 1-CRC,* 11-CMC, 1-CMF |
| CMC III | 580 | 570 | 10 | 98% | 54 | 9 | *1-SVSP, 1-CCIRC, 6-RJDRC, 1-SQRC,* 1-AVE, 16-CMF, 4-FOL, 1-RJD, 1-SAC, 1-SATF, 2-SOL, 1-SQ, 12-LACRC, 6-RJDRC |
| CMF III | 333 | 337 | -4 | 101% | 15 | 15 | *1-CMC, 1-FOL, 1-SAC, 1-HDSPRC, 6-NKSP, 5-WSP* |
| RJD III | 330 | 329 | 1 | 100% | 23 | 0 | 9-CMC, 6-CMF, 1-HDSP, 4-LAC, 1-LACRC, 1-NKSP, 1-WSP |
| LAC IV (270) | 300 | 284 | 16 | 95% | 6 | 6 | 1-CMC, 1-MCSP, 1-RJD, 1-NKSP, 2-WSP |
| MCSP SNY III | 360 | 330 | 30 | 92% | 42 | 0 | 1-AVE, 1-CCI, 1-CMC, 3-CTF, 1-LAC, 2-PVSP, 1-RJD, 2-SAC, 1-COR, 1-SATF, 2-SCC, 1-SOL, 4-CIM, 6-LACRC, 4-NKSP, 6-RJDRC, 2-SQRC, 3-WSP |
| COR SNY IV (270) | 150 | 63 | 87 | 42% | 36 | 20 | *5-NKSP, 3-SAC, 1-PBSP, 6-MCSP, 1-LAC, 2-KVSP, 1-CMF, 1-CAL,* 1-WSP, 2-CIM, 1-SAC, 12-MCSP |
| MCSP SNY IV (270) | 150 | 156 | -6 | 104% | 48 | 1 | *1-RJD,* 1-CMC, 3-CMF, 4-COR, 4-HDSP, 2-KVSP, 2-PBSP, 10-SAC, 2-SATF, 1-SCC, 5-SVSP, 1-CIM, 2-LACRC, 3-NKSP, 1-RJDRC, 6-WSP |
| RJD SNY IV (270) | 150 | 138 | 12 | 92% | 21 | 5 | *4-SAC, 1-SVSP,* 2-SATF, 5-SAC, 2-PVSP, 3-LAC, 1-HDSP, 1-LACRC, 2-WSP |
| KVSP SNY IV (180) | 96 | 97 | -1 | 101% | 14 | 0 | 5-NKSP, 3-SVSP, 1-SAC, 1-PVSP, 1-MCSP, 2-LAC, 1-HDSP |
| PBSP IV (180) | 66 | 64 | 2 | 97% | 1 | 0 | 1-SAC |
| SAC IV (180) | 384 | 394 | -10 | 103% | 7 | 3 | *2-CMF, 1-LAC,* 3-CMC, 1-CMF |
| SVSP IV (180) | 192 | 184 | 8 | 96% | 0 | 0 | |
| TOTALS: | 3355 | 3204 | 151 | 95% | 304 | 70 | |

**(per 2-24-12 PSU Wait List)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 18 | 2 | 90% | 7 | 1 | *1-VSPW,* 2-CIW, 4-VSPW |
| PBSP PSU | 128 | 124 | 4 | 97% | 30 | 0 | 11-COR, 9-LAC, 2-CMF, 2-MCSP, 4-RJD, 2-SVSP |
| SAC PSU | 256 | 250 | 6 | 98% | 26 | 6 | *1-LAC, 2-SVSP, 2-MCSP, 1-RJD,* 4-CMC, 6-COR, |
| | | | | | | | 3-CMF, 2-LAC, 1-MCSP, 1-SOL, 2-RJD, 1-NKSP |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 51 | 3 | 94% | 0 | 0 | |
| CIW | 75 | 43 | 32 | 57% | 0 | 0 | |
| TOTALS: | 129 | 94 | 35 | 73% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note: A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 2-24-11) of the C&PRs' call-ins of filled EOP beds.

Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II COD: Capacity 88; pop =87 Moved 3 of 15 (20%)

Level II SNY: Capacity=176; pop.=171 Moved 8 of 22 (37%)

Level IV GP 180 Capacity=642; pop.=642 Moved 3 of 8 (38%)

Level IV GP 270 Capacity=300; pop.=284 Moved 6 of 6 (100%)

# WEEKLY EOP POPULATION REPORT
## (For the Week of FEB. 27, 2012)

Level III GP:  Capacity=1243; pop.=1236   Moved 24 of 92 (26%)
Level III SNY:  Capacity=360; pop =330  Moved 0 of 42 (0%)

Level IV SNY 180:  Capacity=96; pop.=97   Moved 0 of 14  (0%)
Level IV SNY 270:  Capacity=450; pop.=357   Moved 26 of 105 (25%)

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



May 2, 2012

Matthew A. Lopes, Jr. Esquire                 via: Debbie J. Vorous, Esquire
Office of the Special Master                         Deputy Attorney General
Pannone Lopes & Devereaux LLC                       Department of Justice
317 Iron Horse Point Way, Suite 301                 1300 "I" Street, Suite 125
Providence, RI  02908                               P. O. Box 944255
                                                    Sacramento, CA  94244-2550

### RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of March, 2012, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. (**Not available – report is under review and will be submitted once the information has been validated**).
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges. (**Not available due to technical impediments**).
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684. (**Not available due to technical impediments**).
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). (**No Longer Available**)
13. RC Processing for MHSDS Inmate Patients.

Matthew A. Lopes, Jr. Esquire
Page 2

14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0209.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor

Matthew A. Lopes, Jr. Esquire
Page 3

Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**
**(For the Week of MAR. 12, 2012)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 171 | 5 | 97% | 23 | 9 | *5-AVE, 1-CIM,*<br>*1-LACRC, 1-RJDRC, 1-SQRC,* 7-NKSP, 7-WSP |
| SATF COD II | 88 | 85 | 3 | 97% | 11 | 3 | *3-CMC,* 8-CMC |
| CMC III | 580 | 575 | 5 | 99% | 41 | 15 | *1-CMF, 9-LACRC, 4-WSP, 1-HDSPRC,* 1-AVE, 10-CMF,<br>2-FOL, 2-LAC, 1-PBSP, 1-RJD, 1-SAC, 1-SATF, 2-SOL |
| CMF III | 333 | 346 | -13 | 104% | 3 | 1 | *1-CMC,* 1-SOL, 1-WSP |
| RJD III | 330 | 329 | 1 | 100% | 19 | 0 | 3-LAC, 1-HDSP, 3-CMF,<br>10-CMC, 1-LACRC, 1-NKSP |
| LAC IV (270) | 300 | 305 | -5 | 102% | 2 | 0 | 2-CMC |
| MCSP SNY III | 360 | 329 | 31 | 91% | 47 | 5 | *2-LACRC, 2-CCIRC, 1-SOL,* 1-CCI, 1-COR, 4-CTF, 1-LAC, 2-PVSP, 4-WSP,<br>1-RJD, 1-SAC, 1-SATF, 2-SCC, 1-SVSP, 4-CIM, 5-LACRC, 2-NKSP, 10-RJDRC, 2-SQRC |
| COR SNY IV (270) | 150 | 89 | 61 | 59% | 46 | 17 | *1-CMC, 5-KVSP, 2-LAC, 5-MCSP, 1-PBSP, 2-RJD, 1-SATF,* 19-RJD,<br>9-MCSP, 1-KVSP |
| MCSP SNY IV (270) | 150 | 148 | 2 | 99% | 47 | 4 | *2-LACRC, 1-ISP, 1-KVSP,* 1-CCI, 1-CMC, 3-CMF, 5-COR, 4-HDSP, 1-KVSP,<br>2-PBSP, 1-PVSP, 1-RJD, 9-SAC, 3-SATF, 1-SCC, 4-SVSP, 2-RJDRC, 5-WSP |
| RJD SNY IV (270) | 150 | 147 | 3 | 98% | 9 | 2 | *1-LAC, 1-LACRC,* 1-WSP, 1-SAC, 1-SATF, 2-PVSP, 2-COR |
| KVSP SNY IV (180) | 96 | 90 | 6 | 94% | 26 | 8 | *2-SQRC, 1-SATF, 2-SAC, 1-MCSP, 2-COR,* 1-CMF,<br>1-HDSP, 5-LAC, 2-PVSP, 1-SAC, 4-SVSP, 1-CCIRC, 3-NKSP |
| PBSP IV (180) | 66 | 64 | 2 | 97% | 2 | 0 | *1-LAC, 1-SAC* |
| SAC IV (180) | 384 | 395 | -11 | 103% | 4 | 4 | *1-CMC, 1-LAC, 1-SVSP, 1-WSP* |
| SVSP IV (180) | 192 | 186 | 6 | 97% | 0 | 0 | |
| TOTALS: | 3355 | 3259 | 96 | 97% | 280 | 70 | |

(per 3-9-12 PSU Wait List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 20 | 0 | 100% | 7 | 0 | 2-CIW, 5-VSPW |
| PBSP PSU | 128 | 116 | 12 | 91% | 30 | 2 | *2-CMF,* 12-COR, 8-LAC, 2-MCSP, 1-CMC, 3-RJD, 2-SVSP |
| SAC PSU | 256 | 241 | 15 | 94% | 27 | 4 | *1-MCSP, 1-LAC, 2-COR,* 6-COR, 1-CMC, 1-SVSP,<br>1-WSP, 1-DVI, 1-MCSP, 1-KVSP, 1-CIM, 1-SAC, 1-SQ, 3-LAC, 1-NKSP, 3-RJD, 1-CMF |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 47 | 7 | 87% | 1 | 1 | *1-VSPW* |
| CIW | 75 | 42 | 33 | 56% | 1 | 1 | *1-VSPW* |
| TOTALS: | 129 | 89 | 40 | 69% | 2 | 2 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.

Note : A small number of EOP beds may be kept vacant for inmates temporarily housed in MHCrisis as part of the 10-day "hold-a-bed" process.

"Total Current Pop" from Population Mgmt. Unit (dated 3-9-11) the C&PRs' call-ins of filled EOP beds.

Bus seat data source:  Transportation Weekly Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II COD: Capacity=88; pop =85  Moved 3 of 11 (28%)

Level II SNY: Capacity=176; pop.=171  Moved 9 of 23 (40%)

Level IV GP 180 Capacity=642; pop.=645  Moved 6 of 6 (100%)

Level IV GP 270 Capacity=300; pop.=305  Moved 0 of 2 (0%)

# WEEKLY EOP POPULATION REPORT

## (For the Week of MAR. 12, 2012)

Level III GP: Capacity=1243; pop.=1250  Moved 16 of 63 (26%)

Level III SNY:  Capacity=360; pop =329  Moved 5 of 47 (11%)

Level IV SNY 180:  Capacity=96; pop.=90  Moved 8 of 26 (31%)

Level IV SNY 270:  Capacity=450; pop.=384  Moved 23 of 102 (23%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001

June 4, 2012

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI  02908                                P. O. Box 944255
                                                     Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of April, 2012 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR

Matthew A. Lopes, Jr. Esquire
Page 3

Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS

Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS

Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

# WEEKLY EOP POPULATION REPORT
## (For the Week of APR. 30, 2012)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 158 | 18 | 90% | 27 | 9 | *2-WSP, 2-RJDRC, 2-NKSP, 1-CIM, 1-LAC, 1-COR,* 3-AVE, 2-CCI, 3-NKSP, 4-RJDRC, 6-WSP |
| SATF COD II | 88 | 84 | 4 | 95% | 8 | 5 | *4-CMC, 1-CTF,* 2-CMF, 1-RJD |
| CMC III | 580 | 576 | 4 | 99% | 36 | 15 | *1-WSP, 2-RJDRC, 4-NKSP, 1-SVSP, 2-SOL, 1-SCC, 2-SAC, 1-FOL, 1-AVE,* 7-CMF, 2-LAC, 2-PBSP, 4-NKSP, 6-RJDRC |
| CMF III | 333 | 336 | -3 | 101% | 10 | 1 | *1-CMC,* 2-AVE, 3-SAC, 1-SCC, 2-NKSP, 1-WSP |
| RJD III | 330 | 330 | 0 | 100% | 23 | 3 | *1-LAC, 1-CTF, 1-CMF,* 1-CMC, 5-CMF, 3-FOL, 1-LAC, 1-PVSP, 3-SAC, 1-SATF, 1-SCC, 1-SOL, 1-DVIRC, 2-WSP |
| LAC IV (270) | 300 | 302 | -2 | 101% | 7 | 7 | *3-SAC, 1-SVSP, 1-PBSP, 1-KVSP, 1-COR* |
| MCSP SNY III | 360 | 354 | 6 | 98% | 26 | 6 | *1-WSP, 3-NKSP, 1-PVSP, 1-LAC,* 1-COR, 1-CTF, 5-RJD, 1-SAC, 1-SATF, 3-SCC, 8-RJDRC |
| COR SNY IV (270) | 150 | 132 | 18 | 88% | 24 | 2 | *1-RJD, 1-SATF,* 1-RJDRC, 1-NKSP, 2-SAC, 16-RJD, 1-KVSP, 1-CMF |
| MCSP SNY IV (270) | 150 | 145 | 5 | 97% | 14 | 2 | *1-NKSP, 1-WSP,* 1-DVIRC, 1-CIM, 6-SAC, 1-SATF, 2-HDSP, 1-CMF |
| RJD SNY IV (270) | 150 | 147 | 3 | 98% | 5 | 5 | *1-SATF, 1-MCSP, 1-LAC, 1-CMF, 1-CMC* |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 22 | 5 | *1-SQRC, 2-NKSP, 1-DVIRC, 1-SAC,* 1-CMF, 1-HDSP, 4-LAC, 5-MCSP, 2-PVSP, 2-RJD, 2-SAC |
| PBSP IV (180) | 66 | 63 | 3 | 95% | 3 | 3 | *1-KVSP, 1-LAC, 1-CMF* |
| SAC IV (180) | 384 | 379 | 5 | 99% | 2 | 2 | *1-SVSP, 1-CMF* |
| SVSP IV (180) | 192 | 187 | 5 | 97% | 0 | 0 | |
| TOTALS: | 3355 | 3286 | 69 | 98% | 207 | 65 | |

(per 4-27-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 20 | 0 | 100% | 7 | 0 | 3-CIW, 4-VSPW |
| PBSP PSU | 128 | 126 | 2 | 98% | 27 | 0 | 1-SQ, 1-CMC, 1-SCC, 2-WSP, 1-SVSP, 1-MCSP, 1-RJD, 7-LAC, 12-COR |
| SAC PSU | 256 | 255 | 1 | 100% | 23 | 6 | *1-COR, 5-LAC,* 1-MCSP, 4-LAC, 4-COR, 1-SVSP, 3-SAC, 3-RJD, 1-PVSP |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 43 | 11 | 80% | 0 | 0 | |
| CIW | 75 | 42 | 33 | 56% | 0 | 0 | |
| TOTALS: | 129 | 85 | 44 | 66% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 4-27-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II COD: Capacity 88; pop.=84 Moved 5 of 8 (63%)
Level II SNY: Capacity=176; pop.=158 Moved 9 of 27 (34%)
Level III GP: Capacity=1243; pop.=1242 Moved 19 of 69 (28%)
Level III SNY: Capacity=360; pop.=354 Moved 6 of 26 (23%)

Level IV GP 180 Capacity=642; pop.=629 Moved 5 of 5 (100%)
Level IV GP 270 Capacity=300; pop.=302 Moved 7 of 7 (100%)
Level IV SNY 180: Capacity=96; pop.=93 Moved 5 of 22 (23%)
Level IV SNY 270: Capacity=450; pop.=424 Moved 9 of 43 (21%)

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



July 3, 2012

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI 02908                                   P. O. Box 944255
                                                       Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of May, 2012 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days. **Due to a server migration issue that occurred during the move to Elk Grove, the following reports are unavailable for the month of May:**
   - R-01: Mental Health Population by Institution
   - R-02: Mental Health ASU/SHU/PSU
     **(The "MHSDS Management Information Summary" report has been provided, in lieu of these reports).**
   - R-08: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 21 less than 60 days
   - R-09: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 60 less than 90 days
   - R-10: EOP and CCCMS in ASU/SHU/PSU - Placements greater than 90 days
     **(Reports not included. Will be provided under separate cover).**
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.

Matthew A. Lopes, Jr. Esquire
Page 2

6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report. **(Not included. Will be provided under separate cover)**
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert

Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

# WEEKLY EOP POPULATION REPORT
## (For the Week of MAY 21, 2012)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 163 | 13 | 93% | 14 | 8 | 3-AVE, 3-CCI-RC, 2-RJDRC, 1-CMF, 1-MCSP, 4-RJDRC |
| SATF COD II | 88 | 82 | 6 | 93% | 2 | 2 | 2-RJDRC |
| CMC III | 580 | 575 | 5 | 99% | 29 | 12 | 1-WSP, 5-RJDRC, 6-NKSP, 1-SVSP, 2-SCC, 1-SATF, 1-SAC, 2-PBSP, 1-LAC, 8-CMF, 1-AVE |
| CMF III | 333 | 331 | 2 | 99% | 14 | 1 | 1-CMC, 2-AVE, 1-RJD, 4-SAC, 1-SATF, 1-SOL, 1-SVSP, 2-NKSP, 1-WSP |
| RJD III | 330 | 330 | 0 | 100% | 20 | 4 | 3-CMC, 1-FOL, 2-CMC, 7-CMF, 1-FOL, 1-HDSP, 1-LAC, 1-PVSP, 2-SCC, 1-SOL |
| LAC IV (270) | 300 | 308 | -8 | 103% | 13 | 2 | 2-SAC, 1-SATF, 3-NKSP, 5-SAC, 2-CMC |
| MCSP SNY III | 360 | 365 | -5 | 101% | 25 | 3 | 1-NKSP, 1-WSP, 1-CCI, 1-CCI, 1-COR, 1-CTF, 1-KVSP, 1-LAC, 4-RJD, 2-SATF, 3-SCC, 8-RJDRC |
| COR SNY IV (270) | 150 | 155 | -5 | 103% | 23 | 1 | 1-CMC, 1-CMF, 1-HDSP, 1-LAC, 3-MCSP, 13-RJD, 1-SAC, 1-SATF, 1-SVSP |
| MCSP SNY IV (270) | 150 | 144 | 6 | 96% | 10 | 4 | 2-HDSP, 1-KVSP, 1-SCC, 1-SATF, 4-SAC, 1-CMF |
| RJD SNY IV (270) | 150 | 142 | 8 | 95% | 10 | 7 | 1-CMC, 1-CMF, 1-COR, 2-HDSP, 1-MCSP, 1-NKSP, 1-SVSP, 1-SATF, 1-LAC |
| KVSP SNY IV (180) | 96 | 90 | 6 | 94% | 25 | 6 | 1-WSP, 1-NKSP, 1-SVSP, 2-RJD, 1-PBSP, 1-CMF, 4-COR, 3-LAC, 6-MCSP, 2-PVSP, 3-SAC |
| PBSP IV (180) | 66 | 62 | 4 | 94% | 1 | 1 | 1-CMC |
| SAC IV (180) | 384 | 384 | 0 | 100% | 2 | 2 | 1-COR, 1-HDSP |
| SVSP IV (180) | 192 | 186 | 6 | 97% | 1 | 1 | 1-KVSP |
| TOTALS: | 3355 | 3317 | 38 | 99% | 189 | 54 | |

(per 5-18-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 18 | 2 | 90% | 6 | 0 | 2-VSPW, 4-CIW |
| PBSP PSU | 128 | 118 | 10 | 92% | 25 | 2 | 2-COR, 1-CMC, 13-COR, 5-LAC, 1-SVSP, 3-MCSP |
| SAC PSU | 256 | 242 | 14 | 95% | 26 | 6 | 3-LAC, 1-COR, 2-CMC, 3-LAC, 1-SAC, 3-COR, 1-RJD, 1-CMC, 5-SVSP, 3-MCSP, 2-CMF, 1-CCI |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 53 | 1 | 98% | 0 | 0 | |
| CIW | 75 | 44 | 31 | 59% | 0 | 0 | |
| TOTALS: | 129 | 97 | 32 | 75% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 5-18-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II COD:  Capacity 88; pop 82  Moved 2 of 2 (100%)
Level II SNY:  Capacity:176; pop.=163  Moved 8 of 14 (58%)
Level III GP:  Capacity:1243; pop.=1236  Moved 17 of 63 (27%)
Level III SNY:  Capacity:360; pop.=365  Moved 3 of 25 (12%)

