# DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TERMINATE

# Exhibits 91- 123