KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                 Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                 Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF DEBBIE VOROUS IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE AND PLAINTIFFS' EVIDENTIARY OBJECTIONS REGARDING DEFENDANTS' EXPERT REPORTS AND DECLARATIONS**<br><br>Date:           March 27, 2013<br>Time:          1:30 p.m.<br>Dept:           4<br>Judge:         The Honorable Lawrence K. Karlton<br>Action Filed:  1990 |

I, Debbie Vorous, declare:

 1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal

1

1. knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.  I make this declaration in support of Defendants' Response to Order to Show Cause and Plaintiffs' Objections Regarding Defendants 'Expert Reports and Declarations.

2. The special master and his team of attorneys and experts regularly tour CDCR prisons.  Most of these tours occur without the presence of either Defendants or Plaintiffs' counsel.  For the few tours that I have attended, the special master's experts met with mental health staff outside my presence.

3. The special master and his team are also continuing to monitor the State's implementation of its self-monitoring process to ensure the identification, referral, and transfer of inmates needing inpatient care.  It is my understanding from CDCR representatives that *both* attorneys and clinicians from the special master's team have accompanied the regional mental health staff on the site visits to these prisons. Neither Defense nor Plaintiff counsel are part of these tours.

4. Plaintiffs' counsel scheduled an expert site inspection at California State Prison, Sacramento for January 28, 2013.  Plaintiffs' expert, Dr. Pablo Stewart, along with four attorneys from Plaintiffs' law firms attended the tour.  During the tour, it was very common for Dr. Stewart and the attorneys to engage prison staff (custody and mental health) in conversations without my ability to participate in the conversation, such as while walking through and between housing units. At Plaintiffs' request, Dr. Stewart also spoke to inmates both in conference rooms and at cell front without my presence. Although during this tour I participated in discussions with mental health staff that included Dr. Stewart and one attorney from Plaintiffs' law firm, I also observed while participating in these meetings other attorneys from Plaintiffs' law firms talking to prison staff without counsel present.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of March, 2013.

/s/ *Debbie Vorous*_____

Debbie Vorous