KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF FORMER SECRETARY CATE IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' EVIDENTIARY OBJECTIONS**<br><br>Judge: Hon. Lawrence K. Karlton<br>Date: March 27, 2013<br>Time: 10:00 a.m.<br>Courtroom: 4 |

I, Matthew Cate, declare:

1. For four and a half years, I served as Secretary of the California Department of Corrections and Rehabilitation (CDCR). I resigned from this position as the head of CDCR on November 11, 2011. I currently serve as the Executive Director of the California State Association of Counties.

1

Decl. Cate Supp. Defs.' Response to Pls.' Evidentiary Objections (2:90-cv-00520 LKK JFM PC)

2. During my entire time as CDCR's Secretary, the *Coleman* matter was in its remedial phase, I would frequently address issues that it concerned. I had multiple conversations with Donald Specter and Michael Bien of *Coleman* Plaintiffs' counsel, in person and telephonically, without the presence or specific approval of *Coleman* defense counsel from the California Attorney General's Office. To my knowledge, the *Coleman* Plaintiffs never sought such approval either. Sometimes I would initiate the conversations, and sometimes *Coleman* Plaintiffs' counsel would. We discussed the substance of *Coleman*, aspects of the case regarding mental health care in California's prisons, some conditions in particular, settlement of the case, and its potential termination.

3. During the course of my time as CDCR's Secretary, I also spoke alone on multiple occasions with Matty Lopes, the Special Master in *Coleman*. We similarly discussed the substance of *Coleman*, aspects of the case regarding mental health care in California's prisons, and some conditions in particular.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 22, at Sacramento, California.

*/s/ Matthew L. Cate*
Matthew Cate
Executive Director of the California State
Association of Counties

CF1997CS0003
20680754.doc

2

Decl. Cate Supp. Defs.' Response to Pls.' Evidentiary Objections (2:90-cv-00520 LKK JFM PC)