KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF PATRICK R. McKINNEY IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE AND PLAINTIFFS' EVIDENTIARY OBJECTIONS REGARDING DEFENDANTS' EXPERT REPORTS AND DECLARATIONS** |

I, Patrick R. McKinney, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Response

1

To Order To Show Cause And Plaintiffs' Evidentiary Objections Regarding Defendants' Expert Reports And Declarations.

2. In September 2011, Defendants hired expert consultants to evaluate prison conditions regarding mental healthcare.

3. During the course of their inspections, the expert consultants developed an opinion that California's inmates received a good standard of mental healthcare.

4. Defendants had not yet determined to move to terminate *Coleman*, because that decision was borne out of the expert consultants' positive reviews of the prison conditions they encountered during their tours.

5. But after the experts' review, Defendants grew confident that the time was right to terminate federal oversight over their prisons' mental health care. Consistent with the new protections under Rule 26, Defendants conserved taxpayer money by retaining their consultants as experts to testify in favor of termination in this case.

6. Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition Transcript of Joel Dvoskin, taken on February 27, 2013.

7. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition Transcript of Steve Martin, taken on February 28, 2013.

8. Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition Transcript of Charles Scott, taken on March 8, 2013.

9. Attached as Exhibit 4 is a true and correct copy of excerpts from the Deposition Transcript of Jacqueline Moore, taken on February 21, 2013.

10. Attached as Exhibit 5 is a true and correct copy of excerpts from the Deposition Transcript of Edward Kaufman, taken on March 16, 2013.

11. Attached as Exhibit 7 is a true and correct copy of excerpts from the Deposition Transcript of Eldon Vail, taken on March 19, 2013.

12. Attached as Exhibit 9 is a true and correct copy of excerpts from the Deposition Transcript of Richard Johnson, taken on February 25, 2013.

I declare under penalty of perjury under the laws of the State of California and the United

2

Decl. Patrick R. McKinney Supp. Defs.'Response To OSC and Pltfs.' Evid. Obj.
(2:90-cv-00520 LKK JFM PC)

States of America that the foregoing is true and correct. Executed in San Francisco, California on March 25, 2013.

                               **/s/ Patrick R. McKinney**
                                   Patrick R. McKinney

CF1997CS0003
20681186.docx