IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **ORDER** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

On March 22, 2013, Defendants submitted to the Court by email a request to seal the Confidential Declaration of Debbie Vorous in support of Defendants' Reply to Plaintiffs' Opposition to Motion to Terminate. This declaration and its exhibits contain confidential information on *Coleman* class members protected by state and federal privacy laws as well as the protective order in this case. These documents were submitted to Plaintiffs' counsel by overnight mail on the same day they were submitted to the Court.

Good cause appearing, Defendants' request to seal documents is GRANTED.

Dated: March 25, 2013.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[Proposed] Order (2:90-cv-00520 LKK JFM PC)