KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' APPLICATION FOR A 5-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE THEIR RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND PLAINTIFFS' OBJECTIONS; APPLICATION FOR LATE SUBMISSION OF COURTESY COPIES FOR REPLY RE: TERMINATION MOTION** |

1

## APPLICATION FOR 5-MINUTE EXTENSION

Defendants request a 5-minute extension of time, nunc pro tunc, by which to file Defendants' Response to the Court's Order to Show Cause and to Plaintiffs' Objections.  As discussed below, good cause exists to grant Defendants' request because their counsel diligently worked to meet the Court's 12:00 noon deadline on March 25, 2013 under tight time constraints, and would have filed on time, but for unforeseen difficulties.  No previous extensions of time have been granted for the Response's deadline.  And counsel would have sought the extension earlier, except that its need did not appear until after the deadline had passed.

On Monday, March 18, 2013, at 4:36 p.m., the Court ordered Defendants to show cause whether their expert reports should be stricken and to respond to each of Plaintiffs' numerous and factually detailed objections by 12:00 noon on Monday, March 25, 2013.  At this same time, Defendants had other pressing and substantial deadlines in the case, including a reply to Plaintiffs' dense, 90-page opposition regarding Defendants' termination motion (due at 4:30 p.m. on March 22, 2013).  Plaintiffs' opposition had been filed the previous business day at 4:19 p.m. on March 15, 2013.  During that same week, Defendants' counsel also had to take multiple expert depositions, across the state, so that they could reply to the opposition.  Defendants had moved to compel the Plaintiffs to produce their experts for deposition in advance of the week that Defendants had to draft and file their reply, but the Court had denied the motion.

Because of the strict deadlines and extensive litigation burdens during the week of March 25, five counsel from the Attorney General's Office who had very little to no experience with this case were necessarily assigned to initially prepare the response to the OSC and the objections.  The counsel worked very diligently, quickly coming up to speed on the many and varied issues addressed in this case, with extremely long work hours spent to timely complete the work.

All of the briefing and supporting declarations were completed before 12:00 noon on March 25, with sufficient time under typical circumstances to complete the filings timely.  And counsel arranged for several support staff to simultaneously file the documents so that they would be timely.  Unfortunately, the staff encountered some technical difficulty with the filings, necessitating calls to the ECF Helpdesk and unanticipated delays.  In addition, apparently because

2

Defs.' App. 5-Minute EOT Nunc Pro Tunc File Response Court's OSC & Pl.'s Objs.
(2:90-cv-00520 LKK JFM PC)

of the length of some of the documents, the loading time took longer than anticipated. Ultimately, the filings were completed at 12:05 p.m., 5 minutes past the deadline.

In light of counsels' substantial diligence to meet the deadline under pressing work demands, the unexpected technical difficulties that arose, and the very minimal extension sought, Defendants respectfully request that the Court grant a 5-minute extension nunc pro tunc, to accept their filing.

A proposed order is submitted for the Court's consideration.

Dated: March 25, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s// Patrick R. McKinney*
PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3

Defs.' App. 5-Minute EOT Nunc Pro Tunc File Response Court's OSC & Pl.'s Objs.
(2:90-cv-00520 LKK JFM PC)