IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

Good cause appearing, the Court GRANTS Defendants' application for a 5-minute extension of time, nunc pro tunc, by which to file Defendants' Response to the Court's Order to Show Cause and Plaintiffs' Objections, and their supporting documents.

**IT IS SO ORDERED.**

Dated: _____ _____
The Honorable Lawrence K. Karlton
United States District Judge