DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' REPLY DECLARANTS AND MOTION TO STRIKE, AND RESPONSE TO DEFENDANTS' OBJECTIONS**<br><br>Judge: Hon. Lawrence K. Karlton |

[768415-1]

I, Aaron J. Fischer, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs Ralph Coleman, *et al*. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Evidentiary Objections to Defendants' Reply Declarants and Motion to Strike, and Response to Defendants' Objections.

2. Attached hereto as Exhibit 1, is a true and correct copy of excerpts from the transcript of the deposition of Joel Dvoskin taken February 27, 2013 in San Francisco, California and lodged with this Court on March 15, 2013.

3. Attached hereto as Exhibit 2, is a true and correct copy of excerpts from the transcript of the deposition of Edward Kaufman taken March 16, 2013 in Laguna Beach, California and lodged with this Court by Defendants on March 22, 2013.

4. Attached hereto as Exhibit 3, is a true and correct copy of excerpts from the transcript of the deposition of Jacqueline Moore taken February 21, 2013 in San Francisco, California and lodged with this Court on March 15, 2013.

5. Attached hereto as Exhibit 4, is a true and correct copy of excerpts from the transcript of the deposition of Pablo Stewart taken March 19, 2013 in San Francisco, California and lodged with this Court by Defendants on March 22, 2013.

6. Attached hereto as Exhibit 5, is a true and correct copy of excerpts from the transcript of the deposition of Diana Toche taken February 22, 2013 in San Francisco, California and lodged with this Court on March 15, 2013.

7. Attached hereto as Exhibit 6, is a true and correct copy of excerpts from the transcript of the deposition of Eldon Vail taken March 19, 2013 in San Francisco, California and lodged with this Court by Defendants on March 22, 2013.

8. Attached hereto as Exhibit 7, is a true and correct copy of the "Notice of Adoption and Implementation of California Code of Regulations, Statewide Use of Force Policy" and Exhibit A filed thereto (CDCR Notice of Change to Department Operations

[768415-1]

1

DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLS.' EVIDENTIARY OBJECTIONS TO DEFS.' REPLY DECLARANTS AND MOTION TO STRIKE, AND RESPONSE TO DEFS.' OBJECTIONS

1  Manual) filed in the Northern District of California in *Madrid v. Cate*, Case No. 90-cv-
2  3094 (Hon. Judge Thelton E. Henderson, presiding), on August 30, 2010 (Docket Nos.
3  2181, 2181-2).

4      9.    Attached hereto as Exhibit 8, is a true and correct copy of a letter dated
5  March 22, 2013 from Joel Badeaux, MD, MPH to United States Attorney General Eric
6  Holder, with four enclosures. As reflected in the email attached as the first page of Exhibit
7  8, Dr. Badeaux sent a copy of this letter and enclosures to Michael Bien at my office on
8  Sunday, March 24, 2013. The letter, written by a Salinas Valley Psychiatric Program
9  (SVPP) psychiatrist, details grave concerns about safety conditions within the California
10 prisons' mental health system, and specifically the SVPP the provided *Coleman* class
11 members with Department of State Hospitals (DSH) inpatient level of care. Dr. Badeaux
12 states that the State is "unable or unwilling to provide a mental health system that can
13 adequately provide for the health and welfare of the mentally ill" and others, and requests
14 that the U.S. Department of Justice provide "urgent assistance and prevent further needless
15 injury and death."

16     10.    Attached hereto as Exhibit 9, is a true and correct copy of the Enclosure
17 entitled "Mental Health Adseg/SHU/PSU," dated January 18, 2013, excerpted from
18 Defendants' January Coleman Monthly Data, which is provided to plaintiffs via their FTP
19 site. These monthly statistical packages are routinely provided every month in the course
20 of this case by defendants to plaintiffs and the Special Master. This document was
21 uploaded to an FTP site used by the parties to facilitate document transfers by defendants
22 and downloaded by a paralegal in my office.

23     11.    Attached hereto as Exhibit 10, is a true and correct copy of excerpts from the
24 transcript of the deposition of Charles Scott taken March 8, 2013 in Davis, California and
25 lodged with this Court on March 15, 2013.

26 / / /
27 / / /
28

[768415-1]

2

DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' REPLY DECLARANTS AND MOTION TO STRIKE, AND RESPONSE TO DEFENDANTS' OBJECTIONS

1    I declare under penalty of perjury under the laws of the United States and the State
2 of California that the foregoing is true and correct, and that this declaration is executed at
3 San Francisco, California this 25th day of March, 2013.

                              */s/ Aaron J. Fischer*
                              Aaron J. Fischer

[768415-1]

3

DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' REPLY DECLARANTS AND MOTION TO STRIKE, AND RESPONSE TO DEFENDANTS' OBJECTIONS