| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:    (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:    (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:    (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:    (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' REPLY DECLARANTS AND MOTION TO STRIKE, AND RESPONSE TO DEFENDANTS' OBJECTIONS**<br><br>Judge:  Hon. Lawrence K. Karlton |

768964-1

I, Ernest Galvan, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs Ralph Coleman, *et al.* I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Evidentiary Objections To Defendants' Reply Declarants And Motion To Strike, And Response To Defendants' Objections.

2. The following exhibits to my concurrently lodged sealed, confidential, declaration are electronic Unit Health Record (eUHR) documents pertaining to the inmate-patient identified as Prisoner K in the Expert Declaration of Dr. Kaufman.

3. Attached to my sealed declaration as **Exhibit 1** is a true and correct copy of a December 10, 2012 CDCR Form 7230-MH, Interdisciplinary Progress Notes, for Kaufman Declaration Prisoner K.

4. Attached to my sealed declaration as **Exhibit 2** is a true and correct copy of a December 17, 2012 CDCR Form 7230-MH, Interdisciplinary Progress Notes, for Kaufman Declaration Prisoner K.

5. The following exhibits to my concurrently lodged sealed, confidential, declaration are eUHR documents pertaining to the inmate-patient identified as Prisoner L in the Expert Declaration of Dr. Kaufman.

6. Attached to my sealed declaration as **Exhibit 3** is a true and correct copy of an August 19, 2012 CDCR Form 7230-C, Interdisciplinary Progress Notes—Group Treatment Note, for Kaufman Declaration Prisoner L.

7. The following exhibits to my concurrently lodged sealed, confidential, declaration are eUHR documents pertaining to the inmate-patient identified as Prisoner B in the Expert Declaration of Dr. Kaufman.

8. Attached to my sealed declaration as **Exhibit 4** is a true and correct copy of a December 3, 2012 CDCR Form 7230A, Interdisciplinary Progress Notes—General, for Kaufman Declaration Prisoner B.

768964-1

1

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLS.' EVIDENTIARY OBJECTIONS TO DEFS.' REPLY DECLARANTS AND MOTION TO STRIKE, AND RESPONSE TO DEFS.' OBJECTIONS

9. Attached to my sealed declaration as **Exhibit 5** is a true and correct copy of a February 5, 2013 CDCR Form 7388, Mental Health Treatment Plan, for Kaufman Declaration Prisoner B.

10. Attached to my sealed declaration as **Exhibit 6** is a true and correct copy of a July 26, 2012 CDCR Form 7230-MH, Interdisciplinary Progress Notes, for Kaufman Declaration Prisoner B.

11. Attached to my sealed declaration as **Exhibit 7** is a true and correct copy of a December 31, 2012 CDCR Form 7230A, Interdisciplinary Progress Notes—General, for Kaufman Declaration Prisoner B.

12. Attached to my sealed declaration as **Exhibit 8** is a true and correct copy of a January 28, 2013 CDCR Form 7230A, Interdisciplinary Progress Notes—General, for Kaufman Declaration Prisoner B.

13. Attached to my sealed declaration as **Exhibit 9** is a true and correct copy of a November 14, 2012 CDCR Form 7230A, Interdisciplinary Progress Notes—General, for Kaufman Declaration Prisoner B.

14. Attached to my sealed declaration as **Exhibit 10** is a true and correct copy of a September 5, 2012 CDCR Form 7230-MH, Interdisciplinary Progress Notes, for Kaufman Declaration Prisoner B.

15. Attached to my sealed declaration as **Exhibit 11** is a true and correct copy of a June 28, 2012 CDCR Form 7230-MH, Interdisciplinary Progress Notes, for Kaufman Declaration Prisoner B.

16. Attached to my sealed declaration as **Exhibit 12** is a true and correct copy of a December 17, 2012 CDCR Form 7230A, Interdisciplinary Progress Notes—General, for Kaufman Declaration Prisoner B.

17. The following exhibits to my concurrently lodged sealed, confidential, declaration are eUHR documents pertaining to the inmate-patient identified as Prisoner D in the Expert Declaration of Dr. Kaufman.

768964-1

2
DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' REPLY DECLARANTS AND MOTION TO STRIKE, AND RESPONSE TO DEFENDANTS' OBJECTIONS

18. Attached to my sealed declaration as **Exhibit 13** is a true and correct copy of a September 4, 2012 CDCR Form 7230A, Interdisciplinary Progress Notes—General, for Kaufman Declaration Prisoner D.

19. Attached to my sealed declaration as **Exhibit 14** is a true and correct copy of a June 13, 2012 CDCR Form 7230A, Interdisciplinary Progress Notes—General, for Kaufman Declaration Prisoner D.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 25th day of March, 2013.

Ernest Galvan

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' REPLY DECLARANTS AND MOTION TO STRIKE, AND RESPONSE TO DEFENDANTS' OBJECTIONS