| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:   (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:   (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>       Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Lawrence K. Karlton |

[768435-1]

On March 26, 2013, Plaintiffs submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Confidential Declaration of Ernest Galvan in Support of Plaintiffs' Evidentiary Objections to Defendants' Reply Declarants and Motion to Strike, and Response to Defendants' Objections" ("Confidential Galvan Declaration"). The Confidential Galvan Declaration and its attached exhibits contain confidential class member information covered by the protective order in this case.  The Request, Confidential Galvan Declaration, and accompanying Proposed Order were served on Defendants in this action by overnight mail on the same day pursuant to Local Rule 141.

Good cause appearing,

**IT IS HEREBY ORDERED**

1. Plaintiffs' Request to File Under Seal the Confidential Declaration Of Ernest Galvan in Support of Plaintiffs' Evidentiary Objections to Defendants' Reply Declarants and Motion to Strike, and Response to Defendants' Objections is GRANTED.

DATED: March 26, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT