UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                        NO. 2:90-cv-520 LKK JFM P

    v.

EDMUND G. BROWN, JR., et al.,    ORDER

    Defendants.

_____/

        Defendants have recently filed ECF Nos. 4326, 4487 and 4509, all of which rely in part upon a document which they have withdrawn from the record (ECF No. 4314). The Court presumes that the references to the withdrawn document are simply errors. However, in order to avoid reintroducing ECF No. 4314 back into the record,[1] to avoid confusion, and good cause appearing:

---

[1] Defendants, in response to an Order To Show Cause (ECF No. 4335), asked the Clerk to remove ECF No. 4314 (along with ECF No. 4312) from the record (ECF No. 4348). The Clerk marked the document REMOVED and placed it under seal. However, the document was not physically removed. As a result of defendants' withdrawal of the document, ECF No. 4314 is to have no further role in this litigation.

1

1    **IT IS HEREBY ORDERED** that defendants shall, on or before 4:30
2 p.m. on Thursday, March 28, 2013, file corrected versions of ECF
3 Nos. 4326, 4487 and 4509, omitting all citations to ECF No. 4314.
4    DATED: March 26, 2013.

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2