1 | KAMALA D. HARRIS
Attorney General of California
2 | JONATHAN L. WOLFF
Senior Assistant Attorney General
3 | JAY C. RUSSELL
Supervising Deputy Attorney General
4 | DEBBIE J. VOROUS, SBN 166884
PATRICK R. MCKINNEY, SBN 215228
5 | WILLIAM H. DOWNER, SBN 257644
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone:  (916) 324-5345
8 |  Fax:  (916) 324-5205
 E-mail:  Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **SUPPLEMENT TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXPERT REPORTS, PORTIONS OF THE OPPOSITION, AND EXCERPTS OF TESTIMONY** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

On March 22, 2013, Defendants filed evidentiary objections to, among other things, portions of Plaintiffs' opposition.  (ECF No. 4486.)  Defendants now supplement their evidentiary objections and object to the assertions in Plaintiffs' opposition regarding mental health care provided to inmates by the Department of State Hospitals.  (Pls.' Opp'n at 39–42, ECF No. 4408.)  Such assertions should be stricken or disregarded by the Court as irrelevant under Federal Rule of Evidence 401.  The Court has never found the care provided to *Coleman* class members in DSH to be inadequate.  Rather, the Court only added the Director of the Department of Mental

1

1  Health as a defendant in 2006 as a means to remove any "delay and difficulty" that was impeding

2  "DSH's attempts to remedy the shortage of inpatient beds."  (ECF No. 1855 at 2:4–6.)  And by

3  July 2012, the State had successfully guaranteed timely access to appropriate mental-health care.

4  (ECF No. 4196.)  Because the Court has never made a finding of inadequacy against DSH, and

5  because the evidence is beyond the scope of the termination motion, it is entirely irrelevant and

6  the State requests that the Court disregard this argument and exclude this evidence.

7  Dated:  March 26, 2013                    Respectfully submitted,

8                                        KAMALA D. HARRIS
9                                        Attorney General of California

10                                      */s/  Debbie J. Vorous*

11                                        DEBBIE J. VOROUS
                                        Deputy Attorney General
12                                        *Attorneys for Defendants*

13  CF1997CS0003

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2