1    KAMALA D. HARRIS
     Attorney General of California
2    JONATHAN L. WOLFF
     Senior Assistant Attorney General
3    JAY C. RUSSELL
     Supervising Deputy Attorney General
4    DEBBIE VOROUS, State Bar No. 166884
     PATRICK R. MCKINNEY, State Bar No. 215228
5    WILLIAM DOWNER, State Bar No. 257644
     Deputy Attorneys General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone:  (916) 324-5345
8     Fax:  (916) 324-5205
      E-mail:  Debbie.Vorous@doj.ca.gov
9
     Attorneys for Defendants

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE EASTERN DISTRICT OF CALIFORNIA

12

SACRAMENTO DIVISION

13

14

15

16    **RALPH COLEMAN, et al.,**                    2:90-cv-00520 LKK JFM PC

17                          Plaintiffs,

18            v.                                     **DEFENDANTS' NOTICE OF FILING OF
                                                     CORRECTED PLEADINGS AND
19                                                   NOTICE OF ERRATA TO
      **EDMUND G. BROWN JR., et al.,**               DEFENDANTS' REPLY TO PLAINTIFFS'
20                                                   OPPOSITION TO MOTION TO
                            Defendants.              TERMINATE**
21

22

23

24

25

26

27

28
                                          1

1      **PLEASE TAKE NOTICE** in response to the Court's March 26, 2013 Order

2  (ECF No. 4521), Defendants are concurrently filing with this Notice:

3      1) a corrected version of Defendants' Reply to Plaintiffs' Opposition to Defendants'

4  Motion to Terminate under the PLRA and to Vacate under Rule 60(b)(5) to replace the pleading

5  filed at ECF No. 4487;

6      2) a corrected version of Defendants' Objections and Motion to Strike or Modify Portions

7  of Special Master's Report on Suicides Occuring in California Department of Corrections and

8  Rehabilitation Facilities in 2011 to replace the pleading filed at ECF 4326; and

9      3) a corrected version of Defendants' Objections and Motion to Strike or Modify Portions

10 of Special Master's Report on Suicides Occuring in California Department of Corrections and

11 Rehabilitation Facilities in 2011 to replace the pleading filed at ECF 4509.

12     In addition to omitting all citations to ECF No. 4314, Defendants' amended reply also

13 corrects the following errors or omissions:

14     1.    At page 3:10-11, the citation to "(*See* Termination Mot.)" should be changed to

15 read "(*See* Defs.' Mot. to Terminate, ECF No. 4275.)

16     2.    At page 6:21-22, the citation to "(Decl. Chris Meyer ¶ 12 & Exs. 11 & 12)" should

17 be changed to read "(Meyer Decl. Supp. Defs.' Mot. Terminate, ECF No. 4278, ¶ 12 & Exs. 11 &

18 12)".

19     3.    At page 8:14-18 the parenthetical quotation in the citation of *Hallett*, a closing

20 quotation mark and a period should be inserted at the end of the parenthetical following the word

21 "rights".

22     4.    At page 8:22, the parenthetical quotation in the citation of *Mayweathers*, a closing

23 quotation mark should be inserted at the end of the parenthetical following the word "relief".

24     5.    At page 10:25-11:1, the citation to "[Scott Depo.] 30:13-23, & 4 [Moore Depo.]

25 138.1-3" should be changed to read "[Scott Depo.] 30:13-23, 35:5-37:25 [Moore Depo.] 138:1-

26 2".

27     6.    At page 12:8-9, the citation to "(*see, e.g.,* Kaufman Decl.¶ 7 & Appx. A;

28 McKinney Decl. Exs. 5 [Kaufman Depo.] 36:25-37:7 & 208, 6 [Stewart Depo.] 238:10-11, 16.)"

2

should be changed to read "(*See, e.g.,* McKinney Decl. Exs. 5 [Kaufman Depo.] 208:14-209:9 [Stewart Depo.] 238:10-20.)"

7.    At page 14:25-26, the citation to "(*See* Kaufman Decl.¶ 7 & Appx. A; McKinney Decl. Exs. 5 [Kaufman Depo.] 36:25-37:7 & 208.)" should be changed to read "(*See* Kaufman Decl.¶ 7 & Appx. A; McKinney Decl. Exs. 5 [Kaufman Depo.] 36:25-37:7; 208:14-209:9.)"

8.    At page 15:2-3, the citation to "(*Id.* at Ex. 6 [Stewart Depo.] 12:11-19.)" should be changed to read "(McKinney Decl., Ex. 6 [Stewart Depo.] 12:5-22.)"

