DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE PORTIONS OF SPECIAL MASTER'S REPORT ON SUICIDES OCCURRING IN THE FIRST HALF OF 2012**<br><br>Judge: Hon. Lawrence K. Karlton |

[773136-1]

On March 28, 2013, Plaintiffs filed an Application for Leave to File Opposition to Defendants' Objections and Motion to Strike Portions of Special Master's Report on Suicides Occurring in the First Half of 2012.  In response to the Special Masters' Report on Suicides Completed in California Department of Corrections and Rehabilitation January 1, 2012-June 30, 2012 (Docket 4375, filed March 13, 2013), Defendants filed an eight-page pleading (Docket 4509, filed March 25, 2013) citing to multiple declarations filed in support of Defendants' Reply to Plaintiffs' Opposition to Motion to Terminate (Docket 4487, filed March 22, 2013).

Good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiffs' Application for Leave to File Opposition to Defendants' Objections and Motion to Strike Portions of Special Master's Report on Suicides Occurring in the First Half of 2012 is GRANTED.

Plaintiffs' shall file the Opposition and any associated pleadings by April 2, 2013.

**IS IT SO ORDERED.**

DATED: _____, 2013

_____
LAWRENCE K. KARLTON
Senior United States District Judge

[773136-1]

[PROPOSED] ORDER GRANTING PLS.' APP. FOR LEAVE TO FILE OPP. TO DEFS.' OBJS. & MOT. TO STRIKE PORTIONS OF SPECIAL MASTER'S REPORT ON SUICIDES OCCURRING IN 1ST HALF OF 2012