1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:  (510) 280-2621

   MICHAEL W. BIEN – 096891
   JANE E. KAHN – 112239
   ERNEST GALVAN – 196065
   THOMAS NOLAN – 169692
   LORI E. RIFKIN – 244081
   AARON J. FISCHER – 247391
   MARGOT MENDELSON – 268583
   KRISTA STONE-MANISTA – 269083
   ROSEN BIEN GALVAN &
   GRUNFELD LLP
   315 Montgomery Street, Tenth Floor
   San Francisco, California  94104-1823
   Telephone:  (415) 433-6830

8  JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
9  LINDA L. USOZ – 133749
   MEGAN CESARE-EASTMAN – 253845
10 K&L GATES LLP
   4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
11 Telephone:  (415) 882-8200

   CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
   180 Montgomery Street, Suite 600
   San Francisco, California  94104-4244
   Telephone:  (415) 864-8848

12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>  Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE PORTIONS OF SPECIAL MASTER'S REPORT ON SUICIDES OCCURRING IN THE FIRST HALF OF 2012**<br><br>Judge:  Hon. Lawrence K. Karlton |

[773136-1]

On March 28, 2013, Plaintiffs filed an Application for Leave to File Opposition to Defendants' Objections and Motion to Strike Portions of Special Master's Report on Suicides Occurring in the First Half of 2012.  In response to the Special Masters' Report on Suicides Completed in California Department of Corrections and Rehabilitation January 1, 2012-June 30, 2012 (Docket 4375, filed March 13, 2013), Defendants filed an eight-page pleading (Docket 4509, filed March 25, 2013) citing to multiple declarations filed in support of Defendants' Reply to Plaintiffs' Opposition to Motion to Terminate (Docket 4487, filed March 22, 2013).

Good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiffs' Application for Leave to File Opposition to Defendants' Objections and Motion to Strike Portions of Special Master's Report on Suicides Occurring in the First Half of 2012 is GRANTED.

Plaintiffs' shall file the Opposition and any associated pleadings by April 2, 2013.

**IS IT SO ORDERED.**

DATED:  March 29, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[773136-1]