1  KAMALA D. HARRIS
   Attorney General of the State of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS - 166884
   PATRICK McKINNEY - 215228
5  Deputy Attorneys General
   455 Golden Gate Avenue, Suite 11000
6  San Francisco, CA 94102-7004
   Telephone: (415) 703-5500
7  Facsimile: (415) 703-5843
   Email: Patrick.McKinney@doj.ca.gov
8
   HANSON BRIDGETT LLP
   JERROLD C. SCHAEFER - 39374
   PAUL B. MELLO - 179755
   WALTER R. SCHNEIDER - 173113
   SAMANTHA D. WOLFF - 240280
   MEGAN OLIVER THOMPSON - 256654
   PAUL B. GRUWELL - 252474
   425 Market Street, 26th Floor
   San Francisco, California 94105
   Telephone: (415) 777--3200
   Facsimile: (415) 541-9366
   pmello@hansonbridgett.com

   Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>     Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST THAT PLAINTIFFS' COLEMAN FILINGS BE DEEMED AND CONSIDERED AS SUPPLEMENTAL PLEADINGS IN OPPOSITION TO DEFENDANTS' MOTION TO VACATE POPULATION REDUCTION ORDER**<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>     Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

DEFS.' OPP'N TO PLS.' REQ. TO FILE COLEMAN PLDGS. IN OPP'N TO DEFS.' MOT. TO VACATE
5055480.2

1  Having filed no less than *four* briefs in opposition to Defendants' motion to vacate,
2  Plaintiffs now request to have their opposition to Defendants' Motion to Terminate in
3  *Coleman* considered and filed in this Three-Judge Court Proceeding. (Pls.' Req. That
4  Pls.' *Coleman* Filings Be Deemed and Considered as Supp. Pleadings in Opp'n to Defs.'
5  Mot. to Vacate and in Support of Pls.' Mot. for Further Relief, ECF Dock. No. 2577.)
6  Defendants oppose Plaintiffs' most recent improper attempt to submit untimely briefing in
7  opposition to Defendants' motion to vacate.

8  Plaintiffs failed to timely oppose Defendants' motion to vacate. (*See* Jan. 29, 2013
9  Order, ECF Dock. No. 2527, 1:25-26.) Plaintiffs only responded to Defendants' motion
10 after being instructed to do so by this Court. (*Id.*) Plaintiffs did not show good cause for
11 failing to file a timely opposition to Defendant's motion. (*See* Pls.' Opp'n to Defs.' Mot. to
12 Vacate or Modify, ECF Dock. No. 2528 at 31-32 (stating that Plaintiffs "neglected" to note
13 this Court's scheduling order that has been in effect since 2008); *see also Kyle v.*
14 *Campbell Soup Co.*, 28 F.3d 928, 931 (9th Cir. 1994) ("inadvertence, ignorance of the
15 rules, or mistakes construing the rules do not usually constitute 'excusable neglect'")
16 (quoting *Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd. P'ship*, 507 U.S. 380, 392
17 (1993)).) Thereafter, Plaintiffs filed three additional briefs, none of which were
18 contemplated by this Court or the local rules. (*See id.*; *see also* E.D. L.R. 230(c); *see*
19 *also* Defs.' Opp'n to Pls.' Req. for Leave to File Supp. Brief, ECF Dock. No. 2573.)

20 None of Plaintiffs' four previous briefs should be considered by this court, as all
21 were filed after the deadline passed to oppose Defendants' motion and all were without
22 good cause. Plaintiffs' most recent attempt to mitigate their inexcusable neglect is no
23 exception. Plaintiffs may not back-door their untimely opposition to Defendants' motion
24 to vacate by filing "supplemental pleadings." This request is improper and contrary to
25 Eastern District Local Rule 230(c), which clearly anticipates that a party will file only one
26 opposition to a motion, with the failure to timely do so resulting in that party's inability to
27 be heard in opposition.

28 In light of Plaintiffs' repetitive and deliberate attempts to mitigate their failure to

timely oppose Defendants' motion to vacate by filing improper supplemental briefing, Defendants respectfully request that this Court order Plaintiffs to cease filing any additional briefing in opposition/response to Defendants' motion to vacate. Additionally, Defendants respectfully request that this Court properly grant Defendants' motion to vacate.

DATED: March 29, 2013　　　　　　　　　HANSON BRIDGETT LLP

By:　　/s/ *Samantha D. Wolff*
　　PAUL B. MELLO
　　SAMANTHA D. WOLFF
　　Attorneys for Defendants

DATED: March 29, 2013　　　　　　　　　KAMALA D. HARRIS
　　Attorney General of California

By:　　/s/ *Jay C. Russell*
　　JAY C. RUSSELL
　　Supervising Deputy Attorney General
　　Attorneys for Defendants