1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  WILLIAM DOWNER, State Bar No. 257644
   Deputy Attorneys General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5345
8   Fax: (916) 324-2445
    E-mail: William.Downer@doj.ca.gov
9
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF ERRATA IN EXHIBITS 1, 4, 5, 6, AND 7 TO THE DECLARATION OF PATRICK MCKINNEY IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO TERMINATE AND NOTICE OF FILING OF CORRECTED EXHIBITS** |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

1  **PLEASE TAKE NOTICE** that certain portions of the deposition transcripts of Joel Dvoskin (McKinney Decl. Ex. 1); Jacqueline Moore (McKinney Decl. Ex. 4); Edward Kaufman (McKinney Decl. Ex. 5); Pablo Stewart (McKinney Decl. Ex. 6); and Eldon Vail (McKinney Decl. Ex. 7) that were cited in Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Terminate were inadvertently not included in the exhibits attached to the Declaration of Patrick McKinney (ECF No. 4491). The full exhibits are attached to this notice as Exhibits 1, 4, 5, 6, and 7.

Defendants file these amended exhibits to ensure a complete and accurate record of the proceedings in this matter.

Dated: March 29, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/S/ WILLIAM H. DOWNER*

WILLIAM H. DOWNER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Not. of Errata and Not. of Filing of Corrected Pleadings.
(2:90-cv-00520 LKK JFM PC)