UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                NO. CIV. S-90-520 LKK/JFM (PC)

  v.

EDMUND G. BROWN, JR., et al.,        O R D E R

    Defendants.
_____/

    The court has noted three minor incorrect phrasings in the April 5, 2013 order (ECF No. 4539), and they are hereby corrected as follows:

    1.    On page 20, footnote 19, it should read: In addition, Vorous does not explain how these matters came **"to"** her knowledge such that she can now testify about them, since she says that she did not observe them.

    2.    On page 34, line 23: the repetition in brackets [ ] should be eliminated.

    3.    On page 42, line 25½, it should read: While this court is refraining from making credibility assessments in

1

1    connection **"with"** this alternative disposition ...

2    IT IS SO ORDERED.

3    DATED: April 8, 2013.

6    _____
     LAWRENCE K. KARLTON
7    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

2