DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>   Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF LORI E. RIFKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELATED TO INPATIENT TREATMENT**<br><br>Judge: Hon. Lawrence K. Karlton<br>Date:  May 13, 2013<br>Time:  10:00 a.m.<br>Crtrm.: 4 |

[781684-1]

I, Lori E. Rifkin, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Motion for Enforcement of Court Orders Related to Inpatient Treatment

2. Attached hereto as **Exhibit 1**, is a true and correct copy of excerpts from the transcript of the deposition of Diana Toche taken February 22, 2013 in San Francisco, California and lodged with this Court on March 15, 2013.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the San Quentin Health Care Evaluation prepared by the *Plata* Court Medical Experts, dated March 18, 2013. On page 6, the *Plata* Court Medical Experts note that the transition of ten of San Quentin's 34 outpatient housing unit ("OHU") beds to housing for the Specialized Care Program would leave an "insufficient" number of medical beds "for a population of 4,000 that includes 690 condemned inmates."

4. Attached hereto as **Exhibit 3** is an internal CDCR email chain which was produced by Defendants in this case. In an email dated January 31, 2013 from Diana Martinez, Standards Compliance Coordinator at CSP-San Quentin, to several CDCR officials, including Eric Monthei, the Chief of Mental Health at San Quentin, Ms. Martinez expressed concern that operating an unlicensed ICF program within the CTC may result in "jeopardizing the CTC license" as a whole. Also on January 31, 2013, Dr. Monthei forwarded Ms. Martinez's email to Diana Toche, Acting Director of CDCR's Division of Correctional Health Services Program, and Tim Belavich, Acting Deputy Director of CDCR's Mental Health Program, requesting that they exert "direct influence" to ensure that Ms. Martinez "[did] not pursue this line of reasoning and/or action."

5. Attached hereto as **Exhibit 4** is a true and correct copy of the most recent *Coleman* Monthly Staffing and Vacancies Report provided to Plaintiffs' counsel by Defendants, reflecting data from February 2013. This Report shows an overall 32%

[781684-1]

1

DECL. OF LORI E. RIFKIN IN SUPPORT OF PLS.' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT

functional vacancy rate at the Salinas Valley Psychiatric Program ("SVPP") and an overall 36% functional vacancy rate at Vacaville Psychiatric Program ("VPP"). It also shows a functional vacancy rate of 35% for clinical social workers and a 75% functional vacancy rate for psychiatric technicians at SVPP.

6. Attached hereto as **Exhibit 5**, is a true and correct copy of excerpts from the transcript of the deposition of John Brim taken March 1, 2013 in San Francisco, California and lodged with this Court on March 15, 2013.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt from the 2009 Revision to the Coleman MHSDS Program Guide, from Chapter 4 (Enhanced Outpatient Program) at 12-4-8. The section covers a requirement that EOP patients be offered ten hours per week of structured therapeutic activity.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt from the 2009 Revision to the Coleman MHSDS Program Guide, from Chapter 6 (Department of Mental Health Inpatient Program) at page 12-6-7. The section addresses admission criteria for referrals to ICF programs.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Memorandum of Understanding for Intermediate Care/Non-Acute Services between California Department of Corrections and Rehabilitation (CDCR) and the Department of Mental Health, dated August 18, 2010. Paragraph (h) on page 13 sets a timeline of 10 working days to clear SVPP inmate-patients for programming through SVSP classification.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the deposition of Joel Dvoskin taken February 27, 2013 in San Francisco, California and lodged with this Court on March 15, 2013.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt from the 2009 Revision to the Coleman MHSDS Program Guide, from Chapter 6 (Department of Mental Health Inpatient Program) at page 12-6-12 and 12-6-13. This section covers discharge criteria from ICF programs.

I declare under penalty of perjury under the laws of the United States and the State

[781684-1]

2
DECL. OF LORI E. RIFKIN IN SUPPORT OF PLS.' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT

of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 11th day of April, 2013.

                                      */s/ Lori E Rifkin*
                                      Lori E. Rifkin

[781684-1]

3

DECL. OF LORI E. RIFKIN IN SUPPORT OF PLS.' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT