1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California 94710-1916
   Telephone: (510) 280-2621
4
5
6
7
8  JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
9  LINDA L. USOZ – 133749
   MEGAN CESARE-EASTMAN – 253845
10 K&L GATES LLP
   4 Embarcadero Center, Suite 1200
11 San Francisco, California 94111-5994
   Telephone: (415) 882-8200
12
   Attorneys for Plaintiffs
13

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

14              UNITED STATES DISTRICT COURT

15            EASTERN DISTRICT OF CALIFORNIA

16

17 RALPH COLEMAN, et al.,

18          Plaintiffs,

19     v.

20 EDMUND G. BROWN, Jr., et al.,

21          Defendants.

22

23

Case No. Civ S 90-0520 LKK-JFM

**DECLARATION OF ERNEST
GALVAN IN SUPPORT OF MOTION
FOR ENFORCEMENT OF COURT
ORDERS AND AFFIRMATIVE
RELIEF RELATED TO INPATIENT
TREATMENT**

Judge:   Hon. Lawrence K. Karlton
Date:    May 13, 2013
Time:    10:00 a.m.
Crtrm.:  4

[783299-1]

DECLARATION OF ERNEST GALVAN IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS
AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT

I, Ernest Galvan, declare:

1.     I am an attorney admitted to practice law in California, a member of the bar of this Court, and a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify.  I make this declaration in support of Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment.  I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.     In order to comply with the protective orders in this case governing identifying information regarding particular *Coleman* class members, all such persons referred to in this declaration are referred to with a code number, in the form of Prisoner [N].  A key to the code numbers will be lodged for filing under seal in compliance with Local Rule 141.

3.     Attached hereto as **Exhibit A**, is a true and correct copy of an excerpt from the transcript of the deposition of Charles Scott, M.D. taken March 8, 2013 in Davis, California and lodged with this Court on March 15, 2013, comprising pages 92 through 97 of the transcript.

4.     The testimony of Dr. Scott provided here as **Exhibit A** discusses an Exhibit 6 to the deposition, a document titled "Standardized Psychiatry Quality of Care Audit Tool," dated 08/01/12, and pertaining to **Prisoner 1,** a true and correct copy of which is attached hereto as **Exhibit B** redacting the prisoner identify information, and adding brackets to highlight the following text in the document:

> This patient was transferred to the crisis bed from DMH for purposes of parole (pt's cannot parole from DMH).

> Minimal changes were indicated in this patient who was on the crisis bed for the exclusive purpose of parole.

5.     Attached hereto as **Exhibit C** is a true and correct copy of an excerpt Dr. Scott's handwritten notes from his tour at California Medical Facility, Vacaville, as

1

1 produced to Plaintiffs' counsel in discovery, identified with Bates Numbers DEXP 109724

2 and DEXP 109741. I have added a box around the following text on Bates Number DEXP

3 109741: "DSH -> parole? MOU – not allowed to parole from DSH."

4    6.    Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of Dr.

5 Scott's handwritten notes from a tour at CSP Sacramento, identified as Exhibit 8 to his

6 deposition, Bates Numbers DEXP 109889 and DEXP 109920. I have added a bracket to

7 the left of the following text on DEXP 109920: "She reviews parole list to make sure no

8 DMH pts on list."

9    7.    Attached hereto as **Exhibit E** is a true and correct copy of an excerpt of Dr.

10 Scott's handwritten notes from a tour at Salinas Valley State Prison, identified as Exhibit

11 28 to his deposition, Bates Numbers DEXP 110915 and DEXP 110936. I have added a

12 box around the following text on DEXP 110936: "MOU? + DMH- Why can't parole from

13 DMH."

14    8.    Attached hereto as **Exhibit F** is a true and correct copy of an excerpt of Dr.

15 Scott's handwritten notes from a tour at San Quentin State Prison, identified as Exhibit 23

16 to his deposition, Bates Numbers DEXP 111309 and DEXP 111343. I have added a box

17 around the following text on DEXP 111343: "Parole: DMH returns for parole [with] short

18 time."

19    9.    Attached hereto as **Exhibit G** is a true and correct copy of an excerpt of Dr.

20 Scott's handwritten notes from a tour at California Men's Colony, identified as Exhibit 30

21 to his deposition, Bates Numbers DEXP 111414 and DEXP 111445. I have added a box

22 around the following text on DEXP 111445: "Parole returns from DSH: usually 1 week

23 before release onto parole

24    10.    Attached hereto as **Exhibit H** is a true and correct copy of a printout from an

25 Excel spreadsheet produced by Defendants to Plaintiffs in discovery under the Document

26 Identifier DRPD2-39-000917_2224_0001, with the title "Department of Mental Health

27 Non-Referral Log," for CMF, for the month of August 2012. I have redacted all prisoner

28

[783299-1]

2
DECLARATION OF ERNEST GALVAN IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS
AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT

identifying information, and labeled as **Prisoners 2-4** the prisoners for whom I have highlighted the following "Reasons for Non-Referral:"

> **Prisoner 2:** "parole planning in progress", and later in the document, "Recently returned from DSH to parole but not stable. I/P will require 5150/agent pickup from MHCBF."
>
> **Prisoner 3:** "Discharged from APP to MHCBF to parole", and later in the document, "I/P was discharged from ASH to parole from the MHCB on 8/27/12."
>
> **Prisoner 4:** "Transferred from DSH to parole but now has an ICE hold and is pending ICE hearing on 8/29/12," and later in the document, "I/P was transferred from DSH to parole, but now has an ICE hold pending his hearing today. In addition, he is MDO positive and should be transferred to ASH."

11.    Attached hereto as **Exhibit I** is a true and correct copy of a printout from an Excel spreadsheet produced by Defendants to Plaintiffs in discovery under the Document Identifier DRPD2-39-001482_3221_0001, with the title "Department of Mental Health Non-Referral Log", for CMF, for the month of December 2012. I have redacted all prisoner identifying information, and labeled as **Prisoners 5-6** the prisoners for whom I have highlighted the following "Reasons for Non-Referral:"

> **Prisoner 5:** "I/P is preparing for parole and does not attend groups due to his tourettes. The team is working on CBT and parole planning."
>
> **Prisoner 6:** "I/P is 20 days from parole with numerous admissions to DSH and MHCB. Team continues to assess."

