DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK JFM<br><br>STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2012 |

Pursuant to these the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2012 to Defendants via overnight Federal Express on January 28, 2013. Plaintiffs received Defendants' objections on March 28, 2013. The parties completed their meet and confer process on April 4, 2013. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the fourth quarter of 2012, which total $289,869.17.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $289,869.17 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 1, 2013 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: April 2, 2013

William Downer
Deputy Attorney General
Attorneys for Defendants

DATED: April 12, 2012

Ernest Galvan
ROSEN BIEN GALVAN &
GRUNFELD, LLP
Attorneys for Plaintiffs

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2012

1

[778522-1]