MICHAEL W. BIEN – 096891
JANE E. KAHN - 112239
ERNEST GALVAN – 196065
THOMAS NOLAN - 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 268583
KRISTA STONE-MANISTA - 269083
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN - 253845
K&L GATES LLP
4 Embarcadero Center, SUITE 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK_JFM<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2012** |

[785679-1]

1   On April 12, 2012, the parties in this case filed a stipulation confirming the results
2 of their meet and confer session concerning fees and costs for the fourth quarter of 2012,
3 pursuant to the March 19, 1996 periodic fees order in this case.
4   Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and
5 costs of $289,869.17, plus interest, are due and collectable forty-five days from the date of
6 entry of this Order.  Interest on this amount will run from March 1, 2013, accruing at the
7 rate provided by 28 U.S.C. § 1961.

9   IT IS SO ORDERED
10 DATED: _____, 2013

[785679-1]

1
[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2012