MICHAEL W. BIEN – 096891
JANE E. KAHN - 112239
ERNEST GALVAN – 196065
THOMAS NOLAN - 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 268583
KRISTA STONE-MANISTA - 269083
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN - 253845
K&L GATES LLP
4 Embarcadero Center, SUITE 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

EDMUND G. BROWN, JR., et al.,

Defendants.

Case No. Civ S 90-0520 LKK_JFM

**EXHIBIT A TO THE STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2012**

# EXHIBIT A

Coleman v. Brown
Summary of Stipulated Fees and Costs
October 1, 2012 through December 31, 2012

| | FEES | COSTS |
|---|---|---|
| Monitoring | $267,702.13 | $13,367.70 |
| Fees on Fees | $8,597.70 | $201.64 |
| **Total:** | $276,299.83 | $13,569.34 |

**$289,869.17**

Coleman v. Brown
Stipulated Monitoring Fees
October 1, 2012 through December 31, 2012

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Objected Hours | Withdrawn Hours | Hours No Longer Disputed | Remaining Disputed Hours | Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 130.80 | 130.80 | 31.10 | 0.20 | 130.40 | 0.20 | $211.50 | $27,579.60 | $42.30 |
| Gay C. Grunfeld | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Ernest Galvan | 21.70 | 21.70 | 0.00 | 0.00 | 21.70 | 0.00 | $211.50 | $4,589.55 | $0.00 |
| Jane E. Kahn | 177.10 | 176.00 | 65.20 | 12.63 | 163.37 | 0.00 | $211.50 | $34,552.76 | $0.00 |
| Thomas Nolan | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Aaron J. Fischer | 33.60 | 30.00 | 14.70 | 7.20 | 22.80 | 0.00 | $211.50 | $4,822.20 | $0.00 |
| Lisa Ells | 84.10 | 83.10 | 26.20 | 0.80 | 81.10 | 1.20 | $211.50 | $17,152.65 | $253.80 |
| Laura Boysen-Aragon | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Krista Stone-Manista | 112.70 | 111.90 | 60.70 | 4.25 | 107.35 | 0.30 | $211.50 | $22,704.53 | $63.45 |
| Margot K. Mendelson | 22.20 | 18.70 | 16.70 | 1.40 | 17.30 | 0.00 | $211.50 | $3,658.95 | $0.00 |
| Kevin E. Jones | 4.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Marc Shinn-Krantz | 240.70 | 231.30 | 120.90 | 24.16 | 206.94 | 0.20 | $211.50 | $43,767.81 | $42.30 |
| Doris Tseng | 161.80 | 159.20 | 76.20 | 17.00 | 141.60 | 0.60 | $211.50 | $29,948.40 | $126.90 |
| Abigail Haney | 175.60 | 172.10 | 92.50 | 13.50 | 158.60 | 0.00 | $211.50 | $33,543.90 | $0.00 |
| Glenn M. Baldwin | 179.30 | 179.10 | 44.20 | 4.69 | 174.41 | 0.00 | $211.50 | $36,887.72 | $0.00 |
| **Total** | **1347.60** | **1313.90** | **548.40** | **85.83** | **1225.57** | **2.50** | | **$259,208.06** | **$528.75** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Objected Hours | Withdrawn Hours | Undisputed Hours | Remaining Disputed Hours | Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| Steve Fama | 18.50 | 18.50 | 1.70 | 0.85 | 17.75 | 0.00 | $211.50 | $3,754.13 | $0.00 |
| Sara Norman | 1.30 | 1.30 | 0.00 | 0.00 | 1.30 | 0.00 | $211.50 | $274.95 | $0.00 |
| Lauren Kelleher | 1.20 | 1.20 | 0.00 | 0.00 | 1.20 | 0.00 | $190.00 | $228.00 | $0.00 |
| Madeline Bailey | 0.30 | 0.30 | 0.00 | 0.00 | 0.30 | 0.00 | $190.00 | $57.00 | $0.00 |
| Marley Williams | 3.10 | 3.10 | 0.00 | 0.00 | 3.10 | 0.00 | $190.00 | $589.00 | $0.00 |
| Fatinha Santos | 5.80 | 5.80 | 0.00 | 0.00 | 5.70 | 0.00 | $190.00 | $1,083.00 | $0.00 |
| Jessica Bendit | 7.10 | 7.10 | 0.00 | 0.00 | 7.10 | 0.00 | $190.00 | $1,349.00 | $0.00 |
| Kelly Nguyen | 6.10 | 6.10 | 0.00 | 0.00 | 6.10 | 0.00 | $190.00 | $1,159.00 | $0.00 |
| **Total** | **43.40** | **43.40** | **1.70** | **0.85** | **42.55** | **0.00** | | **$8,494.08** | **$0.00** |
| | | | | | | | | | |
| **Grand Total** | **1391.00** | **1357.30** | | | **1268.12** | | | **$267,702.13** | $528.75 |

