1  DONALD SPECTER – 083925
STEVEN FAMA – 099641
2  PRISON LAW OFFICE
1917 Fifth Street
3  Berkeley, California  94710-1916
Telephone:    (510) 280-2621
4

5

6

7

8  JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
9  LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
10  K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
11  Telephone:    (415) 882-8200

12  Attorneys for Plaintiffs

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:    (415) 864-8848

13

14                      UNITED STATES DISTRICT COURT

15                      EASTERN DISTRICT OF CALIFORNIA

16

17  RALPH COLEMAN, et al.,

18              Plaintiffs,

19        v.

20  EDMUND G. BROWN, Jr., et al.,

21              Defendants.

Case No. Civ S 90-0520 LKK-JFM

**NOTICE OF AMENDED
DECLARATION OF JOEL BADEAUX,
M.D.**

Date:    05/23/2013
Time:    10:00 a.m.
Judge:   Hon. Lawrence K. Karlton
Crtrm:  4

22

23

24

25

26

27

28

[794445-1]

NOTICE OF AMENDED DECLARATION OF JOEL BADEAUX, M.D.

1    TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSELS OF

2    RECORD:

3         PLEASE TAKE NOTICE of the following correction to the Declaration of Joel

4    Badeaux, M.D. (previously filed as Docket No. 4544):

5         At Page 1:24-26, in order to correct a typographical error in the dates, the final

6    sentence should read as follows: "From early September 2012, when I started working at

7    SVPP, through early November 2012, I was the only psychiatrist working on my unit."

8         As consistent with the above, Plaintiffs are concurrently filing an Amended

9    Declaration of Joel Badeaux, M.D. in order to ensure a complete and accurate record.

10

11   DATED: April 22, 2013            Respectfully submitted,

12                                    ROSEN BIEN GALVAN & GRUNFELD LLP

13
                                      By:  */s/ Michael W. Bien*
14                                         Michael W. Bien

15                                    Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

[794445-1]

1
NOTICE OF AMENDED DECLARATION OF JOEL BADEAUX, M.D.