IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                    No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

       Defendants.         <u>ORDER</u>

_____/

        By order filed August 30, 2012, defendants were directed to, over a sixty month period, review and assess their existing quality assurance process and "develop an improved quality improvement process by which they can address issues with the quality of care that is delivered, as described in the Special Master's Twenty-Fourth Round Monitoring Report." Order filed August 30, 2012 (ECF No. 4232) at 5. This was to take place "under the guidance of the Special Master and his staff, with participation and input" from plaintiffs. <u>Id</u>. at 6.

        The Special Master has informed the court that compliance with that order was interrupted by the motions filed before this court and the three-judge court by defendants in January of this year. Good cause appearing, IT IS HEREBY ORDERED that the time for

/////

/////

1

compliance with this order is extended to July 1, 2013.  The Special Master shall report to the court on the outcome of this process on or before August 2, 2013.

DATED: April 22, 2013.

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT