IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.               <u>ORDER</u>

_____/

        The first sentence of the order filed in this action on April 23, 2013 (ECF No. 4561) is hereby corrected as follows:  By order filed August 30, 2012, defendants were directed to, over a **"six"** month period, review and assess their existing quality assurance process and "develop an improved quality improvement process by which they can address issues with the quality of care that is delivered, as described in the Special Master's Twenty-Fourth Round Monitoring Report."

        IT IS SO ORDERED.

DATED: April 23, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1