# EXHIBIT A

# William Downer

**From:** Debbie Vorous
**Sent:** Tuesday, April 23, 2013 3:17 PM
**To:** William Downer
**Subject:** FW: Confidential Index to Declaration of Ernest Galvan [IWOV-DMS.FID25914]

---

**From:** Aaron Fischer [mailto:AFischer@rbgg.com]
**Sent:** Friday, April 19, 2013 10:56 AM
**To:** Debbie Vorous; Margot Mendelson
**Cc:** Patrick McKinney; Coleman Team - RBG Only; Debbie Vorous
**Subject:** RE: Confidential Index to Declaration of Ernest Galvan [IWOV-DMS.FID25914]

Debbie,

Margot is unavailable today, and we wanted to get back to you promptly. We read the Court's order as setting a new briefing schedule that gives the Court additional time to review the party's papers in advance of the hearing. As Margot noted previously, Plaintiffs' motion is based in large part on issues that were the subject of discovery and briefing on Defendants' motion to terminate, and have long been the subject of discussion at the parties' meet and confers and policy meetings.

Given the court's explicit order on the briefing schedule, we cannot stipulate to a change to the current schedule at this time.

Best,
Aaron J. Fischer, Esq.
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Debbie Vorous [mailto:Debbie.Vorous@doj.ca.gov]
**Sent:** Thursday, April 18, 2013 5:06 PM
**To:** Margot Mendelson
**Cc:** Patrick McKinney; Coleman Team - RBG Only; Debbie Vorous
**Subject:** RE: Confidential Index to Declaration of Ernest Galvan [IWOV-DMS.FID6429]

Dear Ms. Mendelson,

In light of the Court's recent *sua sponte* continuance of the hearing date for Plaintiffs motion for affirmative relief, Defendants seek your stipulation to modify only the briefing schedule to allow Defendants and additional 10 days, **until May 9, 2013**, to file a written response to Plaintiffs' motion. Such a stipulation will preserve Plaintiffs' interest in obtaining a ruling on their motion without further delay and allow Defendants the time needed to investigate the serious allegations Plaintiffs assert in connection with the care delivered at DSH programs operated in CDCR facilities.

Plaintiffs' motion requests sweeping relief against DSH—a party that has never been served with any formal notice of Plaintiffs' allegations that they are violating *Coleman* class-members' rights. Moreover, the motion in large part relies on serious and novel allegations about the quality of care delivered in DSH programs from Dr. Badeaux. Defendants need to thoroughly investigate the veracity of these Plaintiffs' allegations to adequately respond to Plaintiffs motion. Defendants believe that an extension of 30 days is needed to investigate the veracity of Plaintiffs' allegations and prepare an adequate response. But given Plaintiffs' stated interest in avoiding any delay of the hearing date, we propose a stipulation to extend Defendants' deadline to file a response by 10 days.

Please contact me no later than 3:00 p.m. on Friday, April 19, 2013, if you agree to modify the briefing schedule consistent with our alternate proposal of a ten-day extension.

Thank you for considering this alternative proposal.

---

**From:** Margot Mendelson [mailto:MMendelson@rbgg.com]
**Sent:** Tuesday, April 16, 2013 7:39 AM
**To:** Debbie Vorous
**Cc:** Patrick McKinney; Debbie Vorous; Coleman Team - RBG Only
**Subject:** Re: Confidential Index to Declaration of Ernest Galvan [IWOV-DMS.FID6429]

Dear Ms. Vorous,

In light of the urgent nature of the matters at issue in Plaintiffs' recent motion, we cannot stipulate to Defendants' request for a continuance. The evidence cited in the motion was primarily generated in the discovery process for Defendants' Motion to Terminate. Many of the issues have long been the subject of the parties' meet and confers and policy meetings. It is appropriate and necessary for the motion to proceed as noticed.

Best wishes,
Margot

On Apr 15, 2013, at 12:28 PM, "Debbie Vorous" <Debbie.Vorous@doj.ca.gov> wrote:

> Dear Ms. Mendelson,
>
> Given the extensive scope of Plaintiffs' motion for affirmative relief, Defendants are requesting under Local Rule 230 (f) that Plaintiffs stipulate to a continuance of the hearing date and associated briefing schedule on the motion. The time provided under Local Rule 230(c) to respond to the motion is insufficient to allow Defendants to thoroughly investigate and respond to the motion. To that end, Defendants are requesting that Plaintiffs stipulate to a four-week

continuance of the hearing date on the motion along with a corresponding extension of time for Defendants to respond to the motion and Plaintiffs to reply to their response.

Please let us know by noon tomorrow (Tuesday, April 16, 2013) whether Plaintiffs still stipulate to Defendants' request for a four-week continuance of the hearing date and corresponding briefing schedules. If plaintiffs are not agreeable to a stipulation, Defendants intend to file an ex parte request for a continuance with the Court.

In the meantime, please contact me if you would like to discuss Defendants' request to continue the hearing date.

Thank you,

---

**From:** Margot Mendelson [mailto:MMendelson@rbgg.com]
**Sent:** Friday, April 12, 2013 11:37 AM
**To:** Patrick McKinney
**Cc:** Debbie Vorous
**Subject:** Confidential Index to Declaration of Ernest Galvan [IWOV-DMS.FID6429]

Dear Mr. McKinney:

Attached please find the **Confidential Index to the Declaration of Ernest Galvan in Support of Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment**, filed under seal yesterday. The index did not make it into yesterday's mail, so I am attaching it here as a courtesy. A hard copy of the index will be sent overnight mail to your office today.

Best,
Margot Mendelson

Margot Mendelson
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mmendelson@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are

3

not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.