KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-2445
  Fax: (916) 322-5205
  E-mail: William.Downer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF KATHRYN RADTKEY-GAITHER** |

    I, Kathryn Radtkey-Gaither, declare:

    1. I am the Chief Deputy Director for the Department of State Hospitals (DSH). I have personal knowledge of the facts stated in this declaration, except where indicated otherwise, and if called to testify could do so. I submit this declaration in support of Defendants' request for additional time to respond to Plaintiffs' motion for enforcement of court orders and affirmative relief related to inpatient treatment.

    2. As the Chief Deputy Director of DSH, I am familiar with the DSH programs that serve California Department of Corrections and Rehabilitation (CDCR) inmates admitted to DSH

1

1  mental health facilities. These include the Salinas Valley Psychiatric Program (SVPP) and the
2  Vacaville Psychiatric Program (VPP). I am also familiar with the staffing at both VPP and SVPP.
3      3. Upon reviewing Plaintiffs' motion for enforcement of court orders and affirmative relief
4  related to inpatient treatment on April 11, 2013, I instructed DSH personnel and counsel to
5  immediately begin investigating the allegations asserted in support of the motion.
6      4. In particular, I instructed staff to investigate the accuracy of Dr. Badeaux's allegations
7  that criticize the quality of care provided in State Hospital programs. In particular, DSH is
8  investigating Dr. Badeaux's claims that staff shortages have adversely impacted Department of
9  State Hospital programs, that officials inaccurately described staffing at the Salinas Valley
10  Psychiatric Program (SVPP), that conditions at SVPP are unsafe, and that SVPP inmates have
11  been denied personal hygiene supplies and clothing.
12      5. I have also instructed staff to investigate the accuracy of the statements and exhibits
13  asserted in the Galvan and Rifkin declarations.
14      6. These investigations necessarily involve interviewing Department of State Hospital
15  staff, compiling and reviewing data regarding staffing, program activities, patient medical
16  records, and reviewing other relevant events that bear on the issues raised in Plaintiffs' motion
17  and supporting filings.
18      7. Interviews with staff and review of departmental data will occupy a substantial amount
19  of DSH and CDCR staff and attorney time.
20  / / /
21  / / /
22  / / /

2

Declaration of Kathryn Radtkey-Gaither. (2:90-cv-00520 LKK JFM PC)

8. I have learned from meeting with my staff that DSH cannot complete a full investigation and prepare an adequate response within the fourteen days allotted under the current briefing schedule. It will take no less than ten additional days for Defendants to complete these investigations, while minimizing disruption to Defendants' ongoing provision of mental health care to inmates.

I declare that the foregoing is true and correct. Executed in Sacramento, California, on April 23, 2013.

Kathryn Radtkey-Gaither

CF1997CS0003

3

Declaration of Kathryn Radtkey-Gaither. (2:90-cv-00520 LKK JFM PC)