1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**RALPH COLEMAN, et al.,**                    Case No. 2:90-cv-00520 LKK JFM PC

12
                                  Plaintiffs,    **[PROPOSED] ORDER**
13

              v.
14

15   **EDMUND G. BROWN, JR., et al.,**

16                                  Defendants.

17

18        Good cause appearing, the Court GRANTS Defendants' request for a ten-day extension of

19   time to file Defendants' Response to Plaintiffs' Motion for Enforcement of Court Orders and

20   Affirmative Relief Related to Inpatient Care.

21        **IT IS SO ORDERED.**

22

23   Dated: _____       _____
                                          The Honorable Lawrence K. Karlton
24                                        United States District Judge

25

26

27

28
                                          1