IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                    No. 2:90-cv-0520 LKK JFM P

   vs.

EDMUND G. BROWN, JR., et al.,

      Defendants.          <u>ORDER</u>

                             /

       Defendants have filed a motion for extension of time to file a response to plaintiffs' April 11, 2013 motion to enforce judgment and for affirmative relief related to inpatient treatment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants' April 23, 2013 motion for an extension of time (ECF No. 4563) is granted;

       2. Defendants' response to plaintiffs' motion shall be filed and served on or before 4:30 p.m. PST on May 9, 2013; and

/////

/////

/////

/////

1

3. Plaintiffs' reply, if any, shall be filed and served on or before 4:30 p.m. PST on May 16, 2013.

DATED: April 24, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2