KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5553
  Fax: (415) 703-1234
  E-mail: patrick.mckinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF DIANA TOCHE IN SUPPORT OF DEFENDANTS' RESPONSE TO APRIL 11, 2013 ORDER REQUIRING LIST OF PROPOSED POPULATION REDUCTION MEASURES; COURT-ORDERED PLAN** |

I, Diana Toche, declare:

1. I am the Acting Undersecretary of Administration and Offender Services for the California Department of Corrections and Rehabilitation (CDCR). Previously, I served as the Acting Director of the Division of Health Care Services for CDCR. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Response to April 11, 2013 Order Requiring List of Proposed Population Reduction Measures and Court-Ordered Plan.

2. Some of my current duties as Acting Undersecretary of Administration and Offender Services include oversight of the following: Division of Correctional Health Care Services, Division of Enterprise Information Services, Office of Labor Relations, Division of Facility Planning, Construction and Management, Division of Administrative Services, Division of Internal Oversight and Research; Office of Court Compliance, and Office of Internal Affairs.

**A.     Elderly Parole**

3. Defendants will request that the Legislature consider early release for certain elderly inmates determined to be at low-risk of recidivism. A precise estimate of the potential reduction in population is not possible because this measure would require a change in state law and the qualification criteria have not been established. However, as explained more fully in Jay Atkinson's Declaration in Support of Defendants' Response to April 11, 2013 Order Requiring List of Proposed Population Reduction Measures and Court-Ordered Plan, CDCR produced an estimate using criteria based on the proposed legislation CDCR will request.

4. These criteria would establish threshold eligibility for elderly parole that must be reviewed by the Board of Parole Hearings consistent with state law. The Board would determine whether the offender meets criteria for eligibility, is at low-risk for recidivism or violence, and is ready for parole.

////

////

////

1

### B. Medical Parole

5. Defendants will request that the Legislature consider expanding the medical parole program as mandated under Penal Code section 3550. Defendants will seek to modify the statute to remove the exclusion of offenders whose medically incapacitating condition existed at the time of sentencing. In addition, CDCR will seek amendment to Penal Code section 3550 to include offenders who suffer from a significant and permanent condition, disease, or syndrome resulting in the offender being physically or cognitively debilitated or incapacitated. CDCR will also seek modification to the statute to remove the requirement that the offender must have 24-hour care. If the Legislature amends the statute, offenders who become permanently physically or cognitively incapacitated will be eligible for medical parole.

6. Since this measure will require consideration by the Legislature, it is difficult to provide a precise population reduction estimate. However, we started with a baseline estimate of 500 currently eligible offenders, based on an estimate I received from Dr. Steven Tharratt of the California Correctional Health Care Services on April 17, 2013. Then, we applied a discount for overlap with other reduction measures such as elderly parole, along with other factors that will simulate the natural decrease in population, such as death, compassionate release or sentence recall, and parole. This results in an estimated decrease of the prison population by 150 by December 31, 2013.

7. Currently, the Board of Parole Hearings reviews the cases of eligible offenders meeting the threshold criteria for medical parole. After any change in the law, the Board of Parole Hearings would continue to review cases to ensure that only eligible offenders who are at low-risk for recidivism and violence will be medically paroled consistent with state law.

8. Our reduction estimate is staggered over time as implementation will be staggered. For example, those who are not reviewed this year by the Board of Parole Hearings will be reviewed next year. Moreover, as eligible cases are reviewed, there will be less and less eligible cases to review since most will be identified upon the enactment of statutory changes.

2

Decl. D. Toche Supp. Defs.' Resp. to Apr. 11, 2013 Order
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on May 2, 2013.

                                               /s/ Diana Toche
                                               DIANA TOCHE
                         *(original signature retained by counsel for Defendants)*

3

Decl. D. Toche Supp. Defs.' Resp. to Apr. 11, 2013 Order
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH