| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>MANEESH SHARMA, State Bar No. 280084<br>Deputy Attorneys General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5553<br> Fax:  (415) 703-1234<br> E-mail:  patrick.mckinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br> 425 Market Street, 26th Floor<br> San Francisco, California 94105<br> Telephone:  (415) 777-3200<br> Fax:  (415) 541-9366<br> E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>            Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants, | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>            Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF TANYA ROTHCHILD IN SUPPORT OF DEFENDANTS' RESPONSE TO APRIL 11, 2013 ORDER REQUIRING LIST OF PROPOSED POPULATION REDUCTION MEASURES; COURT-ORDERED PLAN** |

1

I, Tanya Rothchild, declare:

1. I am the acting Director for the Division of Rehabilitative Programs for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and, if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Response to April 11, 2013 Order Requiring List of Proposed Population Reduction Measures; Court-Ordered Plan.

2. I have worked for CDCR for over 22 years in various custody, counseling, case records, supervisory, and management capacities. During the last five years, I held positions as a Parole Administrator for the Board of Parole Hearings, Chief of the Classification Services Unit, and acting Deputy Director and Director for the Division of Rehabilitative Programs. In these positions, I have led major program development and implementation for new statewide programs for Non-Revocable Parole, Medical Parole, Inmate Classification Score System, Public Safety Realignment, and most recently the Department's rehabilitative programs expansion within *The Future of California Corrections: A Blueprint to Save Billions of Dollars, End Federal Court Oversight, and Improve the Prison System* (the Blueprint).

3. Some of my current duties as acting Director for the Division of Rehabilitative Programs include oversight of the development and implementation of evidence-based rehabilitative programs statewide for inmates and parolees, including academic and career technical education, substance abuse treatment, and other programs designed to meet the criminogenic needs of the offender population in an effort to promote an offender's successful reintegration into the community and reduce recidivism.

4. Post-realignment, the State has developed a plan to expand rehabilitative programs by implementing the Blueprint. Recommendations from a 2007 expert panel tasked with providing evidence-based principles and practices to the State were incorporated into the Blueprint. Under this plan, the State started implementation of increased programming in fiscal year 2012-2013, and continues to expand programs through fiscal year 2013-2014 to ultimately reach a goal of providing programming to 70 percent of its target population consistent with their risk and needs

2

Decl. of Tanya Rothchild in Supp. Defs.' Resp. to Apr. 11, 2013 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

as recommended by the expert panel. CDCR began program expansion to academic education in September 2012.  The Blueprint planned for the hiring of 88 teachers in fiscal year 2012-2013, and CDCR has met that goal.  With the hiring of these teachers, as well as prior vacant positions, by February 2013 CDCR was able to increase student enrollments by over 8,000 students.

5.   CDCR recognizes that one of the greatest barriers to successful reintegration is the ability to find employment. Education, both academic and vocational, is a critical component for employment; therefore CDCR's Blueprint includes the expansion of its career technical education programs.  In fiscal year 2012-2013, the Blueprint planned adding 48 new instructors for these programs.  As of April 30, 2013, CDCR has hired 37 new instructors.  A new program offered with these new instructors is Computer Literacy, which is designed to provide basic computer skills to offenders.  Through this six-week course, offenders will receive certifications in various Microsoft Suite Windows applications and receive skills they need to both seek and qualify for positions in today's job market.  CDCR continues the program expansion for academic and vocational education in fiscal year 2013-14, with plans for adding 70 more academic teachers and 50 more vocational instructors.

6.   Other barriers to successful reintegration are untreated substance abuse and criminogenic needs.  Currently, CDCR provides substance abuse treatment through contracted services with a five-month cognitive behavior therapy based program focusing on inmates who are within six to twelve months of release.  The Department then provides offenders aftercare programming opportunities within the community to provide a continuum of services designed to aid in their reentry success.  CDCR's annual recidivism report indicates this combination of both in custody and aftercare increases an offender's success and reduces their chance to recidivate by 50 percent.

7.   To offer programming in a cost effective manner and to create program-focused communities, CDCR is clustering pre-release programs at 13 institutions which will house Reentry Hub facilities.  These facilities will offer academic and vocational programs like the other 20 institutions; however, they will also have the substance abuse treatment programs,

3

Decl. of Tanya Rothchild in Supp. Defs.' Resp. to Apr. 11, 2013 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH

new cognitive behavioral therapy programs that address anger management, criminal thinking, and family relationships, an employment transitions program, as well as the ability for eligible offenders to receive their California identification card upon release.  These programs are a vital component to the Department's rehabilitative program plan, and are consistent with the recommendations of the expert panel to provide programs based on an offender's risk and identified need.  The Reentry Hubs are planned to begin staggered activation in July 2013.

8. CDCR recognizes the need to provide specialized programming to select offenders with special needs; therefore the Blueprint includes plans for the following pilot programs:  long-term offender, sex offender treatment, and gang members being released from Security Housing Units.  In fiscal year 2012-2013, the Blueprint planned for the development of the Step-Down Program for prison gang members being released from Security Housing Units and self-journaling programs have begun by interested inmate participants.  A facilitated journal program is in the development phase, and will also aid in the offender's transition back to the general population from years of being housed in segregated housing.  The other pilot programs are planned for fiscal year 2013-2014, and are currently in the development phases.  CDCR anticipates releasing information for competitively bid contract services for these programs and projects, and an early 2014 program activation.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on May 2, 2013.

                                                        */s/ Tanya Rothchild*
                                                       TANYA ROTHCHILD
                              ***(original signature retained by counsel for Defendants)***

SF2007200670
20690416.doc

4

Decl. of Tanya Rothchild in Supp. Defs.' Resp. to Apr. 11, 2013 Order
Case Nos. 2:90-cv-00520 LKK JFM P & C01-1351 TEH