| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DEBBIE VOROUS, State Bar No. 166884<br>PATRICK R. MCKINNEY, State Bar No. 215228<br>Deputy Attorneys General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 703-3035<br> Fax:  (415) 703-5843<br> E-mail:  Patrick.McKinney@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>MEGAN OLIVER-THOMPSON, SBN 256654<br>PAUL GRUWELL, State Bar No. 252474<br> 425 Market Street, 26th Floor<br> San Francisco, California 94105<br> Telephone:  (415) 777-3200<br> Fax: (415) 541-9366<br> E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>  Plaintiffs,<br><br> v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>  Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>  Plaintiffs,<br><br> v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>  Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF FILING OF CORRECTED PLEADINGS AND NOTICE OF ERRATA TO DEFENDANTS' RESPONSE TO APRIL 11, 2013 ORDER REQUIRING LIST OF PROPOSED POPULATION REDUCTION MEASURES; COURT-ORDERED PLAN** |

**PLEASE TAKE NOTICE** that Defendants are filing concurrently with this notice a corrected version of Defendants' Response to April 11, 2013 Order Requiring List of Proposed Population Reduction Measures and Court Ordered Plan to replace the pleading filed at *Plata* ECF 2609 and *Coleman* ECF 4572. This amended reply corrects the following errors:

1. At page 6:8-11, the text is changed to state:

> Defendants will increase the number of inmates placed in fire camps because there are about 1,250 more of these low-level inmates than originally projected. (Decl. Michael Stainer Supp. Resp. ¶ 7.) No further authorization is required to implement this measure, and Defendants estimate that implementation will reduce the prison population by 1,250 inmates by December 31, 2013. (*Id.*)

2. At pages 28:28-29:3, the text is changed to state:

> Defendants will increase the number of inmates placed in fire camps because there are about 1,250 more of these low-level inmates than originally projected. (Decl. Michael Stainer Supp. Resp. ¶ 7.) No further authorization is required to implement this measure, and Defendants estimate that implementation will reduce the prison population by 1,250 inmates by December 31, 2013. (*Id.*)

Dated: May 3, 2013                     HANSON BRIDGETT LLP

                                       By: */s/ Paul B. Mello*
                                           PAUL B. MELLO
                                           *Attorneys for Defendants*

Dated: May 3, 2013                     KAMALA D. HARRIS
                                       Attorney General of California

                                       By: */s/ Patrick R. McKinney*
                                           PATRICK R. MCKINNEY
                                           Deputy Attorney General
                                           *Attorneys for Defendants*

CF1997CS0003
20690593.docx