KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
THOMAS S. PATTERSON, State Bar No. 202890
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5727
 Fax:  (415) 703-5843
 E-mail:  Thomas.Patterson@doj.ca.gov
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
Deputy Attorney General
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorney General
*Attorneys for State Defendants Gov. Edmund G. Brown Jr., Secretary Jeffrey Beard, Dir. Ana Matosantos, and Acting Dir. Cliff Allenby*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | Judge: The Honorable Lawrence K. Karlton |
| Defendants. | Action Filed: April 23, 1990 |

The State Defendants—including Edmund G. Brown Jr., Governor of the State of California;[1] Dr. Jeffrey Beard, Secretary of the California Department of Corrections and Rehabilitation;[2] Ana J. Matosantos, Director of the Department of Finance;[3] and Cliff Allenby,

---

[1] Governor Brown should replace Arnold Schwarzenegger on the district court's docket.
[2] Secretary Beard should replace Joseph Sandoval, James E. Tilton, and Matthew Cate on the district court's docket.
[3] Director Matosantos should replace Michael Genest on the district court's docket.

1

Case 2:90-cv-00520-KJM-SCR   Document 4577   Filed 05/03/13   Page 2 of 3

Acting Director of Department of State Hospitals[4]—appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order, entered on April 5, 2013, which denied Defendants' motions to terminate under 18 U.S.C. § 3626(b) and to vacate the Court's judgment and orders under Federal Rule of Civil Procedure 60(b)(5). (ECF. No. 4539). Defendants also appeal from the Order, entered on April 8, 2013, which corrected phrasing from the April 5, 2013 Order (ECF No. 4540).

In addition, Defendants appeal from all earlier, nonfinal orders that produced the judgment and are thereby merged with it. *See Am. Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001). These orders include, but are not limited to, the following: the Order, entered January 29, 2013, setting the briefing schedule for the termination motion and denying the request to terminate all prospective relief (ECF No. 4316); the Order, entered February 28, 2013, overruling Defendants' objections to the Special Master's Twenty-Fifth Round Monitoring Report (ECF No. 4361); the Order, entered March 6, 2013, denying Defendants' motion to compel and granting Plaintiffs a protective order (ECF No. 4368); the Order, entered on March 15, 2013, overruling Defendants' objections to the 2011 Suicide Report (ECF No. 4394); the Order, entered March 18, 2013, denying Defendants' motion to compel the

/ / /

/ / /

/ / /

---

[4] Mr. Allenby should replace Stephen W. Mayberg on the district court's docket.

Notice of Appeal  (2:90-cv-00520 LKK JFM PC)

deposition of Dr. Haney (ECF No. 4412); and the Order, entered March 25, 2013, denying Defendants' motion to exclude the expert declaration of Dr. Haney (ECF No. 4506).

Dated: May 3, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

/s/ Thomas S. Patterson

THOMAS S. PATTERSON
Supervising Deputy Attorney General
PATRICK R. MCKINNEY
Deputy Attorney General
DEBBIE VOROUS
Deputy Attorney General
WILLIAM DOWNER
Deputy Attorney General

*Attorneys for State Defendants Gov. Edmund G. Brown Jr., Secretary Jeffrey Beard, Dir. Ana Matosantos, and Acting Dir. Cliff Allenby*

CF1997CS0003
20690562.doc