No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

    **v.**

**EDMUND G. BROWN JR., et al.,**

                Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California
No. 2:90-cv-00520 LKK JFM PC

The Honorable Lawrence K. Karlton, Judge

**REPRESENTATION STATEMENT**

    KAMALA D. HARRIS
    Attorney General of California
    JONATHAN L. WOLFF
    Senior Assistant Attorney General
    JAY C. RUSSELL
    Supervising Deputy Attorney General
    THOMAS S. PATTERSON
    Supervising Deputy Attorney General
    State Bar No. 202890
     455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
     Telephone: (415) 703-5727
     Fax: (415) 703-5843
     Email:  Thomas.Patterson@doj.ca.gov
    *Attorneys for State Defendants Gov.*
    *Edmund G. Brown Jr., Secretary Jeffrey*
    *Beard, Dir. Ana Matosantos, and Acting*
    *Dir. Cliff Allenby*

The undersigned represents the State Defendants-Appellants in this case—including Edmund G. Brown Jr., Governor of the State of California; Dr. Jeffrey Beard, Secretary of the California Department of Corrections and Rehabilitation; Ana J. Matosantos, Director of the Department of Finance; and Cliff Allenby, Acting Director of Department of State Hospitals. Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses. The party listing in the district court's docket (which spans 92 of the 542 pages in the docket) also includes numerous associated counsel for many parties, as well as additional

/ / /


/ / /

intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Dated:  May 3, 2013              Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General

/S/ THOMAS S. PATTERSON

THOMAS S. PATTERSON
Supervising Deputy Attorney General
*Attorneys for State Defendants Gov. Edmund G. Brown Jr., Secretary Jeffrey Beard, Dir. Ana Matosantos, and Acting Dir. Cliff Allenby*

CF1997CS0003
20690754.doc

2

Service List

| | |
|---|---|
| Michael Bien<br>Rosen Bien Galvan & Grunfeld, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>Email: MBien@rbgg.com<br>(Attorney for Plaintiffs) | Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>(Attorney for Plaintiffs) |
| Edward P. Sangster<br>K&L Gates LLP<br>Four Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br>Email: ed.sangster@klgates.com<br>(Attorney for Plaintiffs) | Claudia Center<br>Legal Aid Society<br>Employment Law Center<br>600 Harrison Street<br>Suite 120<br>San Francisco, CA 94107<br>Phone: (415) 864-8848<br>Fax: (415) 864-8199<br>Email: ccenter@las-elc.org<br>(Attorney for Plaintiffs) |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way<br>Suite 301<br>Providence, RI 02908<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>(Special Master) | |