UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
   Plaintiff

  v.             **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S. ZIL, ET AL.,**
   Defendant

  You are hereby notified that a Notice of Appeal was filed on **May 03, 2013** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 6, 2013

         **MARIANNE MATHERLY**
         **CLERK OF COURT**

        **by:** /s/  M. Plummer

         Deputy Clerk