UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:90–CV–00520–LKK–JFM** |
| USDC Judge: | **JUDGE LAWRENCE K. KARLTON** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RALPH COLEMAN vs. JOHN S. ZIL** |
| Type: | **CIVIL** |
| Complaint Filed: | **4/23/1990** |
| Appealed Order/Judgment Filed: | **1/29/13, 2/28/13, 3/06/13, 3/15/13, 3/18/13, 3/25/13, 4/05/13 and 4/08/13** |
| Court Reporter Information: | **Kathy Swinhart** |

FEE INFORMATION

**Fee Status: Paid on 5/6/2013 in the amount of $455.00**

Information prepared by: /s/ **M. Plummer , Deputy Clerk**