DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>    Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT FOR MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE: IMPROPER HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION**<br><br>Date: June 17, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Lawrence K. Karlton<br>Crtrm: 4 |

[807091-1]

1  Proof of good cause having been made to the satisfaction of this Court that
2  Plaintiffs' application to exceed the page limit for their Motion for Enforcement of Court
3  Orders and Affirmative Relief re: Improper Housing and Treatment of Seriously Mentally
4  Ill Prisoners in Segregation should be granted,

5  **IT IS ORDERED** that the application is GRANTED.  Plaintiffs may submit their
6  Motion not to exceed a total of 62 pages.

8  DATED: _____, 2013

   _____
   Lawrence K. Karlton
   Judge of the United States District Court

[807091-1]

1
[PROPOSED] ORDER ON PLS.' APP. TO EXCEED PAGE LIMIT FOR MOT. FOR ENFORCEMENT OF CT. ORDERS &
AFFIRM. RELIEF RE: IMPROPER HOUSING & TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEG.