KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-3035
  Fax:  (415) 703-5843
  E-mail:  Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                      Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO MAY 7 ORDER GRANTING PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT; REQUEST FOR SCHEDULING ORDER ON PLAINTIFFS' PIECEMEAL MOTIONS** |

Plaintiffs have embarked on a series of piecemeal motions improperly seeking "affirmative relief," which is creating an inefficient procedural thicket. To date, Plaintiffs have filed 90 pages of briefing (not counting the other voluminous document Plaintiffs filed), including a 28-page brief on April 11, 2013 and a 62-page brief on May 6, 2013. (ECF 4543 & 4580.) On May 7, 2013, the Court granted Plaintiffs' application to exceed the page limit and permitted them to file a "Motion not to exceed a total of 62 pages." (ECF 4584.) Plaintiffs' second motion already exceeds that limit.

Defendants currently have no way of knowing how many motions Plaintiffs plan to file, or the extent to which they will present overlapping issues. Plaintiffs' piecemeal litigation tactic is a waste of judicial resources and is causing confusion over the proper scope of discovery, which will lead to needless discovery disputes and result in time-consuming, expensive motion practice.

Plaintiffs easily could have avoided this problem by presenting all of their allegations in a single motion rather than a series of unfocused lengthy filings. If the Court is going to permit Plaintiffs to proceed on this inefficient track, Defendants request that the Court suspend all briefing and hearing on the pending motions, and order the following:

1. Plaintiffs are required to submit a list of all motions they intend to file, including the dates they intend to file their motions, within ten days of the date of the order;

2. Defendants shall be permitted to conduct discovery for a period of 60 days beginning on the date Plaintiffs file their last motion. Plaintiffs shall cooperate fully in the discovery process;

3. Defendants' Opposition brief shall be due 14 days after the close of discovery;

4. Plaintiffs' Reply brief, if any, shall be due 7 days after Defendants file their Opposition; and

5. The Court will hold a hearing or trial, if required by law, as is convenient for the Court's schedule after this matter has been fully briefed.

Defendants' proposal best serves judicial economy since the Court will not have to consider duplicative motions or subject the parties to expensive, repetitive discovery. Defendants therefore respectfully request that the Court suspend further briefing and adopt Defendants'

////

////

1  proposal before Defendants are required to oppose Plaintiffs' first piecemeal motion on Thursday,
2  May 9, 2013.

3  Dated:  May 7, 2013                                     Respectfully submitted,
                                                            KAMALA D. HARRIS
4                                                           Attorney General of California
                                                            JAY C. RUSSELL
5                                                           Supervising Deputy Attorney General

6
                                                            /s/ Patrick R. McKinney
7                                                           PATRICK R. MCKINNEY
                                                            Deputy Attorney General
8                                                           *Attorneys for Defendants*

9
   CF1997CS0003
10 20691293.docx