| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>LORI E. RIFKIN – 244081<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RESPONSE TO MAY 7 ORDER GRANTING PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT AND DEFENDANTS' REQUEST FOR SCHEDULING ORDER**<br><br>Judge: Lawrence K. Karlton |

[811952-1]

DECL. OF JANE E. KAHN IN SUPPORT OF PLS.' OPP. TO DEFS.' RESPONSE TO MAY 7 ORDER GRANTING
PLS.' APPLICATION TO EXCEED PAGE LIMIT AND DEFS.' REQUEST FOR SCHEDULING ORDER

I, Jane E. Kahn, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and Of Counsel to the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs Ralph Coleman, *et al*. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Response to this Court's May 7th Order.

2. On April 30, 2013, I attended two meetings with other Plaintiffs' counsel, the *Coleman* Special Master and members of his team, representatives from the California Department of Corrections and Rehabilitation, CDCR staff counsel, and Deputy Attorney General Debbie Vorous. At the end of the morning meeting, which concerned *Hecker v. CDCR* (E.D. Cal. Case No. 05-CV-02441 LKK GGH), I notified Defendants that Plaintiffs would be filing a motion for affirmative relief in *Coleman* regarding segregated housing issues. Later, during the *Coleman* All-Parties meeting, which Deputy Attorney General Debbie Vorous also attended, Special Master Lopes noted that Plaintiffs had indicated earlier that they would be litigating some segregated housing issues through an affirmative motion. In previous all-parties meetings and letters to Defendants, Plaintiffs have repeatedly raised the issues addressed in our Notice of Motion and Motion for Enforcement of Court Orders & Affirmative Relief re: Improper Housing and Treatment of Seriously Mentally Ill in Segregation, Docket No. 4580, May 7, 2013.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 8th Day of May, 2013.

                                        */s/ Jane E. Kahn*
                                        Jane E. Kahn

[811952-1]

1
DECL. OF JANE E. KAHN IN SUPPORT OF PLS.' OPP. TO DEFS.' RESPONSE TO MAY 7 ORDER GRANTING PLS.' APPLICATION TO EXCEED PAGE LIMIT AND DEFS.' REQUEST FOR SCHEDULING ORDER