KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' OPPOSITION TO REQUEST FOR SCHEDULING ORDER ON PLAINTIFFS' PIECEMEAL MOTIONS** |

On May 7, 2013, Defendants made a straightforward case management request to avoid undue burdens on the Court and the parties arising out of Plaintiffs' piecemeal motions. [ECF 4585.] Granting this request is soundly within the Court's inherent power to control its docket. *Avila v. Willits Environmental Remediation Trust*, 633 F.3d 828, 833-34 (9th Cir. 2011); *see also* Fed. R. Civ. P. 16(c)(2)(L) (authorizing district courts to adopt "special procedures for managing potentially difficult or protracted actions that may involve complex issues . . . .")

In response, Plaintiffs' counsel misrepresent to the Court that their motions are not based on new evidence. (*See* May 8, 2013 Resp. at 3:2-5, ECF 4586.) Plaintiffs in fact rely on new declarations, including new expert declarations, as well as new arguments and documents that were not available until after the termination proceedings were fully briefed. (*See* Decls. Joel Badeaux, Craig Haney, Lori Rifkin, & Jane Kahn, ECF 4544-45, 4560, & 4581-82.) In order for Defendants to meaningfully oppose Plaintiffs' motions, Defendants must be given an opportunity to conduct discovery.

Moreover, Plaintiffs disingenuously claim that the discovery sought is "undefined." (ECF 4586 at 2:28-3:2.) This is only true to the extent that Plaintiffs continue to file piecemeal motions. Plaintiffs knew before they filed their opposition that Defendants specifically sought to depose Plaintiffs' expert, Craig Haney. (Decl. Patrick McKinney ¶ __, Ex. 1.) Plaintiffs have unreasonably refused to allow Defendants to take this deposition. (*Id.*) If Dr. Haney is unavailable, as Plaintiffs contend, this further supports Defendants' request that the Court permit them a reasonable amount of time to meaningfully oppose their motions.

Defendants request that the Court intervene to prevent Plaintiffs from blocking necessary and appropriate discovery, temporarily suspend briefing and hearing on the pending motions, and immediately grant Defendants' case management proposal. (*See* ECF 4585.)

1

Defs. Resp. Pls.' Opp. to Request for Scheduling Order
Case Nos. 2:90-cv-00520 LKK JFM P

| | |
|---|---|
| Dated:  May 7, 2013 | Respectfully submitted,<br>KAMALA D. HARRIS<br>Attorney General of California<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br><br>/s/ Patrick R. McKinney<br>PATRICK R. MCKINNEY<br>Deputy Attorney General<br>*Attorneys for Defendants* |

CF1997CS0003
20692049.docx

2