KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-3035
  Fax:  (415) 703-5843
  E-mail:  Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF PATRICK McKINNEY IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' OPPOSITION TO REQUEST FOR SCHEDULING ORDER ON PLAINTIFFS' PIECEMEAL MOTIONS** |

I, Patrick R. McKinney, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in the Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit the declaration in support of Defendants' Response to Plaintiffs' Opposition to Defendants' Request for Scheduling Order on Plaintiffs' Piecemeal Motions.

2. On May 8, 2013, I sent Plaintiffs' counsel a courtesy email message to schedule a deposition date for Plaintiffs' expert, Craig Haney. Plaintiffs responded to Defendants' request for Scheduling Order. In response, Plaintiffs' counsel refused to produce Dr. Haney for deposition. A true and correct copy of this email exchange is attached as Exhibit 1.

3. Counsel for Defendants will continue to meet-and-confer with Plaintiffs' counsel on this issue but, in light of Plaintiffs' current refusal to produce Mr. Haney at all, a case management order is necessary.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on May 9, 2013.

/s/ Patrick R. McKinney
Patrick R. McKinney

CF1997CS0003
20691293.docx