**Exhibit 1**

**Patrick McKinney**

| | |
|---|---|
| **From:** | Patrick McKinney |
| **Sent:** | Wednesday, May 08, 2013 10:25 AM |
| **To:** | Aaron Fischer <AFischer@rbgg.com> (AFischer@rbgg.com) |
| **Cc:** | Debbie Vorous (Debbie.Vorous@doj.ca.gov); William Downer; Jay Russell; Patrick McKinney (Patrick.McKinney@doj.ca.gov) |
| **Subject:** | Coleman - Deposition of Craig Haney |

Mr. Fischer:

We are preparing a deposition notice for Plaintiffs' expert Craig Haney, and would like to agree on a date before we send out the deposition notice. Please let us know Mr. Haney's availability for deposition in Sacramento on May 20, 21, or 22 beginning at 9:00 a.m. Thanks, Patrick

Patrick R. McKinney II
Deputy Attorney General
Direct: (415) 703-3035

1

## Patrick McKinney

**From:** Michael W. Bien <MBien@rbgg.com>
**Sent:** Wednesday, May 08, 2013 8:22 PM
**To:** Patrick McKinney; Debbie Vorous
**Cc:** Coleman Team - RBG Only; Jay Russell; William Downer; Donald Specter
**Subject:** Coleman: Deposition of Craig Haney [IWOV-DMS.FID6429]
**Attachments:** 759684_1.pdf

Patrick

The Court provided defendants with an opportunity to take Dr. Haney's deposition after the close of discovery, Docket 4412, 3/18/13 Order (attached). Defendants waived their right to take his deposition by choosing not to depose Dr. Haney in the time provided by the Court. Discovery is now closed.

If you are contending a right to take discovery based on the pending Segregation motion, your argument is not well taken. The filing of a motion for affirmative relief, based on the evidence adduced in the Termination proceedings, does not reopen discovery. Both parties file declarations in support of motions in Coleman frequently without resulting in discovery reopening or depositions of witnesses.

In addition, in the event that defendants were permitted to reopen discovery and take Dr. Haney's deposition, Dr. Haney is not available for deposition on the dates you requested as he will be out of town for work that week.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Patrick McKinney <Patrick.McKinney@doj.ca.gov>
**Date:** May 8, 2013, 10:25:19 AM PDT
**To:** Aaron Fischer <AFischer@rbgg.com>
**Cc:** Debbie Vorous <Debbie.Vorous@doj.ca.gov>, William Downer <William.Downer@doj.ca.gov>, Jay Russell

1

<jay.russell@doj.ca.gov>, Patrick McKinney <Patrick.McKinney@doj.ca.gov>
**Subject: Coleman - Deposition of Craig Haney**

Mr. Fischer:

We are preparing a deposition notice for Plaintiffs' expert Craig Haney, and would like to agree on a date before we send out the deposition notice. Please let us know Mr. Haney's availability for deposition in Sacramento on May 20, 21, or 22 beginning at 9:00 a.m. Thanks, Patrick

Patrick R. McKinney II
Deputy Attorney General
Direct: (415) 703-3035


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.