KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |

1

# NOTICE

Under Local Rule 141, notice is hereby given that Defendants have submitted to the Court by email a Request to Seal Documents. Also submitted to the Court by email with the Request was the Confidential Declaration of Debbie Vorous in support of Defendants' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Care and a proposed order. The confidential declaration and its exhibits contain identifying information and mental health treatment records of *Coleman* class members.

All of these documents were served on Plaintiffs' counsel by overnight mail on the same day they were submitted to the Court.

Dated: May 8, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003