```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  JONATHAN L. WOLFF
    Senior Assistant Attorney General
 3  JAY C. RUSSELL
    Supervising Deputy Attorney General
 4  DEBBIE VOROUS, State Bar No. 166884
    WILLIAM DOWNER, State Bar No. 257644
 5  Deputy Attorneys General
     1300 I Street, Suite 125
 6   P.O. Box 944255
     Sacramento, CA  94244-2550
 7   Telephone:  (916) 324-5345
     Fax:  (916) 324-5205
 8   E-mail:  Debbie.Vorous@doj.ca.gov
 9  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF DEBBIE VOROUS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT CARE** |

I, Debbie Vorous, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment.

1

2.   Attached as Exhibit 1 to my sealed declaration is a true and correct copy of a January 29, 2011 plan referenced in the Declaration of Eric Monthei in Support of Defendants' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment and entitled "Specialized Treatment for the Condemned Inmate-Patients at San Quentin State Prison."

3.   Attached as Exhibit 2 to my sealed declaration is a true and correct copy of an Interdisciplinary Treatment Team-Level of Care Decision for Prisoner CCC, referenced in the Declaration of Dr. Eric Monthei at paragraph 34.

4.   Attached as Exhibit 3 to my sealed declaration are true and correct copies of Interdisciplinary Progress Notes from February 19, 2013 to April 18, 2013, for Prisoner CCC, referenced in the Declaration of Dr. Eric Monthei at paragraph 34.

5.   Attached as Exhibit 4 to my sealed declaration is a true and correct copy of a Summary of Reports and Recommendations for Prisoner DDD, referenced in the Declaration of Dr. Eric Monthei at paragraph 35.

6.   Attached as Exhibit 5 to my sealed declaration are true and correct copies of Interdisciplinary Progress Notes from March 16, 2013 to April 13, 2013, for Prisoner DDD, referenced in the Declaration of Dr. Eric Monthei at paragraph 35.

7.   Attached as Exhibit 6 to my sealed declaration is a true and correct copy of a Summary of Report and Recommendations for Prisoner EEE, referenced in the Declaration of Dr. Eric Monthei at paragraph 36.

8.   Attached as Exhibit 7 to my sealed declaration are Interdisciplinary Progress Notes from March 17, 2013 to April 18, 2013, for Prisoner EEE, referenced in the Declaration of Dr. Eric Monthei at paragraph 36.

9.   Attached as Exhibit 8 to my sealed declaration is a Specialized Care for the Condemned Report dated March 16, 2013, for Prisoner FFF, referenced in the Declaration of Dr. Eric Monthei at paragraph 37.

///

///

10. Attached as Exhibit 9 to my sealed declaration is a true and correct copy of a Treatment Summary for Prisoner FFF, referenced in the Declaration of Dr. Eric Monthei at paragraph 37.

11. Attached as Exhibit 10 to my sealed declaration are true and correct copies of eUHR documents including Progress Notes, Suicide Risk Evaluations, and Treatment Plans for Prisoner FFF, referenced in the Declaration of Dr. Eric Monthei at paragraph 37.

12. Attached as Exhibit 11 to my sealed declaration are true and correction copies of Daily Rounds documentation and Progress Notes from March 11, 2013 to April 16, 2013, for Prisoner GGG, referenced in the Declaration of Dr. Eric Monthei at paragraph 38.

13. Attached as Exhibit 12 to my sealed declaration is a true and correct copy of a Specialized Care for the Condemned Report for Prisoner GGG, referenced in the Declaration of Dr. Eric Monthei at paragraph 38.

14. Attached as Exhibit 13 to my sealed declaration is a true and correct copy of a Summary of Reports and Recommendations for Prisoner HHH, referenced in the Declaration of Dr. Eric Monthei at paragraph 39.

15. Attached as Exhibit 14 to my sealed declaration are true and correct copies of Progress Notes from March 15, 2013 to April 2013, for Prisoner HHH, referenced in the Declaration of Dr. Eric Monthei at paragraph 39.

16. Attached as Exhibit 15 to my sealed declaration is a true and correct copy of a Summary of Reports and Recommendations for Prisoner III, referenced in the Declaration of Dr. Eric Monthei at paragraph 40.

17. Attached as Exhibit 16 to my sealed declaration are true and correct copies of Daily Rounds documentation and Progress Notes from March 11, 2013 to April 17, 2013, for Prisoner III, referenced in the Declaration of Dr. Eric Monthei at paragraph 40.

///
///
///
///

3

Decl. of Vorous in Supp. Defs.' Opp'n to Pls.' Mot. For Enf. of Ct. Ord. & Aff. Relief
(2:90-cv-00520 LKK JFM PC)

1 | I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on May 9, 2013.

/s/ *Debbie Vorous*
_____
Debbie Vorous

CF1997CS0003