KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5324
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK-JFM P |
| Plaintiffs, | **DECLARATION OF ROB COOK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Rob Cook, declare:

1.     I am the Chief of Business Management for the Department of State Hospitals and have been in this position since September 17, 2012. I have also served as the manager over the Coordination and Logistics Unit since November 1, 2012. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment. I have personal knowledge of the facts stated in this declaration, except where indicated otherwise, and if called to testify could and would do so.

1

2.    I am familiar with the Court's February 6, 2007 order that "Defendants shall submit monthly reports to the Special Master on staffing and staffing vacancies in all DMH hospitals with programs providing mental health services to CDCR inmates until such time as the pay differential issue has been resolved." (ECF No. 2134.) It is my understanding that the Department of Mental Health previously "resolved," the "pay differential issue" referenced by the Court but, for transparency reasons, continued to provide the staffing report in the same format, but the means of data gathering changed in May 2012.

3.    The Department of State Hospitals (DSH) was established on July 1, 2012, under a restructuring of the Department of Mental Health for the purpose of realigning the mental health system in California. As part of its duties, DSH became responsible for five freestanding mental health hospitals (Metropolitan, Atascadero, Napa, Coalinga, and Patton) and for the current DSH operated inpatient programs at Salinas Valley State Prison (the Salinas Valley Psychiatric Program) and California Medical Facility (Vacaville Psychiatric Program).

4.    Even though DSH believes that the Court's February 6, 2007 order has expired by its own terms, DSH intends to continue to provide the special master with *Coleman* related-staffing information in its programs providing mental health services to CDCR inmates to keep him informed on the staffing and vacancy rates for those programs. DSH, as detailed below, recognizes that the collection and reporting process put in place by the Department of Mental Health in 2007 needs revised and is therefore in the process of revising its data collection and reporting methods for the monthly staffing report. DSH expects to have the most recent reports for all the programs completed by mid-June 2013. Updated copies of the most recent reports for the Salinas Valley Psychiatric Program and the Vacaville Psychiatric Program as of April 1, 2013, are attached as Exhibits 1 and 2, respectively.

5.    As the Chief of Business Management for DSH, I am familiar with the Monthly Staffing and Staffing Vacancy Report that DSH provides to the Special Master each month. I am also familiar with the data gathering procedures and methods that DSH uses to prepare these reports. Specifically, I am also familiar with the monthly staffing report attached as Exhibit 4 to

2

Declaration of Lori Rifkin reflecting data from February 2013. That report reflects staffing data for the five freestanding mental health hospitals and the DSH-operated Salinas Valley and Vacaville programs.

6.    As part of my duties as the new manager over the Coordination and Logistics Unit for DSH, I was asked to review the monthly staffing report to evaluate the feasibility of gathering and reporting employee overtime and employee hours worked in second positions to ensure that the department is accurately reporting the staffing for each of its programs. Second positions or additional appointments occur when DSH has authorized an employee to hold and work in more than one job. Depending upon my evaluation, I was asked to look at what changes, if any, should be made to the reporting system.

7.    Beginning in December 2012, I began looking into the data collection methods that were being used to compile the monthly staffing report. My initial analysis revealed that because of the limitations on data collection capabilities available to DSH, the report was not always collecting all the staffing data, especially for those programs that tended to use overtime and second positions to address staffing challenges. I also determined that because of how the data is gathered and reported, the vacancy and functional vacancy rates were not always accurate. Thus, I conducted additional research to determine the various data sources available to DSH to capture an accurate picture of staffing and evaluated what procedures would best assist DSH in implementing a revised report using all available data.

8.    DSH does not have an enterprise application for staff tracking; thus, there is no DSH database from which to draw staffing and staffing vacancy information for the monthly staffing report. Consequently, DSH's ability to accurately report on staffing levels for *Coleman* purposes is defined and limited by the types of data sources which are available to it. Currently, DSH creates the monthly staffing report by extracting data from a spreadsheet report entitled, the Zero Base Position Drill. This data source is a spreadsheet that is manually created each month for internal position control to assist DSH in position management. This spreadsheet was not created for the *Coleman* staffing report. As a manually created spreadsheet, the Zero Base Position Drill

3

spreadsheet has a number of formatting and compilation issues that make it unsuitable for *Coleman* staff reporting purposes.

9.    The monthly staffing report currently presents information on 26 classifications. The report is limited to staffing information for five employment status types: budgeted positions, filled positions, vacant positions, contracted full-time equivalents, and functional vacancies. Because the five employment statuses reported do not capture the various other methods of staffing that DSH uses, as described below, the report therefore paints an unfairly negative staffing picture for at least some of the programs.

10.    DSH often utilizes overtime to cover shifts. Additionally, certain employment classifications may be limited in their ability to work overtime hours due to employment status. For these positions, staffing is often supplemented by the use of second positions. Moreover, out-of-class assignments and "acting" positions are used to temporarily promote an employee to fill a vacancy. Some of these measures to staff the DSH program are not reflected on the monthly staffing report and other measures are inconsistently reflected on the monthly staffing report.

11.    After determining that the monthly staffing report is not reflecting accurate data, DSH took several steps to modify and correct its data on *Coleman* staffing. For example, DSH is in the process of implementing an improved reporting mechanism for contracted staffing. This reporting method will reflect the number of DSH positions that are filled by contractor hours. Additionally, DSH hired a Research Analyst II whose duties include *Coleman* reporting and is tasked with developing a protocol to gather accurate data for the monthly staffing reports. This Analyst reports to me and he began working at DSH on April 17, 2013. This Analyst will compile multiple data sources, test the validity of data, and document data compilation procedures to improve the quality and accuracy of the monthly staffing report.

