KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-5345
 Fax:  (916) 324-5205
 E-mail:  Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF KEVIN CHAPPELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT** |

I, Kevin Chappell, declare as follows:

1. I am the Warden at San Quentin State Prison in San Quentin, California. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment. If called as a witness in this matter, I could and would testify to the matters herein.

2. I have worked at CDCR since 1987. In 1987, I started with CDCR as a correctional officer at Folsom State Prison. I promoted to Correctional Sergeant in 1996 at California Medical

1

Chappell Decl. Supp. Defs.' Opp'n to Pls.' Mot. for Enf. Ct. Ord. & Aff. Relief
(2:90-cv-00520 LKK JFM PC)

Facility, to Correctional Counselor I in 1998, and to Lieutenant in 2001. In 2004, I transferred to the Training Academy and worked as a Lieutenant. Then, in 2006, I promoted to Captain in the Classification Services Unit at Headquarters. In 2008, I promoted to an Associate Warden at Headquarters and then at Folsom State Prison. In 2010, I promoted to Chief Deputy Warden at Folsom State Prison. In 2012, I accepted my current position as Warden at San Quentin State Prison.

3. In my role as an institution Warden, I am committed to ensuring that the inmates in my custody are treated with respect and have access to adequate health care, including mental health care. This includes those condemned inmates at San Quentin who are receiving specialized care mental health services. I hold my staff to high expectations in meeting these commitments, and communicate those expectations to staff on a continual basis.

4. On December 3-4, 2012, the *Coleman* special master, members of his team, plaintiffs' counsel and representatives from CDCR Headquarters visited San Quentin for the sole purpose of evaluating the specialized mental health care being provided to certain condemned inmates. At the conclusion of this tour, it was determined that 10 beds within the 33 Outpatient Housing Unit section of the fourth floor of the Central Health Services Building would be utilized for housing some of the inmates receiving specialized care.

5. In order to provide security and escorts for the inmates in the designated specialized care beds in the Central Health Services Building and for the inmates receiving specialized care in the condemned unit, San Quentin requested an allocation of 10.4 new custody Position Years. These positions were formally established on April 8, 2013, which allowed San Quentin to advertise and hire into those newly established positions. Prior to April 8, 2013, San Quentin met the additional need by using authorized overtime for one correctional officer on 1st watch, three correctional officers on 2nd watch, and three correctional officers on 3rd watch. Many of the services for the inmates receiving specialized care are provided in the fourth floor dayrooms of the Central Health Services Building, on the East Block small management and group yards, and in the mental health individual and group rooms on the second floor of the Central Health Services Building.

6. At present, there continue to be custody positions assigned to inmates receiving specialized care. One correctional officer is assigned during 1st Watch, three correctional officers and one Sergeant is assigned during 2nd watch, and three correctional officers are assigned during 3rd watch. The 2nd and 3rd watch custody officers facilitate movement within the Central Health Services Building and escort inmates to various specialized care treatment activities and other health care appointments.

7. The custody staff positions established to facilitate the specialized treatment both in the designated beds and in the regular condemned housing units also engage in various other duties including: providing meals and showers, escorting to religious programs, laundry exchange, telephone calls, attorney visits, etc.

8. When any condemned inmate is transported outside of the institution for any reason he is transported in full restraints at all times by two officers; one armed and one unarmed. The transportation vehicle containing the condemned inmates will be followed by one armed sergeant in a separate vehicle.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Quentin, California on May \_\_\_\_\_, 2013.

                                                          /s/ K. Chappell

                                                          Kevin R. Chappell

*(original signature retained by attorney)*

3

Chappell Decl. Supp. Defs.' Opp'n to Pls.' Mot. for Enf. Ct. Ord. & Aff. Relief
(2:90-cv-00520 LKK JFM PC)