1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  WILLIAM DOWNER, State Bar No. 257644
   Deputy Attorneys General
6    1300 I Street
     P.O. Box 944255
7    Sacramento, CA  94244-2550
     Telephone:  (916) 324-5345
8    Fax:  (916) 324-5205
     E-mail:  Debbie.Vorous@doj.ca.gov
9
   *Attorneys for Defendants*
10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12
                             SACRAMENTO DIVISION
13

14

15  **RALPH COLEMAN, et al.,**                 2:90-cv-00520 LKK JFM PC

16                              Plaintiffs,    **DECLARATION OF KATHRYN
                                               RADTKEY-GAITHER IN SUPPORT OF
17          v.                                 DEFENDANTS' OPPOSITION TO
                                               PLAINTIFFS' MOTION FOR
18  **EDMUND G. BROWN JR., et al.,**           ENFORCEMENT OF COURT ORDERS
                                               AND AFFIRMATIVE RELIEF RELATED
19                              Defendants.    TO INPATIENT TREATMENT**

20

21

22          I, Kathryn Radtkey-Gaither, declare as follows:

23          1.    I am the Chief Deputy Director for the Department of State Hospitals (DSH), and

24  have held this position since August 9, 2012, and served as Chief Deputy Director for the

25  Department of Mental Health, the predecessor to DSH, from January 11, 2012 to August 9, 2012.

26  I have personal knowledge of the facts stated in this declaration, except where indicated otherwise,

27  and if called to testify could and would do so.  I submit this declaration in support of Defendants'

28                                          1

Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment.

**Department of State Hospital Programs and Defendants' Long-Range Mental Health Bed Plan.**

2.    DSH was established on July 1, 2012, under a restructuring of the Department of Mental Health for the purpose of realigning the mental health system in California. As part of its duties, DSH became responsible for five freestanding mental health hospitals (Metropolitan, Atascadero, Napa, Coalinga, and Patton) and for the current DSH-operated inpatient programs at Salinas Valley State Prison (the Salinas Valley Psychiatric Program) and California Medical Facility (Vacaville Psychiatric Program).

3.    As the Chief Deputy Director of DSH, I am familiar with the Salinas Valley Psychiatric Program and the Vacaville Psychiatric Program, the staffing at both programs, and DSH efforts to recruit and hire new staff. I am also familiar with Defendants' long-range mental health bed plan, which was adopted in two parts in late 2009 and early 2010, and revised in June 2012, and the State's new comprehensive plan published in April 2012 entitled, "The Future of California Corrections: A Blueprint to Save Billions of Dollars, End Federal Court Oversight, and Improve the Prison System. As discussed below in paragraphs 4 to 6, Defendants' plans provide for the activation of new beds in Stockton and the decommissioning of various DSH operated "temporary" beds.

4.    DSH currently provides two levels of inpatient mental health treatment to CDCR inmates within the Salinas Valley and Vacaville programs: short-term acute psychiatric and long-term intermediate care facility treatment. DSH currently operates 876 inpatient beds (acute and intermediate) within the prison system.[1] At Salinas Valley, DSH currently operates 370 inpatient mental health beds: 128 permanent intermediate beds for high-custody inmates (64 in Treatment Center 1 [TC1] and 64 in Treatment Center 2 [TC2]) and 242 temporary beds (double celling of inmates in 10 cells in TC2, 58 beds in the C-5 unit, 58 beds in the C-6 unit, 58 beds in the D-5

---

[1] DSH also operates two intermediate care programs for low-custody inmates at Atascadero State Hospital (256-bed capacity) and Coalinga State Hospital (50-bed capacity).

2

unit, and 58 beds in the D-6 unit). At Vacaville, DSH currently has the capacity to operate 506 inpatient mental health beds: 150 permanent acute beds, 68 temporary acute beds, 64 permanent intermediate beds for high-custody inmates, 140 temporary intermediate beds for high-custody inmates (110 in L-Wing [1 tier in L-Wing is not activated] and 30 in the P-3 unit), and 84 permanent intermediate beds for low-custody inmates.

5.    Defendants' long-range mental health bed plan includes construction of the California Health Care Facility in Stockton. The new California Health Care Facility, which is scheduled to open in July 2013, will add 514 new DSH-operated beds—432 intermediate beds for high-custody inmates and 82 acute beds. As discussed below, activating the new California Health Care Facility will result in a total of 940 DSH-operated beds within CDCR prisons—an increase of 64 inpatient beds overall.

6.    Significantly, Defendants will transfer the 242 "temporary" intermediate beds at the Salinas Valley Psychiatric Program (consisting of 10 double cells in TC-2, 58 beds in C5, 58 beds in C6, 58 beds in D5, and 58 beds in D6) to the new California Health Care Facility in Stockton, leaving 128 "permanent" beds in Treatment Centers 1 & 2. Defendants' plans also transfer 68 "temporary" acute and 140 "temporary" intermediate beds for high-custody inmates at Vacaville Psychiatric Program (110 beds in L-Wing; 30 beds in P-3) to Stockton, leaving 298 permanent acute and intermediate beds.

