1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  WILLIAM DOWNER, State Bar No. 257644
   Deputy Attorneys General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-3035
    Fax:  (415) 703-5843
8   E-mail:  Patrick.McKinney@doj.ca.gov

9  *Attorneys for Defendants*

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>  v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                        Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME NUNC PRO TUNC TO FILE THEIR DECLARATIONS IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFFS 'MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT** |

1

y

**APPLICATION FOR EXTENSION**

Defendants request an extension of time, nunc pro tunc, by which to file their declarations in support of Defendants Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment. As discussed below, good cause exists to grant Defendants' request because Defendants counsel filed their opposition by the Court's 4:30 p.m. deadline on May 9, 2013, and would have filed all the supporting declarations by 4:30, but for unforeseen difficulties did not complete their filing until 5:48 p.m. The Court granted Defendants' request for an extension of time to file their opposition from April 29, 2013, to May 9, 2013. And counsel would have sought the extension earlier, except that its need did not appear until after the deadline had passed.

On April 25, 2013, the Court ordered Defendants to file their response to Plaintiffs' motion on or before 4:30 p.m. on May 9, 2013. (ECF No. 4564.) Defendants prepared ten declarations in support of their response. All supporting declarations were completed and ready for filing by noon on May 9, 2013, with sufficient time under typical circumstances to complete the filings timely. Counsel also arranged for support staff to file the documents in the afternoon along with the response and evidentiary objections. Unfortunately, counsels' secretary, who is new to the Attorney General's office and the ECF system, misunderstood how to file and link the declarations to the opposition and had her filing rejected, causing a delay in declarations' filing. The first of the supporting declarations was filed before 4:30 p.m., and Defendants completed electronic filing of eight more declarations between 4:32 p.m. and 4:42 p.m.

Given the confusion that arose when the declarations were rejected by the ECF system and had to be quickly resubmitted, counsel's staff inadvertently failed to file the tenth declaration before leaving the office. Approximately thirty minutes later, counsel discovered the filing omission while reviewing the Court's docket and immediately sought a secretary that was available after normal working hours to electronically file the omitted declaration. Counsel located a secretary and filed the inadvertently omitted declaration at 5:48 p.m.

Given counsels' substantial diligence to meet the deadline, the unexpected technical errors that arose, and the minimal extension sought, Defendants respectfully request that the Court grant

2

Defs.' App. EOT Nunc Pro Tunc File Response to Pls.' Mot
(2:90-cv-00520 LKK JFM PC)

their extension nunc pro tunc, extend the time for filing by 78 minutes, and accept the declarations in support of their opposition.

A proposed order is submitted for the Court's consideration.

Dated: May 10, 2013                                   Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3