IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

Good cause appearing, the Court GRANTS Defendants' application for an extension of time, nunc pro tunc, by which to file their declarations in support of Defendants Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment.

**IT IS SO ORDERED.**

Dated: _____   _____
The Honorable Lawrence K. Karlton
United States District Judge

1