KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF FILING THE DECLARATION OF WARDEN RANDOLPH GROUNDS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 9, 2013, Defendants electronically filed a document referenced as "DECLARATION of Grounds re [4592] Opposition to Motion." (ECF No. 4594.) This document that was attached to the electronic notice and filed, however, was not the

1

Declaration of Warden Grounds, as represented. Instead, staff inadvertently linked the Declaration of Brian Duffy to the filing for Warden Grounds. Defendants now file the Declaration of Randolph Grounds in Support of Defendants' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Care and request that this declaration replace the declaration filed under ECF No. 4594. Counsel apologizes for any inconvenience.

Dated: May 10, 2013                                    Respectfully Submitted,

                                                       KAMALA D. HARRIS
                                                       Attorney General of California
                                                       JAY C. RUSSELL
                                                       Supervising Deputy Attorney General

                                                       */s/ Debbie J. Vorous*

                                                       DEBBIE J. VOROUS
                                                       Deputy Attorney General
                                                       *Attorneys for Defendants*

CF1997CS0003

2

Notice of Refiling of Decl. of Grounds Supp. Defs.' Opp'n to Pls.' Mot. for Enf. Of Ct. Ord. & Aff. Relief
(2:90-cv-00520 LKK JFM PC)