UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

   v.                                      **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S. ZIL, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **May 13, 2013** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 14, 2013

                                    **MARIANNE MATHERLY**
                                    **CLERK OF COURT**

                    **by:**  /s/ M. Plummer

                        Deputy Clerk