**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**TO:**      **CLERK, U.S. COURT OF APPEALS**

**FROM:**    **CLERK, U.S. DISTRICT COURT**

**SUBJECT:**  **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

USDC Number:                **2:90–CV–00520–LKK–JFM**

USDC Judge:                 **JUDGE LAWRENCE K. KARLTON**

USCA Number:                **NEW APPEAL**

Complete Case Title:        **RALPH COLEMAN vs. JOHN S. ZIL**

Type:                       **CIVIL**

Complaint Filed:            **4/23/1990**

Appealed Order/Judgment Filed:   **4/11/2013**

Court Reporter Information:   **Kathy Swinhart**

FEE INFORMATION

                    **Fee Status: Paid on 5/14/2013 in the amount of $455.00**

     Information prepared by: /s/  **M. Plummer , Deputy Clerk**