UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                NO. CIV. S-90-520 LKK/JFM (PC)

    v.

EDMUND G. BROWN, JR., et al.,        O R D E R

    Defendants.

    The court is in receipt of defendants' motion and request for a status conference and delay of hearing on plaintiffs' motions. The request is DENIED.

    IT IS SO ORDERED.

    DATED: May 13, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT