DONALD SPECTER – 083925
WARREN E. GEORGE – 053588
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
LISA ELLS – 243657
AARON J. FISCHER – 247391
KRISTA STONE-MANISTA – 269083
MARGOT MENDELSON – 268583
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone:   (415) 864-8848

GEOFFREY T. HOLTZ -- 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM P <br><br> **THREE JUDGE COURT** <br><br> **[PROPOSED] ORDER** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. C01-1351 TEH <br><br> **THREE JUDGE COURT** |

1

This Court, having considered Defendants' Amended Response to April 11, 2013, Order, and Plaintiffs' Response to Defendants' Population Reduction Plan, and good cause appearing, IT IS HEREBY ORDERED that:

1.    Defendants shall show cause by June 1, 2013, if there be any, why they should not be held in contempt for failing to comply with the following provisions of this Court's April 11, 2013 Order Requiring List of Proposed Population Reduction Measures:

a.    The requirement that Defendants' list include "all prison population reduction measures identified or discussed as possible remedies in this Court's August 2009 Opinion & Order, in the concurrent filed Opinion & Order, or by plaintiffs or defendants in the course of these proceedings . . . . Defendants shall list all of these measures in the order that defendants would prefer to implement them."  Order at 1-2.

b.    The requirement that Defendants submit a plan "for compliance with the Order."  Order at 3; *see also* Order at 1 (Defining "the Order" as  "this Court's June 30, 2011 Order, as amended on January 29, 2013").

c.    The requirement that Defendants use their "best efforts" to implement the population reduction plan by attempting "forthwith and in good faith" to obtain any necessary authorization, approval or waivers from the Legislature and other State bodies. Order at 4.

2.    Defendants shall without further delay and by using all available resources, "identify [sufficient] prisoners who are unlikely to reoffend or who might otherwise be candidates for early release" because they are the "least likely to jeopardize public safety," *Brown v. Plata*, 131 S.Ct. 1910, 1947 (2011), to meet the Orders set forth above.

3.    Defendants must file a report of their progress in identifying these prisoners every 14 days, including but not limited to a description of all persons working on this project and the number of low-risk prisoners identified.  Defendants must make the persons most knowledgeable about this project available for interview or deposition by counsel for Plaintiffs and provide relevant information and data to counsel for Plaintiffs

[PROPOSED] ORDER

1  upon request.

2      3.      The following state law has been identified by Defendants as creating legal

3  barriers to the early release of prisoners: Article I, Section 28(f)(5) of the California

4  Constitution and California Penal Code sections 1170(a), (h)(3).  The Court hereby waives

5  these provisions of State law.

6      4.      Defendants shall forthwith release prisoners identified in paragraph two

7  above, to the extent necessary to comply with this Court's Orders of June 30, 2011,

8  January 29, 2013, and April 11, 2013 and the Supreme Court's judgment of May 23, 2011,

9  provided, however, that Defendants need not release any prisoners early if they are able to

10  comply with these orders by any other lawful means, including by implementing any of the

11  other elements of their Plan submitted on May 2, 2013, by implementing other measures

12  not included in the Plan, or otherwise.

13      5.      The Court finds that Federal law requires the orders and waivers of state law

14  listed above, that the relief is necessary to correct the violation of a Federal right, extends

15  no further than necessary to correct the violation of the Federal right, is the least intrusive

16  means to correct the violation of the right, and that no other relief will correct the violation

17  of the Federal right.  *See* 18 U.S.C. § 3626(a)(1).

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

[PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: _____          _____
                                STEPHEN REINHARDT
                                UNITED STATES CIRCUIT JUDGE
                                NINTH CIRCUIT COURT OF APPEALS


Dated: _____          _____
                                LAWRENCE K. KARLTON
                                SENIOR UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF CALIFORNIA


Dated: _____          _____
                                THELTON E. HENDERSON
                                SENIOR UNITED STATES DISTRICT JUDGE
                                NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER