KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5553
  Fax: (415) 703-1234
  E-mail: patrick.mckinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

---

**RALPH COLEMAN, et al.,**

    Plaintiffs,

v.

**EDMUND G. BROWN JR., et al.,**

    Defendants.

2:90-cv-00520 LKK JFM P

**THREE-JUDGE COURT**

---

**MARCIANO PLATA, et al.,**

    Plaintiffs,

v.

**EDMUND G. BROWN JR., et al.,**

    Defendants.

C01-1351 TEH

**THREE-JUDGE COURT**

**DEFENDANTS' MAY 2013 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 AND APRIL 11, 2013 ORDERS**

The State submits this monthly status report on the state prison population. Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.[1] Exhibit A shows that as of May 1, 2013, 119,676 inmates were housed in the State's 33 adult institutions, which amounts to 149.7% of design bed capacity.[2] Defendants have successfully reduced the population in the State's 33 institutions by 24,512 inmates since October 2011 when the State implemented historic public safety realignment under Assembly Bill 109, and by 42,385 inmates since November 2006 when Plaintiffs moved to convene this Court. (*See* Defs.' Oct. 14, 2011 report, ECF 2407-1/4099-1 & Decl. J. Beard Supp. Defs' Mot. Vacate or Modify Pop. Reduction Order ¶ 3, ECF 2544/4346.)

**COURT-ORDERED POPULATION REDUCTION PLAN**

In its April 11, 2013 Order Requiring List of Proposed Population Measures, the Court ordered Defendants to include in their monthly status reports: (1) the steps taken towards the implementation of each measure Defendants have the authority to enact; and (2) all actions taken by Defendants to obtain the necessary authorization, approval, or waivers by the Legislature or relevant administrative bodies for the measures Defendants lack the authority to enact.

I. MEASURES THAT DEFENDANTS HAVE THE AUTHORITY TO ENACT

    A.  New Construction.

The State has taken the following steps towards completing the California Health Care Facility in Stockton and the DeWitt Nelson Correctional Annex in Stockton: Defendants continue to follow the activation schedule submitted to the Court as Exhibit 2 to the Declaration of Secretary Beard. (ECF 2603-2/4566-2.)

---

[1] Although Exhibit A reports design capacity and actual population in the aggregate and by institution, Defendants note that the Supreme Court recognized that the Court's order affords "the State flexibility to accommodate differences between institutions" and there is "no requirement that every facility comply with the 137.5% limit." *Brown v. Plata*, 563 U.S. ___, 131 S. Ct 1910, 1940-41 (2011).

[2] The data in Exhibit A is taken from CDCR's May 13, 2013 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html, and the Declaration of Deborah Hysen.

**B. Expand Fire Camp Capacity.**

Governor Brown's May Revision to the 2013-14 budget includes an increase of $15.4 million to reflect 3,800 state prison inmates participating in fire camps. (Governor's Budget May Revision 2013-14 42, available at: http://www.dof.ca.gov/documents/2013-14_May_Revision.pdf.)

## II. MEASURES THAT DEFENDANTS LACK THE AUTHORITY TO ENACT

Since the court-ordered plan was filed on May 2, 2013, Defendants are drafting legislative language for the remaining measures that Defendants lack authority to enact. The draft language will delineate potential changes to state law to: (1) increase certain prison credits; (2) expand the eligibility criteria for medical parole; (3) establish a parole process for low-risk elderly inmates; (4) obtain a legislative appropriation of funds to lease jail capacity from counties with available capacity; and (5) obtain a legislative appropriation of funds to slow the rate of returning inmates housed out-of-state to California. (Declaration Diana Toche ¶ 3; *see also* ECF 2612/4576 29-33.) Once this language has been drafted, Defendants will submit it to the Legislature for its consideration, and will report to the Court on any specific actions taken by the Legislature. (Toche Decl. ¶ 3.)

Dated: May 15, 2013

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

Dated: May 15, 2013

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

SF2007200670
20691413.docx