KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5553
 Fax: (415) 703-1234
 E-mail: patrick.mckinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF DIANA TOCHE IN SUPPORT OF DEFENDANTS' MAY 2013 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 AND APRIL 11, 2013 ORDERS** |

I, Diana Toche, declare:

1. I am the Acting Undersecretary of Administration and Offender Services for the California Department of Corrections and Rehabilitation (CDCR). Previously, I served as the Acting Director of the Division of Health Care Services for CDCR. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' May 2013 Status Report in Response to the Court June 30, 2011 and April 11, 2013 Orders.

2. Some of my current duties as Acting Undersecretary of Administration and Offender Services include oversight of the following: Division of Correctional Health Care Services, Division of Enterprise Information Services, Office of Labor Relations, Division of Facility Planning, Construction and Management, Division of Administrative Services, Division of Internal Oversight and Research; Office of Court Compliance, and Office of Internal Affairs.

3. On pages 29-33 of Defendants' May 2, 2013 Response to the Court's April 11, 2013 Order, Defendants listed the measures in the court-ordered plan that they do not have the authority to enact or implement. (ECF 2612/4576 29-33.) Defendants are drafting legislative language for these measures, which will delineate potential changes to state law to: (1) increase certain prison credits; (2) expand the eligibility criteria for medical parole; (3) establish a parole process for low-risk elderly inmates; (4) obtain a legislative appropriation of funds to lease jail capacity from counties with available capacity; and (5) obtain a legislative appropriation of funds to slow the rate of returning inmates housed out-of-state to California. Once this language has been drafted, Defendants will submit it to the Legislature for its consideration, and will report to the Court on any specific actions taken by the Legislature.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on May 15, 2013.

    /s/ Diana Toche (original signature retained by attorney)
DIANA TOCHE

1