KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5553
  Fax: (415) 703-1234
  E-mail: patrick.mckinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                      Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                      Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' MAY 2013 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 AND APRIL 11, 2013 ORDERS** |

I, Deborah Hysen, declare:

1. I am the Deputy Director of Facility Planning, Construction, and Management for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' May 2013 Status Report in Response to the Court June 30, 2011 and April 11, 2013 Orders.

2. Attached as Exhibit A to Defendants' May 2013 Status Report in Response to the Court June 30, 2011 and April 11, 2013 Orders is a spreadsheet showing current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. The data regarding population is taken from CDCR's May 13, 2013 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.

3. CDCR recently determined that the design capacity at Folsom State Prison and Folsom Women's Facility had been reported incorrectly on the weekly population report, which also resulted in an incorrect reporting of the design capacity for all state prisons combined. The current design capacity for Folsom State Prison, Folsom Women's Facility and for all state prisons combined has been corrected in Exhibit A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on May 15, 2013.

_____
DEBORAH HYSEN

1

Decl. Deborah Hysen Supp. Defs.' May 2013 Status Report in Resp. to June 30, 2011 & Apr. 11, 2013 Orders
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH