DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:    (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:    (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone:    (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone:    (415) 864-8848

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' REPLY REGARDING MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO INPATIENT TREATMENT** |
| v. | |
| EDMUND G. BROWN, Jr., et al., | |
| Defendants. | Judge:   Hon. Lawrence K. Karlton |

[814593-1]

1    I, Krista Stone-Manista, declare:

2    1.    I am an attorney admitted to practice law in California, a member of the bar

3    of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP,

4    counsel of record for Plaintiffs.  I have personal knowledge of the matters set forth herein,

5    and if called as a witness I could competently testify.  I make this declaration in support

6    of Plaintiffs' Reply Regarding Their Motion for Enforcement of Court Orders and

7    Affirmative Relief Related to Inpatient Treatment.

8    2.    Attached hereto as **Exhibit 1** is a true and correct copy of an email from

9    Defendants' counsel Debbie Vorous to Plaintiffs' counsel Michael W. Bien and *Coleman*

10   Special Master Matthew Lopes, dated April 19, 2013, with the email attachment

11   containing the Monterey County Coroner's Report for the Salinas Valley Psychiatric

12   Program inmate-patient who, according to the report, died of acute water intoxication due

13   to psychogenic polydipsia in March 2013.

14   3.    Attached hereto as **Exhibit 2** is a true and correct copy of an email from

15   Michael W. Bien to Defendants' counsel Debbie Vorous, Patrick McKinney, and William

16   Downer, dated May 10, 2013.

17   4.    Attached hereto as **Exhibit 3** is a true and correct copy of the contents of a

18   job posting on Defendants' website for a "Senior Psychiatrist (Supervisor), Correctional

19   and Rehabilitative Services (Safety)" position at Salinas Valley Psychiatric Program.  I

20   personally located this job posting on the web site jobs.ca.gov and created the attached

21   PDF on May 10, 2013.  At the bottom of the job listing, it states that the position is

22   "PENDING DEPARTMENTAL HIRING FREEZE EXEMPTION APPROVAL."

23   I declare under penalty of perjury under the laws of the United States and the State

24   of California that the foregoing is true and correct, and that this declaration is executed at

25   San Francisco, California this 16th day of May, 2013.

26

27   */s/ Krista Stone-Manista*

     _____

28   Krista Stone-Manista

1

EXHIBIT 1

**From:** Debbie Vorous
**Sent:** Friday, April 19, 2013 4:24 PM
**To:** Michael W. Bien; Matt Lopes
**Cc:** Coleman Team - RBG Only; Debbie Vorous
**Subject:** RE: Death at SVPP
**Attachments:** Coronor's report.pdf.pdf

Michael,

Attached is the Coroner's report confirming that the death of Mr. Watkins, a WIC 7301 patient, was accidental.

Thank you,

-----Original Message-----
From: Debbie Vorous
Sent: Tuesday, March 26, 2013 10:34 AM
To: 'Michael W. Bien'; Matt Lopes
Cc: Coleman Team - RBG Only; Debbie Vorous
Subject: RE: Death at SVPP

Michael,

CDCR has confirmed that inmate Desmond Watkins, who a 36 year-old WIC 7301 patient , died of unknown causes on 3/22. It does not appear that an autopsy has been performed yet.  He had been at SVPP since 12/21/2012.

Debbie

-----Original Message-----
From: Michael W. Bien [mailto:MBien@rbgg.com]
Sent: Tuesday, March 26, 2013 8:11 AM
To: Debbie Vorous; Matt Lopes
Cc: Coleman Team - RBG Only
Subject: Death at SVPP

Debbie

We understand that a prisoner died in SVPP over the weekend.  Please confirm.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Monterey County Sheriff-Coroner

