IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **ORDER** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

On May 9, 2013, Defendants submitted to the Court by email a request to seal the Confidential Declaration of Debbie Vorous in support of Defendants' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Care. This declaration and its exhibits contain confidential information on *Coleman* class members protected by state and federal privacy laws as well as the protective order in this case. These documents were submitted to Plaintiffs' counsel by overnight mail on the same day they were submitted to the Court.

Good cause appearing, Defendants' request to seal documents is GRANTED.

Dated: May 20, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[Proposed] Order (2:90-cv-00520 LKK JFM PC)