KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, SBN 166884
PATRICK R. MCKINNEY, SBN 215228
WILLIAM H. DOWNER, SBN 257644
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DEFENDANTS' UPDATE TO COURT REGARDING ONGOING CONSTRUCTION PROJECTS AT CALIFORNIA MEN'S COLONY, CALIFORNIA STATE PRISON, SACRAMENTO, CALIFORNIA STATE PRISON, CORCORAN, CALIFORNIA STATE PRISON, LOS ANGELES COUNTY, AND CENTRAL CALIFORNIA WOMEN'S FACILITY** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

## I. INTRODUCTION

Each month, Defendants provide the Special Master and Plaintiffs' counsel with updated activation schedules showing all actions taken on the court-approved, long-range construction projects, including schedules for the 50-bed Mental Health Crisis Bed unit at California Men's Colony, the 128-bed Psychiatric Services Unit at California State Prison, Sacramento, and the treatment and office space project for Enhanced Outpatient Program inmates housed in

1

administrative segregation at California State Prison, Corcoran. In response to the Special Master's request to keep the Court informed of Defendants' progress on these three construction projects, Defendants provide this update. Defendants also take this opportunity to update the Court on treatment and office space projects at Central California Women's Facility and California State Prison, Los Angeles County.

## II.   UPDATE TO COURT

**A.   50-Bed Mental Health Crisis Unit at California Men's Colony.**

The new 50-bed Mental Health Crisis unit at California Men's Colony remains on track for completion between June and early September of this year, as Defendants reported to the Court last September. (ECF No. 4238 at 2:28–3:2.) Defendants estimate that the unit will be fully occupied between August 9 and November 9, 2013. (*Id.* at 3:2–4.) Patient admissions are expected to start between July and October 2013. (ECF No. 4278 ¶ 10.) The updated activation schedule provided to the special master and Plaintiffs' counsel on May 1, 2013 reflects that the unit remains on track to meet all of these dates. (Vorous Decl. ¶ 2 & Ex. 1.)[1]

**B.   128-Bed Psychiatric Services Unit at California State Prison, Sacramento.**

In January, Defendants reported to the Court that patient admissions into the new 128-bed unit at California State Prison, Sacramento, would start on August 1, 2013. (ECF No. 4278 ¶ 15.) The project is under construction but due to changed site conditions and a scope change to add 11 Small Management Yards, the project will not be activated until September 2013. (Meyer Decl. ¶ 8.)

**C.   Treatment and Office Space Project at California State Prison, Corcoran.**

Construction of the new treatment and office space facility for the Enhanced Outpatient Program at California State Prison, Corcoran is nearly complete. As Defendants reported in January, a short delay occurred due to a prison riot and lockdown. (ECF No. 4278 ¶ 14.)

---

[1] The California Health Care Facility, which is scheduled to start patient admissions this summer, also includes 137 new Mental Health Crisis Beds. (Vorous Decl. ¶ 3 & Ex. 2.)

2

Defs.' Update to Court Regarding Ongoing Construction Projects   (2:90-cv-00520 LKK JFM PC)

Defendants expect activation to begin on June 3, 2013, with patient treatment to start on July 1, 2013.  (Vorous Decl. ¶ 4 & Ex. 3.)

**D.     Treatment and Office Space Project at Central California Women's Facility.**

In 2012, the Court approved a project modification to construct treatment and office space at Central California Women's Facility for the existing 54 beds only.  (ECF No. 4199 ¶ 2.c.)  CDCR has moved forward with the revised project in an expeditious manner.  The State Public Works Board approved the scope change for this project on September 11, 2012.  (Meyer Decl. ¶ 4; Vorous Decl. ¶ 5, Ex. 4.)   After negotiating the scope change with the Architect of Record, the preliminary plans were revised and released to the Joint Legislative Budget Committee for approval on February 28, 2013.  (*Id.*)  CDCR received final state-law approval for the revised project from the State Public Works Board on April 15, 2013.  (*Id.*)  Given this approval, CDCR expects the working drawing phase to end by October 2013.  (Meyer Decl. ¶ 5; Vorous Decl. ¶ 5, Ex. 4.)  The bid and award phase for this project will then start in October 2013 and end in January 2014, and construction will start in January 2014 and end in May 2015.  (*Id.*)

**E.     Treatment and Office Space Project at California State Prison, Los Angeles.**

In June 2012, CDCR completed construction—almost a month ahead of schedule—of the treatment and office space project at California State Prison, Los Angeles County for 150 general-population inmates at the Enhanced Outpatient Program level of care.  (Meyer Decl. ¶¶ 6–7; Vorous Decl. ¶ 6, Ex. 5.)  The population reductions achieved through realignment, however, indicated that this project should be changed.  (ECF No. 4196 at 9:5–26.)  And on June 15, 2012, the Court approved a modification to convert the project into treatment and office space for 100 inmates housed in administrative segregation at the Enhanced Outpatient Program level of care.  (ECF No. 4199 ¶ 2.d.)  In the meantime, CDCR activated the administrative half of the building on October 1, 2012.  (Meyer Decl. ¶ 7; Vorous Decl. ¶ 6, Ex. 5.)

On January 14, 2013, the Public Works Board approved the change in project scope.  (Meyer Decl. ¶ 7.)  After concluding negotiations with the Architect of Record, CDCR expects to

3

Defs.' Update to Court Regarding Ongoing Construction Projects   (2:90-cv-00520 LKK JFM PC)

complete the revised construction documents in June 2013 and to complete construction in March 2014. (*Id*.)

### III. CONCLUSION

CDCR is exercising all reasonable remedies to expedite completion of all court-ordered projects. (Meyer Decl. ¶ 9.) In fact, CDCR recently activated the $23.8 million project to construct treatment and office space for the existing Enhanced Outpatient Program serving the general population at California Medical Facility, nearly three months ahead of schedule. (ECF No. 4278 ¶ 7; Vorous Decl. ¶ 7, Ex. 6.) And CDCR is on track to activate this summer the California Health Care Facility in Stockton, a $840 million, 1.2 million square foot facility specially designed to house inmates requiring long-term medical and intensive mental health care. (ECF No. 4278 ¶ 5.)

Dated: May 22, 2013                    Respectfully submitted,

                                       KAMALA D. HARRIS
                                       Attorney General of California

                                       /s/ Debbie J. Vorous

                                       DEBBIE J. VOROUS
                                       Deputy Attorney General
                                       *Attorneys for Defendants*

CF1997CS0003
31694306

4

Defs.' Update to Court Regarding Ongoing Construction Projects   (2:90-cv-00520 LKK JFM PC)