KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF CHRIS MEYER IN SUPPORT OF DEFENDANTS' UPDATE TO COURT REGARDING ONGOING CONSTRUCTION PROJECTS AT CENTRAL CALIFORNIA WOMEN'S FACILITY, CALIFORNIA STATE PRISON, LOS ANGELES COUNTY, AND CALIFORNIA STATE PRISON, SACRAMENTO** |

I, Chris Meyer, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' update to the Court regarding the ongoing construction projects at Central California Women's Facility, California State Prison, Los Angeles County, and California State Prison, Sacramento.

1

2. I began working for CDCR in 2009. I work on healthcare projects on behalf of and at the direction of CDCR Secretary Beard and the *Plata* Federal Receiver, Clark Kelso. In my current role as Director, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with Defendants' revised long-range mental health bed plan filed in June 2012 and the Court's June 15, 2012 order that changed the scope of the Central California Women's Facility and California State Prison, Los Angeles County, construction projects.

3. The Central California Women's Facility construction project was changed from treatment and office space for the existing 54 and an additional 70 general population inmates at the Enhanced Outpatient Program level of care (a total of 124 inmates) to treatment and office space for the existing 54 inmates and 10 inmates housed in administrative segregation at the Enhanced Outpatient Program level of care. For the reasons discussed below, it will take approximately two years to finish this project. First, CDCR must follow certain legal processes. Under state law, the State Public Works Board must approve the revised project scope, cost, and schedule and the preliminary plans for the project. In addition, Joint Legislative Budget Committee approval for the preliminary plans is required for this project to proceed.

4. Once the Court order changed the scope for the Central California Women's Facility project, CDCR submitted the change to the State Public Works Board for approval. The Board approved the scope change on September 11, 2012. After negotiating the scope change with the Architect of Record, the preliminary plans were revised and released to the Joint Legislative Budget Committee for approval on February 28, 2013. CDCR received approval for the revised project from the State Public Works Board on April 15, 2013.

5. Second, the time it will take the Architect of Record to develop the working drawings for the Central California Women's Facility project, bid, award and construct the

2

Meyer Decl. in Supp. Defs.' Update to Court Regarding Ongoing Construction Projects
(2:90-cv-00520 LKK JFM P)

project, will be approximately two years. Based upon the State Public Works Board's approval of the preliminary plans, CDCR expects the working drawing phase for this project to be complete by the end by October 2013. Contingent upon Department of Finance approval of final design and proceed to bid, the bid and award phase for this project will start in October 2013 and end in January 2014. Construction is scheduled to start in January 2014, and end in May 2015.

6. The construction project at California State Prison, Los Angeles County was changed from treatment and office space for 150 inmates housed in general population at the Enhanced Outpatient Program level of care to treatment and office space for 100 inmates housed in administrative segregation at the Enhanced Outpatient Program level of care. Like with the Central California Women's Facility project, the Public Works Board must approve the revised project scope, cost, and schedule for this project.

7. CDCR staff completed construction of the treatment and office space facility at California State Prison, Los Angeles County as originally scoped in June 2012, and activated the administrative part of the building in October 2012. Because the building is already constructed, the time line to complete the plans and construct the renovations is shorter—a little under a year. On January 14, 2013, the State Public Works Board approved the change to the project scope. After completing negotiations with the Architect of Record, CDCR expects to complete the revised construction documents in June 2013. Although CDCR will use Inmate Ward Labor to construct the building modifications and 20 small management yards, it expects this process will take nine months to complete. With this nine-month construction duration, the project will be complete in March 2014.

8. The construction project at California State Prison, Sacramento, for office and treatment space for 128 Psychiatric Services Unit inmates is under construction but due to changed site conditions and a scope change to add 11 Small Management Yards, the project will not be activated until September 2013. On February 10, 2012, the State Public Works Board approved the change to the project scope. Due to challenging site conditions and constraints and the complexity of coordination between two design firms (one for the office and treatment space

3

Meyer Decl. in Supp. Defs.' Update to Court Regarding Ongoing Construction Projects
(2:90-cv-00520 LKK JFM P)

building and one for the Small Management Yards), the yards will not be complete until the end of September 2013.

9. Consistent with CDCR's commitment to identify ways to remedy delays, my staff are exercising all reasonable contractual remedies to expedite completion of all court-ordered construction projects. Additionally, in compiling the updated activation schedules each month, my staff are providing their best, good faith projections of the forecasted construction completion dates.

I declare that the foregoing is true and correct. Executed this 21st day of May 2013, at Sacramento, California.

_____
CHRIS MEYER

CF1997CS0003

4

Meyer Decl. in Supp. Defs.' Update to Court Regarding Ongoing Construction Projects
(2:90-cv-00520 LKK JFM P)