KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
WILLIAM H. DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>      v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF DEFENDANTS' UPDATE TO COURT REGARDING ONGOING CONSTRUCTION PROJECTS AT CALIFORNIA MEN'S COLONY, CALIFORNIA STATE PRISON, SACRAMENTO, CALIFORNIA STATE PRISON, CORCORAN, CENTRAL CALIFORNIA WOMEN'S FACILITY, AND CALIFORNIA STATE PRISON, LOS ANGELES COUNTY** |

I, Debbie Vorous, declare:

1.      I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.  I make this declaration in support of Defendants' update to the Court

1

regarding CDCR's ongoing construction projects at California Men's Colony, California State Prison, Sacramento, California State Prison, Corcoran, Central California Women's Facility, and California State Prison, Los Angeles County.

2. Attached as Exhibit 1 is a true and correct copy of an updated April 25, 2013 activation schedule for Defendants' long-range mental health bed project for the California Men's Colony 50-bed Mental Health Crisis Bed unit. I forwarded this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on May 1, 2013.

3. Attached as Exhibit 2 is a true and correct copy of an updated April 25, 2013 activation schedule for Defendants' long-range mental health bed project for the California Health Care Facility. I forwarded this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on May 1, 2013.

4. Attached as Exhibit 3 is a true and correct copy of an updated April 25, 2013 activation schedule for Defendants' long-range mental health bed project for the California State Prison, Corcoran treatment and office space project for inmates housed in administrative segregation at the Enhanced Outpatient Program level of care. I forwarded this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on May 1, 2013.

5. Attached as Exhibit 4 is a true and correct copy of an updated April 25, 2013 activation schedule for Defendants' long-range mental health bed project for the Central California Women's Facility treatment and office space project for inmates housed in general population at the Enhanced Outpatient Program level of care. I forwarded this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on May 1, 2013.

6. Attached as Exhibit 5 is a true and correct copy of an updated April 25, 2013 activation schedule for Defendants' long-range mental health bed project for the California State Prison, Los Angeles County treatment and office space project for inmates housed in administrative segregation at the Enhanced Outpatient Program level of care. I forwarded this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on May 1, 2013.

2

Vorous Decl. in Supp. Defs.' Update to Court Regarding Ongoing Construction Projects
(2:90-cv-00520 LKK JFM P)

7. Attached as Exhibit 6 is a true and correct copy of an updated March 26, 2013 activation schedule for Defendants' long-range treatment and office space project at the California Medical Facility for the existing Enhanced Outpatient Program population. I forwarded this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on April 2, 2013.

I declare that the foregoing is true and correct. Executed this 22nd day of May, 2013, at Sacramento, California.

          /s/ Debbie J. Vorous
          DEBBIE J. VOROUS

CF1997CS0003
31694307

3

Vorous Decl. in Supp. Defs.' Update to Court Regarding Ongoing Construction Projects
(2:90-cv-00520 LKK JFM P)