**EXHIBIT 2**

| | |
|---|---|
| **Project:** | California Health Care Facility (CHCF) / Consolidated Care Facility (CCF) |
| **Responsible Person:** | Chris Meyer/CDCR |
| **Address of Resp. Person:** | 9838 Old Placerville Rd., Suite B Sacramento California |
| **Project Architect:** | Kitchell CEM (Criteria Architect) |
| **Location:** | Stockton, CA |
| **Funding Source:** | AB 900 (GC 15819.40) |

| | |
|---|---|
| | Stephen Benson/DOF |
| | 915 L Street, Sacramento California 95814 |
| **Report Date:** | April 25, 2013 |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 33 | 11/6/09 | 11/6/09 | | 12/9/09 | 12/9/09 | | | M. Meredith/ CPR | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| DOF Review and Approval of Design Build approach | | | | | 12/7/09 | 12/7/09 | | | S. Benson | Pursuant to Government Code Section 14661.1.i | |
| Review Funding Request Package | 32 | 12/10/09 | 12/10/09 | | 1/11/10 | 1/14/10 | 3 | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 1/12/10 | 1/15/10 | 3 | 2/11/10 | 6/11/10 | 120 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | AB 552 was signed into law and the project was placed on the June PWB agenda. |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 2/16/10 | 6/14/10 | 118 | 2/16/10 | 6/14/10 | 118 | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 20 | 1/27/10 | 1/13/10 | (14) | 2/16/10 | 6/15/10 | 119 | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 2/17/10 | 6/16/10 | 119 | 2/17/10 | 6/16/10 | 119 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| California Environmental Quality Act Compliance (CEQA) | 31 | 10/20/09 | 10/19/09 | (1) | 11/20/09 | 6/29/10 | 221 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | NOD filed 10/19/09; litigation period ended 11/18/09. Protest filed 11/17/09. Case was removed to Federal court 11/25/09. The litigation has been dismissed by an order adopted by Judge Lawrence Karlton on 06/29/10. There is no remaining CEQA litigation pending against this project. |
| Select Bridging Architect | 18 | 2/18/10 | 6/17/10 | 119 | 3/8/10 | 8/2/10 | 147 | | M. Meredith | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). Assumes CM/Bridging Architect selected from pre-approved list. | FPCM in-house A/E design for IWL work for the IWL site prep work. DLR is A/E for the abatement/demolition design. Kitchell CEM is selected as the Bridging/Criteria Architect. The combination of phasing of multiple bid packages, acceleration of design and activation will mitigate the delay to the overall schedule. |
| Prepare Bridging Document | 136 | 2/16/10 | 6/17/10 | 121 | 7/2/10 | 2/7/11 | 220 | | M. Meredith | Includes development of basis of design, pre-qualification of Design-Build entities, preparation of Bridging Documents including performance criteria. | PP's for abatement/demolition were approved at the 12/13/10 PWB. WD's are complete and were released for bid on 01/11/11. The Design-Build package # 1 RFP is complete. Design-Build package #2 is complete and the RFP was issued on 02/07/11. The combination of phasing of multiple bid packages, acceleration of design and activation will mitigate the delay to the overall schedule. |
| PWB Approval | 45 | 7/2/10 | 12/13/10 | 164 | 8/16/10 | 1/14/11 | 151 | | S. Benson | PWB Approval of performance criteria | The Design-Build criteria was approved at the 01/14/11 PWB. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Design-Build Competition/Contractor Selection | 90 | 8/16/10 | 9/27/10 | 42 | 11/14/10 | 8/1/11 | 260 | | M. Meredith | Selection of Design-Build entities. Firms submit Design-Build proposals. CDCR evaluates and selects contractor. | The Granite Hensel Phelps Joint Venture for DB#1 was issued an NTP on 6/30/11. Clark/McCarthy Joint Venture was awarded DB#2 and started work 8/2/11. |
| Award Design Build Contract | 28 | 11/14/10 | 8/2/11 | 261 | 12/12/10 | 8/2/11 | 233 | | J. Cummings | Issue Notice to Proceed, Execute contract. | See comment on Design-Build Competition/Contractor Selection. |
