**EXHIBIT 3**

| | | |
|---|---|---|
| Project: | EOP-ASU Treatment and Office Space (formerly EOP ASU) | Report Period Ending: April 25, 2013 |
| Responsible Person: | Deborah Hysen/CDCR | Stephen Benson/DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 |
| Project Architect: | HDR | |
| Location: | California State Prison, Corcoran | |
| Funding Source: | AB 900 (GC 15819.40) | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package** | 87 | 9/13/09 | 9/13/09 | | 12/9/09 | 12/9/09 | | | K. Beland | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| **Review Funding Request Package** | 33 | 12/10/09 | 12/10/09 | | 1/12/10 | 1/12/10 | | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| **Legislative Approval of Scope, Schedule, and Cost** | 30 | 1/13/10 | 1/15/10 | 2 | 2/12/10 | 2/14/10 | 2 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| **PWB Recognition of Project Scope, Cost, and Schedule** | 1 | 2/16/10 | 2/16/10 | | 2/16/10 | 2/16/10 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| **Request Loan from PMIA** | 20 | 1/27/10 | 1/27/10 | | 2/16/10 | 2/16/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| **Approval of PMIA Funding** | 1 | 2/17/10 | 2/17/10 | | 2/17/10 | 2/17/10 | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| **Architectural/Engineering Contracting** | 90 | 2/18/10 | 2/18/10 | | 5/19/10 | 8/6/10 | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Additional A/E scope extended negotiations and contract development. Negotiations are complete and the contract was executed on 8/6/10. |
| **Preliminary Plans** | 220 | 5/20/10 | 8/6/10 | 78 | 12/26/10 | 1/23/11 | 28 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | The A/E design recovery schedule recovered 45 days of the 79 days lost in the execution of the contract. PP's are complete. Mitigation of the remaining delay will be recovered in the WD and construction phases. CDCR anticipates no impact to the overall schedule. |
| **California Environmental Quality Act Compliance (CEQA)** | 270 | 2/18/10 | 2/18/10 | | 11/15/10 | 3/29/10 | (231) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Notice of Exemption officially filed on 02/22/10. Statute of limitations ended 3/29/10 with no comments. Accelerated time was gained by completing a less restrictive environmental document (Notice of Exemption vs. Initial Study/ Mitigated Negative Declaration). |
| **JLBC Approval of Preliminary Plans** | 45 | 12/27/10 | 1/24/11 | 28 | 2/10/11 | 3/10/11 | 28 | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans | |
| **PWB Approval of Preliminary Plans** | 45 | 12/28/10 | 1/25/11 | 28 | 2/11/11 | 3/11/11 | 28 | | S. Benson | PWB Approval. | |

20

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Working Drawings (Construction Documents)** | 203 | 2/14/11 | 3/14/11 | 28 | 9/5/11 | 9/9/11 | 4 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | WD's are complete. PWB approved project cost & use of IWL for construction on 9/9/11. PMIB approved construction loan on 9/21/11. |
| **Bid and Award** | 73 | 9/6/11 | | | 11/18/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | This task is no longer necessary with the use of IWL to perform construction. |
| **Construction** [2] | 450 | 11/21/11 | 11/8/11 | (13) | 2/13/13 | | 71 | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | The overall construction is approximately 97% complete. Drywall installation, exterior EFIS system, elevator and control wiring are complete. Finish work with the exception of the fire alarm system programming will be complete by 5/10/13. The revised completion date of 5/1/13 due to prison riot and lockdown has been delayed to 5/30/13 as a result from a fire alarm bid protest which extended the procurement process. The revised completion date is predicated on the receipt of the fire alarm materials including the installation and programming of the fire alarm devices followed by the CSFM approval of the system. |
| **Hire Staff** | 150 | 8/17/12 | | | 1/14/13 | | | | M. McAloon C. Gipson | Advertise, Hire, and Train Staff. | Based on the Department's analysis of realignment on the mental health population, no additional staff will be needed. |
| **Activation** | 60 | 2/14/13 | | 70 | 4/15/13 | | 10 | | M. McAloon C. Gipson | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | Based on the revised construction completion date of 5/30/13, the activation start date will begin 6/3/13 with patient activation commencing 7/1/13. |

[1] Court Order filed 1/4/10, Docket No. #3761
[2] Special Master shall receive updates on construction every 90 days.

**Project:**  **COR ASU/EOP Treatment and Office Space**

**Lead Person Roster**

| Name | | Address | | |
| Last | First | Agency/Dept. | Street | City | Zip |
|---|---|---|---|---|---|
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Gipson | Connie | Warden (A), CSP COR | 4001 King Street | Corcoran | 93212 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |