**EXHIBIT 4**

| | |  | | |
|---|---|---|---|---|
| Project: | EOP-GP Treatment and Office Space | | | Report Period Ending: April 25, 2013 |
| Responsible Person: | Deborah Hysen/CDCR | | | Stephen Benson/DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | | | 915 L Street, Sacramento California 95814 |
| Project Architect: | TBD | | | |
| Location: | Central California Women's Facility | | | |
| Funding Source: | AB 900 (GC 15819.40) | | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 143 | 3/15/10 | 3/15/10 | | 8/5/10 | 8/2/10 | (3) | | K. Beland | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 32 | 8/6/10 | 8/3/10 | (3) | 9/7/10 | 10/15/10 | 38 | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | DOF released the 30-Day notification to JLBC on 10/15/10. |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 9/8/10 | 10/18/10 | 40 | 10/8/10 | 11/12/10 | 35 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 10/11/10 | 11/15/10 | 35 | 10/11/10 | 11/15/10 | 35 | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | PWB approved scope, schedule and cost on 11/15/10. Impact to overall schedule is under review. |
| Request Loan from PMIA | 20 | 9/29/10 | 10/13/10 | 14 | 10/19/10 | 10/13/10 | (6) | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | Funding was approved at the 12/15/10 PMIA meeting. |
| Approval of PMIA Funding | 1 | 10/20/10 | 10/14/10 | (6) | 10/20/10 | 12/15/10 | 56 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 90 | 10/21/10 | 12/16/10 | 56 | 1/19/11 | 3/29/11 | 69 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | A/E NTP was issued on 3/29/11. Project schedule recovered by restructuring A/E activities in PP & WD phases. There is no impact to overall schedule. |
| Preliminary Plans | 218 | 1/20/11 | 3/30/11 | 69 | 8/26/11 | 9/22/11 | 27 | | K .Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Pre-design activities commenced on 3/30/11. PP's are 100% complete. The revised PP completion date is 9/22/11. See JLBC approval of PP's below. |
| California Environmental Quality Act Compliance (CEQA) | 270 | 10/21/10 | 11/15/10 | 25 | 7/18/11 | 11/23/10 | (237) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The Notice of Exemption was filed and the litigation period expired on 11/23/10. Accelerated time was gained by completing a less restrictive environmental document (Notice of Exemption vs. Initial Study/ Mitigated Negative Declaration). The method and required time were not reported in the 11/22/10 action plan and the appropriate "days behind" calculation is included in this report. |
| JLBC Approval of Preliminary Plans | 45 | 8/29/11 | 2/28/13 | 549 | 10/13/11 | | 560 | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. | The scope of this project has been revised based on the Department's analysis of the impact of realignment on the female mental health population. The scope change was approved by PWB on 9/11/12 and preliminary plan submittal was released to JBLC on 2/28/13. |

29

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PWB Approval of Preliminary Plans | 45 | 8/30/11 | | 604 | 10/14/11 | | 559 | | S. Benson | PWB Approval. | CDCR received PWB approval for the revised PP on 4/15/13. |
| Working Drawings (Construction Documents) | 203 | 10/17/11 | | 556 | 5/7/12 | | 353 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Based on the 4/12/13 PWB PP approval, the revised completion date for WD is 10/19/13. |
| Bid and Award | 90 | 5/8/12 | | 352 | 8/6/12 | | 262 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| Construction [1] | 450 | 8/7/12 | | 261 | 10/31/13 | | | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Based on PWB preliminary plan approval on 4/12/13, the revised construction start date is 1/31/14 and the revised completion date is 5/31/15. |
| Hire Staff | 151 | 5/3/13 | | | 10/1/13 | | | | M. McAloon D. K. Johnson | Advertise, Hire, and Train Staff. | |
| Activation | 60 | 11/1/13 | | | 12/31/13 | | | | M. McAloon D. K. Johnson | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | |

[1] Special Master shall receive updates on construction every 90 days.

**Project:**  **EOP-GP Treatment and Office Space**

**Lead Person Roster**

| Name | | Address | | | |
|---|---|---|---|---|---|
| Last | First | Agency/Dept. | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Johnson | Deborah K. | Warden, CCWF | 23370 Rd 22 | Chowchilla, CA | 93610 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |