**EXHIBIT 6**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Project:** | Treatment and Office Space Project | | | | | | | | **Report Period Ending:** March 26, 2013 |
| **Responsible Person:** | Deborah Hysen/CDCR | | | | | | Stephen Benson/DOF | | |
| **Address of Resp. Person:** | 9838 Old Placerville Rd., Suite B Sacramento California | | | | | | 915 L Street, Sacramento California 95814 | | |
| **Project Architect:** | Nacht and Lewis Architects | | | | | | | | |
| **Location:** | California Medical Facility, Vacaville (CMF) | | | | | | | | |
| **Funding Source:** | AB 900 (GC 15819.40) | | | | | | | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package** | | | | | | 3/13/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| **Review Funding Request Package** | | | | | | 3/25/09 | | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| **Legislative Approval of Scope, Schedule, and Cost** | 30 | 3/25/09 | 3/25/09 | | 4/24/09 | 5/7/09 | 13 | | S. Benson | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | LAO had concerns with building costs. |
| **PWB Recognition of Project Scope, Cost, and Schedule** | | 5/8/09 | 5/8/09 | | 5/8/09 | 5/8/09 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | Reduced costs at PWB per LAO concerns. |
| **Request Loan from PMIA** | | | | | | 3/26/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| **Approval of PMIA Funding** | 63 | 4/15/09 | 4/15/09 | | 4/15/09 | 6/12/09 | 58 | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Loan request was made on 5/20/09 and was denied by PMIB on a 2-1 vote. Executive Order E 08/09-136 authorized General Fund loan for Preliminary Plans (PP). On 7/15/09 PMIB approved the loan for PP funding, and General Fund loan will be retired. There is no impact to design or overall schedule. |
| **Architectural/Engineering Contracting** | 82 | 6/18/09 | 6/18/09 | | 9/8/09 | 9/17/09 | 9 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Contract executed 09/17/09. No impact to overall schedule. |
| **Preliminary Plans** | 217 | 9/9/09 | 9/17/09 | 8 | 4/14/10 | 5/25/10 | 41 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Contract execution delayed start of PP and there is no impact to the overall schedule. PP phase is complete. |
| **California Environmental Quality Act Compliance (CEQA)** | 235 | 9/9/09 | 8/5/09 | (35) | 5/2/10 | 9/21/09 | (223) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Comment period complete, no protests filed. Accelerated time was gained by completing a less restrictive environmental document (Notice of Exemption vs. Initial Study/ Mitigated Negative Declaration). |
| **JLBC Approval of Preliminary Plans** | 45 | 4/26/10 | 5/27/10 | 31 | 6/10/10 | 7/9/10 | 29 | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans | The JLBC submittal was released on 05/27/10. There is no impact to the overall schedule. |
| **PWB Approval of Preliminary Plans** | 45 | 4/27/10 | 5/27/10 | 30 | 6/11/10 | 7/12/10 | 31 | | S. Benson | PWB Approval. | PP's were approved by PWB on 07/12/10. |
| **Working Drawings (Construction Documents)** | 187 | 6/14/10 | 7/13/10 | 29 | 12/18/10 | 12/18/10 | | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | |

*16*

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bid and Award** | 70 | 12/20/10 | 12/20/10 | | 2/28/11 | 3/10/11 | 10 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | |
| **Construction** [2] | 720 | 3/1/11 | 3/11/11 | 10 | 2/18/13 | | | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | The project is approximately 99.9% complete. CDCR received the final Certificate of Occupancy on 2/8/2013. The contractor is working on a few remaining punch list items and the project team has commenced contract close-out activities. |
| **Hire Staff** | 153 | 8/19/12 | | | 1/19/13 | | | | M. McAloon B. Duffy (A) | Advertise, Hire, and Train Staff. | Based on the Department's analysis of population realignment, no additional staffing will be needed. |
| **Activation** | 59 | 2/19/13 | 1/11/13 | (39) | 4/19/13 | 1/25/13 | (84) | | M. McAloon B. Duffy (A) | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | Based on the revised construction completion date of 1/15/13, activation activities began on 12/10/12 and concluded on 1/25/13. A phased building activation and patient treatment started the week of 1/7/13 with full activation on 1/28/13. |

[1] Court Order's) filed 10/7/08, Docket No. #3072; and filed 10/18/07, Docket No. #2461

[2] Special Master shall receive updates on construction every 90 days.

**Project:**              **CMF Treatment and Office Space Project**

**Lead Person Roster**

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Duffy | Brian | Chief Deputy Admin, CMF | 1600 California Drive | Vacaville | 95696 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Singh | Vimal J. | Warden, CMF | 1600 California Drive | Vacaville | 95696 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |