KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Deputy Attorney General
JAY C. RUSSELL (SBN 122626)
Supervising Deputy Attorney General
DEBBIE J. VOROUS (SBN 166884)
Deputy Attorney General
PATRICK R. MCKINNEY (SBN 215228)
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER (SBN 39374)
PAUL B. MELLO (SBN 179755)
WALTER R. SCHNEIDER (SBN 173113)
SAMANTHA D. WOLFF (SBN 240280)
PAUL B. GRUWELL ( SBN 252474)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                              Defendants | C 90-0520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                              Defendants | C01 – 1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF INTENT TO FILE REPLY TO PLAINTIFFS' RESPONSE TO PRISON POPULATION REDUCTION PLAN**<br><br>**To: Three-Judge Panel** |

1

1  On May 15, 2013, Plaintiffs filed their Response to Defendants' Population Reduction Plan, together with the declarations of Plaintiffs' counsel and James Austin. (*Plata* ECF Nos. 2626, 2626-1 & 2628; *Coleman* ECF Nos. 4611-4613.)  Given the factual mischaracterizations and misstatements made in that response and Plaintiffs' request for an order to show cause, a reply is warranted.  Defendants anticipate filing their reply on or before May 29, 2013.

Dated: May 22, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Jay C. Russell*
JAY C. RUSSELL
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: May 22, 2013

Respectfully submitted,

HANSON BRIDGETT LLP

*/s/ Paul B. Mello*
By:
PAUL B. MELLO
*Attorneys for Defendants*

SF2007200670
20695791.doc