# TABLE OF APPENDICES

1   Receiver's Turnaround Plan of Action Matrix

2   CCHCS Information Technology Project Matrix

3   Executive Summary & Health Care Access Quality Reports – August through November 2012

4   Human Resources Recruitment and Retention Reports – August through November 2012

5   Adverse/Sentinel Event Training Presentation

6   Root Cause Analysis Draft Tool Kit

7   QM Academy Sample Training Agenda

8   Health Care Appeals and Habeas Corpus Petition Activity – September through December 2012

9   Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level – January through April 2013

10  OIG Comparison: Round 2 vs. Round 3

11  CPR Financial Statements – January through April 2013