# PART 2 OF 3:

# APPENDIX 5

# APPENDIX 5

# The authors and presenters have no financial relationships to report



Presenters:

Jane Robinson & Dr. Arthur Garbutt



# Adverse/Sentinel Event Reporting Training

## CCHCS/DHCS

March 2013



# What We're Covering Today

- Why adverse/sentinel event reporting is important for patient safety and overall health care quality

- New process for adverse/ sentinel event reporting (including unusual occurrences and near-misses)

- How to report adverse/ sentinel events





3

# Training Objectives

- Why report

- Who should report

- What to report

- How and when to report





# Why Adverse/Sentinel Event Reporting?

- Find problematic or "faulty" health care processes

- Take time to analyze why these processes aren't working

- Fix them in a way that is sustainable

- Protect patients and staff

- Improve the work environment

- Meet regulatory requirements

- A trigger for root cause analysis



# CCHCS Approach:  Patient Safety Program

- New policy and procedures issued at the end of 2012

- Health care staff must report Adverse/ Sentinel Events (including Unusual Occurrences) within 24 hours of discovery

- Also important to report "near misses"



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

| **VOLUME 3: QUALITY MANAGEMENT** | Effective Date: 11/26/12 |
| **CHAPTER 7: PATIENT SAFETY** | Revision Date(s): |
| 3.7.1: PATIENT SAFETY PROGRAM POLICY | Attachments: Yes ☐ No ☒ |

### I. POLICY

California Correctional Health Care Services (CCHCS) maintains a Patient Safety Program to identify and redesign health care processes that endanger patients and staff which if left unaddressed, may cause clinical errors and accidents and may result in preventable disability or death.

The CCHCS Patient Safety Program includes:

- Routine program surveillance to identify problematic health care processes, including a statewide system for reporting patient safety issues, "near misses", and adverse/sentinel events;
- An annual Patient Safety Plan, which determines priority areas for statewide interventions and performance objectives;
- Statewide and institution-level interventions designed to protect patients and improve outcomes;
- Regular communication in the form of patient safety alerts, program reports, and other mechanisms to ensure that all institutions are aware of patient safety issues;
- Technical assistance, staff development programs, and decision support tools, such as forms, checklists, and flowcharts, to support root cause analysis and process redesign;
- A patient safety culture that encourages staff to proactively identify and mitigate risk to patients and emphasizes continuous learning and improvement;
- A triaging process to ensure that patient safety issues that present immediate danger to patients and/or staff are resolved quickly and effectively and provide direction to institutions about appropriate follow up;
- A headquarters committee to provide oversight to the statewide Patient Safety Program, review patient safety data, and take action to prevent poor patient outcomes; and
- A referral process for adverse or sentinel events that involve blameworthy acts, including criminal activities.

### II. PURPOSE

The CCHCS Patient Safety Program serves to:

- Protect patients from poor outcomes due to faulty health care processes and clinical errors;
- Improve health care quality and cost effectiveness;
- Increase efficiencies and reduce waste; and
- Comply with legal and regulatory requirements.

November 2012                Policy 3.7.1                Page 1 of 3
**PATIENT SAFETY PROGRAM POLICY**



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

6

# CCHCS Approach:  Culture of Safety

- Implement a system to identify and address risks to patients, staff, and visitors

- Shift away from focusing on the individual to focusing on system processes
  - Reckless behavior, a blameworthy act, intentionally withholding information, or providing misleading or false information will be appropriately addressed to ensure patient and staff safety

- All staff is responsible for reporting adverse/sentinel events



7

# Patient Safety Culture Statement

ATTACHMENT II

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

## PERFORMANCE IMPROVEMENT CULTURE STATEMENT

Patient safety is the fundamental responsibility of every individual in the correctional health care delivery system. To promote an effective performance improvement program, CCHCS actively cultivates a culture of continuous learning and improvement where all staff focus on making health care delivery processes and outcomes as safe and effective as possible and developing and implementing systems that support sustainable, high-quality performance.

