1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

   Good cause appearing, the Court GRANTS Defendants' request to extend the time in which Defendants have to respond to Plaintiffs' motion for enforcement of court orders and affirmative relief related to segregated housing from June 3, 2013, to July 18, 2013.

Dated: _____                    _____
                                                 The Honorable Lawrence K. Karlton

1

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**            No.   **2:90-cv-00520 LKK JFM PC**

I hereby certify that on May 23, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 23, 2013, at Sacramento, California.

| Lametric Lewis | */s/ Lametric Lewis* |
|---|---|
| Declarant | Signature |

31695737.doc