KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF KATHLEEN ALLISON IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR A FORTY-FIVE DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE: IMPROPER HOUSING AND TREATING OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION** |

I, Kathleen Allison, declare as follows:

1. I am the Deputy Director of the Division of Adult Institutions (DAI), Facilities Support, for the California Department of Corrections and Rehabilitation (CDCR). I have

1

personal knowledge of the facts stated in this declaration, except where indicated otherwise, and if called to testify could do so. I submit this declaration in support of Defendants' request for additional time to respond to Plaintiffs' motion for enforcement of court orders and affirmative relief related to segregated housing.

2. As the Deputy Director of DAI, Facilities Support, for CDCR, I am familiar with the segregation units within CDCR's prisons, and the mental health care provided in those unit. These include the Administrative Segregation Units, the Secured Housing Units, and the Psychiatric Services Units. I am also familiar with the State's security requirements relating to these units and the State's inmate custody and classification process.

3. Upon receiving Plaintiffs' motion for enforcement of court orders and affirmative relief related to segregation units on May 6, 2013, I instructed my staff to immediately begin investing the allegations asserted in support of the motion.

4. I also instructed my staff to investigate the accuracy of the statements and exhibits asserted in the Kahn and Haney declarations, and to investigate the conditions of confinement throughout the State's prisons.

5. This included interviewing prison staff, compiling and reviewing data regarding placements and mental health treatment of class members in segregation units, and reviewing other relevant events that bear on issues raised in Plaintiffs' motion.

6. CDCR also started the process of seeking expert advice and inspecting the conditions of confinement in the Secured Housing Units. But it will take at least forty-five additional days for Defendants to complete these investigations and obtain expert testimony on the conditions of confinement in the Security Housing Units, particularly while minimizing disruption to the ongoing care that Defendants provide to inmates.

7. Under these circumstances, Defendants cannot complete their investigation and prepare an adequate response within the one-month time period allotted under the current briefing schedule.

/ / /

2

I declare that the forgoing is true and correct. Executed in Sacramento, California on May 20, 2013.

                                              */s/ Kathleen Allison*
Kathleen Allison
Deputy Director of DAI

**(*original signature retained by attorney*)**

3

Allison Decl. Supp. Defs.' Ex Parte Req. for Ext. of Time to Resp. to Pls.' Mot. Reg. Segregated Housing
(2:90-cv-00520 LKK JFM PC)

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 LKK JFM PC**

I hereby certify that on May 23, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF KATHLEEN ALLISON IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR A FORTY-FIVE DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE: IMPROPER HOUSING AND TREATING OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 23, 2013, at Sacramento, California.

|  |  |
|---|---|
| Lametric Lewis | */s/ Lametric Lewis* |
| Declarant | Signature |

31695736.doc