KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
MEGAN OLIVER-THOMPSON, SBN 256654
PAUL GRUWELL, State Bar No. 252474
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>      v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                                    Plaintiffs,<br><br>      v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JEFFREY BEARD, Ph.D., IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE REGARDING APRIL 11, 2013 ORDER REQUIRING LIST OF PROPOSED POPULATION REDUCTION MEASURES** |

I, JEFFREY BEARD, Ph.D., declare as follows:

1. I am the Secretary of the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. My background and qualifications are stated in my prior declarations to this Court, including those filed on January 7, 2013 and May 2, 2013, and I do not repeat that information here. I submit this declaration in support of Defendants' reply to Plaintiffs' response regarding the Court's April 11, 2013 order requiring a list of proposed population-reduction measures and court-ordered plan.

2. I have reviewed Plaintiffs' response and request for an order to show cause regarding Defendants' response to this Court's April 11, 2013 order. I focused in particular on Plaintiffs' contentions regarding the order of the measures in the court-ordered list and plan, as well as Plaintiffs' erroneous claim that Defendants "omitted" purported population reduction measures from the court-ordered list.

3. As discussed in my declaration submitted to the Court on May 2, 2013, Defendants submitted the court-ordered list of population-reduction measures and court-ordered plan as ordered by the Court. I stated Defendants' preference not to pursue implementation of any measure listed in the court-ordered list and plan, other than the completion of scheduled construction projections and fire camp capacity. Defendants could not, in good faith, present a false preference for measures that Defendants neither have authority to implement, nor believe are prudent or necessary. This is particularly true for measures that were listed but excluded from the court-ordered plan.

4. In addition, Plaintiffs' response incorrectly asserts that Defendants' response was somehow incomplete because the "List" omits discussion of a "sentencing reform commission" and expansion of alternative custody programs.

5. A "sentencing reform commission" is not, by itself, a population-reduction measure. Instead, it is a means for the government to consider the effectiveness and social value of penalties imposed by criminal courts. Creating a sentencing commission may not necessarily lead to any reduction in California's prison population. Depending on its decisions about

1

1  reforms, a commission could recommend that the Legislature increase, reduce, or leave
2  unchanged the population. And any changes promulgated by a commission to reduce
3  sentences—as Plaintiffs narrowly assume would happen—almost certainly could not take effect
4  by the end of the year as is required to satisfy the Court's orders.

5      6.    Plaintiffs' contention that Defendants' submission did not fully discuss the alternative
6  custody program or expansion of the work furlough and restitution center programs is untrue.
7  These programs were specifically discussed in the Declaration of Michael Stainer filed on May 2,
8  2013 (ECF 2605/4568.).

9      I declare under penalty of perjury that the foregoing is true and correct. Executed in San
10 Diego, California on May 29, 2013.

                        */s/ Jeffrey Beard*
                        Jeffrey Beard
    (authorization to file obtained by counsel for Defendants)

CF1997CS0003
20697376.docx