1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:    (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

8  JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
9  LINDA L. USOZ – 133749
   MEGAN CESARE-EASTMAN – 253845
10 K&L GATES LLP
   4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
11 Telephone:    (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:    (415) 864-8848

12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

                Plaintiffs,

        v.

EDMUND G. BROWN, Jr., et al.,

                Defendants.

Case No. Civ S 90-0520 LKK-JFM

**[PROPOSED] ORDER ON PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT FOR MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES**

Judge:   Hon. Lawrence K. Karlton
Date:    July 8, 2013
Time:    10:00 am
Crtrm:   4

[833873-1]

1    Proof of good cause having been made to the satisfaction of this Court that

2  Plaintiffs' application to exceed the page limit for their Motion for Enforcement of Court

3  Orders and Affirmative Relief Related to Use of Force and Disciplinary Measures should

4  be granted,

5    **IT IS ORDERED** that the application is GRANTED.  Plaintiffs may submit their

6  Motion not to exceed a total of 55 pages.

7

8  DATED:  _____, 2013

9

10    _____

11    Lawrence K. Karlton
    Judge of the United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28