1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE J. VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  WILLIAM H. DOWNER, State Bar No. 257644
   Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-2445
8    Fax: (916) 324-5205
     E-mail: William.Downer@doj.ca.gov
9  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH COURT'S APRIL 15, 2013 ORDER TO DEPOSIT $750,000** |

Defendants request an extension of time to comply with this Court's April 15, 2013 Order to deposit $750,000 within forty-five days for payment of the Special Master's fees and costs. (Order, ECF No. 4551.)

Defendants are unable to remit payment of the $750,000 by the May 30, 2013 deadline because an inadvertent administrative error stalled the fund request and remittance process at California Department of Corrections and Rehabilitation's Budget Office. (Decl. Fitzgerald ¶¶ 1-4.) This error was not discovered until the morning of May 30, 2013, when the undersigned

1

counsel inquired about the status of payment with CDCR's Office of Legal Affairs. (Decl. Fitzgerald ¶ 3.) Upon discovering this error, CDCR has taken all necessary steps to promptly remit the payment due to the Court. (Id. at 4-5.)

Defendants respectfully request that the Court extend the deadline to remit payment by fifteen days. An extension of fifteen days is sufficient for Defendants to secure and remit payment. (Decl. Fitzgerald ¶ 5.) Defendants apologize for the delay and regret any inconvenience to the Court and to the Special Master. (Id. at 6.)

Dated: May 30, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

/s/ William H. Downer

WILLIAM H. DOWNER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31390876.doc

2

Defs.' Request for Extension of Time to Comply with Court's April 15, 2013 Order to Deposit $750,000 (2:90-cv-00520 LKK JFM P)