KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                        Plaintiffs,<br><br>       v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                                        Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF KAREN FITZGERALD IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S APRIL 15, 2013 ORDER TO DEPOSIT $750,000.00** |

I, Karen Fitzgerald, declare as follows:

1.    I am the Staff Services Manager I and Acting Staff Services Manager II for the Legal Affairs Division within the California Department of Corrections and Rehabilitation (CDCR). I submit this declaration in support of Defendants' Request for Extension of Time to Comply with the Court's April 15, 2013 Order to Deposit $750,000.00. I have personal knowledge of the facts stated in this declaration and, if called to testify, could and would do so.

///

1

2.   I took the position of Staff Services Manager I on April 2, 2012, and have been acting at the Staff Services Manager II since May 1, 2013. In my capacity in both positions, I oversee administrative functions of CDCR's Legal Affairs Division and manage administrative employees, including the internal Budget Officer for our division.

3.   On April 15, 2013, the District Court ordered Defendants in the above-captioned matter to deposit $750,000.00 with the court by May 30, 2013, for reimbursement of Special Master fees and costs. Unfortunately, an inadvertent administrative error, which was not discovered until May 30, 2013, stalled the fund request and remittance process.

4.   An initial investigation into this matter revealed that all necessary paperwork for approval by the Budget Management Branch and Director of Administrative Services was completed by May 1, 2013. But, due to an inadvertent administrative error, these approved memoranda do not appear to have then been transmitted to our internal Budget Officer for processing. Our office is presently investigating the cause of this error so that we can take steps to ensure no similar errors occur in the future.

5.   To resolve this issue as quickly as possible, our office is submitting an emergency payment request. However, due to the process that follows, including the accounting review, approval by Department of Finance, and submission to the State Controller for issuance of the check, this emergency process takes approximately ten business days. The Budget Officer was not in the office today; however, this process will be initiated on Friday, May 31, 2013. Thus, I anticipate that CDCR will deposit $750,000 with the Court no later than Friday, June 14, 2013.

6.   CDCR regrets any inconvenience to the Court and the Special Master caused by this delay.

///

///

///

///

///

///

2

1   I declare under penalty of perjury under the laws of the State of California and the United States

2   of America that the foregoing is true and correct. Executed in Sacramento, California on May 30,

3   2013.

4

5   _____

6   Karen Fitzgerald

7   *(original signature retained by attorney)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3