IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH COURT'S APRIL 15, 2013 ORDER TO DEPOSIT $750,000** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

GOOD CAUSE SHOWN, the deadline for Defendants to deposit $750,000 in compliance with this Court's April 15, 2013 Order is extended to June 14, 2013.

Dated: _____

_____
The Honorable Lawrence K. Karlton
United States District Court Judge

1

[Proposed] Order Granting Defs.' Request for Extension of Time to Comply with Court's April 15, 2013 Order to Deposit $750,000 (2:90-cv-00520 LKK JFM PC)