IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                    Defendants. | Case No. 2:90-cv-00520 LKK JFM PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH COURT'S APRIL 15, 2013 ORDER TO DEPOSIT $750,000** |

GOOD CAUSE SHOWN, the deadline for Defendants to deposit $750,000 in compliance with this Court's April 15, 2013 Order is extended to June 14, 2013.

Dated:   May 31, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[Proposed] Order Granting Defs.' Request for Extension of Time to Comply with Court's April 15, 2013 Order to Deposit $750,000 (2:90-cv-00520 LKK JFM PC)