DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**JOINT STATEMENT RE: PROPOSED SCHEDULING FOR PLAINTIFFS' MOTIONS FOR AFFIRMATIVE RELIEF**<br><br>Judge: Hon. Lawrence K. Karlton |

[836361-1]

The parties, having met and conferred regarding the completion of discovery and briefing on Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief re: Improper Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation ("Segregation Motion") and Motion for Enforcement of Court Orders and Affirmative Relief Related to Use of Force and Disciplinary Measures ("Use of Force/Discipline Motion"), set forth the following proposed schedule in compliance with the Court's May 24, 2013 Order:

1. The parties have agreed to depositions of Plaintiffs' experts Haney and Vail regarding the Segregation Motion and the Use of Force/Discipline Motion, which will be completed in advance of the filing of Defendants' opposition briefs.

2. If any of Defendants' experts conducts an inspection at a CDCR or DSH facility in connection with the pending motions, Defendants agree to notify Plaintiffs in advance and to provide Plaintiffs' counsel and Plaintiffs' experts the opportunity to attend such an inspection.

3. Defendants will file their opposition on the Segregation Motion and their opposition on the Use of Force/Discipline Motion no later than July 17, 2013.

4. Plaintiffs may take depositions of Defendants' witnesses in advance of the filing of their reply briefs. The parties shall cooperate to schedule and complete such discovery.

5. Plaintiffs' shall file their reply on the Segregation Motion and their reply on the Use of Force/Discipline Motion no later than August 2, 2013.

6. The parties request that a status conference be set for July 23 or 24, 2013, at which the Court will address any pre-evidentiary hearing matters such as the expected number of days and schedule for the evidentiary hearing, and any outstanding discovery matters. The parties anticipate, depending on various witnesses' schedules, that they will be prepared to proceed with an evidentiary hearing in mid-August 2013.

7. The evidentiary hearing shall relate to (i) Plaintiffs' Segregation Motion; (ii) Plaintiffs' Use of Force/Discipline Motion; and (iii) Part I.A of Plaintiffs' Motion for

1  Enforcement of Court Orders Related to Inpatient Treatment (re: Access to Inpatient Care
2  for Mentally Ill Patients on Death Row at San Quentin).

3      8.   The parties propose that if they cannot resolve a discovery dispute in
4  connection with the above-described proceedings, the procedures set forth in Paragraph 4
5  of the Court's January 25, 2013 Order (Docket No. 4306 at 3:6-11) should apply.

DATED: May 31, 2013               Respectfully submitted,

                                  ROSEN BIEN GALVAN & GRUNFELD LLP

                                  By: */s/ Michael W. Bien*
                                      Michael W. Bien

                                  Attorneys for Plaintiffs

DATED: May 31, 2013

                                  By: */s/ Jay Russell (as authorized on 5/31/13)*
                                      Jay Russell

                                  Attorneys for Defendants

[836361-1]

2
JOINT STATEMENT RE: PROPOSED SCHEDULING FOR PLAINTIFFS' MOTIONS FOR AFFIRMATIVE RELIEF