IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,              No. 2:90-cv-0520 LKK JFM P

        vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.          <u>ORDER</u>

                                   /

        Pursuant to court order, the parties have jointly filed a proposed schedule for completion of discovery and briefing plaintiffs' motions concerning segregated housing and use of force and disciplinary measures. Good cause appearing, the schedule proposed by the parties will be the order of the court except that the status conference to address pre-evidentiary hearing matters will be set for July 25, 2013 at 10:00 a.m.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants shall file their opposition to plaintiffs' motion regarding segregated housing (ECF No. 4580) and plaintiffs' motion regarding use of force and disciplinary    measures (ECF No. 4638) on or before July 17, 2013.

        2. Plaintiffs' reply briefs in support of said motions shall be filed and served on or before August 2, 2013.

3. The depositions of plaintiffs' experts Haney and Vail shall be completed in advance of the filing of defendants' opposition briefs.

4. If any defense expert conducts an inspection at a California Department of Corrections and Rehabilitation (CDCR) or a Department of State Hospital (DSH) facility, defendants shall notify plaintiffs in advance and provide plaintiffs' counsel and plaintiffs' experts the opportunity to attend any such inspection.

5. Plaintiffs may depose defendants' witnesses in advance of August 2, 2013, and the parties shall cooperate in the scheduling and completion of said discovery.

6. If a discovery dispute arises which cannot be resolved by the parties, the procedures set forth in paragraph 4 of the court's January 25, 2013 order (ECF No. 4306) shall apply.

7. This matter is set for status conference on July 25, 2013 at 10:00 a.m. to address matters related to the scheduling and conduct of an evidentiary hearing on plaintiffs' motions regarding access to inpatient care for mentally ill patients on death row at San Quentin State Prison, segregated housing, and use of force and disciplinary measures, including but not limited to the expected number of days and schedule for said hearing and any outstanding discovery issues.

8. The hearings set for June 17, 2013 and July 8, 2013 are dropped from calendar.

DATED: June 11, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT