From: Jared Goldman [mailto:Jared.Goldman@bbklaw.com]
Sent: Tuesday, April 09, 2013 03:51 PM
To: Rice, Benjamin@CDCR
Cc: Kelso, C@Pacific
Subject: RE: expert reports


Ben,

You are not authorized to solicit information from the CEOs related to Plata as outlined in your email or otherwise.  We consider your inquiry to be discovery for the purpose of litigation, and to the extent the subject matter relates to the medical system, the CEOs are employees within the Receiver's chain of command.  Neither Tim Belavich, nor anyone else in the Secretary's chain of command is permitted to communicate with the CEOs regarding Plata, and especially the Court Experts' reports, without the Receiver's authorization and the Receiver's counsel present.

We can discuss more tomorrow.

Thanks,

Jared

_____

From: Rice, Benjamin@CDCR [Benjamin.Rice@cdcr.ca.gov]
Sent: Tuesday, April 09, 2013 2:28 PM
To: Jared Goldman
Subject: expert reports



As you know, we have now received four reports from the Plata Court Experts after their tours of SQ, RJD, CMF, CMC.  CDCR is evaluating whether to file objections and/or responses to those reports at this time.  The CEO from RJD has already put a response together and we may solicit the same kind of review and response from the other CEOs or medical executives from the other three institutions we have reports from.


We plan to reach out to the CEOs through Tim Belavich this week to ask for that response.  We will certainly cc you on each of these communications, to the extent any are written, but I wanted to make sure you know about the approach.  Please let me know if you have any questions about what we are hoping to accomplish and we can discuss this in more detail tomorrow.   Ben




Benjamin T. Rice, General Counsel

CA Dept. of Corrections and Rehabilitation

1515 S Street, Suite 502s

Sacramento, CA 95811


Office: 916-323-6001

Fax: 916-442-2637

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.