KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:   Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777--3200
Facsimile:     (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. C01-1351 TEH |
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | C94-2307 CW<br><br>**DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' REPLY TO THE RECEIVER'S 23rd TRI-ANNUAL REPORT** |

5187389.1

1   I, Deborah Hysen, declare as follows:

2   1.   I am currently the Deputy Director for the Division of Facility Planning, Construction, and Management for the California Department of Corrections and Rehabilitation (CDCR). I began working for CDCR on June 8, 2007 as the Chief Deputy Secretary of the Division of Facility Planning, Construction, and Management. Before my appointment as Chief Deputy Secretary, I was the chair of the Assembly Bill 900 Construction Strike Team, established by Governor Schwarzenegger on May 11, 2007. Some of my current duties as Deputy Director include overseeing the numerous construction projects that are ongoing or being planned for CDCR facilities. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Response to the Receiver's 23rd Tri-Annual Report to the Court.

**Health Care Facility Improvement Program**

2.   The Health Care Facility Improvement Program was created with the Receiver's assistance and the scope of work for every individual health care facility improvement project was reviewed and approved by the Receiver's staff. The schedule for completion of these projects was agreed to by both CDCR and the Receiver. In 2009, the Receiver and CDCR jointly delegated authority for study, planning, design, development, management, and construction of all ongoing health care facility improvement projects to a single executive manager, Chris Meyer. Mr. Meyer reports directly to the CDCR Secretary, and the Receiver is one of Mr. Meyer's primary clients. Status reports are provided to the Receiver on an ongoing and regular basis. The Receiver has thus long worked with the State to define the scope and schedule for completing the facilities improvement projects. Attached as Exhibit A is a true and correct copy of the September 21, 2009 delegation of authority.

3.   CDCR and the Governor requested and supported legislation that resulted in expedited funding for CDCR construction and improvement projects. The Governor's trailer bill, Senate Bill 1022, streamlined the funding process for Assembly Bill 900 projects by requiring Public Works Board approval only (rather than requiring Joint Legislative Budget Committee approval as well). Funding for the health care facilities improvement projects has not been

delayed; rather, it is proceeding in a timely manner in accordance with the appropriate legislative and executive processes. Currently, 15 projects have been approved by the Public Works Board. CDCR has initiated contracts for environmental review and has executed 9 design contracts, with one additional contract pending execution. In addition, the Statewide Medication Distribution project has Public Works Board approval and CDCR has executed the design contract. Funding through the Pooled Money Investment Board has been forthcoming, and a request for a Pooled Money Investment Board loan for health care construction has not been denied in years. On this basis, I see no cause for concern that the remaining construction projects would be delayed.

### The Receiver's Misconception Regarding Available Facilities

4. The Receiver contends that the State owns approximately 3,800 beds, 500 of which could be opened relatively quickly. However, the facilities referenced by the Receiver are designed to house low-level juvenile and female offenders. These facilities are not safe to house adult male inmates without extensive renovations to enhance security. For instance, these facilities do not have an electric fence, enough towers to ensure the prison perimeter is secured, or dual fences, as is required for higher security prisons. These and other necessary renovations could not be completed by the end of the year.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Sacramento, California on June 14, 2013.

_____/s/_____
DEBORAH HYSEN

*Original signature retained by Attorney*
