| CALIFORNIA PRISON HEALTH CARE SERVICES | State of California Department of Corrections and Rehabilitation |
|---|---|
| OFFICE OF THE RECEIVER  | OFFICE OF THE SECRETARY  |

Date:   September 21, 2009

To:    CDCR Executive Staff
       CPHCS Executive Staff

From:  Matthew L. Cate, Secretary
       J. Clark Kelso, Receiver

Re:    Delegation of Authority Regarding Health Care Construction

In order to streamline and coordinate health care construction, the Secretary and the Receiver have delegated their respective authorities to a single executive manager responsible for the construction of the Consolidated Care Center and Health Care Improvement Program facilities. Effective immediately, Chris Meyer, Senior Chief, Facility Planning, Construction and Management, will direct the study, planning, design, development, management, and construction of all ongoing and new Consolidated Care Center and Health Care Improvement Program facility projects. A copy of the Secretary's and the Receiver's delegation is attached.

Mr. Meyer will report to the Secretary through Undersecretary Mary Fernandez and Chief of Staff Brett Morgan. In addition, the Receiver will be one of Mr. Meyer's primary clients, and Mr. Meyer will maintain his client relationship with the Receiver through Chief Deputy Receiver Elaine Bush.

We are single minded in our belief that the CDCR's health care construction program will only succeed through joint management and the cooperation and collaboration of all the members of the Secretary's and the Receiver's teams. We anticipate and expect that CDCR and CPHCS staff will work cooperatively to support Mr. Meyer's efforts.

We appreciate your efforts to date, and we look forward to breaking ground shortly.

MATTEHW L. CATE
Secretary

J. CLARK KELSO
Receiver

Attachment

| CALIFORNIA PRISON HEALTH CARE SERVICES | State of California Department of Corrections and Rehabilitation |
| OFFICE OF THE RECEIVER | OFFICE OF THE SECRETARY |



## RESERVATION OF RIGHTS

In agreeing this day to a Delegation of Authority Regarding Health Care Construction, (1) the State in no way conceded that the Federal court, through the Receiver, has any authority to construct facilities absent consent by the State, and (2) the Receiver in no way conceded that the Receiver is without authority to construct facilities absent consent by the State.

_Mattehw L. Cate_  9-21-09
_____
MATTEHW L. CATE        Date
Secretary

_J. Clark Kelso_  9-21-2009
_____
J. CLARK KELSO         Date
Receiver

CALIFORNIA PRISON HEALTH CARE SERVICES    State of California Department of Corrections and Rehabilitation
OFFICE OF THE RECEIVER    OFFICE OF THE SECRETARY

    

## DELEGATION OF AUTHORITY
## REGARDING HEALTH CARE CONSTRUCTION

In order to streamline and coordinate health care construction, the Secretary and the Receiver hereby delegate their respective authorities, as specified below, to Chris Meyer, Senior Chief, Facility Planning, Construction and Management, related to the construction of the Consolidated Care Center and Health Care Improvement Program facilities. Effective immediately, Chris Meyer will direct the study, planning, design, development, management, and construction of all ongoing and new Consolidated Care Center and Health Care Improvement Program facility projects.

Mr. Meyer will report to the Secretary through Undersecretary Mary Fernandez, and Chief of Staff Brett Morgan. In addition, the Receiver will be one of Mr. Meyer's primary clients, and Mr. Meyer will maintain his client relationship with the Receiver through Chief Deputy Receiver Elaine Bush.

Both the Secretary and the Receiver reserve the right to revoke this delegation at any time for any reason.


MATTEHW L. CATE    Date    9-21-09
Secretary

J. CLARK KELSO    Date    9-21-2009
Receiver