KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5553
  Fax: (415) 703-1234
  E-mail: patrick.mckinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**EXHIBIT A TO DEFENDANTS' JUNE 2013 STATUS REPORT IN RESPONSE TO JUNE 30, 2011 AND APRIL 11, 2013 ORDERS** |

**Exhibit A**
Population as of May 8, 2013

| Institution | Design Capacity | Actual Population | Population as % of design capacity |
|---|---|---|---|
| Total housed in adult institutions[1] | 79,756 | 119,760 | 150.2% |
| **Individual CDCR Institutions - Men** | | | |
| Avenal State Prison | 2,920 | 4,533 | 155.2% |
| California Correctional Center* | 3,883 | 4,829 | 124.4% |
| California Correctional Institution | 2,783 | 4,594 | 165.1% |
| California Institution for Men | 2,976 | 4,741 | 159.3% |
| California Medical Facility | 2,361 | 2,273 | 96.3% |
| California Men's Colony | 3,838 | 4,956 | 129.1% |
| California Rehabilitation Center | 2,491 | 3,497 | 140.4% |
| California State Prison, Calipatria | 2,308 | 3,582 | 155.2% |
| California State Prison, Centinela | 2,308 | 2,969 | 128.6% |
| California State Prison, Corcoran | 3,116 | 4,410 | 141.5% |
| California State Prison, Los Angeles | 2,300 | 3,738 | 162.5% |
| California State Prison, Sacramento | 1,828 | 2,200 | 120.4% |
| California State Prison, San Quentin | 3,082 | 4,414 | 143.2% |
| California State Prison, Solano | 2,610 | 3,997 | 153.1% |
| California Substance Abuse Treatment Facility, Corcoran | 3,424 | 5,531 | 161.5% |
| Chuckawalla Valley State Prison | 1,738 | 2,588 | 148.9% |
| Correctional Training Facility | 3,312 | 5,195 | 156.9% |
| Deuel Vocational Institution | 1,681 | 2,595 | 154.4% |
| Folsom State Prison | 2,066 | 2,923 | 141.5% |
| High Desert State Prison | 2,324 | 3,279 | 141.1% |
| Ironwood State Prison | 2,200 | 3,390 | 154.1% |
| Kern Valley State Prison | 2,448 | 3,666 | 149.8% |
| Mule Creek State Prison | 1,700 | 2,829 | 166.4% |
| North Kern State Prison | 2,694 | 4,748 | 176.2% |
| Pelican Bay State Prison | 2,380 | 2,865 | 120.4% |
| Pleasant Valley State Prison | 2,308 | 3,595 | 155.8% |
| RJ Donovan Correctional Facility | 2,200 | 3,302 | 150.1% |
| Salinas Valley State Prison | 2,452 | 3,466 | 141.4% |
| Sierra Conservation Center* | 3,736 | 4,777 | 127.9% |
| Valley State Prison | 1,980 | 3,197 | 161.5% |
| Wasco State Prison | 2,984 | 5,208 | 174.5% |
| **Individual CDCR Institutions - Women** | | | |
| California Institution for Women* | 1,398 | 2,055 | 147.0% |
| Central California Women's Facility | 2,004 | 3,538 | 176.5% |
| Folsom Women's Facility | 403 | 185 | 45.9% |

* The individual Design Capacity and Actual Population figures for California Correctional Center, Sierra Conservation Center and California Institute for Women include persons housed in camps. This population is excluded from the "Total housed in adult institutions" included on Exhibit A.

[1] The "Actual Population" includes inmates housed in medical and mental health inpatient beds located within Correctional Treatment Centers, General Acute Care Hospitals, Outpatient Housing Units, and Skilled Nursing Facilities at the State's 33 institutions. Many of those beds are not captured in "Design Capacity".

Source - June 10, 2013 Weekly Population Report, available at:
http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.