KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
WILLIAM DOWNER, State Bar No. 257644
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE INTRODUCTION OF DR. JOHN BRIM'S DEPOSITION TRANSCRIPT IN LIEU OF LIVE TESTIMONY**<br><br>Date: June 19, 2013<br>Time: 10:15 a.m.<br>Courtroom: 4<br>Judge: The Honorable Lawrence K. Karlton |

**NOTICE OF MOTION AND MOTION**

TO PLAINTIFF RALPH COLEMAN AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendants Edmund G. Brown Jr., et al., move this Court for an in limine order to bar Plaintiffs from introducing Dr. John Brim's deposition transcript in

1

1  lieu of live testimony.  This motion is based on this notice, the points and authorities, the Court's
2  file in this case, the declarations and exhibits filed in support of Defendants' motion, and any
3  further argument presented to the Court regarding this motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

At the hearing on Plaintiffs' motion for affirmative relief related to inpatient care, Plaintiffs may seek to admit Dr. John Brim's deposition transcript in lieu of live testimony.  The Court should bar admitting Dr. Brim's deposition transcripts in lieu of live testimony because he is not a party and there has been no showing that he is unavailable to testify.

**II.  ARGUMENT**

Under the Federal Rules of Evidence, prior testimony is admissible as a hearsay exception only if the declarant is unavailable for trial. Fed. R. Evid. 802 & 804(b)(1); *accord U.S. v. Inadi*, 475 U.S. 387, 394 (1986).  Similarly, the Federal Rules of Civil Procedure allows, but limits, using depositions in lieu of in-court testimony to circumstances where the deponent is an adverse party or the court finds that the deponent is unavailable. *See* Fed.  R. Civ. P.  32(a) (1)-(8); *and see, e.g., Angelo v. Armstrong World Industries, Inc.*, 11 F.3d 957, 962–63 (10th Cir. 1993)*; Suarez v. Wotring,* 155 N.C. App. 20, 573 S.E.2d 746, 750–51 (2002).

Dr. Brim's deposition transcript is inadmissible under both sets of federal rules.  First, the transcript is hearsay that cannot be admitted under the prior testimony exception because Plaintiffs have not shown that Dr. Brim is unavailable to testify at trial, and no other exception to the rule against hearsay applies.  Fed. R. Evid. 802 & 804(b)(1)  Second, Dr. Brim's deposition transcript is not independently admissible under the Federal Rules of Civil Procedure because he is not an adverse party under Rule 32(a)(3) or unavailable under (a)(4) (requiring that a witness be dead, more than 100 miles from the place of hearing, or have an illness, infirmity, or other incapacitation that prevents attendance).   For all these reasons, Dr. Brim's deposition transcript is not admissible in lieu of his sworn, in-court testimony.

2

Defs. Mt. In Limine to Exclude Introduction of Dr. Brin's Depo. Transcript in lieu of Live Testimony
(2:90-cv-00520 LKK JFM PC)

# CONCLUSION

Plaintiffs cannot establish that Dr. Brim is unavailable to testify within the Rules of Evidence or Civil Procedure, or that he is an adverse party. For these reasons, his deposition transcript is inadmissible in lieu of live, in-court testimony.

Dated: June 19, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/ Debbie J. Vorous*

DEBBIE J. VOROUS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3

Defs. Mt. In Limine to Exclude Introduction of Dr. Brin's Depo. Transcript in lieu of Live Testimony
(2:90-cv-00520 LKK JFM PC)