# APPENDIX A

**Laws Identified by Defendants as
Requiring Waiver for Implementation of the Amended Plan**[1]

| Component | Law |
| --- | --- |
| 1) Fire camps | ----- |
| 2) Leasing jail space | Cal. Gov't Code §§ 4525-4529.0, 4530-4535.3, 7070-7086, 7105-7118, & 14835-14837 |
| | Cal. Gov't Code §§ 13332.10, 14660, 14669, 15853 |
| | Cal. Gov't Code § 14616 |
| | Cal. Gov't Code §§ 18500 *et seq.* |
| | Cal. Gov't Code § 19130(a)(3) |
| | Cal. Penal Code § 1170(a) |
| | Cal. Penal Code § 1170(h)(3) |
| | Cal. Penal Code § 1216 |
| | Cal. Penal Code § 2900 & 2901 |

---

[1] We take these laws directly from defendants' May 2, 2013 filing. *See* Defs.' Resp. to Apr. 11, 2013 Order (ECF No. 2609/4572). We reiterate that this list is not exclusive and we will not accept as a reason for non-compliance any contention that it omits a necessary law. Defendants must proceed as if they have full legal authorization to implement the Amended Plan.

| Component | Law |
|---|---|
| 3) Good time credits (full) | Cal. Penal Code § 2933.05(a), (e) |
| | Cal. Penal Code § 2933.1 |
| | Cal. Penal Code § 2933.3 |
| | Cal. Penal Code § 667(c)(5) |
| | Cal. Penal Code § 1170.12(a)(5) |
| | Cal. Code Regs. tit 15 §§ 3042 *et seq.* & 3044(b)(1) |
| | Cal Gov't Code §§ 11340 *et seq.* |
| 4) Expanding parole | Cal. Penal Code § 3550 |
| 5) Out-of-state prisoners not to be returned[2] | ----- |

---

[2] Defendants do not list any state laws preventing them from implementing this measure and cite only the need for a legislative appropriation. Defs.' Resp. to Apr. 11, 2013 Order at 33 (ECF No. 2609/4572).