**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:  Civ. S-90-0520 LKK JFM  P<br><br>DATE:   06/19/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: C. Bodene |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, Thomas Nolan, Jane Kahn, | Debbie Vorous, Jay Russell, Maneesh Sharma |
| Lori Rifkin, Aaron Fischer, Margot Mendelson | William Downer, Patrick McKinney, |

**Proceedings: Day 1 - Evidentiary Hearing  re [4543] .**

10:15　Court in session with all counsel present re defendants' Motions in limine. After argument, defendants' motion in limine to exclude introduction of Dr. John Brim's Deposition Transcript in Lieu of Live Testimony  [4661] is OVERRULED. As to defendants' two other motions in limine [4659], [4660], the court will take evidence and, if defendants' request it, will allow a response.

10:24　Plaintiffs' Opening Statement by Mr. Bien.

10:40　Defendants' Opening Statement by Ms. Vorous.

10:52　Conclude Opening statements.

10:53　Plaintiffs call **Dr. Pablos Stewart** sworn/testified on direct by Mr. Nolan.  Counsel refers to docket Nos. [4381], [4617].

10:54　Defendants do not wish to voir dire Dr. Stewart regarding his qualifications.

10:54　Continue direct examination of Dr. Stewart.  Document used Tab B - [4618], C - [4411], D - [4381], E - [3913-3].

11:36　Cross-examination of witness Dr. Stewart by Ms. Vorous.

12:00　Court in recess.

1:30　Court in session with all counsel present. Continue cross-examination of witness Dr. Pablo Stewart by Ms. Vorous. Exhibits C , B.

1:52　Direct of witness Dr. Stewart by Mr. Nolan. Exhibit C.

1:54　Nothing further, witness is excused.

1:55　Plaintiffs call witness **Dr. Joel Badeaux**, sworn/testified on direct by Ms. Rifkin. Counsel refers to docket No. [4560-1].  Witness not offered as an expert witness, but as a percipient witness. No objection.

2:38　Cross-examination of witness Dr. Joel Badeaux by Mr. Russell. Counsel refers to docket no. [4544].

3:00　Nothing further, witness is released.

3:00　Court in recess.

3:20　Plaintiffs call witness **Jeanne Woodford**, sworn/testified on direct by Ms. Mendelson. Counsel refers to docket No. [4380].  Plaintiffs move to admit Exhibit 1 into evidence.  Tab E.

3:44    Cross-examination of witness Jeanne Woodford by Mr. Sharma.
3:57    Nothing further, witness is released.
4:00    Plaintiffs rest.
3:58    Defense calls first witness **Pamela Ahlin**, sworn/testified on direct by Ms. Vorous.
4:30    Court in recess until 9:15 AM 06/20/2013.