## United States District Court
### Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>    Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>    Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK JFM P<br>DATE:   06/20/2013<br>Deputy Clerk:   A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiffs

Michael Bien, Lori Rifkin,

Aaron Fischer

For the Defendants

Debbie Vorous, Jay Russell,

William Downer

**Proceedings: Day 2 - Evidentiary Hearing re [4543] .**

9:15   Court in session with all counsel present. Plaintiffs' move Exhibit 1 into evidence, no objection. Exhibit 1 ADMITTED.
9:20   Continue direct examination of witness **Pamela Ahlin** by Ms. Vorous.
9:39   Cross-examination of witness Ahlin by Ms. Rifkin. Plaintiffs' move to admit exhibit 2 into evidence - as redacted - ADMITTED. Plaintiffs' Exhibit 3 marked for identification purposes.
10:30  Court in recess.

10:45  Court in session with all counsel present. Continue cross-examination of witness Pamela Ahlin by Ms. Rafkin. Plaintiffs' Exhibit 4, Exhibit 5  [4404], and Exhibit 6  [4602] marked for identification purposes.
12:00  Court in recess until 9:15 AM 06/21/2013.


   EXHIBITS ADMITTED: Plaintiffs' Exhibits 1, 2.


Exhibits
1 - Salina Valley Psychiatric Program Intermediate Inpatient Treatent Facility Program Manuel. Procedure 6.12
2 - Emails: one is forwarding an email dated 06/10/2013 that contains another email from Pamela Rogers on 06/14/2013.
3 - cover page which is an email conveying this to the Special Master and to Plaintiffs' counsel w/staffing report for the department of State Hospitals
4 - "Department of State Hospitals" reflecting the budget of the Department of State Hospitals
5 - Document previously been filed with this Court under Docket [4404], filed on 03/15/2013, as part of declaration of Michael Bien.
6 - Document [4602] filed in this court record on 05/09/2013. Declaration of Kathryn Radtkey-Gaither in supp of dfts' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment.