| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Deputy Attorney General<br>JAY C. RUSSELL (SBN 122626)<br>Supervising Deputy Attorney General<br>DEBBIE J. VOROUS (SBN 166884)<br>Deputy Attorney General<br>PATRICK R. MCKINNEY (SBN 215228)<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5717<br>  Fax:  (415) 703-5843<br>  Email: Jay.Russell@doj.ca.gov | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER (SBN 39374)<br>PAUL B. MELLO (SBN 179755)<br>WALTER R. SCHNEIDER (SBN 173113)<br>SAMANTHA D. WOLFF (SBN 240280)<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>Email:  pmello@hansonbridgett.com<br><br>*Attorneys for Defendants* |

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                        Plaintiffs,<br><br>               v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                        Defendants. | C 90-0520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| **MARCIANO PLATA, ET AL.,**<br><br>                                        Plaintiffs,<br><br>               v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                        Defendants. | C01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**NOTICE OF APPEAL TO THE SUPREME COURT OF THE UNITED STATES**<br><br>**To: Three-Judge Court** |

1

Notice is given that Defendants Edmund G. Brown Jr., John Chiang, Ana J. Matosantos, Jeffrey Beard, and Cliff Allenby appeal to the Supreme Court of the United States from the Three-Judge Court's June 20, 2013 Opinion and Order Requiring Defendants to Implement an Amended Plan, which imposes injunctive relief under the Prison Litigation Reform Act. *See* 18 U.S.C. § 3626(a)(3), (g)(4). This appeal is taken under 28 U.S.C. § 1253.

Dated: June 24, 2013                                Respectfully submitted,

                                                    KAMALA D. HARRIS
                                                    Attorney General of California


                                                    /s/
                                                    JAY C. RUSSELL
                                                    Supervising Deputy Attorney General
                                                    *Attorneys for Defendants Brown, Chiang,*
                                                    *Matosantos, Beard, and Allenby*

Dated: June 24, 2013                                Respectfully submitted,

                                                    HANSON BRIDGETT LLP


                                                    /s/
                                                    PAUL B. MELLO
                                                    *Attorneys for Defendants Brown, Chiang,*
                                                    *Matosantos, Beard, and Allenby*

SF2007200670