# United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:  Civ. S-90-0520 LKK JFM P<br>DATE:   06/21/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiffs                                               For the Defendants

Michael Bien, Lori Rifkin,                                Debbie Vorous, Jay Russell,

Aaron Fischer                                                   Maneesh Sharma, Patrick McKinney

**Proceedings: Day 3 - Evidentiary Hearing re [4543] .**

9:15　Court in session with all counsel present.
9:20　Continue cross-examination of witness **Pamela Ahlin** by Ms. Rifkin. Plaintiffs move Exhibits 3, 4, 5, and 6 into evidence - ADMITTED. Plaintiffs move to admit Exhibit 7 - ADMITTED. Plaintiffs' Exhibit 8, marked for identification purposes.
10:18　Re-direct of witness Pamela Ahlin by Ms. Vorous. Defendants' exhibit 1 marked for identification purposes. Defense exhibit 1 renamed exhibit A. Defense moves to admit exhibit A - ADMITTED. Plaintiffs' Exhibit 4.
10:32　Re-cross of witness Ahlin by Ms. Rafkin.
10:44　Re-re-direct of witness Ahlin by Ms. Vorous.
10:45　Nothing further, witness is excused.
10:45　Court in recess.

11:00　Court in session with all counsel present. Defendants call witness **Dr. Ariel Troncoso** sworn/testified by Mr. Russell.
12:00　Court in recess.

1:30　Court in session with all counsel present. Continue direct examination of witness Dr. Troncoso by Mr. Russell. Defense Exhibit B, moved into evidence - ADMITTED.
1:48　Cross-examination of witness Dr. Troncoso by Ms. Rifkin. Plaintiffs' Exhibit 9 and Exhibit 10 are marked for identification. Plaintiffs' exhibit 11 [4441] marked for identification. Exhibit 8.
2:37　Re-direct of witness Dr. Troncoso by Mr. Russell.
2:40　No re-cross. Plaintiffs move exhibits 8, 9, 10 and 11 into evidence - ADMITTED.
2:45　Court in recess.

3:00　Court in session with all counsel present. Defense calls witness **Randolf Grounds,** sworn/testified on direct by Mr. Sharma.

3:40 Cross-examination of witness Randolf Grounds by Mr. Fischer. Plaintiffs exhibit 12 is moved into evidence - ADMITTED. Plaintiffs' exhibits 13 marked for identification purposes. Plaintiff moves Exhibit 14 [4472] into evidence - ADMITTED.

4:30 Court in recess until 9:15 AM 06/24/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits 3, 4, 5, 6, 7, 8, 9, 10, 11,12, 14.
Defense Exhibit A, B.

## Exhibits

3 - cover page which is an email conveying this to the Special Master and to Plaintiffs' counsel w/staffing report for the department of State Hospitals

4 - "Department of State Hospitals" reflecting the budget of the Department of State Hospitals

5 - Document previously been filed with this Court under Docket [4404], filed on 03/15/2013, as part of declaration of Michael Bien.

6 - Document [4602] filed in this court record on 05/09/2013. Declaration of Kathryn Radtkey-Gaither in supp of dfts' Opposition to Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient Treatment.

7- Consent Judgment between the United States of America and the State of California and the Department of Mental Health entered in 2006 which governs treatment in what was the Department of Mental Health and now the Department of State Hospitals.

8 - Suicide Report for an inmate from Salinas Valley State Prison for a suicide that occurred in November.

9 - 01/23/2013 letter to Dr. DeSilva by Staff Psychiatrists.

10 - 02/12/2013 letter to Dr. DeSilva.

11 - Document [4441] filed in this court record on 03/22/2013. Reply Declaration of Kathryn Radtkey-Gaither in support of Defendants' Motion to Terminate Under the Prison Litigation Reform Act.

12 - email sent from defense counsel to plfts counsel

13 - Memo from Mr. Brewer to Ms. Radavsky re Salinas Valley Psychiatric Prgram (SVPP) Dormitory Utilization Plan dated 01/31/08

14 -Reply Declaration of Tim Belavich in Support of Defendants' Motion to Terminate, docket No. {4472}.


A - Photograph of whiteboard of proposed present and proposed work schedule.

B - Discharge summary prepared by Dr. Troncoso