**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:  Civ. S-90-0520 LKK JFM P<br><br>DATE:   06/24/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: C. Bodene |

For the Plaintiffs                                              For the Defendants

Michael Bien, Lori Rifkin,                              Debbie Vorous, Jay Russell,

Aaron Fischer                                                 Maneesh Sharma, Patrick McKinney

**Proceedings: Day 4 - Evidentiary Hearing re [4543] .**

9:20   Court in session with all counsel present. Continue cross-examination of witness **Randolf Grounds** by Mr. Fischer. Plaintiffs' exhibit 14. Plaintiffs' Exhibit 15 moved into evidence - ADMITTED. Plaintiffs' exhibit 16 moved into evidence - ADMITTED.

9:52   Re-direct of witness Grounds by Mr. Sharma. Exhibit 12. The parties stipulate that all documents previously offered so far may be ADMITTED into evidence. (Exhibit 13 ADMITTED into evidence pursuant to stipulation).

9:59   Nothing further, witness is released.

10:00  Defense calls witness **Kathryn Radtkey-Gaither** sworn/testified on direct by Mr. McKinney. Defendants' move exhibits C, D, E, F into evidence - ADMITTED.  Plaintiffs' Exhibits 5, 4.

10:30  Court in recess.

10:45  Court in session with all counsel present. Continue direct examination of witness Kathryn Radtkey-Gaither by Mr. McKinney.

10:55  Cross-examination of witness Radtkey-Gaither by Mr. Bein. Plaintiffs exhibit 17 moved into evidence - ADMITTED. Pltfs' Exhibits 5, 6.

12:00  Court in recess.

1:30   Court in session with all counsel present. Continue cross-examination of witness Kathryn Radtkey-Gaither by Mr. Bien. Plaintiffs move exhibits 18, 19 and 20 into evidence - ADMITTED.

2:07   Re-direct of witness Kathryn Radtkey-Gaither by Mr. McKinney. Plaintiffs' exhibit 5, 18.

2:15   Nothing further, witness is excused.

2:15   Defense calls witness **George Maynard**, sworn/testified on direct by Ms. Vorous.

2:28   Cross-examination of witness Maynard by Mr. Fischer.  Plaintiffs exhibit 21 marked for identification purposes.

2:42   Court inquires of witness regarding Plaintiffs' exhibit 9.

2:43   Nothing further, witness is released.

2:45   Court in recess.

| Time | Event |
|---|---|
| 3:00 | Court in session with all counsel present. Defense calls witness **Dante Karas** sworn/testified on direct by Mr. McKinney. Defendants' exhibit G marked for identification. Defendants' exhibit H moved into evidence - ADMITTED. Defense presents Exhibit I, J, K, L, and M moved into evidence - ADMITTED. Defendants' exhibit G moved into evidence - ADMITTED. Plaintiffs' exhibit 6. |
| 3:21 | Cross-examination of witness Dante Karas by Ms. Ratkin. Plaintiffs move exhibit 22 into evidence - ADMITTED. Exhibits H, A. |
| 3:51 | Re-direct of witness Dante Karas by Mr. McKinney. Exhibit 22. |
| 3:54 | Nothing further, witness is released. |
| 3:56 | Court notes that every exhibit that has been marked and presented has been admitted. Plaintiffs' exhibit 21 ADMITTED. |
| 3:55 | Defense recalls Ms. Radtkey-Gaither, previously sworn, on direct by Mr. McKinney. Plaintiffs' exhibit 22. |
| 4:02 | Cross-examination of witness Radtkey-Gaither by Mr. Bien. Plaintiffs' exhibit 23 moved into evidence - ADMITTED. |
| 4:06 | Nothing further, witness is excused. |
| 4:07 | Defendants' rest. |
| 4:08 | Closing Argument by Plaintiffs (Mr. Bien). |
| 4:22 | Closing Argument by Defense (Ms. Vorous). |
| 4:46 | Rebuttal by Plaintiffs. |
| 4:45 | Matter will stand SUBMITTED. Court order to follow. |

EXHIBITS ADMITTED: Plaintiffs' Exhibits 13, 15, 16, 17, 18, 19, 20, 21, 22, 23.
Defense Exhibits C, D, E, F, G, H, I, J, K, L, M.

Exhibits
- 15 - Salinas Valley Psychiatric Program Intermediate Inpatient treatment Facility Program Manuel - Policy 3.09
- 16 - Salinas Valley Psychiatric Program intermediate Inpatient Treatment Facility Program Manuel - Procedure 6.15
- 17 - 2 page document from psychiatrist at Atascadero Hospital to Linda Persons, Executive Director DSH Atascadero.
- 18 - Activation Schedule provided by defendants to plaintiffs' counsel - email from Ms. Vorous with attached exhibits.
- 19 - An email sent from Ms. Radtkey-Gaither on or about 04/23/2012, attached to 05/09/13 Declaration [4602]
- 20 - Downloaded last couple of days from department of mental health's website. Details of Migration Plan. Salinas Valley and Vacaville.
- 21 - 2 separate hiring postings for Salinas Valley State Psychiatric Program, one for Senior Psychiatrist and one for Psychologist.
- 22 - Document sent from defense counsel to plaintiffs' counsel, contains wait list published utilization report.
- 23 - A page from program guide governing referral time lines.

- C - Document related to another Court Order (Central District of CA)- Amended Consent Judgment
- D - Court Case in USA v. State of California, from Central District of CA.
- E - Expenditure History of Salina Valley State Prison for past 3 years.
- F - Department of State Hospitals - Blanket Position Funding. Salaries and wages supplement to the governor's budget.
- G - Spreadsheet tally of group/ hours held for each unit from 03/13 to 05/13.
- H - Spreadsheet SVPP Program Schedule for C5: June 2013 - August 2013.
- I - Spreadsheet SVPP Progam Schedule for C6: June 2013- August 2013
- J - Spreadsheet SVPP D5 Program Schedule: June 2013 - August 2013
- K - Spreadsheet SVPP D6 Program Schedule: June 2013- August 2013
- L - Spreadsheet SVPP ClinicalTreatment Center 1 Schedule - 2nd Quarter (June -Aug)
- M - Spreadsheet SVPP Clinical Treatment Center 2 Schedule - 2nd Quarter (June-Aug)