DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>Plaintiffs, <br><br>v. <br><br>EDMUND G. BROWN, JR., et al., <br><br>Defendants. | Case No. Civ S 90-0520 LKK_JFM <br><br>STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2013 |

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2013

[862187-1]

1   Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2   Statement for the First Quarter of 2013 to Defendants via overnight Federal Express on
3   April 25, 2013. Plaintiffs received Defendants' objections on June 14, 2013. The parties
4   completed their meet and confer process on June 21, 2013. Attached hereto as Exhibit A
5   are charts setting for the undisputed fees and costs due and owing for the first quarter of
6   2013, which total $1,600,000.

7   THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8   $1,600,000 plus interest is due and collectable as of forty-five days from the date of entry
9   of this Order. Interest on these fees and costs will run from May 27, 2013 (31 days after
10  Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.
11  § 1961.

12  IT IS SO STIPULATED.
13  DATED: June 25, 2013

William Downer
Deputy Attorney General
Attorneys for Defendants

17  DATED: July 2, 2012

Ernest Galvan
ROSEN BIEN GALVAN &
GRUNFELD, LLP
Attorneys for Plaintiffs

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2013
1

[862187-1]

# Exhibit A

Coleman v. Brown
Summary of Stipulated Fees and Costs
January 1, 2013 through March 31, 2013

|  | **FEES** | **COSTS** |
|---|---|---|
| Monitoring | $1,459,616.05 | $337,911.72 |
| Fees on Fees | $5,452.65 | $128.91 |
| **Totals:** | **$1,465,068.70** | **$338,040.63** |
|  | $1,803,109.33 | |
| **Settlement Amount** | **$1,600,000.00** | |
| **Amount Remaining in Dispute** | **$0.00** | |

862480

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount |
|---|---|---|---|---|
| Michael W. Bien | 682.20 | 679.60 | $211.50 | $143,735.40 |
| Ernest Galvan | 335.00 | 333.60 | $211.50 | $70,556.40 |
| Jane E. Kahn | 540.50 | 533.20 | $211.50 | $112,771.80 |
| Thomas Nolan | 511.40 | 507.60 | $211.50 | $107,357.40 |
| Aaron J. Fischer | 576.70 | 561.00 | $211.50 | $118,651.50 |
| Blake Thompson | 4.30 | 0.00 | $211.50 | $0.00 |
| Lisa Ells | 200.20 | 200.20 | $211.50 | $42,342.30 |
| Sumana Cooppan Wolf | 0.30 | 0.00 | $211.50 | $0.00 |
| Lori Rifkin | 65.20 | 59.10 | $211.50 | $12,499.65 |
| Michael Freedman | 25.00 | 25.00 | $211.50 | $5,287.50 |
| Krista Stone-Manista | 445.30 | 435.10 | $211.50 | $92,023.65 |
| Margot K. Mendelson | 570.80 | 557.20 | $211.50 | $117,847.80 |
| Kevin E. Jones | 346.30 | 346.30 | $211.50 | $73,242.45 |
| Glenn M. Baldwin | 357.40 | 352.90 | $211.50 | $74,638.35 |
| Eric Luttrell | 164.90 | 162.30 | $211.50 | $34,326.45 |
| Rolayn Tauben | 17.20 | 17.20 | $211.50 | $3,637.80 |
| Haruka Roudebush | 17.10 | 17.10 | $211.50 | $3,616.65 |
| Marc Shinn-Krantz | 450.90 | 443.60 | $211.50 | $93,821.40 |
| Abigail Haney | 305.60 | 305.60 | $211.50 | $64,634.40 |
| Doris Tseng | 475.90 | 459.00 | $211.50 | $97,078.50 |
| Fely Villadelgado | 4.50 | 0.00 | $211.50 | $0.00 |
| Gregory Gonzalez | 21.00 | 21.00 | $170.00 | $3,570.00 |
| Malika Andrews | 8.20 | 8.20 | $170.00 | $1,394.00 |
| Megan Sallomi | 49.00 | 49.00 | $211.50 | $10,363.50 |
| **Total** | **6174.90** | **6073.80** | | **$1,283,396.90** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount |
|---|---|---|---|---|
| Donald Specter | 25.50 | 25.50 | $211.50 | $5,393.25 |
| Steven Fama | 66.80 | 66.80 | $211.50 | $14,128.20 |
| Sara Norman | 1.30 | 1.30 | $211.50 | $274.95 |
| Warren George | 1.50 | 1.50 | $211.50 | $317.25 |
| Rebekah Evenson | 6.20 | 6.20 | $211.50 | $1,311.30 |
| Kelly Knapp | 0.50 | 0.50 | $211.50 | $105.75 |
| Corene Kendrick | 0.40 | 0.40 | $211.50 | $84.60 |
| Lauren Kelleher | 0.60 | 0.60 | $190.00 | $114.00 |
| Marley Williams | 0.70 | 0.70 | $190.00 | $133.00 |
| Fatinha Santos | 6.40 | 6.40 | $190.00 | $1,216.00 |
| Jessica Bendit | 9.20 | 9.20 | $190.00 | $1,748.00 |
| Kelly Nguyen | 8.80 | 8.80 | $190.00 | $1,672.00 |
| **Total** | **127.90** | **127.90** | | **$26,498.30** |

