| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>JANE E. KAHN - 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN - 169692<br>LORI E. RIFKIN – 244081<br>AARON J. FISCHER – 268583<br>KRISTA STONE-MANISTA - 269083<br>ROSEN BIEN GALVAN & GRUNFELD, LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 |
| CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>600 Harrison Street, Suite 120<br>San Francisco, California  94107-1389<br>Telephone:   (415) 864-8848 | JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN - 253845<br>K&L GATES LLP<br>4 Embarcadero Center, SUITE 1200<br>San Francisco, California  94111-5994<br>Telephone:   (415) 882-8200 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>           Defendants. | Case No. Civ S 90-0520 LKK_JFM<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2013** |

[862215-1]

1  On June 21, 2013, the parties in this case filed a stipulation confirming the results of their meet and confer session concerning fees and costs for the first quarter of 2013, pursuant to the March 19, 1996 periodic fees order in this case.

Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and costs of $1,600,000, plus interest, are due and collectable forty-five days from the date of entry of this Order. Interest on this amount will run from May 27, 2013, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED

DATED: _____, 2013