DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>Plaintiffs, <br><br>v. <br><br>EDMUND G BROWN, JR., et al., <br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM P <br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>EDMUND G. BROWN, JR., et al., <br><br>Defendants. | Case No. C01-1351 TEH <br><br>**THREE JUDGE COURT** <br><br>**AMENDED DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY THREE-JUDGE COURT'S JUNE 20, 2013 ORDER REQUIRING DEFENDANTS TO IMPLEMENT AMENDED PLAN PENDING APPEAL** |

[872347-1]

I, Ernest Galvan, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for the *Coleman* Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this amended declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay Three-Judge Court's June 20, 2013 Order Requiring Defendants To Implement Amended Plan Pending Appeal. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. Attached hereto as Exhibit A is a true and correct copy of Legislative Analyst's Office document dated April 17, 2013, titled "Complying With the Three-Judge Panel Prison Population Limit," downloaded from the Legislative Analyst's Office website, and available at http://www.lao.ca.gov/handouts/crimjust/2013/Complying-Three-Judge-Panel-041713.pdf, last accessed July 1, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of a page from the "CDCR Today" website, dated May 2, 2013, and titled "California Files Court-Ordered Prison Plan, Vows Supreme Court Appeal," available at http://cdcrtoday.blogspot.com/2013/05/california-files-court-ordered-prison.html, last accessed July 1, 2013.

4. Attached hereto as Exhibit C is a true and correct copy of the deposition reporter's transcript from the May 21, 2013 deposition of Kathy Black Dennis, the Director of Standards and Accreditation at the American Correctional Association.

5. Attached hereto as Exhibit D is a true and correct copy of a CDCR Report dated January 2013, titled "CDCR'S LIFER REPORT SERIES, LIFER PAROLEE RECIDIVISM REPORT," printed from the web page of CDCR's "Adult Research Branch," available at http://www.cdcr.ca.gov/Adult_Research_Branch/Research_Documents/FINAL_06_07_Lifer_Parolee_Recidivism_1_14_13.pdf, last accessed July 2, 2013.

[872347-1]

1    6.    Attached hereto as Exhibit E is a true and correct copy of a report from Pulitzer/Bogard & Associates, LLC, dated October 3, 2011, and titled "California Department of Corrections and Rehabilitation Prison Capacity Planning, Final Report." Although it also contains a legend "Attorney-Client Work Product," any privilege was waived when this document was produced in discovery in proceedings regarding the *Coleman* termination motion. This document was filed previously as Exhibit 8 to the Declaration of Michael W. Bien In Support of Plaintiffs' Opposition to Defendants Motion to Terminate (*Coleman* Docket No. 4399, 4399-1, Mar. 15, 2013).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 3d day of July, 2013.

/s/ Ernest Galvan
Ernest Galvan