KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5553
  Fax:  (415) 703-1234
  E-mail:  patrick.mckinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone:   (415) 777-3200
  Fax:  (415) 541-9366
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JEFFREY BEARD, Ph.D., IN SUPPORT OF DEFENDANTS' STATUS REPORT IN RESPONSE TO JUNE 30, 2011, APRIL 11, 2013, AND JUNE 20, 2013 ORDERS** |

I, JEFFREY BEARD, Ph.D., declare as follows:

1.    I am the Secretary of the California Department of Corrections and Rehabilitation (CDCR).  I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.  My background and qualifications are stated in my prior declarations submitted to this Court, and I do not repeat them here.  I submit this declaration in support of Defendants' July 3, 2013 Status Report in Response to the Court's June 30, 2011, April 11, 2013, and June 20, 2013 Orders.

2.    On June 25, 2013, CDCR dedicated the 1,818 bed California Health Care Facility in Stockton.  This facility, which will provide state-of-the-art medical and mental health care to the state's sickest inmate-patients, will begin receiving patients on July 22, 2013.  This facility is the latest example of Defendants' commitment to provide quality care to inmates.

3.    The budget for fiscal year 2013-14 includes an increase of $15.4 million to fund the participation of 3,800 state prison inmates in fire camps.  CDCR's Blueprint ("The Future of California Corrections") contemplated reducing fire camp capacity to 2,500 inmates by June 27, 2013 but, due to the budget increase and CDCR's efforts to screen and evaluate additional inmates for fire camp eligibility, CDCR currently houses 3,919 inmates in fire camps.  CDCR will continue to house at least 3,800 inmates in fire camps consistent with the Court's Amended Plan.

4.    On June 21, 2013, Defendants submitted to the Legislature draft language proposing changes to state law to: (1) increase certain prison credits; (2) expand the eligibility criteria for medical parole; (3) establish a parole process for low-risk elderly inmates; (4) obtain a legislative appropriation of funds to contract up to 1,600 jail beds from counties with available capacity; and (5) obtain a legislative appropriation of funds to slow the rate of returning inmates housed out-of-state to California.  A true and correct copy of my letter to The Honorable Darrell Steinberg and The Honorable John A. Perez submitting the draft language to the Legislature for its consideration is attached as Exhibit 1.

5.    With respect to changes to prison credits, Defendants are assessing the Court's order to implement credits retroactively, as well as potential alternative measures to achieve the same level of reductions.

6.    In addition to the proposed legislative language expanding the criteria for medical parole and parole for low-risk elderly inmates, Defendants have worked with the Receiver to obtain a list of potentially eligible candidates for medical parole under the expanded criteria. Defendants are currently working with the Receiver's Office and the Board of Parole Hearings to develop a schedule and process for implementing the measure for eligible inmates.  Defendants are working to identify low-risk elderly inmates potentially eligible for parole under the expanded criteria.  Defendants are also working with the Board of Parole Hearings to develop a process for implementing this measure.

7.    As discussed in Exhibit 1, Defendants requested that the Legislature appropriate from the General Fund up to $150 million for the 2013-14 fiscal year, and up to $300 million for the 2014-15 fiscal year to maintain the out-of-state custody program.  Prior to June 30, 2013, Defendants identified and endorsed inmates for participation in the out-of-state program, and housed 8,961 inmates in other states as of June 26, 2013.  Defendants will continue to implement this measure and, as with other measures, are assessing the need for waivers of additional state laws.

8.    In addition to the proposed legislative language to permit CDCR to contract for up to 1,600 jail beds from counties with available capacity, Defendants are continuing to pursue the viability of this option.

9.    Defendants are continuing "to develop a system to identify prisoners who are unlikely to reoffend or who might otherwise be candidates for early release," as required by this Court's orders.

/ /

/ /

/ /

/ /

2

1     I declare under penalty of perjury under the laws of the State of California and the United

2  States of America that the foregoing is true and correct.  Executed in Sacramento, California on

3  July 3, 2013.

4

5                           __/s/ (original signature retained by counsel)_____

6                                JEFFREY BEARD, Ph.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. Jeffrey Beard Supp. Defs.' Status Report in Resp. to June 30, 2011, Apr. 11, 2013, & June 20, 2013 Orders
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH