KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 257644
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5345
Fax: (916) 324-5205
E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**EDMUND G. BROWN JR., et al.,**<br>Defendants. | 2:90-cv-00520 LKK JFM PC<br>**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF SCHEDULING FOR PLAINTIFFS' MOTIONS FOR AFFIRMATIVE RELIEF**<br>Judge: Hon. Lawrence K. Karlton |

On May 31, 2013, the parties filed a proposed schedule for completion of discovery and briefing Plaintiffs' Motion for Enforcement and Court Orders and Affirmative Relief re: Improper Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation ("Segregation Motion") and Motion for Enforcement of Court Orders and Affirmative Relief Related to Use of Force and Disciplinary Measures ("Use of Force/Discipline Motion"). (ECF No. 4645.) The Court adopted the schedule proposed by the parties except for the date of the status conference to address pre-evidentiary hearing matters, which the Court set for July 25, 2013 at 10:00 a.m.

(ECF No. 4646.)

The parties have met and conferred regarding the completion of discovery and briefing on Plaintiffs' Segregation Motion and Use of Force/Discipline Motion and, given the length of the evidentiary hearing held on Plaintiffs' motion concerning the inpatient programs operated by the Department of State Hospitals, request the following modifications of the discovery and briefing schedule:

1. The deadline by which Defendants shall file and serve their opposition to Plaintiffs' Segregation Motion and Use of Force/Discipline Motion shall be July 24, 2013. Defendants shall serve Plaintiffs with declarations of their expert witnesses no later than July 17, 2013.

2. Plaintiffs' reply briefs in support of said motions shall be filed and served no later than August 9, 2013.

3. Plaintiffs may take depositions of Defendants' witnesses in advance of the filing of their reply briefs.

The parties do not request any further modifications to the Court's scheduling order except regarding the July 25, 2013 status conference to address the pre-evidentiary hearing matters. Because Defendants' opposition is now due on July 24, 2013, the parties request that the Court postpone the status conference to the following week.

SO STIPULATED

Dated: July 8, 2013

By: /s/ Debbie Vorouos
Debbie J. Vorous
Office of the Attorney General
Attorneys for Defendants

Dated: July 8, 2013

By: /s/ Michael Bien
Michael Bien
Rosen Bien Galvan & Grunfeld LLP
Attorneys for Plaintiffs

SO ORDERED

The above stipulation is the Order of this Court

Dated: July ___, 2013

Lawrence K. Karlton
Senior United State District Judge
Eastern District of California

CF1997CS0003