KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-5345
 Fax:  (916) 324-5205
 E-mail:  Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL AND REQUEST TO TERMINATE WILLIAM H. DOWNER FROM SERVICE LIST** |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

**TO CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following person as Deputy Attorney General to the case:

/ / /

/ / /

/ / /

1

Notice of  Association of Counsel and Request to Terminate William H. Downer from Service List
(2:90-cv-00520 LKK JFM PC)

Jessica S. Kim, State Bar No. 257766
Deputy Attorney General
Office of the Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 323-8789
Facsimile: (916) 324-5205
Email: Jessica.Kim@doj.ca.gov

    Please add Jessica S. Kim to the Court's service list and terminate William H. Downer from the Court's service list.

Dated: July 9, 2013                        Respectfully Submitted,

                                              KAMALA D. HARRIS
                                              Attorney General of California
                                              JAY C. RUSSELL
                                              Supervising Deputy Attorney General

                                              ***/s/ Jessica S. Kim***

                                              JESSICA S. KIM
                                              Deputy Attorney General
                                              *Attorneys for Defendants*

CF1997CS0003

2

Notice of Association of Counsel and Request to Terminate William H. Downer from Service List
(2:90-cv-00520 LKK JFM PC)