MICHAEL W. BIEN – 096891
JANE E. KAHN - 112239
ERNEST GALVAN – 196065
THOMAS NOLAN - 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 268583
KRISTA STONE-MANISTA - 269083
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone:   (415) 864-8848

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN - 253845
K&L GATES LLP
4 Embarcadero Center, SUITE 1200
San Francisco, California  94111-5994
Telephone:   (415) 882-8200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK_JFM |
|---|---|
| Plaintiffs, | **ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2013** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

[862215-1]

ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2013

1    On July 2, 2013, the parties in this case filed a stipulation confirming the results of
2 their meet and confer session concerning fees and costs for the first quarter of 2013,
3 pursuant to the March 19, 1996 periodic fees order in this case.
4    Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and
5 costs of $1,600,000, plus interest, are due and collectable forty-five days from the date of
6 entry of this Order.  Interest on this amount will run from May 27, 2013, accruing at the
7 rate provided by 28 U.S.C. § 1961.
8    IT IS SO ORDERED
9 Dated:  July 8, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Coleaf1q13.docx.

[862215-1]

ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2013