IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,        No. 2:90-cv-0520 LKK JFM P

   vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.      <u>ORDER</u>

_____/

        The parties have filed a stipulation and proposed order to modify the court's June 11, 2013 order (ECF No. 4646) concerning scheduling of discovery and briefing on plaintiffs' motions concerning segregated housing and use of force and disciplinary measures. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants shall file and serve their opposition to plaintiffs' segregation motion and use of force/discipline motion on or before July 24, 2013. Defendants shall serve plaintiffs with declarations of their expert witnesses no later than July 17, 2013.

        2. Plaintiffs' reply briefs in support of said motions shall be filed and served not later than August 9, 2013.

        3. Plaintiffs may take depositions of defendants' witnesses in advance of filing their reply briefs.

1

4. On or before Thursday, July 25, 2013 the parties shall file a joint status report setting forth their estimate(s) of the total time that will be required to complete the evidentiary hearing on plaintiffs' motions, and dates, if any, when counsel and/or witnesses will be unavailable.

5. The status conference set for July 25, 2013 is reset to July 31, 2013 at 10:00 a.m.

6. In all other respects the provisions of this court's June 11, 2013 order remain in full force and effect.

DATED: July 10, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2