KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - SBN 166884
PATRICK R. McKINNEY – SBN 215228
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER – SBN 39374
PAUL B. MELLO – SBN 179755
WALTER R. SCHNEIDER – SBN 173113
SAMANTHA D. WOLFF- SBN 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JAY ATKINSON IN SUPPORT OF DEFENDANTS' JULY 18, 2013 STATUS REPORT** |

I, Jay Atkinson, declare:

1. I am the Chief of the Offender Information Services Branch for the California Department of Corrections and Rehabilitation (CDCR). I have been with the Offender Information Services Branch of CDCR since 1999, and have assisted in gathering data maintained by CDCR on numerous occasions. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' July 18, 2013 Status Report.

2. As Chief of the Offender Information Services Branch, I am responsible for management and oversight of the Offender Information Services Branch that supplies research and analysis to CDCR and outside agencies regarding inmate population estimates and projections.

3. On June 30 2007, CDCR housed 32,397 non-sex registering inmates without a prior serious or violent offense who were serving time for non-serious, non-violent offenses.

4. On November 30, 2008, CDCR housed 30,128 non-sex registering inmates without a prior serious or violent offense who were serving time for non-serious, non-violent offenses.

5. As of July 3, 2013, CDCR housed only 9,077 such non-serious, non-violent, non-sex registering offenders without a prior serious or violent offense. This number includes inmates with moderate and high-risk scores under the California Static Risk Assessment (CSRA). "Moderate" and "high" risk scores under the CSRA means that there exists a far greater likelihood that these inmates will reoffend upon release. The chart as Exhibit A demonstrates the above-described reduction in the number of non-serious, non-violent, non-registerable sex offenders in CDCR custody from June 2007 to July 2013.

6. This current population of 9,077 non-serious, non-violent, non-registerable sex offenders also includes inmates who pose a substantial risk to the community based on their in-prison behavior or amount of time served. For example, it includes inmates

who have committed serious in-prison felonies or who are validated prison gang-members

7. Of the 9,077 non-serious, non-violent, non-registerable sex offenders, only 1,205 are defined under the CSRA as having a low risk to recidivate, have not been validated as a prison gang member, have not committed in-prison felonies within the past 10 years, and have less than a year to serve on their sentence. Excluding the time-left-to-serve constraint yields a population of 1,777 inmates. Stated another way, over three-quarters of the 9,077 inmates currently have more than a year left to serve on a term for a non-violent, non-serious, and/or non-registerable sex offense, and are at a high or medium risk (again, as these terms are understood under the CSRA) of reoffending upon release, and/or have committed a serious in-prison felony or have been validated as a gang member.

8. There are currently 26,050 inmates serving a sentence of life without the possibility of parole (excluding third-strike offenders). Of this "lifer" population, 66% are serving sentences for first-degree or second-degree murder, and another 21% are serving life sentences for attempted murder, kidnapping, and rape. Although the Court's April 11, 2013 Order noted that "Lifers include, for example, individuals who committed vehicular homicide," (April 11, 2013 Order at p.66 fn 47), there is presently only one inmate serving a life sentence for vehicular manslaughter, representing .004% of the lifer population.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on July 18, 2012.

    /s/ Jay Atkinson*
    Jay Atkinson

*Original signature retained by counsel