# EXHIBIT A

Data Analysis Unit  
Estimates and Statistical Analysis Section  
Offender Information Services Branch

Case 2:90-cv-00520-KJM-SCR    Document 4700-1    Filed 07/18/13    Page 2 of 2

Department of Corrections and Rehabilitation  
State of California  
July 18, 2013

Number of Non-Non-Non* Felon Offenders in the Institution Population  
Between January 1, 2007, and July 3, 2013  
As of July 3, 2013



June 30, 2007, 32,397

November 30, 2008, 30,128

October 1, 2011, Realignment

July 3, 2013, 9,077

*Offenders who have a current non-serious, non-violent offense with no prior serious or violent offenses, and not a sex registrant.