KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 257644
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5345
  Fax:  (916) 324-5205
  E-mail:  Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                            Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                            Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANTS' REVISED LONG-RANGE MENTAL HEALTH BED PLAN TO CREATE A SENSITIVE NEEDS YARD AT VALLEY STATE PRISON FOR INMATES IN AN ENHANCED OUTPATIENT PROGRAM** |

      On June 12, 2012, Defendants filed a revised bed plan to reflect the changed demand for mental health beds associated with, among other things, realignment.  (ECF No. 4196.) Defendants' bed plan included converting the Valley State Prison for Women into a male institution starting in September 2012.  (ECF No. 4196–3 at 3.)  This conversion resulted in the elimination of designated mental health beds at Valley State Prison.  (*Id.*)

      California Department of Corrections and Rehabilitation population trends, however, now show a need for Level II Enhanced Outpatient Program-Sensitive Needs Yard beds throughout

1

Stip. & Proposed Order re: Defs.' Rev. Long-Range Bed Plan (2:90-cv-00520 LKK JFM PC)

the state. The parties met and conferred regarding the use of Valley State Prison to meet this population need, and they agreed that Defendants may convert 192 Level II Sensitive Needs Yard beds at Valley State Prison, Facility A, Building 1 to 192 Level II Enhanced Outpatient Program-Sensitive Needs Yard beds. It was further agreed that inmates housed in Facility A, Building 1 may be housed in small dormitories housing up to six men each. Defendants expect to start the conversion from a General Population Sensitive Needs Yard to an Enhanced Outpatient Program Sensitive Needs Yard on August 12, 2013, at a rate of 15 inmates per week. Defendants expect to immediately activate one-half of Building 1, and to activate the second-half of Building 1 consistent with population needs.

Therefore, the parties, by and through their counsel, stipulate that Defendants may modify their revised long-range mental health bed plan and increase the number of mental health beds for male inmates by adding 192 Enhanced Outpatient Program beds at Valley State Prison. The parties further stipulate that the inmates in the program may be housed in small dormitories housing up to six men each.

On September 16, 2013, Defendants shall provide Plaintiffs' counsel with a list of the names and numbers of Enhanced Outpatient Program prisoners housed in the Valley State Prison Facility A Enhanced Outpatient Program unit as of September 13, 2013. On October 16, 2013, Defendants shall provide Plaintiffs' counsel with a list of the names and numbers of Enhanced Outpatient Program prisoners housed in the Valley State Prison Facility A Enhanced Outpatient Program unit as of October 14, 2013.

///
///
///
///

The parties have met and conferred with the *Coleman* Special Master and he is in agreement with this stipulation.

SO STIPULATED

Dated: July 15, 2013      By:   /s/ Debbie J. Vorous
                                                          Debbie J. Vorous
                                                          Office of the Attorney General
                                                          Attorneys for Defendants

Dated: July 15, 2013      By:   /s/ Steve Fama
                                                          Steve Fama
                                                          Prison Law Office
                                                          Attorneys for Plaintiffs

SO ORDERED

The above stipulation is the Order of this Court

Dated: July 19, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Stip. & Proposed Order re: Defs.' Rev. Long-Range Bed Plan (2:90-cv-00520 LKK JFM PC)