KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:   Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777--3200
Facsimile:     (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF FILING OF CORRECTED PLEADING AND NOTICE OF ERRATA TO DECLARATION OF JAY ATKINSON IN SUPPORT OF DEFENDANTS' JULY 18, 2013 STATUS REPORT** |

5246530.1

**PLEASE TAKE NOTICE** that Defendants are filing concurrently with this notice a corrected version of the Declaration of Jay Atkinson in Support of Defendants' July 18, 2013 Status Report to replace the pleading filed at *Plata* ECF 2682 and *Coleman* ECF 4700. This amended declaration corrects the following errors:

1. At page 3, lines 2-7, the following text has been added:

   ". . . or those who have committed A1, A2, and B-class rule violations within the last ten years—the most serious rule violations within CDCR—which include murder, attempted murder, manslaughter, battery causing serious injury, assault or batter with a deadly weapon, rape, taking a hostage, escape or attempted escape with force or violence, arson, and battery on a peace officer. *See* Cal. Code Regs. tit. 15, § 3323 (2008)."

2. At page 3, lines 10-11, the text is changed to state:

   ". . . A1, A2, and B-class serious rules violations . . ."

3. At page 4, lines 1-2, the text is changed to state:

   ". . . life with the possibility of parole . . ."

4. At page 4, lines 6-8, the text is changed to state:

   ". . . there are presently only 62 inmates serving a life sentence for vehicular manslaughter or manslaughter by moving vehicle, DUI with priors, representing 0.238% of the lifer population."

DATED: July 19, 2013                     HANSON BRIDGETT LLP

                                         By:     /s/ *Paul B. Mello*
                                                 PAUL B. MELLO
                                                 Attorneys for Defendants

DATED: July 19, 2013                     KAMALA D. HARRIS
                                         Attorney General of California

                                         By:     /s/ *Patrick R. McKinney*
                                                 PATRICK R. McKINNEY
                                                 Deputy Attorney General
                                                 Attorneys for Defendants

5246530.1