EXHIBIT A

Data Analysis Unit  Case 2:90-cv-00520-KJM-SCR   Document 4703-1   Filed 07/19/13   Page 2 of 2   Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                                                                                State of California
Offender Information Services Branch                                                                                                      July 18, 2013



Number of Non-Non-Non* Felon Offenders in the Institution Population
Between January 1, 2007, and July 3, 2013
As of July 3, 2013

*Offenders who have a current non-serious, non-violent offense with no prior serious or violent offenses, and not a sex registrant.