KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION OF MANEESH SHARMA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Maneesh Sharma, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am admitted to practice before the courts of the State of California and before this Court. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so competently. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion Related to Use of Force and Disciplinary Measures and their Motion Related to the Housing and Treatment of Mentally Ill Inmates in Segregation.

1

Decl. M. Sharma Supp. Defs' Opp'n. to Pls.' Mot. Rel. to Use of Force & Discipl. Measures
(2:90-cv-00520 LKK JFM PC)

2. Attached as Exhibit 1 is a true and correct copy of the Order Terminating Force Related Orders and Dismissing Case issued on May 21, 2011 in *Madrid v. Cate*, Case No. C 90-CV-3094, ECF No 2200.

3. Attached as Exhibit 2 is a true and correct copy of Plaintiffs' Response to the Court's Order to Show Cause Re Force-Related Orders filed on January 21, 2011 in *Madrid v. Cate*, Case No. C 90-CV-3094, ECF No 2186.

4. Attached as Exhibit 3 is a true and correct copy of the Declaration of Steven Fama in Support of Plaintiffs' Response to the Court's Order to Show Cause Re Force-Related Orders filed on January 21, 2011 in *Madrid v. Cate*, Case No. C 90-CV-3094, ECF No 2186-1.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the Deposition Transcript of Robert Barton, taken on July 11, 2013.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the Deposition Transcript of Robert Barton, taken on July 16, 2013.

7. Attached as Exhibit 6 is a true and correct copy of the Office of the Inspector General's report entitled "Semi-Annual Report, July-December 2012, Volume II, April 2013."

8. Attached as Exhibit 7 is a true and correct copy of Office of the Inspector General's "Initial Report on Use of Force within the California Department of Corrections and Rehabilitation, November 2011."

9. Attached as Exhibit 8 is a true and correct copy of the Office of the Inspector General's report entitled "Use of Force within the California Department of Corrections and Rehabilitation July–December 2011, May 2012."

10. Attached as Exhibit 9 is a true and correct copy of the Office of the Inspector General's report entitled "Use of Force within the California Department of Corrections and Rehabilitation January–June 2012, October 2012."

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the Deposition Transcript of Steve Martin, taken on February 28, 2013.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the Deposition Transcript of Eldon Vail, taken on March 19, 2013.

13.  Attached as Exhibit 12 is a true and correct copy of excerpts from the Deposition Transcript of Eldon Vail, taken on June 27, 2013.

14.  Attached as Exhibit 13 is a true and correct copy of the Office of the Inspector General's "Semi-Annual Report July-December 2012, Volume I, April 2013."

15.  Attached as Exhibit 14 is a true and correct copy of the Office of the Inspector General's "Semi-Annual Report January-June 2012, October 2012."

16.  Attached as Exhibit 15 is a true and correct copy of the Office of the Inspector General's "Semi-Annual Report, July-December 2011, April 2012."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in San Francisco, California on July 24, 2013.

*/s/ Maneesh Sharma*

Maneesh Sharma

3

Decl. M. Sharma Supp. Defs' Opp'n. to Pls.' Mot. Rel. to Use of Force & Discipl. Measures
(2:90-cv-00520 LKK JFM PC)