**Exhibit 2**

1  WILSON, SONSINI, GOODRICH & ROSATI
   DAVID S. STEUER - 127059
2  650 Page Mill Road
   Palo Alto, CA 94303-1050
3  Telephone (650) 493-9300

4  PRISON LAW OFFICE
   DONALD SPECTER - 083925
5  STEVEN FAMA - 99641
   1917 Fifth Street
6  Berkeley, CA 94710-1916
   Telephone: (510) 280-2621
7  Facsimile: (510) 280-2704
   Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO MADRID, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants. | No. C-90-3094 T.E.H. <br><br> **PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE FORCE-RELATED ORDERS** |

On December 20, 2010, this Court filed an Order to Show Cause, requiring that plaintiffs show cause why the Court should not terminate force-related orders and dismiss this case. The Court stated that on October 16, 2008, Special Master John Hagar filed a report recommending that the Court: (1) end force-related remedial plan monitoring; and (2) terminate force-related orders, and that plaintiffs objected at that time to the

Pltffs' Response to OSC re Force-Related Orders
*Madrid v. Cate*, C-90-3094 T.E.H.

1

1  termination of force-related orders because Defendants had yet to implement a statewide
2  use-of-force policy as mandated by a May 14, 2008, order of this Court. The Court's
3  December 20th order also stated that the statewide use-of-force policy had now been
4  adopted and implemented, according to a notice filed by Defendants on August 30, 2010.
5       After Defendants' August 30, 2010, filing of the notice, Plaintiffs on September
6  16, 2010 requested information and documents from Defendants regarding the actual
7  implementation of the newly adopted statewide use-of-force policy, including whether
8  staff post orders had been modified so that employees were required to follow the new
9  policy and whether staff had been or would be trained regarding the statewide policy.
10 See Declaration of Steven Fama In Support of Plaintiffs' Response to the Court's Order
11 to Show Cause (Fama Declaration), filed herewith, at ¶ 2.
12      In response to Plaintiffs' request, Defendants on November 18, 2010 and – in
13 response to a supplemental request made on January 3, 2011 – January 18, 2011 provided
14 documents totaling almost 300 pages. Fama Declaration at ¶ 3. Among other things,
15 these documents show that post order addendums referencing the new policy have been
16 issued at all 33 prisons, and that modifications referencing the new policy will be made to
17 the formal post orders will be made over the next approximately one year, during the
18 regularly scheduled annual revision processes. *Id*. at ¶ 4.
19      In addition, the documents describe Defendants' four-phase training plan: (1)
20 prompt on-the-job training for all custody staff regarding the new statewide use-of-force
21 policy; (2) prompt centralized training on the policy for each prison's Use-of-Force
22 Coordinators and Training Manager on the policy; (3) prompt in-service training on the
23 policy for managers, supervisors, and use-of-force instructors at each prison ; and (4) a
24 more comprehensive in-service training session regarding the new statewide policy for all
25 staff, to be completed within a 12 month period in accordance with employees' annual
26 training schedule. Fama Declaration at ¶ 5.
27      Documents provided by Defendants show that the first three phases of the staff
28

Pltffs' Response to OSC re Force-Related Orders
*Madrid v. Cate*, C-90-3094 T.E.H.

2

training plan have been completed, except for an extremely small number of staff who have been away from work since August 2010. The documents also show that the final phase of the training plan, involving the more comprehensive in-service training of all staff, has begun at each prison. Those documents show that: (1) as of October 1, 2010 – the most recent date for which data is available – approximately 12,000 CDCR staff had received the required in-service training regarding the new Statewide use-of-force policy; and (2) all prisons are proceeding with in-service training for the remaining staff pursuant to the annual training schedule and that it is anticipated that on or before August 1, 2011 all will have received it. Fama Declaration at ¶ 6.

As such, Plaintiffs do not oppose the termination of force-related orders in this case, or the dismissal of this case.

Dated: January 21, 2011

Respectfully submitted,

/s/ Steven Fama

Steven Fama
Attorney for Plaintiffs

Pltffs' Response to OSC re Force-Related Orders
*Madrid v. Cate,* C-90-3094 T.E.H.