**Exhibit 3**

1  WILSON, SONSINI, GOODRICH & ROSATI
   DAVID S. STEUER - 127059
2  650 Page Mill Road
   Palo Alto, CA 94303-1050
3  Telephone (650) 493-9300

4  PRISON LAW OFFICE
   DONALD SPECTER - 083925
5  STEVEN FAMA - 99641
   1917 Fifth Street
6  Berkeley, CA  94710-1916
   Telephone: (510) 280-2621
7  Facsimile: (510) 280-2704
   Attorneys for Plaintiffs
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13
                                              No. C-90-3094 T.E.H.
14
                                              **DECLARATION OF STEVEN FAMA
15  ALEJANDRO MADRID, et al.,                 IN SUPORT OF PLAINTIFFS'
                                              RESPONSE TO THE COURT'S
16             Plaintiffs,                    ORDER TO SHOW CAUSE RE
                                              FORCE-RELATED ORDERS**
17  v.

18
    MATTHEW CATE, et al.,
19
               Defendants.
20

21

22

23       I, Steven Fama, declare as follows:

24       1.  I am a lawyer employed by the Prison Law Office and one of the co-counsel for

25  the plaintiff class in this action.

26       2.  After defendants in this action filed notice on August 30, 2010, that a new

27  statewide use-of-force policy had been adopted, I on September 16, 2010 requested

28

---

Decl. of S. Fama re Pltffs' Response to OSC re Force-Related Orders
*Madrid v. Cate,*  C-90-3094 T.E.H.
                              1

1  information and documents from them regarding the actual implementation of the newly
2  adopted policy, including whether staff post orders had been modified so that employees
3  were required to follow the new policy and whether staff had been or would be trained
4  regarding it.
5      3. In response to my request defendants on November 18, 2010 provided
6  approximately 225 pages of documents. On January 3, 2011, I requested additional
7  information and documents, and on January 18, 2011 defendants provided an another
8  approximately 50 pages of material.
9      4. Among other things, these documents show that post order addendums
10 referencing the new policy have been issued at all 33 prisons, and that modifications
11 referencing the new policy will be made to the formal post orders will be made over the
12 next approximately one year, during the regularly scheduled annual revision processes.
13     5. In addition, the documents describe Defendants' four-phase training plan: (1)
14 prompt on-the-job training for all custody staff regarding the new statewide use-of-force
15 policy; (2) prompt centralized training on the policy for each prison's Use-of-Force
16 Coordinators and Training Manager on the policy; (3) prompt in-service training on the
17 policy for managers, supervisors, and use-of-force instructors at each prison ; and (4) a
18 more comprehensive in-service training session regarding the new statewide policy for all
19 staff, to be completed within a 12 month period in accordance with employees' annual
20 training schedule.
21     6. The documents provided by Defendants show that the first three phases of the
22 use-of-force staff training plan have been completed, except for an extremely small
23 number of staff who have been away from work since August 2010. The documents also
24 show that the final phase of the training plan, involving the more comprehensive in-
25 service training of all staff, has begun at each prison. Those documents show that: (a) as
26 of October 1, 2010 – the most recent date for which data is available – approximately
27 12,000 CDCR staff had received the required in-service training regarding the new
28

Decl. of S. Fama re Pltffs' Response to OSC re Force-Related Orders
*Madrid v. Cate,* C-90-3094 T.E.H.
2

1 Statewide use-of-force policy; and (b) all prisons are proceeding with in-service training
2 for the remaining staff pursuant to the annual training schedule and that it is anticipated
3 that on or before August 1, 2011 all will have received it.
4     I declare under penalty of perjury that the foregoing is true and correct and that this
5 declaration was executed on January 21, 2011 at Berkeley, California

7         */s/ Steven Fama*
8         Steven Fama

Decl. of S. Fama re Pltffs' Response to OSC re Force-Related Orders
*Madrid v. Cate,* C-90-3094 T.E.H.

3