KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-3035
  Fax:  (415) 703-5843
  E-mail:  Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>  Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DEFENDANTS' APPLICATION TO EXCEED PAGE LIMIT FOR OPPOSITION TO:**<br><br>**(1) PLAINTIFFS' MOTION RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES; AND**<br><br>**(2) PLAINTIFFS' MOTION RELATED TO HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION**<br><br>Date:      TBD<br>Time:      TBD<br>Dept:      4<br>Judge:    The Honorable Lawrence K. Karlton<br><br>Action Filed: 1990 |

# APPLICATION

Defendants request leave of court to exceed the page limit for the following briefs:

(1) Opposition to Motion Related to Use of Force and Disciplinary Measures; and

(2) Opposition to Motion Related to Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation.

Good cause exists to grant Defendants' request because Plaintiffs' Motion Related to Use of Force and Disciplinary Measures is 55 pages long. Plaintiffs' Motion Related to Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation is 62 pages. In order to properly respond to the allegations, arguments, and voluminous evidence presented, Defendants will need to exceed the page limits for opposition briefs. Good cause appearing, Defendants seek leave to file a 37 page brief in Opposition to the Motion Related to Use of Force and Disciplinary Measures, and a 41 page brief in Opposition to the Motion Related to Housing and Treatment of Seriously Mentally Ill Inmates in Segregation.

A proposed order is submitted for the Court's consideration.

Dated: July 24, 2013               Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General


*/s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
20713447.docx

1