IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>        v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO EXCEED PAGE LIMIT FOR OPPOSITION TO:**<br><br>**(1) PLAINTIFFS' MOTION RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES; AND**<br><br>**(2) PLAINTIFFS' MOTION RELATED TO HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION**<br><br>Date:     TBD<br>Time:    TBD<br>Dept:    4<br>Judge:  The Honorable Lawrence K. Karlton<br><br>Action Filed: 1990 |

Good cause appearing, Defendants' application to exceed page limits is GRANTED.

Defendants may file:

(1) An Opposition to Motion Related to Use of Force and Disciplinary Measures of 37 pages; and

(2) An Opposition to Motion Related to Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation of 41 pages.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Lawrence K. Karlton
United States District Judge

CF1997CS0003
20713447.docx

1

[Proposed] Order Granting Defs.' App. to Exceed Page Limits for Opposition Briefs
(2:90-cv-00520 LKK JFM PC)