KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION RELATED TO THE HOUSING AND TREATMENT OF MENTALLY ILL PRISONERS IN SEGREGATION** |

I, Deborah Hysen, declare as follows:

1. I am the Deputy Director, Facility Planning, Construction, and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion Related to the Housing and Treatment of Mentally Ill Inmates in Segregation.

1

2. I began working for CDCR on June 8, 2007, as the Chief Deputy Secretary of the Facility Planning, Construction and Management Division. Before my appointment as Chief Deputy Secretary, I was the chair of the AB 900 Construction Strike Team, established by Governor Schwarzenegger on May 11, 2007. As the Deputy Director I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates.

3. I am familiar with Plaintiffs' request that the Court order "Defendants [to] file with the Court a plan to address the treatment space deficiencies in their EOP ASU hubs and PSUs . . . .within 30 days for review by the Special Master and recommendations for further action." (ECF No. 4580–1 at 4:5–8.)

4. The State has recently completed and is currently undertaking the following projects to meet the mental health needs of the State's inmates housed in segregation units:

5. The $173 million Dewitt Nelson Correctional Annex project will add housing and treatment and office space for 50 administrative segregation unit inmates at the Enhanced Outpatient Program level of care. The State expects the Dewitt Nelson Correctional Annex to open with the first patient admission in April 2014 and to be fully occupied by May 31, 2014.

6. The State activated the $23.8 million treatment and office space project at the California Medical Facility in January 2013. This facility serves the Enhanced Outpatient Program inmates in general population and administrative segregation.

7. The State substantially completed construction of the project at California State Prison, Los Angeles County (at an estimated project cost of $11.5 million) to add treatment and office space to service 150 Enhanced Outpatient Program-General Population inmates on June 11, 2012. However, this project is being rescoped to provide treatment and office space for 100 Enhanced Outpatient Program-Administrative Segregation Unit inmates. The State Public Works Board approved this scope change at its January 14, 2013 meeting. The State expects patient treatment to start on March 31, 2014.

8. The $10.7 million treatment and office space project at California State Prison, Corcoran serving Enhanced Outpatient Program inmates housed in administrative segregation is completed and patient treatment in the new facility started on June 3, 2013.

9. The project at California State Prison, Sacramento, to construct housing, treatment and office space for the 128 Psychiatric Services Unit inmates (at a project cost of $15.4 million) is under construction and the State expects to start patient treatment on September 30, 2013.

10. In October 2012, the State Public Works Board established a health care facility improvement project at Richard J. Donovan Correctional Facility. This project includes, among other improvement projects, a sub-project to design and construct a new Administrative Segregation Unit Enhanced Outpatient Program Mental Health Clinic for inmates housed in Facility B at the prison. Construction is scheduled to begin in August 2014 and be completed in March 2016.

11. On December 14, 2012, the State Public Works Board established a health care facility at Mule Creek State Prison. The project includes, among other improvement projects, a sub-project to design and construct a new Administrative Segregation Unit Enhanced Outpatient Program Mental Health Clinic for inmates housed in Facility C at the prison. Construction is scheduled to begin in October 2014 and be completed in February 2016.

12. On February 11, 2013, the State Public Works Board established a health care facility at California Men's Colony. The project includes, among other improvement projects, a sub-project to design and construct a new Administrative Segregation Unit Enhanced Outpatient Program Mental Health Clinic for inmates housed in B Quad at the prison. Construction is scheduled to begin in February 2015 and be completed in September 2016.

13. On October 10, 2013, the State Public Works Board established a health care facility at California Institution for Women. The project includes, among other improvement projects, a sub-project that will renovate and expand the primary care clinic. As part of this project, treatment space for Administrative Segregation Unit Enhanced Outpatient Program inmates will

be constructed.  Construction is scheduled to begin in July 2014 and be completed in September 2015.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on July 23, 2013.

        /s/ Deborah Hysen
Deborah Hysen
Deputy Director, FPCM

*(original signature retained by attorney)*