Exhibit B

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date : March 21, 2013

To   : See Distribution List

Subject: **CASE-WORK EXPECTATIONS, CLASSIFICATION TIME FRAMES, AND PSYCHIATRIC AND RETURN POLICY FOR DEPARTMENT OF STATE HOSPITAL ACUTE AND INTERMEDIATE CARE FACILITY INMATE-PATIENTS**

The purpose of this memorandum is to provide clarification and direction regarding California Department of Corrections and Rehabilitation (CDCR) procedures and casework expectations for inmate-patients admitted and/or discharged from a Department of State Hospital (DSH) program, in accordance with Penal Code Sections 2684 and 2685. This memorandum supersedes the previous Psychiatric and Return memorandum, dated November 17, 2004. Policies outlined herein are to be implemented in conjunction with existing departmental policies outlined in the following memoranda (attached):

1. Procedures for Transfer of Inmate-Patients after Discharge from Mental Health Crisis Bed and Department of Mental Health Treatment dated September 8, 2009.
2. Pilot Program for Intermediate Care Facilities at Atascadero State Hospital, California Medical Facility, and Salinas Valley State Prison, dated July 16, 2009.
3. Notification of the Continuation of the Department of Mental Health Intermediate Care Facility Pilot Program Policy, Modified Custody Criteria, and Procedures, dated October 24, 2011.
4. CDCR and DSH Acute and Intermediate Care Facility (ICF) Memorandum of Understanding (MOU), dated August 11, 2006, and August 18, 2010.
5. Mental Health Crisis Bed/Department of Mental Health Transports dated March 30, 2012.
6. Primary and Alternate Hub Designations for Placement of Inmates who require Administration Segregation Placement and Mental Health Services, dated June 17, 2008.

It is the expectation of CDCR that inmate-patients referred to DSH are housed, based on evaluation of current case factors and updated casework, in the least restrictive housing environments within DSH and upon return to CDCR. It is also expected pending case work will be completed in a timely manner throughout the referral, admission, and discharge processes, consistent with current CDCR policies.

**Initial Referral for DSH Placement**

At the time of the initial referral from the Institutional CDCR/DSH Coordinator, the Classification and Parole Representative (C&PR) or designee shall ensure the Health

See Distribution List
Page 2
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

Care Placement Oversight Program (HCPOP) Placement Screening Sheet (PSS) is completed. The C&PR shall ensure that an inmate-patient's CDCR Form 812, *Notice of Critical Case Information, Safety of Persons (Non-Confidential Enemies),* and CDCR Form 812-C, *Notice of Critical Information Confidential Enemies,* are updated during completion of the PSS. If during the update process enemies are identified at the receiving institution, the sending institution's C&PR/designee shall fax a copy of CDCR Form 812/812-C to the receiving institution, and confirm receipt by telephone or email, prior to the inmate-patient's arrival.

The C&PR/designee at the DSH liaison institution shall notify the DSH Clinical Assessment Team (CAT) of all identified documented enemy concerns at the DSH facility. Inmate-patients will not be precluded from DSH housing treatment programs due to the presence of documented enemy concerns; however, inmate-patients will not be housed within the same DSH housing units with the identified enemies.

Upon clinical acceptance of an inmate-patient to DSH, the sending CDCR/DSH Coordinator shall notify the C&PR and provide a copy of the DSH acceptance chrono, CDCR Form 7480, *Mental Health Due Process Chrono* (Vitek), and the CDCR Form 128-MH3, *Mental Health Placement Chrono,* reflecting the inmate-patient's change in Level of Care (LOC). The C&PR/designee shall ensure the documents are placed in the central file prior to transfer and coordinate transfer arrangements. (Refer to CDCR Memorandum dated March 30, 2012, titled "Mental Health Crisis Bed/ Department of Mental Health Transports").

The sending C&PR/designee shall complete a CDCR Form 128-B, *Information Chrono,* on all cases prior to transfer, noting any pending or incomplete casework requiring follow up by sending institution staff, such as pending CDCR Form 115, *Rules Violation Report,* Reception Center (RC) processing documents, pending investigations, etc. A copy of CDCR Form 128-B shall be placed in the inmate-patient's central file and a copy shall be forwarded to the sending institution facility staff responsible for providing the required missing documentation, requesting the documentation and/or assistance in facilitating the required casework to be completed. Prior to transfer the C&PR/designee shall follow up on all requested documentation to ensure placement into the central file. The C&PR/designee will track requested documentation not received prior to transfer for continued follow up and forwarding to the receiving institution.

