KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **DECLARATION OF DEBBIE VOROUS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION RELATING TO THE HOUSING AND TREATMENT OF MENTALLY ILL PRISONERS IN SEGREGATION** |

I, Debbie Vorous, declare:

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion Related to the Housing and Treatment of Mentally Ill Inmates in Segregation.

1

Vorous Decl. Supp. Defs.' Opp'n to Pls.' Mot. Rel. to Housing & Treat. Mentally Ill Inmates in Segregation
(2:90-cv-00520 LKK JFM PC)

2.   Attached as exhibit 1 is a true and correct copy of the longitudinal study conducted by Dr. Maureen L. O'Keefe and colleagues published in 2013. (O'Keefe, ML: A longitudinal study of administrative segregation. J Am Acad Psychiatry Law 4:49–60, 2013.)

3.   Attached as exhibit 2 is a true and correct copy of the longitudinal study conducted by Zinger and colleagues published in 2001. (Zinger I, Wichman C, Andrews DA: The psychological affects of 60 days in administration segregation. Can J Criminal 43:47–88, 2001).

4.   Attached as exhibit 3 are pages 4 & 5 from the American Psychiatric Association (APA) guidelines for delivery of psychiatric services in segregation units. (*See* Psychiatric Services in Jails and Prison, Second Edition, pp 4-5.)

5.   Attached as exhibit 4 are pages 12-5-5, 12-7-1 to 12-7-15, 12-8-1 to 12-8-13 & 12-9-1 to 12-9-14 from the Mental Health Services Delivery System Program Guide (2009 Revision).

6.   Attached as exhibit 5 are excerpts from the July 10, 2013 deposition of Dr. Craig Haney.

7.   Attached as exhibit 6 are excerpts from the February 27, 2013 deposition of Dr. Joel Dvoskin.

8.   Attached as exhibit 7 are excerpts from the March 16, 2013 deposition of Dr. Edward Kaufman.

9.   Attached as exhibit 8 are excerpts from the March 19, 2013 deposition of Dr. Pablo Stewart.

10.  Attached as exhibit 9 are excerpts from the February 21, 2013 deposition of Jacqueline Moore.

11.  Attached as exhibit 10 are excerpts from the March 5, 2013 deposition of Secretary Jeffrey Beard.

12.  Exhibits 11 through 14 are emails that were sent to me by Judy Burleson in response to my request for communications documenting the Special Master's approval of CDCR's therapeutic treatment modules.

13.  Attached as exhibit 11 is an email dated December 29, 2005, from Tim Fishback to Jeffrey Metzner.

2

14. Attached as exhibit 12 is an email dated February 27, 2007, from Jeffrey Metzner to Lisa Tillman with two attachments.

15. Attached as exhibit 13 is an email dated March 8, 2007 from Lisa Tillman to Doug McKeever.

16. Attached as exhibit 14 is an email dated April 19, 2007, from Doug McKeever to William White, with several attachments including emails dated March 9, 2007.

17. Attached as exhibit 15 is an example of CDCR's Health Care Transportation Scheduling Priorities report for the bus week of 2-25-13, which was provided to me by the Health Care Placement Oversight Program.

I declare under penalty of perjury of the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 24th day of July, 2013, in Sacramento, California.

    /s/ Debbie Vorous
Debbie Vorous

CF1997CS0003
31735984

3

Vorous Decl. Supp. Defs.' Opp'n to Pls.' Mot. Rel. to Housing & Treat. Mentally Ill Inmates in Segregation
(2:90-cv-00520 LKK JFM PC)