# EXHIBIT 7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,                )
                                      )
            Plaintiffs,               )
                                      )
       vs.                            )   Case No. Civ S 90-0520 LKK-JFM P
                                      )
EDMUND G. BROWN, JR., et al.,         )
                                      )
                                      )
            Defendants.               )
_____)
MARCIANO PLATA, et al.,               )
                                      )
                                      )
            Plaintiffs,               )
                                      )
       vs.                            )   Case No. C01-1351 TEH
                                      )
EDMUND G. BROWN, JR., et al.,         )
                                      )
                                      )
            Defendants.               )
_____)

        DEPOSITION OF EDWARD KAUFMAN, M.D., taken

on behalf of the defendants, at 32392 South Coast

Highway, Suite 250, Laguna Beach, California,

commencing at 10:00 a.m., Saturday, March 16, 2013,

before Audrey L. Ricks, Certified Shorthand

Reporter, No. 12098, CCR, RPR, CLR.

```
 1   required.
 2       Q    Okay.  And what do you base that on?  What
 3   requires there to be the 10 to 15 hours of treatment
 4   that you're referring to?
 5       A    It's my impression that's an institutional
 6   standard and that that's based on correctional
 7   policies which I'm not able to specifically cite,
 8   but it's repeatedly stated in many of the reports
 9   that I've read.
10       Q    Okay.  Are you aware of any other
11   jurisdictions in the United States that require 10
12   to 15 hours?
13       A    Not -- no.
14       Q    Okay.  Are you familiar with any other
15   state prison systems aside from your -- from
16   California?
17       A    I have evaluated many state prison systems
18   in the past.  I don't have an independent
19   recollection of what the standards are in terms of
20   therapy or group therapy for inmates in those
21   institutions.
22       Q    And when you say you've "evaluated many,"
23   can you tell me the ones that you've evaluated?
24       A    Texas, Utah, Oregon, Washington D.C.,
25   New York, just to name a few offhand.
```

