# EXHIBIT 10

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> EDMUND G. BROWN, JR., ) <br> et al., ) <br> ) <br> Defendants. ) | No. Civ S 90-0520 LKK-JFM P |
| MARCIANO PLATA, et al., ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> EDMUND G. BROWN, JR., ) <br> et al., ) <br> ) <br> Defendants. ) | No. C01-1351 TEH |

DEPOSITION OF

JEFFREY A. BEARD, PH.D.

TUESDAY, MARCH 5, 2013, 9:02 A.M.

SACRAMENTO, CALIFORNIA

REPORTED BY:  BRENDA L. MARSHALL, RPR, CSR NO. 6939

THORSNES LITIGATION SERVICES, LLC

```
 1                  UNITED STATES DISTRICT COURTS
 2                  EASTERN DISTRICT OF CALIFORNIA
 3                AND NORTHERN DISTRICT OF CALIFORNIA
 4      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
 5      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
 6
 7   RALPH COLEMAN, et al.,        )
                                   )
 8            Plaintiffs,          )
     vs.                           )    No. Civ S 90-0520 LKK-JFM P
 9                                 )
     EDMUND G. BROWN, JR.,         )
10   et al.,                       )
                                   )
11            Defendants.          )
                                   )
12   MARCIANO PLATA, et al.,       )
                                   )
13            Plaintiffs,          )
                                   )
14   vs.                           )    No. C01-1351 TEH
                                   )
15   EDMUND G. BROWN, JR.,         )
     et al.,                       )
16                                 )
              Defendants.          )
17                                 )
18
19            The Deposition of JEFFREY A. BEARD, PH.D.,
20   taken on behalf of the Plaintiffs, before Brenda L.
21   Marshall, Certified Shorthand Reporter No. 6939,
22   Registered Professional Reporter, for the State of
23   California, commencing at 9:02 a.m., at the California
24   Department of Corrections and Rehabilitation Headquarters,
25   1515 S Street, Sacramento, California.
```

1   A.   Wellness checks, as I understand it, are checks
2   that would be made every 30 minutes for the first 21 days
3   for people placed in segregation units.
4   Q.   You know more about wellness checks than just
5   what the CDCR policy is, don't you?  What are wellness
6   checks under ACA standards?  You're on an ACA committee
7   that reviews those standards.
8   A.   I was.  I'm not on that committee now.
9   Q.   Okay.
10  A.   And I don't remember -- I can't tell you right
11  offhand what the ACA standard is for wellness checks.
12  Q.   I represent to you that the ACA standard is 30
13  minute staggered rounds for all persons in high-security
14  units, both -- not just for the first 21 days.
15       MR. MELLO:  Objection.  Assumes facts not in
16  evidence.  Lacks foundation.  If you have it, if you can
17  provide it.  Okay?
18       THE WITNESS:  Well, I don't know, again, what
19  the ACA standard is.  What I can say is that I believe now
20  CDCR has had five facilities accredited, including one of
21  the original facilities, by the ACA, and they seem to be
22  getting very high scores.  In the hundreds.  You have to
23  get a hundred on mandatory, and they're getting a hundred
24  on mandatory, and they're getting scores in the 97, 98
25  percent on the unmandatories.

CERTIFICATION OF DEPOSITION OFFICER

I, BRENDA L. MARSHALL, CSR, duly authorized to administer oaths pursuant to Section 2093(b) of the California Code of Civil Procedure, hereby certify that the witness in the foregoing deposition was by me sworn to testify to the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was thereafter transcribed by means of computer-aided transcription; that the foregoing is a full, complete and true record of said testimony; and that the witness was given an opportunity to read and correct said deposition and to subscribe the same.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, or in any way interested in the outcome of this cause named in said caption.

*Brenda L Marshall*

BRENDA L. MARSHALL

CSR No. 6939

THORSNES LITIGATION SERVICES, LLC | 877.771.3312 | www.thorsnes.com