**EXHIBIT 11**

-----Original Message-----
ck, Timothy
y, December 29, 2005 10:54 AM
letzner@UCHSC.edu'
ekrenyi, Peter; Hubbard, Suzan; Sifuentes, George; Dovey, John; 'lisa.tillman@doj.ca.gov'; Stone, Michael; Riley, Katie; Kernan, Scott; Kirkland, Richard; Marshall, John
erapeutic module specifications

Dr. Metzner,

Dr. Farber-Szekrenyi asked me to contact you regarding your offer to provide CDCR with information regarding a prototype for "therapeutic modules", or treatment cells. You and Mr. Keating have encouraged the Department to pursue a better module design that will be more conducive to therapeutic encounters for both the staff and the inmate-patients.

If you could please send me the information either by mail, email, or via an internet link, I would be most appreciative.

P.O. Box 942883
Sacramento, CA 94283-0001

Thanks Jeff and Happy New Years!

Tim Fishback, M.D.
Chief of Mental Health; Chief Psychiatrist
Division of Correctional Health Care Services
California Department of Corrections & Rehabilitation