# EXHIBIT 12

**From:** Jeffrey.Metzner@UCHSC.edu [mailto:Jeffrey.Metzner@UCHSC.edu]
**Sent:** Tuesday, February 27, 2007 5:01 PM
**To:** Lisa.Tillman@doj.ca.gov
**Cc:** mlopes@pld-law.com; FDoVale@pld-law.com
**Subject:** therapeutic modules

Lisa:

Attached is my memo ti Michael. Also is attached are specs from Oct. 2006, which I think are still relevant but please check to make sure that they apply to the picture attached to my memo.

Jeff

CONFIDENTIALITY NOTICE: This communication with its contents may contain
confidential and/or legally privileged information. It is solely for the
use of the intended recipient(s). Unauthorized interception, review, use
or disclosure is prohibited and may violate applicable laws including
the Electronic Communications Privacy Act. If you are not the intended
recipient, please contact the sender and destroy all copies of the
communication.

1

To: J. Michael Keating, Jr., Esq
From: Jeffrey L. Metzner, M.D.
Re: therapeutic Module prototype
Date: January 12, 2007

On January 11, 2007, I traveled to SAC IV to view the latest "prototype" of the therapeutic module. As described by Dr. Ruggles in his January 10, 2007 memo, the following changes have been made:

- The sides of the modules have been modified so that the upper and lower third of the side are covered with mesh while the middle third of the side is essentially a Lexan "window". This arrangement provides good visibility through the sides of the cell (so that group participants can clearly see the individuals in the neighboring cells).

- On the prototype, the entirety of both sides of the module was covered in Lexan. Sound transmission into and out of the cell was notably restricted. It is important to note that as these units would be placed into an array within a treatment room, Lexan would be placed on only the left side of the module (so that as the units sit next to each other, there is one layer of Lexan between adjoining cells) except for the end module on the right side (where lexan would be placed on both sides). **Note that the left side of the module is in the context of a person not in the module but outside the module and looking at the module.**


I have copied a picture of an earlier prototype, which closes approximates the new prototype with the following exceptions:

1. The bottom of the front of the module has lexan in place of the solid portion of the covering and the lexan/mesh is reversed in position (i.e., the mesh is at the very bottom of the front of the module). Lexan also cover the bottom mesh.
2. The cuff port has been moved from the middle to the left side of the front portion of the module.

J. Michael Keating, Jr., Esq.
Re: Therapeutic Modules
Page 2 of 3



The current prototype is problematic from two perspectives as follows:

1. It is difficult to hear others when in the modules because of the lexan coverings.
2. The "desk" or "table" in the module is too large because it will be difficult for lager inmates to sit in the module comfortably.

J. Michael Keating, Jr., Esq.
Re: Therapeutic Modules
Page 3 of 3

The following recommendations were discussed and recommended by myself, Warden James Walker, and Karen Kelly, Ph.D.

1. The lexan over the bottom mesh of the front of the module should be removed.
2. On the left side of the module, the upper 10 inches of the mesh should not be covered by lexan.
3. There will not be lexan on the right side of the module except for the module on the right end. This module would not have lexan covering the upper 10 inches of the mesh on the right side.
4. Although it may not be clear by the picture, the portion on the front of the module above the cuff port is all covered by lexan without any mesh. As noted in the picture, there are four rows of "paneling" with four sections in each row.

   It is recommended that the upper row have the outer sections of lexan replaced by a mesh section (i.e., a total of two sections) to improve sound transmission.

5. the width of the desk should be reduced by 3 inches.

These changes were reviewed with Gary Drummond (CSP SAC Plant Operations), who indicated they would not be problematic. He will arrange for PIA to send me revised drawings that incorporate these changes.

Captain Walker stated these changes would not be problematic from a security perspective. He noted that gassing and spitting have been extremely rare at the Sac PSU in the context of using these modules.

Please call me if any questions.

Jeffrey L. Metzner, M.D.

