**EXHIBIT 13**

| | |
|---|---|
| **From:** | Lisa Tillman <Lisa.Tillman@doj.ca.gov> |
| **Sent:** | Thursday, March 08, 2007 4:31 PM |
| **To:** | McKeever, Doug; Pierce, Gary@CDCR; Kelly, Karen; Stone, Michael@CDCR; Hill, Rick@CDCR |
| **Cc:** | Misha Igra |
| **Subject:** | RE: Fw: Mental Health Modular Treatment Units |

March 8, 2007

Re: Coleman v. Schwarzenegger

Greetings:

At today's CSP Sacramento exit call, Dr. Metzner stated that the submitted design of the modular units, with Lexan, was approved. He emphasized that no design other than the design and specifications provided by AW Rick Hill of CSP Sacramento should be produced.
By copy of this email, I respectfully ask AW Rick Hill of CSP Sacramento (916-294-3020) to ensure those for those specifications are provided to Gary Pierce and other appropriate persons involved in the production of these units.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205