# EXHIBIT 14

**From:** McKeever, Doug
**Sent:** Thursday, April 19, 2007 9:29 AM
**To:** White, William
**Cc:** Williams, Brett; Subia, Richard; Hanson, Brigid; McAloon, Margaret; Clavere, Stephen; Vanni, Peter; Weinholdt, Terri
**Subject:** Treatment Modules

Dr. White:

This is to confirm receipt of your letter dated April 11, 2007 requesting funds for the construction of treatment modules for use in your Administrative Segregation Program. I have attached an email that went out on March 9, 2007 to all institutions indicating that Special Master Keating approved a standardized Treatment Module for use in all institutions. I have also attached a subsequent email to all institutions with pictures and a schematic of the module. Therefore, if you move forward with any plans to place Treatment Modules in MCSP, you must use the standardized modules that have been approved by the Special Master and produced by PIA.

As for your request for funding, this request needs to go through the normal process that includes first looking at the institutional budget. If as you state there is no money for this purchase, I believe this request would go through DAI at Headquarters.

Please let me know if you have any questions.

Thanks.


Doug P. McKeever
Division of Correctional Health Care
Department of Corrections and Rehabilitation
916.327.1168 - office
916.799.0210 - mobile
doug.mckeever@corr.ca.gov

| | |
|---|---|
| **From:** | Pierce, Gary@CDCR <Gary.Pierce@cdcr.ca.gov> |
| **Sent:** | Friday, March 09, 2007 4:31 PM |
| **To:** | McKeever, Doug |
| **Subject:** | FW: Mental Health Modular Treatment Units |
| **Attachments:** | C11-7941.pdf; 3-9-07.xls |

*Gary Pierce*
Associate Construction Analyst
Office of Facilities Management
California Department of Corrections and Rehabilitation
501 J St, Rm 312, Sacramento, CA 95814
P.O. Box 942883, Sacramento, 94283-0001
(916) 323-2439

---

**From:** Pierce, Gary
**Sent:** Friday, March 09, 2007 4:12 PM
**To:** Institutions Wardens
**Subject:** Mental Health Modular Treatment Units

Earlier I sent out an e-mail to all of the Wardens/institutions informing everyone of the long-awaited Coleman Court approval of the Mental Health Modular Treatment Units that were designed primarily for use in group mental health sessions. I was asked for a photo of what one looks like, but I will go a few better. Attached is the PIA schematic for the unit and a few photos. The PIA contact for ordering these units is Tim Hart at tim.hart@pia.ca.gov or (916) 358-2664. Any questions regarding the units should be directed to Tim.

1







*Gary Pierce*
Associate Construction Analyst
Office of Facilities Management
California Department of Corrections and Rehabilitation
501 J St, Rm 312, Sacramento, CA 95814
P.O. Box 942883, Sacramento, 94283-0001
(916) 323-2439



Security Booth-CSPSAC, 34-1/2"W x 33-1/2"D x 77-1/2"H, Major Assembly — Drawing No. C11-7941

**PRINT RELEASE NOTICE**
**PRISON INDUSTRY AUTHORITY**
Product Design and Development
(Engineering)
560 East Natoma Street
Folsom, California  95630-2200
(916) 358-2750  FAX (916) 358-1438

TO:  **CDCR**                                          DATE:  **3/9/2007**

ATTN:  **GARY PIERCE**

The drawing(s) listed below is/are being released as indicated.  To ensure that only the most current prints are maintained, destroy or return to Engineering any prints that have the same number and are date-stamped before the date above.

| DRAWING #(S) | QTY | DETAIL/DESCRIPTION | NEW RELEASE | REVISION | PRINT REQUEST | PRELIMINARY | PROTOTYPE | APPVD FOR PROD | OTHER | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| C11-7941 | 1 | MAJOR ASSEMBLY DRAWING | | X | | | | | | |

Upon Receiving These Drawings Please Sign and Date. Fax Back to Enginering Immediately
Signed by:
Date:

| | |
|---|---|
| **From:** | Pierce, Gary@CDCR <Gary.Pierce@cdcr.ca.gov> |
| **Sent:** | Friday, March 09, 2007 3:12 PM |
| **To:** | Hill, Rick@CDCR; Bean, Mike; 'Tim.Hart@PIA.ca.gov'; 'Doug.Spivey@PIA.ca.gov'; 'Dwight.Smedley@PIA.ca.gov'; Cummings, Corey; McKeever, Doug; Lisa Tillman; Sifuentes, George; 'joey.franco@pai.ca.gov'; CDCR Institutions Wardens |
| **Subject:** | Court Approval of Modular Mental Health Treatment Units |

The Coleman Court has approved the design of the Modular Mental Health Treatment Units for statewide use. The only design approved for production is PIA's current design using <u>Lexgard</u> (laminated Lexan) for the glazing and incorporating Rick Hill's modifications. The Court was explicit in that other design is approved. The prohibition of the use of Lexgard has been waived by the Office of Facilities Management <u>only</u> for use in the modular treatment units and is not be construed as approval for use elsewhere in the institutions. With the design approval by the Coleman Court, PIA can now go forward with production of the treatment units. Please call or e-mail me if you have any questions

*Gary Pierce*
Associate Construction Analyst
Office of Facilities Management
California Department of Corrections and Rehabilitation
501 J St, Rm 312, Sacramento, CA 95814
P.O. Box 942883, Sacramento, 94283-0001
(916) 323-2439

1