# EXHIBIT 15

Health Care Transportation Scheduling Priorities
As determined by DHCS and MH Administration for the bus week of 02-25-13:

EOP and CCCMS waiting list priority (assumes vacancies after any DSH and MHCB discharges):
1. Schedule all health care cases endorsed to leave the desert or CCC.
2. Schedule all health care cases labeled "psych attn" or "psych/med and return" from DSH or MHCBs.
3. Give next priority (equitably) to EOP and CCCMS cases leaving ASUs and RCs.
4. Give next priority to EOP and CCCMS cases from non-EOP and non-CCCMS locations.
5. Give next priority (applies to EOP only) to cases at an EOP institution but not housed in EOP.
6. Give last priority to EOP and CCCMS cases already housed in an "official" EOP or CCCMS program.
7. MH Administration retains the authority to adjust priorities based on length of time on a wait list, increased acuity or other clinical treatment priorities.

## CCCMS:
(Guidelines based on today's CCCMS pops. Intake consultation with HC-POP and MH mgmt as needed.).
1-for-1 swaps: CTF, SATF.
Limited to 10: AVE, COR, SVSP.
Limited to 30: HDSP.
Send all *other* programs the max (20/day or 40/week), per *Coleman* stipulations.

## EOP limitations:

LAC – 15
PBSP – 15
CMC –15
CMF – 3
SATF COD – 0
RJD III – 4
RJD SNY – 2
Any endorsed to CIW or CCWF.

SATF SNY – 3
MCSP III – 0
MCSP IV – 0
KVSP – 1
COR IV SNY - 3
SAC – 15
SVSP – 15

## PSU & ASU-EOP Wait list:
PSU and ASU-EOP cases are scheduled based on length of time on their waiting list unless granted clinical priority by DHCS-MH Administration:

No PSUs to CIW.

SAC PSU and PBSP PSU each can take 6:

PBSP
2 from LAC -
2 from COR -
1 from SVSP
1 from CMF -

SAC
1 from
3 from                                                      497 and
1 from
1 from

It is noted that the MHSDS Health Care Transportation Priorities have been presented to the *Coleman* Special Master and have been presented under deposition to the Three Judge Panel on Prison Overcrowding.