| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LORI E. RIFKIN – 244081<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>LINDA L. USOZ – 133749<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**JOINT STATUS REPORT IN RESPONSE TO COURT'S JULY 10, 2013 ORDER**<br><br>Judge: Hon. Lawrence K. Karlton |

The parties, having met and conferred in response to the Court's July 10, 2013 Order regarding the evidentiary hearing on Plaintiffs' motions, respond as follows:

### ESTIMATE FOR TIME FOR TRIAL

The parties are in agreement that a time limit should be imposed for direct and cross-examination of witnesses, and suggest that twenty (20) hours of trial per side should be established for presentation of each party's case (including direct and cross examination of opposing witnesses) such that the full evidentiary hearing should not exceed forty (40) hours of trial, or approximately seven (7) court days. Direct testimony of expert witnesses may be presented by both declaration and testimony at trial. Defendants may request that the time limit be increased based on any new testimony presented by Plaintiffs in their reply to Defendants' opposition to the motions.

### DATES WHEN COUNSEL/WITNESSES ARE UNAVAILABLE FOR TRIAL

Plaintiffs' counsel and experts are generally available beginning August 27, 2013 through October 4, 2013. Within this block of time, Plaintiffs' counsel are unavailable on September 5 and 13, 2013, due to the Jewish holidays of Rosh Hashanah and Yom Kippur. Within this block of time, Plaintiffs' experts can be made available, although some experts may need to be presented out of order. The parties have agreed that presenting expert witnesses out of order is workable.

Defendants' counsel and experts are generally available beginning September 10 through October 4, 2013. During that time, Defendants are advised that use-of-force expert witness Steve Martin will not be available from September 9-11, and September 23-24. Defendants are further advised that their psychiatric expert Dr. Charles Scott is only available on September 23.

### OTHER TRIAL MANAGEMENT ISSUES

The parties request that the Court consider the following additional trial management issues in connection with the July 31, 2013 status conference:

- motions in limine and trial briefs, if any, should be filed one week before trial;

1 • initial witness lists to be exchanged on August 1; and

2 • final witness lists to be exchanged on August 15.

4 DATED: July 25, 2013                    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Lori E. Rifkin*
    Lori E. Rifkin

Attorneys for Plaintiffs

10 DATED: July 25, 2013                   KAMALA D. HARRIS
                                          Attorney General Of California

By: */s/ Jay Russell*
    Jay Russell
    Supervising Deputy Attorney General

Attorneys for Defendants