KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION OF PATRICK R. McKINNEY IN SUPPORT OF DEFENDANTS' POSITION REGARDING PLAINTIFFS' ALLEGED DISCOVERY DISPUTE REGARDING USE OF FORCE VIDEOS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Patrick R. McKinney, declare as follows:

1.  I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Position Regarding Plaintiffs' Alleged Discovery Dispute Regarding Use of Force Videos.

1

2. Plaintiffs have not served a request for production of documents to Defendants associated with their May 29, 2013 motion related to use of force and disciplinary measures seeking production of use of force videos, or otherwise.

3. Since the time the Court issued its March 5, 2013 Order, the use of force videos previously requested by Plaintiffs have been and remain available for inspection by Plaintiffs' expert at a mutually agreed-upon CDCR facility. Plaintiffs' expert Eldon Vail viewed these videos at San Quentin State Prison on March 13, 2013 and July 22, 2013. True and correct copies of email correspondence I sent to Plaintiffs' counsel offering to make the videos available for inspection at other times are attached as Exhibit 1. Other than the reviews that have taken place, Plaintiffs have not requested that Defendants make the videos available on other dates.

4. Neither Defendants nor their counsel have provided Defendants' expert copies of the use-of-force videos. Defendants' expert also has never removed a use-of-force video from a CDCR facility. Indeed, Defendants' expert reviewed the videos on which Plaintiffs' expert based his opinions jointly with Plaintiffs' expert on July 22, a day before his deposition.

5. Although Plaintiffs did not serve a formal discovery request, counsel for Defendants attempted to negotiate informally with Plaintiffs' counsel to arrange for the experts to remotely view but not download the videos on a secure Web site. CDCR was ultimately not able to implement this technical solution.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on July 26, 2013.

*/s/ Patrick R. McKinney*
Patrick R. McKinney

CF1997CS0003

2

Decl. Patrick R. McKinney Supp. Defs.' Position Re: UOF Videos
(2:90-cv-00520 LKK JFM PC)