# Exhibit 1

**Patrick McKinney**

| | |
|---|---|
| From: | Patrick McKinney |
| Sent: | Wednesday, July 10, 2013 4:24 PM |
| To: | 'Lori Rifkin'; Jay Russell |
| Cc: | Debbie Vorous; Maneesh Sharma; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG/Only |
| Subject: | RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429] |

Lori,

The June 11 order, which requires notice of an "inspection" of a CDCR or DSH facility, does not apply to this situation. Rather, the applicable order is the Court's March 7 order, which denied production of the videos and instead requires Defendants to make the use of force videos available to plaintiffs' expert at a date, time, and CDCR location selected by plaintiffs and their expert. Nevertheless, although we are finalizing the details, we intend to have Mr. Martin review the videos at San Quentin on July 22, and are willing to coordinate the review with Mr. Vail on that date.

With respect to making the use of force videos available at trial, Defendants have no objection as long as we can agree to a process where (1) Defendants submit the unedited videos selected by either party under seal, and (2) the Court reviews the videos in camera.

I will be in deposition tomorrow, but please let us know Plaintiffs' response to these proposals.

Patrick

---

**From:** Lori Rifkin [mailto:LRifkin@rbgg.com]
**Sent:** Tuesday, July 09, 2013 5:11 PM
**To:** Patrick McKinney; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Patrick,

As you know, Mr. Vail has been at your office today for a deposition in a different case, which makes it difficult for us to respond to your last-minute offer for him to review video tomorrow morning.

We look forward to hearing from you tomorrow.

Sincerely,

Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)

1

(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Tuesday, July 09, 2013 3:10 PM
**To:** Lori Rifkin; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Lori,

We are reviewing the issues raised in your message with our clients and will respond tomorrow. In the meantime, although Mr. Vail is not in Sacramento, he is here in our offices today with Mr. Specter. Our offer for Mr. Vail to review the videos stands, and CDCR can make the videos available at San Quentin as early as tomorrow morning. Please let us know by close of business today whether Plaintiffs are interested. Thanks,
Patrick

---

**From:** Lori Rifkin [mailto:LRifkin@rbgg.com]
**Sent:** Tuesday, July 09, 2013 1:23 PM
**To:** Patrick McKinney; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Patrick,

Mr. Vail has no plans to be in Sacramento this week. How will Defendants be making these videos available to Mr. Martin? If Mr. Martin is inspecting these videos at a CDCR institution, the Court's June 11, 2013 Order requires that Plaintiffs be notified and given an opportunity to attend. If neither expert is to be provided copies of these videos to review, then it would make sense to coordinate Mr. Martin's and Mr. Vail's review of these videos, wherever they take place.

The proposal you made below does not provide for the videos to be made available as exhibits for the Court's review during the use of force trial in this case. Per my original June 3, 2013 email to Defendants on this issue (attached), this is one of the issues Plaintiffs sought to resolve with Defendants through the meet and confer process. What is Defendants' current position on making the UOF videos available for use as exhibits in the trial?

Defendants have not yet articulated any non-speculative harm or basis for concern that would result from the provision of video files to Plaintiffs' counsel and their expert pursuant to the protective order already existing in this case, or the protective order that Plaintiffs have agreed to enter to govern the UOF videos. It is Plaintiffs' position that these videos

2

should be produced in connection with discovery in this case. We look forward to your response by the close of business Wednesday, July 10, so that we can bring this issue to the Court's attention if the parties are not able to reach a resolution.

Sincerely,

Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Monday, July 08, 2013 2:34 PM
**To:** Lori Rifkin; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; William Downer; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Lori,

CDCR has been unable to implement an appropriate technical solution that would allow for secure streaming of the use of force videos via remote FTP, and remains concerned about using a system that would allow the video files to be downloaded onto users' hard drives.

We understand that Mr. Vail will be in Sacramento this week, and CDCR can make the videos available for his review at CDCR's offices as early as tomorrow. If that does not work, we also remain willing to make the videos available for review in Sacramento, at San Quentin, or at another CDCR location selected by Plaintiffs and Mr. Vail.

Thanks, Patrick

---

**From:** Lori Rifkin [mailto:LRifkin@rbgg.com]
**Sent:** Friday, July 05, 2013 1:18 PM
**To:** Jay Russell
**Cc:** Debbie Vorous; Patrick McKinney; Maneesh Sharma; William Downer; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com) (Jeffrey.Bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Jay,

We have not received any response from Defendants regarding Plaintiffs' changes to the protective order for the Use of Force videos, nor information about whether the videos will be available via the FTP site by July 8, 2013. Please provide us with an update about the status of access to the Use of Force videos by July 8. As I have previously stated, if we are not able to come to an agreement for access, Plaintiffs will proceed by filing a motion with the Court.

Sincerely,

Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Lori Rifkin
**Sent:** Tuesday, June 25, 2013 5:14 PM
**To:** Jay Russell
**Cc:** Debbie Vorous; 'Patrick McKinney'; 'Maneesh Sharma'; 'William Downer'; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com) (Jeffrey.Bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Jay,

Attached are Plaintiffs' edits to the proposed protective order regarding the Use of Force videos. Please note that this version of the protective order includes a provision for access to the videos via the FTP site by July 8, 2013. Have the technical aspects of posting the videos on the site with password-protection been worked out on your side yet?

Please let me know if you would like to discuss any of the edits.

Sincerely,

Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)

4

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Jay Russell [mailto:Jay.Russell@doj.ca.gov]
**Sent:** Tuesday, June 25, 2013 4:41 PM
**To:** Lori Rifkin; Margot Mendelson
**Cc:** Debbie Vorous; Patrick McKinney; Maneesh Sharma; William Downer; Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)
**Subject:** RE: Coleman - Proposed Protective Order for Video Access

Lori and Margot — Please let us know your response to the proposed protective order at your earliest convenience. If you have any questions, let me know.

Jay C. Russell
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
415.703.5717
415.703.5843 Facsimile
jay.russell@doj.ca.gov

---

**From:** Jay Russell
**Sent:** Monday, June 17, 2013 6:49 PM
**To:** Lori Rifkin (LRifkin@rbgg.com); Margot Mendelson (MMendelson@rbgg.com)
**Cc:** Debbie Vorous; Patrick McKinney; Maneesh Sharma; William Downer; Katherine@CDCR Tebrock (Katherine.Tebrock@cdcr.ca.gov)
**Subject:** Coleman - Proposed Protective Order for Video Access

Lori and Margot —

Following up on our telephone conference this afternoon, a proposed protective order for access to and use of use-of-force videos is attached. I still need to follow up with CDCR on the details of how access can actually be provided but, as you can see from the draft protective order, I understand generally that it will be via FTP file access, similar to what is presently done with written documents.

If you have any questions, please let me know.

Jay C. Russell
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

5

415.703.5717
415.703.5843 Facsimile
jay.russell@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.