DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,

  v.

EDMUND G. BROWN, JR., et al.,

      Defendants.

Case No. Civ S 90-0520 LKK-JFM

**DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF USE OF FORCE VIDEOS**

[893085-1]

I, Lori E. Rifkin, declare:

I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Motion to Compel Production of Use of Force Videos.

1. In connection with filing Plaintiffs' May 29, 2013 Motion for Enforcement of Court Orders and Affirmative Relief Related to Use of Force and Disciplinary Measures ("May 29 Motion"), Plaintiffs renewed their request that Defendants provide Plaintiffs' counsel with copies of Use of Force videos previously shown to Plaintiffs' and Defendants' experts at CDCR sites in connection with the termination discovery so that Plaintiffs could use these videos as evidence in the evidentiary hearing on the May 29 Motion. The parties met and conferred extensively about Plaintiffs' request via e-mails and phone conferences over the past two months. Plaintiffs made clear through both verbal and written correspondence that if the parties could not reach agreement, Plaintiffs intended to bring the dispute before the Court to resolve. Until submitting Defendants' position today for the Joint Statement, Defendants never raised the objection that Plaintiffs must issue new formal discovery requests for these videos. A true and correct copy of the email correspondence between myself and Defendants' counsel on this issue over the past two months, in reverse chronological order, is attached hereto as Exhibit A.

2. Viewing the videos only at CDCR locations has proven ineffective and wasteful of resources because of repeated technology glitches. At the recent July 22, 2013 viewing of Use of Force videos that Defendants arranged for their expert, Mr. Martin, at San Quentin, which I attended with Plaintiffs' expert, Mr. Vail, it took virtually an entire day to watch eight videos because of repeated hardware and software malfunctions.

3. In order to present the Court with critical evidence for consideration in connection with Plaintiffs' May 29 Motion, Plaintiffs' counsel need full access to the Use of Force videos so that Plaintiffs' counsel and their experts may prepare for the hearing,

DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF USE OF FORCE VIDEOS

1  and so that Plaintiffs can present relevant videos as evidence during the hearing.  As is
2  standard practice in preparing trial exhibits, Plaintiffs' counsel must have a copy of the
3  videos to review, edit, and select portions for presentation at trial.

4      4.    In response to requests for these videos in connection with the May 29
5  Motion, Defendants at first agreed to production via a secure password-protected website,
6  and asked Plaintiffs to stipulate to an additional protective order regarding the videos.  *See*
7  Exhibit A.  Plaintiffs agreed, although it is unnecessary and redundant with the protective
8  order already in effect in this case.  Subsequently, however, Defendants have refused to
9  produce the videos, and stated that the only way Defendants will make them available for
10 the hearing is if Defendants provide them under seal directly to the Court for viewing *in*
11 *camera*.  This would potentially require the Court to view hours of video.

12     5.    The only rationale Defendants have provided thus far for their refusal to
13 provide copies of the videos to Plaintiffs' counsel is the concern that the videos "may wind
14 up on youtube."

15     6.    I observed that CDCR has already made copies of at least some of these
16 videos for its counsel during the review of the videos at San Quentin on July 22, 2013.

17

18     I declare under penalty of perjury under the laws of the United States and the State
19 of California that the foregoing is true and correct, and that this declaration is executed at
20 San Francisco, California this 26th day of July, 2013.

21

22                                      */s/ Lori E. Rifkin*
                                     Lori E. Rifkin
23

24

25

26

27

28

[893085-1]

2

DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF USE OF FORCE VIDEOS

# EXHIBIT A

# Lori Rifkin

| | |
|---|---|
| **From:** | Lori Rifkin |
| **Sent:** | Thursday, July 11, 2013 4:13 PM |
| **To:** | 'Patrick McKinney'; Jay Russell |
| **Cc:** | Debbie Vorous; 'Maneesh Sharma'; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only |
| **Subject:** | RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429] |

Patrick,

Mr. Vail will attend Mr. Martin's inspection of Use of Force videos at San Quentin on July 22. The June 11, 2013 order, which governs discovery connected to Plaintiffs' motions regarding segregation, use of force, disciplinary procedures, and provision of care to class members on death row, requires that Defendants provide Plaintiffs notice and the opportunity to attend any inspection by Defendants' experts at a CDCR institution.

This does not resolve the parties' dispute as to the Use of Force videos, however, because Plaintiffs requested access to these videos for use in the upcoming trial on use of force issues. Defendants have not articulated any legitimate basis for refusing to produce these videos or for the new position you articulated in your email below that the videos may be introduced into evidence only in camera, under seal, and unedited. As I previously stated, although we believe it unnecessary, per Defendants' request, Plaintiffs had agreed to an additional protective order specifically covering this videos. Defendants' continued refusal to produce these videos except in camera under seal to the Court violates the strong presumption that evidence used in court proceedings be public.

Given the fact that we have met and conferred extensively on this issue over the past two months, it is clear that this issue remains in dispute. Accordingly, Plaintiffs will move for an order directing Defendants to produce these videos.

