KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF - 240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777--3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al., <br><br>　　　Plaintiffs, <br><br>　　v. <br><br>EDMUND G. BROWN, JR., et al., <br><br>　　　Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P |
| MARCIANO PLATA, et al., <br><br>　　　Plaintiffs, <br><br>　　v. <br><br>EDMUND G. BROWN, JR., et al., <br><br>　　　Defendants. | CASE NO. C01-1351 TEH <br><br>**THREE-JUDGE COURT** <br><br><br>**DECLARATION OF DIANA TOCHE, DDS., IN SUPPORT OF DEFENDANTS' AUGUST 1, 2013 STATUS REPORT** |

5263655.1

I, Diana Toche, DDS., declare as follows:

1. I am the Acting Undersecretary of Administration and Offender Services for the California Department of Corrections and Rehabilitation (CDCR). Previously, I served as the Acting Director of the Division of Health Care Services for CDCR. Some of my current duties include oversight of the following: Division of Correctional Health Care Services, Division of Enterprise Information Services, Office of Labor Relations, Division of Facility Planning, Construction and Management, Division of Administrative Services, Division of Internal Oversight and Research, Office of Court Compliance, and Internal Affairs. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' August 1, 2013 Status Report.

## New Construction

2. CDCR began admitting patients to the California Health Care Facility in Stockton on July 22, 2013. As of July 29, 2013, 35 inmate-patients have been admitted at CHCF-Stockton. CDCR expects to admit anywhere between approximately 30 and 112 inmate-patients per week until all of the facility's 1,818 beds are filled in December 2013.

## Medical Parole

3. CDCR and the Board of Parole Hearings have been in contact with the Receiver's Office to coordinate expansion of the medical parole program. In order efficiently conduct medical parole suitability hearings, it was agreed to prioritize parole hearings by institution since certain institutions house larger numbers of eligible inmates than others. To that end, the first expanded medical parole hearings will begin at Central California Women's Facility (CCWF). Assuming the Court issues the necessary clarification related to the waiver of state constitutional provisions, I anticipate these hearings will be able to commence at CCWF in the near future. I recently received the first medical parole referral packets from the Receiver's Office for consideration. I reviewed the packets and forwarded them on to the Division of Adult Parole Operations,

the Board of Parole Hearings, and the Division of Adult Institutions. CDCR, the Board, and the Receiver's Office continue to refine the process and discuss the priority of inmate-patients for consideration and institutions where medical parole suitability hearings will be held.

### Elderly Parole

4.   CDCR continues to work to identify and screen inmates who may be eligible candidates for elderly parole. CDCR is also in the process of developing a means to address the potential overlap of inmates who are eligible for both elderly parole and medical parole.

### Court-Ordered Early Release System

5.   Consistent with the Three-Judge Court's June 20, 2013 Order, Defendants continue to develop a court-ordered early release system, and estimate that the system will be finalized in approximately 15 days.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed in Sacramento, California on August 1, 2013.

    /s/ Diana Toche, DDS.*
Diana Toche, DDS.

*Original signature retained by counsel*

5263655.1