KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>          v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF JOHN R. DAY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL PRODUCTION OF INDIVIDUAL INTERNAL AFFAIRS INVESTIGATION FILES AND IN SUPPORT OF MOTION TO QUASH OR MODIFY SUBPOENA ISSUED UNDER RULE 45 TO A PARTY WITNESS** |

I, John R. Day, declare as follows:

1. I am the Chief of Headquarters Operations of the California Department of Corrections and Rehabilitation's Office of Internal Affairs. My background and qualifications are stated in the July 24, 2013 declaration I signed in support of CDCR's opposition to the Plaintiff's motion regarding CDCR's disciplinary and use of force processes, and I do not repeat them here. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' opposition to Plaintiffs' motion to compel production of individual internal affairs investigation files, and in support of Defendants' motion to quash or modify Plaintiffs' deposition subpoena issued pursuant to Federal Rule of Civil Procedure 45.

2. In paragraph 2 of my July 24, 2013 declaration, I discussed the number of cases that the Office of Internal Affairs had investigated in 2012 regarding employee misconduct in the use of force. In 2012, there were 107 such cases investigated by my office.

3. Plaintiffs have requested that I turn over all 107 internal affairs files to them before my deposition under the assumption that I relied on the contents of the files in writing my declaration. This is incorrect. I did not review or consider the individual investigation files referred to the Office of Internal Affairs in 2012. Instead, I reviewed information from our office's case management system which tracks our cases. I am prepared to produce a copy of the management system report that I relied on at my deposition.

4. Collecting, copying, and redacting 107 internal affairs files would be a time consuming process. Because I never reviewed or relied on the contents of each file it is difficult to estimate how long it would take to identify and gather these files. At a minimum, I would estimate it would take several days or weeks to copy and redact each investigation packet.

5. Disclosing all 107 investigation files impacts several privilege issues. Many of the files have not yet had investigations completed. Disclosure of incomplete investigations would negatively impact our ability to further investigate the incidents. Disclosure of incomplete files or files found to require no disciplinary action would also cast innocent officers in a negative light, despite attempts to redact identifying information from the files. Additionally, disclosure of

1

Decl. John R. Day In Supp. Opp. to Mot. to Compel & Mot. to Quash or Modify Subpoena
(2:90-cv-00520 LKK JFM PC)

1 | individual investigation files would disclose Office of Internal Affairs techniques and procedures
2 | for conducting investigations, disclose identifying information for confidential sources, and
3 | violate the privacy rights of CDCR employees and other individuals involved in the investigation.
4 |     I declare under penalty of perjury under the laws of the State of California and the United
5 | States of America that the foregoing is true and correct. Executed in Sacramento, California on
6 | August 7, 2013.

*/s/ John R. Day*
John R. Day
Chief, Headquarters Operations,
Office of Internal Affairs, CDCR

***(original signature retained by attorney)***

CF1997CS0003
20718075.docx

2

Decl. John R. Day In Supp. Opp. to Mot. to Compel & Mot. to Quash or Modify Subpoena
(2:90-cv-00520 LKK JFM PC)