KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-3035
  Fax:  (415) 703-5843
  E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF PATRICK R. McKINNEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL PRODUCTION OF INDIVIDUAL INTERNAL AFFAIRS INVESTIGATION FILES AND IN SUPPORT OF MOTION TO QUASH OR MODIFY SUBPOENA ISSUED UNDER RULE 45 TO A PARTY WITNESS** |

I, Patrick R. McKinney, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court.  I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.  I submit this declaration in support of Defendants'

1

opposition to Plaintiffs' motion to compel production of individual CDCR Office of Internal Affairs Investigation Files, and in support of Defendants' motion to quash or modify Plaintiffs' deposition subpoena issued to party witness John Day pursuant to Federal Rule of Civil Procedure 45.

2. Attached as Exhibit 1 is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' Deposition Subpoena Issued Under Federal Rule of Civil Procedure 45 to Party Witness John R. Day, which were served on July 30, 2013.

3. Attached as Exhibit 2 is a true and correct of Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action to party witness John R. Day, with a cover sheet indicating service on our office on July 30, 2013 and purporting to require a deposition beginning at 9:00 a.m. on August 1, 2013. The parties subsequently agreed that Defendants would produce Mr. Day for deposition on August 14, 2013. Plaintiffs circulated their draft motion to compel on August 6, 2013, seven days after service of the subpoena.

4. On August 6, 2013, I sent an email message to Plaintiffs' counsel stating that Defendants would agree to produce template forms used by the Office of Internal Affairs in their investigations that would satisfy Plaintiffs' request without disclosing privileged or protected information. A true and correct copy of that email message is attached as Exhibit 3. Plaintiffs did not accept this offer.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on August 7, 2013.

                                                     **/s/ Patrick R. McKinney**
                                                     Patrick R. McKinney

CF1997CS0003