**Exhibit 1**

**Patrick McKinney**

| | |
|---|---|
| **From:** | Patrick McKinney |
| **Sent:** | Tuesday, July 30, 2013 9:06 PM |
| **To:** | Aaron Fischer |
| **Cc:** | Debbie Vorous; Jay Russell; Lori Rifkin (LRifkin@rbgg.com); Michael W. Bien (MBien@rbgg.com) |
| **Subject:** | RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID25914] |
| **Attachments:** | Objs & Resp to Day Subpoena.pdf |

Counsel, attached please find Defendants' Objections and Responses to Plaintiffs' Deposition Subpoena Issued Under Federal Rule of Civil Procedure 45 to Party Witness John R. Day. Thanks, Patrick

---

**From:** Aaron Fischer [mailto:AFischer@rbgg.com]
**Sent:** Monday, July 29, 2013 6:45 PM
**To:** Patrick McKinney
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; 'Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com) (Jeffrey.Bornstein@klgates.com)'; 'Megan F. Cesare-Eastman'
**Subject:** Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID25914]

Patrick,

Please find attached courtesy copies of the deposition notices and subpoenas/requests for production of documents for Day, Stainer, Allison, and Belavich. Please confirm that you will accept service of the subpoenas on behalf of these individuals.

We look forward to tomorrow's meet and confer on the issues outlined in Mike's email from earlier this afternoon.

Thank you.

Aaron J. Fischer, Esq.
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

1

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-3035
  Fax: (415) 703-5843
  E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' DEPOSITION SUBPOENA ISSUED UNDER FEDERAL RULE OF CIVIL PROCEDURE 45 TO PARTY WITNESS JOHN R. DAY** |

Defendants object and respond to Plaintiffs' deposition subpoena, with request for documents, under Federal Rule of Civil Procedure 45 to party witness John R. Day as follows:

**PRELIMINARY STATEMENT**

The information provided in these responses is true and correct, according to Defendants' best knowledge at this time, but it is subject to future correction for omissions, errors, or mistakes. Defendants reserve the right to produce evidence of any subsequently discovered facts or interpretations of facts, and to amend, modify, or otherwise change the responses, in accordance with applicable discovery rules.

1

Defs.' Obj. & Resp. to Day Subpoena (2:90-cv-00520 LKK JFM PC)

## GENERAL OBJECTIONS

1. Defendants object to the subpoena and each request for production of documents because it is defective, untimely, and served for the purpose of harassing Defendants. Federal Rule of Civil Procedure 34 is the exclusive means of obtaining documents or other tangible evidence from a party. *Alper v. United States*, 190 F.R.D. 281, 283 (D. Mass. 2000).

2. Defendants object to the subpoena and each request for production of documents because it purports to require a deposition and production of documents less than 2 days after it was served. The notice provided does not allow the subpoenaed witness sufficient time to comply or object, and is therefore unreasonable. Fed. R. Civ. P. 45(b)(1) & 45(c)(2)(B) (allowing 14 days to serve objections).

3. Defendants object to the subpoena and each request for production of documents because it purports to require Mr. Day to appear for deposition at a particular time and location. Defendants agree to produce Mr. Day for deposition at a mutually agreeable time and location.

4. Defendants object to the subpoena and each request for production of documents because it purports to require production of documents at a particular time and location. Defendants agree to produce responsive, non-privileged documents that are the proper subject of discovery at a mutually agreeable time and location.

5. Defendants object to each document request in the subpoena because they are prohibited by the Court's July 10, 2013 order, which states: "Plaintiffs may take depositions of defendants' witnesses in advance of filing their reply briefs" on August 9, 2013. (ECF 4687 ¶¶ 2 & 3.)

6. Defendants object to the subpoena and reach request for production of documents to the extent they exceed the scope of discovery permitted by Federal Rule of Civil Procedure 26. Defendants further object to the subpoena and each request for production of documents to the extent they seek irrelevant information, or information not reasonably calculated to lead to the discovery of admissible evidence.

