**Exhibit 3**

**Patrick McKinney**

| | |
|---|---|
| **From:** | Patrick McKinney |
| **Sent:** | Tuesday, August 06, 2013 5:03 PM |
| **To:** | 'Lori Rifkin'; Debbie Vorous; Jay Russell |
| **Cc:** | Coleman Team - RBG Only; Maneesh Sharma |
| **Subject:** | RE: Coleman: preliminary witness list [IWOV-DMS.FID6429] |

Lori, we are continuing to work with our clients to determine whether any of the requested internal affairs information can be produced without violating the numerous privileges and protections identified in our response. For example, I expect that we will be able to provide template forms used by the Office of Internal Affairs, which would satisfy your objective to have an "intelligent conversation" during the deposition about the documents used in the investigation process. To the extent the subpoena continues to seek privileged or protected documents or information, however, it must be quashed or modified. Fed. R. Civ. P. 45(c)(3)(A).

Moreover, as you know, the subpoena was served a week ago and directs the witness to "bring with you to the deposition" the documents listed in Attachment A. In addition to being potentially improper because it seeks to compel privileged or protected information, any motion to compel brought before the time for production in the subpoena is unreasonable and premature.

Patrick