KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
KEVIN A. VOTH, State Bar No. 257227
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-1624
 Fax: (415) 703-5843
 E-mail: Kevin.Voth@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | Judge: The Honorable Lawrence K. Karlton |
| Defendants. | Action Filed: Aug. 23, 1990 |

**TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following person as Deputy Attorney General to the case as follows:

Kevin A. Voth, State Bar No. 257227
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-1624
Fax: (415) 703-5843
E-mail: Kevin.Voth@doj.ca.gov

1

Not. Assoc. Counsel  (2:90-cv-00520 LKK JFM PC)

1  Please add Kevin A. Voth to the Court's service list.

2  Dated:  August 12, 2013                    Respectfully submitted,

3                                              KAMALA D. HARRIS
                                               Attorney General of California
4                                              JAY C. RUSSELL
                                               Supervising Deputy Attorney General
5

6

7                                              */s/ Kevin A. Voth*
                                               KEVIN A. VOTH
                                               Deputy Attorney General
8                                              *Attorneys for Defendants*

9  CF1997CS0003
   20719282.doc
10

2

Not. Assoc. Counsel  (2:90-cv-00520 LKK JFM PC)

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 LKK JFM PC**

I hereby certify that on <u>August 12, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ASSOCIATION OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 12, 2013</u>, at San Francisco, California.

|  |  |
|---|---|
| S. Johnson | */s/ S. Johnson* |
| Declarant | Signature |

CF1997CS0003
20719892.doc