1. KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2. JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorney General
3. THOMAS S. PATTERSON, State Bar No. 202890
   Supervising Deputy Attorney General
4. PATRICK MCKINNEY, State Bar No. 215228
   Deputy Attorney General
5. DEBBIE VOROUS, State Bar No. 166884
   Deputy Attorney General
6. KEVIN A. VOTH, State Bar No. 257227
   Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone: (415) 703-1624
   Fax: (415) 703-5843
   E-mail: Kevin.Voth@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge:  The Honorable Lawrence K. Karlton<br>Action Filed: Aug. 23, 1990 |

The State Defendants—including Edmund G. Brown Jr., Governor of the State of California; Dr. Jeffrey Beard, Secretary of the California Department of Corrections and Rehabilitation; Ana J. Matosantos, Director of the Department of Finance; and Cliff Allenby, Acting Director of the Department of State Hospitals—appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order, entered on July 11, 2013, granting in part Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Inpatient

Treatment, and directing the Special Master to commence supervision of all Department of State Hospitals programs providing inpatient mental health care to the plaintiff class. (ECF No. 4688.)

In addition, Defendants appeal from all earlier, nonfinal orders that produced the judgment and are thereby merged with it. *See Am. Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001). These orders include, but are not limited to, the Court's order made orally during the June 19, 2013 evidentiary hearing, denying Defendants' motions in limine to exclude evidence (ECF Nos. 4659, 4660, 4661).

Dated:  August 12, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
PATRICK MCKINNEY
Deputy Attorney General
DEBBIE VOROUS
Deputy Attorney General

 */s/ Kevin A. Voth*
KEVIN A. VOTH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
20716001.doc

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 LKK JFM PC**

I hereby certify that on <u>August 12, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 12, 2013</u>, at San Francisco, California.

|  |  |
|---|---|
| S. Johnson | */s/ S. Johnson* |
| Declarant | Signature |

CF1997CS0003
20719941.doc