1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorney General
3  THOMAS S. PATTERSON, State Bar No. 202890
   Supervising Deputy Attorney General
4  PATRICK MCKINNEY, State Bar No. 215228
   Deputy Attorney General
5  DEBBIE VOROUS, State Bar No. 166884
   Deputy Attorney General
6  KEVIN A. VOTH, State Bar No. 257227
   Deputy Attorney General
7   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
8   Telephone:  (415) 703-1624
    Fax:  (415) 703-5843
9   E-mail:  Kevin.Voth@doj.ca.gov
   *Attorneys for Defendants*
10 *Edmund G. Brown Jr., Dr. Jeffrey Beard, Ana J.*
   *Matosantos, and Cliff Allenby*
11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DEFENDANTS' APPLICATION FOR ORDER SHORTENING TIME** |
| v. | Date: Aug. 19, 2013<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: The Honorable Lawrence K. Karlton<br>Action Filed: Aug. 23, 1990 |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

Defendants hereby apply for an Order Shortening Time for briefing and hearing of Defendants' motion for a stay of the Court's July 11, 2013 Order (ECF No. 4688), which directed the Special Master to commence monitoring and supervision of all Department of State Hospitals programs providing inpatient mental-health care to the plaintiff class, pending appeal to the United States Court of Appeals for the Ninth Circuit.  Defendants request that the motion be heard on August 19, 2013 at 10:00 a.m.  The attached Certificate demonstrates that hearing this

1

Defs.' Appl. Order Shortening Time  (2:90-cv-00520 LKK JFM PC)

1 | motion on shortened time is necessary because compliance with the Court's July 11, 2013 Order
2 | is likely to cause Defendants irreparable harm.

Dated: August 12, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
PATRICK MCKINNEY
Deputy Attorney General
DEBBIE VOROUS
Deputy Attorney General

*/s/ Kevin A. Voth*
KEVIN A. VOTH
Deputy Attorney General
*Attorneys for Defendants
Edmund G. Brown Jr., Dr. Jeffrey Beard,
Ana J. Matosantos, and Cliff Allenby*

CF1997CS0003
20719489.doc

2

Defs.' Appl. Order Shortening Time  (2:90-cv-00520 LKK JFM PC)