KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
THOMAS S. PATTERSON, State Bar No. 202890
Supervising Deputy Attorney General
PATRICK MCKINNEY, State Bar No. 215228
Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
Deputy Attorney General
KEVIN A. VOTH, State Bar No. 257227
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1624
 Fax:  (415) 703-5843
 E-mail:  Kevin.Voth@doj.ca.gov
*Attorneys for Defendants*
*Edmund G. Brown Jr., Dr. Jeffrey Beard, Ana J. Matosantos, and Cliff Allenby*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                         Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                                         Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**CERTIFICATE IN SUPPORT OF DEFENDANTS' APPLICATION TO SHORTEN TIME**<br><br>Date:           Aug. 19, 2013<br>Time:           10:00 a.m.<br>Courtroom:  4<br>Judge:          The Honorable Lawrence K. Karlton<br>Action Filed: Aug. 23, 1990 |

I, Kevin A. Voth, declare:

1. I am a Deputy Attorney General in the California Attorney General's Office, and counsel of record for Defendants in the above-captioned case. This certificate is submitted in support of Defendants' Application for an Order Shortening Time submitted herewith to have its

1

1  Motion to Stay the Court's July 11, 2013 Order Pending Appeal heard by this Court on August
2  19, 2013 at 10:00 a.m.
3      2.   A hearing before this Court on shortened time is necessary because compliance with
4  the Court's July 11, 2013 Order, which places the Department of State Hospitals (DSH) under the
5  Special Master's supervision, is likely to cause Defendants irreparable harm.  The Special Master
6  has already commenced monitoring activities at Salinas Valley Psychiatric Program, which has
7  required considerable effort and expense from administrative and clinical staff.  In addition, the
8  Special Master's team is scheduled to conduct tours at the California Health Care Facility on
9  August 12th through 15th, September 4th through 6th, and October 8th through 10th.  On-site
10 monitoring tours of Vacaville Psychiatric Program are set for September 11th through 13th and
11 October 15th through 17th.  A tour of Coalinga State Hospital is scheduled for October 21st
12 through 23rd.  Tours of Atascadero State Hospital are scheduled for September 10th through 13th
13 and November 4th through 6th.  There is a likelihood of irreparable harm because preparation and
14 participation in these site visits drain scarce departmental resources and distract DSH staff from
15 their core mission.
16     3.   I have spoken with counsel for Plaintiffs and advised him of Defendants' decision to
17 request shortened time for the hearing of this motion.  Opposing counsel has not agreed to a
18 hearing of this matter on shortened time.
19     4.   Defendants have submitted concurrently with the application to shorten time a
20 proposed order granting the application.  Defendants respectfully request that the Court set the
21 following briefing and hearing schedule: filing of Plaintiffs' opposition on August 16, 2013, and
22 the hearing to be held on August 19, 2013.
23 //
24 //
25 //
26
27
28

2

Certificate Supp. Defs.' Appl. Shorten Time  (2:90-cv-00520 LKK JFM PC)

5. The undersigned hereby certifies that the Application for Order Shortening Time is made in good faith and for good cause.

Dated: August 12, 2013                     Respectfully submitted,

                                             */s/ Kevin A. Voth*
                                             KEVIN A. VOTH
                                             Deputy Attorney General
                                             *Attorney for Defendants*

CF1997CS0003
20719493.doc

3