# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR ORDER SHORTENING TIME** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

The Court has read and considered Defendants' Application for Order Shortening Time and the accompanying certificate of counsel, and finds good cause exists to grant the application. Accordingly, Defendants' request to shorten the time for briefing and hearing of Defendants' Motion to Stay the Court's July 11, 2013 Order (ECF No. 4688) is GRANTED.  Plaintiff shall file any opposition to the motion for stay on or before August 16, 2013.  The matter will come before this Court for hearing on August 19, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____    _____
                                                                                         The Honorable Lawrence K. Karlton

1

[Proposed] Order Granting Defs.' Appl. Shorten Time (2:90-cv-00520 LKK JFM PC)