IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.              <u>ORDER</u>

_____/

        Defendants have filed a motion to stay this court's July 11, 2013 order pending appeal together with an application for order shortening time for hearing on the motion to stay. Defendants request an August 19, 2013 hearing on their motion to stay with plaintiffs' response thereto due August 16, 2013.

        After review of the papers and good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' August 12, 2013 application for an order shortening time (ECF No. 4744) is denied.

        2. On or before August 28, 2013, plaintiffs shall file and serve a response to defendants' August 12, 2013 motion to stay (ECF No. 4742). No reply brief will be required.

/////

1

3. Defendants' August 12, 2013 motion to stay is set for hearing before the undersigned on Friday, September 6, 2013, at 10:00 a.m. in Courtroom # 4.

4. Pending further order of court the Special Master and the parties shall proceed in accordance with the schedule set by the Special Master and defendants shall comply with all requests from the Special Master in connection with his monitoring of inpatient hospital care for class members.

DATED: August 13, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2