UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

    v.                                **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S. ZIL, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **August 12, 2013** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 13, 2013

                        **MARIANNE MATHERLY**
                        **CLERK OF COURT**

           **by:**  /s/  M. Plummer

                Deputy Clerk