UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:        CLERK, U.S. COURT OF APPEALS

FROM:      CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:90–CV–00520–LKK–JFM** |
| USDC Judge: | **JUDGE LAWRENCE K. KARLTON** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RALPH COLEMAN vs. JOHN S. ZIL** |
| Type: | **CIVIL** |
| Complaint Filed: | **4/23/1990** |
| Appealed Order/Judgment Filed: | **7/11/2013** |
| Court Reporter Information: | **D. Shepard** |

FEE INFORMATION

**Fee Status: Paid on 8/12/2013 in the amount of $455.00**

Information prepared by: /s/  **M. Plummer , Deputy Clerk**