No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

              Plaintiffs-Appellees,

    **v.**

**EDMUND G. BROWN, JR., et al.,**

             Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 LKK JFM PC
The Honorable Lawrence K. Karlton, Judge

**REPRESENTATION STATEMENT**

                          KAMALA D. HARRIS
                          Attorney General of California
                          JONATHAN L. WOLFF
                          Senior Assistant Attorney General
                          JAY C. RUSSELL
                          THOMAS S. PATTERSON
                          Supervising Deputy Attorneys General
                          KEVIN A. VOTH
                          Deputy Attorney General
                          State Bar No. 257227
                           455 Golden Gate Avenue, Suite 11000
                           San Francisco, CA  94102-7004
                           Telephone: (415) 703-1624
                           Fax: (415) 703-5843
                           Email:  Kevin.Voth@doj.ca.gov
                          *Attorneys for Defendants-Appellants*
                          *Edmund G. Brown Jr., Dr. Jeffrey Beard,*
                          *Ana J. Matosantos, and Cliff Allenby*

The undersigned represents the State Defendants-Appellants in this case—including Edmund G. Brown Jr., Governor of the State of California; Dr. Jeffrey Beard, Secretary of the California Department of Corrections and Rehabilitation; Ana J. Matosantos, Director of the Department of Finance; and Cliff Allenby, Acting Director of the Department of State Hospitals. Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses. The party listing in the district court's docket (which spans 75 of the 420 pages in the docket) also includes numerous associated counsel for many parties, as well as additional

///

///

intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Dated:  August 13, 2013		Respectfully Submitted,

>	KAMALA D. HARRIS
>	Attorney General of California
>	JONATHAN L. WOLFF
>	Senior Assistant Attorney General
>	JAY C. RUSSELL
>	THOMAS S. PATTERSON
>	Supervising Deputy Attorneys General
>
>	 /S/ KEVIN A. VOTH
>	KEVIN A. VOTH
>	Deputy Attorney General
>	*Attorneys for Defendants-Appellants
>	Edmund G. Brown Jr., Dr. Jeffrey Beard,
>	Ana J. Matosantos, and Cliff Allenby*

CF1997CS0003
20720029.doc

Service List

| | |
|---|---|
| Michael Bien<br>Rosen Bien Galvan & Grunfeld, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>Email: MBien@rbgg.com<br>(Attorney for Plaintiffs) | Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>(Attorney for Plaintiffs) |
| Edward P. Sangster<br>K&L Gates LLP<br>Four Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br>Email: ed.sangster@klgates.com<br>(Attorney for Plaintiffs) | Claudia Center<br>Legal Aid Society<br>Employment Law Center<br>600 Harrison Street<br>Suite 120<br>San Francisco, CA 94107<br>Phone: (415) 864-8848<br>Fax: (415) 864-8199<br>Email: ccenter@las-elc.org<br>(Attorney for Plaintiffs) |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way<br>Suite 301<br>Providence, RI 02908<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>(Special Master) | |

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**RALPH COLEMAN, et al.,**

                  Plaintiffs-Appellees,

    v.

**EDMUND G. BROWN, JR., et al.,**

                  Defendants-Appellants.

---

**STATEMENT OF RELATED CASES**

The following related case is pending in the United States Court of Appeals for the Ninth Circuit: *Coleman, et al v. Brown, et al.*, Case No. 13-15931.

Dated: August 13, 2013        Respectfully Submitted,

                                      KAMALA D. HARRIS
                                      Attorney General of California
                                      JONATHAN L. WOLFF
                                      Senior Assistant Attorney General
                                      JAY C. RUSSELL
                                      THOMAS S. PATTERSON
                                      Supervising Deputy Attorneys General


                                      */s/ KEVIN A. VOTH*
                                      KEVIN A. VOTH
                                      Deputy Attorney General
                                      *Attorneys for Defendants-Appellants*

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 LKK JFM PC**

I hereby certify that on <u>August 13, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## REPRESENTATION STATEMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 13, 2013</u>, at San Francisco, California.

|  |  |
|---|---|
| S. Johnson | */s/ S. Johnson* |
| Declarant | Signature |

Certif of Service.doc