KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
THOMAS S. PATTERSON, State Bar No. 202890
Supervising Deputy Attorney General
PATRICK MCKINNEY, State Bar No. 215228
Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
Deputy Attorney General
KEVIN A. VOTH, State Bar No. 257227
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-1624
 Fax: (415) 703-5843
 E-mail: Kevin.Voth@doj.ca.gov
*Attorneys for Defendants
Edmund G. Brown Jr., Dr. Jeffrey Beard, Ana J. Matosantos, and Cliff Allenby*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF G. MAYNARD IN SUPPORT OF DEFENDANTS' MOTION TO STAY JULY 11, 2013 ORDER (ECF No. 4688) PENDING APPEAL**<br><br>Date:          Aug. 19, 2013<br>Time:         10:00 a.m.<br>Courtroom: 4<br>Judge:        The Honorable Lawrence K. Karlton<br>Action Filed: Aug. 23, 1990 |

I, George Maynard, declare as follows:

1.   I am the Interim Assistant Executive Director of Salinas Valley Psychiatric Program. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' motion to stay the Court's July 11, 2013 order relating to the Department of State Hospital's inpatient programs.

1

2. I was appointed the Interim Assistant Executive Director in May 2013. My duties include assisting the Executive Director in facilitating the effective execution of Salinas Valley Psychiatric Program's programs.

3. Before my current position, I was the Assistant Deputy Director of Strategic Planning and Implementation for the Department of State Hospitals. As Assistant Deputy Director, my duties included creating solutions on a department-wide basis. I also participated in strategic planning to increase employee participation in the Department of State Hospitals. I will resume my duties as Assistant Deputy Director once my assignment as Interim Executive Director of Salinas Valley Psychiatric Program is completed.

4. On July 11, 2013, the Court issued an order declaring that the Special Master has the authority and duty to monitor the Department of State Hospital's inpatient mental health care programs, including Salinas Valley Psychiatric Program, Vacaville Psychiatric Program, Atascadero State Hospital, Coalinga State Hospital, and California Health Care Facility. (July 11, 2013 Order 12, ECF No. 4688.) The Court directed the Special Master to issue a report within 75 days about Salinas Valley Psychiatric Program's staffing, cuff orientation status, and any other matters that he determined required urgent attention by the Court. (*Id.* at 12.) The Court ordered the Special Monitor to issue a report on the other Department of State Hospital programs by March 31, 2014. (*Id.*) The Court's order required Department of State Hospital employees to "cooperate fully in providing the Special Master with all of the documents and facility access that he may require to meet this obligation." (*Id.*)

5. On July 12, 2013, a member of the Special Master's team, Kerry Walsh, emailed the Department of State Hospital's legal counsel (the Attorney General's Office) asking to schedule a meeting to "discuss the logistics of monitoring the DSH facilities and specifically SVPP." I received a copy of this email from the Attorney General's Office.

6. On July 16, 2013, Mr. Walsh emailed an agenda for the regularly occurring *Coleman* All Parties Meeting. The agenda indicated that during the meeting, the parties would discuss Salinas Valley Psychiatric Program's staffing levels, cuff/orientation status, and the monitoring of

2

Decl. Maynard Supp. Defs.' Mot. Stay July 11, 2013 Order Pending Appeal (2:90-cv-00520 LKK JFM PC)

the Department of State Hospital's Units and Facilities. I received a copy of this email from the Attorney General's Office.

  7. On July 18, 2013, I attended the *Coleman* All Parties Meeting. During the meeting, the Special Master's team announced its intention to monitor SVPP on-site for nine full days. The dates set by the Special Master's team included July 31st through August 2nd, August 5th through 7th, and August 20th through 22nd. The Special Master indicated that after he finished the Salinas Valley Psychiatric Program's on-site monitoring, he would also monitor the other Department of State Hospital facilities at least two times. During the All Parties Meeting, the Special Master scheduled a follow-up call for July 23, 2013.

  8. On July 23, 2013, I participated in a phone call with the Special Master's team. During the phone call, the Special Master's team reiterated its intention to tour Salinas Valley Psychiatric Program on-site for nine days. The Special Master's team laid out expectations for the on-site tour and its expectation of access to inmates, clinicians, executive staff, medical records, and program areas. The Special Master's team questioned Salinas Valley Psychiatric Program's executives, including myself, about Salinas Valley Psychiatric Program's written policies. The Special Master's team stated that Salinas Valley Psychiatric Program must produce to them all policies governing Salinas Valley Psychiatric Program's program and staffing.

