KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF - 240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' STATUS REPORT IN RESPONSE TO JUNE 30, 2011, APRIL 11, 2013, AND JUNE 20, 2013 ORDERS** |

The State submits this status report on the state prison population as required by the Court's June 30, 2011, April 11, 2013, and June 20, 2013 orders.  Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.  Exhibit A shows that as of August 7, 2013, 119,632 inmates were housed in the State's 34 adult institutions, which amounts to 146.7% of design bed capacity.[1]

## COURT-ORDERED AMENDED POPULATION REDUCTION PLAN

### I.   MEASURES IN THE COURT'S AMENDED PLAN

#### A.   New Construction

Defendants began admitting patients to the California Health Care Facility in Stockton on July 22, 2013.  (Toche Decl. Supp. Aug. 1 Status Report, ECF 2690/4728 ¶ 2.)  Inmates with the most severe and long-term medical care and mental health needs are treated at the Stockton facility.  *See* California Department of Corrections and Rehabilitation, http://www.cdcr.ca.gov/Facilities_Locator/CHCF.html (last visited August 15, 2013).  As of August 7, 2013, 257 inmates have been transferred to CHCF-Stockton.  (Exhibit A.)  Defendants expect to admit anywhere between approximately 30 and 112 patients per week until all of the facility's 1,818 beds have been filled in December 2013.  (Toche Decl. Supp. Aug. 1 Status Report, ECF 2690/4728 ¶ 2.)

#### B.   Expanding Fire Camp Capacity

As Defendants reported in the July 18, 2013 Status Report, this measure has been accomplished.  (ECF 2679/4697 at 2-3.)  CDCR currently houses 3,970 inmates in fire camps.  (Exhibit A.)  CDCR will continue to house at least 3,800 inmates in fire camps consistent with the Court's Amended Plan.  (ECF 2679/4697 at 2-3.)

///

---

[1] The data in Exhibit A is taken from CDCR's August 12, 2013 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf

### C. Increasing Prison Credits

CDCR has developed a tentative process to implement increased prison credits and to address related logistical and policy concerns. (Decl. Stainer Supp. Aug. 15 Status Report (Stainer Decl.) ¶ 2.) CDCR has also identified inmates who may be potentially eligible to receive increased credits. (*Id.*) The recalculation of credits is a time-consuming process and the amount awarded to individual offenders must be determined on a case by case basis. (*Id.*) CDCR continues work to develop an efficient tracking system for these individual reviews. (*Id.*) CDCR has also prepared draft notifications to send to all affected stakeholders, including victims, sheriffs, chief probation officers, and Immigration and Customs Enforcement (ICE), among others, to advise them that they may not be receiving the requisite period pre-release notice and to encourage certain stakeholders (such as ICE and chief probation officers) to develop any necessary policies for addressing the expedited releases that may impact their operations. (*Id.*)

### D. Expanding Criteria for Medical Parole

Defendants have been working diligently to prepare for the implementation of the expanded medical parole program in the Court's amended plan. (*See* Stainer Decl. ¶ 3.) CDCR and the Board of Parole Hearings have been holding regular meetings with the Receiver's Office to coordinate expansion of the medical parole program. (Stainer Decl. ¶ 3.) During these meetings potential logistical road blocks to the expansion were discussed. (*Id.*) It was agreed to utilize the current processes and forms as much possible, and to send current parole packages through the normal process to identify issues that may arise. (*Id.*) Post release concerns such as housing, monitoring, and medical insurance issues have also been discussed. (*Id.*) In order to efficiently conduct medical parole suitability hearings, it was agreed to prioritize parole hearings by institution since certain institutions house larger numbers of eligible inmates than others. (*Id.*) CDCR, the Board, and the Receiver's Office continue to refine the process and discuss the priority of inmate-patients for consideration and the other logistics related to

implementing this measure.  (*Id.*)

### E. Establishing New Parole Process for Low-Risk Elderly Inmates

Defendants have also been working diligently to prepare for the implementation of the elderly parole program in the Court's amended plan.  (*See* Stainer Decl. ¶ 4.)  CDCR continues to work to identify and screen inmates who may be eligible candidates for elderly parole.  (*Id.*)  The Division of Adult Institutions and Division of Adult Parole Operations are working collaboratively to develop systems to establish appropriate parole plans.  (*Id.*)  CDCR intends to make use of current systems and forms to identify, screen, and establish parole plans for eligible inmates, but is also identifying the need for additional forms and processes.  (*Id.*)  CDCR also continues to develop a means to address the potential overlap of inmates who are eligible for both elderly parole and medical parole.  (*Id.*)

### F. Slowing Return of Out-Of-State Inmates

Defendants housed 8,862 inmates in out-of-state facilities as of August 7, 2013.  (Exhibit A.)  As Defendants previously reported in their July 18, 2013 Status Report, CDCR extended its contracts to continue to house these inmates in out-of-state facilities for up to three years.  (ECF 2679/4697 at 5; Beard Decl. Supp. July 18, 2013 Status Report, ECF 2680/4698 ¶ 8.)

### G. County Jail Capacity

As Defendants reported in their July 18, 2013 Status Report, Defendants are continuing to pursue the viability of contracting with county jails for additional bed space.  (ECF 2679/4697 at 5.)

## II. DEVELOPMENT OF A COURT-ORDERED EARLY RELEASE SYSTEM

Defendants informed this Court on July 18, 2013 that they were making "diligent and concerted efforts 'to develop a system to identify prisoners who are unlikely to reoffend or who might otherwise be candidates for early release.'"  (ECF 2679/4679 at 6, quoting June 20, 2013 Order, ECF 2659/4662 at 41; *see also* Decl. Beard Supp. Defs.' July 18, 2013 Status Report ¶ 10.)  Defendants have nearly completed developing the

1 | framework for the court-ordered early release system, and estimate that it will be finalized
2 | before the next report to this Court. (Stainer Decl. ¶ 5.)

DATED: August 15, 2013                HANSON BRIDGETT LLP


                                      By:      /s/ *Paul B. Mello*
                                          PAUL B. MELLO
                                          Attorneys for Defendants


DATED: August 15, 2013                KAMALA D. HARRIS
                                      Attorney General of California


                                      By:      /s/ *Patrick R. McKinney*
                                          PATRICK R. McKINNEY
                                          Deputy Attorney General
                                          Attorneys for Defendants