KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF - 240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>  Defendants. | CASE NO. C01-1351 TEH<br><br>**DECLARATION OF MICHAEL STAINER IN SUPPORT OF DEFENDANTS' AUGUST 15, 2013 STATUS REPORT** |

5264061.1

I, Michael Stainer, declare as follows:

1. I am the acting Director of the Division of Adult Institutions (DAI) for the California Department of Corrections and Rehabilitation (CDCR). I began working for CDCR in 1987 as a correctional officer and, after rising through the ranks, was appointed to the position of Deputy Director, Facility Operations, DAI in July 2012, and assigned as the acting Director on August 1, 2013. I am responsible for the management and oversight of the male and female adult institutions, including the conservation camps also known as "fire camps." I directly supervise two deputy directors, and indirectly supervise the associate directors, who, in turn, supervise the wardens of the institutions. I am charged with ensuring that security arrangements are sufficient to ensure the safety of the inmates, staff, visitors, and the public. I also oversee the fiscal and security operations of the institutions, including regulations and policies to avoid inmate escape, prevent inmate violence, and protect all individuals inside and outside of the security perimeter of each institution and fire camp. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

**Increased prison credits**

2. CDCR has developed a tentative process to implement increased prison credits and to address related logistical and policy concerns. CDCR has also identified inmates who may be potentially eligible to receive increased credits. The recalculation of credits is a time-consuming process and the amount awarded to individual offenders must be determined on a case by case basis. CDCR continues work to develop an efficient tracking system for these individual reviews. CDCR has prepared draft notifications to send to all affected stakeholders, including victims, sheriffs, chief probation officers, and Immigration and Customs Enforcement (ICE), among others, to advise them that they may not be receiving the requisite period of advance notice as a result of the court-ordered early releases and to encourage certain stakeholders (such as ICE and chief probation officers) to develop any necessary policies for addressing the early releases that may impact their operations.

## Medical Parole

3.  CDCR and the Board of Parole Hearings have been holding regular meetings with the Receiver's Office to coordinate expansion of the medical parole program. During these meetings potential logistical road blocks to the expansion were discussed. It was agreed to utilize the current processes and forms as much possible, and to send current parole packages through the normal process to identify issues that may arise. Post release concerns such as housing, monitoring, and medical insurance issues have also been discussed. In order to efficiently conduct medical parole suitability hearings, it was agreed to prioritize parole hearings by institution since certain institutions house larger numbers of eligible inmates than others. CDCR, the Board, and the Receiver's Office continue to refine the process and discuss the priority of inmate-patients for consideration and the other logistics related to implementing this measure.

## Elderly Parole

4.  CDCR continues to work to identify and screen inmates who may be eligible candidates for elderly parole. The Division of Adult Institutions and Division of Adult Parole Operations are working collaboratively to develop systems to establish appropriate parole plans. CDCR intends to make use of current systems and forms to identify, screen, and establish parole plans for eligible inmates, but is also identifying the need for additional forms and processes. CDCR also continues to develop a means to address the potential overlap of inmates who are eligible for both elderly parole and medical parole.

## Court-Ordered Early Release System

5.  Consistent with the Three-Judge Court's June 20, 2013 Order, Defendants have nearly completed developing the framework for the court-ordered early release system, and estimate that it will be finalized before the next report to this Court.

//

//

1  I declare under penalty of perjury of the laws of the State of California that the
2  foregoing is true and correct.  Executed in San Francisco, California on August 15, 2013.

4          _____s/ Michael Stainer*_____
              Michael Stainer
5          *Original signature retained by counsel*

5264061.1