DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER GRANTING THE RELIEF**<br><br>Judge: Hon. Lawrence K. Karlton |

[912243-1]

The Special Master has filed a report on Defendants' quality improvement process and the implementation of the self-auditing tool known as the Continuous Quality Improvement Tool, following completion of a pilot process at eight CDCR institutions. Dkt. No. 4730.  The Special Master has reported that "the momentum toward completion and roll-out of the tool was seriously disrupted" and faced several obstacles, in part due to the motions filed in this Court in January 2013.  The Special Master has determined that it is necessary to re-pilot the tool at all eight institutions in order to assess the efficacy and implementation of the tool.

Good cause appearing, **IT IS HEREBY ORDERED** that the Special Master shall continue to review and assess Defendants' quality improvement and quality assurance processes, with participation and input of the *Coleman* plaintiffs' counsel.  Defendants shall fully cooperate with the Special Master and Plaintiffs' counsel during the completion of this process, including all re-piloting and review of the Continuous Quality Improvement Tool.  The Special Master shall provide this Court with a supplemental report as to implementation of the Continuous Quality Improvement Tool by the end of 2013.

DATED:  _____, 2013

_____
Lawrence K. Karlton
Judge of the United States District Court