KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF AMENDED DECLARATION OF DR. TIM BELAVICH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION RELATED TO HOUSING AND TREATMENT OF MENTALLY ILL PRISONERS IN SEGREGATION** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants are amending the Declaration of Dr. Tim Belavich in Support of Defendants' Opposition to Plaintiffs' Motion Related to Housing and Treatment of Mentally ill Prisoners in Segregation (previously filed as ECF 4712-1) as follows:

(1) At 4:07-4:10 the declaration has been amended to reflect that the hours of group therapy listed for Corcoran and California Correctional Institute were hours offered to inmate-patients, rather than attended.

1

Not. of Am. Decl. T. Belavich Supp. Defs.' Opp'n. to Pls.' Mot. Rel. to Housing & Treat. Mentally Ill Prisoners in Segregation (2:90-cv-00520 LKK JFM PC)

(2) At 5:09-5:15 the declaration has been amended to clarify the number and composition of new psychiatrists.

Dated: August 22, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California

/s/ Jessica S. Kim

JESSICA S. KIM
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31764106.doc

2

Not. of Am. Decl. T. Belavich Supp. Defs.' Opp'n. to Pls.' Mot. Rel. to Housing & Treat. Mentally Ill Prisoners in Segregation (2:90-cv-00520 LKK JFM PC)