IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,               No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

       Defendants.        ORDER

_____/

      On August 2, 2013, the Special Master filed a Report on Defendants' Quality Improvement Process (ECF No. 4730).  On August 16, 2013, plaintiffs filed a response to that report and a request for court order (ECF No. 4757).

      Good cause appearing, IT IS HEREBY ORDERED that defendants are granted ten days from the date of this order in which to file and serve a response to plaintiffs' request for court order.  Thereafter the matter will be submitted for decision without further briefing.

DATED: August 23, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1