1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California 94710-1916
   Telephone: (510) 280-2621
4
5
6
7
8  JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
9  LINDA L. USOZ – 133749
   MEGAN CESARE-EASTMAN – 253845
10 RANJINI ACHARYA – 290877
   K&L GATES LLP
11 4 Embarcadero Center, Suite 1200
   San Francisco, California 94111-5994
12 Telephone: (415) 882-8200

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

13 Attorneys for Plaintiffs

15              UNITED STATES DISTRICT COURT
16              EASTERN DISTRICT OF CALIFORNIA

18 RALPH COLEMAN, et al.,

19         Plaintiffs,

20     v.

21 EDMUND G. BROWN, JR., et al.,

22         Defendants.

Case No. Civ S 90-0520 LKK-JFM

**PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF REGARDING IMPROPER HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION**

Judge: Hon. Lawrence K. Karlton
Date:  November 5, 2013
Time:  10:30 a.m.
Crtrm: 4

[915695-1]

PLS.' APP. TO EXCEED PAGE LIMIT FOR REPLY ISO MOT. FOR ENFORCEMENT OF COURT ORDERS & AFFIRM. RELIEF RE IMPROPER HOUSING & TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION

# APPLICATION

Plaintiffs Ralph Coleman, et al. hereby apply for an order allowing Plaintiffs to exceed the page limit for their Reply in Support of Motion for Enforcement of Court Orders and Affirmative Relief re: Improper Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation, filed concurrently herewith.

Plaintiffs respectfully submit that good cause exists to allow them to exceed the fifteen (15) page limitation as set forth in the Honorable Judge Karlton's standing order. Plaintiffs' motion (Docket No. 4580, May 6, 2013), which requests relief on several critical deficiencies in Defendants' segregation policies, procedures, and practices that Plaintiffs assert violate the rights of the *Coleman* class, was sixty-two (62) pages. The Court granted Plaintiffs' application to exceed page limitations for that motion. Order, Docket No. 4584, May 7, 2013. Defendants' opposition to Plaintiffs' motion was forty (40) pages long. Properly responding to Defendants' assertions and evidence regarding Defendants' use of segregated housing units requires a comprehensive evidentiary and legal reply that will take more than the number of pages normally allotted. Plaintiffs seek enforcement of numerous court orders and affirmative relief on major issues affecting hundreds of class members. A proper presentation of this evidence requires more than the standard fifteen (15) page allotment.

Plaintiffs therefore seek leave to file a Memorandum of Points and Authorities in Support of their Motion of 35 pages. Good cause exists for the Court to grant this Application.

DATED: August 23, 2013         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Aaron J. Fischer*
    Aaron J. Fischer

Attorneys for Plaintiffs

[915695-1]