1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:    (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

8  JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
9  LINDA L. USOZ – 133749
   MEGAN CESARE-EASTMAN – 253845
10 RANJINI ACHARYA – 290877
   K&L GATES LLP
11 4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
12 Telephone:    (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:    (415) 864-8848

13 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>            Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**EXPERT DECLARATION OF EDWARD KAUFMAN, M.D. IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES**<br><br>Judge:   Hon. Lawrence K. Karlton<br>Date:    September 26, 2013<br>Time:    10:00 a.m.<br>Crtrm:   4 |

[921923-1]

1    I have personal knowledge of the matters set forth herein, and if called as a witness,

2    I could competently so testify.  I make this declaration in support of Plaintiffs' Reply in

3    Support of Motion for Enforcement of Court Orders and Affirmative Relief Related to Use

4    of Force and Disciplinary Measures.

5                              **Education, Training, and Experience**

6          1.      My education, training, and experience are detailed in the Expert Declaration

7    I filed earlier this year in connection with Plaintiffs' Opposition to Defendants' Motion to

8    Terminate Prospective Relief ("Termination Declaration"), Doc. 4379, filed March 14,

9    2013.

10         2.      In brief, I am currently the Medical Director at Northbound Treatment

11   Services (NTS) in Costa Mesa, California.  Over the course of my career, I have served as

12   a Medical Director and Consulting Psychiatrist at a number of treatment centers and

13   chemical dependency treatment programs.  I have also worked in correctional settings and

14   hospitals.  I have a broad background in psychiatry, both as a clinician and an academic.

15   My curriculum vitae is attached to this Report as **Exhibit A**.

16         3.      I also have significant experience evaluating the provision of mental health

17   treatment to inmates in California prison and mental health facilities.  In or around 1986, I

18   was retained by the United States Department of Justice as a consultant in connection with

19   an investigation of medical and psychiatric care of prisoners at the California Medical

20   Facility (CMF) at Vacaville.  As part of that investigation, I toured the institution,

21   interviewed staff, and reviewed medical records.  I prepared a report of my findings in

22   1987, which was provided to the California Department of Corrections by the DOJ, and

23   subsequently produced in discovery and introduced into evidence by the plaintiffs in the

24   *Gates v. Deukmejian* trial.

25         4.      In 1992 and 1993, I was retained by the *Coleman* Plaintiffs to write an expert

26   report in the *Coleman v. Wilson* lawsuit.  In connection with that lawsuit, I toured four

27   California prisons:  California Correctional Institution (CCI), California State Prison

28   Corcoran (CSP-Corcoran), California Men's Colony (CMC), and Richard J. Donovan

[921923-1]

1    Correctional Facility (RJD).  I also extensively reviewed reports and medical records

2    relating to mental health care in California prisons.  In 1993, I submitted an expert

3    declaration to the *Coleman* court.  I also testified in the trial in 1993.

4         5.     Earlier this year, I was again retained by the *Coleman* Plaintiffs to write an

5    expert report in what is now the *Coleman v. Brown* lawsuit.  My review both included and

6    went beyond the specific mental health care and treatment issues raised in Defendants'

7    motion to terminate.  In addition to reviewing an extensive number of documents

8    pertaining to the current nature and quality of medical and mental health in CDCR and

9    conditions of confinement (*see* Exhibit B to Termination Declaration), I also conducted

10   tours and interviews in numerous housing units in three prisons:  Central California Prison

11   for Women (CCWF), California Institution for Men (CIM), and California State Prison-

12   Corcoran (CSP-COR).  I conducted these tours in February 2013, and focused on housing

13   units where mentally ill prisoners were housed.

**Expert Opinion**

15        6.     Based on my interviews, inspections, and review of documents in connection

16   with the termination motion, as well as additional documents recently provided to me

17   (listed in the attached **Exhibit B**), and my own expertise and experience, Plaintiffs have

18   asked me to offer an opinion regarding CDCR's use of force practices specifically with

19   respect to harm caused by use of force against *Coleman* class members, prisoners with

20   mental illness.

21        7.     In my opinion, the circumstances under which CDCR staff use force against

22   inmates with mental illness, as described in both experts' declarations, are unfortunately

23   remarkably similar to those circumstances I observed in 1992 and 1993 prior to the

24   original *Coleman* trial.  In 1993, I reported that the Department of Corrections appeared to

25   be in the process of replacing their use of tasers with the use of 37 mm gas guns for uses of

26   force against mentally ill inmates without changing the circumstances under which officers

27   would use these weapons against prisoners with mental illness, or the manner in which

28   they used them.  In 2013, CDCR appears to have substituted Oleoresin Capsicum (OC)

[921923-1]

EXPERT DECL. OF EDWARD KAUFMAN, M.D. ISO PLS.' REPLY ISO MOTION FOR ENFORCEMENT OF
COURT ORDERS & AFFIRMATIVE RELIEF RELATED TO USE OF FORCE & DISCIPLINARY MEASURES

1  spray, often via very large canisters or grenades, batons, and physical restraints, for the 37

2  mm guns and tasers.  Yet, the circumstances and manner of use have not improved.

3      8.      My 1993 Declaration described uses of tasers and/or 37 mm guns against

4  inmates who at that time were labeled "Cat J" inmates who refused cell moves or to "cuff

5  up" after attempting self-harm or demonstrating agitated behavior.  (Par. 471 of 1993

6  Declaration.)  At that time, I wrote that the reports I reviewed showed untrained custody

7  staff appearing routinely to have escalated conflict by demanding compliance from a

8  psychotic patient.  "The refusal to comply resulted in the appearance of a frightening team

9  of officers in rather bizarre garb, brandishing a weapon and speaking through masks and

10  shields. . . . In every such incident, psychological injury to the mentally ill inmate, damage

11  to any existing therapeutic relationship, and a reduced prospect of successful mental health

12  treatment in the present and future are almost certain." *Id.*

13      9.      The recent documents I reviewed, including the declarations of both

14  Plaintiffs' and Defendants' experts regarding use of force, describe uses of force to

15  perform cell extractions and subdue mentally ill prisoners who were delusional, psychotic,

16  paranoid, or otherwise displaying symptoms of mental illness.  In one example, force was

17  used in order to extract an inmate from his cell in order to forcibly administer psychotropic

18  medications, and in other examples, force was used in order to extract an inmate from his

19  cell in order to transfer him to a crisis bed or other mental health treatment bed placement

20  because the inmate had reportedly "refused orders" to cuff up and leave the cell

21  voluntarily.  In one report, the individual was reportedly demonstrating bizarre behavior

22  and threatening to kill himself.

23      10.      In most of the incidents described, large quantities of OC spray, often at

24  close range, were used against prisoners with mental illness who were contained in their

25  housing cells or in cages, even in infirmary or crisis bed units, for refusing to obey orders.

26      11.      At this point, it is my understanding that no CDCR rules, regulations, or

27  policies restrict the use of OC spray against prisoners with mental illness, and that

28  correctional officers use OC spray on inmates housed in a variety of settings including

EXPERT DECL. OF EDWARD KAUFMAN, M.D. ISO PLS.' REPLY ISO MOTION FOR ENFORCEMENT OF
COURT ORDERS & AFFIRMATIVE RELIEF RELATED TO USE OF FORCE & DISCIPLINARY MEASURES

1    EOP units, MHCB units, and infirmary units. By CDCR policy, OC spray is the preferred

2    use of force for performing cell extractions. It is my understanding that CDCR does not

3    currently restrict the amount of OC spray that can be used on an inmate housed in a cell or

4    a module (cage), and does not reliably measure the amount of spray that is used, as both

5    Plaintiffs' and Defendants' experts have suggested. It is also my understanding that

6    CDCR custody officers use OC spray on inmates with mental illness for refusing orders

7    such as orders to take psychotropic medication, orders to exit a housing cell for a transfer

8    to a crisis bed, and orders to return a food tray or stop obstructing a food port.

9        12.    I have reviewed the Declaration of Steve J. Martin In Support of Defendants'

10   Opposition to Motion Related to Use of Force and Disciplinary Measures, Doc. 4706, filed

11   July 24, 2013. In paragraph 13, Mr. Martin states that he did not observe "any pattern of

12   serious injuries normally associated with those systems or institutions found to have

13   engaged in a pattern and practice of excessive and unnecessary staff use of force."

