DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>   Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES**<br><br>Judge: Hon. Lawrence K. Karlton<br>Date: September 26, 2013<br>Time: 10:00 a.m.<br>Crtrm: 4 |

[917087-1]

PLS.' APPL. TO EXCEED PAGE LIMIT FOR REPLY ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES

# APPLICATION

Plaintiffs Ralph Coleman, et al. hereby apply for an order allowing Plaintiffs to exceed the page limit for their Reply in Support of their Motion for Enforcement of Court Orders and Affirmative Relief Related to Use of Force and Disciplinary Measures, filed concurrently herewith.

Plaintiffs respectfully submit that good cause exists to allow them to exceed the fifteen (15) page limitation as set forth in the Honorable Judge Karlton's standing order because properly setting forth the ongoing constitutional violations arising from Defendants' persistent use of unreasonable force and imposing inappropriate disciplinary measures on *Coleman* class members requires a comprehensive evidentiary and legal showing that will take more than the number of pages normally allotted. Plaintiffs seek enforcement of numerous court orders and affirmative relief in four major areas affecting hundreds of class members, and present voluminous evidence to the Court in support of their Motion. A proper presentation of this evidence requires more than the standard fifteen (15) page allotment.

Plaintiffs therefore seek leave to file a Reply brief of 23 pages. Good cause exists for the Court to grant this Application.

DATED: August 23, 2013            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Lori E. Rifkin*
       Lori E. Rifkin

Attorneys for Plaintiffs

[917087-1]