DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' APPLICATION TO EXCEED PAGE LIMIT FOR REPLY IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES** <br><br> Judge: Hon. Lawrence K. Karlton <br> Date: September 26, 2013 <br> Time: 10:00 a.m. <br> Crtrm: 4 |

923033-1

1  Proof of good cause having been made to the satisfaction of this Court that
2  Plaintiffs' application to exceed the page limit for their Reply in Support of Motion for
3  Enforcement of Court Orders and Affirmative Relief Related to Use of Force and
4  Disciplinary Measures should be granted.

5  **IT IS ORDERED** that the application is GRANTED.  Plaintiffs may submit their
6  Reply not to exceed a total of 23 pages.

7

8  DATED: _____, 2013

9

10  _____
    Lawrence K. Karlton
11  Judge of the United States District Court

923033-1

1
[PROPOSED] ORDER ON PLS.' APP. TO EXCEED PAGE LIMIT FOR REPLY ISO MOTION FOR ENFORCEMENT OF
COURT ORDERS & AFFIRMATIVE RELIEF RELATED TO USE OF FORCE & DISCIPLINARY MEASURES