1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorney General
3  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
4  JESSICA KIM, State Bar No. 257766
   MANEESH SHARMA, State Bar No. 280084
5  Deputy Attorneys General
    1300 I Street
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 323-8789
    Fax: (916) 324-5205
8   E-mail: Jessica.Kim@doj.ca.gov

9  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF AMENDED DECLARATION OF JOHN R. DAY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION RE: USE OF FORCE AND DISCIPLINARY MEASURES** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

///

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants are amending the Declaration of John R. Day in Support of Defendants' Opposition to Plaintiffs' Motion Related to Use of Force and Disciplinary Measures (previously filed as ECF No. 4725) as follows:

(1) At 2:16 the declaration has been amended to reflect that in 6 cases misconduct resulted in termination.

Dated:  August 26, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Jessica S. Kim*

JESSICA S. KIM
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31765577.doc

2

Not. of Am. Decl. of John Day Supp. Defs' Opp'n to Pls.' Mot. Re: Use of Force and Disciplinary Process (2:90-cv-00520 LKK JFM PC)