KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, SBN 166884
JESSICA S. KIM, SBN 257766
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPTS** |

///

///

///

1

1
2   **PLEASE TAKE NOTICE THAT** under Local Rule 133(j), Defendants have lodged a
3   copy of the following deposition transcripts: (1) the deposition transcript of Craig Haney taken on
4   July 10, 2013; and (2) the deposition transcript of Eldon Vail taken on June 27, 2013.  These
5   depositions support Defendants' Opposition to Plaintiffs' Motion Related to Housing and
6   Treatment of Seriously Mentally Ill Prisoners in Segregation (ECF No. 4712) and Defendants'
7   Opposition to Motion Related to Use of Force and Disciplinary Measures (ECF No. 4704).

8   Dated: August 27, 2013                    Respectfully submitted,

9                                             KAMALA D. HARRIS
                                              Attorney General of California
10                                            JAY C. RUSSELL
                                              Supervising Deputy Attorney General
11
                                              /s/ Debbie J. Vorous
12

13                                            DEBBIE J. VOROUS
                                              Deputy Attorney General
14                                            *Attorneys for Defendants*

15  CF1997CS0003
    31770005.doc
16