KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5553
 Fax:  (415) 703-1234
 E-mail:  patrick.mckinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
MEGAN OLIVER THOMPSON, SBN 256654
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>            Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>            Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JEFFREY BEARD, Ph.D., IN SUPPORT OF DEFENDANTS' STATUS REPORT IN RESPONSE TO JUNE 30, 2011, APRIL 11, 2013, AND JUNE 20, 2013 ORDERS** |

I, JEFFREY BEARD, Ph.D., declare as follows:

1. I am the Secretary of the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. My background and qualifications are stated in my prior declarations submitted to this Court, and I do not repeat them here. I submit this declaration in support of Defendants' August 29, 2013 Status Report in Response to the Court's June 30, 2011, April 11, 2013, and June 20, 2013 Orders.

2. Defendants are continuing to diligently develop the measures in the court-ordered plan. Defendants, however, have recently begun to pursue an additional means of complying with the population cap to avoid placing undue stress on the state's criminal justice system.

3. Full implementation of the amended court-ordered plan will result in the release of thousands of inmates by the end of the year, either through the implementation of retroactive credits or the early-release system. Local officials, including sheriffs, police chiefs, probation chiefs, district attorneys, mental health providers, county alcohol and drug administrators, and county supervisors, have advised Defendants that they are facing enormous challenges just carrying out the far reaching mandates of Realignment, California's historic prison reform. They have repeatedly warned Defendants that they lack the institutional capacity at this time to absorb more offenders than they are currently handling under Realignment. Releasing inmates into communities that lack resources to provide the necessary supervision, treatment, and reentry services will degrade existing services, heighten risks to public safety, and make it far more difficult to build upon Realignment with further lasting reforms. For all of these reasons, the Legislature is now actively engaged in considering additional prison capacity and further longer term solutions.

4. On August 27, 2013, Governor Edmund G. Brown Jr., joined by Assembly Speaker John A. Perez, Republican leaders from both legislative houses, top law enforcement and local government officials, and myself, announced pending legislation to eliminate the need for the mass release of inmates while committing the state to develop more thoughtful, longer term reforms to address prison capacity, control the prison population, and reduce recidivism.

1

Decl. Jeffrey Beard Supp. Defs.' Status Report in Resp. to June 30, 2011, Apr. 11, 2013, & June 20, 2013 Orders
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH

1 | Attached as Exhibit A is copy of this legislation, Senate Bill 105. This legislation is currently under consideration in the Assembly. On August 29, 2013, the Assembly Budget Committee approved the legislation for consideration by the full Assembly. The legislation will provide an immediate means of achieving compliance with the population cap by authorizing the State to lease additional prison capacity in California and in private prisons out of state. Moreover, the legislation expressly requires the State to build upon the significant criminal justice improvements that have already been achieved. (Exhibit A.)

5. Because a reduction of the prison population necessarily shifts responsibility for offenders who would otherwise be in prison to local officials, successful and durable reforms must be developed in collaboration with law enforcement and local government leaders. If enacted, this legislation will meet the immediate requirement of the population cap while allowing substantial reforms to be developed in a manner that will ensure their durability.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on August 29, 2013.

                   /s/ (original signature retained by counsel)
                    JEFFREY BEARD, Ph.D.

2

Decl. Jeffrey Beard Supp. Defs.' Status Report in Resp. to June 30, 2011, Apr. 11, 2013, & June 20, 2013 Orders
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH