KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5553
 Fax: (415) 703-1234
 E-mail: patrick.mckinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF DIANA TOCHE IN SUPPORT OF DEFENDANTS' AUGUST 29, 2013 STATUS REPORT** |

I, Diana Toche, declare:

1. I am the Acting Undersecretary of Administration and Offender Services for the California Department of Corrections and Rehabilitation (CDCR). Previously, I served as the Acting Director of the Division of Health Care Services for CDCR. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' August 29, 2013 Status Report.

2. Some of my current duties as Acting Undersecretary of Administration and Offender Services include oversight of the following: Division of Correctional Health Care Services, Division of Enterprise Information Services, Office of Labor Relations, Division of Facility Planning, Construction and Management, Division of Administrative Services, Division of Internal Oversight and Research; Office of Court Compliance, and Office of Internal Affairs.

**Increased Prison Credits**

3. CDCR has developed a tentative process to implement increased prison credits and to address related logistical and policy concerns. CDCR has also identified inmates who appear to be eligible to receive increased credits. CDCR continues to develop a statewide tracking system to limit duplicative reviews and enable the most efficient implementation of this measure.

**Medical and Elderly Parole**

4. As previously reported to the Court, CDCR and the Receiver's Office have agreed to prioritize the review of inmate-patients based on level of care needs and the ability to be housed in available community care facilities, such as skilled nursing facilities. To date, medical staff have identified an initial group of 42 inmates eligible under the expanded criteria for medical parole. CDCR, the Board of Parole Hearings, and the Receiver's Office continue their review, and continue to refine the process and discuss the priority of inmate-patients for consideration and the other logistics related to implementing this measure.

5. CDCR has identified approximately 1,300 inmates who meet the age and sentence criteria, but who must be further screened for, among other factors, risk. The review of candidates for medical parole has revealed substantial overlap between inmate-patients eligible for medical parole, and inmate-patients that meet the criteria for elderly parole. CDCR continues

1

Decl. Diana Toche Supp. Defs.' August 29, 2013 Status Report Orders
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH

to develop a means to address the potential overlap of inmates who are eligible for both elderly parole and medical parole. The Division of Adult Institutions and Division of Adult Parole Operations continue to work collaboratively to identify candidates who may be eligible for parole based on either the medical or elderly parole criteria.

**Court-Ordered Early Release System**

6. Consistent with the Three-Judge Court's June 20, 2013 Order, Defendants have finalized the framework for the court-ordered early release system, which identifies and categorizes offenders based on a number of criteria, including their California Static Risk Assessment Risk Score, prior felonies, and in-prison behavior. Defendants will further report on the status of the court-ordered early release system in their September 16, 2013, as required by the Court's August 9, 2013 order.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on August 29, 2013.

　　　　　　　　　　　　　　　　　　/s/ Diana Toche (original signature retained by attorney)
　　　　　　　　　　　　　　　　　　DIANA TOCHE

2

Decl. Diana Toche Supp. Defs.' August 29, 2013 Status Report Orders
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH