KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
JESSICA S. KIM, State Bar No. 257766
Deputy Attorneys General
 455 Golden Gate Avenue
 Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 703-5717
 Fax: (415) 703-5843
 E-mail: Jay.Russell@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR ORDER RE: QUALITY IMPROVEMENT MONITORING** |

　　　In their August 16, 2013 Response to the Special Master's Quality Improvement Report, Plaintiffs requested an order that Defendants "fully cooperate with the Special Master" during the completion of the Special Master's review of the State's present quality improvement program. (Pls.' Resp. to Special Master's Quality Improvement Report and Request for Court Order, ECF No. 4757 at 4.) Plaintiffs further requested that an order issue extending the Special Master's monitoring through the end of the year, and directing the Special Master to complete a supplemental report on the status of that monitoring. (*Id.*)

1

Defs.' Resp. to Pls.' Request for Order Re: Quality Improvement Monitoring  (2:90-cv-00520 LKK JFM P)

1    Defendants do not believe such orders are required.  On August 30, 2012, this Court
2 ordered that Defendants "review and assess" their existing quality improvement process to
3 improve documents produced as a part of institutional "paper reviews" to ensure that the
4 "provided information is clear, consistent, responsive to the Special Master's document request,
5 and useful" in determining each institution's compliance with program guides. (ECF No. 4232 at
6 5-6.)  That process, which was to be undertaken with the Special Master's "guidance" and the
7 "input" of Plaintiffs' counsel, was to have been completed by February 2013.  (*Id.*)  The Special
8 Master reported that his oversight was not complete by that time, and a further order extended the
9 time for the Special Master's guidance of the quality improvement process to July 1, 2013.  (ECF
10 Nos. 4561 & 4562.)

11    The time specified by the Court for the Special master's guidance has passed, and both
12 CDCR and the Special Master have completed their required duties under the original order.
13 Defendants' current quality assurance process is constitutionally adequate, and an order directing
14 Defendants' to revise further a presumptively constitutional process is not needed.  Nevertheless,
15 as has been stated on several occasions, Defendants have been working, and remain willing to
16 cooperate fully, with the Special Master to improve the quality improvement process without a
17 court order.  (*See* ECF No. 4212 at 2; ECF No 4205 p. 76 n.10 [acknowledging Defendants'
18 invitation to coordinate with the *Plata* Receiver to evaluate their quality assurance process]; ECF
19 No. 4757 Ex. 1 ["CDCR has agreed to a re-pilot of CQIT and while [Defendants] look forward to
20 cooperating with [the Special Master] during the re-pilot process, . . . these continuing joint
21 efforts go above and beyond the Court's requirements."]  Accordingly, Defendants will continue
22 to cooperate and work with the Special Master to assess the quality improvement process.  But
23 Defendants object to Plaintiffs' counsel's participation beyond anything that can reasonably be
24 described as "input."  And Defendants object to any order that either expressly states or implies
25 that the CQIT is to serve at a new benchmark for determining Defendants' compliance with the
26 Constitution.

27
28

Defs.' Resp. to Pls.' Request for Order Re: Quality Improvement Monitoring  (2:90-cv-00520 LKK JFM P)

1
2  Dated: September 3, 2013
3  
                                                    Respectfully submitted,

4                                                   KAMALA D. HARRIS
                                                    Attorney General of California
5
6                                                   /s/ JAY C. RUSSELL
                                                    JAY C. RUSSELL
7                                                   Supervising Deputy Attorney General
                                                    Attorneys for Defendants
8
9  CF1997CS0003
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3