DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF DEFENDANTS' WITNESSES**<br><br>Judge: Hon. Dale A. Drozd |

[928118-1]

I, Krista Stone-Manista, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Motion to Compel Depositions of Defendants' Witnesses.

2. On August 1, 2013, at 5:05 PM, Deputy Attorney General Jay Russell provided "a preliminary list of anticipated witnesses who will testify during the evidentiary hearings on the pending motions" to Plaintiffs' counsel via email. This list included Ellen Bachman, Pam Ahlin, Eric Monthei, and Kevin Chappell. A true and correct copy of this email from Defendants' counsel is attached hereto as **Exhibit A**.

3. Plaintiffs' counsel Lori Rifkin responded to Mr. Russell and informed him that "Defendants will receive notices shortly for depositions of Bachman, Ahlin, Monthei, and Chappell to take place prior to August 23rd. We are willing to work to accommodate Defendants on dates as long as these agreements can be made in a timely manner." Plaintiffs' counsel also asked for designations of the topics on which the witnesses planned to testify. A true and correct copy of this email from Plaintiffs' counsel is attached hereto as **Exhibit B**.

4. Defendants' counsel Debbie Vorous responded to Ms. Rifkin and stated in relevant part that Ms. Pam Ahlin "will testify to issues related to Plaintiffs' motion on the SQ condemned." A true and correct copy of this email from Defendants' counsel is attached hereto as **Exhibit C**. This was the first notification that Plaintiffs received that Ms. Ahlin intended to offer testimony with respect to the access of condemned inmates to state hospital facilities.

5. On August 6, 2013, Defendants' counsel agreed to accept service of deposition subpoenas on behalf of Bachman, Ahlin, Monthei, and Chappell. A true and correct copy of an email from Deputy Attorney General Patrick McKinney to me, agreeing to accept service of the subpoenas, is attached hereto as **Exhibit D**. The deposition

[928118-1]

1

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF DEFENDANTS' WITNESSES

1 subpoenas and notices, setting depositions for August 19, 2013, were served on the afternoon of August 6. A true and correct copy of the four deposition subpoenas and notices is attached hereto as **Exhibit E**.

6. On August 13, 2013, Defendants' counsel served Objections and Responses to the four deposition subpoenas. A true and correct copy of the four sets of Objections and Responses is attached hereto as **Exhibit F**. In Paragraph 1 of each set of objections and responses, Defendants stated that they stated would not produce the witness for deposition. In Paragraph 6 of the Objections and Responses to the Deposition Subpoena of Ms. Ahlin, Defendants also stated that they objected to Plaintiffs' subpoena for documents, because "Ms. Ahlin has not submitted a declaration in support of Defendants' opposition to Plaintiffs' motion." This statement is true, and Plaintiffs have received no indication as to the content of Ms. Ahlin's expected testimony other than that it will "relate[] to Plaintiffs' motion on the SQ condemned." *See* Exhibit C.

7. Counsel for Plaintiffs and Defendants met and conferred via email regarding the depositions of the four witnesses via email between August 4 and August 14, exchanging at least eight emails on the matter. During the meet and confer process, Plaintiffs' counsel repeatedly asked Defendants' counsel to provide available dates for the depositions of the four witnesses if the noticed date of August 19 was not feasible for the witnesses. Defendants provided no response with alternate dates. On August 14, 2013, I spoke with Mr. McKinney while he was at my office defending another deposition. During our conversation, Mr. McKinney indicated that while Defendants would be standing on their objections to the depositions of Ahlin, Bachman, and Chappell, there was a possibility that Defendants would be willing to produce Monthei for deposition, but that Mr. McKinney would need to discuss that issue further with his colleagues. A true and correct copy of my email to Mr. McKinney confirming my conversation with him is attached hereto as **Exhibit G**.

8. I arrived at my office prior to 9 A.M. on August 19, 2013, which was the place, time, and date noticed for the depositions of the four witnesses. None of the four

[928118-1]

2

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
DEPOSITIONS OF DEFENDANTS' WITNESSES

1. witnesses appeared for deposition at the noticed time, or at any subsequent time.

2. 9. On August 21, 2013, Mr. McKinney wrote to me in response to an email in which I asked him to clarify Defendants' final decision regarding Dr. Monthei. Mr. McKinney stated that "Defendants will not produce Dr. Monthei for deposition in advance of the approaching evidentiary hearing." A true and correct copy of my email, and Mr. McKinney's response, is attached hereto as **Exhibit H**.

10. On August 1, 2013, Plaintiffs' counsel Lori Rifkin sent an email to Defendants' counsel disclosing Plaintiffs' witnesses for the upcoming evidentiary hearings, and stating the areas upon which they were expected to testify. This list included Dr. Edward Kaufman and Mr. Eldon Vail, two of the witnesses who filed Declarations in connection with Plaintiffs' Reply Briefs on August 23, 2013. Plaintiffs' counsel Aaron Fischer wrote to Defendants' counsel on August 29, 2013, to confirm that James Austin, who also filed a Declaration on August 23, 2013, would be providing testimony at the hearing on Plaintiffs' segregation motion. A true and correct copy of these emails from Plaintiffs' counsel are attached hereto as **Exhibit I**. Since these witness disclosures, Defendants have not noticed depositions for these or any other of Plaintiffs' witnesses.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 5th day of September, 2013.

*/s/ Krista Stone-Manista*
Krista Stone-Manista

[928118-1]

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF DEFENDANTS' WITNESSES