KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-5843
 E-mail: Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>      v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF PATRICK R. McKINNEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL AND IN SUPPORT OF MOTION TO QUASH SUBPOENAS ISSUED UNDER RULE 45 TO PARTY WITNESSES** |

I, Patrick R. McKinney, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' opposition to Plaintiffs' motion enforcement of four subpoenas issued to party witnesses, and in support of Defendants' motion to quash or modify Plaintiffs' deposition subpoenas issued to

1

1. party witnesses Pamela Ahlin, Ellen Bachman, Kevin Chappell, and Eric Monthei pursuant to Federal Rule of Civil Procedure 45.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the Reporter's Transcript of Proceedings for the Status Conference held on May 23, 2013.

3. At no time did Defendants or their counsel agree to any of the depositions. As Plaintiffs' counsel acknowledges, the only deposition they mentioned taking at the July 31, 2013 status conference was the deposition of Dr. Eric Monthei. Counsel for Defendants agreed to review the record and, after determining that discovery was closed and that the Court determined at the May 23 status conference that Plaintiffs could not take Dr. Monthei's deposition, Defendants objected. True and correct copies of Defendants' Objections and Responses to Plaintiffs' Deposition Subpoena Issued Under Federal Rule of Civil Procedure 45 to Party Witnesses Eric Monthei (Exhibit 2), Pamela Ahlin (Exhibit 3), Ellen Bachman (Exhibit 4), and Kevin Chappell (Exhibit 5) are attached.

4. On numerous occasions, counsel for Defendants informed Plaintiffs' counsel that the deposition subpoenas of Pamela Ahlin, Ellen Bachman, Kevin Chappell, and Eric Monthei were improper. True and correct copies of the meet-and-confer correspondence between counsel for the parties are attached as Exhibits 6 and 7.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on September 4, 2013.

          **/s/ Patrick R. McKinney**
          Patrick R. McKinney

CF1997CS0003

2

Decl. Patrick McKinney Supp. Defs.' Opp. Mot. to Compel & Mot. to Quash or Mod. Subpoena
(2:90-cv-00520 LKK JFM PC)