# Exhibit 6

**Patrick McKinney**

| | |
|---|---|
| **From:** | Patrick McKinney |
| **Sent:** | Wednesday, August 21, 2013 9:12 AM |
| **To:** | 'Krista Stone-Manista' |
| **Cc:** | Michael W. Bien; Lori Rifkin; Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com); Michaelson, Jon; Cesare-Eastman, Megan F.; Donald Specter; Steve Fama |
| **Subject:** | RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429] |

Krista, based on among other things the fact that discovery is closed and Plaintiffs represented to the Court back in May that they would take no discovery with respect to this motion, you are correct that Defendants will not produce Dr. Monthei for deposition in advance of the approaching evidentiary hearing. Thanks, Patrick

---

**From:** Krista Stone-Manista [mailto:KStone-Manista@rbgg.com]
**Sent:** Tuesday, August 20, 2013 4:29 PM
**To:** Patrick McKinney
**Cc:** Michael W. Bien; Lori Rifkin; Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com); Michaelson, Jon; Cesare-Eastman, Megan F.; Donald Specter; Steve Fama
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Dear Patrick,

As we've been unable to talk this week, I write to clarify one aspect of your position. Have you reached a final decision that you will not produce Dr. Monthei for deposition, at any date? If you are willing to produce him, please provide his dates of availability for deposition. If you are not willing to produce him, we will proceed with filing an appropriate motion before the Court.

Regards,

Krista

**Krista Stone-Manista**
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830
KStone-Manista@rbgg.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Friday, August 16, 2013 10:08 AM
**To:** Krista Stone-Manista; Michael W. Bien; Lori Rifkin
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L.

1

**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Krista, following our discussion on Wednesday at your offices, we reviewed the orders, the parties' filings, and related meet-and-confer discussions on this issue. Based on this record, and for the reasons discussed below and in our objections, Defendants' position has not changed that discovery has been closed on issues related to the San Quentin specialized care for the condemned program since May 16, 2013, when this matter was fully briefed. I am not in the office and am unavailable today, but am available on Monday to discuss.

Thanks, Patrick

---

**From:** Krista Stone-Manista [KStone-Manista@rbgg.com]
**Sent:** Thursday, August 15, 2013 10:24 AM
**To:** Patrick McKinney; Michael W. Bien; Lori Rifkin
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com); Michaelson, Jon; Cesare-Eastman, Megan F.; Donald Specter; Steve Fama
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Patrick,

This email is to confirm our conversation yesterday regarding the depositions. Defendants will not be producing Ms. Ahlin, Ms. Bachman, Dr. Monthei, or Warden Chappell for deposition on Monday August 19, despite Plaintiffs' deposition subpoenas for that date that were served on August 6th. You are standing on your objections to the depositions of Ms. Ahlin, Ms. Bachman, and Warden Chappell, due to your contention that discovery is closed on issues related to the specialized care for the condemned program. You may, notwithstanding your objections, be willing to produce Dr. Monthei for deposition at a later date. Please provide us as soon as possible with the dates on which Dr. Monthei is available for deposition.

Best,

Krista

**Krista Stone-Manista**
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830
KStone-Manista@rbgg.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Tuesday, August 13, 2013 6:03 PM
**To:** Michael W. Bien; Krista Stone-Manista; Lori Rifkin
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com); Michaelson, Jon; Cesare-Eastman, Megan F.; Donald Specter; Steve Fama
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Counsel:

2

Attached are Defendants' Objections and Responses to Plaintiffs' Deposition Subpoenas Issued Under Federal Rule of Civil Procedure 45 to Party Witnesses Pamela Ahlin, Ellen Bachman, Kevin Chappell, and Eric Monthei.

We will send Defendants' Objections and Responses to Plaintiffs' Notice of Inspection Under Rule 45 tomorrow. To be clear, neither Defendants nor their counsel are available this Saturday (August 17) and the inspection will not go forward on that date. We have no objection to giving Plaintiffs "adequate access to the use of force videos consistent with the need for proper preparation for the evidentiary hearing," as required by the Court's August 7, 2013 order. However, Plaintiffs' current request—which seeks discovery by an expert who has not been disclosed or submitted a report on use of force issues—is inconsistent with the Court's order. While we are willing to discuss postponing the date for reviewing the videos for trial purposes and record review, we see no valid reason for this inspection to occur before Plaintiffs submit their reply brief.

Please also provide us with a list of the factual issues that you contend are in dispute so that we may consider them.

