**Exhibit 7**

# Patrick McKinney

| | |
|---|---|
| **From:** | Patrick McKinney |
| **Sent:** | Thursday, August 29, 2013 10:00 AM |
| **To:** | 'Krista Stone-Manista' |
| **Cc:** | Michael W. Bien; Lori Rifkin; Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com); Michaelson, Jon; Cesare-Eastman, Megan F.; Donald Specter; Steve Fama |
| **Subject:** | RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429] |

Krista:

For the reasons repeatedly explained to Plaintiffs beginning on August 6, shortly after Defendants received courtesy copies of the subpoenas, a motion to compel based on this improper discovery is a waste of judicial and party resources. The meet-and-confer on this issue was also effectively completed on August 16, and Plaintiffs have had nearly two weeks to prepare their motion. Your request that Defendants respond to an unseen motion within hours on the same business day is unreasonable. To the extent we receive Plaintiffs' motion today, Defendants will respond no later than Tuesday, September 3. Thanks, Patrick

---

**From:** Krista Stone-Manista [mailto:KStone-Manista@rbgg.com]
**Sent:** Wednesday, August 28, 2013 5:47 PM
**To:** Patrick McKinney
**Cc:** Michael W. Bien; Lori Rifkin; Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com); Michaelson, Jon; Cesare-Eastman, Megan F.; Donald Specter; Steve Fama
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Patrick,

This is to advise you that we plan to file a joint statement of discovery dispute with the Court regarding the depositions of Warden Chappell, Dr. Monthei, Ms. Bachman, and Ms. Ahlin. I will send you Plaintiffs' portion of the joint statement tomorrow morning in hopes of filing by COB tomorrow.

Thanks,

Krista

**Krista Stone-Manista**
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830
KStone-Manista@rbgg.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Patrick McKinney [mailto:Patrick.McKinney@doj.ca.gov]
**Sent:** Wednesday, August 21, 2013 9:12 AM
**To:** Krista Stone-Manista
**Cc:** Michael W. Bien; Lori Rifkin; Debbie Vorous; Jay Russell; Coleman Team - RBG Only; Maneesh Sharma; Bornstein, Jeffrey L. (jeffrey.bornstein@klgates.com); Michaelson, Jon; Cesare-Eastman, Megan F.; Donald Specter; Steve Fama
**Subject:** RE: Coleman, Deposition Subpoenas and Requests for Documents [IWOV-DMS.FID6429]

Krista, based on among other things the fact that discovery is closed and Plaintiffs represented to the Court back in May that they would take no discovery with respect to this motion, you are correct that Defendants will not produce Dr. Monthei for deposition in advance of the approaching evidentiary hearing. Thanks, Patrick

2