IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                  No. 2:90-cv-0520 LKK JFM P

  vs.

EDMUND G. BROWN, JR., et al.,

      Defendants.          <u>ORDER</u>

                              /

      On September 5, 2013, the parties filed a Joint Statement Re Discovery Dispute on Depositions of Defendants' Witnesses. (ECF No. 4782.) After review of the joint statement, and good cause appearing, the court will make the orders necessary to permit depositions of all four of the witnesses plaintiffs seek to depose as well as the depositions of the witnesses who tendered evidence with plaintiffs' August 23, 2013 reply briefs.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Discovery is open to permit the completion of depositions of Ellen Bachman, Pam Ahlin, Dr. Eric Monthei, Kevin Chappell, and the witnesses who tendered evidence with plaintiffs' August 23, 2013 reply briefs.

      2. Said depositions may, with reasonable notice, commence forthwith.

/////

3. The parties shall work together diligently and in good faith to tender a schedule for completion said depositions to the court on or before Thursday, September 12, 2013.

4. Should a continuance of the start of the evidentiary hearing now set to commence on September 26, 2013 be required to accommodate completion of all depositions, the parties shall include with the deposition schedule a joint request to continue the start of the hearing to one of the dates already reserved for said hearing, and shall provide with that request an estimate of the total time to complete said hearing. <u>See</u> Order filed August 1, 2013 (ECF No. 4726) at 3.

DATED: September 5, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2