KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA S. KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM PC <br><br> **DECLARATION OF JESSICA S. KIM IN SUPPORT OF DEFENDANTS' POSITION REGARDING PLAINTIFFS' ALLEGED DISCOVERY DISPUTE REGARDING THEIR REQUEST FOR THE RECORDS OF 83 INMATE-PATIENTS** |

I, Jessica S. Kim, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called on to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Position Regarding Plaintiffs' Alleged Discovery Dispute Regarding Their Request for the Records of 83 Inmate-Patients.

///

1

2. Plaintiffs served a request for production of documents to Defendants on August 6, 2013. Attached as Exhibit A is a true and correct copy of Defendants' objections to the request for production that Defendants, which were served on September 5, 2013.

3. Plaintiffs' Counsel Aaron Fischer sent an informal letter to CDCR Attorney Nicholas Weber on August 2, 2013. This letter requested the records of 83 individuals. The Attorney General's Office received a copy of this letter. A true and correct copy of Mr. Fischer's August 2, 2013 letter to Nicholas Weber is attached as Exhibit B.

4. After meeting and conferring with Plaintiffs, Defendants agreed to produce the records of 77 of the 83 individuals identified by Plaintiffs. I explained to Plaintiffs' counsel that the other six individuals were not *Coleman* class members because they are paroled, discharged, part of a county's Post-Release Supervision Program, or were in custody under Section 7301 of the Welfare & Institutions Code. True and correct copies of the meet-and-confer correspondence between counsel for the parties are attached as Exhibit C.

5. Attached as Exhibit D is a true and correct copy of an email dated July 22, 2013, from the Attorney General's Office to Plaintiffs' counsel attaching documents reviewed by Mr. Martin.

6. Attached as Exhibit E is a true and correct copy of the excerpts from the Reporter's Transcript of Proceedings of the Status Conference held on May 23, 2013.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on September 6, 2013.

**/s/ Jessica S. Kim**
Jessica S. Kim

CF1997CS0003
40761695.doc

2

Decl. Jessica S. Kim Supp. Defs.' Position Re: Records of 83 Inmate-Patients  (2:90-cv-00520 LKK JFM PC)