**Exhibit E**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---oOo---

BEFORE THE HONORABLE LAWRENCE K. KARLTON, JUDGE

---oOo---

RALPH COLEMAN, et al.,

        Plaintiffs,

vs.                                          No. Civ. S-90-0520

EDMUND G. BROWN, Jr.,
et al.,

        Defendants.

_____/

---oOo---

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS CONFERENCE

THURSDAY, MAY 23, 2013

---oOo---

Reported by:    KATHY L. SWINHART, CSR #10150

KATHY L. SWINHART, OFFICIAL COURT REPORTER, USDC -- (916) 446-1347

```
 1                           APPEARANCES

 2
     For the Plaintiffs:
 3
           ROSEN, BIEN, GALVAN & GRUNFELD
 4         315 Montgomery Street, Tenth Floor
           San Francisco, California  94104-1823
 5         BY:     MICHAEL W. BIEN
           and     JANE E. KAHN
 6

 7   For the Defendants:

 8         STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE
           OFFICE OF THE ATTORNEY GENERAL
 9         1300 I Street, Suite 125
           Post Office Box 944255
10         Sacramento, California  94244-2550
           BY:     DEBBIE J. VOROUS
11
                          and
12
           STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE
13         OFFICE OF THE ATTORNEY GENERAL
           455 Golden Gate Avenue, 11th Floor
14         San Francisco, California  94104-7004
           BY:     JAY C. RUSSELL
15

16

17

18

19

20

21

22

23

24

25
```

KATHY L. SWINHART, OFFICIAL COURT REPORTER, USDC -- (916) 446-1347

2

force and so forth.

What's your -- what do you believe about whether they are interrelated and should be handled as a unit?

MR. BIEN: We -- as to the two motions that have already been filed, I think the two of them are distinct, the Department of State Hospitals access and segregation.

The use of force and RVR, you know, is probably --

THE COURT: No, I don't know. That's why I'm asking.

MR. BIEN: Right, is probably more closely related to the segregation issues than anything else.

THE COURT: All right.

MR. BIEN: But, you know, whether or not it should all be done together or not, I don't know. I think the state hospital issue is pretty distinct.

THE COURT: You're going to file within a week?

MR. BIEN: Yes, Your Honor. And, again, it all flows from the discovery that was already done in the termination proceeding.

THE COURT: I'll get to you in a moment, Ms. Vorous. I'm just trying to think through what I've been told.

Part of the problem, Mr. Bien, is I understand that you are saying that these motions are, at least in some significant way, the result of discovery that you conducted in connection with the termination motion.

And I expect, to be candid with you, that in part the

```
1        I certify that the foregoing is a correct transcript
2   from the record of proceedings in the above-entitled matter.
3
4
                        /s/ Kathy L. Swinhart
5                       KATHY L. SWINHART, CSR #10150
```