```
KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA S. KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov
```

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                           Plaintiffs,<br><br>   v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                           Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF KATHERINE TEBROCK IN SUPPORT OF DEFENDANTS' POSITION REGARDING PLAINTIFFS' ALLEGED DISCOVERY DISPUTE REGARDING THEIR REQUEST FOR THE RECORDS OF 83 INMATE-PATIENTS** |

I, Katherine Tebrock, declare as follows:

1. I am a Chief Deputy General Counsel with CDCR's Office of Legal Affairs. I have personal knowledge of the facts stated in this declaration and if called on to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Position Regarding Plaintiffs' Alleged Discovery Dispute Regarding Their Request for the Records of 83 Inmate-Patients.

/ / /

/ / /

Decl. Katherine Tebrock Supp. Defs.' Position Re: Records of 83 Inmate-Patients (2:90-cv-00520 LKK JFM PC)

2. For the past several years, CDCR's Office of Legal Affairs has produced records of *Coleman* class members to Plaintiffs' counsel under an informal request process. Generally, Plaintiffs ask for the mental health records of one or two individual class members, and limit their request for records to a certain time period or certain mental health issue. In the past, CDCR's Office of Legal Affairs has produced records in response to these types of limited requests within thirty days.

3. On August 2, 2013, Plaintiffs' counsel Aaron Fischer sent an informal letter to CDCR Attorney Nicholas Weber. This letter requested the records of 83 individuals whom Plaintiffs' counsel stated were *Coleman* class members. (Kim Decl., Ex. B.) The letter requested both mental health, health, and central file records, which was inconsistent with the past practice of Plaintiffs requesting only mental health records through this informal process. Plaintiffs' request was extraordinary and far beyond the bounds of the normal informal request process. The letter stated that the timeframe to produce the requested records was 21 days.

4. On August 12, 2013, Mr. Fischer sent an email to CDCR, separating the 83 individuals into three different groups. Mr. Fischer indicated Plaintiffs desired the records of the individuals in Group 1 first, and then the records of Group 2, and finally the records of Group 3. (Kim Decl., Ex C.)

5. I have assessed the staff resources needed to produce documents in response to Plaintiffs' informal request. Similar to past instances, CDCR offered to produce the records of 2-3 class members per week in Plaintiffs' order of priority. Plaintiffs rejected this offer.

6. Although the burden on CDCR staff is extraordinary, CDCR is producing 1,733 pages of the requested mental health and health records for the nine individuals in Group 1 today. CDCR can produce the requested C-file records for Group 1 by September 16th. CDCR can produce the mental health and health records of the eighteen individuals in Group 2 by September 13th. CDCR can produce the mental health and health records for the 56 individuals in Group 3 by September 27th. CDCR can produce the central file records of the 74 individuals in Group 2 and 3 by September 27th. This schedule represents out of the ordinary efforts by CDCR and will strain CDCR staff resources.

2

Decl. Katherine Tebrock Supp. Defs.' Position Re: Records of 83 Inmate-Patients  (2:90-cv-00520 LKK JFM PC)

7. CDCR offered to produce records to Plaintiffs according to the schedule described above. CDCR has begun the process of producing records under this schedule.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on September 6, 2013.

/s/ Katherine Tebrock
"Original Signature Retained by Attorney"
Katherine Tebrock

CF1997CS0003
40761699.doc

3

Decl. Katherine Tebrock Supp. Defs.' Position Re: Records of 83 Inmate-Patients  (2:90-cv-00520 LKK JFM PC)