IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,              No. 2:90-cv-0520 LKK JFM P

   vs.

EDMUND G. BROWN, JR., et al.,

       Defendants.        <u>ORDER</u>

_____/

       Pursuant to court order, the parties have filed a joint statement setting forth their schedule for completion of depositions prior to the start of the upcoming evidentiary hearings. The parties have also included their respective positions on whether the start of the first hearing should be continued.  After review of the joint statement and good cause appearing, IT IS HEREBY ORDERED that:

       1.  The deposition of Ellen Bachman shall proceed on September 20, 2013 and shall not exceed four hours.

       2.  Pursuant to plaintiffs' stipulation, plaintiffs' expert Eldon Vail shall review the custody records that were the subject of plaintiffs' September 6, 2013 motion to compel for purposes of rebuttal testimony only; and

/////

1

                3.  The evidentiary hearing on plaintiffs' motion concerning access to inpatient

2    care for death row inmates and use of force will commence as scheduled on September 26, 2013

3    at 9:15 a.m.

4    DATED: September 13, 2013.

5

6

7

8                               LAWRENCE K. KARLTON
                                SENIOR JUDGE
9                               UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26