1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 LKK JFM P
12              Plaintiff,
13        v.                                   ORDER
14   EDMUND G. BROWN, JR., et al.,
15              Defendants.
16

17        The matter of payment of the special master has been referred to this court by the district

18   court.  The court has reviewed the bill for services provided by the special master in the above-

19   captioned case through the month of June 2013.

20              Good cause appearing, IT IS HEREBY ORDERED that:

21              1.  The Clerk of the Court is directed to pay to

22                  Matthew A. Lopes, Jr., Esq.
                    Special Master
23                  Pannone Lopes & Devereaux LLC
                    317 Iron Horse Way, Suite 301
24                  Providence, RI 02908

25   the amount of $317,289.34 in accordance with the attached statement; and

26   /////

27   /////

28   /////
                                              1

2.  A copy of this order shall be served on the financial department of this court.

Dated:  September 13, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole13.aug

2

**RALPH COLEMAN, et al.,**                     :
    **Plaintiffs,**                              :
                                                 :     **No. Civ. S-90-0520 LKK JFM P**
    **v.**                                        :
                                                 :
**EDMUND G. BROWN, JR., et al.**               :
    **Defendants.**                               :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through August 31, 2013

Matthew A. Lopes, Jr., Special Master
    Services                  $12,833.00
    Disbursements             $18,886.86

         Total amount due                 $31,719.86

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                  $40,155.00
    Disbursements                  $0.00

         Total amount due                 $40,155.00

Linda E. Holden, J.D., Deputy Special Master
    Services                  $36,336,00
    Disbursement                   $0.00

         Total amount due                 $36,336.00

Kerry F. Walsh, J.D.
    Services                  $31,896.00
    Disbursements                  $0.00

         Total amount due                 $31,896.00

Kristina M. Hector, J.D.
    Services                  $31,776.50
    Disbursements                  $0.00

         Total amount due                 $31,776.50

Steven W. Raffa, J.D.
    Services                  $30,904.00
    Disbursements                  $0.00

         Total amount due                 $30,904.00

Paul Nicoll, M.P.A.
    Services                    $260.00
    Disbursements                  $0.00

         Total amount due                    $260.00

Kerry C. Hughes, M.D.
                    Services                 $24,832.00
                    Disbursements            $3,685.65

                    Total amount due                      $28,517.65

Jeffrey L. Metzner, M.D.
                    Services                 $11,718.00
                    Disbursements            $3,456.35

                    Total amount due                      $15,174.35

Raymond F. Patterson, M.D.
                    Services                 $1,825.00
                    Disbursements            $0.00

                    Total amount due                      $1,825.00

Kathryn A. Burns, MD, MPH
                    Services                 $425.00
                    Disbursements            $0.00

                    Total amount due                      $425.00

Mary Perrien, Ph.D.
                    Services                 $17,232.00
                    Disbursements            $949.51

                    Total amount due                      $18,181.51


Patricia M. Williams, J.D.
                    Services                 $20,363.00
                    Disbursements            $3,776.88

                    Total amount due                      $24,139.88

Henry A. Dlugacz, MSW, J.D.
                    Services                 $1,552.50
                    Disbursements            $0.00

                    Total amount due                      $1,552.50

I.C. Haunani Henry
                    Services                 $22,722.00
                    Disbursements            $1,704.09

                    Total amount due                      $24,426.09

TOTAL AMOUNT TO BE REIMBURSED          **$317,289.34**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

4

/s/

Matthew A. Lopes, Jr.
Special Master