KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:  Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777--3200
Facsimile:      (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>   Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>   Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JENNIFER SHAFFER IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF DECEMBER 31, 2013 DEADLINE AND STATUS REPORT IN RESPONSE TO JUNE 30, 2011, APRIL 11, 2013, JUNE 20, 2013, AND AUGUST 9, 2013 ORDERS** |

/ / /

5723303.1

I, Jennifer Shaffer, declare as follows:

1.  I am the Executive Officer of the Board of Parole Hearings (the Board) within the California Department of Corrections and Rehabilitation.  I have held this position since June 2011, when I was appointed by Governor Brown.  Prior to becoming the Board's Executive Officer, I served as Chief of Hearing Operations for the Northern Region of California.  I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2.  As Executive Officer, I am the administrative head of the Board.  I am responsible for managing the Board's daily operations and implementing policy.  Having worked for the Board since 2011, I am familiar with the lifer parole process, the Board's policies pertaining to lifer parole, and state law requirements pertaining to the grant of parole to inmates sentenced to a life term.

3.  Substantial numbers of indeterminately-sentenced offenders are now receiving parole after demonstrating that they no longer pose a threat to the community.  From 1978 through 2008, the Board granted parole to roughly 2,100 life-sentence inmates, with Governor Davis reversing 98% of the Board's decisions, and Governor Schwarzenegger reversing 74% of the Board's decisions.  In just over two and a half years, the Board has granted parole in 1,544 cases.  Since 2011, Governor Brown has reversed an average of only 18%.  Governor Brown's actions reflect adherence to the state law requirement that parole "shall normally" be granted "unless consideration of the public safety requires a more lengthy period of incarceration."  *See* Cal. Penal Code § 3041(a) & (b).

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed in Sacramento, California on September 16, 2013.

       ____/s/ Jennifer Shaffer*_____
         Jennifer Shaffer

*Original signature retained by counsel*

5723303.1