KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5553
  Fax:  (415) 703-1234
  E-mail:  patrick.mckinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
MEGAN OLIVER THOMPSON, SBN 256654
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone:  (415) 777-3200
  Fax:  (415) 541-9366
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                                Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF LINDA PENNER IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF DECEMBER 31, 2013 DEADLINE AND STATUS REPORT IN RESPONSE TO JUNE 30, 2011, APRIL 11, 2013, JUNE 20, 2013, AND AUGUST 9, 2013 ORDERS** |

I, LINDA PENNER, declare as follows:

1. I am the Chair of the Board of State and Community Corrections (BSCC). I formerly served as the Chief Probation Officer of Fresno County from 2005 to 2012. During my tenure as Chief Probation Officer, I focused the department on evidence-based practices for recidivism reduction, and initiated policies, practices, and services to promote public safety through rehabilitation. From 1977 to 2005, I held multiple positions within the Fresno County Probation Department, including probation division director, services manager, probation officer, and group counselor. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2. In July 2012, the BSCC was established as an independent entity, separate from the California Department of Corrections and Rehabilitation. The BSCC was created with the mission to promote a justice investment strategy that fits each county and is consistent with the integrated statewide goal of improved public safety through cost-effective and evidence-based strategies for managing criminal justice populations. The BSCC provides statewide leadership, coordination, and technical assistance to foster effective state and local efforts and partnerships in California's adult and juvenile criminal justice system.

3. Senate Bill 105, which was enacted into law on September 12, 2013, directs the Governor's Office, "in consultation with stakeholders, including appropriate legislative committees, to assess the state prison system, including capacity needs, prison population levels, recidivism rates, and factors affecting crime levels, and to develop recommendations on balanced solutions that are cost effective and protect public safety." (SB 105, sec. 1.) Governor Brown has appointed me to lead this initiative on behalf of the administration and to begin consulting with the numerous stakeholders in the criminal justice system to develop further reforms to reduce recidivism and improve the criminal justice system.

//

//

1

Decl. Linda Penner Supp. Defs.' Req. Extension Dec. 31, 2013 Deadline & Status Report
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct.  Executed in Sacramento, California on
3  September 16, 2013.

5        __/s/ (original signature retained by counsel)_____
      LINDA M. PENNER

2

Decl. Linda Penner Supp. Defs.' Req. Extension Dec. 31, 2013 Deadline & Status Report
Case Nos. 2:90-cv-00520 LKK JFM PC & C01-1351 TEH