IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. 2:90-cv-0520 LKK JFM P

    vs.

EDMUND G. BROWN, JR., et al.,

        Defendants.              ORDER

                                  /

        Plaintiffs have filed a motion for reconsideration by this court of part of the magistrate judge's order filed September 10, 2013 (ECF No. 4791) that denied plaintiffs' motion for production of records for non-class members without waivers. (ECF No. 4809.) The magistrate judge found that plaintiffs had not shown that the six individuals whose records are at issue are presently members of the plaintiff class. In their motion for reconsideration, plaintiffs have presented more substantial argument in support of their motion to compel production of these records.[1] The court will be aided by the magistrate judge's further review of the arguments

/////

---

[1] The motion presented to the magistrate judge was limited by the procedures for resolution of discovery disputes set in the court's June 11, 2013 order (ECF No. 4646). See Order filed June 11, 2013 (ECF No. 4646) at 2.

1

raised by plaintiffs and any response thereto by defendants.  Accordingly, the motion for reconsideration will be referred to the magistrate judge for resolution by order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Defendants shall file a response to plaintiffs' motion for reconsideration (ECF No. 4809) on or before 5:00 P.M. on Thursday, September 19, 2013; and

        2.  Plaintiffs' motion for reconsideration (ECF No. 4809) is referred to the magistrate judge for resolution by order.

DATED: September 17, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2