IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　　　No. 2:90-cv-0520 LKK JFM P

  vs.

EDMUND G. BROWN, JR., et al.,

    Defendants.　　　　　　　ORDER

_____/

    In response to this court's September 10, 2013 order (ECF No. 4791), defendants have requested that Exhibits A through D to the Declaration of Jessica Kim filed September 6, 2013 (ECF No. 4789) be maintained under seal. Good cause appearing, that will be the order of the court.

    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court shall place and maintain Exhibits A, B, C, and D to the Declaration of Jessica Kim filed September 6, 2013 (ECF Nos. 4789-1, 4789-2, 4789-3, and 4789-4) under seal until further order of court.

DATED: September 17, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12;ehdisc.seal

1