Gregg McLean Adam, No. 203436
Amber L. West, No. 245002
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:         gadam@cbmlaw.com
                    awest@cbmlaw.com

David A. Sanders, No. 221393
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.372.6060
Facsimile:    916.340.9372
E-Mail:        david.sanders@ccpoa.org

Attorneys for Plaintiff Intervenor California Correctional
Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*, | No. Civ C01-1351 TEH (N.D. Cal.) *and* |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, *et al.*, | |
| Defendants. | |
| RALPH COLEMAN, *et al.*, | No. Civ S90-0520 LKK-JFM (E.D. Cal.) |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | **DESIGNATION OF COUNSEL FOR PLAINTIFF INTERVENOR CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION** |
| ARNOLD SCHWARZENEGGER, *et al.*, | |
| Defendants. | |

Plaintiff Intervenor California Correctional Peace Officers' Association ("CCPOA") hereby designates the following attorney from Carroll, Burdick & McDonough LLP as counsel for service in this action:

**Amber L. West, No. 245002**
Carroll, Burdick & McDonough LLP
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Email: awest@cbmlaw.com

CCPOA hereby also designates the following attorney from CCPOA as counsel for service in this action:

**David A. Sanders, No. 221393**
California Correctional Peace Officers' Association
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Email: david.sanders@ccpoa.org

The following attorneys are no longer counsel of record in this action:

Benjamin Cornelius Sybesma

Christine Albertine

Jennifer S. Stoughton

Dated:  September 27, 2013

CARROLL, BURDICK & McDONOUGH LLP

By  */s/ Gregg McLean Adam*
Gregg McLean Adam
Amber L. West
Attorneys for Plaintiff Intervenor California Correctional Peace Officers' Association