KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA S. KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF SHAWN BROWN IN SUPPORT OF DEFENDANTS' MOTION TO QUASH PLAINTIFFS' TRIAL SUBPOENAS** |

I, Shawn Brown, declare as follows:

1. I am a Firearms and Weapon Lieutenant employed by the California Department of Corrections and Rehabilitation (CDCR). I submit this declaration in support of Defendants' Motion to Quash Plaintiffs' Trial Subpoenas. I have personal knowledge of the facts stated in this declaration and if called on to testify to those facts, could and would do so competently.

2. I work for CDCR's Office of Correctional Safety, Emergency Operations Unit. I have knowledge of CDCR's armories and CDCR's armories tracking database.

///

1

3. CDCR does not maintain a central armory at headquarters. Each CDCR institution maintains its own armory.

4. I have reviewed the list of weapons, equipment, and objects demanded by Plaintiffs' subpoena dated September 9, 2013. No single CDCR institution has all the weapons, equipment, and objects demanded in the subpoena. There is no single person at CDCR who has immediate access and control over all the weapons, equipment, and objects demanded in the subpoena.

5. To comply with the subpoena would be time-consuming and expensive. One or more CDCR employees would have to locate the objects, travel to various institutions throughout the state to retrieve the objects, and deliver the objects to the court. The retrieval process would involve coordinating with the supervisors of multiple institutions' armories. Each object retrieved would have to be tracked, handled with care, and protected. After the hearing is done, one or more CDCR employees would have to retrieve the objects and return them to the various institutions.

6. Plaintiffs' demand OC grenades and canisters, and CS and/or CN (tear gas) grenades and canisters. Empty grenades and canisters may have residue, so they require extra care. Also, the armories at CDCR institutions may not have empty grenades and canisters because CDCR adheres to a process of disposing of empty grenades and canisters.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on September 24, 2013.

*/s/ Shawn Brown*
Shawn Brown

*(Original signature retained by attorney)*

CF1997CS0003
31793744.doc

2

Decl. Shawn Brown Supp. Defs.' Mot. To Quash Pls.' Trial Subpoenas (2:90-cv-00520 LKK DAD PC)