**KAMALA D. HARRIS**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**



1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 323-8789
Facsimile: (916) 324-5205
E-Mail: Jessica.Kim@doj.ca.gov

September 11, 2013

The Honorable Dale A. Drozd
Magistrate Judge
United State District Court
501 "I" Street
Sacramento, CA 95814

**FILED**
**SEP 1 3 2013**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

RE: Coleman v. Brown, et al.,
United States District Court, Eastern District of California, Case No. 2:90-cv-00520 LKK DAD PC

Dear Judge Drozd:

This letter in in response to the Court's order on September 10, 2013 which stated: "Defendants have filed their responses and other documents in unredacted form. (See Exs. A-D to Kim Decl.) Good cause appearing, the parties will be directed to inform the court in writing whether these or any other exhibit should be placed in the court file under seal." (ECF No. 4791 at 3 n.2.)

Defendants respectfully request that the Court seal Exhibits A-D to the Kim Decl. in Support of Defendants' Position Regarding Plaintiffs' Alleged Discovery Dispute Regarding Their Request for The Records of 83 Inmate-Patients. These exhibits were filed as ECF Nos. 4789-1 through 4789-4.

Sincerely,

JESSICA S. KIM
Deputy Attorney General

For KAMALA D. HARRIS
Attorney General

cc: Aaron Fischer

CF1997CS0003
31780413.doc