KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF DEBBIE VOROUS IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 7 TO EXCLUDE THE SUPPLEMENTAL DECLARATION AND TESTIMONY OF PLAINTIFFS' "REBUTTAL" EXPERT WITNESS EDWARD KAUFMAN, M.D** |

I, Debbie Vorous, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called on to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Motion In Limine No. 7 to Exclude the Supplemental Declaration and Testimony of Plaintiffs' "Rebuttal" Expert Witness Edward Kaufman, M.D.

1

Decl. D. Vorous Supp. Defs.' Mot. In Limine No. 7 to Exclude Testimony of Edward Kaufman
(2:90-cv-00520 LKK DAD PC)

1.	In response to Defendants' request for production of documents ahead of Dr. Kaufman's September 21, 2013 deposition, Plaintiffs served a set of documents bates stamped Kaufman_1260 through Kaufman_1813 on Friday, September 20, 2013, at 4:28 p.m. Attached as Exhibit A are true and correct copies of documents bates stamped Kaufman_001560 to 001564 and Kaufman_001656 to 001657.

2.	Attached as Exhibit B are true and correct copies of excerpts from the September 21, 2013 deposition of Dr. Kaufman.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on September 27, 2013.

s/ Debbie Vorous

Debbie Vorous

Decl. D. Vorous Supp. Defs.' Mot. In Limine No. 7 to Exclude Testimony of Edward Kaufman
(2:90-cv-00520 LKK DAD PC)