**Exhibit A**

| | |
|---|---|
| From: | Edward Kaufman <kaufmanedward2@gmail.com> |
| Sent: | Sunday, September 15, 2013 9:41 AM |
| To: | Lori Rifkin |
| Subject: | Re: 489-3/14: Defs Motion in Limine No. 1 to Exclude Decl & Testimony of Pltfs Rebuttal Expert Kaufman, Activity in Case 2:90-cv-00520-LKK-JFM (PC) Coleman, et al v. Brown, et al Motion in Limine [IWOV-DMS.FID6429] |

The fact is I am not an expert at all in use of force. I am an expert in care of the mentally ill. Although I have not worked in a prison in forty years I believe Martin never has but I have been recognized as an expert in prison mental health for forty years.

Sent from my iPhone

On Sep 15, 2013, at 8:41 AM, Lori Rifkin <LRifkin@rbgg.com> wrote:

> Dr. Kaufman,
>
> Defendants filed motions in limine regarding all of our experts for one reason or another. This is the one they filed to attempt to exclude your testimony. I'm sending it to you to help prepare for your deposition.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: Abigail Hamilton <AHamilton@rbgg.com>
>> Date: September 12, 2013, 3:31:28 PM PDT
>> To: Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>
>> Subject: 489-3/14: Defs Motion in Limine No. 1 to Exclude Decl & Testimony of Pltfs Rebuttal Expert Kaufman, Activity in Case 2:90-cv-00520-LKK-JFM (PC) Coleman, et al v. Brown, et al Motion in Limine [IWOV-DMS.FID6429]
>>
>>
>> From: caed_cmecf_helpdesk@caed.uscourts.gov [mailto:caed_cmecf_helpdesk@caed.uscourts.gov]
>> Sent: Thursday, September 12, 2013 15:26
>> To: CourtMail@caed.uscourts.gov
>> Subject: Activity in Case 2:90-cv-00520-LKK-JFM (PC) Coleman, et al v. Brown, et al Motion in Limine
>>
>>
>> This is an automatic e-mail message generated by the CM/ECF system.
>> Please DO NOT RESPOND to this e-mail because the mail box is unattended.
>> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case

1

(including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of California - Live System

**Notice of Electronic Filing**

The following transaction was entered by McKinney, Patrick on 9/12/2013 at 3:26 PM PDT and filed on 9/12/2013

**Case Name:**     (PC) Coleman, et al v. Brown, et al
**Case Number:**   2:90-cv-00520-LKK-JFM
**Filer:**         Edmund G. Brown, Jr
**Document Number:** 4793

**Docket Text:**
MOTION IN LIMINE *No. 1: To Exclude the Declaration and Testimony of Plaintiffs' "Rebuttal" Expert Witness Edward Kaufman, M.D.* by Edmund G. Brown, Jr. (McKinney, Patrick)


**2:90-cv-00520-LKK-JFM Notice has been electronically mailed to:**

Aaron Joseph Fischer    afischer@rbgg.com, gerilynngreen@gmail.com

Amy Whelan    awhelan@nclrights.org

Anne L. Keck    akeck@sonoma-county.org

Arthur M. Chenen    achenen@tocounsel.com, epaterson@tocounsel.com

Blake Thompson    bthompson@rbg-law.com, ahaney@rbgg.com

Carol L. Woodward    cwoodward@co.sanmateo.ca.us, dbennett@co.sanmateo.ca.us, swaran@co.sanmateo.ca.us

Chad A. Stegeman    cstegeman@cbmlaw.com, ksanderson@cbmlaw.com

Claudia B Center    ccenter@las-elc.org, jkahn@rbalaw.com, jnakagawa@las-elc.org, mbien@rbalaw.com, tnolan@rbalaw.com

Danielle Felice O'Bannon    danielle.obannon@doj.ca.gov

David Eugene Brice    david.brice@doj.ca.gov, Danielle.Jones@doj.ca.gov, DocketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov,

2

Francesca.Covey@doj.ca.gov, Misha.Igra@doj.ca.gov

Debbie Jean Vorous:    debbie.vorous@doj.ca.gov, barbara.moseman@doj.ca.gov, DocketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov

Donald Specter    dspecter@prisonlaw.com, edegraff@prisonlaw.com, sfama@prisonlaw.com

Edward P. Sangster    ed.sangster@klgates.com, gail.lapurja@klgates.com, rosalind.cook@klgates.com

Elwood Lui    elui@jonesday.com, sballard@jonesday.com

Ernest Galvan    egalvan@rbgg.com, kjones@rbgg.com

Fred D. Heather    fheather@glaserweil.com

Gay Crosthwait Grunfeld    ggrunfeld@rbgg.com

Gregg McLean Adam    gadam@cbmlaw.com

Ivy M. Tsai    imt@jones-mayer.com

Jane E. Kahn    jkahn@rbgg.com, dthompson@ap.org, pjelias@ap.org

Jay Craig Russell    jay.russell@doj.ca.gov, abigail.navarro@doj.ca.gov, docketingSFCLS@doj.ca.gov

Jeffrey L. Bornstein    jeff.bornstein@klgates.com

Jennifer Spencer Stoughton    jstoughton@cbmlaw.com

Jessica Soojin Kim    jessica.kim@doj.ca.gov, Angie.Brodbeck@doj.ca.gov, DocketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov, han.nguyen@doj.ca.gov

Kenneth M. Walczak    kwalczak@rbgg.com, druslani@rbgg.com, gbaldwin@rbgg.com

Kevin Allen Voth    kevin.voth@doj.ca.gov, abigail.navarro@doj.ca.gov, david.criswell@doj.ca.gov, docketingsfcls@doj.ca.gov, francis.triplitt@doj.ca.gov, lucille.santos@doj.ca.gov, sherrie.johnson@doj.ca.gov

