KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, SBN 166884
JESSICA S. KIM, SBN 257766
MANEESH SHARMA, SBN  280084
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5345
  Fax:  (916) 324-5205
  E-mail:  Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**NOTICE OF LODGING DEPOSITION TRANSCRIPT** |

///

///

///

1

1

2

      **PLEASE TAKE NOTICE THAT** under Local Rule 133(j), Defendants have lodged a

3

copy of the following deposition transcript: the deposition transcript of Dr. Edward Kaufman

4

taken on September 21, 2013.

5

Dated:  September 27, 2013                Respectfully submitted,

6

7

KAMALA D. HARRIS
Attorney General of California

8

JAY C. RUSSELL
Supervising Deputy Attorney General

9

*/s/ Debbie J. Vorous*

10

DEBBIE J. VOROUS

11

Deputy Attorney General
*Attorneys for Defendants*

12

CF1997CS0003

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Lodging Deposition Transcript (2:90-cv-00520 LKK DAD PC)