UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | No. CIV. S-90-520 LKK/DAD (PC)<br><br><br>**ORDER** |

　　　Defendants have filed two motions in limine to exclude the declaration, supplemental declaration, and testimony of plaintiffs' expert, Dr. Edward Kaufman.  (ECF Nos. 4793 and 4841.)  After review of the motions and the papers filed in support of and opposition thereto and consideration of the arguments of counsel at a telephonic status conference on September 30, 2013, and good cause appearing, defendants' motions are denied.

　　　IT IS SO ORDERED.

　　　DATED: September 30, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1