| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LORI E. RIFKIN – 244081<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>MEGAN CESARE-EASTMAN – 253845<br>RANJINI ACHARYA - 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>  Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' NOTICE OF LODGING OF ORIGINAL TRANSCRIPTS**<br><br>Date: October 1, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence K. Karlton<br>Courtroom: 4 |

[951300-1]

**PLAINTIFFS' NOTICE OF LODGING OF ORIGINAL TRANSCRIPTS**

SF-293773 v5

TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSELS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 5(d)(1) and Rule 32(c), originals of the of the following transcripts and all exhibits thereto, which Plaintiffs will rely upon in the above-referenced matter, are hereby lodged with the Court, along with one copy pursuant to the Eastern District of California Local Rule 133(d)(1).

1. Deposition of Kathleen Allison, taken August 15, 2013
2. Deposition of Robert A. Barton, taken July 11, 2013
3. Deposition of Robert A. Barton, taken July 16, 2013
4. Deposition of Tim Belavich, taken August 7, 2013
5. Deposition of John Day, taken August 14, 2013
6. Deposition of Steve Martin, taken February 28, 2013
7. Deposition of Steve Martin, taken July 23, 2013
8. Deposition of Michael Stainer, taken August 15, 2013

DATED: October 1, 2013         K&L GATES LLP

By: */s/ Megan Cesare-Eastman*
Jon Michaelson
Jeffrey L. Bornstein
Megan Cesare-Eastman
Ranjini Acharya
Attorneys for Plaintiffs

[951300-1]

1
**PLAINTIFFS' NOTICE OF LODGING OF ORIGINAL TRANSCRIPTS**