# TABLE OF APPENDICES

1	Receiver's Turnaround Plan of Action Matrix

2	CCHCS Information Technology Project Matrix

3	Executive Summary & Health Care Access Quality Reports – April through July 2013

4	Human Resources Recruitment and Retention Reports – April through July 2013

5	Root Cause Analysis Training Presentation

6	Cocci Risk Registry User Tips

7	Patient Risk Profile User Tips

8	Performance Improvement Plan, 2013-2015

9	Health Care Appeals and Habeas Corpus Petition Activity – May through August 2013

10	Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level – May through August 2013

11	CPR Financial Statements – May through August 2013

12	Master Contract Waiver