# APPENDIX 1

FEDERAL RECEIVER'S TURNAROUND PLAN OF ACTION MATRIX
CCHCS PROJECT DEPLOYMENT BY INSTITUTION as of August 31, 2013
Case 2:90-cv-00520-KJM-SCR   Document 4792   Filed 09/01/13   Page 2 of 3

| TPA Goals & Objectives | Description | ASP | CAL | CCC | CCI | CCWF | CEN | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | FSP | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP | New Facilities CHCF | DWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Goal 1 - Timely Access to Health Care** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 1.1 Redesign and Standardize Screening and Assessment Processes at Reception/Receiving and Release* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Access to Care-Reception Center Actions 1.1.2 & 1.1.4 | Establish identification and timely treatment of contagious diseases by providing initial triage to CDCR inmates on day of arrival. (Project closed with implementation of medical classification and reception center processes) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 1.2 Establish Staffing and Processes for Ensuring Health Care Access at Each Institution* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Establish Custody Units Action 1.2.1 | Develop health care access processes and implement Health Care Access Units at all CDCR institutions. | July 2008 | Jan 2009 | Jun 2009 | Dec 2008 | Jan 2009 | Jan 2009 | June 2009 | Jan 2009 | Aug 2008 | July 2008 | Dec 2008 | Jan 2009 | Dec 2008 | Jan 2009 | Jan 2009 | Jan 2009 | July 2010 | Feb 2008 | Feb 2009 | Feb 2009 | Jan 2009 | Nov 2008 | Jan 2010 | Dec 2008 | Aug 2008 | May 2009 | Jan 2010 | Dec 2009 | Dec 2008 | Jan 2009 | Feb 2009 | | | | |
| Custody Operational Assessments Action 1.2.2 | Institutional Operational Assessment reviews. | Nov 2010 | April 2011 | April 2011 | April 2011 | April 2011 | May 2010 | May 2011 | June 2011 | May 2010 | Oct 2010 | April 2010 | April 2010 | March 2011 | Feb 2011 | Oct 2010 | April 2010 | Dec 2010 | March 2011 | Feb 2011 | Nov-Dec 2010 | June 2010 | Jan 2011 | Feb-March 2011 | Jan 2011 | June 2011 | Sept 2010 | Dec 2011 | March 2011 | Aug-Sep 2010 | May 2011 | Nov 2010 | Jan 2011 | May 2011 | | |
| *Objective 1.4. Establish A Standardized Utilization Management System* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Access to Care - Utilization Management Action 1.4.2 | Provide evidence based decision tools and interdisciplinary review processes to increase access to specialty care, infirmary beds and hospitalization. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Goal 2 - Continuum of Health Care Services** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 2.1. Redesign and Standardize Access and Medical Processes for Primary Care* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Access to Care - Episodic Care Action 2.1.2 | Implement an Episodic Care model that will set new policy standards, streamline the process by which patient request care, improve appointment scheduling and implement Local Operating Procedures at all institutions. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 2.2. Improve Chronic Care System to Support Proactive, Planned Care* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Access to Care - Primary Care Action 2.2.1 (2.1.1) | Implement a Primary Care model that will set new policy standards, streamline clinic communication and implement Local Operating Procedures at all institutions. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Access to Care (Chronic Care) Action 2.2.1 | Assess failures in chronic care and implement a program of remediation to address conditions such as cardiovascular disease, diabetes, immune system impairment (including HIV), liver disease and asthma. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 2.3. Improve Emergency Response to Reduce Avoidable Morbidity and Mortality* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Emergency Response Initiative Action 2.3.1, 2.3.2 and 2.3.3 | Standardize structure and organization of CDCR Emergency Medical Response System. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Goal 3 - Medical Care Workforce** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 3.1. Recruit Physicians and Nurses to Fill Ninety Percent of Established Positions* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nursing Positions Action 3.1.1 | Fill 90% of nursing positions | 70-89% filled | 90-100% filled | 70-89% filled | 90-100% filled | 70-89% filled | 90-100% filled | 90-100% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 90-100% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 90-100% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | 70-89% filled | | |
| Physician Positions Action 3.1.2 | Fill 90% of physicians positions | 70-89% filled | 70-89% filled | 90-100% filled | 90-100% filled | 90-100% filled | 90-100% filled | 90-100% filled | 70-89% filled | 90-100% filled | 90-100% filled | 90-100% filled | 90-100% filled | 70-89% filled | 69% or less filled | 70-89% filled | 90-100% filled | 90-100% filled | 70-89% filled | 70-89% filled | 70-89% filled | 90-100% filled | 69% or less filled | 70-89% filled | 70-89% filled | 90-100% filled | 70-89% filled | 90-100% filled | 70-89% filled | 90-100% filled | 69% or less filled | 90-100% filled | 90-100% filled | 90-100% filled | | |
| **Goal 4 - Quality Improvement Programs** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 4.2. Establish a Quality Improvement Program* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Business Information System (BIS) Supply Chain Management Action 4.2.3 | Automated procurement system | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Business Information System (BIS) Organization Mgmt/Personnel Administration Action 4.2.3 | Provides organizational structure foundation (position, classification, unit, and personal data) for all HR modules. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Business Information System (BIS) Registry Planning Action 4.2.3 | Facilitates efficient and cost effective management of CCHCS Registry services. (Scope of this project is met through CDCR Time & Shift project) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medication Administration Process Improvement Project (MAPIP) Action 4.2.3 | Develop and implement efficient medication management system to reduce patient medication errors and maximize quality in medication administration. (Objective met and project is closed). | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 4.5. Establish a Health Care Appeals Process, Correspondence Control and Habeas Corpus Petitions Initiative* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Health Care Appeals Tracking Action 4.5.1 | Improvement of appeals process and reporting. (*Objective met and project is closed. This effort expedites the appeal process*). | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Goal 5 - Medical Support Infrastructure** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 5.1. Establish a Comprehensive, Safe and Efficient Pharmacy Program* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pharmacy CPHCS Guardian Rx Action 5.1.2 | Implement a computerized prescription software management system in all 33 institutions to improve tracking, safety and dispensing of drugs with enterprise wide information availability. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 5.2. Establish Standardized Health Records Practice* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Centralized Dictation & Transcription Action 5.2.1 | Implement a centralized dictation and transcription solution that standardized health record documentation at the enterprise-level. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 5.3. Establish Effective Radiology and Laboratory Services* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clinical Imaging Services Action 5.3.1 | Imaging/radiological services renovation including enterprise imaging solution. (*Objective met, this project is part of implementing the strategy*). | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laboratory Services Management Action 5.3.1 | The Electronic Health Record System (EHRS) will provide CCHCS with an integrated solution and Laboratory Information System will be part of the overall solution. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Objective 5.4. Establish Clinical Information Systems* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**FEDERAL RECEIVER'S TURNAROUND PLAN OF ACTION MATRIX**
**CCHCS PROJECT DEPLOYMENT BY INSTITUTION as of August 31, 2013**
Case 2:90-cv-00520-KJM-SCR  Document 4832  Filed 10/01/13  Page 3 of 3

