# APPENDIX 2

## Information
(September 2013)

**19 - Initiatives Update**
- 11 - Complete
- 1 – SOMS; CDCR plans to re-baseline their schedule and scope
- 2 Projects slipped and are expected to be respectively closed as of October and November of 2013
- 2 Projects are scheduled for completion by June 2014
- 3 Projects (CDR, eMAR, and LIS) future reporting will be as a Enterprise EHRS project – Scheduled completion by January 2017

## Clinical Operations Layer

| Medication Administration Process Improvement Project (MAPIP) 100% Complete – 12/30/12 | Central Pharmacy 100% Complete – 12/28/12 | Access to Care (Primary Care) 100% Complete – 3/20/11 |
|---|---|---|
| Utilization Management 100% Complete – 3/20/11 | Telemedicine 100% Complete – 12/31/12 | Health Information Management (HIM)/ Electronic Unit Health Record (eUHR) 99% Complete – Expected Close-out 4/30/14 |

## Electronic Medical Record Layer

| Laboratory Information System (LIS) – Remaining Project Objectives will be incorporated within the new Electronic Health Record System (EHRS) Project Scheduled for January 2017 | Clinical Imaging Services Medical Radiology Information System (RIS/PACS) 99% Complete - Expected Close-out 11/30/13 Dental Radiology (MiPACS) – 99% Complete Expected Close-out 10/30/13 | Health Care Scheduling and Tracking System (HCSTS), formerly Health Care Scheduling System (HCSS) 95% Complete – Expected Close-out 10/30/13 | Clinical Data Repository (CDR) Remaining Project Objectives will be incorporated within the new Electronic Health Record System (EHRS) Project 100% Complete PHIP – EHRS portion due January 2017 | BIS (Registry) 100% Complete – 11/1/11 |
|---|---|---|---|---|
| Centralized Dictation & Transcription 100% Complete – 8/10/11 | SOMS 74% Complete - 6/30/2014 | Pharmacy: GuardianRx 100% Complete – 10/31/11 | Pharmacy: Electronic Med Admin Record (eMAR) Remaining Project Objectives will be incorporated within the new Electronic Health Record System (EHRS) Project <25% Complete - On Hold Scheduled for January 2017 | Mental Health Tracking System (MHTS.Net) 100 % Complete – 8/10/11 |

## Infrastructure Layer

| Network Infrastructure Project 100% Complete – 10/30/12 | Data Center Project (Torrance Data Center – Operational) (Federated Data Center – Completion scheduled for June 2014 - 85% Complete) | End User Migration Project 100% Complete – 10/30/12 |
|---|---|---|

## Percentage Complete

| 1% to 25% | 26% to 49% | 50% to 74% | 75% to 100% | Completed |
|---|---|---|---|---|

External Project Pyramid Chart - September 2013

**FOOTNOTE:**
Remaining Project Objectives will be accomplished through an EHRS Solution