# APPENDIX 5

# ROOT CAUSE ANALYSIS

## A Systematic Approach to Preventing Adverse Events by Improving Processes


CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

Patient Safety Committee
*Adapted from work by Mike Hughes, BSN, MA, CCHP*

# Objectives

❖ Understand the basic philosophies and concepts of a Root Cause Analysis (RCA).

❖ Understand when/why a Sentinel Event/ Adverse Event case can be assigned an RCA.

❖ Understand the statewide requirements, standardized procedure, and available tools for completing an RCA.


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

2

# Review: Adverse/Sentinel Event*

❖ An event that caused the <u>death or serious disability</u> of a patient, staff member, or visitor.

❖ Serious Disability <u>*means*</u> a physical or mental impairment that:

  • substantially limits major life activities, or

  • results in loss of bodily function, or

  • lasts more than seven days or is still present at the time of discharge, or

  • results in unintentional loss of a body part



*IMSP&P 3.7.1    3

# CCHCS RCA Process



Sentinel/ Adverse Event Occurs

[CEO determines if RCA will be initiated immediately.]

→ Sentinel Event/ Adverse Event Reporting Form is completed and sent to HQ within 24 hours of discovery.

→ The Adverse Sentinel Event Committee reviews the SE/AE form and determines if RCA is required.

→ If an RCA is necessary, institution is contacted. Institution shall begin the RCA, if it is not already in process. RCA Report due to HQ within 45 days of assignment.



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# What Caused the Flood?

❖ The operator was instructed to open Valve A.



❖ Instead, he opened Valve B and the basement flooded.

❖ What caused the flood?





CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

5

# What Caused the Medication Error?



# Root Cause Analysis (RCA)

"A process for identifying the basic or causal factors that underlie variation in performance."

- Focuses primarily on **systems and processes**, <u>not on individual</u> performance

- Identifies improvements that will **decrease the likelihood of such events** in the future

- Not merely to treat a *symptom,* but to *cure* the problem



CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

7

# When to do an RCA

❖ RCAs are required when an identified healthcare incident meets the definition of an adverse/sentinel event as described in policy

❖ Institution may volunteer to do an RCA
  - o Special study
  - o Multiple near-misses


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

8

# When NOT to do an RCA

❖ **"Is it a Blameworthy Act or Reckless Behavior?"**

- A criminal act?
- A purposefully unsafe act?
- Act involving patient abuse of any kind?
- An act involving unjustifiable risk that may result in patient harm?

- Do not conduct an RCA.
- CEO refers to investigatory agency.


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

9

# What is a Root Cause?

❖ **Root Cause:**  The most basic factor or factors that, if corrected or removed, will reduce the risk or prevent recurrence of a situation.

   o It is a fundamental reason a failure has occurred.

   o Human error is <u>not</u> a root cause.



# Causes

❖ **Actions**

  o Commission or omission

❖ **Conditions**

  o Aspects of the environment or organizational culture that lead up to an adverse event



# A Single Root Cause is a Myth

- ❖ Another cause can usually be found behind any identified cause.
- ❖ There are typically multiple root causes for an adverse or sentinel event.
- ❖ The challenge of an RCA is recognizing when the analysis has gone back far enough without stopping short.
- ❖ It's not useful as a root cause if you can't do anything about it.


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

12

# "Thorough" RCA Contains...

❖ Information regarding human and other factors most directly associated with the event.

❖ Analysis of underlying systems and processes.

❖ Identified risks and their potential contributions to the event.

❖ Potential improvements in processes or systems to decrease the likelihood of such events in the future.

❖ A plan to improve systems and processes.


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

13

# "Credible" RCA

❖ Includes participation by the leadership and by individuals most closely involved in the processes and systems under review.

❖ Is internally consistent (it does not contradict itself or leave obvious questions unanswered).

❖ Includes consideration of any relevant literature.



14

# Barriers to Conducting an RCA

❖ What are some reasons why staff might not want to participate in a Root Cause Analysis?





