# APPENDIX 6

# COCCI RISK REGISTRY USER TIPS
## CUSTODY & CLINICAL VIEWS

