IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    vs.                                                                No. CIV S-90-0520 LKK DAD

**EDMUND G. BROWN, JR., et al.,**
    **Defendants**

_____/

## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

    Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master requests the appointment of Lindsay M. Hayes to the special master's staff. The reasons for this request to appoint Mr. Hayes are set forth in the accompanying memorandum. Mr. Hayes is to be compensated at the rate of two hundred and fifty dollars ($250.00) per hour for his work as an expert, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses. The parties have represented that they have no objection to the addition of Mr. Hayes to the special master's staff.

                                            Respectfully submitted,

                                            /s/

                                            _____
                                            Matthew A. Lopes, Jr.
                                            Special Master

October 1, 2013