## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    **Plaintiffs**

    **vs.**                     **No. CIV S-90-0520 LKK DAD**

EDMUND G. BROWN, JR., et al.,
    **Defendants**

_____/

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S
## REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants, the special master requests the court's approval for the appointment of Lindsay M. Hayes to his staff. Additional expert staff is currently needed in connection with the special master's responsibilities concerning the prevention of inmate suicides within the California Department of Corrections and Rehabilitation (CDCR). The demands posed by this duty exceed the special master's current expert personnel resources.

The special master, through his experts, has submitted to the court a total of 15 reports on completed suicides in the CDCR. These reports were submitted as part of the special master's continuing review of defendants' compliance with court-ordered remediation, and offered recommendations concerning suicide prevention.

On July 12, 2013, this court entered an Order in response to the Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2012 –

June 30, 2012.  (Docket No. 4693).  Among other directives, the court ordered the establishment

of a suicide prevention/management work group comprised of CDCR and Department of State

Hospital staff, the special master's experts, and plaintiffs' counsel; full implementation of the

Suicide Risk Evaluation Mentor Program; continuation of the special master's monitoring of the

CDCR suicide review process; and defendants' compliance with Chapter 10, "Suicide

Prevention," of the Program Guide.

Mr. Hayes is a Project Director of the National Center on Institutions and Alternatives

and is a nationally recognized expert in the field of suicide prevention within jails, prisons, and

juvenile facilities.  He has been appointed as a federal court monitor and as an expert to special

masters/monitors in the monitoring of suicide prevention practices in several adult and juvenile

correctional systems under court jurisdiction.  Mr. Hayes also conducts training seminars and

evaluates inmate and juvenile suicide prevention practices in various state and local jurisdictions.

He also serves as a suicide prevention consultant to the United States Justice Department's Civil

Rights Division with respect to investigations of confinement conditions in adult and juvenile

correctional facilities throughout the nation.  Given his extensive background and expertise in

inmate suicide prevention, Mr. Hayes is especially qualified to assist the special master in

implementation of the court's July 12, 2013 Order (See Exhibit A, *curriculum vitae* Hayes).

Mr. Hayes has conducted five national studies of jail, prison, and juvenile suicide, and

has authored more than 60 publications in the area of suicide prevention within jail, prison, and

juvenile facilities.  As a result of research, technical assistance, and expert witness consulting

work in the area of suicide prevention in correctional facilities, Mr. Hayes has reviewed and/or

examined over 3,500 cases of suicide in jail, prison, and juvenile facilities during the past 33

years.  He was a past recipient of the National Commission on Correctional Health Care's Award

of Excellence for outstanding contribution in the field of suicide prevention in correctional facilities.

Mr. Hayes earned a Master of Science in the Administration of Justice from The American University in Washington, D.C. in 1978, and a Bachelor of Science in Sociology from Ithaca College in 1977.

The addition of Mr. Hayes to the special master's staff will significantly assist him in addressing the issue of inmate suicide prevention.  Accordingly, the special master asks that this request to add Mr. Hayes to his expert staff be granted.  The parties have represented that they do not object to the appointment of Mr. Hayes to the special master's staff.

Respectfully submitted,

/s/

_____
Matthew A. Lopes, Jr.
Special Master

October 1, 2013

**EXHIBIT A**

**VITAE**

# LINDSAY M. HAYES

**PERSONAL INFORMATION**

**Office Address:**  National Center on Institutions and Alternatives
40 Lantern Lane
Mansfield, Massachusetts  02048

**Contact Information:**  (508) 337-8806
(508) 337-3083 - facsimile
E-Mail: Lhayesta@msn.com
Website: www.ncianet.org/services/suicide-prevention-in-custody

**Date of Birth:**  June 5, 1955

**Marital Status:**  Married, four children

**ACADEMIC BACKGROUND**

Master of Science -- Administration of Justice (1978); The American University,
Washington, D.C.

Bachelor of Arts -- Sociology (1977); Ithaca College, New York

**SUMMARY**

Lindsay M. Hayes is a Project Director of the National Center on Institutions and Alternatives, with an office in Mansfield, Massachusetts.  He is nationally recognized as an expert in the field of suicide prevention within jails, prisons and juvenile facilities.  Mr. Hayes has been appointed as a Federal Court Monitor (and expert to special masters/monitors) in the monitoring of suicide prevention practices in several adult and juvenile correctional systems under court jurisdiction. He is also a suicide prevention consultant to the U.S. Justice Department's Civil Rights Division (Special Litigation Section) in its investigations of conditions of confinement in both adult and juvenile correctional facilities throughout the country.  He also serves as an expert witness/consultant in inmate suicide litigation cases. Mr. Hayes also serves as a technical assistance consultant/expert by conducting training seminars and assessing inmate and juvenile suicide prevention practices in various state and local jurisdictions throughout the country.

Mr. Hayes has conducted the only five national studies of jail, prison, and juvenile suicide (*And Darkness Closes In...National Study of Jail Suicides* in 1981, *National Study of Jail Suicides: Seven Years Later* in 1988, *Prison Suicide: An Overview and Guide to Prevention* in 1995, *Juvenile Suicide in Confinement: A National Survey* in 2004, and *National Study of Jail Suicide: 20 Years Later* in 2010).  The jail and prison suicide studies were conducted through contracts with the National Institute of Corrections (NIC), U.S. Justice Department; whereas the first national study of juvenile suicide in confinement was conducted through a contract with the Office of Juvenile Justice and Delinquency Prevention, U.S. Justice Department.

Mr. Hayes served as editor/project director of the *Jail Suicide/Mental Health Update*, a quarterly newsletter devoted to research, training, prevention, and litigation that was funded by NIC from 1986 thru 2008; and was a consulting editor and editorial board member of *Suicide and Life-Threatening Behavior*, the official scientific journal of the American Association of Suicidology, as well as current editorial board member of *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, the official scientific journal of the International Association of Suicide Prevention. Mr. Hayes has authored over 60 publications in the area of suicide prevention within jail, prison and juvenile facilities, including model training curricula on both adult inmate and juvenile suicide prevention.

