**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:    10/01/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: C. Bodene |

For the Plaintiffs

Michael Bien, Lori Rifkin, Jane Kahn

Jeffrey Bornstein, Megan Cesare-Eastman

For the Defendants

Debbie Vorous, Jay Russell,

Patrick McKinney, Jessica Kim

**Proceedings: Day 1 - Evidentiary Hearing re [4638 ]and [4543] .**

10:45   Court in session with all counsel present. The Los Angeles Times Communications LLC, represented by Rochelle Wilcox, moved to intervene. The Court GRANTED the motion to intervene [4850] for the purpose of arguing the matter. The parties stipulated to and the Court STRUCK all names used on the videotapes. No names will be properly introduced and if they are inadvertently revealed the names are stricken.

11:13   Plaintiffs' opening statements presented by Mr. Bien.

11:27   Plaintiffs' opening statement re Use of force and Disciplinary issues presented Mr. Bornstein.

11:55   Court in recess.

1:15    Court back in session with all counsel present. Defendants' opening statements presented by Ms. Vorous.

1:27    Defendants' opening statement re Use of Force and Disciplinary issues presented by McKinney.

1:45    Plaintiffs called witness, **Eldon Vail**, sworn and testified on direct by Mr. Bronstein. Plaintiffs' Exhibit 96 moved into evidence - ADMITTED.

2:02    Plaintiffs offer Eldon Vail as an expert.

2:02    Voir dire of witness, Eldon Vail, by Mr. Russell. Court found the witness competent to testify on the matters and overruled the motion by defendants.

2:07    Continued the direct examination of witness Eldon Vail by Mr. Bronstein. Plaintiffs moved for Judicial notice of documents on court docket, [4385], [4638], [4766-2].  Exhibits 67, 70, 75 moved into evidence - ADMITTED.

2:45    Court in recess.

3:00    Court back in session with all counsel present. Continued the direct examination of witness Eldon Vail by Mr. Bronstein..

3:12    Portions of exhibit 3 moved into evidence - ADMITTED.

3:15    Video played. Cell extraction of inmate A.

3:42    Court in recess.

3:51    Court back in session. Plaintiffs moved portions of exhibit 5 into evidence - ADMITTED.

3:54    Video played. Cell extraction of inmate B.
4:13    Continued the direct examination of witness Vail by Mr. Bronstein. Exhibit 74 moved into evidence - ADMITTED.
4:30    Court in recess until 9:15 AM 10/02/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 3, 5, 67, 70, 74, 75, 96.
Defense Exhibits

Exhibits
3 -  A Cell extraction videos.
5 -  B Cell extraction videos.
67 - Photos of an expandable baton.
70 - Photos of spit mask.
74 - Photos of a barricade removal device.
75 - Photos of cells and holding cages.
96 - Updated Curriculum Vitae for Eldon Vail.