UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | No. CIV. S-90-520 LKK/DAD (PC)<br><br>**ORDER** |

    Plaintiffs have filed two requests to seal documents pursuant to Local Rule 141. See ECF Nos. 4838 and 4847.[1] Good cause appearing, plaintiffs' requests will be granted.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1.    The Clerk of the Court is directed to maintain Appendices A and B to the Supplemental Declaration of Edward Kaufman, M.D. in Support of Plaintiffs' Motion for Enforcement of Court Order and Affirmative Relief Related to Use of Force and Disciplinary Measures (ECF No. 4825) under seal until further order of court; and

---

[1] ECF No. 4847 supplants ECF No. 4826.

1

2. The Clerk of the Court is directed to maintain the Confidential Declaration of Thomas Nolan and the exhibits attached thereto which were tendered to the court on September 27, 2013 under seal until further order of court.

IT IS SO ORDERED.

DATED: October 1, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2