UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The Special Master in this case has submitted a request for approval of appointment of Lindsay M. Hayes to the special master's staff as an expert in suicide prevention. Mr. Hayes is to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred fifty dollars ($250.00) plus reasonable expenses.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's October 1, 2013 request for appointment of additional staff is GRANTED; and

1

2. The Special Master is authorized to appoint Lindsay M. Hayes to perform the duties set forth in the Special Master's Request for Appointment of Additional Staff, filed October 1, 2013, and to be compensated at the rates set forth therein.

IT IS SO ORDERED.

DATED: October 2, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2