| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| 3 | DEBBIE J. VOROUS, State Bar No. 166884<br>PATRICK R. MCKINNEY, State Bar No. 215228 |
| 4 | JESSICA KIM, State Bar No. 257766<br>MANEESH SHARMA, State Bar No. 280084 |
| 5 | Deputy Attorneys General<br>  1300 I Street, Suite 125 |
| 6 |   P.O. Box 944255<br>  Sacramento, CA 94244-2550 |
| 7 |   Telephone:  (916) 324-5345<br>  Fax:  (916) 324-5205 |
| 8 |   E-mail:  Debbie.Vorous@doj.ca.gov<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>            Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>            Defendants. | 2:90-cv-00520 LKK DAD<br><br>**DECLARATION OF DEBBIE VOROUS IN SUPPORT OF DEFENDANTS' REQUEST FOR A SEVEN-DAY EXTENSION OF TIME TO RESPOND TO SPECIAL MASTER'S REPORT RE: SALINAS VALLEY PSYCHIATRIC PROGRAM** |

I, Debbie Vorous, declare:

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Ex Parte Request for a Seven-Day Extension of Time to Respond to Special Master's Report re: Salinas Valley Psychiatric Program.

1

2. On July 11, 2013, this Court ordered the Special Master to "report on the adequacy of staffing levels at [the Salinas Valley Psychiatric Program], and on whether the so-called cuff or orientation status, either as designated or as implemented, unduly interferes with or delays the provision of necessary care to class members." Order, ECF No. 4688 at 12. The Special Master's 58-page report issued on September 24. ECF No. 4830.

3. As stated in the declaration of Pam Ahlin filed in support of Defendants' request for an extension of time, the breadth and complexity of the Special Master's report requires a substantial effort by the Department of State Hospital (DSH) and the Salinas Valley Psychiatric Program to research, review, and assess the Special Master's findings and to prepare a response, when necessary, to the details of that report.

4. According to Ms. Ahlin, DSH and the Salinas Valley Psychiatric Program, after being served with the Special Master's report, immediately began researching, reviewing, and assessing its details and findings, particularly the findings concerning the use of orientation and cuff status and the care provided to class members. This included interviewing program staff, compiling and reviewing data regarding placements and mental health treatment of class members, and reviewing other relevant events that bear on the issues raised in the Special Master's report. And although DSH and the Salinas Valley Psychiatric Program have made substantial progress in completing their research, review, and assessment of the Special Master's findings, the breadth and complexity of the Special Master's report has made it impossible for them to complete this process and prepare an adequate response.

5. In the interim, on October 1, 2013, the parties have commenced another evidentiary hearing before this Court related to Defendants' use-of-force practices and the provision of mental health treatment to condemned inmates at San Quentin State Hospital. *See* ECF No. 4855.

6. Given this confluence of events, it has been impossible for DSH to complete its research, review, and assessment and for our office to prepare an adequate response. For these reasons, Defendants request an additional seven days to prepare their response.

7. On October 4, 2013, our office contacted Plaintiffs' counsel to determine if they would stipulate to this short continuance for Defendants to respond to the Special Master's report.

2

1  Plaintiffs counsel indicated that they would not stipulate to the continuance.  However, they also
2  indicated that they would not oppose the ex parte request.
3      I declare under penalty of perjury of the laws of the State of California and of the United
4  States that the foregoing is true and correct. Executed on October 4, 2013, in Sacramento,
5  California.

/s/ Debbie Vorous
Debbie Vorous

CF1997CS0003
31735984