KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**DECLARATION OF PAM AHLIN IN SUPPORT OF DEFENDANTS' REQUEST FOR A SEVEN-DAY EXTENSION OF TIME TO RESPOND TO SPECIAL MASTER'S REPORT RE: SALINAS VALLEY PSYCHIATRIC PROGRAM** |

I, Pam Ahlin, declare:

1. I am employed by the Department of State Hospitals as the Interim Executive Director of the Salinas Valley Psychiatric Program. I have been in that position since May 2013. Prior to May 2013, I was the Deputy Director of Strategic Planning for the Department of State Hospitals (DSH). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Ex Parte Request for a Seven-Day Extension of Time to Respond to Special Master's Report re: Salinas Valley Psychiatric Program.

1

2. On July 11, 2013, this Court ordered the Special Master to "report on the adequacy of staffing levels at [the Salinas Valley Psychiatric Program], and on whether the so-called cuff or orientation status, either as designated or as implemented, unduly interferes with or delays the provision of necessary care to class members." Order, ECF No. 4688 at 12. The Special Master issued his 58-page report on September 24. ECF No. 4830.

3. The breadth and complexity of the Special Master's report requires a substantial effort by DSH and the Salinas Valley Psychiatric Program to research, review, and assess the Special Master's findings and to prepare a response, when necessary, of the details of that report.

4. After receiving a copy of the Special Master's report, DSH and the Salinas Valley Psychiatric Program immediately began researching, reviewing, and assessing its details and findings, particularly the findings concerning the use of orientation and cuff status and the care provided to class members. This included interviewing program staff, compiling and reviewing data regarding placements and mental health treatment of class members, and reviewing other relevant events that bear on the issues raised in the Special Master's report.

5. Although DSH and the Salinas Valley Psychiatric Program have made substantial progress in completing their research, review and assessment of the Special Master's findings, the breadth and complexity of the Special Master's report has made it impossible for us to complete this process and prepare an adequate response. For these reasons, DSH requests an additional seven days to prepare its response.

I declare under penalty of perjury of the laws of the State of California and of the United States that the foregoing is true and correct. Executed on October 4, 2013, in Lemoore, California.

_Pam Ahlin_
Pam Ahlin

CF1997CS0003
31800140.doc

2

Ahlin Decl. Supp. Defs' Ex Parte Req. for 7-Day Extension of Time to Respond to Spec. Master's Rep.
(2:90-cv-00520 LKK JFM PC)