IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK DAD |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

   Good cause appearing, the Court GRANTS Defendants' request to extend the time in which Defendants have to respond to the Special Master's report on the Salinas Valley Psychiatric Program from October 7, 2013 to October 14, 2013.

Dated: _____          _____
                                                                 The Honorable Lawrence K. Karlton

1