United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>  Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>  Defendants. | Evidentiary Hearing Minutes<br>CASE #:  Civ. S-90-0520 LKK DAD P<br>DATE:   10/2/2013<br>Deputy Clerk: A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiffs

Michael Bien, Lori Rifkin, Jane Kahn

Jeffrey Bornstein, Megan Cesare-Eastman

For the Defendants

Debbie Vorous, Jay Russell,

Patrick McKinney, Jessica Kim

**Proceedings: Day 2 - Evidentiary Hearing re [4638] and [4543] .**

10:45   Court in session with all counsel present. Continued the direct examination of witness, **Eldon Vail,** by Mr. Bronstein. Exhibit 2 moved into evidence under seal - ADMITTED. Exhibit 2 divided into segments as 2A, 2B, 2C, 2D. Exhibits 69, 60, 61 moved into evidence - ADMITTED.

10:10   Court in recess.

10:20   Court back in session with all counsel present. Continued the direct examination of witness, Eldon Vail, by Mr. Bronstein.

10:34   The parties agreed to interrupt the testimony of Dr. Vail. Plaintiffs called witness, **Dr. Edward Kaufman**, sworn and testified on direct by Ms. Rifkin.

10:40   Plaintiffs offer Dr. Kaufman as an expert in the field of Forensic Psychiatry. Court found the witness competent to testify on the matters. Exhibits 181, 184 moved into evidence - ADMITTED. Exhibit 2D, 181, 2D.

12:00   Court in recess.

1:15   Court back in session with all counsel present.  Continued the direct examination of witness, Dr. Edward Kaufman, by Ms. Rifkin. Exhibit 4 moved into evidence - ADMITTED. Exhibit 181, 4.

2:01   Cross-examination of witness, Dr. Edward Kaufman, by Ms. Vorous. Exhibits 184, 2.

2:45   Court in recess.

3:00   Court back in session with all counsel present. Continued the cross-examination of witness, Dr. Edward Kaufman, by Ms. Vorous. Exhibit 4. Defense moved exhibit A into evidence - ADMITTED.

3:28   Re-direct of witness by Ms. Rifkin. Exhibits A, 4.

3:38   Re-cross of witness by Ms. Vorous. Exhibit 4.

3:42   Witness released.

3:45   Witness Eldon Vail resumed the stand, previously sworn. Continued the direct examination of witness, Eldon Vail, by Mr. Bronstein. Exhibits 10A, 10B moved into evidence - ADMITTED. Portions of exhibit

|      |                                                                            |
|------|----------------------------------------------------------------------------|
|      | 11 moved into evidence - ADMITTED                                          |
| 3:50 | Video played.                                                              |
| 4:18 | Continued the direct examination of witness Eldon Vail by Mr. Bronstein.   |
| 4:27 | Court and counsel discussed the videos and trial schedule.                 |
| 4:35 | Court in recess until 10:30 AM 10/16/2013.                                 |

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2, 4, 10 (as 10A, 10B), 11, 60, 61, 69, 181, 184.
Defense Exhibits: A.

Exhibits

2 - A records (divided into segments 2A, 2B, 2C, 2D).
4 - B records
10 - E- records (consisting of portions A and B)
11 - Cell extraction video.
60 - Weekly Report of Population as of June 6, 2012 from CDCR website
61 - Mental Health Population by Institution - Summary of Outpatient Population Report (downloaded: June 8, 2012)
69 - Photos of MK3, MK4, MK9, and MK46 OC spray canister
181 - Supplemental Declaration of Edward Kaufman, M.D., in Support of Plaintiffs' Motion for Enforcement of Court Orders [4825]
184 - Use of Force RVR Packet.