FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LOS ANGELES TIMES COMMUNICATIONS LLC. | No. 13-73467 |
| | D.C. No. 2:90-cv-00520-LKK-DAD |
| LOS ANGELES TIMES COMMUNICATIONS LLC, | Eastern District of California, Sacramento |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, | |
| Respondent, | |
| RALPH COLEMAN, et al. and EDMUND G. BROWN, Jr., et al., | |
| Real Parties in Interest. | |

Before: THOMAS, McKEOWN, and RAWLINSON, Circuit Judges.

This emergency petition for a writ of mandamus raises issues that warrant a response. *See* Fed. R. App. P. 21(b). Accordingly, the real parties in interest shall file a response by Friday, October 11, 2013 at 5:00 p.m. PDT.

SM/MOATT

The district court may also file a response by Friday, October 11, 2013 at 5:00 p.m. PDT.  Petitioner may file a reply by Monday, October 14, 2013 at 3:00 p.m. PDT.