UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The court's order herein, dated October 7, 2013, provided in pertinent part:

> Any names, identification numbers, and other personally-identifying information of any inmate and any peace officer or other employee of the California Department of Corrections and Rehabilitation who may appear in any video shown during the evidentiary hearing is irrelevant to these proceedings and will not be admitted into evidence for any purpose. Any such personal information inadvertently shown during the playing of these tapes is STRICKEN from the record of these proceedings, and for that reason may not be disclosed by members of the press or the public in attendance upon penalty of contempt of court. This order has no application to information obtained by the

1

1 | press or public independently of these proceedings. (ECF No. 4860)

The court hereby CLARIFIES this order as follows: the word "proceedings" refers solely to the hearings on the use of force and disciplinary measures against the plaintiff class which commenced in this court on October 1, 2013 and are expected to conclude in mid-October 2013.

IT IS SO ORDERED.

DATED: October 8, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2