DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:   (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:   (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF REGARDING INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES**<br><br>Judge:  Hon. Lawrence K. Karlton |

[975879-1]

Plaintiffs hereby designate the following deposition excerpts in support of Plaintiffs' motion for enforcement of court orders and affirmative relief regarding inpatient hospitalization for condemned inmates. Plaintiffs intend to introduce these deposition excerpts into evidence during the evidentiary hearing on this motion, pursuant to Federal Rule of Civil Procedure 32(a) and Federal Rule of Evidence 801(d)(2)(D).

Plaintiffs' deposition excerpts include testimony from the following depositions of senior California Department of Corrections and Rehabilitation ("CDCR") and Department of State Hospital employees, or agents of defendants: Jacqueline Moore, taken February 21, 2013; Diana Toche, taken February 22, 2013; Tim Belavich, taken February 22, 2013 and August 7, 2013; Joel Dvoskin, taken February 27, 2013; Christopher Meyer, taken February 27, 2013; Ellen Bachman, taken September 20, 2013; Kevin Chappell, taken September 23, 2013; and Eric Monthei, taken September 24, 2013. Federal Rule of Civil Procedure 32 provides that a deposition may be offered at trial, subject to the rules of evidence, as though the witness were present and testifying. Federal Rule of Civil Procedure 32(a)(3) permits the use at trial for any purpose of "the deposition of a party." As detailed below, each of the employee deponents were, at the time of deposition, party-witnesses to this matter. Each deposition was properly noticed and Defendants' counsel was present at and defended each of the depositions. Their depositions may therefore be used for any purpose to the extent admissible under the Federal Rules of Evidence. Fed. R. Civ. P. 32(a)(1); (3). The statements made by the expert witnesses, CDCR's agents, at deposition are admissions of CDCR which hired them to provide expert testimony in this matter, and are therefore not hearsay and fully admissible under Federal Rule of Evidence 801(d)(2)(D). *See Collins v. Wayne Corp.*, 621 F.2d 777, 782 (5th Cir. 1980), *superseded by rule on other grounds* (holding that an expert hired to investigate and report his findings was performing that function "[i]n giving his deposition" and that the district court had erred in excluding the expert's deposition testimony). Ms. Moore and Dr. Dvoskin, retained by Defendants as expert witnesses, each reside more than 100 miles from Sacramento, CA (in Greenwood, Colorado and Tucson, Arizona, respectively) and neither has been designated by Defendants

[975879-1]

1

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

as a witness for this evidentiary hearing. These witnesses are therefore also unavailable, and their depositions may be used for any purpose to the extent admissible under the Federal Rules of Evidence. Fed. R. Civ. P. 32(a)(4)(B).

**DEPOSITIONS OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR") AND DEPARTMENT OF STATE HOSPITALS ("DSH") PARTY-WITNESSES**

**DEPOSITION OF DIANA TOCHE, TAKEN FEBRUARY 22, 2013:**

At the time of her deposition, Dr. Toche was the acting director of CDCR's division of health care services. *See* 7:16-17; 11:13-18.

106:11-19

109:1-11

110:2-113:11

**DEPOSITION OF CHRISTOPHER MEYER, TAKEN FEBRUARY 27, 2013:**

At the time of his deposition, Mr. Meyer was the director of CDCR's Division of Facility Planning, Construction and Management. *See* 5:11-13; 8:21-9:1.

152:14-154:25

**DEPOSITION OF TIM BELAVICH, TAKEN FEBRUARY 22, 2013:**

At the time of this deposition, Dr. Belavich was CDCR's acting statewide director of mental health. *See* 13:20-14:8.

236:6-23

**DEPOSITION OF TIM BELAVICH, TAKEN AUGUST 7, 2013:**

At the time of this deposition, Dr. Belavich was CDCR's acting head of correctional health care as well as CDCR's acting statewide director of mental health. *See* 7:11-14; 18:7-15.

154:16-155:5

158:25-160:8

160:16-163:11

164:4-8

167:11-168:2

[975879-1]

2

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

| | |
|---|---|
| 1 | 170:17-172:23 |
| 2 | 175:17-178:14 |
| 3 | 178:24-179:12 |
| 4 | **DEPOSITION OF ELLEN BACHMAN, TAKEN SEPTEMBER 20, 2013:** |
| 5-6 | At the time of her deposition, Ms. Bachman was the executive director for Department of State Hospitals – Vacaville Psychiatric Program. *See* 5:11-19. |
| 7 | 17:7-15 |
| 8 | 18:11-20:4 |
| 9 | 22:4-23:22 |
| 10 | 26:2-8 |
| 11 | 27:7-24 |
| 12 | 28:18-29:18 |
| 13 | 33:11-34:2 |
| 14 | 34:8-13 |
| 15 | 35:18-36:11 |
| 16 | 37:3-19 |
| 17 | 39:17-21 |
| 18 | 41:16-43:21 |
| 19 | 45:3-18 |
| 20 | 46:14-20 |
| 21 | 48:15-17 |
| 22 | 52:3-9 |
| 23 | 52:20-24 |
| 24 | 55:2-6 |
| 25 | 55:13-15 |
| 26 | 56:11-20 |
| 27 | 61:16-21 |
| 28 | 62:7-63:22 |

[975879-1]

3

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

1. 65:7-18
2. 71:15-72:3
3. 72:8-73:10
4. 75:19-76:7
5. 77:7-25
6. 80:10-81:12
7. 82:22-83:10
8. 84:6-11
9. 85:4-15
10. 88:6-13
11. 90:22-91:8
12. 97:23-98:5
13. 103:16-104:5
14. 110:24-112:24
15. 115:4-11
16. 118:14-22
17. 119:10-15
18. 123:10-124:10
19. 126:5-24
20. 129:15-19
21. 130:10-20
22. 139:21-140:6
23. 144:24-145:3
24. 146:17-24
25. 152:19-153:20
26. 154:4-155:2

