1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:  (510) 280-2621
4

   MICHAEL W. BIEN – 096891
   JANE E. KAHN – 112239
   ERNEST GALVAN – 196065
   THOMAS NOLAN – 169692
   LISA ELLS – 243657
   LORI E. RIFKIN – 244081
   AARON J. FISCHER – 247391
   MARGOT MENDELSON – 268583
   KRISTA STONE-MANISTA – 269083
   ROSEN BIEN
   GALVAN & GRUNFELD LLP
   315 Montgomery Street, Tenth Floor
   San Francisco, California  94104-1823
   Telephone:  (415) 433-6830

   JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
   MEGAN CESARE-EASTMAN – 253845
   RANJINI ACHARYA – 290877
   K&L GATES LLP
   4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
   Telephone:  (415) 882-8200

   CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
   180 Montgomery Street, Suite 600
   San Francisco, California  94104-4244
   Telephone:  (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' RESPONSE TO SPECIAL MASTER'S REPORT ON THE SALINAS VALLEY PSYCHIATRIC PROGRAM AND REQUEST FOR ADDITIONAL RECOMMENDATIONS AND ORDERS**<br><br>Judge:  Hon. Lawrence K. Karlton |

[977686-1]

Upon review of the Special Master's September 24, 2013 Report (Docket No. 4830), the Court finds that Defendants' current policies and practices governing the Department of State Hospital ("DSH") Salinas Valley Psychiatric Program ("SVPP") subject *Coleman* class members to unnecessary and avoidable pain, suffering, and increased risk of suicide. Each individual remedial order set forth below is narrowly tailored and is the least intrusive means necessary to ensure members of the *Coleman* class receive access to timely and clinically appropriate mental health treatment.

It is hereby ORDERED that:

1. Defendants shall implement immediately the recommendations set forth in the Special Master's Report on the Salinas Valley Psychiatric Program, filed 9/24/13, Docket No. 4830:

    (a) That the Salinas Valley Psychiatric Program be directed to fill remaining staffing vacancies and consider modifying its planned staff-to-patient ratio of 1:35. Priority should be given to filling psychiatry, psychology, and social work positions;

    (b) That the Salinas Valley Psychiatric Program be directed to increase significantly the amount and quality of individualized and group therapy provided;

    (c) That the Salinas Valley Psychiatric Program be directed to reconsider and re-evaluate its use of Orientation Status to automatically require patient cuffing whenever out of cell and withholding of mental health programming or treatment other than a daily cell-front contact by a member of the interdisciplinary treatment team;

    (d) That the Salinas Valley Psychiatric Program be directed to eliminate the use of Cuff Status to require automatic cuffing of patients when out-of-cell, overriding of patients' stage designations, and barring of patients' access to out-of-cell individual and group treatment;

    (e) That the Salinas Valley Psychiatric Program be directed to begin tracking all patient bed assignments, and admit referred and accepted patients as quickly as bed availability permits so that all beds are utilized to the fullest extent possible, and in no event beyond 72 hours following bed assignment and 30 days from the date of the referral;

[977686-1]

1

[PROPOSED] ORDER RE: PLS.' RESPONSE TO SPECIAL MASTER'S REPORT ON THE SALINAS VALLEY PSYCHIATRIC PROGRAM AND REQUEST FOR ADDITIONAL RECOMMENDATIONS AND ORDERS

1  and

2        (f)    That the Salinas Valley Psychiatric Program resolve any and all
3  remaining issues with, and obstacles to, providing patients with the full complement of
4  clean clothing, towels, and bed coverings, and make these provisions available to patients
5  on a timely basis according to established schedules.

6        (g)    The Special Master shall be directed to review within 60 days of this
7  order the status of Defendants' compliance with the recommendations set forth above, as
8  well as any other problems identified in his September 24, 2013 Report, and make any
9  further recommendations, as needed.

10     2.    Defendants shall be directed to suspend the writing of rule violation reports
11 (RVRs) against *Coleman* class members receiving treatment in SVPP until the Special
12 Master's team has reviewed and certified that the RVR process has been revised to ensure
13 that *Coleman* class members are not punished for behavior that is the result of their mental
14 illness;

15     3.    The Special Master shall be directed to review use-of-force practices,
16 policies, and procedures in DSH facilities, where *Coleman* class members are treated,
17 including SVPP, and make any recommendations, as needed.  This review shall include
18 viewing of any existing SVPP use-of-force videos, examining the processes utilized by
19 DSH and CDCR management for reviewing use-of-force incidents, interviewing patients
20 subjected to force and staff ordering and carrying out such force, assessing DSH policies
21 and procedures regarding use of force, and consideration of any other relevant materials as
22 necessary.

23     4.    Defendants shall immediately cease using the observation cells located in
24 SVPP's C-Unit and D-Unit, and shall immediately implement tracking of the use of all
25 other observation cells for time-outs and seclusion.  The Special Master is hereby directed
26 to review the use of all observation cells and to make recommendations, as necessary,
27 regarding the continued use of the observation cells in C-Unit and D-Unit.

28     5.    The Special Master shall be directed to review the role of medical technical

[977686-1]

2

[PROPOSED] ORDER RE: PLS.' RESPONSE TO SPECIAL MASTER'S REPORT ON THE SALINAS VALLEY
PSYCHIATRIC PROGRAM AND REQUEST FOR ADDITIONAL RECOMMENDATIONS AND ORDERS

1 | assistants in the SVPP, including their training in mental health issues, and make to
2 | specific recommendations regarding their scope of responsibilities, as appropriate.
3 |
4 | DATED: October ___, 2013
5 |
6 |                                         _____
7 |                                         Hon. Lawrence K. Karlton

[977686-1]

3

[PROPOSED] ORDER RE: PLS.' RESPONSE TO SPECIAL MASTER'S REPORT ON THE SALINAS VALLEY PSYCHIATRIC PROGRAM AND REQUEST FOR ADDITIONAL RECOMMENDATIONS AND ORDERS