KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA S. KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK DAD<br><br>**DECLARATION OF PAM AHLIN IN SUPPORT OF DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE OR MODIFY PORTIONS OF THE SPECIAL MASTER'S REPORT ON THE SALINAS VALLEY PSYCHIATRIC PROGRAM**<br><br>Judge: The Honorable Lawrence K. Karlton<br><br>Action Filed: 1990 |

I, Pam Ahlin, declare:

1. I am the Interim Executive Director for Salinas Valley Psychiatric Program. I have personal knowledge of the facts stated in this declaration, except where indicated otherwise, and if called to testify I could do so.

1

2. I have been the Interim Executive Director at Salinas Valley Psychiatric Program since May 13, 2013. I am also the Department of State Hospitals Deputy Director of Strategic Planning and Implementation. I have extensive experience in the state hospital system having been the Assistant Hospital Administrator at Coalinga State Hospital from May 2005-March 2007, the Hospital Administrator at Coalinga State Hospital from March 2007-March 2008, and the Executive Director of Coalinga State Hospital from March 2008 - March 2012.

3. Salinas Valley Psychiatric Program provides a multi-faceted treatment program for its inmate-patients in a high custody intermediate care facility.

4. Salinas Valley Psychiatric Program provides a comprehensive and adequate level of mental health care through an interdisciplinary treatment team approach.

5. I have reviewed Salinas Valley Psychiatric Program operational efficiencies, technology, and overall program development and implemented system improvements at Salinas Valley Psychiatric Program that have improved patient care. I have implemented proven treatment and procedural practices already adopted in the Department of State Hospitals' system.

6. As Deputy Director of Strategic Planning and Implementation for the Department of State Hospitals, I identified system-wide best practices. I have implemented, and continue to implement, several of these system-wide best practices at Salinas Valley Psychiatric Program.

7. I have reviewed the Special Master's Report on Salinas Valley Psychiatric Program filed on September 24, 2013.

8. Salinas Valley Psychiatric Program staffs psychiatrists at a ratio of one psychiatrist per thirty-five inmate-patients. Similarly, the staffing ratio for other clinical disciplines is 1:35. This staffing ratio is similar to the staffing ratio of other intermediate care facilities in the United States. Salinas Valley Psychiatric Program meets or exceeds the 1:35 staffing ratio for psychiatrists, psychologists, and rehabilitation therapists.

9. On August 22, 2013 (one of dates of the Special Master's monitoring tour of Salinas Valley Psychiatric Program), the patient census was 283 and the number of psychiatrists on staff was 8.0, not including the second positions worked by 2 full-time psychiatrists. Since August 22, 2013, Salinas Valley Psychiatric Program hired another full-time psychiatrist, and Salinas Valley

Psychiatric Program's census was reduced. The psychiatrist to inmate-patient ratio at Salinas Valley Psychiatric Program as of October 9, 2013, was 1:30 or better.

10. On August 9, 2013, Salinas Valley Psychiatric Program employed eight psychologists which resulted in a 1:35 patient ratio. Rehabilitation therapists had a 1:20 patient ratio.

11. Salinas Valley Psychiatric Program places a high priority on the recruitment of qualified clinicians, including psychiatrists. However, there is a national shortage of psychiatrists, and an even more select group of psychiatrists who are willing to practice in a remote locale for a program that treats inmate-patients. Salinas Valley Psychiatric Program is considering yet more innovative ways to attract psychiatrist recruits, including changing psychiatrist shifts to forty hours over three days.

12. Salinas Valley Psychiatric Program is currently following a plan to migrate beds to the newly opened California Health Care Facility. An order to fill positions at Salinas Valley Psychiatric Program could result in drawing resources away from California Health Care Facility and thus affect the migration plan.

13. Salinas Valley Psychiatric Program offers individual treatment sessions, recreation therapy, group therapy sessions, and assessments.

14. Many of the inmate-patients referred to Salinas Valley Psychiatric Program are referred because they consistently refuse to attend group therapy. Referral based on refusal to attend group therapy is a specific criteria that justifies transfer to Salinas Valley Psychiatric Program. This explains, in part, the group therapy refusal rates of inmate-patients who have recently transferred to Salinas Valley Psychiatric Program.

15. As part of its system-wide improvement efforts, the Department of State Hospitals has developed the Psychiatric and Wellness Support System (PaWSS) which is a comprehensive database designed to assist and track treatment planning. PaWSS documents and tracks special incidents, patient goals, and individual and group therapy hours, and includes a new tool for treatment planning.

16. The creation of the PaWSS began in February 2011 and was finalized in April 2013. PaWSS is currently being implemented at Salinas Valley Psychiatric Program. Training for

PaWSS has been provided to approximately half of Salinas Valley Psychiatric Program's clinicians. One of Salinas Valley Psychiatric Program's Units, TC2, has begun utilizing the treatment plan function of PaWSS. Full implementation of PaWSS throughout Salinas Valley Psychiatric Program is expected to be completed in six to twelve months.

