# EXHIBIT A

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Referral Timelines - Referrals Received March through June 2013
October 3, 2013

|  | Total Number of Referrals Received by Salinas Valley[1] | Total Number of Non-Admissions[2] | Total Number of Admissions to Salinas Valley | Patients Admitted to Salinas Valley ≤30 Days | Patients Admitted to Salinas Valley >30 Days with Noted Reason[3] | Patients Admitted to Salinas Valley >30 Days without Noted Reason |
|---|---|---|---|---|---|---|
| March | 56 | 19 | 37 | 31 | 2 | 4 |
| April | 54 | 20 | 34 | 33 | 1 | 0 |
| May | 82 | 38 | 44 | 40 | 3 | 1 |
| June | 61 | 27 | 34 | 28 | 4 | 2 |
| Overall | 253 | 104 | 149 | 132 | 10 | 7 |

[1] Includes internal transfers, where patients were transferred to a different level of care and/or custody level.

[2] Out of the 104 non-admissions, 78 were admitted to another hospital, 25 were rescinded, and 1 was rejected.

[3] Out of the patients that took more than 30 days to admit, a total of 10 had holds placed because the patient was waiting for a vitek hearing or a keyhea hearing, there was a medical hold or a wait for medical information, and one patient was a deferral from Vacaville hospital and was waiting for a bed at Salinas Valley to open.