1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:  (510) 280-2621

   MICHAEL W. BIEN – 096891
   JANE E. KAHN – 112239
   ERNEST GALVAN – 196065
   THOMAS NOLAN – 169692
   LISA ELLS – 243657
   LORI E. RIFKIN – 244081
   AARON J. FISCHER – 247391
   MARGOT MENDELSON – 268583
   KRISTA STONE-MANISTA – 269083
   ROSEN BIEN
   GALVAN & GRUNFELD LLP
   315 Montgomery Street, Tenth Floor
   San Francisco, California  94104-1823
   Telephone:  (415) 433-6830

   JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
   MEGAN CESARE-EASTMAN – 253845
   RANJINI ACHARYA – 290877
   K&L GATES LLP
   4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
   Telephone:  (415) 882-8200

   CLAUDIA CENTER – 158255
   THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
   180 Montgomery Street, Suite 600
   San Francisco, California  94104-4244
   Telephone:  (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

v.

EDMUND G. BROWN, JR., et al.,

    Defendants.

Case No. 2:90-cv-0520 LKK DAD

**PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO USE OF FORCE AND DISCIPLINARY MEASURES**

Judge:  Hon. Lawrence K. Karlton

[975879-1]

Plaintiffs hereby designate the following deposition excerpts in support of Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Related to Use of Force and Disciplinary Measures ("Motion"). Plaintiffs intend to introduce these deposition excerpts into evidence during the evidentiary hearing on this motion, pursuant to Federal Rule of Civil Procedure 32(a) and Federal Rule of Evidence 801(d)(2)(D).

Plaintiffs' deposition excerpts include testimony from the following depositions of senior California Department of Corrections and Rehabilitation ("CDCR") experts, employees, or agents of defendants: Steven J. Martin, taken February 28, 2013 and July 24, 2013; John R. Day, taken August 14, 2013; Michael D. Stainer, taken August 15, 2013; and Kathleen Allison, taken August 15, 2013. Federal Rule of Civil Procedure 32 provides that a deposition may be offered at trial, subject to the rules of evidence, as though the witness were present and testifying. Federal Rule of Civil Procedure 32(a)(3) permits the use at trial for any purpose of "the deposition of a party." As detailed below, each of the employee deponents were, at the time of deposition, party-witnesses to this matter. Each deposition was properly noticed and Defendants' counsel was present at and defended each of the depositions. Their depositions may therefore be used for any purpose to the extent admissible under the Federal Rules of Evidence. Fed. R. Civ. P. 32(a)(1); (3).

The statements made by the expert witness, CDCR's agent, at deposition are admissions of CDCR which hired him to provide expert testimony in this matter, and are therefore not hearsay and are fully admissible under Federal Rule of Evidence 801(d)(2)(D). *See Collins v. Wayne Corp.*, 621 F.2d 777, 782 (5th Cir. 1980), *superseded by rule on other grounds* (holding that an expert hired to investigate and report his findings was performing that function "[i]n giving his deposition" and that the district court had erred in excluding the expert's deposition testimony). Mr. Martin, retained by Defendants as an expert witness, resides more than 100 miles from Sacramento, CA.

Mr. Day and Ms. Allison have not been designated by Defendants as witnesses for this evidentiary hearing. These witnesses are therefore unavailable, and their depositions may be used for any purpose to the extent admissible under the Federal Rules of Evidence. Fed. R.

[975879-1]

1

PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

1. Civ. P. 32(a)(4)(B).
2. **I.     DEPOSITION OF STEVEN J. MARTIN, TAKEN FEBRUARY 28, 2013:**
3.       Mr. Martin has been retained by Defendants as an expert on use of force and
4. disciplinary proceedings.  *See* 5:10-16.
5. 5:10-16
6. 84:6-16
7. 84:18-21
8. 84:23-85:5
9. 86:7-10
10. 86:13-24
11. 87:18-21
12. 87:23
13. 88:1-25
14. 95:18-20
15. 95:23-96:16
16. 97:23-98:2
17. 98:4-17
18. 99:18-101:1
19. 101:14-18
20. 101:20-21
21. 105:18-106:9
22. 109:4-13
23. 109:16-110:11
24. 114:13-18
25. 114:21
26. 114:23-115:16
27. 116:10-21
28. 116:24-117:6

