FILED

OCT 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: LOS ANGELES TIMES COMMUNICATIONS LLC. <br><br> LOS ANGELES TIMES COMMUNICATIONS LLC, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, <br><br> Respondent, <br><br> RALPH COLEMAN, et al. and EDMUND G. BROWN, Jr., et al., <br><br> Real Parties in Interest. | No. 13-73467 <br><br> D.C. No. 2:90-cv-00520-LKK-DAD <br> Eastern District of California, Sacramento <br><br> ORDER |

Before: THOMAS, McKEOWN, and RAWLINSON, Circuit Judges.

California Correctional Peace Officers' Association's (CCPOA) opposed motion to intervene as a real party in interest is denied.

CCPOA's alternative opposed motion to file an amicus brief is granted. The Clerk shall file the amicus brief submitted by CCPOA on October 11, 2013.

SM/MOATT

CCPOA's motion for judicial notice is denied.

Petitioner challenges portions of the district court's orders of September 26, 2013, October 1, 2013, October 7, 2013, and October 8, 2013 (collectively, "Orders"). Based on the record, the emergency petition for a writ of mandamus is granted. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The portions of the Orders that prohibit members of the media and public from disclosing information contained in court records or disclosed in open court, including the names of individuals identified in videotapes played in court are VACATED. Those portions of the Orders that strike from the record any personal information shown during the playing of the videotapes at issue at the evidentiary hearings are also VACATED.

**GRANTED**.