# United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:    10/16/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, Lori Rifkin, Jane Kahn | Debbie Vorous, Jay Russell, |
| Jeffrey Bornstein, | Jessica Kim, Patrick McKinney |
| Thomas Nolan, Krista Stone-Manista | Martine D'Agostino |

**Proceedings: Day 3 - Evidentiary Hearing re [4638] and [4543] .**

10:30　Court in session with all counsel present. For the reasons set forth in plaintiffs' opposition, the court DENIED defendants' Motion in Limine No. 8, [4869].

10:38　Plaintiffs called witness, Dr. Pablo Stewart, sworn and testified on direct by Mr. Nolan. Exhibits 1003, 1013, 1014 moved into evidence - ADMITTED.

10:41　Court found Dr. Stewart qualified to testify as an expert in forensic psychiatry. Continued the direct examination of witness, Dr. Pablo Stewart. Exhibits 1140, 1119, 1121, 1118, 1097, 1099, 1096, 1137, 1032 moved into evidence - ADMITTED. Exhibit 1088 moved into evidence - Objection sustained. Exhibits 1130, 1082, 1138a moved into evidence - ADMITTED.

12:00　Court in recess.

1:30　Court back in session with all counsel present. Exhibits 1138b and 1138c moved into evidence - ADMITTED. Continued the direct examination of Dr. Pablo Stewart by Mr. Nolan. Exhibits 10d moved into evidence - ADMITTED.

2:00　Cross-examination of witness, Dr. Pablo Stewart, by Ms. Vorous. Defendants' exhibit B marked for identification purpose. Exhibit B moved into evidence - ADMITTED. Exhibits 1119, 1121.

2:45　Court in recess.

3:00　Court back in session with all counsel present. Continued the cross-examination of witness Dr. Pablo Stewart. Exhibit 1013. Exhibit 1115 moved into evidence - ADMITTED. Exhibits 1138a, 1082, 1014.

3:56　Re-direct of witness Dr. Pablo Stewart by Mr. Nolan. Exhibit 1138a, 1119, 1121.

4:05　Nothing further, witness released.

4:05　Defense to take witness out of order.

4:10　Court in recess until 9:30 AM 10/17/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 10d, 1003, 1013, 1014, 1032, 1082, 1096, 1097, 1099, 1115, 1118, 1119, 1121, 1130, 1137, 1138a, 1138b, 1138c, 1140.
Defense Exhibits: B

Exhibits

10d - Excerpts from the Medical Records of Prisoner E.
1003 - Excerpts from Stewart March 14, 2013 Expert Report Re: Termination (docket no. 4381).
1013 - May 16, 2013 Reply Declaration of Pablo Stewart, (docket no. 4617-1).
1014 - September 27, 2013 Supplemental Declaration of Pablo Stewart, (docket no. 4840).
1032 - Patterson Report on Suicide Completed in the CDCR January 1, 2012 - June 30, 2012, (docket No. 4376).
1082 - Suicide Report for Prisoner WWW.
1096 - Photograph of East Block.
1097 - Photograph of East Block.
1099 - Photograph of East Block.
1115 - Excerpts from the Medical Records of Prisoner FFF.
1118 - Excerpts from the Medical Records of Prisoner EEE (redacted).
1119 - Excerpts from the Medical Records of Prisoner CCC (redacted).
1121 - Excerpts from the Medical Records of Prisoner DDD (redacted).
1130 - Notice of October 4, 2013 Suicide on Death Row from Debbie Vorous.
1137 - "Suicide on Death Row," Article by David Lester and Christine Tartaro, Journal of Forensic Science, September
1138a - Excerpts from the Medical Records of Prisoners WWW (2013 Suicide on Death Row).
1138b - Timeline for Prisoner WWW Key Events.
1138c - Timeline for Prisoner WWW Key Events.
1140 - DSH Policy 3.07 re "Housing and Treatment of Condemned Inmate-Patients".

B - Exhibit E to the supplemental declaration of Pablo Stewart in Support of Plaintiffs' Motion for Enforcement of Court Orders...