**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>        Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>        Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:    10/17/2013<br>Deputy Clerk: A. Rivas<br>Court Reporter: D. Shepard/C. Bodene |

For the Plaintiffs

Michael Bien,  Lori Rifkin,

Jeffrey Bornstein,

Megan Cesare-Eastman

For the Defendants

Debbie Vorous, Jay Russell,

Patrick McKinney,

Maneesh Sharma

**Proceedings: Day 4 - Evidentiary Hearing re [4638] and [4543] .**

9:30  Court in session with all counsel present. Plaintiffs recalled witness, **Dr. Eldon Vail**, on direct by Mr. Bornstein. Exhibits 10a, 10b. Exhibits 25 (as 25a, 25b, 25c), 118 moved into evidence - ADMITTED.
10:32  Exhibit 18 (as 18a, 18b, 18c, 18d, 18e) moved into evidence under seal - ADMITTED.
10:39  Court in recess.

11:00  Court back in session with all counsel present.
11:03  Video (exhibit 19) played.
11:24  Exhibit 19 moved into evidence - ADMITTED. Continued the direct examination of witness Dr. Eldon Vail. Exhibits 8 (as 8a, 8b, 8c) and 9 moved into evidence under seal - ADMITTED.
11:30  Video (exhibit 9) played.
11:47  Continued the direct examination of witness Dr. Eldon Vail. Exhibit 8c. Exhibits 13, 12 (as 12a, 12b, 12c) moved into evidence under seal - ADMITTED.
11:53  Video (exhibit 13) played.
12:10  Continued the direct examination of witness Dr. Eldon Vail.
12:11  Court in recess.

1:30  Court in session with all counsel present. Continued the direct examination of witness, Dr. Eldon Vail. Exhibit 54 moved into evidence - ADMITTED. Exhibit 23c1, 23c2, 23d, 43 moved into evidence under seal - ADMITTED. Exhibits 112, 124, 180 moved into evidence - ADMITTED. Exhibit 20 and its sub-parts moved into evidence under seal - ADMITTED. Exhibits 60, 61 moved into evidence – previously admitted. Exhibit 62B, 62C, 62D, 63B, 63C, 63D moved into evidence - admitted conditionally subject to proper foundation. Exhibit 1001 moved into evidence under seal, (as a demonstrative document to aid the court) - admitted conditionally.  Counsel indicated that exhibit 4 has been divided into subsections, (4d previously admitted as exhibit 4) : Exhibits 4a, 4b, 4c and 4d moved into evidence - ADMITTED.
2:40  Court in recess.

3:00 Court back in session with all counsel present. Began cross-examination of witness, Dr. Eldon Vail, by Mr. Russell. Exhibit 23c1, 23c2. Exhibit C marked for identification and moved into evidence - ADMITTED conditionally subject to a proper foundation.

3:27 Court noted for the record that Plaintiffs withdrew as evidence exhibits 1001, 62B, 62C, 62D, 63B, 63C, 63D and intend to use the exhibits for oral argument. Plaintiffs also withdrew objections to receipt of defendants' exhibit C.

3:29 Continued cross-examination of witness Dr. Eldon Vail. Exhibits 112, 124, 180.

4:30 Court in recess until 9:30 AM 10/18/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 4a, 4b, 4c, 4d (previously admitted as exhibit 4), 8a, 8b, 8c, 9, 12a, 12b, 12c, 13, 18a, 18b, 18c, 18d, 18e, 19, 20a1, 20b1, 20c1, 20a2, 20b2, 20c2, 23c1, 23c2, 23d, 25a, 25b, 25c, 43, 54, 112, 118, 124, 180. Defense Exhibits: C.

Exhibits
4a - Inmate B incident report.
4b - Inmate B Institutional Executive Review Committee report.
4c - Inmate B Rules Violation Report materials.
4d - Inmate B excerpts of Medical Records.
8a - Inmate I incident report.
8b - Inmate I Institutional Executive Review Committee report.
8c - Inmate I Rules Violation Report materials.
9 - Inmate I extraction video.
12a - Inmate F incident report.
12b - Inmate F Institutional Executive Review Committee report.
12c - Inmate F Rules Violation Report materials.
13 - Inmate F cell extraction video.
18a - Inmate D incident report.
18b - Inmate D Institutional Executive Review Committee report.
18c - Inmate D Rules Violation Report materials.
18d - Inmate D excerpts of Medical Records.
18e - Inmate D complaint form.
19 - Inmate D cell extraction video.
20a1 - Inmate J Incident report.
20b1 - Inmate J Institutional Executive Review Committee packet.
20c1 - Inmate J Rules Violation Report materials.
20a2 - Inmate J Subsequent Incident report.
20b2 - Inmate J Subsequent Institutional Executive Review Committee report.
20c2 - Inmate J Subsequent Rules Violation Report.
23c1 - Inmate C Rules Violation Report.
23c2 - Inmate C Subsequent Rules Violation Report.
23d - Inmate C excerpts of Medical Records.
25a - Inmate L incident report.
25b - Inmate L Institutional Executive Review Committee report.
25c - Inmate L Rules Violation Report material.
43 - Inmate BB records.
54 - CDCR Mental Health Assessment Form (CDC 111-MH).
112 - Expert declaration of Eldon Vail.
118 - Ex. 6 to the Expert Declaration of Eldon Vail, 03/14/2013.
124 - Expert declaration of Eldon Vail (docket no. 4368-1)
180 - Expert declaration of Eldon Vail (docket no. 4766-1).

C - Minutes of Rules classification committee for inmate C.