**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:   10/18/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiffs

Michael Bien,  Lori Rifkin,

Jeffrey Bornstein,

Megan Cesare-Eastman

For the Defendants

Debbie Vorous, Jay Russell

**Proceedings: Day 5 - Evidentiary Hearing re [4638] and [4543] .**

9:30   Court in session with all counsel present. Plaintiffs recalled witness, **Dr. Eldon Vail**, on direct by Mr. Bornstein. Exhibits12, 2, 8, 10. Exhibits D, E, F, G, H moved into evidence - ADMITTED.
10:20  No re-direct by Plaintiffs. Exhibit 64 moved into evidence - ADMITTED.
10:21  Nothing further, witness excused.
10:21  Plaintiffs called witness, **Megan Cesare-Eastman**, sworn and testified on direct by Mr. Bornstein. Exhibits 62B, 62C, 62D, 63B, 63C, 63D, 1001. Exhibits 60, 61.
10:45  Court in recess.

11:00  Court back in session with all counsel present.  Continue direct examination of witness Megan Cesare-Eastman.  Plaintiffs moved Exhibits 62B, 62C, 62D, 63B, 63C, 63D, as summaries of voluminous documents and records already before the court. Defendants objected. The court reserved the ruling on the motion to admit.
11:12  Cross-examination of witness, Megan Cesare-Eastman, by Mr. Russell.
11:21  Court in recess.

12:30  Court back in session with all counsel present. Continued the direct examination of witness Megan Cesare-Eastman. Exhibits 63B, 64.
12:42  Nothing further, witness excused. Defense continued to object to receipt of the documents. Exhibits 62B, 62C, 62D, 63B, 63C, 63D - ADMITTED.
1:15   Court in recess until 10:30 AM 10/22/2013.


EXHIBITS ADMITTED: Plaintiffs' Exhibits: 62B, 62C, 62D, 63B, 63C, 63D, 64.
                   Defense Exhibits: D, E, F, G, H.

Exhibits

62B - Summary Diagram.
62C - Bar Chart.
62D - Summary Diagram.
63B - Summary Diagram.
63C - Bar Chart.
63D - Summary Diagram.
64 - Mental Health Services Delivery System Management Reports for Round XXV (for all California facilities).

D - Documents re Inmate E.
E - Documents re Inmate E.
F - Documents re Inmate E.
G - Documents re Inmate E.
H - Documents re Inmate E.