DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
MEGAN CESARE-EASTMAN – 253845
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br>  Defendants. | Case No. 2:90-cv-0520 LKK DAD <br><br> **DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE THE DECLARATION AND TESTIMONY OF CHARLES L. SCOTT** <br><br> Judge: Hon. Lawrence K. Karlton |

[963572-1]

I, Aaron J. Fischer, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Motion *In Limine* to Exclude the Declaration and Testimony of Charles L. Scott.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Charles Scott taken July 26, 2013 in San Francisco, California and lodged with this Court on August 23, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Charles Scott taken March 8, 2013 in Davis, California and lodged with this Court on March 15, 2013.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 22nd day of October, 2013.

>    */s/ Aaron J. Fischer*
>    Aaron J. Fischer

[963572-1]