EXHIBIT B TO THE DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE THE DECLARATION AND TESTIMONY OF CHARLES L. SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, ET AL.,           )
                                 )
                Plaintiffs,      )
                                 )CASE NO.:
        vs.                      ) S 90-0520 LKK-JFM
                                 )
EDMUND G. BROWN, JR., ET AL.,    )
                                 )
                Defendants.      )
_____)

DEPOSITION OF

CHARLES SCOTT, M.D.

FRIDAY, MARCH 8, 2013,  9:06 A.M.

DAVIS, CALIFORNIA

REPORTED BY:  MEGAN F. ALVAREZ, RPR, CSR NO. 12470

THORSNES LITIGATION SERVICES, LLC

```
 1   documents, I have gathered a number of documents that
 2   include current data from the 33 institutions and will
 3   send them to you on a DVD."
 4           Do you remember getting that DVD?
 5       A.  No.  I remember that Mr. Spagnolo would print
 6   out and hand me all hard copies of all documents
 7   versus -- so if he got DVD, I never got it.  I instruct
 8   him, so that I know the volume and the bulk of records,
 9   to just print them all out and put them in a box for me.
10   So he may have gotten a DVD, but I know that I had hard
11   copies.
12       Q.  Did he even give you -- did he give you hard
13   copies also of spreadsheets that wouldn't print beyond,
14   you know, on one page, big long spreadsheets?
15       A.  Yes.
16       Q.  How did you work with those?
17       A.  You can position them.
18       Q.  Okay.  So you would never have seen, then, the
19   disc that came?
20       A.  That's correct.
21       Q.  This is the disc I got from the attorney
22   general with folders, as you can see here.  This CD is
23   Exhibit 4 in our transcript.
24           They divided it up for me by institution, so
25   had we started, for example, with CMF.  And as you can
```

```
 1  see, there are a number of spreadsheets here.
 2          I'm just going to look inside one of them and
 3  maybe -- it may be that some of this looks familiar from
 4  the hard copies you looked at.
 5          So this one has -- it called CCCMS.3.ad seg in
 6  addition to its Bates number, which is DEXP13765 to 67.
 7          As you look across at these columns, Doctor,
 8  does this look like something that David might have
 9  printed out for you?
10      A.  Vaguely.  Many of the documents -- for
11  example, review of ad seg care was not my area that I
12  was working on.  My -- so my focus on was documents
13  related to medication management.
14      Q.  Also MHCB?
15      A.  And MHCB.
16      Q.  So if we look at one of the MHCB ones, for
17  example, there's one that's called MHCB.8, Bates
18  No. 23286 to 785.
19          First group, A through F, does this look like
20  something David might have printed out for you?
21      A.  Yes.
22      Q.  I'll just -- I'm going to go to the right and
23  look at some of the other columns.
24          Are you familiar with this term in Column F
25  7447MH?
```

THORSNES LITIGATION SERVICES, LLC | 877.771.3312 | www.thorsnes.com

```
 1    for MHTS.net.
 2    BY MR. GALVAN:
 3        Q.   So you have no information one way or the
 4    other whether MHTS.net serves any vital internal
 5    purposes that would be necessary even if the special
 6    master didn't exist?
 7        A.   That's not what I said.
 8        Q.   What information do you have to contradict the
 9    statement that MHTS.net serves vital internal purposes
10    independent of the special master?
11        A.   They track both diagnoses and medications on
12    MHTS.net with special fields.  Also on MHTS.net, you can
13    look at location of the inmate, appointments held, and
14    classification.  So it provides a resource to gather
15    information about an inmate that could be useful in
16    different circumstance.
17        Q.   Useful for purposes independent of meeting
18    demands of the special master?
19        A.   Yes, I think so.
20        Q.   So is it your opinion that once the special
21    mastership is ended and the Coleman case is concluded,
22    that CDCR should shut down MHTS.net?
23        A.   Not necessarily.
24        Q.   So is it your opinion that the time spent by
25    psychiatrists to enter data into MHTS.net -- never mind.
```

Charles Scott, M.D.                                         March 8, 2013

```
 1   Asked and answered.
 2           On page 18 of Exhibit 14, there's a statement
 3   in the paragraph identified then with small letter "i"
 4   regarding inmates needing EOP level of care.
 5           And it says:  "Considering generally the
 6   nontherapeutic environment of administrative
 7   segregation, we applaud CDCR's effort to expedite the
 8   transfer of EOP inmates out of administrative
 9   segregation."
10           Is that your opinion or Dr. Dvoskin's?
11      A.   Dr. Dvoskin was looking at EOP and ad seg, not
12   me.
13      Q.   So you have no knowledge one way or the other
14   whether there are any such efforts to applaud?
15           MR. McKINNEY:  Objection.  Mischaracterizes
16   prior testimony.
17           THE WITNESS:  That wasn't my area of focus, so
18   that was an opinion by Dr. Dvoskin.
19   BY MR. GALVAN:
20      Q.   So your only basis for that statement is
21   something Dr. Dvoskin told you or what he wrote here?
22      A.   No.
23      Q.   You have another basis?
24      A.   Yes.
25      Q.   What is that?
```

Page 216

CERTIFICATE OF REPORTER

I, MEGAN F. ALVAREZ, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the events of this cause, and that I am not related to any of the parties hereto.

DATED: March 11, 2013

_____
MEGAN F. ALVAREZ
RPR, CSR 12470