DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK_DAD<br><br>STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2013 |

1  Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2  Statement for the Second Quarter of 2013 to Defendants via electronic mail on August 1,
3  2013. Plaintiffs received Defendants' objections on September 3, 2013.  The parties
4  completed their meet and confer process on October 22, 2013.  The parties have resolved
5  all disputes regarding fees and costs for the Second Quarter of 2013, with an agreement to
6  reduce claimed amounts to a total of $740,000.

7  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8  $740,000 plus interest is due and collectable as of forty-five days from the date of entry of
9  this Order.  Interest on these fees and costs will run from September 1, 2013 (31 days after
10 Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.
11 § 1961.

12 IT IS SO STIPULATED.

13 DATED:  October 22, 2013

14                                            _____/s/_____
                                               Jessica Kim
15                                            Deputy Attorney General
                                               Attorneys for Defendants
16

17

18 DATED:  October 22, 2013        /s/
                                               Ernest Galvan
19                                            ROSEN BIEN GALVAN &
                                               GRUNFELD, LLP
20                                            Attorneys for Plaintiffs

STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND
QUARTER OF 2013

[991948-1]                                       1