United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>            Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>            Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:   10/22/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiffs

Michael Bien,  Lori Rifkin,

Jeffrey Bornstein, Jane Kahn

Megan Cesare-Eastman, Thomas Nolan

For the Defendants

Maneesh Sharma, Jay Russell

Patrick McKinney

**Proceedings: Day 6 - Evidentiary Hearing re [4638] and [4543] .**

10:30  Court in session with all counsel present. Arguments heard regarding Plaintiffs' Motion for Order re Handling of Video Exhibits [4877]. Court ruled on the motion as stated on the record in open court.
10:41  Defendants' witness, **Dr. Ernest Wagner**, sworn and testified on direct by Mr. Sharma. Exhibit 181.
11:08  Cross-examination of witness, Dr. Ernest Wagner, by Ms. Rifkin.
11:30  Court in recess.

1:30  Court back in session with all counsel present. Continued cross-examination of witness, Dr. Ernest Wagner. Exhibit 1157 moved into evidence under seal - ADMITTED.  Exhibit 1200 moved into evidence - ADMITTED.  Exhibit 1157.
2:34  Redirect of witness, Dr. Ernest Wagner. Exhibits 1157, 1200.
2:51  Nothing further. Court inquired of witness.
2:52  Nothing further, witness released.
2:55  Court in recess.

3:11  Court back in session with all counsel present. Defendants called  witness, **Dr.  John Lindgren**, sworn and testified on direct by Mr. Russell. Exhibits 18, 19.
4:12  Voir dire examination by Ms. Rifkin. Plaintiffs objected to the tendering of  witness as an expert in the use of force that goes on within CDCR institutions, as an expert on the effects of OC spray and use of force on prisoners with serious mental illness. Objection overruled.
4:19  Continued the direct examination of witness Dr. John Lindgren by Mr. Russell.
4:30  Court in recess until 9:30 AM 10/23/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 1157, 1200.
                                       Defense Exhibits:

Exhibits

1157 - Medical records for inmate A.

1200 - Mental Health Services Delivery System Guide.