KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF - 240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777--3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF APPEAL TO THE UNITED STATES SUPREME COURT**<br><br>**To: Three-Judge Court** |

1     Notice is given that Defendants Edmund G. Brown Jr., John Chiang, Jeffrey
2 Beard, Michael Cohen, and Cliff Allenby appeal to the United States Supreme Court from
3 the Three-Judge Court's September 24, 2013 Order to Meet and Confer ("Order"), which
4 enjoins Defendants from "entering into any contracts or other arrangements to lease
5 additional capacity in out-of-state facilities or otherwise increase the number of inmates
6 who are housed in out-of-state facilities," Order at 3, notwithstanding recently enacted
7 law that provides Defendants with such powers.  S.B. 105 sec. 17(a), (c) § 1191(a), (c),
8 2013-14 Reg. Sess. (2013).  This appeal is taken under 28 U.S.C. § 1253.

10 DATED: October 24, 2013                HANSON BRIDGETT LLP

12                                                 By:  */s/ Paul B. Mello*
                                                    PAUL B. MELLO
13                                                     Attorneys for Defendants

15 DATED: October 24, 2013                KAMALA D. HARRIS
                                                    Atorney General of the State of California

17                                                 By:  */s/ Patrick R. McKinney*
                                                    PATRICK R. MCKINNEY
18                                                     Deputy Attorney General
                                                    Attorneys for Defendants