United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:    10/23/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiffs

Michael Bien, Lori Rifkin, Jane Kahn

Jeffrey Bornstein, Krista Stone-Manista

Megan Cesare-Eastman, Thomas Nolan

For the Defendants

Debbie Vorous, Jay Russell

Patrick McKinney

**Proceedings: Day 7 - Evidentiary Hearing re [4638] and [4543].**

9:30　Court in session with all counsel present. Continued the direct examination of witness, **Dr. John Lindgren**, by Mr. Russell.

9:39　Cross-examination of witness, Dr. John Lindgren, by Ms. Rifkin. Exhibit 1174 marked for identification. Exhibits 1202, 1174, 1201 moved into evidence - ADMITTED.

10:30　Nothing further. Court inquired.

10: 37　Redirect of witness, Dr. Lindgren, by Mr. Russell.

10:38　Recross of witness, Dr. Lindgren. by Ms. Rifkin. Exhibit 1147.

10:39　Nothing further, witness released.

10:40　Court in recess.

10:55　Court back in session with all counsel present. Defendants called witness, **Michael Stainer**, sworn and testified on direct by Mr. McKinney. Exhibit I moved into evidence - ADMITTED. Exhibit J marked for identification. Exhibit 69.

12:00　Court in recess.

1:30　Court back in session with all counsel present. Continued direct examination of Michael Stainer by Mr. McKinney. Exhibits 118, 2, 4, 12. Exhibit J moved into evidence - ADMITTED. Exhibit L moved into evidence - ADMITTED. Exhibit 67. Exhibits M, N moved into evidence - ADMITTED.

2:45　Court in recess.

3:00　Court back in session.

3:10　Continued direct examination of witness Michael Stainer by Mr. McKinney. Exhibits I, 43.

3:25　Court ordered all the affidavits that have been tendered in support of the motion ADMITTED into evidence. Exhibits 46, 47, 23 moved into evidence - ADMITTED. Exhibit C.

3:46　Cross-examination of witness Michael Stainer by Ms. Cesare-Eastman. Exhibit J. Exhibit 159 moved into evidence - ADMITTED.

4:30   Court in recess until 9:30 AM 10/23/2013.


EXHIBITS ADMITTED: Plaintiffs' Exhibits: 23, 46, 47, 159, 1174, 1201, 1202.
Defense Exhibits: I, J, L, M, N.


Exhibits
23 - Records for Inmate C.
46 - Records for Inmate EE.
47 - Records for Inmate FF.
159 - Ex. 8 to the Declaration of Maneesh Sharma: Office of the Inspector General Report on Use of Force, July -December 2011.
1174 - Curriculum Vitae for Dr. John Lindgren.
1201 - August 2013 Coleman Monthly Document attachment excerpt.
1202 - USDOJ Civil Rights Division findings letter re North Carolina Mental Health Facilities.

I - California Code of Regulations. Title 15. Use of Force Regulations.
J - Declaration of Michael Stainer in Support of Defendants' Opposition to Motion Related to Use of Force,(docket 4708-1) .
L - Excerpt of Semi-Annual report published by the Office of the Inspector General for period of July - Dec. 2012.
M - Excerpt of Semi-Annual report published by the Office of the Inspector General for period of Jan - June 2013.
N - Excerpt of Semi-Annual report published by the Office of the Inspector General for period of Jan - June 2012.