MICHAEL W. BIEN – 096891
JANE E. KAHN - 112239
ERNEST GALVAN – 196065
THOMAS NOLAN - 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 268583
KRISTA STONE-MANISTA - 269083
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
MEGAN CESARE-EASTMAN - 253845
K&L GATES LLP
4 Embarcadero Center, SUITE 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK_DAD <br><br> **ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2013** |

[991778-1]

1    On Oct. 22, 2013, the parties in this case filed a stipulation confirming the results of
2 their meet and confer session concerning fees and costs for the second quarter of 2013,
3 pursuant to the March 19, 1996 periodic fees order in this case.
4    Pursuant to the stipulation, IT IS HEREBY ORDERED that Plaintiffs' fees and
5 costs of $740,000, plus interest, are due and collectable forty-five days from the date of
6 entry of this Order.  Interest on this amount will run from September 1, 2013, accruing at
7 the rate provided by 28 U.S.C. § 1961.
8    IT IS SO ORDERED.
9 Dated:  October 24, 2013

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14  /colemanaf2q2013

[991778-1]

1
ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2013