# United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:   10/24/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiffs

Michael Bien, Lori Rifkin, Jane Kahn

Jeffrey Bornstein, Krista Stone-Manista

Megan Cesare-Eastman, Thomas Nolan

For the Defendants

Debbie Vorous, Maneesh Sharma

Patrick McKinney

Martine D'Agostino

**Proceedings: Day 8 - Evidentiary Hearing re [4638] and [4543] .**

9:30  Court in session with all counsel present. Plaintiffs addressed the court re lodging of tapes.
9:43  Plaintiffs indicated exhibit 1001 has been updated and substituted. New exhibit 1001 moved into evidence under seal - ADMITTED.
9:44  Continued cross-examination of witness, **Michael Stainer**, by Ms. Cesare-Eastman. Exhibit N. The court DENIED defendants' motion to withdraw exhibit N. Exhibit 43.
10:32  Redirect of witness, Mr. Stainer, by Mr. McKinney. Exhibit K marked for identification.
10:45  Court in recess.

11:00  Court back in session with all counsel present. Began Recross of witness, Mr. Stainer, by Ms. Cesare-Eastman.
11:11  Nothing further. Court inquired of witness.
11:17  Further Re-cross of witness
11:16  Further Re-direct of witness.
11:20  Nothing further, witness released.
11:20  Defendants called witness, **Dr. Bennie F. Carter**, sworn and testified on direct by Ms. D'Agostino.
12:00  Court in recess.

1:30  Court back in session with all counsel present.  Continued the direct examination of witness Dr. Bennie Carter, by Ms. D'Agostino.
1:37  Cross-examination of witness by Mr. Bien. Exhibit 1115. Exhibit 1167 moved into evidence - ADMITTED.
2:45  Court in recess.

3:00  Court back in session with all counsel present. Continued cross-examination of witness Dr. Bennie Carter. Exhibit 10d.
3:12  Re-direct of witness by Ms. D'Agostino..
3:18  Nothing further, witness excused.
3:18  Plaintiffs called witness, **Jeanne Woodford**, sworn and testified on direct by Ms. Stone-Manista. Exhibit

       1002 moved into evidence - ADMITTED. Plaintiffs offered Ms. Woodford as an expert in custodial matters. Court found the witness competent to testify as an expert on those matters. Exhibit 1086, 1057 moved into evidence - ADMITTED. Exhibit 1099, a corrected version of exhibit already in evidence. Exhibit 1106, 1060, 1007 moved into evidence - ADMITTED. Exhibit 1140. Exhibit 1011 moved into evidence - ADMITTED. Exhibit 1002.

4:30   Court in recess until 9:30 AM 10/23/2013.


      EXHIBITS ADMITTED: Plaintiffs' Exhibits: 1001, 1002, 1007, 1011, 1057, 1060, 1086, 1106, 1167.
                          Defense Exhibits:

Exhibits
1001 - New Code Sheet for Client Names
1002 - Expert Declaration of Jeanne Woodford in Support of Plaintiffs' Opposition, March 14, 2013, (docket no. 4380).
1007 - 114 a logs reviewed by Jeanne Woodford.
1011 - Plata SQ HC Evaluation,
1057 - September 2013 COMPSTAT Report, Chappell 09/23/2013 Deposition Exhibit No. 4.
1060 - Clinical Rounds Ad Seg July 2013, Chappell 09/23/2013 Deposition Exhibit No. 8.
1086 - Death Row Population Chart from Criminal Justice Primer, Legislative Analyst's Office, January 2013.
1106 - Photograph: SQ 335 - East Block group yards; produced by Defendants to Plaintiffs.
1167 - Prisoner JJJJ Record Excepts.