United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:  Civ. S-90-0520 LKK DAD P<br>DATE:   10/25/2013<br>Deputy Clerk: A. Rivas<br>Court Reporter: C. Bodene |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, | Debbie Vorous, |
| Krista Stone-Manista, | Patrick McKinney |
| Thomas Nolan | Maneesh Sharma |

**Proceedings: Day 9 - Evidentiary Hearing re [4638] and [4543] .**

9:30　Court in session with all counsel present. Defendants sought clarification re the Court's Order re Use of Force Videos. Defendants moved to file the redacted videos under seal. Motion DENIED.
9:43　Continued the direct examination of witness, **Jeanne Woodford**, sworn and testified on direct by Ms. Stone-Manista.
9:57　Cross-examination of witness, Ms. Woodford, by Mr. Sharma. Exhibits 1007, 1002.
10:32　Re-direct of witness Ms. Woodford by Ms. Stone-Manista. Exhibit 1007.
10:35　Nothing further, witness released.
10:36　Plaintiffs rested, subject to clarifying exhibits.
10:35　Defendants called witness, **Dr. Eric Monthei**, sworn and testified on direct by Ms. Vorous.
10:50　Court in recess.

11:05　Court back in session. Continued direct examination of witness Dr. Eric Monthei by Ms. Vorous.
12:00　Court in recess.

1:30　Court back in session with all counsel present. Continued the direct examination of witness Dr. Eric Monthei. Exhibit 1014.
2:40　Court in recess.

3:00　Court back in session with all counsel present.  Began cross-examination of witness, Dr. Eric Monthei, by Mr. Bien. Exhibit 1153 marked for identification. Exhibit 1004 moved into evidence - ADMITTED.
4:30　Court in recess until 1:30 PM 10/29/2013.

　　　EXHIBITS ADMITTED: Plaintiffs' Exhibits: 1004.

Exhibits
1004 - January 25, 2012 CDCR Memorandum and email re: specialized care for the condemned, produced by Defendants to Plaintiffs.