**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:   10/29/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: M. Babbitt/C. Bodene |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, Jane Kahn | Debbie Vorous, |
| Thomas Nolan, Krista Stone-Manista | Patrick McKinney |
| Megan Cesare-Eastman | Jessica Kim |

**Proceedings: Day 10 - Evidentiary Hearing re [4638] and [4543] .**

1:30　Court in session with all counsel present. Continued cross-examination of witness, **Dr. Eric Monthei**, by Mr. Bien. Exhibit 1004. Exhibits 1043, 1044, 1012, 1008, 1135 moved into evidence - ADMITTED.

3:00　Court in recess.

3:15　Court back in session with all counsel present. Continued cross-examination of witness, Dr. Eric Monthei, by Mr. Bien. Exhibits 1152, 1031 moved into evidence - ADMITTED. Exhibits 1131, 1133, 1148 moved into evidence under seal - ADMITTED.

3:58　Re-direct of witness, Dr. Eric Monthei, by Ms. Vorous. Exhibit O moved into evidence - ADMITTED. Exhibit 1008.

4:16　Re-cross of witness, Dr. Eric Monthei, by Mr. Bien. Exhibits 1144, 1145, 1146 moved into evidence - ADMITTED.

4:27　Further Re-direct of witness, Dr. Monthei, by Ms. Vorous, Exhibits 1146, 1144.

4:32　Nothing further. Court inquired of witness.

4:34　Nothing further, witness released.

4:34　Plaintiffs inquired re status of the videotapes. Defendants indicated 4 tapes will be lodged tomorrow (with the remaining two to follow).

4:35　Court in recess until 9:30 AM 10/30/2013.

　　　EXHIBITS ADMITTED: Plaintiffs' Exhibits: 1008, 1012, 1031, 1043, 1044, 1131, 1133, 1135, 1144, 1145, 1146, 1148, 1152.
　　　　　　　　　　　Defense Exhibits: O.

Exhibits

1008 - August 15, 2011 CDCR email and status report re: specialized care for the condemned.
1012 - January 2013 internal CDCR emails regarding the specialized care for the condemned program.
1031 - Twenty-Fifth Round Monitoring Report of the Special Master, January 18, 2013.
1043 - February 10, 2011 SCP Report with Internal CDCR email,

1044 - February 10, 2011 Budget Change Proposal Document with internal CDCR email.
1131 - December 2010 Monthly Data -Ad Seg over 60 days - Rec'd January 28, 2011.
1133 - February 2011 Monthly Data - Ad Seg over 60 days - Rec'd March 30, 2011.
1135 - August 2013 Monthly Data - rounds in Seg units - Rec'd Oct 2, 2013.
1144 - January 2011 Monthly Data - staffing -Rec'd Feb 25, 2011.
1145 - January 2011 Monthly Data - staffing -Rec'd March 1, 2012.
1146 - January 2011 Monthly Data - staffing -Rec'd March 1, 2013.
1148 - July 2013 Monthly Data - ASU over 90 days - Rec'd Sept. 4, 2013.
1152 - Decl. Monthei Supp. Reply Mot. Terminate. CDCR Division of Mental Health Audit.

O - Mental Health Services Delivery System Program Guide Revision 2009