**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>                    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br>                    Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:    10/30/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: M. Babbitt/C. Bodene |

For the Plaintiffs

Michael Bien,  Jane Kahn

Thomas Nolan, Krista Stone-Manista

Megan Cesare-Eastman

For the Defendants

Debbie Vorous,

Jay Russell

Jessica Kim

**Proceedings: Day 11 - Evidentiary Hearing re [4638] and [4543] .**

9:30    Court in session  with all counsel present. Defendants called witness, **Dr. Paul Burton**, sworn and testified on direct by Ms. Vorous. Exhibit P moved into evidence - ADMITTED. Exhibit Q marked for identification. Plaintiffs objected. Exhibit R moved into evidence under seal - ADMITTED.

10:45   Court in recess.

11:00   Court back in session with all counsel present. Continued direct examination of witness, Dr. Paul Burton. Exhibits R, 1138b, 1138c.

11:39   Nothing further. Court inquired of witness.

11:41   Began cross-examination of witness, Dr. Paul Burton, by Mr. Nolan.

12:00   Court in recess.

1:30    Court back in session with all counsel present. Continued cross-examination of witness, Dr. Paul Burton, by Mr. Nolan. Exhibit 1139 moved into evidence - ADMITTED. Exhibits 1082,  1138.

3:00    Court in recess.

3:15    Court back in session with all counsel present. Continued cross-examination of witness, Dr. Paul Burton, by Mr. Nolan. Exhibits 1118, 1119, 1121. Exhibit 1121a moved into evidence under seal - ADMITTED.

3:38    Re-direct of witness, Dr. Paul Burton, by Ms. Vorous. Exhibit 1082.

3:52    Re-cross of witness, Dr. Burton, by Ms. Nolan.

3:54    Nothing further. Court inquired of witness.

3:58    Further Re-direct by Ms. Vorous. Exhibit 1082.

4:00    Further Re-cross by Mr. Nolan.

4:01    Nothing further, witness released.

4:02    Plaintiffs inquired re status of the 2 remaining videos. Defendants indicated the videos would be provided the next day.

4:10    Court in recess until 9:30 AM 10/31/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 1121a, 1139.
Defense Exhibits: P, R.


Exhibits

1121a - Prisoner DDD Medication Record Excerpts.
1139 - Record Excerpts for Prisoner FFFF.

P - Current CV for Dr. Paul Burton
R - Medical Records.