1    KAMALA D. HARRIS
     Attorney General of California
2    JONATHAN L. WOLFF
     Senior Assistant Attorney General
3    JAY C. RUSSELL
     Supervising Deputy Attorney General
4    DEBBIE J. VOROUS, SBN 166884
     JESSICA S. KIM, SBN 257766
5    MANEESH SHARMA, SBN 280084
     Deputy Attorney General
6      1300 I Street, Suite 125
       P.O. Box 944255
7      Sacramento, CA 94244-2550
       Telephone:  (916) 324-5345
8      Fax:  (916) 324-5205
     E-mail:  Jay.Russell@doj.ca.gov
9    *Attorneys for Defendants*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14 **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| 15                          Plaintiffs, | **NOTICE OF LODGING REDACTED** |
| 16             **v.** | **VIDEO EXHIBITS** |
| 17 | |
| 18 **EDMUND G. BROWN JR., et al.,** | |
| 19                          Defendants. | |

20   ///

21   ///

22   ///

23

24

25

26

27

28

                                    1

1     **PLEASE TAKE NOTICE THAT** under Local Rule 140(b) and in compliance with the

2   Court's October 22, 2013 Order, Defendants have lodged redacted copies of the six videos

3   received in to evidence as Plaintiff's Exhibits 3, 5, 9, 11, 13, and 19.  Attached as Exhibit A is the

4   October 22, 2013 Order.

5   Dated:  October 31, 2013                                     Respectfully submitted,

6                                                                KAMALA D. HARRIS
                                                                 Attorney General of California
7
                                                                 */s/ Jay C. Russell*
8

9                                                                JAY C. RUSSELL
                                                                 Supervising Deputy Attorney General
10                                                               *Attorneys for Defendants*

11  CF1997CS0003
    40807241
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28