1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE J. VOROUS, SBN 166884
   JESSICA S. KIM, SBN 257766
5  MANEESH SHARMA, SBN 280084
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5345
8   Fax: (916) 324-5205
   E-mail: Debbie.Vorous@doj.ca.gov
9  *Attorneys for Defendants*

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **NOTICE OF LODGING UNREDACTED VIDEO EXHIBITS UNDER SEAL** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

///

///

///

1

1   **PLEASE TAKE NOTICE THAT** under Local Rules 140(b) and 141, and in compliance

2   the Court's October 22, 2013 Order, Defendants have lodged under seal unredacted copies of the

3   six videos received in to evidence as Plaintiff's Exhibits 3, 5, 9, 11, 13, and 19. Attached as

4   Exhibit A is the October 22, 2013 Order.

5   Dated: October 31, 2013                    Respectfully submitted,

6                                              KAMALA D. HARRIS
                                               Attorney General of California
7
                                               */s/ Jay C. Russell*
8

9                                              JAY C. RUSSELL
                                               Supervising Deputy Attorney General
10                                             *Attorneys for Defendants*

11  CF1997CS0003
    40807242.doc
12

2