UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiffs have filed a motion for an order governing the handling of video exhibits offered into evidence at the evidentiary hearing in this matter which commenced on October 1, 2013 (ECF No. 4877). After consideration of the arguments of counsel and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' October 20, 2013 motion (ECF No. 4877) is granted in part.

2. As soon as practicable defendants shall lodge with the court and serve on plaintiffs' counsel redacted copies of the six videos received into evidence as Plaintiffs' Exhibits 3, 5, 11, 9, 13 and 19. Plaintiffs shall bear the cost of the copies provided to them. The copies provided to plaintiffs' counsel

1

1  shall be for use in this litigation only and shall not be shared
2  with any member of the plaintiff class.  Plaintiffs shall
3  maintain all copies of the redacted videos in their possession
4  pursuant to the terms of the Modified Protective Order filed in
5  this action on January 12, 2007 and paragraph 2(a) of this
6  court's September 26, 2013 order (ECF No. 4833) and shall return
7  all copies to defendants at the conclusion of any appellate
8  proceedings that may follow this court's resolution of the use of
9  force issues raised by the motion at bar.

10     3.  Defendants shall forthwith lodge under seal unredacted
11  copies of the same videos.  Plaintiffs' motion for copies of the
12  unredacted videos is denied.

13     4.  The unredacted videos shall be maintained under seal
14  until further order of the court.

15     5.  Nothing in paragraph 2(a) of this court's September 26,
16  2013 order (ECF No. 4833) shall preclude the Clerk of the Court
17  from permitting review and/or copying of redacted videos in a
18  manner consistent with Clerk's office policy for access to and
19  copying of matters in the public record.

20     IT IS SO ORDERED.
21     DATED: October 22, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT