**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>            Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>            Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:    10/31/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: M. Babbitt/C. Bodene |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, | Debbie Vorous, |
| Thomas Nolan, | Jay Russell, |
| Krista Stone-Manista | Jessica Kim |

**Proceedings: Day 12 - Evidentiary Hearing re [4638] and [4543] .**

9:40   Court in session with all counsel present. Defendants called witness, **Dr. Christopher Wadsworth**, sworn and testified on direct by Ms. Vorous. Exhibit S moved into evidence - ADMITTED. Exhibit 1014.

10:47  Court in recess.

11:05  Court back in session with all counsel present. Continued direct examination of witness Dr. Christopher Wadsworth by Ms. Vorous. Exhibit T moved into evidence under seal - ADMITTED.

11:36  Cross-examination of witness, Dr. Christopher Wadsworth, by Mr. Nolan. Exhibit 10E moved into evidence - ADMITTED.

12:00  Court in recess.

1:45   Court back in session with all counsel present. Continued cross-examination of witness, Dr. Christopher Wadsworth, by Mr. Nolan. Exhibits 10E, 1137. Exhibit 1175 moved into evidence. Objection by defendants. Exhibit withdrawn. 1178 moved into evidence - ADMITTED.

2:27   Re-direct of witness, Dr. Wadsworth, by Ms. Vorous. Exhibit T.

2:35   Re-cross of witness by Mr. Nolan.

2:36   Nothing further, witness released.

2:37   Defendants rested.

2:37   Plaintiffs rebuttal by Mr. Bien. Offered additional documents into evidence: Exhibit 1001 substituted copy of inmate key - ADMITTED. Exhibits 1100, 1101 moved into evidence - ADMITTED. Plaintiffs moved the admission of exhibit 1165 - withdrawn. Exhibits 1077, 1046, 1074, 1079, 1080, 1081, 1078, 1079 moved into evidence under seal - ADMITTED.

2:55   Court in recess.

3:20   Court back in session with all counsel present. Began closing arguments by Mr. Bien.

4:20   Court in recess until 9:30 AM 11/01/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 10E, 1001, 1046, 1074, 1076, 1077, 1078, 1079, 1080, 1081, 1100, 1101, 1178.
Defense Exhibits: S, T.

Exhibits
10E - Medical Records for inmate E.
1001 - Latest inmate Key.
1046 - April 13, 2012 Concept Paper for SCP, sent by Defendants to Plaintiffs and Special Master.
1074 - Defendants' notification of and documents related to suicide of condemned prisoner, date of death 10/09/2008
1076 - Defendants' notification of and documents related to suicide of condemned prisoner, date of death 06/16/2009
1077 - Defendants' notification of and documents related to suicide of condemned prisoner, date of death 08/28/2010
1078 - Defendants' notification of and documents related to suicide of condemned prisoner, date of death 12/20/2010
1079 - Defendants' notification of and documents related to suicide of condemned prisoner, date of death 11/17/2011
1080 - Defendants' notification of and documents related to suicide of condemned prisoner, date of death 05/27/2012
1081 - Defendants' notification of and documents related to suicide of condemned prisoner, date of death 08/26/2012
1100 - Photograph: SQ 328 - Adjustment Center group cages, produced by Defendants to Plaintiffs.
1101 - Photograph: SQ 329 - Adjustment Center group cages, produced by Defendants to Plaintiffs.
1178 - Excerpts of the most recent report of Dr. Patterson at docket 4376.

S - Dr. Christopher Wadsworth CV.
T - Prisoner E Medical Records.


Parties stipulated and identified the following exhibits as those ADMITTED into evidence pursuant to the Court's order re the Declarations: 100 - 147, 149 - 183, 1002 - 1009, 1011 - 1025.

100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, *112, 113, 114, 115, 116, 117, *118, 119, 120, 121, 122, 123, *124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, *159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, *180, *181, 182, 183, *1002, *1003, *1004, 1005, 1006, *1007, *1008, 1009, *1011, *1012, *1013, *1014, 1015, 1016, 1017, 1018, 1019, 1020, 1021, 1022, 1023, 1024, 1025.

*Exhibit previously admitted.