IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>     Defendants. | NO. 2:90-cv-0520 LKK DAD (PC)<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>     Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER GRANTING MOTION BY NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC. TO FILE AMICUS CURIAE BRIEF |

The NAACP Legal Defense and Educational Fund, Inc.'s unopposed motion to file the amicus curiae brief contained in the motion is hereby GRANTED. The parties shall not file any responses to the amicus brief unless otherwise ordered.

**IT IS SO ORDERED.**

Dated:   11/01/13

*/s/ Stephen Reinhardt*
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 11/01/13

_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 11/01/13

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA