KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
PATRICK McKINNEY – 215228
Supervising Deputy Attorney General
DEBBIE VOROUS - 166884
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:   Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' STATEMENT THAT NO TRANSCRIPT WILL BE ORDERED** |

Consistent with Federal Rule of Appellate Procedure 10(b)(1)(B) and Circuit Rule

10-3.1(a), Defendants inform the Court and the parties that they do not intend to order any transcripts in conjunction with their Notice of Appeal of this Court's September 24, 2013 Order.  (*See Plata* Dock. No. 2734; *Coleman* Dock. No. 4890.)

DATED: November 4, 2013                    HANSON BRIDGETT LLP


                                           By:    */s/ Paul B. Mello*
                                                  PAUL B. MELLO
                                                  Attorneys for Defendants

DATED: November 4, 2013                    KAMALA D. HARRIS
                                           Atorney General of the State of California


                                           By:    */s/ Patrick R. McKinney*
                                                  PATRICK R. MCKINNEY
                                                  Supervising Deputy Attorney General
                                                  Attorneys for Defendants