**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>          Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>          Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:    11/01/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene/M. Babbitt |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, | Debbie Vorous, |
| Jane Kahn | Jay Russell |

**Proceedings: Day 13 - Evidentiary Hearing re [4638] and [4543] .**

9:30   Court in session with all counsel present. Plaintiffs indicated that the lodged redacted videos are not redacted appropriately. After further discussion, the Court ordered the redacted disk returned to defendants counsel to further redact names. Once the tapes are properly redacted they are to be re-lodged.
9:39   Began defendants closing arguments by Ms. Vorous.
10:39  Court in recess.

10:58  Court in session with all counsel present. Began Rebuttal Closing Arguments by Mr. Bien.
11:28  Upon the parties' filing of briefs, the matter [4543] will stand SUBMITTED.
11:35  Court in recess until 10:30 AM 11/05/2013.