UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

   v.                                   **CASE NO. 2:90–CV–00520–LKK–DAD**

**JOHN S. ZIL, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **October 24, 2013** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 6, 2013

                          **MARIANNE MATHERLY
CLERK OF COURT**

                     **by:** /s/ M. Dillon

                            Deputy Clerk