UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

**RE:**      **RALPH COLEMAN vs. JOHN S. ZIL**
**USDC No.:**   **2:90–CV–00520–LKK–DAD**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated October 24, 2013 , transmitted herewith are the following documents.

**Electronic Documents: 4831 to 4889.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**November 6, 2013**       /s/ **M. Dillon**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: