**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:　Civ. S-90-0520 LKK DAD P<br>DATE:　11/05/2013<br>Deputy Clerk:　A. Rivas<br>Court Reporter: C. Bodene |

For the Plaintiffs

Michael Bien,  Jane Kahn, Lori Rifkin

Jeffrey Bornstein, Megan Cesare-Eastman

Jon Michaelson, Ranjini Acharya

For the Defendants

Debbie Vorous,

Patrick McKinney

**Proceedings: Day 14 - Evidentiary Hearing re [4638] .**

10:30　Court in session  with all counsel present. Defendants called witness, **Steve Martin**, sworn and testified on direct by Mr. Patrick McKinney. Exhibit AA moved into evidence - ADMITTED.

10:43　Defendants tendered Mr. Martin as an expert on use of force and the inmate disciplinary process. No voir dire by Plaintiffs. Court found the witness competent to express opinions within the area of his expertise. Exhibits I, J. Exhibit K moved into evidence - ADMITTED. Exhibit AH moved into evidence under seal - ADMITTED. Exhibit 33 (as 33a, 33b, 33c) moved into evidence under seal - ADMITTED.

12:00　Court in recess.

2:00　Court back in session with all counsel present. Defendants' counsel indicated a further redacted copy of the videotape has been provided. Disk will be forwarded to the clerk for lodging in the court file.  Continued direct examination of witness Steve Martin by Mr. McKinney. Exhibits 2, 4, 18, 12, 8, 20a. Exhibits AE, AF, AG, AI, AL, AJ  moved into evidence - ADMITTED.

3:00　Court in recess.

3:15　Court back in session with all counsel present. Continued the direct examination of witness, Steve Martin, by Mr. McKinney.

3:40　Cross-examination of witness, Steve Martin, by Mr. Bornstein. Exhibit 95 moved into evidence -  objection was sustained. Exhibit 95 may be used for illustrative purposes.

4:30　Court in recess until 9:30 AM 11/06/2013.

　　　　EXHIBITS ADMITTED: Plaintiffs' Exhibits: 33a, 33b, 33c.
　　　　　　　　　　　Defense Exhibits: K, AA, AE, AF, AG, AH, AI, AJ, AL.

 Exhibits
33a - Inmate Q records.
33b - Inmate Q records.

33c - Inmate Q records.

K - Martin Audit Observations
AA - CV for Mr. Steve Martin
AE - Incident Report for Inmate.
AF - Incident Report for Inmate.
AG - Incident Report for Inmate.
AH - Incident Report for Inmate.
AI - Incident Report for Inmate.
AJ - Incident Report for Inmate.
AL - Incident Report for Inmate.