KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA S. KIM, State Bar No. 257766
Deputy Attorneys General
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                      Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF MICHELLE WILLIAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE: USE OF FORCE AND DISCIPLINARY MEASURES** |

I, Michelle Williams, declare as follows:

1. I am a duly authorized custodian of records for the California Department of Corrections and Rehabilitation (CDCR). I work in the health records center in Elk Grove, California.

2. In September 2013, my office was asked to produce medical and mental health records for Inmate B.

///

1

Decl. of Michelle Williams Supp. Defs.' Opp'n. to Pls.' Mot. Re: Use of Force and Disciplinary Process
(2:90-cv-00520 LKK DAD PC)

3. On or about September 13, 2013, I transmitted a copy of the requested medical records to CDCR's Office of Legal Affairs for the purpose of discovery to Coleman plaintiffs' attorneys. The records consisted of 1108 pages transmitted electronically.

4. Defendant's Exhibit A is included within that document at pages 1011 and 1012.

5. The records produced are true copies of original records maintained by CDCR regarding Inmate B that were requested by the Coleman plaintiffs.

6. The records were kept in the course of the regularly conducted business activity of CDCR and were prepared as a regular practice and custom.

7. The records were prepared by the personnel of CDCR in the ordinary course of business at or near the time of the act, condition, diagnosis, or event, reported thereon, and by a person or persons with knowledge of and a business duty to record or transmit those matters.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed in Elk Grove, California on November 4, 2013.

*/s/ Michelle Williams*

Michelle Williams

*(original signature retained by attorney)*

2

Decl. of Michelle Williams Supp. Defs.' Opp'n. to Pls.' Mot. Re: Use of Force and Disciplinary Process
(2:90-cv-00520 LKK DAD PC)