### United States District Court
### Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:    11/06/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: C. Bodene/M. Babbitt |

For the Plaintiffs

Michael Bien,  Jane Kahn, Lori Rifkin

Jeffrey Bornstein, Megan Cesare-Eastman

Jon Michaelson, Ranjini Acharya

For the Defendants

Debbie Vorous,

Patrick McKinney

**Proceedings: Day 15 - Evidentiary Hearing re [4638] .**

9:30　Court in session with all counsel present. Continued cross-examination of witness, **Steve Martin**, by Mr. Bornstein. Exhibits 62C, N. Exhibit 1085 marked for identification. Counsel made an offer of proof regarding exhibit 1085. Exhibit 1085 moved into evidence, subject to Ms. Rifkin laying the foundation. Exhibit 1085 - Conditionally ADMITTED.

10:30　Court in recess.

10:45　Court back in session with all counsel present. Continued direct examination of witness Steve Martin by Mr. Bornstein. Exhibit 159. Exhibit 160 moved into evidence - ADMITTED.

12:00　Court in recess.

1:30　Court back in session with all counsel present. Continued direct examination of witness Mr. Martin.

2:02　Re-direct of witness, Steve Martin, by Mr. McKinney. Exhibit U marked and moved into evidence - ADMITTED.

2:45　Court in recess.

3:00　Court back in session. Continued re-direct of witness, Steve Martin, by Mr. McKinney.

3:07　Nothing further, witness excused.

3:09　Nothing further. Defendants rested. Plaintiffs' counsel (Ms. Cesare-Eastman)  noted for the record the exhibit numbers for all of the declarations and exhibits ordered ADMITTED (re Use of Force): 100 through 111, 113 through 117, 119 through 123, 125 through 147, 149 through 158, 161 through 179, 182 through183 - under seal.

Court granted counsel's request to SEAL admitted inmate records that were not deemed under seal: 4a, 4b, 4c, 4d, 8e, 10d, 12a, 12b, 12c, 12d, 23a, 23b, 23d, 25a, 25b, 25c, 46, 47,  A,  C,  D, E, F, G, H, AE, AF, AG, AH, AI, AJ, AL.

3:30　Court in recess until 9:30 AM 11/07/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits:160, 1085.
Defense Exhibits: U.

Exhibits
160 - OIG Use of Force Rpt. Jan-June 2012
1085 - Website Report

U - Notes prepared by Steve Martin.