# United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:   11/07/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: M. Babbitt/C. Bodene |

For the Plaintiffs

Michael Bien,  Lori Rifkin

Jeffrey Bornstein, Megan Cesare-Eastman

Jon Michaelson, Ranjini Acharya

For the Defendants

Debbie Vorous,

Patrick McKinney

**Proceedings: Day 16 - Evidentiary Hearing re [4638] .**

9:30　Court in session with all counsel present. Plaintiffs and defendants to provide the court with a list of ten documents they believe are indispensable for the court to have reviewed.
9:35　Plaintiffs closing arguments presented by Mr. Bornstein.
10:25　Court in recess.

10:40　Court back in session with all counsel present.  The parties stipulated to the admission of exhibit 1085. Exhibit 1085 ADMITTED.  Began defendants' closing arguments presented by Mr. McKinney.
11:32　Court in recess.

1:32　Court back in session with all counsel present.  Plaintiffs' rebuttal arguments presented by Mr. Bornstein.
1:50　Court is adjourned.


　　　EXHIBITS ADMITTED: Plaintiffs' Exhibits:1085.