✎AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER |
|---|---|---|---|---|---|
| 10/01/2013 | 2:90CV00520 | A. Rivas | | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Eldon Vail  (10/01) | 1:45 | | | | |
| Eldon Vail  (10/02) | 9:20 | | | | |
| Edward Kaufman (10/02) | 10:35 | 2:01 | 3:29 | 3:38 | |
| Eldon Vail  (10/02) | 3:45 | | | | |
| Dr. Pablo Stewart (10/16) | 10:38 | 2:01 | 3:57 | ----------------- | |
| Eldon Vail  (10/17) | 9:35 | 3:29 | | | |
| Eldon Vail  (10/18) | | 9:35 | ----------------- | ----------------- | |
| Megan Cesare-Eastman (10/18) | 10:23 | 11:12 | ----------------- | ----------------- | |
| Dr. Ernest Wagner (10/22) | 10:41 | 11:08 | 2:36 | ----------------- | |
| Dr. John Lindgren  (10/22) | 3:11 | | | | |
| Dr. John Lindgren  (10/23) | 9:30 | 9:39 | 10:37 | 10:38 | |
| Michael Stainer (10/23) | 11:00 | 3:46 | | | |
| Michael Stainer (10/24) | | 9:47 | 10:32; 11:17 | 11:09 | |
| Dr. Bennie Carter (10/24) | 11:22 | 1:37 | 3:12 | ----------------- | |
| Jeanne Woodford  (10/24) | 3:18 | | | | |
| Jeanne Woodford  (10/25) | 9:43 | 9:57 | ----------------- | ----------------- | |
| Dr. Eric Monthei  (10/25) | 10:38 | 3:00 | | | |
| Dr. Eric Monthei  (10/29) | | 1:30 | 3:57; 4:27 | 4:16 | |
| Dr. Paul Burton  (10/30) | 9:35 | 11:41 | 3:38; 3:58 | 3:52; 4:00 | |
| Dr. Christopher Wadsworth  (10/31) | 9:40 | 11:36 | 2:27 | 2:35 | |
| Steve Martin  (11/05) | 10:37 | 3:40 | | | |
| Steve Martin  (11/06) | | 9:32 | 2:03 | ----------------- | |