DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
MEGAN CESARE-EASTMAN – 253845
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>              Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** MOTION *IN LIMINE* **TO EXCLUDE OR LIMIT IMPROPER TESTIMONY OFFERED BY NON-RETAINED WITNESSES AND TO COMPEL ADEQUATE DISCLOSURES**<br><br>Judge: Hon. Lawrence K. Karlton |

[1010485-3]

1  Plaintiffs' Motion *In Limine* to Exclude or Limit Improper Testimony Offered By
2  Non-Retained Witnesses and to Compel Adequate Disclosures came on for hearing before
3  this Court _____.  The Court, having considered the pleadings, [oral argument,] and
4  the entire record in this case, and good cause appearing, hereby GRANTS Plaintiffs'
5  Motion.  It is hereby ORDERED AS FOLLOWS:
6      1.  Testimony offered by percipient witnesses that contains expert opinion but
7  fails to satisfy the requirements of Federal Rules of Evidence 403, 702, and 703 shall be
8  found inadmissible or afforded little to no weight;
9      2.  Any non-retained expert witness opinion that is not properly disclosed at
10 least seven days prior to the expert's testifying at the evidentiary hearing shall be excluded;
11     3.  Disclosures for any non-retained expert shall include the subject matter of
12 the testimony, including a summary of the facts and opinion on which the non-retained
13 expert is expected to testify and any underlying data and documents;
14     4.  Following Defendants' disclosure of any non-retained expert, Plaintiffs shall
15 have an opportunity to depose the witness upon request and prior to the date of the
16 witness's testimony in court.
17 **IT IS SO ORDERED.**
18
19 DATED: _____, 2013
20
21
22  Lawrence K. Karlton
    Senior Judge of the United States District Court
23
24
25
26
27
28

[1010485-3]

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE OR LIMIT IMPROPER
TESTIMONY OFFERED BY NON-RETAINED WITNESSES AND TO COMPEL ADEQUATE DISCLOSURES