UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I" Street, Suite 4-200
SACRAMENTO, CAL 95814



FILED
NOV 0 7 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## RECEIPT FOR TRIAL EXHIBITS

CASE NO.: __Civ. S-90-0520 LKK__

TITLE: __COLEMAN__ v. __BROWN__           re [4543]

**EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:**

**Plaintiff's Exhibits:**
DSH Inpatient Programs

**Defendant's Exhibits:**

RECEIVED BY: _____ (SIGNATURE)
Name: Lori Rifkin
COUNSEL FOR: Plaintiff/Defendant
DATE RECEIVED: 11/7/13

Courtroom Deputy

*********************************************************************
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I" Street, Suite 4-200
SACRAMENTO, CAL 95814

## RECEIPT FOR TRIAL EXHIBITS

CASE NO.: **Civ. S-90-0520 LKK**

TITLE: **COLEMAN** v. **BROWN**

**EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:**

**Plaintiff's Exhibits:**

**Defendant's Exhibits:**
Department of State Hospital Inpatient Programs

RECEIVED BY: _[signature]_ (SIGNATURE)
Name: Debbie Vorous
COUNSEL FOR: Plaintiff/(Defendant)
DATE RECEIVED: 11/7/2013

_[signature]_
Courtroom Deputy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.