UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I" Street, Suite 4-200
SACRAMENTO, CAL 95814



FILED
NOV 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## RECEIPT FOR TRIAL EXHIBITS

CASE NO.: **Civ. S-90-0520 LKK**

TITLE: **COLEMAN** v. **BROWN**

re [4543] [4638]

EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:

**Plaintiff's Exhibits:** SQ Condemned & UOF & Disciplinary Process

**Defendant's Exhibits:**

RECEIVED BY: _____ (SIGNATURE)

Name: Lon Rifkin

COUNSEL FOR: Plaintiff/Defendant

DATE RECEIVED: 11/7/13

_____
Courtroom Deputy

*************************************************************************
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I" Street, Suite 4-200
SACRAMENTO, CAL 95814

## RECEIPT FOR TRIAL EXHIBITS

CASE NO.: Civ. S-90-0520 LKK

TITLE: **COLEMAN** v. **BROWN**

**EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:**

**Plaintiff's Exhibits:**

**Defendant's Exhibits:**
San Quentin Condemned and CDCR Use of Force and Disciplinary Process

RECEIVED BY: _Debby Vargas_ (SIGNATURE)

Name: Debbie Vargas

COUNSEL FOR: Plaintiff/(Defendant)

DATE RECEIVED: 11/7/2013

Courtroom Deputy

**********************************************************************
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.