KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
Deputy Attorneys General
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**UPDATE TO COURT REGARDING ONGOING CONSTRUCTION PROJECTS AT CALIFORNIA MEN'S COLONY, CALIFORNIA STATE PRISON SACRAMENTO, SALINAS VALLEY STATE PRISON, AND CALIFORNIA HEALTH CARE FACILITY** |

## I.   INTRODUCTION

Each month, Defendants provide the Special Master and Plaintiffs' counsel with updated activation schedules showing all actions taken on the court-approved, long-range construction projects. These projects include the 50-bed Mental Health Crisis Bed unit at California Men's Colony, the 128-bed Psychiatric Services Unit at California State Prison, Sacramento, the treatment and office space project for Enhanced Outpatient Program inmates at Salinas Valley

1

State Prison, and the California Health Care Facility. To keep the Court informed of Defendants' progress on these construction projects, Defendants now provide this update.

This fall, Defendants fully activated two new housing facilities: (1) the new 50-bed Mental Health Crisis Bed unit at California Men's Colony; and (2) the new 128-bed Psychiatric Services Unit at California State Prison, Sacramento. In addition, the California Department of Corrections and Rehabilitation (CDCR) activated a new treatment and office space facility for the Enhanced Outpatient Program at Salinas Valley State Prison on August 20, 2013. And staff have started treating inmates in the facility. Due to changes in inmate population and the need to convert existing housing units, CDCR does not expect to complete activation of this facility until late January 2014.

The existing activation schedule for the California Health Care Facility anticipates that all patient admissions will be completed by December 8, 2013. As of November 21, 2013, the Department of State Hospitals (DSH) expects to have fully activated 325 of the 514 scoped intermediate and acute beds. Although the State Department of Public Health has licensed all the units in the new facility, the nation-wide shortage of psychiatrists has hampered DSH's ability to fully activate all the intermediate and acute care units. DSH is continuing its efforts to recruit and fully staff all of the units.

Defendants remain committed to ensuring constitutionally sufficient beds for inmates with mental health needs. To that end, Defendants will keep the Court apprised of the developments regarding the new treatment and office space facility at Salinas Valley State Prison and the new California Health Care Facility and will, if appropriate, move to modify the existing bed plan.

## II.   UPDATE TO COURT

**A.   50-Bed Mental Health Crisis Bed Unit at California Men's Colony.**

Construction of this new 50-bed mental health crisis bed unit is complete except for some remaining punch-list items and remedial construction work. (Vorous Decl. ¶ 2 & Ex. 1.) Patient admissions began in August and the unit has been fully occupied since September 17, 2013. (*Id.*)

2

Defs.' Update to Court Regarding Ongoing Construction Projects  (2:90-cv-00520 LKK JFM PC)

B.   **128-Bed Psychiatric Services Unit at California State Prison, Sacramento.**

This 128-Bed Psychiatric Services Unit at California State Prison, Sacramento is now completed and fully occupied. (Vorous Decl. ¶ 3 & Ex. 2.) Activation started in late August and was finished on September 30, 2013. (*Id.*)

C.   **Treatment and Office Space Project at Salinas Valley State Prison.**

Construction of the new treatment and office space facility for the Enhanced Outpatient Program at Salinas Valley State Prison is complete except for some minor punch-list items. (Vorous Decl. ¶ 4 & Ex. 3.) CDCR started activating the building on August 20, 2013, moved staff into the building, and began treating a small number of Level IV Enhanced Outpatient Program inmates in the facility. (Vorous Decl. ¶¶ 4-5 & Exs. 3 & 4.) The new treatment and office space facility was designed and scoped to treat 300 Enhanced Outpatient Program inmates housed in Facility A—a Level IV Special Needs Yard facility. (Vorous Decl. ¶ 5 & Ex. 4.) CDCR expected to complete activation on October 2, 2013, but due to an unforeseen shift in population need, it is converting Facility A from a Level IV to a Level III Special Needs Yard facility. (*Id.*) Specifically, CDCR has seen a significant reduction in the need for Level IV beds and a growing need for Level II and III Special Needs Yard beds. (*Id.*) CDCR started the conversion the week of November 11, 2013, and expects to move the existing population on a phased basis as soon as possible but no later than November 25, 2013, and to have the facility fully activated by the week of January 27, 2014. (Vorous Decl. ¶¶ 4-5 & Exs. 3 & 4.)

