KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
Deputy Attorneys General
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF STIRLING PRICE IN SUPPORT OF UPDATE TO COURT REGARDING ONGOING CONSTRUCTION PROJECT AT CALIFORNIA HEALTH CARE FACILITY** |

I, Stirling Price, declare:

1. I am the Executive Director for the Department of State Hospitals' program at the new California Health Care Facility in Stockton. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' update to the Court regarding DSH's ongoing construction project at the California Health Care Facility.

1

Price Decl. Supp. Defs.' Update to Court Regarding Ongoing Construction Project
(2:90-cv-00520 LKK JFM PC)

2. As the Executive Director for DSH's program at the new California Health Care Facility in Stockton, I am familiar with the State's bed plan and activation schedule for this facility. I am also familiar with staffing for the Stockton facility and the plans and steps taken to address staffing.

3. Patient admissions to the new Stockton facility started on July 22, 2013. The Department of Public Health has licensed all the DSH and CDCR operated units at the new Stockton Facility. To date, DSH has fully activated ten units for intermediate and acute care patients. One additional unit is scheduled to be opened on November 21, 2013. At that point, there will be six units left to activate. Translated into inpatient beds, DSH will have fully activated 325 of the total 514 scoped intermediate and acute beds. Below is a chart reflecting the activation breakdown for the intermediate and acute beds:

As of 11/21/13:

| ICF | | | Acute | | |
| --- | --- | --- | --- | --- | --- |
| Activated | Remaining (not activated) | Total | Activated | Remaining (not activated) | Total |
| 270 | 162 | 432 | 55 | 27 | 82 |

4. Given significant challenges with recruiting and staffing psychiatrist positions, DSH does not presently know whether it will fully activate and occupy the remaining six units (or fully activate and occupy the remaining 189 beds) by December 31, 2013.

5. DSH has diligently recruited and staffed psychiatrist positions, but applications have slowed considerably this fall. I continue to work with DSH staff to aggressively recruit and make offers of employment. But in spite of our extensive and best efforts, most of these offers or tentative commitments have not resulted in employment. For instance, some candidates accepted positions at Kaiser Permanente and other private sector organizations.

6. Any delay in fully activating and occupying the remaining DSH operated beds at the new Stockton facility will likewise result in changing the dates set out in the State's Blueprint for converting all the temporary intermediate and acute beds back to CDCR to operate as outpatient and general population beds. The Blueprint calls for the State to deactivate, in conjunction with

2

Price Decl. Supp. Defs.' Update to Court Regarding Ongoing Construction Project
(2:90-cv-00520 LKK JFM PC)

activating the new Stockton facility, a total of 242 intermediate care beds at the Salinas Valley Psychiatric Program and 68 acute and 140 intermediate care beds at the Vacaville Psychiatric Program.

7. To that end, DSH is continuing to make every effort to recruit and hire staff and to proceed with this process transparently and collaboratively with the Special Master, as has been the case during the Special Master's Team's recent site visits to the new facility. It will continue to be the case during their visit scheduled for December. DSH, however, will not activate the remaining units until it achieves sufficient staffing to ensure proper patient-psychiatrist ratios.

I declare that the foregoing is true and correct. Executed this 15th of November, 2013, at Stockton, California.

                           /s/ Stirling Price
                           STIRLING PRICE

(*original signature retained by attorney Debbie Vorous*)

3

Price Decl. Supp. Defs.' Update to Court Regarding Ongoing Construction Project
(2:90-cv-00520 LKK JFM PC)