KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
Deputy Attorneys General
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF DEBBIE J. VOROUS IN SUPPORT OF UPDATE TO COURT REGARDING ONGOING CONSTRUCTION PROJECTS AT CALIFORNIA MEN'S COLONY, CALIFORNIA STATE PRISON SACRAMENTO, SALINAS VALLEY STATE PRISON, AND CALIFORNIA HEALTH CARE FACILITY** |

I, Debbie J. Vorous, declare:

1. I am a Deputy Attorney General with the Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' update to the Court

1

regarding ongoing construction projects at California Men's Colony, California State Prison Sacramento, Salinas Valley State Prison, and California Health Care Facility.

2. Attached as Exhibit 1 is a true and correct copy of an updated October 25, 2013 activation schedule for Defendants' long-range mental health bed project for the California Men's Colony 50-bed Mental Health Crisis Bed unit. I forward this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on November 4, 2013.

3. Attached as Exhibit 2 is a true and correct copy of an updated October 25, 2013 activation schedule for Defendants' long-range mental health bed project for the California State Prison Sacramento 128-bed Psychiatric Services Unit. I forward this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on November 4, 2013.

4. Attached as Exhibit 3 is a true and correct copy of an updated October 25, 2013 activation schedule for Defendants' new treatment and office space facility at Salinas Valley State Prison. I forward this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on November 4, 2013.

5. Attached as Exhibit 4 is a true and correct copy of an e-mail dated November 7, 2013, from my office to the *Coleman* special master attaching additional information regarding revisions and clarification to the new treatment and office space project at Salinas Valley State Prison.

6. Attached as Exhibit 5 is a true and correct copy of an updated October 25, 2013 activation schedule for Defendants' long-range mental health bed project for the California Health Care Facility at Stockton. I forward this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on November 4, 2013.

I declare that the foregoing is true and correct. Executed this 15th day of November, 2013, at Sacramento, California.

/s/ Debbie Vorous

Debbie Vorous

2

Vorous Decl. Supp. Defs.' Update to Court Regarding Ongoing Construction Projects
(2:90-cv-00520 LKK JFM PC)