# EXHIBIT 1

**50 Bed Mental Health Crisis Facility (Licensed Facility)** [1]

Responsible Person: Deborah Hysen/CDCR
Address of Resp. Person: 9838 Old Placerville Rd., Suite B Sacramento California
Project Architect: Nacht and Lewis Architects
Location: California Mens Colony, San Luis Obispo (CMC)
Funding Source: AB 900 (GC 15819.40)

Stephen Benson/DOF
915 L. Street, Sacramento California 95814

Report Period Ending:  October 25, 2013

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Behind) (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to MS | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | | | | | | | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | | | | | 3/25/2009 | 3/25/2009 | | | | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | Funding request package completed on 3/25/09. |
| Legislative Approval of Scope, Schedule, and Cost | | | 4/1/2009 | | 4/1/2009 | 4/1/2009 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | | 4/1/2009 | 4/1/2009 | | 4/1/2009 | 4/1/2009 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Scope, Cost, and Schedule. | |
| Request Loan from PMIA | | 4/1/09 | 4/1/09 | | 4/1/09 | 4/1/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account. (PMIA) | |
| Approval of PMIA Funding | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | Director of Finance, State Controller and State Treasurer | Submit Loan application for Initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | Next loan renewal March 2010 and every year thereafter for the duration of the project. |
| Architectural/Engineering Contracting | | 4/15/09 | 4/15/09 | | 4/15/09 | 4/15/09 | | 4/23/09 | J. Cummings | Select A/E firm. Negotiate Scope and Fee. Execute Contract(s). | Notice to Proceed (NTP) issued 4/15/09. |
| Preliminary Plans | 251 | 4/20/09 | 4/15/09 | (5) | 12/27/09 | 12/28/09 | 1 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Preliminary plans are complete. |
| California Environmental Quality Act Compliance (CEQA) | 237 | 4/20/09 | 4/15/09 | (5) | 12/13/09 | 6/24/10 | 193 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Initial Study/Mitigated Negative Declaration public comment period ended 10/31/09. Delay due to responding to the large volume of public comments. NOD was filed 01/7/10. CCPOA filed litigation on 02/04/10. On 05/07/10, the case was transferred to the Eastern District Court. On 6/24/10, the parties to the CMC litigation stipulated to dismiss the action with prejudice. |
| JLBC Approval of Preliminary Plans | 45 | 12/28/09 | 12/28/09 | | 2/11/10 | 2/11/10 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. JLBC responded prior to 45-day review. | Design schedule accelerated 45 days, based on early JLBC package submittal. |
| PWB Approval of Preliminary Plans | 45 | 12/29/09 | 1/7/10 | 9 | 2/12/10 | 2/16/10 | 4 | | S. Benson | PWB Approval. | PWB meeting changed to 02/16/10. There is no impact to the overall project schedule. |

4

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days Behind (Ahead) | Planned Complete | Actual Complete | Days Behind (Ahead) | WM Completion to Certification | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Working Drawings (Construction Documents) | 187 | 2/15/10 | 2/17/10 | 2 | 8/21/10 | 9/28/10 | 39 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain FWB approval for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | WD's are complete. The Construction Manager is selected and the contract is in process. The added scope from the SFM has changed the planned complete date of WD's to 09/28/10. |
| Bid and Award | 90 | 8/23/10 | 9/30/10 | 38 | 11/21/10 | 1/13/11 | 53 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | The 53 days of delay was attributed to: a) SFM added scope (fire access road and modification to sally port gates, 39 days), and b) advertising, bidding & award of construction contract over the holiday period (14 days). |
| Construction [2] | 600 | 11/22/10 | 1/14/11 | 53 | 7/14/12 | | 468 | 476 | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain FWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Construction is approximately 99.5% complete. The contractor continues to work on outstanding punch list items and correction of defective work. The first patient was admitted to the new CTC on 8/26/13. The anticipated completion of the project now ranges from 11/1/13 to 12/15/13. |
| Hire Staff | 543 | 1/10/11 | 9/1/11 | 234 | 7/6/12 | | 476 | | M. McAloon E. Valenzuela | Advertise, Hire, and Train Staff. | Based on the construction delay range above, the revised start date is 9/1/11 and revised completion date of 5/1/13 has been delayed due to recruitment challenges hiring mental health and dietitian positions. Registry staff will be used until permanent staff can be hired. |
| Prepare Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 600 | 11/22/10 | 1/14/11 | 53 | 7/14/12 | 8/22/13 | 404 | | Chris Meyer | Including final as-built drawings. | Receipt of all verified reports was obtained on 8/22/13. |
| Self Certification | 15 | 7/16/12 | 8/8/13 | 388 | 7/31/12 | 8/23/13 | 388 | | Chris Meyer | | Self certification completed on 8/23/13. |
| License Approval | 7 | 8/1/12 | 8/16/13 | 380 | 8/8/12 | 8/23/13 | 380 | | K. Martin E. Valenzuela | DPH Survey, DPH Approval. | CDPH licensing survey has been completed and 50-bed license was issued on 8/23/13. |
| Activation | 56 | 8/9/12 | 5/15/13 | 279 | 10/4/12 | 8/23/13 | 386 | | M. McAloon E. Valenzuela | Initial staff occupancy, staff orientation, develop policies and procedures, stock supplies/inventory, placement of Group II equipment. | Based on the certificate of occupancy of the building by the SFM, activation and licensing activities have commenced. |
| Patient Admissions | 56 | 8/9/12 | 8/26/13 | 382 | 10/4/12 | 9/17/13 | 348 | | M. McAloon E. Valenzuela | Assumes Patients will be admitted at a rate of six per week. | Four inmate-patients were admitted on 8/26/13 and full occupancy of the facility was reached on 9/17/13. |

[1] Court Orders filed 3/27/07, Docket No. #2173; filed 4/16/08, Docket No. #2757; and filed 10/20/08, Docket No. #1988.

[2] Special Master shall receive updates on construction every 90 days.

Project:

CMC 50 Bed Mental Health Crisis Facility (Licensed Facility)

Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| Last | First | | Street | City | Zip |
| Breland | Keith | CDCR/FPCM | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPCM | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPCM | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hysen | Deborah | CDCR/FPCM | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| McAloon | Margaret | CDCR/DOHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Martin | Kenneth | HCSHQ | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Meyer | Chris | CDCR/FPCM | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Stecco | Bob | CDCR/FPCM | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Vukovich | Elvin | CDCR/CMC | P.O. Box 8101 | San Luis Obispo | 93409 |