# EXHIBIT 3

Report Period Ending: October 25, 2013

**Project:** Treatment and Office Space Project
**Responsible Person:** Deborah Hysen/CDCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** Nacht and Lewis Architects
**Location:** Salinas Valley State Prison, Soledad (SVSP)
**Funding Source:** AB 900 (GC 15819.40)

Stephen Benson /DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Schedule and Budget for AB 900 30 Day Funding Request Package | 111 | 10/19/09 | 10/19/09 | | 2/7/10 | 2/8/10 | 1 | | K. Beland | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 30 | 2/8/10 | 2/8/10 | | 3/10/10 | 3/12/10 | 2 | | S. Benson | DOF review of funding request package. DOF prepares transmittal letter to legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost And PWB Recognition of Project Scope, Schedule, and Budget | 30 | 3/11/10 | 3/13/10 | 2 | 4/11/10 | 4/11/10 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Schedule, Budget. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 4/12/10 | 4/12/10 | | 4/12/10 | 4/12/10 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Project, Scope, Cost, and Schedule. | |
| Request loan from PMIA | 21 | 3/30/10 | 3/15/10 | (15) | 4/20/10 | 4/20/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 4/21/10 | 4/21/10 | | 4/21/10 | 4/21/10 | | | Director of Finance, State Controller and State Treasurer | Submit Loan Documents to DOF and Obtain PWB Approval for Loan. Submit Loan application for initial design phase to PMIB for Approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 32 | 4/22/10 | 4/22/10 | | 5/24/10 | 6/24/10 | 31 | | J. Cummings | Select A/E firm. Negotiate Scope and Fee, Execute Contract(s). | |
| Preliminary Plans | 187 | 5/25/10 | 6/25/10 | 31 | 11/28/10 | 11/19/10 | (9) | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | |
| California Environmental Quality Act Compliance (CEQA) | 205 | 4/22/10 | 4/22/10 | | 11/13/10 | 12/9/10 | 26 | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The NOD was filed at the State Clearinghouse on 11/8/10. The 30-Day statute of limitations period expired on 12/9/10 with no public comment or litigation. There is no impact to the overall schedule. |
| JLBC Approval of Preliminary Plans | 45 | 11/29/10 | 11/19/10 | (10) | 1/13/11 | 1/13/11 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. | |
| PWB Approval of Preliminary Plans | 45 | 11/30/10 | 11/19/10 | (11) | 1/14/11 | 1/14/11 | | | S. Benson | PWB Approval. | |
| Working Drawings (Construction Documents) | 221 | 1/18/11 | 1/18/11 | | 8/27/11 | 8/11/11 | (16) | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. | |

8

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bid and Award | 70 | 8/29/11 | 8/31/11 | 2 | 11/7/11 | 2/1/12 | 86 | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award. Award Contract. | Project was advertised on 8/31/11 and was re-advertised on 10/4/11 to avoid a potential protest due to ambiguous advertisement language. Pre-bid conference was held on 11/2/11 and bid opening was held on 11/21/11. The NTP for the construction contract was issued on 2/2/12. |
| Construction[2] | 630 | 11/8/11 | 2/2/12 | 86 | 7/30/13 | | 87 | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | The overall construction is 99.5% complete with minor punch list items remaining, including elevator permit. Temporary occupancy has been received by the OSFM and final occupancy is pending elevator permit. |
| Hire Staff | 153 | 1/28/13 | 4/23/13 | 85 | 6/30/13 | | 117 | | M. McAloon A. Hedgpeth | Advertise, Hire, and Train Staff. | Based on the construction delay above, staff hire started April 2013. Due to recruitment challenges with hiring mental health positions, registry staff will be used until permanent staff can be hired. |
| Activation | 63 | 7/31/13 | | | 10/2/13 | | 23 | | M. McAloon A. Hedgpeth | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | Activation activities commenced on 8/20/13 and staff have moved into the new building. Due to unforeseen shifts in the population due to classification system changes, inmate patient treatment will not commence until CDCR can shift the existing population in A yard from Level IV SNY EOP to Level III SNY EOP. CDCR will work diligently to move the existing population on a phased basis as soon as possible but no later that 11/25/2013. |

[1] Court Order filed 1/4/10, Docket No. #3761
[2] Special Master shall receive updates on construction every 90 days.

9

Project: SVSP Treatment and Office Space Project

Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 18 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Hedgpeth | Anthony | CDCR/SVSP | P.O. Box 1020 | Soledad | 93960 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |

10