# EXHIBIT 4

**Debbie Vorous**

| | |
|---|---|
| **From:** | Jessica Kim |
| **Sent:** | Thursday, November 07, 2013 10:04 AM |
| **To:** | mlopes@pldw.com; dockc99@aol.com; harconwil@aol.com; hownani@aol.com; mperrien@aol.com; hdlugacz@blhny.com; burnhill@gmail.com; paul.l.nicoll@gmail.com; lholden@pldw.com; khector@pldw.com; jeffrey.metzner@ucdenver.edu; kwalsh@pldw.com; mjones@pldw.com; JNavarro@pldw.com; sraffa@PLDW.com |
| **Cc:** | sfama@prisonlaw.com; jkahn@rbg-law.com; mbien@rbg-law.com; Debbie Vorous |
| **Subject:** | Revision & Clarification to Long-Range Mental Health Bed Plan Relative to SVSP EOP |
| **Attachments:** | Revision to SVSP EOP Bed Plan.pdf |

Dear Special Master Lopes:

Attached is Defendants' revision and clarification to long-range mental health bed plan relative to SVSP EOP. Please contact me or Debbie Vorous with any questions.

Thank you,

Jessica Kim
Deputy Attorney General
(916) 323-8789

1

GLOSSARY OF TERMS

| Acronym | Term |
|---|---|
| ASU | Administrative Segregation Unit |
| CCCMS | Correctional Clinical Case Management System |
| CDCR | California Department of Corrections and Rehabilitation |
| DMH | Department of Mental Health |
| EOP | Enhanced Outpatient Program |
| GP | General Population |
| SNY | Sensitive Needs Yard |
| SVSP | Salinas Valley State Prison |

FOR SUBMITTAL TO THE *COLEMAN* SPECIAL MASTER

*Revision and Clarification in Defendants' Long-Range Mental Health Bed Plan Relative to Salinas Valley State Prison Enhanced Outpatient Program*

## PURPOSE AND BACKGROUND

On June 15, 2012, the Court approved Defendants' request to revise the project at Salinas Valley State Prison (SVSP) to construct treatment and office space for 300 EOP-GP inmates and convert existing housing for 108 EOP-GP male inmates with a project to construct treatment and office space only. (ECF No. 4199 ¶ 2.a.(4) The new treatment and office space facility was designed to treat EOP inmates housed in Facility A, Buildings 4 and 5. Defendants expected to start activating the new Treatment and Office space facility on July 31, 2013, and to complete activation on October 2, 2013. Activation activities, however, were slightly delayed; commencing on August 20, 2013, when staff moved into the new building. Since August 20, 2013, staff have started to treat a small number of Level IV SNY-EOP inmates housed in Facility A as well as some CCCMS inmates.

This memorandum addresses the reasons why CDCR has changed the complete date for full activation. In addition, it addresses an error in prior correspondence and bed planning documents—that the new SVSP treatment and office space facility would treat general population inmates at the EOP level of care. The new facility, while still providing treatment and office space for inmates at the EOP level of care, will treat inmates requiring placement in a Special Needs Yard (SNY), not inmates in the general population.

In correspondence from 2009, staff reported that EOP-GP inmates at SVSP would be moved from Facility D, buildings D3 and D4, to Facility A, Buildings A4 and A5 (a Level IV Special Needs Yard General Population facility) or alternate institutions when 180-design housing is required in order to receive services in the new treatment and office space facility. Facility A, however, has always been a SNY facility. Thus, it was a misstatement to indicate that SVSP would move the GP inmates from Facility D to Facility A, a SNY facility. In addition, more recent bed planning documents have referred to the new treatment and office space facility as "scoped for 300 EOP-GP inmates," implying a general population rather than special needs yard (ECF No. 4196 at 5-8.) CDCR recognized the error but did not articulate it well in 2012. Nonetheless, the State's Blueprint recognized that SVSP will house 192 EOP-GP inmates on Facility D and use the treatment and office space in building D5 and D6 once vacated by the Department of State Hospitals. Likewise, it planned to house 150 EOP-SNY Level IV inmates on Facility A.

At the time the State put in place the Blueprint, CDCR changed its Inmate Classification Score System (ICSS). CDCR expected the impact from this change would transition some of the mental health population down from Level IV to III; from Level III to Level II; and reduce custody levels allowing for housing placements to less restrictive environments. Nonetheless, CDCR still expected that the population projections would support maintaining Facility "A" as a Level IV SNY facility. However, CDCR has since seen a significant reduction in need for Level IV beds and a growing need for Level II and III SNY beds. Consequently, CDCR determined that in order to meet the new population need, it would need to convert Facility A from a Level IV SNY to a Level III SNY. This conversion allows for a secondary placement option for level

III EOP SNY. It also determined that although the new treatment and office space facility is scoped for 300 EOP inmates, the current treatment need is for 150 EOP-SNY inmates. As discussed below, Facility A, Building 5, will be converted to accommodate these 150 beds.

## SCHEDULE AND PLAN TO CONVERT FACILITY A, BUILDING 4, INTO LEVEL III GP-SNY AND FACILITY A, BUILDING 5, INTO LEVEL III EOP-SNY

Facility A consists of 5 buildings (A1-A5.) The conversion of Facility A from a Level IV Facility to a Level III building will take place in a two-part phased conversion. The intent of the phased conversion is to provide a means to expedite the movement of EOP Level III SNY inmates into the designated A5 building and allow access to the newly completed treatment space. In phase one beginning the week of November 11, 2013, building A4 will undergo an internal conversion from Level IV SNY to Level III SNY and building A5 will convert from Level IV SNY to Level III EOP-SNY. The conversion of building A5 will require the transfer of Level IV GP-SNY inmates out of SVSP in order to relocate the Level III EOP-SNY inmates in for enhanced access to the new treatment facility. CDCR anticipates that the activation of phase one transfers of the EOP-SNY inmates into building A5 will end the week of Jan 27, 2014.
Buildings A4 and A5 where the Level III GP/EOP SNY population will reside is separated by a fence from the remainder of Facility A, consisting of the additional A1, A2, and A3 buildings. The EOP treatment building is located directly behind building A5 where EOP inmates will have direct access to clinical care.

During the phased conversion period, SVSP will run a bifurcated program on Facility A to ensure all inmates receive appropriate access to all programs and shared services, while maintaining the safety and security for all inmate populations. The Facility Supervisors will additionally coordinate with the Health Care Access staff to insure all inmate populations are provided consistent medical and mental health access to treatment.

It is anticipated that phase two of the conversion consisting of buildings A1, A2, and A3 transitioning from Level IV SNY to Level III SNY will take place around March 2014.