# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 18, 2013

Clerk
United States District Court
  for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, California  95814-2322

Clerk
United States District Court
  for the Northern District of California
450 Golden Gate Avenue, POB 18425
United States Courthouse
San Francisco, California  94102

      Re:    Edmund G. Brown, Governor of California, et al.
            v.  Marciano Plata and Ralph Coleman, et al.
           No.  13-198   (Your docket No. 2:90-cv-0520 LKK JFM, P,
                    C01-1351 TEH)

Dear Clerks:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                      Sincerely,

                                      SCOTT S. HARRIS, Clerk

                                      By  *Elizabeth Brown*

                                      Elizabeth Brown
                                      Judgments/Mandates Clerk

Enc.
cc:    Carter G. Phillips, Esq.                      Paul D. Clement, Esq.
       Amber L. West, Esq.

# Supreme Court of the United States

No.     13-198

**EDMUND G. BROWN, GOVERNOR OF CALIFORNIA, ET AL.,**

Appellants

v.

**MARCIANO PLATA AND RALPH COLEMAN, ET AL.**

**ON APPEAL FROM** the United States District Courts for the Eastern District and the Northern District of California.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and the motion to dismiss or affirm.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the appeal is dismissed for want of jurisdiction.  See 28 U. S. C. §1253.

October 15, 2013



A True copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: