# EXHIBIT B

| | |
|---|---|
| From: | Aaron Fischer <AFischer@rbgg.com> |
| Sent: | Sunday, November 17, 2013 7:16 PM |
| To: | Debbie Vorous |
| Cc: | Jay Russell; Patrick McKinney; Jessica Kim; Coleman Team - RBG Only |
| Subject: | Coleman Segregation, Haney exhibit disclosures [IWOV-DMS.FID6429] |
| Attachments: | Pltfs' Exhibits and Disclosures for Craig Haney M.D., 11-17-13, 489-3.pdf |

Debbie,

Attached is the current exhibit list for Dr. Haney, as well as a list of additional materials reviewed by Dr. Haney beyond what has been identified previously.

All exhibits are documents that are in the *Coleman* record, were produced to Plaintiffs by Defendants (or have been made publicly available by CDCR), or were produced in my email to Defendants' counsel on Friday, 11/15. We will provide Defendants' counsel a hard copy of the exhibits in court. The files for all exhibits would be extremely large and likely jam up your and our email systems. If there are specific exhibits you have questions about, please let me know.

Best,
Aaron


Aaron J. Fischer, Esq.
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104
afischer@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

# Exhibits for Use in Direct Testimony of Plaintiffs' Expert Craig Haney

## Coleman v. Brown – Evidentiary Hearing Start Date: November 19, 2013

| No. | Description | Source |
|---|---|---|
| 2001 | Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13 | |
| 2002 | Expert Declaration of Craig Haney re: CDCR Segregated Housing Units, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4581], 5/6/14 | |
| 2003 | Photo Exhibit E to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 14 | |
| 2004 | Photo Exhibit B to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 24 | |
| 2005 | Photo Exhibit C to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 28 | |
| 2006 | Photo Exhibit D to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 7 | |
| 2007 | Photo Exhibit CC to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CCI 83 | |
| 2008 | Photo Exhibit AA to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates COR 12 | |
| 2009 | Photo Exhibit Z to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates COR 11 | |
| 2010 | Photo Exhibit Y to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates COR 6 | |

## Exhibits for Use in the Direct Testimony of Plaintiffs' Expert Craig Haney (cont.)

| No. | Description | Source |
|---|---|---|
| 2011 | Photo Exhibit Q to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CIM 30 | |
| 2012 | Photo Exhibit A to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 4 | |
| 2013 | Photo Exhibit G to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 15 | |
| 2014 | Photo Exhibit H to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 18 | |
| 2015 | Photo Exhibit I to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. No Bates Visible | |
| 2016 | Photo Exhibit J to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 23 | |
| 2017 | Photo Exhibit K to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 20 | |
| 2018 | Photo Exhibit JJ to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CCI 78 | |
| 2019 | Photo Exhibit S to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CIM 34 | |
| 2020 | Photo: Security Housing Unit (SHU), Unit 8A; CCI 2/22/13 | Bates CCI 90 |
| 2021 | Photo: Security Housing Unit (SHU), Unit 8A; CCI 2/22/13 | Bates CCI 91 |
| 2022 | Photo: Security Housing Unit (SHU), Unit 8A; CCI 2/22/13 | Bates CCI 92 |

## Exhibits for Use in the Direct Testimony of Plaintiffs' Expert Craig Haney (cont.)

| No. | Description | Source |
|---|---|---|
| 2023 | Photo Exhibit BB to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates COR 62 | |
| 2024 | Photo Exhibit FF to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CCI 88 | |
| 2025 | Photo Exhibit GG to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CCI 89 | |
| 2026 | Photo Exhibit HH to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CCI 93 | |
| 2027 | Photo Exhibit F to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates MCSP 33 | |
| 2028 | Photo Exhibit R to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CIM 35 | |
| 2029 | Photo Exhibit X to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CIM 36 | |
| 2030 | Photo Exhibit II to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CCI 73 | |
| 2031 | Photo Exhibit U to the Expert Declaration of Craig Haney, in Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4378], 3/14/13. Bates CIM 24 | |
| 2032 | Photo: Security Housing Unit (SHU), Unit 4B California State Prison Corcoran (COR) February 19, 2013 | Bates COR 19705 |

