# EXHIBIT D

**From:** Michael W. Bien <MBien@rbgg.com>
**Sent:** Friday, November 15, 2013 6:17 PM
**To:** Jay Russell
**Cc:** Aaron Fischer; Debbie Vorous; Patrick McKinney; Jessica Kim; Maneesh Sharma; Coleman Team - RBG Only
**Subject:** Re: Coleman - Motion in Limine re Non-Retained Expert Witnesses

Jay

The last few sentences have to go.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

On Nov 15, 2013, at 6:10 PM, "Michael W. Bien" <MBien@rbgg.com> wrote:

> Jay
>
> We are in agreement except for the last sentence concerning postponing the trial.
>
> Michael Bien
>
> ROSEN BIEN GALVAN & GRUNFELD LLP
> 315 Montgomery Street, Tenth Floor
> San Francisco, CA 94104
> (415) 433-6830 (telephone)
> (415) 433-7104 (fax)
> mbien@rbgg.com
> www.rbgg.com
>
> CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination,

distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.