KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
PATRICK R. MCKINNEY, State Bar No. 215228
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **NOTICE OF FILING SEALED DOCUMENTS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

Russell Decl. in Support of Defs.' Opp'n to Exclude Testimony of Non-Retained Witnesses
(2:90-cv-00520 LKK DAD PC)

**NOTICE**

Defendants have filed concurrently with this notice the Declaration of Jay C. Russell in Support of Defendants' Opposition to Motion In Limine to Exclude or Limit Improper Testimony Offered by Non-Retained Witnesses and to Compel Adequate Disclosures. Exhibit A to this declaration contains identifying patient information that is subject to a protective order entered in this action on January 12, 2007. This Order is attached as Exhibit 1.

Notice is hereby given under Local Rule 141(b) that Defendants are filing Exhibit A to Jay C. Russell's Declaration under seal and shall file this exhibit via email with the Court and serve copies upon the parties.

Dated: November 18, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

/s/ Jessica S. Kim

JESSICA S. KIM
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003