United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al, <br> Plaintiffs, <br> v. <br> EDMUND G. BROWN, JR., et al., <br> Defendants. | AMENDED Evidentiary Hearing Minutes <br> CASE #:   Civ. S-90-0520 LKK DAD P <br><br> DATE:    11/19/2013 <br> Deputy Clerk:  A. Rivas <br> Court Reporter: C. Bodene/ K. Swinhart |

For the Plaintiffs

Michael Bien,  Jane Kahn

Aaron Fischer

For the Defendants

Debbie Vorous, Jay Russell,

Patrick McKinney

**Proceedings: Day 17 - Evidentiary Hearing re [4580].**

- 10:30   Court in session with all counsel present. Plaintiffs' motion in limine re non-retained witnesses.  Court ordered defendants to provide plaintiffs with the statements that are required; plaintiffs to make judgments about whether they want to depose people.
- 10:39   The Court reminded the parties that they are to provide the opposite parties, not less than 24 hours before the time the witnesses are called, who they propose to call.
- 10:40   Plaintiffs' Opening Statement presented by Mr. Bien.
- 11:16   No opening statement made by defendants, but reserved that right for the beginning of defendants' case, if necessary.
- 11:16   Plaintiffs called witness, **Dr. Craig William Haney**, sworn and testified on direct by Mr. Fischer. Exhibit 2000 moved into evidence under seal - ADMITTED. Dr. Haney's expert reports, [4378], [4581].
- 11:20   Plaintiffs offered Dr. Haney as an expert in the field of confinement including with respect to segregated housing of mentally ill prisoners. No voir dire by defendants. Court found witness an expert and competent to testify  relative to those matters. Exhibits 2001, 2002 moved into evidence - ADMITTED. Exhibits 2003 - 2032 moved into  evidence - ADMITTED. Exhibits 2035, 2036, 2037, 2038, moved into evidence. Objection by defense.
- 11:53   Voir Dire examination of Dr. Haney by Ms. Vorous re Exhibits 2035, 2036, 2037.
- 12:00   Court in recess.

- 1:30   Court in session with all counsel present. Continued voir dire examination of Dr. Haney re exhibits 2035, 2036, 2037 by Ms. Vorous.. Defendants continued  to object.
- 1:41   Exhibits 2035, 2036, 2037, 2038 moved into evidence - ADMITTED. Continued direct examination of witness, Dr. Haney, by Mr. Fischer. Exhibits 2035, 2036, 2037, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012. Exhibit 2033 moved into evidence - ADMITTED.
- 2:45   Court in recess

- 3:00   Court in session with all counsel present. Continued direct examination of witness, Dr. Haney, Mr. Fischer. Exhibits 2013, 2014, 2015, 2016, 2017, 2018. Exhibit 2034 marked for identification.  Exhibits 2040, 2041,

      2039 moved into evidence - ADMITTED. Exhibits 2042, 2043 moved into evidence - ADMITTED. Exhibits 2044, 2045, 2046 moved into evidence - ADMITTED. Exhibits 2047 and 2048 moved into evidence. Objection by defense.

4:30    Court in recess until 9:30 AM 11/20/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031, 2032, 2033, 2035, 2036, 2037, 2038, 2039, 2040, 2041, 2042, 2043, 2044, 2045, 2046.

Exhibits

2000 - Inmate patient code.
2001 - Expert Declaration of Craig Haney, 03/14/2013; (Dkt. no. [4378]).
2002 - Expert Declaration of Craig Haney re: CDCR Segregated Housing Unit, 05/16/2014; (Dkt. No. [4581]).
2003 through 2019 - Photographs; Exhibits to the 03/14/2013 expert declaration of Craig Haney, (Dkt. No. [4378]).
2020 through 2022 - Photographs: Security Housing Unit, (SHU.
2023 through 2031 - Photographs; Exhibits to the 03/14/2013 expert declaration of Craig Haney, (Dkt. No. [4378])
2032 - Photograph: Security Housing Unit (SHU).
2033 - Group Therapy Schedule, CCI Tehachapi, 02/22/2014.
2035 - Chart: Total CDCR Institution/Camp Population, April 2000 - September 2013
2036 - Chart: Total CDCR Mental Health Population, April 2000 - September 2013.
2037 - Chart: MHSDS Population n Segregation, April 2000 - September 2013.
2038 - CDCR Population, Inmate/Patient Mental Health and Segregation Data, 2000-2013.
2039 - Chart: Number of Inmate/Patients in Segregation by Length of Stay.
2040 - MHSDS Inmate/Patient Lengths of Stay in Segregation Units as of 09/16/2013
2041 - Summary of Outpatient Population by Institution and Level of Care
2042 - CDCR Memoranda: SHU Profile for three Corcoran CCCMS Inmate/Patients.
2043 - Chart : Discrepancies in Reported Segregation of Three Corcoran CCCMS Inmate/Patients.
2044 - Chart: Number of EOP Inmate/Patients Housed in ASU as of 09/16/2013.
2045 - Chart: Number of CCCMS Inmate/Patients Housed in ASU as of 09/16/2013.
2046 - Article: Sanchez, Heriberto G. "Suicide Prevention in Administrative Segregation Units: What is Missing?"