United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>Defendants. | AMENDED Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:   11/20/2013<br>Deputy Clerk: A. Rivas<br>Court Reporter: C. Bodene/ K. Swinhart |

For the Plaintiffs

Michael Bien,  Jane Kahn

Aaron Fischer, Margot Mendelson

For the Defendants

Debbie Vorous,

Jessica Kim

**Proceedings: Day 18 - Evidentiary Hearing re [4580].**

9:30   Court in session with all counsel present. Plaintiffs presented the documents relative to the issue of production of documents, (plaintiff's second request for production of documents to defendants; response from defendants which identifies what documents are being produced in response that request; and screen shot of the document in question). Court ordered the three document marked for identification as Court Exhibit No. 1.  After further argument, defendants' objection is overruled. Exhibit 2047 moved into evidence - ADMITTED. Exhibit 2034 moved into evidence - ADMITTED.

9:42   Continued the direct examination of witness, **Dr. Craig William Haney**, by Mr. Fischer. Exhibits  2048, 2049, 2050 moved into evidence - ADMITTED. Exhibit 2019.  Exhibits 2051, 2052 moved into evidence - ADMITTED.

10:30  Court in recess.

10:50  Court back in session with all counsel present. Continued direct examination of witness Dr. Haney. Exhibits 2054, 2055 moved into evidence - ADMITTED. Exhibit 2020. Exhibits 2058, 2059 moved into evidence - ADMITTED.

11:55  Court in recess.

1:30   Court in session with all counsel present. Continued direct examination of witness Dr. Haney. Exhibit 2061 moved into evidence - ADMITTED.

1:48   Cross-examination of witness, Dr. Craig Haney, by Ms. Vorous. *Exhibits AAA, BBB, CCC, DDD, EEE moved into evidence under seal - ADMITTED. *Exhibit FFF moved into evidence - ADMITTED.

3:00   Court in recess.

3:15   Court back in session with all counsel present. Continue cross-examination of witness, Dr. Haney. Exhibits 2037, 2036, 2044, 2054.

4:30   Court in recess until 9:30 AM 11/21/2013.

*Pursuant to the Court's Order on 11/22/2013, Defendants' exhibits marked and moved into evidence on 11/20/2013

and thereafter are re-labeled from single letter to triple letter form, (ie. A to AAA).

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2034, 2047, 2048, 2049, 2050, 2051, 2052, 2054, 2055, 2058, 2059, 2061.
*Defense Exhibits: AAA, BBB, CCC, DDD, EEE, FFF .

<u>Exhibits</u>
2034 - Excerpt of Mental Health and Custody Records of Haney Prisoner WW.
2047 - CDCR Suicide Data for Dr. Canning (Excel Spreadsheet)
2048 - Chart: ASU Suicide (Safety/Non-Safety), 2007-2012
2049 - CDCR Suicides: Results of Recent Analysis
2050 - Excerpt of Mental Health and Custody Records of Haney Prisoner GG.
2051 - Excerpt of Mental Health and Custody Records of Haney Prisoner O.
2052 - Excerpt of Mental Health and Custody Records of Haney Prisoner V.
2054 - American Psychiatric Association "Position Statement on Segregation of Prisoners with Mental Illness"
2055 - U.N. Office of High Commissioner for Human Rights: "California Jails: Solitary Confinement Can Amount to Cruel Punishment, even Torture' - UN Rights Expert"
2058 - Chart: Number of CCCMS Inmate/Patients in SHU by Length of Stay.
2059 - Chart: Number of EOP Inmate/Patients in PSU by Length of Stay.
2061 - Chart: ASU Lengths of Stay for ASU Suicides, 2007- 2012


AAA - Mental Health Removal Chrono
BBB - Interdisciplinary Progress Notes
CCC - Vorous Declaration Supplemental Reply.
DDD - Interdisciplinary Progress Notes
EEE - Incident Report
FFF - Interdisciplinary Progress Notes.