**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br>DATE:    11/21/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter:  M. Babbitt |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, Jane Kahn, | Debbie Vorous, Jay Russell, |
| Aaron Fischer, Margot Mendelson | Patrick McKinney |

**Proceedings: Day 19 - Evidentiary Hearing re [4580].**

| | |
|---|---|
| 9:30 | Court in session with all counsel present. Continued cross-examination of witness, **Dr. Craig W. Haney**, by Ms. Vorous. Exhibits 2054, 2055. *Exhibit GGG moved into evidence under seal - ADMITTED. *Exhibit HHH moved into evidence - ADMITTED. |
| 10:11 | Court inquired of witness. |
| 10:13 | Re-direct of witness, Dr. Craig W. Haney, by Mr. Fischer. *Exhibits DDD, 2050. |
| 10:33 | Re-cross of witness. |
| 10:35 | Nothing further, witness excused. |
| 10:35 | Court and counsel discussed upcoming schedule. Mr. Russell noted that Dr. Stewart and Dr. Kauffman did not provide reports or declarations for this proceeding. Court and counsel further discussed the objection. |
| 10:45 | Court in recess until 9:30 AM 11/22/2013. |

　　　*Pursuant to the Court's Order on 11/22/2013, Defendants' exhibits marked and moved into evidence on 11/20/2013 and thereafter are re-labeled from single letter to triple letter form, (ie. A to AAA).

　　　EXHIBITS ADMITTED: *Defense Exhibits: GGG, HHH.

Exhibits
GGG - Inmate O Records
HHH - Defendants' Expert Report