United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>          Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br>          Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:    11/22/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter:  C. Bodene/ M. Babbit |

For the Plaintiffs                                    For the Defendants

Michael Bien,  Jane Kahn,                 Debbie Vorous,

Aaron Fischer, Margot Mendelson      Patrick McKinney

**Proceedings: Day 20 - Evidentiary Hearing re [4580].**

9:30   Court in session with all counsel present. Plaintiffs indicated an updated exhibit 2000 has been submitted. Plaintiffs noted for the record some of Dr. Kaufman's declarations (and attachments) previously admitted: Exhibits 103  - 107, 176 - 178, 181 - 183.

9:38   Plaintiffs called witness, **Dr. Edward Kaufman**, sworn and testified on direct by Ms. Mendelson.

9:40   Plaintiffs offered Dr. Kaufman as an expert in the field of Forensic Psychiatry. No voir dire by defense. The Court found Dr. Kaufman an expert and competent to testify in the field of Forensic Psychiatry.  Exhibits 2208 - 2219 moved into evidence - ADMITTED. Exhibits 2208, 2209, 2210, 2019, 2028. Exhibit 2205 moved into evidence. Exhibits 2011, 2211, 2212, 2213, 2214, 2216.

10:55   Court in recess.

11:15   Court in session with all counsel present. Continued direct examination of witness, Dr. Kaufman, by Ms. Mendelson.  Exhibits 2201, 2203 moved into evidence - ADMITTED. Exhibit 2217.

12:00   Court in recess.

1:30   Court back in session with all counsel present.  Plaintiffs' requested the court reconsider allowing Dr. Kaufman to testify about updated evidence related to suicides in segregation. After oral argument, the court denied the request. Continued direct examination of witness, Dr. Kaufman, by Ms. Mendelson.

1:43   Cross-examination of Dr. Kaufman, by Mr. McKinney. Exhibit 103, *Exhibit III marked for identification.

2:30   Exhibit JJJ moved into evidence under seal -ADMITTED.

3:00   Court in recess.

3:20   Court back in session with all counsel present. Continued cross-examination of witness, Dr. Kaufman.

3:54   Nothing further, witness excused.

3:55   The parties stipulated and the Court ordered that the exhibits introduced from Wednesday on, (11/20/2013) will be designated by letters triple, ie AAA, BBB, etc. Plaintiffs request to seal exhibit F granted.

4:00   Court in recess until 9:30AM 12/04/2013

\*\*Pursuant to the Court's Order: Defendants' exhibits marked and moved into evidence on 11/20/2013 and thereafter are re-labeled from single letter to triple letter form, (ie. A to AAA).

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2201, 2203, 2205, 2208, 2209, 2210, 2211, 2212, 2213, 2214, 2215, 2216, 2217, 2218, 2219.
Defense Exhibits: JJJ.

Exhibits
2201 - Medical Records for Prisoner B.
2203 - Medical Records for Prisoner F.
2205 - Medical Records for Prisoner N.
2208 - Photograph
2209 - Photograph
2210 - Photograph
2211 - Photograph
2212 - Photograph
2213 - Photograph
2214 - Photograph
2215 - Photograph
2216 - Photograph
2217 - Photograph
2218 - Photograph
2219 - Photograph

JJJ - Prisoner F Records.