KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
JESSICA S. KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**SALINAS VALLEY PSYCHIATRIC PROGRAM'S CERTIFICATION OF CUFF STATUS DOCUMENTATION IN RESPONSE TO THE COURT'S NOVEMBER 13, 2013 ORDER**<br><br>Dept: 4<br>Judge: The Honorable Lawrence K. Karlton<br><br>Action Filed: 1990 |

On November 13, 2013, the Court ordered that Defendants confirm in writing whether "there is any inmate-patient at SVPP [Salinas Valley Psychiatric Program] on Cuff Status without the documentation required for such status, including reason for placement, intervention planned, and criteria for release." (ECF No. 4925 at 20.) The Court provided Defendants with fifteen days to submit a written response. (*Id.*)

///

1

SVPP's Certification of Cuff Status Documentation In Response to the Court's November 13, 2013 Order
(2:90-cv-00520 LKK DAD PC)

1 | Attached is a declaration of Dante Karas, the executive director of Salinas Valley Psychiatric Program. (Karas Decl. ¶ 1.) Mr. Karas certifies that as of November 18, 2013, there are no inmate-patients at Salinas Valley Psychiatric Program who are on cuff status without the required documentation. (*Id.* ¶ 2.)

Dated: November 26, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

***/s/ Jessica S. Kim***

JESSICA S. KIM
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2