1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   PATRICK R. MCKINNEY, State Bar No. 215228
3  Supervising Deputy Attorneys General
   DEBBIE VOROUS, State Bar No. 166884
4  JESSICA S. KIM, State Bar No. 257766
   MANEESH SHARMA, State Bar No. 280084
5  Deputy Attorneys General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone:  (916) 323-8789
    Fax:  (916) 324-5205
8   E-mail:  Jessica.Kim@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD |
| Plaintiffs, | **DECLARATION OF DANTE KARAS** |
| v. | Judge: The Honorable Lawrence K. Karlton |
| **EDMUND G. BROWN JR., et al.,** | Action Filed: 1990 |
| Defendants. | |

I, Dante Karas, declare:

1. I am the Executive Director for Salinas Valley Psychiatric Program. I have personal knowledge of the facts stated in this declaration, except where indicated otherwise, and if called to testify could do so.

/ / /

/ / /

/ / /

1

1  2. As of November 18, 2013, there are no inmate-patients at Salinas Valley Psychiatric Program who are on Cuff Status without the required documentation.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration is executed this 26th day of November 2013, at Soledad, California.

*/s/ Dante Karas* **(original signature retained by attorney)**
DANTE KARAS

CF1997CS0003

2

Decl. of Dante Karas
(2:90-cv-00520 LKK DAD PC)