**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:　Civ. S-90-0520 LKK DAD P<br>DATE:　12/04/2013<br>Deputy Clerk:　A. Rivas<br>Court Reporter: M. Babbitt/C. Bodene |

For the Plaintiffs                                    For the Defendants

Michael Bien,                                         Debbie Vorous, Maneesh Sharma,

Aaron Fischer, Margot Mendelson          Patrick McKinney

**Proceedings: Day 21 - Evidentiary Hearing re [4580].**

9:30   Court in session with all counsel present. Defendants' called witness, **Dr. David Leidner**, sworn and testified on direct by Ms. Vorous. Exhibit 2040.
10:03  Court inquired of witness.
10:04  Cross-examination of witness, Dr. David Leidner, by Mr. Bien. Exhibit 2040. Exhibit 2592 moved into evidence under seal - ADMITTED. Exhibit 2574 moved into evidence - ADMITTED.
10:45  Court in recess.

11:00  Court in session with all counsel present. Plaintiffs requested to admit exhibit 2574 under seal, so ordered. Parties stipulated to replace exhibit 2000 (corrected errors). Continued cross-examination of witness, Dr. David Leidner, by Mr. Bien. Exhibit 2574. Exhibit 2569 moved into evidence under seal - ADMITTED. Exhibit 2598, 2597, 2596 moved into evidence under seal - ADMITTED.
11:33  Nothing further, witness released.
11:40  Court in recess.

1:45   Court in session with all counsel present. Defendants called witness, **Dr. Robert Fischer**, sworn and testified on direct by Mr. Sharma. Exhibit 2000, 2050.
2:16   Cross-examination of witness, Dr. Robert Fischer, by Mr. Fischer. Exhibit 2585 moved into evidence - ADMITTED.
2:45   Court in recess.

3:00   Court in session with all counsel present. Continued direct examination of witness, Dr. Robert Fischer. Exhibit 2585. Exhibit 2520 moved into evidence under seal - ADMITTED. Exhibit 2481 moved into evidence - ADMITTED.
4:00   Court in recess until 9:30AM 12/05/2013

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2481, 2520, 2569, 2574, 2585, 2592, 2596, 2597, 2598.

Exhibits

2481 - Exhibit W to the Reply Declaration of Jane Kahn,[Dkt 4765].
2520 - Suicide Report for Suicide Prisoner 4, 07/22/2013 at COR.
2569 - Summary of Outpatient Population by Institution and Level of Care (unredacted).
2574 - Excerpt, CDCR Plan to Improve Enhanced Outpatient Program in ASU, with 05/01/08 cover letter from Robin Dezember.
2585 - Corcoran Mgmnt Report DPRD_01 00199-217.
2592 - CDCR Additional Data, 06/28/2013: EOP and CCCMS in ASU/SHU and PSU Length of Stay Report, Placements Greater than 90 days.
2596 - Excerpt for Length of Stay Prisoner F, Coleman Monthly Data, 08/16/2013: EOP and CCCMS in ASU/SHU and PSU Length of Stay Report.
2597 - Excerpt for Length of Stay Prisoner E, Coleman Monthly Data, 08/16/2013: EOP and CCCMS in ASU/SHU and PSU Length of Stay Report.
2598 - Excerpt for Length of Stay Prisoner D, Coleman Monthly Data, 06/28/2013: EOP and CCCMS in ASU/SHU and PSU Length of Stay Report, Placement Greather than 90 days.