United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>          Plaintiffs,<br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br>          Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:   12/05/2013<br><br>Deputy Clerk: J. Streeter<br><br>Court Reporter: M. Babbitt/C. Bodene |

For the Plaintiffs

Michael Bien, Tom Nolan

Aaron Fischer, Jane Kahn,

For the Defendants

Debbie Vorous, Jay Russell,

Patrick McKinney, Maneesh Sharma

**Proceedings: Day 22 - Evidentiary Hearing re [4580].**

9:30   Court in session with all counsel present. Continued cross-examination of witness, **Dr. Robert Fischer**, by Mr. Fischer. Exhibit 2040. Exhibits 2540 and 2526 moved into evidence under seal - ADMITTED. Exhibit 2585.
10:18  Redirect examination of witness by Mr. Sharma.
10:41  Recross examination of witness by Mr. Fischer.
10:46  Redirect examination of witness by Mr. Sharma. Nothing further, witness is excused.
10:49  Court in recess.

11:14  Court in session with all counsel present. Plaintiffs called witness, **Dr. Pablo Stewart, M. D.**, sworn and testified on direct by Mr. Nolan. Plaintiffs' requested that Dr. Stewart be designated as a expert witness in forensic psychiatry. No objections. Dr. Stewart so designated. Exhibit 2136 moved into evidence - ADMITTED. Exhibits 2106, 2107, 2108, 2109, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118 and 2119 moved into evidence - ADMITTED
11:58  Court in recess.

1:33   Court in session with all counsel present. Continued direct examination of witness, Dr. Stewart. Exhibits 2137, 2138, 2120, 2126, 2127, 2140, 2121, 2122 moved into evidence - ADMITTED. Exhibit 2049.
2:42   Court in recess.

3:04   Court in session with all counsel present. Continued direct examination of witness, Dr. Stewart. Exhibits 2132. 2134, 2142, 2496 moved into evidence - ADMITTED. Exhibit 2124, identified, but not admitted.
3:26   Cross examination of the witness, Dr. Stewart, by Mr. Russell. Portions of Dr. Stewart's Deposition were read into the record. Exhibits 2106 through 2110, 2121, 2122, 2132, 2134.
4:17   No cross examination, witness is excused.
4:18   Court in recess until 9:30AM 12/06/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2106, 2107, 2108, 2109, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117, 2118, 2119, 2120, 2121, 2122, 2126, 2127, 2132, 2134, 2136, 2137, 2138, 2140, 2142, 2496, 2526, 2540.

Exhibits

2106 - Photograph
2107 - Photograph
2108 - Photograph
2109 - Photograph
2110 - Photograph
2111 - Photograph
2112 - Photograph
2113 - Photograph
2114 - Photograph
2115 - Photograph
2116 - Photograph
2117 - Photograph
2118 - Photograph
2119 - Photograph
2120 - Declaration of Tim Belavich ISO Defs' Opp to Pltfs' Motion re; Housing and Treatment of Mentally Ill Prisoners in Segregation
2121 - Suicide Report for Suicide Prisoner 11/Stewart Prisoner H
2122 - Excerpts from CDCR's Electronic Health Records for Stewart Prisoner H
2126 - Suicide Report for Suicide Prisoner 8
2127 - Excerpts from CDCR's Electronic Health Records for Suicide Prisoner 8
2132 - Suicide Report for Suicide Prisoner 27/Stewart Prisoner R
2134 - ACA Standards Regarding Segregation Units, including Rounding and Recreation Standards
2136 - Excerpts from CDCR's Electronic Health, Custody and Other Records for Stewart Prisoner V
2137 - Excerpts from CDCR's Electronic Health, Custody and Other Records for Stewart Prisoner DD
2138 - Excerpts from CDCR's Electronic Health, Custody and Other Records for Stewart Prisoner EE
2140 - Excerpts from CDCR's Electronic Health and Custody Records for Stewart Prisoner SS
2142 - Excerpts from CDCR Electronic Health and Custody Records for Stewart Prisoner W
2496 - CSP-SAC Psychiatric Services Unit Handbook, updated July 2013
2526 - Suicide Report for Suicide Prisoner 7, 4/29/13 at COR
2540 - Suicide Report for Suicide Prisoner 15, 8/28/12 at COR