KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
PATRICK R. MCKINNEY, State Bar No. 215228
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
JESSICA KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DEFENDANTS' NOTICE OF ERRATA TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION RELATED TO HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants' Opposition to Plaintiffs' Motion Related to Housing and Treatment of Mentally ill Prisoners in Segregation (filed as ECF 4712) is corrected as follows:

///

///

///

1

(1) At page 27:25 the sentence should be changed to read:

"with their clinical needs…[and] shall have an individualized treatment plan for ten hours per"

Dated: December 9, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California

/s/ Jessica Kim

JESSICA KIM
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS000331847759.doc

2

Not. of Errata to Opp'n. to Pls.' Mot. Rel. to Housing & Treat. Mentally Ill Prisoners in Segregation
(2:90-cv-00520 LKK DAD PC)