## United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>                Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br>                Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:    12/06/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter:  M. Babbitt/C. Bodene |

For the Plaintiffs                                    For the Defendants

Michael Bien, Jane Kahn                      Debbie Vorous, Jay Russell,

Aaron Fischer,                                        Patrick McKinney

**Proceedings: Day 23 - Evidentiary Hearing re [4580].**

9:30   Court in session with all counsel present. Defendants' called witness, **Kathleen Allison**, sworn and testified on direct by Ms. Vorous. Exhibits LLL, MMM, NNN, OOO moved into evidence - ADMITTED.

10:45  Court in recess.

11:00  Court back in session with all counsel present. Mr. Fischer indicated the parties agreed to clear the record to reflect that exhibit 2481 is admitted. Plaintiffs moved exhibit 2481 into evidence - ADMITTED. Continued direct examination of witness, Ms. Allison, by Ms. Vorous. Exhibits PPP, QQQ moved into evidence - ADMITTED.

12:00  Court in recess.

1:30   Court back in session with all counsel present. Continued direct examination of witness, Kathleen Allison, by Ms. Vorous.  Exhibit QQQ. Exhibits RRR, SSS, TTT moved into evidence - ADMITTED. Exhibit LLL. Exhibit OOO. Exhibit UUU moved into evidence - ADMITTED.

2:47   Court in recess.

3:05   Court in session with all counsel present. Continued direct examination of witness, Kathleen Allison, by Ms. Vorous. Exhibits OOO, LLL.

3:33   Cross-examination of witness, Kathleen Allison, by Mr. Fischer. Exhibits QQQ, OOO, PPP.

4:00   Court in recess until 9:30AM 12/11/2013.


EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2481.
                                   Defense Exhibits: LLL, MMM, NNN, OOO, PPP, QQQ, RRR, SSS, TTT, UUU.


Exhibits

2481 - Exhibit W to the Reply Declaration of Jane Kahn, [Dkt 4765].


LLL - Allison Declaration
MMM- Packet of Photographs relating to construction.
NNN - Title 15 Code of Regulations
OOO - Notice of Change of Regulations
PPP - 11-26 Ad. Seg. Statistics Report
QQQ - log summary on the non-disciplinary administrative segregation.
RRR - Memorandum to Associate Directors 12/03/2013.
SSS - Charts Re: Population
TTT - Charts Re: Population
UUU - Schematic of the different types of housing.