IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. 2:90-cv-0520 LKK DAD (PC)<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER FURTHER EXTENDING</u><br><u>MEET-AND-CONFER PROCESS</u> |

On September 24, 2013, this Court ordered the parties to participate in a meet-and-confer process facilitated by the Honorable Peter Siggins. On October 21, 2013, the Court extended the meet-and-confer process to November 18, 2013. The Court now extends the meet-and-confer process to **January 10, 2014**. The Court does not anticipate any further extensions of the meet-and-confer process absent extraordinary circumstances. The deadline to achieve the ordered reduction in population is extended accordingly, to **April 18, 2014**,

again without prejudice to the parties' requesting a further extension of this deadline or the Court so ordering.

**IT IS SO ORDERED.**

Dated: 12/11/13

_____
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 12/11/13

_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 12/11/13

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA