IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    vs.                                      No. CIV S-90-0520 LKK DAD

**EDMUND G. BROWN, et al.,**
    **Defendants**

_____/

**SPECIAL MASTER'S REQUEST FOR THE
APPOINTMENT OF ADDITIONAL STAFF
AND FOR INCREASE IN COMPENSATION OF EXPERT**

       Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master requests the appointment of Karl E. Weaver, M.D., Kenneth L. Appelbaum, M.D., Joseph V. Penn, M.D., Cynthia A. Radavsky, M.Ed., Roderick Q. Hickman, and Timothy A. Rougeux to his staff. Drs. Weaver, Appelbaum, and Penn, are to be compensated at the rate of two hundred and fifty dollars ($250.00) per hour for their work as experts, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses. Ms. Radavsky, Mr. Hickman, and Mr. Rougeux are to be compensated at the rate of two hundred thirty five dollars ($235.00) per hour for their work, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

       In addition, the special master requests an increase in compensation from two hundred twenty five dollars ($225.00) per hour to two hundred fifty dollars ($250.00) per hour for his

1

expert Henry Dlugacz, Esq. so that his compensation may be commensurate with that of other similarly qualified experts who work for the special master on this case.

The reasons for this request to appoint and to increase Mr. Dlugacz's hourly rate of compensation are set forth in the accompanying memorandum.

        Respectfully submitted,

        /s/

        _____
        Matthew A. Lopes, Jr.
        Special Master

December 12, 2013