**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**


**RALPH COLEMAN, et al.,**
    **Plaintiffs**


    **vs.**                                    **No. CIV S-90-0520 LKK DAD**


**EDMUND G. BROWN, et al.,**
    **Defendants**

_____/


**MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S**
**REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF**
**AND FOR INCREASED COMPENSATION OF EXPERT**


Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants, the special master submits herewith his request for the court's approval of the appointment of Karl E. Weaver, M.D., Kenneth L. Appelbaum, M.D., Joseph V. Penn, M.D., Cynthia A. Radavsky, M.Ed., Roderick Q. Hickman, and Timothy Rougeux to the special master's staff. The *curricula vitae* of these six persons are annexed hereto as Exhibits A through F, respectively. The special master requests these additions to his staff in order to enhance his capacity to competently and expeditiously fulfill his various duties and responsibilities, including but not limited to those recently ordered by the court.

In addition, the special master requests an order increasing the compensation of his expert Henry Dlugacz, Esq. from two hundred twenty five dollars ($225.00) to two hundred fifty dollars ($250.00) per hour. Mr. Dlugacz is a licensed social worker and an attorney/expert consultant in private practice with a focus on mental health issues. In May 2007, he was appointed to the

1

special master's staff as an expert. At that time, his hourly rate of compensation was requested and designated as two hundred twenty five dollars ($225.00) per hour, while the rate of compensation for other similarly qualified experts on the special master's staff at that time was designated at two hundred fifty dollars ($250.00) per hour. It should have been, but was not, requested at the latter higher rate so that Mr. Dlugacz would be compensated commensurately with others whose qualifications and roles on the special master's staff are similar to those of Mr. Dlugacz. Accordingly, the special master requests this increase in hourly rate for Mr. Dlugacz at this time.

The special master requests the appointment of the six persons named above to his staff for the following reasons. On July 11, 2013 (Docket No. 4688), the special master was ordered to report to the court on the six programs which provide inpatient mental health care to inmates of the California Department of Corrections and Rehabilitation (CDCR).[1] Five of these six programs are run by the California Department of State Hospitals (DSH); the Psychiatric Inpatient Program at the California Institution for Women (CIW PIP) is run by CDCR. Under this order, the special master has been tasked with focused monitoring of the highest levels of mental health care -- inpatient acute and intermediate care -- for CDCR inmates. *See* Order, July 11, 2013 (Docket No. 4688). In the same order the court also notes that: "[T]o the extent that the Special Master may require additional staff to meet the obligations of this order, he shall follow the procedures used in this action to date for seeking appointment of such staff." Order, July 11, 2013 (Docket No. 4688) at 12-13.

Following the filing of the special master's report on the Salinas Valley Psychiatric Program (SVPP), on November 13, 2013 he was ordered to, among other things, provide his

---

[1] Atascadero State Hospital (ASH), Coaling State Hospital (CSH), Salinas Valley Psychiatric Program (SVPP), Vacaville Psychiatric Program (VPP), the California Health Care Facility (CHCF), and the Psychiatric Inpatient Program at the California Institution for Women (CIW PIP).

guidance to a court-ordered review and re-evaluation by CDCR and DSH of the use of custodial measures known as Orientation and Cuff status at SVPP. See Order, November 13, 2013 (Docket No. 4925).

In the meantime, the number of mental health experts on the special master's staff has become substantially smaller, with a sharp reduction in the areas of psychiatry and clinical psychology. Over the past two years alone, the special master's team of experts and monitors has decreased by seven persons, six of whom were serving as experts. It is now too understaffed to meet the demands of ongoing monitoring, oversight and reporting responsibilities.

Over the past two years, among five psychiatrists on the special master's staff, one has left the staff, one is in the process of phasing out, and a third psychiatrist's availability has become restricted to only occasional document review with limited possibility of travel to California. Consequently, there are only two available psychiatrists on the special master's staff at the present time. Likewise, the number of clinical psychologists has declined from four to only one at present. In addition, one of the two social workers on the special master's staff has also left. The diminution in the special master's existing expert staff necessitates the addition of mental health clinical experts.

The special master also requires additional staff outside of the clinical realm, in the area of custodial policies and practices, in order to fulfill the aspect of the court's November 13, 2013 order dealing with Cuff and Orientation status. See Order, November 13, 2013, Docket No.4925, at 20. Cuff and Orientation status are custodial rather than clinical in nature. A competent analysis of these custodial practices therefore requires custodial expertise. Currently, only one of two monitors on the special master's team with specialized knowledge and experience with the custodial structure and practices within CDCR remains on the special master's staff; the other

monitor left within the past two years.  This loss of staff, plus the responsibilities detailed above, call for the addition of specialists on the custodial aspects of management and operations of the prisons and the inpatient programs for CDCR inmates.

For the foregoing reasons, the special master requests that the following six persons be appointed to his staff.

**Karl E. Weaver, M.D.**

Dr. Weaver is qualified to join the special master's staff as a mental health expert, as much of his past experience has been within mental health programming in a CDCR prison. Since 1994, he worked at as psychiatrist at the California Men's Colony, where he was elevated to the position of Chief Psychiatrist in 1995 and remained in that capacity until his retirement from CDCR in 2011.  Following his retirement from CDCR, Dr. Weaver worked as a contract psychiatrist for the San Luis Obispo County Mental Health program, the TeleCare Corporation, and the Oregon State Hospital.  Prior to joining the CDCR, Dr. Weaver served as Chairman of the Department of Psychiatry at Fairview General Hospital in Cleveland Ohio, and as President of the Board of Directors at the St. John & St. John Westshore Professional Corporation.

Dr. Weaver earned his medical degree at the Case Western Reserve University in 1978. He fulfilled his internship requirements in medicine, neurology, and psychiatry at the Mount Sinai Hospital of Cleveland Ohio from 1978 to 1979, and was a Resident in Psychiatry at the University Hospitals of Cleveland from 1979 to 1982.

Dr. Weaver's expertise in correctional psychiatry and his experience with management of psychiatric care in the correctional setting at the California Men's Colony will provide valuable assistance to the special master in monitoring, analyzing, and reporting to the court on the

treatment being provided to CDCR inmates in the inpatient mental health programs and in

CDCR prisons.  Accordingly, the special master asks that Dr. Weaver be appointed to his staff.

**Kenneth L. Appelbaum, M.D.**

The addition of Dr. Appelbaum to the special master's staff will assist with carrying out

monitoring, evaluating, and reporting on the mental health care being provided to CDCR inmates

in the inpatient programs as well as within CDCR prisons.  Since 1987, Dr. Appelbaum has been

a professor of clinical psychiatry at the University of Massachusetts Medical School.  Since

2007, he has also served as the Director of Correctional Mental Health Policy and Research at

the Center for Health Policy and Research at the University of Massachusetts Medical School.

Prior to that appointment, Dr. Appelbaum was the Director of the University of Massachusetts

Medical School Mental Health Program in the Massachusetts Department of Corrections,

wherein he was responsible for mental health services to all inmates in facilities of the

Massachusetts Department of Corrections.

Dr. Appelbaum earned his medical degree in 1981 at the University of Washington.  He

has had extensive post-doctoral training as a fellow in forensic psychiatry at the Yale University

Department of Psychiatry, a resident in psychiatry at the University of Vermont Department of

Psychiatry, and as a Resident in Family Medicine at the Maine-Dartmouth Family Practice

Residency in August, Maine.

Dr. Appelbaum has provided expert consultations on correctional mental health for

several state correctional systems.  He is board certified in general psychiatry, forensic

psychiatry, and neurology, and has served on numerous task forces and committees concerned

with issues in forensic and general psychiatry.  Dr. Appelbaum has also written many

professional journal articles and book chapters in the area of forensic psychiatry, and presented

many lectures and workshops to professionals in the field of forensic mental health.

**Joseph V. Penn, M.D.**

Dr. Penn is a board-certified psychiatrist who has extensive experience in correctional

mental health care.  His expertise in correctional psychiatry will add to the special master's

capacity to monitor, evaluate, and report on the mental health care being provided to CDCR

inmates in the inpatient programs and in the prisons. Dr. Penn has been teaching psychiatry on

the post-secondary level for the past 18 years.  Since 2009, he has been a clinical associate

professor of psychiatry in the Department of Psychiatry and Behavioral Sciences at the

University of Texas Medical Branch (UTMB) Medical School in Galveston, Texas, and is

associated with the Mental Health Services component of the UTMB Correctional Management

Care program.

Dr. Penn has served as a mental health consultant to numerous state and local

correctional and judicial systems.  He has provided expert testimony in many criminal and

competency hearings, and written many scholarly articles on issues in juvenile and adult

correctional mental health issues.  In addition, Dr. Penn has lectured extensively at hospitals and

academic programs on various topics in psychiatry and related correctional mental health issues.

In 1992, Dr. Penn earned his medical degree from the University of Texas Medical

Branch.  His post-graduate training included residencies in general and child and adolescent

psychiatry at the Brown University Department of Psychiatry and Human Behavior in

Providence, Rhode Island, from 1995 to 1998.  Subsequently, from 1998 to 1999, Dr. Penn was

awarded a Fellowship in Forensic Psychiatry in the Department of Psychiatry at Yale University

in New Haven, Connecticut.

**Cynthia A. Radavsky, M.Ed.**

The special master requests the appointment of Ms. Radavsky to his staff to assist him with executing his responsibilities concerning the inpatient mental health care programs for CDCR inmates.  Ms. Radavsky's experience and expertise in this area will provide valuable assistance to the special master in carrying out these responsibilities.

From 2006 to 2011, Ms. Radavsky served as the Deputy Director of the California Department of Mental Health (DMH; now Department of State Hospitals or DSH), wherein she headed and was responsible for long-term care at five California state hospitals for the mentally ill and the two prison-based psychiatric programs, SVPP and VPP.  Among other things, she also worked on policy development for the California Health Care Facility (CHCF), which provides inpatient mental health care to over 1,700 CDCR inmates. She also worked on the state's Sex Offender Commitment, Mentally Disordered Offender, and Conditional Release Programs.

From 1998 to 2006, Ms. Radavsky was the Assistant Deputy Director of DMH, and from 1995 to 1998, she served as the Program Director of the Napa State Hospital, which is one of the DSH facilities for inpatient treatment of the mentally ill.  Prior to that time, she worked at the Stockton Developmental Center, where she rose to the level of Program Director and was responsible for overall management of the forensic program, which included specialized residences for patients receiving acute psychiatric services, dual diagnoses, sex offender treatment, and patients who were offenders adjudicated incompetent to stand trial.

Ms. Radavsky presently works as a self-employed clinical subject matter consultant to jails and state and federal correctional facilities.  Her expertise is focused on management and leadership, project management, assessment of forensic mentally ill and developmentally

disabled persons, and development, implementation, and monitoring of evidence-based treatment programs.

Ms. Radavsky earned a Bachelor of Science degree in Therapeutic Recreation at the University of South Alabama in 1981, and a Master of Education degree in Adaptive Physical Education, with concentration in programming and research design, also at University of South Alabama, in 1984.

Ms. Radavsky's experience and expertise with the DSH programs, as well as at the CIW PIP, will aid the special master with monitoring, analyzing, and reporting to the court on the management and custodial policies and practices employed in the DSH-run inpatient programs for care of CDCR inmates at those programs.

**Roderick Q. Hickman**

Mr. Hickman has considerable high-level experience and knowledge in the area of management of both mental health and custodial matters in the correctional setting which would provide needed assistance to the special master at this time. His expertise is drawn from a long and distinguished career which spanned 27 years in corrections, including correctional mental health programs, in the State of California.

In 1979 he began as a correctional officer, from which he went on to become program manager for an outpatient psychiatric program, responsible for management of hundreds of inmates in medium security, administrative segregation, and general psychiatric units. He was promoted to the position of associate warden for program services, in which capacity he was responsible for custodial operations of the Outpatient Psychiatric Program. Thereafter he rose successively to the roles of chief deputy warden and then warden a high-medium security CDCR prison, followed by assistant deputy director, in which role he was responsible for planning,

organizing, and directing of all program activities for specialized CDCR headquarters-based units.  In 2003, Mr. Hickman became chief deputy director, responsible for reviewing and approving administrative policies, practices, and procedures for the field operations of the CDCR.  This entailed oversight of inmate classification, treatment and parole programs, prison industries, inmate care record-keeping, educational and vocational services, and medical and psychiatric care.

In 2003 Mr. Hickman was appointed by then-Governor Schwarzenegger as Secretary of the California Youth and Adult Correctional Agency, and then as the first Agency Secretary of the CDCR.  He was responsible for the leadership and management of approximately 59,000 employees and 170,000 adult and juvenile offenders housed across 41 institutions.  He was the principal liaison with both state and federal courts in creating and implementing court-ordered remedies to various problems within the California state correctional system.

Since 2008, Mr. Hickman has headed his own consulting firm which provides leadership, counsel, and consulting services to top-level management of both public and private organizations with complex missions.  For two years prior to that, he led the public sector segment of a consulting firm, XRoads Solutions Group, wherein he managed business development and client relations for the firm in the areas of labor management/relations and negotiations, business process improvement, and procurement efficiency, among other things.

Mr. Hickman was educated at the University of Southern California, the California State University, and the University of California.  He has also received specialized training in the areas of staff training, custody incident control, and internal affairs investigations at the Richard A. McGee Correctional Training Center, the Los Angeles County Sheriff's Department, and the San Jose State University.

**Timothy A. Rougeux**

Mr. Rougeux's experience and expertise in the management of health care, as well as high-level custodial management, within CDCR would assist the special master with carrying out his duties. Since 2009, Mr. Rougeux has worked as a consultant to California Correctional Health Care Services (CCHCS), wherein he hired and trained new CDCR institutional Chief Executive Officers, reviewed and revised correctional health care policies and procedures, and audited and reported on compliance by the institutions' custody staffs with applicable policies and procedures. Prior to that, he served as Chief Operating Officer for day-to-day operations of the CCHCS, overseeing physicians, nurse executives, and all ancillary medical services.

In 2008, Mr. Rougeux was the Chief Executive Officer of Health Care at San Quentin State Prison. Throughout the preceding decade, he was a correctional administrator for CDCR, in which capacity he was Associate Warden and acting Chief Deputy Warden at California State Prison/Solano, Chief of Institution Services, and Project Director for Medical Programs Implementation for the CDCR Division of Correctional Health Care Services. In these assignments, he worked extensively in management, implementation, auditing, and establishment of custody and security policies and procedures relating to the various CDCR inmate class action lawsuits. For the four year period preceding his term as correctional administrator, Mr. Rougeux served as CDCR Chief of the Litigation Management Section of the Institution Services Unit, providing interface among the CDCR Institutions Division, the Legal Affairs Division, and the California Office of the Attorney General.

In 1978, Mr. Rougeux earned an Associate Degree in Criminal Justice from the Niagara County Community College, followed by a Bachelor of Science Degree in Criminal Justice from the State University of New York in 1980.

**<u>Conclusion</u>**

For the foregoing reasons, the special master requests the entry of an order appointing Drs. Weaver, Appelbaum, and Penn, Ms. Radavsky, and Messrs. Hickman and Rougeux to his staff, and increasing the rate of hourly compensation of his expert Henry Dlugacz, Esq. from two hundred twenty five ($225.00) to two hundred fifty dollars ($250.00) per hour.

Respectfully submitted,

/s/

_____

Matthew A. Lopes, Jr.
Special Master

December 12, 2013

# EXHIBIT A

Curriculum Vitae

Karl E. Weaver M.D.                                    D.O.B. 7/1/1950
2745 Riverwalk Loop                                   541-344-8610
Eugene OR 97401


Education:
High School:      Berea High School, Berea, OH Grad 6/1968
Undergraduate:   Haverford College, Haverford PA 1968-1972 B.A., Psychology
Medical School:  Case Western Reserve School of Medicine 1974-1978
Internship:       Flexible (8 mo. Medicine, 2 mo. Neurology, 2 mo. Psychiatry)
                  Mt. Sinai Hospital of Cleveland OH 7/1/1978-6/30/1979
                  (legal name at the time: Karl E. Cunningham-Weaver M.D.)
Residency:        Psychiatry, University Hospitals of Cleveland 7/1/1979-5/30/1982


Credentials:      CA Medical license G079773 08/31/1994 exp. 7/31/2012
                  DEA: BW4962228 exp 5/31/2014
                  NPI # 1295829406
                  Certified, Am Bd. of Psychiatry & Neurology June 1984 cert. #26178
                  General Member APA 7/1981 Fellow, APA 5/16/2011
                  Member, Am. Acad. Psychiatry & the Law since 1998
                  Member: N. California Psychiatric Society
                  Lifetime Member AMA: #0443
                  Member: Am. Society of Clinical Psychopharmacology since 1995
                  Certified in Forensic Psychiatry, Am Bd. Psychiatry and Neurology
                  Cert. #553 April, 1998; Re-certified 8/08/2008 exp 8/2018
                  Certified: Advanced Clinical Psychopharmacology, Am Soc. Clinical
                  Psychopharmacology 6/1/2005 recert. 12/2009 exp 11/30/2014
Experience:
         Private practice of in-patient & out-patient psychiatry 7/1/1982-8/26/1994
         Cleveland, OH
         Chairman, Dept. of Psychiatry, St. John & St. John Westshore Hospitals,
         Cleveland, OH 1985-1990 (4 1/2 years)
         Chairman, Dept. of Psychiatry, Fairview General Hospital, Cleveland OH
         1/1992-8/1994
         President, Bd. of Directors, St John & St. John Westshore Professional
         Corporation, 1989-1990
         Staff Psychiatrist, California Men's Colony, San Luis Obispo, Ca
         9/2/1994-3/1/1995
         Sr. Psychiatrist, Supervisor, C.M.C., San Luis Obispo, 3/2/1995-5/31/1995
         Chief Psychiatrist, C.M.C., San Luis Obispo, 6/1/1995-01/03/2011
         Contract Psychiatrist, S.L.O Co. M.H. (for county jail psychiatric care)
         1/1997-2001
         Contract Psychiatrist, TeleCare Corporation 12/1998-Jan 2011
         Contract Psychiatrist Oregon State Hospital 12/01/11-present
contact info:  KarlWeaver@MSN.com  h 541-344-8610
                  cell/VM 805-441-1558

# EXHIBIT B

# CURRICULUM VITAE

## PERSONAL INFORMATION

Name:          Kenneth L. Appelbaum, M.D.

