**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>　　　　　Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>　　　　　Defendants. | Evidentiary Hearing Minutes<br>CASE #:　Civ. S-90-0520 LKK DAD P<br><br>DATE:　12/11/2013<br><br>Deputy Clerk:　A. Rivas<br><br>Court Reporter:　C. Bodene/K. Swinhart |

For the Plaintiffs

Michael Bien, Jane Kahn, Lisa Ells

Aaron Fischer, Margot Mendelson

For the Defendants

Jay Russell, Martine N. D'Agostino

Patrick McKinney, Maneesh Sharma

**Proceedings: Day 24 - Evidentiary Hearing re [4580].**

9:30　Court in session with all counsel present. Due to scheduling issue the testimony of witness Kathleen Allison interrupted to take testimony of Dr. Austin. Plaintiffs witness, **Dr. James Austin**, sworn and testified on direct by Ms. Ells.

9:44　Plaintiffs offered Dr. Austin as an expert in the field of Correctional Planning and Management. No voir dire by defense. The Court found Dr. Austin an expert and competent to testify relative to those matter. Exhibits 2135, 2305, 2301 moved into evidence - ADMITTED. Exhibits 2302, 2303 moved into evidence - ADMITTED.

10:35　Court in recess.

11:00　Court in session with all counsel present. Continued direct examination of witness, Dr. James Austin, by Ms. Ells. Exhibits 2302, NNN.

12:00　Court in recess.

1:30　Court in session with all counsel present. Continued direct examination of witness, Dr. James Austin, by Ms. Ells.

1:34　Cross-examination of witness, Dr. James Austin, by Ms. D'Agostino.

1:56　Nothing further, witness released.

1:57　Plaintiffs rested.

1:58　Defense witness, **Dr. Victor Jordan**, sworn and testified on direct by Mr. Sharma. Exhibit RRR.

2:22　Cross-examination of witness, Dr. Victor Jordan, by Ms. Mendelson. Exhibits 2385, 2386 moved into evidence - ADMITTED.

2:40　Court in recess.

3:00　Court in session with all counsel present. Continued cross-examination of witness, Dr. Jordan, by Ms. Mendelson. Exhibit 2398 moved into evidence under seal - ADMITTED. Exhibit 2019. Exhibit 2617 moved into evidence - ADMITTED.

3:23　Re-direct of witness, Dr. Jordan, by Mr. Sharma. Exhibit 2398.

3:50   Re-cross of witness, Dr. Jordan, by Ms. Mendelson.
4:30   Court in recess until 9:30AM 12/12/2013.


EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2135, 2301, 2302, 2303, 2305, 2385, 2386, 2398, 2617.
Defense Exhibits:


Exhibits

2135 - Reply Expert Declaration of James Austin ISO Pltfs' Motion re: Mentally Ill Prisoners in Segregation.
2301 - Underlying Data for Table 1 In Austin Declaration.
2302 - Chart Showing Number of Segregated Populations by Type of Segregation Status, 12/09/2013.
2303 - Underlying Data for Exhibit 2302: Chart Showing Number of Segregated Populations by Type of Segregation Status.
2305 - Table: Number of Segregated Populations by Type of Segregation Status, Updated as of September 23, 2013
2385 - California Institution for Men Mental Health Services Delivery System Management Report, Round 25.
2386 - CA Office of the Inspector General: California Institution for Men, Quadrennial and Warden Audit; November 2008
2398 - EOP and CCCMS in ASU/SHU/PSU Length of Stay Report, October 28, 2013.
2617 - Excerpts from CDCR's Electronic Health Records for Kaufman Prisoner L.