**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>Plaintiffs,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>Defendants. | Evidentiary Hearing Minutes<br>CASE #:  Civ. S-90-0520 LKK DAD P<br>DATE:   12/12/2013<br>Deputy Clerk:  A. Rivas<br>Court Reporter: M. Babbitt/C. Bodene |

For the Plaintiffs

Michael Bien, Aaron Fischer

Margot Mendelson

For the Defendants

Jay Russell, Debbie Vorous

Patrick McKinney, Margot Mendelson

**Proceedings: Day 25 - Evidentiary Hearing re [4580].**

9:30   Court in session with all counsel present. Continued cross-examination of witness, **Kathleen Allison**, by Mr. Fischer. Exhibit QQQ. Exhibit 2649 moved into evidence - ADMITTED. Exhibit OOO. Exhibit 2410 moved into evidence - ADMITTED. Exhibit PPP. Exhibits 2584, 2616 moved into evidence - ADMITTED. Exhibits LLL, PPP.

10:45   Court in recess.

11:00   Court in session with all counsel present. Continued cross-examination of witness, Kathleen Allison, by Mr. Fischer.  Exhibit 2643 moved into evidence - ADMITTED. Exhibits 2398, LLL, MMM. Exhibit 2620 moved into evidence - ADMITTED.

12:00   Court in recess.

2:00   Court in session  with all counsel present. Continued cross-examination of witness Kathleen Allison by Mr. Fischer.  Exhibit 2650 moved into evidence - ADMITTED. Exhibit LLL. Exhibit 2497 moved into evidence - ADMITTED. Newly redacted exhibit 2047 moved into evidence - ADMITTED. Exhibit 2649. Exhibit 2611 moved into evidence - ADMITTED.

2:40   Re-direct of witness Kathleen Allison by Ms. Vorous. Defense substituted exhibit SSS. Exhibit RRR.

2:46   Nothing further, witness released.

2:47   Defense called witness, **Michael Stainer**, previously sworn, on direct by Ms. D'Agostino. Defendants offered Mr. Stainer as an expert on the conditions of confinement and segregated housing as it affects Coleman class members.  No voir dire. Exhibit NNN.

3:05   Court in recess.

3:20   Court in session with all counsel present. Continued direct examination of witness Stainer, by Ms. D'Agostino.

4:14   Cross-examination of witness, Michael Stainer, by Mr. Bien. Exhibit NNN.

4:30   Court in recess until 9:30AM 12/13/2013.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2047, 2410, 2497, 2584, 2611, 2616, 2620, 2643, 2649, 2650.

Exhibits

2047 - Chart: CDCR Suicide Analysis by Dr. Robert Canning.
2410 - 12/17/12 CDCR Memorandum: Operational Plan for Armstrong Class Members Housed in Administrative Segregation.
2497 - California Office of Administrative Law Regulatory Action and Attachment re: Adoption of Pilot Program for the Alt Treat...
2584 - EOP ASU Average Daily Census Trends.
2611 - Decl. Of Allison ISO Defs' Motion for 45 day Extension to Respond.
2616 - EOP ASU Average Daily Census Trends Dec. 2012.
2620 - Declaration of Deborah Hysen ISO Defs' Opposition to Motion re: Housing and Treatment of Mentally Ill Prisoners in Seg.
2643 - EOP Institution Counts and Bus Seat Requests for week of 10/28/2013.
2649 - COMPSTAT DAI Statistical Report - 13 Month.
2650 - CDCR Operations Manual Pages re Segregation and Access to Entertainment appliances