**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>            Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br>            Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:    12/13/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: K. Swinhart/C. Bodene |

For the Plaintiffs

Michael Bien, Aaron Fischer

Jane Kahn, Lori Rifkin

For the Defendants

Jay Russell, Debbie Vorous

Patrick McKinney, Martine D'Agostino

**Proceedings: Day 26 - Evidentiary Hearing re [4580].**

9:30    Court in session with all counsel present. Defendants called witness, **Dr. Charles Scott**, sworn and testified on direct by Ms. Vorous. Exhibit VVV moved into evidence - ADMITTED.

9:46    Defense offered witness as an expert in the fields of Forensic Psychiatry and Correctional Psychiatry. Plaintiffs objection is overruled.  The Court found Dr. Scott's proffer sufficient and witness allowed to express opinions on both of those fields. Exhibit WWW moved into evidence - ADMITTED.

10:25    Cross-examination of witness, Dr. Charles Scott, by Mr. Fischer. Exhibit WWW.

10:30    Court in recess.

10:45    Court in session with all counsel present.  Continued cross-examination of witness, Dr. Charles Scott, by Mr. Fischer. Exhibit WWW. Exhibit 2644 moved into evidence - ADMITTED. Plaintiffs marked and moved exhibit 2071 into evidence. Defense objected. The Court conditionally ADMITTED exhibit 2071, subject to plaintiffs properly authenticating the document.

11:12    Nothing further. Court inquired of witness.

11:13    Witness released.

11:14    Resumed cross-examination of witness, **Michael Stainer,** by Mr. Bien.

12:00    Court in recess.

1:30    Court in session with all counsel present. Continued cross-examination of witness, Michael Stainer, by Mr. Bien.

1:50    Re-direct of witness, Michael Stainer, by Ms. D'Agostino.

2:06    Re-cross of witness, by Mr. Bien.

2:07    Nothing further, witness release.

2:07    Defendants called witness, **Dr. Timothy Belavich**, sworn and testified on direct by Mr. McKinney. Exhibits XXX, YYY, ZZZ moved into evidence - ADMITTED. Exhibit AAAA moved into evidence - ADMITTED.

2:45    Court in recess.

3:00    Court in session with all counsel present. Continued direct examination of witness, Dr. Timothy Belavich,

by Mr. McKinney. Exhibit BBBB moved into evidence - ADMITTED. Exhibit WWW. Exhibit DDDD moved into evidence - ADMITTED. Exhibits EEEE, FFFF moved into evidence under seal - ADMITTED. Exhibit GGGG moved into evidence - ADMITTED. Exhibits WWW, DDDD. Exhibit HHHH moved into evidence under seal - ADMITTED. Exhibits DDDD, GGGG. Exhibit JJJJ moved into evidence under seal - ADMITTED. Exhibit AAAA. Exhibit KKKK moved into evidence - ADMITTED.

4:10    Cross-examination of witness, Dr. Timothy Belavich by Mr. Bien.  Exhibit GGGG.

4:32    Exhibit 2071 moved into evidence - ADMITTED.

4:35    Court in recess until 9:30AM 12/18/2013.


EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2071, 2644.
Defense Exhibits: VVV, WWW, XXX, YYY, ZZZ, AAAA, BBBB, DDDD, EEEE, FFFF, GGGG, HHHH, JJJJ, KKKK.

Exhibits

2071 - State of Colorado Memorandum.

2644 - O'Keefe, Maureen, et al. "One-Year Longitudinal Study of the Psychological Effects of Administrative Segregation, "

VVV - Declaration of Charles Scott, M.D.
WWW- 07/24/2013 Vorous Declaration re segregation units.
XXX - Declaration of Dr. Belavich.
YYY - Dr. Belavich's Declaration in Opposition to Motion.
ZZZ - Summary of Mental Health Populations prepared by CDCR
AAAA - Chart re MHSDS Treatent for Inmates in Segregated Housing Units
BBBB - Policy - ASU Clinican-to-Clinician Contact
DDDD - Coleman v. Brown Program Guide Compliance Chart.
EEEE - Raw Data Entered into MHTS
FFFF - Raw Data Entered into MHTS
GGGG - Group Treatment Chart EOP/ASU & EOP/PSU
HHHH - Raw data Entered into MHTS
JJJJ - Raw date Entered into MHTS
KKKK - Order re: Navigant Contract