DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
MEGAN CESARE-EASTMAN – 253845
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**PLAINTIFFS' DEPOSITION EXCERPTS OFFERED IN SUPPORT OF MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF REGARDING IMPROPER HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION**<br><br>Judge: Hon. Lawrence K. Karlton |

[1043489-2]

1  Plaintiffs hereby designate the following deposition excerpts in support of
2  Plaintiffs' Motion for Enforcement of Court Orders and Affirmative Relief Regarding
3  Improper Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation.
4  Docket No. 4580.  Plaintiffs seek to introduce these deposition excerpts into evidence
5  during the evidentiary hearing on this motion, pursuant to Federal Rule of Civil Procedure
6  32(a) and Federal Rule of Evidence 801(d)(2)(D).
7  Plaintiffs' deposition excerpts include testimony from the following depositions of
8  senior California Department of Corrections and Rehabilitation ("CDCR"), agents of
9  Defendants, and/or retained experts of Defendants: Jacqueline Moore, taken February 21,
10 2013; Diana Toche, taken February 22, 2013; Richard Johnson, taken February 25, 2013;
11 Joel Dvoskin, taken February 27, 2013; Christopher Meyer, taken February 27, 2013;
12 Jeffrey Beard, taken March 5, 2013.  Federal Rule of Civil Procedure 32 provides that a
13 deposition may be offered at trial, subject to the rules of evidence, as though the witness
14 were present and testifying.  Federal Rule of Civil Procedure 32(a)(3) permits the use at
15 trial for any purpose of "the deposition of a party."  As detailed below, each of
16 Defendants' employee deponents were, at the time of deposition, party-witnesses to this
17 matter.  Each deposition was properly noticed and Defendants' counsel was present at and
18 defended each of the depositions.  Their depositions may therefore be used for any purpose
19 to the extent admissible under the Federal Rules of Evidence.  Fed. R. Civ. P. 32(a)(1), (3).
20 The statements made by Defendants' expert witnesses, CDCR's agents, at deposition are
21 admissions of Defendants, which hired them to provide expert testimony in this matter,
22 and are therefore not hearsay and fully admissible under Federal Rule of Evidence
23 801(d)(2)(D).  *See Collins v. Wayne Corp.*, 621 F.2d 777, 782 (5th Cir. 1980), *superseded*
24 *by rule on other grounds* (holding that an expert hired to investigate and report his findings
25 was performing that function "[i]n giving his deposition" and that the district court had
26 erred in excluding the expert's deposition testimony).  Dr. Moore and Dr. Dvoskin,
27 retained by Defendants as expert witnesses, each reside more than 100 miles from
28 Sacramento, CA (in Greenwood, Colorado and Tucson, Arizona, respectively) and neither

[1043489-2]

1

has been designated by Defendants as a witness for this evidentiary hearing. These witnesses are therefore also unavailable, and their depositions may be used for any purpose to the extent admissible under the Federal Rules of Evidence. Fed. R. Civ. P. 32(a)(4)(B).

**DEPOSITIONS OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR") AND DEPARTMENT OF STATE HOSPITALS ("DSH") PARTY-WITNESSES**

**DEPOSITION OF DIANA TOCHE, TAKEN FEBRUARY 22, 2013:**

At the time of her deposition, Diana Toche was the acting director of CDCR's Division of Health Care Services. *See* 7:16-17; 11:13-18.

76:20-79:11

124:1-24

137:3-140:2

**DEPOSITION OF RICHARD JOHNSON, TAKEN FEBRUARY 25, 2013:**

At the time of his deposition, Richard Johnson was employed by CDCR's Health Care Oversight Placement Program (HCPOP). Mr. Johnson was chief of that program from 2008 through December 31, 2012. *See* 7:16-19; 12:15-13:10.

7:16-19

12:15-13:10

167:22-169:2

173:4-175:8

181:11-182:6

182:7-15

183:15-184:21

185:15-186:15

188:17-189:5

190:3-192:2

203:16-205:19

**DEPOSITION OF CHRISTOPHER MEYER, TAKEN FEBRUARY 27, 2013:**

At the time of his deposition, Christopher Meyer was the director of CDCR's

[1043489-2]

2

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE IMPROPER HOUSING & TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION

1. Division of Facility Planning, Construction, and Management. *See* 5:11-13; 8:21-9:1.
2. 66:8-69:16
3. 74:9-75:18
4. 77:13-79:9
5. 80:12-82:1
6. 84:20-85:13
7. 89:16-23
8. 114:23-115:9
9. 125:10-126:3
10. 156:1-7
11. 159:16-160:8
12. 168:8-17
13. **DEPOSITION OF JEFFREY BEARD, TAKEN MARCH 5, 2013:**
14. At the time of his deposition, Jeffrey Beard was Secretary of Corrections for
15. California Department of Corrections and Rehabilitation (CDCR). *See* 6:8-12.
16. 99:8-23
17. 102:5-24
18. 108:10-23
19. 110:7-17
20. 118:21-119:21
21. 127:16-128:4
22. 159:15-23
23. 163:1-164:10
24. 183:3-17
25. 240:5-12
26. 240:23-242:11
27.
28.

[1043489-2]

3

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF RE IMPROPER HOUSING & TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION

# DEPOSITIONS OF EXPERT WITNESSES RETAINED BY CDCR

## DEPOSITION OF JACQUELINE MOORE, TAKEN FEBRUARY 21, 2013:

At the time of her deposition, Jacqueline Moore was an expert witness retained by CDCR. *See* 7:13-18; 17:6-13.

- 83:4-7
- 102:17-103:1
- 119:2-6
- 154:10-155:20
- 156:5-24
- 159:2-6
- 159:21-160:2
- 160:24-161:16
- 161:20-164:5
- 165:2-168:9
- 224:11-25
- 237:16-238:24
- 240:1-4
- 240:5-17
- 241:2-12

## DEPOSITION OF JOEL DVOSKIN, TAKEN FEBRUARY 27, 2013:

At the time of his deposition, Joel Dvoskin was an expert witness retained by CDCR. *See* 6:10-13; 18:3-21.

- 54:21-55:12
- 66:8-67:24
- 70:19-71:6
- 73:12-15
- 79:16-19
- 94:23-95:9

| | |
|---|---|
| 1 | 247:22-248:17 |
| 2 | 255:14-256:13 |
| 3 | 259:1-12 |
| 4 | 260:8-261:18 |
| 5 | 261:19-262:7 |
| 6 | 283:15-284:23 |

DATED: December 16, 2013        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By: */s/ Margot Mendelson*
     Margot Mendelson

Attorneys for Plaintiffs

[1043489-2]

5

PLS.' DEPOSITION EXCERPTS OFFERED ISO MOTION FOR ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE
RELIEF RE IMPROPER HOUSING & TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION