KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
JESSICA S. KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**REQUEST FOR 10 DAY EXTENSION OF TIME TO DEPOSIT FUNDS TO THE COURT CLERK**<br><br>Dept: 4<br>Judge: The Honorable Lawrence K. Karlton<br><br>Action Filed: 1990 |

**REQUEST**

On October 29, 2013, the Court ordered Defendants to deposit $750,000 with the Court Clerk, to be invested in an interest-bearing account for payment of the Special Master's fees and expenses. (ECF No. 4897.) The deposit was due within forty-five days or by December 13, 2013. However, due to an inadvertent oversight by the Attorney General's Office, this bill was not forwarded to the Department of Corrections and Rehabilitation until December 16, 2013. (Kim Decl. ¶ 4.) The Department of Corrections and Rehabilitation has initiated an expedited

1

request for a deposit check. (Kim Decl. ¶6.) Defendants respectfully request that the Court grant a ten day extension of time, until December 23, 2013, for Defendants to deposit the $750,000 with the Court clerk.

Dated: December 17, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/s/ Jessica S. Kim*

JESSICA S. KIM
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003