KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
JESSICA S. KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DECLARATION OF J. KIM** |
| v. | |
| | Dept: 4 |
| **EDMUND G. BROWN, JR., et al.,** | Judge: The Honorable Lawrence K. Karlton |
| Defendants. | Action Filed: 1990 |

I, Jessica Kim, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called on to testify to those facts, could and would do so competently. I submit this declaration in support of Defendants' Request for a Ten Day Extension of Time to Deposit Funds to the Court Clerk.

2. On October 29, 2013, the Court ordered Defendants to deposit $750,000 with the Court Clerk, to be invested in an interest-bearing account for payment of the Special Master's

1

fees and expenses.  (ECF No. 4987.)  The deposit was due within forty-five days, or by December 13, 2013.

3. I am currently responsible within the Attorney General's Office for forwarding orders for deposits to the Department of Corrections and Rehabilitation.

4. However, on October 29, 2013, I appeared in Court for this case and inadvertently did not review or forward the Court's Order regarding the deposit (ECF No. 4987) to the Department of Corrections and Rehabilitation.

5. On December 16, 2013, I received a call from the Court clerk inquiring about the deposit.  As soon as I received the call, I contacted the Department of Corrections and Rehabilitation and forwarded them the Court's Order.

6. I have been informed that the Department of Corrections and Rehabilitation is expediting a request for the deposit, and will deliver it to the court as soon as possible, no later than December 23, 2013.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Lafayette, California on December 17, 2013.

**/s/ Jessica S. Kim**
Jessica S. Kim

CF1997CS0003