1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR A TEN DAY EXTENSION OF TIME TO DEPOSIT FUNDS TO THE COURT CLERK** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

The Court has read and considered Defendants' Request for a Ten Day Extension of Time to Deposit Funds to the Court Clerk and the accompanying declarations of counsel, and finds good cause to grant the request. Accordingly, Defendants' request for a ten day extension of time is GRANTED. Defendants shall deposit funds to the Court clerk on or before December 23, 2013.

IT IS SO ORDERED.

Dated: _____        _____

The Honorable Lawrence K. Karlton

1

[Proposed] Order Granting Defs.' Request for Extension of Time (2:90-cv-00520 LKK DAD PC)