KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
JESSICA S. KIM, State Bar No. 257766
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8789
 Fax: (916) 324-5205
 E-mail: Jessica.Kim@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**REBUTTAL DECLARATION OF J. KIM IN OPPOSITION TO PLAINTIFFS' MOTION RELATED TO HOUSING AND TREATMENT OF MENTALLY ILL PRISONERS IN SEGREGATION RE: COLORADO'S ADMINISTRATIVE SEGREGATION**<br><br>Dept: 4<br>Judge: The Honorable Lawrence K. Karlton<br><br>Action Filed: 1990 |

I, Jessica Kim, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called on to testify to those facts, could and would do so competently.

1

2. On December 16, 2013, I also accessed the Denver Post's website and printed an article titled "Colorado stops putting mentally ill prisoners in solitary confinement." The article was dated December 12, 2013, and written by Jennifer Brown. A true and correct copy of the article is attached as Exhibit A. This article can be accessed at: http://www.denverpost.com/news/ci_24712664/colorado-wont-put-mentally-ill-prisoners-solitary-confinement#.

3. On December 16, 2013, I accessed the American Civil Liberties Union (ACLU) of Colorado's website and printed a page from their "news" section titled "CDOC Takes Step Toward Getting Mentally Ill Prisoners Out of Solitary" and dated December 12, 2013. A true and correct copy of a print-out of that page is attached as Exhibit B. This news page of the ACLU of Colorado's website can be accessed at: http://aclu-co.org/news/cdoc-takes-step-toward-getting-mentally-ill-prisoners-out-of-solitary. On December 16, 2013, I also followed a link to a pdf that was included at the bottom of this news page. The ACLU of Colorado identified this pdf as the "CDOC memo" and included the following link: "http://aclu-co.org/sites/default/files/Memo%20Mental%20Health%20Qualifiers%20Ad%20Seg%20MEMO%20%282%29.pdf". A true and correct copy of this pdf is attached as Exhibit C. This pdf is identical to Plaintiffs' Exhibit 2071. Plaintiffs' appear to have obtained Exhibit 2071 from the ACLU of Colorado, because the Colorado Department of Corrections did not announce the contents of its segregation memo. (Exhibit A at 2.)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on December 16, 2013.

                                                      **/s/ Jessica S. Kim**
                                                      Jessica S. Kim

CF1997CS0003