# EXHIBIT C

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
Deputy Director of Prisons
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Telephone:  (719) 226-4774
Facsimile:  (719) 226-4775



John W. Hickenlooper
Governor

Rick Raemisch
Executive Director

## **Memorandum**

**To:**     Wardens, Offender Services

**From:**   Lou Archuleta, Interim Director of Prisons

**Cc:**     Kellie Wasko, Steve Hager

**Date:**   12/10/2013

**RE:**     Mental Health Qualifiers (M-Code)

Wardens,

As you know, we, as a Department have been working to move all of our offenders housed in Administrative Segregation with a major mental illness out of Ad Seg.  I am asking that, going forward, please ensure your staff are aware that offenders with MMI Qualifiers cannot be referred for Administrative Segregation placement.

We will work with all of the effected facilities to modify AR-650-03 and appreciate any suggestions.

For your reference, here is the proposed language for AR 650-03:

"Offenders diagnosed with a major mental illness (MMI) will be referred for movement to the Residential Treatment Program Diagnostic Unit at Centennial Correctional Facility in accordance with Administrative Regulation 650-04, Residential Treatment Programs for Offenders with Mental Illness.  **Offenders deemed to have MMI will not have an administrative segregation hearing conducted, and/or be assigned to administrative segregation status."**

Thank all of you for your assistance.