# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF CALIFORNIA
 3                            ---oOo---
 4      BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE
 5
 6   RALPH COLEMAN, et al.,
 7           Plaintiffs,
 8   Vs.                              CASE NO. CIV. S-90-0520 LKK
 9   EDMUND G. BROWN JR., et al.,
     et al.,
10
11           Defendants.
12   _____/
13
14
15                            ---oOo---
16
17                      REPORTER'S TRANSCRIPT
18                   RE:  EVIDENTIARY HEARING
19                  THURSDAY, OCTOBER 31ST, 2013
20
21                            ---oOo---
22
23
24
     Reported by:  MICHELLE L. BABBITT, CSR. No. 6357
25   Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
```

1   **MR. BIEN:** Plaintiff's Exhibit 1078 concerns the death
2   of an inmate in the MHCB on suicide watch as discussed in the
3   testimony.
4   **THE COURT:** I may be wrong, but I thought that had
5   already received. If it hasn't, it's received.
6                       (Whereupon, Plaintiff's Exhibit 1078
7                       was received into evidence.)
8   **MR. BIEN:** And the final one is Plaintiff's
9   Exhibit 1076, prisoner GGGG. It's a suicide that occurred in
10  June 2009.
11  **THE COURT:** Received.
12                      (Whereupon, Plaintiff's Exhibit 1076
13                      was received into evidence.)
14  **MR. BIEN:** The only other matter I have, Your Honor,
15  is deposition excerpts. These have been filed. Defendants
16  have responded. We would propose -- obviously, we don't want
17  to read them into the record. We can provide them to you in
18  whatever form you like.
19  **THE COURT:** Don't say that.
20  **MR. BIEN:** These respond to the declarations, some of
21  the declarations of witnesses that did not appear at trial
22  who we had an opportunity to take depositions of. Defendants
23  have had a chance to supplement and also file objections.
24  **THE COURT:** Look. I don't know what you folks are
25  doing. I've now managed to completely distort Ms. Woodford's

```
 1   deposition.
 2           Madam Clerk, would you take this away from me before I
 3   throw it against the wall.
 4           You want to put in deposition testimony for people who
 5   have not appeared in trial and have not otherwise been
 6   subject to cross-examination and that the defendants had no
 7   opportunity to cross-examine because, after all, a deposition
 8   is a deposition, a method by which we seek evidence.
 9           I assume you object, Ms. Vorous?
10           **MS. VOROUS:**  Yes, Your Honor.
11           MR. BIEN:  Your Honor, that's not correct.  Defendants
12   have put in declarations, which you've admitted.  This is our
13   cross-examination of these witnesses.  We haven't had a
14   chance to provide you --
15           **THE COURT:**  I misunderstood.  The defendant put in
16   declarations, and this is deposition testimony of the same
17   witnesses?
18           **MR. BIEN:**  Yes.
19           **THE COURT:**  All right.  Those are received.
20                           (Whereupon, Plaintiff's Exhibits,
21                            declarations, were received into
22                            evidence; no exhibit numbers stated.)
23           THE COURT:  I don't know who's going to read any of
24   this stuff, but that's all right.  Keep putting stuff into
25   the record.  I don't know who you think is going to read it,
```

1   me, the Court of Appeals or the Supreme Court, but let's get
2   it all out.
3       **MR. BIEN:**  There are also excerpts that we offer as
4   admissions.  For example, Dr. Bellavich, who did not testify
5   at trial on some subjects, I think there are some of those.
6       Is that correct?
7       **THE COURT:**  No, I'm not good to admit that.
8       **MR. BIEN:**  Defendants filed objections.
9       **THE COURT:**  I'm not going to admit it.
10      **MS. KIM:**  We filed written objections about the
11  testimony of Dr. Monthei who testified here -- deposition
12  excerpts of Dr. Monthei who testified.
13      **THE COURT:**  Right.  He was here.  If you wanted to
14  cross-examine him based on the deposition, you were free to
15  do so.  You did not do that.
16      Is that right?
17      **MR. BIEN:**  Yes, Your Honor.
18      THE COURT:  Good.  It's out.
19      **MR. BIEN:**  They're admissions of a party.
20      **THE COURT:**  Good.  It's out.
21      You may proceed.
22      **MR. BIEN:**  We rest.
23      **THE COURT:**  The parties will within the next five days
24  provide the courtroom deputy with exhibit numbers for all of
25  the affidavits that were received into evidence so that we