# United States District Court
## Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al, <br> Plaintiffs, <br> v. <br> EDMUND G. BROWN, JR., et al., <br> Defendants. | Evidentiary Hearing Minutes <br> CASE #:  Civ. S-90-0520 LKK DAD P <br><br> DATE:   12/18/2013 <br> Deputy Clerk: A. Rivas <br> Court Reporter: M. Babbitt/C. Bodene |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, Aaron Fischer | Jay Russell, Debbie Vorous |
| Jane Kahn, Margo Mendelson | Patrick McKinney, Sahar Nayeri |

**Proceedings: Day 27 - Evidentiary Hearing re [4580].**

| | |
|---|---|
| 9:30 | Court in session with all counsel present. The Court addressed the parties re exhibit 2071. After discussions, exhibit 2071 was STRICKEN. |
| 9:35 | Continued cross-examination of witness, **Dr. Timothy Belavich**, by Mr. Bien. Exhibit 2781 marked for identification. Exhibit 2488 moved into evidence - ADMITTED, subject to a motion to strike.  Exhibit 2785 moved into evidence - Not Admitted. Exhibit 2786 marked for identification. Exhibit 2627 moved into evidence - ADMITTED. Exhibit 2786 moved into evidence - PORTIONS of Exhibits are ADMITTED. |
| 11:00 | Court in recess. |
| 11:15 | Court in session with all counsel present. Continued cross-examination of witness, Dr. Timothy Belavich by Mr. Bien. Parties agreed re Exhibit 2786 - the first 5 pages should be in evidence. First 5 pages of exhibit 2786 are ADMITTED. Exhibits GGG, ZZZ, 2120. |
| 12:00 | Court in recess. |
| 2:00 | Court in session with all counsel present. Continued the direct examination of witness, Dr. Timothy Belavich by Mr. Bien. Exhibits 2120, GGGG, DDDD, 2049. Exhibit 2669 moved into evidence - ADMITTED. Exhibit BBBB. Exhibit 2459 moved into evidence - ADMITTED. Exhibit 2773 moved into evidence under seal - ADMITTED. Exhibit 2524 moved into evidence under seal - ADMITTED. Exhibits 2653, 2382 moved into evidence - ADMITTED. |
| 3:15 | Court in recess. |
| 3:30 | Court in session with all counsel present.  Continued cross-examination of witness, Dr. Timothy Belavich, by Mr. Bien. Exhibits 2382, ZZZ. Exhibit 2671 moved into evidence - ADMITTED. Exhibit 2778 moved into evidence - ADMITTED. Exhibits 2783, 2782 moved into evidence - ADMITTED. |
| 3:59 | Re-direct of witness, Dr. Timothy Belavich, by Mr. McKinney. Exhibit MMMM moved into evidence - ADMITTED. Exhibit 2382. Exhibit LLLL moved into evidence - ADMITTED. Exhibits 2773, 2524. |
| 4:30 | Court in recess until 9:30AM 12/19/2013. |

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2382, 2459, 2488, 2524, 2627, 2653, 2669, 2671, 2773, 2778, 2782, 2783, 2786.

Defense Exhibits: LLLL, MMMM.

Exhibits

2382 - Mental Health Institution Vacancies, Summary by Institution by Classification as of March 2013, Correctional Health Care Svc
2459 - 01/27/2013 Email and Attachment, Terri McDonald to Dickinson, et al.
2488 - Exhibit A, Defendants' Plan to Address Suicide in Administrative Segregation Units.
2524 - Suicide Report for Suicide Prisoner 6, 05/27/2013 at FOL.
2627 - 08/16/2011 Hayes Report.
2653 - Six Month Vacancy Summary - Oct 2013.
2669 - Special Master's Report on Defs' Quality Improvement Process. Coleman v. Brown.
2671 - Selected Monthly Data, October 2013: Suary Memo: MHCB Transfers by Institution and Level of Care (attach 2A); ...
2773 - Suicide Report for Suicide Prisoner 1.
2778 - Excerpt: 25th Round Monitoring Report of the Special Master on Dfts' compliance with Provisionally Approved Plans, Policies..
2782 - Reply Decl. Of Daniel Paramo ISO Defs' Motion to Terminate.
2783 - Reply Decl. Of Christopher Cornell ISO Defs' Motion to Terminate.
2786 - Email Threads Between Lindsay Hayes and CDCR (first 5 pages of exhibit are admitted) .

LLLL- Chart re total number of suicides per year since 2007.
MMMM - Summary of Monthly Uploads.