1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,              No. CIV. S-90-520 LKK/DAD (PC)

12              Plaintiffs,

13        v.                             **ORDER**

14   EDMUND G. BROWN, JR., et al.,

15              Defendants.

16

17

18        On December 12, 2013, the Special Master filed a request for

19   approval of appointment of Karl E. Weaver, M.D., Kenneth L.

20   Appelbaum, M.D., Joseph V. Penn, M.D., Cynthia A. Radavsky,

21   M.Ed., Roderick Q. Hickman, and Timothy A. Rougeux to his staff

22   (ECF No. 4954).  As experts, Drs. Weaver, Appelbaum and Penn are

23   to be compensated at an hourly rate of ninety dollars ($90.00)

24   for travel time and otherwise at an hourly rate of two hundred

25   fifty dollars ($250.00) plus reasonable expenses.  Ms. Radavsky,

26   Mr. Hickman and Mr. Rougeux are to be compensated at an hourly

27   rate of ninety dollars ($90.00) for travel time and otherwise at

28   an hourly rate of two hundred thirty five dollars ($235.00) plus

1

1   reasonable expenses.

2        In addition, the special master seeks increased compensation

3   for his expert, Henry Dlugacz, Esq., from an hourly rate of two

4   hundred twenty five dollars ($225.00) to an hourly rate of two

5   hundred fifty dollars ($250.00).  Mr. Dlugacz's compensation for

6   travel time shall remain at an hourly rate of ninety dollars

7   ($90.00).

8        The parties were granted an opportunity to object to the

9   request (ECF No. 4958).  No objections have been filed.

10       Pursuant to paragraph B(7) of this court's December 11, 1995

11  order and good cause appearing therefore, IT IS HEREBY ORDERED

12  that:

13       1.  The Special Master's December 12, 2013 request for

14  appointment of additional staff is GRANTED;

15       2.  The Special Master is authorized to appoint Karl E.

16  Weaver, M.D., Kenneth L. Appelbaum, M.D., Joseph V. Penn, M.D.,

17  Cynthia A. Radavsky, M.Ed., Roderick Q. Hickman, and Timothy A.

18  Rougeux to perform the duties set forth in the Special Master's

19  Request for the Appointment of Additional Staff and For Increase

20  in Compensation of Expert, filed December 12 2013, and to be

21  compensated at the rates set forth therein; and

22       3.  The compensation for Henry Dlugacz, Esq. for time spent

23  working on this action, other than travel time, is increased to

24  two hundred fifty dollars ($250.00) per hour, said increase to be

25  effective the date this order is filed.

26       IT IS SO ORDERED.

27       DATED:  December 19, 2013.

28

                                    2

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT