UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Defendants have requested a ten day extension of time to comply with this court's October 29, 2013 order requiring defendants to deposit funds for payment of the Special Master's fees and expenses (ECF No. 4897). Defendants' request is granted. Defendants shall deposit the required funds with the Clerk of the Court on or before December 23, 2013.

IT IS SO ORDERED.

DATED:  December 17, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1