United States District Court
Eastern District of California
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| RALPH COLEMAN, et al,<br>           Plaintiffs,<br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br>           Defendants. | Evidentiary Hearing Minutes<br>CASE #:   Civ. S-90-0520 LKK DAD P<br><br>DATE:    12/19/2013<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: M. Babbitt/C. Bodene |

| For the Plaintiffs | For the Defendants |
|---|---|
| Michael Bien, Jane Kahn, | Jay Russell, Debbie Vorous |
| Margo Mendelson | Patrick McKinney |

**Proceedings: Day 28 - Evidentiary Hearing re [4580].**

9:30   Court in session with all counsel present. Continued re-direct of witness, **Dr. Timothy Belavich,** by Mr. McKinney. Exhibits MMMM, LLL, 2782, 2783, GGGG, 2120, DDDD, 2629.

10:25  Court in recess.

10:45  Court in session with all counsel present. Continued re-direct of witness, Dr. Timothy Belavich, by Mr. McKinney. Exhibits XXX, 2627, 2459, HHH.

11:20  Re-cross of witness, Dr. Timothy Belavich, by Mr. Bien. Exhibit LLL. Exhibit 2800 moved into evidence - ADMITTED. Exhibit 2773. Exhibits 2802, 2803 moved into evidence - ADMITTED.

12:00  Court in recess.

1:30   Court in session with all counsel present. Continued re-cross of witness, Dr. Timothy Belavich, by Mr. Bien. Exhibit 2801 moved into evidence - ADMITTED. Exhibits 2112, 2627, 2671.

1:53   Re-direct of witness by Mr. McKinney. Exhibit 2800.

1:54   Nothing further, witness released.

1:55   Defendants rested.

1:55   Plaintiffs rebuttal case presented by Mr. Bien. Plaintiffs' offered a new exhibit 2781 into evidence - ADMITTED. Plaintiffs moved the following exhibits into evidence: Exhibits 2790 - ADMITTED; Exhibit 2791 - ADMITTED; Exhibit 2056 (the court to take judicial notice) - ADMITTED; Exhibit 2412 - ADMITTED; Exhibit 2413 - ADMITTED; Exhibit 2436 - ADMITTED; Exhibit 2456 - ADMITTED; Exhibit 2457 - ADMITTED. Exhibit 2463 - The Court indicated that based on the court's previous ruling re declarations, the parties may refer to the exhibits in argument. Exhibits 2474 and 2475 - OBJECTION SUSTAINED. Exhibit 2489 - it is a part of the record and parties may refer to it in argument. Exhibit 2490 - ADMITTED; Exhibits 2501, 2502, 2503 - OBJECTION SUSTAINED; Exhibit 2573 - OBJECTION SUSTAINED; Exhibit 2600 - ADMITTED; Exhibit 2601 - OBJECTION SUSTAINED; Exhibits 2665 and 2666 - OBJECTION SUSTAINED; Exhibit 2780 - OBJECTION SUSTAINED.
Parties are required to brief the argument in no more than 30 pages; responses due 15 days thereafter. The matter will then stand SUBMITTED.

2:15   Court adjourned.

EXHIBITS ADMITTED: Plaintiffs' Exhibits: 2056, 2412, 2413, 2436, 2456, 2457, 2490, 2600, 2781, 2790, 2791, 2800, 2801, 2802, 2803.

Defense Exhibits:

Exhibits

2056 - Remedial Order re: Exclusion from Security Housing Unit, issued in Madred v. Gomez.
2412 - 08/28/2007 Letter: Rosen Bien & Galvan to Coleman Special Master Lopes and Deputy AG Tilman re: Defs' Report and Plan.
2413 - 01/03/2008 Letter: Rosen Bien & Galvan to Coleman Special Master Lopes and Deputy AG Tilman re EOP Hub Plan.
2436 - Document "Draft of New ASU Screener" with Robert Canning's 10/10/2012 Cover Email.
2456 - 2010 CDCR "ASU Survey" re: Availability of Entertainment Appliances in ASU, Produced via Attached 02/10/2012 Email.
2457 - 09/21/2011 CDCR "Follow-Up" Survey/Entertainment Appliances in ASU"
2490 - Special Master's Report and Recommendation on Defendants' Plan to Prevent Suicides in Administrative Segregation.
2600 - Report: Office of the Inspector General, Management of the CDCR Administrative Segregation Unit Population, January 2009.
2781 - Demonstrative Re: 2013/2012 CDCR Suicides: Segregation v. Non-Segregation Housing.
2790 - Reply Declaration of Jane Kahn ISO Pltfs' Motion re: Housing and Treatment of Mentally Ill Prisoners in Segregation.
2791 - Declaration of Michael Bien ISO Ptfs' Oppo. To Defs' Motion to Terminate.
2800 - Excerpt from Dr. Patterson's Report on Suicides Completed in the CDCR in Calendar Years 2008 and 2009.
2801 - Excerpt from Dr. Patterson's Report on Suicides Completed in the CDCR in Calendar Years 2010.
2802 - Excerpt from Dr. Patterson's Report on Suicides Completed in the CDCR in Calendar Years 2011.
2803 - Excerpt from Dr. Patterson's Report on Suicides Completed in First Half of 2012.