✎AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

# WITNESS AND EXHIBIT RECORD

| DATE 11/19/2013 | CASE NUMBER Civ. S-90-0520 | OPERATOR A. Rivas | | PAGE NUMBER 1 | |
|---|---|---|---|---|---|
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Dr. Craig William Haney (11/19) | 11:16 | | | | |
| Dr. Craig William Haney (11/20) | 9:35 | 1:48 | | | |
| Dr. Craig William Haney (11/21) | | 9:35 | 10:13 | 10:33 | |
| Dr. Edward Kaufman (11/22) | 9:37 | 1:43 | | | |
| Dr. David Leidner (12/04) | 9:35 | 10:04 | ---------------- | ----------------- | |
| Dr. Robert Fischer  (12/04) | 1:45 | 2:16 | | | |
| Dr. Robert Fisher (12/05) | | 9:30 | 10:18 10:46 | 10:41 | |
| Dr. Pablo Stewart  (12/05) | 11:14 | 3:26 | ------------- | ----------------- | |
| Kathleen Allison (12/06) | 9:40 | 3:33 | | | |
| Dr. James Austin  (12/11) | 9:39 | 1:35 | -------------- | ----------------- | |
| Dr. Victor Jordan (12/11) | 1:58 | 2:22 | 3:24 | 3:50 | |
| Kathleen Allison  (12/12) | | 9:37 | 2:41 | ---------------- | |
| Michael Stainer (12/12) | 2:47 | 4:15 | | | |
| Dr. Charles Scott (12/13) | 9:37 | 10:26 | ---------------- | ----------------- | |
| Michael Stainer (12/13) | | 11:14 | 1:52 | 2:06 | |
| Dr. Timothy Belavich (12/13) | 2:07 | 4:10 | | | |
| Dr. Timothy Belavich (12/18) | | 9:35 | 4:00 | | |
| Dr. Timothy Belavich (12/19) | | | 9:30; 1:53 | 11:20 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |