1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS, State Bar No. 166884
   PATRICK R. MCKINNEY, State Bar No. 215228
5  ELISE OWENS THORN, State Bar No. 145931
   Deputy Attorneys General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA  94244-2550
    Telephone:  (916) 324-4921
8   Fax:  (916) 324-5205
    E-mail:  Elise.Thorn@doj.ca.gov
9
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL AND REQUEST TO TERMINATE JESSICA S. KIM FROM SERVICE LIST** |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

**TO CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following person as Deputy Attorney General to the case:

/ / /

/ / /

/ / /

1

ELISE OWENS THORN, State Bar No. 145931
Deputy Attorney General
Office of the Attorney General
1300 I Street, Suite 125
Sacramento, CA  95814
Telephone:  (916) 324-4921
Facsimile:  (916) 324-5205
Email:  elise.thorn@doj.ca.gov

Please add Elise Owens Thorn to the Court's service list and terminate Jessica S. Kim from the Court's service list.

Dated:  January 6, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*/s/  Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
31866440.doc

2