| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:   (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>600 Harrison Street, Suite 120<br>San Francisco, California  94107-1389<br>Telephone:   (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>            Defendants. | Case No. Civ 2:90-cv-0520 LKK DAD<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2013**<br><br>Judge:  Hon. Dale A. Drozd |

[1057015-1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2013

1  Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2013 to Defendants via overnight delivery on November 8, 2013. Plaintiffs received Defendants' objections on December 9, 2013. The parties completed their meet and confer process on December 23, 2013. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2013, with an agreement to reduce claimed amounts to a total of $918,700.16 for the *Coleman* action in the district court and $117,510.60 for work in the Supreme Court of the United States.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,036,210.76 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 9, 2013 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: January 6, 2014

*/s/ Elise Owens Thorn*

Elise Owens Thorn
Deputy Attorney General
Attorneys for Defendants


DATED: January 6, 2014

*/s/ Ernest Galvan*

Ernest Galvan
ROSEN BIEN GALVAN &
GRUNFELD, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED

DATED: _____, 2014_

[1057015-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2013