

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
501 "I' Street, Suite 4-200
SACRAMENTO, CAL 95814



# RECEIPT FOR TRIAL EXHIBITS

CASE NO.: Cr. S-90-0520 LKK

TITLE: COLEMAN v. BROWN

**EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:**

**~~Government's~~ Plaintiffs' Exhibits:** Exhibits Use re Ad Seg Motion

**Defendant's Exhibits:**

RECEIVED BY: [signature] (SIGNATURE)

Name: Michael Bien

COUNSEL FOR: Plaintiff/Defendant

DATE RECEIVED: 12/19/13

[signature]
Courtroom Deputy

******************************************************************************

NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**501 "I" Street, Suite 4-200**
**SACRAMENTO, CAL 95814**

# RECEIPT FOR TRIAL EXHIBITS

CASE NO.: **Cr. S-90-0520 LKK**

TITLE: **COLEMAN v. BROWN**

**EXHIBITS RETURNED TO COUNSEL AT THE END OF TRIAL:**

**Government's Exhibits:**

**Defendant's Exhibits:** Exhibits Used re Ad Seg.

RECEIVED BY: [signature] (SIGNATURE)

Name: JAY RUSSELL

COUNSEL FOR: Plaintiff/~~Defendant~~

DATE RECEIVED: 12/19/2013

Courtroom Deputy

********************************************************************************
NOTE: COUNSEL ARE RESPONSIBLE TO RETAIN EXHIBITS FOR APPEAL PURPOSES.