MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107-1389
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. Civ 2:90-cv-0520 LKK DAD<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2013**<br><br>Judge:  Hon. Dale A. Drozd |

[1057015-1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2013 to Defendants via overnight delivery on November 8, 2013. Plaintiffs received Defendants' objections on December 9, 2013. The parties completed their meet and confer process on December 23, 2013. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2013, with an agreement to reduce claimed amounts to a total of $918,700.16 for the *Coleman* action in the district court and $117,510.60 for work in the Supreme Court of the United States.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,036,210.76 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 9, 2013 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: January 6, 2014

*/s/ Elise Owens Thorn*

Elise Owens Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: January 6, 2014

*/s/ Ernest Galvan*
Ernest Galvan
ROSEN BIEN GALVAN &
GRUNFELD, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED

Dated: January 9, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

colemanaf3q2013

1
STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2013

[1057015-1]