1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE J. VOROUS, SBN 166884
   WILLIAM H. DOWNER, SBN 257644
5  Deputy Attorney General
    1300 I Street, Suite 125
6    P.O. Box 944255
    Sacramento, CA 94244-2550
7    Telephone: (916) 324-5345
    Fax: (916) 324-5205
8    E-mail: Debbie.Vorous@doj.ca.gov

9  *Attorneys for Defendants*

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14
   **RALPH COLEMAN, et al.,**                    2:90-cv-00520 LKK DAD PC
15
                                 Plaintiffs,     **NOTICE OF FILING SEALED
16                                               DOCUMENTS**

17           v.

18  **EDMUND G. BROWN, JR., et al.,**

19                               Defendants.

20

21                        **INTRODUCTION**

22        On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH) to

23  file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from

24  any level of outpatient mental health care to any level of inpatient mental health care, and from

25  any level of inpatient mental health care to a different level of mental health care.  The report

26  must include a complete list of all class members currently waiting for transfer to any level of

27  DMH hospital care.  Such identifying patient information is subject to a protective order entered

28  in this action on January 12, 2007.  This Order is attached as Exhibit A.

                                      1

1

**NOTICE**

2      Notice is hereby given under Local Rule 141(b) that Defendant Department of Mental

3   Health is filing a document in compliance with the Court's May 23, 2007, Order under seal and

4   shall file the document via email with the Court and serve copies upon the parties.

5   Dated:  January 15, 2014                              Respectfully submitted,

6                                                         KAMALA D. HARRIS
                                                          Attorney General of California
7

8                                                         */s/ Debbie J. Vorous*

9
                                                          DEBBIE J. VOROUS
10                                                        Deputy Attorney General
                                                          *Attorneys for Defendants*
11
    CF1997CS0003
12  31873198.doc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING SEALED DOCUMENTS   (2:90-cv-00520 LKK JFM PC)