FILED

JAN 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: HERNAN OROZCO. | No. 13-73461 |
| HERNAN OROZCO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURTS FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, AND THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO<br><br>Respondents,<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Real Parties in Interest, | D.C. No. 2:90-cv-00520-LKK-JFM P<br>District of Eastern California, Sacramento<br><br>D.C. No. 3:01-cv-01351-TEH<br>District of Northern California, San Francisco<br><br>ORDER |

Before: TROTT and PAEZ, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant a response. See Fed. R. App. P. 21(b). Accordingly, within 21 days after the date of this order, the real parties in interest shall file a response. In particular, the response shall

SLL/MOATT

address whether Petitioner may properly seek relief under Federal Rule of Civil Procedure 71 as a non-party in *Plata v. Brown*, No. 3:01-cv-01351-TEH (N.D. Cal.), and/or in the related case *Coleman v. Brown*, D.C. No. 2:90-cv-00520-LKK-JFM P (E.D. Cal.).

The three-judge district court, within 21 days after the date of this order, may file a response if it so desires. Petitioner may file a reply within 5 days after service of the response(s). The petition, response(s) and any reply shall be referred to the next available motions panel.

The Clerk shall serve this order on the Attorney General for the State of California. The Clerk shall also serve this order on the district courts and Circuit Judge Stephen Reinhardt, Senior District Judge Lawrence K. Karlton, and Senior District Judge Thelton E. Henderson.