KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT** |

1

## TABLE OF ABBREVIATIONS

| Abbreviation | Full Name |
|---|---|
| ASH | Atascadero State Hospital |
| CCWF | Central California Women's Facility |
| CHCF | California Health Care Facility |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| COR | California State Prison, Corcoran |
| EOP | Enhanced Outpatient Program |
| EOP-ASU | Enhanced Outpatient Program – Administrative Segregation Unit |
| EOP-GP | Enhanced Outpatient Program – General Population |
| EOP-PSU | Enhanced Outpatient Program – Psychiatric Services Unit |
| ICF | Intermediate Care Facility |
| MHCB | Mental Health Crisis Bed |
| PSU | Psychiatric Services Unit |
| SAC | California State Prison, Sacramento |
| SATF | Substance Abuse Treatment Facility |
| SQ | San Quentin State Prison |
| SVSP | Salinas Valley State Prison |

2

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)

# I. INTRODUCTION

Since 2009, Defendants have fully activated nearly 1,300 new or converted permanent inpatient and outpatient beds in the prison system. Defendants submit this motion and update in response to the Court's order that Defendants submit a written filing to address the mental health construction projects at Salinas Valley State Prison, California State Prison-Lancaster, and Central California Women's Facility, and to address the delay in fully activating the California Health Care Facility in Stockton. (*See* Vorous Decl., Ex. A at 3752:9-3753:3 [Segregation Hearing Transcript, December 19, 2013].)

First, Defendants update the Court regarding all fully activated Court-ordered projects, including the treatment and office space project for Enhanced Outpatient Program inmates at Salinas Valley State Prison. Next, Defendants address previously approved changes to projects at California State Prison-Lancaster and Central California Women's Facility. Although Defendants do not believe that a further court order is necessary with respect to either of these projects in light of the Court's June 15, 2012 order granting Defendants relief from adding new mental health beds at these prisons and the associated changes in their office and treatment space projects, Defendants respectfully request that, if the Court disagrees, it approve the current full activation dates for these two projects. (*See* ECF No. 4199 ¶¶ 2.c & 2.d.)

Finally, Defendants move for relief from the Court's January 4, 2010 order that the California Health Care Facility in Stockton be fully activated by the end of 2013. Defendants have substantially activated the new Stockton facility but, as Defendants reported to the Court on November 15, 2013, the nation-wide shortage of psychiatrists has hampered the Department of State Hospitals' ability to fully activate all the intermediate and acute care units. Defendants have activated twelve of the seventeen units at the facility, but cannot activate the five remaining units until they have enough staff to ensure adequate patient care, and inmate and staff safety. Thus, Defendants request that Court provide them with more time to fully activate the facility. In the meantime, DSH continues to provide care to inmates in the temporary inpatient units at the Salinas Valley and Vacaville Psychiatric Programs.

3

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)

## II. UPDATE ON DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND TREATMENT AND OFFICE SPACE PROJECTS

**A. Status of Defendants' Court-Ordered Construction Projects.**

In 2009, Defendants "represented to [the] Court that they will *provide enough mental health beds* to meet, by the year 2013, the need for such beds identified by Navigant Consulting." (Vorous Decl., Ex. B at 11:9-13 (emphasis added) [Transcript from 9/22/09 Hearing].) Following the September 22, 2009 hearing, the Court issued an order requiring Defendants to file a long-range plan that "will be fully staffed and activated by the 2013 target date defendants have established." (ECF No. 3686 ¶ 2.)

Defendants' long-range plan was adopted in two parts in late 2009 and early 2010, based on Navigant Consulting's spring 2009 population projections. (*See* Docket Nos. 3724, 3794, 3805, 3830 & 3845.) Defendants' plan included twenty-one construction and conversion projects at fifteen locations—ten prisons, three former Division of Juvenile Justice institutions (Stark, Estrella, and Dewitt), the new Stockton facility, and one DSH-operated inpatient program. (*Id.*)

