KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorneys General
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                      Plaintiffs,<br><br>         v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                      Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF STIRLING PRICE IN SUPPORT OF MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT** |

I, Stirling Price, declare:

1.    I am the Executive Director for the Department of State Hospitals' program at the new California Health Care Facility in Stockton. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Motion regarding Defendants' long-range mental health bed plan, update to the Court, and DSH's ongoing inpatient project at the California Health Care Facility.

2.    As the Executive Director for DSH's program at the new California Health Care Facility in Stockton, I am familiar with the State's bed plan and activation schedule for this

1

Price Decl. in Supp. of Mot. Re: Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK JFM PC)

facility. I am also familiar with staffing for the Stockton facility and the plans and steps taken to address staffing.

3. Patient admissions to the new Stockton facility started on July 22, 2013. The Department of Public Health has licensed all the DSH and CDCR operated units at the new Stockton Facility. To date, DSH has fully activated twelve units for intermediate and acute care patients, and there are five units left to activate. Translated into inpatient beds, DSH has fully activated 355 (or 69%) of the total 514 scoped intermediate and acute beds. Below is a chart reflecting the activation breakdown for the intermediate and acute beds:

As of 1/6/14:

| ICF | | | Acute | | |
| --- | --- | --- | --- | --- | --- |
| Activated | Remaining (not activated) | Total | Activated | Remaining (not activated) | Total |
| 300 | 132 | 432 | 55 | 27 | 82 |

4. DSH was unable to activate the six remaining units by December 31, 2013, because of the continued difficulty it faced recruiting and staffing qualified psychiatrists for these units. In the past two months, DSH has made some progress in hiring additional psychiatrists. DSH has recruited one psychiatrist who began working at the new Stockton facility in mid-December 2013. DSH also recruited two additional psychiatrists that began work in January 2014. These new hires enabled DSH to open one more thirty-bed unit on January 6, 2014.

5. DSH has continued its efforts to diligently recruit and staff psychiatrist positions. Our recruitment efforts include the following: recruitment booths at the California Psychiatric Association Annual Meeting, the American Psychiatric Association 166th Annual Meeting, and the 2013 US Psychiatric Congress Meeting, as well as participation in several local physician job fairs; visits to residency programs; advertisements in the Psychiatric Times, American Psychiatric and the Law Newsletter, and the American Psychiatric Association Job Bank; one page advertisement insert in the California Psychiatric Association Newsletter; ongoing discussion with CDCR on recruitment efforts and strategies; DSH contract with 10 recruitment agencies to attract civil service candidates; statewide registry contracts; ability to offer

2

psychiatrists HAM (hiring above minimum) in order to be more competitive with private sector and other public sector agencies; personal recruitment efforts by psychiatry supervisors and staff (word of mouth); group tours of the facility for potential candidates; consultation with the State of Oregon on their streamlined psychiatry recruitment efforts; participation in a department-wide "Psychiatry Recruitment Summit" to strategize on psychiatry recruitment ideas and methods. However, in spite of our extensive and best efforts, most of the offers we have made or tentative commitments we have received have not resulted in employment.

6. DSH is continuing to make every effort to recruit and hire staff and to proceed with this process transparently and collaboratively with the Special Master, as has been the case during the Special Master's Team's recent site visits to the new facility. DSH, however, will not activate the remaining five units until it achieves sufficient staffing to ensure proper patient-psychiatrist ratios. Further delay in fully activating and occupying the remaining DSH-operated beds at the new Stockton facility has likewise resulted in changing the dates set out in the State's Blueprint for converting all the temporary intermediate and acute beds back to CDCR to operate as outpatient and general population beds. Defendants are therefore balancing the need to provide proper care, including adequate staffing, to inmates at all three facilities as the migration process occurs. DSH continues to operate temporary beds at the Salinas Valley and Vacaville Psychiatric Programs that were scheduled to have already migrated to the new Stockton facility under the State's original blueprint.

I declare that the foregoing is true and correct. Executed this 21 of January, 2014, at Stockton, California.

/s/ Stirling Price
STIRLING PRICE

(*original signature retained by attorney*)

3

Price Decl. in Supp. of Mot. Re: Defs.' Long-Range Mental Health Bed Plan and Update to Court
(2:90-cv-00520 LKK JFM PC)