KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF DEBBIE VOROUS IN SUPPORT OF MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT** |

I, Debbie Vorous, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called on to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' motion regarding their long-range mental health bed plan and update to the Court.

2. Attached as Exhibit A is a true and correct copy of transcript excerpts from the December 19, 2013 hearing on Plaintiffs' Motion for Enforcement of Court Orders and

1

Affirmative Relief Regarding Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation.

3. Attached as Exhibit B is a true and correct copy of transcript excerpts from the November 22, 2009 Status Conference on Activation Schedules, Short-Term and Intermediate Projects, Long-Range Bed Plans.

4. Attached as Exhibit C is a true and correct copy of the letter dated January 14, 2014, informing the Special Master that Defendants had fully activated a new 192 bed Special Needs Yard Enhanced Outpatient Program at Valley State Prison on January 2, 2014.

5. Attached as Exhibit D is a true and correct copy of the February 2013 activation schedule for California Medical Facility. I forwarded this updated activation schedule to the Special Master and Plaintiffs' counsel in March 2013.

6. Attached as Exhibit E is a true and correct copy of the June 2013 activation schedule for California State Prison, Corcoran. I forwarded this updated activation schedule to the Special Master and Plaintiffs' counsel on July 1, 2013.

7. Attached as Exhibit F is a true and correct copy of the December 2013 activation schedule for Salinas Valley State Prison. I forwarded this updated activation schedule to the Special Master and Plaintiffs' counsel on January 2, 2014.

8. Attached as Exhibit G is a true and correct copy of the December 2013 activation schedule for the California Health Care Facility. I forwarded this updated activation schedule to the Special Master and Plaintiffs' counsel on January 2, 2014.

9. Attached as Exhibit H is a true and correct copy of the July 2013 activation schedule for Defendants' new treatment and office space facility at California State Prison-Lancaster. I forwarded this updated activation schedule to the Special Master and Plaintiffs' counsel on August 1, 2013.

10. Attached as Exhibit I is a true and correct copy of the December 2013 activation schedule for Defendants' long-range mental health bed project for DeWitt Nelson Correctional Annex. I forwarded this updated activation schedule to the Special Master and Plaintiffs' counsel on January 2, 2014.

2

Vorous Decl. in Supp. of Mot. Re: Defs.' Long-Range Mental Health Bed Plan & Update to Court
(2:90-cv-00520 LKK DAD PC)

11.     Attached as Exhibit J is a true and correct copy of the May 2013 activation schedule for Defendants' treatment and office space facility project at California State Prison-Lancaster.  I forwarded this updated activation schedule to the Special Master and Plaintiffs' counsel on June 3, 2013.

12.     Attached as Exhibit K is a true and correct copy of the May 2013 activation schedule for treatment and office space at the Central California Women's Facility.  I forwarded this updated activation schedule to the Special Master and Plaintiffs' counsel on June 3, 2013.

13.     Attached as Exhibit L is a true and correct copy of the December 2013 activation schedule for treatment and office space at the Central California Women's Facility.  I forwarded this updated activation schedule to the *Coleman* special master and Plaintiffs' counsel on January 2, 2014.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on January 21, 2014.

/s/ Debbie Vorous
Debbie Vorous

CF1997CS0003
31865456.doc

3

Vorous Decl. in Supp. of Mot. Re: Defs.' Long-Range Mental Health Bed Plan & Update to Court
(2:90-cv-00520 LKK DAD PC)