# EXHIBIT A

[DECL. OF VOROUS IN SUPPORT OF MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT]

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF CALIFORNIA
 3                            ---oOo---
 4      BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE
 5
 6   RALPH COLEMAN, et al.,
 7          Plaintiffs,
 8   Vs.                              CASE NO. CIV. S-90-0520 LKK
 9   EDMUND G. BROWN JR., et al.,
     et al.,
10
11          Defendants.
12   _____/
13
14
15                            ---oOo---
16
17                      REPORTER'S TRANSCRIPT
18                   RE:  EVIDENTIARY HEARING
19                THURSDAY, DECEMBER 19TH, 2013
20
21                            ---oOo---
22
23
24
     Reported by: CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by: MICHELLE BABBITT, CSR. No. 6357
```

```
 1             MR. RUSSELL:  I think that's more than acceptable.
 2             MR. BIEN:  Yes.
 3             THE COURT:  30 pages.  That's all.  I'm not going to
 4   have closing.  I'm just going to have that.  If I think that
 5   there is a need for further briefing or argument, I will set
 6   it, but right now, let me tell you, I couldn't...
 7        The holidays are coming and so forth.  When do you
 8   want to have the briefing?
 9             MR. RUSSELL:  We have a second issue as well where
10   we're going to be moving ex-parte regarding the bed plan, and
11   you had asked for that motion to be made within ten days of
12   when we get done here.  It is the holidays and we have a
13   number of things to do.
14             THE COURT:  Just tell me what you need.
15             MR. RUSSELL:  Could we submit both of those within
16   30 days?
17             THE COURT:  That's fine with me, if it's fine with
18   you.
19             MR. BIEN:  Yes, Your Honor.
20             THE COURT:  I don't remember what it is about the bed
21   plan that I'm caring about.
22             MR. BIEN:  We would appreciate it not being ex-parte.
23   We would like an opportunity to respond.
24             THE COURT:  That's what I was going to say.  I don't
25   know what it is, but, obviously, you're going to need an
```

1  opportunity to respond.  30 days to file it, including
2  whatever it is in the motion.  15 days thereafter to respond
3  to the motion only.
4         MR. BIEN:  Yes, Your Honor.
5         Your Honor, before we leave, I would just like to
6  express our gratitude to the staff.  It's been an
7  extraordinary burden on them.
8         THE COURT:  To say the least.
9         MR. BIEN:  They've been extraordinarily supportive,
10 and I wanted to thank them.
11        THE COURT:  Thank you, gentlemen, ladies.
12        Matter will stand submitted upon the filing of the
13 various documents just ordered.
14                    (Whereupon, proceedings were adjourned
15                    at 2:14 p.m.)
16                    ---o0o---

```
 1                          CERTIFICATION
 2
 3      I, Michelle L. Babbitt, certify that the foregoing is a
 4   correct transcript from the record of proceedings in the
 5   above-entitled matter.
 6
 7
 8
 9                              /s/ MICHELLE L. BABBITT
                                MICHELLE L. BABBITT CSR #6357
10                              Official Court Reporter
                                United States District Court
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    REPORTER'S CERTIFICATE
 2                         ---oOo---
 3
       STATE OF CALIFORNIA  )
 4     COUNTY OF SACRAMENTO )
 5
 6
              I certify that the foregoing is a correct transcript
 7
       from the record of proceedings in the above-entitled matter.
 8
 9
10                  IN WITNESS WHEREOF, I subscribe this
       certificate at Sacramento, California.
11
12
13     /S/ Catherine E.F. Bodene
           CATHERINE E.F. BODENE, CSR NO. 6926
14         Official United States District Court Reporter
15
16
17
18
19
20
21
22
23
24
25
```