# EXHIBIT B

[DECL. OF VOROUS IN SUPPORT OF MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT]

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF CALIFORNIA

 3                            ---oOo---

 4    BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

 5

 6    RALPH COLEMAN, et al.,

 7         Plaintiffs,

 8    Vs.                            CASE NO. CIV. S-90-0520 LKK

 9    ARNOLD SCHWARZENEGGER,
      et al.,
10

11         Defendants.

12    _____/

13

14

15

16                            ---oOo---

17

18                      REPORTER'S TRANSCRIPT

19                 TUESDAY, SEPTEMBER 22ND, 2009

20    RE:  STATUS CONFERENCE ON ACTIVATION SCHEDULES, SHORT-TERM

21         AND INTERMEDIATE PROJECTS, LONG-RANGE BED PLANS

22

23                            ---oOo---

24

25    Reported by:              CATHERINE E.F. BODENE,
                                CSR. No. 6926
```

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

2

1        Good afternoon, folks:
2        This matter is on for a status conference on
3   defendants' activation schedules, short-term and intermediate
4   projects approved by the Court at its June 18th, 2009 order,
5   and for further hearing on defendants' nonexistent long-range
6   bed plan.
7        Defendants have filed three reports in this matter
8   since the last hearing in June of this year.  Plaintiffs have
9   filed two responses to two of defendants' reports, and
10  defendants have replied to one of plaintiffs' responses.  The
11  Court has received and read all of the documents.
12       Defendants' latest report reflects completion of
13  three projects ordered by the Court over the past seven years
14  for which activation schedules were approved in June.
15       Defendants' reports also reflect completion of three
16  of the short-term and intermediate projects approved by the
17  Court in June, and all but one of the remaining short-term
18  and intermediate projects are on schedule, and that they
19  require a three month extension for one of the short-term and
20  intermediate projects.
21       The progress on most of the court-ordered short-term
22  and intermediate projects is encouraging, and the people
23  responsible for making that happen are to be commended.  And
24  I do commend them.
25       The Court expects, however, the same level of effort

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

```
                                                                    11
 1            The absence of a concrete long-term plan for a
 2   sufficient number of beds to provide necessary care to
 3   Coleman class members.
 4            I asked my Special Master just before we came out how
 5   long we've been looking for a long-term plan.  And of course
 6   he wasn't certain either.  It is more than three years --
 7   more than three years.
 8            Defendants have been ordered for years to develop a
 9   long-range bed plan.  Both prior to and since the hearing in
10   June, defendants have represented to this Court that they
11   will provide enough mental health beds to meet, by the year
12   2013, the need for such beds identified by Navigant
13   Consulting.
14            In their latest status report, they represent that
15   they will do that by building one new Correctional Health
16   Care Facility and by upgrading several existing facilities.
17            In this court, defendants represent that they will do
18   that in conjunction with the Plata Receiver.  In the
19   United States Court of Appeals for the Ninth Circuit,
20   defendants argue that the Plata Receivership and the
21   Receiver's construction planning should be terminated.
22            I just want everybody to think about that.
23            Miss Vorous, I tell you, and I don't mean this to be
24   personal, but I tell you that counsel appearing before this
25   Court have an obligation under Rule 11 of the Federal Rules
```

```
 1                    REPORTER'S CERTIFICATE

 2                         ---oOo---

 3
     STATE OF CALIFORNIA  )
 4   COUNTY OF SACRAMENTO )

 5


 6
             I certify that the foregoing is a correct transcript
 7
     from the record of proceedings in the above-entitled matter.
 8

 9

10                 IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California on this 25th day of
11   SEPTEMBER, 2009.

12

13


14       /S/_Catherine E.F. Bodene_____
             CATHERINE E.F. BODENE, CSR NO. 6926
15           Official United States District Court Reporter

16

17

18

19

20

21

22

23

24

25
```