# EXHIBIT C

**[DECL. OF VOROUS IN SUPPORT OF MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT]**

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



January 14, 2014

Matthew A. Lopes, Jr.                    via:    Debbie Vorous
Special Master                                   Deputy Attorney General
Pannone, Lopes & Devereaux LLC                   1300 I Street
317 Iron Horse Way, Suite 301                    P.O. Box 94425
Providence, RI 02903                             Sacramento, CA 95814

Dear Mr. Lopes:

VALLEY STATE PRISON 192 BED SPECIAL NEEDS YARD ENHANCED
OUTPATIENT PROGRAM ACTIVATION

The California Department of Corrections and Rehabilitation, Division of Correctional
Health Care Services, is providing this notification to inform you that the 192 bed Special
Needs Yard Enhanced Outpatient Program at Valley State Prison project is now
complete.

Program activation was completed August 12, 2013, and began admitting inmate-patients
the same day. The unit reached full capacity January 2, 2014.

If you have any questions, please contact Nathan Stanley, Chief of Field Operations, at
(916) 691-0277.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director, Division of Health Care Services and
    Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation