# EXHIBIT E

[DECL. OF VOROUS IN SUPPORT OF MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT]

Project: EOP-ASU Treatment and Office Space (for 45 bed EOP-ASU)[1]
Responsible Person: Deborah Hysen/CDCR
Address of Resp. Person: 9838 Old Placerville Rd., Suite B Sacramento California
Project Architect: HDR
Location: California State Prison, Corcoran
Funding Source: AB 900 (GC 15819.40)

Report Period Ending: June 25, 2013
Stephen Benson/DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion to Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 87 | 9/13/09 | 9/13/09 | | 12/9/09 | 12/9/09 | | | K. Beland | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 33 | 12/10/09 | 12/10/09 | | 1/12/10 | 1/12/10 | | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 1/13/10 | 1/15/10 | 2 | 2/12/10 | 2/14/10 | 2 | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 2/16/10 | 2/16/10 | | 2/16/10 | 2/16/10 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 20 | 1/27/10 | 1/27/10 | | 2/16/10 | 2/16/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 2/17/10 | 2/17/10 | | 2/17/10 | 2/17/10 | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 90 | 2/18/10 | 2/18/10 | | 5/19/10 | 8/6/10 | | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Additional A/E scope extended negotiations and contract development. Negotiations are complete and the contract was executed on 8/6/10. |
| Preliminary Plans | 220 | 5/20/10 | 8/6/10 | 78 | 12/26/10 | 1/23/11 | 28 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | The A/E design recovery schedule recovered 45 days of the 79 days lost in the execution of the contract. PP's are complete. Mitigation of the remaining delay will be recovered in the WD and construction phases. CDCR anticipates no impact to the overall schedule. |
| California Environmental Quality Act Compliance (CEQA) | 270 | 2/18/10 | 2/18/10 | | 11/15/10 | 3/29/10 | (231) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Notice of Exemption officially filed on 02/22/10. Statute of limitations ended 3/29/10 with no comments. Accelerated time was gained by completing a less restrictive environmental document (Notice of Exemption vs. Initial Study/ Mitigated Negative Declaration). |
| JLBC Approval of Preliminary Plans | 45 | 12/27/10 | 1/24/11 | 28 | 2/10/11 | 3/10/11 | 28 | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans | |
| PWB Approval of Preliminary Plans | 45 | 12/28/10 | 1/25/11 | 28 | 2/11/11 | 3/11/11 | 28 | | S. Benson | PWB Approval. | |
| Working Drawings (Construction Documents) | 203 | 2/14/11 | 3/14/11 | 28 | 9/5/11 | 9/9/11 | 4 | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | WD's are complete. PWB approved project cost & use of IWL for construction on 9/9/11. PMIB approved construction loan on 9/21/11. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bid and Award | 73 | 9/6/11 | | | 11/18/11 | | | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | This task is no longer necessary with the use of IWL to perform construction. |
| Construction[2] | 450 | 11/21/11 | 11/8/11 | (13) | 2/13/13 | | 132 | | K. Beland | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Final walk through held with institution on 5/31/13. The construction is 100% complete. |
| Hire Staff | 150 | 8/17/12 | | | 1/14/13 | | | | M. McAloon C. Gipson | Advertise, Hire, and Train Staff. | Based on the Department's analysis of realignment on the mental health population, no additional staff will be needed. |
| Activation | 60 | 2/14/13 | 5/3/13 | 78 | 4/15/13 | 6/3/13 | 49 | | M. McAloon C. Gipson | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | Based on the temporary occupancy provided on 5/2/13, activation started on 5/3/13 and patient treatment commenced on 6/3/13. |

[1] Court Order filed 1/4/10, Docket No. #3761
[2] Special Master shall receive updates on construction every 90 days.

21

Project:                      COR ASU/EOP Treatment and Office Space

## Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|---|---|---|---|---|---|
| Last | First | | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Gipson | Connie | Warden (A), CSP COR | 4001 King Street | Corcoran | 93212 |
| Hysen | Deborah | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |

22