# EXHIBIT H

[DECL. OF VOROUS IN SUPPORT OF MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT]

**Project:** Enhanced Outpatient Program Treatment and Office Space [1]
**Responsible Person:** Deborah Hysen/CDCR
**Address of Resp. Person:** 9838 Old Placerville Rd., Suite B Sacramento California
**Project Architect:** Nacht and Lewis Architects
**Location:** California State Prison, Los Angeles County, Lancaster (LAC)
**Funding Source:** AB 900 (GC 15819.40)

Stephen Benson /DOF
915 L Street, Sacramento California 95814

**Report Period Ending:** July 25, 2013

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Schedule and Cost for AB 900 30 Day Funding Request Package | | | | | 4/23/09 | 4/23/09 | | | | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| Review Funding Request Package | 46 | 4/24/09 | 4/24/09 | | 6/9/09 | 6/9/09 | | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 6/10/09 | 6/9/09 | (1) | 7/9/09 | 7/9/09 | | | S. Benson | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Schedule, Cost. | |
| PWB Recognition of Project Scope, Cost, and Schedule | | 7/10/09 | 7/14/09 | 4 | 7/10/09 | 7/14/09 | 4 | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | PWB meeting rescheduled to July 14. There is no impact to overall schedule. |
| Request Loan from PMIA | 67 | 5/5/09 | 5/5/09 | | 7/11/09 | 7/11/09 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | | 7/15/09 | 7/15/09 | | 7/15/09 | 7/15/09 | | | Director of Finance, State Controller and State Treasurer | Submit Loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| Architectural/Engineering Contracting | 82 | 7/16/09 | 7/16/09 | | 10/6/09 | 10/22/09 | 16 | | J. Cummings | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). | Contract executed 10/22/09. No impact to overall schedule. |
| Preliminary Plans | 229 | 10/7/09 | 10/23/09 | 16 | 5/24/10 | 5/25/10 | 1 | | K. Beland | Clinical/Architectural Programming, Schematic Design, Design Development, Design Review, Develop Initial Group II Equipment List, Update Staffing Requirements, Update Project Cost and Schedule, Prepare JLBC 45-day notice and PWB Preliminary Plan approval Submittal Package. | Contract execution delayed start of PP. PP phase is complete. |
| California Environmental Quality Act Compliance (CEQA) | 235 | 10/7/09 | 8/5/09 | (63) | 5/30/10 | 9/21/09 | (251) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | Comment period complete, no protests filed. Accelerated time was gained by completing a less restrictive environmental document (Notice of Exemption vs. Initial Study/Mitigated Negative Declaration). |
| JLBC Approval of Preliminary Plans | 45 | 5/24/10 | 5/26/10 | 2 | 7/8/10 | 7/8/10 | | | JLBC | JLBC Approval. PC 7000 provides the JLBC a 45-day review period before PWB can approve preliminary plans. | The JLBC submittal was released on 05/26/10. There is no impact to the overall schedule. |
| PWB Approval of Preliminary Plans | 45 | 5/25/10 | 5/26/10 | 1 | 7/9/10 | 7/12/10 | 3 | | S. Benson | PWB Approval. | PP were approved by PWB on 07/12/10. |
| Working Drawings (Construction Documents) | 203 | 7/12/10 | 7/15/10 | 3 | 1/31/11 | 11/29/10 | (63) | | K. Beland | Complete Construction Documents, Obtain Regulatory Reviews (SFM, ADA, etc.), Finalize Group II Equipment List, Update Project Schedule and Cost, Prepare Approval of Working Drawings and Proceed to Bid Package and submit to DOF for approval. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | WD's are complete and were approved by the SFM 11/29/10. The WD's and a request to use the IWL program for construction were approved by DOF on 01/25/11. |
| Bid and Award | 80 | 2/1/11 | N/A | N/A | 4/22/11 | N/A | N/A | | K. Beland | Advertise for Bids, Hold Pre-Bid Conference, Receive Bids, Verify Lowest Responsive Bidder, Request DOF Approval to Award, Award Contract. | This task is no longer necessary with the use of IWL to perform construction. See WD comment. |

16

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Construction[2] | 440 | 4/25/11 | 3/14/11 | (42) | 7/8/12 | 6/11/12 | (27) | | K. Beland IWL | Mobilize Construction Contractor, Construction Manager, Inspector of Record, Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire alarm, Nurse Call, etc.), Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. Submit loan documents to DOF and obtain PWB approval for loan for the project's cash needs for the next 12 months. Submit loan application to PMIB for approval. | Construction of the originally scoped project is 100% complete. The scope of this project was revised from GP EOP to ASU EOP based on the Department's analysis of the impact of realignment on the mental health population. |
| Design & Construction (Re-Scope) | | 1/11/13 | 1/14/13 | 3 | 3/1/14 | | | | K. Beland IWL | | The scope change was approved by the PWB on 1/14/13. The 100% WD effort was completed on 7/5/13. IWL procurement activities are underway. There is no impact to the revised construction completion date of 3/1/14. |
| Hire Staff | 151 | 1/9/12 | | | 6/8/12 | | | | M. McAloon S. McEwen | Advertise, Hire, and Train Staff | Based on the Department's analysis of realignment on the mental health population, no additional staff will be needed. |
| Activation | 65 | 7/9/12 | 10/1/12 | 84 | 9/12/12 | | 316 | | M. McAloon S. McEwen | Initial staff occupancy, staff orientation, stock supplies/inventory, placement of Group II equipment. | Activation will take place in two phases. Temporary activation for placing staff in the Administrative half of the building was completed on 10/1/12. Based on the above construction completion date of 3/1/14, the revised activation start date is 3/3/14 with patient treatment commencing on 3/31/14. |

[1] Court Order(s) filed 10/18/07, Docket No. #2461; filed 10/20/06, Docket No. #1998
[2] Special Master shall receive updates on construction every 90 days.

17

Project:                                    LAC Enhanced Outpatient Program Treatment and Office Space

### Lead Person Roster

| Name | | Address | | | |
|---|---|---|---|---|---|
| Last | First | Agency/Dept. | Street | City | Zip |
| Beland | Keith | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jack | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| McEwan | Scott | CDCR/LAC | 44750 60th Street West | Lancaster | 93536 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |