# EXHIBIT I

**[DECL. OF VOROUS IN SUPPORT OF MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT]**

20

Project: DeWitt Nelson Correctional Annex
Responsible Person: Chris Meyer/CDCR
Address of Resp. Person: 9838 Old Placerville Rd., Suite B Sacramento California
Project Architect: Kitchell CEM (Criteria Architect)
Location: DeWitt Nelson, Stockton
Funding Source: AB 900 (GC 15819.40)

Report Date: December 20, 2013
Stephen Benson/DOF
915 L Street, Sacramento California 95814

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion to Certification SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 153 | 11/6/09 | 11/6/09 | | 4/8/10 | 4/8/10 | | | M. Meredith | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| DOF Review and Approval of Design Build Approach | | | | | | | | | S. Benson | Pursuant to Government Code Section 14661.1.1 | CDCR received approval for use of Design-Build from DOF on 10/22/10. |
| Review Funding Request Package | 32 | 4/9/10 | 4/12/10 | 3 | 5/11/10 | 5/13/10 | 3 | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 5/12/10 | 5/14/10 | 2 | 6/11/10 | 6/11/10 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 6/14/10 | 6/14/10 | | 6/14/10 | 6/14/10 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 21 | 5/25/10 | 5/11/10 | (14) | 6/15/10 | 6/15/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 6/16/10 | 6/15/10 | (1) | 6/16/10 | 6/16/10 | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| California Environmental Quality Act Compliance (CEQA) | 265 | 6/17/10 | 6/17/10 | 119 | 3/9/11 | 1/28/11 | (40) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N, O, D.), Litigation Period. Assumes CM/Bridging Architect selected from pre-approved list. | The NOD was filed 12/29/10. The 30-Day statute of limitations period expired on 01/28/11 with no public comment or litigation. The final EIR was approved on 12/29/10. |
| Select Bridging Architect | 18 | 2/16/10 | 6/17/10 | 119 | 3/8/10 | 8/2/10 | 147 | | M. Meredith | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). Assumes selected from pre-approved list. | Kitchell CEM was selected as the Criteria Architect. |
| Prepare Bridging Document | 249 | 6/17/10 | 8/3/10 | 47 | 2/21/11 | 8/1/11 | 171 | | M. Meredith | Includes development of basis of design, pre-qualification of Design-Build entities, preparation of Bridging Documents including performance criteria. | Bridging Documents are 100% complete. |
| PWB Approval | 45 | 2/22/11 | 6/30/11 | 128 | 4/8/11 | 8/12/11 | 126 | | S. Benson | PWB Approval of performance criteria. | PWB issued a conditional approval for the RFP design criteria at August 2011 PWB, consistent with concerns raised by the JLBC. As a condition of approval, CDCR needs to demonstrate the need for mental health and medical beds at Dewitt before a DB construction contract is awarded. |
| Design-Build Competition/Contractor Selection | 120 | 4/1/11 | 8/12/11 | 124 | | 12/14/11 | 127 | | M. Meredith | Selection of Design-Build entities. Firms submit Design-Build proposals, CDCR evaluates and selects contractor. | The selection process was completed on 12/14/11 with Hensel Phelps Construction Company being announced as the selected firm. |

