IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 LKK DAD PC<br><br>**[PROPOSED] ORDER** |

On January 21, 2014, Defendants filed a Motion Regarding Defendants' Long-Range Mental Health Bed Plan and Update to Court. The Court has read and considered the motion and the accompanying declarations and exhibits.

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

Defendants are granted an extension of time to fully activate the remaining five units at California Health Care Facility. The Court will not set a determinate deadline for Defendants to

1

[Proposed] Order (2:90-cv-00520 LKK DAD PC)

achieve full activation.  Defendants, however, will file updates with the Court every 60 days until the California Health Care Facility is fully activated.

Dated: _____   _____
      The Honorable Lawrence K. Karlton