| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:   (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:   (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**DECLARATION OF MARGOT MENDELSON IN SUPPORT OF PLAINTIFFS' POST-TRIAL BRIEF REGARDING ENFORCEMENT OF COURT ORDERS AND AFFIRMATIVE RELIEF REGARDING IMPROPER HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION**<br><br>Judge:  Hon. Lawrence K. Karlton |

[1067605-2]

I, Margot Mendelson, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Post-trial Brief Regarding Enforcement of Court Orders and Affirmative Relief Regarding Improper Housing and Treatment of Seriously Mentally Ill Prisoners in Segregation.

2. Our office routinely receives copies of Defendants' notifications to the *Coleman* Special Master of class member suicides. Attached hereto as **Exhibit 1** is a true and correct copy of the December 30, 2013 letter to Special Master Lopes from Dr. Timothy Belavich regarding the suicide of a CCCMS class member in an administrative segregation unit at North Kern State Prison on December 27, 2013. The class member's name and identifying information have been redacted, as consistent with the protective order in this case.

3. Attached hereto as **Exhibit 2** are true and correct copies of excerpts from the Electronic Unit Health Records (eUHR) of the class member described above. These documents were downloaded by our office from CDCR's secure file transfer protocol ("FTP") site in the ordinary course of business. The class member's name and identifying information have been redacted from these records.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 21st day of January, 2014.

*/s/ Margot Mendelson*
Margot Mendelson

[1067605-2]

1

MENDELSON DECL. ISO PLS.' POST-TRIAL BRIEF RE ENFORCEMENT OF COURT ORDERS & AFFIRMATIVE RELIEF RE IMPROPER HOUSING & TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION

# EXHIBIT 1

December 30, 2013

| | | |
|---|---|---|
| Matthew A. Lopes, Jr.<br>Office of the Special Master<br>Pannone, Lopes, & Devereaux, LLC<br>317 Iron Horse Way, Suite 301<br>Providence, RI 02908 | via: | Debbie Vorous<br>Deputy Attorney General<br>Department of Justice<br>1300 I Street, Suite 125<br>Sacramento, CA 94244-2550 |

**RE:  Suicide of Inmate ███████████, NKSP**

Dear Mr. Lopes:



This is to notify you of an apparent suicide that occurred at North Kern State Prison. On December 27, 2013, at approximately 0619 hours, Inmate ███████, ███████, was found hanging from the sprinkler head in his Administrative Segregation Unit cell. Staff activated their personal alarm and an emergency cell entry was conducted. Cardiopulmonary Resuscitation was performed, but was unsuccessful. Inmate ███████ was taken to an outside medical facility (Delano Regional Medical Center) by ambulance, where he was pronounced deceased at 0653 hours by a physician. Inmate ███████ was the only inmate assigned to the cell at the time of his death and was a participant in the Mental Health Services Delivery System at the Correctional Clinical Case Management System level of care.

If you have any questions about this case, you may contact Corey Scheidegger, Ph.D., Senior Psychologist, Specialist, Division of Health Care Services, at (916) 691-0310.

Sincerely,

*[signature]*
TIMOTHY G. BELAVICH, PH.D., MSHCA, CCHP, Director (A), Division of Health Care Services and Deputy Director, Statewide Mental Health Program

# EXHIBIT 2

State of California                                                                                     Department of Corrections and Rehabilitation
**Interdisciplinary Progress Note – General Psychiatry**
CDCR MH-7230F (Rev. 01/12)

| Identifying Information | | | |
|---|---|---|---|
| Date: 12/23/13 | Time: 1020 HRS | | Location: D6-112 |
| Level of Care:<br>■ CCCMS     ☐ EOP<br>☐ OHU        ☐ MHCB | | Custody Housing:<br>☐ GP      ☐ RC      ■ ASU<br>☐ CTC     ☐ SNY     ☐ SHU | |
| Location of Interview: ■ Face-to-Face    ☐ MOD or RN | | Was the setting confidential? ☐ Yes    ■ No | |

### II. Comments

**Identifying Data**
(*Example:* 41 yo HM w/ BAD and psychotic sxs, last seen x/x/xx, tx with olanzapine. I/P seen for F/U.)

Age: 27. Race: Other. Placed in Custody: 2009, SD. Arrived NKSP: 12/6/2013, CEN. EPRD: 5-13-2022. TABE: 12.9. Offense: home invasion. Term: 1st. ASU: safety. Case Mgr: Barnes, PhD. 12/16, MED F/U, INCREASE REMERON, D/C VISTARIL, REASSESS 1-3 WEEKS.

