KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5553
 Fax: (415) 703-1234
 E-mail: maneesh.sharma@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                                    Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF MICHAEL STAINER RE: REVISIONS TO USE-OF-FORCE PROVISIONS IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S DEPARTMENT OPERATIONS MANUAL** |

I, Michael Stainer, declare as follows:

1. I am the Director of the Division of Adult Institutions (DAI) for the California Department of Corrections and Rehabilitation (CDCR). I submit this declaration to update the Court on the status of revisions to CDCR's statewide Use-of-Force policy.

2. On October 23, 2013, I testified regarding CDCR's Use-of-Force policy. During that testimony, I informed the Court that DAI was in the process of revising provisions in the

1

Department Operations Manual regarding Use-of-Force.  Attached as Exhibit A is a true and correct copy of the revisions to CDCR's Department Operations Manual Chapter 5, Article 2-Use of Force and a memorandum informing CDCR staff of the revisions.  The revised language has been finalized by DAI and will be fully implemented in the next 60 to 90 days following the development and completion of staff training on the revisions.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.  Executed in Sacramento, California on January 21, 2014.

          _s/Michael Stainer_
          Michael Stainer
          Director, Division of Adult Institutions
          (original signature retained by attorney)

2

Decl. of Michael Stainer Re Revisions to Use-of-Force Provisions in CDCR's Department Operations Manual
(2:90-cv-00520 LKK DAD PC)

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 LKK DAD PC**

I hereby certify that on January 21, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF MICHAEL STAINER RE: REVISIONS TO USE-OF-FORCE PROVISIONS IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S DEPARTMENT OPERATIONS MANUAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 21, 2014, at San Diego, California.

| C. Scott | Signature |
|---|---|
| Declarant | |

POS.doc