UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On January 17, 2014, plaintiffs filed a request for a status conference to address issues arising from the death of a member of the plaintiff class on September 7, 2013 (ECF No. 4982).

After review of the papers filed in support of the request and good cause appearing, IT IS HEREBY ORDERED that:

1. This matter is set for status conference before the undersigned on January 30, 2014 at 10:00 a.m. in Courtroom #4.
2. Until further order of the court, defendants and their counsel shall take all necessary steps to assure that all documents and information concerning this class member, his death, the suicide report and any other

1

1         communications about the suicide report, the death, and
2         any discussions about the death, the report, timing of
3         the release of reports, or related events, be retained
4         and preserved, including notes, drafts, emails and
5         attachments, medical records, and custodial records.
6    DATED:  January 22, 2014.

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

2