UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On May 29, 2013, plaintiffs filed a motion for enforcement of court orders and affirmative relief related to use of force and disciplinary measures against members of the plaintiff class. (ECF No. 4638)  Evidentiary hearing on plaintiffs' motion was conducted over a period which commenced on October 1, 2013 and continued over fourteen court days, concluding on November 6, 2013.[1]  Following filing of closing briefs by the parties, the matter was submitted for decision.

On January 17, 2014, plaintiffs filed a request for a status conference to address issues arising from the death of a member

---

[1] Approximately five of those days were spent on testimony related to plaintiffs' motion concerning access to inpatient hospital care for inmates on death row (ECF No. 4543).  That motion has been resolved by separate order.

1

1  of the plaintiff class on September 7, 2013 (ECF No. 4982).
2  Plaintiffs' request for status conference was granted by order
3  filed January 22, 2014 (ECF No. 4992) and the matter is set for
4  status conference on January 30, 2014.
5      In view of plaintiffs' request and matters raised therein,
6  and good cause appearing, the submission of plaintiffs' May 29,
7  2013 motion (ECF No. 4638) is hereby VACATED pending resolution
8  of whether, and if so how if at all, issues presented by the
9  death of this class member bear on the use of force questions
10 presented by plaintiffs' May 29, 2013 motion.
11     IT IS SO ORDERED.
12     DATED:  January 23, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2