DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**THREE JUDGE COURT**<br><br>**PLAINTIFFS' PROPOSED ORDER SUBMITTED IN RESPONSE JANUARY 13, 2014 ORDER** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. C01-1351 TEH<br><br>**THREE JUDGE COURT** |

Good cause appearing therefor, IT IS HEREBY ORDERED that Defendants' September 16, 2013, motion to extend the crowding reduction deadline is DENIED. The Court further orders as follows:

1. The waivers of state law, set forth the Court's Orders dated June 20, 2013, remain in effect.

2. Defendants shall immediately take all steps necessary to reduce the population of the 33 prisons at issue in this litigation to 137.5% of design capacity by May ___, 2014 by complying with this Court's June 20, 2013 Order or by expanding capacity.

3. This Court's September 24, 2013 Order is vacated to the extent that it enjoins Defendants from "entering into any contracts or other arrangements to lease additional capacity in out-of-state facilities or otherwise increase the number of inmates who are housed in out-of-state facilities." Order at 3.

4. Defendants shall hereafter submit reports every two weeks that include all of the information that we have previously ordered be given in the monthly reports as well as the specific steps defendants have taken toward implementing each measure in the Amended Plan and/or to expand capacity. The first report shall be submitted two weeks from the date of this Order. Each report shall include a declaration under penalty of perjury specifically stating whether Defendants believe based on the best available information that they will comply with the May ___ 2014 deadline for reducing prison crowding to 137.5% of capacity.

5. The Court will appoint a compliance officer with authority to order releases to bring the State into compliance with this Order, should Defendants fail to reduce the prison population to 137.5% of capacity by May __ 2014. The Compliance Officer shall monitor Defendants' progress in complying with this Order, and shall have access to all necessary CDCR data and personnel regarding the California prison population, including population projections, risk assessments, recidivism data, statistical data, prisoner files, and Defendants' Low Risk List, and shall receive administrative support from CDCR to

1 the extent needed to carry out the Compliance Officer's duties.  The Compliance Officer
2 shall be compensated for all work or services reasonably performed pursuant to this Order.
3 Defendants shall reasonably compensate the Compliance Officer on an hourly basis, and
4 the provisions of 18 U.S.C. Section 3626(f) shall not apply.

5    6.    The parties shall meet to determine whether they can agree on the individual
6 who may be appointed as the compliance officer, and shall so inform the Court within 21
7 days of this order.  If no agreement has been reached, each party shall submit the name and
8 qualifications of their proposed Compliance Officer.  The Court shall issue a further order
9 appointing a compliance order.

10   7.    The Court shall retain jurisdiction over this matter to determine whether
11 Defendants have complied with this Order and whether the remedy is in fact durable.  The
12 Court finds that such relief is narrowly drawn, extends no further than necessary to correct
13 the violation of the Federal right, and is the least intrusive means necessary to correct the
14 violation of the Federal right.

[1072240-1]

2

PLAINTIFFS' PROPOSED ORDER SUBMITTED IN RESPONSE JANUARY 13, 2014 ORDER

1  DATED: January ___, 2014

2

3  _____
4  Stephen Reinhardt
   United States Circuit Judge
5  Ninth Circuit Court of Appeals

6  DATED: January ___, 2014

7

8  _____
9  Lawrence K. Karlton
   Senior United States District Judge
10 Eastern District of California

11 DATED: January ___, 2014

12

13 _____
14 Thelton E. Henderson
   Senior United States District Judge
15 Northern District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

[1072240-1]

3

PLAINTIFFS' PROPOSED ORDER SUBMITTED IN RESPONSE JANUARY 13, 2014 ORDER