KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL, STATE BAR NO. 12262
PATRICK R. MCKINNEY, STATE BAR NO. 215228
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, , State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 323-4025
 Fax:  (916) 324-5205
 E-mail:  Christine.ciccotti@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN, JR., et al.,**<br><br>                          Defendants. | 2:90-cv-00520 LKK JFM PC<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO CLERK OF THE COURT AND ALL PARTIES HEREIN:**

   PLEASE TAKE NOTICE that Defendants request that the Court add the following person as Deputy Attorney General to the case:

/ / /

/ / /

/ / /

1

1  CHRISTINE M. CICCOTI, State Bar No. 238695
   Deputy Attorney General
2  Office of the Attorney General
   1300 I Street, Suite 125
3  Sacramento, CA  95814
   Telephone:  (916) 323-4025
4  Facsimile:  (916) 324-5205
   Email:  Christine.ciccotti@doj.ca.gov
5
       Please add Christine M. Ciccotti to the Court's service list.
6
   Dated:  January 28, 2014                    Respectfully Submitted,
7
                                               KAMALA D. HARRIS
8                                              Attorney General of California
                                               JAY C. RUSSELL
9                                              Supervising Deputy Attorney General

10                                             */s/  Christine M. Ciccotti*

11                                             CHRISTINE M. CICCOTTI
                                               Deputy Attorney General
12                                             *Attorneys for Defendants*

13  CF1997CS0003
    31885233.doc
14

2