DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California  94107-1389
Telephone:    (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>              Plaintiffs,<br><br>        v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>              Defendants. | Case No. Civ S 90-0520 LKK-JFM P<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>              Plaintiffs,<br><br>        v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>              Defendants. | Case No. C01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF STEVEN FAMA IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' JAN. 23, 2014 PROPOSED ORDER RE EXTENSION OF CROWDING REDUCTION DEADLINE** |

1

1.      I am an attorney admitted to practice in California and before this court, and am one of the attorneys for the plaintiff classes in these actions.

2.      Since December 2012, California Correctional Health Care Services (CCHCS) has sent me, at my request, copies of the California Department of Corrections and Rehabilitation (CDCR) "Healthcare Facility Improvement Program" (HCFIP) individual prison and statewide Project Authorizations, once those projects had been initially reviewed and approved by California Department of Finance, then submitted by CDCR to the California Public Works Board (PWB), and the PWB had given its initial approval for the project.  In a declaration filed in this action on February 13, 2013, I listed the eight projects received to that date and attached as exhibits relevant pages from each. See Declaration of Steven Fama In Support Of Plaintiffs' Opposition to Defendants' Motion to Vacate or Modify Population Reduction Order (Plata Doc 2528-2), February 13, 2013.

3.      In the time since my February, 2013 declaration, I have received sixteen additional CDCR HCFIP Project Authorizations from CCHCS.  Each Project Authorization concerns a particular prison, as listed and described in the paragraphs below and seen in the attached exhibits.   In each Project Authorization CDCR identifies physical plant deficiencies related to medical care, including primary care clinic facilities, laboratory services, pharmacy services, medication distribution areas, and the like.  For example, and as seen below, each of the sixteen projects identifies deficiencies in the prisons' primary care clinic facilities, where inmate-patients most often see doctors, nurses, and other medical staff.  See ¶¶ 4-19, below, and Exhibits A-P.  CDCR's November 2013 statement regarding the deficiency in all seven primary care clinics at California Substance Abuse Treatment Facility and State Prison, Corcoran, is substantially

/ / /

/ / /

/ / /

DEC OF S. FAMA ISO OF PLTFFS' OBJECTIONS TO DEFS' JAN. 23, 2014 PROPOSED ORDER
Case Nos. Civ S 90-0520 LKK-JFM P, C01-1351 TEH

similar to that which is stated regarding the primary care clinics in the other prisons:

> The existing facility clinics do not have the number of primary care exam rooms and clinic support spaces needed to serve the inmate-patient populations at Facilities A, B, C, D, E, F and G at a Basic level of care.

See ¶ 17, below, and Exhibit N at 7.   CDCR in almost all sixteen projects also identifies deficiencies with specialty care, laboratory, and pharmacy facilities, and in several projects additionally identifies deficiencies in health records, medication distribution, and/or reception center health intake screening areas, among other things.  See ¶¶ 4-19, below, and Exhibits A-P.

4. Attached hereto as Exhibit A are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR HCFIP Project Authorization for California Men's Colony, February 2013, as received from CCHCS.  The document identifies deficiencies in eight health care components, including primary care, specialty care, laboratory, pharmacy, and health records.  See Ex. A at 6.   CDCR states among other things that the prison's primary care clinics are "not large enough to accommodate the number of exam rooms needed to serve the . . . inmate-patient population . . . ." *Id.* at 8 and 12.

5. Attached hereto as Exhibit B are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR HCFIP Project Authorization for Folsom State Prison, February 2013, as received from CCHCS.  The document identifies deficiencies in seven health care components, including primary care, specialty care, laboratory, pharmacy, medication distribution, and health records.  See Ex. B at 6.  CDCR states among other things that one of the prison's primary care clinic areas is "not large enough to accommodate the number of exam rooms . . . needed" while the other is "inappropriate" because among other things "lacks privacy," is "too small," and lacks "data connectivity" that would permit medical staff to access health care records.  *Id.* at 8 and 9-10.

2

6.      Attached hereto as Exhibit C are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR HCFIP Project Authorization for California State Prison – Los Angeles County, February 2013, as received from CCHCS.  The document identifies deficiencies in seven health care components, including primary care, specialty care, medication distribution, and health records.  See Ex. C at 6.  CDCR states  that the primary care clinic areas that serve the prison's four main facilities "are not large enough to accommodate the number of exam rooms needed to serve [the] . . . inmate-patient populations . . . ."  *Id*. at 8 and 10.

7.      Attached hereto as Exhibit D are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR HCFIP Project Authorization for Deuel Vocational Institution, April 2013, as received from CCHCS.  The document identifies deficiencies in seven health care components, including primary care, specialty care, laboratory, pharmacy, and reception center health care intake screening.  See Ex. D at 6.  CDCR states that the primary care clinic areas must be renovated because, among other things, medical providers and nurses in one area currently conduct clinical tasks in "open clinic areas and undersized exam rooms with ceilings or doors"  while another is "not large enough to accommodate the number of exam rooms" needed.  *Id*. at 8 and 14.

8.      Attached hereto as Exhibit E are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR HCFIP Project Authorization for North Kern State Prison, April 2013, as received from CCHCS.  The document identifies deficiencies in seven health care components, including primary care, specialty care, laboratory, pharmacy, medication distribution, and reception center health care intake screening.  See Ex. E at 6.  Four primary care clinic areas are discussed, and for each CDCR states it is "not large enough to accommodate the number of exam rooms needed to serve the . . . inmate-patient population . . . ."  *Id*. at 7, 9, 10-11, and 13.

3

9.      Attached hereto as Exhibit F are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR HCFIP Project Authorization for Wasco State Prison, April 2013, as received from CCHCS.  The document identifies deficiencies in seven health care components, including primary care, specialty care, laboratory, pharmacy, medication distribution, and reception center health care intake screening.  See Ex. F at 6.  Four primary care clinic areas are discussed, and CDCR states that each is "not large enough to accommodate the number of exam rooms needed to serve the . . . inmate-patient population . . . ." *Id*. at 7, 8-9, 10-11, and 13.

10.     Attached hereto as Exhibit G are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR HCFIP Project Authorization for Central California Women's Facility, May 2013, as received from CCHCS.  The document identifies deficiencies in five health care components:  primary care, specialty care, laboratory, pharmacy, and reception center health care intake screening.  See Ex. G at 6.  With regard to the prison's existing primary care clinic areas, CDCR states they "are not large enough to accommodate the number of exam rooms needed to serve the inmate-patient populations . . . ." *Id*. at 10.

11.     Attached hereto as Exhibit H are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR HCFIP Project Authorization for Valley State Prison, May 2013, as received from CCHCS.  The document identifies deficiencies in three health care components:  primary care, laboratory, and pharmacy.  See Ex. H at 6.  With regard to the prison's primary care areas, CDCR states that "[t]he existing facility clinics are not large enough to accommodate the clinic support space necessary to serve the inmate-patient populations . . . ." *Id*. at 9.

12.     Attached hereto as Exhibit I are true and correct copies of the title page and pages from the Executive Summary and Project Overview-Scope sections from the CDCR

4

1  HCFIP Project Authorization for California Training Facility, July 2013, as received from

2  CCHCS.  The document identifies deficiencies in five health care components, including

3  primary care, specialty care, laboratory, and medication distribution.  See Ex. I at 6.  Four

4  existing primary care areas are discussed, and with regard to each CDCR states that it "is

5  not large enough to accommodate the number of exam rooms and clinic support space

6  needed . . . ."  *Id*. at 7-8, 10, 12, and 17.

7       13.    Attached hereto as Exhibit J are true and correct copies of the title page and

8  pages from the Executive Summary and Project Overview-Scope sections from the CDCR

9  HCFIP Project Authorization for Salinas Valley State Prison, July 2013, as received from

10 CCHCS.  The document identifies deficiencies in four health care components, including

11 primary care, pharmacy and laboratory.  See Ex. J at 6.  CDCR states the prison's four

12 existing facility primary care areas "are not large enough to accommodate the clinic

13 support space needed to serve the inmate-patient populations . . . ."  *Id*. at 9.

14      14.    Attached hereto as Exhibit K are true and correct copies of the title page and

15 pages from the Executive Summary and Project Overview-Scope sections from the CDCR

16 HCFIP Project Authorization for California Correctional Institution, September 2013, as

17 received from CCHCS.  The document identifies deficiencies in five health care

18 components: primary care, specialty care, laboratory, pharmacy and medication

19 distribution.  See Ex. K at 6.  With regard to primary care areas, CDCR identifies a lack of

20 necessary clinic support space in all five of the prison's facilities (see *id*. at 7, 10, 12, 14,

21 and 15), and further states that three of those facilities' primary care areas either do not

22 have enough exam rooms (*id*. at 12 and 14) or "are not large enough to accommodate the

23 number of exam rooms . . . needed . . . ."  *Id*. at 15.

24      15.    Attached hereto as Exhibit L are true and correct copies of the title page and

25 pages from the Executive Summary and Project Overview-Scope sections from the CDCR

26 HCFIP Project Authorization for Sierra Conservation Center, September 2013, as received

27 from CCHCS.  The document identifies deficiencies in six health care components,

28

5

1   including primary care, specialty care, pharmacy, laboratory, and health records.  See Ex.

2   L at 6.  With regard to primary care, CDCR states that the area in one facility in the prison

3   "cannot accommodate the clinic support space needed to serve the . . . inmate-patient

4   populations . . . ."  *Id.* at 12.

5       16.    Attached hereto as Exhibit M are true and correct copies of the title page and

6   pages from the Executive Summary and Project Overview-Scope sections from the CDCR

7   HCFIP Project Authorization for Corcoran State Prison, November 2013, as received from

8   CCHCS.  The document identifies deficiencies in five health care components, including

9   primary care, specialty care, pharmacy, and laboratory.  See Ex. M at 6.  With regard to

10  primary care, CDCR states that none of the five facilities at the prison "have enough

11  primary care exam rooms and clinic support spaces needed to serve the inmate-patient

12  populations . . . ."  *Id.* at 7 (Facilities 3A, 3B, and 3C) and 10 (Facilities 4A and 4B).

13      17.    Attached hereto as Exhibit N are true and correct copies of the title page and

14  pages from the Executive Summary and Project Overview-Scope sections from the CDCR

15  HCFIP Project Authorization for  California Substance Abuse Treatment Facility and State

16  Prison, Corcoran, November 2013, as received from CCHCS.  The document identifies

17  deficiencies in four health care components, including primary care, specialty care, and

18  laboratory.  See Ex. N at 6.  With regard to primary care, CDCR states that all of the

19  prison's seven "existing facility clinics do not have the number of primary care exam rooms

20  and clinic support spaces needed to serve the inmate-patient populations . . . ."  *Id.* at 7

21  (discussing Facilities A, B, C, D, E, F, and G at the prison).

22      18.    Attached hereto as Exhibit O are true and correct copies of the title page and

23  pages from the Executive Summary and Project Overview-Scope sections from the CDCR

24  HCFIP Project Authorization for California Correctional Center, January 2014, as received

25  from CCHCS.  The document identifies deficiencies in seven health care components,

26  including primary care, specialty care, pharmacy, laboratory, and health records.  See Ex.

27  O at 6.  With regard to primary care, CDCR states the existing area used for two of the

28

1    prison's facilities "does not have the number of exam rooms nor clinic support spaces
2    needed" and that the same is true at the third facility in the prison. *Id*. at 7 (Facilities A
3    and B) and 9 (Facility C).

4        19.    Attached hereto as Exhibit P are true and correct copies of the title page and
5    pages from the Executive Summary and Project Overview-Scope sections from the CDCR
6    HCFIP Project Authorization for High Desert State Prison, January 2014, as received from
7    CCHCS.  The document identifies deficiencies in five health care components, including
8    primary care, specialty care, pharmacy, and laboratory.  See Ex. P at 6.  With regard to
9    primary care, CDCR states that the existing clinic areas in the prison's four facilities "do
10   not have the number of primary care exam rooms and clinic support spaces needed to serve
11   the inmate-patient populations . . . ." *Id*. at 7.

12       I declare under penalty of perjury that the foregoing is true and correct and that this
13   declaration was executed on January 28, 2014 in Berkeley, California.

14

15                                                    Steven Fama

16

17

18

19

20

21

22

23

24

25

26

27

28

DEC OF S. FAMA ISO OF PLTFFS' OBJECTIONS TO DEFS' JAN. 23, 2014 PROPOSED ORDER
Case Nos. Civ S 90-0520 LKK-JFM P, C01-1351 TEH

# EXHIBIT

# A



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California Men's Colony

**San Luis Obispo, CA**

**February 2013**

**AB 900 Project Authorization**

**For:**          **State of California
Department of Corrections and Rehabilitation**

**Prepared by:**          **Vanir Construction Management, Inc.
9838 Old Placerville Road, Suite A
Sacramento, CA  95827
(916) 379-5681**

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The California Men's Colony (CMC) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at CMC in San Luis Obispo County, California. The project will support CMC's operation as an Intermediate institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Intermediate" institutions will have the capability of providing specialized medical services and consultation including those which utilize advanced technologies such as cardiology for inmate-patients with chronic illnesses.

CMC is one of eleven existing institutions designated as an Intermediate institution based on an institution's ability to recruit and retain clinicians and its access to medical specialists and community medical centers of care. CMC's mission currently comprises Custody Levels I, II, and III adult male inmate populations.

The purpose of the health care facility improvements at CMC is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for Intermediate institutions. CMC has deficiencies in primary care, specialty care, Administrative Segregation Unit (ASU) clinic, health care administration, health records, pharmacy, laboratory, and medication distribution. Additionally, the *Coleman* Court found the need for treatment and office improvements to support services to the Administrative Segregation Unit Enhanced Outpatient Program (ASU-EOP) inmate-patients.

The following improvements comprise the Intermediate health care facility improvement project at CMC:

| | |
|---|---|
| Sub-project #1: | New West Facility Primary Care Clinic |
| Sub-project #2: | West Facility Health Records and Specialty Clinic Renovation |
| Sub-project #3: | East Facility Receiving and Release (R&R) Exam Room Renovation |
| Sub-project #4: | New East Facility Primary Care Clinic and Health Care Administration Building |
| Sub-project #5: | New Pharmacy and Laboratory Building |
| Sub-project #6: | New East Facility ASU Primary Care and ASU-EOP Mental Health Clinic |
| Sub-project #7: | East Facility Central Health Services Renovation |
| Sub-project #8: | East Facility Medication Distribution Room Renovations |
| Sub-project #9: | Infrastructure Upgrades |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

## A. PROJECT OVERVIEW

### Section A.1    Scope

The following project will make facility improvements necessary to deliver an Intermediate level of health care to the inmate-patients at CMC. In December 2008, a health care facility assessment was performed at CMC to identify and document the existing conditions. In May 2012, CMC was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned CMC population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS. Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient. Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at CMC in the following eight health care components and their related objectives:

- Medication Distribution
- Primary Care
- Specialty Care
- Administrative Segregation Unit (ASU) Clinic
- Health Care Administration
- Health Records
- Pharmacy
- Laboratory

In addition, according to the *Coleman* Court, the existing treatment and office spaces are insufficient to provide adequate mental health services to the ASU-EOP inmate-patient population.

This project contains eight sub-projects that have been developed to remedy the health care deficiencies identified at CMC. A ninth sub-project is also required to upgrade the infrastructure to serve the new buildings. The improvements described below will enable CMC to operate at an Intermediate level of care, supporting the CDCR health care system.

The CMC project includes the following sub-projects:

### Sub-project #1 - New West Facility Primary Care Clinic

A new primary care clinic will be designed and constructed at CMC's West Facility. The purpose of this new clinic is to provide primary health care treatment and consultation at the West Facility consistent with the delivery of Intermediate level of care. The new building will additionally include a medication distribution room to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

Currently, inmate-patients housed at the West Facility, Design Capacity (DC) of 1,413, receive their primary care at the existing West Facility health care clinic, located in Building 339, a 50-year-old wood framed building. This building also houses the dental clinic and health records for the West Facility inmate-patient population.

The existing primary care clinic includes four medical exam rooms, one medication distribution room with two distribution windows, five dental operatories, and one panorex. There are not enough exam rooms in this building to meet the primary care needs of the West Facility inmate-patient population at an Intermediate level of care. On a typical day, as many as 40 inmates from the West Facility are transported to either the East Facility or to off-site medical facilities for health care services due to the limited clinic space at the West Facility. The existing clinic does not have staff support areas such as clean and soiled utility rooms or dedicated supply and equipment storage rooms (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). The nursing workstation is located in the inmate-patient waiting room, causing many inmate-patients to wait for services outside the building. The staff restrooms and corridor are used for supply and equipment storage. In addition, the existing clinic lacks data connectivity for providers to access the electronic Unit Health Records (eUHR) and the Medication Administration Records System. The lack of data connectivity also restricts telemedicine capability. Due to a lack of space in the existing clinic, nurse triage occurs separately in an office space at each of the West Facility housing units. Isolation of nursing staff from the health care providers fractures services and creates additional appointments that could otherwise be avoided if the treatment team were co-located. [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4.]

Medications are currently distributed to inmate-patients at the West Facility from the medication room adjacent to the existing clinic entrance. Due to the volume of inmate-patients requiring medications at West Facility, distribution periods can last over two hours. The current distribution room is not constructed of hardened material which compromises the security of the medications. The room is too small to increase the number of medication distribution windows needed to provide effective and timely medication distribution at the West Facility inmate-patient population (Refer to Section B.3 - Photograph, Figure B.3.3). [Deficiencies noted to achieve Medication Room Component Objectives 1 and 2.]

*Sub-project Description*:

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at CMC's West Facility. The clinic will also include a medication distribution room to provide sufficient pill line medication distribution windows with secure medication distribution space to serve the West Facility's inmate-patient population. The primary care clinic will include a total of nine primary care exam rooms and one multi-use exam room. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include a Licensed Vocational Nurse (LVN) and Office Technician shared work station and an office for the Supervising Registered Nurse (SRN) II. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

The clinic will include one medication distribution room. The medication room will be built of hardened construction to provide secure storage of medications, and will include four medication

distribution windows, sinks and countertops, drinking fountains, and data connectivity to gain access to the Medication Administration Record System. It will also include an injection room. The distribution windows will include an overhead canopy for weather protection.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New West Facility Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Medication Distribution Objectives 1 and 2. The existing West Facility clinic is not large enough to accommodate the number of exam rooms needed to serve the West Facility inmate-patient population at an Intermediate level of care. Also the lack of data connectivity in the existing clinic rooms does not allow providers to access eUHR and restricts telemedicine capabilities. The new clinic provides inmate-patient waiting areas and storage rooms to reduce congestion and keep the corridors clear.

The number of primary care exam rooms required for an Intermediate level of care for West Facility inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

West Facility = DC of 1,413:

Total exam rooms (West Facility):          9 exam rooms (3 panels)
                                           1 Multi-use exam room

   The existing West Facility clinic cannot accommodate the nine exam rooms and one multi-use exam room needed to meet the inmate-patient population clinical utilization. [Deficiencies noted to achieve Primary Care Clinic Objectives 1, 2, 3, and 4.]

The new medication distribution room at West Facility is necessary to achieve Medication Distribution Objectives 1 and 2. The medication distribution rooms will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. They will have temperature controls to maintain acceptable temperature limits and eliminate damage to medications. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to General Population (GP) inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines. In early September 2012, the number of West Facility inmate-patients receiving medications was 362, requiring a total of six medication distribution windows. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

pass or a maximum of four medication distribution windows will be provided on a yard. Based on the volumes of inmate-patients receiving medications at West Facility, the maximum of four windows will be provided. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications (Refer to Program Overview, Appendix F.6 for more detailed information regarding this determination). Deficiencies noted to achieve Medication Distribution Objective 1.]

**Sub-project #2 - West Facility Health Records and Specialty Clinic Renovation**

The existing West Facility health care clinic and health records building (Building 339) will be reconfigured and renovated. The purpose of the renovation is to provide needed specialty clinic space, upgrade the health records space to support the migration to and implementation of the eUHR system, and to provide storage space for supplies and equipment. This sub-project will address deficiencies found in achieving Specialty Care Objectives 1, 2, 4, and 5, and Health Records Objective 1 of the health care delivery system (Program Overview, Section D.4 Approach).

*Existing Condition*:

The existing West Facility clinic building also houses health records. The existing health records is not configured, sized, or equipped with adequate power and data connectivity to support the implementation and proper management of eUHR (Refer to Section B.3 - Photographs, Figure B.3.4). The eUHR system requires scanning stations, file preparation areas, and data connections, which the existing health records area lacks. [Deficiencies noted to achieve Health Records Objective 1.]

The existing West Facility clinic building does not contain sufficient space to accommodate specialty clinics which has resulted in services being provided in the West Facility Administration Building. Physical Therapy, Orthotics, Public Health, and Ophthalmology/Optometry services are being provided in two rooms without sinks. The West Facility clinic building also does not have the space to accommodate equipment and supplies. Wheelchairs and medical supplies are stacked in a room used by staff for confidential discussions or are stored in the bathroom and corridor. The inmate-patient restroom is also not accessible. [Deficiencies noted to achieve Specialty Care Objectives 1, 2, 4, and 5.]

*Sub-project Description*:

The existing West Facility clinic building will be reconfigured and renovated to reorganize the existing health records space for eUHR and to relocate specialty clinics into the newly renovated building. Existing primary care services and medication distribution will be relocated out of the building into the New West Facility Primary Care Clinic (Sub-project #1).

Health records will be expanded into the medication distribution room. Existing active file shelving will be removed, keeping a small area for dental records. The space will be reconfigured for staff workstations, scanning stations, copy/work area, Health Record Technicians, and Office Technicians. All workstations will be retrofitted with new phone, data and electrical service in order to provide the necessary staff support for a more efficient records management. The health records work area will be upgraded with additional power capability and data connections to support implementation of the eUHR system. The existing clinic space will be renovated for Ophthalmology/Optometry, Optical Services, and Physical Therapy specialty exam rooms and to enlarge the inmate-patient restroom to meet accessibility requirements.

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation of the West Facility health care clinic building is necessary to achieve Specialty Care Objectives 1 and 6, and Health Records Objective 1. This sub-project will provide appropriately sized and equipped exam rooms for specialty clinics which need to be relocated from the administration building to proper clinical spaces.

Health records will be expanded and configured to manage hard copy file storage and to provide space to accommodate processing of loose scanned documents, sorting and preparation areas, scanning and indexing stations, and file preparation areas for proper management of the eUHR system. The existing space does not have this capability. Clinicians need timely access to current inmate-patient records, and the implementation of eUHRs will provide them direct access in the clinics.

Also, data connectivity will allow CMC to provide specialty services by off-site providers through the use of on-site telemedicine, thus decreasing on-going operational costs generated by off-site transportation to the East Facility or to community health care centers.

Dedicated storage space is needed to minimize the need to store supplies and equipment in corridors, restrooms, and in a room used for confidential clinician discussions.

**Sub-project #3 - East Facility Receiving and Release (R&R) Exam Room Renovation**

The East Facility's existing R&R intake exam room will be reconfigured and renovated to expand into the adjacent package room. The purpose of this renovation is to provide an appropriate exam room for nursing to conduct confidential health care screenings of inmate-patients entering the institution. This sub-project will address deficiencies in achieving Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing space utilized by nursing for intake health care screening inside the Receiving and Release Building is approximately 70 square feet. This space is not large enough to accommodate an exam table, nursing work desk, and sink, which are needed to properly complete intake evaluations by the Receiving and Release Nurse. There is also no data connectivity. [Deficiencies noted to achieve Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1.]

*Sub-project Description*

The existing R&R intake exam room in Building A at the East Facility will be reconfigured and renovated to expand into the adjacent package room to create an appropriately sized and equipped exam room for intake nurses to screen and examine inmate-patients entering CMC. The R&R intake exam room will have a sink, data connectivity for eUHR, an exam table, and a work desk.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

---

*Justification:*

A sufficiently sized exam room with a sink, exam table, work desk, and data connectivity is necessary to achieve Reception Center and Receiving & Release Health Care Intake Screening Objective 1. The existing exam area is inappropriate as a clinical environment because of its lack of a hand washing sink for proper infection control and adequate space for an exam table to perform the health care screening function. Due to the existing space not being large enough comprehensive examinations cannot take place. The lack of data connectivity does not allow nursing to effectively access the inmate-patient's health record at the time of intake and complete the screening process. Efficient and accurate medical processing of inmates entering the institution is vital to the overall inmate health care process. An appropriate exam room will allow nursing to conduct confidential inmate-patient evaluations, accurate review and update of medical records, and timely medication administration.

**Sub-project #4 - New East Facility Primary Care Clinic and Health Care Administration Building**

A New East Facility Primary Care Clinic and Health Care Administration Building will be designed and constructed for GP inmate-patients housed at each of the East Facility's four Quads, and for health care administration staff displaced by improvements in the Central Health Services Building (Sub-project #7). The purpose of this new building is to provide a centralized clinic that will provide primary health care treatment and consultation consistent with the delivery of Intermediate level of care, and to provide space for health care administration staff displaced from the Central Health Services Building. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Health Care Administration Component Objective 1of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing Central Health Services Building, located in Building C, was built in 1962. It houses primary care and dental clinics, a Stand-by Emergency Room, specialty clinics, a surgery suite, radiology, health records, pharmacy, laboratory, and health care administrative staff. These functions serve the entire CMC population, including those inmates housed at the West Facility, with the exception of West Facility health records and primary care services for West Facility inmate-patients. Public health and HIV clinics are also located in the Central Health Services Building and a General Acute Care Hospital is located on the upper floor.

Inside the Central Health Services Building, nursing staff and office technicians share the entrance lobby as their primary work area, performing lab draws and inmate-patient exams. All inmates going to radiology, the General Acute Care Hospital, the emergency room, surgery, primary and specialty clinics, and the dental clinic, pass through this work area. There are eight exam rooms in the Central Health Services Building, shared between the Stand-by Emergency Room, primary care clinic, and the specialty clinics (Refer to Section B.3 - Photographs, Figure B.3.5). One of the exam rooms is divided by a curtain so it can be used as two exam rooms (Refer to Section B.3 - Photographs, Figure B.3.6). Due to a lack of clinic space, nurse face-to-face triage is occurring in converted yard shack space on each Quad. There are no dedicated support spaces, resulting in these functions being incorporated into the waiting area further compromising infection control concerns. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

Inmates access the Central Health Services Building through a controlled exterior corridor from the central courtyard. This corridor is also used by transportation buses and vehicles transferring inmates to and from the R&R building, to store biohazard material, trash, a generator and fuel, and a vehicle

exhaust system for the transportation busses. This corridor is where inmates queue for medication distribution, scheduled medical appointments, and routine lab work.

*Sub-project Description:*

A New East Facility Primary Care Clinic and Health Care Administration Building will be designed and constructed adjacent C-Quad near the existing gymnasium. The building will provide primary health care to the GP inmate-patients housed at East Facility and provide administrative space for health care administration staff displaced by the East Facility Central Health Services Renovation (Sub-project #7). The primary care clinic will be located on the first floor of the two story building. It will include 12 primary care exam rooms, two multi-purpose exam rooms, and two exam alcoves. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system.

The clinic will also include an LVN and Office Technician shared work station, an office for the SRN II, a public health provider office, as well as three mental health treatment offices for mental health staff being displaced by a medication distribution room at C-Quad (East Facility Medication Distribution Room Renovations, Sub-project #8). Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

Offices and support space for health care administration staff being relocated from the Central Health Services Building and from administration space in Building B will be located on the second floor. The new building will include staff offices for the following positions: Chief Executive Officer, Chief Physician and Surgeon, Chief Medical Executive, Chief Nurse Executive, Correctional Health Services Administrator II, Health Program Manager III, Medical Secretary, SRN II, and an Administrative Assistant. Administration support staff spaces include two Associate Governmental Program Analysts and five Office Technicians. Staff support areas include an area for employee medical and credentialing files, a provider workroom, a conference room, a copy/workroom, and a breakroom.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Primary Care and Health Care Administration Building is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Health Care Administration Objective 1. The existing Central Health Services Building, which houses primary care, specialty clinics, a Stand-by Emergency Room, and numerous other medical functions, is not large enough to accommodate the number of exam rooms and clinic support space needed to serve CMC's East Facility GP inmate-patient population at an Intermediate level of care. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in inmate-patient waiting areas which are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality which compromises compliance with the Health Insurance Portability and Accountability Act (HIPAA). The new clinic will have enclosed primary care exam rooms to provide inmate-patient privacy and confidentiality.

The number of primary care exam rooms required for an Intermediate level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms,

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

East Facility = DC of 2,100:
Total exam rooms (East Facility):              12 exam rooms (4 panels)
                                               1 Multi-use exam room

  The Central Health Services Building cannot accommodate the 12 primary care exam rooms and one multi-use exam room required to meet the inmate-patient population clinical utilization for primary care. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

To meet Health Care Administration Objective 1, the second floor of the new building will include offices for health care administrative staff displaced by clinical space as part of the East Facility Central Health Services Renovation (Sub-project #7).

**Sub-project #5 - New Pharmacy and Laboratory Building**

A New Pharmacy and Laboratory Building will be designed and constructed central to both East and West Facilities. The purpose of this new building is to provide the space needed to meet the pharmaceutical and laboratory processing demands at an Intermediate level of care. This Sub-project will address deficiencies in achieving Laboratory Component Objectives 1 and 3, and Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing pharmacy is located within the Central Health Services Building. CMC has a complete analytical laboratory also located within the Central Health Services Building in a space that can best be utilized for specialty clinical services, specifically physical therapy. Neither the pharmacy nor the laboratory functions require direct inmate-patient access, and can be relocated out of the Central Health Services Building.

The existing pharmacy space is undersized with an area of approximately 455 square feet, less than half of the area of a standard pharmacy required for this program at an Intermediate level of care, and to support the General Acute Care Hospital and the Mental Health Crisis Bed unit (Refer to Section B.3 - Photographs, Figures B.3.7 and B.3.8). The undersized and poorly configured space adversely affects the pharmacy's efficiency, resulting in delays in filling prescriptions. The Pharmacist in charge does not have an office and the existing space cannot effectively support the implementation of the central fill pharmacy model. [Deficiencies noted to achieve Pharmacy Objective 1.]

The existing laboratory is sufficiently sized to process the routine lab work generated at CMC; however, this space within the Central Health Services Building would be better utilized for the specialties clinic and Stand-by Emergency Room. [Deficiencies noted to achieve Laboratory Objectives 1 and 3.]

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

___

*Sub-project Description*:

This sub-project consists of the design and construction of a New Pharmacy and Laboratory Building outside the secure perimeter adjacent the existing warehouse building, equally accessible to both the East and West Facilities. The new building will provide services to the entire CMC inmate population, including the General Acute Care Hospital and the Mental Health Crisis Bed unit.  It will include a shipping, receiving, and manifesting area, an order entry area, an authorization/verification area, a dual filling station, an IV preparation room with anteroom, a service vestibule, a Pharmacist office, a narcotic station, and a laboratory.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The New Pharmacy and Laboratory Building is necessary to achieve Pharmacy Objective 1, and Laboratory Objectives 1 and 3.  The existing pharmacy is too small to effectively provide the central fill pharmaceutical services required to meet the needs of CMC's inmate-patient population at an Intermediate level of care.  The new pharmacy will be configured for proper workflow and operational protocols consistent with the central fill model.  The Pharmacist in charge will be provided with an office within the pharmacy.   The pharmacy will have adequate space for ordering, receiving, manifesting, storing, verifying, and dispensing medications as required by the new central fill model. Additionally, relocating the pharmacy out of the Central Health Services Building will provide much needed space for the specialty care clinic and Stand-by Emergency Room.

The laboratory component of the new building will allow the existing laboratory space to be vacated from the Central Health Services Building and utilized for the inmate-patient waiting area.  Lab draw functions will not be required at the new laboratory as lab draws will be administered at the new primary care clinics at the East and West Facilities, so the laboratory does not need to be located within the Central Health Services Building.  Collocating the pharmacy and laboratory into a centrally located, properly sized building will provide the space required for the management of post-central fill medication processing, and lab processing for the entire institution.  The existing pharmacy area in the Central Health Services Building will remain as a medication preparation room for the General Acute Care Hospital inmate-patient medications that are administered by nursing at multiple periods daily. [Deficiencies noted to achieve Pharmacy Objective 1 and Laboratory Objectives 1and 3.]

### Sub-project #6 - New East Facility ASU Primary Care and ASU-EOP Mental Health Clinic

A new primary care and mental health clinic will be designed and constructed for ASU and ASU-EOP inmate-patients housed in B-Quad.  The purpose of this new clinic is to provide a separate clinical treatment space for CMC's ASU inmate-patient population.  This sub-project will address deficiencies in achieving Administrative Segregation Unit Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach) and improvements needed for treatment and office space to provide mental health services to the ASU-EOP inmate-patients as mandated by the *Coleman* Court.

___

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

*Existing Condition*:

There are approximately 300 ASU inmates at CMC, of which 50 are classified as EOP inmate-patients. ASU inmates are housed in Building 4 at B-Quad. There is no dedicated health care clinic to treat the ASU inmate-patients. There is one Registered Nurse (RN) office converted from an inmate cell at Building 4, but there are no exam rooms within this housing unit (Refer to Section B.3 - Photographs, Figure B.3.9).

ASU inmate-patients receive medical and dental treatment at the health care clinic in the Central Health Services Building. Custody staff's efforts to provide adequate inmate-patient separation between ASU inmate-patients and GP inmate-patients at the clinic are compromised due to the congested conditions at the health clinic in the Central Health Services Building. Escorting ASU inmate-patients into the GP clinic disrupts clinic operations due to the increased custody requirements and security precautions employed to protect other inmate-patients and the clinicians.

Currently ASU-EOP inmate-patients receive individual mental health treatment in two treatment rooms shared by all mental health staff. Use of these rooms for inmate-patient treatment requires custody escort of inmate-patients across the yard to these rooms. Additionally, four inmate cells within the housing unit, Building 4, have been modified for individual mental health interviews. The screen barrier on the converted cells impedes visual contact, and the poor acoustics render these converted cells poor spaces for mental health treatment (Refer to Section B.3 - Photographs, Figure B.3.10). Two dayrooms have been converted in the unit for group therapy, one on each of the first and second tiers. The mental health treatment modules are configured in a straight line due to the narrowness of these rooms. This arrangement hinders treatment because it limits cross-communication between inmate-patients and the clinician which is integral to the success of group therapy treatment. (Refer to Section B.3 - Photographs, Figure B.3.11). All Case Managers and Psychiatric Technicians share one room across the yard from the housing unit for work space. According to the *Coleman* Court, the existing mental health treatment and office space is insufficient to provide adequate mental health services to the inmate-patient population for the required number of treatment hours and clinicians.

*Sub-project Description*:

A new two-story East Facility ASU Primary Care and ASU-EOP Mental Health Clinic will be designed and constructed at B-Quad utilizing a small portion of the existing gymnasium footprint. It will include two primary care exam rooms, one dental operatory, and mental health treatment rooms and clinician offices. The exam rooms will have hand sinks and will be sized to accommodate treatment and equipment needs in an appropriate clinical environment. The treatment rooms and offices will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system, the Mental Health Tracking System, and SOMS.

The clinic will also include an LVN and Office Technician shared work station. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The New East Facility ASU Primary Care and ASU-EOP Mental Health Clinic is necessary to achieve Administrative Segregation Unit Objective 1, and to achieve ASU-EOP inmate mental health care treatment as mandated by the *Coleman* Court. This building will facilitate access to medical, dental, and mental health services for inmate-patients confined to the ASU. A dedicated primary care clinic for CMC's ASU inmate-patients will minimize custody staff's need to escort ASU inmate-patients into the GP clinic space, reducing disruptions of medical services. The new clinic will be located close to the ASU housing unit which will additionally reduce lengthy escorts. Converted holding cells will no longer be needed for mental health interviews, and group rooms will be sized and configured for inmate-patient and therapist cross-communication which is integral to group therapy treatment.

Each of the 50 ASU-EOP inmate-patients is scheduled for 14 hours per week of group treatment. Groups typically range from six to a maximum of eight inmate-patients per session, requiring that four group rooms be provided. According to the *Coleman* Court, the existing space is inadequate and compromises confidentiality and the ability to provide mental health services as required. Dedicated mental health treatment spaces are needed to conduct timely, dignified, and confidential individual and group treatment sessions for the ASU-EOP inmate-patients to meet the *Coleman* requirements.

In order to facilitate inmate-patient health care access and to support medical, mental health, and dental services in a full continuum of health care for this specialized ASU population, a designated combined primary care and mental health clinic is required. [Deficiencies noted to achieve Administrative Segregation Unit Objective 1, and *Coleman* requirements for mental health treatment.]

## Sub-project #7 - East Facility Central Health Services Renovation

The existing Central Health Services Building will be expanded, reconfigured, and renovated. The purpose of the renovation is to provide appropriate space within the Central Health Services Building to accommodate a Stand-by Emergency Room, on-site specialty treatment and consultation, and to consolidate the East Facility health records. This sub-project will address deficiencies found in achieving Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6 and Health Records Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing Central Health Services Building, located in Building C, was built in 1962. Specialty health care services at CMC are located in the Central Health Services Building. Other medical functions located in the Central Health Services Building include the Stand-by Emergency Room, infection control, radiology, and a surgery suite. These functions serve the entire CMC inmate-patient population including the inmate-patients housed at West Facility. Also included in the Central Health Services Building is health records and the primary care clinics for the East Facility inmate-patients, the pharmacy, where a portion of the inmate-patients from East Facility receive their daily medications by pill line, and the laboratory. Additionally, numerous spaces within the Central Health Services Building are occupied by health care administration staff. The upper floor of the Central Health Services Building houses the General Acute Care Hospital.

Inside the Central Health Services Building, nursing staff and office technicians share the entrance lobby as their primary work area, performing lab draws, inmate-patient exams, noting charts, and discussing inmate-patient health history and care. These exam areas are inappropriate for a clinical environment because they compromise compliance with HIPAA and lack nursing and provider work areas. There are no dedicated support spaces such as clean and soiled utility rooms, resulting in these functions being incorporated into the waiting area further compromising infection control concerns. In addition, the existing clinics lack data connectivity for providers to access and document electronic Unit Health Records (eUHR) and have limited telemedicine capability.

Specialty Care. There are insufficient specialty exam rooms on-site to meet the specialty care needs of the CMC inmate-patient population for operation as an Intermediate institution. There are eight exam rooms shared between primary care, specialty care, and the Stand-by Emergency Room. One of the exam rooms is divided by a curtain and used as two exam rooms. To further impact the shortage of clinical space, one exam room was taken out of use when water began leaking through the deteriorated floor pan of the scullery and dining room above. The ceiling was subsequently taped off with plastic and a hose secured to the middle low point to capture and drain water into a bucket (Refer to Section B.3 - Photographs, Figure B.3.12). Due to the limited clinical space available, inmate-patients are escorted off-site for specialty care. [Deficiencies noted to achieve Specialty Care Objectives 1, 2, 3, 4, and 5.]

Stand-by Emergency Room: CMC currently provides licensed in-patient services in the General Acute Care Hospital on the second floor of the Central Health Services Building. As part of the inpatient license, a Stand-by Emergency Room must be available for and capable of providing emergency services for this licensed in-patient population as well as the approximately 3,800 GP inmates housed at CMC. The Stand-by Emergency Room has two emergency beds. One bed is in an exam room across the clinic, and the second is a gurney located in the lobby at the main clinic entrance. The second bed is separated from the lobby only by a curtain, which does not afford sufficient privacy from the rest of the Central Health Services Building inmate-patients during critical emergency events (Refer to Section B.3 - Photographs, Figure B.3.13). Triage efforts to prioritize the treatment of inmates and various injuries often require multiple emergency room staff and triage space that, at times, impacts non-emergency scheduled appointments for primary and specialty health care services. [Deficiency noted to achieve Specialty Care Objective 6.]

Health Records: CMC's health records at the East Facility are currently located in three different areas, all of which are insufficiently sized to accommodate the necessary functions, staff, and processes of eUHR (Refer to Section B.3 - Photographs, Figure B.3.14). The primary health records area is located within the Central Health Services Building adjacent to the dental clinic and health care administration staff. Health records functions are also located across the vehicle corridor in Building B and in a modular trailer outside the inner perimeter. The multiple locations inhibit and prevent the proper implementation of eUHR and must be consolidated for the efficient management of health records. The existing health records areas are not configured or equipped with adequate power capability or data connectivity to support the implementation of the eUHR system. [Deficiencies noted to achieve Health Records Component Objective 1.]

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

_Sub-project Description:_

The existing Central Health Services Building will be expanded, reconfigured and renovated to provide specialty health care services, emergency services, and clinical support space. This sub-project will also consolidate health records from the Central Health Services Building, Building B, and the modular building into an administrative area in Building B.  The existing primary care clinic and health care administration functions will be relocated from the Central Health Services Building to the New Primary Care Clinic and Health Care Administration Building (Sub-project #4).   Medication distribution will be relocated as well, to the respective yards near the inmate housing units.  Moving these functions out of the Central Health Services Building will provide the space needed for specialty and emergency services at an Intermediate level of care.  The existing dental clinic will remain, as well as radiology, and the surgery suite.

The specialty care component includes a total of ten exam rooms as listed below.

> (4) Specialty Exam Rooms (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Optometry/Ophthalmology
> (1) Optical Services
> (1) Specialty Exam - Public Health Nurse
> (1) Multi-use Exam Room
> (1) Physical Therapy (existing)

The existing physical therapy area was determined by the institution to be sufficiently sized and equipped, and will remain in its current location in the Central Health Services Building, but will be upgraded for additional power capability and data connectivity.

The Stand-by Emergency Room will expand into space being vacated by the primary and specialty care areas.  It will include two standard bays, one trauma bay, one observation room, and a non-contact mental health crisis evaluation room. It will also include an office for the SRN II, an LVN and Office Technician shared workstation, clean and soiled utility rooms, and clinic support spaces.

The renovation for the specialty health care services will also include an LVN and Office Technician shared work stations and an office for an SRN II.  Clinic support spaces will include clean and soiled utility rooms, medication storage, and supply storage.

Health records will be consolidated into the existing administrative area in Building B. The new health records area will be equipped with power and data connections to support implementation of the eUHR system.  It will include space for file preparation, scanning stations, limited records storage, and offices for health records staff.  All workstations will be retrofitted with new phone, data and electrical service in order to provide the necessary staff support for a more efficient records management.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

_Justification:_

Renovation and expansion of the Central Health Services Building is necessary to achieve Specialty Care Objectives 1, 2, 3, 4, 5, and 6, and Health Records Objective 1. This sub-project will expand the specialty clinic into space being vacated by health records, the laboratory, and health care administration and provide sufficient specialty treatment and consultation space to serve the inmate-patient population at an Intermediate level of care. All exam rooms will have hand sinks for proper infection control and will be enclosed to afford appropriate patient-provider confidentiality for compliance with HIPAA. The new clinic will have soiled and clean utility rooms, reducing infection control concerns. The addition of data connectivity in the exam and treatment areas will allow CMC to provide specialty services by off-site providers through the use of on-site telemedicine, decreasing on-going operational costs by reducing off-site transportation to community health care centers.

Specialty Care: CMC's DC of 3,838 at an Intermediate level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for five shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The specialty clinic will additionally provide dedicated exam rooms for Optometry/Ophthalmology, and Optical Services due to the space needs for specialty equipment required by these medical specialties, as well as specialty exam rooms for Public Health, and for multi-use rotating specialties that use large specialized equipment, such as cardiology.

Stand-by Emergency Room: CMC needs an appropriate Stand-by Emergency Room to support on-site emergency treatment and stabilization of inmate-patient medical conditions of the General Acute Care Hospital inpatients as well as the GP inmate-patients. The new Stand-by Emergency room will provide clinical treatment space during emergencies in an appropriate environment separate from routine, non-emergency outpatient services. It will provide space needed for maneuvering equipment and clinic staff work areas. The Stand-by Emergency Room will provide space for mental health crisis evaluation and inmate-patient observation.

Health Records: Administration space in Building B will be renovated to consolidate health records files and staff to support the implementation and management of eUHR. Centralization of the East Facility health records is necessary for eUHR implementation. Clinicians need timely access to accurate and current inmate-patient records and the implementation of the eUHR system will provide their direct access in the clinics electronically.

### Sub-project #8 - East Facility Medication Distribution Room Renovations

Medication distribution rooms will be renovated and constructed to serve inmate-patients housed at East Facility's, A, B, C, and D Quads. The purpose of these medication distribution rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population rather than from crowded and insecure medication distribution lines. This sub-project will address deficiencies found in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

_Existing Condition_:

Currently, medication is distributed to GP inmate-patients at East Facility, A, B, C, and D Quads, through medication distribution lines. Typically medication distribution at CMC occurs from rooms that are not large enough to accommodate the number of nurses or windows needed to efficiently prepare and distribute medications to the number of inmate-patients in a timely manner.

Inmate-patients at A and B Quads receive their medications from two windows off of the pharmacy adjacent the Central Health Services Building entrance. This location gets congested during clinic hours, and when the Stand-by Emergency Room is transferring inmate-patients. The medication distribution lines and administering of injections disrupt clinic operations and movement in the control corridor. C Quad inmate-patients receive medications through medication distribution windows in an undersized medication dispensary room in Building L which also houses programs, offices, and a dining hall (Refer to Section B.3 - Photographs, Figure B.3.15). These medication lines serves as many as 600 inmate-patients in an area where inmates also wait for mental health appointments, creating crowding and compromising safety and security (Refer to Section B.3 - Photographs, Figure B.3.16). D Quad has two medication rooms. Medications are distributed to a specified sub-group of the inmate-patient population through an unsecure window in a converted office area within the Building T housing unit. This room does not have a hand sink or drinking fountain. (Refer to Section B.3 - Photographs, Figure B.3.17). All other inmate-patients at D Quad receive their medications through a single distribution window within Building Q which also houses programs, offices, and a dining hall. This single window serves approximately 450 inmate-patients (Refer to Section B.3 - Photographs, Figure B.3.18).

The walls of the existing medication rooms are not constructed of hardened materials to restrict inmate access to medications, the lines are not accessible, and there are no drinking fountains. Health care staff require facilities to store, prepare, and distribute medications securely through medication lines. [Deficiency noted to achieve Medication Room Objective 2.]

_Sub-project Description_

Medication distribution rooms will be renovated and constructed at A, B, C, and D Quads to provide sufficient pill line medication distribution windows, a secure area for administering of injections, and secured medication distribution space to serve the inmate-patient populations housed in these Quads. They will be located at areas which currently function as nurse triage spaces, recreation equipment shacks, barber shops, and/or mini canteens. D Quad will also receive upgrades to the medication room in Building T. All medication distribution rooms will be of hardened construction to provide secure storage of medications and will include sinks and countertops, drinking fountains, and data connectivity to the gain access to the Medication Administration Record System. The A and B Quad medication distribution rooms will each have two windows and one enclosed room for injections. The C and D Quad medication distribution rooms will each have four windows and one enclosed room for injections. The existing D Quad medication distribution room in Building T will be upgraded with a sink, drinking fountain, and appropriate distribution window.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

_Justification:_

The renovated medication distribution rooms at each of the four Quads are necessary to achieve Medication Distribution Objectives 1 and 2. The existing East Facility medication distribution rooms are inadequate. There are not enough distribution windows for inmate-patients to safely wait and receive medications within a reasonable amount of time, which results in long congested lines, compromising custody supervision and staff safety. The medication distribution rooms will provide safe and secure spaces for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows at each Quad. Medications will be securely stored within the medication rooms thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients in over-crowded medication lines. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System will be provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to the GP inmate-patients is through secure medication distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines. (Refer to Program Overview, Appendix F). In early September, the number of inmate-patients receiving medications at A Quad was 160, requiring that three medication distribution windows be provided. Due to space constraints only two windows are able to be provided. At B Quad the number of inmate-patients receiving medications was 85, requiring two medication distribution windows be provided. At C Quad, nursing distributed medications to 594 inmate-patients and at D Quad medications were distributed to 440 inmate patients, requiring 10 and 8 medication distribution windows respectively be provided at each. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard. Based on the volumes of inmate-patients receiving medications at C and D Quads, the maximum of four windows will be provided. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications (Refer to Program Overview, Appendix F.6 for more detailed information regarding this determination). Deficiencies noted to achieve Medication Distribution Objective 1.]

## Sub-project #9 - Infrastructure Upgrades

This sub-project will provide a new transformer, high voltage circuit, and service connections to serve the new buildings.

_Existing Condition_:

The existing electrical system at CMC is near capacity and cannot support the approximately 1,000 kVA of anticipated additional power required for these projects. The needed capacity is available at the CMC substation but a new transformer, high voltage circuit, and service connections are necessary to provide services to the new buildings.

_Sub-project Description_

This sub-project will provide a new transformer, high voltage circuit and service connections to serve the new buildings.

Health Care Facility Improvement Program
California Men's Colony - San Luis Obispo, CA
AB 900 Project Authorization

_Justification:_

The new transformer, high voltage circuit, and service connections are necessary utility improvements required to provide the additional 1,000 kVA required for the new projects. The existing electrical infrastructure is currently near capacity.

The CMC project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# B



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Folsom State Prison

**Folsom, CA**

**February 2013**

**AB 900 Project Authorization**

**For:**  **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**  **Vanir Construction Management, Inc.**
**9838 Old Placerville Road**
**Sacramento, CA 95827**
**(916) 379-5681**

Health Care Facility Improvement Program
Folsom State Prison - Folsom, CA
AB 900 Project Authorization

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The Folsom State Prison (FSP) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at FSP in the City of Folsom, Sacramento County, California. The project will support FSP's operation as an Intermediate institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Intermediate' institutions will have the capability of providing specialized medical services and consultation including those which utilize advanced technologies such as cardiology for inmate-patients with chronic illnesses.

FSP is one of eleven existing institutions designated as an Intermediate institution based on an institution's ability to recruit and retain clinicians and its access to medical specialists and community medical centers of care. FSP's mission currently comprises Custody Levels I, II, and III adult inmate populations.

The purpose of the health care facility improvements at FSP is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for Intermediate institutions. FSP has deficiencies in primary care, specialty care, minimum support facility clinic, medication distribution, health records, laboratory, and pharmacy.

The following improvements comprise the Intermediate health care facility improvement project at FSP:

Sub-project #1:    New Minimum Support Facility (MSF) Primary Care Clinic
Sub-project #2:    New Building 1 Primary Care Clinic
Sub-project #3:    New Central Health Services Building
Sub-project #4:    Medication Distribution Rooms -New and Renovation
Sub-project #5:    Health Records Renovation
Sub-project #6:    Infrastructure Upgrades

Refer to Section A.1 - Scope, and Section B - Attachments for more detailed information.

## A. PROJECT OVERVIEW

### Section A.1        Scope

The following project will make facility improvements necessary to deliver an Intermediate level of health care to the inmate-patients at FSP.  In February 2009 a health care facility assessment was performed at FSP to identify and document the existing conditions. Subsequently, in August 2012, FSP was re-visited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned FSP population defined in the Future of California Corrections Blueprint.  The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at FSP in the following seven health care components and their related objectives:

- Medication Distribution
- Primary Care
- Specialty Care
- Minimum Support Facility Clinic
- Health Records
- Laboratory
- Pharmacy

This project contains five sub-projects that have been developed to remedy the health care deficiencies identified at FSP.  A sixth sub-project is also required to upgrade the infrastructure to serve the new buildings.  The improvements described below will enable FSP to operate at an Intermediate level of care, supporting the CDCR health care system.

The FSP project includes the following sub-projects:

### Sub-project #1: Minimum Support Facility (MSF) Primary Care Clinic

A new primary care clinic will be designed and constructed for MSF inmate-patients housed at the MSF. The purpose of this new clinic is to provide a localized clinic that can provide primary health care treatment and consultation consistent with the delivery of Intermediate level of care. The new clinic will also include a medication distribution room. This sub-project will address deficiencies found in achieving Minimum Support Facility Clinic Component Objective 1 and Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

Currently, inmate-patients housed at the MSF, Design Capacity (DC) of 265, receive their primary care from two rooms in the Library Building in the MSF. One of the rooms used by the nurse for sick-call doubles as a medication distribution room with one window for medication distribution. Although it has a hand sink, the space is too crowded with equipment and medication storage to include an exam table. The room lacks adequate work space and storage. The second room used by the provider lacks a hand sink. The building's water heater is also located in this room along with miscellaneous library items stored behind a curtain. Dental services are not available at the MSF, causing inmate-patients to be transported through the secure perimeter and control of FSP into the central dental clinic. This creates increased custodial escorting, inmate population controls, and inmate searching.

These exam spaces are inappropriate for a clinical environment because they create infection control concerns from the lack of appropriate hand washing facilities and presence of non-cleanable room surfaces, and the nurse work area does not provide sufficient work area for an exam table. In addition, the treatment spaces lack data connectivity for providers to access and document electronic Unit Health Records (eUHR) and restricts telemedicine capabilities (Refer to Section B.3 - Photographs, Figures B.3.1 – B.3.4). [Deficiencies noted to achieve Minimum Support Facility Clinic Component Objective 1.]

*Sub-project Description*:

A New MSF Primary Care Clinic will be designed and constructed to serve the inmate-patients housed in the MSF with medical and dental care services centralized in one clinical location. It will include two primary care exam rooms and a dental operatory. The treatment rooms will be sized to accommodate treatment and equipment needs in an appropriate clinical environment. The rooms will also be appropriately sized per CDCR's Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to eUHR system.

The clinic will also include a Licensed Vocational Nurse (LVN) and Office Technician shared work station, an office for the Supervising Registered Nurse (SRN) II, a dental office, sterilization, and dental lab. Clinic support spaces include a soiled and clean utility room and clinical support spaces.

A medication distribution room will also be designed and constructed as part of the New MSF Primary Care Clinic to provide sufficient medication distribution windows and a secured medication distribution space to serve the inmate-patient population housed at this facility. The medication room will be of hardened construction to provide secure medication storage and will include one medication distribution window, a hand sink, countertop, a drinking fountain, and data connectivity to access the Medication Administration Record System.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

Health Care Facility Improvement Program
Folsom State Prison - Folsom, CA
AB 900 Project Authorization

_Justification_:

A new primary care clinic is necessary to achieve Minimum Support Facility Clinic Component Objective 1. The existing library building is not large enough to accommodate the number of exam rooms, medication distribution space, and dental spaces needed to serve FSP's inmate-patient population at an Intermediate level of care. The existing exam area is inappropriate for a clinical environment because it is undersized, creates infection control issues due to lack of proper hand washing facilities, and lacks sufficient storage. Also, the lack of data connectivity in the treatment spaces does not allow providers to access and document eUHR and restricts telemedicine capabilities.

The number of primary care exam rooms required for an Intermediate level of care for the MSF inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

MSF = DC of 265:                          2 exam rooms
Total exam rooms (MSF)                    1 multi-use exam room

    The existing Library building cannot accommodate the two exam rooms, medication distribution, and dental spaces required to meet the inmate population clinical utilization. [Deficiencies noted to achieve Minimum Support Facility Clinic Objective 1.]

Due to the small inmate population in this facility, only one provider is required to handle the population, which reduces a typical panel down to one provider room and one nurse sick-call room.

The medication distribution room is necessary to achieve Medication Distribution Objectives 1 and 2. The medication distribution room will provide a safe and secure space for nursing staff to prepare and distribute medications through secure distribution windows at the clinic. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System, allowing for appropriate preparation, timely medication distribution and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to General Population (GP) inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In May 2012, the average number of inmate-patients receiving medications at the MSF was 15, requiring one window. Refer to Program Overview, Appendix F.6). [Deficiencies noted to achieve Objective 1.]

**Sub-project #2: New Building 1 Primary Care Clinic**

A new primary care clinic will be designed and constructed for inmate-patients housed at Building 1. The purpose of this new clinic is to provide primary care treatment and consultation consistent with the delivery of Intermediate level of care. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

Currently, inmate-patients housed in Building 1, DC of 632, receive their primary care in four small, narrow rooms built onto the cell tiers in the "A" and "C" Sections of the Building 1 housing unit. The nurse sick-call on A-Section uses a converted cell, which is grossly undersized, creating a security risk for the nurse and lacks space for an exam table or proper equipment storage. The provider shares an undersized exam room with an Office Technician, lacking adequate work space and storage, forcing the exam table to be used for chart storage when not in use for treatment. The nurse and provider rooms on C-Section are also undersized for the number of staff attempting to provide services, creating congestion and inefficient work space. Building 1 also lacks an area for lab draw and injections which requires inmate-patients needing blood drawn to be transported to the central medical area in the Administration Building. To reach the Administration Building, Building 1 inmate-patients must cross the main exercise yard, go through Building 5, the dining hall, and through Building 2 to access this service. The existing exam areas in Building 1 are inappropriate for a clinical environment because they compromise compliance with the Health Insurance Portability and Accountability Act (HIPAA), create infection control concerns with the lack of appropriate hand washing facilities, and lack nursing and provider work areas. In addition, the treatment spaces lack data connectivity for providers to access and document the eUHR and restricts telemedicine capability. (Refer to Section B.3 - Photographs, Figures B.3.5 - B.3.8) [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

*Sub-project Description:*

A New Primary Care Clinic will be designed and constructed to serve the inmate-patients housed in Building 1. The primary care clinic will include a total of four primary care exam rooms and one multi-use exam room. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system.

The clinic will also include an LVN and Office Technician shared work station and an office for the SRN II. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A new primary care clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4. The existing exam areas are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality and compromise compliance with HIPAA. Treatment spaces are also

too small and lack hand sinks. Also the lack of data connectivity in the existing exam rooms does not allow providers to access and document eUHR and restricts telemedicine capabilities. Inmate-patient waiting areas will be provided to reduce congestion and avoid inmate-patients waiting on the housing unit tiers. The new clinic will consolidate medical services currently scattered throughout Building 1.

The number of primary care exam rooms required for an Intermediate level of care for Building 1 inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint.  To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team.  The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care.  The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution.  (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Building 1 = DC of 632:                          4 exam rooms (1 panel + 1 additional exam room)
Total exam rooms (Building 1)                    1 multi-use exam room

> The existing Building 1 housing unit cannot accommodate the four exam rooms and one multi-use exam room required to meet the inmate population clinical utilization. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

## Sub-project #3: New Central Health Services Building

A New Central Health Services Building will be designed and constructed for all inmate-patients at FSP. The purpose of this new building is to provide a centralized clinic that provides specialty health care treatment and consultation, and emergency services for all the inmate-patients at the institution. In addition, this building will provide primary health care treatment and consultation for the inmate-patients housed at Buildings 2, 3, 4, and 5. All health care services will be consistent with the delivery of an Intermediate level of care.  This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, Laboratory Component Objective 1 and 2, and Pharmacy Component Objective 1 of health care delivery system (Program Overview, Section D. Approach).

### Existing Condition:

The existing medical areas at FSP are located within the Administration Building. This building currently houses health care administration, medical and dental clinics, mental health services, health records, pharmacy, laboratory, radiology, and medical supply storage. The building also houses all specialty services and the Triage and Treatment Areas (TTA), and suffers from a shortage of clinical and support space, resulting in the use of make-shift treatment spaces throughout the institution.

Primary Care: Currently inmate-patients housed in Buildings 2, 3, 4, and 5, DC of 1,167, receive their primary care in individual, make-shift treatment space located within the housing units. Medical providers must share treatment and work spaces on staggered schedules due to the lack of space, causing delays in treatment and creating inefficiencies in care. These exam areas are inappropriate for a clinical environment because they compromise compliance with the HIPAA, create infection

control concerns with the lack of appropriate hand washing facilities, and lack of nursing and provider work areas. In addition, the existing treatment areas lack data connectivity for providers to access eUHR and restricts telemedicine capabilities. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

Specialty Care: Specialty services at FSP are provided out of one single exam room adjacent to the TTA within the Administration Building. This room accommodates a variety of providers and clinical staff in addition to housing the clinical equipment required to provide specialty services to an Intermediate inmate-patient population. There are insufficient specialty exam rooms on-site to meet the specialty care needs of the FSP inmate-patient population. Specialty examination and treatments such as ophthalmology, optometry, optical services, and physical therapy are limited by having to share these spaces with other specialties that required exam tables and differing clinical equipment. The lack of adequate space has caused treatment to be provided in clinically inappropriate spaces and created congestion within the corridors while inmate-patients wait for their appointments. As a result, many inmate-patients are escorted off-site for specialty care. (Refer to Section B.3 - Photographs, B.3.9 - B.3.13). [Deficiencies noted to achieve Specialty Care Component Objectives 1, 2, and 3.]

The existing TTA located at the Administration Building consists of one treatment bed where both trauma and standard triage treatment are performed. In addition, nursing and office technicians share this space as their primary work area. The room is undersized, causing the storage of emergency equipment and staff work areas to constrain the treatment space and clearances needed to provide emergency procedures and services. Due to lack of space, nursing staff are performing administrative work functions in the treatment areas with providers attempting to perform dictation and confidential consultations in open areas, compromising patient privacy. There are no designated areas for inmate-patient waiting, mental health crisis intervention, or observation within the TTA. The current location of the TTA forces all non-ambulatory inmate-patients requiring the use of a gurney to be hand-carried by staff up and down numerous flights of stairs, limiting emergency egress from the building to outside emergency vehicle transportation. [Deficiencies noted to achieve Specialty Care Component Objective 6.]

The existing radiology diagnostic and procedure space is undersized and cramped to accommodate the equipment necessary to provide on-site imaging and diagnostic services required of an Intermediate institution.

The existing laboratory space processes inmate-patient laboratory samples and results in the same workspace where all lab draw services are performed for the entire inmate-patient population. The shared use and close proximity of the lab draw stations with the technician work spaces allows inmate-patient's visual access to technician workstations and other patient's lab results and information, compromising inmate-patient privacy requirements violating HIPAA. The only specimen collection restroom in the area is located adjacent the specialty clinic and the TTA. Inmate-patients must leave the draw station and return later with the requested samples, thus compromising the accuracy of the specimens. [Deficiencies noted to achieve Laboratory Component Objective 1 and 2.]

FSP's pharmacy is located on the second floor of the Administration Building. The existing pharmacy space is undersized with an area of approximately 750 S.F., approximately half of the area of a standard pharmacy required for this program and to accommodate the existing personnel. (Refer to

Attachment B.3 - Photographs, Figures B.3.14 and B.3.15). The undersized and poorly configured space adversely affects the pharmacy's efficiency, resulting in delays in filling prescriptions. The existing space can not effectively support the implementation of the central fill pharmacy model. [Deficiencies noted to achieve Pharmacy Objective 1.]

*Sub-project Description:*

A New Central Health Services Building will be designed and constructed to serve the inmate-patients at FSP with both primary and specialty care services centralized in one location. The new building will be constructed on the south side of Building 5 in the space currently occupied by the Education Modular building. As a part of this project, the Education Modular will be removed and replaced by the construction of a new education building adjacent the existing education buildings off the main yard. Because the location of the replaced education building is in the area of the existing inmate yard showers and the building will cut off inmate access to them, the main yard showers will be reconstructed in the area of the to-be demolished abandoned boiler building. A new stairway and gun walk will be constructed to access the existing gun post and gun walk located on Building 5. The existing asphalt paved area where the Magnetic Resonance Imaging trailer is staged will be removed and a new reinforced concrete pad will be installed.

The Central Health Services Building will have four components: a primary care clinic to serve Buildings 2, 3, 4, and 5, a specialty care clinic, a TTA for all of the inmate-patients at FSP, the laboratory, and the pharmacy. All of the exam rooms will have hand sinks and will be sized to meet the treatment and equipment needs in an appropriate clinical environment. Each exam room will be appropriately sized per CDCR Space Standards (Program Overview, Section D) and equipped with data lines for telemedicine services and access to the eUHR system.

The primary care component of this New Central Health Services Building will include a total of seven primary care exam rooms and one multi-use exam room for Building 2, 3, 4, and 5 inmate-patient populations. The primary care clinic and specialty clinic will share an LVN and Office Technician shared work station and clinic support spaces.

The specialty care component will include the radiology suite and a total of seven exam rooms as listed below.

(3) Specialty Exam Rooms (shared)
(1) Telemedicine Specialty Exam Room (shared)
(1) Optometry/Ophthalmology
(1) Optician
(1) Physical Therapy

The New Central Health Services Building will include a radiology suite sized appropriately to accommodate the required imaging and diagnostics equipment for FSP. The new radiology suite will provide necessary clearance space for wheelchair accessibility and allow radiology technicians the ability to manipulate equipment for procedures and diagnostics.

Health Care Facility Improvement Program
Folsom State Prison - Folsom, CA
AB 900 Project Authorization

The TTA will include two standard bays, one trauma bay, a non-contact mental health crisis evaluation room, and an observation room. It will also include an office of the SRN II, an LVN and Office Technician shared workstation, clean and soiled utility rooms, and clinic support spaces.

A pharmacy and laboratory will be constructed on the second floor of the new building. The pharmacy will include a dual prescription filling station, an order entry/authorization/verification area, shipping/receiving/manifesting to support central fill, and a pharmacist office and the laboratory will be centrally located to clinical services and be sufficiently sized for processing specimens received from the lab draw areas within the clinics.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Central Health Services Building is necessary to achieve Specialty Care Objectives 1, 2, 3, 4, 5 and 6, Laboratory Objectives 1 and 2, Pharmacy Objective 1, and Primary Care Clinic Objectives 1, 2, 3, and 4. The existing primary care treatment spaces are scattered throughout the institution and insufficient to serve FSP's inmate-patient population at an Intermediate level of care. The existing treatment spaces have been created out of make-shift areas in the housing units and are neither sufficiently sized nor have hand sinks for infection control. The New Central Health Services Building will provide a primary care clinic for inmate-patients housed in Buildings 2, 3, 4, and 5. The specialty care clinic will provide services to the entire FSP inmate-patient population and be centrally located for access by all housing unit buildings. The new clinics will have soiled and clean utility rooms, reducing infection control concerns. The addition of data connectivity in the exam and treatment areas will allow FSP to provide specialty services by off-site providers through the use of on-site telemedicine, decreasing on-going operational costs by reducing off-site transportation to community health care centers.

The New Central Health Services will include a new TTA to provide appropriate clinical treatment space during emergencies in an appropriate environment separate from routine, non-emergency outpatient services and be located with immediate access through a sallyport to the exterior for emergency transportation without traversing several flights of stairs. It will provide space needed for maneuvering equipment, clinic staff work areas, and provide adequate separation between emergency treatment beds. The TTA will also provide space for inmate-patient observation.

The new radiology suite will be sized to accommodate imaging and diagnostics equipment required of an Intermediate institution. The construction will allow radiology technicians the ability to manipulate equipment for procedures and diagnostics.

Construction of a new pharmacy is necessary to achieve Pharmacy Objective 1. The existing pharmacy is currently located in an undersized room; the new pharmacy will be configured for proper workflow and operational protocols consistent with the central fill model. The laboratory is necessary within the New Central Health Services to be located centrally to the clinical areas to allow efficient specimen collection and processing.

Primary Care: The number of primary care exam rooms required for an Intermediate level of care for the inmate-patients in Buildings 2, 3, 4, and 5 is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint.  To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team.  The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care.  The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution.  (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Building 2, 3 & 5 = DC of 1,167:         7 exam rooms (2 panels + 1 additional exam room)
Total exam rooms (Buildings 2, 3, 4, & 5)    1 multi-use exam room

> The current medical locations cannot accommodate the primary care exam rooms and one multi-use exam room needed to meet the inmate population clinical utilization. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4].

Specialty Care: FSP's DC of 1,029 at an Intermediate level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for four shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation).  The new specialty clinic will additionally provide dedicated treatment space for Optometry/Ophthalmology, Optical Services, and physical therapy due to the space needs for specialty equipment required by these medical specialties.

## Sub-project #4:  Medication Distribution Rooms - New and Renovation

Medication distribution rooms will be reconfigured and renovated, and new medication distribution rooms will be constructed to serve inmate-patients housed at Buildings 1, 2, 3, and 5. The purpose of these medication distribution rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population rather than across an open doorway, cart, or podium. This sub-project will address deficiencies found in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, medication is distributed to inmate-patients at Buildings 1, 2, 3, and 5 from various rooms in the buildings without access to hand sinks, data connectivity, or secure storage. Nursing staff are preparing individual inmate-patient medications in the existing pharmacy, loading them in to medications carts, and transporting to individual rooms at the housing units for distribution.

At Building 1, medications are distributed at A-Section and C-Section of the housing units. At A-Section, a small masonry room originally used as a custody office has been converted into a medication distribution room. It is only approximately 80 S.F. and undersized to accommodate the required medication storage and workload. The room has one distribution window, lacks adequate secure storage and work spaces, and has no hand sink or drinking fountain. Inmate-patients are

handed syringes for self-injection on the housing unit floor, creating security and safety concerns. (Refer to Attachment B.3 - Photographs, Figures B.3.16 and B.3.17)

At C-Section, an inmate restroom was converted into a medication distribution room. It is only approximately 50 S.F. and can only accommodate one nurse at a time, limiting the distribution to only one line. Due to the size of the room, there is a lack of work space and secure storage; there is no drinking fountain or hand sink. Additionally, injections cannot be stored in the room due to a lack of space for a small undercounter refrigerator. (Refer to Attachment B.3 - Photographs, Figures B.3.18)

Medications are distributed at Building 2 by a single nurse from a cart located near the custody station. This method does not provide a safe, efficient, and effective means for the administration and distribution of medications. Additionally, there is no hand sink or drinking fountain.

Medications are distributed at Building 3 from a converted storage room that is approximately 78 S.F. The room is undersized and can barely accommodate one nurse and the necessary medication storage. The nurse must rearrange the medication carts and equipment in order to enter and exit the room. Additionally, the room lacks work space and secure storage and has no drinking fountain or hand sink. (Refer to Attachment B.3 - Photographs, Figures B.19)

At Building 5, a storage room was converted into a medication distribution room. It is only approximately 12 S.F. and can barely accommodate one nurse. The door was cut in half and turned into a dutch door to allow distribution of medications. The room lacks adequate work space and secure storage and has no drinking fountain or hand sink. (Refer to Attachment B.3 - Photographs, Figures B.3.16 through B.3.21) [Deficiencies noted to achieve Objective 2]

_Sub-project Description:_

Existing medication distribution rooms will be reconfigured and renovated, and new medication distribution rooms will be constructed at Buildings 1, 2, 3, and 5 to provide sufficient pill line medication distribution windows, a secure area for administering injections, and secured medication distribution space to serve the inmate-patient populations housed in these buildings.

All medication rooms will be of hardened construction to provide secure storage of medications and will include two medication distribution windows each, sinks and countertops, drinking fountains, and data connectivity to the gain access to the Medication Administration Record System.

At Building 1, two new medication distribution rooms will be provided. At B-Section, a new stand-alone distribution room will be added onto the rear of Building 1, bumping into the mini-yard and located near the new primary care clinic. At A-Section, the existing distribution room will be expanded and renovated to include a second window for medication distribution. An injection room will also be provided at A-Section to serve all of the inmate-patients housed at Building 1.

Medications will be distributed at Building 2 from a new distribution room constructed on the north side of the building. A new ramp and security fence will be installed outside the building to provide staff access from the yard walkway. Two new medication distribution windows will be built into the existing wall below the existing window openings and a doorway will be cut in as well to provide a new and separate injection room.

Health Care Facility Improvement Program
Folsom State Prison - Folsom, CA
AB 900 Project Authorization

Medications will be distributed at Building 3 from a new distribution room constructed at the southeast corner of the building from the expansion of existing medication distribution room, MTA office, and laundry closet. The new room will have two medication distribution windows and appropriate work space and secure storage. The tier railing on tiers two and three near the medication distribution room will be retrofitted with additional bars as the roof of the new structure will be in close proximity to the tiers. In addition, the existing chain-link fencing alongside the gun walk will be extended to prevent inmates from accessing the top of the medication room and gun walk areas. The existing chain-link gates on tier one will be relocated to provide access to both windows from the waiting lines at the east and south of the housing tiers.

At Building 5, an existing provider and nurse rooms will be relocated to the New Central Health Services Building (Sub-project #3) and renovated to provide a new medication distribution room with two medication distribution windows and an injection room. The vacated medication distribution room across the corridor will returned to the institution.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

_Justification:_

The new and renovated medication distribution rooms at Buildings 1, 2, 3, and 5 are necessary to achieve Medication Distribution Objectives 1 and 2. The medication distribution rooms will provide a safe and secure spaces for nursing staff to prepare and distribute them to inmate-patients through secure distribution windows at each building. Medication will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart on the open floor of the housing unit. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to GP inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In May 2012, the average number of Building 1 inmate-patients receiving medications was 288, requiring a total of four windows, two each provided at A-Section and B-Section. At Building 2 the average number was 130, at Building 3 the average number was 137, and at Building 5 the average number was 110. Due to security and custody concerns related to inmate management within the interior of a housing unit, no more than 120 inmate-patients per pill pass or a maximum of two medication distribution windows per location will be provided at an interior area.

Health Care Facility Improvement Program
Folsom State Prison - Folsom, CA
AB 900 Project Authorization

## Sub-project #5: Health Records Renovation

The existing health records area will be designed and renovated. The purpose of the renovation is to upgrade the health records space to support the migration to and implementation of eUHR systems. This sub-project will address deficiencies found in achieving Health Records Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

### Existing Condition:

The existing health records suite is not configured or equipped with adequate power or data connectivity to support the implementation and proper management of eUHR. The eUHR system requires scanning stations, file preparation areas, and data connections, which the existing health records area lacks. (Refer to Attachment B.3 - Photographs, Figures B.3.22 – B.3.24)  [Deficiencies noted to achieve Health Records Component Objective 1].

### Sub-project Description:

This sub-project will renovate and expand the existing health records area on the third floor of the Administration Building into the adjacent office area in use by the Captain and the Captain's Office Technician who will be relocated into the vacated Pharmacy (Sub-project #3) to optimize the space and reorganize for eUHR. Existing active file shelving will be removed. The space will be reconfigured for staff workstations, scanning stations, copy/work area, and spaces for the two Health Record Technician IIs, the Health Record Technicians, and Office Technicians. All workstations will be retrofitted with new phone, data and electrical service in order to provide the necessary staff support for a more efficient records management.  The health records work area will be upgraded with additional power capability and data connections to support implementation of the eUHR system.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

### Justification:

Renovation and expansion of health records is necessary to achieve Health Records Component Objective 1. This sub-project will expand health records and reconfigure the space to eliminate the hard copy file storage and provide space to accommodate workstations for processing of loose scanned documents, a sorting and preparation areas, scanning and indexing stations, and a records review area. These spaces are required to support the implementation of eUHR which will improve operational efficiency. The addition of data connectivity and power upgrades will provide the infrastructure for implementing eUHR.  Clinicians need timely access to accurate and current inmate-patient records, and the implementation of eUHRs will provide direct access in the clinics electronically.

## Sub-project #6: Utility Improvements

This project includes upgrading the electrical utility services at the institution to support the construction. The existing main electrical service at FSP are at capacity.

Health Care Facility Improvement Program
Folsom State Prison - Folsom, CA
AB 900 Project Authorization

*Existing Condition:*

The institution's electrical power is supplied by Sacramento Municipal Utility District (SMUD) from an underground feeder to a KVA substation located within the prison property boundaries. Power to FSP is provided by a 69 kilovolts (kV), 12kV transformer supplied by the SMUD. The main electrical service currently serves both the Prison Industry Authority (PIA) and FSP. Both facilities operating off of the same 12kVswitchgear has created random outages to both facilities. The main electrical service has limited capacity to serve the site presently and will not be able to serve the new buildings.

*Sub-project Description:*

An upgrade to the existing main electrical system is necessary in order to serve the new, expanded, and renovated construction areas of this project. It will be further assessed in design and coordinated with SMUD to provide the required power. Incoming electrical service is to be upgraded at the substation with transformers to increase capacity. This will include providing the associated substation equipment, transformer, switchgear, and distribution cables as required for the new buildings. Utility lines will be extended where needed to serve the new buildings.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The electrical upgrades are needed in order to provide utility services to the project. With FSP's electrical service system nearing capacity, additional electrical power and emergency power must be provided to support the operation of the new buildings.

The FSP project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP.

# EXHIBIT

# C



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California State Prison, Los Angeles County

**Lancaster, CA**

**February 2013**

**AB 900 Project Authorization**

**For:**    **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**    **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

    1. Scope

The California State Prison, Los Angeles County (LAC) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The proposed project is located at LAC in the City of Lancaster, Los Angeles County, California. The project will support LAC's operation as an Intermediate institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Intermediate' institutions will have the capability of providing specialized medical services and consultation including those which utilize advanced technologies such as cardiology for inmate-patients with chronic illnesses.

LAC is one of eleven existing institutions designated as an Intermediate institution based on an institution's ability to recruit and retain clinicians and its access to medical specialists and community medical centers of care. LAC's mission currently comprises Custody Levels I and IV adult male inmate populations.

The purpose of the health care facility improvements at LAC is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for Intermediate institutions. LAC has deficiencies in medication distribution, primary care, specialty care, Administrative Segregation Unit (ASU) clinic, health care administration, health records, and appropriate accommodation for Disability Placement Program (DPP) inmates.

The following improvements comprise the Intermediate health care facility improvement project at LAC:

| | |
|---|---|
| Sub-project #1: | New ASU Primary Care Clinic |
| Sub-project #2: | New Complex Primary Care Clinic (Facilities A and B) |
| Sub-project #3: | New Complex Primary Care Clinic (Facilities C and D) |
| Sub-project #4: | Medication Distribution Rooms (New and Renovation) |
| Sub-project #5: | New Health Care Administration and Health Records Building |
| Sub-project #6: | Central Health Services Renovation |
| Sub-project #7 : | Disability Placement Program (DPP) Accessibility Improvements |

Refer to Section A.1 - Scope, and B - Attachments for more detailed information.

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

## A.  PROJECT OVERVIEW

### Section A.1      Scope

The following project will make facility improvements necessary to delivery an Intermediate level of health care to the inmate-patients at LAC.  In December 2008 a health care facility assessment was performed at LAC to identify and document the existing conditions.  In April 2012, LAC was re-visited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned LAC population defined in the Future of California Corrections Blueprint.  The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 - Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at LAC in the following seven health care components and their related objectives:

- Medication Distribution
- Primary Care
- Specialty Care
- Administrative Segregation Unit (ASU) Clinic
- Health Care Administration
- Health Records
- Accessibility Housing Modifications and Upgrades

This project contains seven sub-projects that have been developed to remedy the health care deficiencies identified at LAC.  The improvements described below will enable LAC to operate at an Intermediate level of care, supporting the CDCR health care system.

The LAC project includes the following sub-projects:

#### Sub-project #1 - New ASU Primary Care Clinic

A new primary care clinic will be designed and constructed for ASU inmate-patients housed in units A4, D5, and in the stand-alone ASU housing unit.  The purpose of this new clinic is to provide separate clinical treatment space to provide primary care treatment and consultation consistent with the delivery of an Intermediate level of care for the large secure lock-up ASU population at LAC. This sub-project will address deficiencies found in achieving ASU Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

#### *Existing Condition:*

The LAC ASU population is 300 at Design Capacity (DC).  To receive their primary health care, inmate-patients housed in Units A4 and D5 are either escorted to the General Population (GP) clinics at Facility A and D, or they are treated in converted exam rooms located in each of their housing units.  These converted rooms lack sinks and data connectivity for providers to access and document

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

electronic Unit Health Records (eUHR). ASU inmate-patients housed in the stand-alone ASU housing unit, receive their primary health care in a 65 square foot exam room within the housing unit. These exam rooms in the housing units are shared for both physician and nurse lines and also serve as a medication preparation room. The existing housing unit exam rooms are not properly sized nor equipped to provide comprehensive primary health care services for the ASU inmate-patients. (Refer to Attachment B.3 - Photographs, Figures B.3.1 and B.3.2).

Additionally, there are no dental facilities at the existing ASU housing units. All ASU inmate-patients are escorted to the Central Health Services Building for dental care and services. The escorting of ASU inmate-patients to the Facility GP clinics and Central Health Services requires lengthy escorting and increases security risks for both staff and other inmates as well as disrupting health care services to the GP inmate-patients.

*Sub-project Description:*

A New ASU Primary Care Clinic will be designed and constructed adjacent to housing unit D5 to serve the ASU inmate-patient population housed in units A4, D5, and in the stand-alone ASU housing unit. It will include two primary care exam rooms, one dental operatory, and two non-contact mental health interview rooms. The clinic will also include a Licensed Vocational Nurse (LVN) and Office Technician shared workstation and clinic support spaces. The exam rooms will have hand sinks and will be sized to meet the treatment and equipment needs in an appropriate clinical environment. Each treatment room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New ASU Primary Care Clinic for ASU inmate-patients is necessary to achieve ASU Clinic Objective 1. This building will facilitate access to medical and dental services for inmate-patients confined to ASU housing and provide mental health consultation and evaluation. A dedicated primary care clinic for LAC's 300 ASU inmates will minimize custody staff's need to escort ASU inmate-patients into the GP clinic space, reducing disruptions of medical services in the GP clinic and the Central Health Services Building.

In order to facilitate inmate-patient health care access and to support medical and dental services in a full continuum of health care for the ASU population, a designated primary care clinic is required. [Deficiencies noted to achieve ASU Clinic objective 1.]

## Sub-project #2 - New Complex Primary Care Clinic (Facilities A and B)

A new primary care clinic will be designed and constructed for inmate-patients housed in Facilities A and B. The purpose of this new clinic is to provide a centralized clinic that provides primary care treatment and consultation consistent with the delivery of an Intermediate level of care. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 of the health care delivery system (Program Overview, Section D. Approach).

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

_Existing Condition:_

Currently, inmate-patients housed at Facility A, DC of 400, and Facility B, DC of 500, receive their primary care at each respective facility clinic. Each of the existing facility clinics include two 100 square foot exam rooms. Each clinic also includes dental treatment rooms. Due to the lack of space, the nurse workstation is used for passing medications. The clinics do not have soiled and clean utility rooms, compromising infection control. There is limited inmate-patient waiting, clinic storage, and staff support spaces. Due to the lack of space, staff and providers work in corridors alongside gurneys, crates, and supplies. These conditions cause congestion in the corridors, raising security concerns and compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA), due to non-confidential procedures occurring in the corridors. (Refer to Attachment B.3 - Photographs, Figures B.3.3 and B.3.4). In addition, existing clinics lack data connectivity for providers to access the eUHR and restricts telemedicine capability. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

_Sub-project Description:_

A New Complex Primary Care Clinic will be designed and constructed to serve the inmate-patients housed in Facilities A and B with primary care services. The new clinic will be based on a "complex clinic model" which is designed to provide clinic separation within a single building to serve two different facilities. The New Complex Primary Care Clinic will include a total of eight primary care exam rooms and two multi-purpose exam rooms. It will have separate building entrances, waiting areas, primary care exam rooms, and a combined staff support area in the center of the two clinics for optimizing mutual use by the separate clinical teams and their staff. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will be sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system.

The clinic will also include an LVN and Office Technician shared workstation and an office for the Supervising Registered Nurse (SRN) II. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

_Justification:_

A New Complex Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4. The existing Facility A and B clinics are not large enough to accommodate the number of exam rooms needed to serve LAC's Facility A and B inmate-patient populations at an Intermediate level of care. The new clinic will provide the exam room space needed for confidential clinic procedures and discussions regarding inmate-patient health and treatment, and will include clinic support space such as clean and soiled utility rooms. In addition, the new clinic will provide data connectivity for provider access to eUHR and telemedicine.

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

The number of primary care exam rooms required for an Intermediate level of care at LAC is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in The Future of California Corrections Blueprint. To support the use of the 'Primary Care Model' a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations).

Facility A = DC of 400 Inmates
Total exam rooms (Facility A):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room

Facility B = DC of 500 Inmates
Total exam rooms (Facility B):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room

The current Facility A and B clinics include two existing exam rooms each. The existing clinic cannot accommodate the additional exam rooms and multi-use exam room, as well as the necessary clinical support spaces. [Deficiencies noted to meet Primary Care Objectives 1, 2, and 3.]

**Sub-project #3 - New Complex Primary Care Clinic (Facilities C and D)**

A new primary care clinic will be designed and constructed for inmate-patients housed in Facilities C and D. The purpose of this new clinic is to provide a centralized clinic that provides primary care treatment and consultation consistent with the delivery of an Intermediate level of care. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility C, DC of 500, and Facility D, DC of 400, receive their primary care at the respective facility clinic. Each of the existing facility clinics includes two 100 square foot exam rooms. Each clinic also includes dental treatment rooms. Due to a lack of space, the nurse workstation is used for passing medications. The clinics do not have soiled and clean utility rooms, compromising infection control. There is limited inmate-patient waiting, clinic storage, and staff support spaces. Due to the lack of space, staff and providers work in corridors alongside gurneys, crates, and supplies. These conditions cause congestion in the corridors, raising security concerns and compromising compliance with HIPAA, due to non-confidential procedures occurring in the corridors. (Refer to Attachment B.3 - Photographs, Figures B.3.5 through B.3.7). In addition, the existing clinics lack data connectivity for providers to access the eUHR and restricts telemedicine capability. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

*Sub-project Description:*

A New Complex Primary Care Clinic will be designed and constructed to serve the inmate-patients housed in Facilities C and D with primary care services. The new clinic will be based on a "complex

clinic model" which is designed to provide clinic separation within a single building to serve two different facilities. The New Complex Primary Care Clinic will include a total of eight primary care exam rooms and two multi-purpose exam rooms. It will have separate building entrances, waiting areas, primary care exam rooms, and a combined staff support area in the center of the two clinics for optimizing mutual use by the separate clinical teams and their staff. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will be sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system.

The clinic will also include an LVN and Office Technician shared workstation and an office for the SRN II. Clinic support spaces include clean and soiled utility rooms and clinical support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Complex Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4. The existing Facility C and D clinics are not large enough to accommodate the number of exam rooms needed to serve LAC's Facility C and D inmate-patient populations at an Intermediate level of care. The new clinic will provide the exam room space needed for confidential clinic procedures and discussions regarding inmate-patient health and treatment, and will include clinic support space such as clean and soiled utility rooms. In addition, the new clinic will provide data connectivity for provider access to eUHR and telemedicine.

The number of primary care exam rooms required for an Intermediate level of care at LAC is calculated based on the institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in The Future of California Corrections Blueprint. To support the use of the 'Primary Care Model' a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for both Basic and Intermediate levels of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for an Intermediate institution. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations).

Facility C = DC of 500 Inmates
Total exam rooms (Facility C):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room

Facility D = DC of 400 Inmates
Total exam rooms (Facility D):          4 exam rooms (1 panel + 1 additional exam room)
                                        1 Multi-use exam room

The current Facility C and D clinics include two existing exam rooms each. The existing clinics cannot accommodate the additional exam rooms and multi-use exam room, as well as the necessary clinical support spaces. [Deficiencies noted to meet Primary Care Objectives 1, 2, and 3.]

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

**Sub-project #4 - Medication Distribution Rooms (New and Renovation)**

Medication Distribution Rooms will be reconfigured and renovated at Facilities A, B, C, and D.  New Medication Distribution Rooms will be constructed to serve inmate-patients housed at LAC's EOP housing units D1 and D2.  The purpose of these Medication Distribution Rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, medications are distributed to inmate-patients at Facilities A, B, C, and D through a single medication distribution window at each of the facility clinics' LVN and Office Technician shared workstation (Refer to Attachment B.3 - Photographs, Figures B.3.8 and B.3.9).  EOP inmate-patients receive their medications, through a small distribution line within of the housing unit (Refer to Attachment B.3 - Photographs, Figure B.3.10).  Currently, inmate-patients are passed injections through a window on the yard and there is no place for the nurse to administer an injection. There are typically three medication distribution periods over the course of each day, but due to the high volume at Facility C they are being distributed all day.

The existing LVN and Office Technician shared workstations are not large enough to accommodate the number of windows and counter space needed to effectively serve the populations receiving medications at these facilities within a timely manner.  The distribution windows are too high and have accessibility barriers that prohibit use by disabled inmate-patients.  [Deficiencies noted to achieve Medication Distribution Objectives 1 and 2.]

*Sub-project Description:*

Existing LVN and Office Technician shared workstations at the Facilities A, B, C, and D primary care clinics will be renovated and expanded as Medication Distribution Rooms to provide sufficient medication distribution windows and secured medication distribution space to serve the inmate-patient populations housed in these facilities. Additionally, one of the previously utilized clinic exam rooms will remain for use by nursing in administering injections.   New medication distribution rooms will be designed and constructed at EOP housing units D1 and D2 to provide medication distribution windows, a secure area for administering injections, and secure medication distribution space to serve the EOP inmate-patient population housed in these units.

Each of the renovated Medication Distribution Rooms at Facilities A, B, C, and D will include one medication storage room, and four medication distribution windows at Facilities A, B, and C, and two medication distribution windows at Facility D.  Each of the Medication Distribution Rooms will include one additional window for distributing injections and use of an existing exam room for nurse administration of injections.  The Medication Distribution Room at the EOP housing units will include an injection room.  All of the Medication Distribution Rooms will be of hardened construction to provide secure medication storage, and will include sinks and countertops, drinking fountains, and data connectivity to gain access to the Medication Administration Record System.

Case 2:90-cv-00520-KJM-SCR     Document 5026-1     Filed 01/28/14     Page 54 of 219

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The new and renovated Medication Distribution Rooms are necessary to achieve Medication Distribution Objectives 1 and 2. The Medication Distribution Rooms will provide safe and secure spaces for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows at each of the four facilities and the EOP housing units. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided.

The most efficient and secure method of medication administration and distribution to GP inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In early September 2012, the average number of inmate-patients at Facility A receiving medications was 188 and at Facility B was 259. When the ASU population currently housed in A5 moves to D5 in accordance with the Blueprint, it is expected that the volume of medications at Facility A will increase above the current level due to the increase in GP inmate-patients going to medication lines. With the anticipated increase at Facility A the volumes of inmate-patients receiving medications require that four windows be provided at both Facility A and B.

During the same period, the average number of inmate-patients receiving medications at Facility C was 427. This high volume of inmate-patients receiving medications requires that seven windows be provided at Facility C. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a Facility. The maximum of four windows will be provided at Facility C and CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications (Refer to Program Overview, Appendix F.6). At Facility D, the average number of GP inmate-patients receiving medications by pill line was 75. Based on this volume, two medication distributions windows will be provided at Facility D.

At the EOP housing units D1 and D2, an average of 137 and 152 EOP inmate-patients received medications respectively, requiring three medication distribution windows each. Due to space constraints, only two windows will be provided at each housing unit. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications. [Deficiencies noted to meet Medication Distribution Component Objective 1].

## Sub-project #5 - New Health Care Administration and Health Records Building

A New Health Care Administration and Health Records building will be designed and constructed for health care administrators and health records staff. The purpose of this New Health Care Administration and Health Records Building is to provide space for administrative staff being displaced from the Central Health Services Building to accommodate more clinical space. This sub-project will address deficiencies found in achieving Health Care Administration Component Objective 1 and Health Records Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

*Existing Condition:*

Currently, many of LAC's health care administrative staff are located in the Central Health Services Building. This administration area could better be used for clinic space, as there is a need for appropriately sized specialty exam rooms and clinician support space. [Deficiencies noted to achieve Health Care Administration Objective 1.]

The existing health records is also located within the Central Health Services Building. Besides occupying a significant amount of space in the building that could be used for clinical purposes, the health records area is not configured or equipped with adequate power or data connectivity to support the implementation of the eUHR system. The eUHR system requires scanning stations, file preparation areas, and data connections, which the existing health records area lacks. [Deficiencies noted to achieve Health Records Component Objective 1.]

*Sub-project Description:*

The New Health Care Administration and Health Records Building will be designed and constructed to accommodate health care administration staff, staff support spaces, and health records displaced from the Central Health Services Building (Sub-project #6). The new health records area will be equipped with power and data connections to support implementation of the eUHR system. It will include space for file preparation, scanning stations, limited records storage, and offices for health records staff.

The new building will include staff offices for the following positions: Chief Executive Officer, Chief Physician and Surgeon, Chief of Mental Health, Chief Psychiatrist, Correctional Health Services Administrator II, Supervising Dentist, Health Program Manager III, Medical Secretary, and two Health Records Technician IIs. Staff support areas include a conference room, a copy/workroom, and a breakroom.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Relocating health care administration staff and health records is necessary to achieve Health Care Administration Objective 1 and Health Records Objective 1. This sub-project will relocate health care administration and health records out of the existing Central Health Services Building to allow the expansion of clinical space for specialty services. Clinicians need timely access to accurate and current inmate-patient records and the implementation of the eUHR system will provide their direct access in the clinics electronically.

## Sub-project #6 - Central Health Services Renovation

The existing Central Health Services Building will be reconfigured and renovated to serve LAC's entire inmate-patient population with specialty clinic services. The purpose of this sub-project is to provide on-site specialty treatment and consultation consistent with the delivery of an Intermediate level of care. This sub-project will address deficiencies found in achieving Specialty Care Component Objectives 1, 2, 3, 4, and 5 of the health care delivery system (Program Overview, Section D. Approach).

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

_Existing Condition:_

The existing Central Health Services Building at LAC includes a Triage and Treatment Area, a Correctional Treatment Center, specialty clinics, pharmacy, radiology suite, health records, and health care administration staff.   The existing dedicated specialty exam rooms include two telemedicine exam rooms, an ophthalmology/optometry exam room, a 100 SF physical therapy room, and a public health exam room.  There is also one shared specialty exam room for other on-site specialties.  There are not enough shared exam rooms to accommodate rotating specialty clinics, and the existing dedicated exam rooms are undersized.   There is no dedicated room for optical services.  The shortage of appropriately sized and equipped exam rooms and clinical support space has impacted LAC's ability to provide proper and timely specialty care.  As a result, often inmate-patients are transported off-site for specialty treatment that otherwise could be provided on-site if enough appropriate exam space was available.   Transporting inmate-patients off-site adds to the cost of treatment and compromises security.   The Central Health Services Building does not have enough space to accommodate optical services, an adequately sized physical therapy room, the SRN II, soiled and clean utility rooms, nor a provider workroom for charting and reviewing inmate records.  (Refer to Attachment B.3 - Photographs, B.3.11 and B.3.12.)

_Sub-project Description:_

The existing Central Health Services Building will be reconfigured and renovated to provide appropriately sized exam rooms for physical therapy, ophthalmology/optometry, telemedicine, and optical services.  Three other shared specialty exam rooms will be provided for use on a scheduled rotational basis.  All of the exam rooms will have sinks and will be sized to meet treatment and equipment needs in an appropriate clinical environment.  Each exam room will be sized per CDCR Space Standards (Program Overview, Section D) and equipped with data lines for telemedicine services and access to the eUHR system.

The specialty care clinic will include a total of seven exam rooms as listed below:

(3) Specialty Exam Rooms (shared)
(1) Telemedicine Specialty Room (shared)
(1) Optometry/Ophthalmology
(1) Optical Services
(1) Physical Therapy

The clinic will also include an LVN and Office Technician shared workstation and an office for the SRN II.  Clinic support spaces include soiled and clean utility rooms and clinical support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

_Justification:_

Renovating the Central Health Services Building is necessary to achieve Specialty Care Objectives 1, 2, 3, 4, and 5.  The existing specialties clinic in the Central Health Services Building is inappropriate for a clinical environment.  The exam rooms are undersized, there is a shortage of shared specialty exam rooms, and there is insufficient space for clinical support such as clean and soiled utility rooms and equipment storage.   This sub-project will expand the existing specialties clinic to provide an

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

adequate number of appropriately sized and equipped shared and dedicated exam rooms to accommodate the number and types of specialties needed to provide an Intermediate level of care. It will also include staff support space to allow providers to chart inmate-patient information, and storage space for equipment and supplies. Data connectivity in the new specialty clinics will allow LAC to provide specialty services by off-site providers through the use of on-site telemedicine, minimizing on-going operational costs for off-site transportation to community health care centers.

LAC's DC of 2,300 at an Intermediate level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for four shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The new specialty clinic will additionally provide dedicated treatment space for optometry/ophthalmology, optical Services, and physical therapy due to the space needs for specialty equipment required by these medical specialties.

### Sub-project #7 – Disability Placement Program Accessibility Improvements

A portion of the existing inmate housing will be designed and renovated to provide accessibility accommodation for inmates with disabilities. The sub-project will also include the construction of accessibility improvements to inmate program and service areas, site areas, and paths-of-travel in accordance with the 2010 Americans with Disability Act (ADA) Standards for Accessible Design and the California Building Code (CBC), Title 24, and Title 22. These accessibility improvements are necessary for LAC to permanently house inmates with disabilities that require an Intermediate level of medical care. It is a goal of the CDCR that LAC be designated as a DPP institution to meet the Level IV Intermediate DPP capacity needs statewide. This sub-project will address deficiencies in achieving Accessibility Housing Modifications and Upgrades Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, LAC, Facility B has 10 DPP designated beds. None of the other Facilities at LAC (A, C, or D) have accessible housing units, program and service areas, yards, or paths-of-travel. Many areas within the institution have non-compliant walking surfaces, door thresholds, and pavement transitions. Toilet fixtures in the housing units, education and program areas, on the yard, and within the gyms are not accessible and do not have the necessary floor clearances. Yard equipment and recreation areas need to be made accessible by providing accessible path-of-travel surfaces to the equipment and areas. (Refer to Section B.3 - Photographs, Figures B.3.13 - B.3.24). [Deficiencies noted to achieve Accessibility Housing Modifications and Upgrades Objective 1.]

*Sub-project Description*

This sub-project includes improvements to provide accommodation for inmates with disabilities. Housing, program and service areas, and site area improvements will be designed and constructed/renovated at various areas of the institution, including associated paths-of-travel.

Health Care Facility Improvement Program
California State Prison, Los Angeles County, Lancaster, CA
AB 900 Project Authorization

*Justification:*

Accessibility improvements are necessary to allow additional Level IV Intermediate inmates with disabilities to be permanently housed at LAC and to achieve Accessibility Housing Modifications & Upgrades Objective 1. There are currently limited DPP housing at LAC (10-GP), RJD (6-SNY), and SAC (4-PSU) for Level IV inmates with disabilities requiring an Intermediate level of medical care services. In order to provide accommodation to this inmate-patient population, LAC must be further upgraded for accessibility requirements to provide accommodation to Intermediate inmates with disabilities. CDCR completed a preliminary ADA accessibility review to determine code specific and required court-mandated modifications for DPP at LAC. This review found a limited number of accessible housing units, all on one yard - Facility B, at LAC as well as limited access to program and service areas, yards or paths-of-travel.


The LAC project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# D



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Deuel Vocational Institution

**Tracy, CA**


**April 2013**

**AB 900 Project Authorization**



**For:**     **State of California**
**Department of Corrections and Rehabilitation**



**Prepared by:**     **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
Deuel Vocational Institution - Tracy, CA
AB 900 Project Authorization

___

I.  **EXECUTIVE SUMMARY**

A.  **PROJECT OVERVIEW**

1.  Scope

The Deuel Vocational Institution (DVI) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at DVI in San Joaquin County, California.  The project will support DVI's operation as a Reception Center institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Reception Center" institutions receive incoming inmates from the counties, requiring them to provide both Basic and Intermediate levels of care to their inmate-patient population until they are classified and transferred to the appropriate institution.

DVI is one of four existing institutions designated within HCFIP as having a Reception Center Level of Care. DVI's mission currently is comprised of adult male Reception Center (RC) and General Population (GP) Custody Levels I and II inmate populations.

The purpose of the health care facility improvements at DVI is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Reception Center institution.  DVI has deficiencies in primary care, specialty care, laboratory, pharmacy, Administrative Segregation Unit (ASU) clinic, Minimum Support Facility (MSF) clinic, and Reception Center health care intake screening.

The following improvements comprise the Reception Center health care facility improvement project at DVI:

| | |
|---|---|
| Sub-project #1: | Primary Care Clinic Renovation and Pharmacy Addition |
| Sub-project #2: | K-Wing ASU Primary Care Clinic Renovation |
| Sub-project #3: | B-Wing Specialties and TTA Renovation |
| Sub-project #4: | Reception Center Health Care Processing Addition |
| Sub-project #5: | New MSF Primary Care Clinic |
| Sub-project #6: | Infrastructure Upgrades |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

___

Health Care Facility Improvement Program
Deuel Vocational Institution - Tracy, CA
AB 900 Project Authorization

## A. PROJECT OVERVIEW

### Section A.1    Scope

The following project will make facility improvements necessary to deliver a Reception Center level of health care to the inmate-patients at DVI. In February 2009, a health care facility assessment was performed at DVI to identify and document the existing conditions. In October 2012, DVI was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned DVI population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS. Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient. Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at DVI in the following seven health care components and their related objectives:

- Primary Care
- Specialty Care
- Minimum Support Facility (MSF) Clinic
- Administrative Segregation Unit (ASU) Clinic
- Pharmacy
- Laboratory
- Reception Center Health Care Intake Screening

This project contains five sub-projects that have been developed to remedy the health care deficiencies identified at DVI. A sixth sub-project is also required to upgrade the infrastructure to serve the renovated and new buildings. The improvements described below will enable DVI to operate at a Reception Center level of care, supporting the CDCR health care system.

The DVI project includes the following sub-projects:

### Sub-project #1 – Primary Care Clinic Renovation and Addition

The RC Medical Facility will be reconfigured and renovated to provide primary health care treatment and consultation at DVI consistent with the delivery of a Basic level of care. The renovation will include appropriate medical exam spaces, a lab draw alcove to increase access to these services and reduce their occurrence in the housing units and the escorting to the Central Health Services central lab draw area, and physical therapy space. In addition, other spaces for mental health office and treatment, medication distribution, and clinic support are reconfigured within the medical building. A new pharmacy addition will be designed and constructed adjacent to the RC Medical Facility building. The purpose of this addition is to provide the space needed to meet the pharmaceutical needs of DVI providing available space within B-Wing, Central Health Services Building for direct inmate-patient services and care. This sub-project will address deficiencies found in achieving Primary Care

Component Objectives 1, 2, 3, and 4, Laboratory Component Objective 2, and Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

DVI houses 1,067 GP inmates at Design Capacity (DC) within Wings C, D, E, F, G, H, J, and L. These inmate-patients receive their primary care in the RC Medical/former Receiving and Release (R&R) Building on the west side of DVI. Due to limited space in the current R&R Building, RC intake health care screenings compete for limited exam rooms within the primary care clinic with RC and GP primary care. The clinic includes six exam rooms and three small nurse sick call rooms. There is no designated space for the Licensed Vocational Nurses (LVN) and Office Technicians. They perform their work and take patient histories and vitals in the open area of the clinic adjacent where inmates wait outside exam rooms for either screenings or scheduled exams (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). A lab draw area with two phlebotomy chairs has been set up in the clinic corridor to collect and process lab specimens as part of the RC intake screening process. Some lab draw and specimen collection for GP inmate-patients occurs in the housing units due to the volume of the RC screening activities and lack of adequate space (Refer to Section B.3 - Photographs, Figure B.3.3). There is limited inmate-patient waiting to support both RC and GP inmate-patient populations. A small number of inmate-patients can wait within the clinic, with the remaining inmate-patients waiting outdoors in exterior holding yards. These yards lack seating and proper protection from the weather (Refer to Section B.3 - Photographs, Figures B.3.6 and B.3.7). Mental Health offices and group rooms are included in the RC Medical Facility as well as a small dental clinic. The mental health offices are located between two medical clinic areas, causing separation of the clinical team and inefficiencies in delivering a continuum of health care services. Medical staff are using undersized rooms for examination and treatment, some of which do not have hand sinks, ceilings or doors (Refer to Section B.3 - Photographs, Figures B.3.4 and B.3.5). The existing clinics lack data connectivity for providers to access and document electronic Unit Health Records (eUHR) and restrict telemedicine capability. There is a shortage of space for storage and infection control management in these clinics so equipment and hazardous materials are placed in staff restroom or other unsuitable areas. These conditions cause congestion in and outside the exam rooms, raising security concerns, and compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) due to the lack of confidentiality. [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

The former R&R area includes physical therapy, staff offices, and an area where medication is prepared in carts for distribution to the ASU inmate-patients in K-Wing. The physical therapy space is less than 200 square feet and insufficient to accommodate the necessary physical therapy equipment and services (Refer to Section B.3 - Photographs, Figure B.3.8).

The existing pharmacy is located in B-Wing, Central Health Services Building. It is occupying space needed for the expansion of the Triage and Treatment Area (TTA) in the Central Health Services Building that can best be utilized for emergency and specialty clinical services. The pharmacy does not require direct inmate-patient access, and can be relocated out of the Central Health Services Building. [Deficiencies noted to achieve Pharmacy Component Objective 1.]

*Sub-project Description:*

A renovated primary care clinic will be designed and constructed within the existing building to provide primary care services for the GP inmate-patients housed at DVI. The primary care clinic will include a total of six primary care exam rooms, a lab draw alcove, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared work station, the office for the Chief Physician and Surgeon, and clinic support spaces including clean and soiled utility rooms.

In order to support the reorganization and renovation of the clinic, the adjacent mental health offices will be relocated to the south end of the clinic and into one of the areas where two of the six existing exam rooms are located.

The new pharmacy addition will be designed and constructed adjacent the former R&R Building with direct access to the interior perimeter road for receipt of medications from central fill and in close proximity to the medication distribution rooms located within the housing wings. It will include a shipping, receiving, and manifesting area, an order entry area, an authorization/verification area, a dual filling station, a narcotic station, a service vestibule, and a Pharmacist office.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation of the RC Medical Facility for a primary care clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing clinic is separated into two areas and needs to be reorganized and renovated to accommodate appropriately sized exam rooms and clinic support space needed to serve DVI's inmate-patient population at a Basic level of care. The existing shortage of clinic space requires primary care providers and nursing staff to conduct clinical tasks in the open clinic areas and undersized exam rooms without ceilings or doors. This inappropriate clinical environment lacks privacy and patient-provider confidentiality, compromising compliance with HIPAA. The new clinic will have enclosed primary care exam rooms and designated inmate-patient waiting areas to provide inmate-patient privacy and confidentiality. Inmate-patients currently wait outside in exterior yards exposing them to weather elements. Lab draws are conducted most times at inmate housing units without proper sanitation facilities or equipment.

The number of primary care exam rooms required for a Basic level of care for DVI's GP inmate-patient population is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

<u>Wings C, D, E, F, G, H, J, and L = DC of 1,067</u>:

Total exam rooms:                          6 exam rooms (2 panels)

Although the existing clinic has 6 exam rooms currently, many of them do not have ceilings or doors and the clinic does not have sufficient nursing space and clinical support areas required of an appropriate clinical environment and necessary to ensure HIPAA is complied with and infection control practices are able to be implemented.

An appropriately sized physical therapy space that can accommodate the necessary equipment and treatment will be created by renovating the unused former R&R holding areas.  This area will also be renovated to provide inmate holding as well as sufficient staff restrooms to support number of staff working in this building.

The pharmacy component of this project will allow the existing pharmacy space to be vacated from B-Wing, Central Health Services Building and utilized for the TTA and specialty clinical services.  The existing pharmacy is undersized. The new pharmacy will be configured for proper workflow and operational protocols consistent with the central fill model.  The pharmacist in charge will be provided with an office within the pharmacy.  The pharmacy will have adequate work space for ordering, receiving, manifesting, storing, verifying, and dispensing medications as required by the new central fill model. Locating the pharmacy with direct access to the inner perimeter road and in close proximity to the primary care clinic and housing unit medication distribution rooms, will allow effective pharmaceutical management of post-central fill medication processing and medication administration for the entire institution.

**<u>Sub-project #2 – K-Wing ASU Primary Care Clinic Renovation</u>**

K-Wing support space will be reconfigured and renovated adjacent to the housing unit tiers for ASU inmate-patients housed in K-Wing.  The purpose of this clinic is to provide separate clinical treatment space to provide primary care treatment and consultation consistent with the delivery of a Reception Center and Basic levels of care for the secure lock-up ASU population at DVI.  This sub-project will address deficiencies found in achieving ASU Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*<u>Existing Condition</u>*:

The DVI ASU population in K-Wing is 143 at DC.  ASU inmate-patients may receive their primary health care in either a small room on the 3rd floor of K-Wing, in a room off of L-Wing additionally occupied and shared by dental and mental health, or within the Central Health Services Building (B-Wing).  These converted small satellite spaces lack running water and share space with other functions, causing confidentiality issues.  The K-Wing space located on the 3rd floor is inaccessible to inmates with disabilities which restricts access to care for this population subset.  These converted rooms also lack data connectivity for providers to access and document eUHR.  (Refer to Attachment B.3 - Photographs, Figures B.3.9 and B.3.10).

*<u>Sub-project Description</u>*:

The existing support area and ASU property storage room in K-Wing will be reconfigured and renovated to serve the ASU inmate-patient population at DVI.  It will include two primary care exam rooms, an LVN and Office Technician shared workstation, and clinic support spaces.  The exam rooms will have hand sinks and will be sized to meet the treatment and equipment needs in an appropriate

clinical environment. Each treatment room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic renovation will continue to provide space for the storage of ASU property.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The reconfiguration and renovation of K-Wing for ASU inmate-patients is necessary to achieve ASU Clinic Objective 1. This renovated space will facilitate access to medical services for inmate-patients and allow space in L-Wing to be designated for ASU dental services. A dedicated primary care clinic for DVI's ASU inmates will minimize custody staff's need to escort ASU inmate-patients into the GP clinic space, reducing disruptions of medical services in the GP clinic and the Central Health Services Building. Locating the medical exam space on the ground level of K-Wing additionally accommodates ASU inmates with disabilities.

In order to facilitate inmate-patient health care access and to support confidential medical and dental services, designated primary care clinical space is required. [Deficiencies noted to achieve ASU Clinic objective 1.]

## Sub-project #3 – B-Wing Specialties and TTA Renovation

The existing B-Wing, Central Health Services Building will be reconfigured and renovated. The purpose of the renovation is to provide appropriate clinical space to accommodate a TTA for emergency services and specialty clinical services for the entire DVI inmate-patient population, primary care for the RC inmate-patient population, and laboratory space. This sub-project will address deficiencies in meeting Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 3 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The first floor of B-Wing at DVI includes specialty care services, GP primary care services, a TTA for emergency services, a laboratory, a pharmacy, radiology services, and a dental clinic. The existing specialty clinic area lacks soiled and clean utility rooms, clinical nursing support space, an appropriately sized TTA, equipment storage, and adequate inmate-patient waiting. (Refer to Section B.3 - Photographs, Figures B.3.11 through B.3.18). [Deficiencies noted to achieve Specialty Care Objectives 1, 2, 3, 4, and 5.]

The existing TTA consists of one room with two gurneys where both trauma and standard treatment is performed. The space is too small to accommodate the two inmate-patients at the same time while providing proper separation and confidentiality with the space. Additionally, in order to move an inmate-patient from the TTA to an ambulance or out-to-medical transport, medical staff must either carry the inmate-patient down steep stairs or take him through a mechanically unreliable elevator then exit through a basement door. The room is undersized, causing the storage of emergency equipment and staff work areas to constrain the treatment space and clearances needed to provide emergency procedures and services. Due to the lack of space, nursing staff are performing administrative work functions in the treatment areas with providers attempting to perform dictation and confidential

consultation in open areas compromising patient privacy. There are no designated areas for inmate-patient waiting or observation within the existing TTA. Gurneys and wheelchairs are stored in the corridor of the Central Health Services Building. [Deficiencies noted to achieve Specialty Care Component Objective 6.]

The laboratory is utilized for laboratory processing. It is occupying space that can best be utilized for emergency and specialty treatment and clinical services. The laboratory does not require direct inmate-patient access and can be relocated from the first floor of B-wing to the second floor in an area vacated by pharmacy data entry staff when the new pharmacy addition is constructed (Sub-project #1). [Deficiencies noted to achieve Laboratory Component Objective 3.]

*Sub-project Description*

The existing B-Wing will be reconfigured and renovated to provide appropriate emergency and specialty care clinical space for the entire DVI inmate-patient population and primary care space for the RC inmate-patient population. Clinical support spaces and soiled and clean utility rooms will be created for emergency, specialty, and primary care services as well as staff clinical support areas.

The specialty care component includes a total of five exam rooms as listed below.

> (2) Specialty Exam Rooms (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Optometry/Ophthalmology
> (1) Optical Services

The TTA will include one standard bay, one trauma bay, and an emergency observation room and have a new ramp at the exterior to allow direct access to emergency ambulance vehicles. Two primary care exam rooms will be provided for the RC inmate-patient population. All of the exam and treatment rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an office for the SRN II, an LVN and Office Technician shared workstation, clinic support spaces, and clean and soiled utility rooms that will be shared by the TTA and the specialty and primary care clinics.

The laboratory will be relocated to the second floor of B-Wing to provide the necessary space for direct inmate-patient clinical services.

*Justification:*

Reconfiguration and renovation of B-Wing, Central Health Services Building is necessary to achieve Specialty Care Objectives 1, 2, 3, 4, 5, and 6, Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Objective 3. This sub-project will provide an appropriately sized TTA. All specialty and primary care exam rooms will have hand sinks for proper infection control. The clinical area will have soiled and clean utility rooms, reducing infection control concerns, and staff and clinical support areas. The addition of data connectivity in the exam and treatment areas will allow DVI to provide specialty services by off-site providers through the use of on-site telemedicine, decreasing on-going operational costs by reducing off-site transportation to community health care centers.

Health Care Facility Improvement Program
Deuel Vocational Institution - Tracy, CA
AB 900 Project Authorization

Specialty Care: DVI's DC of 1,673 at a Reception Center level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for three shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The specialty clinic will additionally provide dedicated exam rooms for optometry/ophthalmology, and optical services due to the space needs for specialty equipment required by these medical specialties.

Primary Care: The number of primary care exam rooms required for a Reception Center level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Reception Center level of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for a Reception Center Level of Care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

East and West Halls = DC of 299:

Total exam rooms:                              3 exam rooms (1 panel)

There was insufficient room in the existing medical facilities (Sub-project #1) for both the GP and RC inmate-patient population. Because the RC is a separate inmate population that does not mix with the general inmate population, including RC exam rooms in the B-Wing renovation supports the operations of DVI and provides the necessary number of exam rooms.

Due to the small RC inmate-patient population, only one provider is required to handle the population, which reduces a typical panel down to one provider room and one nurse sick-call room.

Relocation of the laboratory is necessary to meet Laboratory Objective 3 and provides the necessary space needed for TTA and specialty clinical services.

## Sub-project #4 – Reception Center Health Care Processing Addition

The existing medical space in the R&R will be renovated and expanded to provide an appropriate clinic that can accommodate comprehensive health screening (medical, mental health, and dental) of inmates newly received into the CDCR system. This sub-project will address deficiencies found in achieving Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

### *Existing Condition*:

DVI is a Reception Center facility for the processing of incoming inmates from 22 northern California counties. Currently new inmates arriving at DVI enter through the R&R area, located on the east side of DVI, and are held for initial reception and identification purposes. The existing R&R contains a small medical area consisting of three LVN workstations, one Office Technician, and a lab draw space where the inmate health record process is initiated (Refer to Section B.3 - Photographs, Figures B.3.19 and B.3.20). Multiple inmate-patient histories are taken in these areas leading to confidentiality issues

and creating possible HIPAA concerns. Inmates are then escorted down the long corridor to the west end of DVI to exterior holding tanks to wait for their medical, dental, and mental health screenings in a secondary area. The majority of the intake screening process occurs at RC Medical Facility at the west end of DVI. Within the existing RC Medical Facility, RC and GP primary care compete for the limited exam and support areas. RC processing area for health care is undersized and does not contain sufficient space for the screening processes to occur at the time of inmate intake within the R&R. Overall, there is a lack of appropriate space to perform medical, mental health, and dental screenings with the proper clinical support and inmate holding spaces. [Deficiencies noted to achieve Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1.]

*Sub-project Description:*

To meet Reception Center and Receiving and Release Health Care Intake Screening Objective 1, the existing R&R health care processing area will be reconfigured and expanded. Medical spaces will be provided for the CNA/LVN initial assessment, RN assessment, and provider medical exam rooms together with a lab draw room. Dental spaces will include a fully functional dental operatory to provide screenings and treatment and two panorex rooms. The clinic will also include one mental health screening room. These spaces will be equipped with data connectivity for eUHR and access to the Medication Administration Record System. The health care processing clinic will include offices for Office Technicians, the R&R Nurse, and a medication storage room. Locating the health care processing clinic adjacent the R&R allows the existing holding spaces to be utilized while waiting to be screened by each health care discipline.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A sufficiently sized facility for screening inmates for existing health conditions prior to assigning housing at DVI is necessary to achieve Reception Center and Receiving & Release Health Care Intake Screening Objective 1. The renovated and expanded health care processing and screening area will accommodate comprehensive and timely medical, dental, and mental health exams. Timely and comprehensive evaluations reduce the risk of spreading infectious diseases and TB outbreaks, and improve emergency intervention and treatment when inmates in crisis are admitted to the institution. They also improve the nurse's ability to identify needed medications and minimize the possibility of lapses in dosing and deterioration of health conditions. Data connectivity will provide clinicians access to eUHR and the Medication Administration Record System to efficiently access any existing inmate-patient health and medication records.

The renovated and expanded Reception Center Health Care Processing Addition has been planned to accommodate, on average, the daily intake of 10 inmates. The average daily intake was determined using the approximate 449 inmate operating capacity of East and West Halls and a 60 day processing period from arrival at DVI to endorsement to another facility or institution where they will serve their sentence. The renovation and addition will allow DVI to provide medical, dental, and mental health screenings in one location directly connected to the existing R&R area where custody inmate processing is performed. This will eliminate the need to escort inmates and hold them outside and allow the entire health care processing to take place in one area.

Health Care Facility Improvement Program
Deuel Vocational Institution - Tracy, CA
AB 900 Project Authorization

___

**Sub-project #5 – New MSF Primary Care Clinic**

A new primary care clinic will be designed and constructed for inmate-patients housed at the MSF. The purpose of this sub-project is to provide a localized clinic that can provide primary health care treatment and consultation consistent with the delivery of Basic level of care. The new clinic will also include a medication distribution room. This sub-project will address deficiencies found in achieving Minimum Support Facility Clinic Component Objective 1 and Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at the MSF, DC of 164, receive their primary care from two small rooms inside a modular trailer (Refer to Section B.3 - Photographs, Figures B.3.21 and B.3.22). Neither of the rooms have a hand sink. The total square footage of these treatment spaces is approximately 120 square feet, limiting sufficient work space as well as storage of medical equipment and supplies. There is no secure space for storage of medications and medication distribution must be administered from a cart outside of the clinic. These exam spaces are inappropriate for a clinical environment because they create infection control concerns from the lack of appropriate hand washing facilities and the nurse work area does not provide sufficient work area for an exam table. In addition, the treatment spaces lack data connectivity for providers to access and document electronic Unit Health Records (eUHR) and restrict telemedicine capabilities. [Deficiencies noted to achieve Minimum Support Facility Clinic Component Objective 1.]

*Sub-project Description:*

A New MSF Primary Care Clinic will be designed and constructed to serve the inmate-patients housed in the MSF. It will include two primary care exam rooms sized to accommodate treatment and equipment needs in an appropriate clinical environment. The rooms will also be appropriately sized per CDCR's Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to eUHR system.

The clinic will also include sufficient medication distribution windows to serve the inmate-patient population housed at this facility. The LVN and Office Technician shared workstation room will be of hardened construction to provide secure medication storage and will include two medication distribution windows, a hand sink, countertop, a drinking fountain, and data connectivity to access the Medication Administration Record System.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A new primary care clinic is necessary to achieve Minimum Support Facility Clinic Component Objective 1. The existing modular trailer is not large enough to accommodate the number of exam rooms, medication distribution space, and clinic support areas. The existing exam area is inappropriate for a clinical environment because it is undersized, creates infection control issues due to lack of proper hand washing facilities, and lacks sufficient storage. Also, the lack of data connectivity in the treatment spaces does not allow providers to access and document eUHR and restricts telemedicine capabilities.

___

Health Care Facility Improvement Program
Deuel Vocational Institution - Tracy, CA
AB 900 Project Authorization

The number of primary care exam rooms required for a Basic level of care for the MSF inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

MSF = DC of 164:                                3 exam rooms (1 panel)
Total exam rooms (MSF)

> The existing modular trailer cannot accommodate the number of exam rooms and medication distribution required to meet the inmate population clinical utilization.

Due to the small inmate population in this facility, only one provider is required to handle the population, which reduces a typical panel down to one provider room and one nurse sick-call room.

The medication distribution room is necessary to achieve Medication Distribution Objectives 1 and 2. The medication distribution room will provide a safe and secure space for nursing staff to prepare and distribute medications through secure distribution windows at the clinic. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System, allowing for appropriate preparation, timely medication distribution and accurate recording. Such efficiencies will result in improved medication distribution practices. [Deficiencies noted to achieve Objective 1.]

## Sub-project #6 - Infrastructure Upgrades

This sub-project will expand the existing switchgear, adding a circuit to the system, and upgrade the emergency power, as needed, to support the renovations and construction of the new buildings.

*Existing Condition*:

The original electrical substation was replaced with a larger PG&E substation in conjunction with water and wastewater improvements at DVI. The substation and transformers will have adequate capacity for this project. The emergency electrical distribution has been identified as having reached its maximum capacity and adding additional loads may exceed its current capacity and will need to be metered to determine if sufficient excess capacity is available to support this project.

*Sub-project Description*

The existing switchgear has one spare circuit which has been designated for other purposes. A new switchgear section may be required to be added to feed the renovations and new buildings. DVI's existing emergency distribution has been identified as near capacity, requiring a new generator to support the new additions, adding a new F9 circuit and substation to include a high voltage primary switch, transformer and secondary switch. The capacity of the existing electrical distribution will be evaluated during the design and improvements included as necessary to support this project.

Health Care Facility Improvement Program
Deuel Vocational Institution - Tracy, CA
AB 900 Project Authorization

_Justification:_

The improvements to expand the switchgear, emergency generator, distribution and laterals, and switches are necessary to support this project. The existing electrical emergency distribution infrastructure is currently near capacity.


The DVI project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# E



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## North Kern State Prison

**Delano, CA**

**April 2013**

**AB 900 Project Authorization**

**For:**  **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**  **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
North Kern State Prison - Delano, CA
AB 900 Project Authorization

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The North Kern State Prison (NKSP) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at NKSP in Kern County, California. The project will support NKSP's operation as a Reception Center institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Reception Center" institutions receive incoming inmates from the counties, requiring them to provide both Basic and Intermediate levels of care to their inmate-patient population until they are classified and transferred to the appropriate institution.

NKSP is one of four existing institutions designated within HCFIP as having a Reception Center Level of Care. NKSP's mission currently is comprised of adult male Reception Center (RC) and General Population Custody Levels I and III inmate populations.

The purpose of the health care facility improvements at NKSP is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Reception Center institution. NKSP has deficiencies in primary care, specialty care, medication distribution, laboratory, pharmacy, Reception Center health care intake screening, and health care administration.

The following improvements comprise the Reception Center health care facility improvement project at NKSP:

| | |
|---|---|
| Sub-project #1: | Facility A Primary Care Clinic Addition and Renovation |
| Sub-project #2: | New Facility B Primary Care Clinic |
| Sub-project #3: | New Facility C Primary Care Clinic |
| Sub-project #4: | New Facility D Primary Care Clinic |
| Sub-project #5: | New Medication Distribution Rooms |
| Sub-project #6: | Central Health Services Renovation and Addition |
| Sub-project #7: | Reception Center Health Care Processing Renovation |
| Sub-project #8: | New Correctional Case Management Building |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

## A.  PROJECT OVERVIEW

### Section A.1       Scope

The following project will make facility improvements necessary to deliver a Reception Center level of health care to the inmate-patients at NKSP.  In August 2009, a health care facility assessment was performed at NKSP to identify and document the existing conditions. In September 2012, NKSP was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned NKSP population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at NKSP in the following seven health care components and their related objectives:

- Primary Care
- Specialty Care
- Medication Distribution
- Pharmacy
- Laboratory
- Reception Center Health Care Intake Screening
- Health Care Administration

This project contains eight sub-projects that have been developed to remedy the health care deficiencies identified at NKSP.  The improvements described below will enable NKSP to operate at a Reception Center level of care, supporting the CDCR health care system.

The NKSP project includes the following sub-projects:

### Sub-project #1 – Facility A Primary Care Clinic Addition and Renovation

A renovated and expanded primary care clinic will be designed and constructed at NKSP's Facility A. The purpose of this clinic renovation and expansion is to provide primary health care treatment and consultation at Facility A consistent with the delivery of a Basic level of care.  The renovated clinic will also include a lab draw alcove to increase access to these services and reduce escorting to the Central Health Services central lab draw area.  This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

Currently, inmate-patients housed at Facility A, Design Capacity (DC) of 500, receive their primary care at the existing facility health care clinic. The clinic has two exam rooms shared by both providers and nurses, a nurse station, a mental health treatment room, and dental treatment areas. Nurses are additionally using the corridor for lab draw and pre-exam assessments of inmate-patients due to the shortage of clinical spaces, compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). The existing clinic lacks data connectivity for providers to access and document electronic Unit Health Records (eUHR) and restricts telemedicine capability. There is a shortage of space for provider work area, storage, and infection control management. [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

*Sub-project Description*:

A renovated and expanded primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at NKSP's Facility A. The primary care clinic will include a total of three primary care exam rooms, a Licensed Vocational Nurse (LVN) alcove, and a lab draw alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A renovated and expanded Facility A primary care clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing facility clinic is not large enough to accommodate the number of exam rooms needed to serve the Facility A inmate-patient population at a Basic level of care. Also the lack of data connectivity in the existing clinic rooms does not allow providers to access eUHR and restricts telemedicine capabilities. The renovated clinic will provide soiled and clean utility rooms to increase infection control and appropriate nursing space for confidential consultations and examinations.

The number of primary care exam rooms required for a Basic level of care for Facility A inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Health Care Facility Improvement Program
North Kern State Prison - Delano, CA
AB 900 Project Authorization

___

<u>Facility A = DC of 500:</u>
Total exam rooms (Facility A):                3 exam rooms (1 panel)

> The existing clinic cannot accommodate the three primary care exam rooms required to meet the inmate-patient population clinical utilization for primary care requiring expansion of the clinic.  [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

**Sub-project #2 – New Facility B Primary Care Clinic**

A new primary care clinic will be designed and constructed at NKSP's Facility B.  The purpose of this new clinic is to provide primary health care treatment and consultation at Facility B consistent with the delivery of a Reception Center level of care. The new building will also include a lab draw within the multi-use exam room to increase access to these services and reduce escorting to the Central Health Services central lab draw area.  This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility B, DC of 600, receive their primary care at the two existing facility health care clinics.  One clinic has one exam room for providers, a nurse station, and the dental treatment areas.  The second clinic is in a converted program space and has two exam rooms for nurses, a medication preparation area, and a psychiatric technician office.  Many of the existing clinical functions such as lab draw, nurse interview/screening, and physicians' consultation and examinations are performed across carts and in the clinic corridors.  Medical staff are using an undersized storage room as office space.  The existing clinics lack data connectivity for providers to access and document eUHR and restrict telemedicine capability.  There is a shortage of space for storage and infection control management in these clinics so equipment and hazardous materials are placed in staff restroom or other unsuitable areas.  The existing primary care clinics do not have adequate space to accommodate inmate-patient waiting, resulting in inmate-patients waiting in corridors or outside.  These conditions cause congestion in the exam rooms and corridors, raising security concerns, and compromise compliance with HIPAA due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.3 to B.3.8).  [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

*Sub-project Description:*

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at NKSP's Facility B. The primary care clinic will include a total of four primary care exam rooms, a multi-use exam room with a lab draw, and an LVN alcove.  All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment.  Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

___

Health Care Facility Improvement Program
North Kern State Prison - Delano, CA
AB 900 Project Authorization

---

*Justification:*

A New Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing clinics are landlocked within the central hub of NKSP and not large enough to accommodate the number of exam rooms and clinic support space needed to serve NKSP's Facility B inmate-patient population at a Reception Center level of care. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in the corridors which are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality which compromises compliance with HIPAA. Inmate-patients wait outside in the exterior breezeway or in the corridors. The new clinic will have enclosed primary care exam rooms and designated inmate-patient waiting areas to provide inmate-patient privacy and confidentiality.

The number of primary care exam rooms required for a Reception Center level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Reception Center level of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for a Reception Center Level of Care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility B = DC of 600:

| | |
|---|---|
| Total exam rooms (Facility B): | 4 exam rooms (1 panel + 1 exam room) |
| | 1 Multi-use exam room |

> The existing clinics cannot accommodate the four primary care exam rooms and one multi-use exam room required to meet the inmate-patient population clinical utilization for primary care and it is not feasible to expand. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

### Sub-project #3 - New Facility C Primary Care Clinic

A new primary care clinic will be designed and constructed at NKSP's Facility C. The purpose of this new clinic is to provide primary health care treatment and consultation at Facility C consistent with the delivery of a Reception Center level of care. The new building will also include a lab draw within the multi-use exam room to increase access to these services and reduce escorting to the Central Health Services central lab draw area. The new building will also include a new medication distribution room to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, Medication Distribution Objectives 1 and 2, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility C, DC of 784, receive their primary care at the existing facility health care clinic. The clinic has one exam room shared by both providers and nurses, a nurse station, and dental treatment areas. Many of the existing clinical functions such as lab draw, nurse interview/screening, and physicians' consultation and examinations are performed across carts and in the clinic corridors. Medical staff are using an undersized storage room as office space. The existing

---

clinic lacks data connectivity for providers to access and document eUHR and restricts telemedicine capability.  There is a shortage of space for storage and infection control management in the clinic so equipment and hazardous materials are placed in staff restroom or other unsuitable areas.  The existing primary care clinic does not have adequate space to accommodate inmate-patient waiting, resulting in inmate-patients waiting in the exterior breezeway.  The lack of space causes congestion in the exam rooms and corridors, raising security concerns, and compromises compliance with HIPAA due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.3 to B.3.8).  [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

Currently, medication is distributed to inmate-patients at Facility C in the exterior breezeway outside the Facility C clinic without access to sinks, drinking fountains, data connectivity, storage, or staff protection. Nursing staff prepare individual inmate-patient medications and load them on the medication cart for distribution.

Using the cart adjacent to the clinic exterior door with custody supervision for distribution of medications does not provide the nurse with a sink for proper infection control and avoidance of medication cross contamination while distributing medications. Inmates do not have direct access to a drinking fountain that allows nursing to ensure proper administration of the medications. This delivery method additionally requires the clinic custody officer to supervise the medication distribution outside the clinic, removing the custody officer from their assignment within the clinic and creating potential risk to staff when dental and medical clinical visits are performed during this same period. (Refer to Section B.3 - Photographs, Figure B.3.11).  [Deficiency noted to achieve Medication Distribution Component Objectives 1 and 2.]

*Sub-project Description:*

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at NKSP's Facility C. The primary care clinic will include a total of six primary care exam rooms, a multi-use exam room with a lab draw, and two LVN alcoves.  All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

The medication distribution room will be built of hardened construction to provide secure medication storage and will include four medication distribution windows, sinks, countertops, drinking fountains and data connectivity to gain access to the Medication Administration Record System. All distribution windows will include an overhead canopy for weather protection.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2.  The existing clinic at Facility C is landlocked within the central hub of NKSP and not large enough to accommodate the number of exam rooms and clinic support space needed to

Health Care Facility Improvement Program
North Kern State Prison - Delano, CA
AB 900 Project Authorization

_____

serve NKSP's Facility C inmate-patient population at a Reception Center level of care. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in the corridors which are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality which compromises compliance with HIPAA. Inmate-patients wait outside in the exterior breezeway or in the corridors. The new clinic will have enclosed primary care exam rooms and designated inmate-patient waiting areas to provide inmate-patient privacy and confidentiality.

The number of primary care exam rooms required for a Reception Center level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Reception Center level of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for a Reception Center Level of Care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility C = DC of 784:
Total exam rooms (Facility C):          6 exam rooms (2 panels)
                                        1 Multi-use exam room

> The existing clinic at Facility C cannot accommodate the six primary care exam rooms and one multi-use exam room required to meet the inmate-patient population clinical utilization for primary care and it is not feasible to expand. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

The new medication distribution room in the clinic will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications across a medication cart. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In September 2012, the average number of Facility C inmate-patients receiving medications was 372. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard.

Based on the volumes of inmate-patients receiving medications at NKSP, the maximum of four windows will be provided at each Facility. CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications (Refer to Program Overview, Appendix F.6). [Deficiencies noted to achieve Objective 1.]

_____

Health Care Facility Improvement Program
North Kern State Prison - Delano, CA
AB 900 Project Authorization

---

**Sub-project #4 - New Facility D Primary Care Clinic**

A new primary care clinic will be designed and constructed at NKSP's Facility D.  The purpose of this new clinic is to provide primary health care treatment and consultation at Facility D consistent with the delivery of a Reception Center level of care. The new building will also include a lab draw within the multi-use exam room to increase access to these services and reduce escorting to the Central Health Services central lab draw area.  This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility D, DC of 600, receive their primary care at the existing facility health care clinic.  The clinic has one exam room shared by both providers and nurses, a nurse station, and dental treatment areas.  Many of the existing clinical functions such as lab draw, nurse interview/screening, and physicians' consultation and examinations are performed across carts and in the clinic corridors.  Medical staff are using an undersized storage room as office space.  The existing clinic lacks data connectivity for providers to access and document eUHR and restricts telemedicine capability.  There is a shortage of space for storage and infection control management in the clinic so equipment and hazardous materials are placed in staff restroom or other unsuitable areas.  The existing primary care clinic does not have adequate space to accommodate inmate-patient waiting, resulting in inmate-patients waiting in the exterior breezeway.  The lack of space causes congestion in the exam rooms and corridors, raising security concerns, and compromises compliance with HIPAA due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.3 to B.3.8).  [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

Administrative Segregation Unit (ASU) inmate-patients housed in Housing Unit D-6 receive their primary care in a multi-purpose room located in the housing unit.  A portable exam table is used for medical treatment to maximize space in this room and anti-bacterial lotion soap dispensers are used in place of a sink (Refer to Section B.3 - Photograph, Figure B.3.9 and B.3.10).  [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4.]

*Sub-project Description:*

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at NKSP's Facility D. The primary care clinic will include a total of four primary care exam rooms, a multi-use exam room with a lab draw, and an LVN alcove.  All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms. An alcove with ASU inmate-patient holding modules has been included to allow segregated waiting and use of the clinic by the two inmate-patient populations.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

---

Health Care Facility Improvement Program
North Kern State Prison - Delano, CA
AB 900 Project Authorization

---

*Justification:*

A New Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing clinic is landlocked within the central hub of NKSP and not large enough to accommodate the number of exam rooms and clinic support space needed to serve NKSP's Facility D inmate-patient population at a Reception Center level of care. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in the corridors which are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality which compromises compliance with HIPAA. Inmate-patients wait outside in the exterior breezeway or in the corridors. The new clinic will have enclosed primary care exam rooms and designated inmate-patient waiting areas to provide inmate-patient privacy and confidentiality.

The number of primary care exam rooms required for a Reception Center level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Reception Center level of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for a Reception Center Level of Care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility D = DC of 600:
Total exam rooms (Facility D):          4 exam rooms (1 panel + 1 exam room)
                                        1 Multi-use exam room

> The existing clinic cannot accommodate the four primary care exam rooms and one multi-use exam room required to meet the inmate-patient population clinical utilization for primary care and it is not feasible to expand. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

## Sub-project #5 - New Medication Distribution Rooms

New Medication Distribution Rooms will be constructed to serve inmate-patients housed at Facilities B and D. The purpose of these New Medication Distribution Rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population rather than across a cart on the dayroom floor. This sub-project will address deficiencies in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, medication is distributed to inmate-patients at Facilities B and D in each of the housing units on the dayroom floor without access to sinks, drinking fountains, data connectivity, storage, or staff protection. Nursing staff prepare individual inmate-patient medications in Facility D in a common space within the program areas of the central hub, load them on medication carts, and transport them to individual housing units at each Facility. At the housing unit, medications are distributed across the cart on the dayroom floor.

---

Using the cart adjacent to the custody station for distribution of medications does not provide the nurse with a sink.  Inmates do not have direct access to a drinking fountain that allows nursing to ensure proper administration of the medications. (Refer to Section B.3 - Photographs, Figure B.3.12). [Deficiency noted to achieve Medication Distribution Component Objectives 1 and 2.]

*Sub-project Description*

Four New Medication Distribution Rooms, two at each facility, will be constructed at Facilities B and D to provide sufficient pill line medication distribution windows, a secure area for administering of injections, and secured medication distribution space to serve the inmate-patient populations housed in these facilities.

Each of the four new medication rooms will be of hardened construction to provide secure storage of medications and each will include two medication distribution windows, countertops, sinks, a drinking fountain, and data connectivity to gain access to the Medication Administration Record System.  Each of the New Medication Distribution Rooms will also include an injection room.  All distribution windows will include an overhead canopy for weather protection.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

The New Medication Distribution Rooms at Facilities B and D are necessary to achieve Medication Distribution Objectives 1 and 2.  The Medication Distribution Rooms will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows at each Facility.  Medication will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart on the open floor of the dayroom.  Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided.  Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to inmate-patients is through secure medication preparation rooms and distribution windows.  Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6).  In September 2012, the average number of Facility B inmate-patients receiving medications was 283 and at Facility D the average number was 538.  Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard.

Based on the volumes of inmate-patients receiving medications at NKSP, the maximum of four windows will be provided at each Facility and CCHCS in combination with the institution will utilize strategies to modify procedures to ensure timely administration of medications (Refer to Program Overview, Appendix F.6).  [Deficiencies noted to achieve Objective 1.]

Health Care Facility Improvement Program
North Kern State Prison - Delano, CA
AB 900 Project Authorization

---

**Sub-project #6 – Central Health Services Renovation and Addition**

The existing Central Health Services Building will be expanded, reconfigured, and renovated. The purpose of the renovation is to provide the following: appropriate clinical space to accommodate a TTA for emergency services, specialty clinical services, and pharmacy space. This sub-project will address deficiencies in meeting Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, and Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

The existing Central Health Services Building at NKSP includes specialty care services, a TTA for emergency services, a laboratory, a pharmacy, radiology services, health records, and office space for some health care administrative staff. The existing specialty clinic area lacks soiled and clean utility rooms, clinical nursing support space, and an appropriately sized physical therapy space that can accommodate the necessary specialized equipment. (Refer to Section B.3 - Photographs, Figure B.3.13 and B.3.14). [Deficiencies noted to achieve Specialty Care Objectives 1, 2, 3, 4, and 5.]

The existing TTA location within the Central Health Services Building consists of two treatment beds where both trauma and standard triage treatment are performed, along with nursing and Office Technicians sharing this space as their primary work area (Refer to Section B.3 - Photographs, Figure B.3.15 and B.3.16). The room is undersized, causing the storage of emergency equipment and staff work areas to constrain the treatment space and clearances needed to provide emergency procedures and services. Due to lack of space, nursing staff are performing administrative work functions in the treatment areas with providers attempting to perform dictation and confidential consultation in open areas compromising patient privacy. There are no designated areas for inmate-patient waiting or observation within the existing TTA. [Deficiencies noted to achieve Specialty Care Component Objective 6.]

NKSP's pharmacy is located in two separate areas in the Central Health Services Building. It is comprised of a small medication preparation/storage room and pharmacist's office on one side of the corridor and data entry and verification in an approximately 180 square foot room across the corridor (Refer to Section B.3 - Photographs, Figure B.3.17 and B.3.18). The use of separate spaces creates inefficiency and ineffective operation of data and order entry, pharmacy verification, and prescription filling. The existing pharmacy is too small to accommodate the operations required to manage the receipt of daily prescriptions, central fill workflows, and on-site prescription preparation and dispensing of medications. [Deficiencies noted to achieve Pharmacy Objective 1.]

Currently, some health care administration staff occupy office space in the Central Health Services Building that is needed for clinical support staff, clinical support functions, and pharmacy.

The existing health records area is sufficiently sized. The laboratory will be sufficient once lab draw services are located out in the primary care clinics (Sub-projects #1, 2, 3, and 4) and in the Reception Center Health Care Processing Building (Sub-project #7).

*Sub-project Description*:

The existing Central Health Services Building will be expanded, reconfigured, and renovated to relocate and expand the existing TTA and provide dedicated and appropriately sized clinical spaces. The pharmacy will be consolidated and reorganized within the Central Health Services Building to

---

provide adequate space for their respective functions. Clinical support spaces and soiled and clean utility rooms will be created for specialty and emergency care services as well as an appropriately sized physical therapy room and staff clinical support areas.

The specialty care component includes a total of seven exam rooms as listed below.

> (3) Specialty Exam Rooms (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Optometry/Ophthalmology
> (1) Optical Services
> (1) Physical Therapy

An addition to the Central Health Services Building will be constructed and the TTA relocated to this area. The TTA will include one standard bay, one trauma bay, and an emergency observation room. It will also include an office for the SRN II, an LVN and Office Technician shared workstation, clinic support spaces, and clean and soiled utility rooms that will be shared with the specialty clinic. There are also only two staff restrooms within the Central Health Services Building. Sufficient restrooms will be constructed to support the occupant load of the building.

The pharmacy will be expanded by consolidating the two existing spaces and the corridor that separates them. The pharmacy will be reorganized to support central fill operations and will include a dual prescription filling station and a controlled substance fill station with secure storage, an order entry/authorization/verification area, shipping/receiving/manifesting, transaction vestibule, and a Pharmacist office.

The existing health records area and laboratory are sufficiently sized and in a good location within the Central Health Services Building.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

_Justification:_

Renovation and expansion of the Central Health Services Building is necessary to achieve Specialty Care Objectives 1, 2, 3, 4, 5, and 6, and Pharmacy Objective 1. This sub-project will expand the Central Health Services Building for the TTA and provide an appropriately sized physical therapy space. All exam rooms will have hand sinks for proper infection control. The expanded clinical area will have soiled and clean utility rooms, reducing infection control concerns, staff support areas, and adequate restrooms. The addition of data connectivity in the exam and treatment areas will allow NKSP to provide specialty services by off-site providers through the use of on-site telemedicine, decreasing ongoing operational costs by reducing off-site transportation to community health care centers.

Specialty Care: NKSP's DC of 2,694 at a Reception Center level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for four shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The specialty clinic will additionally provide dedicated exam rooms for physical therapy,

optometry/ophthalmology, and optical services due to the space needs for specialty equipment required by these medical specialties.

Renovation for a new pharmacy is necessary to meet Pharmacy Objective 1. Each of the two existing areas for pharmacy operations is too small to accommodate pharmacy services at a Reception Center level of care. Pharmacy functions currently provided in separate spaces will be combined into one area and configured for proper workflow and operational protocols consistent with the central fill pharmacy model. The Pharmacist in charge's office will remain within the pharmacy. The new central fill operation requires adequate work space for ordering, receiving, manifesting, storing, verifying, and dispensing medications. Adequate space enables an efficient work flow which minimizes medication preparation and dispensing errors.

## Sub-project #7 – Reception Center Health Care Processing Renovation

The Reception Center Health Care Processing area and adjacent correctional case management office space will be renovated and reconfigured. The purpose of this renovation and expansion of the existing RC health care processing area is to provide an appropriate clinic that can accommodate comprehensive health screening (medical, mental health, and dental) of inmates newly received into the CDCR system. This sub-project will address deficiencies found in achieving Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1 and Health Care Administration Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

### *Existing Condition*:

NKSP is a Reception Center facility for the processing of incoming inmates from southern and some of the northern California counties. The existing RC processing area for health care is undersized and does not contain sufficient space for the screening processes to occur at the time of inmate intake. Currently new inmates arriving at NKSP enter through the Receiving and Release (R&R) area and are held for initial reception and identification purposes. Due to insufficient space, an initial health screening is performed in the R&R in a single room divided with partitions, in a shower room, or out on the R&R open floor (Refer to Section B.3 - Photographs, Figures B.3.19 through B.3.21). Multiple inmate patient histories are taken in these areas leading to confidentiality issues and creating possible HIPAA concerns. Inmates are then escorted to exterior holding tanks in the central circulation core to wait for their medical, dental, and mental health screenings in a secondary area. Lab draw is performed in an open area shared by clinicians and health care staff and mental health evaluations are performed in a large room divided with partial height partitions, compromising inmate-patient provider confidentiality (Refer to Section B.3 - Photographs, Figures B.22 and B.23). The exam rooms are undersized, causing the provider to utilize the exam table as a work surface for paperwork and forms. The exam table is unable to be utilized for its intended purpose and negatively affects the ability of the provider to perform the necessary health care intake screening and examinations (Refer to Section B.3 - Photographs, Figures B.3.25). The width of the corridor is narrow and when a door is opened, its swing exceeds more than 50% of the corridor width, creating a safety and security concerns for both staff and inmates when the doors are being opened (Refer to Section B.3 - Photographs, Figures B.3.24). Overall, there is a lack of appropriate space to perform medical, mental health, and dental screenings with the proper clinical support and inmate holding spaces.

Currently, many of NKSP's health care administrative staff occupy offices within the Central Health Services Building. This administrative area could better be used by clinical support staff to support

clinical operations and services. NKSP will relocate the health care administration from the Central Health Services Building.

*Sub-project Description:*

To meet Reception Center and Receiving and Release Health Care Intake Screening Objective 1, the existing RC health care processing area and the Case Management building will be reconfigured and renovated. Medical spaces will be provided for the Certified Nursing Assistant/LVN initial assessment, RN assessment, provider medical exam rooms together with a digital chest X-ray exam room and two lab draw rooms. Dental spaces will include two fully functional dental operatories to provide screenings and treatment and three panorex rooms. The clinic will also include six mental health screening rooms. These spaces will be equipped with data connectivity for eUHR and access to the Medication Administration Record System. The health care processing clinic will include an office for one SRN II, Office Technicians and a medication storage room. Adequate holding spaces will be provided to allow the inmates to be held while waiting to be screened by each health care discipline.

A portion of the existing Case Management building will be renovated for health care administrative staff displaced from existing offices in the Central Health Services Building. This renovated area will include staff offices, staff workstations, a conference room, and staff support areas. There will be five private offices for the following positions: Chief Executive Officer, Chief Medical Officer, Chief Nurse Executive, Director of Nursing, and the medical secretary. Workstations will be provided for administrative support staff, including three Office Technicians. Staff support areas will include a conference room as well as staff restrooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

A sufficiently sized facility for screening inmates for existing health conditions prior to assigning housing at NKSP is necessary to achieve Reception Center and Receiving & Release Health Care Intake Screening Objective 1. The expansion and renovation of the health care processing and screening facility will accommodate comprehensive and timely medical, dental, and mental health exams. Timely and comprehensive evaluations reduce the risk of spreading infectious diseases and TB outbreaks, and improve emergency intervention and treatment when inmates in crisis are admitted to the institution. It also improves the nurse's ability to identify needed medications and minimize the possibility of lapses in dosing and deterioration of health conditions. Data connectivity will provide clinicians access to eUHR and the Medication Administration Record System to efficiently access any existing inmate-patient health and medication records.

The expanded Reception Center Health Care Processing Renovation has been planned to accommodate, on average, the daily intake of 70 inmates. The average daily intake was determined using the approximate 2,951 inmate operating capacity of Facilities B, C, and D and a 60 day processing period from arrival at NKSP to endorsement to another facility or institution where they will serve their sentence. The building renovation will allow NKSP to provide medical, dental, and mental health screenings in one location directly connected to the existing R&R area where custody inmate processing is performed. This will eliminate the need to escort inmates and hold them outside and allow the entire health care processing to take place in one area.

Health Care Facility Improvement Program
North Kern State Prison - Delano, CA
AB 900 Project Authorization

---

**Sub-project #8 – New Correctional Case Management Building**

A New Correctional Case Management Building will be designed and constructed for correctional counselor staff.  The purpose of this New Correctional Case Management Building is to provide space for the staff displaced from their location in the existing Case Management Building to allow expansion and renovation for RC health care processing adjacent and integral with the existing R&R intake processing area (See Sub-project #7).

*Existing Condition:*

The only space available to expand the RC health care processing space into is the immediately adjacent correctional case management area of the Case Management Building (Refer to Section B.3 - Photographs, Figures B.3.26).  This area is best placed to allow the consolidation of custodial RC intake with the health care screening and processing to create a continuous and efficient intake process within the day of arrival at NKSP.  The location of the correctional counselors in their current location is not critical to their function and they can similarly perform their work functions in a new building further down the central circulation path. NKSP will relocate correctional case management staff from the Case Management building into a new building in order to expand the RC health care processing clinical area.

*Sub-project Description:*

The New Correctional Case Management Building will be designed and constructed inside the secure perimeter on vacant land just outside central control.  This building will accommodate the correctional counselor staff displaced by the Reception Center Health Care Processing Renovation for expanded RC intake screening and processing (sub-project #7).  The New Correctional Case Management Building will include Correctional Counselor (CC) work spaces, CCII and CCIII private offices and workstations for their administrative support staff in accordance with standard staffing ratios of an RC inmate population.  The building will also include staff restrooms, a breakroom, and building support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

This sub-project will relocate the correctional case management functions out of the Case Management building to allow the expansion of RC health care processing clinical space in the building.

The NKSP project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR.  The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody.  Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

---

# EXHIBIT

# F



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

# Wasco State Prison

**Wasco, CA**

**April 2013**

**AB 900 Project Authorization**

**For:**     **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**     **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

## I.  EXECUTIVE SUMMARY

### A.  PROJECT OVERVIEW

1.  Scope

The Wasco State Prison (WSP) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at WSP in Kern County, California.  The project will support WSP's operation as a Reception Center institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Reception Center" institutions receive incoming inmates from the counties, requiring them to provide both Basic and Intermediate levels of care to their inmate-patient population until they are classified and transferred to the appropriate institution.

WSP is one of four existing institutions designated within the HCFIP as having a Reception Center level of care. WSP's mission currently is comprised of adult male Reception Center (RC) and General Population Custody Levels I and III inmate populations.

The purpose of the health care facility improvements at WSP is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Reception Center institution.  WSP has deficiencies in primary care, specialty care, medication distribution, laboratory, pharmacy, Reception Center health care intake screening, and health care administration.

The following improvements comprise the Reception Center health care facility improvement project at WSP:

| | |
|---|---|
| Sub-project #1: | Facility A Primary Care Clinic Addition and Renovation |
| Sub-project #2: | New Facility B Primary Care Clinic |
| Sub-project #3: | Facilities C and H Primary Care Clinic Addition and Renovation |
| Sub-project #4: | New Facility D Primary Care Clinic |
| Sub-project #5: | New Medication Distribution Rooms |
| Sub-project #6: | Central Health Services Renovation and Addition |
| Sub-project #7: | Reception Center Health Care Processing Renovation |
| Sub-project #8: | New Correctional Case Management and Health Care Administration Building |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

Health Care Facility Improvement Program
Wasco State Prison - Wasco, CA
AB 900 Project Authorization

## A. PROJECT OVERVIEW

### Section A.1     Scope

The following project will make facility improvements necessary to deliver a Reception Center level of health care to the inmate-patients at WSP.  In August 2009, a health care facility assessment was performed at WSP to identify and document the existing conditions. In September 2012, WSP was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned WSP population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at WSP in the following seven health care components and their related objectives:

- Primary Care
- Specialty Care
- Medication Distribution
- Pharmacy
- Laboratory
- Reception Center Health Care Intake Screening
- Health Care Administration

This project contains eight sub-projects that have been developed to remedy the health care deficiencies identified at WSP.  The improvements described below will enable WSP to operate at a Reception Center level of care, supporting the CDCR health care system.

The WSP project includes the following sub-projects:

### Sub-project #1 – Facility A Primary Care Clinic Addition and Renovation

A renovated and expanded primary care clinic will be designed and constructed at WSP's Facility A. The purpose of this clinic renovation and expansion is to provide primary health care treatment and consultation at Facility A consistent with the delivery of a Basic level of care. The renovated clinic will also include a lab draw alcove to increase access to these services and reduce escorting to the Central Health Services central lab draw area.  This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

Health Care Facility Improvement Program
Wasco State Prison - Wasco, CA
AB 900 Project Authorization

---

*Existing Condition*:

Currently, inmate-patients housed at Facility A, Design Capacity (DC) of 500, receive their primary care at the existing facility health care clinic. The clinic has one exam room for the provider and one exam room for the nurse, a nurse station, a dental office, and dental treatment areas. Nurses are additionally using the corridor for lab draw and pre-exam assessments of inmate-patients due to the shortage of clinical spaces, compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). The existing clinic lacks data connectivity for providers to access and document electronic Unit Health Records (eUHR) and restricts telemedicine capability. There is a shortage of space for provider work area, storage, and infection control management. [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

*Sub-project Description*:

A renovated and expanded primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at WSP's Facility A. The primary care clinic will include a total of three primary care exam rooms, a Licensed Vocational Nurse (LVN) alcove, and a lab draw alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A renovated and expanded Facility A primary care clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing facility clinic is not large enough to accommodate the number of exam rooms needed to serve the Facility A inmate-patient population at a Basic level of care. Also the lack of data connectivity in the existing clinic rooms does not allow providers to access eUHR and restricts telemedicine capabilities. The renovated clinic will provide soiled and clean utility rooms to increase infection control and appropriate nursing space for confidential consultations and examinations.

The number of primary care exam rooms required for a Basic level of care for Facility A inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

---

Facility A = DC of 500:
Total exam rooms (Facility A):            3 exam rooms (1 panel)

The existing clinic cannot accommodate the three primary care exam rooms required to meet the inmate-patient population clinical utilization for primary care requiring expansion of the clinic. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

**Sub-project #2 – New Facility B Primary Care Clinic**

A new primary care clinic will be designed and constructed at WSP's Facility B. The purpose of this new clinic is to provide primary health care treatment and consultation at Facility B consistent with the delivery of a Reception Center level of care. The new building will also include a lab draw within the Multi-use Exam Room to increase access to these services and reduce escorting to the Central Health Services central lab draw area. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility B, DC of 600, receive their primary care at the existing facility health care clinic. The clinic has one exam room for the nurse, a nurse station, and dental treatment areas. Many of the existing clinical functions such as lab draw, nurse interview/screening, and physicians' consultation and examinations are performed across carts and in the clinic corridor. The existing clinic lacks data connectivity for providers to access and document eUHR and restrict telemedicine capability. There is a shortage of space for storage and infection control management in the clinic (Refer to Section B.3 - Photographs, Figures B.3.3 and B.3.4). The existing primary care clinic does not have adequate space to accommodate inmate-patient waiting, causing inmate-patients to wait outside (Refer to Section B.3 - Photographs, Figure B.3.5). These conditions cause congestion in the exam room and corridor, raising security concerns, and compromise compliance with HIPAA due to the lack of confidentiality. [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

*Sub-project Description:*

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at WSP's Facility B. The primary care clinic will include a total of four primary care exam rooms, a multi-use exam room with a lab draw, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing clinic is landlocked within the central hub of WSP and not large

enough to accommodate the number of exam rooms and clinic support space needed to serve WSP's Facility B inmate-patient population at a Reception Center level of care. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in the corridors which are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality which compromises compliance with HIPAA. Inmate-patients wait outside in the exterior breezeway. The new clinic will have enclosed primary care exam rooms and designated inmate-patient waiting areas to provide inmate-patient privacy and confidentiality.

The number of primary care exam rooms required for a Reception Center level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Reception Center level of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for a Reception Center level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility B = DC of 600:
Total exam rooms (Facility B):          4 exam rooms (1 panel + 1 exam room)
                                        1 Multi-use exam room

The existing clinic cannot accommodate the four primary care exam rooms and one multi-use exam room required to meet the inmate-patient population clinical utilization for primary care and it is not feasible to expand. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

**Sub-project #3 - New Facilities C and H Primary Care Clinic Addition and Renovation**

A primary care clinic will be designed and constructed at WSP's Facilities C and H. The purpose of this new clinic is to provide primary health care treatment and consultation at Facilities C and H consistent with the delivery of a Reception Center level of care. The renovated and expanded building will also include a lab draw within the Multi-use Exam Room to increase access to these services and reduce escorting to the Central Health Services central lab draw area. The building will also expand the current medication distribution room to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, Medication Distribution Objectives 1 and 2, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility C, DC of 584, receive their primary care at the existing facility health care clinic and at a temporary medical trailer. Inmate-patients housed at Facility H, DC of 400, receive their primary care at the existing facility health care clinic. The clinic at Facility C has one exam room used by nurses to provide wound care for inmate-patients, a medication distribution room with one window, and dental treatment areas. The temporary trailer, located in a different area of the facility than the clinic, has two exam rooms shared by providers and nurses. The clinic at Facility H has two exam rooms for nurses, one exam room for the provider, a medication distribution room with one window, and two offices. The existing clinics and trailer lack data connectivity for providers to

access and document eUHR and restrict telemedicine capability.  There is a shortage of space for storage and infection control management in the clinics and trailer.  These clinics and trailer do not have adequate space to accommodate inmate-patient waiting, resulting in inmate-patients waiting outside or in the corridors.  The lack of space causes congestion in the exam rooms and corridors, raising security concerns, and compromises compliance with HIPAA due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.3 to B.3.9).  [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

Currently, medication is distributed to inmate-patients at Facilities C and H at the clinic medication rooms or in the housing units. The medication distribution rooms at the clinic do not have access to data connectivity and they do not have an adequate number of windows. These rooms are also used by staff for preparing individual inmate-patient medications that are loaded on medication carts for distribution in the housing units.

Using carts at the dayroom floor in the housing units with custody supervision for distribution of medications does not provide the nurse with a sink for proper infection control and avoidance of medication cross contamination while distributing medications.  Inmate-patients do not have direct access to a drinking fountain that allows nursing to ensure proper administration of the medications. This delivery method additionally requires a housing unit officer to provide security coverage during medication distribution, preventing them from accomplishing other housing unit duties. (Refer to Section B.3 - Photographs, Figures B.3.11 and B.3.12).  [Deficiency noted to achieve Medication Distribution Component Objectives 1 and 2.]

*Sub-project Description:*

A primary care clinic addition and renovation will be designed and constructed to provide primary care services for the inmate-patients housed at WSP's Facilities C and H.  The existing primary care clinic at Facility H will be renovated and expanded to serve the inmate-patients at both Facilities C and H. The clinic will include a total of six primary care exam rooms, a multi-use exam room with a lab draw, and two LVN alcoves.  All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system.  The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

The medication distribution room will be built of hardened construction to provide secure medication storage and will include four medication distribution windows, sinks, countertops, drinking fountains and data connectivity to gain access to the Medication Administration Record System.  All distribution windows will include an overhead canopy for weather protection.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation and expansion of the primary care clinic at Facility H is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2.  The existing clinic at Facility C is landlocked within the central hub of WSP and not large enough to accommodate the number of exam rooms and clinic support space needed to serve WSP's Facility C inmate-patient population at a Reception Center

level of care. The existing medical trailer is a temporary solution to the shortage of exam rooms and is not a suitable permanent clinic. The existing clinic at Facility H has room for expansion and is centrally located to serve both Facilities C and H. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in the corridors which are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality which compromises compliance with HIPAA. Inmate-patients wait outside in the exterior breezeway or in the corridors. The renovated and expanded clinic will have enclosed primary care exam rooms and designated inmate-patient waiting areas to provide inmate-patient privacy and confidentiality.

The number of primary care exam rooms required for a Reception Center level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Reception Center level of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for a Reception Center level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facilities C and H = DC of 984:

Total exam rooms (Facilities C and H):      6 exam rooms (2 panels)
                                            1 Multi-use exam room

    The existing Facility C clinic cannot accommodate the six primary care exam rooms and one multi-use exam room required to meet the inmate-patient population clinical utilization for primary care and it is not feasible to expand. The clinic at Facility H has room for expansion. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

The new medication distribution room in the clinic will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications across a medication cart. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In September 2012, the average number of Facilities C and H inmate-patients receiving medications was 325. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard.

Based on the volumes of inmate-patients receiving medications at WSP, the maximum of four windows will be provided at the clinic. CCHCS in combination with the institution will utilize

strategies to modify procedures to ensure timely administration of medications (Refer to Program Overview, Appendix F.6).  [Deficiencies noted to achieve Objective 1.]

### Sub-project #4 - New Facility D Primary Care Clinic

A new primary care clinic will be designed and constructed at WSP's Facility D.  The purpose of this new clinic is to provide primary health care treatment and consultation at Facility D consistent with the delivery of a Reception Center level of care. The new building will also include a lab draw within the Multi-use Exam Room to increase access to these services and reduce escorting to the Central Health Services central lab draw area.  This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility D, DC of 700, receive their primary care at the existing facility health care clinic and at a temporary medical trailer.  The clinic has one exam room for the nurse, a nurse station, and dental treatment areas.  The temporary trailer, located in a different area of the facility than the clinic, has two exam rooms shared by providers and nurses.  Many of the existing clinical functions such as lab draw, nurse interview/screening, and physicians' consultation and examinations are performed across carts and in the clinic corridors.  The existing clinic and trailer lack data connectivity for providers to access and document eUHR and restrict telemedicine capability.  There is a shortage of space for storage and infection control management in the clinic.  The existing primary care clinic and trailer do not have adequate space to accommodate inmate-patient waiting, resulting in inmate-patients waiting in the exterior breezeway at the clinic and exterior holding space at the trailer. The lack of space causes congestion in the exam rooms and corridors, raising security concerns, and compromises compliance with HIPAA due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.3 to B.3.8).  [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

Administrative Segregation Unit (ASU) inmate-patients housed in Housing Unit D-6 receive their primary care in an exam room located in the housing unit.  Medical equipment and a gurney are kept outside the exam room at the dayroom floor since there is no storage space for this exam room (Refer to Section B.3 - Photograph, Figure B.3.10). [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4.]

*Sub-project Description:*

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at WSP's Facility D. The primary care clinic will include a total of six primary care exam rooms, a multi-use exam room with a lab draw, and an LVN alcove.  All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment.  Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.  An alcove with ASU inmate-patient holding modules has been included to allow segregated waiting and use of the clinic by the two inmate-patient populations.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing clinic is landlocked within the central hub of WSP and not large enough to accommodate the number of exam rooms and clinic support space needed to serve WSP's Facility D inmate-patient population at a Reception Center level of care. The existing medical trailer is a temporary solution to the shortage in exam rooms and is not a suitable permanent clinic. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in the corridors which are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality which compromises compliance with HIPAA. Inmate-patients wait outside in the exterior breezeway or in the corridors. The new clinic will have enclosed primary care exam rooms and designated inmate-patient waiting areas to provide inmate-patient privacy and confidentiality.

The number of primary care exam rooms required for a Reception Center level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Reception Center level of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for a Reception Center level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility D = DC of 700:

Total exam rooms (Facility D):            6 exam rooms (2 panels)
                                          1 Multi-use exam room

> The existing clinic cannot accommodate the six primary care exam rooms and one multi-use exam room required to meet the inmate-patient population clinical utilization for primary care and it is not feasible to expand. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

**Sub-project #5 - New Medication Distribution Rooms**

New medication distribution rooms will be constructed to serve inmate-patients housed at Facilities B and D. The purpose of these Medication Distribution Rooms is to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population rather than across a cart on the housing unit dayroom floor. This sub-project will address deficiencies in achieving Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, medication is distributed to inmate-patients at Facilities B and D in each of the housing units on the dayroom floor without access to sinks, drinking fountains, data connectivity, storage, or staff protection. Nursing staff prepare individual inmate-patient medications in a common space within the program areas of the central hub, load them on medication carts, and transport them to

Health Care Facility Improvement Program
Wasco State Prison - Wasco, CA
AB 900 Project Authorization

individual housing units at each Facility. At the housing unit, medications are distributed across the cart on the dayroom floor.

Using the cart adjacent to the custody station for distribution of medications does not provide the nurse with a sink. Inmates do not have direct access to a drinking fountain that allows nursing to ensure proper administration of the medications. Inmate-patients receive their insulin injections outside the facility clinics lacking privacy, infection control management, and security. (Refer to Section B.3 - Photographs, Figures B.3.11 and B.3.12). [Deficiency noted to achieve Medication Distribution Component Objectives 1 and 2.]

*Sub-project Description*

Four New Medication Distribution Rooms, two at each facility, will be constructed at Facilities B and D to provide sufficient pill line medication distribution windows, a secure area for administering of injections, and secured medication distribution space to serve the inmate-patient populations housed in these facilities.

Each of the four new medication rooms will be of hardened construction to provide secure storage of medications and each will include two medication distribution windows, countertops, sinks, a drinking fountain, and data connectivity to gain access to the Medication Administration Record System. Each of the New Medication Distribution Rooms will also include an injection room. All distribution windows will include an overhead canopy for weather protection.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

The New Medication Distribution Rooms at Facilities B and D are necessary to achieve Medication Distribution Objectives 1 and 2. The Medication Distribution Rooms will provide a safe and secure space for nursing staff to prepare medications and distribute them to inmate-patients through secure distribution windows at each Facility. Medication will be securely stored within the medication room thus eliminating the inappropriate practice of repackaging pharmacy-dispensed medications and the unsafe distribution of medications to inmate-patients across a medication cart on the open floor of the dayroom. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). In September 2012, the average number of Facility B inmate-patients receiving medications was 389 and at Facility D the average number was 238, requiring four medication distribution windows at each facility. Due to security and custody concerns related to inmate management, no more than 240 inmate-patients per pill pass or a maximum of four medication distribution windows will be provided on a yard.

Based on the volumes of inmate-patients receiving medications at WSP, the maximum of four windows will be provided at each Facility and CCHCS in combination with the institution will

utilize strategies to modify procedures to ensure timely administration of medications (Refer to Program Overview, Appendix F.6). [Deficiencies noted to achieve Objective 1.]

**Sub-project #6 – Central Health Services Renovation and Addition**

The existing Central Health Services Building will be expanded, reconfigured, and renovated. The purpose of the renovation is to provide the following: appropriate clinical space to accommodate a Triage and Treatment Area (TTA) for emergency services, specialty clinical services, and pharmacy space. This sub-project will address deficiencies in meeting Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, and Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing Central Health Services Building at WSP includes specialty care services, a TTA for emergency services, a laboratory, a pharmacy, radiology services, health records, and office space for some health care administrative staff. The existing specialty clinic area lacks soiled and clean utility rooms, clinical nursing support space, and an appropriately sized physical therapy space that can accommodate the necessary specialized equipment. The four specialty exam rooms are insufficient for the inmate population and some of the exam rooms do not have a sink (Refer to Section B.3 - Photographs, Figure B.3.13 and B.3.14). [Deficiencies noted to achieve Specialty Care Objectives 1, 2, 3, 4, and 5.]

The existing TTA location within the Central Health Services Building consists of two treatment beds where both trauma and standard triage treatment are performed, along with nursing and Office Technicians sharing this space as their primary work area (Refer to Section B.3 - Photographs, Figures B.3.15 and B.3.16). The room is undersized, causing the storage of emergency equipment and staff work areas to constrain the treatment space and clearances needed to provide emergency procedures and services. Due to lack of space, nursing staff are performing administrative work functions in the treatment areas with providers attempting to perform dictation and confidential consultation in open areas compromising patient privacy. There are no designated areas for inmate-patient waiting or observation within the existing TTA. [Deficiencies noted to achieve Specialty Care Component Objective 6.]

WSP's pharmacy is located in two separate areas in the Central Health Services Building. It is comprised of a small medication preparation/storage room and pharmacist's office on one side of the corridor and data entry and verification in an approximately 180 square foot room across the corridor (Refer to Section B.3 - Photographs, Figures B.3.17 and B.3.18). The use of separate spaces creates inefficiency and ineffective operation of data and order entry, pharmacy verification, and prescription filling. The existing pharmacy is too small to accommodate the operations required to manage the receipt of daily prescriptions, central fill workflows, and on-site prescription preparation and dispensing of medications. [Deficiencies noted to achieve Pharmacy Objective 1.]

Currently, some health care administration staff occupy office space in the Central Health Services Building that is needed for clinical support staff, clinical support functions, and pharmacy.

The existing health records area is sufficiently sized. The laboratory will be sufficient once lab draw services are located out in the primary care clinics (Sub-projects #1, 2, 3, and 4) and in the Reception Center Health Care Processing Building (Sub-project #7).

Health Care Facility Improvement Program
Wasco State Prison - Wasco, CA
AB 900 Project Authorization

_Sub-project Description:_

The existing Central Health Services Building will be expanded, reconfigured, and renovated to relocate and expand the existing TTA and to provide dedicated and appropriately sized clinical spaces. The pharmacy will be consolidated and reorganized within the Central Health Services Building to provide adequate space for their respective functions. Clinical support spaces and soiled and clean utility rooms will be created for specialty and emergency care services as well as an appropriately sized physical therapy room and staff clinical support areas.

The specialty care component includes a total of eight exam rooms as listed below.

> (4) Specialty Exam Rooms (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Optometry/Ophthalmology
> (1) Optical Services
> (1) Physical Therapy

An addition to the Central Health Services Building will be constructed and the TTA relocated to this area. The TTA will include one standard bay, one trauma bay, and an emergency observation room. It will also include an office for the SRN II, an LVN and Office Technician shared workstation, clinic support spaces, and clean and soiled utility rooms that will be shared with the specialty clinic. There are also only two staff restrooms within the Central Health Services Building. Sufficient restrooms will be constructed to support the occupant load of the building.

The pharmacy will be expanded by consolidating the two existing spaces and the corridor that separates them. The pharmacy will be reorganized to support central fill operations and will include a dual prescription filling station and a controlled substance fill station with secure storage, an order entry/authorization/verification area, shipping/receiving/manifesting, transaction vestibule, and a Pharmacist office.

The existing health records area and laboratory are sufficiently sized and in a good location within the Central Health Services Building.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

_Justification:_

Renovation and expansion of the Central Health Services Building is necessary to achieve Specialty Care Objectives 1, 2, 3, 4, 5, and 6, and Pharmacy Objective 1. This sub-project will expand the Central Health Services Building for the TTA and provide an appropriately sized physical therapy space. All exam rooms will have hand sinks for proper infection control. The expanded clinical area will have soiled and clean utility rooms, reducing infection control concerns, staff support areas, and adequate restrooms. The addition of data connectivity in the exam and treatment areas will allow WSP to provide specialty services by off-site providers through the use of on-site telemedicine, decreasing ongoing operational costs by reducing off-site transportation to community health care centers.

<u>Specialty Care</u>: WSP's DC of 2,984 at a Reception Center level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for five shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The specialty clinic will additionally provide dedicated exam rooms for physical therapy, optometry/ophthalmology, and optical services due to the space needs for specialty equipment required by these medical specialties.

Renovation for a new pharmacy is necessary to meet Pharmacy Objective 1. Each of the two existing areas for pharmacy operations is too small to accommodate pharmacy services at a Reception Center level of care. Pharmacy functions currently provided in separate spaces will be combined into one area and configured for proper workflow and operational protocols consistent with the central fill pharmacy model. The Pharmacist in charge's office will remain within the pharmacy. The new central fill operation requires adequate work space for ordering, receiving, manifesting, storing, verifying, and dispensing medications. Adequate space enables an efficient work flow which minimizes medication preparation and dispensing errors.

**<u>Sub-project #7 – Reception Center Health Care Processing Renovation</u>**

The Reception Center Health Care Processing area and adjacent correctional case management office space will be renovated and reconfigured. The purpose of this renovation and expansion of the existing RC health care processing area is to provide an appropriate clinic that can accommodate comprehensive health screening (medical, mental health, and dental) of inmates newly received into the CDCR system. This sub-project will address deficiencies found in achieving Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

<u>*Existing Condition*</u>:

WSP is a Reception Center facility for the processing of incoming inmates from southern and some of northern California counties. The existing RC processing area for health care is undersized and does not contain sufficient space for the screening processes to occur at the time of inmate intake. Currently new inmates arriving at WSP enter through the Receiving and Release (R&R) area and are held for initial reception and identification purposes. Due to insufficient space, an initial health screening is performed in the R&R in a single room divided with partitions, in a shower room, or out on the R&R open floor. Multiple inmate-patient histories are taken in these areas leading to confidentiality issues and creating possible HIPAA concerns. Inmates are then escorted to exterior holding tanks in the central circulation core to wait for their medical, dental, and mental health screenings in a secondary area (Refer to Section B.3 - Photographs, Figure B.19). The nurse exam room has no sink and lab draw is performed in a room with a portable sink. Medical assessments are performed in a single room with multiple stations, compromising confidentiality (Refer to Section B.3 - Photographs, Figures B.20 to B.23). The exam rooms are undersized, causing the provider to utilize the exam table as a work surface for paperwork and forms. The exam table is unable to be used for its intended purpose and negatively affects the ability of the provider to perform the necessary health care intake screening and examinations (Refer to Section B.3 - Photographs, Figures B.3.24 and B.3.25). The one holding space in the RC health care processing area is insufficient, resulting in inmate-patients standing and waiting in the corridors. The width of the corridor is narrow and when a door is opened, its swing exceeds more than 50% of the corridor width, creating safety and security concerns for both staff and inmates when the doors are being opened

(Refer to Section B.3 - Photographs, Figures B.3.26 to B.3.28). Overall, there is a lack of appropriate space to perform medical, mental health, and dental screenings with the proper clinical support and inmate holding spaces.

_Sub-project Description:_

To meet Reception Center and Receiving and Release Health Care Intake Screening Objective 1, the existing RC health care processing area and the Case Management building will be reconfigured and renovated. Medical spaces will be provided for the Certified Nursing Assistant/LVN initial assessment, RN assessment, provider medical exam rooms together with a digital chest X-ray exam room and two lab draw rooms. Dental spaces will include three fully functional dental operatories to provide screenings and treatment and three panorex rooms. The clinic will also include seven mental health screening rooms. These spaces will be equipped with data connectivity for eUHR and access to the Medication Administration Record System. The health care processing clinic will include an office for one SRN II, Office Technicians and a medication storage room. Adequate holding spaces will be provided to allow the inmates to be held while waiting to be screened by each health care discipline.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

_Justification:_

A sufficiently sized facility for screening inmates for existing health conditions prior to assigning housing at WSP is necessary to achieve Reception Center and Receiving & Release Health Care Intake Screening Objective 1. The expansion and renovation of the health care processing and screening facility will accommodate comprehensive and timely medical, dental, and mental health exams. Timely and comprehensive evaluations reduce the risk of spreading infectious diseases and TB outbreaks, and improve emergency intervention and treatment when inmates in crisis are admitted to the institution. It also improves the nurse's ability to identify needed medications and minimize the possibility of lapses in dosing and deterioration of health conditions. Data connectivity will provide clinicians access to eUHR and the Medication Administration Record System to efficiently access any existing inmate-patient health and medication records.

The expanded Reception Center Health Care Processing Renovation has been planned to accommodate, on average, the daily intake of 77 inmates. The average daily intake was determined using the approximate 3,401 inmate operating capacity of Facilities B, C, D, and H and a 60 day processing period from arrival at WSP to endorsement to another facility or institution where they will serve their sentence. The building renovation will allow WSP to provide medical, dental, and mental health screenings in one location directly connected to the existing R&R area where custody inmate processing is performed. This will eliminate the need to escort inmates and hold them outside and allow the entire health care processing to take place in one area.

Health Care Facility Improvement Program
Wasco State Prison - Wasco, CA
AB 900 Project Authorization

---

**Sub-project #8 – New Correctional Case Management and Health Care Administration Building**

A New Correctional Case Management and Health Care Administration Building will be designed and constructed for correctional counselor staff and health care administration staff. The purpose of this new building is to provide space for the staff displaced from the Central Health Services and the existing Case Management Buildings to allow expansion and renovation for RC health care processing adjacent and integral with the existing R&R intake processing area (See Sub-project #7).

*Existing Condition*:

The only space available to expand the RC health care processing space into is the immediately adjacent correctional case management area of the Case Management Building (Refer to Section B.3 - Photographs, Figures B.3.29 and B.3.30). This area is best placed to allow the consolidation of custodial RC intake with the health care screening and processing to create a continuous and efficient intake process within the day of arrival at WSP. The location of the correctional counselors in their current location is not critical to their function and they can similarly perform their work functions in a new building further down the central circulation path. WSP will relocate correctional case management staff from the Case Management building into a new building in order to expand the RC health care processing clinical area.

Currently, many of WSP's health care administrative staff occupy offices within the Central Health Services Building. This administrative area is better used by clinical support staff to support clinical operations and services.

*Sub-project Description*:

The New Correctional Case Management and Health Care Administration Building will be designed and constructed inside the secure perimeter on vacant land just outside central control. This building will accommodate the correctional counselor staff displaced by the Reception Center Health Care Processing Renovation for expanded RC intake screening and processing (Sub-project #7) and the health care administration staff displaced by the renovation of the Central Health Services Building (Sub-project #6). The new building will include Correctional Counselor (CC) I work spaces and CCII and CCIII private offices in accordance with standard staffing ratios of an RC inmate population. A portion of the new building will include four private offices for the following positions: Chief Executive Officer, Chief Support Executive, Chief Medical Executive, Chief Nurse Executive, and Administrative Assistant. Workstations will be provided for administrative support staff, including four Office Technicians. The building will also include staff restrooms, a breakroom, and building support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Relocating the correctional case management and health care administration staff is necessary to achieve Health Care Administration Objective 1. This sub-project will relocate the correctional case management functions out of the Case Management building to allow the expansion of RC health care processing clinical space in the building. It will relocate health care administration functions out of the Central Health Services Building to allow the expansion of clinical space in the building.

---

Health Care Facility Improvement Program
Wasco State Prison - Wasco, CA
AB 900 Project Authorization

The WSP project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR.  The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody.  Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# G



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Central California Women's Facility

**Chowchilla, CA**

**May 2013**

**AB 900 Project Authorization**

**For:**   **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**   **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
Central California Women's Facility - Chowchilla, CA
AB 900 Project Authorization

---

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The Central California Women's Facility (CCWF) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at CCWF in Madera County, California. The project will support CCWF's operation as a Reception Center institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Reception Center" institutions receive incoming inmates from the counties, requiring them to provide both Basic and Intermediate levels of care to their inmate-patient population until they are classified and transferred to the appropriate institution.

CCWF is one of four existing institutions designated within HCFIP as having a Reception Center Level of Care. CCWF's mission currently is comprised of adult female Reception Center (RC) and General Population (GP) inmates, Levels I though IV.

The purpose of the health care facility improvements at CCWF is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Reception Center institution. CCWF has deficiencies in primary care, specialty care, laboratory, pharmacy, and Reception Center health care intake screening.

The following improvements comprise the Reception Center health care facility improvement project at CCWF:

Sub-project #1:    Reception Center Health Care Processing Addition
Sub-project #2:    Facility A Primary Care Clinic Renovation
Sub-project #3:    Facility B, C, and D Primary Care Clinic Renovation and Addition
Sub-project #4:    New Pharmacy
Sub-project #5:    Central Health Services Renovation

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

---

Health Care Facility Improvement Program
Central California Women's Facility - Chowchilla, CA
AB 900 Project Authorization

## A.  PROJECT OVERVIEW

### Section A.1      Scope

This project will make facility improvements necessary to deliver a Reception Center level of health care to the inmate-patients at CCWF.  In August 2009, a health care facility assessment was performed at CCWF to identify and document the existing conditions. In October 2012, CCWF was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned CCWF population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at CCWF in the following five health care components and their related objectives:

- Primary Care
- Specialty Care
- Laboratory
- Pharmacy
- Reception Center Health Care Intake Screening

This project contains five sub-projects that have been developed to remedy the health care deficiencies identified at CCWF.  The improvements described below will enable CCWF to operate at a Reception Center level of care, supporting the CDCR health care system.

The CCWF project includes the following sub-projects:

### Sub-project #1 – Reception Center Health Care Processing Addition

An addition to CCWF's existing Receiving and Release Building will be designed and constructed for reception center health care processing.  The purpose of this addition is to provide an appropriate clinic that can accommodate comprehensive health screening of inmates newly received into the CDCR system.  This sub-project will address deficiencies found in achieving Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

#### *Existing Condition*:

CCWF is the only Reception Center facility for processing incoming female inmates into the CDCR system.  It is located in the Central Valley and processes inmates from Northern, Central, and Southern California counties.  The existing Reception Center health screening area is undersized and does not contain sufficient space for comprehensive health screening processes to occur at the time of inmate intake.  New inmates arriving at CCWF enter through the Receiving and Release Building and are held for initial reception and identification purposes in group holding cells. All health screenings are performed in a single 95 square foot exam room (Refer to Section B.3 - Photographs,

Case 2:90-cv-00520-KJM-SCR   Document 5026-1   Filed 01/28/14   Page 112 of 219

Health Care Facility Improvement Program
Central California Women's Facility - Chowchilla, CA
AB 900 Project Authorization

Figures B.3.3 and B.3.4). There is not enough space for an exam table or sink. In addition there is not enough space to accommodate the number of health care staff needed to efficiently process the in-coming inmates. Inmate medical histories are taken in this room among the many staff, compromising confidentiality and creating possible Health Insurance Portability and Accountability Act (HIPAA) concerns. There are no dental or mental health screening spaces in this building, causing the screening to be segregated into two clinics creating a disjointed process. Overall, there is a lack of appropriate space to perform comprehensive medical, mental health, and dental screenings in one location. There are no clinician workstations, or clinic support spaces such as clean and soiled utility rooms and storage.

*Sub-project Description:*

The existing Receiving and Release Building will receive an addition for health care intake screening. Medical spaces will be provided for the Certified Nursing Assistant, Licensed Vocational Nurse (LVN) initial assessment, Registered Nurse (RN) assessment, provider medical exam rooms, and a lab draw room. Dental spaces will include one fully functional dental operatory to provide screenings and treatment and two panorex rooms. The clinic will also include one mental health screening room. These spaces will be equipped with data connectivity for electronic Unit Health Records (eUHR) and access to the Medication Administration Record System. The health care processing clinic will include spaces for Office Technicians, clean and soiled utility rooms, and supply and equipment storage rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

A sufficiently sized facility for screening inmates for existing health conditions prior to assigning housing at CCWF is necessary to achieve Reception Center and Receiving & Release Health Care Intake Screening Component Objective 1. The health care processing and screening facility will accommodate comprehensive and timely medical, dental, and mental health exams. Timely and comprehensive evaluations reduce the risk of spreading infectious diseases and TB outbreaks, and improves emergency intervention and treatment when inmates in crisis are admitted to the institution. It also improves the nurse's ability to identify needed medications and minimize the possibility of lapses in dosing, and deterioration of health conditions. Data connectivity will provide clinicians access to eUHR and the Medication Administration Record System to efficiently access any existing inmate-patient health and medication records.

The Reception Center Health Care Processing Addition has been planned to accommodate on average, a daily intake processing of 11 inmates. The average daily intake was determined using the approximate 484 inmate staffed operating capacity of the Facility's Reception Center beds, and a 60 day processing period from arrival at CCWF to endorsement to another facility or institution where they will serve their sentence. The building addition will allow CCWF to provide medical, dental, and mental health screenings in one location directly connected to the Receiving and Release Building where inmates first enter the institution for processing.

Health Care Facility Improvement Program
Central California Women's Facility - Chowchilla, CA
AB 900 Project Authorization

### Sub-project #2 – Facility A Primary Care Clinic Renovation

The existing primary care clinic at Facility A will be designed and renovated. The purpose of the renovation is to provide primary health care consultation and treatment at Facility A consistent with the delivery of a Reception Center level of care. The renovation will also include space for lab draw activities to increase access to these services and reduce escorting to the Central Health Services central lab draw area. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

#### Existing Condition:

Currently, inmate-patients housed at Facility A, Design Capacity (DC) of 456, consisting of Reception Center, Administrative Segregation Unit (ASU), and Enhanced Outpatient Program (EOP) inmate-patients, receive their primary care at the existing facility clinic. The existing clinic has six exam rooms of various sizes, used by both providers and nurses. Some of the exam rooms do not have sinks and some are too small to adequately accommodate exam tables, countertops, and desks for the providers and nurses. There is no nurse workstation so the nurses and providers use the exam rooms for office space (Refer to Section B.3 - Photographs, Figures B.3.5 and B.3.6). Wheelchairs and gurneys are stored in the corridor, and there is no dedicated space for telemedicine equipment. The clinic also lacks clean and soiled utility rooms which are needed for infection control. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

#### Sub-project Description:

The existing primary care clinic will be renovated to provide primary care services for the inmate-patients housed at Facility A. The renovated Facility A primary care clinic will include four exam rooms and one multi-use exam room which will be used for lab draw, nursing treatments, and wound care. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped to ensure connectivity is in place for Telemedicine and eUHR access. The clinic will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

#### Justification:

Renovation of the Facility A primary care clinic is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2. Some of the existing exam rooms do not have hand sinks and cannot accommodate work space for both providers and nurses. The renovated clinic will provide soiled and clean utility rooms to increase infection control and will include a multi-use exam room for lab draw, reducing escorting to the Central Health Services Building central lab area.

The number of primary care exam rooms required for a Reception Center level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to

Case 2:90-cv-00520-KJM-SCR    Document 5026-1    Filed 01/28/14    Page 114 of 219

Health Care Facility Improvement Program
Central California Women's Facility - Chowchilla, CA
AB 900 Project Authorization

inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Reception Center level of care. The inmate-patient ratio of 30% Intermediate and 70% Basic is the population mix for a Reception Center level of Care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 456 :

| | |
|---|---|
| Total exam rooms (Facility A): | 4 exam rooms (1 Panel + 1 exam room) |
| | 1 Multi-use exam room |

Although the existing clinic has the necessary number of exam rooms, the exam rooms either do not have sinks or are inadequately sized, requiring renovation and reconfiguration of the clinic.

**Sub-project #3 – Facility B, C, and D Primary Care Clinic Renovation and Addition**

A renovated and expanded primary care clinic will be designed and constructed at CCWF's B, C, and D Facilities. The purpose of these clinic renovations and expansions is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. Each of the renovated clinics will also include space for lab draw activities to increase access to these services and reduce escorting to the Central Health Services central lab draw area. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facilities B, C, and D receive their primary care in the existing facility clinic located within each respective facility. The DC for each of Facilities B, C, and D is 512 inmates. Each clinic has three existing exam rooms shared by both providers and nurses. Nurses perform pre-exam assessments of inmate-patients in the corridors due to a shortage of clinical space, compromising compliance with HIPAA, and some of the existing exam rooms have no sinks for hand washing contributing to infection control concerns. There is no workstation so the nurses and providers use the exam rooms for office space. There are no dedicated spaces for wheelchair storage, telemedicine equipment storage, or clean and soiled utility rooms. There are no inmate-patient waiting areas within the clinics so inmate-patients are required to wait on benches in the corridors where equipment is also stored. (Refer to Section B.3 - Photographs, Figures B.3.7 through B.3.10). [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

*Sub-project Description:*

The existing primary care clinics will be renovated and expanded to provide primary care services for the inmate-patients housed at CCWF's Facilities B, C, and D. Each of the primary care clinics will include three primary care exam rooms, and one multi-use exam room for lab draw, nursing assessments, and treatments. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped to ensure connectivity is in place for telemedicine and eUHR access. Each of the clinics will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

Health Care Facility Improvement Program
Central California Women's Facility - Chowchilla, CA
AB 900 Project Authorization

_____

*Justification:*

Renovated and expanded primary care clinics are necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2. The existing facility clinics are not large enough to accommodate the number of exam rooms needed to serve the inmate-patient populations at a Basic level of care. The renovated clinics will provide soiled and clean utility rooms to increase infection control, and appropriate nursing space for confidential consultations and examinations. Performing lab draw within each clinic will allow lab draw and specimen collection at the facility in lieu of escorting to the Central Health Services Building.

The number of primary care exam rooms required for a Basic level of care for Facilities B, C, and D inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility B = DC of 512:
Total exam rooms (Facility B):          3 exam rooms (1 Panel)
                                        1 Multi-use exam room

Facility C = DC of 512:
Total exam rooms (Facility C):          3 exam rooms (1 Panel)
                                        1 Multi-use exam room

Facility D = DC of 512:
Total exam rooms (Facility D):          3 exam rooms (1 Panel)
                                        1 Multi-use exam room

The existing clinics cannot accommodate the three primary care exam rooms and one multi-use exam room required to meet the inmate-patient population clinical utilization for primary care. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

**Sub-project #4 – New Pharmacy**

A New Pharmacy will be designed and constructed adjacent to the existing Central Health Services Building. The purpose of this New Pharmacy is to provide pharmacy services at CCWF to meet the pharmaceutical demands at a Reception Center level of care. This sub-project will address deficiencies in achieving Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing pharmacy is located inside the Central Health Services Building. The existing pharmacy space is undersized with an area of approximately 600 square feet. There are insufficient work stations for pharmacy staff to effectively process prescriptions, nor to properly accommodate data entry staff (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). The undersized and poorly configured space adversely affects the pharmacy's efficiency, resulting in delays in filling prescriptions. The Pharmacist in charge does not have an office and the existing space cannot

_____

Health Care Facility Improvement Program
Central California Women's Facility - Chowchilla, CA
AB 900 Project Authorization

effectively support the implementation of the central fill pharmacy model. [Deficiencies noted to achieve Pharmacy Component Objective 1.]

*Sub-project Description:*

A New Pharmacy will be designed and constructed near the existing Central Health Services Building. The pharmacy will serve the entire CCWF inmate-patient population including the inmate-patients in the Skilled Nursing Facility. It will include a secure transaction vestibule, an IV Prep. room with anteroom, a dual prescription filling station, a controlled substance fill station, an order/authorization/verification area, and a shipping, receiving, and manifesting area to support central fill. It will also include a Pharmacist office.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The New Pharmacy is necessary to achieve Pharmacy Component Objective 1. The existing pharmacy is too small to effectively provide the central fill pharmaceutical services required to meet the needs of CCWF inmate-patient population at a Reception Center level of care. The new pharmacy will be configured for proper workflow and operational protocols consistent with the central fill model. The pharmacy will have adequate work space for ordering, receiving, manifesting, storing, verifying, and dispensing medications as required by the new central fill model. Additionally, relocating the pharmacy out of the Central Health Services Building will provide space for specialty care treatment and clinic support space within the Central Health Services Building. (Refer to Sub-project #5.)

## Sub-project #5 – Central Health Services Renovation

The existing Central Health Services Building will be reconfigured and renovated. The purpose of the renovation is to provide clinical space for specialty clinical services and consultation consistent with the delivery of a Reception Center level of care to the female inmate-patients. This sub-project will address deficiencies in meeting Specialty Care Component Objectives 1, 2, 3, 4 and 5 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing Central Health Services Building at CCWF includes specialty care clinical services, a TTA for emergency services, Obstetrics and Gynecological (OB/GYN) exams, a laboratory, pharmacy, radiology services, and health care administration staff offices. There are insufficient specialty exam rooms on-site to meet the specialty clinical needs of the CCWF's inmate-patient population for operation as a female Reception Center institution. There are three small exam rooms shared between rotating specialty clinics, but they have little room for both health care staff and specialty equipment (Refer to Section B.3 - Photographs, Figure B.3.11). There is also an optometry room. There is no physical therapy room within the Central Health Services Building. There is a separate OB/GYN exam room which is required for female inmate-patients, but it is too small to accommodate the necessary specialty equipment and it has no sink. There is no dedicated storage room for telemedicine equipment. (Refer to Section B.3 - Photographs, Figure B.3.12). [Deficiencies noted to achieve Specialty Care Component Objectives 1, 2, 3, 4 and 5.]

Health Care Facility Improvement Program
Central California Women's Facility - Chowchilla, CA
AB 900 Project Authorization

The existing pharmacy is too small and is being relocated out of the Central Health Services Building (Sub-project #4). The laboratory is sufficiently sized and will stay in its current location.

*Sub-project Description:*

The existing Central Health Services Building will be renovated to provide additional specialty exam rooms including an appropriately sized physical therapy room, an appropriately sized OB/GYN and Ultrasound room, a telemedicine exam room, and optical services room.

The specialty care component includes a total of seven exam rooms as listed below.

> (2) Specialty Exam Rooms (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Optometry/Ophthalmology
> (1) Optical Services
> (1) Physical Therapy
> (1) OB/GYN and Ultrasound

The renovation will also include a Supervising Registered Nurse (SRN) II office, staff and inmate restrooms, and clinic support spaces.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation and expansion of the Central Health Services Building is necessary to achieve Specialty Care Component Objectives 1, 2, 3, 4, and 5. This sub-project will provide appropriately sized and equipped specialty clinics to accommodate the types of specialties needed to provide a Reception Center level of care to female inmate-patients.

Specialty Care: CCWF's DC of 2,004 at a Reception Center level of care with an inmate-patient ratio of 30% Intermediate and 70% Basic results in the need for three shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The specialty clinic will additionally provide dedicated exam rooms for physical therapy, optometry/ophthalmology, and optical services, as well as OB/GYN and ultrasound services due to the space needs for specialty equipment required by these medical specialties.

The CCWF project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# H



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Valley State Prison

**Chowchilla, CA**

**May 2013**

**AB 900 Project Authorization**

**For:**      **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**      **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
Valley State Prison - Chowchilla, CA
AB 900 Project Authorization

---

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The Valley State Prison (VSP) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at VSP in Madera County, California. The project will support VSP's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions will have the capability of providing routine specialized medical services and consultation for the generally healthy inmate-patient population.

VSP is one of seventeen existing institutions designated as a Basic institution. VSP's mission currently comprises a Custody Level II adult male inmate population.

The purpose of the health care facility improvements at VSP is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution. VSP has deficiencies in Primary Care, Laboratory, and Pharmacy.

The following improvements comprise the Basic health care facility improvement project at VSP:

| | |
|---|---|
| Sub-project #1: | Pharmacy Renovation |
| Sub-project #2: | Facility A Primary Care Clinic Renovation |
| Sub-project #3: | Facility B, C, and D Primary Care Clinic Renovation and Addition |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

2. Project Cost Summary

The total estimated project cost is $6.8 million. This includes all currently anticipated costs associated with mitigation, design, and construction, including all applicable fees, equipment, demolition, and site infrastructure improvements. The project will be funded primarily by lease revenue bond financing and subject to approval and administrative oversight by the State Public Works Board. Refer to Section A.2 - Project Cost Summary for more detailed information.

---

Health Care Facility Improvement Program
Valley State Prison - Chowchilla, CA
AB 900 Project Authorization

## A. PROJECT OVERVIEW

### Section A.1    Scope

This project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at VSP. In December 2009, a health care facility assessment was performed at VSP to identify and document the existing conditions. In October 2012, VSP was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned VSP population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS. Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient. Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 - Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at VSP in the following three health care components and their related objectives:

- Pharmacy
- Laboratory
- Primary Care

This project contains three sub-projects that have been developed to remedy the health care deficiencies identified at VSP. The improvements described below will enable VSP to operate at a Basic level of care, supporting the CDCR health care system.

The VSP project includes the following sub-projects:

### Sub-project #1 – Pharmacy Renovation

The existing pharmacy will be reconfigured and renovated. The purpose of the renovation is to provide pharmacy services at VSP to meet the pharmaceutical demands at a Basic level of care. This sub-project will address deficiencies found in achieving Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

VSP's pharmacy is currently located in the Central Health Services Building and is approximately 950 square feet. Although the size of the pharmacy space is adequate to support pharmacy functions at VSP, the current layout and outdated fixtures create an inefficient use of space and does not support the new central fill approach (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). The layout does not accommodate the pharmacy personnel, work flow, and approval protocols required to minimize errors in medication ordering, preparation, and dispensing. The space layout and internal organization of the pharmacy needs to be reconfigured to support the new central fill model. [Deficiencies noted to achieve Pharmacy Component Objective 1.]

Health Care Facility Improvement Program
Valley State Prison - Chowchilla, CA
AB 900 Project Authorization

*Sub-project Description:*

The existing pharmacy will be reconfigured and renovated for central fill pharmacy services to include a secure transaction vestibule, a dual prescription filling station, a controlled substance fill station, an order entry/authorization/verification area, and a shipping, receiving, and manifesting area to support central fill. The existing pharmacist office and secure transaction vestibule will remain in its current location. The entire pharmacy space will be renovated to accommodate new pharmacy fixtures, staff workspaces, power, and voice and data requirements.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation of the pharmacy is necessary to meet Pharmacy Component Objective 1. The layout of the existing pharmacy is inefficient and ineffective to provide the central fill pharmaceutical services needed to meet VSP inmate-patient population at a Basic level of care. The pharmacy will be configured for proper workflow and operational protocols consistent with the central fill model.

### Sub-project #2 – Facility A Primary Care Clinic Renovation

The existing primary care clinic at Facility A will be designed and renovated. The purpose of the renovation is to provide primary health care consultation and treatment at Facility A consistent with the delivery of a Basic level of care. The renovation will also include space for lab draw activities to increase access to these services and reduce escorting to the Central Health Services central lab draw area. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facility A, Design Capacity (DC) of 444, receive their primary care at the existing facility clinic. The existing clinic has three exam rooms shared by both providers and nurses. The exam rooms have sinks, exam tables, and desks, but no countertops or work surfaces (Refer to Section B.3 - Photographs, Figure B.3.3). There is insufficient space for taking inmate-patient vital signs in the exam rooms so this occurs in the corridors (Refer to Section B.3 - Photographs, Figure B.3.4). There is no workstation so the nurses and providers use the exam rooms for office space. Also, there are no dedicated spaces for telemedicine equipment, wheelchair storage, and clean and soiled utility rooms. The corridors are being used to store this equipment and supplies because the existing supply and equipment storage rooms are insufficiently sized (Refer to Section B.3 - Photographs, Figures B.3.5 and B.3.6). [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

*Sub-project Description:*

The existing primary care clinic will be renovated to provide primary care services for the inmate-patients housed at Facility A. The renovated Facility A primary care clinic will include three existing exam rooms, lab draw, and a Licensed Vocational Nurse (LVN) alcove. All exam rooms will be equipped with countertops and sinks, and will all have access to telemedicine and electronic Unit Health Records (eUHR). The clinic will also include an LVN and Office Technician shared workstation, a telemedicine storage room, and clean and soiled utility rooms.

Health Care Facility Improvement Program
Valley State Prison - Chowchilla, CA
AB 900 Project Authorization

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation of the  Facility A primary care clinic is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2. The existing clinic does not contain the clinic support space required to serve the inmate-patient populations at a Basic level of care.  The renovated clinic will provide clinic space for lab draw and for LVNs to consult with inmate-patients in a confidential setting as well as soiled and clean utility rooms to increase infection control.  Work space for the nurses and providers, wheelchair and telemedicine equipment storage will also be provided.  In addition, the clinic renovation will ensure data connectivity for clinician access to eUHR and accommodate telemedicine capabilities.

The number of primary care exam rooms required for a Basic level of care for Facility A inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint.  To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team.  The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 444:
Total exam rooms (Facility A):            3 exam rooms (1 Panel)

> The existing clinic has the necessary number of exam rooms, but lacks sufficient clinical space for nursing functions and clinical support spaces.

### **Sub-project #3 – Facility B, C, and D Primary Care Clinic Renovation and Addition**

A renovated and expanded primary care clinic will be designed and constructed at VSP's B, C, and D Facilities. The purpose of these clinic renovations and expansions is to provide primary health care consultation and treatment consistent with the delivery of a Basic level of care.  Each of the renovated clinics will include a lab draw alcove to increase access to services and reduce escorting to the Central Health Services central lab draw area.  This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facilities B, C, and D receive their primary care in the existing facility clinic located within each respective facility.  The DC for each of Facilities B, C, and D is 512 inmates.  Each clinic has three existing exam rooms shared by both providers and nurses.  Nurses use the corridors for pre-exam assessments of inmate-patients due to a shortage of clinical space, compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) (Refer to Section B.3 - Photographs, Figure B.3.7). Some of the existing exam rooms do not have sinks for hand washing, contributing to infection control concerns; others do have sinks but no countertops or work surfaces (Refer to Section B.3 - Photographs, Figures B.3.8 and B.3.9).   There are no

Health Care Facility Improvement Program
Valley State Prison - Chowchilla, CA
AB 900 Project Authorization

inmate-patient waiting areas within the clinics so inmate-patients are required to wait on benches in the corridors where equipment is also stored (Refer to Section B.3 - Photographs, Figure B.3.10). There are no dedicated spaces for wheelchair storage, files, supply storage, or clean and soiled utility rooms. In addition, there are no nurse and provider workrooms so they typically set up workstations in the corridors (Refer to Section B.3 - Photographs, Figures B.3.11 and B.3.12). [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

*Sub-project Description:*

The existing primary care clinics will be renovated and expanded to provide primary care services for the inmate-patients housed at VSP's Facilities B, C, and D. Each of the primary care clinics will include three primary care exam rooms, a lab draw alcove, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR. Each of the clinics will also include an LVN and Office Technician shared work station and clinic support spaces including clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovated and expanded primary care clinics are necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2. The existing facility clinics are not large enough to accommodate the clinic support space needed to serve the inmate-patient populations at a Basic level of care. The renovated clinics will provide soiled and clean utility rooms to increase infection control and appropriate nursing space for confidential consultations and examinations. Lab draw within the clinics will allow lab draw and specimen collection at the facility in lieu of escorting inmate-patients to the Central Health Services Building.

The number of primary care exam rooms required for a Basic level of care for Facilities B, C, and D inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility B = DC of 512:
Total exam rooms (Facility B):          3 exam rooms (1 Panel)

Facility C = DC of 512:
Total exam rooms (Facility C):          3 exam rooms (1 Panel)

Facility D = DC of 512:
Total exam rooms (Facility D):          3 exam rooms (1 Panel)

Health Care Facility Improvement Program
Valley State Prison - Chowchilla, CA
AB 900 Project Authorization

The existing clinics have the necessary number of exam rooms but lack sufficient clinical space for nursing functions and clinical support space.

The VSP project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# I



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Correctional Training Facility

**Soledad, CA**

**July 2013**

**AB 900 Project Authorization**

DOF Submittal
05/22/13

For:    **State of California**
**Department of Corrections and Rehabilitation**

Prepared by:    **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
Correctional Training Facility - Soledad, CA
AB 900 Project Authorization

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1.  Scope

The Correctional Training Facility (CTF) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at CTF in Monterey County, California. The project will support CTF's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions will have the capability of providing routine specialized medical services and consultation for the generally healthy inmate-patient population.

CTF is one of seventeen existing institutions designated as a Basic institution. CTF's mission currently comprises a Custody Levels I and II adult male inmate populations.

The purpose of the health care facility improvements at CTF is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution. CTF has deficiencies in medication distribution, primary care, specialty care, health care administration, and laboratory.

The following improvements comprise the Basic health care facility improvement project at CTF:

| | |
|---|---|
| Sub-project #1: | New Facility A Primary Care Clinic |
| Sub-project #2: | Facility B Primary Care Clinic Renovation |
| Sub-project #3: | Health Care Administration Renovation |
| Sub-project #4: | New Facility C Primary Care Clinic |
| Sub-project #5: | Specialty Care Clinic Renovation |
| Sub-project #6: | Facility C Triage and Treatment Area Renovation |
| Sub-project #7: | New Facility D Primary Care Clinic |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

Health Care Facility Improvement Program
Correctional Training Facility - Soledad, CA
AB 900 Project Authorization

## A. PROJECT OVERVIEW

### Section A.1    Scope

The following project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at CTF.  In September 2007, a health care facility assessment was performed at CTF to identify and document the existing conditions.  In November 2012, CTF was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned CTF population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at CTF in the following five health care components and their related objectives:

- Medication Distribution
- Primary Care
- Specialty Care
- Health Care Administration
- Laboratory

This project contains seven sub-projects that have been developed to remedy the health care deficiencies identified at CTF. The improvements described below will enable CTF to operate at a Basic level of care, supporting the CDCR health care system.

The CTF project includes the following sub-projects:

### Sub-project #1 – New Facility A Primary Care Clinic

A new primary care clinic will be designed and constructed at CTF's Facility A.  The purpose of this new clinic is to provide primary health care treatment and consultation at Facility A consistent with the delivery of a Basic level of care.  The new building will include a lab draw alcove to increase access to these services and reduce escorting to the Facility C central lab draw area.  The new building will also include a new medication distribution room to provide an efficient and safe environment for nursing to administer medications to the Facility A inmate-patient population.  This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, Medication Distribution Objectives 1 and 2, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility A, Design Capacity (DC) of 706, receive their primary care at the existing Facilities A and B health care clinic, a previously converted chapel.  The clinic currently serves the inmate-patients from both Facilities A and B.  The clinic has four undersized exam rooms, a minor procedure room where emergency related services are provided (typically referred to as a satellite

Triage and Treatment Area (TTA)), a mental health interview room, and a large single room partitioned into four nurse exam stations without hand sinks. Many of the existing clinical functions such as lab draw and nurse interview/screening are performed across tables set up in the open central circulation area of the clinic. Two of the exam rooms are elevated above ground level, requiring inmate-patients and providers to take a step up to use these rooms and limiting accessibility for inmate-patients with mobility impairments. Some of the exam rooms have no ceiling, providing little privacy for inmate-patients and providers. The clinic also lacks nursing and provider work areas. The break room is divided with partitions to create additional workstations for medical staff. No clean and soiled utility rooms in the clinic exist, creating infection control concerns. The clinic also lacks adequate data connectivity for providers to access and document electronic Unit Health Records (eUHR) and restricts telemedicine capability. The lack of space causes congestion in the exam rooms and clinic, raising security concerns and compromising compliance with Health Insurance Portability and Accountability Act (HIPAA) due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.1 to B.3.4). [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

Medication is distributed to inmate-patients at Facility A from the medication distribution room located in an adjacent building to the clinic without data connectivity. Inmate-patients do not have direct access to a drinking fountain which prevents nursing staff from ensuring proper administration of the medications. The medication distribution windows are located much higher than a typical distribution window, requiring a raised platform on the nursing side and multiple steps up to the windows on the inmate-patient side, making these windows inaccessible for disabled and mobility impaired inmate-patients and staff (Refer to Section B.3 - Photographs, Figures B.3.5 and B.3.6). [Deficiency noted to achieve Medication Distribution Component Objectives 1 and 2.]

*Sub-project Description:*

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at CTF's Facility A. The primary care clinic will include a total of four primary care exam rooms, a lab draw alcove, and a Licensed Vocational Nurse (LVN) alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared workstation and clinic support spaces, including clean and soiled utility rooms.

The medication distribution room will be built of hardened construction to provide secure medication storage and will include three medication distribution windows, a sink, countertops, a drinking fountain, and data connectivity to gain access to the Medication Administration Record System. All distribution windows will include an overhead canopy for weather protection and will be accessible for mobility impaired inmate-patients.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, Medication Distribution Objectives 1 and 2, and Laboratory Objective 2. The existing clinic currently serving both

Facilities A and B is not large enough to accommodate the number of exam rooms and clinic support space needed to serve both facilities. The existing clinic will be renovated as part of sub-project #2 to only serve the Facility B inmate-patient population. The existing shortage of clinic space requires that nursing staff conduct clinical assessments and tasks in the open circulation area which is inappropriate for a clinical environment because it lacks privacy and patient-provider confidentiality which compromises compliance with HIPAA. The new clinic will have enclosed primary care exam rooms to provide inmate-patient privacy and confidentiality. The new clinic will also provide needed clean and soiled utility rooms to reduce infection control concerns. The new clinic will provide adequate data connectivity to allow providers to access and document eUHR and provide telemedicine capability.

The number of primary care exam rooms required for a Basic level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 706:

Total exam rooms (Facility A):              4 exam rooms (1 panel and 1 additional exam room)

> The existing clinic cannot accommodate the four primary care exam rooms required for Facility A and the additional exam rooms required for Facility B to meet the inmate-patient population clinical utilization for primary care, and it is not feasible to expand. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

The new medication distribution room in the clinic will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). For Basic institutions, the standard is to provide two medication distribution windows at each facility. CTF's Facility A will be provided with two medication distribution windows. [Deficiencies noted to achieve Medication Distribution Component Objectives 1 and 2.]

## Sub-project #2 – Facility B Primary Care Clinic Renovation

The existing Facilities A and B health care clinic will be reconfigured and renovated to provide primary health care services to the Facility B inmate-patient population. The purpose of the renovation is to construct appropriate clinical space to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinic will include a lab draw alcove to

increase access to these services and reduce escorting to the Facility C central lab draw area. The clinic will also include a new medication distribution room to provide an efficient and safe environment for nursing to administer medications to the Facility B inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, Medication Distribution Objectives 1 and 2, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

_Existing Condition_:

Currently, inmate-patients housed at Facility B, DC of 706, receive their primary care at the existing Facilities A and B health care clinic, a previously converted chapel. The clinic currently serves the inmate-patients from both Facilities A and B. The clinic has four undersized exam rooms, a minor procedure room where emergency related services are provided, a mental health interview room, and a large single room partitioned into four nurse exam stations without hand sinks. Many of the existing clinical functions such as lab draw and nurse interview/screening are performed across tables set up in the open central circulation area of the clinic. Two of the exam rooms are elevated above ground level, requiring inmate-patients and providers to take a step up to use these rooms, making them inaccessible for those with mobility impairments. Some of the exam rooms have no ceiling, providing little privacy for inmate-patients and providers. The clinic also lacks nursing and provider work areas. The break room is separated with partitions to create additional workstations for medical staff. No clean and soiled utility rooms in the clinic exist, creating infection control concerns. The existing clinic also lacks adequate data connectivity for providers to access and document eUHR and restricts telemedicine capability. The lack of space causes congestion in the exam rooms and clinic, raising security concerns and compromising compliance with HIPAA due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.1 to B.3.4). [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

Medication is distributed to inmate-patients at Facility B at the medication distribution room adjacent to the clinic that was previously a chaplain's office. The space does not have a sink, counter space, or data connectivity. Inmate-patients do not have direct access to a drinking fountain which prevents nursing staff from ensuring proper administration of the medications (Refer to Section B.3 - Photographs, Figures B.3.7 and B.3.8). [Deficiency noted to achieve Medication Distribution Component Objectives 1 and 2.]

_Sub-project Description_:

The existing clinic currently serving Facilities A and B will be reconfigured and renovated to provide primary care services for the inmate-patients housed at CTF's Facility B. The primary care clinic will include a total of four primary care exam rooms, a lab draw alcove, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared workstation, a Supervisor Registered Nurse (SRN) II office, and clinic support spaces including clean and soiled utility rooms. A minor procedure room for emergency services will be included in the clinic to serve both Facilities A and B during normal clinic hours of operation (2nd and 3rd watch only). The mental health interview room in the existing clinic will be relocated to the existing Facility A medication distribution space in the adjacent building. This space will be renovated to provide mental health interview rooms to serve both Facilities A and B.

Health Care Facility Improvement Program
Correctional Training Facility - Soledad, CA
AB 900 Project Authorization

The medication distribution room will be built of hardened construction to provide secure medication storage and will include three medication distribution windows, a sink, countertops, a drinking fountain, and data connectivity to gain access to the Medication Administration Record System. All distribution windows will include an overhead canopy for weather protection and will be accessible for mobility impaired inmate-patients.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation of the primary care clinic at Facility B is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing clinic currently serving both Facilities A and B is not large enough to accommodate the number of exam rooms and clinic support space needed to serve both facilities. It is large enough to be renovated to serve only the inmate-patients at Facility B. The existing shortage of clinic space requires that nursing staff conduct clinical assessments and tasks in the open circulation area which is inappropriate for a clinical environment because it lacks privacy and patient-provider confidentiality which compromises compliance with HIPAA. The renovated clinic will have enclosed primary care exam rooms to provide inmate-patient privacy and confidentiality. The renovated clinic will also provide needed clean and soiled utility rooms to reduce infection control concerns. The renovated clinic will provide data connectivity to allow providers to access and document eUHR and provide telemedicine capability. The minor procedure room will provide efficient on-site emergency treatment and stabilization for inmate-patients at Facilities A and B.

The number of primary care exam rooms required for a Basic level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility B = DC of 706:

Total exam rooms (Facility B):              4 exam rooms (1 panel and 1 additional exam room)

> The existing clinic can accommodate the four primary care exam rooms required for Facility B but not the additional exam rooms required for Facility A to meet the inmate-patient population clinical utilization for primary care. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

The new medication distribution room in the clinic will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). For Basic institutions, the standard is to provide two medication distribution windows at each facility. CTF's Facility B will be provided with two medication distribution windows. [Deficiencies noted to achieve Medication Distribution Component Objectives 1 and 2.]

**Sub-project #3 – Health Care Administration Renovation:**

The existing vacant building at Facility B will be reconfigured and renovated for health care administration staff. The purpose of this renovation is to provide space for health care administration staff displaced by improvements at the Q-Wing specialty care clinic at Facility C. This sub-project will address deficiencies in achieving Health Care Administration Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, many of CTF's health care administration staff are located in the Q-Wing specialty care clinic at Facility C. Utilizing space inside the clinic for administrative functions reduces the amount of space available for clinical functions. This administrative area could better be used for direct inmate-patient services and clinic space as there is a need for appropriately sized specialty exam rooms, primary care exam rooms, and clinic support space. A vacant building is available for renovation and use for health care administration (Refer to Section B.3 - Photographs, Figures B.3.9 to B.3.10). [Deficiencies noted to achieve Health Care Administration Objective 1.]

*Sub-project Description:*

An existing vacant building at Facility B will be reconfigured and renovated for use as health care administration offices. This building will accommodate health care administration staff displaced by the Q-Wing Specialty Care Clinic Renovation (Sub-project #5) at Facility C. The renovated building will include seven offices for the following positions: Chief Executive Officer, Chief Support Executive, Chief Medical Executive, Chief Nurse Executive, Director of Nursing, Chief Physician and Surgeon, and Medical Secretary. Workstations will be provided for administrative support staff, including six Office Technicians. The building will also include a conference room, a break room, and staff restrooms. Due to the location of this building and its distance from the access points into each of the Facilities, multiple vehicle charging stations will be provided both adjacent the renovated health care administration building and between Building A and Z-Wing.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Relocating health care administration staff is necessary to achieve Health Care Administration Objective 1 and Specialty Care Component Objectives. This sub-project will renovate the existing vacant building at Facility B and relocate health care administration functions out of the Q-Wing specialty clinic to allow the expansion of CTF's specialty clinic.

Health Care Facility Improvement Program
Correctional Training Facility - Soledad, CA
AB 900 Project Authorization

---

**Sub-project #4 – New Facility C Primary Care Clinic**

A new primary care clinic will be designed and constructed at CTF's Facility C. The purpose of this new clinic is to provide primary health care treatment and consultation at Facility C consistent with the delivery of a Basic level of care. The new building will include a lab draw alcove to increase access to these services and reduce escorting to the central lab draw area. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

Currently, general population inmate-patients housed at Facility C, DC of 1,250, receive their primary care at the existing facility health care clinic at Q-Wing. The clinic provides primary care for inmate-patients at Facility C and specialty care for all the inmate-patients at CTF. The primary care spaces include four primary care provider exam rooms and a large single room divided with low partitions into four nurse exam stations. Inmate-patient histories and vital signs are taken in the corridor. The waiting area, enclosed with chain linked fences within the building, is undersized and overcrowded for the number of inmate-patients using the clinic. The clinic also lacks nursing and provider work areas. The staff restrooms are undersized for the number of staff working at the clinic and they lack the clearances to meet accessibility requirements. There are currently no clean and soiled utility rooms in the clinic, creating infection control concerns. The existing clinic also lacks data connectivity for providers to access and document eUHR and restricts telemedicine capability. The lack of space causes congestion in the exam rooms and clinic, raising security concerns and compromising compliance with HIPAA due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.11 to B.3.14). [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

*Sub-project Description*:

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at CTF's Facility C. The primary care clinic will include a total of seven primary care exam rooms, a lab draw alcove, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include a clinic workstation and clinic support spaces including clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification*:

A New Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing Q-Wing clinic currently functions as both a primary and specialty care clinic and is not large enough to accommodate the number of primary and specialty care exam rooms and clinic support space needed to serve CTF's Facility C inmate-patient population at a Basic level of care. The existing Q-Wing clinic will be renovated as part of Sub-project #5 to function primarily as a specialty care clinic. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in the corridor and in open stations separated by low partitions. These conditions

---

are inappropriate for a clinical environment because they lack privacy and patient-provider confidentiality which compromises compliance with HIPAA. The new clinic will have enclosed primary care exam rooms to provide inmate-patient privacy and confidentiality. The new clinic will provide accessible staff restrooms and an adequately sized inmate-patient waiting area. Also, the new clinic will have clean and soiled utility rooms, reducing infection control concerns. The new clinic will provide data connectivity to allow providers to access and document eUHR and provide telemedicine capability.

The number of primary care exam rooms required for a Basic level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility C = DC of 1,250:
Total exam rooms (Facility C):          7 exam rooms (2 panels and 1 additional exam room)

> The existing clinic cannot accommodate the seven primary care exam rooms required to meet the inmate-patient population clinical utilization for primary care as well as specialty clinical services for the entire CTF inmate-patient population, and it is not feasible to expand. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

### Sub-project #5 – Specialty Care Clinic Renovation

The existing specialty care clinic at Q-Wing will be reconfigured and renovated. The purpose of the renovation is to provide appropriate clinical space to accommodate specialty clinical services and Administrative Segregation Unit (ASU) primary care services. This sub-project will address deficiencies in meeting Specialty Care Component Objectives 1, 2, 3, 4, and 5 and Primary Care Component Objectives 1, 2, 3, and 4 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing health care clinic at Facility C, Q-Wing includes specialty care services, primary care services, a Triage and Treatment Area (TTA) for emergency services, radiology services, and office space for some health care administrative staff. The clinic provides primary care for inmate-patients at Facility C and specialty care for all the inmate-patients at CTF. The specialty care clinic has one specialty exam room and a telemedicine exam room which does not have a hand sink. Inmate-patient histories and vital signs are taken in the corridor. The clinic also lacks nursing and provider work areas. The waiting area is enclosed with chain link fencing and is undersized for the number of inmate-patients receiving services in the clinic. The staff restrooms are undersized for the number of staff working at the clinic and they lack the clearances to meet accessibility requirements. The clinic does not have soiled and clean utility rooms, clinical nursing support space, nor an appropriately sized physical therapy space that can accommodate the necessary specialized equipment. Physical therapy is currently conducted in an inmate dayroom in housing unit Wing C, lacking confidentiality and leaving the inmates in the housing unit without the required dayroom space.

Health Care Facility Improvement Program
Correctional Training Facility - Soledad, CA
AB 900 Project Authorization

The existing TTA is embedded within the Q-Wing specialty clinic and is not directly accessible to emergency transport vehicles and staff. This causes the inmate-patient to be transported from the TTA through the narrow corridor of the specialty clinic, past the inmate-patient waiting before entering the main corridor and out to the emergency vehicle. During emergency egress security risks are increased as the inmate-patient is transported through multiple areas openly occupied by other inmates. In some instances, these areas must be cleared of inmates prior to egress transport and potentially delaying the emergency response. The location of the TTA in the specialty clinic is also occupying space needed for the additional specialty exam rooms (Refer to Section B.3 - Photographs, Figures B.3.12 and B.3.18). [Deficiencies noted to achieve Specialty Care Objectives 1, 2, 3, 4, and 5.]

Currently, some health care administration staff occupy office space in the specialty care clinic needed for additional specialty exam rooms, clinical support staff, and clinical support functions. ASU inmate-patients in the adjacent housing unit O-Wing are using a converted custody office with no hand sink and data connectivity as their primary care exam room.

_Sub-project Description_:

The existing Q-Wing specialty care clinic will be reconfigured and renovated to provide dedicated and appropriately sized specialty care, ASU primary care, and clinical support spaces. A clinic workstation will be provided. Soiled and clean utility rooms will be added for infection control. A physical therapy room will be added within the specialty clinic to provide confidential space and adequate physical therapy equipment and associated functions. Two ASU primary care exam rooms will be provided to serve the ASU inmate-patients housed in the adjacent O-Wing housing unit, DC of 144. Additional inmate-patient holding rooms will be provided for inmate-patients to wait in the clinic. Staff restrooms will be enlarged to adequately serve the staff working in the clinic and to provide accessibility.

The specialty clinic will be renovated to provide the appropriate number of specialty exam rooms to serve the CTF inmate-patients at a Basic level of care. All of the exam rooms will have hand sinks and will be sized to meet treatment and equipment needs in an appropriate clinical environment. Each exam room will be sized per CDCR Space Standards (Program Overview, Section D) and equipped with data lines for telemedicine services and connectivity for access to the electronic eUHR system.

The specialty care component includes a total of six exam rooms as listed below.

> (2) Specialty Exam Rooms (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Optometry/Ophthalmology
> (1) Optical Services
> (1) Physical Therapy

The existing radiology suite is sufficiently sized and in a good location within the specialty clinic.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

Health Care Facility Improvement Program
Correctional Training Facility - Soledad, CA
AB 900 Project Authorization

---

*Justification:*

Renovation and reconfiguration of the Q-Wing specialty care clinic is necessary to achieve Specialty Care Objectives 1, 2, 3, 4, and 5 and Primary Care Objectives 1, 2, 3, and 4. The existing clinic does not have the number of specialty exam rooms needed to serve CTF's inmate-patient population at a Basic level of care. Inmate-patient histories and vital signs are currently taken in the corridor, compromising inmate-patient confidentiality and compliance with HIPAA. The renovated clinic will provide all exam rooms with hand sinks for proper infection control. The renovated clinic will have adequate inmate waiting area, staff restrooms, staff support areas, and a soiled and clean utility room, reducing infection control concerns. The addition of data connectivity in the exam and treatment areas will allow CTF to provide specialty services by off-site providers through the use of on-site telemedicine, decreasing ongoing operational costs by reducing off-site transportation to community health care centers.

CTF's DC of 3,312 at a Basic level of care results in the need for two shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The specialty clinic will additionally provide dedicated exam rooms for physical therapy, optometry/ophthalmology, and optical services due to the space needs for specialty equipment required by these medical specialties.

The existing custody office used as an ASU primary care exam room in O-Wing does not allow for expansion to provide the additional needed exam room and clinical spaces necessary for the ASU population. The two primary care exam rooms added to the Q-Wing specialty care clinic to serve the ASU inmate-patients residing in the adjacent O-Wing housing unit will be adequately sized with hand sinks and data connectivity to allow providers to access and document eUHR and provide telemedicine capability.

## Sub-project #6 – Facility C Triage and Treatment Area Renovation

The existing S-Wing at Facility C will be reconfigured and renovated. The purpose of the renovation is to provide a central TTA for emergency services readily accessible to CTF inmate-patients in all Facilities. This sub-project will address deficiencies in meeting Specialty Care Component Objective 6 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing S-Wing at Facility C includes one specialty exam room and a large storage room for recreational equipment. The existing central TTA is embedded in the Q-Wing specialty clinic, not directly accessible to emergency transport vehicles and staff, and is occupying space needed for the renovation of the specialty clinic (Sub-project #5). The TTA is undersized with two rooms: one with two bays and the other with one bay. There are no designated areas for inmate-patient waiting or observation within the existing TTA. Access to the TTA is through the narrow doorway and a crowded corridor used for primary care clinic, specialty care clinic, dental clinic, and health care administration staff. [Deficiencies noted to achieve Specialty Care Component Objectives 6.]

*Sub-project Description:*

The existing S-Wing at Facility C will be reconfigured and renovated to provide a centralized 24/7 TTA for CTF. The recreational equipment in this wing will be relocated to another location to be specified by the institution and the existing specialty exam room will be replaced by the Specialty Care Clinic

---

Renovation (Sub-project #5).  The renovated TTA will include one standard bay, one trauma bay, and an emergency observation room.  It will also include an office for the SRN II, a clinic workstation, clinic support spaces, and a soiled utility room.  An inmate holding area will be constructed for inmate-patients waiting at the TTA.  The proposed TTA is located directly off of the main corridor and near the east entry of the building, providing a direct and expedited route from the TTA to an ambulance outside the east entry during emergency response.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation of the S-Wing for a central TTA is necessary to achieve Specialty Care Objective 6.  This sub-project will provide a centralized TTA to replace the one in Q-Wing needed for the expansion of the specialty clinic.  The renovated TTA will provide sufficiently sized and positioned emergency treatment bays and clinic support areas to provide efficient on-site emergency treatment and stabilization.  Access to the TTA will be through a dedicated entrance directly off of the main circulation corridor rather than through the narrow, crowded entrance of Q-Wing shared with primary care, specialty care, dental care, and health care administration staff.  The renovated TTA will provide better treatment and circulation space during emergencies in an appropriate environment separate from routine, non-emergency outpatient services.  It will provide space needed for maneuvering equipment, clinic staff work areas, and adequate separation between emergency treatment beds.

## Sub-project #7 – New Facility D Primary Care Clinic

A new primary care clinic will be designed and constructed at CTF's Facility D.  The purpose of this new clinic is to provide primary health care treatment and consultation at Facility D consistent with the delivery of a Basic level of care. The new building will include a lab draw alcove to increase access to these services and reduce escorting to the Facility C central lab draw area, and include a new medication distribution room to provide an efficient and safe environment for nursing to administer medications to the inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, Laboratory Component Objective 2, and Medication Distribution Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed at Facility D, DC of 506, receive their primary care at the existing facility health care clinic.  The clinic includes dental, mental health, and medical areas.  The medical area includes two provider exam rooms, a minor procedure room where emergency related services are provided (typically referred to as a satellite TTA), an SRN II office, a medication distribution room, a lab draw, and a secure storage room. Many of the existing clinical functions such as nurse interview/screening and obtaining inmate-patient vitals are performed across tables set up in the corridor of the clinic.  The clinic also lacks nursing and provider work areas.  There are currently no clean and soiled utility rooms in the clinic, creating infection control concerns.  In addition, the existing clinic lacks adequate data connectivity for providers to access and document electronic eUHR and restricts telemedicine capability.  The lack of space causes congestion in the exam rooms and clinic, raises security concerns, and compromises compliance with HIPAA due to the lack of confidentiality

(Refer to Section B.3 - Photographs, Figure B.3.19). [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

Medication is distributed to inmate-patients at Facility D at the medication distribution room at the clinic without data connectivity. Inmate-patients do not have direct access to a drinking fountain which prevents nursing staff from ensuring proper administration of the medications. The medication distribution windows are located much higher than a typical distribution window, requiring a raised floor on both the nursing side and the inmate-patient side, making these windows inaccessible for mobility impaired inmate-patients and staff. (Refer to Section B.3 - Photographs, Figures B.3.20 and B.3.21). [Deficiency noted to achieve Medication Distribution Component Objectives 1 and 2.]

*Sub-project Description:*

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at CTF's Facility D. The primary care clinic will include a total of three primary care exam rooms, a lab draw alcove, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include an LVN and Office Technician shared workstation and clinic support spaces including clean and soiled utility rooms. A minor procedure room for emergency services will be included in the clinic to serve the inmate-patients at Facility D. The SRN II office will remain in the existing clinic, and a shared provider workroom will be provided in the new clinic for nurses and providers to use. Mental health and dental services will continue to be provided within the existing clinic.

The medication distribution room will be built of hardened construction to provide secure medication storage and will include two medication distribution windows, a sink, countertops, a drinking fountain, and data connectivity to gain access to the Medication Administration Record System. All distribution windows will include an overhead canopy for weather protection and will be accessible to mobility impaired inmate-patients.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Primary Care Clinic is necessary to achieve Primary Care Objectives 1, 2, 3, and 4, and Laboratory Objective 2. The existing clinic is landlocked within the building and is not large enough to accommodate the number of exam rooms and clinic support space needed to serve CTF's Facility D inmate-patient population at a Basic level of care. The existing shortage of clinic space requires that nursing staff conduct clinical tasks in the corridor which is inappropriate for a clinical environment because it lacks privacy and patient-provider confidentiality which compromises compliance with HIPAA. The new clinic will have enclosed primary care exam rooms to provide inmate-patient privacy and confidentiality. Also, the new clinic will provide clean and soiled utility rooms, reducing infection control concerns. The new clinic will have data connectivity to allow providers to access and document eUHR and provide telemedicine capability. The minor procedure room will provide efficient on-site emergency treatment and stabilization for inmate-patients at Facility D.

Health Care Facility Improvement Program
Correctional Training Facility - Soledad, CA
AB 900 Project Authorization

The number of primary care exam rooms required for a Basic level of care for the inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility D = DC of 506:
Total exam rooms (Facility D):               3 exam rooms (1 panel)

> The existing clinic cannot accommodate the three primary care exam rooms required for Facility D to meet the inmate-patient population clinical utilization for primary care and it is not feasible to expand. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

The new medication distribution room in the clinic will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices and proper accessibility.

The most efficient and secure method of medication administration and distribution to inmate-patients is through secure medication preparation rooms and distribution windows. Medications can be administered to up to 60 inmate-patients within a maximum of two hours using medication lines (Refer to Program Overview, Appendix F.6). For Basic institutions, the standard is to provide two medication distribution windows at each facility. CTF's Facility D will be provided with two medication distribution windows. [Deficiencies noted to achieve Medication Distribution Component Objectives 1 and 2.]

The CTF project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# J



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Salinas Valley State Prison

**Soledad, CA**

**July 2013**

**AB 900 Project Authorization**

DOF Submittal
05/22/13

**For:**     **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**     **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
Salinas Valley State Prison - Soledad, CA
AB 900 Project Authorization

## I.   EXECUTIVE SUMMARY

### A.   PROJECT OVERVIEW

1.   Scope

The Salinas Valley State Prison (SVSP) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended.   AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at SVSP in Monterey County, California.   The project will support SVSP's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions will have the capability of providing routine specialized medical services and consultation for the generally healthy inmate-patient population.

SVSP is one of seventeen existing institutions designated as a Basic institution. SVSP's mission currently comprises Custody Levels I and IV adult male inmate populations.

The purpose of the health care facility improvements at SVSP is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution.   SVSP has deficiencies in Primary Care, Laboratory, Administrative Segregation Unit (ASU) Clinic, and Pharmacy.

The following improvements comprise the Basic health care facility improvement project at SVSP:

| | |
|---|---|
| Sub-project #1: | New ASU Primary Care Clinic |
| Sub-project #2: | Pharmacy Renovation and Addition |
| Sub-project #3: | Facilities A, B, C, and D Primary Care Clinic Renovation and Addition |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

2.   Project Cost Summary

The total estimated project cost is $12.5 million.   This includes all currently anticipated costs associated with mitigation, design, and construction, including all applicable fees, equipment, demolition, and site infrastructure improvements.   The project will be funded primarily by lease revenue bond financing and subject to approval and administrative oversight by the State Public Works Board.   Refer to Section A.2 - Project Cost Summary for more detailed information.

Health Care Facility Improvement Program
Salinas Valley State Prison - Soledad, CA
AB 900 Project Authorization

## A. PROJECT OVERVIEW

### Section A.1    Scope

This project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at SVSP. In July 2009, a health care facility assessment was performed at SVSP to identify and document the existing conditions. In November 2012, SVSP was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned SVSP population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS. Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient. Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at SVSP in the following four health care components and their related objectives:

- Pharmacy
- Laboratory
- Administrative Segregation Unit (ASU) Clinic
- Primary Care

This project contains three sub-projects that have been developed to remedy the health care deficiencies identified at SVSP. The improvements described below will enable SVSP to operate at a Basic level of care, supporting the CDCR health care system.

The SVSP project includes the following sub-projects:

**Sub-project #1 – New ASU Primary Care Clinic**

A new primary care clinic will be designed and constructed for ASU inmate-patients housed in units D1, D2, D8, and in the stand-alone ASU housing unit. The purpose of this new clinic is to provide separate clinical treatment space to provide primary care treatment and consultation consistent with the delivery of a Basic level of care for the large secure lock-up ASU population at SVSP. This sub-project will address deficiencies found in achieving ASU Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The SVSP ASU population is 292 at Design Capacity (DC). Inmate-patients housed in D1, D2, and D8 housing units receive their primary health care in an existing health care room located within each respective housing unit. ASU inmate-patients housed in the stand-alone ASU housing unit receive their primary health care in a shared exam room within the housing unit. These shared exam rooms in the housing units are shared by both physician and nurse lines and also serve as a medication preparation room and in some cases also a mental health interview room. (Refer to Attachment B.3 – Photographs, Figure B.3.1 and B.3.2).

Additionally, there are no dental facilities at the existing ASU housing units.  All ASU inmate-patients are escorted to the Central Health Services Building for dental care and services.  The escorting of ASU inmate-patients to the Central Health Services Building requires lengthy escorting and increases security risks for both staff and other inmates as well as disrupting health care services to the General Population (GP) inmate-patients.

*Sub-project Description:*

A New ASU Primary Care Clinic will be designed and constructed adjacent to housing unit D1 to serve the ASU inmate-patient population housed in units D1, D2, D8, and in the stand-alone ASU housing unit. The proposed location is in close proximity to the ASU housing units and provides good access from the stand-alone ASU (Refer to Section B.3 - Photographs, Figure B.3.3 and B.3.4).  It will include two primary care exam rooms, one dental operatory, and two non-contact mental health interview rooms.  The clinic will also include a Licensed Vocational Nurse (LVN) and Office Technician (OT) shared workstation and clinic support spaces.  The exam rooms will have hand sinks and will be sized to meet the treatment and equipment needs in an appropriate clinical environment.  Each treatment room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the electronic Unit Health Records (eUHR) system.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New ASU Primary Care Clinic for ASU inmate-patients is necessary to achieve ASU Clinic Objective 1.  This building will facilitate access to medical and dental services for inmate-patients confined to ASU housing and provide mental health consultation and evaluation.  A dedicated primary care clinic for SVSP's 292 ASU inmates will minimize custody staff's need to escort ASU inmate-patients into the Central Health Services Building for dental services.  The current practice of using the shared exam room within each ASU housing unit as the location where medication is also stored and used for preparing medications for distribution compromises the security of the medication. Therefore, to ensure proper control and security of medication, the existing shared exam rooms in units D1, D2, D8, and the stand-alone ASU housing unit will be dedicated solely to medication distribution.

In order to facilitate inmate-patient health care access and to support medical and dental services in a full continuum of health care for the ASU population, a designated primary care clinic is required. [Deficiencies noted to achieve ASU Clinic Objective 1.]

**Sub-project #2 – Pharmacy Renovation and Addition**

The existing pharmacy will be reconfigured, renovated, and expanded. The purpose of the renovation and expansion is to provide pharmacy services at SVSP to meet the pharmaceutical demands at a Basic level of care and the 128-bed inpatient Intermediate Care Facility (ICF). This sub-project will address deficiencies found in achieving Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

SVSP's pharmacy is currently located in the Central Health Services Building and is approximately 880 square feet. Pharmacy services for the ICF are provided in a separate, inadequately sized location within the ICF unit due to lack of space in SVSP's primary pharmacy. The size of the existing pharmacy is not adequate to support pharmacy functions for both the GP outpatient and ICF inpatient inmate populations at SVSP. The current operation in two separate locations coupled with the layout and outdated fixtures creates an inefficient operation and use of space and does not support the central fill approach (Refer to Section B.3 - Photographs, Figures B.3.5, B.3.6, B.3.7, and B.3.8). The layout does not accommodate the pharmacy personnel, work flow, and approval protocols required to minimize errors in medication ordering, preparation, and dispensing. The space layout and internal organization of the pharmacy needs to be reconfigured to support the new central fill model. [Deficiencies noted to achieve Pharmacy Component Objective 1.]

*Sub-project Description*:

The existing pharmacy will be reconfigured, renovated, and expanded for central fill pharmacy services within the existing Central Health Services Building to include a secure transaction vestibule, two dual prescription filling stations, a controlled substance fill station, an order entry/authorization/verification area, a shipping/receiving/manifesting area to support central fill, a pharmacist II office, and a pharmacy services manager office. The existing pharmacist office and secure transaction vestibule will remain in their current location and the pharmacist services manager will be located in the office currently being used for data processing. The entire pharmacy space will be renovated to accommodate new pharmacy fixtures, staff workspaces, power, voice, and data requirements.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification*:

Renovation and expansion of the pharmacy is necessary to meet Pharmacy Component Objective 1. The existing pharmacy is too small to effectively provide pharmaceutical services required to meet both the needs of SVSP's inmate-patient population at a Basic level of care and the 128-bed inpatient ICF. The pharmacy will be configured for proper workflow and operational protocols consistent with the central fill model. The pharmacy will have adequate workspace for ordering, receiving, manifesting, storing, verifying, and dispensing medications as required by the central fill model and it will increase efficiency with outpatient and the ICF inpatient pharmacy services co-located together.

**Sub-project #3 – Facilities A, B, C, and D Primary Care Clinic Renovation and Addition**

A renovated and expanded primary care clinic will be designed and constructed at SVSP's A, B, C, and D Facilities. The purpose of these clinic renovations and expansions is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. Each of the renovated clinics will include a lab draw alcove to increase access to services and will reduce escorting to the Central Health Services Building central lab draw area. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

_Existing Condition_:

Currently, inmate-patients housed in Facilities A, B, C, and D receive their primary care in the existing facility clinic located within each respective facility. The DC for Facilities A and B is 500, Facility C is 512, and Facility D is 320 inmates. Each clinic has a dental operatory, LVN and OT workstation that is shared with medication distribution, dental office, dental lab, sterilization room, two existing exam rooms shared by both providers and nurses, and one provider workroom/storage that is currently in use as a third exam room. Nurses use the corridors for pre-exam assessments of inmate-patients due to a shortage of clinical space, compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) (Refer to Section B.3 - Photographs, Figure B.3.10). The provider workroom is being used as an additional exam room which does not have a sink for hand washing, contributing to infection control concerns. (Refer to Section B.3 - Photographs, Figures B.3.12). There are no dedicated spaces for wheelchair storage, gurney storage, supply storage, clean utility, or soiled utility rooms. (Refer to Section B.3 - Photographs, Figures B.3.9, B.3.10, B.3.11, and B.3.12) [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

_Sub-project Description_:

The existing primary care clinics will be renovated and expanded to provide primary care services for the inmate-patients housed at SVSP's Facilities A, B, C, and D. Each of the primary care clinics will include three primary care exam rooms, a lab draw and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR. Each of the clinics will dedicate the existing LVN and OT shared workstation to medication distribution and provide a separate Medical OT and Clinic Workroom. Each clinic will also include clinic support spaces including telemedicine equipment storage, clean utility, and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

_Justification:_

The renovation and expansion of these primary care clinics is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2. The existing facility clinics are not large enough to accommodate the clinic support space needed to serve the inmate-patient populations at a Basic level of care. The renovated clinics will provide soiled utility and clean utility rooms to increase infection control, and appropriate nursing space for confidential consultations and examinations. Lab draw within the clinics will allow lab draw and specimen collection at the facility in lieu of requiring escorting to the Central Health Services Building. The current practice of using the location where medication is distributed and/or stored for the OT workstation compromises the security and control of the medication by allowing a non-licensed clinical professional access to the space. A separate Medical OT/Clinic Workroom space is necessary within the clinic to ensure proper control and security of medication by only licensed clinical professionals.

The number of primary care exam rooms required for a Basic level of care for Facilities A, B, C, and D inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms,

Health Care Facility Improvement Program
Salinas Valley State Prison - Soledad, CA
AB 900 Project Authorization

has been defined to support the operation and function of a clinic team.  The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 500:
Total exam rooms (Facility A):           3 exam rooms (1 Panel)


Facility B = DC of 500:
Total exam rooms (Facility B):           3 exam rooms (1 Panel)


Facility C = DC of 512:
Total exam rooms (Facility C):           3 exam rooms (1 Panel)


Facility D = DC of 320:
Total exam rooms (Facility D):           3 exam rooms (1 Panel)

    The existing clinics lack the necessary number of exam rooms, sufficient clinical space for nursing functions, and clinical support space.


The SVSP project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR.  The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody.  Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# K



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California Correctional Institution

**Tehachapi, CA**

**September 2013**

**AB 900 Project Authorization**

**For:**　　**State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**　　**Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
California Correctional Institution - Tehachapi, CA
AB 900 Project Authorization

## I.  EXECUTIVE SUMMARY

### A.  PROJECT OVERVIEW

1.  Scope

The California Correctional Institution (CCI) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended.   AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at CCI in Kern County, California.  The project will support CCI's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions will have the capability of providing specialized medical services and consultation for the generally healthy inmate-patient population.

CCI is one of seventeen existing institutions designated as a Basic institution. CCI's mission currently comprises Custody Levels I, II, III, and IV adult male inmate population.

The purpose of the health care facility improvements at CCI is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution.  CCI has deficiencies in Medication Distribution, Primary Care, Specialty Care, Pharmacy, and Laboratory.

The following improvements comprise the Basic health care facility improvement project at CCI:

| | |
|---|---|
| Sub-project #1: | Facility A Primary Care Clinic Renovation |
| Sub-project #2: | New Pharmacy and Lab |
| Sub-project #3: | Facility B Primary Care Clinic and Specialty Clinic Renovation |
| Sub-project #4: | Facility C Primary Care Clinic Renovation and Addition |
| Sub-project #5: | Facility D Primary Care Clinic Renovation |
| Sub-project #6: | New Facility E Primary Care Clinic |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

## A.  PROJECT OVERVIEW

### Section A.1       Scope

This project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at CCI.  In July 2009, a health care facility assessment was performed at CCI to identify and document the existing conditions. In December 2012, CCI was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned CCI population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.   Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.   Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at CCI in the following five health care components and their related objectives:

- Medication Distribution
- Primary Care
- Specialty Care
- Pharmacy
- Laboratory

This project contains six sub-projects that have been developed to remedy the health care deficiencies identified at CCI. The improvements described below will enable CCI to operate at a Basic level of care, supporting the CDCR health care system.

The CCI project includes the following sub-projects:

### Sub-project #1 – Facility A Primary Care Clinic Renovation

The existing Facility A health care clinic will be reconfigured and renovated to provide primary care health services to the Facility A inmate-patient population.   The purpose of the renovation is to construct appropriate clinical space to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care.  The renovated clinic will include lab draw to increase access to these services in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facility A receive their primary care in the existing facility clinic located within Facility A.  The Design Capacity (DC) for Facility A is 500 inmates.  The existing clinic includes three primary care exam rooms and a single bay room where emergency related services are provided.  The clinic also contains a small radiology suite and a three operatory dental suite.  There are no clean and soiled utility rooms and there are no areas for storage of telemedicine equipment, wheelchairs, and gurneys. There is no space for the Licensed Vocational Nurse (LVN) to perform

Health Care Facility Improvement Program
California Correctional Institution - Tehachapi, CA
AB 900 Project Authorization

patient pre-exam interview/screening and collect vitals, causing these clinical functions to occur in open circulation areas or in an exam room with the provider. The lack of space causes congestion in the exam rooms and the clinic, raising security concerns and compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) due to the lack of confidentiality. There is no inmate waiting with the clinic; inmate-patients are staged in the adjacent sallyport holding areas used by Receiving and Release. (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2.) [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

_Sub-project Description:_

The existing clinic currently serving Facility A will be reconfigured and renovated to provide primary care services for the inmate-patients housed at CCI's Facility A. The primary care clinic will include three primary care exam rooms, a shared Medical Office Technician and Clinic Workroom, a Supervisor Registered Nurse (SRN) II office, a shared workroom for an Office Technician and Unit Health Records, a lab draw station, and an LVN alcove. Due to Facility A having its own secure perimeter, a minor procedures room for emergency services will be included in the clinic to serve the Facility during normal hours of operation (2nd and 3rd watch). All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and Electronic Unit Health Records (eUHR). The clinic will also contain clinic support spaces including wheelchair and gurney storage, telemedicine equipment storage, a clean utility room, and a soiled utility room. A third, unused dental operatory will be removed from the dental suite to allow space for inmate holding modules and custody.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

_Justification:_

The renovation of this primary care clinic is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2. The existing facility clinic does not have the necessary clinic support spaces needed to serve the inmate-patient population at Facility A. The renovated clinic will provide soiled utility and clean utility rooms, reducing infection control concerns. Appropriate space will be provided for the LVN to perform pre-exam functions and improve compliance with HIPAA. The minor procedure room will provide efficient on-site emergency treatment and stabilization for inmate-patients at Facility A.

The number of primary care exam rooms required for a Basic level of care for Facility A inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Health Care Facility Improvement Program
California Correctional Institution - Tehachapi, CA
AB 900 Project Authorization

Facility A = DC of 500:
Total exam rooms (Facility A):             3 exam rooms (1 Panel)

> Although the existing clinic includes the appropriate number of exam rooms required to meet the inmate-patient population clinical utilization for primary care for Facility A, it lacks sufficient clinic support space.

## Sub-project #2 – New Pharmacy and Lab

A New Pharmacy and Lab will be designed and constructed adjacent to Facility C parking lot. The purpose of this new building is to provide the space needed to meet the pharmaceutical and laboratory needs of CCI and make space available within Facility B, where the pharmacy and laboratory are currently located, for direct inmate-patient specialty services and care (See Sub-project #3). This sub-project will address deficiencies in achieving Pharmacy Component Objective 1, and Laboratory Component Objectives 1 and 3 of the health care delivery system (Program Overview, Section D. Approach).

### *Existing Condition:*

The existing pharmacy and lab are located in Facility B adjacent the existing specialty clinical area that serves the CCI inmate-patient population. Both areas are occupying space needed for the development of a centralized Triage and Treatment Area (TTA) and specialty clinical services. Neither the pharmacy nor the laboratory require direct inmate-patient access and can be relocated out of the Facility B clinical area. [Deficiencies noted to achieve Pharmacy Component Objective 1 and Laboratory Component Objectives 1 and 3.]

### *Sub-project Description:*

The New Pharmacy and Lab will be designed and constructed across from the parking lot at Facility C with direct access to the primary road for receipt of medications from central fill and centralized to all five facilities of the institution. The New Pharmacy and Lab will serve the entire CCI inmate-patient population, including the Outpatient Housing Unit. It will include three prescription filling stations; a controlled substance fill station; an order entry area, an authorization/verification area; and a shipping, receiving, and manifesting area to support central fill. It will also include a laboratory for processing of inmate-patient lab specimens, and offices for the Pharmacist and Senior Laboratory Technician.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

### *Justification:*

The New Pharmacy and Lab will allow the existing pharmacy and laboratory spaces to be vacated from Facility B with the vacated space utilized for the TTA and specialty clinical services while achieving Pharmacy Component Objective 1 and Laboratory Component Objectives 1 and 3. The new pharmacy will be configured for proper workflow and operational protocols consistent with the central fill model. The pharmacy will have adequate work space for ordering, receiving, manifesting, storing, verifying, and dispensing medications as required by the central fill model. Locating the pharmacy and laboratory services with direct access to the primary road circulation of the institution and centrally to all five facilities will allow effective pharmaceutical management and medication administration for the entire institution.

Health Care Facility Improvement Program
California Correctional Institution - Tehachapi, CA
AB 900 Project Authorization

---

**Sub-project #3 – Facility B Primary Care and Specialty Clinic Renovation**

The existing Facility B health care clinic will be reconfigured and renovated to provide primary care health services to the Facility B inmate-patient population and specialty clinic services for the CCI inmate-patient population. The purpose of this clinic renovation is to provide primary health care and specialty care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinic will include lab draw to increase access to these services in an appropriate setting. The renovation will also provide a centralized TTA for emergency services that will be readily available to CCI inmate-patients from all of the Facilities. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facility B receive their primary care in the existing facility clinic located within Facility B. The DC for Facility B is 500 inmates. The existing clinic includes three primary care exam rooms and a single bay TTA that is insufficient to accommodate all of CCI's emergency related services. The clinic also contains a radiology suite and a two operatory dental suite with a dental panorex. There is no space for the LVN to perform patient pre-exam interview/screenings and collect vitals, causing these clinical functions to occur in open circulation areas or in an exam room with the provider. The lack of space causes congestion in the exam rooms and clinic, raising security concerns and compromising compliance with HIPAA due to the lack of confidentiality. The clinic also contains two specialty exam rooms, one of which is used for optometry/ophthalmology. Some of the exam rooms are not properly equipped with work desks and counter tops. There are no clean and soiled utility rooms and there are no areas for storage of telemedicine equipment, wheelchairs, and gurneys. Wheelchairs and gurneys are stored in the corridors. There is a sizable inmate-patient holding area located in the Facility B vehicle sallyport, but it is enclosed with fencing and a metal roof rather than being enclosed with more permanent conditioned space. (Refer to Section B.3 - Photographs, Figures B.3.3 and B.3.4.) [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Specialty Care Components Objectives 1, 2, 3, 4, 5, and 6.] The Facility B clinic also contains the main pharmacy and laboratory that serves the entire inmate-patient population and health care services of CCI.

*Sub-project Description:*

The north-west side of the existing Facility B clinic will be reconfigured and renovated to provide primary care services for the inmate-patients housed at CCI's Facility B and the south-east side of the existing Facility B clinic will be reconfigured and renovated to provide specialty care exam rooms and a centralized TTA for all of CCI's inmate patient population.

The primary care clinic will include three primary care exam rooms, a shared Medical Office Technician and Clinic Workroom, a SRN II office, a shared workroom for an Office Technician and Unit Health Records staff, a lab draw station, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR. The clinic will also contain clinic support spaces including wheelchair and gurney storage, telemedicine equipment storage, a clean utility room, and a soiled utility room. The dental panorex, currently located in the dental suite, will be removed to allow space for

---

Project Authorization                    9

Health Care Facility Improvement Program
California Correctional Institution - Tehachapi, CA
AB 900 Project Authorization

inmate holding modules and custody. A new panorex room will be constructed adjacent the south-east section of the clinic.

The specialty care clinic will provide dedicated and appropriately sized specialty care exam rooms and an SRN II office. The area currently occupied by CCI's pharmacy and laboratory will be reconfigured and renovated to provide a centralized 24/7 TTA for CCI. The renovated TTA will include one standard bay, one trauma bay, an emergency observation room, and a mental health interview room. The TTA will include a shared Medical Office Technician and Clinic workroom that will additionally be shared with an Office Technician and a UM Nurse. Soiled and clean utility rooms will be shared with the primary care clinic. The existing vehicle sallyport will be enclosed and upgraded with an appropriate heating and ventilation system for inmate-patients waiting for specialty services or the TTA. The proposed TTA is located directly off of the main corridor and across from the existing Facility B sallyport, providing a direct and expedited route to both receive inmates from other facilities and for ambulance access during an emergency response.

The specialty care component includes a total of five specialty exam rooms as listed below.

> (1) Specialty Exam Room (shared)
> (1) Telemedicine Specialty Room (shared)
> (1) Optometry/Ophthalmology
> (1) Optical Services
> (1) Physical Therapy

The existing radiology suite is sufficiently sized and in a good location within this clinic to continue to serve the inmate-patient populations of Facilities A, B and C.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation and reconfiguration of the Facility B clinic is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6 and Laboratory Component Objective 2. The existing clinic does not have the necessary clinic support spaces needed to serve the inmate-patient population at Facility B nor adequate specialty exam rooms and a centralized TTA that can provide emergency services to the entire CCI inmate-patient population. The renovated clinic will provide soiled utility and clean utility rooms, reducing infection control concerns. Appropriate space will be provided for the LVN to perform pre-exam functions to improve compliance with HIPAA. The renovated clinic will have data connectivity to allow providers to access and document eUHR and additionally provide specialty services by off-site providers through the use of on-site telemedicine, decreasing ongoing operational costs by reducing off-site transportation to community health centers. The renovated clinic will have adequate inmate waiting area.

The number of primary care exam rooms required for a Basic level of care for Facility B inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for

a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility B = DC of 500:
Total exam rooms (Facility B):                    3 exam rooms (1 Panel)

> Although the existing clinic includes the appropriate number of exam rooms required to meet the inmate-patient population clinical utilization for primary care for Facility B, it lacks sufficient clinic support space.

CCI's DC of 2,783 at a Basic level of care results in the need for two shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation).  The specialty clinic will provide dedicated exam rooms for physical therapy, optometry/ophthalmology, and optical services due to the space needs for specialty equipment required by these medical specialties. The inclusion of a centralized TTA in the renovation is necessary to achieve Specialty Care Objective 6.  The TTA will provide sufficiently sized and positioned emergency treatment bays and support areas to provide efficient on-site emergency treatment and stabilization to the entire CCI inmate-patient population.  With multiple treatment bays and an observation room, the TTA will better be able to accommodate multiple inmate-patient emergencies simultaneously reducing treatment delays. The TTA will additionally allow treatment during emergencies in an appropriate environment separate from routine, non-emergency outpatient services.   The space will allow for maneuvering equipment, clinic staff work areas, and adequate separation between emergency treatment beds.

## Sub-project #4 – Facility C Primary Care Clinic Renovation and Addition

The existing Facility C health care clinic will be reconfigured, renovated and expanded to provide primary care health services to the Facility C inmate-patient population. The purpose of this clinic renovation and expansion is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinic will include lab draw to increase access to these services in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

### Existing Condition:

Currently, inmate-patients housed in Facility C receive their primary care in the existing facility clinic located within Facility C.  The DC for Facility C is 500 inmates.  The existing primary care clinic has two undersized exam rooms, a nurse triage room that is shared by three nurses, a single bay room where emergency related services are provided, and offices for three mental health clinicians. Only one of the exam rooms has a hand sink and multiple nurses share a space performing triage exams as well as pre-exam interview/screenings and collecting vitals at the same time with multiple inmate-patients. Inmate-patients wait for health services in the central area of the clinic, immediately adjacent and in open view and audible range of the exam rooms. Both of these conditions are inappropriate for a clinical environment because of the lack of patient-provider confidentiality which compromises compliance with HIPPA. There are no clean and soiled utility rooms and no secure area for the storage of telemedicine equipment. Wheelchairs and gurneys are stored in the corridor. Medical Office Technicians that perform clinic scheduling functions and the SRN II for Facility C are located away from the clinic in the Facility C Chapel area. Facility C has a second clinical area where dental services

Case 2:90-cv-00520-KJM-SCR   Document 5026-1   Filed 01/28/14   Page 159 of 219

Health Care Facility Improvement Program
California Correctional Institution - Tehachapi, CA
AB 900 Project Authorization

are provided. This space additionally has a small x-ray that is not in use. (Refer to Section B.3 - Photographs, Figures B.3.5 and B.3.6.) [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

*Sub-project Description:*

The existing clinic currently serving Facility C will be renovated and expanded to provide primary care services for the inmate-patients housed at CCI's Facility C. The primary care clinic will include three primary care exam rooms, a shared Medical Office Technician and Clinic Workroom, a SRN II office, a lab draw station, and an LVN alcove. Due to Facility C having its own secure perimeter, a minor procedures room for emergency services will be included in the clinic to serve the Facility during normal hours of operation (2nd and 3rd watch). All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR. The clinic will also contain clinic support spaces including wheelchair and gurney storage, telemedicine equipment storage, a clean utility room, and a soiled utility room. An area for inmate-waiting will be separated and enclosed from clinical functions. The sub-project will renovate the existing unused x-ray space in the clinic where dental services are provided to allow the three mental health clinicians to be relocated out of the clinic and provide the space necessary for clinical support spaces. A medication distribution room will be constructed under the separate Statewide Medication Distribution Project.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation and expansion of this primary care clinic is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2. The existing facility clinic does not have the number of primary care exam rooms and clinic support spaces needed to serve the inmate-patient population of Facility C at a Basic level of care. The renovated clinic will provide soiled utility and clean utility rooms, reducing infection control concerns. Appropriate space will be provided for the LVN to perform pre-exam functions and improve compliance with HIPAA. The minor procedure room will provide efficient on-site emergency treatment and stabilization for inmate-patients at Facility C.

The number of primary care exam rooms required for a Basic level of care for Facility C inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Health Care Facility Improvement Program
California Correctional Institution - Tehachapi, CA
AB 900 Project Authorization

---

Facility C = DC of 500:

Total exam rooms (Facility C):                    3 exam rooms (1 Panel)

 The existing clinic lacks the number of exam rooms required to meet the inmate-patient population clinical utilization for primary care for Facility C, and lacks sufficient clinic support space.

### Sub-project #5 – Facility D Primary Care Clinic Renovation

The existing Facility D health care clinic will be reconfigured and renovated to provide primary care health services to the Facility D inmate-patient population. The purpose of this clinic renovation is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinic will include lab draw to increase access to these services in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

#### *Existing Condition:*

Currently, inmate-patients housed in Facility D receive their primary care in the existing facility clinic located within Facility D. The DC for Facility D is 664 inmates. The existing primary care clinic includes three primary care exam rooms, a double bay room where emergency related services are provided and which also serves as an exam room for the nurse face-to-face line. The clinic also contains a radiology suite, pharmacy order/entry services, two mental health offices, and a dental suite. There are no clean and soiled utility rooms and there are no areas for storage of telemedicine equipment, wheelchairs, and gurneys. Multiple LVNs and RNs share an open area where they prepare and distribute medications, implement receiving and release (R&R) health care functions, as well as performing patient pre-exam interview/screening and collecting vitals. The sharing of this area and performing multiple non-complimentary functions causes congestion compromising compliance with HIPAA due to the lack of confidentiality and raising security concerns.   (Refer to Section B.3 - Photographs, Figures B.3.7 through B.3.9.) [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.]

#### *Sub-project Description:*

The existing clinic currently serving Facility D will be reconfigured and renovated to provide primary care services for the inmate-patients housed at CCI's Facility D. The primary care clinic will include four primary care exam rooms, a shared Medical Office Technician and Clinic Workroom, a SRN II office, an R&R Nurse office, a lab draw station, and an LVN alcove. A minor procedures room for emergency services will also be included in the clinic to serve the Facility during normal hours of operation (2nd and 3rd watch only). All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Many of the existing exam rooms that will remain in use are oversized per CDCR Space Standard and have not been reduced in size so as not to incur increased costs to the project. Each exam room will also have access to telemedicine and eUHR. The clinic will also contain clinic support spaces including wheelchair storage, telemedicine equipment storage, a clean utility room, and a soiled utility room. A medication distribution room will be constructed under the separate Statewide Medication Distribution Project.

---

The existing radiology suite is sufficiently sized and in a good location within this clinic to continue to serve the inmate-patient population of Facilities D and E. An inmate-patient waiting area and toilet room will be upgraded to support the use of these services by the inmate-patients of Facility E.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

_Justification:_

The renovation and expansion of this primary care clinic is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2. The existing facility clinic does not have the number of primary care exam rooms and clinic support spaces needed to serve the inmate-patient population of Facility D at a Basic level of care. The renovated clinic will provide soiled utility and clean utility rooms, reducing infection control concerns. Appropriate space will be provided for nurses to perform pre-exam and R&R functions and improve compliance with HIPAA. The minor procedure room will provide efficient on-site emergency treatment and stabilization for inmate-patients at Facility D.

The number of primary care exam rooms required for a Basic level of care for Facility D inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility D = DC of 664:

Total exam rooms (Facility D):          4 exam rooms (1 Panel and 1 additional exam room)

> The existing clinic lacks the necessary number of exam rooms, sufficient clinical space for nursing functions, and clinical support space.

**Sub-project #6 – New Facility E Primary Care Clinic**

A new primary care clinic will be designed and constructed at CCI's Facility E. The purpose of this new clinic is to provide primary health care treatment and consultation at Facility E consistent with the delivery of a Basic level of care. The renovated clinic will include lab draw to increase access to these services in an appropriate setting. The new building will also include a new medication distribution room to provide an efficient and safe environment for nursing to administer medications to the Facility E inmate-patient population. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, Laboratory Component Objective 2, and Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

Health Care Facility Improvement Program
California Correctional Institution - Tehachapi, CA
AB 900 Project Authorization

_Existing Condition_:

Currently, inmate-patients housed at Facility E, DC of 619, receive their primary care at the existing Facility E health care clinic and a nearby 12' X 60' modular building. The existing clinic has a single open clinic space that serves as the Facility's primary care exam room, emergency triage room, lab draw, and nurse's workstation compromising compliance with the HIPAA. Due to limited space, lab draws are performed in a task chair, the LVNs perform pre-exam interview/screening and collect vitals in the same room that the provider performs exams and emergency triage may be performed. Wheelchairs and a gurney are stored in the clinic's entry corridor. There is no inmate restroom in the clinic, requiring inmate-patients to collect specimens in their housing units and transport them back to the clinic, compromising the chain of custody of the specimen produced. Medication is stored and distributed to inmate-patients from this building through two pill distribution windows; the space is not constructed of hardened materials, making the space not secure. The clinic also has a dental suite. The existing nearby modular building has three primary care exam rooms, an LVN workstation, an SRN II office, and an individual staff restroom, each opening directly to the exterior of the building. The inmate-patient waiting area is outside. There are no rooms for wheelchair storage, equipment storage, and clean and soiled utility rooms. (Refer to Section B.3 - Photographs, Figures B.3.10 through B.3.12.) [Deficiencies noted to achieve Primary Care Clinic Component Objectives 1, 2, 3, and 4.]

_Sub-project Description_:

A new primary care clinic will be designed and constructed to provide primary care services for the inmate-patients housed at CCI's Facility E. The new clinic will include a total of four primary care exam rooms, a lab draw station, and an LVN alcove. Due to Facility E having its own secure perimeter, a minor procedures room for emergency services will be included in the clinic to serve the Facility during normal hours of operation (2nd and 3rd watch). All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and equipped with data lines for telemedicine services and access to the eUHR system. The clinic will also include a Medical Office Technician and Clinic Workroom and clinic support spaces including telemedicine equipment storage, a clean utility room, and a soiled utility room.

The medication distribution room will be built of hardened construction to provide secure medication storage and will include three medication distribution windows and data connectivity to gain access to the Medication Administration Record System. All distribution windows will include an overhead canopy for weather protection and will be accessible.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

_Justification:_

A New Primary Care Clinic is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, Laboratory Component Objective 2, and Medication Distribution Component Objectives 1 and 2. The existing facility clinic is not large enough to accommodate the number of exam rooms and clinical support spaces needed to serve CCI's Facility E inmate-patient population at a Basic level of care. The existing shortage of clinic space requires that nursing staff conduct clinical assessments and tasks in an open area of the clinic shared with other clinical functions, including the provider which is inappropriate for a clinical environment because it lacks privacy and patient-provider confidentiality which compromises compliance with HIPAA. The new clinic will have enclosed primary care exam

rooms to provide inmate-patient privacy and confidentiality. The new clinic will also provide separate clean and soiled utility rooms, reducing infection control concerns. The new clinic will provide adequate data connectivity to allow providers to access and document eUHR and provide telemedicine capability. The minor procedure room will provide efficient on-site emergency treatment and stabilization for inmate-patients at Facility E.

The number of primary care exam rooms required for a Basic level of care for Facility E inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility E = DC of 619:
Total exam rooms (Facility E):              4 exam rooms (1 panel and 1 additional exam room)

> The existing clinic cannot accommodate the four primary care exam rooms required for Facility E to meet the inmate-patient population clinical utilization for primary care. [Deficiencies noted to achieve Primary Care Objectives 1, 2, 3, and 4.]

The new medication distribution room in the clinic will provide a safe and secure space for nursing staff to prepare and distribute medications to inmate-patients through secure distribution windows. Medications will be securely stored within the medication room. Nursing efficiencies will be realized as adequate and appropriate space with data connectivity to the Medication Administration Record System is provided, allowing for appropriate preparation, timely medication distribution, and accurate recording. Such efficiencies will result in improved medication distribution practices.

The most efficient and secure method of medication administration and distribution to inmate-patients is through secure medication preparation rooms and distribution windows. For Basic institutions, the standard is to provide three medication distribution windows at each facility. CCI's Facility E will be provided with three medication distribution windows. [Deficiencies noted to achieve Medication Distribution Objectives 1 and 2.]

The CCI project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# L



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## Sierra Conservation Center

**Jamestown, CA**

**September 2013**

**AB 900 Project Authorization**

**For:**      **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**      **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
Sierra Conservation Center - Jamestown, CA
AB 900 Project Authorization

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The Sierra Conservation Center (SCC) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at SCC in Tuolomne County, California. The project will support SCC's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions do not have the capability of providing specialized medical services and consultation and have only limited specialty services available for the generally healthy inmate-patient population.

SCC is one of seventeen existing institutions designated as a Basic institution. SCC's mission currently comprises Custody Levels I, II, and III adult male inmate populations.

The purpose of the health care facility improvements at SCC is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution. SCC has deficiencies in Primary Care, Specialty Care, Pharmacy, Laboratory, Health Records, and Health Care Administration.

The following improvements comprise the Basic health care facility improvement project at SCC:

Sub-project #1:    New Pharmacy and Lab
Sub-project #2:    Central Health Services Renovation
Sub-project #3:    New Health Care Administration Building
Sub-project #4:    Facility C Primary Care Clinic Renovation and Addition

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

## A.  PROJECT OVERVIEW

### Section A.1      Scope

The following project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at SCC.  In August 2008, a health care facility assessment was performed at SCC to identify and document the existing conditions. In December 2012, SCC was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned SCC population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at SCC in the following six health care components and their related objectives:

- Primary Care
- Specialty Care
- Pharmacy
- Laboratory
- Health Records
- Health Care Administration

This project contains four sub-projects that have been developed to remedy the health care deficiencies identified at SCC. The improvements described below will enable SCC to operate at a Basic level of care, supporting the CDCR health care system.

The SCC project includes the following sub-projects:

**Sub-project #1 - New Pharmacy and Lab**

A New Pharmacy and Lab will be designed and constructed adjacent to the existing warehouse.  The purpose of this new building is to provide the space needed to meet the pharmaceutical processing demands at a Basic level of care and to make space available within the existing Central Health Services Building, where the pharmacy and laboratory are currently located, for direct inmate-patient primary and specialty clinical care and services (See Sub-project #2).  This sub-project will address deficiencies in achieving Pharmacy Component Objective 1, and Laboratory Component Objectives 1 and 3 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing pharmacy and laboratory are located within the Central Health Services Building.   The existing pharmacy space is undersized with an area totaling approximately 700 square feet, considerably less than the area required for this program.  There are insufficient work stations for pharmacy staff to efficiently process prescriptions or to properly accommodate data entry staff (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2).  The undersized and poorly configured space

adversely affects the pharmacy's efficiency, resulting in delays in filling prescriptions. The existing space cannot effectively support the implementation of the central fill pharmacy model. [Deficiencies noted to achieve Pharmacy Component Objective 1.] The existing laboratory space is underutilized and is occupying space needed for primary and specialty clinical services. Neither the pharmacy nor the laboratory require direct inmate-patient access and can be relocated out of the Central Health Services Building.

*Sub-project Description:*

The New Pharmacy and Lab will be designed and constructed near the existing warehouse. The New Pharmacy and Lab will serve the entire SCC inmate-patient population including the inmate-patients in the Outpatient Housing Unit. It will include a dual prescription filling station, a controlled substance fill station, an order/authorization/verification area, and a shipping, receiving, and manifesting area to support central fill. It will also include a laboratory for processing of inmate-patient lab specimens, and offices for the Pharmacist and Senior Lab Tech.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The New Pharmacy and Lab Building will allow the existing pharmacy and laboratory spaces within the Central Health Services Building to be vacated and utilized for primary and specialty clinical services while achieving Pharmacy Component Objective 1 and Laboratory Component Objectives 1 and 3. The existing pharmacy is too small to effectively provide the central fill pharmaceutical services required to meet the needs of SCCs' inmate-patient population at a Basic level of care. The pharmacy component will be configured for proper workflow and operational protocols consistent with the central fill model. The pharmacy will have adequate work space for ordering, receiving, manifesting, storing, verifying, and dispensing medications as required by the new central fill model. Lab draw functions will not be required at the new laboratory as lab draws will occur within the individual facility clinics. Locating the pharmacy and laboratory services adjacent the warehouse with direct access to the primary vehicular circulation for deliveries will allow effective pharmaceutical management and medication administration for the entire institution.

**Sub-project #2 - Central Health Services Renovation**

The existing Central Health Services Building will be reconfigured and renovated. The purpose of this renovation is to provide specialty clinical services and consultation, primary care, emergency treatment, and health care records space consistent with the delivery of a Basic level of care. This sub-project will address deficiencies found in achieving Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, Primary Care Component Objectives 1, 2, 3, and 4, Laboratory Component Objective 2, and Health Records Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing Central Health Services Building at SCC includes specialty care clinical services, a Triage and Treatment Area (TTA) for emergency services, a laboratory, pharmacy, radiology services, Health Care Administration staff offices, health records and an Outpatient Housing Unit. It also provides primary care treatment for inmates housed at Facilities A and B. There are insufficient specialty exam

Health Care Facility Improvement Program
Sierra Conservation Center - Jamestown, CA
AB 900 Project Authorization

rooms on-site to meet the clinical needs of SCC's inmate-patient population for operation as a Basic institution. There are also not enough primary care exam rooms to accommodate the number of inmate-patients housed in Facilities A and B. Additionally the Central Health Services Building does not have a waiting room large enough to safely seat the number of inmate-patients waiting for treatment (Refer to Section B.3 - Photographs, Figure B.3.3).

TTA: SCC currently provides emergency treatment for its entire on-site inmate population in a single exam room located near the entrance to the Central Health Services Building. Currently emergency personnel transport inmate-patients to the TTA either through the inmate-patient waiting room at the entrance to the Central Health Services Building (Refer to Section B.3 - Photographs, Figure B.3.4) or through the Outpatient Housing Unit sallyport on the other side of the building. There are no provisions for inmate-patient privacy, mental health interviews, or an observation room in the TTA. Additionally, due to a lack of other emergency room treatment space, if more than one inmate needs treatment at the same time they are treated in this room together without physical separation, compromising Health Insurance Portability and Accountability Act (HIPAA) privacy rules. [Deficiency noted to achieve Specialty Care Component Objective 6.]

Primary Care: Currently, inmate-patients housed in Facilities A and B receive their primary care in the Central Health Services Building. The Design Capacity (DC) for Facility A is 618, and for Facility B is 608. The existing clinic has four exam rooms plus one minor procedures room, shared by both providers and nurses to care for the Facilities A and B combined total of 1,226 inmates. These exam rooms have exam tables, and desks, but no countertops (Refer to Section B.3 - Photographs, Figure B.3.5). There is no nurse workstation so the nurses and providers use the exam rooms for office space. Also there are no dedicated rooms for wheelchair storage, telemedicine equipment storage, or clean and soiled utility rooms. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

Specialty Care: There are an insufficient number of exam rooms on-site to meet the specialty clinical needs of the SCC inmate-patient population for operation as a Basic institution. There are two existing specialty exam rooms, one for radiology and one for ophthalmology/optometry. A small makeshift exam room has been set up in a vacated Outpatient Housing Unit shower room for physical therapy (Refer to Attachment B.3 - Photographs, Figures B.3.6 and B.3.7) but there is no work space for a physical therapist. There are no exam rooms for other specialties such as optical services, or for specialties scheduled for use on a rotating basis such as telemedicine, audiology and podiatry. There is no nurse workstation so the nurses and providers use the exam rooms for office space. Also there are no dedicated rooms for wheelchair storage, telemedicine equipment storage, or clean and soiled utility rooms. [Deficiencies noted to achieve Specialty Care Component Objectives 1, 2, 3, 4, and 5.]

Health Records: SCC's health records are located in various spaces in the Central Health Services Building, including vacated surgical suites, a storage room, a mail room, a doctor's office, and a doctor's lounge. The existing layout hinders the proper implementation of electronic Unit Health Records (eUHR) and the efficient management of health records. Additionally, with the new eUHR system, the size of the health records space exceeds what is needed for records storage (Refer to Attachment B.3 - Photographs, Figure B.3.8). [Deficiencies noted to achieve Health Records Component Objective 1.]

Health Care Facility Improvement Program
Sierra Conservation Center - Jamestown, CA
AB 900 Project Authorization

Health Care Administration:  Many of SCC's health care administration staff are located in the Central Health Services Building.  The Chief Nurse Executive and Director of Nursing, as well as their Office Technician share a vacated 100 square foot inmate-patient recovery room. One 200 square foot office is shared by five Registered Nurses (RN).  These offices and other administrative spaces could better be used for clinical functions as they are not suitable for administrative offices, and there is also a need for more clinic space.

*Sub-project Description:*

The existing Central Health Services Building will be renovated to provide additional primary care exam rooms, an expanded TTA, and specialty exam rooms including an appropriately sized physical therapy room, optical services, and shared exam rooms.   Additionally, the existing health records suite will be reduced in size and reconfigured for more efficient operation and for more clinic space.

The specialty care component will include a total of five exam rooms as listed below:

(1) Specialty Exam Room (shared)
(1) Telemedicine Specialty Room (shared)
(1) Optical Services
(1) Optometry/Ophthalmology (existing)
(1) Physical Therapy

The primary care component will provide primary health care to the inmate-patients housed at Facilities A and B and include eight primary care exam rooms, two lab draw stations, and two Licensed Vocational Nurse (LVN) alcoves.  All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR.

The renovation will also include two LVN / Office Technician shared workstations, and separate offices for four supervising RNs for the following: Specialties, TTA, Primary Care, and the Outpatient Housing Unit.  The clinic will also contain clinic support spaces including telemedicine equipment storage, wheelchair and gurney storage, and separate clean and soiled utility rooms.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation of the Central Health Services Building is necessary to achieve Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, Primary Care Component Objectives 1, 2, 3, and 4, Laboratory Component Objective 2, and Health Records Component Objective 1.  This sub-project will provide appropriately sized and equipped exam rooms and support space to accommodate the types of treatment needed to provide a Basic level of care to the inmate-patients.  It will also provide an expanded TTA to accommodate a separate entrance directly into the emergency room, separate crisis and standard emergency room beds, an observation room, and a mental health interview room for inmates under stress.

Health Care Facility Improvement Program
Sierra Conservation Center - Jamestown, CA
AB 900 Project Authorization

Specialty Care: SCC's DC of 1,726 at a Basic level of care results in the need for two shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). The specialty clinic will additionally provide new dedicated exam rooms for optical services and physical therapy.

Primary Care: The number of primary care exam rooms required for a Basic level of care for Facilities A and B inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 618:
Total exam rooms (Facility A):          (1 Panel + 1 additional exam room)

Facility B = DC of 608:
Total exam rooms (Facility B):          (1 Panel + 1 additional exam room)

> The existing five exam rooms in the Central Health Services Building primary care clinic cannot accommodate the inmate-patient population clinical utilization for primary care and therefore needs to be expanded into other parts of the building. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4.]

### Sub-project #3 - New Health Care Administration Building

A new Health Care Administration Building will be designed and constructed for Health Care Administration staff. The purpose of this new building is to provide space for Health Care Administration staff displaced from the Central Health Services Building. This sub-project will address deficiencies found in achieving Health Care Administration Component Objective 1of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

The existing Central Health Services Building includes health care administration, specialty care clinics, a TTA, health records, pharmacy, laboratory, and an Outpatient Housing Unit. These functions serve the entire SCC population. It also contains the primary care clinic for Facilities A and B inmate-patients. There are very few clinical support spaces. More space is needed within the Central Health Services Building to accommodate additional exam rooms and clinic support space. This requires relocating health care administration staff out of the Central Health Services Building. [Deficiencies noted to achieve Health Care Administration Component Objective 1.]

*Sub-project Description*:

A New Health Care Administration Building will be designed and constructed just south of Facility B at the back of the chapel. The building will provide offices and support space for Health Care Administration staff displaced from the Central Health Services Building. It will include offices for the following positions: Chief Executive Officer, Chief Medical Executive, Chief Nurse Executive, Chief Support Executive, Correctional Health Services Administrator, Director of Nursing, Health Program

Manager III, two Health Program Specialists, SRN Scheduler, UM Nurse, Nurse Educator, and a Medical Secretary. Administration support staff spaces include four Associate Governmental Program Analysts and two Administrative Assistants. Support areas include a copy room/supply room and a conference room.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

A New Health Care Administration Building is necessary to achieve Health Care Administration Component Objective 1. The existing Central Health Services Building is not large enough to accommodate the number of exam rooms and clinic support space needed to serve SCC's inmate-patient population at a Basic level of care. Relocating Health Care Administration and other non-clinical functions out of the Central Health Services Building will provide the additional clinic space needed to provide a Basic level of care.

## Sub-project #4 – Facility C Primary Care Clinic Renovation and Addition

The existing primary care clinic will be designed, renovated, and expanded at SCC's Facility C. The purpose of this clinic renovation and addition is to provide primary health care treatment and consultation at Facility C consistent with the delivery of a Basic level of care. The renovation will additionally include lab draw to increase access to these services and reduce escorting to the Central Health Services Building central lab draw area. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facility C, receive their primary care in the existing Facility C clinic. The DC is 500 inmates. The clinic has three existing exam rooms shared by both providers and nurses. Due to a shortage of space nurses take vitals and perform pre-exam assessments of inmate-patients in the corridors which reduces privacy and compromises confidentiality. Some of the existing exam rooms do not have sinks for hand washing, and there is no space for wheelchair storage, telemedicine equipment storage, supply storage, or clean and soiled utility rooms (Refer to Section B.3 - Photographs, Figures B.3.9 through B.3.12). The corridor is used for equipment storage, supply storage, and nurse workstations. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

*Sub-project Description:*

The existing primary care clinic will be renovated and expanded to provide primary care services for the inmate-patients housed at Facility C. It will include three primary care exam rooms, a lab draw station, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR. The existing LVN and Office Technician shared workstation will be dedicated to medication distribution requiring a new Office Technician work space for the medical Office Technician. The clinic will additionally include a clinician workroom. The clinic will include telemedicine equipment storage, gurney storage, and separate clean and soiled utility rooms. A

Health Care Facility Improvement Program
Sierra Conservation Center - Jamestown, CA
AB 900 Project Authorization

medication distribution room will be constructed under the separate Statewide Medication Distribution Project.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

_Justification:_

Sub-project #4 is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2. The existing clinic cannot accommodate the clinic support space needed to serve the Facility C inmate-patient populations at a Basic level of care. The renovated and expanded facility clinic will provide clinic support space including supply and equipment storage, and work space for the nurses and providers. In addition, the clinic renovations will ensure data connectivity for clinician access to eUHR and telemedicine.

The number of primary care exam rooms required for a Basic level of care for Facility C inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel, consisting of three exam rooms, has been defined to support the operation and function of a clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations).

Facility C = DC of 500:

Total exam rooms (Facility C):                3 exam rooms (1 Panel)

    The existing clinic already has the required number of exam rooms based on the calculations, so no additional exam rooms are included in the scope of work.

The SCC project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# M



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California State Prison, Corcoran

**Corcoran, CA**

**November 2013**

**AB 900 Project Authorization**

**For:**    **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**    **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
California State Prison - Corcoran, CA
AB 900 Project Authorization

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The California State Prison, Corcoran (COR) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located in the City of Corcoran, Kings County, California. The project will support COR's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions will have the capability of providing specialized medical services and consultation for the generally healthy inmate-patient population.

COR is one of seventeen existing institutions designated as a Basic institution. COR's mission currently comprises Custody Levels I, III, and IV adult male inmate populations.

The purpose of the health care facility improvements at COR is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution. COR has deficiencies in Primary Care, Specialty Care, Pharmacy, Laboratory, and Administrative Segregation Unit (ASU) Clinic.

The following improvements comprise the Basic health care facility improvement project at COR:

| | |
|---|---|
| Sub-project #1: | Facilities 3A, 3B, and 3C Primary Care Clinic Renovation and Addition |
| Sub-project #2: | New ASU Primary Care Clinic |
| Sub-project #3: | Facilities 4A and 4B Primary Care Clinic Renovation and Addition |
| Sub-project #4: | Central Health Services Renovation and Addition |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

Health Care Facility Improvement Program
California State Prison - Corcoran, CA
AB 900 Project Authorization

## A.  PROJECT OVERVIEW

### Section A.1     Scope

This project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at COR.  In August 2009, a health care facility assessment was performed at COR to identify and document the existing conditions. In February 2013, COR was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned COR population defined in the Future of California Corrections Blueprint. The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at COR in the following five health care components and their related objectives:

- Primary Care
- Specialty Care
- Pharmacy
- Laboratory
- Administrative Segregation Unit (ASU) Clinic

This project contains four sub-projects that have been developed to remedy the health care deficiencies identified at COR. The improvements described below will enable COR to operate at a Basic level of care, supporting the CDCR health care system.

The COR project includes the following sub-projects:

### Sub-project #1 – Facilities 3A, 3B, and 3C Primary Care Clinic Renovation and Addition

The existing Facilities 3A, 3B, and 3C health care clinics will be renovated and expanded to provide primary care health services to the Facilities 3A, 3B, and 3C inmate-patient populations. The purpose of these clinic renovations and expansions is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinics will include lab draw stations to increase access to these services in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facilities 3A, 3B and 3C receive their primary care at the existing facility clinic located within each respective facility.  The Design Capacity (DC) for Facilities 3B and 3C is 500 inmates each and the General Population (GP) DC of Facility 3A is 300, less the ASU inmate-patient population on that Facility.  Each of the existing clinics contains a shared Licensed Vocational Nurse (LVN)/Office Technician workstation that is also used for medication distribution, a

Health Care Facility Improvement Program
California State Prison - Corcoran, CA
AB 900 Project Authorization

dental operatory, dental office, and sterilization room, and two medical exam rooms shared between providers and nurses. There is no space for the LVN to perform patient pre-exam interview/screening and collect vitals, causing these clinical functions to occur in open circulation areas or in an exam room with the provider. The lack of space causes congestion in the exam rooms and the clinic, raising security concerns and compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) due to the lack of confidentiality. Also, there are no dedicated spaces for wheelchair storage, gurney storage, supply storage, clean utility, or soiled utility. (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

*Sub-project Description:*

The existing clinics currently serving Facilities 3A, 3B, and 3C will be renovated and expanded to provide primary care services for the inmate-patients housed at COR's Facilities 3A, 3B, and 3C. Each of the primary care clinics will include three primary care exam rooms, a Nursing/Office Technician Workroom, a lab draw station, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and electronic Unit Health Records (eUHR). The clinics will also include clinic support spaces including wheelchair and gurney storage, telemedicine equipment storage, a clean utility room, and a soiled utility room. Each of the clinics will utilize the existing LVN/Office Technician workroom for a medication distribution room which will be constructed under the separate Statewide Medication Distribution Project.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation and expansion of these primary care clinics is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2. The existing facility clinics do not have the number of primary care exam rooms and clinic support spaces needed to serve the inmate-patient populations of Facilities 3A, 3B, and 3C at a Basic level of care. The renovated clinics will provide soiled utility and clean utility rooms, reducing infection control concerns. Appropriate space will be provided for the LVN to perform pre-exam functions and improve compliance with HIPAA.

The number of primary care exam rooms required for a Basic level of care for Facilities 3A, 3B and 3C inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of the three exam rooms has been defined to support the operation and function of the clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility 3A = DC of 300 (less 200 ASU):
Total exam rooms (Facility 3A):          3 exam rooms (1 Panel)

Health Care Facility Improvement Program
California State Prison - Corcoran, CA
AB 900 Project Authorization

Facility 3B = DC of 500:
Total exam rooms (Facility 3B):          3 exam rooms (1 Panel)

Facility 3C = DC of 500:
Total exam rooms (Facility 3C):          3 exam rooms (1 Panel)

The existing clinics lack the necessary number of exam rooms, sufficient clinical space for nursing functions, and clinical support space.

## Sub-project #2 – New ASU Primary Care Clinic

A new primary care clinic will be designed and constructed for the ASU and ASU Enhanced Outpatient Population (EOP) inmate-patients housed at Facility 3A and in the Stand-alone ASU housing unit. The purpose of this new clinic is to provide separate clinical treatment space to provide primary care treatment and consultation consistent with the delivery of a Basic level of care for the secure lock-up ASU population at COR.   This sub-project will address deficiencies found in achieving ASU Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

### Existing Condition:

The COR ASU population is 300 at DC. Facility 3A, Buildings 3 and 4 have 100 inmates each, and the Stand-alone unit also has 100 inmates.  The inmate population at Building 3 is inclusive of 50 ASU EOP inmates.  Inmate-patients housed in the Building 3 housing unit receive their primary health care in an existing 80 square foot exam room located within the housing unit, in the Building 4 housing unit primary health care is provided in an existing 64 square foot exam room located within the housing unit, and at the Stand-alone ASU housing unit inmate-patients receive their primary health care in an existing 80 square foot exam room within the unit. These existing exam rooms within the housing units are shared by both the physician and nurse lines and also serve as medication preparation rooms. These existing housing unit exam rooms are not properly sized nor equipped to provide comprehensive primary health care services for the ASU inmate-patients.   (Refer to Attachment B.3 – Photographs, Figure B.3.3 and B.3.4).

Additionally, there are no dental facilities at the existing ASU housing units. ASU inmates at Facility 3A housing units currently receive dental services in the Facility 3A primary care clinic, requiring that movement be restricted on the yard and in the primary care clinic when an ASU inmate is escorted to the Primary Care Clinic for dental treatment.  ASU inmates in the Stand-alone ASU currently receive their dental care at the Facility 4B Primary Care Clinic.  Having to close the yards and clinics to allow ASU inmate-patients to receive dental services, disrupts and negatively impacts the ability to provide health care services to the GP inmate-patients.

### Sub-project Description:

The New ASU Primary Care Clinic will be designed and constructed behind Facility 3A's Building 4 housing unit to serve the ASU and ASU EOP inmates-patients housed in Buildings 3 and 4 and in the Stand-alone ASU housing unit.  It will include two primary care exam rooms and one dental operatory. Due to the close proximity of this ASU Primary Care Clinic to the newly constructed EOP Office and Treatment Building, one non-contact mental health interview room will be provided.  The clinic will also include a Nursing/Office Technician workroom.  Both of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. They will be sized per CDCR Space

Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR. The clinics will also contain clinic support spaces including, telemedicine equipment storage, clean utility and supply storage, and space for soiled utility.

*Justification:*

A New ASU Primary Care Clinic for ASU inmate-patients is necessary to achieve ASU Clinic Objective 1. This building will facilitate access to medical and dental services for inmate-patients confined to ASU housing and provide mental health consultation and evaluation. A dedicated primary care clinic for COR's 300 ASU inmates will minimize custody staff's need to escort ASU inmate-patients into the GP clinic spaces for dental services, reducing disruptions of medical services in the clinics. The current practice of using the shared room within each ASU housing unit for exams and medication preparation compromises the security of the medication. Therefore, to ensure proper control and security of medication and adequate space for inmate-patient examinations, the existing shared exam rooms in housing units 3 and 4 and the Stand-alone ASU housing unit will be dedicated solely to medication distribution and upgraded under the Statewide Medication Distribution Project.

In order to facilitate inmate-patient health care access and to support medical and dental services in a full continuum of health care for the ASU population, a designated primary care clinic is required.

**Sub-project #3 – Facilities 4A and 4B Primary Care Clinic Renovation and Addition**

The existing Facilities 4A and 4B health care clinics will be renovated and expanded to provide primary care health services to the Facilities 4A and 4B inmate-patient populations. The purpose of these clinic renovations and expansions is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinics will include lab draw stations to increase access to these services in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facilities 4A and 4B receive their primary care in the existing facility clinic located within each respective facility. The DC for Facilities 4A and 4B is 512 inmates each. Each of the existing clinics contains a shared office by the LVN and Office Technician, a dental operatory, dental office, and sterilization room, two medical exam rooms for a provider and a nurse and a room with no hand sink where a second provider sees inmate-patients a couple of times per week. There is no inmate waiting area in the clinic. Inmates are held in intake cells that are also needed when Secure Housing Unit (SHU) inmates are received into COR. If a bus arrives when inmate-patients are held in these intake cells, health care must remove the inmates, possibly escorting them back to the housing unit without having been seen, disrupting the clinic flow and creating inefficiencies in providing services and scheduling. There is no space for the LVN to perform patient pre-exam interview/screening and collect vitals, causing these clinical functions to occur in open circulation areas or in an exam room with the provider. The lack of space causes congestion in the exam rooms and the clinic, raising security concerns and compromising compliance with HIPAA due to the lack of confidentiality. Also, there are no dedicated spaces for wheelchair storage, gurney storage, supply storage, clean utility, or soiled utility rooms. (Refer to Section B.3 - Photographs, Figures B.3.5, B.3.6, and B.3.7). [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

Health Care Facility Improvement Program
California State Prison - Corcoran, CA
AB 900 Project Authorization

---

*Sub-project Description:*

The existing primary care clinics will be renovated and expanded to provide primary care services for the inmate-patients housed at COR's Facilities 4A and 4B. Each of the primary care clinics will include three primary care exam rooms, a Nurse/Office Technician Workroom, a lab draw station, and an LVN alcove. Each of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR. The clinics will also include clinic support spaces including telemedicine equipment storage, wheelchair and gurney storage, clean utility, and soiled utility.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation and expansion of these primary care clinics is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2. The existing facility clinics do not have the number of primary care exam rooms and clinic support spaces needed to serve the inmate-patient population of Facilities 4A and 4B. The renovated clinics will provide soiled utility and clean utility rooms, reducing infection control concerns. Appropriate space will be provided for the LVN to perform pre-exam functions and improve compliance with HIPAA.

The number of primary care exam rooms required for a Basic level of care for Facilities 4A and 4B inmate-patients is calculated based on the Institutions' DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of the three exam rooms has been defined to support the operation and function of the clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility 4A = DC of 512:
Total exam rooms (Facility 4A):          3 exam rooms (1 Panel)

Facility 4B = DC of 512:
Total exam rooms (Facility 4B):          3 exam rooms (1 Panel)

    The existing clinics lack the necessary clinic space for nursing functions, and clinical support space.
.

## Sub-project #4 – Central Health Services Renovation and Addition

The existing Central Health Services Building will be renovated and expanded to provide specialty clinic services for the COR inmate-patient population and a small area within COR's existing pharmacy will be designed and renovated for IV preparation. The purpose of this clinic renovation is to provide centralized specialty health care treatment and consultation and emergency services for all of the inmate-patients at the institution, as well as to upgrade the existing pharmacy IV compounding area to be in compliance with the United States Pharmacopeia (USP) 797 Standards and Guidelines for Pharmaceutical Compounding – Sterile Preparations. This sub-project will address deficiencies found in

---

achieving Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, and Pharmacy Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing Central Health Services Building at COR includes specialty care services, a Stand-by Emergency Room for emergency services, a minor procedures room, laboratory, pharmacy, radiology services, health care administration staff offices, and health records.  Specialty services at COR are provided in one shared specialty exam room and one shared multi-use/minor procedure specialty exam room, and a telemedicine exam room.  These exam rooms are shared by multiple specialty clinics on a rotational basis, inclusive of the one used for telemedicine. Optometry/Ophthalmology is provided in a long narrow room, an exam room has been converted for use by dental panorex, and physical therapy is provided in a separate area near the General Acute Care Hospital inpatient area.  The existing Stand-by Emergency Room is located in the center of the specialty clinic, causing all emergencies to be transported through inmate-patient waiting areas and into the heart of the specialty clinic, disrupting scheduled specialty services.

The Stand-by Emergency Room consists of two bays with a small, undersized nurse station shared by two nurses, one medic-on-duty and one Office Technician.  Mental health uses a small room across from radiology for inmate-patient interviews and there is not an observation room.  Due to the lack of space, the specialty nurse has to work in the Optometry/Ophthalmology exam room or the multi-use/minor procedures room in between scheduled appointments. Four nurse schedulers are working in the break room. There is no physician work area outside of the treatment rooms and due to the lack of space the clean utility room has been converted into a copy and supply room.  There is not a dedicated room for telemedicine equipment storage.  Additionally, the Central Health Services Building does not have enough holding area to adequately accommodate inmate-patients waiting for treatment (Refer to Section B.3 - Photographs, Figures B.3.8, B.3.9, and B.3.10). [Deficiencies noted to achieve Specialty Care Clinic Component Objectives 1, 2, 3, 4, 5, and 6.]

COR's pharmacy is currently located in the Central Health Services Building. The pharmacy's existing IV compounding area does not have an appropriate ante-room that meets clean room International Standards Organization (ISO) 8 standards nor does the IV prep room meet ISO 7 to support the use of an IS0 5 fume hood.  With the exception of the IV compounding area, the existing pharmacy space is adequate to accommodate the existing personnel, efficient work flow, and approval protocols required to manage receipt of daily prescriptions, central fill workflows and on-site prescription preparation and dispensing of medications. (Refer to Section B.3 - Photograph, Figure B.3.11).   [Deficiencies noted to achieve Pharmacy Component Objective 1.]

*Sub-project Description:*

The Central Health Services Building will be renovated to provide dedicated and shared specialty care exam rooms and clinic support space.  An addition will be constructed to the west of the existing building to accommodate a centralized and easily accessible Stand-by Emergency Room for treatment from all five facilities. The dental panorex, currently located in an exam room, will be relocated within the addition to provide space for holding modules for the specialty clinic. The improvements include a Nursing/Office Technician workroom each for the specialty clinic and the Stand-by Emergency Room, two shared specialty exam rooms, a telemedicine exam room, a dedicated Optometry/Ophthalmology room, an optical services room, and an LVN alcove.  Each exam room will be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to

telemedicine and eUHR. The addition to the building for the Stand-by Emergency Room will include a trauma bay, a standard bay and an observation room, a mental health interview room, and a clinician workroom that can be shared by clinicians working in both the specialty clinic and the Stand-by Emergency Room. Clinic support spaces for both the Stand-by Emergency Room and the clinic will be provided, including wheelchair and gurney storage, telemedicine equipment storage, and clean and soiled utility rooms.

The specialty care component will provide a total of five exam rooms as listed below:

(2) Specialty Exam Rooms (shared)
(1) Telemedicine Exam Room (shared)
(1) Optical Services
(1) Optometry/Ophthalmology

Physical therapy will continue to be provided in its current location near the General Acute Care Hospital.

The existing pharmacy compounding area will be renovated to provide an ISO 8 anteroom and an ISO 7 IV prep room for installation of the ISO 5 fume hood required to meet USP 797 Standards. The space will be renovated to meet the IS0 clean room requirements and provide the required direct exhaust system and positive air flow for the IV Prep room.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation and expansion of the Central Health Services Building is necessary to achieve Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6. This sub-project will provide appropriately sized and equipped exam rooms and support space to accommodate the specialty services and treatment needed to provide a Basic level of care to the inmate-patients at COR while additionally supporting the inpatient services of the General Acute Care Hospital. It will also provide a Stand-by Emergency Room to allow appropriate clinical treatment space during emergencies separate from routine, non-emergency outpatient services with direct access from all facilities and emergency ambulatory egress. It will provide space needed for maneuvering equipment, clinic staff work areas, and an inmate-patient waiting area. The Stand-by Emergency Room will provide space for mental health crisis interview and evaluation, inmate-patient observation and clinic support space. The specialty clinic and Stand-by Emergency Room will have soiled and clean utility rooms, reducing infection control concerns, and the addition of data connectivity in the exam and treatment areas will allow COR to provide specialty services by off-site providers through the use of on-site telemedicine, decreasing on-going operational costs by reducing off-site transportation to community health care centers.

COR's DC of 3,116 at a Basic level of care results in the need for two shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation.) The new specialty clinic will additionally provide dedicated treatment space for optometry/ophthalmology and optical services due to the space needs for specialty equipment required by these medical specialties. Physical Therapy and Radiology exist within the Central Health Services and are sufficient to meet the needs of COR's inmate-patient population.

Health Care Facility Improvement Program
California State Prison - Corcoran, CA
AB 900 Project Authorization

The renovation of the IV compounding area is necessary to meet USP 797 Standards and Guidelines to allow COR to perform the medium risk level sterile compounding needed by the inpatient population.

The COR project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR.  The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody.  Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# N



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California Substance Abuse Treatment Facility and State Prison, Corcoran

**Corcoran, CA**

**November 2013**

**AB 900 Project Authorization**

**For:**    **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**    **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA 95827**
**(916) 379-5681**

Health Care Facility Improvement Program
California Substance Abuse Treatment Facility and State Prison, Corcoran, CA
AB 900 Project Authorization

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The California Substance Abuse Treatment Facility and State Prison, Corcoran (SATF) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at SATF in Kings County, California. The project will support SATF's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions will have the capability of providing specialized medical services and consultation for the generally healthy inmate-patient population.

SATF is one of seventeen existing institutions designated as a Basic institution. SATF's mission currently comprises Custody Levels II, III, and IV adult male inmate populations.

The purpose of the health care facility improvements at SATF is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution. SATF has deficiencies in Primary Care, Specialty Care, Laboratory, and Administrative Segregation Unit (ASU) Clinic.

The following improvements comprise the Basic health care facility improvement project at SATF:

| | |
|---|---|
| Sub-project #1: | Facilities A, B, C, D, E, F and G Primary Care Clinic Renovation and Addition |
| Sub-project #2: | New ASU Primary Care Clinic |
| Sub-project #3: | Central Health Services Renovation |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

## A.  PROJECT OVERVIEW

### Section A.1     Scope

This project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at SATF.  In August 2009, a health care facility assessment was performed at SATF to identify and document the existing conditions. In February 2013, SATF was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned SATF population defined in the Future of California Corrections Blueprint.  The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at SATF in the following four health care components and their related objectives:

- Primary Care
- Specialty Care
- Laboratory
- Administrative Segregation Unit (ASU) Clinic

This project contains three sub-projects that have been developed to remedy the health care deficiencies identified at SATF. The improvements described below will enable SATF to operate at a Basic level of care, supporting the CDCR health care system.

The SATF project includes the following sub-projects:

### Sub-project #1 – Facilities A, B, C, D, E, F and G Primary Care Clinic Renovation and Addition

The existing Facilities A, B, C, D, E, F, and G health care clinics will be renovated and expanded to provide primary care health services to the Facilities A, B, C, D, E, F, and G inmate-patient populations. The purpose of these clinic renovations and expansions is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinics will include lab draw stations to increase access to these services in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

#### *Existing Condition*:

Currently, inmate-patients housed in Facilities A, B, C, D, E, F and G receive their primary care at the existing facility clinic located within each respective facility.  The Design Capacity (DC) for Facilities A and B is 378 each, Facility C is 512, Facility D is 500, the Facility E General Population (GP) is 400, less the ASU inmate-patient population on this Facility, and Facilities F and G are 528 inmates each. Each of the existing clinics contains a shared Licensed Vocational Nurse (LVN)/Office Technician workstation that is also used for medication distribution, a dental suite which includes an operatory,

Case 2:90-cv-00520-KJM-SCR   Document 5026-1   Filed 01/28/14   Page 189 of 219

Health Care Facility Improvement Program
California Substance Abuse Treatment Facility and State Prison, Corcoran, CA
AB 900 Project Authorization

dental office, dental lab, and sterilization room, and two medical exam rooms shared between both providers and nurses.  There is also a mental health room.  There is no space for the LVN to perform patient pre-exam interview/screening and collect vitals, causing these clinical functions to occur in open circulation areas or in an exam room with the provider. The lack of space causes congestion in the exam rooms and the clinic corridor, raising security concerns and compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) due to the lack of confidentiality (Refer to Section        B.3 - Photographs, Figures B.3.1 through B.3.4). Also, there are no dedicated spaces for wheelchair storage, gurney storage, supply storage, clean utility, or soiled utility rooms.  (Refer to Section        B.3 - Photographs, Figures B.3.5 through B.3.7).  [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

*Sub-project Description:*

The existing primary care clinics will be renovated and expanded to provide primary care services for the inmate-patients housed at SATF's Facilities A, B, C, D, E, F, and G.  Each of the primary care clinics will include three primary care exam rooms, a Nursing/Office Technician Workroom, a lab draw station, LVN alcove, and a mental health room.  All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and electronic Unit Health Records (eUHR). The clinics will also contain clinic support spaces including wheelchair and gurney storage, telemedicine equipment storage, a clean utility room, and a soiled utility room. Each of the clinics will utilize the existing LVN/Office Technician workroom for a medication distribution room which will be constructed under the separate Statewide Medication Distribution Project.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation and expansion of these primary care clinics is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.  The existing facility clinics do not have the number of primary care exam rooms and clinic support spaces needed to serve the inmate-patient populations at Facilities A, B, C, D, E, F and G at a Basic level of care.  The renovated clinics will provide soiled utility and clean utility rooms, reducing infection control concerns. Appropriate space will be provided for the LVN to perform pre-exam functions and improve compliance with HIPAA.

The number of primary care exam rooms required for a Basic level of care for Facilities A, B, C, D, E, F and G inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint.  To support the use of the "Primary Care Model", a Panel consisting of the three exam rooms has been defined to support the operation and function of the clinic team.  The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care.  (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility A = DC of 378:
Total exam rooms (Facility A):          3 exam rooms (1 Panel)

Health Care Facility Improvement Program
California Substance Abuse Treatment Facility and State Prison, Corcoran, CA
AB 900 Project Authorization

<u>Facility B = DC of 378:</u>
Total exam rooms (Facility B):          3 exam rooms (1 Panel)

<u>Facility C = DC of 512:</u>
Total exam rooms (Facility C):          3 exam rooms (1 Panel)

<u>Facility D = DC of 500:</u>
Total exam rooms (Facility D):          3 exam rooms (1 Panel)

<u>Facility E = DC of 400:</u>
Total exam rooms (Facility E):          3 exam rooms (1 Panel)

<u>Facility F = DC of 528:</u>
Total exam rooms (Facility F):          3 exam rooms (1 Panel)

<u>Facility G = DC of 528:</u>
Total exam rooms (Facility G):          3 exam rooms (1 Panel)

The existing clinic lacks the necessary number of exam rooms, sufficient clinical space for nursing functions, and clinical support space.

**Sub-project #2 – New ASU Primary Care Clinic**

A new primary care clinic will be designed and constructed for the ASU inmate-patients housed at the Facility E's housing unit E1 and at the Stand-alone ASU housing unit. The purpose of this new clinic is to provide separate clinical treatment space to provide primary care treatment and consultation consistent with the delivery of a Basic level of care for the secure lock-up ASU population at SATF. This sub-project will address deficiencies found in achieving ASU Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The SATF ASU population is 200 at DC. Inmate patients housed in the E1 housing unit receive their primary health care in an existing health care exam room of approximately 140 square feet located within the housing unit and the ASU inmate-patients housed in the Stand-alone ASU housing unit receive their primary health care in an existing 80 square foot exam room within the unit. The exam rooms within the housing units are shared by both physician and nurse lines and also serve as medication preparation rooms, and in some cases also for mental health crisis interviews. (Refer to Attachment B.3 – Photographs, Figure B.3.8).

Additionally, there are no dental facilities at the existing ASU housing units. All ASU inmate-patients are escorted to the Central Health Services Building for dental care and services. The escorting of ASU inmate-patients to the Central Health Services Building requires lengthy escorting and increases security risks for both staff and other inmates as well as disrupting health care services to the GP inmate-patients. [Deficiencies noted to achieve ASU Clinic Objective 1.]

Case 2:90-cv-00520-KJM-SCR    Document 5026-1    Filed 01/28/14    Page 191 of 219

Health Care Facility Improvement Program
California Substance Abuse Treatment Facility and State Prison, Corcoran, CA
AB 900 Project Authorization

*Sub-project Description:*

The New ASU Primary Care Clinic will be designed and constructed adjacent to housing unit E1 to serve the ASU inmate population housed in unit E1 and in the Stand-alone ASU housing unit. The proposed location is in close proximity to the ASU housing unit and provides good access from the Stand-alone ASU. It will include two primary care exam rooms, one dental operatory, and two non-contact mental health interview rooms. The clinic will also include a Nursing/Office Technician workroom. Both of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. They will be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR. The clinics will also contain clinic support spaces including, telemedicine equipment storage, clean utility and supply storage, and a room for soiled utility.

*Justification:*

A New ASU Primary Care Clinic for ASU inmate-patients is necessary to achieve ASU Clinic Objective 1. This building will facilitate access to medical and dental services for inmate-patients confined to ASU housing and provide mental health consultation and evaluation. A dedicated primary care clinic for SATF's 200 ASU inmates will minimize custody staff's need to escort ASU inmate-patients into the Central Health Services Building for dental services. The current practice of using the shared exam room within each ASU housing unit as the location where medication is also stored and used for preparing medications for distribution, compromises the security of the medication. Therefore, to ensure proper control and security of medication, the existing shared exam rooms in unit E1 and the Stand-alone ASU housing unit will be dedicated solely to medication distribution and upgraded under the Statewide Medication Distribution Project.

In order to facilitate inmate-patient health care access and to support medical and dental services in a full continuum of health care for the ASU population, a designated primary care clinic is required.

### Sub-project #3 – Central Health Services Renovation

The existing Central Health Services Building will be reconfigured and renovated. The purpose of this renovation is to provide specialty clinical services and consultation consistent with the delivery of a Basic level of care. This sub-project will address deficiencies found in achieving Specialty Care Component Objectives 1, 2, 3, 4, and 5 (Program Overview, Section D. Approach).

*Existing Condition:*

The existing Central Health Services Building at SATF includes specialty care clinical services, a Triage and Treatment Area (TTA) for emergency services, a laboratory, pharmacy, radiology suite, Health Care Administration staff offices, unit health records and an inpatient housing unit. There are insufficient specialty exam rooms on-site to meet the clinical needs of SATF's inmate-patient population for operation as a Basic institution.

There are currently specialty exam rooms dedicated for ophthalmology/optometry and physical therapy. Specialty services at SATF are provided in one shared specialty exam rooms and one telemedicine exam room. These exam rooms are shared by multiple specialty clinics on a rotational basis. Two medical offices are also being used as exam rooms, but are undersized and have no sinks. There is a need for a second specialty exam room which is adequately sized and equipped for use on a rotational basis for the various shared specialties. Also there is a need for an optical services room, and a dedicated storage room for telemedicine equipment, which is required due to the sensitivity of the

equipment and the need for equipment battery charging when not in use. [Deficiencies noted to achieve Specialty Care Component Objectives 1, 2, 3, 4, and 5.]

*Sub-project Description:*

The existing health records storage room will be reconfigured to accommodate an optical services room. This is made possible because the amount of hard file storage area needed has been reduced due to the implementation of eUHR. Additionally, the two offices currently being used as exam rooms will be renovated to provide one specialty exam room for shared specialties, and a dedicated room for telemedicine equipment storage. Each of the exam rooms will have a hand sink and equipment needed to provide an appropriate clinical environment. It will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eUHR.

As a result of the above renovation, the specialty care component will provide a total of five exam rooms as listed below:

(2) Specialty Exam Rooms (shared)
(1) Telemedicine Exam Room (shared)
(1) Optical Services
(1) Optometry/Ophthalmology

Physical Therapy will continue to be provided in its current location.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovation of the Central Health Services Building is necessary to achieve Specialty Care Component Objectives 1, 2, 3, 4, and 5. This sub-project will provide an appropriately sized and equipped specialty exam room, an optical services room, and a telemedicine equipment storage room, to accommodate the types of treatment needed to provide a Basic level of care to the SATF inmate-patients.

SATF's DC of 3,424 at a Basic level of care results in the need for two shared specialty exam rooms (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation). They currently have only one shared specialty for on-site shared rotating specialty clinics.

The SATF project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

# EXHIBIT

# O



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## California Correctional Center

### Susanville, CA

**January 2014**

**AB 900 Project Authorization**

**For:**    **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**    **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The California Correctional Center (CCC) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at CCC in Lassen County, California. The project will support CCC's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions will have the capability of providing specialized medical services and consultation for the generally healthy inmate-patient population.

CCC is one of seventeen existing institutions designated as a Basic institution. CCC's mission currently comprises Custody Levels I, II, and III adult male inmate populations.

The purpose of the health care facility improvements at CCC is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution. CCC has deficiencies in Primary Care, Specialty Care, Pharmacy, Health Records, Laboratory, Health Care Administration, and Minimum Support Facilities (MSF).

The following improvements comprise the Basic health care facility improvement project at CCC:

| | |
|---|---|
| Sub-project #1: | Facilities A and B Primary Care Clinic Renovation |
| Sub-project #2: | Facility C Primary Care Clinic Renovation and Addition |
| Sub-project #3: | New MSF Primary Care Clinic |
| Sub-project #4: | Central Health Services Renovation and Addition |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

Health Care Facility Improvement Program
California Correctional Center, Susanville, CA
AB 900 Project Authorization

## A.  PROJECT OVERVIEW

### Section A.1     Scope

This project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at CCC.  In August 2009, a health care facility assessment was performed at CCC to identify and document the existing conditions. In March 2013, CCC was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned CCC population defined in the Future of California Corrections Blueprint.  The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at CCC in the following seven health care components and their related objectives:

- Primary Care
- Specialty Care
- Pharmacy
- Health Records
- Laboratory
- Health Care Administration
- Minimum Support Facilities (MSF)

This project contains four sub-projects that have been developed to remedy the health care deficiencies identified at CCC. The improvements described below will enable CCC to operate at a Basic level of care, supporting the CDCR health care system.

The CCC project includes the following sub-projects:

### Sub-project #1 – Facilities A and B Primary Care Clinic Renovation

Vacated vocational dry cleaning space and unused temporary classroom space in Building D between Facilities A and B will be renovated to provide a primary health care clinic for the inmate-patient populations housed at Facilities A and B. The purpose of this space renovation is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The clinic will include lab draw stations to increase access to these services in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

### Existing Condition:

Currently, the inmate-patients housed at Facilities A and B receive their primary care at the health clinic in the existing Central Health Services Building.  The Design Capacity (DC) of Facility A and Facility B is 608 each.  Facility A inmate-patients also receive treatment at the Facility A Nurse line-Face to

Face in converted gymnasium space. Telemedicine is also provided within the gymnasium. Facility B inmate-patients also receive Nurse line-Face to Face treatment at Building 71. The waiting area is outside. In addition to primary care for Facilities A and B, specialty clinics, a Triage and Treatment area (TTA), and a dental clinic are located in Central Health Services Building along with health care administration and health records. There are a total of six existing exam rooms in the Central Health Services Building for both primary care and Specialty care. Due to this insufficient number of exam rooms, primary care and specialty services compete for treatment space.

There is not enough space inside the Central Health Services Building to accommodate primary care, specialty care, a dental clinic, clinic support spaces, health care administration, and health records. Pre-exam assessments such as checking vitals and weighing inmate-patients occur in the Licensed Vocational Nurse (LVN) and Office Technician workroom and in the waiting room, rather than in clinical spaces, which compromises inmate-patient privacy. Additionally, many of the existing exam rooms are either undersized, or inefficiently configured, and lack sinks and cleanable surfaces. This results in inadequate conditions for health care treatment. (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). Also, there are no dedicated spaces for wheelchair and gurney storage, supply storage, or clean and soiled utility rooms. [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2).

*Sub-project Description*:

The vacated vocational dry cleaning space and unused temporary classroom space in Building D will be renovated to provide a primary care clinic to serve the inmate-patients housed at CCC's Facilities A and B. The new clinic will be based on a "complex clinic model" which is designed to provide treatment space separation between two facility inmate-patient populations, with shared clinical support spaces. The clinic will include a total of eight primary care exam rooms, four on each side. It will have separate building entrances, waiting areas, lab draw spaces, LVN alcoves, and wheelchair storage. Shared staff support spaces are between the two clinics to optimize use by the two clinical teams. The shared spaces include a Nursing/Office Technician workroom, telemedicine equipment storage, clean and soiled utility rooms, and gurney storage. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and electronic Health Records Services (eHRS). Each of the clinics will have a medication distribution room which will be constructed under the separate Statewide Medication Distribution Project prior to construction of the clinic.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

Renovating space in Building D is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2. The existing primary care clinic in the Central Health Services Building does not have the number of exam rooms nor the clinic support spaces needed to provide both primary care for Facilities A and B inmate-patients and specialty care for the entire CCC inmate-patient population. The new primary care clinic for Facilities A and B will contain separate soiled utility and clean utility rooms to improve infection control. Appropriate space will be provided for the LVN to perform pre-exam screening and improve compliance with the Health Insurance

Portability and Accountability Act (HIPAA). The vacated primary care clinic space will be used for specialty care.

The number of primary care exam rooms required for a Basic level of care for the Facilities A and B inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of the three exam rooms has been defined to support the operation and function of the clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

CCC has a unique mission to place inmates into the 18 Northern California conservation camps. This mission results in CCC additionally performing pre-camp examinations and physicals in addition to regular inmate-patient health care services. Because of CCC's mission and increased inmate-patient contacts resulting from pre-camp health care physicals that a typical Basic Institution would not perform, a fourth exam has been included on each yard to ensure sufficient clinical space.

Facility A = DC of 608:
Total exam rooms (Facility A):            4 exam rooms (1 panel + 1 additional exam room)

Facility B = DC of 608:
Total exam rooms (Facility B):            4 exam rooms (1 panel + 1 additional exam room)

The existing clinic lacks the necessary number of exam rooms and clinical support space.

**Sub-project #2 – Facility C Primary Care Clinic Renovation and Addition**

The existing Facility C primary care clinic will be renovated and expanded to provide primary care health services to the Facility C inmate-patient population. The purpose of this clinic renovation and expansion is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinic will include a lab draw station to increase access to this service in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facility C receive their primary care at the existing clinic located at the facility. Office area in the Facility C gymnasium is also used for clinical treatment. The DC for Facility C is 500, inclusive of the ASU inmate population. The existing primary care clinic contains a shared LVN/Office Technician workstation that is also used for medication distribution. There are two medical exam rooms shared between both providers and nurses for primary care, emergency treatment, minor procedures, as well as a dental operatory, office, and sterilization room. The clinic storage room is being used as a scheduling office. There is no dedicated space for the LVN to perform pre-exam screening such as weighing patients and collecting vitals, causing many of these functions to occur in the corridor, compromising compliance with HIPAA due to the lack of confidentiality. Other treatments such as physical therapy and telemedicine occur in the Facility C gymnasium. There are no spaces for wheelchair storage, gurney storage, supply storage, or separate clean and soiled utility rooms

inside the clinic. (Refer to Section B.3 - Photographs, Figures B.3.3 through B.3.6). [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

*Sub-project Description:*

The existing primary care clinic will be renovated and expanded to provide primary care services for the inmate-patients housed at CCC's Facility C. The primary care clinic will include three primary care exam rooms, a Nursing/Office Technician Workroom, a lab draw station, and an LVN alcove. All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eHRS. The clinic will also contain clinic support spaces including wheelchair and gurney storage rooms, telemedicine equipment storage, a clean utility room, and a soiled utility room. The clinic will utilize the existing Nursing/Office Technician workroom for a medication distribution room which will be constructed under the separate Statewide Medication Distribution Project prior to the clinic renovation work and addition.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation and expansion of this primary care clinic is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2. The existing facility clinic does not have the number of primary care exam rooms and clinic support spaces needed to serve the inmate-patient populations at Facility C at a Basic level of care. The renovated and expanded clinic will provide soiled and clean utility rooms, improving infection control. Appropriate space will be provided for the LVN to perform pre-exam screening in compliance with HIPAA.

The number of primary care exam rooms required for a Basic level of care for the Facility C inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint. To support the use of the "Primary Care Model", a Panel consisting of the three exam rooms has been defined to support the operation and function of the clinic team. The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care. (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Facility C = DC of 500:
Total exam rooms (Facility C):          3 exam rooms (1 Panel)

> The existing clinic lacks the necessary number of exam rooms, sufficient clinical space for nursing functions, and clinical support space.

Health Care Facility Improvement Program
California Correctional Center, Susanville, CA
AB 900 Project Authorization

---

**Sub-project #3: New MSF Primary Care Clinic**

A new primary care clinic will be designed and constructed for the inmate-patients housed at the MSF. The purpose of this new clinic is to provide a health clinic outside the secure perimeter that can deliver primary health care treatment and consultation for CCC's MSF inmate-patients consistent with the delivery of a Basic level of care. The new clinic will include a lab draw station to increase access to this service in an appropriate setting, and will also include a medication distribution room. This sub-project will address deficiencies found in achieving Minimum Support Facility Clinic Component Objective 1, Laboratory Component Objective 2, and Medication Distribution Component Objectives 1 and 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition*:

Currently, CCC's MSF inmates, DC of 242, receive their primary care in a single office in the MSF support building. Due to a lack of exam space at the MSF office, nurses go to the MSF housing units to see inmate-patients. The office has no provisions for inmate-patient waiting, a nursing work area, properly sized and equipped exam rooms, or support spaces such as storage for telemedicine equipment, or clean and soiled utility rooms. The room is approximately 70 SF and does not have a sink or cleanable surfaces. This is inappropriate for clinical care. This single space cannot support the population it is to serve, nor to provide for infection control. There are no lab draw or LVN alcoves for efficient pre-exam screening. In addition, the treatment space lacks data connectivity for providers to access and document eHRS, and restricts telemedicine capabilities. Dental services are not available at the MSF, causing inmate-patients to be transported through the secure perimeter into the Central Health Services Building for dental treatment. This creates increased custodial escorting, inmate population controls, and inmate searching. (Refer to Section B.3 - Photographs, Figure B.3.7). [Deficiencies noted to achieve Minimum Support Facility Clinic Component Objective 1.]

*Sub-project Description*:

The New MSF Primary Care Clinic will be designed and constructed next to the MSF housing units to serve the Level 1 inmate-patients. It will include two primary care exam rooms and one dental operatory. The clinic will also include space for lab draw, a nurse alcove, and a Nursing/Office Technician workroom. Both of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. They will be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eHRS. The clinic will also contain clinic support spaces including telemedicine equipment storage, and separate soiled and clean utility/supply rooms, and rooms for telemedicine equipment and gurney/wheelchair storage.

A medication distribution room will also be designed and constructed as part of the New MSF Primary Care Clinic to provide sufficient and secure medication distribution space to serve the inmate-patient population housed at this facility outside the secure perimeter. The medication room will be of hardened construction to provide secure medication storage and will include one medication distribution window, a hand sink, countertop, and data connectivity to access the Medication Administration Record System. An accessible drinking fountain will be located next to the medication distribution window.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

---

*Justification:*

A new primary care clinic for MSF inmate-patients is necessary to achieve MSF Component Objective 1. The single existing office cannot accommodate CCC's MSF inmate-patient population. This space does not provide sufficient medical exam rooms, a lab draw and LVN alcoves, inmate-patient waiting, medication distribution space, nor dental treatment space to serve this population at a Basic level of care. The existing exam area is inappropriate for a clinical environment because it is undersized, poorly equipped, creates infection control issues due to a lack of sinks and cleanable surfaces, and lacks clinic support space. Also, the lack of data connectivity in the treatment spaces does not allow providers to access and document eHRS and restricts telemedicine capabilities.

**Sub-project #4 – Central Health Services Renovation and Addition**

The existing Central Health Services Building will be renovated and expanded to provide specialty clinics, an appropriate TTA, health care administration space, a pharmacist office, pharmacy data entry space, and improved health records space. The purpose of this renovation and addition project is to provide centralized specialty health care treatment and consultation, emergency treatment for the entire inmate-patient population, and improved health records and pharmacy spaces. This sub-project will address deficiencies found in achieving Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, Pharmacy Component Objective 1, Health Care Administration Objective 1, and Health Records Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Specialties: The existing Central Health Services Building at CCC includes a primary care clinic for Facilities A and B inmate-patients, a TTA for emergency services, a pharmacy, radiology suite, Health Care Administration staff offices, health records, and an Out-patient Housing Unit. Specialty care services are also provided, but there are no dedicated exam rooms. Specialty care is provided when exam spaces are available in the Central Health Services Building, as well as in program space including one space in the Facility C gymnasium which is used for physical therapy. Specialty services are also provided in the Board of Prison Terms area, including one space for telemedicine and Optometry/Ophthalmology, and one space for cardiology. Inmate-patients are often transported off-site for specialty clinics due to a lack of exam spaces. Moreover there is no dedicated telemedicine exam room in the Central Health Services Building for providing on-site treatment by off-site providers. There is not enough exam space on-site to meet the specialty clinical needs of CCC's inmate-patient population for operation as a Basic institution. Additionally, many of the exam rooms in the Central Health Services Building are either poorly configured or too small. Health Care Administration staff occupy spaces within this building that could be used more efficiently for the clinical treatment space needed for specialty exam rooms and support spaces. (Refer to Section B.3 - Photographs, Figures B.3.8 and B.3.9). [Deficiencies noted to achieve Specialty Care Component Objectives 1, 2, 3, 4, and 5, and Health Care Administration Component Objective 1.]

Emergency Treatment: The TTA is located in a single converted Out-patient Housing Unit dormitory room in the Central Health Services Building. The space lacks separate trauma and standard bays and an observation room. Nursing and clinician workstations are in the corridor. The space lacks cleanable surfaces, and is severely undersized for emergency care (Refer to Section B.3 - Photographs, Figure B.3.10). [Deficiencies noted to achieve Specialty Care Component Objective 6.]

Health Records and Pharmacy:  Due to the implementation of eHRS and elimination of hard file storage, the file storage room in the health records suite was vacated.  Reorganizing the health records area will maximize efficient implementation of eHRS processes and provide the pharmacy with an office for the Pharmacist-In-Charge and space for an overcrowded data entry and validation area. (Refer to Section B.3 - Photographs, Figures B.3.11 and B.3.12). [Deficiencies noted to achieve Pharmacy Component Objective 1 and Health Records Component Objective 1.]

*Sub-project Description:*

The existing primary care clinic and health care administration space inside the Central Health Services Building will be renovated to provide specialty clinics and clinic support space. Each of the specialty exam rooms will have a hand sink and equipment needed to provide an appropriate clinical environment. It will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eHRS. The building will be expanded to accommodate the relocation of health care administration out of the existing clinical area and the reconfiguration of the health records  and the addition of an office for the Pharmacist-In-Charge.

As a result of the renovation, the specialty care component will provide a total of six exam rooms as listed below:

(2) Specialty Exam Rooms (shared)
(1) Telemedicine Exam Room (shared)
(1) Optical Services
(1) Optometry/Ophthalmology
(1) Physical Therapy

Another addition to the existing Central Health Services Building will be constructed next to the Out-patient Housing Unit to provide trauma and standard bays, an observation room, and TTA clinic support space.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

*Justification:*

The Central Health Services Renovation and Addition is necessary to achieve Specialty Care Component Objectives 1, 2, 3, 4, 5, and 6, Pharmacy Component Objective 1, Health Care Administration Objective 1, and Health Records Objective 1.   This sub-project will provide appropriately sized and equipped specialty exam rooms and clinic support space needed to provide a Basic level of care to the CCC inmate-patients.  CCC's DC of 1,975 at a Basic level of care results in the need for two shared specialty exam rooms and a telemedicine room. (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation.)  Basic care under the HCFIP program also requires Optical Services, Optometry/Ophthalmology, and Physical Therapy, all of which will be provided as a result of this sub-project.  CCC currently does not have any specialty exam rooms inside the Central Health Services Building.

There is a need for dedicated rooms for specialty clinics including ophthalmology/optometry, optical services, and physical therapy.  Three other exams rooms are needed for use by multiple specialty clinics on a rotational basis, inclusive of one for telemedicine.  A dedicated storage room is needed for

Health Care Facility Improvement Program
California Correctional Center, Susanville, CA
AB 900 Project Authorization

telemedicine equipment, which is required due to the sensitivity of the equipment and the need for equipment battery charging, and for wheelchair storage and separate clean and soiled utility rooms. Also there is a need for an expanded TTA to accommodate one standard bay, one trauma bay, one observation room, and TTA support space.

The TTA will be adequately sized and equipped to accommodate a total of three TTA treatment rooms as well as support space. The clinical staff will have a workroom so this function can be removed from the Out-patient Housing Unit corridor.

The reconfigured health records suite and adjacent expansion will accommodate eHRS processes, health care administration staff relocated from the clinic, an office for the Pharmacist-in-Charge, and space for pharmacy data entry and validation.

The CCC project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.

10/14/2013 9:57:31 AM



(E) Canteen

Clinic Renovation

(E) Laundry

Clinic Addition

50' - 0"

26' - 8"

45' - 0"

(E) 6' concrete walk - demo as needed for (N) construction

23' - 0"     33' - 0"

18' - 4"

(N) Bollards

Health Care Facility Improvement Program
California Correctional Center

California Department of Corrections and Rehabilitation


Partial Site Plan
1" = 30'-0"





Sub-project #2 - Facility C Primary Care Clinic Renovation and Addition

11/14/2013 10:53:04 AM



Renovation Scope of Work:

1. Prep and paint walls and ceiling.
2. Demo (E) and provide new casework with hands-free activated sink in Exam Rooms.
3. Provide (N) data and telecom.

**Wall Legend**

New Stud Wall
New Masonry Wall
Demolition
Existing Wall

Wheelchair Storage
72
25 SF

Soiled Utility
75
84 SF

Clinician Workroom
76
110 SF

Gurney Storage
71
55 SF

Telemed Storage
73
45 SF

Exam Room
74
110 SF

Exam Room
70
110 SF

33' - 0"

26' - 8"

Mechanical
78
68 SF

(E) Dental Operatory (2 Chairs)
60
214 SF

Exam Room
65
106 SF

LVN Alcove
68
52 SF

Lab Draw
57
52 SF

(E) Dental Sterilization
59
49 SF

Dental OT
79
50 SF

(E) Laundry Exchange
61

Nursing / OT Workroom
66
110 SF

Clean Utility and Supply
64
101 SF

Custody Station

Staff RR
62
43 SF

Janitor
56
45 SF

Holding
55
43 SF

Medication Distribution will be renovated as a part of the Statewide Medication Distribution Project

Medication Distribution
58
300 SF

Holding
80
75 SF

**Master Plan Department Legend**



Inmate Area          Staff
Medical              Staff Support
Renovation Area

Area of Addition    =    880 S.F.
Area of Renovation =  1,074 S.F.
Total Area          =  1,954 S.F.

① Floor Plan
3/32" = 1'-0"

Sub-project #2 - Facility C Primary Care Clinic Renovation and Addition

Health Care Facility Improvement Program
California Correctional Center

California Department of Corrections and Rehabilitation


VANIR

10/14/2013 11:01:29 AM



Remove (E) Gates and Fence

(E) Fence
(N) Gate

Custody

Clinic Entrance
(N) Canopy

Medication Line

New MSF Primary Care Clinic

65' - 0"

31' - 0"

38' - 0"

34' - 0"

25' - 0"

10' - 0"

Remove (E) Custody Post

(N) Fence and Gate

Relocate (E) Exercise Bars as Needed for New Construction

Excercise Yard

(N) Gate
(E) Fence

Health Care Facility Improvement Program
California Correctional Center



California Department of Corrections and Rehabilitation



① Partial Site Plan
1" = 30'-0"



VANIR

Sub-project #3 - New MSF Primary Care Clinic

10/16/2013 11:14:00 AM



**Master Plan Department Legend**

| | |
|---|---|
| Custody (green) | Staff (light blue) |
| Dental (light green) | Staff Support (teal) |
| Inmate Area (tan) | Utility (gray) |
| Medical (blue) | |

**Wall Legend**

New Masonry Wall
New Stud Wall

Total Area: 3,068 S.F.



① Floor Plan
1/16" = 1'-0"





Health Care Facility Improvement Program
California Correctional Center

California
Department of Corrections
and Rehabilitation

Sub-project #3 - New MSF Primary Care Clinic

10/28/2013 2:46:10 PM



(E) Concrete pad with equipment

(E) Asphalt pavement

MRI Pad

(E) Fence

Relocate (E) vehicle gate

Demolish (E) fence

Cascade HU

(E) Roadway

(E) Curb

60' - 0"

Dirt

Relocate (E)
Natural gas line
at the corner of
(E) building

(E) Structure

(E) Vent to
basement

34' - 8"

(N) TTA Exit

(E) Fence

32' - 0"

45' - 6"

(E) Central Health Services Building

Relocate (E) high
mast power pole

14' - 0"

26' - 0"    48' - 0"

Camp
Administration

Visiting Yard

Health Care Facility Improvement Program
California Correctional Center

① Partial Site Plan
1" = 50'-0"





Sub-project #4 - Central Health Services Renovation and Addition

11/7/2013 1:20:04 PM



Replace (E) tile and and floor finishes (typ. all existing)

26' - 0"

45' - 6"

| HRT II Supv. 491 110 SF |
| OA |
| Copy Room 485 113 SF |
| CP&S 486 125 SF |
| Pharmacist 387 96 SF |
| Order Entry/ Authorization/ Verification 374 248 SF |

Dental Files

OT · OT · OA · Release Station Kitchenette 536 55 SF · OTs (2) 1500 85 SF · OSS II · Health Records 492 975 SF · HRT II · HRT II (2) 544 187 SF · HRT II · SRN II 485 223 SF

Electrical

Breakroom OT 190 SF · Staff RR

SRN II (Scheduling) 332 166 SF

SRN II (Off-site) 370 106 SF

SRN II (Facility C) 481 113 SF

MH 352 110 SF

MH 482 110 SF

Optometry/ Ophthalmology 335 200 SF

Teleradio

Storage 351 70 SF

Clean Utility 338 85 SF

Soiled Utility 350 85 SF

Undesired 339 115 SF

SRN II Facility Exam 390 486 SF

Optical Services 341 117 SF

Specialty Exam 537 130 SF

Dental OT

34' - 8"

Observation Room 2 127 SF · Sallyport 473 122 SF

SRN II (House) 378 100 SF · RNs (3) On-site, TI Med, UM 379 193 SF

Standard Barr 2 30 SF

Nursing/ Workroom 460 189 SF

Trauma Bay 2 167 SF

9' - 0"

32' - 0"

Oxygen 317 54 SF · Medication Storage 408 111 SF

Inmate Shower Room 395 175 SF · Clean Utility 381 127 SF

(E) TTA to remain operational until construction is complete

Custody 406 40 SF · Inmate Holding 400 120 SF · MH 424 100 SF · Soiled Utility 475 85 SF

Wheelchair/ Gurney Storage 403 10 SF · SRN II (TTA, OHU) 414 50 SF · Clinician Workroom 476 136 SF

Inmate Holding 401 120 SF · Elevator 497 103 SF

Inmate RR 423 60 SF

LVN Alcove 337 · Clinician Workroom 336 120 SF · Lab Draw 3 335 · Nursing/OT Workroom 334 283 SF

Physical Therapy 341 277 SF · PT Storage 340 · SRN II (Specialist) 380 100 SF

Custody 344

Equipment Storage

Dental Suite renovated as part of the Dental Improvement Program

2-Bed OHU Cell · OHU Cell #1 · OHU Cell #2 · OHU Cell #3 · OHU Cell #4 · OHU Cell #5 · OHU Cell #6 · OHU Cell #7 · OHU Cell #8

5-Bed Ward

ISU

Control

## Master Plan Department Legend

| | |
|---|---|
| Custody | Medical Administration |
| Health Records | Mental Health |
| Inmate Area | Pharmacy |
| Inmate Holding | Renovation Area |
| Medical | Specialty Clinic |

| |
|---|
| Staff |
| Staff Support |
| Triage Treatment Area |

## Wall Legend

Existing Wall
Demolition
New Masonry Wall
New Stud Wall
New Workstation Partition

Area of Renovation =    8,191 SF
Area of Addition =      2,292 SF
Total Area =           10,483 SF

1 Partial Floor Plan
3/64" = 1'-0"




California Department of Corrections and Rehabilitation

Health Care Facility Improvement Program
California Correctional Center


VANIR

Sub-project #4 - Central Health Services Renovation and Addition

# EXHIBIT

# P



# HEALTH CARE FACILITY IMPROVEMENT PROGRAM

## High Desert State Prison

**Susanville, CA**

**January 2014**

**AB 900 Project Authorization**

**For:**    **State of California**
**Department of Corrections and Rehabilitation**

**Prepared by:**    **Vanir Construction Management, Inc.**
**9838 Old Placerville Road, Suite A**
**Sacramento, CA  95827**
**(916) 379-5681**

Health Care Facility Improvement Program
High Desert State Prison, Susanville, CA
AB 900 Project Authorization

## I. EXECUTIVE SUMMARY

### A. PROJECT OVERVIEW

1. Scope

The High Desert State Prison (HDSP) health care facility improvement project is proposed pursuant to authority provided in Chapter 7, Statutes of 2007, Assembly Bill (AB) 900 as amended. AB900 authorized the California Department of Corrections and Rehabilitation (CDCR) to design and construct new buildings, renovate existing buildings, and make necessary ancillary improvements at facilities under the jurisdiction of the department to provide medical, dental, and mental health treatment.

The project is located at HDSP in Lassen County, California. The project will support HDSP's operation as a Basic institution as part of the CDCR Health Care Facility Improvement Program (HCFIP) strategy to address statewide prison health care physical plant deficiencies. "Basic" institutions will have the capability of providing limited specialty medical services and consultation for the generally healthy inmate-patient population.

HDSP is one of seventeen existing institutions designated as a Basic institution. HDSP's mission currently comprises Custody Levels I, III, and IV adult male inmate populations.

The purpose of the health care facility improvements at HDSP is to remedy deficiencies in the health care components established by the California Correctional Health Care Services (CCHCS) program for a Basic institution. HDSP has deficiencies in Primary Care, Specialty Care, Pharmacy, Laboratory, and Administrative Segregation Unit (ASU) Clinic.

The following improvements comprise the Basic health care facility improvement project at HDSP:

| | | |
|---|---|---|
| Sub-project #1: | Facilities A, B, C, and D Primary Care Clinic Renovation and Addition |
| Sub-project #2: | New ASU Primary Care Clinic |
| Sub-project #3: | Central Health Services Renovation and Addition |

Refer to Sections A.1 - Scope, and B - Attachments for more detailed information.

Pursuant to Executive Order B-18-12, the goal for new qualifying buildings designed and constructed will be a minimum Silver certification in accordance with Leadership in Energy and Environmental Design (LEED) under the United States Green Building Council (USGBC).

2. Project Cost Summary

The total estimated project cost is $16.7 million. This includes all currently anticipated costs associated with mitigation, design, and construction, including all applicable fees, equipment, demolition, and site infrastructure improvements. The project will be funded primarily by lease revenue bond financing and be subject to approval and administrative oversight by the State Public Works Board. Refer to Section A.2 - Project Cost Summary for more detailed information.

Health Care Facility Improvement Program
High Desert State Prison, Susanville, CA
AB 900 Project Authorization

## A. PROJECT OVERVIEW

### Section A.1    Scope

This project will make facility improvements necessary to deliver a Basic level of health care to the inmate-patients at HDSP.  In June 2008, a health care facility assessment was initiated at HDSP to identify and document the existing conditions. In March 2013, HDSP was revisited to verify and adjust the project scope based on AB109 Realignment and in accordance with the planned HDSP population defined in the Future of California Corrections Blueprint.  The existing conditions and capabilities of the health care facilities were evaluated for conformance to the Medical Health Care Facility Components established by the CCHCS.  Through this assessment process, existing facilities were determined to either meet the requirements and objectives of each health care component or were deficient.  Refer to the document distributed under separate cover and entitled, "Health Care Facility Improvement Program" (Program Overview) Section D.4 – Medical Health Care Facility Components for more detailed information on the health care components and their objectives.

Deficiencies were identified at HDSP in the following five health care components and their related objectives:

- Primary Care
- Specialty Care
- Laboratory
- Pharmacy
- Administrative Segregation Unit (ASU) Clinic

This project contains three sub-projects that have been developed to remedy the health care deficiencies identified at HDSP. The improvements described below will enable HDSP to operate at a Basic level of care, supporting the CDCR health care system.

The HDSP project includes the following sub-projects:

**Sub-project #1 – Facilities A, B, C, and D Primary Care Clinic Renovation and Addition**

The existing Facilities A, B, C, and D health care clinics will be renovated and expanded to provide primary care health services to the Facilities A, B, C, and D inmate-patient populations. The purpose of these clinic renovations and expansions is to provide primary health care treatment and consultation consistent with the delivery of a Basic level of care. The renovated clinics will include lab draw stations to increase access to these services in an appropriate setting. This sub-project will address deficiencies found in achieving Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

Currently, inmate-patients housed in Facilities A, B, C, and D receive their primary care at the existing facility clinic located within each respective facility.  The Design Capacity (DC) for Facilities A and B is 500 each, Facility C is 512, and Facility D is 384 exclusive of the ASU population.  Each of the existing clinics contains a shared Licensed Vocational Nurse (LVN)/Office Technician workstation that is also used for medication distribution, a dental suite which includes an operatory, dental office, dental lab, and sterilization room, and two medical exam rooms shared between both providers and nurses.

Health Care Facility Improvement Program
High Desert State Prison, Susanville, CA
AB 900 Project Authorization

Depending upon the facility, a third room without a sink for hand washing is used for a variety of clinical functions, including shared use by the chronic care nurse and an Office Technician or ASU medication prep by Psych Technicians at Facility D. Because HDSP is a remote institution, telemedicine provides a significant vehicle to support the delivery of medical and mental health services to the inmate-patient population. At Facility D, telemedicine and telepsychiatry is provided out of the Custody Program Office because space is not available for use in the facility clinic. Due to the shortage of space nurses take vitals and perform patient pre-exam interview/screening in the corridors. The lack of space causes congestion in the clinic corridor, raising security concerns and compromising compliance with the Health Insurance Portability and Accountability Act (HIPAA) due to the lack of confidentiality (Refer to Section B.3 - Photographs, Figures B.3.1 and B.3.2). Also, there are no dedicated spaces for wheelchair storage, gurney storage, supply storage, clean utility, or soiled utility rooms.  (Refer to Section B.3 - Photographs, Figures B.3.3 and B.3.4).  [Deficiencies noted to achieve Primary Care Component Objectives 1, 2, 3, and 4, and Laboratory Component Objective 2.]

*Sub-project Description:*

The existing primary care clinics will be renovated and expanded to provide primary care services for the inmate-patients housed at HDSP's Facilities A, B, C, and D.  Each of the primary care clinics will include three primary care exam rooms, a Nursing/Office Technician Workroom, a lab draw station, and an LVN alcove.  All of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. Each exam room will also be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and the electronic Health Records System (eHRS). The clinics will also contain clinic support spaces including wheelchair and gurney storage, telemedicine equipment storage, a clean utility room, and a soiled utility room. Each of the clinics will utilize the existing LVN/Office Technician workroom for a medication distribution room which will be constructed under the separate Statewide Medication Distribution Project.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 for Conceptual Drawings for more information on this sub-project.

*Justification:*

The renovation and expansion of these primary care clinics is necessary to achieve Primary Care Component Objectives 1, 2, 3, and 4 and Laboratory Component Objective 2.  The existing facility clinics do not have the number of primary care exam rooms and clinic support spaces needed to serve the inmate-patient populations at Facilities A, B, C, and D at a Basic level of care.  The renovated clinics will include hand sinks in each exam room and provide soiled utility and clean utility rooms, reducing infection control concerns.  Appropriate space will be provided for the LVN to perform pre-exam functions and improve compliance with HIPAA.

The number of primary care exam rooms required for a Basic level of care for Facilities A, B, C, and D inmate-patients is calculated based on the Institution's DC to provide quality health care in a timely manner consistent with the projected occupancy identified in the Future of California Corrections Blueprint.  To support the use of the "Primary Care Model", a Panel consisting of the three exam rooms has been defined to support the operation and function of the clinic team.  The ratio of Panels to inmate-patients is based on the Medical Classification System and the associated clinical utilization for a Basic level of care.  (Refer to Program Overview D.3 and Appendix F.7 for more detailed information regarding exam room calculations and determinations.)

Health Care Facility Improvement Program
High Desert State Prison, Susanville, CA
AB 900 Project Authorization

___

Facility A = DC of 500:
Total exam rooms (Facility A):         3 exam rooms (1 Panel)

Facility B = DC of 500:
Total exam rooms (Facility B):         3 exam rooms (1 Panel)

Facility C = DC of 512:
Total exam rooms (Facility C):         3 exam rooms (1 Panel)

Facility D = DC of 384:
Total exam rooms (Facility D):         3 exam rooms (1 Panel)

The existing clinic lacks the necessary number of exam rooms, sufficient clinical space for nursing functions, and clinical support space.

## Sub-project #2 – New ASU Primary Care Clinic

A new primary care clinic will be designed and constructed for the ASU inmate-patients housed at the Facility D's housing units D7 and D8 and at the Stand-alone ASU housing unit. The purpose of this new clinic is to provide separate clinical treatment space to provide primary care treatment and consultation consistent with the delivery of a Basic level of care for the secure lock-up ASU population at HDSP. This sub-project will address deficiencies found in achieving ASU Component Objective 1 of the health care delivery system (Program Overview, Section D. Approach).

### Existing Condition:

The HDSP ASU population is 228 at DC. Housing units D7 and D8 have 64 inmates each, and the Stand-alone unit has 100 inmates. Inmate-patients housed in the D7 and D8 housing units receive their primary health care in an existing room off of the dining area shared by medical providers, nurses, and mental health providers. This space was originally designed for use as a Food Service Office. Telemedicine and telepsychiatry services are also provided within this shared room. Inmate-patients housed in the Stand-alone ASU housing unit receive their primary health care in an existing exam room where ASU medication is prepared for administration. Telemedicine and telepsychiatry services are provided in an 80 square foot room previously used by the correctional counselor. The room has no sink for hand washing. (Refer to Attachment B.3 – Photographs, Figures B.3.5 and B.3.6).

Additionally, there are no dental facilities at the existing ASU housing units. All ASU inmate-patients are escorted to the Central Health Services Building for dental care and services. The escorting of ASU inmate-patients to the Central Health Services Building requires lengthy escorting and increases security risks for both staff and other inmates as well as disrupting health care services to the General Population (GP) inmate-patients. [Deficiencies noted to achieve ASU Clinic Objective 1.]

___

*Sub-project Description:*

The New ASU Primary Care Clinic will be designed and constructed adjacent to housing unit D7 to serve the ASU inmate population housed in units D7 and D8, and the Stand-alone ASU housing unit. The proposed location is in close proximity to the ASU housing units and provides good access from the Stand-alone ASU. It will include two primary care exam rooms, one dental operatory, and two non-contact mental health interview rooms. The clinic will also include a Nursing/Office Technician workroom. Both of the exam rooms will have hand sinks and equipment needed to provide an appropriate clinical environment. They will be sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eHRS. The clinics will also contain clinic support spaces including, telemedicine equipment storage, clean utility and supply storage, and a room for soiled utility.

*Justification:*

A New ASU Primary Care Clinic for ASU inmate-patients is necessary to achieve ASU Clinic Objective 1. This building will facilitate access to medical and dental services for inmate-patients confined to ASU housing and provide mental health consultation and evaluation. A dedicated primary care clinic for HDSP's 228 ASU inmates will minimize custody staff's need to escort ASU inmate-patients into the Central Health Services Building for dental services. The current practice of using the shared exam room within each ASU housing unit as the location where medication is also stored and used for preparing medications for distribution, compromises the security of the medication. Therefore, to ensure proper control and security of medication, the existing shared exam rooms in units D7 and D8, and the Stand-alone ASU housing unit will be dedicated solely to medication distribution.

In order to facilitate inmate-patient health care access and to support medical and dental services in a full continuum of health care for the ASU population, a designated primary care clinic is required.

**Sub-project #3 – Central Health Services Renovation and Addition**

The existing Central Health Services Building will be reconfigured, renovated and expanded. The purpose of the renovation is to provide specialty clinical services and consultation consistent with the delivery of a Basic level of care. The expansion and reconfiguration will provide pharmacy services at HDSP to meet the pharmaceutical demands at a Basic level of care and upgrade the existing pharmacy IV compounding area to support the IV therapy treatments needed by HDSP's 32-Bed Correctional Treatment Center (CTC) and be in compliance with the United States Pharmacopeia (USP) 797 Standards and Guidelines for Pharmaceutical Compounding – Sterile Preparations. This sub-project will address deficiencies found in achieving Specialty Care Component Objectives 1, 2, 3, 4, and 5 and Pharmacy Component 1 of the health care delivery system (Program Overview, Section D. Approach).

*Existing Condition:*

The existing Central Health Services Building at HDSP includes specialty care clinical services, a Triage and Treatment Area (TTA) for emergency services, a laboratory, pharmacy, radiology suite, Health Care Administration staff offices, unit health records and a 32-Bed CTC. There are insufficient specialty exam rooms on-site to meet the clinical needs of HDSP's inmate-patient population for operation as a Basic institution.

There are currently specialty exam rooms dedicated for ophthalmology/optometry and physical therapy. Specialty services at HDSP are provided in one shared specialty exam room and one telemedicine exam room. These exam rooms are shared by multiple specialty clinics on a rotational basis. Due to the

shortage of specialty exam space, a gurney and specialty equipment have been moved into the clean utility room to provide specialty procedures, demonstrating the need for one additional shared specialty exam room (Refer to Section B.3 - Photographs, Figure B.3.7). Also, there is a need for an optical services room, and a dedicated storage room for telemedicine equipment, which is required due to the sensitivity and charging needs of the equipment. [Deficiencies noted to achieve Specialty Care Component Objectives 1, 2, 3, 4, and 5.]

HDSP's pharmacy is currently located in the Central Health Services Building and is less than 800 square feet. Due to the small area of the pharmacy, the data/order entry staff are working in a converted space originally designed to stage trash from the CTC out of the building. The small size of the pharmacy space is inadequate to support pharmacy functions and Intravenous (IV) compounding at HDSP. The current layout and outdated fixtures create an inefficient use of space and does not support the new central fill approach. The space and layout does not accommodate the pharmacy personnel, work flow, and approval protocols required to minimize errors in medication ordering, preparation, and dispensing. [Deficiencies noted to achieve Pharmacy Component Objective 1.] Additionally, with a 32-Bed CTC in a geographic location remote from California Health Care Facility, community hospitals, and other CDCR in-patient facilities, HDSP provides a significantly higher volume of antibiotic drips that require compounding than most other Basic institutions in the State. HDSP's existing IV compounding hood is located in a small room of the pharmacy and noncompliant with International Standards Organization (ISO 7) standards. The IV compounding area does not have an appropriate ante-room that meets clean room ISO 8 standards. Pharmacy licensing inspected HDSP's pharmacy on October 17, 2013 and noted the lack of compliance of the fume hood and issued a temporary waiver and requested it be brought into compliance. (Refer to Section B.3 - Photographs, Figures B.3.8 through B.3.10).

_Sub-project Description:_
The existing health records storage room will be reconfigured to accommodate an optical services room. This is made possible because the amount of hard file storage area needed has been reduced due to the implementation of eHRS. Additionally, the two offices currently being used by custody will be renovated to provide one specialty exam room for shared specialties, and a custody key room. Custody had taken the clinic's soiled utility room for a key room. This renovation will allow the soiled utility room to be reclaimed for clinical services. The clean utility room will also be reclaimed from use as a third specialty exam room. A small room where clinic supplies were stored will be converted to a dedicated room for telemedicine equipment storage. Each of the exam rooms will have a hand sink and equipment needed to provide an appropriate clinical environment. It will also be appropriately sized per CDCR Space Standards (Program Overview, Section D. Approach) and will have access to telemedicine and eHRS.

The lieutenant and sergeant's office will be provided from a portion of the radiology film viewing and storage. Both spaces are no longer needed due to the migration of radiology films to digital records.

As a result of the above renovation, the specialty care component will provide a total of five exam rooms as listed below:

(2) Specialty Exam Rooms (shared)
(1) Telemedicine Exam Room (shared)
(1) Optical Services
(1) Optometry/Ophthalmology

Health Care Facility Improvement Program
High Desert State Prison, Susanville, CA
AB 900 Project Authorization

Physical Therapy will continue to be provided in its current location.

The TTA has two equally sized trauma bays, an Observation room, nurse work station and secure medication storage room, requiring no new work.

The existing pharmacy will be reconfigured and expanded for central fill pharmacy services. The data/order entry staff will be relocated from the trash room into a new space created from the existing clean linen room that the Institution is relocating across the hall. This space will also include a pharmacist authorization workstation. The existing pharmacy will be renovated and expanded to include a dual filling station, a controlled substance fill station, authorization/verification areas, a hand washing station, pharmacy storage, and a shipping, receiving, and manifesting area to support central fill. The existing pharmacist office and secure transaction vestibule will remain in its current location. The existing pharmacy compounding area will be isolated and upgraded to ISO 7 IV prep standards for reinstallation of the existing fume hood and a new ISO 8 anteroom will be created. The two spaces will be renovated to meet the ISO clean room requirements and provide the required direct exhaust system and positive air flow for the IV Prep room to meet USP 797 Standards. The entire pharmacy space will be renovated to accommodate new pharmacy fixtures, staff workspaces, power, and voice/data requirements.

Refer to Section B.1 for a Conceptual Building List, Section B.4 for Space Lists, and Section B.5 Conceptual Drawings for more information on this sub-project.

_Justification:_

Renovation, reconfiguration and expansion of the Central Health Services Building is necessary to achieve Specialty Care Component Objectives 1, 2, 3, 4, and 5, and Pharmacy Objective 1.  This sub-project will provide an appropriately sized and equipped specialty exam room, an optical services room, and a telemedicine equipment storage room, to accommodate the types of treatment needed to provide a Basic level of care to HDSP inmate-patients.

HDSP's DC of 2,324 at a Basic level of care results in the need for two shared specialty exam rooms and a telemedicine exam room. (Refer to Program Overview, Appendix F.8 for more detailed information regarding this determination and calculation.)  Although they have created the needed two spaces, one of the two is functioning in the clean utility room which is both an inappropriate treatment area and displaces the necessary clean utility functions also needed by the specialty clinic.

Expansion and reconfiguration of the pharmacy is necessary to meet Pharmacy Component Objective 1. The existing pharmacy is small and the layout is inefficient and ineffective to provide the central fill pharmaceutical services needed to meet HDSP inmate-patient population at a Basic level of care.  An addition to the existing Central Health Services building will be constructed to provide the appropriate space and the pharmacy will be configured for proper workflow and operational protocols consistent with the central fill model. The renovation of the IV compounding area is necessary to meet USP 797 Standards and Guidelines and allow HDSP to provide short term IV therapy and treatments required by their CTC inpatient population, offsetting costly transportation and stays at the community hospital.

Health Care Facility Improvement Program
High Desert State Prison, Susanville, CA
AB 900 Project Authorization

The HDSP project and all sub-projects will be designed and constructed based on the standards established by CCHCS and CDCR. The scope of work was developed by the stakeholders representing medical, mental health, dental, and custody. Programs have been tailored based on CCHCS standards and are applied consistently statewide with other CDCR health care facility projects included in the HCFIP work.