Level IV GP 180 Capacity=642; pop.=632  Moved 4 of 4 (100%)
Level IV GP 270 Capacity=300; pop.=308  Moved 2 of 13 (16%)
Level IV SNY 180:  Capacity:96; pop.=90  Moved 6 of 25 (24%)
Level IV SNY 270:  Capacity:450; pop.=441  Moved 12 of 43 (28%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA 94283-0001



August 3, 2012

Matthew A. Lopes, Jr. Esquire                          via: Debbie J. Vorous, Esquire
Office of the Special Master                                Deputy Attorney General
Pannone Lopes & Devereaux LLC                              Department of Justice
317 Iron Horse Point Way, Suite 301                        1300 "I" Street, Suite 125
Providence, RI  02908                                      P. O. Box 944255
                                                           Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of June, 2012 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0209.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3

Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

# WEEKLY EOP POPULATION REPORT
## (For the Week of JUNE 11, 2012)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 161 | 15 | 91% | 12 | 8 | *4-NKSP, 3-RJDRC, 1-AVE,* 1-MCSP, 3-RJDRC |
| SATF COD II | 88 | 86 | 2 | 98% | 4 | 4 | *1-CMC, 1-CRC, 1-RJD, 1-RJDRC* |
| CMC III | 580 | 582 | -2 | 100% | 15 | 6 | *1-COR, 1-MCSP, 1-SATF, 2-CIM, 1-NKSP,* 1-SVSP, 1-SCC, 1-PBSP, 6-CMF |
| CMF III | 333 | 338 | -5 | 102% | 11 | 3 | *1-AVE, 1-COR, 1-SOL,* 2-SATF, 5-SAC, 1-RJD |
| RJD III | 330 | 330 | 0 | 100% | 21 | 3 | *1-CMC, 2-CMF,* 4-CMF, 1-NKSP, 2-SOL, 2-SCC, 3-SAC, 1-PVSP, 1-HDSP, 1-FOL, 3-CMC |
| LAC IV (270) | 300 | 305 | -5 | 102% | 7 | 1 | *1-KVSP,* 4-SAC, 2-CMC |
| MCSP SNY III | 360 | 353 | 7 | 98% | 40 | 6 | *1-CMC, 1-CIM, 1-HDSPRC, 1-RJDRC, 2-SQRC,* 4-WSP, 7-RJDRC, 4-NKSP, 2-CIM, 2-SVSP, 2-SCC, 5-RJD, 3-LAC, 1-KVSP, 2-CTF, 2-COR |
| COR SNY IV (270) | 150 | 145 | 5 | 97% | 24 | 1 | *1-CMF,* 4-MCSP, 1-LAC, 15-RJD, 1-SVSP, 1-NKSP |
| MCSP SNY IV (270) | 150 | 139 | 11 | 93% | 7 | 7 | *1-CMC, 1-HDSP, 1-KVSP, 1-SAC, 1-SATF, 1-SVSP, 1-RJDRC* |
| RJD SNY IV (270) | 150 | 147 | 3 | 98% | 15 | 2 | *1-NKSP, 1-CMC,* 1-CMC, 1-CMF, 3-LAC, 1-MCSP, 1-PBSP, 2-SAC, 1-SATF, 3-SVSP |
| KVSP SNY IV (180) | 96 | 94 | 2 | 98% | 18 | 4 | *1-CMF, 1-LAC, 2-MCSP,* 3-SAC, 1-RJD, 2-PVSP, 4-MCSP, 1-LAC, 3-COR |
| PBSP IV (180) | 66 | 60 | 6 | 91% | 0 | 0 | |
| SAC IV (180) | 384 | 378 | 6 | 98% | 5 | 5 | *1-NKSP, 1-SVSP, 2-MCSP, 1-CMC* |
| SVSP IV (180) | 192 | 190 | 2 | 99% | 1 | 1 | *1-SQRC* |
| TOTALS: | 3355 | 3308 | 47 | 99% | 180 | 51 | |

(per 6-11-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 19 | 1 | 95% | 8 | 0 | 4-VSPW, 4-CIW |
| PBSP PSU | 128 | 116 | 12 | 91% | 22 | 4 | *4-COR,* 1-CMC, 1-RJD, 1-SVSP, 7-COR, 1-CIM, 5-LAC, 2-MCSP |
| SAC PSU | 256 | 242 | 14 | 95% | 14 | 6 | *2-RJD, 4-SVSP,* 1-RJD, 1-LAC, 1-SVSP, 1-MCSP, 2-SAC, 1-CMF, 1-CMC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 51 | 3 | 94% | 0 | 0 | |
| CIW | 75 | 46 | 29 | 61% | 3 | 3 | *1-CCWF, 2-VSPW* |
| TOTALS: | 129 | 97 | 32 | 75% | 3 | 3 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 6-8-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II COD: Capacity 88; pop =86  Moved 4 of 4 (100%)
Level II SNY: Capacity=176; pop.=161  Moved 8 of 12 (67%)
Level III GP: Capacity=1243; pop.=1250  Moved 12 of 47 (26%)
Level III SNY: Capacity=360; pop.=353  Moved 6 of 40 (15%)

Level IV GP 180 Capacity=642; pop.=628  Moved 6 of 6 (100%)
Level IV GP 270 Capacity=300; pop.=305  Moved 1 of 7 (15%)
Level IV SNY 180: Capacity=96; pop.=94  Moved 4 of 18  (23%)
Level IV SNY 270: Capacity=450; pop.=431  Moved 10 of 46 (22%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001

September 4, 2012

Matthew A. Lopes, Jr. Esquire                          via: Debbie J. Vorous, Esquire
Office of the Special Master                                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                       P. O. Box 944255
                                                            Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of July, 2012, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 324-2933.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
     Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Linda Holden, Esq., *Coleman* Deputy Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Kerry C. Hughes, M.D., *Coleman* Expert
     Raymond F. Patterson, M.D, *Coleman* Expert
     Paul Nicoll, MPA, *Coleman* Monitor
     Ted Ruggles, Ph.D., *Coleman* Expert
     Mary Perrien, Ph.D., *Coleman* Expert
     Yong Joo Erwin, LCSW, *Coleman* Expert
     Kathryn A. Burns, M.D., MPH, *Coleman* Expert
     Henry A. Dlugacz, Esq., *Coleman* Expert
     Kerry F. Walsh, Esq., *Coleman* Monitor
     Patricia Williams, Esq., *Coleman* Monitor
     Haunani Henry, *Coleman* Monitor
     J. Ronald Metz, *Coleman* Monitor
     Debbie Vorous, Esq., Office of the Attorney General
     Heather McCray Esq., Office of Legal Affairs, CDCR

Matthew A. Lopes, Jr. Esquire
Page 3

Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

# WEEKLY EOP POPULATION REPORT
## (For the Week of JULY 30, 2012)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 175 | 1 | 99% | 26 | 0 | 2-WSP, 1-SQRC, 1-CMC, 1-CRC, 1-LAC, 5-MCSP, 5-CIM, 1-HDPSRC, 3-NKSP, 6-RJDRC |
| SATF COD II | 88 | 77 | 11 | 88% | 9 | 9 | *1-WSP, 2-RJDRC, 2-NKSP, 1-SVSP, 2-CMC, 1-CMF* |
| CMC III | 580 | 567 | 13 | 98% | 0 | 0 | |
| CMF III | 333 | 351 | -18 | 105% | 12 | 4 | *1-FOL, 1-PVSP, 1-SCC, 1-SVSP,* 3-SATF, 3-SAC, 1-MCSP, 1-CMC |
| RJD III | 330 | 328 | 2 | 99% | 8 | 2 | *1-SAC, 1-CMC,* 2-CMF, 1-CMC, 1-SATF, 1-PBSP, 1-SAC |
| LAC IV (270) | 300 | 303 | -3 | 101% | 10 | 3 | *1-SAC, 1-SVSP, 1-MCSP,* 2-SVSP, 2-SAC, 2-PBSP, 1-CMC |
| MCSP SNY III | 360 | 361 | -1 | 100% | 32 | 5 | *1-NKSP, 1-WSP, 1-CIM, 1-LAC, 1-RJD,* 3-AVE, 3-RJDRC, 2-CIM, 2-SATF, 5-LAC, 2-KVSP, 4-CTF, 6-COR |
| COR SNY IV (270) | 150 | 150 | 0 | 100% | 8 | 1 | *1-MCSP,* 1-MCSP, 2-LAC, 2-RJD, 2-SAC |
| MCSP SNY IV (270) | 150 | 142 | 8 | 95% | 5 | 5 | *1-NKSP, 1-SAC, 1-PVSP, 1-LAC, 1-COR* |
| RJD SNY IV (270) | 150 | 149 | 1 | 99% | 12 | 3 | *1-MCSP, 1-PVSP, 1-CMC,* 1-CMC, 4-LAC, 2-MCSP, 2-SAC |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 18 | 2 | *1-WSP, 1-SAC,* 1-SVSP, 2-SAC, 4-RJD, 4-MCSP, 3-LAC, 1-COR, 1-CMC |
| PBSP IV (180) | 66 | 62 | 4 | 94% | 0 | 0 | |
| SAC IV (180) | 384 | 355 | 29 | 92% | 0 | 0 | |
| SVSP IV (180) | 192 | 183 | 9 | 95% | 2 | 2 | *1-LAC, 1-SAC* |
| TOTALS: | 3355 | 3296 | 59 | 98% | 142 | 36 | |

(per 7-27-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 18 | 2 | 90% | 6 | 0 | 2-CIW, 4-VSPW |
| PBSP PSU | 128 | 117 | 11 | 91% | 9 | 3 | *2-COR, 1-SVSP,* 1-LAC, 3-CMC, 2-SVSP |
| SAC PSU | 256 | 238 | 18 | 93% | 13 | 4 | *2-CMC, 1-COR, 1-CMF,* 1-RJD, 6-MCSP, 2-CMC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 42 | 12 | 78% | 0 | 0 | |
| CIW | 75 | 46 | 29 | 61% | 0 | 0 | |
| TOTALS: | 129 | 88 | 41 | 68% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 7-27-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II COD: Capacity 88; pop.=77 Moved 9 of 9 (100%)
Level II SNY: Capacity=176; pop.=175 Moved 0 of 26 (0%)
Level III GP: Capacity=1243; pop.=1246 Moved 6 of 20 (30%)
Level III SNY: Capacity=360; pop.=361 Moved 5 of 32 (16%)

Level IV GP 180 Capacity=642; pop.=600 Moved 2 of 2 (100%)
Level IV GP 270 Capacity=300; pop.=303 Moved 3 of 10 (30%)
Level IV SNY 180: Capacity=96; pop.=93 Moved 2 of 18 (12%)
Level IV SNY 270: Capacity=450; pop.=441 Moved 9 of 25 (36%)

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



October 1, 2012

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Point Way, Suite 301
Providence, RI 02908

via: Debbie J. Vorous, Esquire
Deputy Attorney General
Department of Justice
1300 "I" Street, Suite 125
P. O. Box 944255
Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of August, 2012, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR

Matthew A. Lopes, Jr. Esquire
Page 3

Michael Bien, Esq., Rosen, Bien and Galvan

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS

Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS

Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**
**(For the Week of AUG. 27, 2012)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 170 | 6 | 97% | 46 | 3 | *1-WSP, 2-NKSP,* 1-AVE, 1-CMC, 1-COR, 3-LAC, 7-MCSP, 1-PVSP, 1-RJD, 11-CIM, 5-NKSP, 10-RJDRC, 2-WSP |
| SATF COD II | 88 | 83 | 5 | 94% | 16 | 0 | 1-WSP, 1-NKSP, 4-CIM, 1-SAC, 3-RJD, 3-CMF, 3-CMC |
| CMC III | 580 | 545 | 35 | 94% | 8 | 8 | *1-CCC, 1-MCSP, 1-SATF, 2-SCC, 2-NKSP, 1-SQRC* |
| CMF III | 333 | 333 | 0 | 100% | 11 | 5 | *1-CTF, 2-LAC, 1-SAC, 1-SOL,* 1-SATF, 3-SAC, 2-CMC |
| RJD III | 330 | 321 | 9 | 97% | 12 | 6 | *1-CMF, 1-DVIRC, 1-SAC, 1-FOL, 2-COR,* 3-CMC, 1-CMF, 1-SAC, 1-SVSP |
| LAC IV (270) | 300 | 306 | -6 | 102% | 10 | 1 | *1-PBSP,* 2-SVSP, 6-SAC, 1-COR |
| MCSP SNY III | 360 | 359 | 1 | 100% | 32 | 3 | *1-AVE, 1-DVIRC, 1-NKSP,* 2-AVE, 1-CMC, 3-COR, 4-CTF, 2-KVSP, 5-LAC, 2-SAC, 1-SCC, 1-CIM, 3-RJDRC, 1-SQRC, 4-WSP |
| COR SNY IV (270) | 150 | 140 | 10 | 93% | 8 | 7 | *3-SAC, 1-PVSP, 1-SVSP, 1-LAC, 1-KVSP,* 1-PVSP |
| MCSP SNY IV (270) | 150 | 133 | 17 | 89% | 1 | 1 | *1-SAC* |
| RJD SNY IV (270) | 150 | 156 | -6 | 104% | 11 | 0 | 4-SAC, 3-LAC, 2-MCSP, 2-CMC |
| KVSP SNY IV (180) | 96 | 94 | 2 | 98% | 15 | 0 | 6-RJD, 1-SAC, 3-LAC, 4-MCSP, 1-CMC |
| PBSP IV (180) | 66 | 64 | 2 | 97% | 0 | 0 | |
| SAC IV (180) | 384 | 363 | 21 | 95% | 1 | 1 | *1-CMC* |
| SVSP IV (180) | 192 | 178 | 14 | 93% | 1 | 1 | *1-CMF* |
| TOTALS: | 3355 | 3245 | 110 | 97% | 172 | 36 | |

(per 8-24-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 19 | 1 | 95% | 5 | 0 | 3-VSPW, 2-CIW |
| PBSP PSU | 128 | 120 | 8 | 94% | 5 | 2 | *1-RJD, 1-MCSP,* 1-SVSP, 2-COR |
| SAC PSU | 256 | 243 | 13 | 95% | 6 | 5 | *2-LAC, 1-PBSP, 1-MCSP, 1-SVSP,* 1-MCSP |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 41 | 13 | 76% | 0 | 0 | |
| CIW | 75 | 46 | 29 | 61% | 2 | 2 | *2-CCWFRC* |
| TOTALS: | 129 | 87 | 42 | 67% | 2 | 2 | |

Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats approved for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 8-24-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II COD: Capacity 88; pop =83 Moved 0 of 16 (0%)
Level II SNY: Capacity=176; pop.=170 Moved 3 of 46 (7%)
Level III GP: Capacity=1243; pop =1199 Moved 19 of 31 (62%)
Level III SNY: Capacity=360; pop =359 Moved 3 of 32 (10%)

Level IV GP 180 Capacity=642; pop.=605 Moved 2 of 2 (100%)
Level IV GP 270 Capacity=300, pop.=306 Moved 1 of 10 (10%)
Level IV SNY 180: Capacity=96; pop.=94 Moved 0 of 15 (0%)
Level IV SNY 270: Capacity=450; pop.=429 Moved 8 of 20 (40%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



November 1, 2012

Matthew A. Lopes, Jr. Esquire                          via: Debbie J. Vorous, Esquire
Office of the Special Master                                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                               Department of Justice
317 Iron Horse Point Way, Suite 301                         1300 "I" Street, Suite 125
Providence, RI  02908                                       P. O. Box 944255
                                                            Sacramento, CA  94244-2550

### RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of September, 2012, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*[signature]*

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:   Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan

Matthew A. Lopes, Jr. Esquire
Page 3


Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health
    Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health
    Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program
    Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**

**(For the Week of SEP. 10, 2012)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 176 | 169 | 7 | 96% | 48 | 6 | *6-RJDRC,* 1-AVE, 3-CCI, 1-CMC, 1-PVSP, 1-RJD, 2-SAC, 1-SCC, 1-SVSP, 1-CIM, 2-DVIRC, 8-NKSP, 3-RJDRC, 4-WSP |
| SATF COD II | 88 | 84 | 4 | 95% | 25 | 0 | 3-CIM, 3-RJD, 13-MCSP, 2-CMF, 4-CMC |
| CMC III | 580 | 540 | 40 | 93% | 0 | 0 | |
| CMF III | 333 | 332 | 1 | 100% | 10 | 3 | *3-CMC,* 3-SAC, 1-SATF, 1-SCC, 1-SOL, 1-DVIRC |
| RJD III | 330 | 323 | 7 | 98% | 11 | 11 | *1-SVSP, 1-SAC, 1-PBSP, 1-LAC, 4-CMF, 3-CMC* |
| LAC IV (270) | 300 | 305 | -5 | 102% | 12 | 1 | *1-PBSP,* 1-CMF, 1-COR, 6-SAC, 3-SVSP |
| MCSP SNY III | 360 | 357 | 3 | 99% | 36 | 14 | *6-WSP, 1-SQRC, 3-NKSP, 3-RJDRC,* *1-CIM,* 2-AVE, 1-CMC, 4-COR, 4-CTF, 2-KVSP, 5-LAC, 3-RJD, 1-SAC |
| COR SNY IV (270) | 150 | 144 | 6 | 96% | 4 | 4 | *2-MCSP, 1-LAC, 1-RJD* |
| MCSP SNY IV (270) | 150 | 127 | 23 | 85% | 2 | 2 | *1-CMF, 1-RJD* |
| RJD SNY IV (270) | 150 | 162 | -12 | 108% | 8 | 0 | 2-SAC, 3-MCSP, 1-LAC, 2-CMC |
| KVSP SNY IV (180) | 96 | 96 | 0 | 100% | 21 | 2 | *2-NKSP,* 1-SATF, 1-SAC, 5-RJD, 1-PBSP, 6-MCSP, 2-LAC, 1-CMF, 2-CMC |
| PBSP IV (180) | 66 | 59 | 7 | 89% | 2 | 2 | *1-RJD, 1-HDSP* |
| SAC IV (180) | 384 | 361 | 23 | 94% | 1 | 1 | *1-SVSP* |
| SVSP IV (180) | 192 | 176 | 16 | 92% | 2 | 2 | *1-LAC, 1-COR* |
| TOTALS: | 3355 | 3235 | 120 | 96% | 182 | 48 | |

(per 9-7-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 18 | 2 | 90% | 3 | 0 | 2-VSPW, 1-CIW |
| PBSP PSU | 128 | 122 | 6 | 95% | 7 | 0 | 1-CMC, 3-COR, 1-CMF, 1-SVSP, 1-RJD |
| SAC PSU | 256 | 236 | 20 | 92% | 7 | 0 | 3-CMF, 1-COR, 1-MCSP, 1-RJD, 1-LAC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 34 | 20 | 63% | 0 | 0 | |
| CIW | 75 | 53 | 22 | 71% | 0 | 0 | |
| TOTALS: | 129 | 87 | 42 | 67% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 9-7-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level I COD: Capacity 88; pop = 84   Moved 0 of 25  (0%)
Level II SNY: Capacity=176; pop.=169  Moved 6 of 48 (13%)
Level II GP: Capacity=1243; pop.=1195  Moved 14 of 21  (67%)
Level III SNY: Capacity=360; pop = 357  Moved 14 of 36 (39%)

Level IV GP 180 Capacity=642; pop.= 596  Moved 5 of 5 (100%)
Level IV GP 270 Capacity=300; pop.= 305  Moved 1 of 12  (9%)
Level IV SNY 180: Capacity=96; pop.= 96  Moved 2 of 21  (10%)
Level IV SNY 270: Capacity=450; pop.= 433  Moved 6 of 14  (43%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