9.    At page 15:4, the citation to "(*Id.* at 238:10-11, 16)" should be changed to read (*Id.* at 238:10-20.)"

10.   At page 15:12, the citation to "(*Id.* at Ex. 7 [Vail Depo.] at 271:1-19.)" should be changed to read "(McKinney Decl., Ex. 7, [Vail Depo.] at 29:8-30:1.)"

11.   At page 15:15-16, the citation to "(*Id.* at 20::21-22:10.)" should be changed to read "(Am. McKinney Decl., Ex7, [Vail Depo.]  17:11-18:25.)"

12.   At page 17:17-18, the citation to *Rellergert* should be changed to read "*See Rellergert v. Cape Girardeau Cty, Mo.*, 924 F.2d 794, 797 (8th Cir. 1991)."

13.   At page 20:1-2, the citation to "(Belavich Reply Decl. ¶¶ 14-15.)" should be changed to "(Gaither Reply Decl. ¶¶ 8-9.)"

14.   At page 20:13, the citation to "(Decl. Gaither) ¶ 14.)" should be changed to "(Gaither Reply Decl. ¶ 8.)"

15.   At page 20:16, the citation to "(Bachman Reply Decl. ¶ 13.)" should be changed to "(Gaither Reply Decl. ¶ 8; Bachman Reply Decl. ¶¶ 10-13.)"

16.   At page 20:21, the citation to "(*Id.* at ¶ 7.)" should be changed to "(Bachman Reply Decl. ¶ 7.)"

17.   At page 22:3, the citation to "(Monthei Decl. Supp. Reply ¶ 19.)" should be changed to "(Monthei Reply Decl. ¶ 23.)"

18.   At page 23:23, the citation to "(Decl. Monthei ¶ 20.)" should be changed to read "(Monthei Reply Decl. ¶ 24.)"

3

Defs.' Not. of Filing of Corrected Version and  Not. of Errata to Reply to Plfs.' Opp'n. Mot. to Terminate .
(2:90-cv-00520 LKK JFM PC)

19.     At page 24:4, the citation to "(Decl. Monthei ¶ 21.)" should be changed to read "(Monthei Reply Decl. ¶ 33.)"

20.     At page 26:11, the word "lead" should be replaced with the word "led."

21.     At page 26:17, the citation to "(Toche Reply Decl. ¶ 8.)" should be changed to read "(Toche Reply Decl. ¶¶ 8-9.)"

22.     At page 26:23, the citation to "Jordan Reply Decl. ¶¶ 2-5" should be changed to read "Am. Jordan Reply Decl., ¶¶ 2-5."

23.     At page 26:24, the citation to "Monthei Reply Decl." should be changed to read "Monthei Reply Decl. ¶ 14."

24.     At page 26:27, the citation to "(Toche Reply Decl.)" should be change to read "(Toche Reply Decl. ¶¶ 3-9.)"

25.     At page 27:21-22, the citation to "(*See* institution declaration cited above.)" should be changed to read "(*See* Defs.' Reply Brief, *infra*, p. 26:22-24; *see also* Toche Reply Decl. ¶¶ 18-24.)"

26.     At page 28:20, the citation to "(2011 annual CDCR Report.)" should be changed to read "(*See* 2011 Annual CDCR Report *available at* http://www.cdcr.ca.gov/News/docs/2011_Annual_Report_FINAL.pdf .)"

27.     At page 28:27, the citation to "(*Id.* at ¶ 16.)" should be changed to read "(*Id.* at ¶¶ 11-16.)"

28.     At page 34:6-7, the citation parenthetical quote should be changed to read "I'm mainly citing the State's expert, Jacqueline Moore."

29.     At page 36:3, the word "recent" should be inserted before "experience."

30.     At page 37:13, the citation to "(McKinney Decl. Ex. 3 [Scott Depo.] 86:16-22. . .)"; should be changed to read "(McKinney Decl. Ex. 3 [Scott Depo.] 86:11-22 . . .)"

31.     At page 42:14, the citation to "Monthei Reply Decl." should be changed to read "Monthei Reply Decl. ¶¶ 31-35."

32.     Ar page 42:21, the citation to "(Belavich Decl. ¶ 8.)" should be changed to read "(Belavich Reply Decl. ¶ 8.)"

4

33.     At page 42:26-27, the citation to "(Hoffman Reply Decl. ¶¶ 16-25; McMahon Reply Decl. ¶¶ 3-8 . . .)" should be changed to read "(Hoffman Reply Decl. ¶¶ 17-21; McMahon Reply Decl. ¶¶ 3-12 . . .)"

34.     At page 43:22, the citation to "(Belavich Decl. ¶ 43, Exs. H & I.)" should be changed to read "(Belavich Reply Decl. ¶ 43, Exs. H & I.)"

35.     At page 44:3, the citation to "Hoffman Reply Decl. ¶¶ 29-30" should be changed to read "Hoffman Reply Decl. ¶¶ 9-22 & 30."