12.    Attached hereto as **Exhibit J** is a true and correct copy of a completed form produced by Defendants to Plaintiffs in discovery under the Document Identifier DRPD3-82-000189_0791_0001, titled "Department of Mental Health—Correctional Services and Support Unit, Case Conference Referral Form." I have redacted the prisoner identifying information and refer to this individual as **Prisoner 7.** The form states that **Prisoner 7** was admitted to an MHCB on August 9, 2011 after attempting suicide by hanging. The form

[783299-1]

3

DECLARATION OF ERNEST GALVAN IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT

1    includes a parole date of October 10, 2011.  It includes the notation:  "Since patients do not

2    parole from DMH it is imperative that a parole plan is in place."

3          13.    Attached hereto as **Exhibit K** is a true and correct copy of a document

4    produced by Defendants to Plaintiffs in discovery under the Document Identifier DRPD

5    041932, titled "NKSP EOP Parolees, October 1, 2011 through March 31, 2012."  I have

6    redacted identifying information and marked the record for **Prisoner 7,** which states that

7    he paroled from NSKP.

8          14.    After reviewing monthly data produced in *Coleman* to determine whether

9    **Prisoner 7** was ever treated at a DSH inpatient unit, I found that he was referred to CMF

10   APP on Sept. 8, 2011, and was accepted on Oct. 3, 2011 and was the subject of a CCAT

11   review on Oct. 6, 2011.  There is no evidence, however, that **Prisoner 7** was ever

12   physically admitted to the APP.

13         I declare under penalty of perjury under the laws of the United States and the State

14   of California that the foregoing is true and correct, and that this declaration is executed at

15   San Francisco, California this 11th day of April, 2013.

16

17                                              */s/ Ernest Galvan*
                                                Ernest Galvan
18

19

20

21

22

23

24

25

26

27

28

[783299-1]

DECLARATION OF ERNEST GALVAN IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS
AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT

# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


RALPH COLEMAN, ET AL.,                    )
                                          )
                    Plaintiffs,           )
                                          )CASE NO.:
          vs.                             ) S 90-0520 LKK-JFM
                                          )
EDMUND G. BROWN, JR., ET AL.,             )
                                          )
                    Defendants.           )
_____   )



DEPOSITION OF

CHARLES SCOTT, M.D.

FRIDAY, MARCH 8, 2013,  9:06 A.M.

DAVIS, CALIFORNIA






REPORTED BY:  MEGAN F. ALVAREZ, RPR, CSR NO. 12470

THORSNES LITIGATION SERVICES, LLC

Charles Scott, M.D.                                    March 8, 2013

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF CALIFORNIA

 3

 4    RALPH COLEMAN, ET AL.,            )
                                        )
 5                   Plaintiffs,        )
                                        )CASE NO.:
 6           vs.                        ) S 90-0520 LKK-JFM
                                        )
 7    EDMUND G. BROWN, JR., ET AL.,     )
                                        )
 8                   Defendants.        )
      _____)
 9

10

11

12

13

14         The Deposition of CHARLES SCOTT, M.D., taken

15    on behalf of the Plaintiffs, before Megan F. Alvarez,

16    Certified Shorthand Reporter No. 12470, Registered

17    Professional Reporter, for the State of California,

18    commencing at 9:06 a.m., Friday, March 8, 2013, at the

19    UC Davis Immigration Law Clinic, Building TB-34, Davis,

20    California.

21

22

23

24

25
```

Page 2

Charles Scott, M.D.                                    March 8, 2013

1    for -- can you see these 13 folders?  Okay.

2         A.    A little bit.

3         Q.    I could probably make it bigger.

4              MR. McKINNEY:  Mr. Galvan, just so we're clear

5    on the record, everything you're about to show the

6    witness is contained on Exhibit 4?

7              MR. GALVAN:  Yes.  I'm just spinning Exhibit 4

8    in the computer.

9              MR. McKINNEY:  Thank you.

10             THE WITNESS:  It will take me like two minutes

11   to have a restroom break.  Can I do that?

12             MR. GALVAN:  Absolutely.

13             (Off the record at 11:34 a.m. and back

14              on the record at 11:37 a.m.)

15             MR. GALVAN:  I'd like to mark an Exhibit 6,

16   please.

17             (Plaintiffs' Exhibit 6 was marked for

18              identification.)

19   BY MR. GALVAN:

20        Q.    Exhibit 6 is a document that was produced to

21   us in your -- in your folder of material for -- for

22   CMF Vacaville.

23             Do you recognize this document?

24        A.    I do.

25        Q.    Is this your audit tool, or is this someone

Charles Scott, M.D.                                         March 8, 2013

1    else's audit tool?

2        A.   It's an additional audit tool that the chief

3    psychiatrist uses at CMF.

4        Q.   So you asked for these in particular or this

5    tool in particular?

6        A.   I didn't ask for this tool in particular

7    because I didn't know it existed.  She stated that in

8    addition to the MAPIP audit, she does double audits and

9    I asked if she could, you know, describe that to me and

10   then she produced this document.

11       Q.   Looking at the first page here, which is Bates

12   ending 751.  There's a note under Item 2A:  "The patient

13   was transferred to the crisis bed from DMH for purposes

14   of parole.  (Patients cannot parole from DMH)."

15            Did you form an understanding during your

16   tours that patients could not parole from the -- what's

17   now the DSH?

18       A.   I didn't investigate the DSH policies about

19   releasing from parole, so I didn't form an opinion on

20   that.

21       Q.   Looking down at Item 3, it says -- there's a

22   question here about improving quality of care, and then

23   it says:  "Diagnosis from crisis bed, mood disorder NOS,

24   psychosis NOS, polysubstance dependence."

25            And then it lists one, two, three -- four

Charles Scott, M.D.                                    March 8, 2013

1    psych meds -- four meds:  Vistaril, Thorazine,

2    olanzapine, and Effexor.

3           Those are all psychotropic medications,

4    correct?

5        A.   To some extent.  Vistaril, which is an

6    antihistamine you might take for an allergy, is a common

7    med used to help treat stiffness that these meds can

8    cause.

9        Q.   The last three would be the psych meds?

10       A.   In general.  But Vistaril, it's commonly in

11   addition to these other meds.

12       Q.   And do you have any concerns regarding the

13   match of these diagnoses and those meds?

14       A.   I didn't do this review.  What the point of

15   this tool was, was do they have a mechanism to

16   double-check either two or more meds and a review

17   process.  And this is evidence that they have a quality

18   improvement or a -- a psychiatric medication check for

19   that.

20          The individual does have both a mood disorder,

21   which the Effexor, which is an antidepressant, would be

22   appropriate to treat, and a psychotic disorder.  They

23   also note that he has had nearly all psychotropics

24   prescribed to him at some point in the past and

25   necessarily -- still had some problems.

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Charles Scott, M.D.                                    March 8, 2013

1          So I would not be concerned with a psychotic

2    disorder and a mood disorder if the patient was treated

3    with a medication to treat mood and a medication to

4    treat psychosis.

5        Q.   Do you have any concerns with the use of the

6    NOS diagnosis?

7              MR. McKINNEY:  Objection.  Vague and

8    ambiguous.

9              THE WITNESS:  Not in and of itself.

10   BY MR. GALVAN:

11       Q.   Is there a threshold for the commonality of

12   its use or the frequency of its use in the system at

13   which you would be concerned?

14             MR. McKINNEY:  Objection.  Vague and

15   ambiguous.  Compound.

16             THE WITNESS:  Not in and of itself, because

17   many individuals who have had substance use in the

18   community have a psychotic disorder that does not meet

19   specific categories in the DSM-IV.  So, therefore,

20   psychosis NOS may be an appropriate diagnosis.

21             Because a correctional population can have a

22   prevalence of substance abuse, between 60 to 80 percent,

23   a diagnosis of psychosis NOS may be more reflected in

24   that type of setting than in a private practice setting.

25

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Charles Scott, M.D.                                        March 8, 2013