Coleman v. Brown
Stipulated Monitoring Costs 489-3
October 1, 2012 through December 31, 2012

**Rosen Bien Galvan & Grunfeld**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---|---|---|---|
| Computer Legal Research | $463.71 | $463.71 | $463.71 | $0.00 |
| In-House Copying | $3,156.80 | $3,156.80 | $3,156.80 | $0.00 |
| Outside Copying | $7,561.15 | $7,561.15 | $7,561.15 | $0.00 |
| L-D Telephone | $23.60 | $23.60 | $23.60 | $0.00 |
| Postage and Delivery | $881.32 | $881.32 | $881.32 | $0.00 |
| Facsimile | $3.00 | $3.00 | $3.00 | $0.00 |
| Travel | $942.12 | $942.12 | $942.12 | $0.00 |
| **Total** | | **$13,031.70** | **$13,031.70** | **$0.00** |

**Prison Law Office**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---|---|---|---|
| In-House Copying | $84.00 | $84.00 | $84.00 | $0.00 |
| Travel | $104.00 | $104.00 | $104.00 | $0.00 |
| Postage | $148.00 | $148.00 | $148.00 | $0.00 |
| **Total** | | **$232.00** | **$336.00** | **$0.00** |

**Grand Total** **$13,367.70**

Coleman v. Brown
Stipulated Fees on Fees 489-5
October 1, 2012 through December 31, 2012

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Objected Hours | Withdrawn Hours | Hours No Longer Disputed | Remaining Disputed Hours | Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| Lisa Ells | 25.80 | 25.80 | 0.20 | 0.10 | 25.70 | 0.00 | $211.50 | $5,435.55 | $0.00 |
| Kevin E. Jones | 23.80 | 15.30 | 4.80 | 1.20 | 14.10 | 0.00 | $211.50 | $2,982.15 | $0.00 |
| Krista Stone-Manista | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Margot K. Mendelson | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| Marc Shinn-Krantz | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $211.50 | $0.00 | $0.00 |
| **Total** | **50.10** | **41.10** | **5.00** | **1.30** | **39.80** | **0.00** | | **$8,417.70** | **0.00** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Objected Hours | Withdrawn Hours | Hours No Longer Disputed | Remaining Disputed Hours | Rate | Stipulated Amount | Remaining in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | $180.00 | $180.00 | $0.00 |
| **Total** | **1.00** | **1.00** | **0.00** | | **1.00** | **$0.00** | | **$180.00** | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Grand Total** | **51.10** | **42.10** | **5.00** | | **40.80** | **$0.00** | | **$8,597.70** | |

Coleman v. Brown
Stipulated Costs on Fees 489-5
October 1, 2012 through December 31, 2012

**Rosen Bien Galvan & Grunfeld**

| Description | Actual Costs | Claimed Costs | Undisputed Costs | Remaing in Dispute |
|---|---|---|---|---|
| Computer Legal Research | $3.20 | $3.20 | $3.20 | $0.00 |
| Outside Copying | $53.98 | $53.98 | $53.98 | $0.00 |
| In-House Copying | $133.60 | $133.60 | $133.60 | $0.00 |
| Postage and Delivery | $10.86 | $10.86 | $10.86 | $0.00 |
| **Total** | | | **$201.64** | **$0.00** |

**Grand Total** **$201.64**