12.    DSH expects, however, that a revised prototype of the full monthly report will take at least another month to develop and test. The reason is because the compilation of the data for the report must be done manually and is a labor intensive process. As noted, an automated process for this data gathering cannot be developed because there is no enterprise application that tracks

4

staffing data. Therefore, moving forward with the revised reporting process, DSH expects to gather data from at least three different data sources for use in the monthly staffing reports. Specifically, DSH will use reports run by the Management Information Retrieval System database created by the State Controller's Office to gather data on filled positions and overtime, as well as second positions. DSH also expects to use formal budget documents and internal reports to verify authorized and blanket positions. The improved reporting mechanism for contracted staffing will improve the accuracy of our reporting of contracted positions.

13. After compiling these various data sources and developing a new means of data compilation, DSH expects that the monthly staffing reports will begin reflecting a more accurate staffing picture.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration is executed on May 8, 2013, in Sacramento, California.

/s/ Rob Cook
ROB COOK

# EXHIBIT 1

DEPARTMENT OF STATE HOSPITALS
*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of April 1, 2012

**Department of State Hospitals - Salinas Valley**

| Class Code | *Coleman* Related Classifications | Authorized Positions | Filled Positions | Vacant | Over-Time | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|---|
| 7594 | Medical Director** | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8236 | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8253 | Psychiatric Technician (Safety) | 20.00 | 6.00 | 14.00 | 0.00 | 0.00 | 14.00 | 70.00% | 70.00% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8104 | Unit Supervisor (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 12.00 | 14.19 | -2.19 | 0.00 | 0.00 | -2.19 | -18.25% | -18.25% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9831 | Senior Psychologist, Health Facility (Supervisor) | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 50.00% | 50.00% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 7619 | Staff Psychiatrist (Safety) | 5.00 | 6.27 | -1.27 | 0.00 | 2.08 | -3.35 | -25.40% | -67.00% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 7616 | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 7609 | Senior Psychiatrist (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 50.00% | 50.00% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 1.00 | 25.00% | 25.00% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 11.00 | 10.00 | 1.00 | 0.00 | 0.00 | 1.00 | 9.09% | 9.09% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 7.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 42.86% | 42.86% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100.00% | 100.00% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 23.00 | 19.57 | 3.43 | 0.00 | 0.00 | 3.43 | 14.91% | 14.91% |
| 9867 | Supervising Psychiatric Social Worker | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| | **COLEMAN TOTAL** | **90.00** | **68.03** | **21.97** | **0.00** | **2.08** | **19.89** | **24%** | **22%** |

*Staffing minimums are met by overtime, part-time, and other alternatives.

**The medical director position was filled effective March 18, 2013 as a medical director/chief psychiatrist with class code 9774.

# EXHIBIT 2

DEPARTMENT OF STATE HOSPITALS
*Coleman* Related Clinical Positions
Monthly Staffing and Staffing Vacancies Report
as of April 1, 2013

| Class Code | Department of State Hospitals - Vacaville *Coleman* Related Classifications | Authorized Positions | Filled Positions | Vacant | Over-Time | Contracted Full-Time Equivalents | Functional Vacancy | Vacancy Rate (Authorized Positions Vacant) | Functional Vacancy Rate (Contractor Positions Offset to Vacancies) |
|---|---|---|---|---|---|---|---|---|---|
| 7594 | Medical Director | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100.00% | 100.00% |
| 8236 | Psychiatric Technician Assistant (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8238 | Psychiatric Technician Trainee (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8253 | Psychiatric Technician (Safety)*** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8254 | Pre-Licensed Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8252 | Senior Psychiatric Technician (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8104 | Unit Supervisor (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9873 | Psychologist, Health Facility (Clinical-Safety) | 24.00 | 18.99 | 5.01 | 0.00 | 0.00 | 5.01 | 20.88% | 20.88% |
| 9839 | Senior Psychologist, Health Facility (Specialist) | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9831 | Senior Psychologist, Health Facility (Supervisor) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9859 | Chief Psychologist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 7619 | Staff Psychiatrist (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9758 | Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 27.50 | 19.06 | 8.44 | 0.00 | 4.40 | 4.04 | 30.69% | 14.69% |
| 7616 | Senior Psychiatrist (Specialist) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9759 | Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 7609 | Senior Psychiatrist (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9761 | Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 50.00% | 50.00% |
| 9271 | Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8321 | Rehabilitation Therapist, State Facilities (Music-Safety) | 8.00 | 8.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8323 | Rehabilitation Therapist, State Facilities (Occupational-Safety) | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8324 | Rehabilitation Therapist, State Facilities (Recreation-Safety) | 20.50 | 9.04 | 11.46 | 0.06 | 0.00 | 11.46 | 55.90% | 55.90% |
| 8420 | Rehabilitation Therapist, State Facilities (Art-Safety) | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 8422 | Rehabilitation Therapist, State Facilities (Dance-Safety) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% |
| 9872 | Clinical Social Worker, Health/Correctional Facility (Safety) | 31.15 | 26.55 | 4.60 | 0.00 | 0.00 | 4.60 | 14.77% | 14.77% |
| 9867 | Supervising Psychiatric Social Worker | 1.00 | 0.12 | 0.88 | 0.00 | 0.00 | 0.88 | 88.00% | 88.00% |
| | **COLEMAN TOTAL** | **123.15** | **90.76** | **32.39** | **0.07** | **4.40** | **27.99** | **26%** | **23%** |

*Staffing minimums are met by overtime, part-time, and other alternatives.

***A request to reclassify 27 positions from the medical technician assistant position (class code 8221) to the psychiatric technician position (class code 8253) is being processed for submittal to the State Controllers' Office. Although the 27 positions have not yet been reclassified, they were previously reported as reclassified psychiatric technician positions in prior Coleman Staff Vacancy reports.