**Effect on Salinas Valley Psychiatric Program Staff Related to Defendants' Bed Plan.**

7.    On April 23, 2012, I provided DSH staff with access to a copy of the State's April 2012 Blueprint and preliminary information on the anticipated effect that opening up the new California Health Care Facility would have on the multiple staffing classifications at the Salinas Valley Psychiatric Program and Vacaville Psychiatric Program, including the transfer of over 550 clinical and non-clinical positions. Attached as Exhibit 1 is a true and correct copy of an April 23, 2012 e-mail I forwarded to staff concerning the bed plan. In the e-mail, I assured staff that even though employees would have the option to transfer to the new program in Stockton with their position, staff would still be needed at Salinas Valley and Vacaville even after the Stockton

3

facility opened, and that the department would also assist displaced staff with transfers to other facilities after the Stockton facility opened, if necessary. I also reinforced to staff that DSH remained committed to maintain adequate staffing at Salinas Valley and Vacaville during the transition. Last, I instructed my staff to share the e-mail with the affected employee unions, as required by their respective contracts.

8.    After sending out this e-mail, the department continued to communicate with staff regarding the Stockton facility's anticipated impact on Salinas Valley and Vacaville by, among other means, holding "town hall" meetings with staff at Salinas Valley (April 23, 2012, October 17, 2012, December 6, 2012, February 19, 2013) and Vacaville (April 23, 2012, October 23, 2012, February 12, 2013), and by launching a website in April 2012 with information and resources for employees.

9.    DSH also used this to explain to employees the Stockton facility's anticipated impact on the Salinas Valley and Vacaville programs. Among other things, the website detailed the job classifications that would likely be impacted by Stockton's opening. The department could not, however, identify the number of positions (or staff) in each classification who might be eligible to transfer to the Stockton facility, remain at Salinas Valley or Vacaville after the new facility opened, or who would potentially be laid off. It was generally known by DSH that all the job classifications used at Salinas Valley and Vacaville would be used at the new Stockton facility, except for Medical Technical Assistants, but the numbers of individual classifications to be hired for the Stockton was not final until January 2013 when the Governor's budget was released. In fact, the number of positions being eliminated at Vacaville and Salinas will not be known until the 2013 May Revision to the Governor's budget, which is set by statute as May 14. In short, there has been and continues to be much uncertainty regarding the jobs that will remain at Salinas Valley and Vacaville.

**There is No Hiring Freeze or Current Directive to Close Programs and DSH Continues to Make Concerted Efforts to Recruit Staff at Salinas Valley.**

10.    Despite Plaintiffs' assertions, there is no hiring freeze or any current directive to close programs at Salinas Valley Psychiatric Program. Nor does DSH limit the use of registry

staff or overtime hours, except to the extent that overtime is limited by an employee's collective bargaining agreement. But uncertainty regarding the positions that will remain at Salinas Valley has caused some employees to leave the program, and filling vacant positions has presently been challenging. Nonetheless, DSH continues to make concerted efforts to recruit and retain staff at Salinas Valley.

11.    Beginning in December 2012, several Salinas Valley employees retired, left for personal reasons, or to pursue other job opportunities. In response, DSH increased its ongoing recruitment efforts, including measures designed to address the staffing issues at Salinas Valley. These efforts include:

a.    Working with universities in other localities to build residency programs at DSH hospitals;

b.    Recruiting doctors who have completed their residency and are seeking employment. For example, on February 1, 2013, a notice with personal messages from DSH's academic partners was mailed to all general adult psychiatry residency programs and forensic psychiatry fellowships in the country seeking candidates for employment;

c.    Offering a monetary recruitment and retention bonus for new psychiatrists joining Salinas Valley Psychiatric Program. Additionally, Human Resources streamlined the hiring process to facilitate psychiatrist recruiting;

d.    Undertaking a national DSH recruitment drive, and participating in a joint national recruitment drive with CDCR. In October of 2012, Clinical Operations began work on a recruiting project specific to psychiatry, including the development of a recruiting website. The website launched on February 1, 2013. Clinical Operations has developed a policy and tracking system to ensure timely and assertive follow-up with interested doctors;

5

e.  Recruiting at other DSH facilities.  In June of 2012, the DSH medical director personally called all psychiatrists on the civil service priority list (at risk of layoff due to the December 2011 reduction proposal) to encourage their transfer to SVPP.  Supporting travel was offered to incentivize these transfers.  One psychiatrist on the civil service priority list from Napa State Hospital transferred as a result.

f.  Seeking and obtaining approval from the California Department of Human Resources to utilize "second positions" for psychiatrists at Salinas Valley and Vacaville.  As a result, five doctors have been credentialed with CDCR and Salinas Valley. These five doctors are working a modified work schedule and maintain responsibility for a caseload of patients.

g.  Participating at the California Forensic Mental Health Conference and the American Psychiatric Association, American Academy of Psychiatry and the Law and Neuroscience Education Institute Conferences to recruit psychiatrists.

h.  Using telepsychiatry to temporarily ameliorate the shortage of psychiatrists at Salinas Valley.  This process involves the implementation of technology, staff training and notice to employee unions. It is expected that an initial system will be available for patient treatment within 30-45 days with additional system capacity over the following 120-150 days.