Office of the Coroner

1414 Natividad Rd. Salinas, California 93906

**Desmond Jovan Watkins**

**Coroner Case Number: 20130283**

| CLASSIFICATION | Manner of Death **Accident** | | Sub Manner of Death **Overdose - OTC** | | | Deputy Coroner **Detective Kevin Gardepie** | |
|---|---|---|---|---|---|---|---|
| | Type of Medical Examination **Autopsy** | | Time Departed | Time Arrival | Date of Death **03/22/2013** | Time of Death **2350** | |
| DECEDENT PERSONAL DATA | Name-First **Desmond** | | Middle **Jovan** | Last **Watkins** | | Marital Status **Never Married** | |
| | Age **36** | Date of Birth **11/07/1976** | Place of Birth **CA** | Height **6' 00"** | Weight **230** | Hair **Black** | Eyes **Brown** |
| | Sex **M** | Teeth | | Race **Black** | | SSN **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** | |
| | Scars, Marks, Tattoos | | | | | | |
| RESIDENCE | Address **Salinas Vly. State Prison 31625 Hwy 101** | | | City **Soledad** | | State **CA** | Zip **93960** |
| PLACE OF DEATH | Place **Salinas Valley Memorial Hospital** | | | | | County **Monterey** | |
| | Address **450 East Romie Lane** | | | City **Salinas** | | | State **CA** |
| REPORTING INFORMATION | Death Reported By **RN Amy Bonano** | | Agency **Salinas Valley Memorial Hosp** | | Date **03/22/2013** | Time **2354** | Removed From Scene To **Coroner's Facility** |
| | Address **450 East Romie Lane** | | | City **Salinas** | | State **CA** | Zip **93901** |
| CAUSE OF DEATH | Immediate Cause: **Hyponatremia** | | | | | | |
| | Due to: **Acute Water Intoxication** | | | | | | |
| | Due to: **Psychogenic Polydipsia** | | | | | | |
| | Due to: | | | | | | |
| OTHER SIGNIFICANT CONDITIONS | **None.** | | | | | | |
| INJURY INFORMATION | Place of Injury **prison cell** | | | Injury at Work? **No** | Date of Injury **03/22/2013** | Time **14:00 Est.** | Estimated |
| | Address of Injury **31625 Highway 101** | | | City **Soledad** | County **Monterey** | | State **CA** |
| | Injury Description **Decedent accidentally consumed a fatal volume of water, causing the depletion of sodium in his bloodstream.** | | | | | | |
| IDENTIFICATION | Identification Method **Prison Records** | | | Identified By **ISU Officer S. Newcomb** | | | |
| NOTIFIED | Name **Landaun Watkins Griffin** | | Relationship **Sister** | Mailing Address **845 Gracewood Street  Memphis, TN 38112** | | | |
| | Notified By **SVSP social worker** | | How Notified **Other** | | | Date **03/25/2013** | Time **0000** |
| ADDITIONAL INFORMATION | Pathologist **Dr. Venus Azar** | | Other Investigation | | Funeral Home **Chapel of the Chimes** | | |

Scott Miller, Sheriff-Coroner

*Detective Kevin Gardepie* _(signature)_

---
Detective Kevin Gardepie

_(signature)_

---
Coroner Supervisor

**Deceased: Watkins, Desmond** **Date of Death: 3/22/13**

## Case Number: 20130283

 **Office of the Sheriff**
County of Monterey
Coroner Division


### PERSON'S CONTACTED:

*Nursing Supervisor Amy Bonano*
*Salinas Valley Memorial Hospital*
450 E. Romie Lane
Salinas, CA 93901
831-757-4333

*Officer Travis Schlig*
*Investigation Services Unit Sgt. Michael Thomas*
*Investigation Services Unit Officer Steve Newcomb*
*Salinas Valley State Prison*
31625 Highway 101
Soledad, CA 93960
831-678-5500

*Ladaun Griffin, sister*
845 Gracewood Street
Memphis, TN 38112
901-340-1098

*Jesse Watkins, father*
3981 Westside Avenue
Los Angeles, CA 90008
310-571-7982

### REFERENCES:

Salinas Valley State Prison report #SVSP-CEN-13-03-0222

Salinas Valley Memorial Hospital patient record #H0737215

American Medical Responder Patient Care Report #AM13006892

Central Valley Toxicology report #CVT-13-4764

**Detective Kevin Gardepie**

**Page 1 of 5** KRG

**Deceased: Watkins, Desmond**          **Date of Death: 3/22/13**

## Case Number: 20130283

## Office of the Sheriff
County of Monterey
Coroner Division

 

### SYNOPSIS:

On 3/22/13 at 2227 hours, 36-year old male inmate Desmond Watkins was found unconscious in his single-person cell at Salinas Valley State Prison. Emergency medical treatment was immediately rendered and Watkins was transported via ground ambulance to Salinas Valley Memorial Hospital. At 2350 hours, Watkins was pronounced deceased in the emergency room. The ensuing death investigation and postmortem examination yielded that Watkins died due to hyponatremia, due to acute water intoxication, and psychogenic polydipsia (compulsive water drinking). The manner of his death has been deemed to be accidental.