| Design Build Duration [3,4] | 816 | 12/12/10 | 4/4/11 | 113 | 3/7/13 | | 49 | | M. Meredith | Mobilize Design-Build Entity, Construction Manager, Inspector of Record. Finalize programming and complete drawings; Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.) Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. This includes construction of the Design-Bid-Build portion of the project. | DB #1 started on 6/30/11, the contract completion date is 8/21/13. Overall construction is approximately 94% complete. All systems were successfully commissioned at the comm-lock, central plant & armory buildings. Water tanks have been filled and certified. LEF & misc. fencing activities continue. Punch list for remaining buildings continues. DB #2 started on 8/2/11, the contract completion date is 8/27/13. Overall construction is approximately 96% complete. The first housing buildings was turned over to CDCR on 3/18/13. Underground medical gas activities and kitchen equipment installation continues. Punch list startup and testing of MEP security and fire alarm systems are on-going. The project team is continuing to evaluate opportunities to improve the overall schedule for a July 22, 2013 first patient/inmate. |
| Activation Planning/Workforce Development/Hire Staff/Procurement | 1041 | 2/17/10 | 6/15/10 | 118 | 12/24/12 | | 122 | | M. McAloon K. Baker | Schedule development, policy and procedures, workforce planning, advertise, hire and train staff, group II/III equipment planning and equipment certification, long lead items acquisition, contracts/vendors, labor relations, training. This will impact DSH/CDCR/Receivers office and has to be coordinated between the three departments. DSH does not have the lead on this but will provide technical assistance and comply with the agreed upon dates. | Activities are currently underway. Procurement and staff hires will be on a phased occupancy basis through October 2013 for the entire project. |
| Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 816 | 12/13/10 | 4/4/11 | 112 | 3/8/13 | | 48 | | M. Meredith | Including final as-built drawings. | See comment on Design-Build Competition/Contractor Selection. Actual start date now added to schedule. |
| Self Certification | 7 | 3/8/13 | | | 3/15/13 | | 41 | | C. Meyer | | |
| Licensing Application & Approval | 60 | 1/11/13 | | 104 | 3/12/13 | | 44 | | K. Martin K. Baker | DPH initial licensing survey. Will license entire facility, suspend, then activate beds tied to a staff activation schedule. | Licensing surveys will be phased based on completion-turnover of the buildings and patient intake. Projected dates for this activity to start is May 2013 and will conclude in March 2014. Licensing of mental health buildings will be coordinated to commence mental health patient admissions by 7/22/13. |
| Activation | 60 | 1/11/13 | 3/1/13 | 49 | 3/12/13 | | 44 | | M. McAloon K. Baker | Transitional training, initial staff occupancy, staff orientation, building acceptance/shakedown, furniture/fixture installation, stock supplies/inventory, placement of Group II equipment. | Activation will be on a phased occupancy basis as building construction completes, subject to SFM approval. Activation activities for the first buildings began on 3/1/13 and will conclude on 12/1/13 for the final buildings. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Patient Admissions** | 270 | 3/13/13 | | 43 | 12/8/13 | | | | M. McAloon K. Baker | This will impact DSH/CDCR/CPHCS office and has to be coordinated between the three departments. DSH does not have the lead on this but will provide technical assistance. DSH expects to admit 5 inmate-patients per week for each licensed unit that is completely staffed due to clinical and safety reasons. | CDCR completed a focused analysis to determine whether start up delays that were encountered at the onset of the project will impact patient admission dates. As a result, the revised patient admissions start date will change from 3/13/13 to 7/22/13. The targeted date for completion of mental health patient admissions is 12/31/13. DSH Note: DSH will make every effort to comply with the proposed timelines, but success is dependent on recruitment and staffing. |

[1] This facility is intended to include 137 MHCB, 43 Acute, 432 ICF-H, and 1,110 non-mental health beds.
[2] Court Order filed 1/4/10, Docket No. #3761
[3] Special Master shall receive updates on construction every 90 days.
[4] Design-Bid-Build construction contract for abatement & demolition is included

Project: California Health Care Facility (CHCF) / Consolidated Care Facility (CCC)

**Lead Person Roster**

| Name | | | Address | | |
|---|---|---|---|---|---|
| Last | First | Agency/Dept. | Street | City | Zip |
| Baker | Karen | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Martin | Kenneth | CDCR | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meredith | Michael | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| TBD | | Warden | | | |

27