### CCHCS RECOGNIZES THAT . . .

- Human error is inevitable and we continually strive to monitor and improve systems to prevent errors.
- Most incidents of unfavorable variances from expected patient care involve process or system breakdowns that must be addressed before performance can reliably improve.
- A punitive environment does not fully take into account systems issues, nor does a blame-free environment hold individuals appropriately accountable.
- A culture of learning and improvement recognizes that people operate within processes and systems and can make mistakes; acknowledges that even competent people can develop erroneous patterns of behavior, yet has zero tolerance for reckless behavior, blameworthy acts and delayed reporting of care incidents.
- To effectively identify opportunities for improvement and resolve system problems, CCHCS staff at all reporting levels must be able to report care incidents without being subject to unjust punitive investigation and penalties.

### CCHCS STAFF WILL . . .

- Support a learning environment that encourages and fosters the reporting and review of all errors, near-misses, adverse events, and system weaknesses.
- Critically analyze existing processes to proactively identify potential problem areas and opportunities for improvement.
- Proactively analyze processes, design and improve systems to support a safe patient care environment.
- Promote collaboration across ranks and disciplines to find sustainable solutions to patient safety issues.
- Respond quickly and reasonably to actions, decisions, and behaviors that may result in unsafe acts, realizing that most actions, decisions, and behaviors do not warrant corrective or adverse action. The most severe penalties, such as demotion, reduction in pay, suspension with or without pay, and termination, are reserved for reckless behavior and blameworthy acts and, as warranted, delayed reporting.
- Report discovered patient care incidents within the timeframes prescribed in relevant Policies and Procedures.
- Use standardized algorithms based upon learning and improvement concepts to determine individual accountability.

### A BLAMEWORTHY ACT . . .

Although performance improvement processes will primarily target the identification and resolution of process breakdowns, reckless behavior and blameworthy acts discovered in this context will be appropriately addressed to ensure patient and staff safety. Reckless behavior includes situations in which an individual takes a substantial and unjustifiable risk that may result in patient harm. A blameworthy patient care act possesses one of the following three characteristics: it involves a criminal act, a purposefully unsafe act, or events involving patient abuse of any kind. Reckless behavior, a blameworthy act, intentionally withholding information, or providing misleading or false information may result in adverse action in accordance with the Disciplinary Matrix.



# Who is responsible for reporting adverse/sentinel events?

- **All health care staff** is responsible for reporting adverse/sentinel events.



# What are the timeframes for reporting adverse/sentinel events?

Health care staff must:

- Report <u>adverse/ sentinel events and unusual occurrences, which include near-misses</u> within 24 hours of discovery.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Which events are reportable?

- **Adverse/Sentinel Event**: An event or series of events that cause the death or serious disability of a patient, personnel, or visitor.
  - Includes sentinel events per the California Health and Safety Code (GACH requirement) and unusual occurrences per Title 22 (CTC requirement).

- **Unusual Occurrence**: An occurrence which poses a potential or actual risk to the safety of a patient or personnel.

- **Near-Miss**: An event or situation that could have resulted in an adverse/sentinel event but did not, either by chance or through timely intervention.

# Specific Reportable Events

| Surgical Events | Death or serious disability associated with: |
|---|---|
|  | Wrong body part |
| | Wrong patient |
| | Wrong procedure |
| | Retention of a foreign object (unintentional) |
| | Death during surgery or up to 24 hours after induction of anesthesia – normal, healthy patient |
| Product or Device Events | Death or serious disability associated with: |
|  | Contaminated drug, device, or biologic* |
| | Use or function of a device |
| | Intravascular embolism |

*Biologic - A preparation, such as a drug, a vaccine, or an antitoxin, that is synthesized from living organisms or their products and used as a diagnostic, preventive, or therapeutic agent.*