**K&L Gates**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount |
|---|---|---|---|---|
| Ranjini Acharya | 179.80 | 171.10 | $211.50 | $36,187.65 |
| Edward Sangster | 2.50 | 0.00 | $211.50 | $0.00 |
| Zachariah Baker | 0.60 | 0.00 | $211.50 | $0.00 |
| Jeffrey Bornstein | 139.40 | 139.40 | $211.50 | $29,483.10 |
| Megan Cesare-Eastman | 241.00 | 241.00 | $211.50 | $50,971.50 |
| Jon Michaelson | 24.90 | 24.90 | $211.50 | $5,266.35 |
| Mwape Musambachime | 13.10 | 13.10 | $211.50 | $2,770.65 |
| Linda Usoz | 70.20 | 70.20 | $211.50 | $14,847.30 |
| Linda Woo | 48.20 | 48.20 | $211.50 | $10,194.30 |
| **Total** | **719.70** | **707.90** | | **$149,720.85** |

**Total**                                          **$1,459,616.05**

862480

Coleman v. Brown
Monitoring Costs 489-3
January 1, 2013 through March 31, 2013

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Computer Legal Research | $6,264.87 | $6,264.87 |
| In-House Copying | $30,150.60 | $30,150.60 |
| Outside Copying | $58,986.70 | $58,986.70 |
| Telephone | $62.45 | $62.45 |
| Postage and Delivery | $3,411.76 | $3,411.76 |
| Translation | $65.00 | $65.00 |
| Plaintiffs' Experts | $125,929.24 | $125,929.24 |
| Defendants' Experts | $3,500.00 | $3,500.00 |
| E-Discovery | $21,862.57 | $21,862.57 |
| Transcripts | $27,536.92 | $27,536.92 |
| Travel | $12,569.20 | $12,286.60 |
| **Total** | | **$290,056.71** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $84.00 | $84.00 |
| Travel | $104.00 | $104.00 |
| Postage | $148.00 | $148.00 |
| **Total** | | **$336.00** |

**K&L Gates**

| Description | Actual | Claimed |
|---|---:|---:|
| Computer Legal Research | $536.85 | $536.85 |
| Telephone | $9.51 | $9.51 |
| Travel | $2,645.97 | $2,645.97 |
| Experts | $44,326.68 | $44,326.68 |
| **Total** | | **$47,519.01** |

**Total**              **$337,911.72**

862480

Coleman v. Brown
Fees on Fees 489-5
January 1, 2013 through March 31, 2013

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount |
|---|---|---|---|---|
| Ernest Galvan | 3.30 | 3.30 | $211.50 | $697.95 |
| Lisa Ells | 8.80 | 8.80 | $211.50 | $1,861.20 |
| Krista Stone-Manista | 0.20 | 0.00 | $211.50 | $0.00 |
| Kevin Jones | 13.00 | 13.00 | $211.50 | $2,749.50 |
| **Total** | **25.30** | **25.10** | | **$5,308.65** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount |
|---|---|---|---|---|
| Edie DeGraff | 0.80 | 0.80 | $180.00 | $144.00 |
| **Total** | **0.80** | **0.80** | | **$144.00** |

| | | | | |
|---|---|---|---|---|
| | **Total** | | | **$5,452.65** |

Coleman v. Brown
Costs on Fees 489-5
January 1, 2013 through March 31, 2013

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Outside Copying | $45.02 | $45.02 |
| In-house Copying | $72.20 | $72.20 |
| Postage and Delivery | $11.69 | $11.69 |
| **Total** | | **$128.91** |

**Total**  $128.91

862480