Upon completion of the CDCR Form 128-MH3, the sending institution's CDCR/DSH Coordinator shall ensure the Strategic Offender Management System (SOMS) is updated to reflect the appropriate DSH LOC prior to transfer.

See Distribution List
Page 3
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

A pending CDCR Form 115 will not preclude an inmate-patient from being transferred into an appropriate DSH program within the established timelines; however, the sending institution shall be responsible for processing any pending CDCR Form 115, including providing all required documentation to facilitate the adjudication at the receiving institution. The sending institution shall forward the CDCR Form 115, CDCR Form 115-MH, *Mental Health Assessment Request*, Investigative Employee report, documentation of exceptional circumstance, etc., no later than five working days after an inmate-patient has transferred to DSH.

If the processing casework has not been completed for DSH referrals from an RC or Mental Health Crisis Bed Facility (MHCBF), the C&PR/Correctional Counselor III (CC-III) at the RC or MHCBF institution shall coordinate with the appropriate referring mental health staff who shall in turn coordinate with the appropriate medical staff to make every effort to provide the C&PR/designee with all required clinical and medical documentation needed in order to expedite completion of the RC processing.

Completed RC processing includes, but is not limited to:

- CDCR Form 128C-1, *Reception Center Medical Clearance/Restriction Information chrono*
- CDCR Form 128-MH1, *Mental Health Screening chrono*
- CDCR Form 128C, *Medical-Psych-Dental (TB chrono)*
- CDCR Form 128C-2, *Recommendation for Adaptive Support*
  CDCR Form 128C3, *Medical Classification Chrono*
- CDCR Form 1845, *Disability Placement Program Verification Form* (if necessary)
- Completed Institutional Staff Recommendation Summary (for New Commitments)
- CDCR Form 839, *Classification Score Sheet (for New Commitments)*
- CDCR Form 841, *Readmission Score Sheet (for Parole Violators Return to Custody with New Term)*
- CDCR Form 816, *Reception Center Readmission Summary (for Parole Violators Return to Custody with New Term)*

Unfinished RC processing shall not impede transfer of inmate-patients to DSH. RC processing casework completed thus far shall be placed in the inmate-patient's central file prior to transfer to the DSH facility.

## Initial Acceptance into DSH Acute/Intermediate Care Facility

Upon confirmation of an inmate-patient's arrival to the CDCR/DSH liaison facility, the receiving institution shall be responsible to facilitate a teletype request from the

See Distribution List
Page 4
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

Classification Services Unit (CSU). The receiving institution's Case Records shall ensure the appropriate intake screening is completed no later than the next business day after arrival. The C&PR/designee shall ensure all necessary documents, specifically the DSH acceptance chrono, CDCR Form 7480 and CDCR Form 128-MH3, are present and the case prepared for the Classification Staff Representative (CSR) endorsement review.

The C&PR/designee shall complete a preliminary central file screening of each expedited psychiatric and return transfer upon arrival and evaluate if imminent Mental Disorder Offender, Sexual Violent Predator, Board of Prison Hearing, notifications, or release date issues exist. If imminent time constraints are present, the C&PR/designee shall make the appropriate notifications to needed staff in order to expedite the required processing.

It is the expectation that inmate-patients admitted into DSH programs receive an initial classification review within 14 days of arrival or 10 days of arrival if Administrative Segregation Unit (ASU) issues existed prior to arrival. The initial Unit Classification Committee (UCC) or Institutional Classification Committee (ICC) shall perform a thorough case file review to include a review of the CDCR Form 128-B, completed by the sending institution, prior to transfer which shall indicate any pending or incomplete casework requiring follow up by institutional staff. The receiving UCC/ICC shall review and complete any pending casework which may assist in the evaluation process of an inmate-patient and potential placement into a less restrictive treatment program.

If it is discovered during the initial review that follow up documentation is necessary, the assigned CC-II shall be responsible for ensuring appropriate follow up is completed with the sending institution's C&PR/designee in order to obtain the information. If the requested documentation from the sending institution is not obtained within seven business days from the initial request, the CC-II shall notify their C&PR/designee and Unit Captain of the delay, via email.