THORSNES LITIGATION SERVICES, LLC  |  877.771.3312  |  www.thorsnes.com

```
 1   your list here that that happened to?  You talked
 2   about Prisoner B.  But anybody else?
 3       A    Prisoner C was seen at cell front by her
 4   clinician because there was a shortage of staff
 5   escorts.
 6       Q    But how does that show that the amount of
 7   treatment was reduced simply because she was seen at
 8   the cell front?
 9       A    Because in general, the visits at the cell
10   front, as I said before, do not provide sufficient
11   therapeutic contact.  Again, it's my impression they
12   tend to be briefer --
13       Q    Did you observe a cell-front visit?
14       A    The only cell-front visit I recall
15   observing was a psychiatric technician walking by a
16   row of cells.
17       Q    So when -- when you say that they're
18   inadequate, you're basing that on what?
19       A    Basing that on what usually happens when
20   someone is seen cell front as opposed to seeing them
21   in a confidential setting where the therapist can
22   sit comfortably and have eye contact.
23       Q    And how do you know what usually happens
24   if you haven't observed one?
25       A    I only know what is -- is my custom and my
```

```
 1   previous experiences.
 2       Q    Okay.  So you don't know what happens in
 3   California in cell-front contacts?
 4       A    Not at this time.
 5       Q    You also say -- you also state in your
 6   report that the quality of treatment is lower.
 7            What evidence do you have to show that?
 8            MS. MENDELSON:  Can you show me where you
 9   are?  I'm sorry.  You seem to be referring somewhere
10   specific.
11            MS. ANDERSON:  Yeah, page 15, line 8,
12   "Shortage has lowered the quality of treatment."
13            MS. MENDELSON:  Oh, okay.
14            THE WITNESS:  Well, in general, if you
15   have fewer staff, and if you have fewer staff than
16   have been allocated, you have less time for
17   psychotherapy with inmates.
18            And you know, I consistently saw that
19   inmates were not getting the 10 to 15 hours of
20   out-of-cell treatment that is indicated.
21   BY MS. ANDERSON:
22       Q    And where did you consistently see this?
23       A    Almost every AD-SEG or SHU that I visited
24   during this -- the month of February.
25       Q    So we're talking about the 20 inmates at
```

```
 1   30 days.
 2              But you know, I think that it's -- in my
 3   opinion, it's individualized.  You use a guideline
 4   like 30 days to be sure a patient is seen.
 5              Clinically, does it matter if it's 29, 30,
 6   or 31?  Probably not.  What matters is if somebody
 7   needs to be seen in seven days, they're seen in
 8   seven days.
 9        Q     Okay.  So assuming -- strike that.
10              Do you know what the Adam chair -- what an
11   Adam chair is?
12        A     I've seen them.
13        Q     Okay.  And did you know that the Adam
14   chairs were required by the Coleman special master?
15        A     I did not know.
16        Q     And did you know inmates prefer the
17   treatment modules as opposed to the Adam chair?
18        A     The majority of inmates that I spoke to
19   prefer the treatment modules to the Adam chair.
20        Q     Did you know that staff also preferred the
21   treatment modules as opposed to the Adam chair?
22        A     The majority of staff that I spoke to
23   preferred the treatment modules.
24        Q     Looking at your opinion regarding poor
25   medication management at CCWF, do you remember what
```

```
 1      Q    Does it increase their risk or need -- or
 2 their need for observation?
 3      A    No.
 4      Q    With respect to the mental health crisis
 5 bed unit, again, one of the bases for your opinion
 6 is statements that were made to you by Prisoner D at
 7 CCWF and Prisoner F at Corcoran.  And this is on
 8 page 29 of your opinion.
 9           Did you confirm any of the information
10 that they told you?  Specifically with prisoner D.
11      A    Which one?
12      Q    Prisoner D.
13      A    D?
14      Q    Yeah.  She described she was only provided
15 a suicide smock and a blanket.  That's what you
16 reported.
17      A    I didn't confirm what she was wearing, or
18 what she complained about what she had worn in the
19 past.
20      Q    Okay.  Can you name any recent studies on
21 the impacts of segregation on the mentally ill?
22      A    You know, there was a time when I did a
23 thorough literature review on that.  That would be
24 quite a while ago.
25           But -- but I recall at that time -- and we
```

```
 1   were talking about sensory depravation such as
 2   existed in punitive segregation -- and many of the
 3   studies that I saw at that time demonstrated that
 4   punitive segregation could directly lead to
 5   psychosis.
 6        I haven't reviewed the literature since
 7   punitive segregation was renamed administrative
 8   segregation.
 9      Q   And what period of time were you talking
10   about when you did review the literature?
11      A   That probably was up until the '70s, the
12   last time I reviewed the literature.
13      Q   Okay.  Are aware of a study called the
14   O'Keefe study?
15      A   Doesn't strike a bell.  Where was it
16   published?
17      Q   The O'Keefe study was published in the
18   Journal of American -- the Journal of the American
19   Academy of Psychiatry and the Law?
20      A   Okay.  I know the journal.
21      Q   But you're not familiar with the study?
22      A   No.
23      Q   Are you aware that the studies show that
24   the mentally ill actually did better in segregation?
25      A   I would have to review that study.  I
```

```
 1    It does say that the file corroborates the account.
 2    BY MS. ANDERSON:
 3        Q    Did you look at any of the inmates'
 4    central files?  General person information as
 5    opposed to just their medical records?
 6        A    I don't believe so.
 7             MS. MENDELSON:  They were requested and
 8    not granted.
 9    BY MS. ANDERSON:
10        Q    So the answer is "No"?
11        A    No.
12        Q    Okay.  I'd like to ask you some more
13    questions about administrative segregation.
14             And, Doctor, what is your opinion
15    regarding administrative segregation units for the
16    mentally -- the inmates who have been classified as
17    a mental health classification?
18        A    I believe that should be avoided wherever
19    possible.  And that if they're utilized in an
20    emergency situation, that it should be time-limited
21    with a definitive short-term time limit.
22        Q    Are you aware of the policies for
23    administrative segregation placement within the
24    Department of Corrections and Rehabilitation?
25        A    I've read them; I don't really recall what
```

Edward Kaufman										March 16, 2013

```
 1          I, Audrey L. Ricks, CSR 12098, do hereby
 2   declare:
 3
 4          That, prior to being examined, the witness
 5   named in the foregoing deposition was by me duly
     sworn pursuant to Section 30(f)(1) of the Federal
 6   Rules of Civil Procedure and the deposition is a
     true record of the testimony given by the witness.
 7
            That said deposition was taken down by me in
 8   shorthand at the time and place therein named and
     thereafter reduced to text under my direction.
 9
            That the witness was requested to review the
10   transcript and make any changes to the transcript as
     a result of that review pursuant to Section 30(e) of
11   the Federal Rules of Civil Procedure.
12          No changes have been provided by the witness
     during the period allowed.
13
            The changes made by the witness are appended
14   to the transcript.
15          No request was made that the transcript be
     reviewed pursuant to Section 30(e) of the
16   Federal Rules of Civil Procedure.
17          I further declare that I have no interest in
     the event of the action.
18
            I declare under penalty of perjury under the
19   laws of the United States of America that the
     foregoing is true and correct.
20
            WITNESS my hand this 17th day of
21
     March, 2013.
22
          _____Audrey L. Ricks_____
23   Audrey L. Ricks, CSR 12098
24
25
```

Page 222