Sincerely,


Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Wednesday, July 10, 2013 4:24 PM
**To:** Lori Rifkin; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Lori,

The June 11 order, which requires notice of an "inspection" of a CDCR or DSH facility, does not apply to this situation. Rather, the applicable order is the Court's March 7 order, which denied production of the videos and instead requires Defendants to make the use of force videos available to plaintiffs' expert at a date, time, and CDCR location selected by plaintiffs and their expert. Nevertheless, although we are finalizing the details, we intend to have Mr. Martin review the videos at San Quentin on July 22, and are willing to coordinate the review with Mr. Vail on that date.

With respect to making the use of force videos available at trial, Defendants have no objection as long as we can agree to a process where (1) Defendants submit the unedited videos selected by either party under seal, and (2) the Court reviews the videos in camera.

I will be in deposition tomorrow, but please let us know Plaintiffs' response to these proposals.

Patrick

**From:** Lori Rifkin [mailto:LRifkin@rbgg.com]
**Sent:** Tuesday, July 09, 2013 5:11 PM
**To:** Patrick McKinney; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Patrick,

As you know, Mr. Vail has been at your office today for a deposition in a different case, which makes it difficult for us to respond to your last-minute offer for him to review video tomorrow morning.

We look forward to hearing from you tomorrow.

Sincerely,

Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Tuesday, July 09, 2013 3:10 PM
**To:** Lori Rifkin; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Lori,

We are reviewing the issues raised in your message with our clients and will respond tomorrow.  In the meantime, although Mr. Vail is not in Sacramento, he is here in our offices today with Mr. Specter.  Our offer for Mr. Vail to review the videos stands, and CDCR can make the videos available at San Quentin as early as tomorrow morning.  Please let us know by close of business today whether Plaintiffs are interested.  Thanks, Patrick

---

**From:** Lori Rifkin [mailto:LRifkin@rbgg.com]
**Sent:** Tuesday, July 09, 2013 1:23 PM
**To:** Patrick McKinney; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Patrick,

Mr. Vail has no plans to be in Sacramento this week.  How will Defendants be making these videos available to Mr. Martin?  If Mr. Martin is inspecting these videos at a CDCR institution, the Court's June 11, 2013 Order requires that Plaintiffs be notified and given an opportunity to attend.   If neither expert is to be provided copies of these videos to review, then it would make sense to coordinate Mr. Martin's and Mr. Vail's review of these videos, wherever they take place.

The proposal you made below does not provide for the videos to be made available as exhibits for the Court's review during the use of force trial in this case. Per my original June 3, 2013 email to Defendants on this issue (attached), this is one of the issues Plaintiffs sought to resolve with Defendants through the meet and confer process.  What is Defendants' current position on making the UOF videos available for use as exhibits in the trial?

Defendants have not yet articulated any non-speculative harm or basis for concern that would result from the provision of video files to Plaintiffs' counsel and their expert pursuant to the protective order already existing in this case, or the protective order that Plaintiffs have agreed to enter to govern the UOF videos.  It is Plaintiffs' position that these videos should be produced in connection with discovery in this case.  We look forward to your response by the close of business Wednesday, July 10, so that we can bring this issue to the Court's attention if the parties are not able to reach a resolution.

Sincerely,

Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Monday, July 08, 2013 2:34 PM
**To:** Lori Rifkin; Jay Russell
**Cc:** Debbie Vorous; Maneesh Sharma; William Downer; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com) (jeffrey.bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Lori,

CDCR has been unable to implement an appropriate technical solution that would allow for secure streaming of the use of force videos via remote FTP, and remains concerned about using a system that would allow the video files to be downloaded onto users' hard drives.

We understand that Mr. Vail will be in Sacramento this week, and CDCR can make the videos available for his review at CDCR's offices as early as tomorrow.  If that does not work, we also remain willing to make the videos available for review in Sacramento, at San Quentin, or at another CDCR location selected by Plaintiffs and Mr. Vail.

Thanks, Patrick

---

**From:** Lori Rifkin [mailto:LRifkin@rbgg.com]
**Sent:** Friday, July 05, 2013 1:18 PM
**To:** Jay Russell
**Cc:** Debbie Vorous; Patrick McKinney; Maneesh Sharma; William Downer; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com) (Jeffrey.Bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Jay,

We have not received any response from Defendants regarding Plaintiffs' changes to the protective order for the Use of Force videos, nor information about whether the videos will be available via the FTP site by July 8, 2013. Please provide us with an update about the status of access to the Use of Force videos by July 8. As I have previously stated, if we are not able to come to an agreement for access, Plaintiffs will proceed by filing a motion with the Court.

Sincerely,


Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Lori Rifkin
**Sent:** Tuesday, June 25, 2013 5:14 PM
**To:** Jay Russell
**Cc:** Debbie Vorous; 'Patrick McKinney'; 'Maneesh Sharma'; 'William Downer'; 'Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)'; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com) (Jeffrey.Bornstein@klgates.com)'; 'Cesare-Eastman, Megan F. (megan.cesare-eastman@klgates.com)'; Coleman Team - RBG Only
**Subject:** RE: Coleman - Proposed Protective Order for Video Access [IWOV-DMS.FID6429]

Jay,

Attached are Plaintiffs' edits to the proposed protective order regarding the Use of Force videos. Please note that this version of the protective order includes a provision for access to the videos via the FTP site by July 8, 2013. Have the technical aspects of posting the videos on the site with password-protection been worked out on your side yet?