2

Defs.' Obj. & Resp. to Day Subpoena (2:90-cv-00520 LKK JFM PC)

1    7. Defendants object to the subpoena and each request for production of documents to
2 the extent they purport to seek information or documents protected from discovery by the
3 attorney-client privilege, the attorney work product doctrine, the right to privacy in confidential
4 personnel information protected by the California Constitution, or the United States Constitution,
5 the official information privilege, Peace Office Personnel Protections pursuant to California Penal
6 Code section 832.5, or any other applicable privilege or immunity.

7    8. Defendants object to the subpoena and each request for production of documents to
8 the extent they seek documents or testimony related to subjects not reviewed or considered by the
9 witness to prepare his July 24, 2013 declaration submitted in support of Defendants' Opposition
10 to Motion Re: Use of Force and Disciplinary Measures (ECF 4705).

11    9. Defendants object to the subpoena and each request for production of documents to
12 the extent they seek documents that are not in Defendants' possession, have already been
13 produced to Plaintiffs or are in Plaintiffs' possession, or are equally available to Plaintiffs.

**REQUEST FOR PRODUCTION NO. 1:**

The current California Department of Corrections and Rehabilitation (CDCR) Office of Internal Affairs Policies & Procedures.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Defendants incorporate by reference the above General Objections as though fully stated in this response. Defendants further object to this request because it seeks documents that have already been produced to Plaintiffs or are in Plaintiffs' possession, or are equally available to Plaintiffs. Notwithstanding the foregoing general and specific objections, Defendants respond that the Office of Internal Affairs Policies & Procedures are contained in Title 15 of the California Code of Regulations and the Department Operations Manual.

**REQUEST FOR PRODUCTION NO. 2:**

All Internal Affairs files for each of the 107 Use of Force-related incidents referred to Internal Affairs in 2012, which are cited in Paragraph 2 of the Declaration of John R. Day in Support of Defendants' Opposition to Motion re: Use of Force and Disciplinary Procedures ("Day

3

1  Declaration") (*Coleman* Docket No. 4705), that involve *Coleman* class members, including all
2  records of any disciplinary actions taken.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

4      Defendants incorporate by reference the above General Objections as though fully stated
5  in this response. Defendants further object to this request because it seeks production of
6  documents and information protected from discovery by the attorney-client privilege, the attorney
7  work product doctrine, the right to privacy in confidential personnel information protected by the
8  California Constitution, or the United States Constitution, the official information privilege,
9  Peace Office Personnel Protections pursuant to California Penal Code section 832.5, or any other
10  applicable privilege or immunity. Defendants further object to this request because it seeks
11  documents not reviewed or considered by the witness to prepare his July 24, 2013 declaration
12  submitted in support of Defendants' Opposition to Motion Re: Use of Force and Disciplinary
13  Measures (ECF 4705). Defendants further this request because it seeks irrelevant information, or
14  information not reasonably calculated to lead to the discovery of admissible evidence.

15  **REQUEST FOR PRODUCTION NO. 3:**

16      All investigation referrals made by Internal Affairs to a District Attorney for criminal
17  prosecution related to Use of Force in the past two years, as referenced in Paragraph 13 of the
18  Day Declaration.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

20      Defendants incorporate by reference the above General Objections as though fully stated
21  in this response. Defendants further object to this request because it seeks production of
22  documents and information protected from discovery by the attorney-client privilege, the attorney
23  work product doctrine, the right to privacy in confidential personnel information protected by the
24  California Constitution, or the United States Constitution, the official information privilege,
25  Peace Office Personnel Protections pursuant to California Penal Code section 832.5, or any other
26  applicable privilege or immunity. Defendants further object to this request because it seeks
27  documents not reviewed or considered by the witness to prepare his July 24, 2013 declaration
28

4

Defs.' Obj. & Resp. to Day Subpoena (2:90-cv-00520 LKK JFM PC)

1  submitted in support of Defendants' Opposition to Motion Re: Use of Force and Disciplinary
2  Measures (ECF 4705). Defendants further this request because it seeks irrelevant information, or
3  information not reasonably calculated to lead to the discovery of admissible evidence.

4  Dated: July 30, 2013

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*[signature]*

PATRICK R. MCKINNEY
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
20715372.docx

5