  9. In response to this request, I gathered and forwarded the following documents related to Salinas Valley Psychiatric Program to the Attorney General's Office between July 25, 2013, and July 29, 2013:

- Administrative Directives;
- Program Manual;
- Nursing Policy and Procedure;
- Updates to the Nursing Policy and Procedure;
- Duty statements, including duty statements for Medical Technical Assistants, Senior MTAs, Psychiatric Technicians, Registered Nurses, and Supervising Registered Nurses;
- Treatment schedules for all units (Salinas Valley Psychiatric Program has the following six units: C5, C6, D5, D6, TC-1 and TC-2);

3

Decl. Maynard Supp. Defs.' Mot. Stay July 11, 2013 Order Pending Appeal (2:90-cv-00520 LKK JFM PC)

    • An excel spreadsheet of Salinas Valley Psychiatric Program's Interdisciplinary Treatment Teams as of July 29, 2013, providing the names of clinical staff in each treatment team. According to agreement reached during the July 23, 2013 conference call, the Attorney General's Office sent these documents to the Special Master's team.

10. On July 31, 2013, the Special Master's team began its on-site monitoring of Salinas Valley Psychiatric Program, which concluded on August 7, 2013. I was involved in all six days of this on-site monitoring tour, which required significant staff resources. The Special Master's team required access to clinicians, executive staff, custody and administrative staff. The Special Master's team also required access to inmates, inmate medical records, and program areas. Each day of the monitoring tour, five members of the executive team, the chief of psychology, a program director, and two program assistants, spent the majority of their day assisting the Special Master's team. The executive team's regular workflow was significantly interrupted, and regularly scheduled executive meetings and weekly management meetings had to be deferred. In addition to Salinas Valley Psychiatric Program Staff, the Special Master also required Salinas Valley State Prison's Associate Warden (AW) to attend meetings and unit tours, requiring the AW to make significant schedule changes with little advance notice.

11. During the on-site tour, the Special Master's team's inquiries and requests for documents were wide-ranging in scope. In addition to daily program schedules, ICC schedules and various other documents operational documents, the Special Master requested the following documents:

    • List of Salinas Valley Psychiatric Program inmates extracted from their cells.

    • Rules Violation Reports issued to Salinas Valley Psychiatric Program inmates.

    • Use of Force packages related to Salinas Valley Psychiatric Program inmates.

The Special Master's Team also requested to review:

    • Salinas Valley State Prison's registry of Rules Violation Reports.

    • Salinas Valley State Prison's log tracking incidents.

    • Several central files for Salinas Valley Psychiatric Program inmates.

4

Decl. Maynard Supp. Defs.' Mot. Stay July 11, 2013 Order Pending Appeal (2:90-cv-00520 LKK JFM PC)

12. On August 1, 2013, the Special Master's team sent an email to the Attorney General's Office, stating that plaintiffs' counsel will participate in the monitoring tour of Salinas Valley Psychiatric Program scheduled for August 20, 2013 through August 22, 2013. The Attorney General's Office's forwarded this email to me. On August 12, 2013, Defendants' counsel submitted a letter to the Special Master objecting to Plaintiffs' participation in the tours.

13. On August 1, 2013, the Special Master's team sent an email to the Attorney General's Office indicating that the team had scheduled on-site monitoring tours of California Health Care Facility for August 12th through 15th, September 4th through 6th, and October 8th through 10th. The Attorney General's Office's forwarded this email to me. I was further informed by the Attorney General's Office that the Special Master's team requested that California Health Care Facility provide patient lists for the August and September tours. Documents similar to those provided by SVPP, including program manuals, policies, duty statements, administrative directives, and documents related to inmate movement, will be required for the October site-visit. The Special Master indicated that during the August on-site monitoring tour two members of the Special Master's team will participate.

14. This is very busy time for all employees at California Health Care Facility, including executive staff and clinicians. California Health Care Facility just recently opened its doors and is in the process of growing to full capacity by admitting new patients every week. During this period, the executive team and clinicians' time must be fully devoted to activation. California Health Care Facility is continuing to recruit staff; orient and train new staff, admit new patients, and resolve all on-unit and support-services-system issues. The Special Master's requests and on-site monitoring tour will require executive staff and clinicians to devote significant time and resources to produce documents, prepare for the tour, and participate in the tour. Accommodating on-site monitoring is likely to be disruptive during a time when all of California Health Care Facility's resources should be focused on activation.

15. In addition, the Special Master's team has scheduled on-site monitoring tours of Vacaville Psychiatric Program, Coalinga State Hospital, and Atascadero State Hospital. The Special Master's team has scheduled on-site monitoring tours of Vacaville Psychiatric Program

5

from September 11th through 13th and October 15th through 17th. A tour of Coalinga State Hospital is scheduled for October 21st through 23rd. Tours of Atascadero State Hospital are scheduled for September 10th through 13th and November 4th through 6th. As of August 9, 2013, the Special Master's team has not provided specific information regarding document requests and staff related to his team's visits to Vacaville Psychiatric Program, Coalinga State Hospital, and Atascadero State Hospital.

I declare under penalty of perjury of the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 12th day of August, 2013, in Soledad, California.

*George Maynard*
George Maynard

CF1997CS0003
20717641.doc

6