14       13.    Although Mr. Martin does not explicitly state in his Declaration that he is

15   referring to "serious injuries" as physical injuries, this seems to be the logical inference to

16   draw from his report, and in his deposition he referred to looking for a pattern of "physical

17   impact injuries." (Martin Depo. at 55:9-22, attached as **Exhibit A** to Declaration of Lori

18   Rifkin In Support of Pls.' Reply In Support of Motion for Enforcement of Court Orders

19   and Affirmative Relief Related to Use of Force and Disciplinary Measures.) Any analysis

20   of the harm of use of force practices on individuals with serious mental illness must

21   consider psychological as well as physical harm. As I stated in 1993, the psychological

22   effects of these uses of force on prisoners with mental illness can be devastating. The

23   mentally ill prisoners who tend to be subject to such violent methods of control are often in

24   an acutely psychotic state, as their behavior evidences. They may be actually unable to

25   respond or comply with a custody command because of their psychotic, delusional, or

26   otherwise decompensated state. In addition to the dangers inherent in administering large

27   unregulated amounts of pepper spray to an inmate, the use of this weapon is

28   contraindicated with such patients. Often, the appropriate response to their symptomatic

4

EXPERT DECL. OF EDWARD KAUFMAN, M.D. ISO PLS.' REPLY ISO MOTION FOR ENFORCEMENT OF
COURT ORDERS & AFFIRMATIVE RELIEF RELATED TO USE OF FORCE & DISCIPLINARY MEASURES

behavior is a clinical response rather than a violent attack.  Spraying mentally disturbed people and approaching them wearing helmets, masks, body armor, and other such protective gear is anti-therapeutic.  Such activity serves to create fear and anger, to escalate the existing trauma, paranoia, or conflict, and to damage attitudes to authority figures, including prison personnel.  This use of force can re-traumatize already-vulnerable patients further, and make them less likely to accept treatment in the future.

14.     Moreover, when these uses of force regularly occur on housing units where prisoners with serious mental illness are harmed, this use of force is likely to traumatize not only the individual on whom the force is used, but, also, to escalate fear, mistrust, and paranoia in other prisoners housed in those units.

15.     The appropriate method for restraining a violent or agitated psychiatric patient is to use clinical and custodial personnel trained in appropriate management of assaultive behavior demonstrated by prisoners with mental illness.  In my experience, properly trained professionals in licensed psychiatric hospitals or psychiatric programs dealing with similar populations to those prisoners with serious mental illness housed in CDCR inpatient, crisis, or EOP units, do not generally use weapons at all, much less the type described in the incidents I reviewed.

16.     Frequently, appropriately trained mental health professionals can avoid an incident by not reacting to a patient who is acting out or by talking calmly to the patient.  They do not risk escalating the conflict by demanding compliance with an "order."

17.     As I testified at the time of the original *Coleman* trial, an alternative to the use of such force is use of the techniques of "Management of Assaultive Behavior" (MAB).  Examples of such techniques include talking calmly to the patient and not overreacting to the patient.  Hands are sometimes used to help to manage the patient; weapons are never used.  An appropriately trained mental health staff can have very positive results with MAB.  And, in general, the more therapeutic the environment, the fewer the occurrences of violent or agitated behavior.

EXPERT DECL. OF EDWARD KAUFMAN, M.D. ISO PLS.' REPLY ISO MOTION FOR ENFORCEMENT OF
COURT ORDERS & AFFIRMATIVE RELIEF RELATED TO USE OF FORCE & DISCIPLINARY MEASURES

18.    Although some of the incident descriptions note attempted "intervention" by mental health staff, these "interventions" do not appear to effectively utilize MAB techniques.  Rather, they appear to be formalistic interactions in which the designated member of the mental health staff approaches the cell or the cage where the inmate is held and asks whether he or she will comply with the order, but does not engage in meaningful dialogue or attempts to persuade the inmate to comply.  Mere seconds or minutes later, the mental health staff person declares that the intervention was "unsuccessful."

19.    These uses of force, together with information I have been given that use of force is used against CDCR prisoners with mental illness at disproportionate rates, lead me to conclude that some of the same foundational problems exist in CDCR with respect to response to inmates with mental illness exhibiting symptoms of such illness as I found in 1992 and 1993.  CDCR staff, including many correctional officers and mental health staff, do not respond appropriately to people in crisis and presenting with mental illness.

20.    As I noted in my Termination Declaration, I observed a pattern of significant custodial interferences to mental health treatment at the prisons I visited.  This included strip-searching policies at the institutions I toured, which I found to be a particularly egregious example of this type of interference.  The uses of force described in the documents I reviewed are consistent with a custodial culture that is punitive in nature and anti-therapeutic and counterproductive.  The antagonistic relationships with custody staff that give rise to and result from these uses of force destroy trust and create an atmosphere of fear, frustration, helplessness and anger.  Individuals with mental illness may be especially unequipped to deal with these contentious relationships.  Their inability to comply with custody orders that leads to force being used then perpetuates the cycle of frustration and despair.

21.    This declaration is intended to provide an overview about the psychological harms that are likely to occur when these types of force are used against prisoners with serious mental illness in situations such as the examples described in Plaintiffs' and Defendants' Experts' declarations.  I understand that there are video recordings associated

6

[921923-1]

1  with some of the uses of force described in Mr. Vail's and Mr. Martin's declarations. I am

2  informed that Plaintiffs' counsel requested that these videos be made available for me

3  along with medical records for some of the prisoners subjected to these uses of force, to

4  inspect on August 17, 2013, which is the only date prior to August 23, 2013 that I was

5  available to travel to a CDCR prison to view them, but the State did not permit this

6  inspection to go forward. I understand that, as of the date of this Declaration, the State will

7  permit this inspection to take place on September 6, 2013. After I have the opportunity to

8  review this information, I will supplement this declaration, if necessary.

9

10      I declare under penalty of perjury under the laws of the United States and the State

11  of California that the foregoing is true and correct, and that this declaration is executed at

12  Laguna Beach, California this 21st day of August, 2013.

13

14                                                    _Edward Kaufman_ MD

15                                                    Edward Kaufman, M.D.

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERT DECL. OF EDWARD KAUFMAN, M.D. ISO PLS.' REPLY ISO MOTION FOR ENFORCEMENT OF
COURT ORDERS & AFFIRMATIVE RELIEF RELATED TO USE OF FORCE & DISCIPLINARY MEASURES

EXHIBIT A TO DECLARATION OF EDWARD
KAUFMAN

**EDWARD KAUFMAN, MD**
CURRICULUM VITAE

## PERSONAL

| | |
|---|---|
| Business Address: | 32392 S. Coast Highway, Suite 250 |
| | Laguna Beach, CA  92651 |
| | (949) 488-3332, FAX (949) 488-7840 |
| | email:  ed.kaufman@yahoo.com |

## EDUCATION

| | |
|---|---|
| Undergraduate: | Temple University |
| | Philadelphia, PA |
| | B.A. 1953-1956 |
| | Biology |
| Medical School: | Jefferson Medical College |
| | Philadelphia, PA |
| | MD, 1956-1960 |
| Internship: | Los Angeles County Hospital |
| | Los Angeles, CA  1960-1961 |
| | Rotating Internship |
| Residency: | New York State Psychiatric Institute |
| | Columbia Presbyterian Medical Center |
| | New York, NY 1961-1964 |
| | Psychiatry |
| Graduate Training: | Columbia University |
| | Psychoanalytic Clinic |
| | New York, NY 1962-1970 |
| | Psychoanalytic Certificate |

| | |
|---|---|
| Licensure: | California:  AO 19663 |
| Board Certification: | American Board of Psychiatry and Neurology |
| | 1971 - Present |
| ASAM | Lifetime Certificate of Competence, 1988, Addiction Medicine |

| | |
|---|---|
| Certificate of Added Qualifications in Addiction Psychiatry | American Board of Psychiatry and Neurology, 1993 |

## Professional Membership

| | |
|---|---|
| American Psychiatric Association | 1963-Present |
| American Group Psychotherapy Association | 1973-1991 |

| | |
|---|---|
| American Orthopsychiatry Association | 1978-1991 |
| Southern California Psychiatric Association | 1978-1984 |
| Orange County Psychiatric Association | 1985-Present |
| California Society for Addiction Medicine (CSAM). | 1980-2000 |
| American Family Therapy Association | 1983-1991 |
| Association of American Medical Colleges | 1983-1992 |
| American Psychoanalytic Association (Extended Associate Member) | 1984-1990 1999-2001 |
| Association for Academic Psychiatry | 1985-1992 |
| American Academy of Psychiatrists in Alcoholism and the Addictions (Now AAAP) | 1985-Present |
| American Medical Society on Alcoholism and other Drug Dependencies (Now American Society of Addiction Med.) | 1986-2002 |
| American Association of Directors of Psychiatric Residency Training | 1984-1991 |
| International Society of Addiction Medicine (ISAM) | 1999-2001 |

Alumni Associations:
    Temple University
    Jefferson Medical College
    Columbia University
    New York State Psychiatric Institute
    Columbia Psychoanalytic Institute

## HONORS AND AWARDS

U.S. Public Health Service Fellowship in Public Health and Preventive Medicine, 1959

Second Prize in Psychiatry at Jefferson Medical College, 1960

Second Prize, Psychiatric Residents Research Award New York State Psychiatric Institute, 1964