Patrick

---

**From:** Michael W. Bien [mailto:MBien@rbgg.com]
**Sent:** Monday, August 12, 2013 8:57 PM
**To:** Patrick McKinney; Krista Stone-Manista; Lori Rifkin
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com); Michaelson, Jon; Cesare-Eastman, Megan F.; Donald Specter; Steve Fama
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Patrick

We have attempted in several communications to provide defendants with the courtesy of moving the properly noticed depositions of Pam Ahlin, Dr. Monthei, Ellen Bachman and Warden Chapell to alternative dates in light of each deponent's personal and professional schedule. To date, we have had no response. I understand your objections to this discovery and disagree. Unless you provide alternative dates by tomorrow, Tuesday, at 3 pm, you are obligated to produce all of the deponents on Monday, August 19, pursuant to the Notices. We will be prepared to take all four of the depositions on that date.

We respectfully decline the "opportunity" to withdraw any of the pending discovery.

Defendants were served with a notice of inspection for August 17. I am not aware of any rule that prohibits inspections on Saturdays. We explained to Debbie that Dr. Kaufman was not available on any other day other than Saturday, August 17 before August 23. We can postpone his inspection until a later date so long as defendants agree. Otherwise, we will proceed with August 17 as noticed. Please make the use of force video tapes available for review at SAC for Dr. Kaufman on that day. You "won" the video tape motion and we must therefore bring our expert to a prison to view them. You, in turn, must make them available.

The court's most recent order refers to all of the enforcement motions—there is no exclusion of discovery for death row DSH access. We did discuss depositions and discovery concerning DSH SQ at the status conference with you and other AG's. If you had a problem, you certainly did not express it to me or to the Judge. Your belated objections are not well taken.

Nor is there a stay of discovery on the use of force motion. Plaintiffs, for the record, do not agree that there are no disputed factual issues concerning use of force and will not so stipulate—there needs to be a trial.

We will provide you with the same "opportunity" to withdraw your appeal of the DSH order, motion for a stay and motion to shorten time to save the State time and money.

3

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Monday, August 12, 2013 3:00 PM
**To:** Krista Stone-Manista; Lori Rifkin
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Patrick McKinney
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Counsel,
We write to address Plaintiffs' improper deposition subpoenas seeking to depose four witnesses (with 63 overbroad document requests) on the fully-briefed motion related to the specialized care for the condemned program at San Quentin. We also address Plaintiffs' apparent request to review with a new expert witness use of force videos and other documents, and to interview inmates in advance of their reply brief for their motion related to use of force and disciplinary measures. We will serve formal objections later this week, but would like to give Plaintiffs an opportunity to withdraw these subpoenas and other requests before we incur the time and expense of preparing formal objections.
Plaintiffs' Improper Request for Inspection at CSP-Sacramento on Saturday, August 17
At the deposition of Dr. Belavich on Wednesday, August 7, Plaintiffs handed Defendants' counsel a request for inspection noticed under Rule 45 and unaccompanied by a subpoena. In its August 9 order, the Court made clear that discovery is currently limited to "the depositions of defendants' witnesses . . . ." (ECF 4738 at 3.) Moreover, the Court's August 7 order permits inspection of the use of force videos only for trial preparation purposes, and only after it is determined that an evidentiary hearing is necessary on this motion. (ECF 4731 at 2.)
Plaintiffs' inspection request is contrary to the Court's orders. Defendants have numerous other objections to this misuse of the discovery process but, based on the foregoing objections, request that Plaintiffs immediately withdraw this request. Even if Plaintiffs had any right to this discovery (which they do not), we and our clients are not available on Saturday, August 17 or any time outside of regular business hours for this purpose.
Plaintiffs' Improper Deposition Subpoenas (Monthei, Ahlin, Bachman, Chapell)
The Court's limitation of discovery to depositions of Defendants' declarants must be read together with the Court's June 11, 2013 order (ECF 4646) and the parties' July 18, 2013 stipulation (ECF 4683). As stated in the June 11 order, discovery has been and remains open until August 23 only as to Plaintiffs' motions concerning segregated housing and use of force and disciplinary measures. This is confirmed by the parties' stipulation which addressed only the "proposed schedule for *completion of discovery and briefing Plaintiffs' Motion for Enforcement and Court Orders and Affirmative Relief re: Improper Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation ('Segregation Motion') and Motion for Enforcement of Court Orders and Affirmative Relief Related to Use of Force and Disciplinary Measures ('Use of Force/Discipline Motion')."* (ECF 4683 at 1 [emphasis added].) Nothing discussed at the status conference on July 31, 2013 or afterward opened discovery on a motion that has been fully briefed for nearly three months.
The Court's August 1 order—which was written in the context of the parties joint stipulation for "an extension of the deadlines . . . for the filing of plaintiffs' reply briefs and completion of depositions" (ECF 4726 at 2)—provides no support

4

for Plaintiffs asked to add other depositions that were never completed. While Plaintiffs' counsel may have mentioned wanting to take Dr. Monthei's deposition on July 31, there was no agreement by counsel for Defendants. Moreover, there was no discussion at all about any of the other three depositions Plaintiffs belatedly noticed.