Kimberly Hall Barlow    khb@jones-mayer.com

Krista Michelle Stone-Manista    kstone-manista@rbgg.com

Kyle Anthony Lewis    kyle.lewis@doj.ca.gov, DocketingSFCLS@doj.ca.gov

Lisa Adrienne Ells    lells@rbgg.com

3

KAUFMAN_001562

Maneesh Sharma    maneesh.sharma@doj.ca.gov

Margot Knight Mendelson    mmendelson@rbgg.com, margotkm@gmail.com

Martin H. Dodd    mdodd@fddcm.com, nmartin@fddcm.com

Matthew A. Lopes, Jr    mlopes@pldw.com, lbuffardi@pldw.com, mspencer@pldw.com

Megan F Cesare-Eastman    megan.cesare-eastman@klgates.com, meg.eastman@gmail.com

Michael Bien    mbien@rbgg.com, ECFColeman@rbg-law.com, jkahn@rbg-law.com

Michael Louis Freedman    mfreedman@rbgg.com

Michael R. Capizzi    mrclaw@socal.rr.com, mrc@jones-mayer.com

Neah Huynh    neah.huynh@doj.ca.gov, carrie.look@doj.ca.gov, docketingSFCLS@doj.ca.gov

Patrick R. McKinney    patrick.mckinney@doj.ca.gov, DocketingSACCLS@doj.ca.gov, DocketingSFCLS@doj.ca.gov, lucille.santos@doj.ca.gov, tim.oakes@doj.ca.gov

Paul B Mello    pmello@hansonbridgett.com, amoore@hansonbridgett.com, CalendarClerk@hansonbridgett.com, jparedespineda@hansonbridgett.com, lmole@hansonbridgett.com

Peter E. Davids    pdavids@jonesday.com, vcrawford@jonesday.com

Raymond E. Loughrey    michelle.crawford@klgates.com

Rebekah B. Evenson    revenson@prisonlaw.com, edegraff@prisonlaw.com

Regan Rush, GOVT    regan.rush@usdoj.gov

Rocco Robert Paternoster    rpaternoster@yahoo.com, mmedina@seiu1000.org

Rochelle C. East    rochelle.east@doj.ca.gov

Samantha Derin Wolff    swolff@hansonbridgett.com, calendarclerk@hansonbridgett.com, hplymate@hansonbridgett.com

Sara Linda Norman    snorman@prisonlaw.com

Steven Paul Saxton    ssaxton@downeybrand.com, courtfilings@downeybrand.com, jbartalo@downeybrand.com

4

Theresa J. Fuentes   theresa.fuentes@cco.sccgov.org

Thomas Bengt Nolan   tnolan@rbgg.com

Thomas Stuart Patterson   thomas.patterson@doj.ca.gov, docketingSFCLS@doj.ca.gov, robert.caoile@doj.ca.gov

**2:90-cv-00520-LKK-JFM Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=9/12/2013] [FileNumber=6378874-0
]:[7385e52e02f45931792d45eb9e68cadf21ec2a642bed84af3000019ce7114f917c0
434c8d5fe96c488bfc827479f9592af57fd2361f1a0bbb673d9636e92bd47]]


<Defs Motion in Limine No. 1 to Exclude Decl & Testimony of Pltfs Rebuttal Expert Kaufman, (Dkt 4793), 9-12-13, 489-3 Pleadings.pdf>

<Defs Motion in Limine No. 1 to Exclude Decl & Testimony of Pltfs Rebuttal Expert Kaufman, (Dkt 4793).nrl>

KAUFMAN_001564

**From:** Lori Rifkin
**Sent:** Sunday, July 28, 2013 8:02 PM
**To:** 'Edward Kaufman'
**Subject:** RE: Gang Managment [IWOV-DMS.FID6429]

Dr. Kaufman,

You may already have these, but here are the links for the Use of Force policies in CA:

Title 15: http://www.cdcr.ca.gov/Regulations/Adult_Operations/docs/2011%20Title%2015%20English.pdf (Section 3268)

DOM: http://www.cdcr.ca.gov/Regulations/Adult_Operations/docs/DOM/DOM%202013/2013%20DOM.PDF (Section 51020)

Relevant sections are discussed in Plaintiffs' Use of Force brief.

I look forward to speaking later tonight.


Lori Rifkin

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
lrifkin@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Edward Kaufman [mailto:kaufmanedward2@gmail.com]
**Sent:** Sunday, July 28, 2013 5:04 PM
**To:** Lori Rifkin
**Subject:** Re: Gang Managment [IWOV-DMS.FID6429]

Should be closer to 8:30 tonight. Will let you know.

Sent from my iPhone

On Jul 28, 2013, at 3:59 PM, Lori Rifkin <LRifkin@rbgg.com> wrote:

1

I am on my work cell today: 415-215-4515

Sent from my iPhone

On Jul 28, 2013, at 3:56 PM, "Edward Kaufman" <kaufmanedward2@gmail.com> wrote:

> Lori. Your office sent me Vacaville. I will be available around 9 but I will call you if it can be earlier. Dr. K
>
> Sent from my iPhone
>
> On Jul 28, 2013, at 3:20 PM, Lori Rifkin <LRifkin@rbgg.com> wrote:
>
>> Would 7 pm work for you? I'm not sure where you're located. I could also do as early as necessary Monday morning. I have copies of the Coleman reports - will work on getting copy of Vacaville.
>>
>> Sent from my iPhone

KAUFMAN_001657