| TPA Goals & Objectives | Description | ASP | CAL | CCC | CCI | CCWF | CEN | CIM | CIW | CMC | CMF | COR | CRC | CTF | CVSP | DVI | FSP | HDSP | ISP | KVSP | LAC | MCSP | NKSP | PBSP | PVSP | RJD | SAC | SATF | SCC | SOL | SQ | SVSP | VSP | WSP | CHCF | DWN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Clinical Data Repository** Action 5.4.1 | Implement a centralized clinical data repository and portal solution that serves as the foundation for an enterprise-level, integrated Health Information System. (Green indicates portal solution while the remainder of the ojectives are on hold to transition to EHRS). | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **New Network Activation** Action 5.4.1 | Design, build, and install a dedicated high-speed data network for 33 institutions and CCHCS HQ. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **End User Migration to Data Center (EUM)** Action 5.4.1 | Provide secure access to the internet, intranet and clinical applications for all clinicians and healthcare staff. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Mental Health Tracking System (MHTS)** Action 5.4.1 | Upgrade current Mental Health Tracking System replacing 32 separate Access databases. (Project Closed) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Objective 5.5. Expand and Improve Telemedicine Capabilities** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Telemedicine Services** Action 5.5.1 | Improvement and expansion of telemedicine services for medical specialties and for mental health. (Project Closed. This project implements technical systems for program enhancement). | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Goal 6 - Facilities** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Objective 6.1.** Upgrade administrative and clinical facilities at each of CDCR's prison locations to provide patient-inmates with appropriate access to care | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Facilities Site activation** Action 6.1.1 | Provide permanent facilities to support the medical and mental care missions. | Jan 2010 | | | | EOP 01/16 | | HCI 9/16 | ICF Phase I: complete; ICF Phase II: complete HCI 9/15 | MHCB 08/13; HCI 9/16 | EOP com_lete HCI 1/16 | EOP/ASU complete | | HCI 1/17 | | HCI 8/16 | HCI 2/17 | | | | EOP Phase 2: 3/14; HCI 5/16 | HCI 2/16 | HCI 10/16 | | | HCI 3/16 | PSU 9_13 HCI 5/16 | | | HCI 3/16 | Nov 2009 | EOP 6/16 | HCI 1/16 | Lic Beds 10/16 | 7/13 | 2/14 |

| Project Completed | |
|---|---|
| Project Implementing | |
| Project start date TBD | |