# CCHCS' RCA Procedure

## Overview of the RCA Tool Kit

❖ Step 1:  Assemble the RCA Team

❖ Step 2:  Gather Information/
Understand What Happened

❖ Step 3:  Brainstorm Contributing Factors

❖ Step 4:  Identify Root Causes

❖ Step 5/6:  Design and Implement a Plan of Action

❖ Steps 7:  Measure Results and Modify the Plan as
Appropriate


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

16

# Step 1: Create an RCA Team

❖ **Interdisciplinary**
❖ **At minimum includes the following:**

- o **Team Leader –** Manager/Leader who understands and supports process and has decision making authority.
- o **Team Facilitator –** Staff member trained in the RCA process.
- o **Team Recorder –** Staff member designated as recorder.
- o **Team Members (4-6) –** Individuals with firsthand knowledge of the event and processes/systems surrounding the event.

❖ **Review the Confidentiality Statement**
❖ **Set meetings with dates/times**
❖ **Commit sufficient time**




CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

17

# Step 2: Understand What Happened

❖ **Collect information about the case/determine facts**

- o Staff Interviews
- o Clinical Documents
- o Guidelines/Policies/Procedures
- o Relevant Literature
- o Physical Materials
- o Site Visit/Environment




CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

18

# Step 2: Understand What Happened

❖ Establish Chronology
  o Common understanding of what happened
  o Event Flow Diagram
    • **What happened** and in what s**equence**

❖ Understand Relevant Processes

❖ Develop a Problem Statement
  o Two words or brief phrase
      Example: "Basement flood"
  o May have more than one in complex cases



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Step 2: Problem Statement

❖ *Patient Chen's name was written in error on an RFS for a liver biopsy meant for another patient. The RFS was approved and on 5/2/13 Mr. Chen, whose TABE score is 2.1, underwent a pre-op visit with an offsite GI specialist and then returned the following week and underwent a liver biopsy.*

❖ **Problem Statement:  Wrong-patient liver biopsy**

  o Does it focus on what we want to prevent?

  o Is it factual?

  o Is it free of judgmental language?

  o Is it understandable to a cold audience?

  o Does it address only one issue?


CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

20

# Step 3: Brainstorm

❖ **Before you begin, establish ground rules**
- o Focus on quantity
- o Withhold criticism
- o Welcome unusual ideas
- o Build on the ideas put forward by others



# Step 3: Brainstorm

❖ **Two ways to brainstorm contributing factors**
   ○ **Approach 1**



   ○ **Approach 2**



# Step 4: Identify Root Causes

❖ **List all contributing factors**
❖ **Choose those that are most relevant**

  o A relevant cause is a condition or event that (if changed) would very likely prevent similar future adverse events.

  o Choose contributing factors by "multi-voting."

   • Each member gets a pre-determined number of votes

   • Each member votes for factors they believe most contributed to the event

❖ **Write the top 5-8 relevant contributing factors as "causal statements"**
❖ **Apply the 5 Rules of Causation**

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

23

# Step 4: 5 Rules of Causation

❖ **Rule 1: Clearly show the cause-and-effect relationship.**

  o "The nurse was fatigued."

  Much better:

  o "The nurse was assigned to work 3 consecutive mandatory overtime shifts; as a result, the nurse was fatigued and more likely to misread instructions, which led to the incorrect tube insertion."



# Step 4: 5 Rules of Causation

❖ **Rule 2: Use specific and accurate descriptors for what happened, rather than negative or vague words.**

o "Poorly written manual."

<u>Much better</u>:

o "The training manual was not indexed, it used a font that was difficult to read, and did not include any technical illustrations; as a result, the manual was rarely used and did not prevent  the LVN from calibrating the glucometer incorrectly, leading to the incorrect dose of insulin."



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Step 4: 5 Rules of Causation

❖ **Rule 3: Identify the preceding cause, not the human error.**

❖ **Rule 4: Violations of procedure are not root causes; they must have a preceding cause.**

❖ **Rule 5: Failure to act is causal only when there was preexisting duty to act.**


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Step 4: Causal Statements



❖ **Typical format:**

SYSTEM/ PROCESS/ BARRIER

"There was no _____ in place. As a result, the likelihood of ___the event___ was increased, which caused _____."