As a result of research, technical assistance, and expert witness consultant work in the area of suicide prevention in correctional facilities, Mr. Hayes has reviewed and/or examined over 3,500 cases of suicide in jail, prison, and juvenile facilities throughout the country during the past 33 years. Mr. Hayes was a past recipient of the National Commission on Correctional Health Care's Award of Excellence for outstanding contribution in the field of suicide prevention in correctional facilities. His work has been cited in the suicide prevention sections of various state and national correctional health care standards, as well as numerous suicide prevention training curricula.

**POSITIONS HELD**

**National Center on Institutions and Alternatives (NCIA), Alexandria, Virginia,** (January  1978 to Present).

- **Federal Court Monitor for Suicide Prevention** (September 2004 to Present) in *United States v. Robertson County (TN) et al* (3:13-CV-00392), monitoring suicide prevention and mental health practices in the Robertson County Detention Center from February 2013 to Present; in *United States v. King County (WA) et al* (CV-9-0059), monitoring use of force, suicide prevention, and medical care practices in the King County Correctional Facility from January 2009 to February 2012; in *United States v. State of Mississippi* (3:03-CV-1354-HTW-JCS), monitoring suicide prevention practices in the state Division of Youth Services' facilities from February 2008 to May 2010; in *United States v. State of Hawaii*, serves as expert to Court Monitor in monitoring suicide prevention practices in the Hawaii Youth Correctional Facility from September 2006 to September 2010; in *United States v. State of Hawaii* (CV-08-00585-JMS-KSC), serves as expert to Court Monitor in monitoring suicide prevention practices in the Oahu Community Correctional Center from July 2009 to Present; in *United States v. State of Arizona* (CV-04-1926-PHX-EHC), monitoring suicide prevention practices in the state Department of Juvenile Corrections' facilities from September 2004 to September 2007.

- **Technical Assistance Consultant** (June 1993 to Present) to the Special Litigation Section, as well as the Disability Rights Section, of the U.S. Justice Department's Civil Rights Division in its investigation of suicides and general conditions of confinement within jails, prisons, and juvenile facilities throughout the country.

- **Technical Assistance Consultant/Expert Witness** (January 1983 to Present) providing specialized staff training and facility needs-assessment to jails, prisons, and juvenile facilities in suicide prevention. **Expert Witness** consultation and testimony provided in litigation concerning jail, prison, and juvenile suicide. Qualified as an expert in both state and federal court.

- **Technical Assistance Consultant** (June 1984 to Present) to the National Institute of Corrections (NIC), U.S. Department of Justice for jail and prison suicide prevention.  Also member of NIC's National Jail Suicide Prevention Task Force (1984-1985), an advisory board created to design strategies for reducing jail suicides nationwide.

- **Project Director/Principal Investigator** (September 2006 to February 2009) of the U.S. Justice Department (National Institute of Corrections) contract to conduct an updated national study of inmate suicides occurring in county and city jails, as well as police department lockup facilities during 2005-2006. Responsible for collection and analysis of suicide data, as well as development of recommendations to impact current practices and policies regarding programmatic intervention for identification of potential suicide victims.  This contract encompassed a follow-up national study to that performed in both 1980 and 1986.

- **Project Director/Editor** (May 1989 to September 2008) of the *Jail Suicide/Mental Health Update*.  This U.S. Justice Department (National Institute of Corrections) contract published a quarterly newsletter focused on two areas: 1) current research, litigation, training, and model programs in the field of jail suicide prevention; and 2) promoting information and technology transfer between local jurisdictions that desired to implement or enhance jail-based mental health services.  This project was a continuation of prior U.S. Justice Department grants (1986-1988).

- **Project Director/Principal Investigator** (August 1999 to December 2003) of a U.S. Justice Department, Office of Juvenile Justice and Delinquency Prevention contract to conduct the first national survey of juvenile suicide in confinement.  During the contract period, the project determined the extent and distribution of juvenile suicides throughout the country, as well as developed a report (*Juvenile Suicide in Confinement: A National Survey*) for use by juvenile justice practitioners in expanding their knowledge base and in creating/revising policies and training curricula on suicide prevention.

- **Technical Assistance Manager** (September 1987 to September 1997) of NCIA's services to state and local government officials in identifying policies and programs to alleviate overcrowded prisons and jails. Systemic assessments provided counties in the following states: Alabama, Delaware, Georgia, Idaho, Maine, Maryland, Pennsylvania and Rhode Island.  In addition, served as a consultant to U.S. Justice Department (National Institute of Corrections) in providing needs-assessment to jurisdictions which experience jail overcrowding.  Qualified as an expert in federal court.

- **Project Director/Principal Investigator** (April 1993 to August 1994) of a U.S. Justice Department (National Institute of Corrections) contract to develop a monograph on prison suicide.  The monograph (*Prison Suicide: An Overview and Guide to Prevention*) included an extensive literature review, examination of state and national standards for prison suicide prevention, analysis of prison suicide rates, case studies of effective prevention programs, and review of liability issues.

- **Project Director** (September 1990 to February 1991) of an NCIA research project to evaluate the effectiveness of the Intensive Parole Supervision Project, a joint venture of the U.S. Parole Commission and the U.S. Probation Office for the District of Maryland.  The purpose of this five-month evaluation project was to assess the performance and goal achievement of the program during a two-year period, while providing Parole Commission officials with information useful to decision-making regarding program continuation, expansion and/or refinement, and allocation of resources.

- **Project Director/Principal Investigator** (September 1986 to February 1988) for the National Coordination of the Jail Suicide Prevention Information Task Force. This U.S. Justice Department (National Institute of Corrections) contract: 1) Conducted regional seminars on jail suicide prevention throughout the country; 2) Gathered information from each state on the incidence of jail suicide and related issues, including replication of NCIA's 1981 National Study of Jail Suicides; 3) Provided technical assistance to individual jails and others regarding jail suicide prevention while disseminating a quarterly newsletter (*Jail Suicide Update*) concerning timely developments in jail suicide prevention, litigation, training and special issues; and 4) Developed a model training manual on jail suicide prevention.

- **Project Director/Principal Investigator** (July 1980 to November 1981) for the National Study of Jail Suicides, the first effort to determine nationally the extent and distribution of suicides within jails and lockups.  Responsible for collection and analysis of suicide data, as well as development of recommendations to impact current practices and policies regarding programmatic intervention for identification of potential suicide victims.

**Research Assistant/Juvenile Decarceration Project    --    Joint Effort of NCIA and The American University, Washington, D.C.** (January 1978 to December 1978).

- A one-year project for the study of policy implementation regarding deinstitutionalization services for delinquent youth (a four state study).  Responsible for compiling research for the monograph -- *The Politics of Decarceration*.

**Administrative Assistant/Bergen County Courthouse, Hackensack, New Jersey** (June 1977    to August 1977).

- Worked as an administrative assistant to the county court administrator and was responsible for conducting municipal court inspections. The purpose of these inspections was to correct any inadequacies in each of the (72) municipal courts, and to coordinate each court into a consistently run municipal court system.

**Youth Counselor/South Lansing Center, Lansing, New York**   (January 1977 to May  1977).

- The South Lansing Center was a New York State Division for Youth Title II Residential Treatment Facility.  Worked as a full-time intern in conjunction with Ithaca College.  Involved gaining knowledge of the treatment program as a whole and working with youth on a one-on-one basis.

**Administrative Assistant/Bergen County Jail Annex, Hackensack, New Jersey** (June 1976 to    August 1976).

- Worked as an administrative assistant to the jail psychologist and assisted in interviewing, counseling and screening individuals for the county's work-release program.

**SELECTED (STATE and NATIONAL) CONFERENCE PRESENTATIONS (excludes training and technical assistance consultation to individual jurisdictions)**

- National Commission on Correctional Health Care, Mental Health in Corrections, Las Vegas, NV, July 2013;

- North Dakota Children and Family Services Conference, Bismarck, ND, July 2013;

- National Commission on Correctional Health Care, Mental Health in Corrections, Chicago, IL, July 2012;

- U.S. Department of Justice, National Institute of Corrections, Chief Jail Inspectors' Network Meeting, Jail Suicide Prevention Workshop, Aurora, CO, July 2012;

- Tennessee Corrections Institute, Jail Issues Annual Conference, Keynote Address and Workshop Presentations, Nashville, TN, May 2012;

- Suicide Prevention in Juvenile Detention and Correctional Facilities, Webinar Presenter, Suicide Prevention Resource Center (Washington, DC) and Council of Juvenile Correctional Administrators (Braintree, MA), February and March 2012;

- PrimeCare Medical, Health Services Administrator Annual Training Conference, Keynote Address, Harrisburg, PA, March 2012;

- Wisconsin Department of Justice and Wisconsin Department of Corrections, 17th Annual Jail Administrator's Conference, Plenary Session, Stevens Point, WI, November 2011.

- National Commission on Correctional Health Care, Mental Health in Corrections, Las Vegas, NV, July 2011;

- Association of Correctional Mental Health Administrators Annual Meeting, U.S. Department of Justice, National Institute of Corrections, Prison Jail Suicide Prevention Workshop, Aurora, CO, May 2011;

- U.S. Department of Justice, National Institute of Corrections, Large Jail Network Meeting, Jail Suicide Prevention Workshop, Aurora, CO, March 2011;

- New Mexico Association of Counties, Jail Suicide Prevention Workshops, Albuquerque and Las Cruces, NM, March 2011;

- National Commission on Correctional Health Care, National Conference on Correctional Health Care, Orlando, FL, November 2009.

- Missouri Juvenile Justice Association Educational Conference, Lake of the Ozarks, MO, October 2009;

- Council of Juvenile Correctional Administrators, 2nd Annual Leadership Conference, Chicago, IL, October 2009;

- Academy of Correctional Professionals, Managing the Mentally Ill Through the Correctional System, Luncheon Speaker, Fairfax, VA - May 2009, Farmington, CT - June 2009, and Austin, TX - July 2009;

- Council of Juvenile Correctional Administrators, Seminar for New Directors, Tampa, FL, January 2009;

- American Correctional Association, 138th Congress of Correction, Health Care Professional Luncheon Speaker, New Orleans, LA, August 2008;

- Missouri Institute of Mental Health, Suicide in Jails and Prisons Conference, Keynote Address, Chesterfield, MO,  August 2008;

- National Commission on Correctional Health Care, Mental Health in Corrections, Las Vegas, NV, July 2008.

- Florida Sheriffs Association, Annual Jail Conference, Sandestin, FL, December 2007.

- International Association of Suicide Prevention, Preventing Suicide Across the Life Span: Dreams and Realities Conference, Correctional Settings-Symposium, Killarney, Ireland, August 2007.

- Colorado Division of Youth Corrections, 4th Annual DYC Provider Training Conference, Breckenridge, CO, May 2007.

- New Mexico Association of Counties, Jail Suicide Prevention Workshops, Santa Fe and Las Cruces, NM, November 2006;

- OJJDP/ACA's National Juvenile Corrections and Detention Administrator's Forum, Pittsburgh, PA, May 2006.

- National Disability Rights Network, Annual Skills Building Conference, San Diego, CA, January 2006.

- Texas Juvenile Probation Commission, Behind Closed Doors: Liabilities, Issues and Trends in Juvenile Justice Facilities, Austin, TX, September 2005.

- National Center for Mental Health and Juvenile Justice, National Policy Academy on Improving Services for Youth with Mental Health and Co-Occurring Substance Abuse Disorders within the Juvenile Justice System, Bethesda, MD, September 2005.

- National Commission on Correctional Health Care, Mental Health in Corrections, Chicago, IL, July 2005.

- Connecticut Youth Suicide Advisory Board and Connecticut Clearinghouse, Suicide Prevention Promises and Practices: Focus on Youth, Rocky Hill, CT, May 2005.

- Corrections Corporation of America, 2005 Health Services Conference, Scottsdale, AZ, April 2005.

- Wisconsin Department of Justice and Wisconsin Department of Corrections, Suicide Prevention in Jails, Wisconsin Dells, WI, April 2005.

- National Commission on Correctional Health Care, 28th National Conference on Correctional Health Care, New Orleans, LA, November 2004.

- National Commission on Correctional Health Care, Mental Health in Corrections, Las Vegas, NV, July 2004.

- Massachusetts Department of Public Health, Suicide Prevention Across the Lifespan, 3rd Annual Suicide Prevention Conference, Worcester, MA, May 2004.

- Suicide Prevention Resource Center, Preventing Suicide in Regions VII and VIII: Communities Working Together to Implement the National Strategy for Suicide Prevention in the Prairies and Mountain West, Westminster, CO, October 2003.

- North Dakota Office of Management and Budget, Risk Management Division, Suicide Prevention in Correctional Facilities Workshop, Bismarck, ND, May 2003.

- Maine Department of Behavioral and Developmental Services, 2003 Crisis Clinician Conference, Keynote Address. Augusta, ME, March, 2003.

- Texas Juvenile Probation Commission, Symposium on Juvenile Suicide Prevention and Intervention: Putting Children First, Austin, TX, March 2003.

- American Correctional Association, Winter Conference, Charlotte, NC, January 2003.

- Council of Juvenile Correctional Administrators, Mid-Winter Meeting, Charlotte, NC, January 2003.

- New York State Commission of Correction and Office of Mental Health, 2002 Correctional Medical and Mental Health Care Symposium, Sarasota Springs, NY, October 2002.

- University of Connecticut Health Center/Correctional Mental Health Conference, Suicide Prevention: Assessment and Management in a Correctional Environment, Farmington, CT, September 2002.

- American Correctional Health Services Association, Multidisciplinary Training Conference, Portland, OR, March 2002.

- Wisconsin Department of Corrections, Executive Planning Meeting, Kohler, WI, January 2002.

- MCP Hahnemann University, Behavioral Healthcare Education, 9th Annual Forensic Rights and Treatment Conference, Grantville, PA, November 2001.

- National Commission on Correctional Health Care, 25th National Conference on Correctional Health Care, Albuquerque, NM, November 2001.

- Maryland Governor's Interagency Workgroup on Youth Suicide Prevention, 13th Annual Suicide Prevention Conference, Baltimore, MD, October 2001.

- Florida Department of Corrections, 4th Annual Female Offender Focused Symposium, Orlando, FL, September 2001.

- National Institute of Corrections, U.S. Department of Justice, Prison Health Care: Suicide Prevention Workshop, Longmont, CO, June 2001.

- New York State Office of Mental Health, Best Practices Conference, Brooklyn, NY, June 2001.

- Office of Juvenile Justice and Delinquency Prevention (OJJDP) National Conference, Justice for Children: A Vision for the 21st Century, Washington, DC, December 2000.

- National Commission on Correctional Health Care, 24th National Conference on Correctional Health Care, St. Louis, MO, September 2000.

- Indiana Sheriffs' Association and Indiana Department of Corrections, Jail Suicide Prevention Workshop, Indianapolis, IN, July 2000.

- OJJDP/ACA's 15th Annual National Juvenile Corrections and Detention Forum, Albuquerque, NM, May 2000.

- Governor's Summit - Correctional Health to Community Health: A Continuum of Prevention and Care for the Criminal Offender, Las Vegas, NV, April 2000.

- Ohio Community Forensic Association, Suicide and the Criminal Justice Population, Columbus, OH, March 2000.

- Hawaii Criminal Justice Association, 3rd Annual Conference, Keynote Address, Honolulu, HI, March 2000.

- National Commission on Correctional Health Care, 23rd National Conference on Correctional Health Care, Fort Lauderdale, FL, November 1999.

- Council of Juvenile Correctional Administrators, Western Regional Meeting, Tucson, AZ, November 1999.

- Florida Senate and House of Representatives, Committees on Corrections, Presentation on Suicide in Florida Prisons, Tallahassee, FL, January 1999.

- Open Society Institute, 1st National Conference on Death and Dying in Prisons and Jails, New York, NY, November 1998.

- Ohio Department of Mental Health, Office of Forensic Services, Unlocking the Barriers: Mental Health Services in Jails and Working with Law Enforcement Agencies, Cuyahoga Falls, OH, August 1998.

- Oregon Senate and House of Representatives, Senate Judiciary Crime and Civil Subcommittee and House Interim Committee on Judiciary, Presentation on Suicides in Hillcrest Youth Correctional Facility, Salem, OR, March 1998.

- Combined California Correctional Associations, Keys to Inmate Management Conference, Concord, CA, March 1998.

- Wood County Juvenile Detention Center, 1998 Ohio Regional Juvenile Suicide Awareness Seminar, Bowling Green, OH, March 1998.

- Netherlands Institute for the Study of Criminology and Law Enforcement, Leiden University, Leiden, The Netherlands, July 1997.

- Institute for the Study and Treatment of Delinquency, 3rd International Conference on Deaths in Custody, Uxbridge, England, July 1997.

- National Juvenile Detention Association, 9th Annual National Juvenile Services Training Institute, Indianapolis, IN, June 1997.

- National Commission on Correctional Health Care, 20th National Conference on Correctional Health Care, Certified Correctional Health Care Program, Nashville, TN, October 1996.

- Sam Houston State University, Criminal Justice Center, 27th Annual Jail Management Conference, Huntsville, TX, October 1996.

- Oregon Jail Managers' Association, Bend, OR, August 1996.

- Ohio Department of Rehabilitation and Correction, Correctional Health Care Conference, Columbus, OH, May 1996.

- U.S. Department of the Army, U.S. Army Military Police Support Agency, Army Corrections Conference, Fort Belvoir, VA, December 1995.

- National Commission on Correctional Health Care, 19th National Conference on Correctional Health Care, Washington, DC, November 1995.

- Centers for Disease Control and Prevention, National Violence Prevention Conference, Des Moines, IA, October 1995.

- National Commission on Correctional Health Care, National Conference on Legal Issues in Correctional Health Care, Chicago, IL, June 1995.

- Louisiana State University, School of Social Work, Office of Correctional Studies, Prison Suicide Prevention Workshop, Baton Rouge, LA, September 1994.

- Wisconsin Department of Corrections, Suicide Prevention in Detention Facilities Seminar, Wisconsin Dells, WI, September 1994.

- University of Virginia, Institute of Law,  Psychiatry and Public Policy, 26th Semi-Annual Forensic Symposium: Jails and Mental Health Services, Charlottesville, VA, May 1994.

- American Association of Suicidology, 27th Annual Conference, New York, NY, April 1994.

- Institute for the Study and Treatment of Delinquency, 2nd International Conference on Deaths in Custody, Cambridge, England, April 1994.

- National Association of State Mental Health Program Directors' Conference, St. Louis, MO, September 1993.

- Pennsylvania Prison Warden's Association, Jail Suicide Prevention Seminar, Bethlehem, PA, November 1992.

- Montana Sheriff's and Peace Officers' Association, 64th Annual Training Seminar, Billings, MT, June 1992.

- Iowa State Sheriffs' and Deputies' Association, First Annual 20-Hour Jail School, Ames, IA, February 1992.

- Institute for the Study and Treatment of Delinquency, Diamond Jubilee Conference -- Deaths in Custody, Canterbury, England, March 1991.

- Law Enforcement Television Network, Carrollton, TX, March 1990.

- American Jail Association, 8th Annual Training Conference, Hollywood, FL, April 1989.

- American Jail Association, 7th Annual Training Conference, Los Angeles, CA, April 1988.

- National Conference on Alcohol Countermeasures and Occupant Protection, Boston, MA, March 1988.

- American Correctional Association, Winter Conference, Phoenix, AZ, January 1988.

- American Association of Correctional Training Personnel and the Juvenile Justice Trainers Association, 3rd Annual National Correctional Trainers Conference, Pittsburgh, PA, October 1987.

- Police Foundation, Police Litigation Prevention Seminar, Chicago, IL, May 1987.

- University of Maine, Conference on Preventing Youth Suicides, Kennebunkport, ME, May 1987.

- Centers for Disease Control, 1987 Conference on Injury in America, Atlanta, GA, February 1987.

- Southeastern Psychological Association, 29th Annual Meeting, Atlanta, GA, March 1983.

- American Association of Suicidology, 16th Annual Conference, Dallas, TX, April 1983.

**PUBLICATIONS**

- "Suicide Prevention in Correctional Facilities: Reflections and Next Steps," *International Journal of Law and Psychiatry* 36 (2013): 188-194.

- *Training Curriculum and Program Guide on Suicide Detection and Prevention in Juvenile Detention/Correctional Facilities and Residential Programs: Instructor's Manual*, Mansfield, Massachusetts: National Center on Institutions and Alternatives, April 2013.

- "National Study of Jail Suicides: 20 Years Later," *Journal of Correctional Health Care*, 18 (3), 2012.

- "Suicide Prevention in Jails and Prisons," (with Jeffrey L. Metzner) in R. Simon and R. Hales (Eds.), *Textbook of Suicide Assessment and Management*, 2nd Edition, Washington, DC: American Psychiatric Publishing, Inc., 2012.

- *National Study of Jail Suicides: 20 Years Later*, Washington, DC: National Institute of Corrections, U.S. Department of Justice, April 2010.

- "Toward a Better Understanding of Suicide Prevention in Correctional Facilities," in C. Scott (Ed.), *Handbook of Correctional Mental Health*, 2nd Edition, Washington, DC, American Psychiatric Publishing, Inc., 2010.

- "Characteristics of Juvenile Suicide in Confinement," *Juvenile Justice Bulletin*, Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention, February 2009.

- "Juvenile Suicide in Confinement – Findings from the First National Survey," *Suicide and Life-Threatening Behavior*, 39 (4): 353-363, 2009.

- "Reducing Inmate Suicides Through the Mortality Review Process," in R. Greifinger (Ed.), *Public Health Behind Bars: From Prisons to Communities*, New York: Springer Science and Business Media, 2007.

- "Preventing Suicide in Jails and Prisons, Parts 1 and Parts 2: Recommendations from the International Association for Suicide Prevention Task Force on Suicide in Prisons," (with Marc Daigle, Anasseril Daniel, Greg Dear, Patrick Frottier, Ad Kerkhof, Norbert Konrad, Alison Liebling, and Marco Sarchiapone), *Crisis*, 28 (3): 113-130, 2007.

- *Preventing Suicide in Jails and Prisons* (with Marc Daigle, Anasseril Daniel, Greg Dear, Patrick Frottier, Ad Kerkhof, Norbert Konrad, Alison Liebling, and Marco Sarchiapone), Geneva, Switzerland, World Health Organization, 2007.

- "Suicide Prevention and Designing Saver Prison Cells," in G. Dear (Ed.), *Preventing Suicide and Other Self-Harm in Prison*, New York, NY: Palgrave MacMilllan, 2007.

- "Responding to Suicides in Custody: Review Processes," in G. Dear (Ed.), *Preventing Suicide and Other Self-Harm in Prison*, New York, NY: Palgrave MacMilllan, 2007.

- "Suicide Prevention in Jails and Prisons," (with Jeffrey L. Metzner) in R. Simon and R. Hales (Eds.), *Textbook of Suicide Assessment and Management*, Washington, DC: American Psychiatric Publishing, Inc., 2006.

- "Suicide Prevention in Correctional Facilities: An Overview," in M. Puisis (Ed.), *Clinical Practice in Correctional Medicine*, 2nd Edition, Philadelphia, PA: Mosby, Inc., 2006.

- "Suicide Prevention in Correctional Facilities," C. Scott and J. Gerbasi (Eds.), *Handbook of Correctional Mental Health*, Washington, DC, American Psychiatric Publishing, Inc., 2005.

- "Juvenile Suicide in Confinement in the United States: Results From a National Survey," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 26 (3), 2005.

- "Demographic, Criminal, and Psychiatric Factors Related to Inmate Suicide," (with Eric Blaauw and Ad J.F.M. Kerkhof), *Suicide and Life-Threatening Behavior*, 35 (1), 2005.

- *Juvenile Suicide in Confinement:  A National Survey*, Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention, February 2004.

- "A Framework for Preventing Suicides in Adult Correctional Facilities," (with Judith F. Cox) in B. Schwartz (Ed.), *Correctional Psychology: Practice, Programming and Administration*, Kingston, NJ: Civic Research Institute, 2003.

- "Prevention, Management, and Treatment of Offenders at Risk for Suicide," (with Andre Ivanoff) in J. Ashford et al (Eds.), *Treating Adult and Juvenile Offenders With Special Needs*, Washington, DC: American Psychological Association, 2001.

- "Jail Suicide Risk Despite Denial (Or When Actions Speak Louder Than Words)," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 22 (1), 2001.

- "Suicide Prevention in Juvenile Facilities," *Juvenile Justice*, 7 (1), 2000.

- "Suicide in Adult Correctional Facilities: Key Ingredients to Prevention and Overcoming the Obstacles," *Journal of Law, Medicine & Ethics*, 27 (3), 1999.

- "Guide to Developing and Revising Suicide Prevention Protocols," in *Correctional Mental Health Care: Standards and Guidelines for Delivering Services*, Chicago, IL: National Commission on Correctional Health Care, 1999.

- "Was it Preventable?: The Comprehensive Review of Inmate Suicide," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 20 (4), 1999.

- *Suicide Prevention in Juvenile Correction and Detention Facilities: A Resource Guide*, South Easton, MA: Council of Juvenile Correctional Administrators, March 1999.

- "Inmate Suicide: A Look at Yesterday, Today and Tomorrow," *Correctional Mental Health Report*, 1 (1), 1999.

- "Another Preventable Jail Suicide: Part Two," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 20 (1), 1999.

- "Juvenile Suicide Prompts Closing of Facility," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 19 (2), 1998.

- "Suicide Prevention in Correctional Facilities: An Overview," in M. Puisis (Ed.), *Clinical Practice in Correctional Medicine*, St. Louis, MO: Mosby, Inc., 1998.

- "Jail Suicide: Preventing Future Casualties," in A. Liebling (Ed.), *Deaths of Offenders: The Hidden Side of Justice,* Winchester, England: Waterside Press, 1998.

- "From Chaos to Calm: One Jail System's Struggle with Suicide Prevention, *Behavioral Sciences and the Law*, 15, 399-413, 1997.

- "Jail Suicide and the Need for Debriefing," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 18 (4), 1997.

- "Book Review: *Deaths in Custody*," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 18 (4), 1997.

- "Another Preventable Jail Suicide," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 18 (2), 1997.

- "State Standards and Suicide Prevention: A Lone Star," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 18 (1), 1996.

- "Custodial Suicide: Overcoming the Obstacles to Prevention," in A. Liebling (Ed.), *Deaths in Custody: Caring for People at Risk*, London, England: Whiting and Birch, 1996.

- "National and State Standards for Prison Suicide Prevention: A Report Card," *Journal of Correctional Health Care*, 3 (1), 1996.

- "An Unusual Case of State-Assisted Prison Suicide," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 17 (2), 1996.

- "Prison Suicide: A Look at Rates and Prevention Policies," *Corrections Today*, 58 (2), February 1996.

- "Controversial Issues in Jail Suicide Prevention, Part 2: Use of Inmates to Conduct Suicide Watch," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 16 (4), 1995.

- "Prison Suicide: An Overview and a Guide to Prevention," *The Prison Journal*, 75 (4), 1995.

- *Prison Suicide: An Overview and Guide to Prevention*, Washington, D.C.: U.S. Department of Justice, National Institute of Corrections, 1995.

- "Controversial Issues in Jail Suicide Prevention," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 16 (3), 1995.

- *Training Curriculum on Suicide Detection and Prevention in Jails and Lockups* (Second Edition), with Joseph R. Rowan, Mansfield, Massachusetts: National Center on Institutions and Alternatives, March 1995.

- "Prison Suicide: An Overview and Guide to Prevention (Parts 1, 2 and 3)," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 16 (2), 1995, 16 (1), 1995, and 15 (4), 1994.

- "Jail Suicide in Mississippi," *Crisis: The Journal of    Crisis Intervention and Suicide Prevention*, 15 (3), 1994.

- "Book Review: *Deaths in Custody*," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 15 (3), 1994.

- "Jail Suicide Prevention in the United States: An Overview of Yesterday, Today and Tomorrow," in A. Liebling and T. Ward (Eds.), *Deaths in Custody: International Perspectives*, London, England: Whiting and Birch, 1994.

- "Juvenile Suicide in Confinement: An Overview and Summary of One System's Approach," *Juvenile and Family Court Journal*, 45 (2), 1994.

- "Developing a Written Program for Jail Suicide Prevention," *Corrections Today*, 56 (2), April 1994.

- "Jail Suicide: Overcoming Obstacles to Prevention," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 15 (2), 1994.

- "Youth Suicide in Custody: An Overview," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 15 (1), 1994.

- "Suicidal or Manipulative? -- Does it Really Matter," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 14 (4), 1993.

- "Jail Suicide -- Prevention Through Written Protocol (Parts 1 and 2)," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 14 (2), 1993, and 14 (1), 1993.

- "Can Jail Suicide Be Prevented?" *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 13 (2), 1992.

- "Jail Suicide -- An Overview of Yesterday," *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 13 (1), 1992; *Befrienders Worldwide*, Issue 40, July 1993.

- "Jail Suicide," *Montana Sheriff Magazine*, Summer 1992.

- "Ask the Experts," *American Academy of Psychiatry and the Law Newsletter*, 16 (1), April 1991.

- "National Study of Jail Suicides: Seven Years Later," *Psychiatric Quarterly*, 60 (1), Spring 1989.

- "National Study of Jail Suicides: Seven Years Later," *National Sheriff*, December-January 1989.

- "Jail Suicide Prevention: Research, Litigation and Training," *Issues in Correctional Training and Casework*, 4, October 1988; *Ohio Law Enforcement Training Bulletin*, March through June 1989.

- "Research and Training in Jail Suicide Prevention," *American Jails*, Fall 1988.

- *National Study of Jail Suicides: Seven Years Later*, with Joseph R. Rowan. Alexandria, Virginia: National Center on Institutions and Alternatives, February 1988.

- *Training Curriculum on Suicide Detection and Prevention in Jails and Lockups*, with Joseph R. Rowan, Alexandria, Virginia: National Center on Institutions and Alternatives, February 1988.

- *Jail Suicide/Mental Health Update* (1986 to 2008)

  - "The Tragic and Preventable Death of David Thomas," 17 (2), Fall 2008.
  - "Looking Ahead Toward a Better Understanding of Suicide Prevention in Correctional Facilities," 17 (1), Summer 2008.
  - "Liability for Custodial Suicide: A Look Back," 16 (4), Spring 2008.
  - Special Issue on Preventing Suicides Through Prompt Emergency Response and Intervention," 16 (3), Winter 2008.
  - "Treatment and Reentry Approaches for Offenders with Co-Occurring Disorders," (Editor), 16 (2), Fall 2007.
  - "Suicide Risk Despite Denial (Or When Actions Speak Louder Than Words)," 16 (1), Summer 2007.
  - "The Tragic Life of Brenda Mombourquette," 15 (4), Spring 2007.
  - "Model Suicide Prevention Programs: Part III," 15 (3), Winter 2006.
  - "Was It Preventable?: The Comprehensive Review of an Inmate Suicide," 15 (2), Fall 2006.
  - "Custodial Suicide: Yet Another Look," (Editor), 15 (1), Summer 2006.
  - "The Tragic and Preventable Death of Maurice Shaw," 14 (4), Spring 2006.
  - "Security and Mental Health Professionals Revisited: Still a (Too) Silent Relationship," (Editor), 14 (3), Winter 2005.
  - "Model Suicide Prevention Programs: Part II," 14 (2), Fall 2005.
  - "Model Suicide Prevention Programs: Part I," 14 (1), Summer 2005.
  - "A Practitioner's Guide to Developing and Maintaining a Sound Suicide Prevention Policy," 13 (4), Spring 2005.
  - "Jail Standards and Suicide Prevention: Another Look," 13 (3), Winter, 2004.
  - "Special Issue: Juvenile Suicide in Confinement – Findings From the First National Study," 13 (2), Fall, 2004.
  - "Special Issue: Inmate Suicide Litigation Redux," (Editor), 13 (1), Summer, 2004.
  - "Innovations to Reduce Jail Suicide – A Kentucky Initiative," (Editor), 12 (4), Spring, 2004.
  - "Suicide Prevention and 'Protrusion-Free' Design of Correctional Facilities," 12 (3), Fall, 2003.
  - "Use of 'No-Harm Contracts and Other Controversial issues in Suicide Prevention," 12 (2), Summer 2003.
  - "Criminalization of People with Mental Illnesses: The Role of Mental Health Courts in System Reform," (Editor), 12 (1), Spring 2003.
  - "A Jail Cell, Two Deaths, and a Telephone Cord," 11 (4), Winter 2003.
  - "Characteristics of Suicide Attempts in a Large Urban Jail System With an Established Suicide Prevention Program," (Editor), 11 (3), Fall, 2002.
  - "Preventing, Managing, and Treating Suicidal Actions in High-Risk Offenders," 11 (2), Summer, 2002
  - "Special Issue: The Evolving World of Jail Suicide Litigation," (Editor), 11 (1), Spring 2002
  - "Factors in Prison Suicide: One Year Study in Texas," (Editor), 10 (4), Fall, 2001.
  - "Special Issue: Preventing Suicides Through Prompt Intervention," 10 (3), Summer, 2001.
  - "Suicide Prevention and Manipulative Behavior," 10 (2), Spring, 2001.
  - "Jail Suicide Risk Despite Denial (Or When Actions Speak Louder Than Words)," 10 (1), Fall 2000.

- ➢ "Suicide Prevention Initiatives in a Large Statewide Department of Corrections: A Full-Court Press to Save Lives," (Editor), 9 (4), Summer 2000.
- ➢ "Correctional Suicide Prevention in the Year 2000 and Beyond," (Editor), 9 (3), Spring 2000.
- ➢ "Playing Catch-Up With the Jail Logs: Another Look," 9 (2), Fall 1999.
- ➢ "Special Issue: Suicide Prevention in Juvenile Facilities," 9 (1), Summer 1999.
- ➢ "Special Issue: The Uncertain World of Jail Suicide Litigation," (Editor), 8 (4), Spring 1999.
- ➢ "Were They Preventable?: The Comprehensive Review of Inmate Suicides, 8 (3), Winter 1999.
- ➢ "Model Suicide Prevention Programs: Part IV," 8 (2), Fall 1998.
- ➢ "Model Suicide Prevention Programs: Part III," 8 (1), Summer 1998.
- ➢ "Model Suicide Prevention Programs: Part II - Juvenile Facilities," 7 (4), Spring 1998.
- ➢ "Model Suicide Prevention Programs: Part I," 7 (3), Winter 1998.
- ➢ "Suicide Prevention Though Repeated Tragedy: One Jail System and the Lessons that were Learned," 7 (2), Fall 1997.
- ➢ "Special Issue: Critical Incident Stress Debriefing," (Editor), 7 (1), Summer 1997.
- ➢ "Jail Standards and Suicide Prevention: Another Look," 6 (4), Summer 1996.
- ➢ "Special Issue: Jail Suicide Litigation Redux," (Editor), 6 (3), Spring 1996.
- ➢ "Suicide Prevention in Juvenile Facilities: New Jersey's Experience," (Editor), 6 (2), Winter 1995.
- ➢ "Use of Inmates to Conduct Suicide Watch and Other Controversial Issues In Jail Suicide Prevention," 6 (1), Fall 1995.
- ➢ "U.S. Justice Department's Investigation of Jail Suicides in Mississippi: A Status Report," 5 (4), Spring 1994.
- ➢ "Special Focus on Mental Health Issues and Suicide Prevention," (Editor), 5 (3), Winter 1993.
- ➢ "Special Issue: Juvenile Suicide in Confinement: An Overview and Summary of One System's Approach," 5 (2), Fall 1993; *Correct Care*, 8 (1), February 1994.
- ➢ "Preventing Suicides Through Critical Administrative Review," 5 (1), Summer 1993.
- ➢ "Managing the Manipulative Inmate," 4 (4), Winter 1992.
- ➢ "Preventing Suicide Through Prompt Intervention," 4 (3), Fall 1992.
- ➢ "Liability for Custodial Suicide," (Editor), 4 (2), Summer 1992.
- ➢ "Trouble in Paradise: Jail Suicide on the Hawaiian Islands and a Police Department's Pro-Active Response," 4 (1), Spring 1992.
- ➢ "Model Suicide Prevention Programs - Part 4," 3 (4), Spring 1991.
- ➢ "Model Suicide Prevention Programs - Part 3," 3 (3), Winter 1990.
- ➢ "Model Suicide Prevention Programs - Part 2," 3 (2), Fall 1990.
- ➢ "Model Suicide Prevention Programs - Part 1," 3 (1), Summer 1990.
- ➢ "Notes from the Eleventh Circuit," 2 (4), Winter 1989.
- ➢ "Litigation Revisited," 2 (3), Fall 1989.
- ➢ "National Standards of Jail Suicide Prevention," 2 (2), Summer 1989.
- ➢ "Suicide Prevention in New York State," 2 (1), Spring 1989.
- ➢ "National Study of Jail Suicides: Seven Years Later," 1 (4), April 1988.
- ➢ "Training," 1 (3), Summer 1987.
- ➢ "Litigation," 1 (2), Spring 1987.
- ➢ "Jail Suicide Prevention Information Task Force," 1 (1), Winter 1986.

- • "And Darkness Closes In...A National Study of Jail Suicides," *Criminal Justice and Behavior*, 10 (4), 1983.

- "Confining Wayward Youths: Notes on the Correctional Management of Juvenile Delinquents, with Robert Johnson, *Juvenile and Family Court Journal*, 32 (4), 1981.

- *And Darkness Closes In...A National Study of Jail Suicides*. Final Report to the National Institute of Corrections. Washington, D.C.: National Center on Institutions and Alternatives, October 1981.

**OTHER SIGNIFICANT DATA**

- Task Force Member, U.S. Justice Department's Office of Justice Programs and Office of Juvenile Justice and Delinquency Prevention, Suicide Prevention Task Force for Youth in Contact with the Juvenile Justice System, Washington, DC, May 2011 to Present.

- Testimony before the Joint Committee on Mental Health and Substance Abuse and the Joint Committee on Public Safety and Homeland Security regarding *Suicide Prevention Practices Within the Massachusetts Department of Corrections*, State House, Boston, MA, May 1, 2007.

- Consulting Editor and Editorial Board Member of *Suicide and Life-Threatening Behavior*, the official scientific journal of the American Association of Suicidology, 2004 to 2010.

- Editorial Board Member of *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, the official scientific journal of the International Association of Suicide Prevention, 2004 to Present.

- Recipient of the National Commission on Correctional Health Care's B. Jaye Anno Award of Excellence in Communication for an outstanding contribution to the field of suicide prevention in correctional facilities, November 2001.

- Recipient of a Governor's Citation by the Governor of the State of Maryland for assistance in the implementation of revised suicide prevention policies in the state's juvenile institutions, October, 2001.

- Principal Investigator, Evaluation of Suicide Prevention Policies and Practices at Bridgewater State Hospital, Massachusetts, 2000.

- Testimony before the House of Representatives Committee on Corrections regarding *Suicides in Florida Prisons*, State Capitol, Tallahassee, FL., January 9, 1999.

- Testimony before the House Interim Committee on Judiciary and the Senate Judiciary Crime and Civil Sub-Committee regarding *Suicide Prevention Practices at the Hillcrest Youth Correctional Facility*, State Capitol, Salem, OR, March 10, 1998.

- Suicide Prevention Consultant to the Council of Juvenile Correctional Administrators, 1998 to Present.

- Jail Suicide Prevention Expert to Special Master in *Campbell v. McGruder, et al* (District of Columbia), 1994 to 1997.

- Juvenile Suicide Prevention Expert to Special Master in *Jerry M. v. District of Columbia, et al*, 1989 to 1997.

- Special Editor for series devoted to international perspective of jail suicides in *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 18 (4), 1997.

- Columnist to *Crisis: The Journal of Crisis Intervention and Suicide Prevention*, 1992 to 2005.

- Invited Lecturer, School of Justice, The American University, Washington, D.C., January 1985 to April 1990.

- Outstanding Alumnus, School of Justice, The American University, Washington, D.C., Spring 1985.

**SUICIDE PREVENTION SERVICES (staff training, program assessment/development and litigation consultation) PROVIDED TO HUNDREDS OF LOCAL AND STATE JURISDICTIONS IN THE FOLLOWING STATES:** Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington (State), West Virginia, Wisconsin, and Wyoming.

**Listings of training, technical assistance, and litigation consultation in suicide prevention furnished upon request.**

July 2013