**DEPOSITION OF KEVIN CHAPPELL, TAKEN SEPTEMBER 23, 2013:**

At the time of his deposition, Mr. Chappell was the Warden of San Quentin State

[975879-1]

4

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND
AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

1 | Prison, a CDCR institution.  *See* 6:11-24.
2 | 14:21-16:22
3 | 17:9-16
4 | 21:9-14
5 | 22:9-25
6 | 24:23-25:8
7 | 25:10-26:12
8 | 26:18-27:6
9 | 27:18-25
10 | 29:10-15
11 | 29:25-30:16
12 | 31:6-15
13 | 32:2-4
14 | 34:21-36:8
15 | 37:25-38:12
16 | 39:20-40:4
17 | 41:11-25
18 | 43:5-13
19 | 44:2-15
20 | 45:8-18
21 | 45:23-25
22 | 47:11-13
23 | 50:12-25
24 | 52:4-53:3
25 | 53:22-55:6
26 | 56:11-22
27 | 58:2-60:15
28 | 61:15-62:14

[975879-1]

5

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND
AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

1. 65:24-66:6
2. 67:23-68:8
3. 69:5-70:7
4. 71:25-72:19
5. 74:7-16
6. 75:22-76:23
7. 77:5-19
8. 79:2-8
9. 79:16-80:12
10. 82:18-83:3
11. 85:6-19
12. 86:6-17
13. 89:6-14
14. 89:19-90:5
15. 94:14-16
16. 96:5-97:6
17. 98:21-25
18. 99:18-100:1
19. 102:4-9
20. 107:20-22
21. 107:25-108:9
22. 109:13-24
23. 110:23-111:5
24. 111:10-23
25. 112:8-113:9
26. 113:16-114:24
27. 115:6-14
28. 116:14-118:2

[975879-1]

6

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND
AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

| | |
|---|---|
| 1 | 118:17-119:9 |
| 2 | 120:21-122:13 |
| 3 | 123:16-124:18 |
| 4 | 125:22-126:4 |
| 5 | 126:6-22 |
| 6 | 129:9-24 |
| 7 | 130:24-131:18 |
| 8 | 132:17-133:9 |
| 9 | 135:15-136:25 |
| 10 | 137:8-23 |
| 11 | 138:23-139:10 |
| 12 | 140:4-14 |
| 13 | 141:5-142:10 |
| 14 | 142:15-143:8 |
| 15 | 143:20-144:2 |
| 16 | 144:9-145:5 |
| 17 | 145:22-148:16 |
| 18 | 150:12-23 |
| 19 | 153:13-154:11 |
| 20 | 156:16-24 |
| 21 | 157:20-158:8 |
| 22 | 159:17-25 |
| 23 | 167:5-25 |
| 24 | 168:17-169:16 |
| 25 | 170:24-171:6 |
| 26 | 171:12-172:1 |
| 27 | 173:16-174:2 |
| 28 | |

[975879-1]

7

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND
AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

**DEPOSITION OF ERIC MONTHEI, TAKEN SEPTEMBER 24, 2013:**

At the time of his deposition, Dr. Monthei was the Chief of Mental Health at San Quentin State Prison, a CDCR institution. *See* 6:11-16; 8:8-22.

17:4-8

17:22-18:7

21:1-16

23:6-25:6

26:8-30:4

30:15-23

33:20-34:13

34:24-35:23

37:6-39:17

41:21-44:21

47:6-17

48:6-50:8

52:4-54:3

56:9-57:4

62:13-63:20

65:7-22

70:20-71:11

71:13-72:22

78:20-79:5

82:8-20

83:4-85:23

86:16-22

88:6-93:5

97:20-99:21

106:1-108:25

[975879-1]

8

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

1. 109:7-112:4
2. 115:9-116:9
3. 120:12-18
4. 122:11-20
5. 123:4-124:22
6. 131:2-17
7. 137:5-24
8. 146:22-147:17
9. 163:17-164:17
10. 165:22-166:7
11. 166:17-170:5
12. 171:25-172:20
13. 172:24-175:14
14. 179:3- 181:25
15. 191:18-192:9
16. 193:5-197:16
17. 206:11-207:8
18. 211:22-216:18
19. 217: 11-16
20. 220:12-222:11
21. 224:3-15
22. 225:4-228:12

**DEPOSITIONS OF EXPERT WITNESSES RETAINED BY CDCR**

**DEPOSITION OF JACQUELINE MOORE, TAKEN FEBRUARY 21, 2013:**

At the time of her deposition, Jacqueline Moore was an expert witness retained by CDCR. *See* 7:13-18; 17:6-13.

247:17-249:18

[975879-1]

9

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES

1  **DEPOSITION OF JOEL DVOSKIN, TAKEN FEBRUARY 27, 2013:**

2      At the time of his deposition, Dr. Joel Dvoskin was an expert witness retained by

3  CDCR.  *See* 6:11-13;18:3-21.

4  111:2-113:12

5  283:15-286:22

6

7  DATED: October 14, 2013           Respectfully submitted,

8                                    ROSEN BIEN GALVAN & GRUNFELD LLP

10                                   By:  */s/Krista Stone-Manista*
                                          Krista Stone-Manista

12                                   Attorneys for Plaintiffs

[975879-1]

10

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND
AFFIRMATIVE RELIEF RE INPATIENT HOSPITALIZATION FOR CONDEMNED INMATES