17. The executive team at Salinas Valley Psychiatric Program has also reviewed the group schedule and has provided a method by which the treatment team will assign and provide more therapeutic groups. First, a set schedule has been created in order to provide structured group therapy time each day. This will ensure that clinicians are available during that specific time for group coverage and coverage can be provided by any clinician from all areas of Salinas Valley Psychiatric Program. The set schedule allows for more groups to be held which will allow for a variety of different specialty groups to occur at one time. Additionally, a curriculum committee is being established to review and decide on core clinical groups that will be offered at Salinas Valley Psychiatric Program. Lastly, during treatment team conferences the patient's goals and objectives will be reviewed and then the patient will be placed in a group that will address his objectives as clinically indicated.

18. A group therapy survey has been developed and circulated to clinicians and is due back on October 22, 2013. The results will be utilized to assess and offer the types of groups needed based on the current needs of the patients.

19. I respectfully disagree with the Special Master's statement that individual therapy for patients is rarely used even when clinically indicated or requested by patients. I am unable to provide a specific rebuttal as the Special Master does not specify what patient files were reviewed to make their conclusion. However, Salinas Valley Psychiatric Program provides clinically indicated individual therapy plus we make an effort to provide individual therapy if requested by an inmate-patient.

20. Salinas Valley Psychiatric Program has a regularly scheduled Spanish speaking group for Anger Management Salinas Valley Psychiatric Program also employs ten clinical staff certified as bilingual interpreters. The interpreters are available to translate for individual and

4

group therapy sessions, assessments, Interdisciplinary Treatment Team meeting and any other services needed.

21.  I assigned a new Chief of Psychology on June 3, 2013. She has been active in reviewing and expanding psychological assessments, developing specialized behavioral plans, and improving the quality of treatment plans. I have also assigned a Senior Psychologist Specialist who is tasked with developing a curriculum committee; with coordinating and evaluating the treatment curricula; and with providing training for psychologists and other facilitators/co-facilitators.  Salinas Valley Psychiatric Program recently hired three psychologists. One of these psychologists was previously slated to work at California Health Care Facility.

22.  Salinas Valley Psychiatric Program utilizes Medical Technical Assistants appropriately. Patient and staff safety is critical to providing good clinical care, and Medical Technical Assistants have the training and ability to provide clinical care and safety.

23.  Medical Technical Assistants provide a dual role of custody and nursing.  Medical Technical Assistants' input is critical to the Interdisciplinary Treatment Team model of care provided at Salinas Valley Psychiatric Program.

24.  Regardless of any vacancies, Medical Technical Assistant positions are staffed with overtime to provide adequate coverage.

25.  Psychiatric Technicians are newly allocated to Salinas Valley Psychiatric Program. Salinas Valley Psychiatric Program is actively recruiting to fill these newly-allocated positions.

26.  Patient A was placed on Solo Treatment/Solo Programming due to ongoing disruptive behaviors including exhibitionism, public masturbation, lewd and threatening comments toward staff, threats to kill staff, and of harming himself.

27.  Salinas Valley Psychiatric Program addressed Patient A's mental health issues by implementing a comprehensive Behavior Management Plan that included both short and long term goals, as well as specific steps to achieve those goals.  Short-term goals included behavioral changes such as immediate cessation of exhibitionistic behaviors, while the long-term goals included Patient A developing prison-appropriate methods of sexual satisfaction, ability to

5

Decl. of Pam Ahlin in Supp. of Defs.' Obj. & Mot. To Strike and or Modify Special Master's Report on the Salinas Valley Psychiatric Program
(2:90-cv-00520 LKK DAD PC)

monitor exhibitionistic urges and seek out appropriate alternatives early in the arousal cycle, and to develop positive self-esteem.

28. In order to achieve those goals, the Behavioral Management Plan included a comprehensive list of steps that staff members were to take when dealing with Patient A, assignment of a contact person who met weekly with Patient A to discuss his progress in curbing disruptive behaviors, and a positive reinforcement plan. The efficacy of the plan was reviewed at monthly meetings.

29. Patient A's disruptive and threatening behaviors were frequent during the first several weeks after his admission to the program, from June 19, 2013, to August 6, 2013, and therefore Patient A was unable to attend activities outside of his cell with any regularity. During that time, Patient A was encouraged to attend 1:1 activities and was provided with in-cell activities.

30. Thereafter, Patient A's disruptive behaviors decreased, and he was able to participate in activities outside of his cell on at least six occasions between August 16, 2013, and September 25, 2013.

31. The Special Master did not give Salinas Valley Psychiatric Program adequate credit for the documentation of Cuff Status. For instance, the Special Master's report states that staff was unable to locate the documentation of release criteria for the Cuff and Orientation Status of Patient G. However, Patient G's file does include documentation of Cuff Status release criteria.

32. The Special Master's report states that Salinas Valley Psychiatric Program overuses Cuff Status due to understaffing. I respectfully disagree. Salinas Valley Psychiatric Program meets or exceeds the necessary staffing ratio, as measured by census, by utilizing overtime to fill any vacancies.

33. That said, Salinas Valley Psychiatric Program acknowledges that improvement could be made to the documentation of Cuff Status. Salinas Valley Psychiatric Program recently completed training on documentation of Cuff Status. In addition, in August 2013, the Nursing Department developed a "cuff status monitoring tool" which was implemented in September 2013. The tool tracks and monitors documentation of Cuff Status.

34. In the past, the charts that the Department of State Hospitals sent to the Special Master included the date CDCR referred a patient, the date the Department of State Hospitals was notified that a referral packet was available for review, and the date that the Department of State Hospitals accepted the referral. Recently, the reports sent to the Special Master were modified to reflect more accurately the dates that the Department of State Hospitals receives a referral from CDCR.

35. Salinas Valley Psychiatric Program has no knowledge that a referral has been made until it receives the referral packet for review. Once Salinas Valley Psychiatric Program receives notification that a referral packet is available for review, the Admissions and Discharges unit prints the referral packet and routes it to an Registered Nurse, the Physician-Surgeon, and to the Medical Director for review within three business days. Once each discipline determines that the inmate-patient can be accepted into the program, the referral packet is returned to the Admissions and Discharges unit, and the inmate-patient is placed on the Accepted Referrals List for admission.

36. I have reviewed the transfer timelines of patients accepted from CDCR and from other Department of State Hospitals programs for March 1, 2013 through June 30, 2013. Salinas Valley Psychiatric Program calculates compliance with the thirty-day transfer timeline if an inmate-patient is transferred within thirty days of the date Salinas Valley Psychiatric Program accepts a referral.

37. Attached as Exhibit A is a true and correct copy of a chart of transfers to Salinas Valley Psychiatric Program between March 1, 2013 through June 30, 2013. Between March 1, 2013 and June 30, 2013, 149 patients were transferred from CDCR to Salinas Valley Psychiatric Program. Of those, 132 patients were transferred within thirty days of their acceptance to Salinas Valley Psychiatric Program. Seventeen patients' transfer were over 30 days from the acceptance date. Of those seventeen, five were on hold for *Keyhea* hearings, two were on hold for Vitek hearings, one had a medical hold, one was awaiting additional medical information, and one was deferred from Vacaville Psychiatric Program. Therefore, ten of the seventeen patients who were not admitted within 30 days of the accepted referral date were not transferable during the 30 day

7

Decl. of Pam Ahlin in Supp. of Defs.' Obj. & Mot. To Strike and or Modify Special Master's Report on the Salinas Valley Psychiatric Program
(2:90-cv-00520 LKK DAD PC)

1  timeframe, leaving only seven patients of 149 who were referred that were not transferred within
2  the 30 day timeframe.  These numbers show that from March 1, 2013 through June 30, 2013,
3  Salinas Valley Psychiatric Program achieved a 95 percent compliance rate with the thirty-day
4  transfer timeline.

5  38.  The Special Master recommends that the Court order Salinas Valley Psychiatric
6  Program to admit patients as quickly as bed availability permits.  This order is not necessary
7  because Salinas Valley Psychiatric Program already admits and accepts patients as quickly as bed
8  availability permits.

9  39.  As a treatment facility within the confines of Salinas Valley State Prison, laundry
10 materials are provided to Salinas Valley Psychiatric Program by CDCR. CDCR is required by
11 state law to contract with the Prison Industry Authority to use inmate-staffed facilities for
12 laundry.

13 40.  In May 2013, Salinas Valley Psychiatric Program discovered that after laundry was
14 sent out for cleaning to Avenal State Prison not all of it was returned back from that institution.
15 However, Salinas Valley Psychiatric Program resolved this issue.

16 41.  I recently established a cross-disciplinary laundry committee that includes warehouse
17 personnel, administrative, program, custody and nursing staff.  It is the committee's responsibility
18 to resolve issues on a daily basis, maintain an inventory database, and ensure that laundry is
19 received, evaluated, and distributed appropriately.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

8

42. Since I started as Interim Executive Director, Salinas Valley Psychiatric Program has implemented new policies and has overall improved the quality of care to inmate-patients. Salinas Valley Psychiatric Program continues to implement new processes that will further improve care to inmate-patients. However, the care now provided to inmate-patients is adequate. Moreover, the management and staff have always been committed to treating patients and have never acted with deliberate indifference. Salinas Valley Psychiatric Program is staffed with committed professionals who believe in the program's mission.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration is executed this 14 day of October 2013, at Lemoore, California.

      /s/ Pam Ahlin
PAM AHLIN
(*original signature retained by attorney*
 *Debbie Vorous*)

CF1997CS0003

9

Decl. of Pam Ahlin in Supp. of Defs.' Obj. & Mot. To Strike and or Modify Special Master's Report on the Salinas Valley Psychiatric Program
(2:90-cv-00520 LKK DAD PC)