[975879-1]

2
PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF
COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

| | |
|---|---|
| 1 | 117:11-17 |
| 2 | 117:19 |
| 3 | 117:21-22 |
| 4 | 117:25-118:5 |
| 5 | 118:7-118:21 |
| 6 | 118:24-119:9 |
| 7 | 119:14-24 |
| 8 | 120:3-7 |
| 9 | 120:11-14 |
| 10 | 120:17-20 |
| 11 | 123:13-125:25 |
| 12 | 130:12-22 |
| 13 | 130:25-131:9 |
| 14 | 131:12-133:18 |
| 15 | 141:12-14 |
| 16 | 141:16-20 |
| 17 | 141:23-142:1 (through "clearly can.") |
| 18 | 144:2-25 |
| 19 | 147:7-17 |
| 20 | 147:19-21 |
| 21 | 147:25-148:1 |
| 22 | 148:8-23 |
| 23 | 150:22-151:7 |
| 24 | 155:5-16 |
| 25 | 155:19-156:4 |
| 26 | 156:6-21 |
| 27 | 162:18-163:1 |
| 28 | 163:5-164:9 |

[975879-1]

3

PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF
COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

1. 164:11-165:15
2. 165:18-23
3. 169:15-170:11
4. 170:15-25
5. 172:11-174:1
6. 175:1-19
7. 177:3-5
8. 177:7-179:8
9. 181:8-17
10. 185:5-187:4
11. 187:13-24
12. 192:11-193:2
13. 193:4-5
14. 193:10-22
15. 193:25-194:18
16. 194:21-22
17. 198:7-12
18. 199:4-200:7
19. 200:10-18
20. 200:21-201:3
21. 242:11-15
22. 242:18-243:13
23. 258:11-15
24. 258:21-261:13
25. 261:19-262:7
26. 262:11-263:4
27. 264:2-13
28.

PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF
COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

**II. DEPOSITION OF STEVEN J. MARTIN, TAKEN JULY 24, 2013:**

7:6-8

7:10-13

9:19-10:8

10:15-11:23

12:23-24

13:4-14:4

14:7-16:4

16:24-17:4

17:6-14

19:2-16

20:21-25

22:15-25

37:7-21

37:24-38:24

41:17-42:3

42:14-43:13

47:14-19

48:16-49:11

52:7-53:9

56:2-57:1 (through "excessive force.")

61:18-62:5

62:8-64:7

64:9-23

66:10-16

66:18-67:10

67:15-17

67:20-68:9

1. 69:21-74:10
2. 74:20-24
3. 75:2-20
4. 76:14-23
5. 77:24-25
6. 78:17-82:2
7. 82:20-23
8. 84:6-86:17
9. 95:5-96:10
10. 96:14-97:1
11. 98:17-23
12. 99:1-100:11
13. 100:23-101:2
14. 112:6-113:2
15. 113:4-115:13
16. 115:18-22
17. 117:14-22
18. 117:25-118:10
19. 118:13-119:4
20. 119:7-120:23
21. 122:1-21
22. 122:24-123:8
23. 123:13-19
24. 123:21-124:4
25. 139:3-141:25
26. 143:8-23
27. 159:11-161:7
28. 161:25-164:17

[975879-1]

6

PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF
COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

1. 167:15-19
2. 167:22-168:2
3. 168:22-24
4. 169:2-5
5. 186:1-22
6. 186:25-188:3
7. 192:6-193:16
8. 195:8-12
9. 195:17-25
10. 202:15-203:11
11. 205:9-14
12. 205:16-23
13. 205:25-206:1
14. 206:12-17
15. 
16. **III.   DEPOSITION OF JOHN DAY, TAKEN AUGUST 14, 2013:**
17. At the time of his deposition, Mr. Day was the Chief of Headquarters Operations at
18. CDCR's Office of Internal Affairs.  *See* 7:16-21.
19. 7:16 (from "can") - 21
20. 95:25-98:12
21. 102:16-25
22. 111:7-21
23. 114:4-16
24. 125:15-17
25. 126:3-13
26. 129:4-130:17
27. 134:1-16
28. 138:4-19

[975879-1]

1. 142:10-15
2. 145:17-24
3. 151:5-156:15
4. 160:21-161:1
5. 161:4-7
6. 162:6-22
7. 166:1-5
8. 167:8-168:4
9. 169:8-22
10. 182:21-25
11. 183:3-5
12. 184:17-185:12
13. 188:6-9
14. 188:12-13
15. 194:18-24
16. 195:17-24
17. 196:12-197:1
18. 197:4-5
19. 211:13-213:3
20. 213:5-214:3
21. 222:25-223:9
22. 226:19-20
23. 226:23-227:9
24. 228:7-9
25. 235:10-12
26. 236:2-8
27. \\\\
28. \\\\

[975879-1]

8
PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF
COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

**IV.  DEPOSITION OF MICHAEL D. STAINER, TAKEN AUGUST 15, 2013:**

At the time of his deposition, Mr. Stainer was the Acting Director for the Division of Adult Institutions for CDCR.  *See* 9:15-19.

9:15-21

24:1-15

24:18-19

28:15-19

28:22-25

41:2-42:10

43:21-22

43:25-44:1

47:12-49:8

51:2-11

52:9-53:7

53:20-21

55:10-23

57:11-16

57:22-23

71:9-21

78:9-78:19

78:23-79:13

80:7-81:5

82:16-18

82:21-83:5

84:1-4

87:16-88:7

89:4-6

89:10-21

[975879-1]

9

PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

1. 89:24-90:7
2. 90:17-91:2
3. 93:10-94:8
4. 97:19-98:1
5. 98:10-15
6. 98:23-99:9
7. 99:14-100:3
8. 100:5-6
9. 100:10-101:17
10. 101:22-102:10
11. 106:14-21
12. 107:2-7
13. 107:21-108:3
14. 108:15-23
15. 109:16-20
16. 110:5-17
17. 111:21-24
18. 112:2-113:8
19. 115:20-117:6
20. 130:23-25
21. 141:6-7
22. 141:10-14
23. 144:16-20
24. 147:10-12
25. 147:15-19
26. 167:12-169:25
27. 177:23-178:3
28. 180:1-7

PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF
COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

1. 180:10-14
2. 180:17-181:20
3. 181:23-182:25
4. 187:15-23
5. 202:22-25
6. 225:10-228:15
7. 233:23 (from "what") - 234:2
8. 235:24-236:5

**V.  DEPOSITION OF KATHLEEN ALLISON, TAKEN AUGUST 15, 2013:**

At the time of her deposition, Ms. Allison was the Deputy Director of the Division of Adult Institutions, Facilities Support for CDCR.  *See* Dkt. 4713, Declaration of Kathleen Allison at 1:24-25.

- 28:21-29:8
- 77:24-78:17
- 78:22-79:1
- 79:25-80:7
- 80:10-12
- 82:20-83:5
- 85:18-86:3
- 93:19-94:5
- 94:17-95:1
- 96:22-25
- 98:4-18
- 131:5-132:9
- 155:14-156:7
- 156:10-11
- 193:10-22

[975879-1]

11

PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

1. 194:2-195:10
2. 196:6-13
3. 197:11-18
4. 198:5-20
5. 199:1-14
6. 202:21-203:21
7. 217:11-22
8. 217:25
9. 236:8-20
10. 254:4-257:11
11. 257:13-15
12. 258:2-13
13. 258:17-259:10
14. 260:19-261:9
15. 261:13-262:8
16. 262:16-263: 20
17. 264:11-14
18. 264:17-265:2
19. 265:7-13
20. 265:23-266:7
21. 266:19-267:20
22. 269:19-24 (through "Not specifically.")
23. \\\\
24. \\\\
25. \\\\
26. \\\\
27. \\\\
28. \\\\

[975879-1]

12

PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RELATED TO UOF AND DISCIPLINARY MEASURES

1  270:23-271:2

2  272:13-17

3  272:22-25

4  DATED: October 15, 2013           Respectfully submitted,

   K&L GATES LLP


   By:  */s/Megan Cesare-Eastman*
        Jon Michaelson
        Jeffrey L. Bornstein
        Megan Cesare-Eastman
        Ranjini Acharya

   Attorneys for Plaintiffs

[975879-1]

13