Although the new treatment and office space facility is scoped for 300 Enhanced Outpatient Program inmates, the current need is for 150 inmates. (Vorous Decl. ¶ 5 & Ex. 4.) Nonetheless, Defendants are not seeking at this time to change the scope of the facility. As the Court has recognized, revisions to the long-range mental health bed plan should be considered if warranted by a change in the inmate population. (ECF No. 3761 at 3:15-18.) Defendants are proceeding with this conversion transparently, will keep the Court informed of any further change to this project, and will, if appropriate, move to modify the bed plan.

3

Defs.' Update to Court Regarding Ongoing Construction Projects (2:90-cv-00520 LKK JFM PC)

D. **California Health Care Facility.**

On January 4, 2010, this Court ordered that Defendants file a new activation schedule for the California Health Care Facility in Stockton that reflects patient admissions completed to full occupancy by 2013. (ECF No. 3761 ¶ 1.a.)[1] Defendants filed their schedule on February 3, 2010, indicating that they expected to complete admissions on December 8, 2013. (ECF No. 3794-2 at 4.) The schedule further noted that "[Department of Mental Health] will make every effort to comply with the proposed timelines, but success is dependent on recruitment and staffing." (*Id.*)

Patient admission to the new Stockton facility started on July 22, 2013. (Vorous Decl. ¶ 6 & Ex. 5.) The Department of Public Health has licensed all the DSH and CDCR-operated mental-health units at the new Stockton facility. (Price Decl. ¶ 3.) To date, DSH has fully activated ten units for intermediate and acute care patients. (*Id.*) One additional unit is scheduled to be opened on November 21, 2013. (*Id.*) At that point, there will be six units left to activate. (*Id.*) Translated into inpatient beds, DSH will have fully activated 325 of the total 514 scoped intermediate and acute care beds. (*Id.*) Given significant challenges with recruiting and staffing psychiatrist positions, DSH does not presently know whether it will fully activate the remaining six units (or fully activate the remaining 189 beds) by December 31, 2013. (*Id.* ¶ 4.)

DSH has diligently recruited and staffed psychiatrist positions, but applications have slowed considerably this fall. (Price Decl. ¶ 5.) DSH continues to aggressively recruit and make offers of employment. (*Id.*) DSH will not activate the remaining units until it achieves sufficient staffing to ensure proper patient-psychiatrist ratios. (*Id.* ¶ 7.) Any delay in fully activating and occupying the remaining DSH operated beds at the new Stockton facility will likewise result in changing the dates set out in the State's Blueprint for converting the temporary intermediate and acute beds back to CDCR to operate as outpatient and general population beds. (*Id.* ¶ 6.) To that end, DSH is continuing to make every effort to recruit and hire staff and to proceed with this process transparently and collaboratively with the Special Master, as has been the case during the

---

[1] In January 2010, the parties referred to the California Health Care Facility as the "Consolidated Care Center."

4

Defs.' Update to Court Regarding Ongoing Construction Projects (2:90-cv-00520 LKK JFM PC)

Special Master's Team's recent site visits to the new facility. (*Id.* ¶ 7.) That will continue to be the case during their visit scheduled for December. (*Id.*) Defendants expect to reevaluate this process and, if appropriate, move to modify their bed plan to reflect any delay in the full activation and occupancy of the remaining DSH-operated units.

Dated: November 15, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

/s/ Debbie Vorous

DEBBIE VOROUS
Deputy Attorney General
Attorneys for Defendants

5

Defs.' Update to Court Regarding Ongoing Construction Projects  (2:90-cv-00520 LKK JFM PC)