## Exhibits for Use in the Direct Testimony of Plaintiffs' Expert Craig Haney (cont.)

| No. | Description | Source |
|---|---|---|
| 2033 | Group Therapy Schedule, CCI Tehachapi, 2/22/14 | Exhibit 12 to the Declaration of Michael Bien ISO Pltfs' Opp. to Defs' Motion to Terminate. Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4399-1], 3/15/13. Bates CCI 3 |
| 2034 | Excerpt of Mental Health and Custody Records of Haney Prisoner WW | Produced by Defendants |
| 2035 | Chart: Total CDCR Institution/Camp Population, April 2000-September 2013 | Provided to Defendants November 15, 2013 |
| 2036 | Chart: Total CDCR Mental Health Population, April 2000-September 2013 | Provided to Defendants November 15, 2013 |
| 2037 | Chart: MHSDS Population n Segregation, April 2000-September 2013 | Provided to Defendants November 15, 2013 |
| 2038 | CDCR Population, Inmate/Patient Mental Health and Segregation Data, 2000-2013 | CDCR Population Reports Archive (available at http://www.cdcr.ca.gov) Coleman Monthly Reports, April 2000-December 2010 Coleman Monthly Reports and DMH/DSH Bed Utilization Data, January 2011-September 2013 |
| 2039 | Chart: Number of Inmate/Patients in Segregation by Length of Stay | Provided to Defendants November 15, 2013 |
| 2040 | MHSDS Inmate/Patient Lengths of Stay in Segregation Units as of 9/16/13 (ASU, PSU and SHU) | Defendants' Monthly Data for September 2013, Tab 3 |
| 2041 | Summary of Outpatient Population by Institution and Level of Care | Defendants' Monthly Data for September 2013, Tab 3 |
| 2042 | CDCR Memoranda: SHU Profiles for Three Corcoran CCCMS Inmate/Patients | Produced by Defendants, Bates DEXP 113107-113117 |
| 2043 | Chart: Discrepancies in Reported Segregation of Three Corcoran CCCMS Inmate/Patients | Provided to Defendants November 15, 2013 |
| 2044 | Chart: Number of EOP Inmate/Patients Housed in ASU as of 9/16/13 | Provided to Defendants November 15, 2013 |
| 2045 | Chart: Number of CCCMS Inmate/Patients Housed in ASU as of 9/16/13 | Provided to Defendants November 15, 2013 |

4

# Exhibits for Use in the Direct Testimony of Plaintiffs' Expert Craig Haney (cont.)

| No. | Description | Source |
|---|---|---|
| 2046 | Article: Sanchez, Heriberto G. "Suicide Prevention in Administrative Segregation Units: What is Missing?" Journal of Correctional Health Care 00(0). (2013): 1-8 | Exhibit 22 to the Declaration of Michael Bien ISO Pltfs' Opp. to Defs' Motion to Terminate. Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4399-1], 3/15/13 |
| 2047 | CDCR Suicide Data for Dr. Canning (Excel Spreadsheet) | Produced by Defendants, Termination Discovery |
| 2048 | Chart: ASU Suicides (Safety/Non-Safety), 2007-2012 | Provided to Defendants November 15, 2013 |
| 2049 | CDCR Suicides: Results of Recent Analysis | Exhibit 3 to the Declaration of Michael Bien ISO Pltfs' Opp. to Defs' Motion to Terminate. Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4399-1], 3/15/13 |
| 2050 | Excerpt of Mental Health and Custody Records of Haney Prisoner GG | Produced by Defendants |
| 2051 | Excerpt of Mental Health and Custody Records of Haney Prisoner O | Produced by Defendants |
| 2052 | Excerpt of Mental Health and Custody Records of Haney Prisoner V | Produced by Defendants |
| 2053 | CDCR Notice of Change of Regulations, No. 13-03, Section(s) 3044, 3190, 3282 and 3335, effective 9/24/13 re: Title 15 | Publicly available |
| 2054 | American Psychiatric Association "Position Statement on Segregation of Prisoners with Mental Illness" | Exhibit 14 to the Declaration of Michael Bien ISO Pltfs' Opp. to Defs' Motion to Terminate. Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4399-1], 3/15/13 |
| 2055 | U.N. Office of High Commissioner for Human Rights: "California Jails: 'Solitary Confinement Can Amount to Cruel Punishment, even Torture'- UN Rights Expert" | Exhibit X to the Reply Declaration of Jane Kahn ISO Pltfs' Motion re: Housing and Treatment of Mentally Ill Prisoner in Segregation. Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4765], 8/23/13 |
| 2056 | Remedial Order re: Exclusion from Security Housing Unit, issued in Madrid v. Gomez, N.D. Cal. 90-cv-3094 | Exhibit U to the Reply Declaration of Jane Kahn ISO Pltfs' Motion re: Housing and Treatment of Mentally Ill Prisoner in Segregation. Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4765], 8/23/13 |
| 2057 | MHSDS Program Guide Chapter 8: Security Housing Unit | *Coleman* Program Guide |
| 2058 | Chart: Number of CCCMS Inmate/Patients in SHU by Length of Stay | Provided to Defendants November 15, 2013 |

## Exhibits for Use in the Direct Testimony of Plaintiffs' Expert Craig Haney (cont.)

| No. | Description | Source |
|---|---|---|
| 2059 | Chart: Number of EOP Inmate/Patients in PSU by Length of Stay | Provided to Defendants November 15, 2013 |
| 2060 | U.S. Department of Justice's Statement of Interest | Coleman v. Brown, E.D. Cal, 90-cv-520; [Dkt. 4736, 4736-1], 8/9/13 |
| 2061 | Chart: ASU Lengths of Stay for ASU Suicides, 2007-2012 | Provided to Defendants November 15, 2013 |

## Additional Materials Reviewed by Plaintiffs' Expert Craig Haney

| Description |
|---|
| Pltfs' Reply ISO Motion for Enforcement of Court Orders and Affirmative Relief re: Improper Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation, Coleman v. Brown, E.D. Cal, 90-cv-520 [Dkt. 4761], 8/23/13 |
| Reply Expert Declaration of James Austin ISO Pltfs' Motion re: Mentally Ill Prisoners in Segregation, Coleman v. Brown, E.D. Cal, 90-cv-520 [Dkt. 4762], 8/23/13 |
| Reply Declaration of Jane Kahn ISO Pltfs' Motion for Enforcement of Court Orders and Affirmative Relief re: Improper Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation, Coleman v. Brown, E.D. Cal, 90-cv-520 [Dkt. 4765], 8/23/13 |
| Transcript of the 3/19/13 Deposition of Pablo Stewart in Coleman v. Brown, E.D. Cal, 90-cv-520 |
| Transcript of the 3/16/13 Deposition of Edward Kaufman in Coleman v. Brown, E.D. Cal, 90-cv-520 |
| Transcript of the 3/19/13 Deposition of Jeanne Woodford in Coleman v. Brown, E.D. Cal, 90-cv-520 |
| Transcript of the 3/19/13 Deposition of Eldon Vail in Coleman v. Brown, E.D. Cal, 90-cv-520 |
| Riveland, Chase, "Supermax Prisons: Overview and General Considerations" U.S. Dept. of Justice, Natl. Inst. of Corrections, (Jan. 1999) |
| Expert Declaration of Edward Kaufman ISO Pltfs' Reply ISO Motion for Enforcement of Court Order and Affirmative Relief Related to Use of Force and Disciplinary Measures. [Dkt. 4766-3], Coleman v. Brown, E.D. Cal, 90-cv-520, 8/23/13 |
| Gendreau, P.E. et al. "Stimulation Seeking After Seven Days of Perceptual Deprivation" Perceptual and Motor Skills, 26 (1968); 547-550 |
| Gendreau, P.E. et al. "Solitary Confinement is Not Cruel and Unusual Punishment: People Sometimes Are!" Can. Jour. Criminology, 467 (1984) |
| Gendreau, P.E. et al. "Effect of Two Days' Monotonous Confinement on Conditioned Eyelid Frequency and Topography" Perceptual and Motor Skills, 31 (1970); 291-293 |
| Arrigo, Bruce and Jennifer Bullock, "The Psychological Effects of Solitary Confinement on Prisoner in Supermax Units: Reviewing What We Know and Recommending What We Should Change" Int. Jour. Offender Therapy and Comp. Criminology, 52 (Nov. 19, 2007), 622 |
| Gendreau, P.E. et al. "Changes in EEG Alpha Frequency and Evoked Response Latency During Solitary Confinement." Jour. Abnormal Psych, 79-1 (1972); 54-59 |
| Metzner, Jeffrey and Joel Dvoskin, "An Overview of Correctional Psychiatry" Psychiatric Clinics of North America, 29 (2006), 761-772 |

6

## Additional Materials Reviewed by Plaintiffs' Expert Craig Haney (cont.)

| Description |
|---|
| CDCR Suicide Reports for Suicides in CDCR SHUs, 2011-2013 |
| Evidentiary Hearing Transcripts re Pltfs' Motion for Enforcement of Court Order and Affirmative Relief Related to Use of Force and Disciplinary Measures, Coleman v. Brown, E.D. Cal, 90-cv-520 |
| C-File & eUHR Record Updates for Class Members Reviewed during Termination Proceedings |
| Defendants' Opposition to Plaintiffs' Motion Related to the Housing and Treatment of Mentally Ill Prisoners in Segregation and supporting declarations, Coleman v. Brown, E.D. Cal, 90-cv-520 [Dkt. 4712, 4712-1, 4712-2, 4713, 4714, 4715], 7/24/13 |

7