Address:       University of Massachusetts Medical School
               333 South St., 13E779
               Shrewsbury, MA  01545

Email:         Kenneth.Appelbaum@umassmed.edu

Birth Date:    March 18, 1951

## EDUCATION

1972 BA            Goddard College

1975-1977          Pre-medical studies
                   University of Washington

1981 MD            University of Washington

## POSTDOCTORAL TRAINING

1981-1982          Resident in Family Medicine
                   Maine-Dartmouth Family Practice Residency
                   Augusta, ME

1983-1986          Resident in Psychiatry
                   University of Vermont
                   Department of Psychiatry
                   Burlington, VT

1986-1987          Fellow in Forensic Psychiatry
                   Yale University
                   Department of Psychiatry
                   New Haven, CT

# BOARD CERTIFICATION AND CURRENT LICENSURE

| | |
|---|---|
| 1982 | Diplomate, National Board of Medical Examiners |
| 1987 | Massachusetts License #58536 |
| 1988 | Diplomate in Psychiatry, American Board of Psychiatry and Neurology Certificate #30481 |
| 1991 | Diplomate, American Board of Forensic Psychiatry, Inc., Certificate #239 |
| 1994 – 2014 | Certification in the Subspecialty of Forensic Psychiatry, American Board of Psychiatry and Neurology, Certificate #17 (recertified 2002 – 2014) |

# APPOINTMENTS AND POSITIONS

| | |
|---|---|
| 1985-1986 | Consultant Psychiatrist, Northeast Kingdom Mental Health Service, Newport, VT |
| 1987- | University of Massachusetts Medical School: Professor of Clinical Psychiatry, 11/1/02-present; Director, Correctional Mental Health Policy and Research, 1/07-present; [Assistant Professor of Psychiatry, 10/87-5/1/96; Associate Professor of Clinical Psychiatry, 5/1/96-10/31/02; Co-Director, Law and Psychiatry Program, 6/92-6/99; Director, Forensic Psychiatry Fellowship Program, 7/93-11/98 Director, Correctional Mental Health Program, 7/98-1/07] |
| 1987-1998 | Director, Forensic Service, Worcester State Hospital, Worcester, MA |
| 1988- | Forensic Mental Health Supervisor for the Division of Forensic Mental Health, Massachusetts Department of Mental Health: Responsibilities include supervision and training of psychiatrists and doctoral level psychologists seeking designation to conduct forensic mental health evaluations for the Commonwealth of Massachusetts. |
| 1992- | Forensic Mental Health Psychiatrist for the Division of Forensic Mental Health, Massachusetts Department of Mental Health |

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                                    **Page 3**

| | |
|---|---|
| 1998 - 2007 | Director, Mental Health Program, UMass Correctional Health, University of Massachusetts Medical School; Director for the UMMS mental health program in Massachusetts Department of Correction (DOC) facilities: Responsible for mental health program and services provided to all inmates in Massachusetts DOC facilities, including Bridgewater State Hospital |
| 2007 - | Director, Correctional Mental Health Policy and Research, Center for Health Policy and Research, Commonwealth Medicine, University of Massachusetts Medical School |

## AWARDS AND HONORS

| | |
|---|---|
| 1996 | The Best Doctors in America: Northeast Region, First Edition |
| 1998 | Fellow, American Psychiatric Association |
| 1998 - 2010 | The Best Doctors in America: Fourth Edition The Best Doctors in America: 2001-2002, 2003-2004, 2005-2006, 2007-2008 2009-2010 |
| 2000 - 2007 | Who's Who in Medicine and Healthcare: 3rd Edition; 6th Edition |
| 2003 | Distinguished Fellow, American Psychiatric Association |
| 2005 | Red AAPL Outstanding Service Award, American Academy of Psychiatry and the Law |
| 2005 | President's Award for Public Service, University of Massachusetts |
| 2012 | 2012 Outstanding Psychiatrist for Public Sector, Massachusetts Psychiatric Society |
| 2012 | Golden Apple Award "in recognition of AAPL members who have made significant contributions to the field of forensic psychiatric," American Academy of Psychiatry and the Law |

# MEMBERSHIPS

| | |
|---|---|
| 1986- | American Psychiatric Association |
| 1986- | American Academy of Psychiatry and the Law |
| 1987- | Massachusetts Psychiatric Society |

# EDITORIAL ASSIGNMENTS

| | |
|---|---|
| 1997-2004 | Deputy Editor, Journal of the American Academy of Psychiatry and the Law |
| 2004- | Reviewer and Special Editor, Journal of the American Academy of Psychiatry and the Law |
| 2004-2006 | Reviewer, Journal of the American Academy of Dermatology |
| 2007 | Reviewer, Behavioral Sciences and the Law |
| 2007- | Reviewer, American Journal of Psychiatry |
| 2007- | Reviewer, Psychiatric Services |
| 2008- | Reviewer, Bioethics |
| 2009- | Reviewer, Journal of Criminal Justice |
| 2011- | Reviewer, Intellectual and Developmental Disabilities |
| 2011- | Reviewer, International Journal of Forensic Mental Health |
| 2012- | Reviewer, International Journal of Law and Psychiatry |

# COMMITTEE ASSIGNMENTS

| | |
|---|---|
| 1988-1989 | Qualified Forensic Psychiatrist Regulation Writing Subcommittee (drafting regulations regarding qualifications of psychiatrists who conduct forensic evaluations for the Commonwealth of Massachusetts), Massachusetts Department of Mental Health |

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                                    **Page 5**

1988-1993          Task Force on HIV Disease
                   American Academy of Psychiatry and the Law

1989-1996          Committee on Psychiatry and Law
                   Massachusetts Psychiatric Society

1989-1995          Ethics Committee (Chairperson 1989-1993)
                   Worcester State Hospital

1990-1995          Designated Forensic Professional Committee (responsible for developing
                   and implementing a program for training and designating psychiatrists and
                   psychologists to conduct forensic mental health evaluations for the
                   Commonwealth of Massachusetts), Division of Forensic Mental Health,
                   Massachusetts Department of Mental Health

1991-1995          Chairperson (since 6/92), Professional Staff Organization Executive
                   Committee, Worcester State Hospital

1991-1992          Task Force on Substance Abuse
                   American Academy of Psychiatry and the Law

1991-1992          Psychiatry Executive Committee
                   Worcester State Hospital

1991-1992          Psychiatry Quality Assurance Committee
                   Worcester State Hospital

1991-1993          Chairperson, Treatment Issues Committee
                   Worcester State Hospital

1991-1994          Ethics Committee
                   American Academy of Psychiatry and the Law

1992-1993          Quality Assurance Committee
                   Worcester State Hospital

1992-1998          Task Force on Developmental Disabilities
                   American Academy of Psychiatry and the Law

1993-1996          Conflicts of Interest and Faculty Ethics Committee University of
                   Massachusetts Medical Center

1993-1999          Liaison with Forensic Psychology Committee
                   American Academy of Psychiatry and the Law

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                                        **Page 6**

| | |
|---|---|
| 1994-1999 | Treatment Issues Committee<br>University of Massachusetts Medical Center |
| 1995-1999 | Chairperson, Human Rights Advisory Committee, Community Healthlink (provider of residential and outpatient health care, mental health and substance abuse services to 10,000 patients in Central Massachusetts) |
| 1995-1998 | Quality Improvement Committee, Division of Forensic Mental Health, Massachusetts Department of Mental Health |
| 1995-1996 | Massachusetts Attorney General's Task Force on Guardianship |
| 1997- 2000 | Nominating Committee, American Academy of Psychiatry and the Law |
| 1997- 2004 | Editorial Board, Journal of the American Academy of Psychiatry and the Law |
| 1997-2000<br>2001-2005<br>2007-2008 | Executive Council, American Academy of Psychiatry and the Law |
| 2000-present | By-Laws Committee, American Academy of Psychiatry and the Law |
| 2001-2005 | Chairperson, Budget Committee, American Academy of Psychiatry and the Law |
| 2002-2005 | Isaac Ray Award Committee, American Psychiatric Association |
| 2002- | Legal Advisory Committee<br>Massachusetts Psychiatric Society |
| 2003-2013 | Research Steering Committee<br>UMass Correctional Health Program |
| 2007- | Clinical Affairs Committee (leadership and advisory forum for CWM) Commonwealth Medicine, University of Massachusetts Medical School |

# ADDITIONAL SERVICE AND ELECTED OFFICE

| | |
|---|---|
| 1992-1995 | President, Professional Staff Organization, Worcester State Hospital |
| March, 1993 | Conference Organizer and Co-Chair of Program Committee for Massachusetts Psychiatric Society's Spring Scientific Program on "Violence: Etiology, Assessment and Management" |
| 1993-1999 | Congressional liaison for the Third Massachusetts Congressional District for the Massachusetts Psychiatric Society and the American Psychiatric Association |
| 1995-1996 | 1996 Program Chair, 27th Annual Meeting of the American Academy of Psychiatry and the Law, San Juan, Puerto Rico |
| 1995-1998 | Experts Panel, Benchbook for State Courts on Psychiatric and Psychological Evidence and Testimony, American Bar Association Commission on Mental and Physical Disability Law |
| 1996-1997 | Massachusetts Prison Health Services Review Team: psychiatrist member of three person team appointed by the Massachusetts Department of Mental Health, pursuant to statute (Chapter 127, section 39), to supervise medical and psychiatric examinations and treatment of inmates housed in Massachusetts Department of Corrections segregation units. |
| 1996-1997 | Specialist Site Visitor in Forensic Psychiatry, Accreditation Council for Graduate Medical Education |
| 1997-2000 | Councilor, American Academy of Psychiatry and the Law |
| 1999-2001 | Group for the Advancement of Psychiatry (GAP): Committee on Psychiatry and Law |
| 2000-2005 | American Board of Psychiatry and Neurology (ABPN): Committee on Subspecialty Certification in Forensic Psychiatry (includes writing and revising questions for the Forensic Psychiatry Board Examination) |
| 2001-2005 | Treasurer, American Academy of Psychiatry and the Law |
| 2007-2008 | Vice-President, American Academy of Psychiatry and the Law |

## SELECTED SPECIAL CONSULTATIONS

1987          Commission on Security and Cooperation in Europe, U.S.Congress: Review of
              The Psychiatric Examination in the Miroslav Medvid Incident and Suggested
              Guidelines for Psychiatric Evaluations of Aliens Whose Departure May Not Be
              "Voluntary"; Advisory Staff

1997          Appelbaum KL, Dvoskin J, Geller J (Chairperson), Grisso T: Report on the
              Psychiatric Management of John Salvi in Massachusetts Department of
              Correction Facilities 1995-1996.  Submitted to the Massachusetts Department of
              Correction

1997          Appelbaum KL, Dvoskin J, Grisso T: Review of the Forensic Mental Health
              Evaluation Process for the State of Maine.  Submitted to the Maine Department of
              Mental Health

2006          Institute of Medicine, National Academy of Sciences: Ethical Considerations of
              Revisions to DHHS Regulations on Protection of Prisoners Involved in Research;
              External Reviewer

2008          Connecticut Department of Correction (CDOC): neutral expert retained to
              arbitrate a claim of non-compliance with a Settlement Agreement between the
              CDOC and the State of Connecticut Office of Protection and Advocacy (OPA)
              regarding mental health services and segregation management for inmates with
              mental disorders.

2009          New Jersey Department of Correction: expert retained as part of ongoing state
              settlement agreement to assist NJDOC in development of a plan to meet the needs
              of female inmates with mental disorders who also have substance abuse problems,
              cognitive impairments, and/or behavioral problems and to meet the need for
              additional services for female inmates with mental disorders who are housed in
              maximum security units.

2011          Massachusetts Department of Mental Health: Co-chair of Task Force on Staff and
              Client Safety in the Community established in response to the homicide Stephanie
              Moulton, a counselor in a DMH group home. The Task Force was charged with
              assessing all current policies and practices relative to safety in the DMH
              community system and to develop mechanisms for improvement.

2011          Appelbaum KL, Dvoskin J: Consultation Report on the Clifton T. Perkins
              Hospital Center. Review submitted to the Maryland Department of Health and
              Mental Hygiene on care, treatment, and safety at Maryland's secure forensic
              psychiatric facility, Clifton T. Perkins Hospital Center, in response to recent
              patient-on-patient homicides and other adverse events.

2011(ongoing) U.S. Department of Homeland Security, Office for Civil Rights and Civil Liberties: consultant for reviews of mental health services for detainees at U.S. Immigration and Customs Enforcement detention centers.

2012        Consultation Report: Maryland's Spring Grove and Springfield Hospital Centers and Forensic Mental Health Service Delivery System. Submitted to the Maryland Department of Health and Mental Hygiene.

2013        Consultation Report On Rawson-Neal Psychiatric Hospital. Submitted to Nevada Governor Brian Sandoval, Nevada Department of Health and Human Services, and the National Association of State Mental Health Program Directors.

# PUBLICATIONS

## Book Chapters

1.  **Appelbaum KL**, Appelbaum PS: The HIV positive patient, in Beck JC (ed.), Confidentiality vs. Duty to Protect: Risk of Foreseeable Harm in the Practice of Psychiatry*, American Psychiatric Press, Washington, DC, 1990
    (* Winner of the 1992 Manfred S. Guttmacher Award, granted by the American Psychiatric Association and the American Academy of Psychiatry and the Law for outstanding contributions to forensic psychiatric literature)

2.  **Appelbaum KL**: Legal issues in treating the alcoholic patient in the emergency department, in Fassler D (ed.), The Alcoholic Patient: Emergency Medical Intervention, New York, Gardner Press, 1992

3.  **Appelbaum KL**, Appelbaum PS: Forensic psychiatry, in Goldman H (ed.), Review of General Psychiatry, Fourth edition, Appleton and Lang, 1995

4.  **Appelbaum KL**, Appelbaum PS: Prosecution as a response to violence by psychiatric patients, in Eichelman BS, Hartwig AC (eds.), Patient Violence and the Clinician, American Psychiatric Press, Washington, DC, 1995

5.  Zaitchik MC, **Appelbaum KL**: Legal issues: Competency, Criminality, and care, in Soreff S (ed.), Handbook for the Treatment of the Seriously Mentally Ill [pp. 447-460], Hogrefe and Huber, Seattle, 1996

6.  **Appelbaum KL**, Appelbaum PS: Forensic psychiatry, in Goldman H (ed.), Review of General Psychiatry [pp. 530-539], Fifth edition, Lange Medical Books/McGraw Hill, New York, 2000

7.    **Appelbaum KL**: Practicing psychiatry in a correctional culture, in Scott C (ed.), Clinical Handbook of Correctional Psychiatry [pp. 21-41], American Psychiatric Press, Washington, DC, 2005

8.    Newman AW, **Appelbaum KL**: Stalking: perspective on victims and management, in Pinals D (ed.), Stalking: Psychiatric Perspectives and Practical Approaches [pp. 107-138], Oxford University Press, Inc., Oxford, NY, 2007

9.    **Appelbaum KL**: The mental health professional in a correctional culture, in Scott C (ed.), Handbook of Correctional Mental Health [pp. 91-117], Second edition, American Psychiatric Press, Washington, DC, 2010

10.   **Appelbaum KL**: Self-Injury in Correctional Settings, in Walsh B (ed.), Treating Self-Injury: A Practical Guide, Second edition [pp. 325-334], Guilford Press, New York, 2012

## Peer Reviewed Journal Articles

1.    **Appelbaum KL**: Criminal defendants who desire punishment. Bulletin of the American Academy of Psychiatry and the Law 18:385-391, 1990

2.    **Appelbaum KL**, Appelbaum PS: A model hospital policy on prosecuting patients for presumptively criminal acts. Hospital and Community Psychiatry 42:1233-1237, 1991

3.    Fein RA, **Appelbaum KL**, Barnum R, et al.: The Designated Forensic Professional Program: a state government-university partnership to improve forensic mental health services. Journal of Mental Health Administration 18:223-230, 1991

4.    **Appelbaum KL**, Fisher WH, Nestelbaum Z, Bateman A: Are pretrial commitments for forensic evaluation used to control nuisance behavior?  Hospital and Community Psychiatry 43:603-607, 1992

5.    **Appelbaum KL**, Bazemore PH, Tonkonogi J, Ananth R, Shull S: Privilege and discharge decisions for psychiatric inpatients with dysphagia. Hospital and Community Psychiatry 43:1023-1025, 1992

6.    **Appelbaum KL**: Assessment of criminal justice related competencies in defendants with mental retardation. Journal of Psychiatry and Law 22:311-327, 1994

7.    **Appelbaum KL**, Appelbaum PS: Criminal justice-related competencies in defendants with mental retardation. Journal of Psychiatry and Law 22:483-503, 1994.

8.    **Appelbaum KL**, Zaitchik MC: Mental health professionals play critical role in presentencing evaluations.  Mental and Physical Disability Law Reporter 19:677-684, 1995

9.    Borum R, **Appelbaum KL**: Epilepsy, aggression, and criminal responsibility.  Psychiatric Services 47:762-763, 1996

10.   **Appelbaum KL**, Fisher WH: Judges' assumptions about the appropriateness of civil and forensic commitment. Psychiatric Services 48:710-712, 1997

11.   Wall BW, **Appelbaum KL**: Disabled doctors: the insurance industry seeks a second opinion.  Journal of the American Academy of Psychiatry and the Law, 26:7-19, 1997

12.   **Appelbaum KL**, Hickey JM, Packer I: The role of correctional officers in multidisciplinary correctional mental health care. Psychiatric Services 52:1343-1347, 2001

13.   **Appelbaum KL**, Manning TD, Noonan JD: A university-state-private corporation partnership to provide correctional mental health services. Psychiatric Services 53:185-189, 2002

14.   **Appelbaum KL**: Correctional mental health research: opportunities and barriers, Journal of Correctional Health Care, 14:269-277, 2008

15.   **Appelbaum KL**: Assessment and treatment of correctional inmates with ADHD. Am J of Psychiatry, 165:1520-1524, 2008

16.   **Appelbaum KL**: ADHD in prison: a treatment protocol. Journal of the American Academy of Psychiatry and Law, 37:45-49, 2009

17.   **Appelbaum KL,** Savageau J, Trestman R, Metzner J, Baillargeon J: A National Survey of Self Injurious Behavior in American Prisons. Psychiatric Services, 62:285-290, 2011

18.   **Appelbaum KL**: Stimulant use under a prison treatment protocol for Attention-Deficit/Hyperactivity disorder. Journal of Correctional Health Care, 17(3):218-225, 2011

## Other Publications

1.    **Appelbaum KL**: Mental health assessments for the courts: review of Evaluating Competency, by Thomas Grisso, Ph.D. Contemporary Psychiatry 7:130-132, 1988

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                                    **Page 12**

2.      **Appelbaum KL**: Civil commitment: the role of the mental health professional. Expert Opinion 3:1,4-7, 1990

3.      **Appelbaum KL**: Guardianship of John Roe: a judicial standard for competent decision-making. American Academy of Psychiatry and the Law Newsletter 17:42-43, 1992

4.      **Appelbaum KL**: review of Testifying in Court: A Guide for Mental Health Professionals, by Richard A. Gardner, M.D. Psychiatric Services 48:409-410, 1997

5.      **Appelbaum KL**: Legal digest. Journal of the American Academy of Psychiatry and the Law 25:409-420, 1997

6.      Candilis PJ, **Appelbaum KL**: Anatomy of a prison commission. Journal of the American Academy of Psychiatry and the Law 25:401-407, 1997

7.      **Appelbaum KL**: Legal digest. Journal of the American Academy of Psychiatry and the Law 25:613-624, 1997

8.      Candilis PJ, **Appelbaum KL**: Physician-assisted suicide and the Supreme Court: the *Washington* and *Vacco* verdicts. Journal of the American Academy of Psychiatry and the Law 25:595-606, 1997

9.      **Appelbaum KL**, Grudzinskas AJ: Legal digest. Journal of the American Academy of Psychiatry and the Law 26:131-149, 1998

10.     **Appelbaum KL**, Grudzinskas AJ: Legal digest. Journal of the American Academy of Psychiatry and the Law 26:315-331, 1998

11.     **Appelbaum KL**: Legal digest. Journal of the American Academy of Psychiatry and the Law 26:505-520, 1998

12.     Grudzinskas AJ, **Appelbaum KL**: *General Electric Co. v. Joiner*: lighting up the post-*Daubert* landscape? Journal of the American Academy of Psychiatry and the Law 26:497-504, 1998

13.     **Appelbaum, KL**: Legal Digest. Journal of the American Academy of Psychiatry and the Law 26:669-682, 1998

14.     **Appelbaum, KL**: Legal Digest. Journal of the American Academy of Psychiatry and the Law 27:155-169, 1999

15.     **Appelbaum, KL**: Legal Digest. Journal of the American Academy of Psychiatry and the Law 27:359-370, 1999

16. **Appelbaum, KL**: Legal Digest. Journal of the American Academy of Psychiatry and the Law 27:489-499, 1999

17. **Appelbaum KL**, Hickey JM, Packer I: Correctional officer involvement in mental health care of inmates. Correctional Mental Health Report :67, 74-75, 2002

18. **Appelbaum KL**: Political abuse of forensic psychiatry: an introduction to the Munro commentaries. Journal of the American Academy of Psychiatry and the Law 30:1, 95-96, 2002

19. **Appelbaum KL**: Commentary: the use of restraint and seclusion in correctional mental health, Journal of the American Academy of Psychiatry and Law 35:431-435, 2007

20. **Appelbaum KL**:  Book Review: Correctional Psychiatry: Practice Guidelines and Strategies. Psychiatric Services 59:814, 2008

21. **Appelbaum KL**:  Inmates with ADHD: a stimulating treatment proposal. CorrDocs 11:1, 10, 2008

22. **Appelbaum KL**: The art of forensic report writing. Journal of the American Academy of Psychiatry and Law 38:43-45, 2010

23. **Appelbaum KL**: Book Review: Psychiatry in Prisons: A Comprehensive Handbook, edited by Simon Wilson and Ian Cumming. Psychiatric Services, Accepted for publication

24. **Appelbaum KL**: Howard Zonana and the subspecialty maturation of forensic psychiatry. Journal of the American Academy of Psychiatry and Law, 38:559-569, 2010

25. Anumba NM, **Appelbaum** KL: Limitations on use of competence to stand trial evidence in penalty phase. Journal of the American Academy of Psychiatry and Law, in press

# MAJOR PRESENTATIONS

December, 1985      "Malpractice in Psychiatry"
                    Psychiatry Grand Rounds, University of Vermont, Burlington, VT

October, 1987       "Ethics and AIDS" Poster session
                    Hospital and Community Psychiatry Annual Conference, Boston, MA

Curriculum Vitae: Kenneth L. Appelbaum, M.D.                    Page 14

| | |
|---|---|
| December, 1987 | "Competence to Stand Trial"<br>Psychiatry Grand Rounds, University of Massachusetts Medical School, Worcester, MA |
| March, 1988<br>June, 1988<br>January, 1989 | "Legal Standards of Competency to Stand Trial"<br>and "Conducting the Criminal Responsibility Evaluation<br>Forensic Training Conference, Commonwealth of Massachusetts, Division of Forensic Mental Health, Department of Mental Health |
| April, 1988 | "Criminal Responsibility Evaluations"<br>Training Session for Middlesex County Assistant District Attorneys and Victim Witness Advocates, Commonwealth of Massachusetts |
| September, 1988 | "Clinical Indications for Antipsychotic Medications"<br>Commonwealth of Massachusetts, Training Session for Probate Justices |
| December, 1988 | "AIDS: Confidentiality vs. Duty to Protect"<br>Psychiatry Grand Rounds, University of Massachusetts Medical School, Worcester, MA |
| December, 1988 | "Informed Consent"<br>Grand Rounds, Norwich State Hospital, Norwich, CT |
| March, 1989 | "Lifting the Veil: How Clinicians Conduct Court Ordered Forensic Evaluations" and "Evaluation vs. Treatment in Criminal Cases"<br>Judicial Conference on Mental Health Issues,<br>Commonwealth of Massachusetts, Division of Forensic Mental Health, Department of Mental Health |
| May, 1989 | "The HIV Positive Patient: Confidentiality and the Duty to Protect"<br>Symposium presentation,<br>American Psychiatric Association Annual Conference, San Francisco, CA |
| October, 1989 | "HIV and the Duty to Warn: Impediments to Successful Tort Liability Suits Against Physicians" Special education session,<br>American Academy of Psychiatry and the Law 20th Annual Meeting Washington, D.C. |
| November, 1989 | "Prosecuting Patients for Assaults"<br>Grand Rounds, Worcester State Hospital, Worcester, MA |
| January, 1990 | "Civil Commitment: Legal and Clinical Issues"<br>Grand Rounds, Worcester State Hospital, Worcester, MA |

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                    **Page 15**

February, 1990      "Criminal Responsibility Evaluations: Legal Definitions"
May 1991          and "Conducting the Criminal Responsibility Evaluation"
Forensic Training Conference, Commonwealth of Massachusetts,
Division of Forensic Mental Health, Department of Mental Health

March, 1990      "Violence and Risk Management"
Second Annual Conference on Violence, Bridgewater State Hospital,
Bridgewater, MA

March, 1990      Conference Organizer and presenter ("Overview of Malpractice"),
Conference on Risk Management for the Mental Health Professional,
Sponsored by the Massachusetts Statewide AHEC Program and the
Department of Psychiatry, University of Massachusetts Medical School,
Worcester, MA

June, 1990      "Ethical Issues in Forensic Mental Health Practice"
Ethics Conference, Commonwealth of Massachusetts,
Division of Forensic Mental Health, Department of Mental Health

October, 1990      "Prosecution as a Response to Patient Violence"
Psychiatry Grand Rounds, University of Massachusetts Medical School,
Worcester, MA

January, 1991      "Overview of Malpractice"
Grand Rounds, Worcester State Hospital, Worcester, MA

January, 1991      "Malpractice for the Medical Professional"
Grand Rounds, Harrington Hospital, Southbridge MA

February, 1991      "Medicolegal Aspects of Prescribing Psycho tropic Medications: Informed
Consent and Medication Refusal"
Grand Rounds, Norwich State Hospital, Norwich, CT

February, 1991      "The Psychiatric Uses of Seclusion and Restraint"
Grand Rounds, Worcester State Hospital, Worcester, MA

1991-Present      "Conducting the Criminal Responsibility Evaluation"
Multiple presentations at Forensic Training Conference,
Commonwealth of Massachusetts,
Division of Forensic Mental Health, Department of Mental Health

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                                    **Page 16**

| | |
|---|---|
| June, 1991 | "Aid to Sentencing Evaluations"<br>Advanced Training Conference,<br>Commonwealth of Massachusetts,<br>Division of Forensic Mental Health, Department of Mental Health |
| February, 1992<br>March, 1992<br>June, 1992 | "Diagnosis of Mental Illness" and "Competence<br>to Consent to Treatment: Clinical Evaluation"<br>Mental health training conference for attorneys,<br>Massachusetts Committee for Public Counsel Services |
| 1992-1998 | "Diagnosis of Mental Illness"<br>Multiple presentations at Mental health training conference for attorneys,<br>Massachusetts Committee for Public Counsel Services |
| April, 1992 | "Undue Familiarity with Patients" (co-presenter with Jack Terry, Ph.D.,<br>and Patricia Durgin, OTR)<br>Ethics Grand Rounds, Worcester State Hospital, Worcester, MA |
| October, 1992 | "Criminal Defendants with Mental Retardation" Panel Chair and presenter,<br>American Academy of Psychiatry and the Law 23rd Annual Meeting,<br>Boston, MA |
| October, 1992 | "About the Prosecution of Assaultive Patients" Panel presentation<br>American Academy of Psychiatry and the Law 23rd Annual Meeting,<br>Boston, MA |
| January, 1993 | "The Role of Involuntary Hospitalization in the Treatment of Anorexia<br>Nervosa" (co-presenter with Kimberlee Kusiak, M.D., and Paul Hamburg,<br>M.D.)<br>Psychiatry Grand Rounds, University of Massachusetts Medical School,<br>Worcester, MA |
| March, 1993 | "Prosecution as a Response to Assaults by Patients"<br>Massachusetts Psychiatric Society Spring Scientific Program,<br>Newton, MA |
| October, 1993 | "Pre-sentencing Evaluations" Course Chair and presenter<br>American Academy of Psychiatry and the Law 24th Annual Meeting,<br>San Antonio, TX |
| October, 1993 | "Psychotropic Medications and Vulnerable Populations" Workshop<br>presentation, National Guardianship Association 6th Annual Conference,<br>Worcester, MA |

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                                    **Page 17**

| | |
|---|---|
| June, 1994 | "Assessing Competence Among the Elderly" Keynote presentation, Statewide Elder Abuse Conference, Massachusetts Commission on Affairs of the Elderly |
| November, 1994 | "Conducting Criminal Responsibility Evaluations" Grand Rounds, Westboro State Hospital, Westboro, MA |
| March, 1995 | "Forensic Evaluations of Defendants with Mental Retardation" conference on the Mentally Retarded Offender and Forensic Mental Health Services, sponsored by Division of Forensic Mental Health, Massachusetts Department of Mental Health and University of Massachusetts Medical Center |
| May, 1995 | "Guardianship: The Hidden Issues" Plenary session panelist at "Attorney General's Conference on Guardianship: Developing Effective and Appropriate Interventions" Bentley College, Waltham, MA |
| September, 1995 | "Pressing Charges in Addressing Violence" Conference on Violence and Serious Mental Illness, Massachusetts Department of Mental Health, Boston, MA |
| October, 1995 | "Professionals and Private Disability Insurance." Workshop presentation, American Academy of Psychiatry and the Law 26th Annual Meeting, Seattle, WA |
| December, 1995 | "Facing the Challenges of the Statutory Scheme" Plenary session presentation at Massachusetts District Court Judges' Conference on Mental Impairments and the Judicial Response, Leominster, MA |
| October, 1996 | "Discharge the Violent Patient, or Not?" Workshop presentation, American Academy of Psychiatry and the Law 27th Annual Meeting, San Juan, PR |
| October, 1996 | "Fellow Case Presentations and Expert Review" Panel presentation, American Academy of Psychiatry and the Law 27th Annual Meeting, San Juan, PR |
| October, 1996 | "Judicial Attitudes Toward Forensic Commitments" Paper presentation, American Academy of Psychiatry and the Law 27th Annual Meeting, San Juan, PR |

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                    **Page 18**

| | |
|---|---|
| April, 1997 | "Ethical Approaches to Dealing with the Aftermath of Violence" Panel presentation,<br>Medfield State Hospital conference on "Ethical Decision Making: Challenges Facing Public Sector Mental Health," Medfield, MA |
| May, 1997 | "Prosecuting Patients for Violent Behavior: Yeah or Nay?"<br>University of Massachusetts Medical School 13th Annual Public Sector Psychiatry Conference on "Clinical Management of Pathological Violence," Worcester, MA |
| October, 1997 | "Fellow Case Presentations and Expert Review: Competence and the Right to Die" Panel presentation,<br>American Academy of Psychiatry and the Law 28th Annual Meeting, Denver, CO |
| October, 1997 | "Public Sector Forensic Training in Massachusetts" Workshop presentation,<br>American Academy of Psychiatry and the Law 28th Annual Meeting, Denver, CO |
| November, 1997 | "Competence and the `Right to Die'" (co-presenter with Marjorie Clay, Ph.D., and Philip Candilis, M.D.)<br>Psychiatry Grand Rounds, University of Massachusetts Medical School, Worcester, MA |
| May, 1998 | "Inpatient Management of Forensic Patients" Panel presentation,<br>3rd Annual Taunton State Hospital Psychiatric Conference, Taunton, MA |
| June, 1998 | "Disabled doctors" Workshop presentation,<br>American Psychiatric Association Annual Meeting, Toronto, Ontario |
| October, 1998 | "Expert testimony in light of *General Electric v. Joiner* and *Daubert v. Dow Pharmaceutical*" Workshop presentation,<br>American Academy of Psychiatry and the Law 29th Annual Meeting, New Orleans, LA |
| June, 1999 | "Residential Treatment Units: Philosophy and Design" Workshop presentation at "Correctional Healthcare: Providing Quality Care in a Secure Setting,"<br>University of Massachusetts Medical School/Correctional Medical Services, Worcester, MA |

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                                    **Page 19**

| | |
|---|---|
| May, 2000 | "Academic/Corrections Models of Mental Health Care" Workshop Co-Chairperson, American Psychiatric Association Annual Meeting, Chicago, Illinois |
| April, 2001 | "The role of correctional officers in multidisciplinary correctional mental health care" Plenary presentation at "Treatment and Management Challenges in Correctional Mental Health"<br>University of Massachusetts Medical School/Correctional Medical Services/Massachusetts Department of Correction, Worcester, MA |
| September, 2001 | "Prison Mental Health Services" Plenary session at Conference on "The Evolving Continuum of Care: New System Challenges," Massachusetts Department of Mental Health annual conference, Westborough, MA |
| October, 2001 | "Challenging Cases in Correctional Mental Health" Workshop Chairperson, American Academy of Psychiatry and the Law 32nd Annual Meeting, Boston, MA |
| November, 2001 | "Medical School Involvement in Correctional Health Care: The Massachusetts Experience" Presented at the 25th National Conference on Correctional Health Care of the National Commission on Correctional Health Care and the Academy of Correctional Health Professionals, Albuquerque, NM |
| May, 2002 | "Mental Health and Substance Abuse Problems Among Inmates" Presentation to the Massachusetts Public Health Association, Boston, MA |
| October, 2002 | "Medical Schools and Correctional Mental Health," Panel Chairperson, American Academy of Psychiatry and the Law 33rd Annual Meeting, Newport Beach, CA |
| October 2004 | "Breaking Through Barriers with Mentally Ill Offenders: Culture and Competence," Panel presentation, American Academy of Psychiatry and the Law 35th Annual Meeting, Scottsdale, AZ |
| October 2005 | "Prescribing Controlled Substances in Prisons," Panel Chairperson, American Academy of Psychiatry and the Law 36th Annual Meeting, Montreal, Canada |
| October 2007 | "Segregation Management of Mentally Ill Inmates," Panel Chairperson, American Academy of Psychiatry and the Law 38th Annual Meeting, Miami Beach, FL |

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                    **Page 20**

| | |
|---|---|
| October 2007 | "ADHD in Prison: Prevalence under a model treatment protocol," Presentation at "Translational Research: Beside, Community and the Impact on Health Policy," Commonwealth Medicine Academic Conference, University of Massachusetts Medical School, Shrewsbury, MA |
| March 2008 | "ADHD in Prison: prevalence under a treatment protocol," Presentation at the 2nd annual, national "Academic and Health Policy Conference on Correctional Health: Linking Best Practices to Best Evidence," UMMS, Quincy, MA |
| October 2008 | "Prison Research: Opportunities, Hurdles, Methods," Workshop Chairperson, American Academy of Psychiatry and the Law 39th Annual Meeting, Seattle, WA |
| December 2009 | "Paruresis: Everything you wanted to know, but were too bashful to ask," Presentation at the 3rd annual, national "Academic and Health Policy Conference on Correctional Health, University of Massachusetts Medical School and Nova Southeastern University School of Osteopathic Medicine, Fort Lauderdale, FL |
| April 16, 2010 | "Overview of Mental Health and the Law" Guest lecture, Brandeis University, Waltham, MA |
| April 22, 2010 | "Howard Zonana and the Subspecialty Maturation of Forensic Psychiatry" Keynote address at conference on The Evolution of Forensic Psychiatry at Yale, Yale University School of Medicine, New Haven, CT |
| June 27 – 29, 2010 | "Self-Injurious Behaviors in Prisons: A Nationwide Survey of Correctional Mental Health Directors" Poster Presentation, AcademyHealth Annual Research Meeting, Boston, MA |
| November 8, 2010 | "Double Jeopardy: Health and Imprisonment" Presentation of "Self-Injurious Behaviors in Prisons: A Nationwide Survey of Correctional Mental Health Directors" American Public Health Association's 138th Annual Meeting and Exposition, Denver, CO |
| March 10-11, 2011 | "Self-injurious behavior in the nation's prison systems: results and implications of a national survey" Seminar Presentation, 4th Academic and Health Policy Conference on Correctional Health, University of Massachusetts Medical School, Boston MA |

| | |
|---|---|
| October 27, 2011 | "Self-injurious Behaviors in Prisons: A Nationwide Survey of Correctional Mental Health Directors." Workshop Chairperson, 42nd Annual Meeting: American Academy of Psychiatry and the Law Boston MA |
| October 27, 2011 | "Hearsay Evidence and the Forensic Expert." Panel Presentation 42nd Annual Meeting: American Academy of Psychiatry and the Law Boston MA |
| March 23, 2012 | "Optimizing Mental Health Care: What's Known and Not Known About Efficient and Effective Care Delivery" Seminar Chairperson, 5th Academic and Health Policy Conference on Correctional Health, University of Massachusetts Medical School and Emory University, Atlanta, GA |
| April 17, 2012 | "Civil Commitment, Confidentiality, and Mental Health Law" Guest lecture, Heller School for Social Policy and Management, Brandeis University, Waltham, MA |
| March 21, 2013 | "Making Things Better: Academic Views about Consultative and Judicial Impact on Correctional Healthcare" Seminar presentation, 6th Academic and Health Policy Conference on Correctional Health, University of Massachusetts Medical School, Chicago, IL |
| September 25, 2013 | Safety-Related Challenges Facing State Mental Health Systems & Hospitals: A Consultant's Perspective & Recommendations, Presentation at conference on "Workplace Violence: Understanding and Healing"; Tewksbury State Hospital, Tewksbury, MA |
| October 24, 2013 | Inpatient Violence: Risk Management Strategies, Workshop Presentation, 44th Annual Meeting: American Academy of Psychiatry and the Law, San Diego, CA |
| October 25, 2013 | Correctional Psychiatry: Evolving and Recommended Standards, Workshop Chairperson, 44th Annual Meeting: American Academy of Psychiatry and the Law, San Diego, CA |

## ADDITIONAL TEACHING EXPERIENCE

| | |
|---|---|
| 1987- | Lecturer on Law and Psychiatry to medical students and psychiatry residents, University of Massachusetts Medical School, Worcester, MA |

**Curriculum Vitae: Kenneth L. Appelbaum, M.D.**                    **Page 22**

| | |
|---|---|
| 1987-1998 | Coordinator for Law and Psychiatry medical student elective, University of Massachusetts Medical School, Worcester, MA |
| 1987-1998 | In-service training sessions on Law and Psychiatry, Worcester State Hospital |
| 1988-1989 | Lecturer on Law and Psychiatry to psychiatry residents, Massachusetts General Hospital, Harvard Medical School, Boston, MA |
| 1988-1993 | Twice monthly seminar on Advanced Topics in Mental Health Case Law, Worcester State Hospital |
| 1989-1992 | Lecturer on Law and Psychiatry, Northeastern University School of Law, Boston, MA |
| 1998-2007 | Coordinator for Correctional Psychiatry medical student elective, University of Massachusetts Medical School, Worcester, MA |
| 2010-present | Annual invited undergraduate seminar presentation on "Mental Health and Law," Heller School for Social Policy and Management Brandeis University |

# EXHIBIT C

November 16, 2013

CURRICULUM VITAE
# JOSEPH V. PENN, MD CCHP FAPA

| | |
|---|---|
| Business Address: | University of Texas Medical Branch (UTMB) |
| | Correctional Managed Care (CMC) |
| | Mental Health Services |
| | 200 River Pointe Drive, Suite 200 |
| | Conroe, Texas 77304 |
| Business Telephone: | (936) 494-4170 |
| Business Fax: | (936) 494-4195 |
| E-mail: | jopenn@utmb.edu |

## EDUCATION

Undergraduate
1987  B.S. in Biology
University of the Incarnate Word (formerly Incarnate Word College), San Antonio, Texas
Honors: Alpha Chi, Academic All-American, Who's Who in American Universities & Colleges, Graduated Summa Cum Laude

Medical School
1992  M.D.
University of Texas Medical Branch, Galveston, Texas
Honors: Who's Who in American Colleges/Universities, Junior Marshal

## POSTGRADUATE TRAINING

Residency
1992-1996     General Psychiatry
1995-1996     Chief Resident
Department of Psychiatry and Human Behavior, Brown University, Providence, Rhode Island

Residency
1996-1998     Child and Adolescent Psychiatry
Department of Psychiatry and Human Behavior, Brown University, Providence, Rhode Island

Fellowship
1998-1999     Forensic Psychiatry
Department of Psychiatry
Yale University, New Haven, Connecticut

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## POSTGRADUATE HONORS AND AWARDS

1994    ACNP Program for Minority Research Training in Psychiatry
1994    Center for Mental Health Services Scholarship
1995    Mead Johnson Fellow, Association for Academic Psychiatry
1995    Laughlin Fellow, American College of Psychiatrists
1996    Outstanding Young Men of America
1996    Chester M. Pierce, M.D., Sc.D. Resident Research Award
1997    Lebensohn Award, American Association of General Hospital Psychiatrists
1997    Rappeport Fellow, American Academy of Psychiatry & the Law
1999    Presidential Scholar, American Academy of Child & Adolescent Psychiatry
2000    Pilot Research Award, American Academy of Child & Adolescent Psychiatry
2001    America's Registry of Outstanding Professionals
2002    Who's Who in Medicine and Healthcare
2003    Who's Who in America
2003    Who's Who in Science and Engineering
2003    Junior Faculty Development Award, Association for Academic Psychiatry
2004    Brown Medical School Teaching Recognition Award
2004    Distinguished Alumnus, University of the Incarnate Word
2004    Strathmore's Professional Honor Society
2005    Best Doctors in America
2006    Madison Who's Who
2006    Fellow, American Psychiatric Association
2007    Who's Who Among Executives and Professionals
2007    Fellow, The Lloyd Society
2008    Member, American College of Psychiatrists
2011    Cambridge Who's Who Registry among Executives and Professionals in the field of
        Research, Medicine, and Healthcare

## MILITARY SERVICE                 None

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

1993    Rhode Island Medical License # 8849
1997    Diplomate, American Board of Psychiatry & Neurology # 43847
1998    Additional Certification, Child and Adolescent Psychiatry # 4583
1998    Connecticut Medical License # 36678
1999    Texas Medical License # K7081
1999    Massachusetts Medical License # 161086
2003    Additional Certification, Forensic Psychiatry # 1438
2004    Certified Correctional Health Care Professional (CCHP), National Commission on
        Correctional Health Care
2007    Re-Certification, American Board of Psychiatry & Neurology # 43847
2013    Re-Certification, Forensic Psychiatry, American Board of Psychiatry & Neurology #
        1438

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1995-1996 | Assistant Instructor in Psychiatry |
| 1998-2007 | Clinical Assistant Professor of Psychiatry, Department of Psychiatry and Human Behavior, Brown University School of Medicine, Providence, Rhode Island |
| 2007-2012 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University, Providence, Rhode Island |
| 2009- | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1994-1997 | Psychiatric House Officer, Landmark Medical Center, Woonsocket, RI |
| 1994-1998 | Psychiatric House Officer, St. Joseph Center for Psychiatric Services, Providence, RI |
| 1999-2008 | Medical Staff, Rhode Island Hospital, Providence, RI |
| 1999-2008 | Medical Staff, Emma Pendleton Bradley Hospital, East Providence, RI |
| 1999-2008 | Director, Child and Adolescent Forensic Psychiatry, Rhode Island Hospital, Providence, RI |
| 2008- | Director, Mental Health Services, University of Texas Medical Branch (UTMB), Correctional Managed Care (CMC), Huntsville, Texas |

## OTHER APPOINTMENTS

| | |
|---|---|
| 1995- | Reviewer, Hospital Physician |
| 1996 | Reviewer, Academic Psychiatry |
| 1996 | Reviewer, Journal of Nervous and Mental Disease |
| 1997 | Reviewer, Journal of Clinical Psychiatry |
| 1997 | Staff Psychiatrist, Kent County Mental Health Center, Warwick, RI |
| 1998-2001 | Consultant, New Haven State's Attorney Office, New Haven, CT |
| 1998-2000 | Consultant, Capital Defense and Trial Services Unit, Office of the Chief Public Defender, Hartford, CT |
| 1998-2001 | Consultant, Office of the Public Defender, Bridgeport, CT |
| 1998-1999 | Psychiatrist, New Haven Court Clinic, New Haven, CT |
| 1998-1999 | Consultant, Disabilities Clinic, Yale Law School, New Haven, CT |
| 1998-1999 | Psychiatric Expert Witness, Trial Practice Course, Yale Law School, New Haven, CT |
| 1998-1999 | Consultant, Special Populations Unit, CT Department of Mental Health and Addictions Services, Hartford, CT |
| 1998-1999 | Genesis Group Co-leader and Individual Therapist, Whiting Forensic Institute, Middletown, CT |
| 1998-1999 | Child Custody and Placement Clinic, Yale Child Study Center, New Haven, CT |
| 1998-2001 | Consultant, Superior Court, Juvenile Matters, Stamford, CT |
| 1999 | Consultant, Psychiatric Security Review Board, Middletown, CT |
| 1999 | Consultant, United States Department of State, Washington, DC |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 1999-2001 | Staff Child Psychiatrist, The Family Health Center at SSTAR Program, Fall River, MA |
| 1999-2008 | Director of Psychiatric Services, Rhode Island Training School, Cranston, RI |
| 1999-2008 | Consultant, Rhode Island Family Court |
| 1999-2008 | Consultant, Rhode Island Department of Children, Youth, and Families |
| 1999-2008 | Consultant, RI Department of Disability Determination Services, Providence, RI |
| 1999-2000 | Consultant, Providence Police Department, Kid's INC. Program, Providence, RI |
| 1999-2001 | Consultant, Office of the Attorney General, Providence, RI |
| 2000-2001 | Consultant, Superior Court, Juvenile Matters, Hartford, CT |
| 2000-2001 | Consultant, United States Attorney, District of Rhode Island, Providence, RI |
| 2001 | Consultant, Butler Hospital, Providence, RI |
| 2001 | Consultant, Northwest Special Education Region, Scituate, RI |
| 2001 | Consultant, Qualidigm, Middletown, CT |
| 2001-2003 | Consultant, Town of Narragansett, Narragansett, RI |
| 2001-2002 | Consultant, Office of the Public Defender, Enfield, CT |
| 2001-2002 | Consultant, Medical Consultants Network, Seattle, WA |
| 2001-2002 | Advisory Board, HELP Mental Health and Wellness Initiative, Providence, RI |
| 2002 | Consultant, Yarmouth Police Department, Yarmouth, MA |
| 2002-2003 | Consultant, Office of the Mental Health Advocate, Cranston, RI |
| 2002 | Consultant, Commonwealth of Massachusetts, Committee for Public Council, Boston, MA |
| 2002- | Editorial Board, Hospital Physician |
| 2002- | Reviewer, Journal of Correctional Health Care |
| 2003- | Consultant, Bradley Hospital, East Providence, RI |
| 2003- | Representative, American Academy of Child & Adolescent Psychiatry to the National Commission on Correctional Health Care, Chicago, Illinois |
| 2003- | Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2003 | Advisory Panel, ADHD in Correctional Institutions, National Commission on Correctional Health Care, Chicago, Illinois |
| 2004 | Consultant, Town of West Warwick, RI, Pension Board |
| 2004 | Consultant, Rhode Island Department of Corrections |
| 2004 | Reviewer, Journal of the American Medical Women's Association |
| 2004- | Editorial Board, Psychiatry |
| 2005 | Consultant, Florida Department of Juvenile Justice |
| 2005-2008 | Consultant, Office of the Public Defender, Providence, RI |
| 2005 | Consultant, Bradley School, Portsmouth, RI |
| 2005-2006 | Consultant, Office of the Attorney General, Hartford, CT |
| 2006-2007 | Consultant, Phoenix House, New York, NY |
| 2006- | Editorial Board, Correctional Health Report |
| 2006-2008 | Consultant, Physicians and Lawyers for National Drug Policy |
| 2006-2008 | Board of Directors, Academy of Correctional Health Care Professionals |
| 2007-2009 | Consultant, Town of East Providence, RI, Police Department |
| 2007-2009 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Various Correctional Facilities, Valhalla, New York |
| 2007-2010 | Chair (Chair-Elect, Chair, Immediate Past), Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2008 | Consultant, National Institute of Mental Health (NIMH), Bethesda, MD |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 2009 | Consultant, Kansas Department of Juvenile Corrections |
| 2009 | Consultant, Philadelphia Department of Behavioral Health and Mental Retardation Services |
| 2009 | Reviewer, Ambulatory Pediatrics |
| 2009- | Board of Directors, Society of Correctional Physicians (SCP) |
| 2011- | Editorial Board, Journal of Correctional Health Care |
| 2011 | Technical Assistance Project Consultant, U.S. Department of Justice, National Institute of Corrections (NIC) |
| 2011 | Consultant, Rhode Island Department of Corrections |
| 2011- | Consultant, Agency for Health Research and Quality's (AHRQ) Effective Health Care (EHC) Program |
| 2011 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2011 | Consultant, Vermont Department of Corrections |
| 2012 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Idaho Department of Corrections |
| 2012 | Consultant, National Commission on Correctional Health Care, US Immigration and Customs Enforcement (ICE) San Diego Contract Detention Facility, San Diego, California |
| 2012 | Surveyor, National Commission on Correctional Health Care, Orleans Parish Criminal Sheriff's Office, New Orleans, Louisiana |
| 2012 | Surveyor, National Commission on Correctional Health Care, Hudson County Correctional Center, Kearny, New Jersey |
| 2012 | Reviewer, Academic Pediatrics |
| 2012-2013 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2013- | Consultant, Polk County Juvenile Detention Center/Polk County Jail, Bartow, Florida |
| 2013-2016 | Member, Council on Psychiatry and Law, American Psychiatric Association, Arlington, Virginia |
| 2013 | Surveyor, National Commission on Correctional Health Care, Harris County Jail, Houston, Texas |
| 2013 | Surveyor, National Commission on Correctional Health Care, Rio Grande Detention Center, Laredo, Texas |
| 2013- | Consultant, Juvenile Justice Commission (JJC) State of New Jersey, and the University of Medicine and Dentistry of New Jersey (UMDNJ)-University Behavioral HealthCare/University Correctional HealthCare, Trenton, New Jersey |
| 2013- | Reviewer, Suicide and Life-Threatening Behavior |
| 2013- | Consultant, Division of Health Services, Arizona Department of Corrections, Phoenix, Arizona |
| 2013 | Surveyor, National Commission on Correctional Health Care, El Paso Service Processing Center, El Paso, Texas |

ADDITIONAL INFORMATION

| | |
|---|---|
| 2007-2011 | Contributor and Consultant to the American Academy of Child and Adolescent Psychiatry (AACAP) Work Group on Quality Issues. Practice Parameter for Child and Adolescent Forensic Evaluations. J Am Acad Child Adolesc Psychiatry 2011; 50:1299-1312. |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae


HOSPITAL COMMITTEES

1994-96        Pharmacy and Therapeutics Committee, Butler Hospital, Providence, RI
1995-96        Outpatient Specialty Program Directors Group, Butler Hospital, Providence, RI


UNIVERSITY COMMITTEES

Brown University Department of Psychiatry and Human Behavior
1992-96        Policy Committee, Residency Training Program
1992-96        Selection Committee, Residency Training Program
1994          Residency Recruitment Coordination Committee
1994-96        SDDS/Primary Care Psychiatry Research Committee
1994          Search Committee, Director of General Psychiatry Residency Training Program
1998          Selection Committee, Child and Adolescent Psychiatry Residency Program


Brown University School of Medicine
2000-2002      Search Committee, Department of Pediatrics
2003-2007      Search Committee, Post-Doctoral Training Program in Juvenile Forensic
               Psychology

University of Texas Medical Branch Correctional Managed Care
2008-          Continuing Medical Education (CME) Committee
2008-2010      County Jail Pharmacy and Therapeutics Committee
2008-          Mental Health Services Policy Committee
2008-          Quality Council
2008-          Mental Health Inpatient Leadership Group (Chair)
2009-2011      Medical Executive Committee (Chair)
2009-          Executive Council

NATIONAL COMMITTEES

Academy of Correctional Health Care Professionals
2003-2004      Education Committee
2005-2008      Membership Committee
2006-2008      Board of Directors
2007-2008      Education Committee

American Academy of Child and Adolescent Psychiatry
1997-2000      Television and the Media Committee
1999-          Rights and Legal Matters Committee
1999-2002      Task Force on Juvenile Justice Reform
2002-2006      Committee on Juvenile Justice Reform

American Board of Psychiatry and Neurology

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

1998- 2001    Psychiatry Re-Certification Committee
2001- 2004    Re-appointed, Psychiatry Re-Certification Committee
2001- 2006    Examiner, Part II General Psychiatry Examination Committee
2002- 2006    Examiner, Child and Adolescent Psychiatry Examination Committee
2007-         Forensic Psychiatry Examination Committee

American Academy of Psychiatry and the Law
1998-         Rappeport Fellowship Committee
2006-         Suicidology Committee
2010-12       Institutional and Correctional Psychiatry
2011-         (Chair) Suicidology Committee

American Psychiatric Association
2012-         Workgroup on Persons with Mental Illness in the Criminal Justice System

Association for Academic Psychiatry
2003-2004     Program Committee

Coalition for Juvenile Justice
2001-2002     Membership Committee

National Commission on Correctional Health Care
2003-         Juvenile Health Committee
2003-2004     Standards Revision Task Force, Standards for Health Services in Juvenile Detention and Confinement Facilities
2005          Program Committee
2005          (Chair) Clinical Guidelines Monitoring Subcommittee
2006-2007     (Vice-Chair) Clinical Guidelines Monitoring Subcommittee
2006-2010     Executive Committee, Member At-Large
2007-2008     (Chair) Juvenile Health Committee
2007-2008     Clinical Guidelines Monitoring Subcommittee
2008-2010     Finance Committee
2011-         (Chair) Juvenile Health Committee
2011-         Executive Committee
2011-         Accreditation Committee
2012-         (Vice Chair) Accreditation Committee
2013-         Standards Revision Task Force, Standards for Health Services in Jails and Prisons

STATE AND LOCAL COMMITTEES

Rhode Island Psychiatric Society
1995-1996     Executive Committee
2006-2008     (Chair) Public Affairs Committee

7

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Rhode Island Training School
2000-2001        Health, Mental Health, and Suicide Prevention Work Group
2002             Resocialization Steering Committee
2003-2008        Pharmacy and Therapeutics Committee
2004-2008        Risk Management Committee
2004-2008        Suicide Prevention Work Group

Rhode Island Department of Children, Youth, and Families
2003             Article 23 Committee and Subcommittee
2004             Psychotropic Medications and Chemical Restraints

Rhode Island Department of Health
2006-2008     Suicide Prevention Subcommittee

Texas Department of Criminal Justice
2008-            Correctional Managed Care Pharmacy and Therapeutics Committee
2008-            Psychiatry Subcommittee
2008-2009        Drug Withdrawal/Benzodiazepine Discontinuation Subcommittee
2008-            Joint Suicide Prevention Operational Workgroup
2008-            Joint Mental Health Committee
2008-            Suicide Prevention Working Group
2008-            System Leadership Council
2009-2011        Joint Mental Health Committee (Chair)
2012-            Joint Gender Identity Disorder Committee
2012-            Integrated Mental Health Procedure Committee

Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)
2009-            Advisory Committee

Texas Juvenile Justice Department (formerly known as the Texas Youth Commission)
2008-            Youth Health Services Leadership Council
2008-            Youth Services Pharmacy and Therapeutics Committee
2008-            Mental Health Subcommittee
2008-            Psychiatry Subcommittee

Texas Society of Psychiatric Physicians
2009-            Government Affairs Committee
2009-2012        Public Mental Health Services Committee
2009-            Strategic Planning and Coordinating Committee
2012-2013        (Vice-Chair) Forensic Psychiatry Committee
2013-            Continuing Medical Education Committee
2013-            (Chair) Forensic Psychiatry Committee
2013-            Executive Council

MEMBERSHIP IN SOCIETIES

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 1987-99 | American Medical Association |
| 2002-2003 | American Medical Association |
| 1992- | Theta Kappa Psi Medical Fraternity Alumni |
| 1992- | American Psychiatric Association |
| 1993-2008 | Rhode Island Psychiatric Society |
| 1995- | American Academy of Child and Adolescent Psychiatry |
| 1996-2004 | Association for Academic Psychiatry |
| 1996-98 | Rhode Island Medical Society |
| 1997-98 | American Association of General Hospital Psychiatrists |
| 1997-98 | Brown University Housestaff Association |
| 1999-2008 | Rhode Island Council of Child and Adolescent Psychiatry |
| 1997- | American Academy of Psychiatry and the Law |
| 1998-99 | Connecticut Psychiatric Society |
| 2002- | Academy of Correctional Health Professionals |
| 2008- | Texas Society of Psychiatric Physicians |
| 2008- | Texas Society of Child and Adolescent Psychiatry |
| 2009- | American College of Psychiatrists |
| 2011- | American College of Physician Executives |

PUBLICATIONS

1. Jenkins M, Malloy P, Cohen R, Salloway S, Neeper R, **Penn JV**, Chang K. Attentional and Learning Dysfunction Among Adults with History of Childhood ADHD Journal of the International Neuropsychological Society 1996;2:209.

2. **Penn JV**, Boland RJ, McCartney JR, Kohn R, Mulvey T. Recognition and Treatment of Depressive Disorders by Internal Medicine Residents and Attendings General Hospital Psychiatry 1997;19:179-184.

3. Jenkins M, Cohen R, Malloy P, Salloway S, Gillard E, **Penn JV**, Marcotte A. Neuropsychological Measures which Discriminate Among Adults with Residual Attention Deficit Disorder and Other Attentional Complaints Clin Neuropsychologist 1998;12:74-83.

4. **Penn JV**, Esposito CL, Schaeffer LE, Fritz GK, Spirito A. Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility J Am Acad Child Adolesc Psychiatry 2003; 7:762-769.

5. Zonfrillo MR, **Penn JV**, Leonard HL. Pediatric Psychotropic Polypharmacy. Psychiatry 2005 2005; 8:14-19.

6. Stein, LAR, Lebeau-Craven, R, Martin R, Colby SM, Barnett, NP, Golembeske, C, **Penn, JV**. Use of the Adolescent SASSI in a Juvenile Correctional Setting. Assessment 2005, 12:384-394.

7. **Penn JV**, Thomas CR. AACAP Work Group on Quality Issues. Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities. J Am Acad Child Adolesc Psychiatry 2005; 10:1085-1098.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

8. **Penn JV**, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles. J Correctional Health Care 2006; Volume 11, Issue 4: 333-346.

9. Cascade EF, Kalali AH, **Penn JV**, Feifel D. Recent Changes in Prescriptions for Antipsychotics in Children and Adolescents. Psychiatry (Edgmont). 2006 Volume 3, Issue 9:18-20.

10. Esposito-Smythers CL, **Penn JV**, Stein LAR, Lacher-Katz M, Spirito A. A Test of Problem Behavior and Self-Medication Theories in Incarcerated Adolescent Males. J Child Adol Substance Abuse 2008; Volume 17, Issue 4: 41-56.

11. Baillargeon J**,** Binswanger IA, **Penn JV**, Williams BA, Murray OJ. Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door. The American Journal of Psychiatry 2009; 103-109

12. Baillargeon J**, Penn JV**, Thomas CR, Temple JR, Baillargeon G, Murray OJ. Suicide in America's Largest Prison System. Journal of the American Academy of Psychiatry and the Law 2009; Volume 37, Number 2: 188-193.

13. Garvey KA, **Penn JV,** Campbell AL, Esposito-Smythers CL, Spirito A. Contracting For Safety with Patients: Clinical Practice and Forensic Implications. Journal of the American Academy of Psychiatry and the Law 2009; Volume 37, Number 3: 363-370.

14. Ochoa KC, Pleasants GL, **Penn JV**, Stone DC. Disparities in Justice and Care: Persons With Severe Mental Illnesses in the U.S. Immigration Detention System. Journal of the American Academy of Psychiatry and the Law 2010; Volume 38, Number 3: 392-399.

15. Baillargeon J**,** Hoge SK, **Penn JV**. Addressing the Challenge of Community Reentry among Released Inmates with Serious Mental Illness. American Journal of Community Psychology 2010; Volume 46, Number 3-4: 361-375.

16. Baillargeon J, **Penn JV**, Knight K, Harzke AJ, Baillargeon G, Becker EA. Risk of Reincarceration among Prisoners with Co-occurring Severe Mental Illness and Substance Use Disorders. Adm Policy Ment Health 2010; Volume 37, Number 4:367-74.

17. Harzke, AJ, Baillargeon J, Baillargeon G, Henry J, Olvera R, Torrealday O., **Penn, JV**, Parikh, R. Prevalence of Psychiatric Disorders in the Texas Juvenile Correctional System. Journal of Correctional Health Care 2012; Volume 18, Number 2: 143-157.

18. Harzke AJ, Baillargeon J, Baillargeon G, Olvera R, Torrealday O, **Penn JV**, Parikh R. Co-occurrence of Substance Use Disorders with Other Psychiatric Disorders in the Texas Juvenile Correctional system. International Journal of Prisoner Health [In Press].

19. Hilliard W, Barloon L, Farley P, **Penn JV**. Bupropion Diversion and Misuse in the Correctional Facility. Journal of Correctional Health Care [In Press].

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

20.  McKee J, **Penn JV**, Koranek A.  Psychoactive Medication Use and Misadventuring Issues in Correctional Healthcare – What all Clinicians Should Know. Journal of Correctional Health Care [In Press].


## OTHER PEER-REVIEWED PUBLICATIONS

1. Chang K, Neeper R, Jenkins M, **Penn JV**, Bollivar L, Israeli L, Malloy P, Salloway SP. Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder (Abstract) Journal of Neuropsychiatry and Clinical Neurosciences 1995;7:400-1.

2.  **Penn JV**, Salloway SP. Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder (Abstract) Journal of Neuropsychiatry and Clinical Neurosciences 1995;7:406-7.

3. **Penn JV**, Child and Adolescent Forensic Psychiatry, Medicine and Health Rhode Island 2005;9:310-317.


## OTHER NON-PEER REVIEWED PUBLICATIONS

1.  **Penn JV**, Martini J, Radka D. Weight Gain Associated with Risperidone (Letter to Editor) Journal of Clinical Psychopharmacology 1996;16:259-260.

2.  **Penn JV**, Leonard HL, March J: OCD in Children and Adolescents.  In M.T. Pato, G Steketee (eds.), OCD Across the Life Cycle, Annual Review of Psychiatry, Volume 16. Washington, DC: American Psychiatric Press, 1997, pp 7-53

3.  **Penn JV**, Hagino 0: Child and Adolescent Psychiatry.  In R.J. Goldberg, Practical Guide to the Care of the Psychiatric Patient, 2nd Edition. St. Louis: Mosby, 1998, pp 340-374

4.  **Penn, JV**, Casoli-Reardon M. Antisocial and Violent Youth (Book Review) Shamsie Lugus et al., Journal of the American Academy of Child and Adolescent Psychiatry 2001;12:1483-1484

5.  **Penn, JV**, Casoli-Reardon M. Antisocial and Violent Youth (Book Review) Shamsie Lugus et al., Journal of Developmental and Behavioral Pediatrics 2001; 22: 258-259

6.  **Penn JV**. Attention-Deficit/Hyperactivity Disorder: Review Questions. Hospital Physician 2001; 6:27-28

7.  **Penn JV**. Quick to Cry? Parenting 2001; 4:185

8.  **Penn JV**, Leonard HL: Diagnosis and Treatment of Obsessive-Compulsive Disorder in Children and Adolescents.  In M.T. Pato, J. Zohar (eds.), Current Treatments of Obsessive-Compulsive Disorder, 2nd Edition. Washington, DC: American Psychiatric Press, 2001, pp. 109-132

9.  **Penn JV**. Justice for Youth? A History of the Juvenile and Family Court. The Brown University Child and Adolescent Behavior Letter 2001; 9:1-4

10. **Penn JV**. Child and Adolescent Depression: Review Questions. Hospital Physician 2002; 1:39-40

11. Thomas CR, **Penn JV**: Juvenile Justice Mental Health Services, In Child and Adolescent Psychiatric Clinics of North America. Edited by Haller L. Philadelphia: WB Saunders, 2002, pp 731-748

12. **Penn JV**: Use of Psychotropic Medications with Incarcerated Youth. Standards for Health Services in Juvenile Detention and Confinement Facilities National Commission on Correctional Health Care, 2004, 263-265

13. Carlsen AB, **Penn JV** Kids Who Commit Adult Crimes: Serious Criminality by Juvenile Offenders (Book Review) Flowers RB, Journal of Developmental & Behavioral Pediatrics 2005; 26:390-391

14. Kraus LJ, **Penn JV**: Standards for Juvenile Detention and Confinement Facilities. In Recommendations for Juvenile Justice Reform. (Monograph) 2nd Edition. American Academy of Child and Adolescent Psychiatry Committee on Juvenile Justice Reform, 2005, p.40-47.

15. Masters KJ, **Penn JV**: Seclusion and Restraint: Juvenile Justice Plus Restrictive Interventions Equals Fragmentation. AACAP News, 2005, p. 164, 172

16. **Penn JV**: Safe Use of Psychotropic Medications with Confined Youth. Correct Care, 2005, Volume 19, Issue 2, p. 12

17. Murakami S, Rappaport N, **Penn JV**: An Overview of Juveniles and School Violence. In Psychiatric Clinics of North America. Edited by Scott C. Philadelphia: Elsevier, 2006, pp. 725-741.

18. **Penn JV**: Expert Commentary: Antipsychotic Use Among Children and Adolescents. Psychiatry 2006. 2006; 9:19.

19. **Penn JV**: Child and Adolescent Psychiatry. In R.J. Goldberg, Practical Guide to the Care of the Psychiatric Patient, 3rd Edition. Elsevier: Philadelphia, PA, 2007, pp 389-441.

20. Romero L, **Penn JV**. Ethical Issues of Youthful Offenders: Confidentiality, Right to and Right to Refuse Treatment, Seclusion and Restraint. In C. Kessler and L. Kraus, The Mental Health Needs of Young Offenders, Cambridge University Press, Cambridge, UK, 2007, pp.401-422.

21. **Penn JV**, Thomas CR. Mental Health Care in Juvenile Detention Facilities: A Review (Letter to Editor) Journal of the American Academy of Psychiatry and the Law. 2006; 34:570-571.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

22. Faille L, Clair M, **Penn JV**.  Special Risk Management Issues in Child and Adolescent Psychiatry. <u>Psychiatric Times</u>. 2007; 7:64-67.

23. **Penn JV**. Invited Editorial: "Psychotropic Medications in Incarcerated Juveniles: Over versus Under-Prescribed?" <u>Arch Pediatr Adolesc Med</u>. 2008 Mar;162(3):281-3

24. Baillargeon J**,** Paar DP, **Penn JV** Psychiatric Disorders and HIV/Hepatitis Coinfection <u>CorrDocs</u>. Volume 11, Issue 3: 12.

25. Baillargeon J**, Penn JV**, (Letter to Editor) <u>The American Journal of Psychiatry</u> 2009; 166:490.

26. **Penn JV**. Suicide Prevention Strategies for Juveniles in Correctional Settings. In <u>Condotte Suicidarie: Un'analisi Nel Sistema Degli Istituti Penali Minorili (Suicide Behavior: An Analysis of the Juvenile Justice/Correctional System).</u> Numeri Pensati: Gangemi Editore, Rome, Italy, 2010, pp 66-76.

27. Clair M, Faille L, **Penn JV.**  Prevention and Treatment of Violent Offending/Offenders.  In Ferguson CJ, <u>Violent Crime: Clinical and Social Implications</u>, Sage Publications, Thousand Oaks, CA, (in press).


<u>ABSTRACTS</u>

1. Penn JV, Phillips KA. (1995). Body Dysmorphic Disorder and Social Phobia, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting, Miami, Florida.

2. Penn JV, Boland RJ, McCartney JR. (1995). Recognition and Treatment of Depressive Disorders Among Internists, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting.  Miami, Florida.

3. Penn JV, Salloway SP. (1995). Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

4. Chang K, Neeper R, Jenkins M, Penn JV, Bollivar L, Israeli L, Malloy P, Salloway SP. (1995). Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

5. Penn JV, Zimmerman M, Mattia J. (1996). Screening for Psychiatric Disorders in Medical Outpatients: A Patient Acceptance Study, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting. New York, New York.

6. Jenkins M, Malloy P, Cohen R, Salloway SP, Neeper R, Penn JV, Chang K. (1996). Attentional and Learning Dysfunction among Adults with History of Childhood ADHD,

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Poster Session, International Neuropsychological Society Annual Mid-Year Meeting. Veldhoven, The Netherlands.

7. Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Annual Chester M. Pierce, M.D., Sc.D., Resident and Medical Student Research Symposium, National Medical Association 101st Scientific Assembly, Chicago, Illinois.

8. Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Poster Session, Annual Lifespan Hospitals Research Celebration, Providence, Rhode Island.

9. Penn JV, Holden P, Hendren RL.  (1997). Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes? Workshop Presentation and Poster Session, Annual Meeting Association for Academic Psychiatry, Albuquerque, New Mexico.

10. Leonard HL, Penn JV, March J. (1997). OCD in Children and Adolescents, Review of Psychiatry, Obsessive-Compulsive Disorder Across the Life Cycle, American Psychiatric Association Annual Meeting. San Diego, California.

11. Penn JV, Esposito C, Spirito A.  (2001). Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility, Poster Session, American Academy of Child and Adolescent Psychiatry Annual Meeting. Honolulu, Hawaii.

12. Penn JV, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A.  (2003) Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles, Poster Session, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas.

13. Penn JV. (2005) AACAP Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities, Symposium, Emerging Frontier of Psychiatry: Juvenile Justice, American Psychiatric Association Annual Meeting, Atlanta, Georgia.

14. Penn JV. (2005) Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies, Symposium, Juvenile Justice and Mental Health, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Paris, France.

15. Merideth P, Janofsky J, Penn JV. Phillips RTM, Recupero P. (2005) Difficult Case? Consult Your Colleagues, Workshop, American Academy of Psychiatry and the Law Annual Meeting, Montreal, Canada.

16. Chen JT, Hunt J, Penn JV, Spirito A. (2006) Psychiatric Differences Among Adolescents in a Psychiatric Hospital Versus a Juvenile Correctional Facility, Poster Session, American Psychiatric Association, Institute on Psychiatric Services, New York, New York.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

17. Penn JV. (2006) Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility, Symposium, Recent Developments in the Research of Juvenile Offenders, American Academy of Child and Adolescent Psychiatry Annual Meeting. San Diego, California.

18. Penn JV. (2007) Acting Out: How to Manage Difficult Adolescents in Correctional Settings, Symposium (Chair), Novel Approaches to the Evaluation and Treatment of Juvenile Offenders, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Padua, Italy.

19. Garvey KA, Penn JV. (2007) Contracting for Safety with Adolescents: Is This an Empirically-Based Practice? Poster Session, American Academy of Psychiatry and the Law Annual Meeting, Miami, Florida.

20. Ryan E, Penn JV. (2007) Juvenile Sexual Offenders: Update on Clinical and Forensic Evaluation Strategies, Workshop Presentation, American Academy of Child and Adolescent Psychiatry Annual Meeting. Boston, Massachusetts.

21. Baillargeon J, Penn JV. (2008) The Prevalence and Treatment of Psychiatric Disorders in a State Prison System, Academic and Health Policy Conference on Correctional Health, Quincy, Massachusetts.

22. Garvey KA, Penn JV, Campbell AL, Esposito-Smythers CL, Spirito A. (2008) Contracting for Safety: Clinical Practice and Forensic Implications, Paper Session, American Academy of Psychiatry and the Law Annual Meeting, Seattle, Washington.

23. Baillargeon J, Penn JV, (2009) Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, New York, New York.

24. Baillargeon J, Penn JV, (2009) Psychiatric Disorder and Parole Revocation Among Texas Prison Inmates, Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, Florida.

25. Dingle AD, Zito JM, Sharma S, Zima BT, Varley CK, Carlson GA, Penn JV. (2010) Psychotropic Medication Use in Vulnerable Child and Adolescent Populations, Symposium, American Academy of Child and Adolescent Psychiatry Annual Meeting, New York, New York.

26. Penn JV, (2011) Framework of Correctional Managed Care Models: Formulary Development and Implementation, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Berlin, Germany.

27. Ochoa K, Penn JV, Venters H, Hustings E, Mehta S, Belous L. (2011) Seriously Mentally Ill Persons in U.S. Immigration Detention, Panel, American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

28. Penn JV, Harzke AJ, Baillargeon J, (2012) Risk of Reincarceration among Prisoners with Co-Occurring Serious Mental Illness and Substance Use Disorders, Academic and Health Policy Conference on Correctional Health, Atlanta, Georgia.

29. Penn JV, (2012) Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry, Symposium, Forensic Psychiatry: Informing Clinical Practice, American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania.

30. Torrealday O, Penn JV, (2013) Juveniles Behind Bars: Meeting Treatment Needs Through a Statewide Academic and Correctional Managed Care Partnership, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

31. Penn JV, (2013) Psychiatric Services in Jails and Prisons: An Update on the APA Guidelines, American Psychiatric Association Annual Meeting, San Francisco, California.

INVITED PRESENTATIONS

1. "Cognitive Behavioral Treatment of Panic Disorder," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1993.

2. "Social Phobia: An Overview of Treatment Strategies," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1994.

3. "Paraphilias and Sexual Deviations," Butler Hospital, Outpatient Department Case Conference, Providence, Rhode Island, 1995.

4. "Cultural Competence in the Delivery of Mental Health Services," Rhode Island Psychological Association 1995 Annual Convention, Providence, Rhode Island, 1995.

5. "Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes?" Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

6. "Consulting to the Community: A Challenge for the Child and Adolescent Psychiatrist," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

7. "A School-Based Approach to Selective Mutism," Elmhurst Elementary School, Portsmouth, Rhode Island, 1977.

8. "Moodiness and Depression in Children and Adolescents," WLNE ABC Channel 6, Providence, Rhode Island, 1997.

9. "Moodiness and Depression in Adolescents," Mount Hope High School, Bristol, Rhode Island, 1997.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

10. "Moodiness and Depression in Children and Adolescents," Lifespan Health Connection, Speaking of Kids, Parenting Education Series, Bradley Hospital, East Providence, Rhode Island, 1997.

11. "Career Opportunities in Child and Family Psychiatry," Junior Explorers, Miriam Hospital, Providence, Rhode Island, 1998.

12. "The Crisis of School Violence: How Do We Help Our Children," Testimony before the Congressional Children's Caucus, Washington, District of Columbia, 1999.

13. "Assessment of Violent Behavior in Adolescents," Department of Pediatrics, Division of Adolescent Medicine, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 1999.

14. "Overview of Child Psychiatric Consultation at the Rhode Island Training School to the Rhode Island Family Court," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 1999.

15. "The New Law and Psychiatry Service at Brown," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1999.

16. "Violent Threats Made by Adolescents: An Approach to Assessment and Treatment," The Family Health Center at SSTAR Program, Fall River, Massachusetts, 1999.

17. "Introduction to Child and Adolescent Psychopharmacology," Miriam Hospital, Rhode Island Nursing Association, Clinical Nurse Specialists Continuing Education Seminar, Providence, Rhode Island, 2000.

18. "What We Don't Want to Happen to Our Youth," Adolescent Mental Health and School Success Conference, Rhode Island Department of Health, Providence, Rhode Island, 2000.

19. "Psychiatric and Abuse Issues Affecting Incarcerated Youth," Justice for All Youth Conference, Rhode Island Office of the Child Advocate, Warwick, Rhode Island, 2000.

20. "Juvenile Violence," Grand Rounds, Newport Hospital, Newport, Rhode Island, 2000.

21. "Demystifying the Courts and the Legal Process for Juveniles," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2000.

22. "Warning Signs in Adolescents: A Practical Guide for Families and Educators," Lifespan Health Connection, Parenting Matters, Parenting Education Series, Tollgate High School, Warwick, Rhode Island, 2000.

23. "Mood Dysregulation and Mood Disorders in Incarcerated Youth," Grand Rounds, Judge Baker Children's Center, Boston, Massachusetts, 2001.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

24. "The Crisis of School Violence: How Do We Help Our Children," Grand Rounds, Department of Psychiatry, State University of New York, Buffalo, New York, 2001.

25. "Mental Health Evaluation and Treatment of Incarcerated Youth," Child Psychiatry Fellowship Seminar Series, New England Medical Center, Boston, Massachusetts, 2001.

26. "Mood, Substance Abuse, and Other Mental Disorders in Violent Youth," St. Anne's Hospital, Fall River, Massachusetts, 2001.

27. "Teen Violence: Risk Management and Malpractice Issues" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

28. "Mental Health Needs of Incarcerated Youth" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

29. "Children's Mental Health Issues in Rhode Island: Problems and Solutions" Testimony before Congressional Committee Hearing, Rhode Island State House, Providence, Rhode Island, 2001.

30. "Mental Health Evaluation and Treatment of Incarcerated Youth," Sixth New England Correctional Health Conference, Sturbridge, Massachusetts, 2001

31. "When Psychotherapies Are Not Enough: Medical Management of Aggression," Pediatric Psychopharmacology: An Update for Primary Care Practitioners, Providence, Rhode Island, 2001.

32. "Mental Health Evaluation and Treatment of Incarcerated Juveniles," The Providence Center, Providence, Rhode Island, 2001.

33. "School Shootings and Youth Violence," Truman Taylor Show, WLNE ABC, Channel 6, Providence, Rhode Island, 2001.

34. "Juveniles Presenting with Violent or Threatening Behaviors" Greater Fall River Child Protection Council and St. Anne's Hospital Lecture Series, Fall River, Massachusetts, 2001.

35. "School Shootings and Youth Violence," Healthwatch, NBC, WJAR Channel 10, Providence, Rhode Island, 2001.

36. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2001, Toll Gate High School, Warwick, Rhode Island, 2001.

37. "School Violence: Strategies for Schools and Families," N.A. Ferry Middle School, Johnston, Rhode Island, 2001.

38. "School Violence: Strategies for Schools and Families" CBS, WPRI, Channel 12, Providence, Rhode Island, 2001.

39. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Annual

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2001.

40. "Bullying, Beatings & Beyond: Assessment and Treatment of Youth Violence," Rhode Island Psychological Society, Pawtucket, Rhode Island, 2001.

41. "Psychiatric Services for Incarcerated Juveniles," Annual Meeting, National Commission on Correctional Health Care (NCCHC), Albuquerque, New Mexico, 2001.

42. "Assessment and Treatment of Juvenile Sexual Offenders," (Discussant) Grand Rounds, Rhode Island Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, Providence, Rhode Island, 2001

43. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Rhode Island Training School, Clinical Staff In-Service, Cranston, Rhode Island, 2002.

44 "Youth Violence: Evaluation and Treatment Approaches," University of Texas Medical Branch, Department of Psychiatry, Psychiatry Resident's Journal Club, Galveston, Texas, 2002.

45. "Youth Violence: Practical Strategies for Clinicians," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2002.

46. "Redefining the Use of Psychotropic Medications in Juvenile Justice Populations," 7th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2002.

47. "Profile of a Columbine Type Perpetrator: What to Look for and What to do About it," Annual Juvenile Probation and Justice Management Conference (Juvenile Probation Track): National Council of Juvenile and Family Court Judges Conference, Tucson, Arizona, 2002.

48. "Conduct Disorder: Evaluation and Treatment Approaches," Plymouth, Massachusetts, 2002.

49. "Conduct Disorder: Evaluation and Treatment Approaches," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

50. "Redefining the Use of Psychotropic Medications in Children and Adolescents," Kent County Mental Health Center, Warwick, Rhode Island, 2002.

51. "The Project Hope Experience: Evaluation and Treatment of Mental Health Issues in Incarcerated Juveniles," Children's Mental Health - A System of Care Approach, American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts, 2002.

52. "Clinical Challenges in Child and Adolescent Psychiatry," Beaumont, Texas, 2002.

53. "Recognizing Other Psychiatric Disorders" American Academy of Pediatrics: DB:PREP An Intensive Review Course of Developmental and Behavioral Pediatrics, Providence, Rhode Island, 2002.

54. "Youth Violence: Practical Strategies for Clinicians," Family Service Association of Greater

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Fall River, Inc., Fall River, Massachusetts, 2002.

55. "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2002.

56. "Psychotropic Medications:  What They Do, What They Don't Do," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2002.

57. "Recognition and Management Strategies of Youth Violence for Mental Health Professionals," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

58. "Suicide Prevention in Juvenile Correctional Facilities," Staff Training Program, Rhode Island Training School, Cranston, Rhode Island, 2002.

59. "The Elephant in the Room: How the Legal System Can Impact Therapy," (Discussant) Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2003

60. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2003, Toll Gate High School, Warwick, Rhode Island, 2003.

61. "Identification and Treatment of Mental Health Issues in Incarcerated Youth," 8th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2003.

62. "Missed Opportunities and Challenges: Identifying Mental Health and Substance Abuse Issues in Today's Youth," Physician Leadership on National Drug Policy Conference: Adolescent Substance Abuse and Mental Health: A Public Health Priority, Providence, Rhode Island, 2003

63. "Evaluation and Treatment of Incarcerated Juveniles with Mental Health Issues: Challenges, Frustrations, and Solutions," Butler Hospital, Child and Adolescent Services Program Lecture Series, Providence, Rhode Island, 2003

63. "Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies," National Conference on Correctional Health Care, Austin, Texas, 2003

64. "Redefining the Use of Psychotropic Medications in Children," Annual Meeting of the RI Chapter of the American Academy of Pediatrics, Providence, Rhode Island, 2003

65. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Brown University, Behavioral Misadventures Symposium, Providence, Rhode Island, 2003

66. "Understanding and Defusing Explosive Kids," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

67. "Mixing Legal and Street Drugs: A Cocktail for Disaster," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004

68. "Promising Programs: Suicide Prevention/Good Practices," 23 rd Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004

69. "Challenging Youths, Families & Systems: Implementing Psychiatric Strategies and Risk Management Principles," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004

70. "Acting Out Youths: Practical Evaluation & Treatment Strategies," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004

71. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics PREP Course: Costa Mesa, California, 2004

72. "Risky Behavior: How to Keep Youth Safe in Inpatient and Community Settings," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2004

73. "ADHD Co-Morbidity: Practical Evaluation and Treatment Approaches," 2004 Fall CME Conference, New York State Society of Physician Assistants, Albany, New York, 2004

74. "Behavioral Health Issues for Juvenile Offenders," 3rd Annual Behavioral Health in Corrections Conference, University of Rhode Island, Kingston, Rhode Island, 2004

75. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004

76. "Surviving Juvenile Corrections: Timely Suicide Prevention Strategies," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004

77. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2004

78. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Miami, Florida, 2005

79. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Office of the Public Defender, Providence, Rhode Island, 2005

80. "Juvenile Suicide Risk in Congregate Care Settings, "Suicide Prevention Promises and Practices – Focus on Youth Conference, Rocky Hill, Connecticut, 2005

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

81. "Profile of a Columbine-Type Juvenile: What to Look for and What to Do About It," Juvenile Courts Association of Georgia 2005 Annual Seminar, Pineisle Resort at Lake Lanier, Georgia, 2005

82. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Portland, Oregon, 2005

83. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: Practical Pediatrics Course: Beaver Creek, Colorado, 2005

84. "Strategies for Resident Advocacy at the State Legislature," 2nd Northeast Pediatric Resident Advocacy Conference, Hasbro Children's Hospital, Brown Medical School, Providence Rhode Island, 2005

85. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005

86. "Suicide Prevention/Intervention Training," Staff Training Seminar Series, Rhode Island Training School, Cranston, Rhode Island, 2006

87. "ADHD and Juvenile Delinquency," Annual Meeting, American Society for Adolescent Psychiatry, Miami, Florida, 2006

88. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Criminal Division, Office of the Attorney General, Providence, Rhode Island, 2006

89. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, San Diego, California, 2006

90. "Berber v. Mellott, MD: Lessons from a Medical Malpractice Mock Trial," Continuing Medical Education Program, Professional Risk Management Services, Inc., Providence, Rhode Island, 2006

91. "How to Respond to Mentally Ill and Substance-Abusing Youth in the Juvenile Justice System," 25th Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Providence, Rhode Island, 2006

92. "Acting Out: How To Manage Difficult Adolescents," National Conference on Correctional Health Care, Atlanta, Georgia, 2006

93. "You Be the Judge:  A Mock Trial Involving an Inmate's Claim," National Conference on Correctional Health Care, Atlanta, Georgia, 2006

94. "Assessment and Treatment of Court-Involved Youth in Juvenile Corrections and Other Settings: Challenges, Frustrations, and Solutions," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2006

95. "Mental Health Services for Juvenile Offenders," Grand Rounds, Department of Psychiatry,

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Maine Medical Center, Portland, Maine, 2007

96. "Strategies to Avoid the Courtroom – The Case for Thorough Medical Documentation,"
UNAP/Rhode Island Health Care Education Trust Seminar Series, Rhode Island Hospital,
Providence, Rhode Island, 2007

97. "Suicide Prevention Strategies for Juveniles in Correctional Settings," Congress: Prevention
of Suicidal Conduct in Incarcerated Minors, Campidoglio, Sala Della Protomoteca, Rome,
Italy, 2007

98. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional
Settings," National Conference on Correctional Health Care, Las Vegas, Nevada, 2007

99. "Civil Commitment of Adolescents," Rhode Island/Hasbro Hospitals Department of
Pediatric Emergency Medicine, Case Conference, Providence, Rhode Island, 2007

100. "Emerging Issues in Forensic Psychiatry," St. Luke's Hospital, Department of Psychiatry,
Grand Rounds, New Bedford, Massachusetts, 2007

101. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School,
Universidad Francisco Marroquin, Guatemala City, Guatemala, 2007

102. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National
Conference on Correctional Health Care, Nashville, Tennessee, 2007

103. "Lessons Learned from Inside the Fence: Juvenile Offenders, the RI Training School and
Family Court Systems," Rhode Island Psychiatric Society, Providence, Rhode Island, 2007

104. "Use of Psychotropic Medications for Incarcerated Youth," Updates in Correctional Health
Care, National Conference on Correctional Health Care, San Antonio, Texas, 2008

105. "Mentally Ill Juveniles," American Correctional Association, New Orleans, Louisiana,
2008

106. "Identification and Management of Juvenile Mental Disorders," National Conference on
Correctional Health Care, Chicago, Illinois, 2008

107. "Identification and Management of Juvenile and Adult Mental Disorders," Texas
Corrections Association, Austin, Texas, 2008

108. "Use of Psychotropic Medications Within Correctional Settings," Mental Health Managers
Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2008

109. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School,
Universidad Francisco Marroquin, Guatemala City, Guatemala, 2008

110. "Mental Health Services within the Texas Correctional System," National Institute of
Mental Health (NIMH) and UTMB: Mental Illness, Incarceration and Community Re-

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Entry: Telepsychiatry and Continuity of Mental Health Care, Austin, Texas, 2008

111.   "Essentials of Correctional Juvenile Health Care," Updates in Correctional Health Care: Transforming Principles to Practice, Las Vegas, NV

112.   "Preventing Suicide in Corrections: Timely Collaboration Between Administration, Custody, and Clinical Staff," UTMB CMC Annual Conference, Galveston, Texas, 2009

113.   "Psychotropic Medication Education for Non-Psychiatrists," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009

114.   "Malingering: Practical Evaluation and Management Approaches," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009

115.   "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009

116.   "Rational Approach to Psychotropic Medications in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009

117.   "Behind the Bars and Razor Wire: Mental Health Disorders Within Correctional Settings," Texas Department of Criminal Justice (TDCJ) Community Justice Assistance Division (CJAD) Skills Conference, Austin, Texas, 2009

118.   "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Orlando, Florida, 2009

119.   "Evaluation and Treatment of Personality Disorders," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2009

120.   "Mental Health Issues of the Female Offender," Texas Corrections Association Annual Conference, Galveston, Texas, 2010

121.   "Identification and Management of Adult and Juvenile Mental Health Disorders in Correctional Settings, National Conference on Correctional Health Care, Boston, Massachusetts, 2010

122.   "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010

123.   "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010

124.   "Mental Health Formulary and Disease Management Guidelines Development and Utilization with the Texas Department of Criminal Justice," Mental Health Conference, United States Bureau of Prisons-Health Services Division, Oklahoma City, Oklahoma, 2010

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

125. "Competency to Assist in Immigration/Deportation Hearings: Application of Existing Competency Evaluation Models to Immigration Context (Non-Citizens with Mental Disabilities)," United States Immigration and Customs Enforcement (ICE)/Office for Civil Rights and Civil Liberties (CRCL) Mental Health Roundtable, Washington, D.C., 2010

126. "Mental Health Systems of Care, Formulary and Disease Management Guidelines Development and Utilization within the Texas Department of Criminal Justice," Forensic Best Practices Conference, Houston, Texas, 2010

127. "Juvenile Waiver and Transfer to Criminal Court," Conference Update on Juvenile Forensic Evaluations, Capacity for Justice, Austin, Texas, 2010

128. "Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2010

129. "Behind the Bars and Razor Wire: Mental Health Disorders within Correctional Settings" University of Texas Arlington, Annual Psychiatric Nursing Symposium, Arlington, Texas, 2011

130. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Phoenix, Arizona, 2011

131. "Medical Conditions That Can Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Baltimore, Maryland, 2011

132. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Baltimore, Maryland, 2011

133. "Containing Your Psychotropic Medication Expenses: Strategies for Formulary Development and Implementation," American Correctional Association, Phoenix, Arizona, 2012

134. "Child and Adolescent Forensic Psychiatry," International Conference on Forensic Psychiatry, Santiago, Chile, 2012

135. "An In-Depth Look at NCCHC's 2008 Standards for Health Services in Prisons and Jails, National Conference on Correctional Health Care, San Antonio, Texas, 2012

136. "Acting Out" Offenders: Implementing Mental Health/Psychiatric Strategies and Risk Management Principles, National Conference on Correctional Health Care, San Antonio, Texas, 2012

137. "Save Pharmacy Dollars: Contain Your Psychotropic Medication Use and Expenses" American Correctional Association, Denver, Colorado, 2012

138. "Practicing Behind Bars: Challenges and Opportunities within Correctional Psychiatry" Grand Rounds, Keck School of Medicine of the University of Southern California,

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Department of Psychiatry, Los Angeles, California, 2012

139. "Review of NCCHC's Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012

140. "Medical Conditions That Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012

141. "Mad Versus Bad Offenders: Implementing Mental Health Strategies and Risk Management Principles," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012

142. "Contain Your Psychotropic Medication Use and Expenses," American Correctional Association, Houston, Texas, 2013

143. "Evaluation and Management of Juvenile Offenders," American Correctional Association, Houston, Texas, 2013

144. "Integrating Mental Health and Medical Issues in the Complex Environment of Corrections," Society of Correctional Physicians, Denver, Colorado, 2013

145. "Update on NCCHC Mental Health Standards," National Institute on Corrections (NIC) State Directors of Mental Health Network meeting, National Advocacy Center, Columbia, South Carolina, 2013

146. "Identification and Prevention of Suicide and Self Injurious Behaviors in Correctional Settings," American Association of Suicidology, Austin, Texas 2013

147. "'Acting Out' Adolescents: Pearls for Effective Evaluation and Management," American Correctional Association, National Harbor, Maryland, 2013

148. "Preventing Suicide Behind Bars: Real World Approaches," American Correctional Association, National Harbor, Maryland, 2013

149. "DSM-5: An Overview and Its Impact on Correctional Mental Health," UTMB CMC Annual Conference, Galveston, Texas, 2013

150. "Overview of UTMB CMC Mental Health Services," Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI) Advisory Committee, Austin, Texas, 2013

151. "An In-Depth Look at NCCHC's 2014 Standards for Health Services in Prisons," National Conference on Correctional Health Care, Nashville, Tennessee, 2013

152. "Institutional Self-Injury: Managing the Self-Destructive Juvenile," National Conference on Correctional Health Care, Nashville, Tennessee, 2013

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

GRANTS

1.  Penn (PI)                                    1/1/02-1/1/03
    "Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional
    Facility." Source: American Academy of Child and Adolescent Psychiatry, Eli Lilly and
    Company. $ 9,000.
    Role: Principal Investigator

2.  Penn (PI)                                    1/1/03-5/31/04
    "Correlates of Suicidal Behavior in Incarcerated Juveniles." Source: Lifespan
    Developmental Grant, Lifespan. $ 29,451.
    Role: Principal Investigator

3.  Penn (PI)                                    6/30/04-12/31/05
    "Liability Prevention for Hasbro Hospital Staff: Practical Strategies for Youths with Mental
    Health and Substance Abuse Issues." Source: Lifespan Risk Management, Lifespan.
    $12,200.
    Role: Principal Investigator

4.  5K23DA021532 (PI: Tolou-Shams, Ph.D.)        2/1/08-1/13/13
    "HIV Prevention in the Family Drug Court." Source: National Institute of Drug Abuse
    (NIDA)
    Role: Consultant


UNIVERSITY TEACHING ROLES

Brown University, Residency in Psychiatry, 1995: "Effective Documentation and Medical
        Record Strategies for Psychiatrists," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Antipsychotics: An Introduction and
        Rational Clinical Approach," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Cultural Psychiatry," PG-3 Seminar Series,
        Seminar Leader (weekly seminars).

Brown Medical School, 1997: "Biomed 278: Introduction to Clinical Psychiatry," Small Group
        Leader, (weekly meetings).

Brown University, Residency in Psychiatry, 1997: " PG-2 Seminar: Mood Disorders in Children
        and Adolescents" (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1998: "Children's Testimony
        in Court: Roles of the Expert Witness and Videotaped Interviews," Child and Adolescent
        Forensic Psychiatry Seminar Series, (single seminar).

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Yale University Law School, Disabilities Clinic, 1999: "Introduction to Child and Adolescent Psychopharmacology," (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Risk Assessment of Youth Violence," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Rhode Island Mental Health Law," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University Residency in Psychiatry, 1999: "Introduction to Child and Adolescent Forensic Psychiatry," PG-3 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999: Community Mental Health Center Rotation, Family Health Center at SSTAR, Fall River, Massachusetts, Clinical Supervisor, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008:     Clinical Supervisor, Brown University Child Psychiatry Forensic Psychiatry Elective, (weekly supervision)

Brown University Residency in Psychiatry, 2000-2001: "Disruptive Disorders, Antisocial Behaviors, and Legal Issues," PG-2 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 2000-2008: "Child and Adolescent Forensic Psychiatry" Seminar Leader, (four seminars).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2002: Clinical Supervisor, Community Mental Health Center Rotation, Kent County Mental Health Center, Warwick, Rhode Island, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2008: Clinical Supervisor, Forensic/Juvenile Justice Rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown Medical School, 2002-2008: Clinical Supervisor for 3rd and 4th year medical students, Longitudinal elective, 4th year elective, and psychiatry rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown University Residency in Psychiatry, 2002-2003: Tutor-Advisor to Nada Milosavljevic, M.D., J.D., PG-2 Psychiatry Resident

Brown University Residency in Psychiatry, 2003: "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Noon Seminar, (single seminar).

Brown University Post-Doctoral Juvenile Forensic Psychology Training Program, 2003-2008: Core Supervisor and Seminar Leader

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Brown University Psychology Intern and Post-Doctoral Fellowship Training Program, Child Track Seminar Series Presenter, 2004-2008: "The Law and Psychiatry/Psychology" (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Risk Assessment of Potentially Violent Juveniles," PG-3 Resident Seminar, (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Divorce, Custody and Visitation Issues: The Psychiatrist Facing Court Systems," PG-2 Resident Seminar, (single seminar).

Brown University Residency in Child and Adolescent Psychiatry, 2005-2008: "Evaluation and Treatment of Conduct Disorder," Child and  Adolescent Psychiatry Developmental Psychopathology Seminar Series, (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2008-present: "Opportunities and Challenges within Correctional and Forensic Psychiatry," (single seminar).

UT Health Science Center at Houston, Department of Psychiatry and Behavioral Sciences, Residency in Child Psychiatry, 2008-present: "Juvenile Correctional Mental Health Services in Texas," (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2010-present: "Suicide Prevention and Litigation: Timely Risk Management Approaches," Forensic Psychiatry Seminar Series, (single seminar).


HOSPITAL TEACHING ROLES

Butler Hospital, 1993-1996: Seminar Leader, Various Psychiatry Topics, Brown University Medical Students' Psychiatry Clerkship, (multiple seminars).

Rhode Island Hospital, 1995: Psychiatry Preceptor and Consultant to Internal Medicine Housestaff Clinic, (twice weekly clinic).

E. P. Bradley Hospital, 1997: Adolescent Program Training, "The Use of Antipsychotics in Adolescents," (one seminar).

# EXHIBIT D

**CYNTHIA A. RADAVSKY, M.Ed.**
**839 Lake Front Drive**
**Sacramento, California  95831**
**Phone:  (916) 422-9055**

## PROFESSIONAL EXPERIENCE

2013 – Present                    **Independent Contractor**

*Currently working as a clinical subject matter expert
retained by Sabot, Criminal Justice Division to work on
realignment in County Jails as well as state and federal
correctional facilities. My expertise consist of
management and leadership; project management;
group facilitation and negotiation; development,
implementation and monitoring of evidenced based
treatment programs; assessment of forensic mentally ill
and developmentally disabled; behavioral intervention
and environmental reviews for suicide prevention.*

2013 – Present                    **Director**
                                 *Professional Training Institute*
                                 *Sacramento, California*

*The Professional Training Institute (PTI) is certified by
the Board of State Community Corrections, Standards
& Training for Corrections (STC) to provide training to
city, county and state agencies in Public Safety
Curriculum. PTI also provides course specific training
in Leadership and Supervision to public and private
entities. PTI instructors all held previous high level
management and executive positions in law
enforcement, mental health, and public sector/public
safety positions. Course offerings include half day, full
day, and weekly training as well as both supervisory
and leadership academies. PTI is also a Motivational
Interviewing Training Center.*

2006 – 2011                      **Deputy Director**
                                 *Department of Mental Health*
                                 *Sacramento, California*

*As the Deputy Director of Long Term Care Services,
was responsible for the management of the Long Term*

*Care Services Division included 5 state hospitals and 2 prison based psychiatric programs; the policy development of the new DMH program in the California Health Care Facility at Stockton (now DHS-Stockton); the state's Sex Offender Commitment, Mentally Disordered Offender, and Conditional Release programs. As Deputy I also had management responsibility for a number of high priority and sensitive projects such as the compliance efforts for the Consent Decree with the United States Department of Justice, compliance with Department of Public Health licensing (CMS) and Joint Commission (JC) requirements as well as managing DMH efforts to implement requirements placed by the federal court regarding mental health services within CA prisons. Overall management responsibility included approx. 11,000 staff and 6,500 patients.*

*1998 – 2006*        **_Assistant Deputy Director_**
*Department of Mental Health*
*Sacramento, California*

*Under the general direction of the Deputy Director of Long Term Care Services, as the Assistant Deputy Director was responsible for assisting in the management of the Long Term Care Services Division and acting for the Deputy Director in his absence. The Assistant Deputy Director also had direct management responsibility for various of high priority and sensitive projects, including negotiation of terms of the Consent Judgment and Agreement with the USDOJ for the state hospitals.*

*1995 – 1998*        **_Program Director_**
*Napa State Hospital*
*Napa, California*

*As a Program Director supervised activities of approx. 450-500 staff and 200 patients. Responsible for full integration of the program into the new facility, systems reviews and implementation of all legal requirements for developmentally disabled offenders. Developed supported employment options including recruiting community partners and negotiating terms of service contracts. Revised all program procedures to comply with facility and departmental policies as well as JC*

*requirements. Educated staff regarding JC standards to participate in, and receive accreditation, the first JC survey of DMH hospitals.*

1993 – 1995

**___Program Director___**
*Stockton Developmental Center*
*Stockton, California*

*Responsible for the overall management of the Forensic Program, which included specialized residences for acute psychiatric services, dual diagnosis, sex offender treatment and offenders adjudicated incompetent to stand trial; Supervised activities of approx. 450-500 staff and 200 patients; Oversight responsibility for implementation of person-centered planning for individuals developed by the Interdisciplinary Team. I was actively involved in facility and program strategy planning and quality improvement and then carried overall responsibility for the planning and implementation of the program transfer, including clients, staff and property, to Napa State Hospital when SDC was shutdown. I had reporting responsibility during coordination of the transfer to both the Department of Developmental Services and the Department of Mental Health.*

1992 – 1993

**___Program Assistant___**
*Stockton Developmental Center*
*Stockton, California*

*Responsible for the coordination of court activities, data collection for program and facility objectives, annual program evaluation, and quality assurance plan. Responsible for monitoring and review of Licensing plans of correction. Coordinate projects assigned by Program Director for program and facility. Act for Program Director when necessary. Trained as a California Standards Assessor, Equal Employment Opportunity Representative for hiring panels, and Quality Appraisal Panel Chairperson.*

1991 – 1992

**___Quality Assurance Associate___ (Special Assignment)**
*Stockton Developmental Center*
*Stockton, California*

*Responsible for compliance with standards/regulatory requirements, licensing survey coordinator, and coordinating facility plans of correction. Review and inform management of changes in regulations and the impact on the facility. Coordinate quality assurance reviews and conduct monthly tours. Developed Special Incident Report Guidelines and coordinated training in the facility.*

1987 – 1991       **_Individual Program Coordinator_** *(Special Assignment)*
                  *Stockton Developmental Center*
                  *Stockton, California*

                  *Program planning for 32 developmentally disabled adults and penal code sexual offenders. Co-chair in development of intensive treatment program for offenders. Presenter at various conferences on the development of the treatment program. Duties also include assessment of client needs, direct client contact in educational, vocational, and therapeutic group activity. Development of long-range goals/objectives and quality assurance of follow-up. Document monthly, semi-annual, and annual progress recordings. Completed supervisory skills enhancement program in 1989.*

1985 – 1987       **_Rehabilitation Therapist – Recreation_**
                  *Stockton Developmental Center*
                  *Stockton, California*

                  *Complete rehabilitation assessments and provide input to interdisciplinary teams related to leisure activities. Coordinate large group activities and implement small therapeutic groups. Have served as chairperson and training officer of facility Rehabilitation Peer Group and supervisor for recreational therapy interns.*

1984 – 1985       **_Supervisor/Counselor II_**
                  *Regional Adolescent Treatment Program*
                  *Stockton, California*

                  *Program planning and ongoing one-to-one/group counseling with severely emotionally disturbed*

*adolescents.  Supervision and training of staff and student interns.  Public relations liaison sustaining contact with governmental and community agencies.*

## EDUCATION

1983 – 1984                 *Master of Education in Adaptive Physical Education with concentrations in programming and research design.  University of South Alabama; Mobile, Alabama*

1977 – 1981                 *Bachelor of Science in Therapeutic Recreation University of South Alabama; Mobile, Alabama*

## PUBLICATIONS AND PRESENTATIONS

*The teaching of "New Games;" University of South Alabama, Therapeutic Recreation Workshop, April 1979*

*"How to Land a Job You Have Always Wanted;" Alabama Recreation and Park Society Conference, Tuscaloosa, Alabama, January 1983*

*"Adapting Recreation Programs for Multi-Handicapped Residents;" Partlow State School and Hospital, June 1983*

*"The Role of Rehabilitation Therapy in the Treatment of Dual Diagnosed Developmentally Disabled Clients;" Stockton Developmental Center, September 1986; Golden Gate Regional Center, June 1987*

*"Successful Interview Techniques;" Horizons West Recreation Therapy Conference, November 1987*

*"Assessment and Treatment of a Multiply-Diagnosed Client – A Case Study;" Forensic Mental Health Conference, March 1989*

*"Social/Sexual Assessment Training Identification and Service Implementation;" Sexuality Issues for the Dually Diagnosed Conference, September 1990*

*"Establishing and Evaluating an Intensive Treatment Program for Developmentally Challenged Sex*

*Offenders;" Bay Area and Sacramento/San Joaquin Valley Sex Offenders Treatment Networks, March 1991; North Bay Regional Center, December 1991*

*"Developmentally Disabled Individuals and Sexuality;" Stockton Seaport Rotary Club, August 1991*

*"Multicultural and Ethnic Differences in the Treatment of Sex Offenders;" Stockton Developmental Center, March 1992; Forensic Mental Health Association Conference, April 1992*

# EXHIBIT E

# RODERICK Q. HICKMAN
## RESUME' OF QUALIFICATIONS

5960 SOUTH LAND PARK DRIVE #366   WWW.RODERICKQHICKMAN.COM
SACRAMENTO, CA  95822     CELL PHONE:  (916) 698-7508

**CAREER
OBJECTIVE**:  To provide leadership, counsel and consulting services to Chief Executive Officers and Chief Operating Officers in the private, public and public sector organizations.

---

**SUMMARY OF
QUALIFICATIONS:**

- Multiple gubernatorial appointments as high level executive
- Administration and operation of an $8.2 billion budget
- Skilled labor negotiator
- Experienced in litigation management and testimony
- Crisis communicator
- Qualified legislative manager/negotiator
- Proven executive leadership developer/trainer
- Recipient of Government Innovation Award
- Accomplished public speaker

---

**WORK HISTORY**:

**07/1/08 –Present**  **PRESIDENT/FOUNDER, RODERICK Q. HICKMAN & ASSOCIATES**

I provide leadership to associates and direct services to public, private and social sector clients in the areas of ethical leadership development, organizational strategy, litigation management, expert testimony and support, change management, procurement and supply chain management, and fund development.

**06/1/06 – 07/01/08**  **MANAGING DIRECTOR, XROADS SOLUTIONS GROUP**

I led the Public Sector area and managed business development and client relations for the firm's Public Sector Practice.  I drew upon my 25 years of experience working in the public sector and specialize in providing services in the following areas: Labor Management/Relations and Negotiations, Business Process Improvement, Procurement Efficiency, Expert Testimony, Referee and Special Master Appointments, and Litigation Compliance Implementation and Management, Interim Management and Building Public/Private/Non-Government Partnerships and Collaborations.

**11/17/03 – 2/28/06**  **AGENCY SECRETARY, STATE OF CALIFORNIA**

I was appointed by Governor Arnold Schwarzenegger as the Agency Secretary of the Youth and Adult Correctional Agency on November 17, 2003.  As a result of the re-organizational efforts I led, I was appointed a second time as the first Agency Secretary of the California Department of Correctional and Rehabilitation on July 1, 2005.   The position was responsible for the leadership and management of approximately 59,000 employees and 170,000 adult and juvenile offenders housed in 41 institutions.  In addition to institutional operations, I was

Roderick Q. Hickman
Page 2

responsible for the management of 135,000 adult and juvenile parolees, the Board of Parole Hearings and the Corrections Standards Authority. The combined budget for these operations was $8.2 billion. I was principal liaison with State and Federal Courts in creating and implementing court remedies. My ability to manage and work with these stakeholders was of the utmost importance to the success of the reforms initiated by Governor Schwarzenegger and implemented by me.

**9/25/03 – 11/16/03**      **CHIEF DEPUTY DIRECTOR, STATE OF CALIFORNIA**

As Chief Deputy Director, I was responsible for reviewing and approving administrative policies, practices, and procedures for the field operations of the California Department of Corrections (CDC). This included inmate classification, treatment and parole programs, prison industries, inmate care record keeping, educational and vocational services, and medical and psychiatric care.

In my position I provided administrative direction, advice, and assistance to Deputy Directors, Assistant Directors, and Wardens, Regional Administrators, and staff members regarding administrative problems, labor relations, and departmental policies.

I managed the implementation of CDC programs and policy decisions at the direction of the Executive, Legislative, and Judicial government branches, utilizing the appropriate governing statutes, rules, policies, procedures, and regulations.

**11/1/01 – 9/25/03**      **ASSISTANT DEPUTY DIRECTOR, STATE OF CALIFORNIA**

As the Assistant Deputy Director, I was responsible for the planning, organizing, and directing of all program activities for specialized headquarters-based units. I was extensively involved with program and policy formulation and implementation. I maintained oversight of the department's budgeting, classification, case records, transportation, and prison bed management.

I was specifically assigned to negotiate and implement the existing MOU with Bargaining Unit 6.

**10/1/00 – 11/1/01**      **REGIONAL ADMINISTRATOR, INSTITUTIONS, STATE OF CALIFORNIA**

As the Regional Administrator-North, I was responsible for management oversight and supervision of the 12 prisons geographically located in Northern California and the 33 fire camps operated in conjunction with the California Department of Forestry and the Los Angeles County Fire Department.

I was extensively involved in the senate confirmation process for newly appointed wardens, which entailed establishing ongoing dialogue and relationships with legislative staff and legislators.

**6/21/99 – 10/1/00**      **WARDEN and WARDEN (ACTING), STATE OF CALIFORNIA**

I had the overall responsibility for a prison that was built as a high-medium security complex, but evolved to a diverse inmate population of Level I to Level IV inmates. A Health Care Services Mission was added, which included a licensed Correctional Treatment Center, Correctional Clinical Case Management Systems Program and an Enhanced Outpatient Psychiatric Program. This position provided me the opportunity to interact locally with administrative and political entities on issues that had high local visibility and could have precedent impact on

Roderick Q. Hickman
Page 3

statewide issues regarding prison mitigation, utilities, population and operational charges.  I was also responsible for a $53 million dollar budget.

**10/31/96 – 6/21/99**     **CHIEF DEPUTY WARDEN, STATE OF CALIFORNIA**

Under the administrative direction of the warden, I functioned as the Operations Chief over all the institution programs and staff.  I acted on behalf of the warden and interacted with the community, the Citizens' Advisory Committee, local law enforcement agencies, and various headquarters and administrative staff.  This position was responsible for planning, organizing, directing and coordination of all correctional programs, work incentive training, education, health care services and related programs within a correctional institution.  This position directly supervised three correctional administrators, the Prison Industry Authority administrator, and other key staff in the institution.

**12/94 - 11/96**     **CORRECTIONAL ADMINISTRATOR, STATE OF CALIFORNIA**

As Associate Warden, Program Services, I was responsible for the management of the custodial operations of the Outpatient Psychiatric Program.  This program included closed units, administrative segregation, and Department of Mental Health units.  Additionally, I was responsible for direct and indirect supervision of 2 Facility Captains, 6 Correctional Lieutenants, 9 Correctional Sergeants, and 70 Correctional Officers.  This position was also the custody liaison with 10 clinical chiefs assigned to manage the delivery of psychiatric services.

**2/92 - 12/94**     **PROGRAM ADMINISTRATOR/CAPTIAN/CHIEF INVESTIGATOR**

As a program manager for an outpatient psychiatric unit, I was responsible for the day-to-day management of 780 mentally ill inmates housed in medium security, administrative segregation, or general psychiatric units. As a Captain I was responsible for the operation of correctional facilities, implementation of internal affairs offices, conducting internal affairs and criminal investigations and supervising custodial personnel at multiple institutions.   I also negotiated statewide agreements for prison activations and lethal electric fences with Bargaining Unit 6.

**6/79 - 2/92**     **ASSIGNED TO NUMEROUS PRISONS AND FACILITIES IN THE FOLLOWING CAPACITIES:**

- Correctional Lieutenant and Gang/Staff Investigator
- Training Officer
- Correctional Sergeant/Instructor
- Correctional Officer

**EDUCATION AND SPECIAL TRAINING:**     **UNIVERSITY OF SOUTHERN CALIFORNIA**
California Leadership Institute

**CALIFORNIA STATE UNIVERSITY, CHICO, CALIFORNIA**
Leadership Institute (CDC)

**CALIFORNIA STATE UNIVERSITY, LONG BEACH**
Public Administration and Political Science

**CALIFORNIA STATE UNIVERSITY, STANISLAUS**
Criterion Referenced Instruction

Roderick Q. Hickman
Page 4

**UNIVERSITY OF CALIFORNIA AT BERKELEY**
Community College Teaching Credential

**PERSONNEL TRAINING & RESOURCE CENTER**
Basic Correctional Officer Academy

**RICHARD A. MCGEE CORRECTIONAL TRAINING CENTER**
Training-for-Trainers in Side-Handle Baton, Kubotan, Chemical Agents, Range Master, Advanced Supervision, Basic Supervision

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
Custody Incident Command School

**SAN JOSE STATE UNIVERSITY**
Internal Affairs Investigation Training

**NATIONAL INSTITUTE OF CORRECTIONS**
Training-for-Trainers, Executive Training for New Wardens, Deputy Director Training, and National Deputy Director Training Committee

**PRESENTATIONS,**
**PUBLICATIONS,**
**AND AWARDS:**

**PRESENTATIONS**

- American Psychiatric Association and Forensic Mental Health Conference
- National Association of Public Administration
- Little Hoover Commission
- Public Management Conference, University of Southern California
- California Bar Association
- VERA Commission
- National Prison Rape Elimination Commission
- California Alliance for Child and Family Services
- California Probation and Parole Association
- Association of Black Correctional Workers
- American Parole and Probation Association
- Criminal Justice Institute
- National Institute of Corrections
- California District Attorneys Association
- Friends Outside

**PUBLICATIONS**

- American Correctional Association, Corrections Today, Staff Safety Evaluations
- American Correctional Association, Corrections Today, Technology Transfer: A Recipe for Success
- American Correctional Association, Corrections Today, Politics, Power, the Press and Prisons

**AWARDS**

- Corrections Silver Star, California Department of Corrections
- Innovations in Government, Association of State Public Administrators
- Executive Award, Association of Black Correctional Workers

*************************************************************************************************

**REFERENCES WILL BE PROVIDED UPON REQUEST**

# EXHIBIT F

TIMOTHY A. ROUGEUX
8651 Diamond Oak Way
Elk Grove, CA 95624

**Education:**

Niagara County Community College, AA Degree, Criminal Justice, 1978
State University of New York at Brockport, BS Degree, Criminal Justice, 1980

**Experience:**

**July 2009 to present, Special Consultant, California Correctional Health Care Services**

As a special consultant I assisted in the selection, hiring and training of new institution Chief Executive Officers for Health Care Services; review and provide edits to correctional health care policy and procedures; conduct audits of institution custody staffs' compliance with policies and procedures and write audit reports.

**August 2008 to June 2009,    Chief Operating Officer, Heath Care Services**

In this capacity I served as the executive responsible for the day-to-day operations of all health care services within the California Prison Health Care Services under the control and responsibility of the Chief Executive Officer, Medical Services for the Office of the Receiver.  This included physicians and nurse executives, all ancillary medical services including but not limited to pharmacy, dietary, lab, radiology, respiratory, telemedicine, physical rehabilitation, inmate medical appeals and correspondence, audits and investigations, medical policies and procedures, credentialing and privileging of medical staff, budgeting, and health records.  I chaired and served on multiple committees and task forces.

**January 2008 to August 2008, Chief Executive Officer, Health Care at San Quentin State Prison**

In this position I was responsible for the day-to-day operations of all health care disciplines, medical, mental health and dental for all inmate-patients at San Quentin State Prison.  Additionally, I was the on-site health care executive responsible for the massive construction project totaling more than $170 million and 138,000 square feet of additional health care space.

**October 1998 through January 2008, Correctional Administrator**

As a Correctional Administrator I served in multiple capacities, including Associate Warden and acting Chief Deputy Warden at CSP-Solano, Chief, Institution Services Unit (ISU) and Project Director for Medical Programs Implementation for the Division of Correctional Health Care Services.  During these assignments I worked extensively in managing, implementing, auditing, and establishing custody and security policies and procedures related to all class action lawsuits.

**September 1994 to October 1998, Facility Captain**

I served as the Chief of the Litigation Management Section of ISU, which served as the link between the Institutions Division, Legal Affairs Division and the Office of the Attorney General.  During this time I also served as the Executive Assistant to the Agency Secretary which required working with the Governor's Office, Legislative staff as well as the Directorate of all entities within the Youth and Adult Correctional Agency.

**April 1991 to September 1994, Correctional Counselor II (Specialist)**

Inmate Appeals Coordinator at Mule Creek State Prison (MCSP) and member of the Litigation Management Section of ISU.

**February 1988 to April 1991, Correctional Lieutenant, MCSP**

I served as the Personnel Assignment Lieutenant for two years and worked in all other Lieutenant positions within the institutions.

October 1986 to February 1988, Correctional Counselor I, MCSP and CSP-Solano
August 1983 to October 1986, Correctional Sergeant, CTF and CSP-Solano
October 1980 to August 1983, Correctional Officer, CTF

**Special Assignment/Projects**

California Performance Review, Corrections Independent Review Panel (member)
*Madrid* Court ordered, Use of Force policy development and implementation (member)
Mental Health Program Guide, policy revisions (member, custody representative)
Inmate Medical Services Policies and Procedures, revisions and implementation (lead)
CDCR Inmate Visiting policy revisions and implementation (lead)
CDCR Inmate medical Co-pay policy task force (member)
CDCR Vendor Package policy creation and implementation (lead)
CDCR no tobacco policy creation and implementation (lead)
Litigation Coordinator training (lead)
American's with Disability Act compliance (lead)