In June 2012, Defendants filed a revised plan that eliminated three of the projects (Estrella, Stark, and the Condemned Inmate Complex at San Quentin State Prison) and converted two temporary projects to permanent projects. (ECF No. 4196 at 9-13.) In addition, Defendants asked the Court for relief from existing court orders to reflect the changed demand for mental health bed needs given the effects of realignment on the mental health population. (*Id.* at 4.) The Court granted in substantial part Defendants' request on June 15, 2012. (ECF No. 4199 at 2.) Specific to this filing, the Court granted Defendants' request for relief from its prior court orders to increase bed capacity at Salinas Valley State Prison, California State Prison-Lancaster, and Central California Women's Facility. (*See* ECF No. 4199 ¶¶ 2.a, 2.c & 2.d.) In addition, the Court granted Defendants' request to re-scope the treatment and office space project at California State Prison-Lancaster to serve Enhanced Outpatient Program inmates in administrative segregation. (*Id.*) The Court further granted Defendants' request to extend the full activation date for the Dewitt Nelson project to May 31, 2014. (ECF No. 4199 at ¶ 2.b.)

4

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)

To date, Defendants have fully activated all of the court-ordered projects that provide for mental health beds to 2013, except for the new Stockton facility. In total, Defendants have fully activated nearly 1,300 new or converted permanent inpatient and outpatient beds.[1] Below is a table summarizing the current status of all twenty court-ordered construction projects, which include projects that now provide for treatment and office space only:

| Project No. | Prison | Mental Health Level of Care | Number of Beds | Status |
|---|---|---|---|---|
| 1 | SVSP | EOP-ASU | 19 | Completed (ECF No. 4196 at 5 & 9) |
| 2 | CMF | ICF (high-custody) | 64 | Completed (*Id.* at 5) |
| 3 | SQ | MHCB | 17 | Completed (*Id.*) |
| 4 | SATF | EOP-GP (dual diagnosis) | 88 | Completed (*Id.*) |
| 5 | SATF | EOP-SNY | 176 | Completed (*Id.*) |
| 6 | ASH | ICF (low-custody) | 25 Acute to ICF | (Completed (*Id.*) |
| 7 | CIW | PSU | 20 | Completed (*Id.*) |
| 8 | SAC | EOP-GP | Treatment and Office Space | Completed (*Id.*) |
| 9 | CIW | ICF/Acute | 45 | Completed (ECF No. 4275-1 at 7:12-14) |
| 10 | CMC | MHCB | 50 | Completed (ECF No. 4932 at 2:23-26.) |
| 11 | CMF | EOP-GP and EOP-ASU | Treatment and Office Space | Completed (Vorous Decl., Ex. D [February 2013 Activation Schedule].) |
| 12 | COR | EOP-ASU | 45 | Completed (Vorous Decl., Ex. E [June 2013 Activation Schedule].) |
| 13 | SAC | PSU | 128 | Completed (ECF No. 4932 at 3:1-4.) |
| 14 | LAC | EOP-ASU | 20 | Completed (ECF No. 4196 at 12:23-24; ECF No. 4199 ¶ 2.e.) |
| 15 | RJD | EOP-SNY | 150 | Completed (ECF No. 4199 ¶ 2.f.) |
| 16 | SVSP | EOP-GP | Treatment and Office Space | Court approval obtained to eliminate EOP-GP beds. (ECF No. 4199 ¶ 2.a.) Completed activation of treatment and office space facility. (Vorous Decl., Ex. F [December 2013 Activation Schedule].) |
| 17 | CHCF | MHCB/ICF/Acute | MHCB:98 ICF: 300 Acute: 55 | Substantially Completed. (Vorous Decl., Ex. G [December 2013 Activation Schedule]; Stirling Decl. ¶¶ 3-4.) |

---

[1] In addition to those projects identified in Defendants' bed plans, Defendants have also activated 88 more Enhanced Outpatient Program beds at the Substance Abuse and Treatment Facility in Corcoran and 192 Enhanced Outpatient Program beds at Valley State Prison. (ECF No. 4275-1 at 7:10-11; Vorous Decl., Ex. C [Valley State Prison Activation Letter].)

5

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)

| | | | | |
|---|---|---|---|---|
| 18 | LAC | EOP-ASU | Treatment and Office Space | Court approval obtained to eliminate 150 EOP-GP mental health beds and re-scope completed treatment and office space facility to provide treatment to 100 existing EOP-ASU inmates. (ECF No. 4199 ¶ 2.d.) First patient treatment is scheduled for March 2014. (Vorous Decl., Ex. H [July 2013 Activation Schedule].) |
| 19 | CCWF | EOP-GP | Treatment and Office Space | Court approval obtained to eliminate 70 EOP-GP beds. Defendants are constructing new treatment and office space for existing beds. (ECF No. 4199 ¶ 2.c.) Construction is expected to start in January 2014 and end in May 2015. (ECF No. 4624 ¶ 5.) |
| 20 | DeWitt Nelson | EOP | EOP-GP: 375 EOP-ASU: 50 | The court-approved date for full occupancy is May 31, 2014. (Vorous Decl., Ex. I [December 2013 Activation Schedule].) |

**B.     Treatment and Office Space Project at Salinas Valley State Prison.**

On June 15, 2012, the Court approved Defendants' request to modify the Salinas Valley State Prison project to eliminate the addition of new beds and limit construction to treatment and office space. (ECF No. 4199 at 3.) Defendants activated the new treatment and office space in December 2013. (Vorous Decl., Ex. F [December 2013 Activation Schedule].)

**C.     Treatment and Office Space Project at California State Prison-Lancaster.**

Defendants' bed plan included a project to add 150 Enhanced Outpatient Program general population beds at California State Prison-Lancaster and to construct treatment and office space to service these new beds, which the Court approved in 2007 and 2010. (ECF Nos. 2461 & 3761.) In June 2012, CDCR completed construction—almost a month ahead of schedule—of the treatment and office space facility. (ECF No. 4624, Meyer Decl. ¶ 7; ECF No. 4625, Vorous Decl. ¶ 6, Ex. 5.) The population reductions achieved through realignment, however, indicated that this project should be changed. (ECF No. 4196 at 9:5-26.) On June 15, 2012, the Court granted Defendants' request to eliminate increased bed capacity and request to re-scope the treatment and office space facility so that CDCR could use it instead to service 100 existing Enhanced Outpatient Program inmates housed in administrative segregation. (ECF No. 4199 ¶

6

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)

1   2.d.) In the meantime, CDCR activated the administrative half of the building on October 1,
2   2012. (ECF No. 4624, Meyer Decl. ¶ 7; ECF No. 4625, Vorous Decl. ¶ 6, Ex. 5.)

3   In May 2013, Defendants notified the Court that they expected full activation of the re-
4   scoped treatment and office space facility by March 2014. (ECF No. 4623 at 3-4.) Moreover, in
5   the activation schedule sent to the Special Master on June 3, 2013, Defendants notified the
6   Special Master and Plaintiffs that the date for completing the facility retrofit was March 1, 2014,
7   and that patient activation was scheduled to commence on March 31, 2014. (Vorous Decl., Ex. J
8   [May 2013 Activation Schedule].)

9   As explained by Chris Meyer, Director of the Facility Planning, Construction and
10  Management Division for CDCR, the Public Works Board approved the scope change on January
11  14, 2013. (ECF No. 4624, Meyer Decl. ¶ 7.) CDCR completed the revised construction
12  documents in July 2013. (Vorous Decl., Ex. H [July Activation Schedule].) Construction of the
13  re-scoped project started and, as of December 20, 2013, construction was approximately 40%
14  complete. (*Id.*) CDCR expects construction to be completed and activation to start by March 1,
15  2014, with full activation completed by March 31, 2014. (*Id.*)

16  No further relief is necessary for the California State Prison-Lancaster project because the
17  Court previously approved the change in scope, and Defendants informed the Court of the new
18  activation dates in May 2013. To the extent the Court finds that further relief is required,
19  Defendants respectfully request that the Court extend the deadline for full activation for this
20  project until March 31, 2014.

21  **D.    Treatment and Office Space Project at Central California Women's Facility.**
22  On January 4, 2010, the Court ordered that Defendants file "a detailed plan with activation
23  schedules to meet the *long-range mental health bed needs* of female EOP inmates identified in
24  the Navigant 2009 spring population projections." (ECF No. 3761 at 4:21) (emphasis added.) At
25  that time, Defendants had a program capacity of 129 for the Enhanced Outpatient Program
26  population (CCWF – 54; CIW – 75), but Navigant projected a need of 199. (ECF No. 3724-2 at
27  67.) Defendants complied with the Court's order and submitted a plan on February 18, 2010.
28  (ECF No. 3805.) Defendants plan was to:

7

> expand the EOP-GP program at [CCWF] in order to meet the 70 EOP-GP female beds identified in Navigant Consulting's Spring 2009 population projections for 2013. In order to meet this need, CDCR will increase the capacity of the EOP-GP program at CCWF from 54 EOP-GP beds to 124 EOP-GP beds. CDCR will increase capacity by converting 70 existing housing units beds to EOP-GP beds. *Additionally, defendants will construct a new building that will provide treatment and office space for all 124 EOP-GP inmates.*

(*Id.* at 6) (emphasis added.)

However, on January 11, 2012, Defendants informed the Court that this female project was being reassessed in light of the decreased population. (ECF No. 4144 at 3:19-23.) On June 15, 2012, the Court relieved Defendants from its prior order to increase bed capacity for the female population by 70 beds. (ECF No. 4196 at 12:6-11; *see also* ECF No. 4199 ¶ 2.c.) Although no beds were added, Defendants still moved forward with constructing new treatment and office space for the existing Enhanced Outpatient Program population at the facility, which the Court also approved. (*Id.*)

In May 2013, Defendants notified the Court that they expected construction for this re-scoped project to be completed by May 2015. (ECF No. 4623 at 3.) In addition, in the May 2013 activation schedule sent to the Special Master on June 3, 2013, Defendants notified the Special Master and Plaintiffs of the dates for completing this new project. (Vorous Decl., Ex. K [May 2013 Activation Schedule].)  Moreover, in his declaration filed with the Court on May 22, 2013, Chris Meyer outlined the reasons why it would take approximately two years to finish this new project. (ECF No. 4624, Meyer Decl. ¶¶ 3-5.) In sum, the State had to start the project over by, for instance, obtaining State Public Works Board approval for the new project and Joint Legislative Budget Committee approval for the preliminary plans. (*Id.*)

CDCR has moved forward with the revised project in an expeditious manner. The State Public Works Board approved the scope change for this project on September 11, 2012. (ECF No. 4624, Meyer Decl. ¶ 4.) After negotiating the scope change with the Architect of Record, the preliminary plans were revised and released to the Joint Legislative Budget Committee for approval on February 28, 2013. (*Id.*) CDCR received final state-law approval for the revised project from the State Public Works Board on April 15, 2013. (*Id.*) CDCR completed the

8

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)

working drawing phase by October 2013. (Vorous Decl., Ex. L [December Activation Schedule].) Construction of the project began in December 2013, and was 3% complete as of December 20, 2013. (*Id.*) Construction of the project is expected to be complete by May 2015 with treatment commencing in June 2015. (*Id.*)

No further relief from the Court is necessary with respect to this re-scoped project at the Central California Women's Facility because the Court, in its June 2012 order, relieved Defendants from adding new female bed capacity. To the extent the Court finds that further relief is required for this project, Defendants respectfully request that the Court revise the Central California Women's Facility project by extending the deadline for activation to June 2015.

### III.    REQUEST FOR RELIEF FROM COURT ORDER RELATED TO CALIFORNIA HEALTH CARE FACILITY

On January 4, 2010, this Court ordered Defendants to fully activate the new California Health Care Facility in Stockton by 2013. (ECF No. 3761 ¶ 1.a.)[2] Defendants filed a schedule on February 3, 2010, that reflected full patient admissions completed by 2013. (ECF No. 3794-1 at 4.) The schedule further noted that the "[DSH] will make every effort to comply with the proposed timelines, but success is dependent on recruitment and staffing." (*Id.*)

Patient admissions to the new Stockton facility started on July 22, 2013. (Price Decl. ¶ 3.) The Department of Public Health has licensed all the DSH and CDCR-operated mental-health units at the new Stockton facility. (*Id.*) To date, DSH has fully activated twelve units for intermediate and acute care patients, and there are five units left to activate. (*Id.*) Translated into inpatient beds, DSH has fully activated 355 (or 69%) of the total 514 scoped intermediate and acute care beds. (*Id.*)

On November 15, 2013, Defendants filed an Update to the Court Regarding Ongoing Construction Projects. (ECF No. 4932.) In this Update, Defendants explained that the difficulty hiring an adequate number of psychiatrists may prevent DSH fully activating the six remaining units by December 31, 2013. (*Id.* at 4-5.) Moreover, Defendants stated that, if appropriate, they

---

[2] In January 2010, the parties referred to the California Health Care Facility as the "Consolidated Care Center."

9

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)

would move to modify their bed plan to reflect any delay in the full activation and occupancy of the remaining DSH-operated units. (*Id.* at 5:3-4.)

DSH was unable to activate the six remaining units by December 31, 2013, because of the continued difficulty it faced recruiting and staffing qualified psychiatrists for these units. (Price Decl. ¶ 4.) In the past two months, DSH has made some progress in hiring additional psychiatrists. (*Id* .) DSH has recruited one psychiatrist who began working at the new Stockton facility in mid-December 2013. (*Id*.) DSH also recruited two additional psychiatrists that began work in January 2014. (*Id*.) These new hires enabled DSH to open one more thirty-bed unit on January 6, 2014. (*Id*.)

DSH continues to aggressively recruit and make offers of employment to psychiatrists. (Price Decl. ¶ 5.) However, in spite of DHS's extensive and best efforts, most of the offers it has made or tentative commitments it has received have not resulted in employment. (*Id*.) DSH will not activate the five remaining units until it achieves sufficient staffing to ensure appropriate patient-psychiatrist ratios. (Price Decl. ¶ 6.) Further delay in fully activating and occupying the remaining DSH-operated beds at the new Stockton facility has likewise resulted in changing the dates set out in the State's Blueprint for converting all the temporary intermediate and acute beds back to CDCR to operate as outpatient and general population beds. (*Id.*) Defendants are therefore balancing the need to provide proper care, including adequate staffing, to inmates at all three facilities as the migration process occurs. DSH continues to operate temporary beds at the Salinas Valley and Vacaville Psychiatric Programs that were scheduled to have already migrated to the new Stockton facility under the State's original blueprint. (*Id.*)

For the above reasons, Defendants request that the Court provide them with more time to activate California Health Care Facility's remaining five units. Defendants cannot set a definite date for full activation because it depends on psychiatrist hiring. Defendants will continue to issue monthly reports to the Special Master regarding their progress toward fully activating the new facility, and will provide updates to the Court every 60 days until they have fully activated the facility.

10

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)

## IV. CONCLUSION

Defendants have substantially realized their long-range mental health bed plan. They have either fully or substantially activated seventeen of the twenty projects, adding 1,300 new or converted inpatient and outpatient mental health beds, and expect to activate an additional 425 new outpatient beds at the Dewitt Nelson Correctional Annex this spring.

Defendants have substantially activated the California Health Care Facility—with only five units (159 beds) left to activate—and now respectfully request that the Court grant them relief from the 2013 deadline for full activation. Defendants have been unable to timely activate the remaining five units for one primary reason—the difficulty, despite significant efforts, to recruit psychiatrists to staff the beds in Stockton. In the meantime, patients who otherwise would have transferred to the new Stockton unit as part of the State's original blueprint continue to receive inpatient care at the Salinas Valley and Vacaville Psychiatric Programs.

Defendants expect to fully activate the re-scoped California State Prison-Lancaster treatment and office space project by March 31, 2014. Defendants do not believe that it is necessary for the Court to grant them further relief from this project given the Court's prior orders for relief, re-scope of this project, and updates. Similarly, Defendants do not believe that it is necessary for the Court to grant them further relief regarding the new treatment and office space project at Central California Women's Facility for the reason that the Court granted them relief from its prior order to add new bed capacity. To the extent the Court finds that further relief is necessary, however, Defendants respectfully request that the Court approve an extension of time for Defendants to complete each of these treatment and office.

Dated: January 21, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/s/* **Debbie Vorous**

DEBBIE VOROUS
Deputy Attorney General
*Attorneys for Defendants*

11

Mot. Regarding Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK DAD PC)