| Primary Tasks | Duration (cal. days) | Planned Start | Actual Start | Days Behind (Ahead) | Planned Complete | Actual Complete | Planned Days (Ahead) Behind | Completion to Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Award Design Build Contract | 11 | 8/10/11 | 5/16/12 | 280 | 8/21/11 | 7/5/12 | 317 | | J. Cummings | Issue Notice to Proceed, Execute contract. | CDCR has evaluated the impacts of realignment on its prison population and has determined that this project is still necessary. On April 23, 2012, CDCR finalized and distributed an operational plan that reflects the construction of this project. PMIB approved construction loan on 5/16/12. The construction contract and the NTP was issued to Hensel Phelps Construction Co. on 7/5/12. |
| Design Build Duration ³ | 560 | 8/22/11 | 7/5/12 | 316 | 3/4/13 | | 291 | | M. Meredith | Mobilize Design-Build Entity, Construction Manager, Inspector of Record. Finalize programming and complete drawings; Construct Project; Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.) Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | The percentage complete for construction is 90%. The 3/10/14 construction completion date has been revised to 3/24/14 due to the integration of the CHCF lethal electrified fence tie-in. Casework installation and electrical and plumbing finish activities are ongoing. SFM conditional occupancy was received for the mental health office building, work change and two Special General Population (SGP) housing units. There is no impact to the activation completion of 5/13/14. |
| Activation Planning/Workforce Development/Hire Staff/Procurement | 540 | 10/4/11 | 3/19/13 | 532 | 3/27/13 | | 268 | | M. McAloon, K. Baker | Schedule development, policy and procedures, workforce planning, advertise, hire and train staff, group I/III equipment planning and equipment certification, long lead items acquisition, contracts/vendors, labor relations, training. This will impact DSH/CDCR/Receivers office and has to be coordinated between the three departments. DSH does not have the lead on this but will provide technical assistance and comply with the agreed upon dates. | Based on 7/3/12 NTP, the revised start date for pre-activation staff hiring (i.e., advertising, interviewing, etc.) was 3/19/13. Activation staff hiring activities (advertising) started 12/13/13. |
| Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports | 560 | 8/22/11 | | | 3/4/13 | | | | M. Meredith | Including final as-built drawings. | Note: This activity is not applicable. Project is not a licensed facility. |
| Self Certification | 7 | 3/5/13 | | | 3/12/13 | | | | C. Meyer | | Note: This activity is not applicable. Project is not a licensed facility. |
| Licensing Application & Approval | 45 | 3/13/13 | | | 4/27/13 | | | | | DPH initial licensing survey. Will license entire facility, suspend, then activate beds tied to staff activation schedule. | Note: This activity is not applicable. Project is not a licensed facility. |
| Activation | 32 | 3/28/13 | | 267 | 4/29/13 | | 235 | | M. McAloon, K. Baker | Transitional training, initial staff occupancy, staff orientation, building acceptance/shakedown, furniture/fixture installation, stock supplies/inventory, placement of Group II equipment. | Based on the revised 3/24/14 construction completion, the activation start date is 3/24/14. |
| Patient Admissions | 112 | 4/28/13 | | 236 | 8/18/13 | | 124 | | M. McAloon, K. Baker | | Based on the revised 3/24/14 construction completion, the start date for inmate-patient treatment is 4/7/14 and the facility will be fully occupied by 5/31/14. |

1 This facility is intended to include 375 EOP, 50 EOP/ASU, 528 Special General Population and 180 PWC beds.

2 Special master shall receiver updates on construction project every 90 days.

3 Activation is contingent upon full activation of the California Health Care Facility construction project, which has a planned complete date of 12/31/2013.

Project:

DeWitt Nelson Conversion

## Lead Person Roster

| Name | | Agency/Dept. | Address | | |
|------|------|------|------|------|------|
| Last | First | | Street | City | Zip |
| Baker | Karen | CPHCS-Receiver's Representative | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Benson | Stephen | DOF | 915 L Street | Sacramento | 95814 |
| Borg | Dean | CDCR/FPC&M | 9839 Old Placerville Rd. | Sacramento | 95827 |
| Chiang | John | State Controller | 300 Capitol Mall, Suite 1850 | Sacramento | 95814 |
| Cummings | Jackson | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Lockyer | Bill | State Treasurer | 915 Capitol Mall C-15 | Sacramento | 94209 |
| Matosantos | Ana J. | Director, DOF | 915 L Street | Sacramento | 95814 |
| Meredith | Michael | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| Meyer | Chris | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| McAloon | Margaret | CDCR/DCHCS | 9271 Laguna Springs Dr. | Elk Grove | 95758 |
| Sleppy | Bob | CDCR/FPC&M | 9838 Old Placerville Rd. | Sacramento | 95827 |
| TBD | | Warden | | | |

22