**S – Subjective**
(What the inmate-patient tells you.)

CC: med f/u. TARGET SYMPTOM BEHAVIOR MONITOR: Depression, Stress, Anxiety Relaxed/Normal, Diaphragmatic breathing.
HPI. 7230f, 12/16/13, Reviewed: TODAY SEEN IN DR LINE. "REMERON MAKING ME FEEL WEIRY, DOESN'T PUT ME TO SLEEP" AND GROGGY IN THE MORNING. DEPRESSION: "ANXIOUS STRESSED OUT, ABOUT THE SAME". DIAPHRAGMATIC BREATHING: PRACTICING. FEEL NORMAL: 3-4/10. NO SUICIDAL OR HOMICIDAL IDEATION. NO HALLUCINATIONS OR DELUSIONS. SLEEP: 5 HR/NOC. FAIR APPETITE. NO N/V. NO BOWEL OR BLADDER PROBLEM. NO DIZZINESS. NO SEDATION. VISTARIL ASSOCIATED TRMOR RESTLESS FEELING IN HIS JAW.

ALLERGY: Sulfa. ADR: no. PC2602: no.
PPH. A/B: "no". Hosp: no. AH, "when not enough sleep", began age ~ 13, no prior tx. No hx mania. Depression 1-2 weeks, "I just smoked weed".
PMH. also see Axis III. Surg: "none". LOC: x 1 brief. Hx HTN, no rx. No other.
SOC. Hx. Ed, 1.5 yr college. Child Trauma: "no". FH: CAD, HTN, CVA; suicide x 2 maternal "side", no other.
SUBS Hx. Began age 12; THC; rehab x 1.
PAST SUICIDE Hx. SA: no. SIB: no.
MEDICATIONS. PSYCH: Remeron, 30 mg hs. OTHER: Ca Carb; simethicone chew 80mg.. DDI: . MEDs HX: Bendadryl.

**O – Objective**
(Mental Status Examination. New Data.)

HT: 5'10". VS. 12/23/13: Std 144/83,p 94; Sit 129/81,p 82; 186 Lb; BMI 27; W 34". 12/16/13: Sit 130/75,p92; Std 133/76,p86; 185 Lb; BMI 26; W 37". 12/9/13: Std 149/87,p 79; Sit 143/80,p 82; 184 Lb; W 33", BMI 26. ALERT, BEARD ON HIS CHIN, CALM RELAXED RESPONDS EASILY AND APPROPIRATELY.
Behavior: ☐ WNL. ■ Cooperative. ☐ Uncooperative. ☐ Demanding. ☐ Manipulative. ☐ Argumentative.
Speech: ■ WNL. ☐ Rambling. ☐ Pressured. ☐ Hypoprosodic. ☐ Loud. ☐ Soft. ☐ Monotone.
Mood: ☐ Euthymic. ☐ Euphoric. ■ Dysphoric. ■ Anxious. ☐ Angry. ☐ Irritable. ☐ Fearful.
Affect: ■ Appropriate. ■ Inappropriate. ☐ Labile. ☐ Restricted. ☐ Constricted. ☐ Blunted. ☐ Flat.
Thought. Process: ■ WNL. ☐ Disorganized. ☐ Loose. ☐ Tangential. ☐ Circumstantial.
Thought Content: ☐ Hallucinations: N ☐ Delusions: N
Cognition: ■ WNL. ■ Alert and oriented in all spheres.
Suicidal: N . Plan: . Intent: .
Homicidal: N . Plan: . Intent: .
Judgment: ☐ Good. ■ Fair. ☐ Limited. ☐ Poor ;  Insight: ☐ Good. ■ Fair. ☐ Limited. ☐ Poor
NEUROLOGICAL. AIMS score = . ☐ Tremor. ☐ Akathisia. ☐ Dystonia AMBULATES EASILY /S ASSISTANCE. NO ABNORMAL MOVEMENTS OBSERVED.
LAB:

| 1. Disability Code:<br>☐ TABE score ≤ 4.0<br>☐ DPH ☐ DPV ☐ LD<br>☐ DPS ☐ DNH<br>☐ DNS ☐ DDP<br>■ NOT APPLICABLE<br>4. Comments: | 2. Accommodation:<br>■ Additional time<br>☐ Equipment ☐ SLI<br>☐ Louder ■ Slower<br>■ Basic ☐ Transcribe<br>☐ Other* | 3. Effective Communication:<br>■ P/I asked questions<br>■ P/I summed information<br>**Please check one:**<br>☐ Not reached* ■ Reached<br>*See chrono/notes | Inmate's Name (Last, First, MI), CDC Number, DOB<br><br>[redacted] |

Interdisciplinary Progress Note – General Psychiatry, CDCR MH-7230F (Rev. 01/12)                                                    Page 1 of 2

Confidential Saved 2013-12-27T17:34:08Z

State of California                                                                                                   Department of Corrections and Rehabilitation
**Interdisciplinary Progress Note – General Psychiatry**
CDCR MH-7230F (Rev. 01/12)

| Identifying Information | | | |
|---|---|---|---|
| Date: 12/16/2013 | Time: 1700 | | Location: d6-112 |
| Level of Care:<br>■ CCCMS       □ EOP<br>□ OHU            □ MHCB | | Custody Housing:<br>□ GP        □ RC        ■ ASU<br>□ CTC       □ SNY       □ SHU | |
| Location of Interview: ■ Face-to-Face    □ MOD or RN | | Was the setting confidential? □ Yes    ■ No | |

### II. Comments

**Identifying Data**
*(Example: 41 yo HM w/ BAD and psychotic sxs, last seen x/x/xx, tx with olanzapine. I/P seen for F/U.)*

Age: 27. Race: Other. Placed in Custody: 2009, SD. Arrived NKSP: 12/6/2013, CEN. EPRD: 5-13-2022. TABE: 12.9.
Offense: home invasion. Term: 1st. ASU: safety. Case Mgr: Barnes, PhD. 12/11/13, SPECIAL MED F/U REVIEWED MEDICATION INFORMATION, REASSESS 1-3 WEEKS.

**S – Subjective**
*(What the inmate-patient tells you.)*

CC: med f/u. TARGET SYMPTOM BEHAVIOR MONITOR: Depression, Stress, Anxiety Relaxed/Normal, Diaphragmatic breathing.
HPI. 7230f, 12/11/13, Reviewed: TODAY SEEN IN DR LINE. DEPRESSION: ENJOY READ BIBLE, EXERCISE, ABLE TO DO 600 PUSH UPS/24. STRESS: 5-10/10. ANXIETY: 5-10/10, CALM RELAXED DURING INTERVIEW. FEEL RELAXED: 3/10. NO SUICIDAL OR HOMICIDAL IDEATION. NO HALLUCINATIONS OR DELUSIONS. SLEEP: 5 HR/NOC. FAIR APPETITE. NO N/V. NO BOWEL OR BLADDER PROBLEM. NO DIZZINESS. NO SEDATION.

ALLERGY: Sulfa. ADR: no. PC2602: no.
PPH. A/B: "no". Hosp: no. AH, "when not enough sleep", began age ~ 13, no prior tx. No hx mania. Depression 1-2 weeks, "I just smoked weed".
PMH. also see Axis III. Surg: "none". LOC: x 1 brief. Hx HTN, no rx. No other.
SOC. Hx. Ed, 1.5 yr college. Child Trauma: "no". FH: CAD, HTN, CVA; suicide x 2 maternal "side", no other.
SUBS Hx. Began age 12; THC; rehab x 1.
PAST SUICIDE Hx. SA: no. SIB: no.
MEDICATIONS. PSYCH: Hydroxyzine 25 mg; Remeron, 15 mg hs. OTHER: simethicone chew 80mg.. DDI: . MEDs HX: Bendadry.

**O – Objective**
*(Mental Status Examination. New Data.)*

HT: 5'10". VS. 12/16/13: Sit 130/75,p92; Std 133/76,p86; 185 Lb; BMI 26; W 37". 12/9/13: Std 149/87,p 79; Sit 143/80,p 82; 184 Lb; W 33", BMI 26. ALERT, HEALTHY, ATHLETIC, GOATEE, CALM RESPONDS EASILY & APPROPRIATELY.
Behavior: ■WNL. ■Cooperative. □ Uncooperative. □ Demanding. □ Manipulative. □ Argumentative.
Speech: ■WNL. □ Rambling. □ Pressured. □ Hypoprosodic. □ Loud. □ Soft. □ Monotone.
Mood: □ Euthymic. □ Euphoric. □ Dysphoric. ■Anxious. □ Angry. □ Irritable. □ Fearful.
Affect: ■Appropriate. □ Inappropriate. □ Labile. □ Restricted. □ Constricted. □ Blunted. □ Flat.
Thought. Process: ■WNL. □ Disorganized. □ Loose. □ Tangential. □ Circumstantial.
Thought Content: □ Hallucinations: NO Delusions: NO
Cognition: ■WNL. ■Alert and oriented in all spheres.
Suicidal: no Plan: . Intent: .
Homicidal: no. Plan: . Intent: .
Judgment: □ Good. ■Fair. □ Limited. □ Poor ; Insight: □ Good. ■Fair. □ Limited. □ Poor
NEUROLOGICAL. AIMS score = . □ Tremor. □ Akathisia. □ Dystonia AMBULATES EASILY /S ASSISTANCE. NO ABNORMAL MOVEMENTS OBSERVED.
LAB:

| 1. Disability Code:<br>□ TABE score ≤ 4.0<br>□ DPH □ DPV □ LD<br>□ DPS □ DNH<br>□ DNS □ DDP<br>■ NOT APPLICABLE<br>4. Comments: | 2. Accommodation:<br>■ Additional time<br>□ Equipment □ SLI<br>□ Louder ■ Slower<br>■ Basic □ Transcribe<br>□ Other* | 3. Effective Communication:<br>■ P/I asked questions<br>■ P/I summed information<br>**Please check one:**<br>□ Not reached* ■ Reached<br>*See chrono/notes | Inmate's Name (Last, First, MI), CDC Number, DOB |
|---|---|---|---|

Interdisciplinary ~~Progress~~ Note – General Psychiatry, CDCR MH-7230F (Rev. 01/12)                                    Page 1 of 1

Confidential Saved 2013-12-27T17:34:08Z

# MENTAL HEALTH TREATMENT PLAN

| ☒ Initial | ☐ Update | ☐ Bi-weekly MHCB Review | ☐ Quarterly Review | ☐ Annual Review |

## I. GENERAL INFORMATION:

| Current Level of Care: | ☐ None | ☒ CCCMS | ☐ EOP | ☐ MHCB |

Arrival Date This Treatment Setting: 12/06/2013    NEXT UPDATE: 3/12/2014

| Current Housing: | ☐ DRC | ☐ GP | ☐ CTC | ☒ ASU | ☐ PSU | ☐ SHU | ☐ Other |

7386 Completed: 12/10/2013    EPRD: 5/13/2022

## II. CLINICAL SUMMARY:

| 26 years old | ☒ 1st Termer ☐ Multi-termer | Incarcerated for: Robbery - 1st Degree | Serving: 15 yrs. |

Inmate is a 26 year-old Filipino/White male serving his first term for First Degree Robbery. He was housed in ASU on 12/06/13 due to max custody status. He was included in the CCCMS level of care in September, 2013 at Centinela (CEN) Prison. He received a 15 year sentence; 4 years of which he has served. He has had a difficult adjustment to incarceration due to separation from his family and the terminal illness of his grandmother. He has had symptoms of intermittent mild to moderate anxiety and depressed moods associated with his current circumstances. He was prescribed Remeron and Vistoril and has been compliant with medications. He has no history of suicidal behavior, gestures, attempts or ideation; has not current suicidal or homicidal thoughts, and has received no RVRs/115s. He has not received mental health services previously on the streets and has not history of psychiatric hospitalizations. He has been cooperative with MH treatment.

**Recommendation:** Maintain at the CCCMS LOC, continue case management, increase coping and monitor medication compliance.

## III. PROBLEM LIST:

| # | Problem | Intervention/Clinician | Goal | Progress/Date |
|---|---|---|---|---|
| 1. | Recent Hx of Mood disturbance | Inmate to continue managing positive thoughts w/good coping skills. | I/P will continue to maintain stable mood and reduce rumination | New goal |
| 2 | Sx listed above | Medication Mgt., J. Bruns, MD | Reduce Symptom Severity | See below |

## IV. PSYCHOTROPIC MEDICATION

| # | Problem | Medication | Goal | Progress/Date |
|---|---|---|---|---|
| 1 | Hx of mood disturbance | Remeron, Vistoril | Maintain medication compliance | New goal |

## V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:

☐ Suicidal   ☐ Self Injurious   ☐ Assaultive   ☐ Keyhea

See form *SRE* dated **12/10/2013** for detailed description.

Summary: **Low Chronic Risk|Low Acute Risk** –No history of suicide attempts, gestures or ideation.

## VI. RECOMMENDED HOUSING:

☐ Single Cell   ☐ Double Cell   ☒ No Recommendation

## VII. TRANSFER/DISCHARGE TO:

☐ Non-MHSDS   ☒ CCCMS   ☐ EOP   ☐ MHCB   ☐ APP   ☐ DTP   ☐ ICF   ☐ Parole

☒ Pt. participated in treatment plan and the IDTT process. See MH-6
☐ Pt. failed to participate in treatment plan & IDTT process due to: ☐ Refused ☐ Custody Issues ☐ Other
☒ Referral to ICF will be discussed in IDTT and documented on the 7388-B
☒ Effective Communication has been established

## III. MENTAL STATUS EXAMINATION:

| INSTITUTION: NKSP | INMATE BED NUMBER: ASU/D6-112 |
| CLINICIAN: L. Barnes, PsyD. | DATE: 12/11/2013 |

INMATE: NAME (Last, First, MI), CDC Number, DOB

DOB: ▮

MENTAL HEALTH TREATMENT PLAN
CDCR 7388 (Rev. 06/06)
Confidential Client/Patient Information

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS AND REHABILTATION

Confidential Saved 2013-12-27T17:34:08Z