December 3, 2012

Matthew A. Lopes, Jr. Esquire                          via: Debbie J. Vorous, Esquire
Office of the Special Master                                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                               Department of Justice
317 Iron Horse Point Way, Suite 301                         1300 "I" Street, Suite 125
Providence, RI  02908                                       P. O. Box 944255
                                                            Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of October, 2012, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Mary Perrien, Ph.D., *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan

Matthew A. Lopes, Jr. Esquire
Page 3

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS

Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS

Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**
**(For the Week of OCT. 22, 2012)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 264 | 223 | 41 | 84% | 69 | 15 | *10-NKSP, 5-WSP,* 1-WSP, 4-CIM, 2-SCC, 1-PVSP, 43-MCSP, 2-LAC, 1-AVE |
| SATF COD II | 88 | 83 | 5 | 94% | 7 | 5 | *2-NKSP, 1-SQRC, 1-CMC, 1-CMF,* 1-CMC, 1-CMF |
| CMC III | 580 | 526 | 54 | 91% | 12 | 12 | *1-LAC, 1-PVSP, 1-RJD, 1-SAC, 1-SATF, 1-SOL, 4-NKSP, 1-SQRC, 1-WSP* |
| CMF III | 333 | 341 | -8 | 102% | 13 | 0 | 2-CMC, 1-LAC, 1-PBSP, 1-RJD, 2-SAC, 1-SATF, 3-SOL, 1-SVSP, 1-DVIRC |
| RJD III | 330 | 320 | 10 | 97% | 11 | 11 | *1-CMC, 2-CMF, 4-LAC, 1-SAC, 2-SATF, 1-NKSP* |
| LAC IV (270) | 300 | 305 | -5 | 102% | 7 | 3 | *1-SAC, 1-CMC, 1-CMF,* 2-PBSP, 2-SAC |
| MCSP SNY III | 360 | 353 | 7 | 98% | 31 | 9 | *3-KVSP, 1-SATF, 1-SAC, 2-SVSP, 1-NKSP, 1-WSP,* 6-RJD, 8-LAC, 8-COR |
| COR SNY IV (270) | 150 | 142 | 8 | 95% | 7 | 0 | 1-KVSP, 1-LAC, 2-RJD, 1-SAC, 1-SATF, 1-SVSP |
| MCSP SNY IV (270) | 150 | 128 | 22 | 85% | 10 | 10 | *3-NKSP, 1-RJD, 1-SAC, 2-LAC, 2-COR, 1-CMC* |
| RJD SNY IV (270) | 150 | 149 | 1 | 99% | 10 | 4 | *1-WSP, 1-SAC, 2-MCSP,* 1-CMC, 1-PBSP, 1-LAC, 3-SAC |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 10 | 0 | 2-SATF, 1-SAC, 1-SVSP, 5-LAC, 1-PVSP |
| PBSP IV (180) | 66 | 59 | 7 | 89% | 0 | 0 | |
| SAC IV (180) | 384 | 356 | 28 | 93% | 1 | 1 | *1-LAC* |
| SVSP IV (180) | 192 | 170 | 22 | 89% | 1 | 1 | *1-LAC* |
| TOTALS: | 3443 | 3248 | 195 | 94% | 189 | 71 | |

(per 10-19-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 16 | 4 | 80% | 3 | 3 | *3-CIW* |
| PBSP PSU | 128 | 119 | 9 | 93% | 7 | 2 | *2-MCSP,* 3-SVSP, 1-RJD, 1-COR |
| SAC PSU | 256 | 240 | 16 | 94% | 13 | 3 | *1-SAC, 2-SVSP,* 3-CMC, 2-LAC, 1-MCSP, 3-COR, 1-RJD |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 36 | 18 | 67% | 0 | 0 | |
| CIW | 75 | 58 | 17 | 77% | 0 | 0 | |
| TOTALS: | 129 | 94 | 35 | 73% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 10-19-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II COD: Capacity 88; pop.=83 Moved 5 of 7 (72%)
Level II SNY: Capacity=264; pop.=223 Moved 15 of 69 (22%)
Level III GP: Capacity=1243; pop.=1187 Moved 23 of 36 (64%)
Level III SNY: Capacity=360; pop.=353 Moved 9 of 31 (29%)

Level IV GP 180 Capacity=642; pop.=585 Moved 2 of 2 (100%)
Level IV GP 270 Capacity=300; pop.=305 Moved 3 of 7 (43%)
Level IV SNY 180: Capacity=96; pop.=93 Moved 0 of 10 (0%)
Level IV SNY 270: Capacity=450; pop.=419 Moved 14 of 27 (52%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



January 3, 2013

Matthew A. Lopes, Jr. Esquire                via: Debbie J. Vorous, Esquire
Office of the Special Master                       Deputy Attorney General
Pannone Lopes & Devereaux LLC                      Department of Justice
317 Iron Horse Point Way, Suite 301                1300 "I" Street, Suite 125
Providence, RI 02908                               P. O. Box 944255
                                                   Sacramento, CA 94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of November, 2012, data (or as
otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and
   Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary
   and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly
   Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center
   (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
   Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH
    Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative
    Segregated Hub institutions.

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Mary Perrien, Ph.D., *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan

Matthew A. Lopes, Jr. Esquire
Page 3

Donald Specter, Esq., Prison Law Office

Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS

Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS

Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**

**(For the Week of NOV. 5, 2012)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 264 | 251 | 13 | 95% | 52 | 15 | 3-WSP, 3-NKSP, 3-DVIRC, 1-CIM, 2-SCC, 2-MCSP, 1-CTF, 31-MCSP, 1-SVSP, 1-SAC, 1-RJD, 2-LAC, 1-PVSP |
| SATF COD II | 88 | 82 | 6 | 93% | 9 | 4 | 1-WSP, 3-NKSP, 2-CIM, 2-CMC, 1-CMF |
| CMC III | 580 | 524 | 56 | 90% | 6 | 6 | 1-RJD, 1-SAC, 1-DVIRC, 1-NKSP, 2-SQRC |
| CMF III | 333 | 345 | -12 | 104% | 22 | 0 | 1-DVIRC, 2-SVSP, 6-SOL, 1-SATF, 3-SAC, 1-RJD, 1-PBSP, 2-LAC, 5-CMC |
| RJD III | 330 | 319 | 11 | 97% | 13 | 10 | 1-WSP, 1-NKSP, 1-SAC, 4-LAC, 1-CMF, 2-CMC, 2-PBSP, 1-LAC |
| LAC IV (270) | 300 | 296 | 4 | 99% | 8 | 8 | 1-SVSP, 1-WSP, 3-SAC, 2-PBSP, 1-CMF |
| MCSP SNY III | 360 | 349 | 11 | 97% | 22 | 5 | 3-NKSP, 2-COR, 3-COR, 2-KVSP, 5-LAC, 6-RJD, 1-SATF |
| COR SNY IV (270) | 150 | 147 | 3 | 98% | 2 | 2 | 1-LAC, 1-SAC |
| MCSP SNY IV (270) | 150 | 138 | 12 | 92% | 2 | 2 | 1-SVSP, 1-SAC |
| RJD SNY IV (270) | 150 | 152 | -2 | 101% | 6 | 0 | 3-SAC, 1-CIM, 1-LAC, 1-CMC |
| KVSP SNY IV (180) | 96 | 92 | 4 | 96% | 8 | 4 | 1-SAC, 1-SATF, 1-SVSP, 1-LAC, 4-LAC |
| PBSP IV (180) | 66 | 58 | 8 | 88% | 0 | 0 | |
| SAC IV (180) | 384 | 350 | 34 | 91% | 1 | 1 | 1-SVSP |
| SVSP IV (180) | 192 | 179 | 13 | 93% | 1 | 1 | 1-CMC |
| TOTALS: | 3443 | 3282 | 161 | 95% | 152 | 58 | |

(per 11-3-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 17 | 3 | 85% | 0 | 0 | |
| PBSP PSU | 128 | 115 | 13 | 90% | 13 | 2 | 1-SVSP, 1-COR, 2-MCSP, 4-CMC, 1-RJD, 2-COR, 2-LAC |
| SAC PSU | 256 | 235 | 21 | 92% | 22 | 5 | 5-SAC, 1-RJD, 2-SVSP, 3-CMC, 4-COR, 4-LAC, 3-SAC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 37 | 17 | 69% | 0 | 0 | |
| CIW | 75 | 54 | 21 | 72% | 0 | 0 | |
| TOTALS: | 129 | 91 | 38 | 71% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 11-3-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-691-0338

*Final*

Level II COD: Capacity 88; pop =82 Moved 4 of 9 (45%)
Level II SNY: Capacity=264; pop.=251 Moved 15 of 52 (29%)
Level III GP: Capacity=1243; pop.=1188 Moved 16 of 41 (39%)
Level III SNY: Capacity=360; pop =349 Moved 5 of 22 (23%)

Level IV GP 180 Capacity=642; pop.=587 Moved 2 of 2 (100%)
Level IV GP 270 Capacity=300; pop.=296 Moved 8 of 8 (100%)
Level IV SNY 180: Capacity=96; pop.=92 Moved 4 of 8 (50%)
Level IV SNY 270: Capacity=450; pop.=437 Moved 4 of 10 (40%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA 94283-0001



February 1, 2013

Matthew A. Lopes, Jr. Esquire                           via: Debbie J. Vorous, Esquire
Office of the Special Master                                  Deputy Attorney General
Pannone Lopes & Devereaux LLC                                Department of Justice
317 Iron Horse Point Way, Suite 301                          1300 "I" Street, Suite 125
Providence, RI  02908                                        P. O. Box 944255
                                                             Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of December, 2012, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:   Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Mary Perrien, Ph.D., *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office

Matthew A. Lopes, Jr. Esquire
Page 3

Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS

Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS

Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health Program, DCHCS

Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

**WEEKLY EOP POPULATION REPORT**

**(For the Week of DEC. 10, 2012)**

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 264 | 262 | 2 | 99% | 59 | 2 | *1-AVE, 1-CTF,* 2-WSP, 4-CIM, 1-NKSP, 1-SVSP, 1-SCC, 3-RJD, 1-PVSP, 39-MCSP, 2-LAC, 1-CTF, 1-AVE, 1-CCI |
| SATF COD II | 88 | 82 | 6 | 93% | 6 | 3 | *1-RJD, 2-CIM,* 3-CMF |
| CMC III | 580 | 539 | 41 | 93% | 10 | 10 | *1-FOL, 2-LAC, 1-RJD, 1-SAC, 1-SATF, 1-SOL, 1-SVSP, 2-WSP* |
| CMF III | 333 | 340 | -7 | 102% | 28 | 0 | 8-CMC, 4-LAC, 1-PBSP, 2-RJD, 2-SAC, 2-SATF, 7-SOL, 2-SVSP |
| RJD III | 330 | 330 | 0 | 100% | 5 | 2 | *1-DVIRC, 1-CMC,* 2-CMC, 1-SAC |
| LAC IV (270) | 300 | 304 | -4 | 101% | 5 | 3 | *1-WSP, 1-SVSP, 1-SAC,* 1-SVSP, 1-CMF |
| MCSP SNY III | 360 | 357 | 3 | 99% | 38 | 7 | *2-SVSP, 1-NKSP, 1-WSP, 1-RJD, 1-KVSP, 1-CMF,* 5-COR, 3-CTF, 2-KVSP, 8-LAC, 9-RJD, 3-SAC, 1-CIM |
| COR SNY IV (270) | 150 | 150 | 0 | 100% | 2 | 2 | *1-SVSP, 1-SAC* |
| MCSP SNY IV (270) | 150 | 148 | 2 | 99% | 7 | 4 | *1-RJD, 3-COR,* 3-SAC |
| RJD SNY IV (270) | 150 | 165 | -15 | 110% | 3 | 0 | 1-CIM, 2-SAC |
| KVSP SNY IV (180) | 96 | 90 | 6 | 94% | 3 | 3 | *1-MCSP, 2-RJD* |
| PBSP IV (180) | 66 | 52 | 14 | 79% | 0 | 0 | |
| SAC IV (180) | 384 | 344 | 40 | 90% | 4 | 4 | *1-WSP, 1-SATF, 1-CMF, 1-CMC* |
| SVSP IV (180) | 192 | 178 | 14 | 93% | 5 | 5 | *1-WSP, 1-NKSP, 1-SAC, 1-LAC, 1-COR* |
| TOTALS: | 3443 | 3341 | 102 | 97% | 175 | 45 | |

(per 12-10-12 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 17 | 3 | 85% | 0 | 0 | |
| PBSP PSU | 128 | 117 | 11 | 91% | 15 | 1 | *1-RJD,* 4-LAC, 1-MCSP, 1-SVSP, 2-CMC, 6-COR |
| SAC PSU | 256 | 235 | 21 | 92% | 15 | 3 | *2-SVSP, 1-SQ,* 6-COR, 1-SVSP, 1-LAC, 2-MCSP, 2-RJD |

| Female Insts. CCWF | 54 | 37 | 17 | 69% | 0 | 0 | |
|---|---|---|---|---|---|---|---|
| CIW | 75 | 58 | 17 | 77% | 0 | 0 | |
| TOTALS: | 129 | 95 | 34 | 74% | 0 | 0 | |

*Inter-institution transfers only. Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 12-7-12) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

Prep by: Health Care Placement Oversight Program - Operations, 916-327-1250

*Final*

Level II COD: Capacity 88; pop =82 Moved 3 of 6  (50%)
Level II SNY: Capacity=264; pop.=262 Moved 0 of 59 (0%)
Level III GP: Capacity=1243; pop.=1209 Moved 12 of 43  (28%)
Level III SNY:  Capacity=360; pop =357 Moved 7 of 38 (19%)

Level IV GP 180 Capacity=642; pop.=574 Moved 9 of 9 (100%)
Level IV GP 270 Capacity=300; pop.=304 Moved 3 of 5 (60%)
Level IV SNY 180: Capacity=96; pop.=90 Moved 3 of 3  (100%)
Level IV SNY 270: Capacity=450; pop=463 Moved 6 of 12  (50%)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA 94283-0001



March 1, 2013

Matthew A. Lopes, Jr. Esquire                via: Debbie J. Vorous, Esquire
Office of the Special Master                      Deputy Attorney General
Pannone Lopes & Devereaux LLC                     Department of Justice
317 Iron Horse Point Way, Suite 301               1300 "I" Street, Suite 125
Providence, RI 02908                              P. O. Box 944255
                                                  Sacramento, CA 94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2013 data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH) (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*[signature]* for

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:  Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Mary Perrien, Ph.D., *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General
Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan

Matthew A. Lopes, Jr. Esquire
Page 3

Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health
Program DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program
Oversight, DCHCS

# WEEKLY EOP POPULATION REPORT
## (For the Week of JAN. 21, 2013)

| Male Institutions | Staffed Capacity | Total Current Pop | Current Vacancies | Percent Filled | Total Seats Requested | Total Seats Provided | Number of Seats Requested for Endorsed Cases, by Sending Location * |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 264 | 258 | 6 | 98% | 82 | 6 | *1-NKSP, 1-LAC, 2-SVSP, 2-DVIRC,* 9-CIM, 11-NKSP, 8-WSP, 1-SCC, 1-RJD, 1-PVSP, 37-MCSP, 1-LAC, 2-CTF, 1-CRC, 1-CMC, 3-AVE |
| SATF COD II | 88 | 86 | 2 | 98% | 4 | 2 | *1-CIM, 1-SAC,* 1-RJD, 1-CMC |
| CMC III | 580 | 559 | 21 | 96% | 16 | 16 | *1-CMF, 5-LAC, 1-MCSP, 1-PBSP, 1-SCC, 1-SVSP, 1-SOL, 2-NKSP, 3-WSP* |
| CMF III | 333 | 326 | 7 | 98% | 20 | 2 | *1-DVIRC, 1-CMC,* 3-SAC, 8-CMC, 3-LAC, 2-SOL, 2-SVSP |
| RJD III | 330 | 329 | 1 | 100% | 26 | 2 | *1-DVIRC, 1-WSP,* 2-SVSP, 1-WSP, 1-SOL, 4-SAC, 3-RJD, 1-PBSP, 1-MCSP, 4-LAC, 7-CMC |
| LAC IV (270) | 300 | 302 | -2 | 101% | 7 | 7 | *1-SVSP, 2-SAC, 3-RJD, 1-PBSP* |
| MCSP SNY III | 360 | 352 | 8 | 98% | 44 | 0 | 2-WSP, 1-NKSP, 2-CIM, 3-SATF, 3-SAC, 13-RJD, 10-LAC, 4-KVSP, 6-COR |
| COR SNY IV (270) | 150 | 150 | 0 | 100% | 4 | 1 | *1-CIM,* 1-SAC, 1-MCSP, 1-LAC |
| MCSP SNY IV (270) | 150 | 154 | -4 | 103% | 15 | 0 | 2-WSP, 2-SVSP, 2-SAC, 3-LAC, 2-KVSP, 2-COR, 2-CMC |
| RJD SNY IV (270) | 150 | 154 | -4 | 103% | 14 | 0 | 1-CIM, 3-SVSP, 1-SATF, 3-SAC, 1-PVSP, 2-MCSP, 1-KVSP, 2-COR |
| KVSP SNY IV (180) | 96 | 90 | 6 | 94% | 3 | 3 | *1-CMC, 1-SAC, 1-PBSP* |
| PBSP IV (180) | 66 | 53 | 13 | 80% | 1 | 1 | *1-LAC* |
| SAC IV (180) | 384 | 323 | 61 | 84% | 1 | 1 | *1-COR* |
| SVSP IV (180) | 192 | 177 | 15 | 92% | 1 | 1 | *1-WSP* |
| TOTALS: | 3443 | 3313 | 130 | 96% | 238 | 42 | |

### (per 1-18-13 PSU Pending List)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 18 | 2 | 90% | 0 | 0 | |
| PBSP PSU | 128 | 119 | 9 | 93% | 14 | 1 | *1-SAC,* 1-LAC, 1-SVSP, 2-CMC, 5-COR, 1-CMF, 3-MCSP |
| SAC PSU | 256 | 243 | 13 | 95% | 18 | 2 | *1-MCSP, 1-LAC,* 1-SQ, 1-RJD, 1-SVSP, 4-LAC, 2-MCSP, 5-COR, 2-CMC |

| Female Insts. | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 37 | 17 | 69% | 0 | 0 | |
| CIW | 75 | 56 | 19 | 75% | 1 | 1 | *1-CCWFRC* |
| TOTALS: | 129 | 93 | 36 | 72% | 1 | 1 | |

*Inter-institution transfers only.  Numbers/locations in bold/italics indicate bus seats assigned for transport this week.
"Total Current Pop" from Population Mgmt. Unit (dated 1-18-13) of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source:  Transportation Weekly Consolidated Worksheet

Prep by:  Health Care Placement Oversight Program - Operations,  916-327-1250

*Final*

Level II COD:  Capacity 88; pop =86  Moved 2 of 4  (50%)
Level II SNY:  Capacity=264; pop.=258  Moved 6 of 82  (8%)
Level III GP:  Capacity=1243; pop.=1214  Moved 20 of 62 (33%)
Level III SNY:  Capacity=360; pop =352  Moved 0 of 44 (0%)

Level IV GP 180 Capacity=642; pop.=553  Moved 3 of 3  (100%)
Level IV GP 270 Capacity=300; pop.=302  Moved 7 of 7  (100%)
Level IV SNY 180:  Capacity=96; pop.=90  Moved 3 of 3 (100%)
Level IV SNY 270:  Capacity=450; pop.=458  Moved 1 of 33 (3%)

# Exhibit 73

# Delays in Access to DSH Hospital Beds and Waitlists

## DECEMBER 2012

| DSH Units | Number of Patients Provided Care in DSH Dec. 2012 | Range of Wait in Days Between Referral and DSH Admission | Percentage of Patients who Waited Longer than Timeline Before DSH Admission | Number of Patients Who Waited Longer than Timeline Before DSH Admission |
|---|---|---|---|---|
| **SVPP** | 395 | 0 - 606 | 55.98% | 221 |
| **Units at VPP** | | | | |
| APP | 253 | 0 - 504 | 73.12% | 185 |
| ICF/P3 | 32 | 0 - 300 | 43.75% | 14 |
| ICF/A2 | 31 | 1 - 729 | 54.84% | 17 |
| ICF/A3 | 25 | 0 - 175 | 20% | 5 |
| ICF/HCTC | 68 | 1 - 153 | 27.94% | 19 |
| ICF/L3 | 36 | 0 - 75 | 8.33% | 3 |
| All ICF Units at VPP | 192 | 0 - 729 | 30.21% | 58 |

| Waitlist | Number of Patients on Waitlist for DSH Care Dec. 2012 | Percentage of Patients who Waited Longer than Timeline Before DSH Acceptance | Average Days on WL from DSH Referral to Date of Report (12-31-12) | Range of Days on WL from Referral to date of Report (12-31-12) | Percentage of Patients Waiting Longer than Timeline for DSH Admission | Number of Patients Waiting Longer than Timeline for DSH Admission |
|---|---|---|---|---|---|---|
| SVPP | 46 | 15.22% | 33.36 | 11 - 82 | 52.17% | 24 |
| VPP/APP | 12 | N/A | 15 | 4 - 33 | 91.67% | 11 |

Data from Dec. 2012 DSH Monthly Bed Utilization Report, Filed Under Seal, 1-16-13, Exhibit 43 to Kahn Decl.

Program Guide timeline for transfer for Acute DMH APP is within 10 days of referral, Intermediate DMH ICF is within 30 days of referral.  *Program Guide 2009 Revision*, 12-1-16.

# Delays in Access to DSH Hospital Beds and Waitlists

## JANUARY 2013

| DSH Units | Number of Patients Provided Care in DSH Jan. 2013 | Range of Wait in Days Between Referral and DSH Admission | Percentage of Patients who Waited Longer than Timeline Before DSH Admission | Number of Patients Who Waited Longer than Timeline Before DSH Admission |
|---|---|---|---|---|
| **SVPP** | 396 | 0 – 177 | 58.33% | 231 |
| **Units at VPP** | | | | |
| APP | 252 | 0 – 504 | 73.8% | 186 |
| ICF/P3 | 34 | 0 – 300 | 32.35% | 11 |
| ICF/A2 | 31 | 2 – 729 | 51.61% | 16 |
| ICF/A3 | 23 | 0 – 175 | 17.39% | 4 |
| ICF/HCTC | 68 | 1 – 153 | 26.47% | 18 |
| ICF/L3 | 37 | 0 – 225 | 8.11% | 3 |
| All ICF Units at VPP | 193 | 0 – 729 | 26.94% | 52 |

| Waitlist | Number of Patients on Waitlist for DSH Care Jan. 2013 | Percentage of Patients who Waited Longer than Timeline Before DSH Acceptance | Average Days on WL from DSH Referral to Date of Report (1-31-13) | Range of Days on WL from Referral to date of Report (1-31-13) | Percentage of Patients Waiting Longer than Timeline for DSH Admission | Number of Patients Waiting Longer than Timeline for DSH Admission |
|---|---|---|---|---|---|---|
| **SVPP** | 29 | 24.14% | 28.45 | 6 – 64 | 34.48% | 10 |
| **VPP/APP** | 21 | N/A | 9.33 | 0 – 45 | 28.57% | 6 |

Data from Jan. 2013 DSH Monthly Bed Utilization Report, Filed Under Seal 2-15-13, Exhibit 44 to Kahn Decl.

Program Guide timeline for transfer for Acute DMH APP is within 10 days of referral, Intermediate DMH ICF is within 30 days of referral.  *Program Guide 2009 Revision*, 12-1-16.

# Exhibit 74

**SUMMARY OF CASES IN OUTPATIENT HOUSING UNITS**
*May 1 - December 31, 2012*

| Month/Year | Total in OHU | Referred to HC-POP for MHCB | % Referred | Not Referred to HC-POP | % Not Referred | Days in OHU | | | | Total in OHU 3 days or less | % in OHU 3 days or less |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | High | Low | Median | Mean | | |
| May-12 | 148 | 39 | 26% | 109 | 74% | 20.0 | 0.0 | 2.0 | 2.7 | 111 | 75% |
| Jun-12 | 178 | 55 | 37% | 113 | 63% | 29.0 | 0.0 | 2.0 | 2.4 | 152 | 85% |
| Jul-12 | 224 | 97 | 43% | 127 | 57% | 11.0 | 0.0 | 1.0 | 1.9 | 198 | 88% |
| Aug-12 | 154 | 46 | 30% | 108 | 70% | 17.0 | 0.0 | 1.0 | 1.8 | 139 | 90% |
| Sep-12 | 136 | 39 | 29% | 97 | 71% | 13.0 | 0.0 | 1.0 | 1.8 | 124 | 91% |
| Oct-12 | 96 | 44 | 46% | 52 | 54% | 6.0 | 0.0 | 1.0 | 1.4 | 91 | 95% |
| Nov-12 | 92 | 39 | 42% | 53 | 58% | 4.0 | 0.0 | 1.0 | 1.5 | 89 | 97% |
| Dec-12 | 92 | 28 | 30% | 64 | 70% | 4.0 | 0.0 | 1.0 | 1.5 | 90 | 98% |
| TOTAL | 1120 | 397 | 35% | 723 | 65% | | | | | 994 | 89% |
| AVG/MO | 140 | 50 | 35% | 90 | 65% | 13.0 | 0.0 | 1.3 | 1.9 | 124 | 89% |

**DISPOSITION OF CASES IN OUTPATIENT HOUSING UNITS**

| Week | MHCB Placement | No MHCB Placement | TOTAL CASES | % Placed |
|---|---|---|---|---|
| May-12 | 34 | 114 | 148 | 23% |
| Jun-12 | 55 | 123 | 178 | 31% |
| Jul-12 | 81 | 143 | 224 | 36% |
| Aug-12 | 43 | 111 | 154 | 28% |
| Sep-12 | 39 | 97 | 136 | 29% |
| Oct-12 | 41 | 55 | 96 | 43% |
| Nov-12 | 32 | 60 | 92 | 35% |
| Dec-12 | 29 | 63 | 92 | 32% |
| TOTAL | 354 | 766 | 1120 | 32% |
| AVG/MO | 44 | 96 | 140 | 32% |

| DISPOSITION DETAIL OF CASES REFERRED TO HC-POP | | | | DISPOSITION DETAIL OF CASES NOT REFERRED TO HC-POP | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Week | Transferred to MHCB | Intra-Inst MHCB Placement | Rescinded (Deemed no MHCB, Outpatient Placement) | TOTAL REFERRED | Intra-Inst MHCB Placement | Deemed no MHCB, Outpatient Placement | Deemed no MHCB, DSH Placement | Out to Medical | Parole | TOTAL NOT REFERRED |
| May-12 | 33 | 1 | 5 | 39 | 0 | 106 | 1 | 1 | 1 | 109 |
| Jun-12 | 47 | 6 | 12 | 65 | 2 | 111 | 0 | 0 | 0 | 113 |
| Jul-12 | 67 | 8 | 22 | 97 | 6 | 118 | 1 | 2 | 0 | 127 |
| Aug-12 | 35 | 5 | 6 | 46 | 3 | 101 | 2 | 2 | 0 | 108 |
| Sep-12 | 31 | 1 | 7 | 39 | 7 | 82 | 2 | 6 | 0 | 97 |
| Oct-12 | 30 | 4 | 10 | 44 | 7 | 44 | 1 | 0 | 0 | 52 |
| Nov-12 | 26 | 2 | 11 | 39 | 4 | 47 | 0 | 0 | 0 | 53 |
| Dec-12 | 28 | 0 | 0 | 28 | 1 | 63 | 0 | 0 | 0 | 64 |
| TOTAL | 297 | 27 | 73 | 397 | 30 | 672 | 7 | 11 | 3 | 723 |
| AVG/MO | 37 | 3 | 9 | 50 | 4 | 84 | 1 | 1 | 0 | 90 |

Rick Johnson
February 25, 2013
**Exhibit No. 13**
Megan F. Alvarez
RPR, CSR No. 12470

January 31, 2013

# Exhibit 75

Case No. CIV S-90-0520 LKK JFM P (E.D. Cal)
C01-1351 THE (N.D. Cal)
PLTF Exhibit No. P - 263
Date Entered:
Signature:
Alternate Reference:



### Mental Health Crisis Bed (MHCB) Unmet Need

Legend:
- Total MHCB Referrals to Health Care Placement Oversight Program
- Total MHCB Transfers by Health Care Placement Oversight Program

| | Nov-06 | Dec-06 | Feb-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Oct-07 | Nov-07 | Dec-07 | Jan-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total MHCB Referrals to Health Care Placement Oversight Program | 85 | 110 | 125 | 101 | 157 | 179 | 108 | 134 | 215 | 147 | 181 | 217 | 276 | 291 | 298 | 355 | 388 | 322 |
| Total MHCB Transfers by Health Care Placement Oversight Program | 58 | 64 | 73 | 50 | 77 | 57 | 47 | 63 | 58 | 49 | 40 | 60 | 47 | 40 | 45 | 52 | 104 | 135 |

Please note that missing monthly data reflect those months for which a report was not provided by CDCR.

Source: CDCR's Monthly Summary of Inter-Institutional Mental Health Crisis Bed Referrals and Transfers. Health Care Placement Oversight Program, Division of Correctional Health Care Services. Coleman Plaintiffs' Trial Exhibits 119-135, Joint Plaintiffs' Trial Exhibit 328-328.

Plaintiffs' Exhibit P540-555; P586-587

# Exhibit 76

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



March 1, 2013

Matthew A. Lopes, Jr. Esquire                    via: Debbie J. Vorous, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                   Department of Justice
317 Iron Horse Point Way, Suite 301                1300 "I" Street, Suite 125
Providence, RI  02908                                   P. O. Box 944255
                                                        Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND**
**RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF**
**VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2013 data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH) (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc:   Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
      Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Linda Holden, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert
      Raymond F. Patterson, M.D, *Coleman* Expert
      Paul Nicoll, MPA, *Coleman* Monitor
      Mary Perrien, Ph.D., *Coleman* Expert
      Kathryn A. Burns, M.D., MPH, *Coleman* Expert
      Henry A. Dlugacz, Esq., *Coleman* Expert
      Kerry F. Walsh, Esq., *Coleman* Monitor
      Patricia Williams, Esq., *Coleman* Monitor
      Haunani Henry, *Coleman* Monitor
      Debbie Vorous, Esq., Office of the Attorney General
      Heather McCray Esq., Office of Legal Affairs, CDCR
      Michael Stone, Esq., Office of Legal Affairs, CDCR
      Michael Bien, Esq., Rosen, Bien and Galvan

Matthew A. Lopes, Jr. Esquire
Page 3

Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health Program DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program Oversight, DCHCS

State of California                                             California Department of Corrections and Rehabilitation

# Memorandum

Date:   February 19, 2013

To:     Diana Toche
        Director (A)
        Division of Health Care Services

Subject: **SUMMARY OF INTER-INSTITUTIONAL MENTAL HEALTH CRISIS BED REFERRALS
         AND TRANSFERS FOR JANUARY 2013**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and placements coordinated by Health Care Placement Oversight Program (HC-POP) staff. During the month of **January 2013**, there were **332 MHCB** referrals. Of the 332 referrals, **155** were placed. The **177** not placed (**53%** of those referred) were rescinded by the referring clinician. Of the **177** rescinded, **99** no longer required MHCB treatment, **73** were placed in a MHCB internally, **three** paroled, and **two** were not medically cleared.

**Attachment 1** summarizes the referrals/transfers/rescinded cases by sending institution and previous levels of care. Additionally, every referral is tallied by classification score.

**Attachment 2A (4 pages)** provides additional details of the completed referrals/transfers, including transfer timeframes, average number of days waiting to transfer, and prior level of care. For the **155** transferred, the average number of days waiting was **1.07**. Of the **155** transferred, **121** cases were transferred within the required 24 hours.

**Attachment 2B (5 pages)** provides details regarding those MHCB referrals that were rescinded by the referring institution. **Attachment 2C** summarizes the cases rescinded.

**Attachment 3** summarizes, by institution, the average number of days referrals waited before being transferred or rescinded.

**Attachment 4** is no longer included as part of the summary. The temporary MHCBs at CMF/Acute Psychiatric Program (APP) have been returned to APP use; thus, Attachment 4 is no longer applicable.

Please let me know if you have any questions about the information provided.


*Original Signed By*
**Robert M. Calderon**
Chief/Associate Warden
Health Care Placement Oversight Program
Division of Health Care Services

Attachments

cc:   Tim Belavich
      Health Care Regional Administrators
      Mental Health Regional Administrators
      Michael Morrison
      Cathy Jefferson
      HC-POP Staff

ATTACHMENT 1

**SUMMARY**
TRANSFERRED AND RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
JANUARY 2013

| | TOTAL REFERRALS | | | | | | | REFERRED AND TRANSFERRED | | | | | | | REFERRED AND RESCINDED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL |
| ASP | 5 | 1 | 0 | 0 | 0 | 6 | 1.81% | 5 | 1 | 0 | 0 | 0 | 6 | 3.87% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CAL | 2 | 0 | 0 | 6 | 0 | 8 | 2.41% | 2 | 0 | 0 | 6 | 0 | 8 | 5.16% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCI | 4 | 0 | 0 | 0 | 0 | 4 | 1.20% | 4 | 0 | 0 | 0 | 0 | 4 | 2.58% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCI-RC | 0 | 0 | 0 | 1 | 0 | 1 | 0.30% | 0 | 0 | 0 | 1 | 0 | 1 | 0.65% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CEN | 1 | 0 | 0 | 3 | 0 | 4 | 1.20% | 0 | 0 | 0 | 3 | 0 | 3 | 1.94% | 1 | 0 | 0 | 0 | 0 | 1 | 0.56% |
| CMC | 2 | 11 | 0 | 4 | 0 | 17 | 5.12% | 0 | 2 | 0 | 1 | 0 | 3 | 1.94% | 2 | 9 | 0 | 3 | 0 | 14 | 7.91% |
| CMF | 0 | 2 | 0 | 0 | 2 | 4 | 1.20% | 0 | 0 | 0 | 0 | 2 | 2 | 1.29% | 0 | 2 | 0 | 0 | 0 | 2 | 1.13% |
| CMF-DSH | 0 | 0 | 0 | 0 | 2 | 2 | 0.60% | 0 | 0 | 0 | 0 | 2 | 2 | 1.29% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| COR | 3 | 8 | 0 | 3 | 0 | 14 | 4.22% | 1 | 4 | 0 | 1 | 0 | 6 | 3.87% | 2 | 4 | 0 | 2 | 0 | 8 | 4.52% |
| CRC | 3 | 0 | 0 | 6 | 0 | 9 | 2.71% | 3 | 0 | 0 | 5 | 0 | 8 | 5.16% | 0 | 0 | 0 | 1 | 0 | 1 | 0.56% |
| CTF | 3 | 0 | 0 | 0 | 0 | 3 | 0.90% | 3 | 0 | 0 | 0 | 0 | 3 | 1.94% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI | 3 | 2 | 0 | 1 | 0 | 6 | 1.81% | 3 | 2 | 0 | 1 | 0 | 6 | 3.87% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI-RC | 2 | 2 | 0 | 1 | 0 | 5 | 1.51% | 2 | 2 | 0 | 1 | 0 | 5 | 3.23% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| FOL | 2 | 0 | 0 | 0 | 0 | 2 | 0.60% | 1 | 0 | 0 | 0 | 0 | 1 | 0.65% | 1 | 0 | 0 | 0 | 0 | 1 | 0.56% |
| HDSP | 1 | 0 | 0 | 1 | 0 | 2 | 0.60% | 1 | 0 | 0 | 1 | 0 | 2 | 1.29% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| ISP | 2 | 1 | 0 | 2 | 0 | 5 | 1.51% | 2 | 1 | 0 | 2 | 0 | 5 | 3.23% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| KVSP | 7 | 1 | 0 | 1 | 0 | 9 | 2.71% | 0 | 1 | 0 | 0 | 0 | 1 | 0.65% | 7 | 0 | 0 | 1 | 0 | 8 | 4.52% |
| LAC | 4 | 14 | 0 | 4 | 0 | 22 | 6.63% | 2 | 10 | 0 | 3 | 0 | 15 | 9.68% | 2 | 4 | 0 | 1 | 0 | 7 | 3.95% |
| LAC-RC | 0 | 0 | 0 | 1 | 0 | 1 | 0.30% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 1 | 0 | 1 | 0.56% |
| NKSP36 | 0 | 2 | 0 | 0 | 0 | 2 | 0.60% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 2 | 0 | 0 | 0 | 2 | 1.13% |
| NKSP-RC | 20 | 27 | 0 | 23 | 0 | 70 | 21.08% | 7 | 5 | 0 | 8 | 0 | 20 | 12.90% | 13 | 22 | 0 | 15 | 0 | 50 | 28.25% |
| PBSP | 0 | 1 | 0 | 0 | 0 | 1 | 0.30% | 0 | 1 | 0 | 0 | 0 | 1 | 0.65% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| PVSP | 3 | 0 | 0 | 1 | 0 | 4 | 1.20% | 3 | 0 | 0 | 1 | 0 | 4 | 2.58% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| RJD | 1 | 2 | 0 | 1 | 0 | 4 | 1.20% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 2 | 0 | 1 | 0 | 4 | 2.26% |
| SAC | 0 | 28 | 0 | 3 | 0 | 31 | 9.34% | 0 | 5 | 0 | 0 | 0 | 5 | 3.23% | 0 | 23 | 0 | 3 | 0 | 26 | 14.69% |
| SATF | 10 | 1 | 0 | 2 | 0 | 13 | 3.92% | 4 | 0 | 0 | 1 | 0 | 5 | 3.23% | 6 | 1 | 0 | 1 | 0 | 8 | 4.52% |
| SCC | 1 | 0 | 0 | 0 | 0 | 1 | 0.30% | 1 | 0 | 0 | 0 | 0 | 1 | 0.65% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SOL | 2 | 0 | 0 | 1 | 0 | 3 | 0.90% | 2 | 0 | 0 | 1 | 0 | 3 | 1.94% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SQ | 1 | 0 | 0 | 0 | 0 | 1 | 0.30% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 1 | 0 | 0 | 0 | 0 | 1 | 0.56% |
| SVSP | 11 | 8 | 1 | 3 | 0 | 23 | 6.93% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 11 | 8 | 1 | 3 | 0 | 23 | 12.99% |
| VSP | 2 | 0 | 0 | 0 | 0 | 2 | 0.60% | 2 | 0 | 0 | 0 | 0 | 2 | 1.29% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| WSP | 1 | 1 | 0 | 3 | 0 | 5 | 1.51% | 1 | 1 | 0 | 2 | 0 | 4 | 2.58% | 0 | 0 | 0 | 1 | 0 | 1 | 0.56% |
| WSP-RC | 19 | 16 | 0 | 13 | 0 | 48 | 14.46% | 9 | 13 | 0 | 7 | 0 | 29 | 18.71% | 10 | 3 | 0 | 6 | 0 | 19 | 10.73% |
| TOTAL | 115 | 128 | 1 | 84 | 4 | 332 | 100.00% | 58 | 48 | 0 | 45 | 4 | 155 | 100.00% | 57 | 80 | 1 | 39 | 0 | 177 | 100.00% |
| % TTL | 34.64% | 38.55% | 0.30% | 25.30% | 1.20% | 100.00% | | 37.42% | 30.97% | 0.00% | 29.03% | 2.58% | 100.00% | | 32.20% | 45.20% | 0.56% | 22.03% | 0.00% | 100.00% | |

**Referrals by Classification Score**

| Score | Total |
|---|---|
| 0-18 | 43 |
| 19-35 | 79 |
| 36-59 | 49 |
| 60+ | 110 |
| TOTAL | 281 |
| Not Calc | 51 |
| Grand TTL | 332 |

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE                    ATTACHMENT 2A
**JANUARY 2013**

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| ASP | COR | 1/6/2013 | 1/6/2013 | CCCMS | 0 |
| ASP | MCSP | 1/30/2013 | 1/31/2013 | CCCMS | 1 |
| ASP | SATF | 1/17/2013 | 1/18/2013 | CCCMS | 1 |
| ASP | SOL | 1/2/2013 | 1/4/2013 | CCCMS | 2 |
| ASP | SOL | 1/2/2013 | 1/4/2013 | CCCMS | 2 |
| ASP | MCSP | 1/20/2013 | 1/21/2013 | EOP | 1 |
| **ASP Average** | | | | | **1.17** |
| CAL | RJD | 1/5/2013 | 1/6/2013 | CCCMS | 1 |
| CAL | RJD | 1/11/2013 | 1/12/2013 | CCCMS | 1 |
| CAL | SVSP | 1/11/2013 | 1/12/2013 | GP/OP | 1 |
| CAL | CIM | 1/17/2013 | 1/18/2013 | GP/OP | 1 |
| CAL | CMC | 1/29/2013 | 1/30/2013 | GP/OP | 1 |
| CAL | PVSP | 1/23/2013 | 1/25/2013 | GP/OP | 2 |
| CAL | RJD | 1/3/2013 | 1/4/2013 | GP/OP | 1 |
| CAL | SVSP | 1/24/2013 | 1/26/2013 | GP/OP | 2 |
| **CAL Average** | | | | | **1.25** |
| CCI | CMC | 1/5/2013 | 1/6/2013 | CCCMS | 1 |
| CCI | CMC | 1/5/2013 | 1/6/2013 | CCCMS | 1 |
| CCI | PVSP | 1/22/2013 | 1/24/2013 | CCCMS | 2 |
| CCI | RJD | 1/6/2013 | 1/8/2013 | CCCMS | 2 |
| **CCI Average** | | | | | **1.50** |
| CCI-RC | CMC | 1/8/2013 | 1/9/2013 | GP/OP | 1 |
| **CCI-RC Average** | | | | | **1.00** |
| CEN | CIM | 1/17/2013 | 1/17/2013 | GP/OP | 0 |
| CEN | COR | 1/12/2013 | 1/13/2013 | GP/OP | 1 |
| CEN | KVSP | 1/19/2013 | 1/19/2013 | GP/OP | 0 |
| **CEN Average** | | | | | **0.33** |
| CMC | SOL | 1/24/2013 | 1/24/2013 | EOP | 0 |
| CMC | SOL | 1/24/2013 | 1/25/2013 | EOP | 1 |
| CMC | CMC | 1/6/2013 | 1/6/2013 | GP/OP | 0 |
| **CMC Average** | | | | | **0.33** |
| CMF | CIM | 12/27/2012 | 1/3/2013 | DSH | 7 |
| CMF | CIM | 12/28/2012 | 1/10/2013 | DSH | 13 |
| **CMF Average** | | | | | **10.00** |
| CMF-DSH | CMF | 1/16/2013 | 1/16/2013 | DSH | 0 |
| CMF-DSH | CMF | 1/31/2013 | 1/31/2013 | DSH | 0 |
| **CMF-DSH Average** | | | | | **0.00** |
| COR | CMF | 1/19/2013 | 1/20/2013 | CCCMS | 1 |
| COR | CMF | 1/19/2013 | 1/20/2013 | EOP | 1 |
| COR | CMF | 1/24/2013 | 1/25/2013 | EOP | 1 |
| COR | CMF | 1/24/2013 | 1/25/2013 | EOP | 1 |
| COR | PVSP | 1/2/2013 | 1/2/2013 | EOP | 0 |
| COR | CMF | 1/19/2013 | 1/20/2013 | GP/OP | 1 |
| **COR Average** | | | | | **0.83** |
| CRC | CMC | 1/10/2013 | 1/11/2013 | CCCMS | 1 |
| CRC | RJD | 1/9/2013 | 1/9/2013 | CCCMS | 0 |
| CRC | SATF | 1/9/2013 | 1/10/2013 | CCCMS | 1 |
| CRC | CMC | 1/10/2013 | 1/11/2013 | GP/OP | 1 |
| CRC | CMF | 1/20/2013 | 1/21/2013 | GP/OP | 1 |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB becoming available.  Field clinicians
identify the most urgent cases and HQ MHP
senior clinical staff authorize priority placements.

2/19/2013

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2A
JANUARY 2013

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| CRC | PVSP | 1/30/2013 | 1/30/2013 | GP/OP | 0 |
| CRC | RJD | 1/3/2013 | 1/3/2013 | GP/OP | 0 |
| CRC | SVSP | 1/26/2013 | 1/27/2013 | GP/OP | 1 |
| **CRC Average** | | | | | **0.63** |
| CTF | CMC | 1/5/2013 | 1/5/2013 | CCCMS | 0 |
| CTF | SQ | 1/4/2013 | 1/4/2013 | CCCMS | 0 |
| CTF | SVSP | 1/10/2013 | 1/11/2013 | CCCMS | 1 |
| **CTF Average** | | | | | **0.33** |
| DVI | CMF | 1/12/2013 | 1/12/2013 | CCCMS | 0 |
| DVI | CMF | 1/17/2013 | 1/18/2013 | CCCMS | 1 |
| DVI | SATF | 1/29/2013 | 1/31/2013 | CCCMS | 2 |
| DVI | CMF | 1/2/2013 | 1/3/2013 | EOP | 1 |
| DVI | CMF | 1/17/2013 | 1/18/2013 | EOP | 1 |
| DVI | CMF | 1/2/2013 | 1/3/2013 | GP/OP | 1 |
| **DVI Average** | | | | | **1.00** |
| DVI-RC | CMF | 1/5/2013 | 1/5/2013 | CCCMS | 0 |
| DVI-RC | CMF | 1/10/2013 | 1/11/2013 | CCCMS | 1 |
| DVI-RC | CMF | 1/5/2013 | 1/5/2013 | EOP | 0 |
| DVI-RC | SOL | 1/14/2013 | 1/15/2013 | EOP | 1 |
| DVI-RC | CMF | 1/5/2013 | 1/5/2013 | GP/OP | 0 |
| **DVI-RC Average** | | | | | **0.40** |
| FOL | CMF | 1/4/2013 | 1/4/2013 | CCCMS | 0 |
| **FOL Average** | | | | | **0.00** |
| HDSP | SAC | 1/18/2013 | 1/18/2013 | CCCMS | 0 |
| HDSP | CMC | 1/29/2013 | 1/30/2013 | GP/OP | 1 |
| **HDSP Average** | | | | | **0.50** |
| ISP | CIM | 1/17/2013 | 1/18/2013 | CCCMS | 1 |
| ISP | COR | 1/14/2013 | 1/16/2013 | CCCMS | 2 |
| ISP | RJD | 1/2/2013 | 1/3/2013 | EOP | 1 |
| ISP | CIM | 1/16/2013 | 1/17/2013 | GP/OP | 1 |
| ISP | CIM | 1/16/2013 | 1/17/2013 | GP/OP | 1 |
| **ISP Average** | | | | | **1.20** |
| KVSP | CMF | 1/11/2013 | 1/12/2013 | EOP | 1 |
| **KVSP Average** | | | | | **1.00** |
| LAC | SOL | 12/30/2012 | 1/1/2013 | CCCMS | 2 |
| LAC | SVSP | 1/26/2013 | 1/28/2013 | CCCMS | 2 |
| LAC | CIM | 1/28/2013 | 1/29/2013 | EOP | 1 |
| LAC | CMC | 1/27/2013 | 1/29/2013 | EOP | 2 |
| LAC | CMC | 1/29/2013 | 1/30/2013 | EOP | 1 |
| LAC | CMF | 1/6/2013 | 1/8/2013 | EOP | 2 |
| LAC | CMF | 1/11/2013 | 1/12/2013 | EOP | 1 |
| LAC | CMF | 1/21/2013 | 1/22/2013 | EOP | 1 |
| LAC | CMF | 1/21/2013 | 1/23/2013 | EOP | 2 |
| LAC | CMF | 1/25/2013 | 1/26/2013 | EOP | 1 |
| LAC | MCSP | 1/25/2013 | 1/26/2013 | EOP | 1 |
| LAC | MCSP | 1/25/2013 | 1/26/2013 | EOP | 1 |
| LAC | CMC | 1/8/2013 | 1/8/2013 | GP/OP | 0 |
| LAC | SATF | 1/28/2013 | 1/30/2013 | GP/OP | 2 |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB becoming available.  Field clinicians
identify the most urgent cases and HQ MHP
senior clinical staff authorize priority placements.

2/19/2013

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2A

**JANUARY 2013**

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| LAC | SOL | 12/31/2012 | 1/1/2013 | GP/OP | 1 |
| **LAC Average** | | | | | **1.33** |
| NKSP-RC | CMF | 1/12/2013 | 1/13/2013 | CCCMS | 1 |
| NKSP-RC | CMF | 1/28/2013 | 1/30/2013 | CCCMS | 2 |
| NKSP-RC | COR | 1/13/2013 | 1/15/2013 | CCCMS | 2 |
| NKSP-RC | COR | 1/14/2013 | 1/16/2013 | CCCMS | 2 |
| NKSP-RC | COR | 1/28/2013 | 1/30/2013 | CCCMS | 2 |
| NKSP-RC | SAC | 1/1/2013 | 1/3/2013 | CCCMS | 2 |
| NKSP-RC | SATF | 1/7/2013 | 1/10/2013 | CCCMS | 3 |
| NKSP-RC | CMC | 1/2/2013 | 1/4/2013 | EOP | 2 |
| NKSP-RC | CMF | 1/23/2013 | 1/23/2013 | EOP | 0 |
| NKSP-RC | CMF | 1/26/2013 | 1/27/2013 | EOP | 1 |
| NKSP-RC | COR | 1/15/2013 | 1/16/2013 | EOP | 1 |
| NKSP-RC | COR | 1/18/2013 | 1/18/2013 | EOP | 0 |
| NKSP-RC | COR | 1/18/2013 | 1/18/2013 | GP/OP | 0 |
| NKSP-RC | CMC | 1/3/2013 | 1/4/2013 | GP/OP | 1 |
| NKSP-RC | CMF | 1/2/2013 | 1/3/2013 | GP/OP | 1 |
| NKSP-RC | CMF | 1/23/2013 | 1/24/2013 | GP/OP | 1 |
| NKSP-RC | CMF | 1/26/2013 | 1/27/2013 | GP/OP | 1 |
| NKSP-RC | COR | 1/13/2013 | 1/15/2013 | GP/OP | 2 |
| NKSP-RC | COR | 1/16/2013 | 1/17/2013 | GP/OP | 1 |
| NKSP-RC | KVSP | 1/5/2013 | 1/5/2013 | GP/OP | 0 |
| **NKSP-RC Average** | | | | | **1.25** |
| PBSP | CMF | 1/8/2013 | 1/8/2013 | EOP | 0 |
| **PBSP Average** | | | | | **0.00** |
| PVSP | CMF | 1/12/2013 | 1/12/2013 | CCCMS | 0 |
| PVSP | SATF | 1/11/2013 | 1/11/2013 | CCCMS | 0 |
| PVSP | SQ | 1/8/2013 | 1/9/2013 | CCCMS | 1 |
| PVSP | COR | 1/11/2013 | 1/12/2013 | GP/OP | 1 |
| **PVSP Average** | | | | | **0.50** |
| SAC | CMF | 1/6/2013 | 1/6/2013 | EOP | 0 |
| SAC | CMF | 1/6/2013 | 1/6/2013 | EOP | 0 |
| SAC | MCSP | 1/21/2013 | 1/21/2013 | EOP | 0 |
| SAC | MCSP | 1/21/2013 | 1/21/2013 | EOP | 0 |
| SAC | SQ | 1/19/2013 | 1/19/2013 | EOP | 0 |
| **SAC Average** | | | | | **0.00** |
| SATF | CMF | 1/20/2013 | 1/21/2013 | CCCMS | 1 |
| SATF | CMF | 1/22/2013 | 1/23/2013 | CCCMS | 1 |
| SATF | COR | 1/26/2013 | 1/26/2013 | CCCMS | 0 |
| SATF | PVSP | 1/26/2013 | 1/27/2013 | CCCMS | 1 |
| SATF | CMF | 1/22/2013 | 1/23/2013 | GP/OP | 1 |
| **SATF Average** | | | | | **0.80** |
| SCC | CMF | 1/2/2013 | 1/3/2013 | CCCMS | 1 |
| **SCC Average** | | | | | **1.00** |
| SOL | CMF | 1/22/2013 | 1/23/2013 | CCCMS | 1 |
| SOL | SQ | 1/19/2013 | 1/19/2013 | CCCMS | 0 |
| SOL | CMF | 1/4/2013 | 1/4/2013 | GP/OP | 0 |
| **SOL Average** | | | | | **0.33** |
| VSP | CMF | 1/7/2013 | 1/8/2013 | CCCMS | 1 |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB becoming available. Field clinicians
identify the most urgent cases and HQ MHP
senior clinical staff authorize priority placements.

2/19/2013

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE          ATTACHMENT 2A
JANUARY 2013

| Transferred From | Transferred To | Referral Date | Transfer Date | Prior LOC | Days Waiting* |
|---|---|---|---|---|---|
| VSP | SQ | 1/8/2013 | 1/8/2013 | CCCMS | 0 |
| **VSP Average** | | | | | **0.50** |
| WSP | CMF | 1/25/2013 | 1/25/2013 | CCCMS | 0 |
| WSP | COR | 1/12/2013 | 1/12/2013 | EOP | 0 |
| WSP | CMF | 1/15/2013 | 1/17/2013 | GP/OP | 2 |
| WSP | CMF | 1/25/2013 | 1/25/2013 | GP/OP | 0 |
| **WSP Average** | | | | | **0.50** |
| WSP-RC | CIM | 1/3/2013 | 1/4/2013 | CCCMS | 1 |
| WSP-RC | CMF | 1/21/2013 | 1/22/2013 | CCCMS | 1 |
| WSP-RC | CMF | 1/25/2013 | 1/26/2013 | CCCMS | 1 |
| WSP-RC | COR | 1/28/2013 | 1/29/2013 | CCCMS | 1 |
| WSP-RC | KVSP | 1/5/2013 | 1/5/2013 | CCCMS | 0 |
| WSP-RC | MCSP | 1/27/2013 | 1/28/2013 | CCCMS | 1 |
| WSP-RC | MCSP | 1/28/2013 | 1/28/2013 | CCCMS | 0 |
| WSP-RC | MCSP | 1/29/2013 | 1/31/2013 | CCCMS | 2 |
| WSP-RC | SQ | 1/23/2013 | 1/26/2013 | CCCMS | 3 |
| WSP-RC | CMC | 1/3/2013 | 1/5/2013 | EOP | 2 |
| WSP-RC | CMF | 1/15/2013 | 1/17/2013 | EOP | 2 |
| WSP-RC | CMF | 1/25/2013 | 1/25/2013 | EOP | 0 |
| WSP-RC | COR | 1/6/2013 | 1/6/2013 | EOP | 0 |
| WSP-RC | COR | 1/11/2013 | 1/12/2013 | EOP | 1 |
| WSP-RC | COR | 1/11/2013 | 1/12/2013 | EOP | 1 |
| WSP-RC | COR | 1/14/2013 | 1/16/2013 | EOP | 2 |
| WSP-RC | COR | 1/28/2013 | 1/29/2013 | EOP | 1 |
| WSP-RC | SAC | 1/26/2013 | 1/27/2013 | EOP | 1 |
| WSP-RC | SAC | 1/26/2013 | 1/27/2013 | EOP | 1 |
| WSP-RC | SQ | 1/18/2013 | 1/19/2013 | EOP | 1 |
| WSP-RC | SQ | 1/23/2013 | 1/26/2013 | EOP | 3 |
| WSP-RC | SVSP | 1/7/2013 | 1/8/2013 | EOP | 1 |
| WSP-RC | CIM | 1/3/2013 | 1/4/2013 | GP/OP | 1 |
| WSP-RC | CMC | 1/4/2013 | 1/5/2013 | GP/OP | 1 |
| WSP-RC | CMC | 1/4/2013 | 1/5/2013 | GP/OP | 1 |
| WSP-RC | PVSP | 1/29/2013 | 1/31/2013 | GP/OP | 2 |
| WSP-RC | RJD | 1/11/2013 | 1/12/2013 | GP/OP | 1 |
| WSP-RC | SQ | 1/17/2013 | 1/19/2013 | GP/OP | 2 |
| WSP-RC | SQ | 1/23/2013 | 1/26/2013 | GP/OP | 3.00 |
| **WSP-RC Average** | | | | | **1.28** |
| **Grand Average** | | | | | **1.07** |

| SUMMARY OF TRANSFERS | | | |
|---|---|---|---|
| Time Frames | Total Transfers | Average Days Waiting | Range for Days Waiting |
| Combined | 155 | 1.07 | |
| < or = 1 day | 121 | 0.64 | |
| 2 days | 28 | NA | 0-13 |
| 3 days | 4 | NA | |
| 4 or more days | 2 | 10.00 | |

*Days Waiting based on days between referral
and transfer, not days between referral and an
MHCB becoming available. Field clinicians
identify the most urgent cases and HQ MHP
senior clinical staff authorize priority placements.

2/19/2013

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| CEN | 1/25/2013 | 1/26/2013 | CCCMS | Returned to Housing | 1 |
| **CEN Average** | | | | | **1.00** |
| CMC | 1/14/2013 | 1/15/2013 | CCCMS | Returned to Housing | 1 |
| CMC | 1/21/2013 | 1/22/2013 | CCCMS | Admitted | 1 |
| CMC | 1/2/2013 | 1/2/2013 | EOP | Admitted | 0 |
| CMC | 1/14/2013 | 1/15/2013 | EOP | Returned to Housing | 1 |
| CMC | 1/14/2013 | 1/15/2013 | EOP | Returned to Housing | 1 |
| CMC | 1/21/2013 | 1/22/2013 | EOP | Returned to Housing | 1 |
| CMC | 1/23/2013 | 1/23/2013 | EOP | Returned to Housing | 0 |
| CMC | 1/24/2013 | 1/25/2013 | EOP | Admitted | 1 |
| CMC | 1/24/2013 | 1/25/2013 | EOP | Admitted | 1 |
| CMC | 1/26/2013 | 1/26/2013 | EOP | Admitted | 0 |
| CMC | 1/28/2013 | 1/29/2013 | EOP | Admitted | 1 |
| CMC | 1/2/2013 | 1/2/2013 | GP/OP | Admitted | 0 |
| CMC | 1/2/2013 | 1/2/2013 | GP/OP | Admitted | 0 |
| CMC | 1/23/2013 | 1/23/2013 | GP/OP | Returned to Housing | 0 |
| **CMC Average** | | | | | **0.57** |
| CMF | 1/14/2013 | 1/14/2013 | EOP | Admitted | 0 |
| CMF | 1/19/2013 | 1/19/2013 | EOP | Admitted | 0 |
| **CMF Average** | | | | | **0.00** |
| COR | 1/1/2013 | 1/2/2013 | CCCMS | Admitted | 1 |
| COR | 1/30/2013 | 1/31/2013 | CCCMS | Admitted | 1 |
| COR | 1/3/2013 | 1/3/2013 | EOP | Admitted | 0 |
| COR | 1/23/2013 | 1/23/2013 | EOP | Returned to Housing | 0 |
| COR | 1/24/2013 | 1/24/2013 | EOP | Admitted | 0 |
| COR | 1/24/2013 | 1/24/2013 | EOP | Returned to Housing | 0 |
| COR | 1/1/2013 | 1/1/2013 | GP/OP | Admitted | 0 |
| COR | 1/28/2013 | 1/29/2013 | GP/OP | Admitted | 1 |
| **COR Average** | | | | | **0.38** |
| CRC | 1/13/2013 | 1/13/2013 | GP/OP | Returned to Housing | 0 |
| **CRC Average** | | | | | **0.00** |
| FOL | 1/4/2013 | 1/4/2013 | CCCMS | Returned to Housing | 0 |
| **FOL Average** | | | | | **0.00** |
| KVSP | 1/11/2013 | 1/11/2013 | CCCMS | Admitted | 0 |
| KVSP | 1/14/2013 | 1/15/2013 | CCCMS | Admitted | 1 |
| KVSP | 1/16/2013 | 1/16/2013 | CCCMS | Admitted | 0 |
| KVSP | 1/23/2013 | 1/23/2013 | CCCMS | Returned to Housing | 0 |
| KVSP | 1/27/2013 | 1/28/2013 | CCCMS | Returned to Housing | 1 |
| KVSP | 1/31/2013 | 1/31/2013 | CCCMS | Admitted | 0 |
| KVSP | 1/31/2013 | 1/31/2013 | CCCMS | Admitted | 0 |
| KVSP | 1/28/2013 | 1/29/2013 | GP/OP | Admitted | 1 |
| **KVSP Average** | | | | | **0.38** |
| LAC | 1/20/2013 | 1/20/2013 | CCCMS | Admitted | 0 |
| LAC | 1/26/2013 | 1/26/2013 | CCCMS | Not Medically Cleared | 0 |
| LAC | 1/13/2013 | 1/13/2013 | EOP | Returned to Housing | 0 |
| LAC | 1/14/2013 | 1/15/2013 | EOP | Admitted | 1 |
| LAC | 1/29/2013 | 1/29/2013 | EOP | Returned to Housing | 0 |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

HC-POP
2/19/2013

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| LAC | 1/30/2013 | 1/30/2013 | EOP | Returned to Housing | 0 |
| LAC | 1/29/2013 | 1/30/2013 | GP/OP | Admitted | 1 |
| **LAC Average** | | | | | **0.29** |
| LAC-RC | 1/7/2013 | 1/7/2013 | GP/OP | Returned to Housing | 0 |
| **LAC-RC Average** | | | | | **0.00** |
| NKSP | 1/22/2013 | 1/22/2013 | EOP | Admitted | 0 |
| NKSP | 1/23/2013 | 1/23/2013 | EOP | Returned to Housing | 0 |
| **NKSP Average** | | | | | **0.00** |
| NKSP-RC | 1/1/2013 | 1/1/2013 | CCCMS | Admitted | 0 |
| NKSP-RC | 1/2/2013 | 1/3/2013 | CCCMS | Admitted | 1 |
| NKSP-RC | 1/6/2013 | 1/7/2013 | CCCMS | Returned to Housing | 1 |
| NKSP-RC | 1/8/2013 | 1/9/2013 | CCCMS | Returned to Housing | 1 |
| NKSP-RC | 1/10/2013 | 1/10/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/15/2013 | 1/15/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/23/2013 | 1/24/2013 | CCCMS | Admitted | 1 |
| NKSP-RC | 1/24/2013 | 1/24/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/25/2013 | 1/25/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/25/2013 | 1/25/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/27/2013 | 1/27/2013 | CCCMS | Admitted | 0 |
| NKSP-RC | 1/29/2013 | 1/29/2013 | CCCMS | Returned to Housing | 0 |
| NKSP-RC | 1/31/2013 | 1/31/2013 | CCCMS | Paroled | 0 |
| NKSP-RC | 1/1/2013 | 1/2/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/4/2013 | 1/5/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/4/2013 | 1/5/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/5/2013 | 1/5/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/5/2013 | 1/5/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/6/2013 | 1/7/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/7/2013 | 1/8/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/9/2013 | 1/9/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/10/2013 | 1/10/2013 | EOP | Not Medically Cleared | 0 |
| NKSP-RC | 1/11/2013 | 1/11/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/11/2013 | 1/12/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/17/2013 | 1/18/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/19/2013 | 1/19/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/20/2013 | 1/20/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/21/2013 | 1/21/2013 | EOP | Admitted | 0 |
| NKSP-RC | 1/22/2013 | 1/22/2013 | EOP | Admitted | 0 |
| NKSP-RC | 1/23/2013 | 1/24/2013 | EOP | Returned to Housing | 1 |
| NKSP-RC | 1/24/2013 | 1/24/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/24/2013 | 1/24/2013 | EOP | Returned to Housing | 0 |
| NKSP-RC | 1/25/2013 | 1/25/2013 | EOP | Admitted | 0 |
| NKSP-RC | 1/28/2013 | 1/28/2013 | EOP | Admitted | 0 |
| NKSP-RC | 1/29/2013 | 1/29/2013 | EOP | Paroled | 0 |
| NKSP-RC | 1/30/2013 | 1/30/2013 | GP/OP | Admitted | 0 |
| NKSP-RC | 1/1/2013 | 1/2/2013 | GP/OP | Returned to Housing | 1 |
| NKSP-RC | 1/2/2013 | 1/2/2013 | GP/OP | Admitted | 0 |
| NKSP-RC | 1/2/2013 | 1/3/2013 | GP/OP | Returned to Housing | 1 |

*Days Waiting based on days between referral
and rescission.  Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

HC-POP
2/19/2013

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| NKSP-RC | 1/5/2013 | 1/5/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/6/2013 | 1/7/2013 | GP/OP | Returned to Housing | 1 |
| NKSP-RC | 1/8/2013 | 1/9/2013 | GP/OP | Admitted | 1 |
| NKSP-RC | 1/13/2013 | 1/14/2013 | GP/OP | Admitted | 1 |
| NKSP-RC | 1/18/2013 | 1/18/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/20/2013 | 1/20/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/21/2013 | 1/21/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/21/2013 | 1/22/2013 | GP/OP | Admitted | 1 |
| NKSP-RC | 1/25/2013 | 1/25/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/28/2013 | 1/28/2013 | GP/OP | Returned to Housing | 0 |
| NKSP-RC | 1/29/2013 | 1/30/2013 | GP/OP | Returned to Housing | 1 |
| **NKSP-RC Average** | | | | | **0.38** |
| RJD | 1/27/2013 | 1/28/2013 | CCCMS | Admitted | 1 |
| RJD | 1/17/2013 | 1/17/2013 | EOP | Returned to Housing | 0 |
| RJD | 1/29/2013 | 1/29/2013 | EOP | Admitted | 0 |
| RJD | 1/17/2013 | 1/17/2013 | GP/OP | Returned to Housing | 0 |
| **RJD Average** | | | | | **0.25** |
| SAC | 1/2/2013 | 1/2/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/2/2013 | 1/2/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/7/2013 | 1/7/2013 | EOP | Admitted | 0 |
| SAC | 1/7/2013 | 1/7/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/8/2013 | 1/8/2013 | EOP | Admitted | 0 |
| SAC | 1/8/2013 | 1/8/2013 | EOP | Admitted | 0 |
| SAC | 1/8/2013 | 1/8/2013 | EOP | Admitted | 0 |
| SAC | 1/9/2013 | 1/9/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/9/2013 | 1/9/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/14/2013 | 1/14/2013 | EOP | Admitted | 0 |
| SAC | 1/14/2013 | 1/14/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/19/2013 | 1/19/2013 | EOP | Admitted | 0 |
| SAC | 1/19/2013 | 1/19/2013 | EOP | Admitted | 0 |
| SAC | 1/20/2013 | 1/20/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/20/2013 | 1/20/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/22/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/22/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/22/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/22/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/22/2013 | 1/23/2013 | EOP | Returned to Housing | 1 |
| SAC | 1/24/2013 | 1/24/2013 | EOP | Admitted | 0 |
| SAC | 1/27/2013 | 1/27/2013 | EOP | Returned to Housing | 0 |
| SAC | 1/29/2013 | 1/29/2013 | EOP | Admitted | 0 |
| SAC | 1/2/2013 | 1/2/2013 | GP/OP | Returned to Housing | 0 |
| SAC | 1/7/2013 | 1/7/2013 | GP/OP | Returned to Housing | 0 |
| SAC | 1/19/2013 | 1/19/2013 | GP/OP | Admitted | 0 |
| **SAC Average** | | | | | **0.04** |
| SATF | 1/3/2013 | 1/3/2013 | CCCMS | Admitted | 0 |
| SATF | 1/3/2013 | 1/3/2013 | CCCMS | Returned to Housing | 0 |
| SATF | 1/15/2013 | 1/15/2013 | CCCMS | Admitted | 0 |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

HC-POP
2/19/2013

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| SATF | 1/15/2013 | 1/15/2013 | CCCMS | Admitted | 0 |
| SATF | 1/21/2013 | 1/21/2013 | CCCMS | Admitted | 0 |
| SATF | 1/30/2013 | 1/31/2013 | CCCMS | Admitted | 1 |
| SATF | 1/30/2013 | 1/31/2013 | EOP | Admitted | 1 |
| SATF | 1/14/2013 | 1/14/2013 | GP/OP | Admitted | 0 |
| **SATF Average** | | | | | **0.25** |
| SQ | 1/28/2013 | 1/29/2013 | CCCMS | Paroled | 1 |
| **SQ Average** | | | | | **1.00** |
| SVSP | 1/2/2013 | 1/2/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/3/2013 | 1/3/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/7/2013 | 1/7/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/8/2013 | 1/8/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/9/2013 | 1/9/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/12/2013 | 1/13/2013 | CCCMS | Admitted | 1 |
| SVSP | 1/14/2013 | 1/14/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/17/2013 | 1/17/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/18/2013 | 1/18/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/30/2013 | 1/30/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/31/2013 | 1/31/2013 | CCCMS | Returned to Housing | 0 |
| SVSP | 1/1/2013 | 1/1/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/3/2013 | 1/3/2013 | EOP | Admitted | 0 |
| SVSP | 1/12/2013 | 1/12/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/12/2013 | 1/12/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/12/2013 | 1/12/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/18/2013 | 1/18/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/29/2013 | 1/29/2013 | EOP | Returned to Housing | 0 |
| SVSP | 1/30/2013 | 1/30/2013 | EOP | Admitted | 0 |
| SVSP | 1/8/2013 | 1/8/2013 | GP/OP | Returned to Housing | 0 |
| SVSP | 1/14/2013 | 1/15/2013 | GP/OP | Admitted | 1 |
| SVSP | 1/18/2013 | 1/18/2013 | GP/OP | Admitted | 0 |
| SVSP | 1/17/2013 | 1/17/2013 | MHCB | Returned to Housing | 0 |
| **SVSP Average** | | | | | **0.09** |
| WSP | 1/25/2013 | 1/25/2013 | GP/OP | Returned to Housing | 0 |
| **WSP Average** | | | | | **0.00** |
| WSP-RC | 1/6/2013 | 1/6/2013 | CCCMS | Returned to Housing | 0 |
| WSP-RC | 1/6/2013 | 1/6/2013 | CCCMS | Returned to Housing | 0 |
| WSP-RC | 1/16/2013 | 1/16/2013 | CCCMS | Admitted | 0 |
| WSP-RC | 1/17/2013 | 1/17/2013 | CCCMS | Admitted | 0 |
| WSP-RC | 1/17/2013 | 1/18/2013 | CCCMS | Admitted | 1 |
| WSP-RC | 1/17/2013 | 1/18/2013 | CCCMS | Admitted | 1 |
| WSP-RC | 1/23/2013 | 1/23/2013 | CCCMS | Returned to Housing | 0 |
| WSP-RC | 1/23/2013 | 1/24/2013 | CCCMS | Returned to Housing | 1 |
| WSP-RC | 1/27/2013 | 1/28/2013 | CCCMS | Returned to Housing | 1 |
| WSP-RC | 1/31/2013 | 1/31/2013 | CCCMS | Returned to Housing | 0 |
| WSP-RC | 1/11/2013 | 1/11/2013 | EOP | Returned to Housing | 0 |
| WSP-RC | 1/17/2013 | 1/17/2013 | EOP | Returned to Housing | 0 |
| WSP-RC | 1/25/2013 | 1/25/2013 | EOP | Admitted | 0 |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.

HC-POP
2/19/2013

RESCINDED MHCB REFERRALS                    ATTACHMENT 2B
BY INSTITUTION AND PRIOR LEVEL OF CARE
**JANUARY 2013**

| Referred By | Referral Date | Rescind Date | Prior LOC | Rescind Reason | Days Waiting* |
|---|---|---|---|---|---|
| WSP-RC | 1/10/2013 | 1/10/2013 | GP/OP | Admitted | 0 |
| WSP-RC | 1/10/2013 | 1/11/2013 | GP/OP | Admitted | 1 |
| WSP-RC | 1/18/2013 | 1/18/2013 | GP/OP | Returned to Housing | 0 |
| WSP-RC | 1/20/2013 | 1/20/2013 | GP/OP | Admitted | 0 |
| WSP-RC | 1/26/2013 | 1/26/2013 | GP/OP | Admitted | 0 |
| WSP-RC | 1/30/2013 | 1/31/2013 | GP/OP | Admitted | 1 |
| **WSP-RC Average** | | | | | **0.32** |
| **Grand Average** | | | | | **0.28** |

| SUMMARY OF RESCINDED REFERRALS | | | |
|---|---|---|---|
| Time Frames | Total Transfers | Average Days Waiting | Range for Days Waiting |
| Combined | 177 | 0.28 | |
| < or = 1 day | 177 | 0.28 | |
| 2 days | 0 | NA | 0-1 |
| 3 days | 0 | NA | |
| 4 or more days | 0 | NA | |

*Days Waiting based on days between referral
and rescission. Field clinicians identify the most
urgent cases and Headquarters' Mental Health
Program senior clinical staff authorize priority
placements.                                    Page 5                                    HC-POP
2/19/2013

REASON FOR RESCINDED MHCB REFERRALS                ATTACHMENT 2C
**JANUARY 2013**

| | REASON FOR RESCINDED MHCB REFERRALS | | | | | |
|---|---|---|---|---|---|---|
| Institution | Admitted | Return to Housing | Paroled | Out to Court | Not Medically Cleared | Total Rescinded |
| ASP | 0 | 0 | 0 | 0 | 0 | 0 |
| CAL | 0 | 0 | 0 | 0 | 0 | 0 |
| CCC | 0 | 0 | 0 | 0 | 0 | 0 |
| CCI | 0 | 0 | 0 | 0 | 0 | 0 |
| CCI-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| CEN | 0 | 1 | 0 | 0 | 0 | 1 |
| CIM-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| CMC | 8 | 6 | 0 | 0 | 0 | 14 |
| CMF | 2 | 0 | 0 | 0 | 0 | 2 |
| CMF-DSH | 0 | 0 | 0 | 0 | 0 | 0 |
| COR | 6 | 2 | 0 | 0 | 0 | 8 |
| CRC | 0 | 1 | 0 | 0 | 0 | 1 |
| CTF | 0 | 0 | 0 | 0 | 0 | 0 |
| CVSP | 0 | 0 | 0 | 0 | 0 | 0 |
| DVI | 0 | 0 | 0 | 0 | 0 | 0 |
| DVI-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| FOL | 0 | 1 | 0 | 0 | 0 | 1 |
| HDSP | 0 | 0 | 0 | 0 | 0 | 0 |
| ISP | 0 | 0 | 0 | 0 | 0 | 0 |
| KVSP | 6 | 2 | 0 | 0 | 0 | 8 |
| LAC | 3 | 3 | 0 | 0 | 1 | 7 |
| LAC-RC | 0 | 1 | 0 | 0 | 0 | 1 |
| MCSP | 0 | 0 | 0 | 0 | 0 | 0 |
| NKSP | 1 | 1 | 0 | 0 | 0 | 2 |
| NKSP-RC | 13 | 34 | 2 | 0 | 1 | 50 |
| PBSP | 0 | 0 | 0 | 0 | 0 | 0 |
| PVSP | 0 | 0 | 0 | 0 | 0 | 0 |
| RJD | 2 | 2 | 0 | 0 | 0 | 4 |
| RJD-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| SAC | 10 | 16 | 0 | 0 | 0 | 26 |
| SATF | 7 | 1 | 0 | 0 | 0 | 8 |
| SCC | 0 | 0 | 0 | 0 | 0 | 0 |
| SOL | 0 | 0 | 0 | 0 | 0 | 0 |
| SQ | 0 | 0 | 1 | 0 | 0 | 1 |
| SQ-RC | 0 | 0 | 0 | 0 | 0 | 0 |
| SVSP | 5 | 18 | 0 | 0 | 0 | 23 |
| WSP | 0 | 1 | 0 | 0 | 0 | 1 |
| WSP-RC | 10 | 9 | 0 | 0 | 0 | 19 |
| TOTAL | 73 | 99 | 3 | 0 | 2 | 177 |

AVERAGE DAYS WAITING*

Transferred and Rescinded MHCB Referrals

**JANUARY 2013**

| | TRANSFERS | | RESCINDED REFERRALS | | TOTAL REFERRALS | |
|---|---|---|---|---|---|---|
| | Number | Avg Days Wait | Number | Avg Days Wait | Number | Avg Days Wait |
| ASH | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| ASP | 6 | 1.17 | 0 | 0.00 | 6 | 1.17 |
| CAL | 8 | 1.25 | 0 | 0.00 | 8 | 1.25 |
| CCC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CCI | 4 | 1.50 | 0 | 0.00 | 4 | 1.50 |
| CCI-RC | 1 | 1.00 | 0 | 0.00 | 1 | 1.00 |
| CEN | 3 | 0.33 | 1 | 1.00 | 4 | 0.50 |
| CIM-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CMC | 3 | 0.33 | 14 | 0.57 | 17 | 0.53 |
| CMF | 2 | 10.00 | 2 | 0.00 | 4 | 5.00 |
| CMF/DSH | 2 | 0.00 | 0 | 0.00 | 2 | 0.00 |
| COCF | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| COR | 6 | 0.83 | 8 | 0.38 | 14 | 0.57 |
| CRC | 8 | 0.63 | 1 | 0.00 | 9 | 0.56 |
| CTF | 3 | 0.33 | 0 | 0.00 | 3 | 0.33 |
| CVSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| DVI | 6 | 1.00 | 0 | 0.00 | 6 | 1.00 |
| DVI-RC | 5 | 0.40 | 0 | 0.00 | 5 | 0.40 |
| FOL | 1 | 0.00 | 1 | 0.00 | 2 | 0.00 |
| HDSP | 2 | 0.50 | 0 | 0.00 | 2 | 0.50 |
| ISP | 5 | 1.20 | 0 | 0.00 | 5 | 1.20 |
| KVSP | 1 | 1.00 | 8 | 0.38 | 9 | 0.44 |
| LAC | 15 | 1.33 | 7 | 0.29 | 22 | 1.00 |
| LAC-RC | 0 | 0.00 | 1 | 0.00 | 1 | 0.00 |
| MCSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| NKSP | 0 | 0.00 | 2 | 0.00 | 2 | 0.00 |
| NKSP-RC | 20 | 1.25 | 50 | 0.38 | 70 | 0.63 |
| NSH | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| PBSP | 1 | 0.00 | 0 | 0.00 | 1 | 0.00 |
| PVSP | 4 | 0.50 | 0 | 0.00 | 4 | 0.50 |
| RJD | 0 | 0.00 | 4 | 0.25 | 4 | 0.25 |
| RJD-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SAC | 5 | 0.00 | 26 | 0.04 | 31 | 0.03 |
| SATF | 5 | 0.80 | 8 | 0.25 | 13 | 0.46 |
| SCC | 1 | 1.00 | 0 | 0.00 | 1 | 1.00 |
| SOL | 3 | 0.33 | 0 | 0.00 | 3 | 0.33 |
| SQ | 0 | 0.00 | 1 | 1.00 | 1 | 1.00 |
| SVSP | 0 | 0.00 | 23 | 0.09 | 23 | 0.09 |
| VSP | 2 | 0.50 | 0 | 0.00 | 2 | 0.50 |
| WSP | 4 | 0.50 | 1 | 0.00 | 5 | 0.40 |
| WSP-RC | 29 | 1.28 | 19 | 0.32 | 48 | 0.90 |
| TOTAL | 155 | 1.07 | 177 | 0.28 | 332 | 0.65 |

*Average Days Waiting is based on number of days between referral and transfer or rescission. It does not indicate days between referral and an MHCB becoming available. Field clinicians identify the most urgent cases and Headquarters' Mental Health Program senior clinical staff authorize priority placement of these cases into available MHCBs.

# Exhibit 77

# MENTAL HEALTH SERVICES DELIVERY SYSTEM

# PROGRAM GUIDE

## 2009 REVISION



Division of Correctional Health Care Services

Department of Corrections & Rehabilitation

| Administrative Segregation | Mental Health Services Delivery System |

- Interact with these inmate-patients daily on scheduled work days (instead of weekly)

- Include in the treatment plan efforts to reduce resistance to participation in group therapy

- Discuss these inmate-patients during the ASU morning meeting with custody

- Consider referral of inmate-patients to higher levels of care and document the results of this consideration.

## I. INPATIENT PLACEMENT

Inmates who are found to meet the clinical criteria for referral to the MHCB for inpatient care shall immediately be transferred for such treatment, upon authorization by the Chief of Mental Health of the sending institution. (Refer to Section 5, Mental Health Crisis Bed, for transfer procedure)

If an ASU inmate-patient in an MHCB is determined to meet the clinical criteria for referral to the Department of Mental Health (DMH) program, the Chief of Mental Health or designee, of the sending institution shall initiate the referral process following established procedures to facilitate the admission to a DMH program.

## J. STAND-ALONE ADMINISTRATIVE SEGREGATION UNITS

1. No participant in the MHSDS shall be housed in a stand-alone ASU. Any inmate-patient included in the MHSDS, who is inadvertently placed in a stand-alone ASU, shall be transferred out within 24 hours.

2. LPTs shall make rounds seven days a week.

3. A mental health clinician shall conduct an assessment of any inmate in a stand-alone ASU identified and referred by the LPT or any staff immediately or within 24 hours, depending on urgency of the referral. Any inmate who meets criteria for MHSDS shall be transferred to another ASU as soon as possible but no longer than 24 hours following identification.

## K. PLACEMENT REVIEW AND CLINICAL INPUT IN CLASSIFICATION COMMITTEE

1. The initial IDTT is held prior to the initial ICC and as often as needed thereafter, at a minimum, once every 90 days. The PC and the Correctional Counselor assigned to the case shall present relevant clinical and custody case factors with recommendations

# Exhibit 78

| | |
|---|---|
| **From:** | Monthei, Eric@CDCR |
| **Sent:** | Friday, January 27, 2012 6:21 PM |
| **To:** | Clavere, Stephen@CDCR; Scaramozzino, James@CDCR |
| **Cc:** | Clark, Jackie@CDCR |
| **Subject:** | RE: Specialized Care for the Condemned - CTC Expansion |
| **Attachments:** | Specialized Care for the Condemned - CTC Expansion.doc |

**Eric E. Monthei, Psy.D.**
Chief of Mental Health

**San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
**(415) 721-3540 (Office)**
**(415) 306-1334 (BlackBerry)**
Eric.Monthei@CDCR.CA.GOV (E-Mail)

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Clavere, Stephen@CDCR
**Sent:** Friday, January 27, 2012 2:05 PM
**To:** Monthei, Eric@CDCR
**Subject:** FW: Specialized Care for the Condemned - CTC Expansion

Thanks for the OT numbers. Could you please send me the attachment to your 1/25/12 email to Scar? He says he apparently has misplaced it.

Steve

**From:** Scaramozzino, James@CDCR
**Sent:** Thursday, January 26, 2012 2:40 AM
**To:** Monthei, Eric@CDCR
**Cc:** Burleson, Judy@CDCR; Clark, Jackie@CDCR; Debbie Vorous; Toche, Diana@CDCR; Jeff Beard; Clavere, Stephen@CDCR
**Subject:** Re: Specialized Care for the Condemned - CTC Expansion

This is helpful

1

Thank you

On Jan 25, 2012, at 8:28 PM, "Monthei, Eric@CDCR" <Eric.Monthei@cdcr.ca.gov> wrote:

> For your respective consideration.
>
>
> **Eric E. Monthei, Psy.D.**
>
> **Chief of Mental Health**
>
>
> **San Quentin State Prison - Mental Health Service Delivery System (MHSDS)**
>
> **(415) 721-3540 (Office)**
> **(415) 306-1334 (BlackBerry)**
>
> **Eric.Monthei@CDCR.CA.GOV (E-Mail)**
>
>
>
> **CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
>
> <Specialized Care for the Condemned - CTC Expansion.doc>

2

**DIVISION OF ADULT OPERATIONS**
**SAN QUENTIN STATE PRISON**
San Quentin, CA 94964

# M e m o r a n d u m

Date:     January 25, 2012

To:       J. Scaramozzino, Ph.D.              J. Burleson
          Deputy Director                     Deputy Director
          DCHCS                               DCHCS

From:     E. Monthei, Psy.D.
          Chief of Mental Health
          San Quentin State Prison

Re:       Specialized Care for the Condemned:  CTC Expansion


Per our conversation and for your respective consideration the below items may be of use in deliberating the proposed Specialized Care for the Condemned CTC Expansion.  The below items are presented as a means of strategically planning for the potential benefits and challenges that this approach may entail.  These items are proffered as a tool to ensure our collective success and are not designed to be taken as a position paper.  Specifically, it should be noted that this document neither represents our support nor our opposition.

Current Practice
- A change of environment vis-a-vis the CTC has never been denied to CDM patients.  When clinically indicated a patient can go to the CTC for respite.  Despite this, most all want to go back to their assigned housing cell as soon as possible.

- The 5 CDM I/P's identified by *Coleman* as potentially benefiting from DMH-ICF services would likely refuse extended CTC housing.  It appears that there is a lack of appreciation for the CDM patients having lived in their "house" for many years.  They are settled and connected to their cell, their living environment and their perceived neighborhood.

- The 5 CDM I/P's identified by *Coleman* as potentially benefiting from DMH-ICF services would likely refuse a DMH-ICF referral.  Based upon their current level of functioning and the relative improvement that they have shown over the last year each would likely win their respective Vitek hearings.

- Following a potential extended removal from East Block, the 5 CDM I/P's identified by *Coleman* as potentially benefiting from DMH-ICF services will ultimately return to the very same environment that they were removed.

Clinical Factors
- CTC patients receive on average less service than the current Specialized Care for the Condemned participants.  Following CTC protocols alone would result in increased isolation, decreased interactions

1

with primary clinical and psychiatric and impedes patient ability to interact with neighbors when compared to the current Specialized Care for the Condemned program, despite 24 hour nursing care.

- Several other CDM patients have already received treatment at DMH APP program for many months (a higher level of care than ICF), and this was less successful than Specialized Care in improving clinical symptoms and return to the housing community.

- We may need to differentiate between a higher level of care, a higher level of service, and a higher level of patient wellness. It appears as though the courts are mixing these concepts and suggesting that it is always the case, that regardless of illness severity, extinction of symptoms can be achieved. This is not founded in science or medicine.

- Long term placement outside of East Block may make readjusting to the neighborhood more difficult and may increase decompensation.

- CHSB yard time is already filled with 33 OHU patients and CTC patients. There is a limit to yard hours due to no yard after dusk. Condemned and other inmates cannot be on the yard at the same time. Yard and out-of-cell access time is a cornerstone of an effective ICF program.

- Creates a new program with no policies or procedures and sets a very clear new "Level of Care" that is different from EOP, EEOP, ICF, CTC, OHU, etc. Defining who does or does not fit into this level of care rapidly becomes indefensible.

- There may be arguments as to whether the 5 CDM I/P's identified by *Coleman* as potentially benefiting from DMH-ICF services would be beholden to use DMH's ICF policies, procedures, and staffing models, or be satisfied by the current uniquely individually tailored Specialized Care program.

- May create a confusing environment in the high-risk area (CTC). This would create a hospital with four separate policies and procedures increasing the risk of errors (ICF, CTC, OHU, Alternative housing pending transfer to CTC).

Potential Legal Arguments
- Conceding that a different setting is indicated eliminates the possible legal defense of hiring independent psychiatrists and psychologists to review the cases and meet with the patients and the team and present findings contrary to the *Coleman* experts.
    - o It may negate the possible defense of DMH saying they concur that everything that can be done for these patients is being done already and they have nothing better to offer.
    - o It may not give DMH an opportunity to take these patients and receive equal levels of *Coleman* monitor scrutiny and may fail to produce a better outcome.
    - o There is nothing in the literature to support "a more attractive room" being predictably or causally effective treatment for delusions or negative symptoms of schizophrenia.
    - o Dr. Hughes commented that he felt the patients needed a 'higher level of care', but did not reference any specifics of the care given or what more effective care would look like. Erroneously, he was likely referring to the patients' level of illness, which is not synonymous with level of care.

2

- It does not solve the legal argument to add on treatment due to their legal status. "Separate, but equal" was insufficient as a response to civil rights related to segregated schools, and it is likely to fall flat as well in this case.

- Our current outcome measures include decreased CTC admissions and decreased lengths of stay. Long term CTC placement would result in increased CTC admissions with increased lengths of stay.

- May perpetuate the frequent and intensive *Coleman* monitoring of this program and invite PLO attorneys to return with monitoring tours.

- It is not clear that the *Coleman* court experts' opinions of these five patients represents constitutional significant non-compliance with the class-action suit, and not just a professional disagreement in the treatment plan for a very small number of individual patients, and therefore is not in the scope of the current *Coleman* suit.

- If the patients are represented by the PLO or a private attorney, perhaps another first step would be for the attorney to ask each of his clients if they wish to go to an ICF for several months then return to their current housing. If the answer is "no", the patient's civil right to refuse this transfer can be upheld, if it is "yes", this bridge can be crossed at that time if clinically indicated. Current impression is that most patients within the current Specialized Care for the Condemned Program would respond with, 'no'.

- Mixing ICF with CTC patients is not clinically recommended as it may worsen both's course of treatment. Additionally, groups must be separated due to condemned security status. Which also emphasizes that group therapy with solely the severe and persistently mentally ill would be a very low functioning group with no therapeutic models attending the group as a mentor.

- Sets in motion the next legal challenge of "Why did you discharge the patient from ICF-light?" "What were your exact criteria, given that he appears to be not significantly different from before?" "If he is not that different from before over several months, why did you not refer him to DMH?"

- May invite criticism associated with DMH Acute referrals due to increased CTC admissions and increased CTC length of stays.

- It would allow for DMH and monitors to do a more "apples to apples" comparison with a theoretical DMH ICF 'looking' unit.

- May inadvertently derail CDCR's plans and efforts to take over provision of ICF from DMH, and/or hamper national accreditation efforts.

- Long term alternative East Block housing may set precedent for additional housing changes.

- May be perceived as a concession of current East Block housing being inadequate and re-open the multi-million dollar Condemned Inmate Complex project debate.

- May not alleviate criticism of the perceived need for ICF placement and may further their argument given increased CTC admissions.

3

- The Case 2:90-cv-00520-LKK-JFM Document 4498 CF Filed 03/22/13 Page 260 of 285f care. It is not clear that this precedent would not trump any attempts to do otherwise. Previous court decisions have said that although DMH may not be perfect, there was a lack of trust that CDCR could effectively staff or operate this level of care. It is not clear that this opinion has been reversed.

- It is unclear how these beds would be differentiated from the parallel argument of maintaining a patient in an "OHU" for lengthy periods of time absent CTC referral.

- We will at some point need to address real world scenarios such as: What happens when CTC beds are full and an acutely ill MCHB level patient has to be in an OHU bed or sent out to another facility because ICF beds are full? What happens when ICF is full and additional patients need ICF? Under this approach and depending on the definition of ICF-eligible CDM patients, this number could exceed the 17 CTC beds that we have available at SQ.

  o Will other patients who are not condemned and need ICF be allowed to use these beds while waiting for DMH. If not, why not? If they are vacant, would it not be a better location than in EOP housing? If a condemned inmate then needed the bed, should the other inmate be returned to EOP housing pending ICF transfer?

- Vitek v Jones is not about a division of State Hospitals and prison, but rather about involuntary hospitalization in mental hospitals without adequate procedural safeguards. Involuntarily, or admitting without voluntary consent of the inmate, into CDCR mental hospital (now defined as an "ICF level of care" and "equivalent to a DMH mental hospital") could trigger a completely new lawsuit that builds on Vitek v Jones. This may in turn require all admissions to OHU and crisis beds go through a Vitek process or even more rigorous procedure, also triggering further compliance monitoring.

  *2. The involuntary transfer of appellee to a mental hospital implicates a liberty interest that is protected by the Due Process Clause of the Fourteenth Amendment. Pp. 445 U. S. 487-494.*

  *(a) The District Court properly identified a liberty interest rooted in § 83-180(1), under which a prisoner could reasonably expect that he would not be transferred to a mental hospital without a finding that he was suffering from a mental illness for which he could not secure adequate treatment in prison. The State's reliance on the opinion of a designated physician or psychologist for determining whether the conditions warranting transfer exist neithe removes the prisoner's interest from due process protection nor answers the question of what process is due under the Constitution. Pp. 445 U. S. 488-491.*

  *(b) The District Court was also correct in holding that, independently of § 83-180(1), the transfer of a prisoner from a prison to a mental hospital must be accompanied by appropriate procedural protections. Involuntary commitment to a mental hospital is not within the range of conditions of confinement to which a prison sentence subjects an individual. While a conviction and sentence extinguish an individual's right to freedom from confinement for the term of his sentence, they do not authorize the State to classify him as mentally ill and to subject him to involuntary psychiatric treatment without affording him additional due process protections. Here, the stigmatizing consequences of a transfer to a mental hospital for involuntary psychiatric treatment, coupled with the subjection of the prisoner to mandatory behavior modification as a treatment for mental illness, constitute the kind of deprivations of liberty that requires procedural protections. Pp. 491-494.*

  *3. The District Court properly identified and weighed the relevant factors in arriving at its judgment. Pp. 445 U. S. 495-496.*

  *(a) Although the State's interest in segregating and treating mentally ill patients is strong, the prisoner's interest in not being arbitrarily classified as mentally ill and subjected to unwelcome treatment is also powerful, and the risk of error in making the determinations required by § 83-180(1) is substantial enough to warrant appropriate procedural safeguards against error.*

- If the Death Penalty is repealed in November, the whole issue becomes moot.

4

- Resolving the understaffing of our current CTC and Specialized Care for the Condemned along with no staffing for the Condemned population as a whole has developed into a multi-year struggle that remains unresolved.

- It is unlikely that any meaningful BCP's will pass during this fiscal year and there are no assurances that what might pass would be sufficient to operate and expand an under funded program in a manner able to withstand legal scrutiny.

- It is not cost-effective to establish a 5-bed ICF. An estimated 20 staff are needed, at an annual cost of $1.8 million, and no guarantee of being able to fill these with civil-service employees (so costs may be higher, yet). Politically, it may be hard to justify a $350,000 per patient per year program.

  - At minimum, just the ICF-alternative will require 2 officers on 2nd and 3rd watch and one on first watch, as condemned inmates require 2-man escorting. This is 9 C.O.'s with relief factor.
    - Depending on BU6's span-of-control ratios, this may require a Sgt position to supervise these C.O.s
  - 7-day presence of 1 psychiatrist, 1 psychologist and 1 Recreation Therapist, with relief means 1.7 of each of these positions.
  - Nursing 1 per shift adds up to 6 nurses, with relief.

- Staffing was attempted to be produced for the original Specialized Care project. Not only did the needed number of clinical and correctional staff positions never become established, the original three "to get things started" were eliminated. Daily CEO and Headquarters calls over several months achieved nothing in terms of being able to hire for over 12-months. Given that the same Headquarters procedures and staff are in place today, and that the budget and personnel processes are worse and further out of the control of CDCR regarding hiring, it is virtually assured no staff will actually be able to be hired in a timely or permanent manner.
  - Notably all positions promised have now been eliminated and psychologists terminated. The Specialized Care psychiatrist (UCSF dual-board certified forensic psychiatrist) has received a layoff letter.
  - Furthermore, the CTC weekend psychiatrist has been laid off and a CTC psychiatrist position was redirected to another prison, further underscoring the unlikelihood of adequate resources being established in a sustainable manner.
  - Due to a 'spreadsheet error' a disproportionate number of Senior Psychologist Supervisors will be eliminated Statewide with 4 of our current 7 scheduled for layoff and/or termination.

- The current position is: "no staff or resources will be diverted from other facilities to help establish a program at San Quentin". Given this position, staff cannot be brought on board or back-filled through mutual assistance as needed to have a stable program at this level of care, importance, and intensity. We often hear of the importance that is associated with our local programs absent any meaningful change that would support that importance.

- Another current position is: "we do not have the authority to change the current AB109 position realignment process", including establishing new positions, halting layoffs, altering voluntary transfer agreements or correcting disproportionate displacement of Senior Psychologist Supervisors. Without anyone who has authority to establish stable permanent full-time funded positions for clinical staff, nursing, and custody, the project will not succeed.

- A functional ICF as we need anything needed will need to happen. Despite intense *Coleman* monitor scrutiny, 18-months of internal redirects and several all parties' reports, headquarters has not provided relief despite a years worth of documented requests. Due to lack of custody positions, the condemned group room and additional group yard that we originally proposed remain unused. With this lack of responsiveness in place, a concerted effort with meaningful change that is realized at the local level is essential to a successful ICF.

Physical Plant Modifications
- The CTC would likely need to repurpose existing space, purchase and install therapeutic modules in order to provide therapeutic groups while on the CTC.

- There is no electricity or cable in the cells, so entertainment and property would be much more restrictive than the East Block comparison.

- Yard space an hours may be inadequate to service 33 OHU beds, 12 CTC beds and 5 ICF beds.

Custody Interface
- Historically, CDM I/P's require a 2:1 escort when off of East Block and would need to be reevaluated under an expanded model.

- CTC procedures would need to be modified during ICF patient movement, and may reduce access to care for CTC patients.

Final Note
- Given adequate staffing, appropriate funding, physical plant modifications, interdisciplinary coordination and sound legal strategies, SQ can accomplish any task.

       Cc:     J. Clark, RN, MBA
                  CEO, Health Care
                  San Quentin State Prison

# Exhibit 79

# Exhibit 80



Transcript of the Testimony of:

# **Jeffrey A. Beard, Ph.D.**

Coleman v. Brown

March 5, 2013

Volume I

THORSNES LITIGATION SERVICES, LLC
P:  877.771.3312  |  F:  877.561.5538
www.thorsnes.com

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE


RALPH COLEMAN, et al.,          )
                                )
          Plaintiffs,           )
vs.                             )   No. Civ S 90-0520 LKK-JFM P
                                )
EDMUND G. BROWN, JR.,           )
et al.,                         )
                                )
          Defendants.           )
_____ )
MARCIANO PLATA, et al.,         )
                                )
          Plaintiffs,           )
                                )
vs.                             )   No. C01-1351 TEH
                                )
EDMUND G. BROWN, JR.,           )
et al.,                         )
                                )
          Defendants.           )
_____ )

DEPOSITION OF

JEFFREY A. BEARD, PH.D.

TUESDAY, MARCH 5, 2013,  9:02 A.M.

SACRAMENTO, CALIFORNIA


REPORTED BY:  BRENDA L. MARSHALL, RPR, CSR NO. 6939

THORSNES LITIGATION SERVICES, LLC

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jeffrey A. Beard, Ph.D.                                          March 5, 2013

```
 1                  UNITED STATES DISTRICT COURTS

 2                  EASTERN DISTRICT OF CALIFORNIA

 3               AND NORTHERN DISTRICT OF CALIFORNIA

 4      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

 5       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

 6

 7   RALPH COLEMAN, et al.,      )
                                 )
 8          Plaintiffs,          )
     vs.                         )    No. Civ S 90-0520 LKK-JFM P
 9                               )
     EDMUND G. BROWN, JR.,       )
10   et al.,                     )
                                 )
11          Defendants.          )
     _____ )
12   MARCIANO PLATA, et al.,     )
                                 )
13          Plaintiffs,          )
                                 )
14   vs.                         )    No. C01-1351 TEH
                                 )
15   EDMUND G. BROWN, JR.,       )
     et al.,                     )
16                               )
            Defendants.          )
17   _____ )

18

19              The Deposition of JEFFREY A. BEARD, PH.D.,

20   taken on behalf of the Plaintiffs, before Brenda L.

21   Marshall, Certified Shorthand Reporter No. 6939,

22   Registered Professional Reporter, for the State of

23   California, commencing at 9:02 a.m., at the California

24   Department of Corrections and Rehabilitation Headquarters,

25   1515 S Street, Sacramento, California.
```

Jeffrey A. Beard, Ph.D.                                               March 5, 2013

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR PLAINTIFFS:

 4            ROSEN, BIEN, GALVAN & GRUNFELD, LLP
              BY:  MICHAEL W. BIEN, ESQ.
 5                 JANE E. KAHN, ESQ.
              315 Montgomery Street, Tenth Floor
 6            San Francisco, California   94104
              (415) 433-6830
 7            mbien@rbgg.com
              jkahn@rbgg.com
 8

 9

      FOR DEFENDANTS:
10
              HANSON BRIDGETT LLP
11            BY:  PAUL MELLO, ESQ.
              1676 No. California Boulevard, Suite 620
12            Walnut Creek California   94596
              (925) 746-8460
13            pmello@hansonbridgett.com

14                     -and-

15            OFFICE OF THE ATTORNEY GENERAL
              STATE OF CALIFORNIA
16            BY:  DEBBIE J. VOROUS, ESQ.
              1300 I Street
17            Sacramento, California   95814
              (916) 324-5345
18            debbie.vorous@doj.ca.gov

19                     -and-

20            STATE OF CALIFORNIA
              DEPARTMENT OF CORRECTIONS AND REHABILITATION
21            OFFICE OF LEGAL AFFAIRS
              BY:  BENJAMIN T. RICE, GENERAL COUNSEL
22            1515 S Street, Suite 502
              Sacramento, California   95811
23            (916) 327-6328
              benjamin.rice@cdcr.ca.gov

24

25
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jeffrey A. Beard, Ph.D.                                          March 5, 2013

```
 1                    I N D E X

 2
     EXAMINATION By Mr. Bien                                6
 3
                          --oOo--
 4

 5

 6              EXHIBITS MARKED FOR IDENTIFICATION

 7   Plaintiffs' Exhibits:

 8   Exhibit 1    Plaintiffs' Notice of Deposition of
                  Jeffrey Beard and Request for Production
 9                of Documents                             6

10   Exhibit 2    Defendants' Response to Plaintiffs'
                  Fourth Request for Production of
11                Documents                               24

12   Exhibit 3    NPR Listen to the Story entitled
                  "Dealing With 'Root Causes' To Tackle
13                Incarceration Rates"                    78

14   Exhibit 4    Secretary Beard Notebook 2              82

15   Exhibit 5    Secretary Beard Notebook 1              82

16   Exhibit 6    Photocopied pages from notebook, with
                  top page dated 6/26/12                  82
17
     Exhibit 7    Letter dated March 1, 2013 to Matthew
18                Lopes from Timothy Belavich            105

19   Exhibit 8    Gmail - Recommendations for
                  consideration, with top Gmail dated
20                Friday, November 18, 2011, to Benjamin
                  Rice from Jeffrey Beard                120
21
     Exhibit 9    Memorandum dated 12/16/11 to Benjamin
22                Rice from Jeffrey Beard                144

23   Exhibit 10   State of California Standard Agreement,
                  signed by Jeffrey Beard on 3/18/11 and
24                Tiffany Donohue on 3/30/11             155

25
```

Jeffrey A. Beard, Ph.D.                                    March 5, 2013

```
 1              EXHIBITS MARKED FOR IDENTIFICATION

 2    Plaintiffs' Exhibits:

 3    Exhibit 11  Standard Agreement Amendment, signed
                  by Jeffrey Beard on 5/16/12 and Stacie
 4                Abbott on 5/17/12                          155

 5    Exhibit 12  Email chain with top email dated
                  Saturday, January 19, 2013, to Shama
 6                Chaiken from Kathleen O'Meara             280

 7    Exhibit 13  Email chain with top email dated
                  Saturday, January 19, 2013, to Shama
 8                Chaiken from Kathleen O'Meara             282

 9

10

11

12

13         (Exhibits attached to the transcript.)

14

15

16                    MARKED QUESTION

17                  PAGE     LINE

18                   35       15

19

20

21

22

23

24

25
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jeffrey A. Beard, Ph.D.                                    March 5, 2013

1    that.  Maybe Dr. Toche told me that.  Maybe somebody else

2    told me that.  I don't know.

3         Q.   Okay.  And do you think that's reliable

4    information?

5         A.   I have always found that the information that I

6    have gotten has been reliable, yes.

7         Q.   Okay.  And if you found out that, in fact, there

8    were 200 EOP inmates today who are in places they were not

9    getting appropriate care, would that concern you, as a

10   secretary?

11             MR. MELLO:  Objection.  Vague.  It's an

12   incomplete hypothetical.  It lacks foundation.  It

13   misstates the evidence.  You can -- it's vague and

14   ambiguous.

15             THE WITNESS:  I would certainly want to know

16   what the plan of action is to deal with the issue, if that

17   kind of situation existed.  Yes.

18   BY MR. BIEN:

19        Q.   Okay.  You've been told that there are severe,

20   drastic staffing shortages of psychiatrists at several

21   prisons?

22             MR. MELLO:  Objection.  Vague.

23             You can answer.

24             THE WITNESS:  I don't know that --

25   BY MR. BIEN:

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jeffrey A. Beard, Ph.D.                                    March 5, 2013

1      Q.   I use silly words.

2           You've been told that there are serious staffing

3  shortages?

4           MR. MELLO:  Same objection.

5           THE WITNESS:  I've been told there are staffing

6  shortages, yes.

7  BY MR. BIEN:

8      Q.   Okay.  And have you ever been told, since the

9  time you started working on the Coleman issues, that some

10 of those staffing shortages were serious?

11          MR. MELLO:  The word "serious"?

12          MR. BIEN:  That's correct.

13          THE WITNESS:  I don't know if I would use the

14 word "serious."  There have been some times when there

15 have been some -- some pretty good staffing shortages.

16          I -- I don't recollect what institution, but,

17 you know, at the end of the day, nobody ever told me

18 somebody wasn't getting care because of those shortages.

19 That's what would really concern me.

20          Certainly, we want to staff things the way they

21 should be staffed, but if it isn't staffed accordingly,

22 then the question is, are people getting the care?

23          And even when we went around again with people

24 who do this on a regular basis, and I'm talking about the

25 special master's clinicians, you know, nobody pointed out,

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Jeffrey A. Beard, Ph.D.                                    March 5, 2013

 1  oh, we have a severe, serious psychiatric shortage, and

 2  somebody isn't getting care.  People were always getting

 3  the care that they needed.

 4          And if you want to talk about staffing, the

 5  staffing that apparently was agreed to somewhere along the

 6  way is very rich, much richer than I had in Pennsylvania,

 7  and probably much richer than many other states had.

 8  BY MR. BIEN:

 9     Q.   So if you had the opportunity, you will cut that

10  staffing down?

11     A.   Absolutely not.  This is what was agreed to, and

12  so the staffing will stay the way the staffing is.  I

13  don't have any intent of cutting staffing.

14          I'm saying that the staffing in California, when

15  you say, and some people have said, experts have said,

16  that, you know, it exceeds constitutional standards, one

17  of the areas that I would think that maybe that's the case

18  is with staffing, whereas, you know, California has

19  probably twice as many, or more, psychiatrists per capita

20  than we did in Pennsylvania.

21          So any shortage below what it's supposed to be

22  is concerning.  That is being worked on to fill that.  I

23  know that there's -- they actually have Dr. Tarasoff

24  working on getting a bunch of psychiatrists, and I think

25  some of the shortages that have been noted are probably

1  going to be rectified.  But irrespective of that fact, the

2  care is still being provided, even at the lower levels of

3  staffing.

4       Q.   Okay.  And you rely -- you've relied repeatedly

5  on information provided to you by the Coleman special

6  master -- master to make that statement?

7       A.   I rely on it.

8            MR. MELLO:  Misstates his testimony.

9            THE WITNESS:  I rely on a number of things.  I

10  never got into all the things that I rely on.  I rely on

11  my direct observation, which I think I told you some of

12  the things that I did, talked to staff, talked to inmates,

13  and everything else; I rely on the Coleman experts; I rely

14  on the experts that were brought in by the Attorney

15  General's office and some of what they saw and what they

16  stated; I rely on the fact that I have never seen in a

17  report that people aren't getting the care because of a

18  staffing shortage, and, you know, I don't know that

19  anybody else has ever told me that because of a staffing

20  shortage that there's a lack of care.

21  BY MR. BIEN:

22       Q.   So why should you, as a responsible public

23  official, allow this heavy level of staffing to continue?

24  Isn't it a waste of money?

25       A.   The level of staffing that is here is not -- is

1  are identifying mental health cases.  People are properly

2  classifying those cases, and people are putting -- moving

3  those cases onto the higher level of care.

4          Now, back at the time that we did that, we still

5  had wait lists, as you pointed out, but by July, and,

6  actually, maybe a little bit before July of last year, the

7  wait lists for mental health care went away.  There was no

8  wait list anymore.  And -- and a proper level of -- so

9  people were able to be identified, moved to the level of

10  care and, in a timely manner, get the treatment that they

11  need.

12     Q.   Okay.  And the fact that there's a wait list

13  now, how do you explain that?

14          MR. MELLO:  Objection.  It misstates the record.

15  Misstates his prior testimony.  Lacks foundation.  It's

16  silly.

17          You can answer.

18          THE WITNESS:  Could I ask you to define what

19  wait list you're talking about?

20  BY MR. BIEN:

21     Q.   There is currently a wait list for ICF level of

22  care, and there's a wait list for APP level of care, and

23  there's been a wait list throughout this period of time

24  and has never been zero.

25          MR. MELLO:  Objection.  Vague.

1              If that's a question as to the term wait list,
2     you can answer it.
3              THE WITNESS:  Well, I don't know what numbers
4     you're looking at, but the numbers that I looked at said
5     that the wait list for ICF care basically went away, if
6     not before July, when L wing was opened at CFF, it went
7     away at that time.
8              There was still, at that time, an APP wait list
9     of about 20.  And the department tried for quite a few
10    months, and I had some discussions with the special master
11    relative to closing down the 20 MHCB beds that DMH
12    operated at CMF, in converting that over to APP, that
13    would have wiped out that wait list at that time.
14             We also looked at MHCBs and know there's been
15    disagreements and arguments, but, basically, as a result
16    of realignment, somewhere in January or February of 2012,
17    the MHCB wait list went away.  And so there's surplus MHCB
18    space.  The latest wait list space I saw on ICF is that
19    that -- there was no space there, unless something all --
20    all of a sudden came on the wait list.  However, there was
21    a developing problem with the APP.
22             And that list, you know, on any given day, if
23    you take a snapshot, because people can come on and off of
24    a list, can look like you have a substantial list, but the
25    actual list of people who don't get in within the program

```
 1   guide, which is the 10 days, they think it's under 15, and
 2   that problem has already been discussed with DSH.
 3           And just like any other constitutional system
 4   would do, if they ran into a problem, there's been
 5   discussions about perhaps opening up a second floor of L
 6   wing, specifically to address the APP problem.
 7           Now, I don't know where exactly that is because
 8   one of the other things that's happening is we've talked
 9   about Stockton, which is coming on very quickly, and we
10   know that most of those people in the APP wait list are
11   sitting in MHCB so they're getting care, and they're being
12   properly cared for while they're waiting for the APP
13   placement.
14           So, yes, there is -- currently, we -- we
15   suddenly have a wait list there and -- but that could be
16   addressed even without Stockton by simply opening one of
17   the two remaining empty wings at L wing at CMF.
18   BY MR. BIEN:
19       Q.  And when did you have a conversation about doing
20   that at CMF, opening another wing for APP care?
21       A.  I had that conversation maybe a week or two ago
22   with somebody.
23       Q.  And what's the status?
24       A.  I can't tell you the status right at this
25   moment.
```

1        Q.   Okay.

2        A.   It's not open because, I mean, you can't open

3    something overnight, but I do know that discussions have

4    been had with DSH, relative to that issue.

5        Q.   Okay.  How many months is it going to take to

6    open such a facility, seeming you decide to do it?

7        A.   Since it's DSH personnel, I'm not sure how long

8    it would take for them to get the staff up and running.

9    I -- I wouldn't want to speculate.  But, you know, we

10   would certainly do it -- if that -- if that list doesn't

11   go away, we would certainly want to do something as

12   quickly as we can.

13            MR. MELLO:  I'm going to interpose a belated

14   objection on the basis that it calls for speculation.

15   BY MR. BIEN:

16       Q.   You were informed yesterday that there was a

17   wait list of 30 for the APP by the special master.

18            MR. MELLO:  That lacks foundation.

19   BY MR. BIEN:

20       Q.   Were you --

21       A.   I received a copy of the memo, and I think I've

22   already explained that to you, that the wait list is not

23   30.  The wait list is more under 15 somewhere.

24            But the number that he gave is a moving target

25   number that, at any point in time, you might have had --

Jeffrey A. Beard, Ph.D.                                    March 5, 2013

1    for instance, since you want to speculate, we might have

2    had 10 people today that just were put on the list to go

3    to APP.  Well, they're very likely, then, if they show up

4    on a list, to go there.  They're not over the 10-day

5    program guide limits.

6            When we look at who's over the 10-day program

7    guide limits, that's the important number, and that's more

8    like about a 13, or something like that, the last thing

9    that I saw.

10       Q.   So --

11       A.   Irrespective of what it is, it's not being

12   ignored.  And I had discussions with staff, prior to

13   seeing the special master's memo.  We were aware of it,

14   and we were talking about it and talking to DSH about it.

15       Q.   And were you aware of it -- of the fact that

16   there is an APP wait list of people over -- if you want to

17   just count the way you're counting it, which is saying

18   people over the program guide limit, are you aware that

19   that was -- was in existence in January of 2013, also?

20       A.   No.  January 13, I just was getting started

21   here.

22       Q.   Okay.  And are you aware that there was a wait

23   list of people over 30 days that the program guide

24   transfer timeline for ICF care in January of 2013?

25       A.   I -- again, I was just getting started, so I

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

1   can't answer that question, but the latest list that I

2   saw, which was more in the February time frame, maybe

3   March -- February, March time frame, did not show a wait

4   list for ICF care or may show one inmate that was just

5   being processed or something like that.  But not -- not

6   any -- anything like the 200 that was on a wait list back

7   before.

8       Q.   So you agree that there was a wait list for APP

9   and ICF care in January of 2013 for people who were there

10  longer than the transfer timelines?

11          MR. MELLO:  Objection.  Misstates his testimony.

12  Lacks foundation.  Assumes facts not in evidence.

13          You can answer.

14          THE WITNESS:  I can't answer on January of '13.

15  I can only answer for the latest thing that I'm aware of.

16  BY MR. BIEN:

17      Q.   I'm asking you in the month of January 2013.

18          MR. MELLO:  Asked and answered.

19          THE WITNESS:  I can't answer the question

20  because I was just coming on board.  I was not getting

21  those documents or talking to people about that specific

22  issue.  I've only gotten the document and talked to people

23  about it within the past few weeks.

24  BY MR. BIEN:

25      Q.   And how many people in January of 2013 were

1   report that was written by Lindsey Hayes was not provided

2   because Mr. Hayes went beyond what he was asked to

3   provide.  He was asked to focus on the use of OHUs, which

4   he believes is appropriate, if cells are in proper

5   conditions and everything, but the original report he

6   wrote went beyond that and touched on other issues beyond

7   the issue at hand.

8   BY MR. BIEN:

9       Q.   And who told you that explanation about why the

10  report wasn't provided to the special master?

11           MR. MELLO:  If you recall.

12           THE WITNESS:  I'm not sure that I can

13  specifically say that.  It could have come from a number

14  of different people.

15  BY MR. BIEN:

16      Q.   Okay.  Did you ask Mr. Rice to see the complete

17  Lindsey Hayes report?

18           MR. MELLO:  Vague as to time.

19  BY MR. BIEN:

20      Q.   Prior to January 2013?

21      A.   Yes.

22      Q.   Okay.  And did he provide it to you?

23      A.   Yes.

24      Q.   And when was that?

25      A.   I don't recall.  It would have been maybe not

Jeffrey A. Beard, Ph.D.                                        March 5, 2013

```
 1          Q.   Okay.  Were you told to keep it secret?
 2          A.   I was told it was an attorney-client privilege
 3     and, you know, that I wasn't supposed to -- since they
 4     weren't going to release it -- go talk to the special
 5     master about it.  I don't think anybody would use the term
 6     "secret" or anything else.  I mean, there wasn't really
 7     anything secret.
 8          Q.   Well, it wasn't being disclosed to the special
 9     master; correct?
10          A.   Right.
11               MR. MELLO:  Asked and answered.
12     BY MR. BIEN:
13          Q.   And it wasn't being disclosed to plaintiffs'
14     counsel?
15          A.   Correct.
16          Q.   And it -- and you had no idea whether it was
17     being disclosed to the clinicians in CDCR who were
18     responsible for suicide prevention?
19               MR. MELLO:  Asked and answered and vague as to
20     time.
21               MR. BIEN:  At that time.
22               THE WITNESS:  At that time, back in January,
23     February, whenever I got it, I don't know who else got it
24     within CDCR.
25     BY MR. BIEN:
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

```
 1   verbally talk about."  Do you recall --

 2        A.   Yes.

 3        Q.   -- the use of an audit tool?

 4        A.   Yes.

 5        Q.   What do you recall about the audit tool?  I know

 6   it was sent to you in advance of the inspection.

 7             MR. MELLO:  What does he recall of the audit

 8   tool.  Okay.

 9             THE WITNESS:  I remember looking over the audit

10   tool, and I don't know if I got it in advance of the

11   inspection or not, but I did get it, and I did have some

12   comments that I thought could enhance the tool.  There was

13   some things that I felt maybe should be in the tool,

14   rightfully or wrongfully, which I believe I verbally gave

15   to the attorney, who was at the scene and talked to him

16   about.

17   BY MR. BIEN:

18        Q.   And who was that, if you recall?

19        A.   Patrick.

20        Q.   Are you aware that the audit tool was

21   substantially modified, during the course of the

22   inspections, by the experts?

23             MR. MELLO:  Objection.  Vague.

24             You can answer.

25             THE WITNESS:  No.
```

 1   BY MR. BIEN:

 2       Q.   Do you recall that rather than -- are you aware

 3   that rather than adding additional sections, sections were

 4   deleted from the audit tool?

 5       A.   No.   I really don't know what they did with the

 6   audit tool, beyond having looked at the original and

 7   making some recommendations.

 8       Q.   You felt that their tour of CMF was

 9   disorganized?

10       A.   I felt that in the beginning of the tour they

11   seemed a little bit disorganized as they were trying to

12   get their feet on the ground.   However, in subsequent

13   tours, they did a much better job, they were much more

14   focused, and they moved along much quicker and better.

15       Q.   What was your role on that tour?

16            MR. MELLO:   At CMF?

17            MR. BIEN:   Yes.

18            THE WITNESS:   My role was to go along and watch

19   what they were doing and also to, myself, look at things,

20   you know, like I had been doing during the sustainable

21   process and during the mini MHARP, to look at what was

22   going on, look at the facilities, become more aware of

23   what was happening.

24            You know, some of these facilities, I visited

25   over 20, and some of them I visited three and four times,

```
 1              CERTIFICATION OF DEPOSITION OFFICER

 2

 3         I, BRENDA L. MARSHALL, CSR, duly authorized to

 4    administer oaths pursuant to Section 2093(b) of the

 5    California Code of Civil Procedure, hereby certify that

 6    the witness in the foregoing deposition was by me sworn to

 7    testify to the truth, the whole truth and nothing but the

 8    truth in the within-entitled cause; that said deposition

 9    was taken at the time and place therein stated; that the

10    testimony of said witness was thereafter transcribed by

11    means of computer-aided transcription; that the foregoing

12    is a full, complete and true record of said testimony; and

13    that the witness was given an opportunity to read and

14    correct said deposition and to subscribe the same.

15         I further certify that I am not of counsel or

16    attorney for either or any of the parties in the foregoing

17    deposition and caption named, or in any way interested in

18    the outcome of this cause named in said caption.

19

20

21

22         _____

23         BRENDA L. MARSHALL

24         CSR No. 6939

25
```