36.     At page 44:14, the citation to "Center Reply Decl" should be changed to read "Center Reply Decl. ¶¶ 1-8 & 11."

37.     At page 45:8-9, the citation to "Ex. D" should be changed to read "Ex. E".

38.     At page 45:14, the citation to "No. 4326-1¶¶ 10-11" should be changed to read "No. 4326-1 ¶ 11".

39.     At page 45:13-14, the citation to "Gabeler Reply Decl. ¶ 7" should be changed to read "Gabeler Reply Decl. ¶¶ 5 and 7".

40.     At page 45:19-20, the citation to "(Id. ¶ 12)" should be changed to read "(Id. ¶¶ 11-12)".

41.     At page 46:20, the citation to "(Belavich Decl…Id. at ¶ 30)" should be changed to read "(ECF No. 4277 at ¶ 30)".

42.     At page 48:1, the citation to "(Belavich Decl.)" should be changed to read "(Belavich Reply Decl.)"

43.     At page 48:4, the citation to "(Belavich Decl.)" should be changed to read "(Belavich Reply Decl.)"

44.     At page 49:21, the citation to "at 11:12-13", should be changed to read "at 8:12-13."

45.     At page 49:23, the citation to "at 11:15-16" should be changed to read "at 8:15-16"

46.     At page 55:7, the citation "Id. At 62-63, should be changed to read "Id. at 62-64."

47.     At page 55:17, the citation "(ECF No. 4376 at 40-41) should be changed to read "(ECF No. 4376, Appx., H at 40-41.)

5

48.     At page 56:10, the citation to "(ECF No. 4376 at 26-27.) should be changed to read "(ECF No. 4376, Appendix H at 26-27.)

49.     At page 56:20, the citation to "2011 Report" should be changed to read "2012 Report".

50.     At page 56:22, the citation to "(ECF No. 4376 at 85-86.)" should be changed to read (ECF No. 4376, Appendix H at 85-86.)

51.     At page 57:24, the citation to "(ECF No. 4376 at 33.)" should be changed to to "(ECF No. 4376, Appendix H at 33.)"

52.     At page 58:3, the citation to "(Id. at 39.)" should be changed to read to "(ECF No. 4376, Appendix at 39.)"

53.     At page 58:27, the citation to "(ECF No. 4376 at 48.)" should be changed to read to "(ECF No. 4376, Appendix H at 48.)"

54.     At page 59:1, the citation to "(ECF No. 4376 at 48.)" should be changed to read "(Id.)"

55.     At page 59:7, the citation to "inmate A" should be changed to read "inmate X".

56.     At page 60:19, "Department's suicide rate" should be changed to "Department's rate of foreseeable or preventable suicide."

57.     At page 62:25, the citation to "*Id.* 16." should be changed to read "*Id.* at ¶ 16."

58.     At page 68:15, the citation to "Belavich ¶¶" should be changed to "Belavich Decl. ¶¶."

59.     At page 69:16, the citation to "Jordan Reply Decl. [CIM]" should be changed to read "Jordan Reply Decl."

60.     At page 70:7, the citation to "(CIM decl. .)" should be changed to read "Jordan Reply Decl. at ¶ 22."

61.     At page 71:24, the citation to "at 65-72" should be deleted

62.     At page 71:25, the citation to ECF No. 4376, at 68." should be changed to read "ECF No. 4376, Appx. H at 68.)"

6

63.     At page 72:3, the reference to the "2011 Suicide Report" should be changed to read "2012 Suicide Report."

64.     At page 73:5, the citation to "Prisoner D" should be changed to read "Prisoner DD."

65.     At page 73:8-9, the citation to "¶ 11 & Vorous Decl. Ex 7-H" should be changed to read "¶ 5 & Vorous Decl. Ex 7-B."

66.     At page 73:27, the citation to "223-24 [Prisoner HH] should be changed to "225 [Prisoner II]"

67.     At page 73:28 the citation to "Holland Reply Decl. ¶¶8-9" should be changed to "Holland Reply Decl. ¶8."

68.     At page 75:6, the citation to "(ECF No. 4326-6 at 15-6.)" should be changed to read (Id. at 146-147.)

69.     At page 75:13-14, the citation to "ECF No. 4381 at ¶¶ 437 & 402.)" should be changed to read "(Stewart Decl. at ¶¶ 347 & 402.)"

70.     At page 80:7, the citation to "see *id.* at Ex. E" should be changed to read "see *id.* at Ex. F."

71.     At page 82:8, "refer back to sections H on ASU and SHU." should be deleted.


Dated:  March 28, 2013                          Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

**/S/ WILLIAM DOWNER**

WILLIAM DOWNER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003