```
 1   BY MR. GALVAN:
 2       Q.    Looking down at the bottom of the same
 3   document under Point 4, there's a notation:  "Minimal
 4   changes were indicated in this patient who is on the
 5   crisis bed for the exclusive purpose of parole."
 6            Is it true that your review of the crisis bed
 7   level of care didn't include, one way or another, any
 8   opinions regarding whether it was appropriate to use the
 9   crisis beds for the exclusive purpose of parole?
10       A.    I'm not sure I understand your question.
11       Q.    This -- this document -- and you'll see it
12   when we ask about some of your other notes that you
13   made -- refers to people coming back from the Department
14   of State Hospitals to a crisis bed setting just for the
15   purpose of parole, no clinical reason.
16            Is that something that you reviewed for its
17   appropriateness or not?
18            MR. McKINNEY:  Objection.  Vague and
19   ambiguous.
20            THE WITNESS:  In looking at this case,
21   clinical judgment could be that it might be appropriate
22   if there's a short parole date because the person's just
23   returned from DMH.  It says the patient was transferred
24   to the crisis bed and, therefore, if there is a short
25   parole date and they want to make sure the person is
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

Charles Scott, M.D.                                        March 8, 2013

1    stable and observe them before they go to a lesser care

2    and then out.  It would have to be a judgment call by

3    the clinician and it could potentially be appropriate.

4    BY MR. GALVAN:

5        Q.   Did you review at all this overall policy of

6    taking people out of the DSH level of care bed and

7    putting them back in the CDCR crisis bed only for the

8    purpose of parole?

9        A.   No.

10       Q.   So you don't have any opinion one way or the

11   other whether that's appropriate?

12       A.   That's a different question, did I review a

13   policy.

14       Q.   You didn't review a policy so I would assume

15   then you don't have any basis to form an opinion whether

16   it was appropriate?

17           MR. McKINNEY:  I'm just going to object.  It's

18   vague and ambiguous.

19           You're already answering, so go ahead.

20           THE WITNESS:  Those are two different

21   questions.  And there may be some situations where it is

22   appropriate for someone coming back from DSH who is

23   paroling where a mental health crisis bed might be the

24   appropriate level of care for them.

25

Charles Scott, M.D.                                    March 8, 2013

```
 1              CERTIFICATE OF REPORTER

 2

 3        I, MEGAN F. ALVAREZ, a Certified Shorthand

 4   Reporter, hereby certify that the witness in the

 5   foregoing deposition was by me duly sworn to tell the

 6   truth, the whole truth and nothing but the truth in the

 7   within-entitled cause;

 8        That said deposition was taken down in

 9   shorthand by me, a disinterested person, at the time and

10   place therein stated, and that the testimony of the said

11   witness was thereafter reduced to typewriting, by

12   computer, under my direction and supervision;

13        I further certify that I am not of counsel or

14   attorney for either or any of the parties to the said

15   deposition, nor in any way interested in the events of

16   this cause, and that I am not related to any of the

17   parties hereto.

18

19

20             DATED:  March 11, 2013

21

22             _____

23             MEGAN F. ALVAREZ

24             RPR, CSR 12470

25
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

# EXHIBIT B

[783437-1]

## STANDARDIZED PSYCHIATRY QUALITY OF CARE AUDIT TOOL

| Reviewer D: Gerbasi | Review Date: 08/07/12 |
| --- | --- |

| Patient Name: PRISONER 1 | PRISONER 1 |
| --- | --- |

| Psychiatrist Name: Dr. D. White | Is this psychiatrist the primary psychiatrist? ☐ Yes ☒ No |
| --- | --- |

1. · Check the reason(s) noted below that describe why you are reviewing this patient's treatment:

☒ Polypharmacy (2 or more AD or SGA medications prescribed >90 days)

☐ Doses outside of typical range >90 days

☒ Non Formulary or 2ⁿᵈ Tier prescribing >90 days

☐ Diagnosis of NOS >90 days

☐ Prescribing medications not consistent with diagnosis

☐ Other (please describe)

| 2. Is there appropriate clinical justification and documentation to support deviation from the Disease Management Guidelines and/or from the formulary? | ☒Yes ☐No |
| --- | --- |

a) If yes, please provide the specific justification(s) below:

This patient was transferred to the crisis bed from DMH for purposes of parole (pt's cannot parole from DMH). He presented with a significant history of crisis bed and DMH admissions for self-injurious behavior (biting and scratching himself) and complaints of auditory hallucinations and depression. History of rx with nearly all psychotropics at some point in the past. Pt reported that he had had a positive response to SNRI's in the past. Immediate Release preparation was prescribed for direct monitoring (medication was to be crushed and floated).

·b) If no, what steps are you going to take and when?

3. Regardless of whether potential psychiatrist practice issues were identified, are there opportunities to improve this patient's quality of care? If so, how?

Diagnosis from crisis bed - Mood Disorder NOS, Psychosis NOS, Polysubstance Dependence
Medications: Vistaril, 50 mg q am, 100 mg q hs; thorazine, 50 mg tid; olanzapine 30 mg q hs; Effexor 100 mg bid

4. Other comments.

Minimal changes were indicated in this patient who was on the crisis bed for the exclusive purpose of parole.

Reviewer signature: Joan Gerbasi, J.D., M.D.
Digitally signed by Joan Gerbasi, J.D., M.D.
DN: cn=Joan Gerbasi, J.D., M.D. o, ou,
email=joan.gerbasi@cdcr.ca.gov, c=US
Date: 2012.10.11 15:20:31 -07'00'

Charles Scott

March 8, 2013

Exhibit No. 6

Megan F. Alvarez
RPR, CSR No. 12470

DEXP 109751

# EXHIBIT C

Folsom CMF
Sep 12, 2013

DEXP 109724

· D/C package get forms ex

→ clinician to clinical plan
call

—

DSH → parole ?  ☐
☐ physical              mou — not allowed
                        to parole
                 from DSH
          may 24 hr to
parole: —

→ Davai Matalon —
monthly report:

Dana matalon — parole planning

DSH — not partically   been discharged
conceinated  C AT team
forum = dispute
resolution —

**EXHIBIT D**

[783437-1]

CSP SACRAMENTO
(FOLSOM)

Charles Scott
March 8, 2013
Exhibit No. 8
Megan F. Alvarez
RPR, CSR No. 12470

DEXP 109889

DMH coordination:
    assist ō return of inmates
    from DMH - gets 100%
    of D/C summaries
    prior to arrival
    — she reviews parole list
    to make sure no DMH
    pts on list
    — Dr. Canning has state-wide
    clinical discussion
    group, senior psychologist

Everyone returning from DMH
    has 5 day follow ups

Keynes are initiated @ Folsom

DEXP 109920

**EXHIBIT E**



SALINAS

Charles Scott
March 8, 2013
Exhibit No. 28
Megan F. Alvarez
RPR, CSR No. 12470



- last 6 months
  - ? any inappropriate D/C?
    no or any communicals
    a bad referral -

Sometimes - parole:
  1 guy came back -

  CCAT a useful process -
    1 teleconference

JCF:

Parole: sometime not any
    enough time -
  4 v 6 days - sometimes -

MOW? + DMH -
    Why can't parole
  from DMH -

D Parole Planning + Placement
    Services + estay
  for dre -

# EXHIBIT F

San Quartin
5/23/2012
Tab 1

Charles Scott

March 8, 2013

Exhibit No. 23

Megan F. Alvarez
RPR, CSR No. 12470

Some pts who return from
intermediate media care.
" completed apale of group² —
but they may need a stay longer

expect organization of DMH
referral

Parole:
DMH returns for parole &
start to limit.

How often

— all EOP s here are death row
or reception

— also EOP hubs →
we don't have main line EOP

① look e Kagna reports

DMH doesn't notify / they
send it another
institution.

# EXHIBIT G

[783437-1]



CMC

Charles Scott
March 8, 2013
Exhibit No. 30
Megan F. Alvarez
RPR, CSR No. 12470

How long to get to DSH once
accepted? 1-2 weeks
are acute transfers aware to
MHCB =

Waiting list: of currently on
Waiting list. (Waiting list
= 30 days).
it's very very quick overall,
once accepted.

DSH returning - rarely get someone
back 5 being told:
could be 1 day to 1 month ~
Expedited transfers return:
if severe danger e time.
CDC has a MOU ō DSH re
expedited returns.

Paroles returns from DSH:
usually 1 week before
release onto parole.
Social worker - Vernon
Janard -
parole planner (told he's
leaving - Rosemary
(Nov 30)

# EXHIBIT H

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

Institution: **CMF**

Month of Reporting Data: **Aug-12**

| Insert Inmate's Last Name | Insert Inmate's First Name | Insert current CDCR # (no spaces or hyphens) | Current type of housing (Ad Seg, SHU, etc.) | Current Level of Care (LOC) at CDCR Institution, not housing | Insert the checked numbers on IDTT Screening Checklist. Criteria numbers are taken from 7388-IDTT Summary Checklist. #,#,# (no spaces) | IDTT Committee Date (mm/dd/yyyy) | Reason for Non-Referral (be specific) |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

This log is for I/Ps who met IDTT Screening Checklist criteria but were *not* referred.

Each time an I/P is reviewed by the IDTT and meets criteria, but is not referred, the I/P is noted on the log.

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | | | EOP | EOP | 7 | 8/1/2012 | Not in best interest of I/P, functioning well otherwise on N-1 unit and working well in 1:1 sessions on factors related to lower group participation. |
| | | | EOP | EOP | 7 | 8/1/2012 | Group participation rising. I/P doing well on N-1 unit. |
| | | | EOP | EOP | 7 | 8/2/2012 | I/P group participation at 3.5 hours and not increasing. Doing well otherwise and engaged in the education program. Tx. Team considering lowering LOC to CCCMS. |
| | | | EOP | EOP | 7 | 8/7/2012 | Recent return from ASH referral from CMF. Pt. was considered maximum therapeutic benefit at ICF. |
| | | | EOP | EOP | 7 | 8/3/2012 | Group participation much improved. |
| | | | EOP | EOP | 7 | 8/7/2012 | Group participation rising. I/P doing well on unit. |
| | | | EOP | EOP | 7 | 8/3/2012 | Group participation rising. I/P doing well otherwise. |
| | | | EOP | EOP | 7 | 8/3/2012 | Medical issues limiting group participation. |
| | | | EOP | EOP | 7 | 8/7/2012 | Group participation rising. I/P now a porter on unit and doing well otherwise. |
| | | | EOP | EOP | 7 | 8/8/2012 | Was at DMH 6/11/12 to 8/1/12. |
| | | | MHCB | MHCB | 4 | 8/2/2012 | D/C planning in progress EOP |

**Please submit to HQ by the 15th of each month**

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | | | MHCB | MHCB | 4 | 8/2/2012 | Mental health issues stable but I/P has safety concerns and is in the DD program. CMF working with CC-II and DVI to develop a discharge plan. |
| | | | MHCB | MHCB | 1,2,3 | 8/3/2012 | Initial IDTT. |
| | | | MHCB | MHCB | 2 | 8/3/2012 | Initial IDTT. |
| | | | MHCB | MHCB | 1,2,3 | 8/4/2012 | Initial IDTT. |
| | | | MHCB | MHCB | 2 | 8/4/2012 | Initial IDTT. |
| | | | MHCB | MHCB | 1,2,3 | 8/5/2012 | Initial IDTT. |
| | | | MHCB | MHCB | 4 | 8/2/2012 | D/C planning to EOP in progress. |
| | | | MHCB | MHCB | 4 | 8/6/2012 | D/C planning to EOP in progress. |
| | | | MHCB | MHCB | 5 | 8/7/2012 | D/C planning to CCCMS in progress. |
| | | | MHCB | MHCB | 4 | 8/7/2012 | Consulting with chief of mental health regarding D/C plans to CMF. Was considered for N-1 placement, but found to be too high functioning for this placement. I/P is referred to ICF on his next IDTT 8/9/12. |
| | | | MHCB | MHCB | 5 | 8/9/2012 | Initiating PC 2602 (Keyhea). |
| | | | MHCB | MHCB | 4 | 8/9/2012 | D/C planning to CRC to DD unit per CCIII Horton at DVI. |
| | | | ad-seg | eop | 7 | 8/14/2012 | I/P does not want to participate in groups. Providing alternative treatment. Otherwise stable with good rapport with CM. |
| | | | eop | eop | 7 | 8/14/2012 | CM working with I/P in 1:1 sessions to increase group participation. |
| | | | eop | eop | 7 | 8/14/2012 | Medical condition requires many medical appointments which conflict with group schedule. Otherwise stable without any psychiatric meds. |

Version 4/15/2010

**Please submit to HQ by the 15th of each month**

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | REDACTION | REDACTION | eop | eop | 7 | 8/15/2012 | Recent return from ASH referral from CMF. Does not want to attend groups. Stable otherwise despite not taking psychiatric meds. Appears at baseline per CM. |
| | | | mhcb | mhcb | 2 | 8/12/2012 | Initial IDTT. |
| | | | mhcb | mhcb | 4 | 8/14/2012 | Needs medical OHU placement. Valley fever. |
| | | | mhcb | mhcb | 4 | 8/14/2012 | CM states d/c planning in progress to EOP LOC. I/P currently out to court as of 8/17/12. Long hx. Of inserting objects and cutting. |
| | | | mhcb | mhcb | 5 | 8/15/2012 | D/C planning in progress to EOP |
| | | | mhcb | mhcb | 4 | 8/15/2012 | I/P discharged and awaiting placement to EOP program. Pending transportation. |
| | | | mhcb | mhcb | 2,3 | 8/15/2012 | Tx. Team continues to assess the need for APP vs. medical OHU. I/P was at outside hospital with serious medical condition. |
| | | | mhcb | mhcb | 2 | 8/16/2012 | 2nd idtt. Continuing to assess the need for APP referral started by MCSP 8/7/12. Tx. Team has not decided to refer yet. |
| | | | mhcb | mhcb | 2 | 8/16/2012 | Discharge planning in progress. |
| | | | mhcb | mhcb | 6 | 8/17/2012 | DD2 issues complicating case. New to MHCB. |
| | | | mhcb | mhcb | 2 | 8/17/2012 | parole plannimng in progress |
| REDACTION | REDACTION | REDACTION | mhcb | mhcb | 3 | 8/17/2012 | clozaril initiation. |
| REDACTION | REDACTION | REDACTION | eop | eop | 5 | 8/21/2012 | Recently returned from MHCB where they thought EOP LOC was appropriate. Significant improvement since starting new med (Invega). |
| REDACTION | REDACTION | REDACTION | eop | eop | 7 | 8/21/2012 | I/P stable with 3 hours of group per week and 3 hours of participation in adult education. |
| | | | mhcb | mhcb | 2 | 8/20/2012 | Initial IDTT. |
| REDACTION | REDACTION | REDACTION | mhcb | mhcb | 2,3 | 8/20/2012 | Discharged from APP to MHCBF to parole. |
| | | | mhcb | mhcb | 4,5 | 8/21/2012 | Discharging at the EOP LOC. |

REDACTION

Please submit to HQ by the 15th of each month

Version 4/15/2010

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | REDACTION | REDACTION | mhcb | mhcb | 4 | 8/22/2012 | Awaiting medical OHU bed. |
| PRISONER 4 | | | mhcb | mhcb | 1,2,3 | 8/22/2012 | Transferred from DSH to parole but now has an ICE hold and is pending ICE hearing on 8/29/12. |
| PRISONER 2 | | | mhcb | mhcb | 2 | 8/21/2012 | Recently returned from DSH to parole but not stable. I/P will require 5150/ agent pick-up from MHCBF. |
| | | | mhcb | mhcb | 2,3 | 8/21/2012 | I/P has had a long stay in the hospital and medical unit following a medical crisis. He is now back in MHCB, stable, and the tx. team is deciding between OHU/APP/or EOP. |
| | | | mhcb | mhcb | 4 | 8/22/2012 | I/P was discharged from the MHCBF but presented with psychotic like symptoms upon his departure. He refused to leave his cell when the transportation team came from RJD. D/C was placed on hold pending further evaluation. |
| | | | mhcb | mhcb | 4 | 8/23/2012 | I/P was at an outside hospital due to medical issues and returned to the MHCB on 8/23/12. He is back and being discharged to EOP. |
| | | | mhcb | mhcb | 4 | 8/23/2012 | I/P was discharged EOP on 8/14/12, but claimed S.I. and he did not discharge. Tx. Team working on new D/C plan. |
| | | | mhcb | mhcb | 4 | 8/24/2012 | D/C planning in progress to EOP. |
| | | | mhcb | mhcb | 4 | 8/24/2012 | D/C planning in progress to EOP. |
| | | | mhcb | mhcb | 4 | 8/24/2012 | Day 10, but MHCB tx. Team wishes to keep I/P over the weekend and work with "regular" tx. Team on Monday. |
| | | | mhcb | mhcb | 1,3 | 8/24/2012 | Clozaril initiation. |
| | | | mhcb | mhcb | 2 | 8/26/2012 | Initial IDTT. |
| | | | mhcb | mhcb | 2 | 8/27/2012 | New admission to MHCB |
| PRISONER 3 | | | mhcb | mhcb | 2,3 | 8/27/2012 | I/P was discharged from ASH to parole from the MHCB on 8/27/12. |

**Please submit to HQ by the 15th of each month**

Version 4/15/2010

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | | | mhcb | mhcb | 1,2,3,5,6 | 8/27/2012 | Discharge planning in progress to EOP. |
| | | | mhcb | mhcb | 2 | 8/28/2012 | New admission to MHCB. |
| | | | mhcb | mhcb | 2 | 8/28/2012 | New admission to MHCB, medication titration in progress. |
| | | | mhcb | mhcb | 3,5 | 8/28/2012 | Initial IDTT, assessment in progress. |
| PRISONER 4 | | | mhcb | mhcb | 1,2,3 | 8/28/2012 | I/P was transferred from DSH to parole, but now has an ICE hold pending his hearing today. In addition, he is MDO positive and should be transferred to ASH. |
| REDACTION | | | mhcb | mhcb | 4 | 8/28/2012 | Discharged today from MHCB to EOP LOC. |
| | | | eop | eop | 7 | 8/23/2012 | I/P stated he did not want to go to groups because he is afraid he will talk about his court case, and fears this information will end up in his medical record and thus end up in court. Otherwise stable on unit. |
| | | | eop | eop | 7 | 8/23/2012 | New to unit. Medical issues (ankle fusion) keeping inmate from groups. |

Please submit to HQ by the 15th of each month

Version 4/15/2010

# EXHIBIT I

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

**Institution:** CMF

**Month of Reporting Data:** Dec-12

| Insert Inmate's Last Name | Insert Inmate's First Name | Insert current CDCR # (no spaces or hyphens) | Current type of housing (Ad Seg, SHU, etc.) | Current Level of Care (LOC) at CDCR Institution, not housing | Insert the checked numbers on IDTT Screening Checklist. Criteria numbers are taken from 7388-IDTT Summary Checklist. #,#,# (no spaces) | IDTT Committee Date (mm/dd/yyyy) | Reason for Non-Referral (be specific) |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

This log is for I/Ps who met IDTT Screening Checklist criteria but were *not* referred.

Each time an I/P is reviewed by the IDTT and meets criteria, but is not referred, the I/P is noted on the log.

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | | | MHCB | MHCB | 2 | 12/1/2012 | Initial IDTT, continuing to assess |
| | | | | | | | Initial IDTT, continuing to assess; IP was previously |
| | | | MHCB | MHCB | 3,5 | 12/2/2012 | referred to ICF prior to his admit to MHCBF. |
| | | | MHCB | MHCB | 2 | 12/2/2012 | Initial IDTT, continuing to assess |
| | | | | | | | IP is new to caseload and did not understand the group |
| | | | EOP | EOP | 7 | 12/4/2012 | attendance requirements.  CM will now monitor. |
| | | | | | | | IP's presentation appears to be primarily due to medical |
| | | | MHCB | MHCB | 3 | 12/6/2012 | reasons (dementia) |
| | | | MHCB | MHCB | 4 | 12/3/2012 | Discharging to EOP |
| | | | MHCB | MHCB | 4 | 12/3/2012 | Awaiting EOP/OHU housing |
| | | | MHCB | MHCB | 1,2 | 12/4/2012 | Initial IDTT, continuing to assess |
| | | | MHCB | MHCB | 5 | 12/5/2012 | Discharging to EOP. IP's sxs are Axis II driven |
| | | | | | | | IP has responded well to dec injection and is being dc'd |
| | | | MHCB | MHCB | 4 | 12/7/2012 | to EOP LOC. |
| | | | MHCB | MHCB | 5 | 12/9/2012 | Initial IDTT, continuing to assess |
| | | | | | | | IP has stabilized on his medication and will be |
| | | | MHCB | MHCB | 4 | 12/11/2012 | monitored for a couple of days with likely Dc to EOP. |

**Please submit to HQ by the 15th of each month**

Version 4/15/2010

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | | | EOP | EOP | 7 | 12/12/2012 | IP is blind and paranoid in group settings and historically does not attend groups. He is otherwise stable on the unit and participates in other aspects of the programming. No referral to HLOC needed. |
| PRISONER 5 | | | EOP | EOP | 7 | 12/12/2012 | IP is preparing for parole and does not attend groups due to his tourettes. The team is working on CBT and parole planning. |
| REDACTION | | | MHCB | MHCB | 5 | 12/13/2012 | IP's admissions are not the result of a psychiatric disorder. He was transferred to the MHCB for videomonitoring due to his allegations against staff. |
| | | | MHCB | MHCB | 5 | 12/13/2012 | Discharging to EOP OHU. |
| | | | MHCB | MHCB | 1,2 | 12/13/2012 | Undergoing med adjustment |
| | | | EOP | EOP | 7 | 12/11/2012 | IP's group attendance has fluctuated. IP states he can only attend a small number and does so. He is looking forward to the new groups which will be offered in our needs driven services model beginning in January 2013. |
| | | | EOP | EOP | 7 | 12/11/2012 | IP attends education off the unit and misses some groups as a result. Tx team offers alt tx plan including weekly 1:1 contacts. |
| | | | CTC | EOP | 7 | 12/12/2012 | IP is housed in a CTC where no structured tx is possible. |
| | | | ASU | EOP | 7 | 12/11/2012 | IP is not interested in groups and is working on fighting his DA referral. He has been placed on an alt tx plan and has additional contact with his CM. |
| | | | MHCB | MHCB | 4 | 12/17/2012 | Tx team was prepared to dc but IP presented with some issues they wanted a chance to monitor. Will likely dc this week. |
| | | | OHU | EOP | 7 | 12/18/2012 | PT is in a medical OHU bed with no structured mh groups available. |

Please submit to HQ by the 15th of each month

Version 4/15/2010

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | | | ASU | EOP | 5 | 12/18/2012 | IP has had numerous admissions to the MHCB for secondary gain and not related to MI. |
| | | | ASU | EOP | 5 | 12/18/2012 | IP has had numerous admissions to the MHCB that were strategic and not the result of MI |
| | | | EOP | EOP | 7 | 12/19/2012 | IP has been stable for 6 months and is being referred to CCCMS. |
| | | | EOP | EOP | 7 | 12/19/2012 | IP has many medical issues requiring frequent appts and need to lay down in his cell. IP is stable and team is considering LLOC. |
| | | | | | 7 | 12/19/2012 | IP is stable and becomes paranoid in some group settings. No referral to HLOC is warranted at this time. CM focusing on stress management, reinforcing motivation, and expanding social skills. |
| | | | EOP | EOP | 7 | 12/18/2012 | attends 49% of groups and is enrolled in school. No HLOC necessary. |
| | | | EOP | EOP | 7 | 12/18/2012 | IP is doing well on the unit and his tx has been modified to 1:1 1x per week and 30 day IDTT's. Tx team is considering referring back to OHU as no Axis I dx are evident. |
| | | | EOP | EOP | 7 | 12/18/2012 | Initial IDTT, continuing to assess |
| | | | MHCB | MHCB | 5 | 12/15/2012 | IP just returned from ASH and a SHU term. Continuing to assess. |
| | | | MHCB | MHCB | 5 | 12/18/2012 | |
| | | | MHCB | MHCB | 4 | 12/19/2012 | Discharged to EOP LOC today |
| PRISONER 6 | REDACTION | | MHCB | MHCB | 5 | 12/20/2012 | IP is 20 days away from parole with numerous admissions to DSH and MHCB. Team continuing to assess |
| | | | EOP | EOP | 5 | 12/27/2012 | Pt is currently stable and not demonstrating any major psychiatric sxs or distress. IP is seen weekly by PC, monthly by Psychiatrist and scheduled for all other EOP programming. |

Version 4/15/2010

Attachment 2B

Department of Mental Health
**NON-REFERRAL LOG**

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | | | MHCB | MHCB | 5 | 12/26/2012 | Dc'ing to EOP LOC. IP recently returned from ASH and appears to be attempting to avoid a SHU term. Does not meet criteria for return to ICF or APP. |
| | | | MHCB | MHCB | 4,5 | 12/26/2012 | IP was in MHCB for clozaril regimen. Meds were successful and IP is being dc'd to EOP loc. |
| | | | MHCB | MHCB | 5 | 12/26/2012 | IP continues to claim suicidality to avoid placement in ASU. IP does not meet criteria for ICF or APP referral. Referred to EOP. |
| | | | MHCB | MHCB | 4 | 12/27/2012 | IP's medications were adjusted and improvement observed enough to rescind his referral to APP. IP dc'ing to EOP LOC. |
| | | | MHCB | MHCB | 2,5 | 12/28/2012 | new admission, continuing to assess |
| | | | MHCB | MHCB | 1 | 12/28/2012 | continuing to evaluate. Team considering Clozaril trial and ordering records. |
| | | | MHCB | MHCB | 5 | 12/20/2012 | hx of multiple ASH admissions with last diagnosis Malingering. Will likely be discharged at the EOP LOC. |
| | | | EOP | EOP | 7 | 12/20/2012 | working on increasing social skills |
| | | | MHCB | MHCB | 4 | 12/18/2012 | Pt was initially referred to APP, but placed on a 2602 and showed dramatic improvment in thought organization snd behavior. He continues to present as stable. 2602 hearing scheduled for 12/27/12 and if stability continues will be discharged to EOP LOC after the hearing. |
| | | | MHCB | MHCB | 4 | 12/11/2012 | Initially a APP referral, but has since stabelized on a 2602 and no longer needs accute care. The team will continue to access for appropriate LOC (EOP vs ICF) over the next week. |

Version 4/15/2010

**Please submit to HQ by the 15th of each month**

Attachment 2B

Department of Mental Health
NON-REFERRAL LOG

| Inmate's Last Name | Inmate's First Name | CDCR # | Current Housing at CDCR | Current LOC | IDTT Summary #(s) | IDTT Date | Reason for Non-Referral |
|---|---|---|---|---|---|---|---|
| REDACTION | | | CTC | EOP | 7 | 12/11/2012 | I/P currently on CTC medical wing where there is no structured mental health programming. He will be seen weekly by his clinician and the medical social worker. Medical staff will keep mental health staff appraised of any unusual behavior. |
| | | | MHCB | MHCB | 5 | 12/6/2012 | Per tx team, patient tries to avoid ASU and endorsement by claiming suicidality. Tx team is considering a request for CCAT to further discuss this case. |
| | | | MHCB | MHCB | 4 | 12/20/2012 | sxs improving, will likely be discharged EOP. |
| | | | MHCB | MHCB | 1,2 | 12/31/2012 | Being considered for PC2602. May also refer to APP. |
| | | | OHU | EOP | 7 | 12/5/2012 | I/P housed on a medical unit where medical issues take precedence over structured mental health programming. |
| | | | EOP | EOP | 7 | 12/20/2012 | tx team believes IP does not require HLOC. IP seems to possess the tools to succeed at his current EOP LOC and program. Tx focus will be on groups,reinforcement of previous gains, and importance of social interactions. |
| | | | | | | | |
| | | | | | | | |

Version 4/15/2010

**Please submit to HQ by the 15th of each month**

# EXHIBIT J

| Department of Mental Health – Correctional Services and Support Unit | |
| --- | --- |
| **Case Conference Referral Form** | |
| Inmate-Patient Information | |
| Last: PRISONER 7 | First: PRISONER 7 |
| CDCR | Current LOC: MHCBF |
| Referring Institution: NKSP | Referring Clinician: DR. BEBER |
| DMH Reviewing Clinician: HUTCHINSON | Case Conference Referral Date: |
| Parole Date:   10/10/2011 | Any immediate parole issues: ☒ yes  ☐ no |

**Reason for Referral to Case Conference:**

This patient currently is housed in NKSP/MHCBF. The patient was admitted the MHCBF on 8/19/11 after a hanging attempt.  Treatment expectations include reduce suicidal thinking and other depressive symptoms, developing alternative problem-solving approaches to his current and near future situational problems. Identify treatment and support resources in the community and construct a parole plan.

DMH is requesting a case conference to ensure that we will be able to accomplish the treatment expectations requested and the patient receives a plan that will keep him safe during his final days within CDCR and in the community.  In particular to identify treatment and support resources in the community and construct a parole plan. Since patients do not parole from DMH it is imperative that a parole plan is in place.

**Most Recent Diagnosis:**
Major Depressive Disorder, Recurrent, Severe with Psychotic features

**History of Problem:**

**Current Psychotropic Medications (include dosage, frequency, lab levels):**

**Current Mental Status:**
Housed in MHCBF – depressed, suicidal, with a plan to hang self (per referral form)

Please send completed forms to Yolanda Smith via fax to (916) 651-3188 or via email to Yolanda.Smith@dmh.ca.gov.
If you have questions, please contact Yolanda at (916) 654-2666.

DPRD3-82-000190

# EXHIBIT K

[783437-1]

**NKSP EOP PAROLES**
**October 1, 2011 through March 31, 2012**

| Name | CDCR# | Date of Arrival | Date of LOC | EPRD | Transfer Deadline | Original Endors | Transferred or Release Date: | Transfer Date | Total LOS | LOS as EOP | Exceeded Tx Deadline? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTION REDACTION | REDACTION | 04/07/11 | 06/25/11 | 10/06/11 | 08/24/11 | | Paroled Reg 3 | 10/06/11 | 182 | 103 | Y |
| PRISONER 7 | | 06/21/11 | 09/17/11 | 10/10/11 | 11/16/11 | | Paroled Reg 3 | 10/10/11 | 111 | 23 | N |
| | | 08/12/11 | 08/12/11 | 10/24/11 | 10/11/11 | 03/14/11 | Paroled Reg 3 | 10/26/11 | 75 | 75 | Y |
| | | 09/23/11 | 10/15/11 | 11/08/11 | 12/14/11 | | Paroled | 11/08/11 | 46 | 24 | N |
| | | 06/23/11 | 06/23/11 | 11/16/11 | 08/22/11 | | Paroled to Reg 4 | 11/16/11 | 146 | 146 | Y |
| | | 12/23/10 | 04/27/11 | 11/21/11 | 06/26/11 | 10/06/11 | Discharged | 11/23/11 | 335 | 210 | Y |
| | | 06/23/11 | 06/23/11 | 11/22/11 | 08/22/11 | | Paroled | 11/24/11 | 154 | 154 | Y |
| | | 05/27/11 | 05/27/11 | 11/24/11 | 07/26/11 | | Paroled | 11/25/11 | 182 | 182 | Y |
| | | 08/12/11 | 08/12/11 | 11/23/11 | 10/11/11 | 10/14/11 | Paroled to Reg 3 | 11/25/11 | 105 | 105 | Y |
| | | 07/22/11 | 08/13/11 | 12/17/11 | 10/12/11 | | Discharged | 11/27/11 | 128 | 106 | Y |
| | | 05/04/11 | 05/04/11 | 10/13/11 | 07/03/11 | | PAROLED TO REG 2 | 11/30/11 | 210 | 210 | Y |
| | | 11/11/11 | 11/11/11 | 11/29/11 | 01/10/12 | | DISCHARGED | 11/30/11 | 19 | 19 | N |
| | | 04/29/11 | 04/29/11 | 04/12/15 | 06/28/11 | 11/01/11 | PAROLED TO REG 3 | 12/07/11 | 222 | 222 | Y |
| | | 10/21/11 | 10/21/11 | PEND | 12/20/11 | | DISCHARGED | 12/14/11 | 54 | 54 | N |
| | | 11/18/11 | 11/18/11 | PEND | 01/17/12 | 12/05/11 | DISCHARGED | 12/14/11 | 26 | 26 | N |
| | | 10/19/11 | 10/19/11 | PEND | 12/18/11 | | GONE | 12/20/11 | 62 | 62 | Y |
| | | 09/23/11 | 09/23/11 | 12/22/11 | 11/22/11 | | DISCHARGED | 12/23/11 | 91 | 91 | Y |
| | | 08/15/11 | 08/15/11 | 12/23/11 | 10/14/11 | | DISCHARGED | 12/25/11 | 132 | 132 | Y |
| | | 08/01/11 | 08/01/11 | 12/26/11 | 09/30/11 | | PAROLED TO REG 1 | 12/27/11 | 148 | 148 | Y |
| | | 09/07/11 | 09/28/11 | 12/26/11 | 11/27/11 | 10/12/11 | PAROLED TO REG 3 | 12/27/11 | 111 | 90 | Y |
| | | 12/09/11 | 12/09/11 | 12/28/11 | 02/07/12 | | DISCHARGED | 12/28/11 | 19 | 19 | N |
| | | 09/16/11 | 10/07/11 | 02/05/12 | 12/06/11 | | DISCHARGED | 12/30/11 | 105 | 84 | Y |
| | | 08/31/11 | 09/16/11 | 12/30/11 | 11/15/11 | | PAROLED TO REG 4 | 12/30/11 | 121 | 105 | Y |
| | | 02/28/11 | 03/29/11 | 05/20/12 | 05/28/11 | | PAROLED TO REG 2 | 01/04/12 | 310 | 281 | Y |
| | | 09/01/11 | 09/16/11 | 01/11/12 | 11/15/11 | 11/29/11 | PAROLED TO REG 4 | 01/11/12 | 132 | 117 | Y |

REDACTION

REDACTION

REDACTION

**NKSP EOP PAROLES**
**October 1, 2011 through March 31, 2012**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 10/05/11 | 10/05/11 | 01/13/12 | 12/04/11 | | GONE | 01/13/12 | 100 | 100 | Y |
| 27 | 11/29/11 | 11/29/11 | 01/15/12 | 01/28/12 | | PAROLED TO REG 1 | 01/17/12 | 49 | 49 | N |
| 28 | 07/06/11 | 07/06/11 | 01/22/12 | 09/04/11 | 10/13/11 | DISCHARGED | 01/18/12 | 196 | 196 | Y |
| 29 | 06/24/11 | 01/04/12 | 01/16/12 | 03/04/12 | | DISCHARGED | 01/19/12 | 209 | 15 | N |
| 30 | 01/11/12 | 01/11/12 | 01/28/12 | 03/11/12 | | PAROLED TO REG 3 | 01/28/12 | 17 | 17 | N |
| 31 | 10/13/11 | 10/29/11 | 01/30/12 | 12/28/11 | | GONE | 01/31/12 | 110 | 94 | Y |
| 32 | 12/13/11 | 12/13/11 | 01/31/12 | 02/11/12 | | DISCHARGED | 02/02/12 | 51 | 51 | N |
| 33 | 01/25/12 | 01/25/12 | PEND | 03/25/12 | | GONE | 02/03/12 | 9 | 9 | N |
| 34 | 04/29/11 | 01/23/12 | 02/02/12 | 03/23/12 | | PAROLED TO REG 3 | 02/03/12 | 280 | 11 | N |
| 35 | 10/14/11 | 10/22/11 | 02/04/12 | 12/21/11 | 11/18/11 | GONE | 02/07/12 | 116 | 108 | Y |
| 36 | 06/01/11 | 12/30/11 | 02/11/12 | 02/28/12 | | GONE | 02/12/12 | 256 | 44 | N |
| 37 | 09/09/11 | 09/09/11 | 02/27/12 | 11/08/11 | 10/25/11 | DISCHARGED | 02/27/12 | 171 | 171 | Y |
| 38 | 01/25/12 | 02/09/12 | PEND | 04/09/12 | | GONE | 03/02/12 | 37 | 22 | N |
| 39 | 02/17/12 | 02/17/12 | 03/12/12 | 04/17/12 | | GONE | 03/13/12 | 25 | 25 | N |
| 40 | 03/10/11 | 05/25/11 | 10/06/11 | 07/24/11 | 04/20/11 | Paroled Reg 3 | 10/05/12 | 575 | 499 | Y |

2

DRPD 041933