**DSH's Proactive Recruitment Efforts Addressed the Rapid Staff Psychiatric Turnover at Salinas Valley During December 2012 Through March 2013, and Salinas Valley has an Adequate Number of Psychiatrists on Staff.**

12.  But through DSH's active recruiting and hiring efforts, we were able to quickly respond to each departure and minimize the duration that Salinas Valley operated with reduced numbers of psychiatrists.  More importantly, Salinas Valley was able to maintain staffing levels that minimized negative impacts, if any at all, on patient care.

6

13.    DSH's serious attention and efforts to recruit and hire staff are evidenced by the timeline of staff departures and hires at Salinas Valley:

- In December 2012, two psychiatrists retired. As a result of DSH's ongoing recruiting efforts, one new psychiatrist was quickly hired and started working in mid-December 2012.

- At the end of January 2013 another psychiatrist left Salinas Valley. The number of psychiatrists was briefly reduced to eight, but because of our continuous attention to hiring a new permanent psychiatrist started working at Salinas Valley on February 7, 2013. This permanent hire returned the number of psychiatrists on staff to a total of nine.

- In early February 2013, DSH received notice that two additional permanent psychiatrists intended to leave Salinas Valley at the end of February. In order to minimize the effects of these departures and maintain patient care, DSH persuaded one to stay on at Salinas Valley until April 2013. Further, the other psychiatrist only left Salinas Valley temporarily, because of a family emergency, and I am informed that he will return in June 2013.

- DSH took immediate action to ensure that appropriate staffing ratios were and are maintained at Salinas Valley. On February 22, 2013, DSH requested and received approval from the California Department of Human Resources to offer additional appointments to currently employed physicians at other DSH facilities. Based on that approval, two psychiatrists employed by the California Health Care Facility in Stockton scheduled to open in July 2013 started providing services at Salinas Valley on February 27, 2013. This allows staffing at Salinas Valley to remain at appropriate levels for the time being, and allows California Health Care Facility personnel to become familiar with those patients that will be transferred there. Further emergency credentialing for Salinas Valley was requested and granted for two psychiatrists from Atascadero State Hospital to provide services. These

7

psychiatrists began work on March 4, 2013.

- On March 15, 2013 DSH also filled the Chief Psychiatrist position at Salinas Valley by transferring a psychiatrist from Napa State Hospital. Since filling this position, it is my understanding from speaking with the Chief Psychiatrist that the morale and optimism of the staff, especially psychiatrists, has improved.

- Since March 22, 2013, two psychiatrists have transferred to other facilities and one has resigned and two new psychiatrists have replaced them. Two additional psychiatrists have also begun working at Salinas Valley in second positions.

- On April 25, 2013, DSH appointed Psychiatrist Dr. Robert Withrow as the acting Interim Executive Director at the Department of State Hospitals-Salinas Valley Psychiatric Program.

14.    Because of these actions, the present total of full-time-equivalent staff psychiatrists at Salinas Valley is 8.25, which is a combination of full time, part time, and second assignments. By June 2013, Salinas Valley expects to have at least a total of 9.25 full-time-equivalent psychiatric staff, if not more. Salinas Valley is budgeted for a caseload of 1:35 and has that as a current goal. To that end, DSH has implemented the recruitment efforts described above to assist Salinas Valley in reaching it. In the meantime Salinas Valley is temporarily at a ratio of 1:40.7, which substantially complies with its standard of care, as described above, and allows it to meet all Title 22 licensing requirements. In addition, this ratio still allows an average of one hour per patient per week, which is on addition to all other treatment as described below. Moreover, and to the extent needed to provide medically appropriate staffing for other disciplines such as Registered Nurses and Medical Technical Assistants, Salinas Valley uses voluntary and mandatory overtime as a means to deal with vacancies, vacation, sick leave, or worker's compensation issues as they arise. For example, Medical Technical Assistants are allowed to volunteer for an additional 10 shifts per month. If mandatory overtime is required, the least senior assistant is assigned first (inverse seniority) until staffing is covered.

8

**Salinas Valley State Prison Staff Provide a Comprehensive Level of Mental Health Care.**

15.     Staffing at Salinas Valley State Prison consists of psychiatrists, psychologists, rehabilitative therapists, clinical social workers, registered nurses, medical technical assistants and psychiatric technicians who work together to provide a comprehensive variety of mental health services, including one-one-one counseling, group therapy, and rehabilitative programming.

16.     Comprehensive mental health treatment and services are consistently provided by an Interdisciplinary Treatment Team consisting of a psychiatrist, a psychologist, a social worker, a rehabilitation therapist, a registered nurse, and psychiatric technicians and medical technical assistants.  Each team member provides valuable services that supplement and support the comprehensive spectrum of care and services that are provided to our patients.  The Interdisciplinary Treatment Team emphasizes a collaborative approach to care intended to address the totality of patients' mental health needs, and no single team member is solely "responsible" for the mental health care of our patients.

17.     The mental health services provided by the interdisciplinary treatment team far exceed basic psychiatric assessments and medication management.  They include:

- multiple one-on-one counseling sessions by psychologists and social workers;
- daily group therapies by therapists, social workers, and technicians that focus on anger management, life skills and medication management; and
- a wide variety of rehabilitative and educational programming by therapists.

18.     As examples, clinical social workers and psychologists diligently meet with patients to develop and oversee treatment plans.  Medical technical assistants and registered nurses provide direct and immediate daily care of the patients, consistently work with the patients on nursing, and care needs.  Rehabilitation therapists provide programming in the areas of art, music, and recreation. And one-to-one clinician contacts occur seven days a week.

19.     At my request, Salinas Valley Staff calculated the program group hours provided to patients in each of the six units (TC1, TC2, C5, C6, D5 & D6) by week (Monday to Friday) for the months of March and April, 2013.  For the week of March 4th through March 8th, Salinas

9

Valley provided 131 group hours for the week (average 22 hours per unit), for an average of 19 hours per day (average 3.2 hours per unit).  For the week of March 11th through March 15th, Salinas Valley provided 142 group hours for the week (average 24 hours per unit), for an average of 20 hours per day (average 3.3 hours per unit).  For the week of March 18th through the 22nd, Salinas Valley provided 137 group hours per week (average 23 hours per unit), for an average of 20 hours per day (average 3.3 hours per unit).  And for the week of March 25th through the 29th, Salinas Valley provided 124 groups hours per week (average 21 hours per unit), for an average of 18 hours per day (average 3 hours per unit.)

20.    For the week of April 2nd through the 5th, Salinas Valley Provided 93 groups hours for the 4-day week (average 23 hours per unit), for an average of 13 hours per day (average 2.2 hours per unit).  For the week of April 8th through the 12th, Salinas Valley provided 110 group hours for the week (average 18 hours per unit), for an average of 16 hours per day (average 2.7 hours per unit).  For the week of April 15th through the 19th, Salinas Valley provided 139 group hours for the week (average 23 per unit), for an average of 20 hours per day (average 3.3 hours per unit).  For the week of April 22nd to the 26th, Salinas Valley provided 94 group hours for the week (average 16 per unit), for an average of 13.4 hours per day (average 2.2 hours per unit).  For April 29th and 30th, Salinas Valley provided 63 group hours for the two days, for an average of 31.5 hours each day (average 5.25 per unit).

21. The group therapy does not include the one-on-one counseling that is offered by psychologists and social workers based on treatment team recommendation.  Nor does it include daily yard time that averages 1 hour a day and dayroom time that averages 6–7 hours per week depending on the patient's program status and unit or yard

**SVPP discharges are based on clinical need.**

22.    Discharge planning and determination of discharge readiness is a process that begins at admission to ensure that discharges are based on appropriate clinical rationale.  When the patient's treatment team determines that a patient is ready for discharge the treating psychiatrist prepares a recommended continuing plan/discharge summary. The discharge summary includes a

10

thorough history of the patient's treatment at DSH, including the diagnosis on referral and admission, course of treatment pursued and progress made and status at the time of discharge and a clinical determination that discharge is appropriate.

23.    In addition, Salinas Valley has developed and uses Utilization Review Committees comprised of the Supervising Psychiatrist, Admissions and Discharge Coordinator, Program Directors, a Psychologist, a Social Worker, a Rehabilitation Therapist and a Psychiatrist. The committee discusses patients who have length of stays longer than six months and each patient's progress toward discharge and a recommendation for any areas of improvement.

24.    Current data shows that the average length of stay for 129 patients in the intermediate level of care who were discharged from Salinas Valley between February – April 2013 was more than 200 days, with 72 having stays longer than 200 days. Attached as Exhibit 2 is a true and correct copy of the documentation of average length of stay in the ICF program.

**Department of State Hospital Employee Survey and Safety Concerns.**

25.    After the Department of State Hospitals was established in July 2012, I contracted with a team of experts from California State University, Sacramento (CSUS), to assist the department in re-energizing and re-organizing its focus on the entire hospital system. On August 29, 2012, with the assistance of the team from Sacramento State, the newly formed DSH officially launched a Strategic Planning Survey (Survey) to identify areas of critical need and to assess DSH's perception among the employees and external stakeholders. The Survey was motivated in part by a desire to set a baseline of employee perceptions of various aspects of our department, to learn their primary concerns, and to serve as a starting point for future Strategic Planning meetings with employees. Given the changes in staffing that will occur under Defendants' bed migration plan, we anticipated morale concerns at both Salinas and Vacaville,

26.    The CSUS team conducted the confidential Survey from August 29, 2012 through September 10, 2012. To ensure the Survey was available to everyone, each DSH employee received a hard copy of the Survey with their paycheck and a link to an electronic version of the

11

survey at their work email addresses. Additionally, hard copies of the surveys and computers for taking the Survey on-line were available at hospital kiosks throughout DSH facilities.

27. When DSH received the results of the survey in October 2012, I, together with the CSUS team, embarked on a series of meetings with employees at each DSH facility to gain a better understanding of the primary concerns raised by the employees, which were safety, communications, and morale. The survey results that Dr. Badeaux attached as Exhibit E to his declaration in support of plaintiffs' motion reflected a significant morale problem at the Salinas Valley Psychiatric Program, as compared to the other DSH facilities. During my meeting with the employees at Salinas Valley, many employees indicated that the impending layoffs that would result from Defendants' bed migration plan were a major concern.

28. The Salinas Valley survey also reflected a concern with safety and communications, which was echoed in the meetings, largely surrounding a breakdown in communication to the staff level, and concerns regarding proper training for safety procedures. I also heard a resounding theme of dedication to the cause of helping DSH patients and providing quality care. Even with the temporary staffing challenges at Salinas Valley, our employees still held onto the core values and hopes that brought them to work for DSH in the first place: the desire to help improve inmate-patients' mental health. Based on communications with my staff, employees at all levels and in all facilities maintain this goal. Our staff is aware of the dangers inherent in their jobs, but work in a mental health facility because they have a desire to help the patients heal and recover from their disorders. What I heard expressed in the meetings was a desire to be respected and recognized for their daily efforts, and to be included in identifying solutions going forward. Given the morale concerns shown in the Salinas Valley survey, I was heartened to hear that the employees still want to partner with us going forward, and still want to provide the best possible care for our patients. While DSH experiences challenges at times, we have never been deliberately indifferent to the needs of our patients. Moreover, DSH is committed to improving the safety, communications, and morale of not just Salinas Valley, but all DSH facilities. For instance, on October 17, 2012, I sent an email containing a link to the results

12

of the Survey to all DSH employees expressing appreciation for those who participated, and acknowledging the employees' top priority issues to be Safety, Communications, and Morale. In the email, I committed to using the results of the Survey to create a hospital system that not only takes care of its patients, but also takes care of its employees.

29.     As follow-up to the survey results, and as part of a commitment to increase communications with its employees, DSH is continuing to engage employees in an open, transparent forum by conducting a second round of meetings with employees at each facility to better understand the specific concerns of staff at each facility, including at the Salinas Valley Psychiatric Program. I attended each of these meetings with our CSUS team, and also with our internal strategic planning team, are responsible for ensuring that the process is followed through and implemented by each facility. Our internal team consists of a Deputy Director, an Assistant Deputy Director and a Strategic Planning Coordinator. These meetings have included cross-disciplinary work groups to identify key issues of concern and to recommend solutions to the issues identified. The initial data gathering meetings were referred to as "round one" and were held at all DSH facilities from November 2012 – December 2012. I attended each of these meetings. DSH held a "second round" of meetings at each DSH facility from March – April 2013 to develop specific objectives based on the data gathered in round one. I also attended each of these meetings. Further implemented measures include the development of specific employee committees at each facility to identify and propose remedies for employee concerns in the areas of Safety, Communication and Employee Morale. These committees are being formed now, and have been well received by the employees who feel that they have long been denied a voice in making improvements at their workplace. A third round of meetings is taking place in the near future.

30.     While the emphasis at each facility has been the development of both short and long-term goals for improvement, many employees at Salinas Valley expressed concerns for their personal job security due to the transition of beds from Salinas Valley to the new California Health Care Facility. In each meeting held with Salinas Valley employees to discuss the survey

13

results, the CSUS team, the internal strategic planning team, and I were sensitive to and acknowledged these employee concerns, described the Department efforts to mitigate lost positions, and reinforced the Department's commitment to find placement for those employees who may eventually be impacted by the Stockton facility's opening.

31.    In their motion, Plaintiffs assert that Dr. Badeaux's concerns about patient and staff safety are corroborated by department "data, which shows a significant increase in patient injuries in the last several months of 2012." Plaintiffs cite to Exhibit 107 to Mr. Bien's declaration in opposition to Defendants' motion to terminate. Exhibit 107 is a report that reflects the number of staff injuries and patient assaults by month and facility through September 2012. Attached as Exhibit 3 to my declaration is a true and correct copy of Exhibit 107 to Mr. Bien's declaration. Exhibit 3 does not corroborate Dr. Badeaux's alleged concerns for two reasons. First, Exhibit 3 only references data through September 2012—not the last several months of 2012, as Plaintiffs allege. Second, the data for the last few months of 2012 does *not* reflect an increase in violence. At my request, Salinas Valley staff reviewed and updated the data through the end of 2012. Staff found the August and September data was incorrect, revised the report, and added the October to December 2012 data. Attached as Exhibit 4 is a true and correct copy of the 2012 report.

**Salinas Valley Psychiatric Program Has an Orientation Period for Newly Arrived Patients.**

32.    Salinas Valley Psychiatric Program has a "cuff-status," or orientation policy, that protects and prevents injury to staff and patients. All patients are placed on cuff status during intake and orientation until they are cleared by CDCR's Institutional Classification Committee. This is an observation period, which allows the patient's mental health condition, behavior, and adjustment to a new facility to be assessed and evaluated. Under the Salinas Valley Psychiatric Program Manual §6.12, cuff status is allowed for up to 10 business days. The Memorandum of Understanding between DSH and CDCR similarly provides the 10 working day classification period. While on cuff status, Medical Technical Assistants escort patients to all treatment activities, including meetings with the patient's treatment team. At the end of the orientation

period, the patient is automatically moved off cuff status and into Stage 1 programming, unless the patient exhibits aggressive behavior.

33.    During cuff status, a patient meets with their Interdisciplinary Treatment Team to develop an individualized treatment plan. The patient can also attend individual or small group activities and therapies, have 1-to-1 out of cell meetings with a psychiatrist or other clinical and medical staff, and are eligible for the "by-choice" incentive plan. Patients are not provided yard or day room during the orientation phase, as they must be screened and evaluated for enemy and safety concerns.

34.    Orientation status is not driven solely by custodial concerns, although program security is a priority. Orientation status is also a period during which the Interdisciplinary Treatment Team members will evaluate the patient's clinical stability and danger to others as mentioned above, and the orientation stage relies heavily on clinical input and judgment.

35.    Additionally, a Temporary Suspended Program can be utilized for patients who have an identified enemy concern or who have requested a self imposed suspension of programming.

36.    On page 18, footnote 5, of plaintiffs' motion for affirmative relief, Plaintiffs reference an inmate death occurring at the Salinas Valley Psychiatric Program on March 22, 2013. The coroner has ruled this inmate's death as an accidental death by consuming a fatal amount of water. At my request, Salinas Valley staff verified that this inmate was not on cuff or a Temporary Suspended Program status at the time of his death.

### The Current Number of Patients Pending Admission to Salinas Valley

37.    At my request, my staff reviewed and provided me with information regarding the number of inmates pending admission to Salinas Valley. As of May 3, 2013, there were 51 patients who has been accepted by Salinas Valley and pending admission, of which 46 have been pending admission for less than a month. Five patients have been pending admission for more than 30 days for the following reasons:

        a.    One patient who has been pending admission for 34 days has
              had his admission put on hold pending a Penal Code section

15

2602 Involuntary Medication hearing scheduled for May 21, 2013.

b. Another patient who has been pending admission for 38 days will be admitted today.

c. A third patient who has been waiting for admission for 60 days pending a Penal Code section 2602 Involuntary Medication hearing, will be admitted today.

d. A fourth patient who has been waiting for 66 days is pending the outcome of a May 8, 2013, Penal Code section 2602 hearing.

e. The last patient has been waiting for 68 days because he is "out to court."

**Impact of Admission of Condemned Inmates to Salinas Valley Psychiatric Program.**

38.     As already described, I am familiar with the modalities of the intermediate care treatment program at Salinas Valley, and am familiar with the DSH-operated units at the prison. I am also familiar with the security requirements for housing condemned inmates. Plaintiffs' suggestion that death row inmates presently receiving treatment at San Quentin State Prison be transferred to Salinas Valley for intermediate care facility inpatient care does not consider the practical issues of integrating such patients safely into the intermediate care milieu.

39.     Treating a condemned inmate at Salinas Valley is not appropriate. The only units that these inmates could be admitted to are the two TC units (TC1 and TC2), due to the additional security provided by the grill gates on the units. Since the condemned inmate cannot come in direct contact with any other patient, he must be separated from other patients by a locked grill gate or door. In addition, because all treatment for the condemned patients must be provided individually, they would not be able to benefit from any other program modalities, including groups, dayroom, or yards.

40.     Treating even one condemned inmate at Salinas Valley would also have a profound impact on the provision of care to other inmates in the unit. When the condemned

16

inmate is out of his cell or his cell door is open, safety regulations require that the other patients must be locked in their cells or separated from the condemned patient by a locked grill gate or door. Because of the limited availability of rooms in the TC units that are used for groups, individual sessions, and treatment team meetings, it would be very difficult to provide treatment for a condemned patient within the specifications described above without reducing groups or individual treatment for other patients. Because intermediate care treatment is long term, with lengths of stay 6 to 8 months or more, inclusion of one or more condemned patients in the intermediate care milieu would have a profound impact. For example, in TC-2, providing individualized treatment for a condemned inmate would require having all other patients behind a locked door or gate (in a cell, group room, or yard) before escorting the condemned inmate out to a treatment area. This process would need to be repeated to return the condemned inmate to his cell. The overall treatment milieu would slow down significantly during these escort periods.

**Salinas Valley Psychiatric Program is Not Deliberately Indifferent To its Patients' Basic Human Needs.**

41.     I have investigated Plaintiffs' allegations of DSH's denial of patients' basic human needs at Salinas Valley, and have found that soap, blankets, and other basic necessities are available. I have directed the executive staff to make sure that our employees are properly trained on how to access these supplies from CDCR, which I understand has occurred. I have not come across anything that indicates a deliberate indifference to the needs of the patients housed at Salinas Valley, and do not anticipate any problems related to this in the future.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on May 9, 2013.

                          /s/ K. Radtkey-Gaither
                          Kathryn Radtkey-Gaither
                          *(original signature retained by attorney)*

17

Decl. Gaither Supp. Defs.' Opp'n to Pls.' Mot. for Enf. Ct. Ord. & Aff. Relief
(2:90-cv-00520-LKK JFM P)

# EXHIBIT 1

**Barbara Moseman**

| | |
|---|---|
| **From:** | Kathy Gaither <Kathy.Gaither@dsh.ca.gov> |
| **Sent:** | Monday, April 23, 2012 11:34 AM |
| **Subject:** | CDCR Mental Health Bed Migration from SVPP and VPP to Stockton |

Good Morning:

• Today the California Department of Corrections and Rehabilitation (CDCR) released a report entitled "The Future of California Corrections". The report includes a series of proposals to reduce costs in the correctional system, satisfy the Supreme Court's ruling regarding prison overcrowding and implement further improvements to the prison system. This report is being released as part of the May Revision to the Governor's Budget. The report can be accessed on line at http://www.cdcr.ca.gov/2012plan/index.html

• CDCR's plan proposes to migrate 242 beds at Salinas Valley Psychiatric Program (SVPP) and 208 beds at Vacaville Psychiatric Program (VPP) to the California Health Care Facility (CHCF) in Stockton beginning in July 2013. Over a six month period, CDCR would reclaim these units to increase its capacity at these facilities.

• When the construction of the CHCF was approved, it was known that some of the beds at VPP and SVPP would ultimately be migrated to Stockton. The most recent addition of 110 beds at VPP is still being readied, and was intended by the court to be available only until the CHCF was activated in July 2013. Many of those beds are not yet staffed.

• The patients and the positions that support these beds will be migrated to the new Stockton Psychiatric Program (SPP) at CHCF over a six month period beginning in July 2013. This migration involves 450 patients and 552 level of care and non level of care positions (346 positions at VPP and 206 positions at SVPP). Employees will have the option to transfer with the positions. If a classification is not being utilized at the new facility, the Department of State Hospitals (DSH) will work with those employees to find other suitable placement, including the MTA class.

• The SPP will have 514 beds. Stockton plans to fill 83 positions in SFY 2012 13 (July 1, 2012 to June 30, 2013) and plans to have 763 positions in SFY 2013-14. Patients will be gradually migrated to the new facility starting July 2013. The SPP will be fully operational December 2013.

• This proposal is subject to approval by the California State Legislature, the Coleman Special Master and the Supreme Court; DMH will keep employees informed every step of the way, including updates that occur as the proposal moves through its approval phases.

• Once this proposal is adopted and finalized, DSH will make every effort possible to mitigate the reduction of SVPP and VPP staff and will facilitate the transfer of staff to SPP and other DSH hospitals. As part of this effort, DSH will strive to place individuals into equivalent job classifications at other facilities.

• Some DSH staff affected by the recent budget reductions are considering transferring to vacant positions at VPP and SVPP. We continue to encourage staff to consider these vacancies as an option as there will continue to be a core group of LOC and Non-LOC staff needed during the transition to SPP and following the opening of Stockton. There will also be a core group of staff remaining at SVPP and VPP once the migration of beds has completed. At VPP, there will be 298 beds remaining as of January 2014, and at SVPP there will be 128 beds. We encourage staff to transfer to those facilities, and will make every effort to match employees to appropriate vacancies.

• We plan to set up a page on our website that will be the central location for information about this plan, and the schedules for movement. Please let us know if you have other ideas for how we can best inform everyone of these significant changes.

Thank you –Kathy Gaither

Kathryn Radtkey-Gaither
Chief Deputy Director
Department of Mental Health
1600 Ninth Street, Room 151
Sacramento, CA  95814
Phone: (916)654-2309
Fax: (916)654-3108 kathy.gaither@dmh.ca.gov

# EXHIBIT 2

# DEPARTMENT OF STATE HOSPITALS

## Vacaville and Salinas Valley – Length of Stay of Stay for Inmate-Patients Discharged February through April 2013

### May 3, 2013

**Length of Stay for Inmate-Patients Discharged February through April 2013**

| | Salinas Valley ICF | Vacaville ICF | Vacaville Acute |
|---|---|---|---|
| Number of Inmate-Patients | 129 | 79 | 188 |
| Average Length of Stay | 204 | 219 | 104 |
| Median Length of Stay | 215 | 188 | 84 |



Salinas Valley ICF - Length of Stay
Inmate-Patients Discharged February through April 2013



Vacaville Acute - Length of Stay
Inmate-Patients Discharged February through April 2013



Vacaville ICF - Length of Stay
Inmate-Patients Discharged February through April 2013

# EXHIBIT 3

# Exhibit 107

John Brim
March 1, 2013
Exhibit No. 8
Megan F. Alvarez
RPR, CSR No. 13470

## Department of State Hospitals
## Number of Seclusion Episodes by Month and Facility
### (per 1,000 Patient Days)
### 2012



| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASH | 2.74 | 2.46 | 2.85 | 2.90 | 2.43 | 1.99 | 2.65 | 3.95 | 2.52 | | | |
| CSH | 0.66 | 0.56 | 0.62 | 0.47 | 0.98 | 1.18 | 0.26 | 0.39 | 0.47 | | | |
| MSH | 0.15 | 0.28 | 0.15 | 0.80 | 0.15 | 0.00 | 0.15 | 0.35 | 0.26 | | | |
| NSH | 1.25 | 1.77 | 1.46 | 1.30 | 2.46 | 3.62 | 2.00 | 2.63 | 2.27 | | | |
| PSH | 0.02 | 0.18 | 0.09 | 0.04 | 0.09 | 0.20 | 0.11 | 0.06 | 0.00 | | | |
| SVPP | 2.65 | 2.13 | 3.35 | 3.51 | 2.52 | 5.80 | 5.20 | 5.17 | 3.16 | | | |
| VPP | 0.00 | 0.12 | 0.00 | 0.30 | 0.00 | 0.00 | 0.19 | 0.00 | 0.00 | | | |



## Department of State Hospitals
### Total Hours in Seclusion by Month and Facility
### 2012



| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASH | 2173:11:00 | 1214:12:00 | 1886:59:00 | 1456:28:00 | 1232:37:00 | 834:13:00 | 1373:44:00 | 2854:20:00 | 1781:57:00 | | | |
| CSH | 21:29:00 | 23:03:00 | 27:30:00 | 20:09:00 | 34:29:00 | 137:36:00 | 37:23:00 | 16:14:00 | 19:23:00 | | | |
| MSH | 7:30:00 | 9:30:00 | 4:30:00 | 30:18:00 | 1:18:00 | 0:00:00 | 4:05:00 | 14:22:00 | 26:35:00 | | | |
| NSH | 399:18:00 | 561:08:00 | 410:26:00 | 292:49:00 | 578:05:00 | 835:51:00 | 753:57:00 | 589:59:00 | 726:19:00 | | | |
| PSH | 3:29:00 | 20:24:00 | 226:53:00 | 83:39:00 | 133:56:00 | 244:59:00 | 99:13:00 | 8:50:00 | 0:00:00 | | | |
| SVPP | 945:28:00 | 744:54:00 | 1896:02:00 | 1720:28:00 | 973:48:00 | 1696:14:00 | 2998:34:00 | 4144:42:00 | 2185:30:00 | | | |
| VPP | 0:00:00 | 1:50:00 | 0:00:00 | 5:00:00 | 0:00:00 | 0:00:00 | 2:00:00 | 0:00:00 | 0:00:00 | | | |





Department of State Hospitals
Average Length of Time (Hours) in Seclusion by Month and Facility
2012

|  | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASH | 24:41:43 | 16:24:29 | 20:43:30 | 16:10:57 | 15:36:10 | 13:27:18 | 15:58:25 | 20:44:13 | 22:33:23 | | | |
| CSH | 1:04:27 | 1:26:26 | 1:26:51 | 1:26:21 | 1:08:58 | 3:55:53 | 4:40:22 | 1:21:10 | 1:23:04 | | | |
| MSH | 2:30:00 | 1:54:00 | 1:30:00 | 2:01:12 | 0:26:00 | 0:00:00 | 1:21:40 | 2:03:09 | 5:19:00 | | | |
| NSH | 8:39:04 | 9:21:08 | 7:44:38 | 6:21:56 | 6:25:23 | 6:31:48 | 10:11:19 | 5:52:34 | 8:58:01 | | | |
| PSH | 3:29:00 | 2:33:00 | 56:43:15 | 41:49:30 | 33:29:00 | 27:13:13 | 19:50:36 | 2:56:40 | 0:00:00 | | | |
| SVPP | 32:36:08 | 33:51:33 | 51:14:39 | 46:29:57 | 37:27:14 | 28:44:59 | 53:32:45 | 74:00:45 | 68:17:49 | | | |
| VPP | 0:00:00 | 1:50:00 | 0:00:00 | 1:40:00 | 0:00:00 | 0:00:00 | 1:00:00 | 0:00:00 | 0:00:00 | | | |





Department of State Hospitals
Number of State Hospital Staff Injuries by Month and Facility
2012

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASH | 4 | 1 | 8 | 8 | 6 | 1 | 2 | 2 | 2 | | | |
| CSH | 2 | 5 | 1 | 3 | 7 | 4 | 0 | 3 | 1 | | | |
| MSH | 2 | 3 | 5 | 2 | 0 | 0 | 4 | 1 | 1 | | | |
| NSH | 4 | 1 | 7 | 4 | 9 | 4 | 4 | 6 | 0 | | | |
| PSH | 4 | 11 | 5 | 7 | 6 | 10 | 7 | 5 | 8 | | | |
| SVPP | 2 | 0 | 1 | 1 | 6 | 3 | 4 | 17 | 12 | | | |
| VPP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |



## Department of State Hospitals
### Number of Patient Injuries by Month and Facility
### 2012



| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASH | 1 | 2 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | | | |
| CSH | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 3 | 0 | | | |
| MSH | 6 | 5 | 6 | 6 | 6 | 5 | 6 | 6 | 7 | | | |
| NSH | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| PSH | 0 | 3 | 0 | 2 | 2 | 2 | 1 | 1 | 0 | | | |
| SVPP | 8 | 8 | 11 | 7 | 5 | 7 | 18 | 9 | 10 | | | |
| VPP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |



# EXHIBIT 4



Department of State Hospitals
Number of State Hospital Staff Injuries by Month and Facility
2012

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVPP | 2 | 0 | 1 | 1 | 6 | 3 | 4 | 2 | 1 | 2 | 1 | 2 |





Department of State Hospitals
Number of Patient Injuries by Month and Facility
2012

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SVPP | 8 | 8 | 11 | 7 | 5 | 7 | 2 | 2 | 2 | 3 | 5 | 4 |