### NARRATIVE:

On 3/22/13 at 2354 hours, I was paged by County Communications concerning a death that had occurred in the emergency room at Salinas Valley Memorial Hospital. I was asked to contact Nursing Supervisor Amy Bonano at that location.

Upon contacting Nurse Bonano, I learned that 36-year old male inmate Desmond Watkins had been transported from the Salinas Valley State Prison (in Soledad) to the emergency room by American Medical Responder ground ambulance. Cardiopulmonary resuscitation was in progress by the paramedics. Advanced life-saving measures were attempted, but Watkins was pronounced deceased at 2350 hours by emergency room Doctor E. Resendiz.

Nurse Bonano stated that she did not have any information about what had occurred at the prison. However, the emergency room staff had performed an external examination on Watkins' body and there were no signs of trauma or suspicious activity. Two prison guards had followed the ambulance to the hospital. I asked Nurse Bonano to put one of them on the telephone. I spoke with Officer Travis Schlig. Officer Schlig stated that he had merely been asked to follow the ambulance. He had not been briefed on what had happened with Watkins and had not witnessed any of the details concerning the inmate's medical emergency. Officer Schlig knew nothing about Watkins, other than what was inscribed on the inmate's wristband.

**Detective Kevin Gardepie**                                                          **KRG**

**Deceased: Watkins, Desmond**          **Date of Death: 3/22/13**

## Case Number: 20130283

### Office of the Sheriff
County of Monterey
Coroner Division

          

I attempted to telephone the on-duty watch commander at SVSP, but could only leave a voice mail message. I received a telephone call a short time later from SVSP Investigative Services Unit Sgt. Michael Thomas.

Sgt. Thomas stated that Desmond Watkins was assigned to a single-person cell in the Department of Mental Health (DMH) facility at Salinas Valley State Prison. The cell number was Building 1, cell #B1401L. On 3/22/13 at 2227 hours, the prison guard assigned to that unit was performing his routine count/check of the inmates. Watkins was alone inside of his cell and was discovered in an unorthodox position. The guard advised that Watkins was kneeling on the ground, with his arms and torso leaning on the bed, in a prone position. His face was in the mattress. The guard attempted to awaken Watkins by knocking loudly on the cell door. The inmate was non-responsive.

An emergency medical code was immediately sounded and the cell door was keyed open. Watkins was not breathing. Facility medical personnel initiated CPR and called for AMR paramedics. Watkins was transported to the hospital, where he was pronounced deceased.

Sgt. Thomas advised that Monterey County District Attorney Investigator Julie Moran was at the scene. It should be noted that the District Attorney's office conducts an independent investigation concerning all inmate deaths. The Investigative Service's Unit and Investigator Moran had already searched Watkins' cell and his personal effects. They did not find any weapons, medications, or illicit drugs that would have caused Watkins' death. There was no indication inside of the cell of what might have happened to him.

Sgt. Thomas did not have immediate access to Watkins' medical records. According to preliminary information provided by medical staff on scene, it did not appear as if Watkins had any known serious medical history.

Drake Transportation was contacted for the removal of the remains, per our Coroner contract. The decedent was transferred to the Monterey County Morgue, pending a postmortem examination and contact with Watkins' family.

On 3/25/13 at 1100 hours, I met with Investigative Services Unit Officer Steve Newcomb at the Coroner's Office. Officer Newcomb had been assigned by the prison to investigate this case. He had brought copies of Watkins' medical and psychiatric records collected

**Detective Kevin Gardepie**                                             **KRG**

**Deceased: Watkins, Desmond**          **Date of Death: 3/22/13**

## Case Number: 20130283

### Office of the Sheriff
County of Monterey
Coroner Division




during his stay in the penal system. Watkins did not appear to have any previously diagnosed medical condition that would contribute to his death. However, he had serious psychiatric conditions that had been present for at least 17 years. Watkins had been diagnosed with schizoaffective disorder, prior polysubstance abuse, and anti-social personality disorder. Watkins had been taking psychiatric medications to combat the symptoms. The medications were typically crushed and mixed in with Watkins' applesauce or other soft food. This practice is common when the inmate is known to either hoard the medications or refuse to take them.

When our forensic pathologist reviewed the patient records from the prison, she realized that Watkins had been treated at Salinas Valley Memorial Hospital on 11/11/12. The resulting diagnosis from that hospital visit was that Watkins was suffering from hyponatremia, due to polydipsia. Watkins had been compulsively consuming large volumes of water, negatively impacting his body chemistry.

A postmortem examination was ordered as per California Government Code Section 27491. Coroner's Forensic Pathologist Dr. Venus Azar conducted the examination on 3/25/13 at 1200 hours at the Monterey County Morgue. Please refer to Dr. Azar's postmortem examination report for specific details. It was determined that Desmond Watkins died as a result of hyponatremia, due to acute water intoxication, due to psychogenic polydipsia.

Central Valley Toxicology conducted toxicological studies on peripheral blood and vitreous humor samples obtained from the decedent at the time of autopsy. It was determined that Desmond Watkins had the following substances in his system at the time of his death:

- Amitriptyline: 0.17 mg/L
- Nortriptyline: 0.36 mg/L
- Diphenhydramine: 0.60 mg/L
- Naloxone: 0.04 mg/L
- Paroxetine: 0.14 mg/L
- Risperidone: 0.02 mg/L

It should be noted that all of the above medications where prescribed to the decedent and registered in his system at (or below) therapeutic levels.

**Detective Kevin Gardepie**                                                      **KRG**

**Deceased: Watkins, Desmond        Date of Death: 3/22/13**

## Case Number: 20130283

### Office of the Sheriff
County of Monterey
Coroner Division





A separate electrolyte panel was performed on a vitreous humor sample taken from the decedent at the time of autopsy.  The results were as follows:

- Glucose:  124 mg/dL
- **Sodium:  99 mmol/L**
- Potassium:  9.3 mmol/L
- **Chloride:  83 mmol/L**

The sodium and chloride levels in the decedent's bloodstream were well below standard.  Those levels are known to cause seizures, coma, and death.

I contacted both Ladaun Griffin (Watkins' sister) and Jesse Watkins (the decedent's father).  I shared with them the findings of my investigation.  Griffin stated that she had spoken to her brother late last year.  During their conversation, Desmond Watkins shared that he had "drank too much water and passed out".  Griffin assumed that Desmond was having a psychiatric episode or was joking with her.  It is apparent that acute water intoxication was an issue associated with Desmond Watkins' psychiatric condition.  However it is doubtful that the decedent intended to end his own life via acute water intoxication.

**CONCLUSION:**

In view of the information listed above, as well as the information received from the pathologist, it is concluded this was a death of **accidental** causes and origin, as classified by the World Health Organization Manual of the International Classification of Diseases, Injuries, and Causes of Death (Vol. 1, ICD, 9th Revision). No further investigation is warranted by the Coroner's Office.

CASE CLOSED.

_Detective Kevin Gardepie_
Kevin Gardepie, Detective-Coroner

_4/9/13_
Date

Coroner Supervisor

_4/12/2013_
Date

**Detective Kevin Gardepie**

**KRG**

**Page 5 of 5**

## COUNTY OF MONTEREY
## POSTMORTEM EXAMINATION

### Case: 2013-0283

Name: **Desmond Watkins**                    Date & Time of Necropsy: **03/25/12 at 12:00 pm**

Age: **36**      Height: **72"**      Weight: **230 lbs.**

**PRELIMINARY EXAMINATION:** The body is received in a black plastic pouch, and is identified by hospital identification tags affixed to his left great toe and left wrist. When first viewed he is wrapped in a green fitted sheet, a yellow plastic tarp, and is clad in blue denim pants, blue boxers, which are soiled with brown feces, a white sock and a black sneaker on the right foot. A similar shoe and sock are between his legs.

**EXTERNAL EXAMINATION:** The body is that of a well developed, well nourished, black man, whose appearance is consistent with the recorded age of 36 years. There is rigidity in the jaw and extremities. Lividity is red-purple and blanchable and involves the face, neck and posterior dependent body surfaces.

The head is normocephalic and atraumatic. The scalp is intact. The scalp hair is black stubble. The face shows congestion and has a few red petechia about the upper and lower eyelids. The eyelids are otherwise unremarkable. The conjunctivae and sclerae are mildly congested and edematous and free of petechia. The irides are brown with equally dilated pupils. The nose is unremarkable. A mustache and beard is present. The mouth has a natural dentition in adequate repair. A tongue contusion is described under "Evidence of Injury". There is white frothy foam emanating from the mouth. The external ears are normally formed, and unremarkable.

The neck is symmetrical and the trachea is palpable in the midline. There are no visible or palpable lesions present on the neck. The chest is bilaterally symmetrical and without apparent injuries. The chest has rib fractures, described under "Evidence of Injury". The abdomen is protruberent and shows air distension, without evidence of injury. There is blunt trauma to the liver, described under "Evidence of Injury". The external genitalia are atraumatic and of a circumcised man. The posterior body surfaces are symmetrical and without evidence of injury to the back or the buttocks. The anus is unremarkable.

The upper and lower extremities are bilaterally symmetrical and normally formed. The hands have a few abrasions and contusion, described further under "Evidence of Injury". The fingernails and toenails are short and unremarkable.

**EVIDENCE OF INJURY:** A 2 x 1" red contusion is on the left lateral tongue. A 1 x 1/16" red contusion is on the back of the left hand near the wrist. A ½ x ¼" red abrasion is on the left index finger knuckle. A small red abrasion is on the distal aspect of the right index finger by the fingernail. Internally, there is a horizontal fracture of the sternum at the level of the 4th and the 5th ribs, and left rib fractures involving the 3rd through the 6th ribs anteriorly. There are two approximately 1" lacerations involving the posterior aspect of the liver.

**COUNTY OF MONTEREY**
**POSTMORTEM EXAMINATION**

Case: **2013-0283**

Name: **Desmond Watkins**                  Date & Time of Necropsy: **03/25/12 at 12:00 pm**

**EVIDENCE OF MEDICAL THERAPY:** A stiff collar encircles the neck. A Velcro restrained endotracheal tube is in the mouth. Six cardiac monitoring electrodes and two defibrillator pads are on the anterior torso. A taped catheter is in the right antecubital fossa. A bandaged 1/16" needle puncture site is on the left upper buttock. Hospital identification labels are on the left wrist and left great toe.

**IDENTIFYING MARKS AND SCARS:** Small scars are on the front of the right hand near the thumb, the back of the left hand and the front of the right lower leg. There is no evidence of track scars or tattoos.

**INTERNAL EXAMINATION**

BODY CAVITIES: The subcutaneous fat measures approximately 5 centimeters in its maximum thickness at the mid-abdomen. The pleural cavities are free of abnormal collections of fluid, blood or adhesions. The visceral and parietal pleurae are unremarkable. The diaphragms are intact. The pericardium is unremarkable. The peritoneum contains approximately 400 ml of liquid blood.

NECK: The superficial and deep muscles of the neck are intact and show no evidence of hemorrhage. The thyroid gland is bilaterally symmetrical, soft, fleshy and unremarkable. There is a 2 x 1" red contusion of the left lateral tongue. The hyoid bone, thyroid and cricoid cartilages are intact with no adjacent soft tissue hemorrhages. The mucosae of the larynx and trachea are unremarkable with no intraluminal obstructive lesions. There are no prevertebral fascial hemorrhages or underlying cervical vertebral fractures present.

CARDIOVASCULAR SYSTEM: The heart weighs 520 grams. The epicardium is smooth and intact. The cardiac contour is unremarkable. The coronary arteries follow their usual anatomic pathways. The myocardium is without any evidence of infarcts or focal lesions. The left and right ventricles measure approximately 2.0 and 0.5 cm in thickness, respectively. The chambers are unremarkable. The endocardium, chordae tendinae and papillary muscles are unremarkable. The valves are intact and unremarkable. The aorta and its major branches follow normal pathways and are unremarkable. The venae cavae and major veins are intact and unremarkable.

RESPIRATORY SYSTEM: The right and left lungs weigh 825 and 900 grams, respectively. Both lungs have smooth pleural surfaces and a dark red-blue, subcrepitant, congested and markedly edematous parenchyma without palpable induration, visible suppuration, granuloma, consolidation, hemorrhage, neoplasm, or destructive emphysema. The tracheobronchial tree has an unremarkable mucosa and is patent without intraluminal obstructive lesion. The pulmonary vessels are patent and have a yellow-tan, smooth intima without thromboemboli. The pulmonary and hilar lymph nodes are soft, black, and inconspicuous.

**COUNTY OF MONTEREY**
**POSTMORTEM EXAMINATION**

Case: **2013-0283**

Name: **Desmond Watkins**                    Date & Time of Necropsy: **03/25/12 at 12:00 pm**

HEPATOBILIARY SYSTEM: The liver weighs 2320 grams and has two 1" lacerations of the posterior aspect. The capsule is otherwise intact. The parenchyma is congested, red-brown, firm and without apparent steatosis, fibrosis or mass lesions. The gallbladder contains approximately 20 ml of yellow-orange viscid bile without stones and shows cholesterolosis of the mucosa.

HEMATOPOIETIC SYSTEM: The spleen weighs 250 and the capsule is intact. On sectioning, the parenchyma is unremarkable. The thymus has been replaced by adipose tissue and is unremarkable. The thoracoabdominal and cervical lymph nodes are not enlarged. The bone marrow is unremarkable.

ENDOCRINE SYSTEM: The cortices and medullae of the adrenal glands are unremarkable. Externally on sectioning, the pancreas is tan-pink, well-lobulated, soft, and slightly autolyzed. No lesions are seen on cut surfaces.

GASTROINTESTINAL SYSTEM: The mucosa, wall, and serosa of the esophagus, stomach, and duodenum are intact and unremarkable. The stomach contains approximately 800 ml of brown fluid with partially digested food fragments including apparent meat fragments and kidney beans. The mesentery, jejunum, ileum, appendix and colon are unremarkable.

GENITOURINARY SYSTEM: The right and left kidneys are 200 grams and 190 grams contain respectively. The renal capsules are intact and strip with ease. The cortices are congested, smooth, and unremarkable. The cortiocomedullary junctions are well-demarcated and the pyramids and papillae are unremarkable. The calices and pelves are not dilated and the ureters are patent to the bladder, which contains 900 ml of yellow urine. The bladder mucosa and wall are intact, with normal trabeculations and are unremarkable.

MUSCULOSKELETAL SYSTEM: The skeleton is normally developed and shows fractures of the rib cage as previously described.

HEAD AND CENTRAL NERVOUS SYSTEM: The soft tissues and muscles of the scalp are intact and unremarkable. The skull is intact with no evidence of fractures. The epidural space, dura, and leptomeninges are intact and unremarkable. The dural sinuses are intact and unremarkable. The Circle of Willis is unremarkable. The brain weighs 1530. Externally, the cerebral hemispheres, cerebellum and brainstem are bilaterally symmetrical and unremarkable. On sectioning, the cerebral cortex, ventricles, basal ganglia, hippocampi, midbrain, pons, medulla and uppermost cervical spinal cord and cerebellum are bilaterally symmetrical and unremarkable.

**COUNTY OF MONTEREY**
**POSTMORTEM EXAMINATION**

Case: **2013-0283**

Name: **Desmond Watkins**                     Date & Time of Necropsy: **03/25/12 at 12:00 pm**

**FINDINGS:**
1. CARDIOMEGALY, 520 GRAMS, WITH CONCENTRIC LEFT VENTRICULAR HYPERTROPHY
2. PULMONARY CONGESTION AND EDEMA, MARKED
3. RIBCAGE FRACTURES WITH LIVER LACERATION AND HEMOPERITONEUM
4. TONGUE CONTUSION

**Investigator & Photographer:** Detective Kevin Gardepie.
**Forensic Technician:** Hilleary Ekberg.
**Assistant:** Charlene Thompson
**Others Present:** Salinas Valley Prison Detective Newcomb.
**Histology Specimens:** None.
**Toxicology Specimens:** Peripheral blood, vitreous humor, urine, bile, gastric contents.

**COMMENT:** The decedent was an inmate who was found unresponsive in his bed in his solitary cell. He had a history of schizoaffective bipolar disorder with paranoid hallucinations, polysubstance abuse and chronic generalized pain. Postmortem examination revealed an enlarged heart with thickening of the left ventricle wall consistent with hypertension. The lungs were very edematous. There were rib cage fractures and liver lacerations, injuries consistent with cardiopulmonary resuscitation. A complete drug screen of postmortem blood detected therapeutic medications in effective levels. Vitreous humor electrolyte analysis revealed a severe drop in the normal body salts, with a sodium of 99 mmol/L (normal range 135-150 mmol/L) and chloride of 83 mmol/L (normal range 105-135 mmol/L). This is consistent with dilutional hyponatremia and is caused by the acute intake of large volumes of water over a short period of time. In reviewing the decedent's records it is noted that he had been previously hospitalized for acute mental status changes related to hyponatremia, believed at the time to be due to psychogenic polydipsia. This results in neurologic symptoms because of the movement of water into the brain cells, and may result in seizures, coma and death.

**CAUSE OF DEATH:** HYPONATREMIA
**DUE TO:** ACUTE WATER INTOXICATION
**DUE TO:** PSYCHOGENIC POLYDIPSIA (COMPULSIVE WATER DRINKING)

**MANNER:** ACCIDENT

Venus Azar, M.D.
Board Certified Forensic Pathologist

# CVT
**CENTRAL VALLEY TOXICOLOGY, INC.**

**Case Name:** Watkins, Desmond

**TOXICOLOGY NUMBER:** CVT-13-4764

**Specimen Description:** 13.5 ml peripheral blood, 3 ml vitreous humor & 30 ml urine each labeled "Desmond Watkins; 20130283; KG; DOD 3/22/2013; Dr Venus Azar; autopsy 03/25/2013"

**Delivered by** Tricor    **Date** 27-Mar-13    **Received by** Bill Posey    **Date** 27-Mar-13

**Request:** Complete Drug Screen

**Agency Case #** 20130283

**Requesting Agency**
Monterey Co. Sheriff-Coroner
Attn: Fiscal Dept.
1414 Natividad Road
Salinas CA 93906

**Report To**
Monterey Co. Sheriff-Coroner
Attn: Investigator Gardepie
1414 Natividad Road
Salinas CA 93906

## RESULTS

Specimen: Peripheral Blood and Vitreous Humor Samples

Complete Drug Screen: Amitriptyline, Diphenhydramine, Naloxone, Paroxetine and Rispiridone detected.
No other common acidic, neutral or basic drugs detected.
No Ethyl Alcohol detected.

| | | | |
|---|---|---|---|
| Amitriptyline | = 0.17 mg/L | Paroxetine | = 0.14 mg/L |
| Nortriptyline | = 0.36 mg/L | Risperidone | = 0.02 mg/L |
| Diphenhydramine | = 0.60 mg/L | | |
| Naloxone | = 0.04 mg/L | | |

Vitreous Panel: Glucose = 124 mg/dL
Sodium = 99 mmol/L
Potassium = 9.3 mmol/L
Chloride = 83 mmol/L

Blood Amitriptyline  Ranges
Effective Level:    (0.05 - 0.3 mg/L)
Potentially Toxic:    (0.5 - 2.0 mg/L)
Blood Diphenhydramine  Ranges
Effective Level:    (0.1 - 1.0 mg/L)
Potentially Toxic:    (1 - 5 mg/L)
Blood Paroxetine  Ranges
Effective Level:    (0.01 - 0.25 mg/L)
Potentially Toxic:    (0.35 - 0.4 mg/L)

Blood Nortriptyline  Ranges
Effective Level:    (0.04 -0.3 mg/L)
Potentially Toxic:    (0.5 - 2.0 mg/L)
Blood Naloxone  Ranges
Effective Level:  (0.01 - 0.08 mg/L)
Potentially Toxic:    Not Known
Blood Risperidone  Ranges
Effective Level:    (0.01 - 0.09 mg/L)
Potentially Toxic:    Not Known

B.L. POSEY
S.N. KIMBLE
Directors

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502

B. L. Posey    April 05, 2013

EXHIBIT 2

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Friday, May 10, 2013 11:30 AM |
| **To:** | Debbie Vorous; Patrick McKinney; William Downer |
| **Cc:** | Coleman Team - RBG Only; Steve Fama |
| **Subject:** | Coleman/ DSH Enforcement Motion Opposition [IWOV-DMS.FID6429] |

Please note that you have failed to file any declaration from Warden Grounds of SVSP, despite referring to the same in your papers.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

EXHIBIT 3

STATE HOSPITALS, SALINAS VALLEY PSYCHIATRIC PROGRAM

Title: SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY)
Salary: $19,412.00 - $22,399.00
Posted: 03/08/13

Job Description:
DSH - SALINAS VALLEY IS ATTEMPTING TO FILL THESE VACANCIES ON A FULL-TIME, LIMITED-TERM, INTERMITTENT BASIS AS WELL AS CONSIDERING ADDITIONAL APPOINTMENTS. THESE POSITIONS NEED TO BE FILLED IMMEDIATELY. The Senior Psychiatrist is under the direction of the Program Director. Assume all administrative, clinical and operational responsibilities of Medical Director or Program Director in the event of absences. The Senior Psychiatrist supervises physicians and other professional personnel providing diagnosis, psychiatric care and treatment to mentally ill patients; provide psychiatric services to patients; and do other related work. Consult with clinical and non-clinical staff on issues pertaining to diagnosis, and treatment of patients. Chair treatment team meetings as assigned. Consult with disciplines (Social Work, Psychology, Rehabilitation Therapy, Nursing) to promote effective Interdisciplinary Treatment throughout the hospital. Coordinate the activities of the Interdisciplinary Treatment Teams. Advise staff on appropriate treatment techniques for specific cases. Perform Admission and Discharge duties within the Clinical Assessment Team, following appropriate policies and procedures. Promote and implement the principles of Quality Improvement within the psychiatry services provided. Follow the Salinas Valley Psychiatric Program's policies and procedures to ensure compliance with Department of Health Services' Licensing standards and requirements. Maintain communication, as needed, with the Medical Director to handle issues, problems and assignments related to psychiatric staff and with respect to specific Program issues and concerns. Promote and comply with Equal Employment Opportunity goals of the facility. Promote an environment of non-violence. Provide guidance (and counseling) as needed to all psychiatric staff regarding the system wide prohibition of any form of sexual harassment. Provide consultation with individual Staff Psychiatrists on issues of professional practice, appropriate treatment on complex cases, and of programmatic concerns. Consult with Medical Director on problematic cases. A clinical director shall have overall responsibility for the psychiatrist/psychologist service. The clinical director responsible for the service, acting alone or through an organized staff, shall have the following responsibilities: Establishing, reviewing and maintaining policies and procedures for the psychiatrist/psychologist service. Policies and procedures shall include, but not be limited to, policies related to patient care, type and scope of services available, follow-up care and consultation and referral. These shall be reviewed at least annually. Assuring the quality of psychiatrist/psychologist services provided to inmate-patients in the correctional treatment center. Reviewing credentials and specifying clinical privileges for psychiatrist/psychologist staff, including other mental health professionals. Candidates currently in the classification eligible to transfer, eligible lateral transfers, voluntary demotions, reinstatements, eligibles on certification list, and employees on a SROA list or designation surplus are encouraged to apply. SROA/Surplus candidates must include copy of certification letter. All applications will be reviewed and only the most qualified will be interviewed. PENDING DEPARTMENTAL HIRING FREEZE EXEMPTION APPROVAL. State applications (STD 678) can be downloaded from State Personnel Board website www.spb.ca.gov

Additional Information:

| Working Title | Position Number |
|---|---|
| None Specified | 488 - 330 - 9761 - 002 |
| Location | County |
| Soledad, CA | MONTEREY |
| Timebase | Tenure |
| Full Time | Permanent month(s) |
| Final Filing Date: | Department Link: |
| Until Filled | http://www.dmh.ca.gov |
| Contact Unit/Address | *Contact Name/Phone* |
| Selection Services Unit<br>PO BOX 1080<br>Soledad, CA 93960 | Desiree Abad<br>831-678-5500 EXT 7342 |

***Use your browsers "BACK" button to return to your results/listing page.***

Start A New Search

eNotify Me

Enter your email address to be notified when new **SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY)** vacancies are posted.

Start A New Search

View in Printer Friendly Format

Notice: If you are not a current or former State employee, you must first take an examination to obtain list eligibility. This does not apply to Student Assistant vacancies. Learn all about it.

Equal Opportunity to all regardless of race, color, creed, national origin, ancestry, sex, marital status, disability, religious or political affiliation, age, or sexual orientation.

It is the objective of the State of California to achieve a drug-free state workplace. Any applicant for State employment will be expected to behave in accordance with this objective because the use of illegal drugs is inconsistent with the law of the State, the rules governing civil service, and the special trust placed in public servants.

State Personnel Board | CalHR | Employment Development Department
Office of the State Controller | Public Employees Retirement System

Back to Top | Conditions of Use | Accessibility | Contact Us
Copyright © 2013 State of California