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Specific Reportable Events

| Care Management Events | Death or serious disability associated with: |
|---|---|
| | Medication Error |
| | Labor and delivery in a low-risk pregnancy |
| | Hypoglycemia |
| | Stage 3 or 4 ulcer acquired after admission to health facility |
| | Spinal manipulative therapy |
| Environmental Events | Death or serious disability associated with: |
| | Electric shock |
| | Wrong gas or toxic substance given (via oxygen or other line to patient) |
| | Burn |
| | Fall |
| | Use of restraints or bedrails |



# Specific Reportable Events

| Criminal Events | Death or serious disability associated with: |
| --- | --- |
| | Sexual assault |
| | Physical assault |
| Patient Protection Events | Death or serious disability associated with: |
| | Suicide or attempted suicide |





# Specific Reportable Events

| Unusual Occurrences  | Poisonings |
| --- | --- |
| | Fires or explosions |
| | Death of patient, employee, or visitor due to unnatural causes |
| | Sexual acts involving patients who are minors, non-consenting adults, or persons incapable of consent |
| | Physical assaults on patients, employees, or visitors |
| | All suspected criminal acts involving patients, employees, or visitors |
| | All suspected incidents of physical or sexual abuse of a patient |
| | Unexplained or illicit disappearance or loss of patient or patient remains |
| | Disruption of CTC services |

# Specific Reportable Events

| Near-Miss | An event or situation that could have resulted in an adverse/sentinel event but did not, either by chance or through timely intervention. |
|---|---|





# Examples of adverse/sentinel events

- A patient received treatment of the wrong tooth

 



# Examples of adverse/sentinel events

- Patient experiences a severe medication reaction, and is sent to the hospital with an injury that lasts 9 days.





# Examples of adverse/sentinel events

- Patient transfers from county jail with a history of suicide.

- Patient found hanging in his cell 2 weeks later.





# Examples of adverse/sentinel events

- Patient with previously well controlled schizophrenia decompensates and seriously injures himself by smashing his head on the cell door.





# Examples of adverse/sentinel events

- A diabetic patient has a leg wound which becomes infected and he is sent out to the hospital and has his leg amputated.





# Examples of adverse/sentinel events

- Patient complains of an episode of blood in his urine.

- One and a half years go by and the patient again complains of blood in his urine.

- It is discovered that the patient has a large inoperable kidney cancer and dies 4 months later.




CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Examples of adverse/sentinel events

- Patient with end stage liver disease in a CTC bed is being treated for an episode of encephalopathy.

- Patient falls out of the bed and develops an intracranial bleed and dies.





23

# What should I do when I discover an adverse/sentinel event?

- Stabilize the patient
- Remove any unsafe devices, equipment, medications, etc.
- Address other immediate risks
- Support the staff
- Document and collect information
- Report the event



24

# How and when do I report an adverse/sentinel event?



- Access the <u>Sentinel Event / Adverse Event Reporting</u> (SEAE) form on Lifeline

- Complete Part 1 of the form

- You can remain anonymous if you want

- Have a supervisor complete Part 2A

- Supervisor will notify the CEO immediately

- Submit the SEAE form to HQ within 24 hours of discovery

# Where do I locate the SEAE Form?





# The Sentinel Event / Adverse Event Reporting Form

State of California — CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

Reference Number: <HQ ONLY>

## SENTINEL EVENT/ ADVERSE EVENT REPORTING FORM

USE THIS FORM TO REPORT SENTINEL/ADVERSE EVENTS, UNUSUAL OCCURRENCES, AND NEAR-MISSES

*COMPLETE PARTS 1 AND 2 AND SUBMIT THIS DOCUMENT AND SUPPORTING MATERIALS VIA EMAIL TO: HealthIncidentReporting@cdcr.ca.gov WITHIN 24 HOURS OF DISCOVERY*

### PART 1: SENTINEL EVENT ADVERSE EVENT REPORT – TO BE COMPLETED BY REPORTING STAFF

☐ Check this box if reporting a medication related event and click this link to access the Medication Error Report form.

| Institution: | CDC #: | Date Completed: (MM/DD/YYYY) |
| Patient location if not currently endorsed at this facility: | Last Name: | |
| | DOB: | Housing Unit: |
| Reporter Name (OPTIONAL): | Incident Identified By (if other than reporter): | |
| Exact Location of Event: | Date of Event: | Time of Event: |

Attached Forms:
☐ CADDIS Report  ☐ PC Huddle Sheet  ☐ Adverse Drug Rx Report  ☐ CDCR Form 7219
☐ TTA Log  ☐ EMR Review Form  ☐ CDCR Form 7229A  ☐ CDCR Form 837
☐ Med. Error Report  ☐ CDCR Form 7229C  ☐ Other

Summary of the Event:

**Please select at least one event category to describe this event:**

| Surgical Event > | ☐ 1.1 Wrong Body Part | ☐ 1.2 Wrong Patient | ☐ 1.3 Wrong Procedure | ☐ 1.4 Retention of Foreign Object | ☐ 1.5 Anesthesia Induced Death |
| Product or Devices Event > | ☐ 2.1 Contaminated Drug or Device | ☐ 2.2 Intravascular Air Embolism | ☐ 2.3 Misused Device | | |
| Patient Protection Event > | ☐ 3.1 Patient Disappearance | ☐ 3.2 Patient Suicide/Attempted Suicide | ☐ 3.3 Patient Self-Harm | | |
| Care Management Event > | ☐ 4.1 Medication Error | ☐ 4.2 Hypoglycemia | ☐ 4.3 Stage 3 or 4 Ulcer | ☐ 4.4 Spinal Manipulative Therapy | |
| Environmental Event > | ☐ 5.1 Electrical Shock | ☐ 5.2 Wrong Gas / Toxic Substance | ☐ 5.3 Burns | ☐ 5.4 Patient Fall | ☐ 5.5 Bed Restraints |
| Criminal Event > | ☐ 6.1 Patient Abduction | ☐ 6.2 Sexual Assault | ☐ 6.3 Physical Assault | ☐ 6.4 Staff Impersonation | |
| Unusual Occurrence > | ☐ 7.1 Suspected Abuse | ☐ 7.2 Serious Injury | ☐ 7.3 Poisoning | ☐ 7.4 Fire | ☐ 7.5 Flooding |
| | ☐ 7.6 Hazardous Spill | ☐ 7.7 Infectious Disease | ☐ 7.8 Epidemic Outbreak | ☐ 7.9 Utilities Loss | |
| Undefined Event > | ☐ 8.1 An adverse event or series of events that cause death or serious disability of a patient, personnel, or visitor | | | | |
| Near-Miss > | ☐ 9.1 An event or situation that could have resulted in an adverse/sentinel event but did not either by chance or through timely intervention | | | | |

### PART 2A: SENTINEL EVENT ADVERSE EVENT REPORT – TO BE COMPLETED BY A SUPERVISOR

Immediate Actions Taken to Stabilize Patient:
Treatment Provided:
Effects of Actions and Treatment:
Current Condition of Patient:
Other Pertinent Information:

| Verify that the following steps have been taken by staff who responded to the incident (if applicable): | Materials/Supplies and Other Related Items Collected |
| ☐ Incident Documented in Progress Note | ☐ Healthcare Devices and Equipment |
| ☐ Harm to Staff, Patients, or Visitors Addressed | ☐ Medications (Containers, Package Labels, Inserts) |
| ☐ Unsafe Devices Removed | ☐ Intravenous Bags and Tubing |
| ☐ Photographs Taken | ☐ Syringes |
| ☐ Electronic Data Preserved | ☐ Supply Containers and Packages |
| | ☐ Laboratory and Pathology Specimens |
| | ☐ Any Other Applicable Physical Items (Describe) |

Date Completed: (MM/DD/YYYY)     Describe:

---

State of California — CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

Reference Number: <HQ ONLY>

### PART 2B: REQUIRED NOTIFICATIONS

| Chief Executive Officer (REQUIRED): | Date Notified: (MM/DD/YYYY) | Time Notified: |

Use this section to indicate notifications made based on program areas that may be impacted or involved in the event.
Medical/Nursing – CEO, CME, CNE   Dental – CEO, Supervising Dentist   Notify CA DPH for licensed beds   Notify SRNII if incident
Mental Health – CEO, Chief of MH   Med. Errors – CEO, CME, CNE, PIC   Notify Patient/Family if required by law   occurred after-hours

| Name/Classification: | Date: (MM/DD/YYYY) Time: | Name/Classification: | Date: (MM/DD/YYYY) Time: |
| Name/Classification: | Date: (MM/DD/YYYY) Time: | Name/Classification: | Date: (MM/DD/YYYY) Time: |

### What are your responsibilities when an adverse/sentinel event occurs?

| Institution Responsibilities | Headquarters Responsibilities |
|---|---|
| Ensure safety of patient/visitor/staff. Notify supervisor and CEO. | |
| Complete and submit this form to HQ within 24-hours. *Keep a copy for your records.* Email forms to: HealthIncidentReporting@cdcr.ca.gov | Sentinel Event Review Executives (SEREs) triage the report and determine immediate actions needed. |
| If a Root Cause Analysis (RCA) is required, the Institution must submit report findings and a plan of action within 45 days of the incident to HQ. Email reports to: HealthIncidentReporting@cdcr.ca.gov Note: The Institution CEO may decide to initiate the RCA process as needed upon notification of the incident. | The Institution's Plan of Action will be monitored by the HQ Adverse/Sentinel Event Committee for a period of at least 4 months. |

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

# Need help?

- Click on a grey box and press F1 on your keyboard to get helpful hints.



# SEAE Form Part 1 – Reporter

- Reporter name is optional, you may remain anonymous

**PART 1: SENTINEL EVENT ADVERSE EVENT REPORT – TO BE COMPLETED BY REPORTING STAFF**

☐ Check this box if reporting a medication related event and click this link to access the Medication Error Report form.

| Institution: | CDC #: | **Date Completed:** (MM/DD/YYYY) |
|---|---|---|
| Patient location if not currently endorsed at this facility: | Last Name: | |
| | DOB: | Housing Unit: |
| Reporter Name *(OPTIONAL):* | Incident Identified By (if other than reporter): | |
| Exact Location of Event: | Date of Event: | Time of Event: |

**Attached Forms:**
- ☐ PC Huddle Sheet
- ☐ CADDIS Report
- ☐ EMR Review Form
- ☐ TTA Log
- ☐ Med. Error Report
- ☐ Adverse Drug Rx Report
- ☐ CDCR Form 7229A
- ☐ CDCR Form 7229C
- ☐ CDCR Form 7219
- ☐ CDCR Form 837
- ☐ Other

Summary of the Event:

**Please select at least one event category to describe this event:**

| | | | | | |
|---|---|---|---|---|---|
| Surgical Event > | ☐ 1.1 Wrong Body Part | ☐ 1.2 Wrong Patient | ☐ 1.3 Wrong Procedure | ☐ 1.4 Retention of Foreign Object | ☐ 1.5 Anesthesia Induced Death |
| Product or Device Event > | ☐ 2.1 Contaminated Drug or Device | ☐ 2.2 Intravascular Air Embolism | ☐ 2.3 Misused Device | | |
| Patient Protection Event > | ☐ 3.1 Patient Disappearance | ☐ 3.2 Patient Suicide/ Attempted Suicide | ☐ 3.3 Patient Self-Harm | | |
| Care Management Event > | ☐ 4.1 Medication Error | ☐ 4.2 Hypoglycemia | ☐ 4.3 Stage 3 or 4 Ulcer | ☐ 4.4 Spinal Manipulative Therapy | |
| Environmental Event > | ☐ 5.1 Electrical Shock | ☐ 5.2 Wrong Gas / Toxic Substance | ☐ 5.3 Burns | ☐ 5.4 Patient Fall | ☐ 5.5 Bed Restraints |
| Criminal Event > | ☐ 6.1 Patient Abduction | ☐ 6.2 Sexual Assault | ☐ 6.3 Physical Assault | ☐ 6.4 Staff Impersonation | |
| Unusual Occurrence > | ☐ 7.1 Suspected Abuse | ☐ 7.2 Serious Injury | ☐ 7.3 Poisoning | ☐ 7.4 Fire | ☐ 7.5 Flooding |
| | ☐ 7.6 Hazardous Spill | ☐ 7.7 Infectious Disease | ☐ 7.8 Epidemic Outbreak | ☐ 7.9 Utilities Loss | |
| Undefined Event > | ☐ 8.1 An adverse event or series of events that cause death or serious disability of a patient, personnel, or visitor. | | | | |
| Near-Miss > | ☐ 9.1 An event or situation that could have resulted in an adverse/sentinel event but did not, either by chance or through timely intervention. | | | | |

- Notify a supervisor as soon as possible


CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

# SEAE Form Part 2 – Supervisor

**PART 2A: SENTINEL EVENT ADVERSE EVENT REPORT – TO BE COMPLETED BY A SUPERVISOR**

Immediate Actions Taken to Stabilize Patient:

Treatment Provided:

Effects of Actions and Treatment:

Current Condition of Patient:

Other Pertinent Information:

**Verify that the following steps have been taken by staff who responded to the incident (if applicable):**
- ☐ Incident Documented in Progress Note
- ☐ Harm to Staff, Patients, or Visitors Addressed
- ☐ Unsafe Devices Removed
- ☐ Photographs Taken
- ☐ Electronic Data Preserved

**Materials/Supplies and Other Related Items Collected**
- ☐ Healthcare Devices and Equipment
- ☐ Medications (Containers, Package Labels, Inserts)
- ☐ Intravenous Bags and Tubing
- ☐ Syringes
- ☐ Supply Containers and Packages
- ☐ Laboratory and Pathology Specimens
- ☐ Any Other Applicable Physical Items (Describe)

**Date Completed:** (MM/DD/YYYY)

Describe:

**PART 2B: REQUIRED NOTIFICATIONS**

| Chief Executive Officer (REQUIRED): | Date Notified: (MM/DD/YYYY) | Time Notified: |
|---|---|---|

**Use this section to indicate notifications made based on program areas that may be impacted or involved in the event.**

Medical/Nursing – CEO, CME, CNE          Dental – CEO, Supervising Dentist          Notify CA DPH for licensed beds          Notify SRNII if incident
Mental Health – CEO, Chief of MH          Med. Errors – CEO, CME, CNE, PIC          Notify Patient/Family if required by law          occurred after-hours

| Name/Classification: | Date: (MM/DD/YYYY) | Name/Classification: | Date: (MM/DD/YYYY) |
|---|---|---|---|
| | Time: | | Time: |
| Name/Classification: | Date: (MM/DD/YYYY) | Name/Classification: | Date: (MM/DD/YYYY) |
| | Time: | | Time: |

- Notify CEO and submit the report via email within 24-hours to: HealthIncidentReporting@cdcr.ca.gov

# What happens after the report is submitted?

- A multi-disciplinary group of staff, the HQ Sentinel Event Review Executives (SEREs) reviews the report and makes recommendations

- The Institution may be asked to complete a Root Cause Analysis (RCA) on the adverse/sentinel event

- If an RCA is necessary, it is due to HQ within 45 days of assignment.

- The SEREs at Headquarters will track all incoming reports and monitor institution RCAs



# Root Cause Analysis Process

- The Adverse Sentinel Event Committee will review the institution's RCA for acceptability, thoroughness, and credibility *(there will be a training on the RCA process coming soon)*.

- Once the RCA is approved, the institution will submit a monthly progress report for at least 4 months to ensure that the Plan of Action is fully implemented and successful.

- IST Code # 8158



32