The C&PR/designee or Unit Captain will be responsible for contacting the sending institution's C&PR/designee or Unit Captain, identified on the CDCR Form 128-B. If the requested documents are not received within three business days from the second contact, the Warden/designee shall be responsible for making contact with the sending institution's Warden/designee.

Continual casework is expected while inmate-patients are housed in the DSH program, to include completion of the disciplinary process for all issued CDCR Form 115s and any other resolvable casework issues, such as case-by-case reviews

See Distribution List
Page 5
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

for VIO, R suffix reviews, archive reviews, etc. It is imperative the disciplinary and classification processes are conducted in compliance with CDCR policies. The CC-II's shall ensure all casework requiring ICC review is addressed and CSR referrals appropriately concentrate on the inmate-patient's placement in the least restrictive housing available upon discharge.

**DSH Out to Court Appearances**

Upon receipt of a court order to remove an inmate-patient housed in a DSH program, the Holds/Warrants/Detainers or Out to Court (OTC) desk Case Records Technician shall notify the C&PR/designee of the court ordered request. The C&PR/designee shall ensure appropriate notification and processing is made with the DSH CAT. The DSH CAT shall contact the treating Psychiatrist to discuss whether the inmate-patient is stable enough to attend the requested hearing.

If it is the determination of the treating Psychiatrist that clinical conditions exist which would hamper the inmate-patient's court appearance, the Psychiatrist shall indicate the clinical recommendation on a CDCR Form 128-B and provide the chrono to DSH CAT, who will forward to the C&PR/designee. The C&PR/designee shall ensure the CDCR Form 128-B is provided to the requesting court no later than three business days after receiving the requested court order for a scheduled appearance. The overall determination for a mandated court appearance or postponement resulting in rescheduling shall be the decision of the requesting Judge/Court.

DSH inmate-patients required to attend a court ordered hearing by means of CDCR transportation will be provided special transport and not be transported via CDCR bus. Inmate-patients requiring transport to an alternate CDCR institution to facilitate county pick up shall only proceed upon clinical coordination between the DSH CAT and HCPOP. The CDCR DSH Coordinator and HCPOP shall ensure an appropriate inpatient bed placement is available at the lay-over institution, in order to accommodate the inmate-patient's mental health LOC needs prior to release to the county.

Inmate-patients housed in an ICF DSH program who have a custody reduction from Maximum (MAX) custody to Close A or Close B custody as a result of an ICC action, for the sole purpose of programming within DSH, shall revert back to MAX custody prior to OTC release. The C&PR/designee shall ensure the OTC flimsy central file reflects the appropriate prior MAX custody and ASU housing concerns if still applicable outside of DSH placement. The C&PR/designee shall indicate the inmate-patient's MAX custody on the CDCR Notice of Detainer, as well as any housing, gang, or mental health concerns if retention at a county facility is required.

See Distribution List
Page 6
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

Receiving institutions temporarily housing DSH LOC inmate-patients in a MHCB while attending OTC proceeding shall notify the C&PR/designee at the DSH liaison institution immediately upon completion of court proceedings in order to expedite readmission to DSH. The C&PR/designee at the DSH liaison institution shall contact the DSH CAT to ensure bed availability upon return and the inmate-patient was not discharged from DSH while on out to court status. Upon completion of the court proceedings and confirmation of DSH bed availability the inmates-patient shall be transferred expeditiously.

## Discharge from the DSH

Upon notification of an inmate-patient's discharge from a DSH program, it is the expectation that the C&PR/Bed Utilization Management team shall make every effort to expeditiously return the discharged inmate-patient to an appropriate CDCR institutional bed in order to create space for other inmate-patients requiring DSH treatment. Every effort shall be made to ensure transfers occur no later than three working days in accordance with the CDCR/DSH ICF Memorandum of Understanding (MOU). Once the C&PR's office has determined the appropriate CDCR institution for the inmate-patient to return to, it is imperative the C&PR/designee notifies the DSH CAT or DSH Forensic Office. The DSH CAT shall notify the C&PR/designee two weeks prior to the pending physical discharge of Security Housing Unit (SHU) inmate-patients. The two week requirement is to allow CDCR staff sufficient time to determine if the inmate-patient's case factors remain appropriate prior to return to the sending institution or if additional ICC review is required to address and resolve safety concerns or disciplinary issues in order to avoid ASU/SHU placement upon discharge.

Once the C&PR/designee is notified in advance of the release of SHU inmate-patients, the respective assigned CC-II shall complete a file review to determine if an ICC hearing is warranted or if return to the sending SHU institution is appropriate.

Additionally, every effort shall be made by the DSH CDCR Captain/designee to coordinate with the DSH CAT to identify Sensitive Need Yard (SNY), Psychiatric Services Unit (PSU), and MAX custody inmate-patients two weeks prior to discharge. Timely notification and coordination of identified inmate-patients will allow the CC-II sufficient time to facilitate a potentially needed ICC review and ensure appropriate placement based on current case factors for inmate-patients whom no longer require ASU/SHU/PSU placement upon return to CDCR.

See Distribution List
Page 7
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

The DSH CAT shall facilitate all inmate-patient discharges back to CDCR. The assigned DSH CC-I shall coordinate on a daily basis with the CAT who will provide the CDCR Form 128-MH-3 Discharge Chrono to the assigned CC-I.

The CC-I shall ensure inmate-patient's CDCR Form 812/812-C is updated prior to discharge from DSH. The CC-I shall complete a central file review daily on all discharged DSH inmate-patients. The discharge review shall be documented on a CDCR Form 128-B to identify the originating institution, current case factors, and pending casework to determine an appropriate placement. The inmate-patient cases will be presented to the C&PR/designee to determine if the inmate-patient can return to the originating/sending institution, ASU hub, or if alternate re-direction placement is needed. If return to the originating institution is not appropriate, inmate-patients may be released to the DSH CDCR respective institution's General Population (GP), only if there are no safety/security issues, and case factors are appropriate for placement. All cases shall be referred to HCPOP for placement redirection noted on a CDCR Form 128-B, and approved by the Warden/designee prior to placement. The CC-I shall ensure the case is subsequently presented for CSR endorsement.

Again, it is the expectation of CDCR that DSH discharged inmate-patients are housed in the least restrictive housing environments in accordance with existing case factors and are provided the most effective continuity of care upon return to CDCR. Fiscal prudence shall be utilized in coordinating transportation arrangements.

Upon discharge from DSH, inmate-patients endorsed and transferred as "Psych and Return" shall be returned to their originating institution including RCs. If an inmate-patient's LOC is Enhanced Outpatient Program (EOP) at the time of discharge and requires pending RC casework, then the inmate-patient shall be transferred back to the originating RC to complete the RC processing. The RC shall expedite the transfer to occur within the clinically indicated 30-day timeline as required in the Mental Health Services Delivery System (MHSDS) Program Guidelines.

If the MHSDS LOC is Correctional Clinical Care Management System (CCCMS) at time of discharge, the transfer shall be expedited and occur within the 60-day timeline as required in the MHSDS Program Guidelines.

RC inmate-patients discharged from DSH with completed RC processing and no outstanding casework aside from a CSR endorsement, shall be evaluated by the C&PR/designee at the DSH institution upon discharge and referred to HCPOP for redirection placement to an appropriate designated institution. Under no

See Distribution List
Page 8
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

circumstances are inmate-patients to be returned to institutions not designated to provide for their MHSDS Level of Care (LOC).

If, after the C&PR/designee review, it is determined the inmate-patient cannot return to the sending/originating institution based on the inmate-patient's MHSDS LOC, other case factors precluding placement, and ASU hub placement is not warranted, all DSH discharges will be processed consistent with the MHCB discharge process outlined in the September 8, 2009, memorandum, *Procedures for Transfer of Inmate-Patients after Discharge from Mental Health Crisis Bed and Department of Mental Health Treatment.*

The C&PR/designee will contact the HCPOP for placement assistance. The C&PR/designee shall provide an updated HCPOP PSS which shall document all relevant case factors (i.e., inmate-patient's LOC, any other pertinent medical concerns, classification score, custody designation, safety concerns, etc.), updated CDCR Form 812/812C, and UCC/ICC CDCR Form 128-G, *Classification Chrono,* noting placement recommendations, if the inmate-patient had SHU placement concerns, SNY concerns, and/or MAX custody issues recently addressed.

HCPOP will review the inmate-patient's case factors and LOC to determine appropriate bed availability in alternate mental health designated institutions and will provide the designated DSH liaison institution, receiving institution, and the CSU with a placement recommendation on a CDCR Form 128-B, *General Chrono.*

The C&PR/designee at the DSH liaison institution will then present the case with the HCPOP CDCR Form 128-B recommendation chrono to an onsite CSR for an emergency transfer endorsement. If an onsite CSR is not available, the C&PR/designee will contact the receiving institution's C&PR to coordinate transfer.

The C&PR/designee at the designated receiving institution will then accept admission of the inmate-patient and contact the CSU Officer of the Day for an emergency teletype endorsement. The C&PR/designee shall provide a copy of the PSS and HCPOP CDCR Form 128-B recommendation chrono to CSU. The receiving institution to which the inmate-patient will be discharged is responsible for coordination of the special transportation, once clinical clearance is received from the CDCR DSH Coordinator.

Additionally, contact will be made with the Statewide Transportation Unit (TU) to provide transport assistance and mitigate institutional associated overtime. The TU will provide assistance to facilitate special transports to and from DSH facilities. If TU

See Distribution List
Page 9
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

cannot facilitate transport within the established time frame, then the receiving institution shall be responsible to facilitate the special transport.

It is expected that clinical contact is made by the DSH CAT to the CDCR DSH Discharge Coordinator at the receiving institution prior to transfer to ensure continuity of care. The CDCR/DSH Coordinator at the receiving institution shall immediately notify their C&PR once clinical to clinical contact has been made to expedite the return transfer of discharged inmate-patients.

Inmate-patients included in the Disability Placement Program, or the Developmental Disability Placement, or have Medical LOC change, or are placed on Clozaril may have impacted discharge placement which may require specialized housing upon discharge and shall be referred to HCPOP and CSU for case conference review to facilitate appropriate placement.

**Administrative Segregation Cases**

Inmate-patients discharged from DSH treatment with a SHU term, or have case factors that require ASU placement, including inmate-patients whose originating institution was a RC, shall be transferred to the originating/sending institution's primary ASU hub.

Inmate-patients transferred to an EOP ASU hub shall only be placed in ASU if the inmate-patient presents an immediate threat to the safety of self or others, endangers institution security, and/or jeopardizes the integrity of an investigation of alleged serious misconduct or criminal activity. If an inmate-patient is pending adjudication of a CDCR Form 115 that could result in imposition of a SHU term, the institution that generated the CDCR Form 115 shall retain responsibility for the completion of the disciplinary process. Institution staff shall make every effort to resolve the basis for the inmate-patient's ASU placement prior to transfer to the ASU hub.

Based upon bed availability, it may be necessary to transfer ASU EOP or CCCMS cases to a hub other than the designated primary ASU hub facility. If the respective ASU hub is unable to house discharged inmates due to lack of bed availability, contact shall be made with HCPOP for alternate ASU hub placement recommendation and a CDCR Form 128-B redirection placement chrono.

Every effort shall be made to transfer inmate-patients requiring ASU hub placement expeditiously, but no later than three working days of discharge. Inmate-patients may be released to the DSH respective institution's GP, if there are no safety and/or security issues, and case factors are appropriate for placement. If an inmate-patient

See Distribution List
Page 10
(Case Work Expectations, Classification Time Frames, and Psychiatric and Return Policy for Department of State Hospital Acute and Intermediate Care Facility Inmate Patients)

is placed in the DSH institution's ASU based on incomplete casework, the case will be expedited for presentation to the CSR for endorsement and transfer to an appropriate institution.  The Warden shall take appropriate administrative steps to ensure ASU placement after DSH discharge does not occur due to incomplete casework while housed in DSH.

If you have any questions, please contact Dennis Halverson, Chief (A), Population Management Unit, Division of Adult Institutions, at (916) 324-7812, or Becky Alkire, Chief, CSU, Division of Adult Institutions, at (916) 322-2544 or Robert Calderon, Chief, HCPOP, Division of Health Care Services, at (916) 691-3496.


KATHLEEN L. DICKINSON          TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director                       Director (A)
Division of Adult Institution  Division of Health Care Services

Attachments


Distribution List:

Associate Directors, Division of Adult Institutions
Regional Administrators, Health Care Services Division
Wardens
Chief Executive Officers
Chief Medical Executives
Chiefs of Mental Health
Health Care Managers
Classification and Parole Representatives
Correctional Counselors III, Reception Centers

cc: M. D. Stainer, Deputy Director, Facility Operations
    Kathleen Allison, Deputy Director, Special Project Liaison
    Vimal Singh, Deputy Director (A), Facility Support
    Dennis Halverson, Chief (A), Population Management Unit
    Becky Alkire, Chief, Classification Services Unit
    Shelly Neeley, Chief (A), HCPOP