Please let me know if you would like to discuss any of the edits.

Sincerely,

Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Jay Russell [mailto:Jay.Russell@doj.ca.gov]
**Sent:** Tuesday, June 25, 2013 4:41 PM
**To:** Lori Rifkin; Margot Mendelson
**Cc:** Debbie Vorous; Patrick McKinney; Maneesh Sharma; William Downer; Katherine@CDCR Tebrock (katherine.tebrock@cdcr.ca.gov)
**Subject:** RE: Coleman - Proposed Protective Order for Video Access

Lori and Margot – Please let us know your response to the proposed protective order at your earliest convenience.  If you have any questions, let me know.

Jay C. Russell
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
415.703.5717
415.703.5843 Facsimile
jay.russell@doj.ca.gov

---

**From:** Jay Russell
**Sent:** Monday, June 17, 2013 6:49 PM
**To:** Lori Rifkin (LRifkin@rbgg.com); Margot Mendelson (MMendelson@rbgg.com)
**Cc:** Debbie Vorous; Patrick McKinney; Maneesh Sharma; William Downer; Katherine@CDCR Tebrock (Katherine.Tebrock@cdcr.ca.gov)
**Subject:** Coleman - Proposed Protective Order for Video Access

Lori and Margot –

Following up on our telephone conference this afternoon, a proposed protective order for access to and use of use-of-force videos is attached.  I still need to follow up with CDCR on the details of how access can actually be provided but, as you can see from the draft protective order, I understand generally that it will be via FTP file access, similar to what is presently done with written documents.

If you have any questions, please let me know.

Jay C. Russell
Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
415.703.5717
415.703.5843 Facsimile
jay.russell@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

## Lori Rifkin

| | |
|---|---|
| **From:** | Lori Rifkin |
| **Sent:** | Monday, June 03, 2013 1:13 PM |
| **To:** | Debbie Vorous; Jay Russell |
| **Cc:** | Coleman Team - RBG Only |
| **Subject:** | RE: Coleman:  Enforcement Motions - Use of Force videos & inspection [IWOV-DMS.FID6429] |

Dear Debbie and Jay,

I am writing to follow up on our discussion last week concerning use of force videos reviewed by Plaintiffs' and Defendants' experts.

As we informed you on Friday, based on Defendants' refusal to provide copies of the use of force videos reviewed on-site by Mr. Vail during discovery in connection with the termination motion, we are planning to move before Judge Karlton to compel production so that the videos will be available for use in the evidentiary hearing.  If Defendants are willing to reconsider their position and provide copies of these videos, please let us know before or during our meet and confer this week.  As we discussed, if Defendants are planning to provide copies of these videos to Mr. Martin for his review, we see no reason why these videos could not also be provided to Mr. Vail, subject to the protective order governing this case.

Additionally, if Mr. Martin will be inspecting any videos or other use of force materials on-site, please provide Plaintiffs advance notice of the time and date of this inspection so that we and our expert may attend this inspection, per the parties' agreement in the joint statement filed last Friday and court orders regarding notice to Plaintiffs of Defendants' inspections.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Debbie Vorous [mailto:Debbie.Vorous@doj.ca.gov]
**Sent:** Wednesday, May 29, 2013 10:58 AM

**To:** Michael W. Bien; Jay Russell; William Downer
**Cc:** Coleman Team - RBG Only; Steve Fama; Debbie Vorous
**Subject:** RE: Coleman: Enforcement Motions [IWOV-DMS.FID6429]

Michael,

A call tomorrow at 3:00 p.m. works fine.  Please let us know if there is a call-in number that we should use.  As for Dr. Haney, we do intend to take his deposition and will discuss a date with you tomorrow during the call.

Thank you,

---

**From:** Michael W. Bien [mailto:MBien@rbgg.com]
**Sent:** Tuesday, May 28, 2013 12:16 PM
**To:** Debbie Vorous; Jay Russell; William Downer
**Cc:** Coleman Team - RBG Only; Steve Fama
**Subject:** Coleman: Enforcement Motions [IWOV-DMS.FID6429]

Debbie, Sonny and Jay,

Following on last week's status conference and court order:

Dr. Haney is  available for deposition on July 8 or July 10 in San Francisco.  (Dr. Haney, as you know, lives and works in Santa Cruz.)  If necessary,  he can be available with some difficulty on June 29 or 30, also in San Francisco.  Given Dr. Haney's extremely busy schedule, including his end-of-the-academic-year university duties and commitments in other cases, please let us know as soon as possible if Defendants intend to take Dr. Haney's deposition and if so, on which date.

We intend to file our Use of Force/ RVR enforcement motion tomorrow,  Wednesday, May 29th.

We propose a telephone conference at 3 pm on Thursday, May 30, in compliance with the Court's May 24th Order.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review,

use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.