Fellow, American Psychiatric Association, 1980

Life Fellow, American Psychiatric Association, 1999

Annual Donovan Memorial Lecture, Eagleville Hospital, 1980

Examiner, American Board of Psychiatry and Neurology, 1980 - Present (Senior Examiner...1985-present)

University of California, Irvine, Psychiatric Residents Award for Outstanding Teaching, 1983, 1985

E. Pumpian-Mindlin Annual Visiting Professorship, University of Oklahoma, 1988

California Attorneys for Criminal Justice Award for Outstanding Contribution to the Preservation of Prison Inmates Rights, 1994

Best Doctors in America, 1992 - 2006, Best Doctors Inc., Boston, MA

Keynote Speaker:  Bridging the Gap:  Helping the Dually Diagnosed through Substance Abuse and Psychiatric Services, Yale University School of Medicine, 1995

Outstanding Alumnus in Psychiatry, Jefferson Medical College, 1995

Best Doctors in America, 2013, Best Doctors,Inc. Boston, MA

## RESEARCH AWARDS

National Institute of Health, Small Projects Grant, The Effect of Exercise on the Sleep/Dream Cycle, 1965

Van Ameringen Foundation, Heroin Abuse in Columbia University Students, 1968-70

Principal Investigator, L-Alpha Acetyl Methadol Phase 3 Study, Lower East Side Service Center, 1976

University of California, Irvine, Department of Psychiatry, Research Committee Award, The Effects of Alcohol and Depression on the Family System, 1980-1981

Principal Investigator, NIMH Graduate Training Award ($58,000/yearly), 1983-1986

California Department of Mental Health Grant, Academic Linkages ($20,000 yearly, three years funded), 1985-1988

Beverly Lowry Research Endowment, Substance Abuse Prevention ($275,000 from 1986, interest available on a yearly basis to 2005)

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| Instructor in Psychiatry 1967-1977 | Columbia University College of Physicians and Surgeons, NY |
| Assistant Clinical Professor 1972-1977 | Albert Einstein College of Medicine Bronx, NY |
| Assistant Clinical Professor 1973-1977 | Mt. Sinai School of Medicine New York, NY |
| Visiting Assistant Professor 1977-1979 | Albert Einstein College of Medicine Bronx, NY |
| Associate Clinical Professor 1977-1980 | University of California, Irvine Irvine, CA |
| Associate Professor in Residence, 1980-1985 | University of California, Irvine Irvine, CA |
| Professor in Residence 1985-1992 | University of California, Irvine Irvine, CA |
| Clinical Professor (Retired) | University of California, Irvine |

1992-continuing                      Irvine,CA

**CLINICAL APPOINTMENTS**

Chief, Psychiatric Services          Lewisberg Federal Penitentiary
1964-1966                            Lewisberg, PA

Consulting Psychiatrist              Bucknell University
1964-1966                            Lewisberg, PA

Senior Research Psychiatrist         New York State Psychiatric Institute,
and Director, Inpatient              Washington Heights Community Mental Health
Treatment Unit, 1966-1967            Services, New York, NY

Chief, Emer.Psych.Svcs.              St. Luke's Hospital Center
1967-1971                            New York, NY

Consultant                           Reality House
1967-1972                            New York, NY

Director, Psychiatric Day            St. Luke's Hospital Center
Center, 1971                         New York, NY

Director of Psychiatry               Prison Mental Health Services of the City
1971-1973                            of New York, NY

Chief Psychiatrist                   Lower East Side Service Center
Medical Director                     New York, NY
1973-1977

Psychiatric Consultant               Orange County Department of Mental Health
1977-1978                            Santa Ana, CA

Psychiatric Consultant               Metropolitan State Hospital
1977-1978                            Norwalk, CA

Medical Director                     Venice Drug Abuse Coalition
1977-1979                            Venice, CA

Staff Psychiatrist                   University of California, Irvine
1978-1992                            Medical Center, Orange, CA

Chief, Clinical Psychiatric          University of California, Irvine
Services, 1978-1983                  Medical Center, Orange, CA

Consulting Psychiatrist              University of California, Irvine
Dept. of Family Medicine             Medical Center, Orange, CA
1978-1992

Director of Family Therapy           University of California, Irvine
Training, 1979-1995                  Medical Center, Irvine, CA

Staff Psychiatrist                    Capistrano by the Sea Hospital
1979-1996                             Dana Point, CA

Director of Psychiatric               University of California, Irvine
Education, 1983-1991                   Orange, CA

Executive Director                    The Family Center
1986-1990                             San Bernardino, CA

Consultant                            Federal Bureau of Investigation
1985-1990

Medical Director                      University of California, Irvine
1988-1990                             Chemical Dependency Program
                                      Capistrano by the Sea Hospital
                                      Dana Point, CA

Medical Director                      Chemical Dependency Program
1990-1996                             Capistrano by the Sea Hospital
                                      Dana Point, CA

Chief of Staff                        Capistrano by the Sea Hospital
1993-1995                             Dana Point, CA

Partner                               California Behavioral Health Alliance
1994-1996                             (Mental Health IPA), Aliso Viejo

Medical Director                      Genesis, Chemical Dependency Program
1996-1998                             South Coast Medical Center
                                      Laguna Beach, CA

Consulting Psychiatrist               Pacific Hills Treatment Center
1995-2008                             San Juan Capistrano, CA

Consultant                            Committee on Treatment Services for Addicted Patients
1996-97                               American Psychiatric Association

Member                                Nursing D.E.C.
Board of Registered Nursing
State of California

Consultant                            Council on Addiction Psychiatry
American Psychiatric Association

Medical Director                      Pacific Hills Treatment Center
2008-2010                                      San Clemente, California

Consulting Psychiatrist               Phoenix House
2000-2012                             Santa Ana, California

Medical Director                      Phoenix House
2011-2012                             Santa Ana, California

Medical Director                      Northbound Therapeutic Services (NTS)
2012 - continuing          Costa Mesa, CA

**Professional and Service Activities**

| | |
|---|---|
| 1973-1977 | New York County District Branch, American Psychiatric Association, Committee on Community Psychiatry |
| 1974-1977 | New York County District Branch, American Psychiatric Association,, Committee on Drug and Alcohol Abuse |
| 1975 | Editorial Advisory Committee to NIDA's Polydrug Abuse Demonstration Program |
| 1975-1977 | Association for Psychoanalytic Medicine, Committee on Social Issues |
| 1975-1977 | Methadone Advisory Council, New York City Addiction Services Agency |
| 1976-1977 | Methadone Advisory Council, New York State |
| 1976-1977 | Board of Director, Reality House |
| 1976-1977 | Board of Directors, Greater New York Coalition on Drug Abuse |
| 1977 | Council Member, Executive Committee, New York County District Branch of the American Psychiatric Association |
| 1977 | Standards and Advisory Panel for Juvenile Justice, New York State Division of Criminal Justice Services |
| 1977-1979 | Coordinator of UCI Psychiatric Residency Program, Metropolitan State Hospital, Norwalk, CA |
| 1978-1979 | Coordinator, UCI Community Psychiatry Residency Programs |
| 1978-1984 | Alcohol Studies Advisory Broad, University of California, Irvine |
| 1980-Present | Fellow - American Psychiatric Association |
| 1980-Present | Examiner, American Board of Psychiatry and Neurology (1985-Present-Senior Examiner) |
| 1981-1982 | Special Review Consultant, Clinical, Behavioral and Psychosocial Research Review Committee of the National Institute on Drug Abuse (NIDA) |
| 1981-1983 | Advisory Panel on Psychiatry, California Medical Association, San Francisco, CA |
| 1982-1985 | Family Committee, Southern California Psychiatric Society |
| 1982-1986 | Psychosocial Research Subcommittee of the Drug Abuse, Clinical, Behavioral and Psychosocial Research Review |

|  |  |
|---|---|
|  | Committee of NIDA |
| 1983-1986 | Member, Board of Directors, The Family Center, San Bernardino, CA |
| 1983,1985,1986 | Grant Reviewer, Swiss National Research Council, Division of Medicine and Biology |
| 1984-1991 | Southern California Regional Coordinator, American Association of Directors of Psychiatric Residency Training (AADPRT) |
| 1984-1987 | Chairman, Task Force on Clinical Rotations in Alcohol and Drug Abuse, American Psychiatric Association |
| 1985-1988 | Member, Executive Council, Orange County Psychiatric Society |
| 1985 - Present | Member, Ethics Committee, Orange County Psychiatric Society |
| 1985-1987 | Vice President, American Academy of Psychiatrists in Alcoholism and Addictions (now AAAP) |
| 1987-1989 | President, American Academy of Psychiatrists in Alcoholism and Addictions (now AAAP) |
| 1985-1989 | Chairman, Drug Abuse Committee, Psychiatric Services Council, American Psychiatric Association |
| 1985-1988 | Chairman, American Psychiatric Association Task Force on Substance Abuse Curriculum and Clinical Experience |
| 1986 | Consultant, American Psychiatric Association Task Force, Treatment of Psychiatric Disorders |
| 1986 | Chairman, Internal Steering Committee, Substance Abuse Project, American Psychiatric Association |
| 1986-1989 | Faculty, Orange County Center for Psychoanalytic Studies, Orange, CA |
| 1990-1992 | Consultant, Council on Addiction Psychiatry, APA, 1994-1995 Washington, DC |
| 1991-1992 | Member, Task Force on Families and Mental Illnesses, California Alliance for the Mentally Ill |
| 1992-1994 | Member, Committee on Certification for Added Qualification in Addiction Psychiatry, American Board of Psychiatry and Neurology, Deerfield, IL |
| 1992-1996 | Member, Advisory Committee, Center for Research on Adolescent Drug Abuse, Temple University, Philadelphia, PA |

| 1993-1997 | Member, Technical Advisory Committee, California Addiction Training Center, University of California, San Diego, CA |
| 1997 | Member, Committee on Treatment Services for Addicted Patients, Council on Addiction Psychiatry, American Psychiatric Association |
| 1998 | Special Review Consultant, Amphetamine Treatment SAMSA |
| 2001 | Chairperson, National Institute of Drug Abuse, CSAT, Family Therapy Treatment Improvement Protocol (TIP) |

## EDITORIAL SERVICE

### Editorial Board Service:

| 1974-2006 | Editor-in-Chief, American Journal of Drug and Alcohol Abuse |
| 1979 | Member, Editorial Board, Prison Health |
| 1980-present | Executive Editor, International Journal of the Addictions |
| 1980-2000 | Member, Editorial Board, Advances in Alcohol and Substance Abuse |
| 1985-Present | Editorial Review Board: Journal of Substance Abuse Treatment |
| 1985-1990 | Editorial Review Board, Journal of Studies on Alcohol |
| 1990 | Member, Editorial Board, Clinical Textbook of Addictive Disorders |
| 1990-Present | Member, Editorial Board, Journal of Family Violence |
| 1991-1994 | Member, Editorial Board, Family Dynamics of Addiction Quarterly |

### Editorial Appointments:

| 1973, 1981 1983-1992 1994-1995 | Editorial Reviewer, American Journal Of Psychiatry |
| 1981 | Editorial Reviewer, Alcoholism: Clinical and Experiment |
| 1981-2002 | Editorial Reviewer, Hospital and Community Psychiatry (Now Psychiatric Services) |

| | |
|---|---|
| 1981, 1983, 1986 | Reviewer, <u>Journal of Studies of Alcohol</u> |
| 1982-1983 | Editorial Reviewer, <u>Journal of Nervous and Mental Disease</u> |
| 1984-1985 | Editor, American College of Psychiatrists, Psychiatry Resident Training Examination |
| 1987-1991 | Editorial Board, <u>Contemporary Psychiatry</u> |
| 1989 | Editorial Reviewer, <u>Journal of American Medical Association</u> |
| 2000 | Discussion Leader, International Addiction Editors Meeting, Krakow, Poland, July 2000. |
| 2000- | Board of Directors, International Addiction Editors Group, July 2000 |

## <u>CONFERENCE/WORKSHOPS</u>

As Panelist or Workshop Leader

<u>Summary only of those since 1984</u>:

1. "A Workable System for Family Therapy for Alcoholics", ADAPCP Conference, Manheim, German, August, 1985.

2. "Structural Family Therapy," Brentwood VA Hospital, Los Angeles, CA, September, 1985.

3. " A Workable System for Family Treatment of Alcoholism," George C., Ham Symposium, Chapel Hill, NC, November 1985.

4. "Substance Abuse Rotation and Curriculum in Psychiatry Residency Training," American Association of Directors of Psychiatric Residency Training, New Orleans, LA, January 1986, 1987.

5. "Family Therapy with alcoholism:  Integrating Systems Thinking with Intervention Strategies, American Family Therapy Association, Washington, DC, June 1986.

6. "Teaching and Identification, Evaluation and Treatment of Adolescent Substance Abuse," January, 1987.

7. "Appropriate Prescribing of Common Drugs with Addictive Potential, "California Society, San Francisco, CA, May 1987.

8. "Substance Abuse in Psychiatric Practice,"  American Psychiatric Association, Chicago, IL, May 1987.

9. "Medical Education in Alcoholism and Drug Abuse," American Psychiatric Association, Chicago, IL, May 1987.

10. "Group Psychotherapy Approaches with Alcoholics and substance Abusers, " 39th Institute on Hospital and Community Psychiatry, Boston, MA, October, 1987.

11. "Preparing Physicians for Their Responsibilities in Combating Chemical Dependency:  Residency Training," California State Department of Alcoholic and Drug Programs and Area Health Education

System, Los Angeles, CA, June 1988.

12. "Dual Diagnosis and Treatment of Cocaine Abusers,"  APA Committee on Drug Abuse, May 1990.

13. "Psychology of Addiction:  How It Effects Children and Family," Pomona Valley Hospital Medical Center, Pomona, CA, February 1990.

14. "Training:  Outpatient Management of the Dual Diagnosed Client,"  Inyo County, CA, May 1990.

15. "Psychiatric Syndromes in Substance Dependence," APA 145th Annual Meeting, Washington, D.C., May 1992.

16. "Contemporary Psychiatric Substance Abuse Treatment,"  APA 145th Annual Meeting, Washington, D.C., May 1992.

17. "Contemporary Psychiatric Substance Abuse Treatment," APA 146th Annual Meeting, San Francisco, CA, May 1993.

18. "Clinical Advances in Adolescent Substance Abuse,"  Critical Issues in Adolescence, New York Medical College, Tarrytown, NY, April 1993.

19. "What's New in Family System Diseases," and "Recent Advances in the Treatment of Depression," Second Annual Chemical Dependency Services Addiction Treatment Conference, Orange, CA, June 1994.

20. "Question the Experts," Writing for Journals, Hospital and Community Psychiatry, San Diego, CA, September 1994.

21. "The Comprehensive Treatment of Substance Abusers,"  APA 148th Annual Meeting, Miami, FL, May 1995.

22. "Addiction Treatment in the New Economic Era," APA 148th Annual Meeting, Miami, FL, May 1995.

23. "Psychotherapy for the Addictions in the Era of Managed Care," American Academy of Addiction Medicine, 9th Annual Meeting, Florida, December 1998.

24. "Working with Couples and Families of Addicted Patients," American Academy of Addiction Medicine, 10th Annual Meeting, Nassau, Bahamas, December 1999.

25. Master Clinician, Case Conference on Family Therapy, American Academy of Addiction Medicine, 11th Annual Meeting, Phoenix, Arizona, December 2000.

## PRESENTATIONS

Summarized Prior to 1984:

1. "Family Structures of Drug Dependent Individuals," APA Annual Meeting, Atlanta, GA, May 1978.

2. "The Right to Treatment Suit as an Agent of Change,"  APA Annual Meeting, Atlanta, GA, May 1978.

3. "Structural Approaches to Drug Abusers and Their Families,"  Forest Hospital Foundation, Des Plaines, IL, March 1979.

4. "Family Dynamics and Treatment of Adolescent Substance Abusers," Beechgrove Regional Children's Center, Kingston, Ontario, Canada, March 1979.

5. "Myth and Reality in the Family Patterns and Treatment of Substance Abusers," invited Keynote

Speaker, The Annual Donovan Memorial Lecture, Eagleville Hospital and Rehabilitation Center, Eagleville, PA, May 1979.

6.  "Family Therapy with Drug And/Or Alcohol Abusers," presented at Professors Rounds, Payne Whitney Psychiatric Hospital, New York, NY, May 1979.

7.  "Effective Family Therapy with Drug Abusers,"  Philadelphia Child Guidance Center, Philadelphia, PA, June 1979.

8.  "Adult Suicide:  The Family and Psychopharmacological Treatment," University of California, Irvine, Annual Associated Alumni Meeting, Lake Tahoe, CA 1979.

9.  "Family Therapy of Drug Abuse," Department of Psychiatry, Medical College of Georgia, Augusta, GA, October 1979.

10.  "Family Therapy of Alcoholism," Department of Psychiatry, Augusta Veterans Administration Hospital, Augusta, GA, October 1979.

11.  "Abnormal Family Systems in Medical Disease and How to Change Them,"  Department of Psychiatry, University of Alabama, Tuscaloosa, LA, October 1979.

12.  "Drug Abuse Problems and Treatment in America and Their Implications for Asia,"  Bangkok Christian Hospital, Bangkok, Thailand, November 1979.

13.  "New and Controversial Approaches in Psychiatry,"  Loma Linda University of School of Medicine, Alumni Association, Annual Postgraduate Convention, Loma Linda, CA, February 1980.

14.  "Family Research Issues in Alcoholism,"  National Institute on Alcohol Abuse and Alcoholism, Butler Hospital, Providence, RI, October 1982.

15.  "Family Systems Influences on the Eating disorders,"  Department of Psychiatry, University of California, Irvine, CCM, Extension Service, Irvine, CA, November 1982.

16.  "The Many Faces of Domestic Violence," University of California, Los Angeles, CA, January 1983.

17.  "Recent Developments in Alcoholism Treatment,"  APA Annual Meeting, New York, NY, May 1983.

18.  "The Therapeutic Community in Brief Hospitalization,"  APA Annual Meeting, New York, NY, May 1983.

19.  "Family Therapy for Alcohol and Drug Abuse Problems," University of Minnesota, MN, May 1983.

20.  "Families with Sick Adolescents,"  Southern California Society for Adolescent psychiatry, Mammoth, Ca, March 1984.

21.  "Families and Family Therapy In Alcoholism,"  APA Annual Meeting, Los Angeles, CA, May 1984.

22.  "Psychotherapy with Good Prognosis Cancer Patients," Paper Sessions, APA,Dallas, TX, May 1985.

23.  "The Difficult Patient:  Treatment of Borderline, Substance Abuse, and Affective Disorders," Kaiser Permanente Department of Psychiatry, Anaheim, CA, June 1985.

24.  "Medical Student Education:  New Methods for Changing Times,"  Association of Directors of Medical Student Education in Psychiatry, Chicago, IL, June 1985.

25.  "Chemical Dependency:  Family therapy and Dual Diagnosis,"  Emerson A North Physician

Symposium, Cincinnati, OH, November 1985.

26.  "Families, Family Therapy and Substance Abuse,"  Child and Adolescent Grand Rounds, Long Island Jewish Medical Center, New York, NY, May 1987.

27.  "Families, Family Therapy and Substance Abuse," Hillside Hospital, Department of Psychiatry Grand Rounds, New York, NY, May 1988.

28.  "Drugs, Alcohol and Our Children, Some Current Issues,"  APA Council on Addiction Psychiatry, May 1991.

29.  "Update on Alcoholism/Addictions Treatment,"  Joint Session with the American Academy of Psychiatrists in Alcoholism and Addictions, Hospital and Community Psychiatry, Los Angeles, CA, October 1991.

30.  "Countertransference and Other Mutually Interactive Aspects of Psychotherapy with Substance Abusers,"  Hospital an Community Psychiatry, Los Angeles, CA, October 1991.

31.  "Drug Exposed Young Children,"  National Conference on Drug Abuse Research and Practice:  An Alliance for the 21st Century, Washington, DC, January 1991.

32.  "Legalization of Drugs,"  Drug Abuse is Life Abuse, Board of Director's Meeting, County of Orange, Newport Beach, CA , May 1992.

33.  "Is the War on Drugs Working?", University of California, Irvine, October 1992.

34.  "Intervention, Chemical Dependency and Aging:  Differential Diagnosis and Intervention,"  County of Orange Alcohol, Drug and Aging Task Force, Santa Ana, CA, October 1993.

35.  "Family Therapy:  New Developments Update,"  The Century of the Mind and the Decade of the Brain, California Psychiatric Association, October 1993.

36.  "Integrated System of Psychotherapy for the Dually Diagnosed,"  5th Annual Conference on Dual Diagnosis, New Haven, Connecticut, September 1995.

37.  "Working with the Family of Dual Disorder Patients," 2nd Annual San Diego Dual Disorder Conference, San Diego, CA, February 1996.

38.  "Collaborative Care for Patients with High Risk/High Cost Conditions," Primary Care Behavioral Healthcare Summit, San Diego, CA, March 1996.

39.  "Alcohol and Chemical Dependency:  Detection and Treatment," Rosemead School of Psychology, Biola University, La Mirada, CA, June 1996.

40.  "Alcoholism:  Steps to Recovery," South Coast Medical Center, Laguna Beach, CA, April 1997.

41.  "Depakote in Bipolar Disorder," Grand Rounds, University of California, Irvine, CA, April 1998.

42.  "Zyprexa:  A Slide/Lecture Program," Chanteclair, Newport Beach, CA, May 1998.

43.  "Drug Abuse," South Coast Medical Center, Laguna Beach, CA, July 1998.

44.  "Addiction Counseling Competencies:  The Knowledge, Skills and Attitudes of Profesional Practice," Kethea, Therapy Center for Dependent Individuals, Athens, Greece, September 1998.

45.  "Family Treatment of Substance Abuse in Delinquent Patients," National Research Institute, Kethea,

Therapy Center for Dependent Individuals, Athens, Greece, January 2001.

**PUBLICATIONS**

**Books:**

1)      Kaufman, E., Substance Abuse and Family Therapy, Grune and Stratton, New    York, NY, 1985.

2)      Kaufman, E., Help At Last:  Coping with Substance Abusing Men, Gardner    Press, Inc., New York, NY, 1989.

3)      Kaufman, E., Psychotherapy of Addicted Persons, Guilford Press, New York, NY,    1994.

**Books Edited:**

1)      Schecter, A., Alksne, H., Kaufman, E., Drug Abuse:  Modern Trends, Issues and Perspectives, Marcel Dekker, Inc. New York, NY, 1978.

2)      Schecter, A., Alksne, H., Kaufman, E., Critical Concerns in the Field of Drug    Abuse, Marcel Dekker, Inc., New York, NY, 1979.

3)      Kaufman, E., Kaufmann, P., Family Therapy of Drug and Alcohol Abuse,    Gardner Press, New York, NY, 1979, (Second Addition, 1992).

4)      Pattison, E.M., Kaufman, E., Encyclopedia Handbook of Alcoholism, Gardner    Press, New York, NY, August, 1982.

5)      Kaufman, E., Kaufmann, P., Familientherapie Bei Alkohol und    Drogenabhaniegkeit, Lambertus-Verlag, Grieburg im Breisgau Gestaltung, 1983    (German Adaptation of #3).

6)      Kaufman, E., Power to Change:  Family Case Studies in the Treatment of    Alcoholism, Gardner Press, New York, NY, 1984.

**Book Chapters:**

1)      Kaufman, E., "Reality House, A Self Help Day Care Center for Addiction," in    Drug Abuse Current Concepts and Research, W. Keup (Ed.), Charles C. Thomas,    Springfield, IL, 1971.

2)      Kaufman, E., "A Psychiatrist Views An Addict Self Help Program" in Drug    Abuse   Law Review, C. Boardman and Company, New York, NY, 1973, pp.    472-483.

3)      Kaufman, E. "Group Therapy Techniques Used by the Ex-Addict Therapist," in Group Psychotherapy and Group Function in Rosenbaum and Berger, (Eds.),   Basic Books, Inc. New York, NY, 1975, pp. 535-556, Second Edition.

4)      Dutaa, S., Kaufman, E., "Multiple Drug Abuse," in Drug Abuse:  Clinical and    Basic Concepts, Sachndra, N. Pradhan (Ed.), C.V. Mosby Co. St. Louis, MO,    1977.

5)      Kaufman, E., DeLeon, G., "The Therapeutic Community:  A Treatment Approach    for Drug Abusers," in Treatment Aspects of Drug Dependence, Schecter (Ed.),    CRC Press, Florida, pp. 83-97, 1978.

6)	Kaufman, E., "Psychiatric Approaches to Drug Dependence," in Treatment	Aspects of Drug Dependence, schecter, A. (Ed.), CRC Press, Florida, pp.	109-116, 1978.

7)	Kaufman, E., "The Relationship of Social Class and Ethnicity to Drug Abuse," in Multicultural View of Drug Abuse, Smith, E., Anderson, S.M., Buxton, M., et al	(Eds)., G.K. Hall, and Company, Schenkman Publishing Co., Inc., pp. 158-163,	1978.

8)	Pattison, E.M., Kaufman, E., "Alcohol and Drug Dependence," in Psychiatry in General Medical Practice, Usdin, E. and Lewis, J.M. (Eds.) McGraw Hill, New York, NY, pp. 305-336, 1979.

9)	Kaufman, E., Kaufmann, P., "Family Therapy of Substance Abusers," in	Yearbook of Substance Use and Abuse, Volume II, Brill, L. and Winick, C.,	(Eds.) Human	Science Press, New York, NY, pp. 113-143, 1980.

10)	Kaufman, E., "Family Therapy: A Treatment Approach with Substance Abusers,"	in Substance Abuse: Clinical Problems and Perspectives, J.H. Lowinson, P. Ruiz,  (Eds.) Baltimore, MD, 1981, pp. 437-448.

11)	Pattison, E.M., Kaufman, E., "Family therapy in the Treatment of Alcoholism, " in Family Therapy and Major Psychotherapy, M. Lansky, (Ed.), Grune and	Stratton, New York, NY, pp. 203-229, 1981.

12)	Kaufman, E., Kaufmann, P., "Multiple Family Therapy with Drug Abusers," in Dependence and Alcoholism, Volume II: Social, Behavioral Issues, A.J.	Schecter, (Ed.), Plenum Press, New York, NY, pp. 107-118, 1981.

13)	Saxon, S., Kuncel, E., Kaufman, E., "Life Events Leading to Suicide in Drug	Abusers," in Drug Dependence and alcoholism, Volume II: Social and Behavioral	Issues, A.J. Schecter, (Ed.), Plenum Press, New York, NY, pp. 769-777, 1981.

14)	Saxon, S., Kuncel, E., Kaufman, E., "Self Destructive Behavior Patters in Male  and Female Drug Abusers," in Drug Dependence and alcoholism, Volume II:	Social and Behavioral Issues, A.J. Schecter (Ed.) Plenum Press, New York, NY,	pp. 779-787, 1981.

15)	Kaufman, E., Kaufmann, P., "Family Structures of Drug Dependent Individuals,"	in Drug Dependence and Alcoholism, Volume II: Social and Behavioral Issues,	A.J. Schecter, (Ed.), Plenum Press, New York, NY, pp. 843-853, 1981.

16)	Kaufman, E., "Group Therapy and Substance Abusers," in A Handbook for Group	Therapy, M. Grotjahn, E., Friedman, F. Kline (Eds.), Van Nostrand Reinhold,	New York, NY, pp. 163-191, 1982.

17)	Kaufman, E., "The Current State of Family Intervention in Alcoholism  Treatment," in Psychosocial Treatment of Alcoholism, M.Galanter,  E.M.Pattison (Eds.),	American Psychiatric Association Press, Washington, DC,	pp. 1-16, 1984.

18)	Kaufman, E., "Family Therapy in the Treatment of Alcoholism," in Current	Treatment of Substance Abuse and Alcoholism, T. Bratter, G. Forrest, (Eds.),	Free Press, pp. 376-397.

19)	Kaufman, E., "Family Adaptation to Substance Abuse," in Substance Abuse and Psychopathology, A.L. Alterman (Ed.), Plenum Press, New York, NY, pp.	343-364, 1985.

20)	Kaufman, E. "Adolescent Substance Abuse and Family Therapy," in Adolescent	and Family Therapy: A Handbook of Theory and Practice, M. Pravder, S. Koman    (Eds.), Gardner Press, New York, NY, 1985, pp. 245-267.

21)	Kaufman, E., "Family Systems/Perspectives of New Directions," in Alcohol	Abuse Treatment

Research, B. McCrady, N. Noel, T., Nirenberg, (Eds.), NIAAA,    Rockville, MD, 1985, pp. 225-233.

22)    Kaufman, E., "Family Therapy:  A Treatment Approach with Substance Abusers    in Inpatient and Residential Facilities," in Drug and Alcohol Use:  Issues and    Factors, S. Einstein, (Ed.), Plenum Press, New York, NY, pp. 281-288, 1985.

23)    Kaufman, E., "Families and Family Therapy in Alcoholism," in Family    approaches Psychiatric Disorders, M. Lansky (Ed.), American Psychiatric Press,    Washington, DC, pp. 13-44, 1985.

24)    Kaufman, E., "The Applications of Research in Biological Vulnerability to Drug    Abuse Prevention," in R. W. Pickens and D.S. Svikis (Eds.), Biological    Vulnerability to Drug Abuse, a NIDA Research Monograph 89, Rockville, MD,    1989

25)    Kaufman, E. "Family Therapy in Substance Abuse Treatment," in Treatments of    Psychiatric Disorders, T.B. Karasu, (Ed.), American Psychiatric Press, Vol. 2, pp    1397-1416, 1989.

26)    Kaufman, E., Borders, L., "Ethnic Family Differences in Adolescent Substance  Use," in The Family Context of Adolescent Drug Use, R. Coombs, F. Fawzy    (Eds.),   Haworth Press, New York, NY, pp. 99-121, 1988.

27)    Kaufman, E. Redding, K., "A Model for Psychotherapy with the Early Stage    Cancer Patient," in Psychosomatics:  Theory and Practice, E.S. Garze-Trevino  (Ed.), World Scientific Publishing Co., Singapore, 1989.

28)    Kaufman, E., "The Chronic Mentally Ill and the Role of the Psychiatrist," in    Future Directions for Psychiatry, J. Talbott (Ed.), American Psychiatric Press,    Inc., Washington, DC, 1989.

29)    Kaufman, E., "Recent Developments in Psychoactive Substance Abuse and    Dependence," in Drug Interactions in Psychiatry, R. Shader and D. Ciraulo (Eds.),    Williams and Wilkins, Inc., Baltimore, MD, 1989.

30)    Kaufman, E., "Adolescent Substance Abusers and Family Therapy," in Family    Therapy for Adolescent Drug Abuse, A.S. Friedman and S. Granick (Eds.),    Lexington Books, DC Heath and Company, Lexington, MA, pp. 47-61, 1990.

31)    Kaufman, E., "Ethnic Family Differences in Adolescent Substance Use," in    Advances in Therapies for Adolescents, C. Austand and N. Steefel (Eds.),   Jossey-Bass Publishers, Inc., 1991.

 **Peer Reviewed Journal Articles**

1)    Muzio, J., Roffwarg, H., Kaufman, E., "Altercations in the Nocturnal Sleep Cycle    Resulting from LSD," Electroencep. Clin. Nerophysio., 21: 313-324, 1966.

2)    Kaufman, E., "A Psychiatrist Views an Addict Self-Help Program," American    Journal of Psychiatry, 128(7):  846-852, January 1972.

3)    Kaufman, E., "Methadone and/or Ex-Addict Therapy:  Are they a Cure for Heroin    Addiction?" Contemporary Drug Problems, 207-223, Spring, 1972.

4)    Kaufman, E., "Prison:  Punishment, Treatment or Deterrent?" Journal of    Psychiatry and Law, 1(3):  335-351, 1972.

5)    Kaufman, E., "Can Comprehensive Mental Health Care be Provided in an    Overcrowded Prison System?" Journal of Psychiatry and Law, 1(2):  243-262,    Summer, 1973.

6)      Kaufman, E., "The Psychodynamics of Opiate Dependence; A New Look,"     American Journal of Drug and Alcohol Abuse, 1(3): 349-370, 1974.

7)      Kaufman, E., "the Abuse of Multiple Drugs: I. Definition, Classification and     Extent of the Problems," American Journal of Drug and Alcohol Abuse, 3(2):     279-292, 1976.

8)      Kaufman, E. "The Abuse of Multiple Drugs: II Psychological Hypotheses,     Treatment Considerations," American Journal of Drug and Alcohol Abuse, 3(2),     293-301, 1976.

9)      Kaufman, E. "The Use of Ex-Addicts and Other Paraprofessionals as Mental     Health Workers in Prisons," Diseases of the Nervous System, 37(1): 679-678, December 1976.

10)     Kaufman, E. "Polydrug Abuse of Multidrug Misuse: It's Here to Stay," British     Journal of Addiction, 72: 339-347, 1977.

11)     Kaufman, E. "the Right to Treatment Expert," American Psychiatric Association     District Branch Bulletin, 19(8), May 1977.

12)     Kaufman, E., Kaufmann, P., "Multiple Family Therapy: A New Direction in the Treatment of Drug Abusers," American Journal of Drug and Alcohol Abuse, 4(4):     467-478, 1977.

13)     Kaufman, E., "How Drug Abuse Causes Complications for the Mother and     Neonate," Contemporary OB/Gyn, 11(6): 32-47, 1978.

14)     Kaufman, E., "Video Techniques in Family Psychiatry," American Journal of     Videology, 1(2), Spring 1978.

15)     Kaufman, E., "The Therapeutic Community and Methadone: A Way of     Achieving Abstinence," The International Journal of the Addictions, 14(1):     18-23, 1979.

16)     Kaufman, E., "Family Structures of Drug Dependent Individuals," World Journal     of Psychosynthesis, 11(4): 18-23, 1979.

17)     Kaufman, E., "The Violation of Psychiatric Standards of Care in Prisons,"     American Journal of Psychiatry, 137(5): 566-570, 1980.

18)     Saxon, S. Kuncel, E., Kaufman, E., "Self Destructive Behavior Patterns in Male and Female Drug Abusers," American Journal of Drug and alcohol Abuse, 7(1): 19-20, 1980.

19)     Kaufman, E., "Myth and Reality in the Family Patterns and Treatment of     Substance Abusers," The American Journal of Drug and Alcohol Abuse, 7(3,4):     257-277, 1980.

20)     Kaufman, E. "Family Structures of Narcotic Addicts," The International Journal of the Addictions, 16(2): 93-102, 1981.

21)     Kaufman, E., Pattison, E.M., "Differential Methods of Family Therapy in the     Treatment of Alcoholism," Journal of Studies on Alcohol, 42(11: 951-971, 1981.

22)     Kaufman, E., "The Relationship of Alcoholism and Alcohol Abuse to the Abuse     of Other Drugs," American Journal of Drug and Alcohol Abuse, 9(1): 1-17, 1982.

23)     Kaufman, E., "Benzodiazepine Receptors," The Western Journal of Medicine,     128(3): 405-406, 1983.

24)    Kaufman, E., "Family Aspects of Female Substance Abuse," World Journal of    Psychosynthesis, 15(1): 9-14, 1983.

25)    Kaufman, E., "Family System Variables in Alcoholism," Alcoholism Clinical and Experimental Research 8(1): 4-8, 1984.

26)    Kaufman, E., Borders, L., "Adolescent Substance Abuse in Anglo-American    Families, Journal of Drug Issues, 14(2): 365-377, 1984.

27)    Kaufman, E., "Family Systems and Family Therapy of Substance Abuse:  An    Overview of Two Decades of Research and Clinical Experience," International    Journal of the Addictions, 20(6,7): 897-916, 1985.

28)    Kaufman, E., Sporty, L, Plon, L., "Changing Diagnostic Patterns After DSMIII,"    World Journal of Psychosynthesis, 16:  30-34, 1984-1985.

29)    Kaufman, E. "Critical Issues in Family Research in Drug Abuse," Journal of Drug    Issues, 15(4):  463-476, Fall 1985.

30)    Kaufman, E., "Commentary:  Variations in the Families of Alcoholics," Family    Process, 24(3): 377-380, September 1985.

31)    Kaufman, E., " A Workable System of Family Therapy for Drug Dependence,"    Journal of Psychoactive Drugs, 18(1):  43-50, Jan-Mar, 1986.  Reprinted in Focus  on Family and Chemical Dependency, 9(5):  10-13, 1986.

32)    Kaufman, E., "The Family of the Alcoholic Patient," Psychosomatics, 27(5):    347-353, May 1986.

33)    Kaufman, E., " A Contemporary Approach to the Family Treatment of Substance    Abuse Disorders," American Journal of Drug and Alcohol Abuse, 12(3):    199-212, 1986.  Reprinted in the Brown University Digest of Addiction Theory  and Application.

34)    Kaufman, E., Micha, V., Colomer, N., "Psychotherapy with Good Prognosis    Cancer Patients," Psychosomatics, 28(10):  540-548, 1987.

35)    Kaufman, E., Borders., "Ethnic Family Differences in Adolescent Substance    Abuse," Journal of Chemical Dependency Treatment, 1988.

36)    Kaufman, E., Reoux, J., "Guidelines for the Successful Psychotherapy of    Substance Abusers," American Journal of Drug and Alcohol Abuse, 14(2):    199-209, 1988.

37)    Kaufman, E., "The Psychotherapy of Dual Diagnosis Patients," Journal of    Substance Abuse Treatment, 6(1):  1988.

38)    Heh, C., Overall, J., Kaufman, E., "The Investigation of Alcoholic Behavior," The International Journal of the Addictions, 25(4):  1990.

39)    Kaufman, E., McNaul, J., "Recent Developments in Psychoactive Substance    Abuse and Dependence," Hospital and Community Psychiatry, March 1992.

40)    Galanter, M., Kaufman, E., Meyer, R., Robinowitz, C., Tainter, Z., "A Study of  the Current Status of Psychiatric Education in Alcoholism and Drug Abuse," The    American Journal of Psychiatry, 146(1):  35-39, 1990.

41)  Giglio, J., Kaufman, E., "The Relationship Between Child and Adult   Psychopathology in Children of Alcoholics," International Journal of the  Addictions, 25(3), 1990.

42)  Weatherford, V., Kaufman, E., "Adult Children of Alcoholics: An Exploration of      Axis II Disorders and Replicated Dysfunctional Family Patterns,: Journal of   Family Violence, 6(4), 1991.

43)  Kaufman, E., "Critical Aspects of the Psychodynamics of Substance Abuse and  the Evaluation of Their Application to a Psychotherapeutic Approach," The   International Journal of the Addictions, 25(2), 1990-1991.

44)  Kaufman, E., "Countertransference and Other Mutually Interactive Aspects of   Psychotherapy with Substance Abusers," The American Journal on Addictions,   1(3), Summer, 1992.

45)  Kaufman, E., McNaul, J., "Recent Developments in Psychoactive Substance   Abuse and Dependence, Hospital and Community Psychiatry, 43(3), March 1992.

46)  Shapiro, D.H., Weatherford, V., and Kaufman, E., "Control Profile of Adult   Children of Alcoholics, A Preliminary Investigation," American Journal of Drug   and Alcohol Abuse, 20(2), March, 1994.

47)  Kaufman, E., "Diagnosis and Treatment of Drug and Alcohol Abuse in Women," American Journal of Obstetrics and Gynecology, January 1996, Vol. 174,  pp.   21-27.

## PUBLICATIONS LAST TEN YEARS

1)  Kaufman, E., "Family Therapy: A Treatment Approach with Substance Abusers," Substance Abuse: A Comprehensive Textbook, J. Lowinson, J. Ruiz, P. Millman, Williams and Wilkins, Baltimore, MD, 1992; Revised, 1999.

2)  Kaufman, E., "Family Therapy: Other Drugs," Textbook of Substance Abuse   Treatment, M. Galanter, H. Kleber (Eds.), American Psychiatric Press,   Washington, DC, 1994; Revised, 2000.

3)  Kaufman, E., "Treatment Types: Group and Family Therapy," Encyclopedia of Drugs and Alcohol, J. Jaffee (Ed.), Macmillan Library, Simon Schuster   MacMillan, New York, 1995.

4)  Kaufman, E., "Families and Family Therapy in the Treatment of Female      Substance Abusers," in Treatment Services for Drug Dependent Women NIDA,   1995.

5)  Kaufman, E., "Famliy Therapy in Substance Abuse Treatment," in Treatments of Psychiatric Disorders," 2nd Edition, G. Gabbard, (Ed.) American Psychiatric  Press, Washington DC, 1995.

6)  Kaufman, E., Steinglass, P., Wilson, J., Case Conference: Master Clinicians,   Proceedings of the American Academy of Addiction Psychiatry, 11th Annual  Meeting and Symposium, Phoenix, AZ, December 2000.

## ABSTRACTS

1)  Kaufman, E., "The Rehabilitated Addict as Prison Mental Health Worker,"      Proceedings of the 35th Annual Meeting of National Research Council      Committee on Problems of Drug Dependence, May 1973.

2)  Kaufman, E., "Psychiatric Care in an Overcrowded Prison System," Proceedings      of the American Psychiatric Association Meeting, Honolulu, HI, 1973.

3)      Kaufman, E., "The Polydrug Abuse Problem in America," <u>Proceedings of the 31st International Congress on Alcoholism and Drug Dependence</u>, Bangkok, Thailand, February 1975.

4)      Kaufman, E., "Multidrug Abuse:  Definition and Determinants, " <u>Proceedings of        the 37th Annual Scientific Meeting of Committee on Problems of Drug        Dependence</u>, pp. 218-233, Washington, DC, May 1975.

5)      Wellisch, D., Kaufman, E., "Family Therapy in Developments in the Field of     Drug Abuse," <u>Proceedings of the 194th National Association for the Prevention of     Addiction to Narcotics</u>, E. Senay, Vl. Shorty, H. Alkesne, (Eds). Schenkman        Publishing Co., pp 555-556, 1975.

6)      Kaufman, E. "Treatment Approaches to the Young Heroin User," <u>Proceedings of        the 194th National Association for the Prevention of Addiction to Narcotics</u>, E.        Senay, V. Shorty, H. Alksne, (Eds), Schenkman Publishing Co., pp 555-556, 1975

7)      Kaufman, E., "Address to the United States Subcommittee to Investigate Juvenile Delinquency," <u>Committee of the Judiciary</u>, 18(2):  103-110, 199-216,            Washington, DC, July, August 1975.

8)      Kaufman, E. "What Administrative and Operational Complexities are Peculiar to Combined Treatment Programs?" <u>Proceedings of the Eighth Annual Eagleville     Conference</u>, Eagleville, PA, June 1975.

9)      Kaufman, E. "The Right to Treatment Suit as an Agent of Change," <u>Proceedings        of the Meeting of the American Psychiatric Association</u>, Atlanta, GA, May 1978.

10)     Kaufman, E., "Addictive Personalities," <u>Inquiries About Behavioral Medicine</u>, p        25, New York, NY, October 1979.

11)     Kaufman, E., "Myth and Reality in the Family Patterns and Treatment of        Substance Abusers," in Substance Abuse:  The Family in Trouble, <u>Proceedings of the 13th Annual Eagleville Conference</u>, Eagleville, PA, May 1980.

12)     Kaufman, E., "Family Structures of Narcotic Addicts" and "Multiple Family        Therapy with Drug Abusers" (with P. Kaufmann).  Abstracted in <u>Drugs and the        Family</u>, T.J. Glynn, (ed), NIDA, pp 106-108 and 238-240, Rockville, MD 1981.

13)     Kaufman, E., Sporty, L, "The Therapeutic Community in Brief Hospitalizations," <u>Proceedings of the American Psychiatric Association Annual Meeting</u>, p. 279,     May 1983.

14)     Kaufman, E., "The Current State of Family Intervention in Alcoholism  Treatment," <u>Proceedings of the American Psychiatric Association Annual        meeting</u>, May 1984.

15)     Kaufman, E., "Family Systems and Family Therapy of Alcoholism, " <u>Proceedings        of the American Psychiatric Association Annual Meeting</u>, p. 185, May 1984

16)     Kaufman, E., Micha, V., Coleman, N. "Psychotherapy with Good Prognosis        Cancer Patients," <u>American Psychiatric Association Annual Meeting Abstracts</u>, p.        182, 1985.

17)     Kaufman, E., "Psychobiology and the Treatment of Drug Dependence," <u>American Psychiatric Association Annual Meeting Abstracts</u>, p. 219, 1985.

18)    Kaufman, E., " A Contemporary Approach to the Family Treatment of Substance    Abuse Disorders," Proceedings of the American Psychiatric Association Annual    Meeting, Symposium Committee on Drug Abuse, March 1985.

19)    Kaufman, E., "Prison Psychiatry:  Process and Practice," Proceedings of the    American Psychiatric Association, 139th Meeting, Washington, DC, May 1986.

20)    Kaufman, E., "Alcoholism 1986:  Update and Practice," Proceedings of the    American Psychiatric Association, Washington,, DC, May 1986.

21)    Kaufman, E. "Enmeshed Enemies:  The Family Structures of Narcotic Addicts,"    First Regional Congress of Social Psychiatry, Santa Barbara, CA, September    1987.

22)    Weatherford, V., Kaufman, E., "Adult Children of Alcoholics:  Personal and Transgenerational Patterns," Proceedings of the American Psychiatric Association 141st Annual Meeting, Washington, DC, May 1988.

23)    Weatherford, V., Reist, C., Kaufman, E., Kauffman, C., "Personality Patterns of Adult Children of Alcoholics and Post Traumatic Stress Disorder," Proceedings  of the American Psychiatric Association 141st Annual Meeting, Washington, DC,    May 1988.

24)    Kaufman, E., Khantzian, E., Mirin, S., Czechowicz, D., Westermeyer, J. "The    Efficacy of Substance Abuse Treatments," Proceedings of the American    Psychiatric Association 141st Annual Meeting, Washington, DC, May 1988.

25)    Kaufman, E. "The Future of Clinical Psychiatry," The Drug Abuse Committee,    Proceedings of the American Psychiatric Association 141st Annual Meeting,    Washington, DC, May 1988.

26)    Kaufman, E., Banys, P., Chappel, J., Galanter, M., "Contemporary Psychiatric    Substance Abuse Treatment," Proceedings of the American Psychiatric Association 144th Annual Meeting, Washington, DC, May 1991.

27)    Miller, N., Cloninger, R., Kaufman, E., Ries, R., Schuckit, M., "Psychiatric    Syndromes in Substance Dependence," Proceedings of the American Psychiatric    Association 145th Annual Meeting, Washington, DC, May 1992.

28)    Kaufman, E., Banys, P., Chappel, J., Galanter, M.," Contemporary Psychiatric    Substance Abuse Treatment," Proceedings of the American Psychiatric Association 145th Annual Meeting, Washington, DC, May 1992.


## INVITED ARTICLES

1)    Kaufman, E., "Mental Health Services in Prisons of New York City:  A First    Look," American Psychiatric Association District Branch Bulletin, 14(4),    February 1972

2)    Kaufman, E., "Polydrug Abuse:  A New Epidemic?" American Psychiatric Association Bulletin, 18(2), September 1975.

3)    Kaufman, E., "Addictive Personalities," Behavioral Medicine, p. 29, October 1  979.

4)    Kaufman, E., "Family Therapy," In the Clinical Treatment of Substance Abusers,    L. Brill, (Ed), The Free Press, New York, NY pp 133-150, 1981.

5)    Kaufman, E., "Marital problems Caused by Marijuana Usage," in Medical    Aspects of Human Sexuality, Hospital Publications, New York, NY, pp    75-85,    1982.

6)      Kaufman, E., "Is Family Therapy Effective with Addicts?" <u>Contemporary</u> Psychiatry, 2(3):  176-178, 1983.

7)      Kaufman, E., "Effect of Adolescent Substance Abuse on Family Life," in <u>Medical</u> <u>Aspects of</u> <u>Human Sexuality</u>, Hospital Publications, New York, NY, pp. 28-53,      1983.

8)      Kaufman, E., "A Modified Milieu for Acute Patients," <u>Hospital and Community</u> <u>Psychiatry</u>, 34(4):  384- 1983.

9)      Kaufman, E., "Antagonism or Partnership:  Alcoholics Anonymous and         Psychotherapy," <u>Contemporary Psychiatry</u>, 5(1):  10-12, March 1986.

10)     Kaufman, E., "The Influence of Race and Ethnicity on Alcohol Use, Abuse, and Dependence," <u>Contemporary Psychiatry</u>, 5(3):  212-215, September 1986.

11)     Kaufman, E., Khantzian, E., Westermeyer, J., et al, "Position Statement on        Psychoactive Substance Use and Dependence:  Update on Marijuana and      Cocaine," <u>American Journal of</u> <u>Psychiatry</u>, 144(5):  698-699, May 1987.

12)     Kaufman, E., "The Chicken/Egg Controversy as Seen in the Relationship of       Psychopathology to the Addictive Disorders," <u>Contemporary Psychiatry</u>, 7(1):   59-61, March 1988.

13)     Kaufman, E., "Mental Health Care for Mentally Disturbed Offenders:  An         International Travesty," <u>Contemporary Psychiatry</u>, 7(1):  39-41, March 1988.

14)     Dobos, D., Kaufman, E., "Does Alcohol Relieve Tension?" <u>Contemporary</u>       <u>Psychiatry,</u> 7(2):  125-128, June 1988.

15)     Kaufman, E., Glass, J., "What's New Under the Sun?"  <u>Contemporary Psychiatry</u>,         9(2):  74-76, June, 1990.

16)     Kaufman, E., "What to Do When Your Child is Taking Drugs," <u>Parenting/Teens</u> <u>Magazine</u>, 1994.

17)     Kaufman, E., "The Relevance of Personality Disorders to the Understanding and  Treatment of Addictive Disorders," <u>Primary Psychiatry</u>, September 1995.

# EXHIBIT B TO DECLARATION OF EDWARD KAUFMAN

[921448-1]

# EXHIBIT B TO THE DECLARATION OF EDWARD KAUFMAN

| |
|---|
| Notice Of Motion And Motion For Enforcement Of Court Orders And Affirmative Relief Related To Use Of Force And Disciplinary Measures, 5/29/13 [Dkt. 4638] |
| Declaration Of Lori E. Rifkin In Support Of Notice Of Motion And Motion For Enforcement Of Court Orders And Affirmative Relief Related To Use Of Force And Disciplinary Measures, 5/29/13 [Dkt. 4638-2] |
| Expert Declaration of Eldon Vail, 3/14/13 [Dkt. 4385] |
| Expert Declaration Of Eldon Vail In Support Of Motion For Enforcement Of Court Orders And Affirmative Relief Related To Use Of Force And Disciplinary Measures, 5/29/13 [Dkt. 4638-1] |
| Reply Declaration Of Steve J. Martin In Support Of Defendants' Motion To Terminate Under The Prison Litigation Reform Act [18 U.S.C. § 3626(b)] And To Vacate The Court's Judgment And Orders Under Federal Rule Of Civil Procedure 60(b)(5), 3/22/13 [Dkt. 4483] |
| Report of Defendants' Expert Steve J. Martin, 1/7/13 [Dkt. 4279] (Exhibit 2 to the Declaration Of Debbie J. Vorous In Support Of Motion To Terminate Under The Prison Litigation Reform Act [18 U.S.C. §3626(b)] And To Vacate The Court's Judgment And Orders Under Federal Rule Of Civil Procedure 60(b)(5), 1/7/13 [Dkt. 4275-2]) |
| Declaration Of Steve J. Martin In Support Of Defendants' Opposition To Motion Related To Use Of Force And Disciplinary Measures, 7/24/13 [Dkt. 4706] |
| July 23, 2013 Deposition of Steven J. Martin |