Discovery on issues related to the specialized care for the condemned has been closed for months, and these subpoenas constitute an abuse of the discovery process. If Plaintiffs wish to reopen discovery on this issue, they need to formally notice a motion. (*See* 6/11/13 Order at 1 & para. 6 [stating that the streamlined discovery procedures apply only to "completion of discovery and briefing plaintiffs' motions concerning segregated housing and use of force and disciplinary measures"].) We renew our request that Plaintiffs withdraw these subpoenas.
Patrick

---

**From:** Krista Stone-Manista [mailto:KStone-Manista@rbgg.com]
**Sent:** Monday, August 12, 2013 9:37 AM
**To:** Patrick McKinney
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Patrick,

We have not yet heard from you regarding the availability of Ms. Ahlin, Ms. Bachman, Dr. Monthei, and Warden Chappell. Please provide, by close of business today, their available dates for deposition between now and the close of discovery on August 23.

Thank you,

Krista

**Krista Stone-Manista**
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830
KStone-Manista@rbgg.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Krista Stone-Manista
**Sent:** Tuesday, August 06, 2013 2:18 PM
**To:** 'Patrick McKinney'
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Patrick,

Thank you for agreeing to accept service of the subpoenas, which we will attempt again this afternoon. The Court's order of August 1 (Docket No. 4726) states without limitation that "[t]he time for completion of discovery . . . is extended to August 23, 2013." Pg. 3. Further, Mike Bien discussed taking Dr. Monthei's

deposition at the status conference last week and there was no objection. In addition, Jared Goldman from my office informed defense counsel last week that we would be noticing Dr. Monthei's deposition, and there was no objection. Please let us know as soon as possible on what dates the four San Quentin witnesses are available for deposition.

Regards,

Krista

**Krista Stone-Manista**
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830
KStone-Manista@rbgg.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Tuesday, August 06, 2013 1:34 PM
**To:** Krista Stone-Manista
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Krista, we have been authorized to accept service of these subpoenas without waiver of our right to object to the validity of the subpoenas or the requests for testimony or documents contained therein. We understand that you sent a process server over to our offices this morning before we had an opportunity to respond and while no one was available to receive them.

Please identify the court order or other authority that permits further discovery on the specialized care for the condemned issue, which has been fully briefed since May 16, 2013 (ECF No. 4617). At the May 23, 2013 status conference, Plaintiffs' counsel told the Court that Plaintiffs would not take any discovery in support of this motion. (*See* May 23 Transcript at 5.) The Court also expressly denied a deposition of Dr. Monthei to be used for trial purposes, and permitted only the deposition of Dr. Haney to go forward. (*Id.* at 11:2-8 & 18:1-5.) If there is no such authority, as we believe to be the case, Defendants request that Plaintiffs withdraw these subpoenas.

Patrick

---

**From:** Krista Stone-Manista [mailto:KStone-Manista@rbgg.com]
**Sent:** Monday, August 05, 2013 3:53 PM
**To:** Patrick McKinney
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com); megan.cesare-eastman@klgates.com
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Patrick,

6

My apologies – due to a clerical error, the times and dates listed on the subpoenas were inconsistent with the date on the notices in the courtesy copies I sent you earlier. Here are corrected courtesy PDFs of the deposition subpoenas and request for documents. All times and dates should be August 19 at 9 AM, although we are of course open to discussing the witnesses' dates of availability.

Regards,

Krista

**Krista Stone-Manista**
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830
KStone-Manista@rbgg.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Krista Stone-Manista
**Sent:** Monday, August 05, 2013 3:27 PM
**To:** Patrick McKinney (Patrick.McKinney@doj.ca.gov)
**Cc:** Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com); megan.cesare-eastman@klgates.com
**Subject:** Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Patrick,

Please find attached courtesy copies of the deposition notices and subpoenas/requests for production of documents for Ms. Ahlin, Ms. Bachman, Dr. Monthei, and Warden Chappell. Please confirm that you will accept service of the subpoenas on behalf of these individuals, as has been the parties' recent practice.

Best regards,

Krista Stone-Manista

**Krista Stone-Manista**
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830
KStone-Manista@rbgg.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE. As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.