AN ADVERSE EVENT TO OCCUR



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Step 4: Causal Statements

❖ **Typical format sample:**

There was no <span style="color:red">process in place</span> to prevent the wrong paperwork from being completed for the wrong patient.

As a result, the potential for a <u>wrong patient receiving a procedure</u> was increased, which resulted in <span style="color:blue">Mr. Chen receiving a procedure which was intended for another patient</span>.

❖ **A good causal statement leads directly to an action plan.**


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Step 4: Test for Root Cause

The next step is to test each selected contributing factor to see if it is a "Root Cause."



For each factor, ask:
❖ If this cause had not been present, would the problem have likely occurred?
❖ If the cause is corrected or eliminated, will the problem likely recur?
❖ If the cause is corrected or eliminated, will similar events still likely occur?

**Any question answered with a "No" is a Root Cause**



# Step 5: Plan of Action

❖ **One or more Root Causes have been identified**
  ○ If more than 5 or 6, definition may be too broad

❖ **Next step is how to "fix" the system to reduce the risk that similar adverse events will happen again**

❖ **Interventions can vary in effectiveness**

# Step 5:  A Good Plan of Action

❖ **A Good Plan of Action**

- Clearly links Root Cause(s) → Planned Intervention(s)
- Action steps (how the intervention will be implemented)
- **Who** , **What**, **When** for each action and **How** the effectiveness will be evaluated
- Includes Performance Objectives
  - Observable,  Measureable , Time-limited
- Data collection, analysis, and reporting

❖ **Considers: the risks & barriers to implementation**



CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Step 5: Example Performance Measure

❖ **Not so good:** 95% of staff will be trained to use the Braden Scale for assessing risk for pressure sores.

❖ **Better:** By 9/9/2013, ninety-five percent (95%) of all CTC admission nursing assessments will contain a risk assessment using the Braden Scale. Success will be measured based on a 50% sample of randomly-chosen health records. Weekly audits will be conducted by the CTC SRN until the 95% threshold is met and maintained for 3 consecutive quarters.


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Step 6: Submit RCA

❖ Use the RCA Report Template

❖ Submit the RCA Report to HQ

❖ Adverse/Sentinel Event Committee will review the institution's RCA Report for appropriateness


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# Step 7: Measure Results/Modify

- ❖ Implement the Plan of Action

- ❖ Update the plan as you go

- ❖ Measure/Monitor Outcomes & Modify plan as needed

- ❖ Institution will submit a monthly progress report for at least 4 months to demonstrate that the Plan of Action is fully implemented and successful


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# RCA Tools

❖ **The RCA Tool Kit**

  o Located at the Patient Safety page on Lifeline

  o Includes other helpful information and links to resources





35

# *QUESTIONS?*

IST Code: V8152

To receive CME credit, please contact the CME unit at:
CMEReview@cdcr.ca.gov
Fax:    (916) 691-0658
Customer Support: (916) 691-0657



# References

❖ IMSP&P, Volume 3, Chapter 7, Number 1

❖ The Joint Commission. (JCAHO 2011). Sentinel Events. Comprehensive accreditation manual for hospitals: The official handbook.
http://www.jointcommission.org/assets/1/6/2011_CAMH_SE.pdf

❖ The Joint Commission. (JCAHO 2012). Sentinel Event Data: Root Causes by Event Type 2004-First Quarter 2012. Topic Details.
http://www.jointcommission.org/assets/1/18/Root_Causes_by_Event_Type_2004-1Q2012.pdf

❖ VA (2009a) Root cause analysis (RCA). US Department of Veterans Affairs.
http://www.patientsafety.gov/rca.html

❖ VA (2009b) Glossary of patient safety terms. US Department of Veterans Affairs.
http://www.patientsafety.gov/glossary.html

❖ VA (2009c) National Center for Patient Safety triage and triggering questions. US Department of Veterans Affairs.
http://www.patientsafety.gov/CogAids/Triage/index.html?8#page=page-1


CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES