# EXHIBIT 1



Total CDCR Institution/Camp Population, April 2000 - September 2013

Since April 2000, the Total CDCR Population has **Decreased** by 30,091 Prisoners (-19.6%)

Source: CDCR Population Reports Archive
http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html

PLAINTIFFS EXHIBIT
2035

# EXHIBIT 2



Total CDCR Mental Health Population, April 2000 - September 2013

Total Mental Health Population Increase of 14321 - 73% Increase

Source: Coleman Monthly Reports for April 2000 to December 2010 (which includes CDCR-DSH population).
Coleman Monthly Reports, DSH Licensure Data, and DSH Bed Utilization Reports for January 2011 to September 2013.

PLAINTIFFS EXHIBIT 2036

# EXHIBIT 3

# Consulting Services for
# California Department of Corrections
# & Rehabilitation

# MENTAL HEALTH BED NEED STUDY
# Based on Fall 2013 Population Projections

# December 2013

# McManis Consulting



# Assignment & Scope

This is the Fall 2013 Mental Health Bed Need Study using the Fall 2013 Population Projections developed under the California Department of Corrections and Rehabilitation's (CDCR's) contract with McManis Consulting. These projections are based on policies and practices in place at the time the projections were developed, and they continue to estimate the impact of Assembly Bill 109 (AB109), which took effect on October 1, 2011. AB109, the Public Safety Realignment law, drastically reduced the prison population and is ongoing.  Thus, McManis Consulting  and the Health Care Placement Oversight Program (HC-POP) continue to assess and improve the model methodology in order to accurately measure and predict utilization changes.

This Fall 2013 study applies similar approaches and methodologies begun in and expanded since the Fall 2011 study (see page 5 for a detailed list of data used). They are based in part on the effort of HC-POP staff in collecting additional data specifically related to security level and analyses of pending lists. HC-POP expanded their audit of census and pending lists by security level to a weekly basis.

As in previous reports, John Misener of McManis Consulting is the lead author and forecaster for the materials in this report.

*The Department began implementing changes to the Inmate Classification Score System (ICSS) on July 1, 2012. The Offender Information Services Branch (OISB) estimates that the implementation process may not be completed until the end of 2013 (18 months from implementation). Therefore, the impact from the changes are only partially reflected in this Fall 2013 Mental Health Bed Need Study and future projections may better reflect the impact on the mental health population.*

# Table of Contents

**Fall 2013 – ISSUES & FEATURES**                                                          Page          4

**DATA USED IN THIS REPORT**                                                                                5

**BASIC METHODOLOGY**                                                                                      6

**METHODOLOGY ENHANCEMENTS**                                                                               7

**FALL 2013 POPULATION PROJECTIONS**                                                                       8

**FORECASTS**

Acute Psychiatric Program (APP) – Males                                                                    9

Acute/Intermediate Care Facility (ICF) Program – Females                                                   12

ICF Program – Males                                                                                        13

Mental Health Crisis Bed (MHCB) – Males                                                                    19

MHCB – Females                                                                                             23

Enhanced Outpatient Program (EOP) General Population (GP)  – Males                                         24

EOP – Administrative Segregation (ASU) – Males                                                             26

Psychiatric Services Unit (PSU) – Males                                                                    28

EOP-GP – Females                                                                                           31

EOP-ASU – Females                                                                                          32

PSU – Females                                                                                              33

Correctional Clinical Case Management System (CCCMS) – Males                                               34

CCCMS – Females                                                                                            37

**APPENDIX**

List of Abbreviations Used in Report                                                                       39

Comparison of Bed Need Forecasts – Fall 2013  vs. Spring 2013                                              40

Mental Health Services Delivery System Bed Need                                                            41

# Fall 2013 Mental Health Bed Study – ISSUES & FEATURES

**MALE**

The new OISB Fall projection for the male population at June 30, 2014, is 5.5% higher (6,752) than the Spring 2013 projection for the same date. The new projections are 7.4% higher in 2018 (9,371) and 7.0% (9,284) higher by 2024.

The Fall 2013 forecasts for male programs are compared to the Spring 2013 study below for **2018**:

- **APP** – 11.0% higher than the Spring 2013 study
- **ICF-High** – 7.1% higher
- **ICF-Dorms** – 3.5% higher
- **MHCB** – 9.6% higher
- **EOP-GP** – 6.9% higher
- **EOP-ASU** – 8.1% higher
- **PSU** – 3.6% higher
- **CCCMS** – 6.4% higher

**FEMALE**

The new OISB Spring projection for the female population at June 30, 2014, is 7.6% higher (439) than the Spring 2013 projections for the same date. The new projections are 9.2% higher in 2018 (554) and are 10.8% higher (696) by 2024.

The Fall 2013 forecasts for female programs are compared to the Spring 2013 study below for **2018**:

- **APP/ICF** – 5.9% lower than the Spring 2013 study
- **MHCB** – 11.1% higher
- **EOP-GP** – 23.2% higher
- **EOP-ASU** – 2.6% higher
- **PSU** – 2.1% higher
- **CCCMS** – 9.6% higher

**OVERALL**

The Fall 2013 Mental Health Services Delivery System (MHSDS) combined bed need, excluding CCCMS, is higher than the combined bed need forecasted in Spring 2013. For FY2014, the bed need is 389 beds higher (6.3%) and by 2018, the combined bed need is 441 higher (7.1%).

# Data Used in this Report

This Fall 2013 Study uses the following data:

- Fall 2013 Adult Institution Population Projections from the CDCR OISB, replace the Spring 2013 values. These projections are based on policies and practices in place at the time the projections were developed, and they continue to estimate the impact of AB109, which took effect October 1, 2011.

- Additional projections from OISB of inmate populations by level of housing, through FY2024, for use in the male forecast methodologies.

- July 2012 – June 2013 census and pending list data, by program, provided by HC-POP (It is noted that the Department of State Hospitals reviewed the APP and ICF projections and all data used to develop those projections).

- May 2012 – June  2013 Outpatient Housing Unit (OHU) and Alternative Housing (AH) usage data were used to adjust the MHCB projections.

- HC-POP analysis of male inmate-patients by Security Level (based on placement score):
  - Fifty two weekly audit dates for July 2, 2012, through June 24, 2013, are used for all Male programs.
  - Matched inmate-patients to placement scores and security levels (Datamart).

- HC-POP analysis of pending lists for APP, ICF, and PSU:
  - Fifty two weekly audit dates for July 2, 2012, through June 24, 2013.
  - Determined location of inmate-patient while on pending list.

# Basic Methodology

The fundamental modeling approach for the Mental Health Bed Need Study is the Census Rate method, which is a population-based methodology.  The method entails development of forecasts of the target populations and the development of "census rates" for those populations (based on the average weekly census per 1,000 inmates) for each level of care. This basic model uses the following variables:

- **CDCR Total Institution Population (actual and projected)**
- **Historical Program Census Counts (weekly)**
- **Historical Program Pending List Counts, if any (weekly)**
  *(It is noted that for purposes of these projections, "pending list" includes all that are not yet in the appropriate bed, including those that are within the Mental Health Program Guide transfer timelines.)*

A Census Rate Adjustment Factor (CRAF) was applied to previous forecasts (and is still applied to some of the female forecasts) when the census rate exhibits an increase from the previous year to simulate future increases. The CRAF is calculated to indicate average annual change over a 2-5 year period. However, it is not always applied, such as when the rate exhibits a decline, is erratic, or is not expected to continue to increase based on other information related to operations (indication of length of stay reduction, improvements in pending list management, etc.).

The goal of the Mental Health Bed Need Study is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply.  Occupancy standards were selected to ensure that, on average, capacities would not be exceeded in the future given the forecasted bed requirements. While the inpatient community standard is about 80 percent, the Division of Health Care Services decided to apply a 90 percent occupancy standard to all inpatient programs, and a 95 percent standard to the outpatient programs (excluding CCCMS). The lower occupancy standard increases the probability of having an empty bed available.

# Methodology Enhancements

**1. For the Male MHCB, EOP-GP, and EOP-ASU programs and the Female EOP-ASU program, provided a "trued" bed need reporting. This is an adjustment to the official forecasted bed need that eliminates "double-counting."**

An analysis of pending lists was conducted by HC-POP in order to analyze the causes of non-admission (paroles, rescissions, admissions to alternate programs, etc.). Also, the current housing/level of care of those on the pending lists was determined so that adjustments could be shown to eliminate "double-counting." For example, an analysis of 52 dates between July 2012-June 2013 was used to determine that 93.4% of men on the APP pending list (or an average of 21.3 inmates) were residing in a MHCB. A separate reporting of the "trued" bed need is shown in the MHCB forecast with the observation that the beds used by those inmate-patients on the pending list could be freed-up once adequate APP capacities become available in the future.

**2. For Male programs, determined security level-specific census rates to better adjust for anticipated changes in the security level mix as a result of AB109.**

For this study, as in the last four studies, OISB provided male population projections by level (based on housing assignment). An enhancement to the basic model for male programs has been made as corresponding utilization data by Security Level (based on placement score) has become available. Analysis of the mental health programs reflect a high utilization of services by Level IV inmates, especially for APP, ICF-High, MHCB, EOP-ASU, and PSU.

|  | Level I | Level II | Level III | Level IV |
|---|---|---|---|---|
| CCCMS | 4.6% | 35.3% | 21.9% | 29.8% |
| EOP-GP | 5.6% | 36.6% | 20.0% | 32.7% |
| EOP-ASU | 3.0% | 16.0% | 19.5% | 61.5% |
| PSU | 0.9% | 1.7% | 4.4% | 92.9% |
| MHCB | 6.8% | 25.2% | 18.1% | 49.9% |
| APP | 5.1% | 24.0% | 22.6% | 48.3% |
| ICF- Low | 8.4% | 50.5% | 23.2% | 17.9% |
| ICF - High | 1.7% | 15.2% | 19.2% | 63.9% |

Note that Level IV utilization far exceeds the portion of Level IV inmates in the total population (20.6% as of 12/31/2012) in all cases except ICF-Dorms.

The use of these "security level-specific" census rates is designed to ensure sufficient bed need despite large drops in the projected population due to AB109.

For the Male programs, population by level and utilization data was available so the CRAF method (census rate adjustment factor) was not used in preference for the newer method. The use of CRAF assumes future changes based on past experience; however, future changes under AB109 require a more precise approach.

Because OISB does not project the Female population by level, CRAFs are still used for Female programs, as appropriate.

**Fall 2013 Mental Health Bed Need Study**

7

# Fall 2013 CDCR Population Projections

The Fall 2013 10-year preliminary projections from CDCR's OISB were made available for internal use on September 13, 2013. *These projections were officially published on December 13, 2013.*

The projection for Males is 5.5% higher (6,752) than the Spring 2013 projections for June 30, 2014, 8.1% higher (10,051) in 2016 and remained over 9,000 higher for the remaining forecast years. The female population estimate for June 30, 2014, is 7.6% higher (439) than OISB's Spring 2013 projection and 9.2% higher (554) by 2018. By 2023, the new projection is 12.2% higher (772) than the Spring 2013 projection for that year.

**Male Population: 2002-2023**



| Variance from | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Spring 2013 | 5.5% | 7.7% | 8.1% | 7.7% | 7.4% | 7.5% | 7.2% | 7.3% | 6.9% | 7.0% |

**Female Population: 2002-2023**



| Variance from | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Spring 2013 | 7.6% | 9.9% | 11.0% | 9.3% | 9.2% | 9.0% | 10.6% | 11.8% | 12.3% | 12.2% |

*Data Source:  CDCR OISB Population Projections Unit*

Fall 2013 Mental Health Bed Need Study

This Forecast is
**Higher**
than Spring 2013

# APP Bed Need – Males

Acute Psychiatric Program Bed Need Forecast

| Acute Psych - Male | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 d/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Pop. Fall 2013 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 130,439 | 132,816 | 134,110 | 134,767 | 135,375 | 136,340 | 137,336 | 138,282 | 139,232 | 140,368 | 141,494 |
| Census Rate a/ | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.11 | 1.45 | 1.42 | 1.53 | 1.75 | 1.67 | 1.65 | 1.65 | 1.64 | 1.64 | 1.64 | 1.63 | 1.63 | 1.64 | 1.63 | 1.64 |
| ADC from databases b/ | 136 | 131 | 146 | 115.1 | 134.4 | 128.8 | 144.11 | 172.3 | 187.5 | 200.1 | | | | | | | | | | | |
| Pending List ADC c/ | | | 31 | 42.0 | 55.0 | 45.9 | 81.48 | 44.7 | 26.2 | 22.8 | | | | | | | | | | | |
| Total ADC Est. & Forecast | | 131 | 177 | 157 | 189 | 175 | 225.6 | 217.0 | 213.6 | 223 | 218 | 219 | 221 | 221 | 222 | 223 | 224 | 226 | 228 | 229 | 231 |
| Bed Need (90% Occ) | 151 | 146 | 197 | 175 | 210 | 194 | 251 | 241 | 237 | 248 | 242 | 244 | 246 | 245 | 246 | 248 | 249 | 251 | 253 | 255 | 257 |

a/ Census rate includes census + pending list. Forecasted rate is modeled based on the distribution of census by security levels using averages of a weekly (52-day) sample during FY2013. From this distribution, security level specific rates/1000 were calculated for the data period mid-point (Dec, 31, 2012). The resulting total census projections were applied to the total male population for a blended census rate.

b/ Data Source: 12 months FY13 data weekly HC-POP Census reports

c/ The pending list based on average weekly counts was 22.75.

d/ Fall 2013 bed need for 12 months FY2013 uses the estimated mid-point (Dec.31, 2012) to capture the average population for that period of rapid decrease.

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2013 | | | | | | | | | | | 219 | 218 | 219 | 221 | 222 | 224 | 226 | 227 | 229 | 231 |
| Forecast based on Fall 2012 | | | | | | | | | | | 208 | 209 | 211 | 214 | 216 | 218 | 221 | 223 | 225 | |
| Forecast based on Spring 2012 | | | | | | | | | | | 230 | 229 | 228 | 228 | 229 | 230 | 230 | 231 | 233 | |

*The Fall 2013 bed need forecast is higher than the Spring 2013 study for each of the forecast years. It is 23 beds higher (10.6%) in 2014 and 24 beds higher (10.5%) by 2023. The census rate is higher in the forecast years compared to the rates used in the Spring 2013 study.*

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

# APP Bed Need – Males (Cont'd)

**Methodology:** HC-POP conducted a weekly audit comprising 52 dates for FY2013. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the 52 dates. It was assumed that the FY2013 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the OISB's CDCR population as of the mid-point (December 31, 2012) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 are calculated for each forecast year and applied to the model.

### Distribution of Acute Referrals by Security Level

| Security Level | Distri-bution | Est. Census + PL Distri-bution | Population @ 12/31/12 | Census Rates (Fall 2013) | Census Rates (Spring 2013) | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2013 |
|---|---|---|---|---|---|---|---|---|---|
| Level IV | 48.3% | 107.6 | 26,151 | 4.11 | 3.75 | 4.00 | 3.95 | 3.58 | 14.9% |
| Level III | 22.6% | 50.4 | 32,541 | 1.55 | 1.48 | 1.30 | 1.40 | 1.62 | -4.4% |
| Level II | 24.0% | 53.5 | 37,008 | 1.45 | 1.43 | 1.20 | 1.13 | 1.09 | 32.6% |
| Level I | 5.1% | 11.4 | 15,411 | 0.74 | 0.66 | 0.60 | 0.62 | 0.77 | -4.1% |
| Total | 100.0% | 222.83 | 127,009 | 1.75 | 1.66 | 1.53 | 1.46 | 1.42 | 23.5% |

Distribution by Security Level does not allocate to RC or SHU populations.

### Census Rate Trends and Projection Comparison

*The Fall 2013 census rate projections are higher than the Spring 2013 study's census rates for the projected years. In 2018, the newly projected census rate is 3.3% higher than in the Spring 2013 study.*



***This Fall 2013 forecast uses a higher census rate projection than the Spring 2013 forecast.***

# APP Pending List – FY2010 through FY2013



On November 27, 2012,
20 more beds were added to the
APP capacity (returned capacity
from VPP S2 MHCB). There was a
rapid rise in the second half of
FY2013.

FY2010 Average Pending List (PL) List = 81.5

FY2011 Average PL = 44.7

FY2012 Average PL = 26.2

FY2013 Average PL = 22.8

The pending list trend dropped
significantly from FY2012 to Q1 FY2013
then began rising sharply in April 2013.



| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 | FY12 Q3 | FY12 Q4 | FY13 Q1 | FY13 Q2 | FY13 Q3 | FY13 Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Pending List | 94.9 | 66.9 | 81.1 | 83.1 | 88.4 | 24.9 | 29.4 | 35.7 | 49.2 | 18.1 | 20.3 | 16.4 | 13.9 | 14.7 | 25.4 | 37.8 |

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

# Acute/ICF Program Bed Need – Females



This Forecast is
**Lower**
than Spring 2013

Patton State and CIW-PIP – Acute/ICF Program – Bed Need Forecast

| Acute/ICF - Female | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013/a | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | --- Actual --- | | | | | | | | --- Forecast --- | | | | | | | | | | |
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013/a | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,179 | 6,383 | 6,433 | 6,478 | 6,556 | 6,650 | 6,778 | 6,941 | 7,000 | 7,111 | 7,157 |
| Census Rate a/ | 1.58 | 2.99 | 2.22 | 1.73 | 1.84 | 1.95 | 2.06 | 2.74 | 2.54 | 5.53 | 5.53 | 5.53 | 5.53 | 5.53 | 5.53 | 5.53 | 5.53 | 5.53 | 5.53 | 5.53 | 5.53 |
| Average Census Patton b/ | 16.86 | 32.47 | 26.03 | 20.58 | 20.99 | 21.52 | 20.81 | 17.92 | 8.9 | 4.35 | | | | | | | | | | | |
| Average Census CIW-PIP b/ | | | | | | | | | 10.1 | 27.75 | | | | | | | | | | | |
| Pending List b/ | | | | | | | | | 1.4 | 0.65 | | | | | | | | | | | |
| Total Avg. Daily Census | | | | | 21 | 22 | 21 | 26.24 | 20.4 | 33 | 34 | 35 | 36 | 36 | 36 | 37 | 37 | 38 | 39 | 39 | 40 |
| Bed Need @ 90% Occ | 19 | 36 | 29 | 23 | 23 | 24 | 23 | 29 | 23 | 36 | 38 | 39 | 40 | 40 | 40 | 41 | 42 | 43 | 43 | 44 | 44 |

| a/  Model uses the "Census Rate" method.  The population applied to 2013 is the midpoint FY2013 or December 31, 2012 |
|---|
| b/  ADC is based on the HC-POP weekly MIS report. |

| | | | | | | | | | | | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2013 | | | | | | | | | | | 35 | 38 | 40 | 42 | 43 | 43 | 44 | 44 | 44 | 45 | |
| Forecast based on Fall 2012 | | | | | | | | | | | 18 | 19 | 19 | 19 | 20 | 20 | 21 | 21 | 21 | | |
| Forecast based on Spring 2012 | | | | | | | | | | | 17 | 17 | 18 | 18 | 18 | 18 | 18 | 19 | 19 | | |

*The first phase (24 beds) of CIW's Psychiatric Inpatient Program (PIP) was activated on July 3, 2012.  The second phase (21 beds) was activated on October 16, 2012.  Female inmates in need of APP/ICF level of care are now being referred to CIW PIP instead of PSH.*

*Data for FY2013 indicate strong growth at CIW from its opening in July 2012 to a high census of 38 on June 24, 2013. There is a related drop in the census at PSH. A census rate adjustment factor was used in the Spring 2013 study because of the rapid rise in demand since the PIP activated.  However, it was removed in this study because the large increase is not expected to continue based on operational knowledge about policies that are being implemented to ensure proper utilization management in the program.*

*For 2014, the new forecast is 2.6 beds (7.3%) higher than the Spring 2013 forecast but by 2018 is 2.5 beds <u>lower</u> (-5.9%).*

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

**Fall 2013 Mental Health Bed Need Study**

# ICF Program Bed Need – Males



This Forecast is
**Higher**
than Spring 2013

| High Custody ICF | -- Actual -- | | | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 c/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 130,439 | 132,816 | 134,110 | 134,767 | 135,375 | 136,340 | 137,336 | 138,282 | 139,232 | 140,368 | 141,494 |
| SVPP+VPP ICF High-Custody Census Rate a/ | | | | | | | | | | 4.00 | 3.67 | 3.60 | 3.57 | 3.54 | 3.53 | 3.52 | 3.51 | 3.51 | 3.51 | 3.50 | 3.50 |
| VPP  ICF Hi-Custody ADC | | | 27 | 36 | 63 | 64 | 28.7 | 28.48 | 45.0 | 129.71 | | | | | | | | | | | |
| SVPP Hi-Custody ADC | 43 | 51 | 69 | 117.6 | 178.3 | 197.9 | 231.4 | 290.4 | 345.2 | 346.75 | | | | | | | | | | | |
| SVPP ADC on Pending List | 11 | 3 | 100 | 73 | 80 | 136 | 472.2 | 319.7 | 85.9 | 31.73 | | | | | | | | | | | |
| SVPP+CMF ICF High-Custody Census + PL | 54.2 | 54.0 | 195.8 | 226.0 | 321.0 | 398.0 | 732.4 | 638.6 | 476.1 | 508.2 | 478.5 | 477.9 | 478.8 | 476.6 | 477.3 | 479.5 | 481.8 | 485.1 | 488.8 | 491.8 | 495.4 |
| ADC on 1370 pending list | | | | 27.9 | 31.7 | 19.2 | 19.3 | 16.1 | 14.96 | 2.40 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 |
| Bed Need w/o 1370's @90% | 60.2 | 60.0 | 217.5 | 251.1 | 356.7 | 442.2 | 813.7 | 709.6 | 529.0 | 565 | 532 | 531 | 532 | 530 | 530 | 533 | 535 | 539 | 543 | 546 | 550 |
| Bed Need (90% Occ) with 1370's | | | | | | | | | | 546 | 567 | 534 | 534 | 535 | 532 | 533 | 535 | 538 | 542 | 546 | 549 | 553 |
| ICF Low Custody - Dorms | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 c/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Combined ICF Low Custody Census Rate b/ | | | | | | | | | | 2.50 | 2.61 | 2.61 | 2.63 | 2.63 | 2.64 | 2.64 | 2.64 | 2.64 | 2.65 | 2.65 | 2.66 |
| - VPP ICF Low-Custody (Dorm) ADC w PL | | | 73 | 72 | 71 | 71 | 62.7 | 71.03 | 73.8 | 58.3 | | | | | | | | | | | |
| - ASH ADC w Pending List | 100 | 117 | 116 | 103.6 | 94.0 | 134.4 | 231.2 | 224.5 | 198.12 | 216.8 | | | | | | | | | | | |
| - CSH (Coalinga) Avg. Census | | | 49 | 50 | 47 | 29.4 | N/A | 26.4 | 43.0 | | | | | | | | | | | | | |
| Combined ADC (incl PL) | | | | | | | | | 298.4 | 318.1 | 340 | 347 | 353 | 355 | 357 | 360 | 363 | 366 | 369 | 372 | 376 |
| Combined Low Custody Bed Need (90% Occ) | 111.17 | 129.6 | 210 | 249.4 | 238.0 | 257.5 | 359.2 | 328.4 | 332 | 353 | 378 | 386 | 392 | 394 | 397 | 400 | 403 | 406 | 410 | 414 | 418 |
| All Intermediate - Combined | | | | | | | | | | | | | | | | | | | | | |
| Total ICF Bed Need (@ 90% occupancy) | 256 | 320 | 416 | 501 | 595 | 723 | 1,173 | 1,038 | 861 | 918 | 909 | 917 | 924 | 924 | 927 | 932 | 938 | 945 | 953 | 960 | 968 |
| Total ICF Bed Need incl 1370's | | | | | | | | | 877 | 921 | 912 | 919 | 927 | 926 | 930 | 935 | 941 | 948 | 956 | 963 | 971 |

a/ Census rate model for SVPP and VPP-ICF High Custody based on Security Level distribution analysis from a weekly audit of 52 days in FY2013.
b/ Census rate model for Low Custody/Dorm based on Security Level distribution analysis using audit FY2013 (52 dates) for each unit. Rate includes Pending List at ASH and VPP-ICF Dorms.
c/ The census rates for FY2013 are based on a full 12 months of utilization and uses 12/31/12 as the mid-point of population. The resulting blended rates are applied to the forecasted years.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2013 | | | | | 867 | 864 | 866 | 873 | 879 | 885 | 894 | 899 | 907 | 915 |
| Forecast Based on Fall 2012 | | | | | 764 | 769 | 776 | 785 | 794 | 802 | 811 | 818 | 827 | |
| Forecast Based on Spring 2012 | | | | | 824 | 818 | 815 | 817 | 820 | 825 | 826 | 829 | 836 | |

*The bed need for Male ICF increased from the Spring 2013 study for each forecasted year. For 2014, Low Custody bed need is 3 beds higher (0.8%) and the High Custody bed need is 40 beds higher (8.1%) than what was forecasted in the Spring 2013 study.  The bed need for all beds in 2014 is 43 beds higher (4.9%)  than projected in the Spring 2013 study and 45 beds higher (5.0%) by 2023.*

*All of the difference between the Fall 2013 and Spring 2013 studies in the 2018  forecasted year is due to higher population as the census rate for the new study is lower than that in the Spring 2013 study.*

**Fall 2013 Mental Health Bed Need Study**

Data Sources: HC-POP FY2013 Data, Audits: Census & Pending

# ICF Program Bed Need – Distribution by Security Level

**Methodology:** HC-POP conducted a weekly audit comprising 52 dates distributed between July 2, 2012, and June 24, 2013. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the 52 dates. It was assumed that the FY2013 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the OISB's CDCR population midpoint (December 31, 2012) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. A blended census rate per 1,000 are calculated for each forecast year and applied to the model.

### ICF High Custody (SVPP & CMF VPP)

| Security Level | Distrib-ution % | Est. Census + PL Distrib-ution | Population @ 12/31/12 | Census Rates Fall 2013 | Census Rates Spring 2013 | Census Rates Fall 2012 | % Chg. Fall 2012- Fall 2013 |
|---|---|---|---|---|---|---|---|
| Level IV | 63.9% | 324.7 | 26,151 | 12.42 | 11.93 | 11.92 | 4.2% |
| Level III | 19.2% | 97.8 | 32,541 | 3.01 | 2.82 | 2.53 | 18.7% |
| Level II | 15.2% | 77.1 | 37,008 | 2.08 | 2.07 | 1.14 | 83.2% |
| Level I | 1.7% | 8.7 | 15,411 | 0.56 | 0.50 | 0.37 | 51.3% |
| Total | 100.0% | 508.2 | 127,009 | 4.00 | 3.92 | 3.41 | 17.3% |

### ICF Dorm / Low Custody (ASH, VPP-Dorms & CSH)

| Security Level | Distrib-ution | Est. Census + PL Distrib-ution | Population @ 12/31/12 | Census Rates Spring 2013 | Census Rates Spring 2013 | Census Rates Fall 2012 | % Chg. Fall 2012- Fall 2013 |
|---|---|---|---|---|---|---|---|
| Level IV | 17.9% | 56.9 | 26,151 | 2.17 | 2.19 | 2.04 | 6.7% |
| Level III | 23.2% | 73.9 | 32,541 | 2.27 | 2.18 | 2.18 | 4.1% |
| Level II | 50.5% | 160.7 | 37,008 | 4.34 | 4.63 | 3.82 | 13.7% |
| Level I | 8.4% | 26.6 | 15,411 | 1.72 | 1.83 | 1.53 | 12.5% |
| Total | 100.0% | 318.10 | 127,009 | 2.50 | 2.55 | 2.14 | 17.1% |

Population midpoint for FY2013 is December 31, 2012. Distribution by Security Level does not allocate to RC or SHU populations.

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

# ICF Program Bed Need – Males

### SVPP Census & Pending List



### ASH Census & Pending List



*For SVPP, daily counts are shown as quarterly averages for FY2010 through FY2013. For FY2011, the combined census + pending list average was 93.5 lower than the FY2010 average, or -13.3%. The combined census + pending list for FY2012 is 29.3% lower than FY2011. For FY2013 combined census plus pending list is 12.2% lower than FY2012. This is all due to pending list reductions.*

*At ASH, the FY2011 census + pending list was 6.6 lower than the average census + pending list for FY2010 (-2.9%). For FY2012, the census + pending list is 26.4 lower than FY2011 (-11.8%). For FY2013, the combined census and pending list is 18.7 higher (9.4%) than FY2012.*

*HC-POP has assumed an on-going role in monitoring the pending lists.*

# SVPP Census Trends – FY2008-FY2013

*The census trends at SVPP reflect the increases in capacity. In April 2009, the addition of Treatment Center 2 corresponds with a jump in census. Additions in February, September, and December 2010 also show corresponding increases in census. In FY2013, the census averaged 346.8, or 93.7% occupancy, on 370 beds. During this period, the maximum daily census was 358 (96.8% occupancy) and the minimum was 323 (87.3% occupancy).*



(1) C-5 was closed temporarily on Dec. 8, 2010, and C-6 was opened on Dec. 9, 2010. C-5 was reactivated on Jan. 18, 2011.

# ASH Intermediate Census Trends FY2007-FY2013

*The rapid growth of the census at ASH in FY2010 is attributed to the Mental Health Assessment and Referral Project (MHARP) and the ICF Pilot Program.  In FY2009, the average census and pending lists were: 113.4 and 21.0, respectively. For FY2010, these grew to: 210.7 and 20.5, respectively. In FY2011, the average census increased to 218.1 but the pending list dropped to 6.4.  The combined census plus pending list dropped by 6.6 (-2.9%). In FY2012, the combined census plus pending list dropped 26.4 (-11.8%). In FY2013, the average census plus pending list at ASH rose to 216.8, or 84.7% of capacity.*



| Year | ASH-ICF | Pending List | ASH ICF+ Pending List |
|------|---------|--------------|-----------------------|
| FY2009 | 113.4 | 21.0 | 134.4 |
| FY2010 | 210.7 | 20.5 | 231.2 |
| FY2011 | 218.1 | 6.4 | 224.5 |
| FY2012 | 190.7 | 7.4 | 198.1 |
| FY2013 | 212.7 | 4.1 | 216.8 |

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

**Fall 2013 Mental Health Bed Need Study**

# SVPP Pending List Trend



**SVPP CDCR Inmates + Penal Code (PC) 1370 Pending List Trend FY2007-FY2013**

*The SVPP pending list increased significantly since April 2008 and especially since the MHARP began. However, drops have occurred since March 2010 due to the following changes:*

- **SVPP Capacity Increases.** *10 new beds in February 2010 and 116 new beds in the C-Yard between September and December 2010.*
- **VPP Capacity Increases.** *64 new beds in February 2012, and 110 temporary ICF beds in L-tower between July 2012 and July 2013.*
- **Alternative ICF Placements.** *HC-POP began redirecting those eligible for alternative ICF placements in January 2011. In FY2012, efforts to further reduce the pending list resulted in movement of ASH patients to CSH so that eligible inmates on the SVPP pending list could be admitted to ASH.*

*The PC 1370 inmate pending list dropped to the single digits in June 2012. In FY2013, the average pending list was 31.7 and the 1370 pending list was 2.4.*

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

# MHCB Bed Need – Males



This Forecast is
**Higher**
than Spring 2013

| MHCB - Males | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 e/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 130,439 | 132,816 | 134,110 | 134,767 | 135,375 | 136,340 | 137,336 | 138,282 | 139,232 | 140,368 | 141,494 |
| Census Rate a/ | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 2.01 | 2.05 | 2.28 | 2.27 | 2.47 | 2.36 | 2.33 | 2.33 | 2.32 | 2.32 | 2.32 | 2.32 | 2.32 | 2.32 | 2.32 | 2.32 |
| Average census | 165 | 151 | 147 | 241 | 246.7 | 292.4 | 302.8 | 335.5 | 297.2 | 298.13 | | | | | | | | | | | |
| Pending List | 7 | 53 | 40 | 9.60 | 36.0 | 23.4 | 16.5 | 13.4 | 8.87 | 8.37 | | | | | | | | | | | |
| b/ Adj. for AH & OHU | | | | | | | | | | 9.67 | 6.87 | | | | | | | | | | |
| Combined ADC | 172 | 204 | 187 | 250 | 283 | 316 | 319 | 348.8 | 317 | 313 | 308 | 310 | 313 | 312 | 314 | 316 | 318 | 321 | 323 | 326 | 329 |
| **Bed Need (90% Occ)** | **192** | **227** | **208** | **278** | **314** | **351** | **355** | **388** | **352** | **348** | **342** | **344** | **347** | **347** | **349** | **351** | **354** | **356** | **359** | **362** | **365** |
| Adj for APP/ICF/PSU PL c/ | | | | | | | | 71.3 | 40.9 | 31.2 | 20 | 10 | - | - | - | - | - | - | - | | |
| Bed Need "trued" for APP/ICF/PSU PL's d/ | | | | | | | | 316 | 311 | 317 | 322 | 334 | 347 | 347 | 349 | 351 | 354 | 356 | 359 | 362 | 365 |

a/ Rate includes actual census and pending list averages for FY2013. In addition, 12 months of data were analyzed to measure the impact of the new OHU and AH guidelines that could generate a potential census from the OHU's and AH's described in b/ below. Security level specific rates were calculated for FY2013 using the mid-point at 12/31/2012. These security level specific rates/1000 were applied to the OISB Fall 2013 population forecasts. The resulting total census projections were applied to the total male population for a blended census rate.

b/ Due to a question of potential unmet need in the OHU's and the Alternative Housing units (AH), HC-POP studied the volume, length of stay and disposition of patients in the OHU's and AH's for FY2013. Cases not referred to HC-POP and that were deemed "not needing MHCB placement" resulted in a incremental average census of 5.55 attributable to the OHU and 1.32 for the AH. Total average census of 6.87.

c/ The highest proportion (93.4%) of inmates on the APP pending list were actually in MHCBs based on the FY2013 dataset. This represents a census of 21.25. Similarly the inmates on ICF pending lists (SVPP, ASH, VPP) who were actually in a MHCB averaged a census of 9.40 and represented 23.2% of the ICF pending lists. Finally an average census of 0.50 (2.6% of the PSU pending list) are in an MHCB bed. Total = 31.15.

d/ This is the "trued" bed need assuming APP, ICF and PSU capacities were sufficient to treat all on their respective pending lists. There was a census drop of 30.4 between the Fall 2011 study (ADC estimate = 71.3) and the Fall 2012 study (ADC estimate 40.9). The Fall 2013 study indicates an ADC of 31.2. It is assumed that this census adjustment will drop to 20 by June 2014, then to 10 in FY2015 and zero thereafter.

e/ The census rate for FY2013 uses the mid-point population estimates as of 12/31/12 provided by OISB.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2013 | 313 | 312 | 313 | 316 | 318 | 321 | 324 | 326 | 329 | 332 |
| Forecast Based on Fall 2012 | 305 | 308 | 310 | 314 | 318 | 321 | 325 | 328 | 332 | |
| Forecast Based on Spring 2012 | 340 | 337 | 336 | 338 | 339 | 341 | 341 | 342 | 345 | |

*The bed need for Male MHCB increased from the Spring 2013 study for each forecasted year. For 2014, this new forecast is 29 beds higher (9.1%) and 30 beds higher (9.1%) in 2023.*

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

**Fall 2013 Mental Health Bed Need Study**

# MHCB Bed Need – Census Rate by Security Level

**Methodology:** HC-POP conducted a weekly audit throughout FY2013. An adjustment for the estimated potential census in OHU and Alternative Housing was also included. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for a 12-month period. It was assumed that the census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the OISB mid-point (December 31, 2012) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

| Security Level | Distrib-ution | Est. Census + WL Distrib-ution | Pop-ulation @ 12/31/12 | Census Rates (Fall 2013) | Census Rates (Spring 2013) | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2013 |
|---|---|---|---|---|---|---|---|---|---|
| Level IV | 49.9% | 156.5 | 26,151 | 5.98 | 5.55 | 5.80 | 5.69 | 5.72 | 4.6% |
| Level III | 18.1% | 56.6 | 32,541 | 1.74 | 1.64 | 1.92 | 1.96 | 1.98 | -12.3% |
| Level II | 25.2% | 79.1 | 37,008 | 2.14 | 2.15 | 1.67 | 1.74 | 2.08 | 2.9% |
| Level I | 6.8% | 21.2 | 15,411 | 1.37 | 1.33 | 1.29 | 1.41 | 1.71 | -19.7% |
| Total | 100.0% | 313.4 | 127,009 | 2.47 | 2.37 | 2.27 | 2.20 | 2.28 | 8.1% |

Midpoint population for period is December 31, 2012.
Distribution by Security Level does not allocate to RC or SHU populations.



*MHCB Census Rate Trends and Projection Comparison*

*The Fall 2013 census rate for 2014 is 3.5% higher than the Spring 2013 study value for the same year. In 2018, the new census rate is 2.0% higher than that estimated in the Spring 2013 study.*

Data Sources: McManis Mental Health Bed Need model, HC-POP FY2013 Data, Audits: Census & Pending, AH & OHU Analysis.

Fall 2013 Mental Health Bed Need Study

# MHCB Bed Need – Males:  Census Trends



### Multi-year Census Trend MHCB – Male FY2006-FY2013

*The average census for Male MHCBs in FY2013 was about the same as FY2012, dropping only 0.65 or 0.22% from FY2012. This follows a FY2012 drop of 38.3 (-11.4%) from the FY2011 average census.*

Data Sources: HC-POP FY2013 Data, Audits: Census & Pending, AH & OHU Analysis
May 2012-June 2013

Fall 2013 Mental Health Bed Need Study

# MHCB Bed Need – Males: Pending List Trends

***MHCB Pending List Trend (July 2005 – June 2013)***

**The MHCB pending list dropped in FY2012 to an average of 9.2 from 13.38 in FY2011, a drop of 31.6%. In FY2013, the average pending list was 8.4 compared to 9.2 for FY2012, a drop of 8.6% However, the average pending list jumped from 5.3 in the 3rd quarter to 19.3 in the 4th quarter.**

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

# MHCB Bed Need – Females



*This Forecast is* **Higher** *than Spring 2013*

### *Female MHCB - Bed Need Forecast*

| MHCB - Females | Actual | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013/c | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,179 | 6,383 | 6,433 | 6,478 | 6,556 | 6,650 | 6,778 | 6,941 | 7,000 | 7,111 | 7,157 |
| Census Rate a/ | 1.04 | 1.15 | 1.20 | 1.41 | 1.57 | 1.27 | 1.83 | 2.00 | 2.14 | 2.24 | 2.30 | 2.30 | 2.30 | 2.30 | 2.30 | 2.30 | 2.30 | 2.30 |
| Average census | 12.4 | 13.2 | 13.2 | 14.25 | 14.98 | 10.2 | 10.85 | 12 | 14 | 14 | 15 | 15 | 15 | 16 | 16 | 16 | 16 | 16 |
| Census Rate Adjustment factor b/ | | | | | | | 11.7% | 9.4% | 7.0% | 4.7% | 2.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 14 | 15 | 15 | 16 | 17 | 11 | 12 | 14 | 15 | 16 | 17 | 17 | 17 | 17 | 18 | 18 | 18 | 18 |

a/ Includes CCWF and CIW. Data for 12 months of FY2013 from HC-POP weekly MHCB Census report.
b/ CRAF assumes that rates will continue to increase at a decelerating rate to 2018. Based on a 5-year increase between 2008 and 2013.
c/ The modeled census rate for FY2013 is based on the 12 months of utilization and the OISB population estimate of the population midpoint at December 31, 2012.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2013 | | | | | | | | 13 | 14 | 14 | 15 | 15 | 15 | 15 | 16 | 16 | 16 | |
| Forecast based on Fall 2012 | | | | | | | | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | | |
| Forecast based on Spring 2012 | | | | | | | | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | |

*This new forecast is slightly higher than the Spring 2013 forecast. The bed need for 2014 is 1.1 beds higher (9.1%) than that projected in the Spring 2013 study. By 2018, it is 1.7 beds higher (11.1%). There is a small increase in the new census rates throughout the forecast. This forecast uses a census rate adjustment factor, which applies an adjustment to the census rate based on the average change between 2008-2013.*

**The census rate for this Fall 2013 forecast is 1.3% higher for 2014 than the older Spring 2013 forecast and is 1.7% higher by 2018.**



*Fall 2013 Census Rate Trends and Projection Comparison*

Data Sources: *HC-POP FY2013 Data, Audits: Census & Pending*

# EOP-GP Bed Need – Males



This Forecast is **Higher** than Spring 2013

*Male EOP–GP Detailed Forecast by Security Level*

| EOP Program by Type | Actual | | | | | Forecast | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Level I** | 2009 | 2010 | 2011 | 2012 | 2013 a/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Pop Level I a/ | 28,917 | 28,800 | 21,716 | 19,864 | 15,411 | 15,992 | 17,128 | 18,256 | 18,674 | 19,084 | 19,771 | 20,464 | 20,765 | 21,107 | 21,414 | 21,916 |
| Census Rate | 8.7 | 10.2 | 13.5 | 11.8 | 13.3 | 13.3 | 13.3 | 13.3 | 13.3 | 13.3 | 13.3 | 13.3 | 13.3 | 13.3 | 13.3 | 13.3 |
| Census+PL b/ | 252 | 293 | 293 | 234 | 206 | 213 | 229 | 244 | 249 | 255 | 264 | 273 | 277 | 282 | 286 | 292 |
| Bed Need @ 95% | 265 | 308 | 309 | 246 | 216 | 225 | 241 | 256 | 262 | 268 | 278 | 287 | 292 | 297 | 301 | 308 |
| **Level II** | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Pop Level II | 40,625 | 40,519 | 37,952 | 35,426 | 37,008 | 44,572 | 45,701 | 46,427 | 46,760 | 47,186 | 47,465 | 47,919 | 48,411 | 48,880 | 49,502 | 49,985 |
| Census Rate | 22.0 | 22.1 | 26.3 | 28.6 | 36.4 | 36.4 | 36.4 | 36.4 | 36.4 | 36.4 | 36.4 | 36.4 | 36.4 | 36.4 | 36.4 | 36.4 |
| Census+PL b/ | 893 | 897 | 998 | 1,013 | 1,347 | 1,623 | 1,664 | 1,690 | 1,702 | 1,718 | 1,728 | 1,744 | 1,762 | 1,779 | 1,802 | 1,820 |
| Bed Need @ 95% | 940 | 944 | 1,050 | 1,066 | 1,418 | 1,708 | 1,751 | 1,779 | 1,792 | 1,808 | 1,819 | 1,836 | 1,855 | 1,873 | 1,897 | 1,915 |
| **Level III** | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Pop Level III | 33,660 | 34,075 | 35,042 | 33,930 | 32,541 | 30,213 | 30,784 | 31,251 | 31,372 | 31,373 | 31,335 | 31,176 | 31,182 | 31,182 | 31,195 | 31,380 |
| Census Rate | 23.7 | 21.7 | 22.9 | 24.0 | 22.6 | 22.6 | 22.6 | 22.6 | 22.6 | 22.6 | 22.6 | 22.6 | 22.6 | 22.6 | 22.6 | 22.6 |
| Census+PL b/ | 799 | 740 | 802 | 814 | 734 | 682 | 695 | 705 | 708 | 708 | 707 | 704 | 704 | 704 | 704 | 708 |
| Bed Need @ 95% | 841 | 779 | 845 | 857 | 773 | 718 | 731 | 743 | 745 | 745 | 744 | 741 | 741 | 741 | 741 | 746 |
| **Level IV** | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Pop Level IV | 25,780 | 25,945 | 28,560 | 28,752 | 26,151 | 23,031 | 22,600 | 22,385 | 22,109 | 22,072 | 22,182 | 22,299 | 22,467 | 22,672 | 22,789 | 22,934 |
| Census Rate | 47.5 | 46.8 | 45.5 | 48.4 | 46.1 | 46.1 | 46.1 | 46.1 | 46.1 | 46.1 | 46.1 | 46.1 | 46.1 | 46.1 | 46.1 | 46.1 |
| Census+PL b/ | 1,225 | 1,215 | 1,301 | 1,392 | 1,205 | 1,061 | 1,041 | 1,032 | 1,019 | 1,017 | 1,022 | 1,028 | 1,035 | 1,045 | 1,050 | 1,057 |
| Bed Need @ 95% | 1,290 | 1,279 | 1,369 | 1,465 | 1,268 | 1,117 | 1,096 | 1,086 | 1,072 | 1,071 | 1,076 | 1,082 | 1,090 | 1,100 | 1,105 | 1,112 |
| **Reception Centers** | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Reception Center Pop | 26,878 | 22,028 | 23,825 | 15,911 | 10,135 | 11,721 | 12,048 | 11,445 | 11,598 | 11,508 | 11,570 | 11,639 | 11,658 | 11,698 | 11,772 | 11,615 |
| Census Rate (Endorsed + non) | 26.4 | 30.7 | 30.6 | 27.1 | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 | 18.5 |
| Census+PL b/ | 709 | 677 | 729 | 431 | 188 | 217 | 223 | 212 | 215 | 213 | 214 | 216 | 216 | 217 | 218 | 215 |
| Bed Need @ 95% | 747 | 713 | 767 | 454 | 198 | 229 | 235 | 223 | 226 | 224 | 226 | 227 | 227 | 228 | 230 | 226 |
| **Bed Need Level I-IV and RC's** | 2009 | 2010 | 2011 | 2012 | 2013 a/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Level I | 265 | 308 | 309 | 246 | 216 | 225 | 241 | 256 | 262 | 268 | 278 | 287 | 292 | 297 | 301 | 308 |
| Level II | 940 | 944 | 1,050 | 1,066 | 1,418 | 1,708 | 1,751 | 1,779 | 1,792 | 1,808 | 1,819 | 1,836 | 1,855 | 1,873 | 1,897 | 1,915 |
| Level III | 841 | 779 | 845 | 857 | 773 | 718 | 731 | 743 | 745 | 745 | 744 | 741 | 741 | 741 | 741 | 746 |
| Level IV | 1,290 | 1,279 | 1,369 | 1,465 | 1,268 | 1,117 | 1,096 | 1,086 | 1,072 | 1,071 | 1,076 | 1,082 | 1,090 | 1,100 | 1,105 | 1,112 |
| Reception Centers | 747 | 713 | 767 | 454 | 198 | 229 | 235 | 223 | 226 | 224 | 226 | 227 | 227 | 228 | 230 | 226 |
| Total Bed Need - All Levels | 4,083 | 4,023 | 4,340 | 4,088 | 3,874 | 3,996 | 4,054 | 4,087 | 4,098 | 4,117 | 4,143 | 4,173 | 4,205 | 4,238 | 4,274 | 4,308 |
| Adj for APP/ICF/PSU pending lists c/ | | | 167 | 61 | 24 | 12 | | | | | | | | | | |
| Total Bed Need - "trued" for pending lists of other programs d/ >> | | | | 4,173 | 4,027 | 3,850 | 3,984 | 4,054 | 4,087 | 4,098 | 4,117 | 4,143 | 4,173 | 4,205 | 4,238 | 4,274 | 4,308 |

a/ Population data used: Fall 2013 projections and earlier estimates. Population for 2013 uses OISB's estimate as of December 31 2012, the mid-point for FY2013

b/ Census +PL source was EOP by Level data from HC-POP for FY07-FY13 with allocation of "Misc" using actual distribution of Level I-IV for each year. Each year's total by Level was reduced for ASU by applying the security level distribution obtained by HC-POP's audit of a 52 day sample. For the 12 months of FY2013, the EOP-ASU distribution was: Level IV = 61.5% , Level III = 19.5%, Level II = 16.0%, and Level I = 3.0%. The resulting security level specific census rates assumed to remain constant throughout the forecast.

c/ HC-POP conducted a 52 date sample to determine the average census of inmates who were on the APP (0.52), ICF (23.04), and PSU (0.13) pending lists and were currently housed in EOP-GP.

d/ This is the "trued" bed need assuming ICF, APP and PSU capacities were sufficient to treat all on the pending list. The census adjustment was estimated at 61 in the Fall 2012 study dropping to 23.7 for FY2013. It is assumed that this census adjustment will drop to 12 by FY2014, after which this "truing" adjustment is eliminated (i.e., becomes "zero").

| Spring 2013 (new method) | | | | | | 3,786 | 3,777 | 3,792 | 3,828 | 3,880 | 3,919 | 3,944 | 3,984 | 4,017 | | |
| Fall 2012 (new method) | | | | | | 3,604 | 3,613 | 3,642 | 3,679 | 3,716 | 3,755 | 3,795 | 3,832 | 3,871 | | |
| Spring 2012 (new method) | | | | | | 3,598 | 3,563 | 3,549 | 3,561 | 3,575 | 3,601 | 3,616 | 3,635 | 3,668 | | |

**The Fall 2013 forecast is higher than the Spring 2013 forecast for each of the forecast years. In 2014, the new forecast is 211 beds (5.6%) higher than the Spring study. In 2018, the new forecast is 266 beds higher (6.9%) than the Spring 2013 study .**

# EOP-GP Bed Need – Males: Census Rates by Security Level

## Male EOP-GP Security Level-Specific Census Rates



| | Level I | Level II | Level III | Level IV | RC |
|---|---|---|---|---|---|
| ■ FY2011 Census Rate | 13.5 | 26.3 | 22.9 | 45.5 | 30.6 |
| ■ FY2012 Census Rate (Spring 2012) | 11.5 | 27.7 | 23.6 | 47.7 | 26.1 |
| ■ FY2012 Census Rate (Fall 2012) | 11.8 | 28.6 | 24.0 | 48.4 | 27.1 |
| ■ FY2013 Census Rate (Spring 2013) | 13.5 | 37.8 | 22.0 | 43.7 | 16.6 |
| ■ FY2013 Census Rate (Fall 2013) | 13.3 | 36.4 | 22.6 | 46.1 | 18.5 |

**Methodology:** Census rates by security level (based on placement score) were calculated using actual weekly counts provided by HC-POP. Utilization is expected to occur in proportion to the total population within a specific security level. Two adjustments were made before rate calculation: 1) It was assumed that the "Miscellaneous" EOP patients counts would be distributed in the same proportion as the distribution of the Level I-IV EOP counts; and 2) the average EOP census counts by security level were reduced by the estimated number of EOP-ASU patients in the data. A HC-POP audit of weekly sample days was used to allocate the ASU averages by level (discussed in that section). The forecasts by level were then made using the FY2013 CDCR population FY2013 mid-point, December 31, 2012.

This Forecast is
**Higher**
than Spring 2013

# EOP-ASU Bed Need - Males

## *Male EOP–ASU Bed Need Forecast*

| Ad-Seg EOP Need - Males | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 d/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 130,439 | 132,816 | 134,110 | 134,767 | 135,375 | 136,340 | 137,336 | 138,282 | 139,232 | 140,368 | 141,494 |
| Census /1000 males a/ | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.62 | 3.35 | 3.75 | 3.95 | 3.84 | 3.54 | 3.48 | 3.46 | 3.43 | 3.42 | 3.41 | 3.41 | 3.41 | 3.41 | 3.40 | 3.40 |
| Average census a/ | 420 | 398 | 496 | 498 | 560 | 567 | 521.2 | 572.5 | 550.9 | 488 | 462 | 462 | 464 | 462 | 463 | 465 | 468 | 471 | 475 | 478 | 481 |
| Bed Need @ 95% Occ | 443 | 419 | 522 | 524 | 589 | 597 | 549 | 603 | 580 | 514 | 486 | 487 | 488 | 486 | 487 | 490 | 492 | 496 | 500 | 503 | 507 |
| Adj for PSU/ICF pending list b/ | | | | | | | | 161.2 | 57.2 | 18.3 | 10 | - | - | - | - | - | - | - | - | - | - |
| Bed Need "trued" for PSU/ICF PL's c/ | | | | | | | | 441 | 523 | 496 | 476 | 487 | 488 | 486 | 487 | 490 | 492 | 496 | 500 | 503 | 507 |

a/ Source: HC-POP data for 12 months FY 2013. The census rates shown in the forecast section are "blended" based on security-level specific census rates calculated by applying a 52 date sample distribution to the average census for EOP-ASU and the OISB forecasted security level projections.

b/ HC-POP conducted an 52 date sample to determine the average census of inmates who were on the PSU (18.23), and SVPP ICF (0.019) pending lists and were currently housed in ASU-EOP. It is assumed that this census adjustment will drop by roughly half to 10 by FY2014.

c/ This is the "trued" bed need assuming PSU and ICF capacities were sufficient to treat all on their respective pending lists.

d/ This bed need calculation uses the 12 months of utilization in FY2013 and its mid-point population (12/31/12).

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2013 | | | | | | | | | | | 446 | 444 | 445 | 448 | 451 | 454 | 458 | 460 | 463 | 467 | |
| Forecast Based on Fall 2012 | | | | | | | | | | | 486 | 491 | 495 | 502 | 507 | 512 | 517 | 522 | 528 | | |
| Forecast Based on Spring 2012 | | | | | | | | | | | 638 | 634 | 632 | 633 | 633 | 635 | 634 | 633 | 639 | | |

> *The Fall 2013 forecast is higher than the Spring 2013 forecast for FY2014 by 40 beds (9.0%) and by 37 beds (8.1%) in 2018.*

The Fall 2013 census rate projections are only slightly higher (0.6% - 3.0%) than those calculated for the Spring 2013 study.



*Fall 2013 Census Rate Trend/Forecast*

# EOP-ASU Bed Need – Males – Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| Security Level | Distrib-ution | Est. Census + PL Distrib-ution | Pop-ulation @ 12/31/12 | FY2013 Census Rates (Fall 2013) | FY2013 Census Rates (Spring 2013) | FY2012 Census Rates (Fall 2012) | FY2012 Census Rates (Spring 2012) | 2011 Census Rates | % Chg FY2011-2013 |
|---|---|---|---|---|---|---|---|---|---|
| Level IV | 61.5% | 300.4 | 26,151 | 11.49 | 10.37 | 12.89 | 14.41 | 13.79 | -16.7% |
| Level III | 19.5% | 95.1 | 32,541 | 2.92 | 2.84 | 2.99 | 2.94 | 3.03 | -3.5% |
| Level II | 16.0% | 78.1 | 37,008 | 2.11 | 2.26 | 1.73 | 2.07 | 1.50 | 40.8% |
| Level I | 3.0% | 14.6 | 15,411 | 0.94 | 0.99 | 0.89 | 1.09 | 0.72 | 31.6% |
| Total | 100.0% | 488.2 | 127,009 | 3.84 | 3.71 | 3.95 | 4.17 | 3.75 | 2.6% |

**Population as of December 31, 2012 (the mid-point of FY2013). Distribution by Security Level does not allocate to RC or SHU populations.**

**Methodology:** As in the four prior studies, this Fall 2013 forecast utilized the EOP-ASU census rates by inmate security level. HC-POP provided the average census for male EOP-ASU for the full 12 months of FY2013 and also conducted a weekly audit (52 data points) of security levels. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the weekly data points. "No-score" inmates were reallocated in the same proportion as the 4 security levels. "Level-specific" census values were then applied to the Fall FY2013 CDCR population at the mid-point (December 31, 2012) to obtain "security level-specific" census rates. These census rates were then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

# PSU Bed Need – Males

This Forecast is **Higher** than Spring 2013

### *Male PSU Bed Need Forecast*

| PSU - Males | | | | | | --- Actual --- | | | | | | | | | | | -- Forecast -- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 b/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 130,439 | 132,816 | 134,110 | 134,767 | 135,375 | 136,340 | 137,336 | 138,282 | 139,232 | 140,368 | 141,494 |
| Census /1000 males a/ | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.67 | 2.64 | 2.99 | 3.03 | 2.92 | 2.53 | 2.45 | 2.41 | 2.37 | 2.35 | 2.35 | 2.35 | 2.35 | 2.35 | 2.34 | 2.34 |
| Average Census | 265 | 292 | 303 | 310 | 380 | 376 | 374 | 373.7 | 362.6 | 351.3 | | | | | | | | | | | |
| Pendng List (E&W) | | | | 15.9 | 43 | 43 | 37 | 83.6 | 60.5 | 19.2 | | | | | | | | | | | |
| Census + Pending List | | | | | | | | 457.4 | 423.0 | 370.5 | 330 | 325 | 323 | 319 | 319 | 320 | 322 | 324 | 327 | 329 | 331 |
| Bed Need @ 95% Occ | 279 | 308 | 319 | 343 | 445 | 442 | 433 | 481 | 445 | 390 | 347 | 342 | 340 | 336 | 336 | 337 | 339 | 342 | 345 | 346 | 349 |

a/ The forecasted rate is a "blended" rate based on the distribution of census by security level using the distribution averaging weekly (52) census counts during FY2013. From this distribution security level specific rates/1000 were calculated then multiplied times the OISB's security level population projections. The resulting total census projections were applied to the total male population to create a "blended" census rate.
b/ This bed need calculation uses the 12 months of utilization in FY2013 and its mid-point population (12/31/12).

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2013 | | | | | | | | | | | 325 | 322 | 321 | 322 | 324 | 327 | 330 | 331 | 333 | 336 | |
| Forecast Based on Fall 2012 | | | | | | | | | | | 346 | 350 | 354 | 359 | 363 | 367 | 371 | 374 | 379 | | |
| Forecast Based on Spring 2012 | | | | | | | | | | | 476 | 474 | 472 | 472 | 472 | 472 | 469 | 466 | 470 | | |

> *The new Fall 2013 bed need projection is 22.1 beds higher (6.8%) than the Spring 2013 study for 2014. By 2018, the new forecast is 11.5 beds higher (3.6%) than the Spring 2013 study.*

**The security level-specific census rates are 1.2% higher in 2014, then lower for the remainder of the forecast years compared to those in the Spring 2013 study.**

### Fall 2013 Census Rate Trend/Forecast



*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

# PSU Bed Need – Males - Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| PSU Audit sample by Security Level | PSU Distri-bution | Est. Census + PL Distri-bution | Population @ 12/31/12 | Census Rates (Spring 2013) | Census Rates (Spring 2013) | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2013 |
|---|---|---|---|---|---|---|---|---|---|
| Level IV | 92.9% | 344.2 | 26,151 | 13.16 | 12.82 | 13.87 | 14.56 | 15.08 | -12.7% |
| Level III | 4.4% | 16.4 | 32,541 | 0.50 | 0.56 | 0.43 | 0.36 | 0.34 | 49.0% |
| Level II | 1.7% | 6.4 | 37,008 | 0.17 | 0.17 | 0.13 | 0.15 | 0.23 | -23.9% |
| Level I | 0.9% | 3.4 | 15,411 | 0.22 | 0.25 | 0.25 | 0.24 | 0.28 | -20.3% |
| Total | 100.0% | 370.5 | 127,009 | 2.92 | 2.96 | 3.03 | 2.99 | 2.99 | -2.5% |

**Population as of December 31, 2012 (the mid-point of FY2013). Distribution by Security Level does not allocate to RC or SHU populations.**

**Methodology:** HC-POP conducted a weekly audit comprised of 52 days of FY2013. This analysis matched the inmates resident in the program to their security level based on placement score. It was assumed that the FY2013 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to OISB's Fall 2013 CDCR population as of December 31, 2012, to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

*Data Sources: McManis Model, HC-POP FY2013 Data, Audits: Census & Pending*

# PSU Bed Need – Males: Census & Pending List Trends

**PSU Census and Pending List: Jan 2006 – June 2013**



Data Sources: *HC-POP FY2013 Data, Audits: Census & Pending*

# EOP General Population Bed Need - Females



This Forecast is
**Higher**
than Spring 2013

### *Female EOP–GP Bed Need Forecast*

| EOP-GP Female | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013/c | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,179 | 6,383 | 6,433 | 6,478 | 6,556 | 6,650 | 6,778 | 6,941 | 7,000 | 7,111 | 7,157 |
| Census /1000 Females | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 13.5 | 16.78 | 15.96 | 15.01 | 16.87 | 17.32 | 17.66 | 17.89 | 18.01 | 18.01 | 18.01 | 18.01 | 18.01 | 18.01 | 18.01 | 18.01 |
| Avg census a/ | 141 | 163 | 184 | 206 | 165 | 149 | 169.4 | 152.7 | 120.6 | 100.0 | 107 | 113 | 115 | 117 | 118 | 120 | 122 | 125 | 126 | 128 | 129 |
| Census Rate Adj. factor b/ | | | | | | | | | | 3.3% | 2.6% | 2.0% | 1.3% | 0.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 149 | 171 | 193 | 217 | 174 | 157 | 178 | 161 | 127 | 105 | 113 | 119 | 121 | 123 | 124 | 126 | 128 | 132 | 133 | 135 | 136 |

**a/** Data source:  HC-POP MIS report for 12 months of FY 2013.
**b/** Census Rate Adjustment Factor (CRAF) assumes that census rate will continue to increase but at a decelerating rate to 2018.
**c/** The bed need calculation uses the average census of 12 months FY2013 and its mid-point population (12/31/12).

| Forecast Based on Spring 2013 | | | | | | | | | | | 95 | 97 | 97 | 100 | 101 | 102 | 103 | 104 | 105 | 106 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2012 | | | | | | | | | | | 88 | 89 | 90 | 90 | 93 | 94 | 97 | 98 | 98 | | |
| Forecast Based on Spring 2012 | | | | | | | | | | | 85 | 82 | 82 | 82 | 83 | 83 | 84 | 85 | 86 | | |

> *This Fall 2013 forecast is higher than the Spring 2013 forecast. In 2014, the new projection is 17.8 beds higher (18.8%). In FY2018, the new forecast is higher by 23.4 beds (23.2%). The census rate for FY2013 is 16.87, which is higher than the Spring 2013 census rate and remains higher for the forecast years. A small census rate adjustment factor was applied based on the 5-year average annual increase.*



### Fall 2013 Census Rate Trend/Forecast

This Forecast is
**Higher**
than Spring 2013

# EOP-ASU Bed Need – Females

## *Female EOP–ASU Bed Need Forecast*

| EOP-ASU Female | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 b/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,179 | 6,383 | 6,433 | 6,478 | 6,556 | 6,650 | 6,778 | 6,941 | 7,000 | 7,111 | 7,157 |
| Census /1000 Females | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 1.2 | 1.95 | 2.48 | 1.88 | 1.29 | 1.29 | 1.29 | 1.29 | 1.29 | 1.29 | 1.29 | 1.29 | 1.29 | 1.29 | 1.29 | 1.29 |
| Avg census a/ | 10 | 14 | 17 | 18.7 | 8.3 | 13.5 | 19.7 | 23.7 | 15.1 | 7.67 | 8.0 | 8.3 | 8.3 | 8.4 | 8.5 | 8.6 | 8.8 | 9.0 | 9.1 | 9.2 | 9.3 |
| Bed Need @ 95% Occ | 10 | 15 | 18 | 20 | 9 | 14 | 21 | 25 | 16 | 8.1 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 |
| Adj for PSU pending list c/ | | | | | | | | 8.0 | 7.11 | 1.02 | - | - | - | - | - | - | - | - | - | - | - |
| Bed Need "trued" for PSU pending list d/ | | | | | | | | 17 | 9 | 7 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 |

a/ Source:  HC-POP Weekly MIS Report -Includes EOP-coded cases living in a SHU or ASU bed, but not PSU. Data for 12 months of FY2013.

b/ Mid-point population at 12/31/12.

c/ Based on an 12-month weekly sample, the average pending list for Women's PSU which were housed in ASU was 1.02. There were no inmates on the Patton or CIW pending list housed in ASU.

d/ This is the "trued" bed need assuming inmates were admitted directly to the PSU. This adjustment dropped significantly since FY2012 and is expected to disappear by 2014.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2013 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| Forecast Based on Fall 2012 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | |
| Forecast Based on Spring 2012 | 13 | 13 | 13 | 13 | 13 | 14 | 14 | 14 | 14 | |

> *This Fall 2013 forecast of bed need is slightly higher than the Spring 2013  forecast with  a fraction of a bed higher in the forecast years (less than 0.5 beds). Census rates are lower and the slightly higher bed need is due to the higher Fall 2013 population projections.*

**The Fall 2013 census rate projections are 6.1% _lower_ than those from the Spring 2013 study in the forecast years.**



Fall 2013 - Census Rate Trend/Forecast

# PSU Bed Need – Females



*Female PSU Bed Need Forecast*

| PSU - Females | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 c/ | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,179 | 6,383 | 6,433 | 6,478 | 6,556 | 6,650 | 6,778 | 6,941 | 7,000 | 7,111 | 7,157 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.91 | 1.78 | 1.94 | 3.14 | 3.01 | 3.47 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 | 3.74 |
| Average Census | 9.73 | 8.85 | 9.30 | 9.70 | 12.4 | 18.08 | 16.48 | | | | | | | | | | | |
| Pending List | 0.64 | 0.25 | 0.78 | 8.26 | 6.12 | 7.14 | 1.35 | | | | | | | | | | | |
| Census + Pending List | | | | | 18.5 | 25.2 | 17.8 | 21.4 | 23.8 | 24.0 | 24.2 | 24.5 | 24.8 | 25.3 | 25.9 | 26.2 | 26.6 | 26.7 |
| Census Rate Adjustment factor b/ | | | | | | | 23.0% | 15.4% | 7.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 11 | 10 | 11 | 19 | 19 | 27 | 19 | 23 | 25 | 25 | 25 | 26 | 26 | 27 | 27 | 28 | 28 | 28 |

a/ Census rates calculated using a weekly audit of census plus pending list. Based on HC-POP data for 12 months of FY2013.

b/ Census rate adjustment assumes that the census rate will continue to increase but at a decelerating rate to 2016 based on the change between 2010-2013. A 3 year average increase was used rather than a 5 year change due to the low census rates in the first 3 years of usage. The use of 2010 as the base year of the CRAF was used in the prior two studies.

c/ This bed need calculation uses the 12/31/2012 as the mid-point population of FY2013.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2013 | | | | | | | | 22 | 24 | 24 | 25 | 25 | 26 | 26 | 26 | 26 | 27 | |
| Forecast Based on Fall 2012 | | | | | | | | 22 | 22 | 22 | 23 | 23 | 23 | 24 | 24 | 24 | | |
| Forecast Based on Spring 2012 | | | | | | | | 27 | 32 | 35 | 35 | 35 | 36 | 36 | 37 | 37 | | |

*This Fall 2013 forecast is higher than the Spring 2013 forecast. The 2014 estimate is 0.3 beds higher (1.4%) than that projected in the previous study and by 2018, the new study indicates a bed need increase of 0.5 more beds (2.1%). The forecasted census rate was 5.8% <u>lower</u> than the Spring 2013 rate for 2014 and 6.6% lower than the previous forecast for the remainder of the forecasted years.*

*Female PSU Census and Pending List 1/2007-6/2013*



10 new beds added 2/11

*Fall 2013 Census Rate Trend/Forecast*



# CCCMS - Males

This Forecast is
**Higher**
than Spring 2013

## *Male CCCMS Bed Need Forecast*

| CCCMS - Males | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 /a | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 130,439 | 132,816 | 134,110 | 134,767 | 135,375 | 136,340 | 137,336 | 138,282 | 139,232 | 140,368 | 141,494 |
| Census/1,000 males a/ | 134 | 144 | 147 | 154 | 158 | 161 | 178 | 183.4 | 189.5 | 201.3 | 203.0 | 202.4 | 201.6 | 201.3 | 201.2 | 200.9 | 200.8 | 200.8 | 201.0 | 201.0 | 200.8 |
| CCCMS Census & Forecast | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,024 | 26,438 | 25,569 | 26,485 | 26,889 | 27,042 | 27,127 | 27,233 | 27,391 | 27,576 | 27,773 | 27,982 | 28,209 | 28,406 |

a/ Source: HC-POP R-3 (CCCMS by "level") weekly data by security level for FY2013. Security level-specific census rates were calculated and used to create blended rates in the forecasted years.
b/ The bed need calculation uses the 12 months of utilization in FY2013 and its mid-point population (12/31/12).

| Forecast Based on Spring 2013 | | | | | | | | | | | 25,201 | 25,148 | 25,239 | 25,464 | 25,598 | 25,779 | 26,024 | 26,190 | 26,430 | 26,631 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2012 | | | | | | | | | | | 23,060 | 23,093 | 23,276 | 23,502 | 23,736 | 23,977 | 24,228 | 24,459 | 24,699 | |
| Forecast Based on Spring 2012 | | | | | | | | | | | 22,943 | 22,721 | 22,627 | 22,697 | 22,787 | 22,946 | 23,045 | 23,162 | 23,374 | |

> This Fall 2013 forecast is higher than the Spring 2013 study forecast. The new forecast projects a 2014 census which is 1,284 higher (5.1%) than that projected in the Spring 2013 study. By 2018, the new forecast is 1,634 higher (6.4%).

### Fall 2013 - Census Rate Trend/Forecast



New CCCMS census data for the 12 months of FY2013 by security level were obtained and analyzed. Application of the calculated census rates by level to OISB's future population produced blended census rates that are below the Spring 2013 rates. In 2014, the new census rate is 0.35% lower than the Spring 2013 study and in 2018, the new rate is lower by 0.98%.

*Data Sources: HC-POP FY2013 Data, Audits: Census & Pending*

# CCCMS - Males - Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| Security Level | Distrib-ution | Est. Census Distrib-ution | Pop-ulation @ 12/31/12 | Census Rates (Fall 2013) | Census Rates (Spring 2013) | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-Fall 2013 |
|---|---|---|---|---|---|---|---|---|---|
| Level IV | 29.8% | 7,618 | 26,151 | 291.3 | 279.7 | 315.6 | 313.8 | 301.4 | -3.4% |
| Level III | 21.9% | 5,606 | 32,541 | 172.3 | 165.7 | 163.5 | 161.6 | 173.0 | -0.4% |
| Level II | 35.3% | 9,032 | 37,008 | 244.1 | 251.7 | 186.2 | 182.0 | 179.7 | 35.8% |
| Level I | 4.6% | 1,169 | 15,411 | 75.9 | 77.2 | 75.6 | 73.8 | 72.0 | 5.3% |
| RCs | 8.4% | 2,145 | 10,135 | 211.6 | 218.5 | 233.5 | 200.2 | 208.6 | 1.4% |
| Total | 100.0% | 25,569 | 127,009 | 201.3 | 199.9 | 189.5 | 183.2 | 183.4 | 9.8% |

December  31, 2012  is the midpoint of FY2013 study period. Distribution by Security Level does not allocate to SHU populations.

**Methodology:** HC-POP provided a file with weekly counts by security level based on placement score. The distribution by Level I-IV and Reception Centers was calculated. SAP inmates were treated as Level II and Miscellaneous (Misc.) census counts were redistributed throughout the security levels at the same proportion as Level I–Level IV distribution. The average census values for FY2013 were then applied to the OISB population counts for the mid-point of the study period (December 31, 2012) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

# CCCMS – Males:  Census Trend & Forecast



### CCCMS – Male Average Census Trend & Forecast

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCCMS-Male Census | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,024 | 26,438 | 25,569 | | | | | | | | | | | |
| Estimate & Forecast | | | | | | | | | | 25,569 | 26,485 | 26,889 | 27,042 | 27,127 | 27,233 | 27,391 | 27,576 | 27,773 | 27,982 | 28,209 | 28,406 |

*Data Sources: McManis Mental Health Bed Need model, HC-POP*
*FY2013 Data, Audits: Census & Pending*

# CCCMS - Females

This Forecast is
**Higher**
than Spring 2013

### *Female CCCMS Bed Need Forecast*

| CCCMS - Females | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 /c | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
| Population Fall 2013 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,179 | 6,383 | 6,433 | 6,478 | 6,556 | 6,650 | 6,778 | 6,941 | 7,000 | 7,111 | 7,157 |
| Census /1,000 Females a/ | 210 | 210 | 220 | 245 | 255 | 262 | 297 | 315 | 335 | 347 | 367 | 383 | 394 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Census Rate Adj. Factor b/ | | | | | | | | | | 7.2% | 5.8% | 4.3% | 2.9% | 1.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 2,237 | 2,283 | 2,587 | 2907 | 2,903 | 2,891 | 3,001 | 3,010 | 2,693 | 2,058 | 2,270 | 2,447 | 2,537 | 2,592 | 2,623 | 2,661 | 2,712 | 2,777 | 2,801 | 2,845 | 2,864 |

| | |
|---|---|
| **a/** Source: HC-POP Weekly MIS Report for the 12 months of FY2013. | |
| **b/** Census Rate Adjustment Factor (CRAF) assumes that census rate will continue to increase but at a decelerating rate to 2018. | |
| **c/** The bed need calculation uses 12 months of utilization in FY2013 and its mid-point population (12/31/12). | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2013 | 2,104 | 2,220 | 2,279 | 2,364 | 2,394 | 2,433 | 2,445 | 2,478 | 2,486 | 2,529 |
| Forecast Based on Fall 2012 | 2,075 | 2,149 | 2,199 | 2,219 | 2,273 | 2,311 | 2,388 | 2,392 | 2,410 | |
| Forecast Based on Spring 2012 | 1,858 | 1,912 | 1,947 | 1,955 | 1,967 | 1,988 | 2,011 | 2,042 | 2,061 | |

> *This Fall 2013 study results in a higher forecast when compared to the Spring 2013 study. In 2014, the bed need is 166 beds higher (7.9%) than the Spring 2013 study. In 2018, the bed need is 229 higher (9.6%) than the Spring 2013 study. The projected census rates are almost identical at only 0.3% higher than those of the earlier Spring 2013 study. Population accounts for about 97% the increase.*



**Fall 2013 - Census Rate Trend/Forecast**



The new Fall 2013 projected census rates are slightly higher (approximately 0.3% in most years) than those of the Spring 2013 forecast.

# Appendix

# Abbreviations used in report

ADC – Average Daily Census

AH – Alternative Housing

ALOS – Average Length of Stay

ASH – Atascadero State Hospital

ASU – Administrative Segregation Unit

CADDIS – Census And Discharge Data Information System

CCCMS – Correctional Clinical Case Management System

CDCR – California Department of Corrections and Rehabilitation

CIW-PIP – California Institution for Women - Psychiatric Inpatient Program

CMF-APP – California Medical Facility – Acute Psychiatric Program

CMF-ICF – California Medical Facility – Intermediate Care Facility

CMF-VPP – California Medical Facility – Vacaville Psychiatric Program

CRAF – Census Rate Adjustment Factor

CSH – Coalinga State Hospital

DDPS – Distributed Data Processing System

DSH – Department of State Hospitals

EOP – Enhanced Outpatient Program

FY – Fiscal Year – the convention used here indicates the fiscal year ending e.g. FY12 ends June 30, 2012

GP – General Population

HC-POP – Health Care Placement Oversight Program

ICSS – Inmate Classification Scoring System

MHARP – Mental Health Assessment and Referral Project

MHCB – Mental Health Crisis Bed

OHU – Outpatient Housing Unit

PC 1370 – Penal Code section 1370 (inmate-patients deemed incompetent to stand trial)

PSH – Patton State Hospital

PSU – Psychiatric Services Unit

SAP – Substance Abuse Program

SNY – Sensitive Needs Yard

SOMS – Strategic Offender Management System

SVPP – Salinas Valley Psychiatric Program

# Comparison of Bed Need Forecasts: Fall 2013 vs. Spring 2013

*The forecasts produced for this Fall 2013 study are compared to the forecasts in the Spring 2013 forecast for the year 2018 (a 5-year projection).*

| Program | Higher/ Lower | 2018 Current Fall 2013 Study | 2018 Previous Spring 2013 Study | Fall 2013 minus Spring 2013 (at 2018) | % Variance (Fall 2013 - Spring 2013) |
|---|---|---|---|---|---|
| **MALES** | | | | | |
| Acute | Higher | 246 | 222 | 24.4 | 11.0% |
| Intermediate * | Higher | 927 | 879 | 48.4 | 5.5% |
| MHCB | Higher | 349 | 318 | 30.6 | 9.6% |
| EOP - GP | Higher | 4,117 | 3,850 | 266.5 | 6.9% |
| EOP ASU | Higher | 487 | 451 | 36.6 | 8.1% |
| PSU | Higher | 336 | 324 | 11.2 | 3.4% |
| CCCMS | Higher | 27,233 | 25,598 | 1,634.3 | 6.4% |
| | | | | | |
| **FEMALES** | | | | | |
| Acute/Intermediate | Lower | 40 | 43 | (2.5) | -5.9% |
| MHCB | Higher | 17 | 15 | 1.7 | 11.1% |
| EOP - GP | Higher | 124 | 101 | 23.4 | 23.2% |
| EOP ASU | Higher | 9 | 9 | 0.2 | 2.6% |
| PSU | Higher | 26 | 25 | 0.5 | 2.1% |
| CCCMS | Higher | 2,623 | 2,394 | 228.9 | 9.6% |

*\* Intermediate bed need excludes inmate-patients deemed incompetent to stand trial (Penal Code section 1370) as they do not meet the requirements for ICF level of care.*

Data Sources: McManis Bed Need models, *HC-POP FY2013 Data, Audits: Census & Pending*

# Mental Health Services Delivery System Bed Need

**The new Fall 2013 projections (excluding CCCMS) are higher compared to the Spring 2013 study throughout the forecast period. This is primarily due to the higher OISB projections as opposed to higher program utilization rates. The largest variance is at 2016 when the new bed need forecast is expected to be 502 higher (8.2%) than the Spring 2013 projection. The least variance is in 2014, where the combined bed need is expected to be 389 higher (6.3%) than the Spring 2013 projection.**



MHSDS Bed Need (excluding CCCMS) – Fall 2013, Spring 2013 and Fall 2012

|  | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 | FY20 | FY21 | FY22 | FY23 | FY24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bed Need Fall 2013 | 6,121 | 6,610 | 7,040 | 7,341 | 6,767 | 6,472 | 6,518 | 6,594 | 6,642 | 6,650 | 6,677 | 6,720 | 6,769 | 6,824 | 6,878 | 6,934 | 6,990 |
| Bed Need Spring 2013 | 6,121 | 6,610 | 7,040 | 7,341 | 6,767 | 6,264 | 6,129 | 6,119 | 6,141 | 6,198 | 6,237 | 6,286 | 6,347 | 6,387 | 6,445 | 6,501 | |
| Bed Need Fall 2012 | 6,121 | 6,610 | 7,040 | 7,341 | 6,767 | 6,061 | 5,862 | 5,890 | 5,940 | 6,006 | 6,070 | 6,136 | 6,204 | 6,262 | 6,328 | | |

Data Sources: McManis Bed Need models, *HC-POP FY2013 Data, Audits: Census & Pending*

**Fall 2013 Mental Health Bed Need Study**

# EXHIBIT 4

# CDCR Male and Female Mental Health Bed Plan

| Male Mental Health Population Projections | | | | |
|---|---|---|---|---|
| Level of Care: | Spring 2012 Standard - 2013 Need: | Spring 2012 Trued - 2013 Need: | Spring 2012 Trued with no Occupancy Rate - 2013 Need: | Occupancy Space by Level of Care |
| EOP | 3,655 | 3,563 | 3,380 | 423 |
| ASU | 639 | 561 | 529 | 21 |
| PSU | 474 | 474 | 451 | 61 |
| MHCB | 343 | 289 | 254 | 135 |
| Acute | 232 | 232 | 208 | 24 |
| ICF - LC | 276 | 276 | 248 | 92 |
| ICF - HC | 556 | 556 | 500 | 124 |
| Total: | 6,175 | 5,951 | 5,570 | |

| California Department of Corrections of Rehabilitation Male Mental Health Beds | | | | | | | |
|---|---|---|---|---|---|---|---|
| Institution | EOP | ASU | PSU | MHCB | Acute | ICF-LC | ICF-HC | Total |
| SAC | 384 | 64 | 384 | 24 | 0 | 0 | 0 | 856 |
| RJD | 450 | 50 | 0 | 14 | 0 | 0 | 0 | 514 |
| CMC | 400 | 50 | 0 | 50 | 0 | 0 | 0 | 500 |
| CIM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LAC | 300 | 100 | 0 | 12 | 0 | 0 | 0 | 412 |
| SVSP | 342 | 64 | 0 | 10 | 0 | 0 | 128 | 544 |
| CMF | 438 | 72 | 0 | 50 | 150 | 84 | 64 | 858 |
| PBSP | 66 | 0 | 128 | 10 | 0 | 0 | 0 | 204 |
| COR | 150 | 50 | 0 | 23 | 0 | 0 | 0 | 223 |
| MCSP | 450 | 50 | 0 | 8 | 0 | 0 | 0 | 508 |
| SQ | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 17 |
| HDSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| KVSP | 96 | 0 | 0 | 12 | 0 | 0 | 0 | 108 |
| NKSP | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 10 |
| PVSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| SATF | 352 | 0 | 0 | 20 | 0 | 0 | 0 | 372 |
| SOL | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 9 |
| WSP | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| Dewitt | 375 | 50 | 0 | 0 | 0 | 0 | 0 | 425 |
| CHCF | 0 | 0 | 0 | 98 | 82 | 0 | 432 | 612 |
| Total: | 3,803 | 550 | 512 | 389 | 232 | 84 | 624 | 6,194 |

| Department of Mental Health Hospital Beds | | | | | | | |
|---|---|---|---|---|---|---|---|
| ASH | 0 | 0 | 0 | 0 | 0 | 206 | 0 | 206 |
| CSH | 0 | 0 | 0 | 0 | 0 | 50 | 0 | 50 |
| Total: | 0 | 0 | 0 | 0 | 0 | 256 | 0 | 256 |

| Grand Total: | 3,803 | 550 | 512 | 389 | 232 | 340 | 624 | 6,450 |
|---|---|---|---|---|---|---|---|---|

| Female Mental Health Population Projections | | | | |
|---|---|---|---|---|
| Level of Care: | Spring 2012 Standard - 2013 Need: | Spring 2012 Trued - 2013 Need: | Spring 2012 Trued with no Occupancy Rate - 2013 Need: | Occupancy Space by Level of Care |
| EOP | 85 | 85 | 81 | 48 |
| ASU | 13 | 5 | 5 | 15 |
| PSU | 22 | 22 | 21 | -1 |
| MHCB | 8 | 8 | 7 | 15 |
| Acute/ICF | 17 | 17 | 15 | 30 |
| Total: | 145 | 137 | 129 | |

| California Department of Corrections and Rehabilitation Female Mental Health Beds | | | | | |
|---|---|---|---|---|---|
| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
| CCWF | 54 | 10 | 0 | 12 | 0 | 76 |
| CIW | 75 | 10 | 20 | 10 | 45 | 160 |
| VSPW | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 129 | 20 | 20 | 22 | 45 | 236 |

Appendix E: Mental Health Bed Plan

# EXHIBIT 5



**KAMALA D. HARRIS**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 324-5345
Facsimile: (916) 324-5205
E-Mail: Debbie.Vorous@doj.ca.gov

January 15, 2014

RECEIVED

JAN 1 7 2014

Rosen Bien Galvan & Grunfeld

Ernest Galvan, Esq.
Rosen Bien Galvan & Grunfeld LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Re:  *Coleman v. Brown, et al.*
     USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK DAD P

Dear Mr. Galvan:

Enclosed is a copy of the Documents Filed under Seal regarding the reports from December 1, through December 31, 2013, with respect to the above matter.

Sincerely,

Barbara Moseman

Barbara Moseman
Legal Secretary
DEBBIE VOROUS
Deputy Attorney General

For   KAMALA D. HARRIS
      Attorney General

/bam

CF1997CS0003
31873191.doc

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                      EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADMINISTRATION**
Coordination and Logistics Unit
1600 Ninth Street, Room 140
Sacramento, CA 95814



January 9, 2014

Matthew A. Lopes, Jr., Esq.                    via:   Debbie J. Vorous
Office of the Special Master                           Deputy Attorney General
Pannone, Lopes & Devereaux, LLC                        1300 I Street, Suite 125
317 Iron Horse Way, Suite 301                          P.O. Box 944255
Providence, RI 02908                                   Sacramento, CA 94244-2550

RE:    **MONTHLY BED UTILIZATION REPORT FOR THE DEPARTMENT OF STATE
        HOSPITAL FACILITIES**

In accordance with the May 23, 2007 Court Order issued by Judge Karlton, the California
Department of State Hospitals (DSH) is providing information on the beds utilized by
*Coleman* class members at DSH facilities. This information includes the following: the
number of patient referrals, pending referrals, rejections, and transfers of inmates from
any level of outpatient mental health care to any level of inpatient mental health care,
and from any level of inpatient mental health care to a different level of mental health
care. This report also includes a complete list of all *Coleman* class members currently
waiting for transfer to any level of DSH inpatient care. The data reflects the time period
of December 1, 2013 through December 31, 2013.

Enclosed is the Monthly Bed Utilization Report providing data on *Coleman* class
members, including rejection letters submitted from DSH facilities to the Coordinated
Clinical Assessment Team (CCAT). This data reflects information related to the referrals
from the California Department of Corrections and Rehabilitation institutions, including
patient admissions, discharges, and lengths of stay as well as resolutions of cases
referred to CCAT.

If you need clarification on any aspect of this report, please contact Candius Burgess at
(916) 654-0090.

Sincerely,

ROB COOK
Staff Service Manager III
Administrative Services Division
Department of State Hospitals

Enclosures

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VPP/CF/A2 | VPP/ICF/L1 | 12/30/13 | 12/30/13 | 1 | 12/30/13 | 12/30/13 | Still at VPP | N/A | N/A | | | | | | | | | |
| **Salinas Valley ICF Accepted Referrals List (Via Vacaville Acute and Stockton Acute)** | | | | | | | | | | | | | | | | | | | | |
| | | STK/APP | SVPP | 11/13/13 | 12/24/13 | 1 | 12/26/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | STK/APP | SVPP | 11/18/13 | 12/24/13 | 1 | 12/26/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | STK/APP | SVPP | 11/21/13 | 12/24/13 | 1 | 12/26/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | SVPP | 12/10/13 | 12/24/13 | 1 | 12/27/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | SVPP | 12/12/13 | 12/24/13 | 1 | 12/27/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | STK/APP | SVPP | 12/13/13 | 12/26/13 | 1 | 12/26/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| **Salinas Valley ICF Accepted Referrals List (Via CDCR)** | | | | | | | | | | | | | | | | | | | | |
| | | CMF | SVPP | N/A | 08/30/13 | 1 | 09/03/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | VSP | SVPP | N/A | 09/24/13 | 1 | 11/12/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 10/29/13 | 1 | 10/30/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 10/23/13 | 1 | 10/29/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | NKSP | SVPP | N/A | 11/07/13 | 1 | 11/14/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CIM | SVPP | N/A | 11/01/13 | 1 | 11/05/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 11/12/13 | 1 | 11/13/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 11/19/13 | 1 | 11/20/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | SVPP | N/A | 11/04/13 | 1 | 11/06/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 11/05/13 | 1 | 11/07/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | WSP | SVPP | N/A | 11/27/13 | 1 | 12/03/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 10/30/13 | 1 | 11/08/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 11/12/13 | 1 | 11/14/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 11/22/13 | 1 | 11/26/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | SVPP | N/A | 11/07/13 | 1 | 11/12/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SVSP | SVPP | N/A | 11/06/13 | 1 | 11/12/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | COR | SVPP | N/A | 11/06/13 | 1 | 11/07/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral Is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Data | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LAC | SVPP | N/A | 11/13/13 | 1 | 11/14/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 11/12/13 | 1 | 11/14/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | MCSP | SVPP | N/A | 12/09/13 | 1 | 12/19/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SVSP | SVPP | N/A | 11/15/13 | 1 | 11/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 11/15/13 | 1 | 11/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | COR | SVPP | N/A | 11/18/13 | 1 | 12/19/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | PBSP | SVPP | N/A | 11/14/13 | 1 | 11/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 11/15/13 | 1 | 11/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/06/13 | 1 | 12/10/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 11/22/13 | 1 | 11/26/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 11/15/13 | 1 | 11/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 11/26/13 | 1 | 11/27/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 11/20/13 | 1 | 11/20/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CIM | SVPP | N/A | 12/27/13 | 1 | 12/30/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 12/03/13 | 1 | 12/03/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | COR | SVPP | N/A | 12/16/13 | 1 | 12/19/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/13/13 | 1 | 12/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 12/06/13 | 1 | 12/10/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | COR | SVPP | N/A | 11/25/13 | 1 | 11/26/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 12/03/13 | 1 | 12/04/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 12/12/13 | 1 | 12/17/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | NKSP | SVPP | N/A | 12/19/13 | 1 | 12/19/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 12/19/13 | 1 | 12/19/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SQ | SVPP | N/A | 12/03/13 | 1 | 12/03/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/03/13 | 1 | 12/04/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | COR | SVPP | N/A | 12/03/13 | 1 | 12/03/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CIM | SVPP | N/A | 12/06/13 | 1 | 12/11/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 12/06/13 | 1 | 12/09/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/13/13 | 1 | 12/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/13/13 | 1 | 12/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 12/13/13 | 1 | 12/18/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | SVPP | N/A | 12/13/13 | 1 | 12/17/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 12/23/13 | 1 | 12/24/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 12/26/13 | 1 | 12/31/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | COR | SVPP | N/A | 12/12/13 | 1 | 12/17/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 12/06/13 | 1 | 12/11/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/27/13 | 1 | 12/31/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 12/12/13 | 1 | 12/17/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/20/13 | 1 | 12/24/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/01/13 | 1 | 12/24/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 12/24/13 | 1 | 12/27/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 12/24/13 | 1 | 12/30/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CHCF | SVPP | N/A | 12/23/13 | 1 | 12/24/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 12/20/13 | 1 | 12/24/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 12/24/13 | 1 | 12/30/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 12/24/13 | 1 | 12/27/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| Vacaville Acute Accepted Referrals List | | | | | | | | | | | | | | | | | | | | |
| | | NKSP | VPP/APP | N/A | 10/30/13 | 1 | 12/31/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | VPP/APP | N/A | 11/27/13 | 1 | 12/30/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SOL | VPP/APP | N/A | 12/30/13 | 1 | 12/30/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CIM | VPP/APP | N/A | 12/26/13 | 1 | 12/26/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | VPP/APP | N/A | 12/16/13 | 1 | 12/16/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | COR | VPP/APP | N/A | 12/30/13 | 1 | 12/31/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CIM | VPP/APP | N/A | 12/30/13 | 1 | 12/30/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | VPP/APP | N/A | 12/26/13 | 1 | 12/31/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | VPP/APP | N/A | 12/30/13 | 1 | 12/31/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | PBSP | VPP/APP | N/A | 12/30/13 | 1 | 12/31/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| | | CHCF | VPP/APP | N/A | 12/31/13 | 1 | 12/31/13 | Accepted Referral | N/A | N/A | N/A | | | | | | | | | |
| **CDCR Referrals Pending DSH Review** | | | | | | | | | | | | | | | | | | | | |
| | | CMF MHCB | VPP/ICF | N/A | 12/31/13 | 0 | Pending Review | N/A | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | VPP/ICF | N/A | 12/30/13 | 0 | Pending Review | N/A | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | VPP/ICF | N/A | 12/20/13 | 0 | Pending Review | N/A | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | VPP/ICF | N/A | 12/31/13 | 0 | Pending Review | N/A | N/A | N/A | N/A | | | | | | | | | |
| **DSH Admissions from Accepted Referrals Lists** | | | | | | | | | | | | | | | | | | | | |
| **Admissions to Vacaville ICF (from Salinas Valley ICF List)** | | | | | | | | | | | | | | | | | | | | |
| | | VPP/APP | SVPP | 10/14/13 | 11/27/13 | 0 | 12/02/13 | Admitted to L1 on 12/04/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | SVPP | 11/14/13 | 11/27/13 | 0 | 12/02/13 | Admitted to L1 on 12/04/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | SVPP | 12/18/13 | 12/24/13 | 0 | 12/27/13 | Admitted to L3 on 12/31/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | SVPP | 10/22/13 | 11/27/13 | 0 | 11/27/13 | Admitted to the 64 beds on 12/04/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | SVPP | 11/05/13 | 11/27/13 | 0 | 11/27/13 | Admitted to the 64 beds on 12/03/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | SVPP | 11/08/13 | 11/26/13 | 0 | 11/26/13 | Admitted to the 64 beds on 12/02/13 | N/A | N/A | N/A | | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VPP/APP | SVPP | 12/09/13 | 12/24/13 | 0 | 12/27/13 | Admitted to the 64 beds on 12/30/13 | N/A | N/A | N/A | | | | | | | | | |
| *Admissions to Stockton Acute (from Vacaville Acute List)* | | | | | | | | | | | | | | | | | | | | |
| | | SATF | VPP/APP | N/A | 11/25/13 | 0 | 11/25/13 | Admitted to STK on 12/05/13 | N/A | N/A | N/A | | | | | | | | | |
| | | NKSP | VPP/APP | N/A | 11/27/13 | 0 | 11/27/13 | Admitted to STK on 12/12/13 | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | VPP/APP | N/A | 11/26/13 | 0 | 11/26/13 | Admitted to STK on 12/02/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF MHCB | VPP/APP | N/A | 12/11/13 | 0 | 12/11/13 | Admitted to STK on 12/17/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CSP/SAC | VPP/APP | N/A | 12/10/13 | 0 | 12/10/13 | Admitted to STK on 12/13/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CIM | VPP/APP | N/A | 12/10/13 | 0 | 12/10/13 | Admitted to STK on 12/18/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SVSP | VPP/APP | N/A | 12/09/13 | 0 | 12/09/13 | Admitted to STK on 12/13/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SQ | VPP/APP | N/A | 12/10/13 | 0 | 12/10/13 | Admitted to STK on 12/13/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CHCF | VPP/APP | N/A | 12/12/13 | 0 | 12/12/13 | Admitted to STK on 12/16/13 | N/A | N/A | N/A | | | | | | | | | |
| | | PBSP | VPP/APP | N/A | 12/11/13 | 0 | 12/11/13 | Admitted to STK on 12/16/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CHCF | VPP/APP | N/A | 12/20/13 | 0 | 12/20/13 | Admitted to STK on 12/23/13 | N/A | N/A | N/A | | | | | | | | | |
| *Admissions to Stockton ICF (from Salinas Valley ICF List)* | | | | | | | | | | | | | | | | | | | | |
| | | STK ACUTE | SVPP | 10/28/13 | 12/03/13 | 0 | 12/03/13 | Admitted to STK on 12/03/13 | N/A | N/A | N/A | | | | | | | | | |
| | | STK ACUTE | SVPP | 12/03/13 | 12/03/13 | 0 | 12/03/13 | Admitted to STK on 12/03/13 | N/A | N/A | N/A | | | | | | | | | |
| | | STK ACUTE | SVPP | 12/03/13 | 12/03/13 | 0 | 12/03/13 | Admitted to STK on 12/03/13 | N/A | N/A | N/A | | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | STK ACUTE | SVPP | 12/03/13 | 12/03/13 | 0 | 12/03/13 | Admitted to STK on 12/03/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CHCF | SVPP | N/A | 10/07/13 | 0 | 10/11/13 | Admitted to STK on 12/02/13 | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 10/11/13 | 0 | 10/15/13 | Admitted to STK on 12/09/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 10/15/13 | 0 | 10/18/13 | Admitted to STK on 12/12/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 09/25/13 | 0 | 10/08/13 | Admitted to STK on 12/04/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SATF | SVPP | N/A | 09/27/13 | 0 | 10/07/13 | Admitted to STK on 12/02/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CHCF | SVPP | N/A | 10/11/13 | 0 | 10/15/13 | Admitted to STK on 12/05/13 | N/A | N/A | N/A | | | | | | | | | |
| | | COR | SVPP | N/A | 10/11/13 | 0 | 10/15/13 | Admitted to STK on 12/10/13 | N/A | N/A | N/A | | | | | | | | | |
| | | NKSP | SVPP | N/A | 10/11/13 | 0 | 10/15/13 | Admitted to STK on 12/10/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SVSP | SVPP | N/A | 10/17/13 | 0 | 10/21/13 | Admitted to STK on 12/13/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SATF | SVPP | N/A | 10/04/13 | 0 | 10/08/13 | Admitted to STK on 12/02/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SVSP | SVPP | N/A | 10/30/13 | 0 | 11/01/13 | Admitted to STK on 12/26/13 | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | SVPP | N/A | 10/11/13 | 0 | 10/15/13 | Admitted to STK on 12/09/13 | N/A | N/A | N/A | | | | | | | | | |
| | | COR | SVPP | N/A | 10/03/13 | 0 | 10/08/13 | Admitted to STK on 12/04/13 | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | SVPP | N/A | 10/22/13 | 0 | 10/24/13 | Admitted to STK on 12/16/13 | N/A | N/A | N/A | | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CMC | SVPP | N/A | 10/23/13 | 0 | 10/24/13 | Admitted to STK on 12/20/13 | N/A | N/A | N/A | | | | | | | | | |
| | | MCSP | SVPP | N/A | 10/18/13 | 0 | 10/21/13 | Admitted to STK on 12/12/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 10/23/13 | 0 | 10/25/13 | Admitted to STK on 12/19/13 | N/A | N/A | N/A | | | | | | | | | |
| | | MCSP | SVPP | N/A | 10/18/13 | 0 | 10/21/13 | Admitted to STK on 12/05/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 10/11/13 | 0 | 10/15/13 | Admitted to STK on 12/09/13 | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 10/16/13 | 0 | 10/21/13 | Admitted to STK on 12/19/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 10/16/13 | 0 | 10/18/13 | Admitted to STK on 12/19/13 | N/A | N/A | N/A | | | | | | | | | |
| | | PBSP | SVPP | N/A | 10/17/13 | 0 | 10/21/13 | Admitted to STK on 12/19/13 | N/A | N/A | N/A | | | | | | | | | |
| | | PBSP | SVPP | N/A | 10/16/13 | 0 | 10/21/13 | Admitted to STK on 12/16/13 | N/A | N/A | N/A | | | | | | | | | |
| | | MCSP | SVPP | N/A | 10/18/13 | 0 | 10/24/13 | Admitted to STK on 12/19/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 10/23/13 | 0 | 10/24/13 | Admitted to STK on 12/19/13 | N/A | N/A | N/A | | | | | | | | | |
| | | MCSP | SVPP | N/A | 10/18/13 | 0 | 10/22/13 | Admitted to STK on 12/23/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SOL | SVPP | N/A | 10/22/13 | 0 | 10/25/13 | Admitted to STK on 12/24/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 10/16/13 | 0 | 10/18/13 | Admitted to STK on 12/09/13 | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | SVPP | N/A | 10/16/13 | 0 | 10/21/13 | Admitted to STK on 12/24/13 | N/A | N/A | N/A | | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MCSP | SVPP | N/A | 10/18/13 | 0 | 10/21/13 | Admitted to STK on 12/12/13 | N/A | N/A | N/A | | | | | | | | | |
| | | MCSP | SVPP | N/A | 11/01/13 | 0 | 11/05/13 | Admitted to STK on 12/24/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 10/24/13 | 0 | 10/29/13 | Admitted to STK on 12/16/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 10/22/13 | 0 | 10/24/13 | Admitted to STK on 12/19/13 | N/A | N/A | N/A | | | | | | | | | |
| | | HDSP | SVPP | N/A | 10/30/13 | 0 | 11/01/13 | Admitted to STK on 12/24/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 10/17/13 | 0 | 10/22/13 | Admitted to STK on 12/13/13 | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 10/18/13 | 0 | 10/22/13 | Admitted to STK on 12/13/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMC | SVPP | N/A | 10/23/13 | 0 | 10/24/13 | Admitted to STK on 12/20/13 | N/A | N/A | N/A | | | | | | | | | |
| | | WSP | SVPP | N/A | 10/24/13 | 0 | 10/29/13 | Admitted to STK on 12/18/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 10/30/13 | 0 | 11/01/13 | Admitted to STK on 12/27/13 | N/A | N/A | N/A | | | | | | | | | |
| | | LAC | SVPP | N/A | 11/01/13 | 0 | 11/05/13 | Admitted to STK on 12/24/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 11/01/13 | 0 | 11/05/13 | Admitted to STK on 12/27/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CHCF | SVPP | N/A | 11/04/13 | 0 | 11/06/13 | Admitted to STK on 12/06/13 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | SVPP | N/A | 11/01/13 | 0 | 11/04/13 | Admitted to STK on 12/27/13 | N/A | N/A | N/A | | | | | | | | | |
| *Vacaville Assigned Beds* | | | | | | | | | | | | | | | | | | | | |
| | | CMF MHCB | VPP/ICF | N/A | 12/30/13 | 1 | 12/30/13 | Assigned a bed on 12/30/13 | N/A | N/A | N/A | | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LAC | VPP/ICF | N/A | 12/23/13 | 1 | 12/23/13 | Assigned a bed on 12/30/13 | N/A | N/A | N/A | | | | | | | | | |
| | | RJD | VPP/ICF | N/A | 12/20/13 | 1 | 12/27/13 | Assigned a bed on 12/27/13 | N/A | N/A | N/A | | | | | | | | | |
| | | ASH | VPP/ICF | N/A | 12/27/13 | 1 | 12/27/13 | Assigned a bed on 12/27/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | VPP/ICF | N/A | 12/30/13 | 1 | 12/30/13 | Assigned a bed on 12/31/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | VPP/ICF | N/A | 12/30/13 | 1 | 12/30/13 | Assigned a bed on 12/31/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | VPP/ICF | N/A | 12/30/13 | 1 | 12/30/13 | Assigned a bed on 12/31/13 | N/A | N/A | N/A | | | | | | | | | |
| | | VPP/APP | VPP/ICF | N/A | 12/30/13 | 1 | 12/30/13 | Assigned a bed on 12/31/13 | N/A | N/A | N/A | | | | | | | | | |
| *Scheduled Admissions - Atascadero* | | | | | | | | | | | | | | | | | | | | |
| | | CIM | ASH | N/A | 12/26/13 | 1 | 12/26/13 | Scheduled for admission on 01/03/14 | N/A | N/A | N/A | | | | | | | | | |
| | | CMF | ASH | N/A | 12/27/13 | 1 | 12/27/13 | Scheduled for admission on 01/06/14 | N/A | N/A | N/A | | | | | | | | | |
| *CDCR HOLDS* | | | | | | | | | | | | | | | | | | | | |
| | | SAC | ASH | N/A | 12/06/13 | 1 | 12/09/13 | Pending PC 2602 Hearing | N/A | N/A | N/A | | | | | | | | | |
| | | NKSP | VPP/APP | N/A | 12/12/13 | 1 | 12/12/13 | Bed hold cancelled due to court | N/A | N/A | N/A | | | | | | | | | |
| | | NKSP | VPP/APP | N/A | 12/18/13 | 1 | 12/18/13 | Pending PC 2602 Hearing | N/A | N/A | N/A | | | | | | | | | |
| | | SAC | VPP/APP | N/A | 12/19/13 | 1 | 12/24/13 | Pending Vitek Hearing | N/A | N/A | N/A | | | | | | | | | |
| | | SATF | VPP/APP | N/A | 12/27/13 | 1 | 12/27/13 | ALJ Hearing scheduled on 01/08/14 | N/A | N/A | N/A | | | | | | | | | |
| *DSH Deferrals* | | | | | | | | | | | | | | | | | | | | |
| | | MCSP | VPP/ICF | N/A | 12/03/13 | 0 | Deferred to SVPP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| | | NKSP | VPP/ICF | N/A | 12/16/13 | 0 | Deferred to SVPP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CMF | VPP/ICF | N/A | 12/19/13 | 0 | Deferred to SVPP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| | | CIM | ASH | N/A | 12/12/13 | 0 | Deferred to VPP/ICF | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| | | ASH | VPP/ICF | N/A | 12/13/13 | 0 | Deferred to VPP/APP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| | | SOL | VPP/ICF | N/A | 12/26/13 | 0 | Deferred to VPP/APP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| | | LAC | VPP/ICF | N/A | 12/23/13 | 0 | Deferred to SVPP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| | | CMF MHCB | VPP/ICF | N/A | 12/20/13 | 0 | Deferred to SVPP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| | | CHCF | VPP/APP | N/A | 12/20/13 | 0 | Deferred to SVPP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| | | CIM | VPP/ICF | N/A | 12/26/13 | 0 | Deferred to VPP/APP | N/A | N/A | N/A | N/A | 1 | | | | | | | | |
| **CDCR Paroles** | | | | | | | | | | | | | | | | | | | | |
| | | CMC | SVPP | N/A | 10/23/13 | 0 | 10/24/13 | Paroled on 12/04/13 | N/A | N/A | N/A | | | | | | | | | |
| **Rescinded Referrals** | | | | | | | | | | | | | | | | | | | | |
| | | SQ | SVPP | N/A | 10/18/13 | 0 | Rescinded | N/A | N/A | N/A | N/A | | 1 | | | | | | | |
| | | SAC | SVPP | N/A | 10/16/13 | 0 | Rescinded | N/A | N/A | N/A | N/A | | 1 | | | | | | | |
| | | PBSP | VPP/APP | N/A | 11/21/13 | 0 | Rescinded | N/A | N/A | N/A | N/A | | 1 | | | | | | | |
| | | WSP | VPP/APP | N/A | 11/21/13 | 0 | Rescinded | N/A | N/A | N/A | N/A | | 1 | | | | | | | |
| | | CHCF | VPP/APP | N/A | 11/26/13 | 0 | Rescinded | N/A | N/A | N/A | N/A | | 1 | | | | | | | |
| **DSH Rejections** | | | | | | | | | | | | | | | | | | | | |
| | | SAC | ASH | N/A | 12/03/13 | 0 | N/A | N/A | N/A | N/A | N/A | | | | | 1 | 1 | See attached letter from ASH clinical staff | 12/10/13 | CCAT upheld rejection. |
| | | VSP | ASH | N/A | 12/09/13 | 0 | N/A | N/A | N/A | N/A | N/A | | | | | 1 | 1 | See attached letter from ASH clinical staff | 12/19/13 | CCAT upheld rejection |
| **CDCR Appeals** | | | | | | | | | | | | | | | | | | | | |
| | | CIM | ASH | N/A | 10/29/13 | 0 | N/A | N/A | N/A | N/A | N/A | | | | | | | N/A | N/A | CIM rescinded referral on 12/18/13, during the appeal process. |
| | | CMF | ASH | N/A | 12/03/13 | 0 | N/A | N/A | N/A | N/A | N/A | | | | | | | See attached letter from ASH clinical staff | 12/10/13 | ASH stood by rejection and CMF appealed. During the appeal process, DSH HQ, deferred the case to VPP. |

DEPARTMENT OF STATE HOSPITALS
Coordination and Logistics Unit
Bed Utilization Report as of December 31, 2013
*CONFIDENTIAL SUBJECT TO COLEMAN PROTECTIVE ORDER*

| Patient Names | CDCR # | Referral Institution | DSH Receiving Institution | Date of DSH Internal Referral | Date Referral is Released to DSH | Patients Accepted | Date of Acceptance | Date of Admission | Date of Discharge | Level of Care | Length of Stay | Defer to other DSH Fac | Rescinded Referral | Incomplete Referral | Reason for Incomplete CDCR Referrals | Rejected Referrals | Patients Rejected | Reason for DSH Rejection | CCAT Rejection Date | CCAT Rejection Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | NKSP | VPP/APP | N/A | 11/22/13 | 0 | N/A | N/A | N/A | N/A | N/A |  |  |  |  |  |  | See attached letter from VPP/APP clinical staff | 12/03/13 | VPP stood by rejection and NKSP appealed. NKSP accepted rejection on 12/24/13, during the appeal process. |
|  |  |  |  |  |  | 737 |  |  |  |  |  | 10 | 5 | 0 | 0 | 2 | 2 |  |  |  |

# EXHIBIT 6

| Mental Health Crisis Bed | Mental Health Services Delivery System |
|---|---|

consented to accept the patient. Specifically, the CCR provides, in part, that no patient shall be transferred, or discharged for purposes of transferring, unless arrangements have been made in advance for admission to a health facility. Therefore, the transferring clinician must secure the receiving health facility's approval in advance for the inmate-patient's admission. The transferring clinician shall document in the inmate-patient's Unit Health Record (UHR) that approval was obtained and from whom.

Appropriate housing of inmate-patients pending MHCB transfer shall be determined by the sending institution and in the following order of preferred locations:

1. Inpatient beds

2. Outpatient Housing Unit

3. Outpatient Housing Unit overflow cells

4. Large holding cells with water/toilets including, but not limited to, "ZZ cells," "wet cells," and/or "clinic cells." Many CTC buildings have holding cells located outside of the entrance to the licensed bed area. These are typically located in the Specialty Care Clinic area. These cells are permissible for temporary housing pending transfer without violating licensing restrictions of the licensed bed area of the CTC building.

5. Large holding cells without water/toilets such as "Contraband Cells" (not in a CTC licensed area)

6. Triage and Treatment Area or other clinic physical examining room

7. Other unit-housing where complete and constant visibility can be maintained

8. When none of the above are available, small holding cells (not in a CTC licensed bed area) that are designed for the inmate-patient to sit or stand may be used for up to four hours by which time consideration of a rotation to one of the above listed options shall have been considered and the outcome of such consideration documented. Inmate-patients shall be retained in sit/stand cells only with approval of the watch commander and notification of on-call clinical staff.

9. Holding cells within the licensed bed area of the CTC building (notification to Department of Health Services of an unusual occurrence is required)

All inmates-patients housed in one of the above sites while pending transfer to a MHCB shall be provided, at minimum, with a safety (no-tear) mattress, safety (no-tear) blanket, and safety (no-tear) smock. If the inmate-patient subsequently attempts to use any or all of these items

# EXHIBIT 7

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA94283-0001



January 2, 2014

Matthew A. Lopes, Jr. Esquire                    via:  Debbie J. Vorous, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                           Department of Justice
317 Iron Horse Point Way, Suite 301                     1300 "I" Street, Suite 125
Providence, RI  02908                                   P. O. Box 944255
                                                        Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of November, 2013, data (or as
otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and
   Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary,
   and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center
   (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
   Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including
   admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH
    Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative
    Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A), Division of Health Care Services and
    Deputy Director (A), Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Linda Holden, Esq., *Coleman* Deputy Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Kerry C. Hughes, M.D., *Coleman* Expert
     Paul Nicoll, MPA, *Coleman* Monitor
     Mary Perrien, Ph.D., *Coleman* Expert
     Kathryn A. Burns, M.D., MPH, *Coleman* Expert
     Henry A. Dlugacz, Esq., *Coleman* Expert
     Kerry F. Walsh, Esq., *Coleman* Monitor
     Patricia Williams, Esq., *Coleman* Monitor
     Haunani Henry, *Coleman* Monitor
     Debbie Vorous, Esq., Office of the Attorney General
     Nicholas Weber, Esq, Office of Legal Affairs, CDCR
     Michael Stone, Esq., Office of Legal Affairs, CDCR
     Michael Bien, Esq., Rosen, Bien and Galvan
     Donald Specter, Esq., Prison Law Office
     Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Health Care Services (DHCS)
     Nathan Stanley, Chief, Field Operations, Statewide Mental Health Program, DHCS

Matthew A. Lopes, Jr. Esquire
Page 3


Laura Ceballos, Ph.D., Chief, Quality Management, Statewide Mental Health
    Program, DHCS
Teresa Owens, Associate Governmental Program Analyst, Quality Management,
    DHCS

State of California                      California Department of Corrections and Rehabilitation

# Memorandum

**Date:**     December 24, 2013

**To:**        Tim Belavich
Deputy Director
Statewide Mental Health Program
Division of Health Care Services

**Subject:**    **SUMMARY OF INTER-INSTITUTIONAL MENTAL HEALTH CRISIS BED REFERRALS AND TRANSFERS FOR NOVEMBER 2013**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and placements coordinated by Health Care Placement Oversight Program (HC-POP) staff. During the month of **November 2013**, there were **314 MHCB** referrals. Of the **314** referrals, **177** transferred and **63** were admitted internally. The **74** not placed (**24%** of those referred) were rescinded by the referring clinician. Of the **74** rescinded, **68** no longer required MHCB treatment and **six** were not medically cleared to transport.

- **Attachment 1** summarizes all **314** referrals by sending institution and previous levels of care. Additionally, every referral is tallied by classification score.

- **Attachment 2A (5 pages)** provides additional details of the completed referrals/transfers, including transfer timeframes, average number of hours waiting to transfer, and prior level of care. For the **177** transferred, the average number of hours waiting was **20.77**, with **127** cases transferring within the required 24 hours.

- **Attachment 2B (4 pages)** provides details regarding those MHCB referrals rescinded or admitted internally by the referring institution.

- **Attachment 2C** summarizes the disposition of rescinded and internally admitted referrals.

- **Attachment 3** summarizes, by institution, the average number of hours referrals waited before being placed in an MHCB or rescinded. For the **314** total referrals, the average number of hours waiting was **18.06**.

Please let me know if you have any questions about the information provided.


*Original signed by*
**Jay Powell**
Chief/Associate Warden (A)
Health Care Placement Oversight Program
Division of Health Care Services

Attachments

cc:   Health Care Regional Administrators
      Mental Health Regional Administrators
      Michael Morrison
      Cathy Jefferson
      HC-POP Staff

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE

ATTACHMENT 2A

**NOVEMBER 2013**

| Transferred From | Transferred To | Referral Date and Time | Transfer Date and Time | Prior LOC | Hours Waiting |
|---|---|---|---|---|---|
| ASP | CHCF | 11/6/13 2:31 PM | 11/7/13 12:27 PM | CCCMS | 21.93 |
| ASP | CMF | 11/7/13 3:22 PM | 11/8/13 2:41 PM | CCCMS | 23.31 |
| ASP | SQ | 11/22/13 12:10 PM | 11/23/13 6:45 AM | CCCMS | 18.58 |
| ASP | CMC | 11/18/13 10:20 AM | 11/19/13 9:11 AM | EOP | 22.85 |
| ASP | CMF | 11/7/13 3:22 PM | 11/8/13 2:43 PM | EOP | 23.34 |
| **ASP Average** | | | | | **22.00** |
| CAL | CIM | 11/2/13 9:10 AM | 11/3/13 9:10 AM | GP/OP | 24.00 |
| CAL | CIM | 11/14/13 11:56 AM | 11/15/13 7:32 AM | GP/OP | 19.60 |
| CAL | CMC | 11/22/13 1:30 PM | 11/23/13 7:41 AM | GP/OP | 18.18 |
| CAL | RJD | 11/21/13 5:39 PM | 11/22/13 2:45 PM | GP/OP | 21.10 |
| CAL | RJD | 11/23/13 9:16 AM | 11/23/13 10:14 PM | GP/OP | 12.97 |
| CAL | RJD | 11/24/13 2:30 PM | 11/25/13 9:34 AM | GP/OP | 19.07 |
| **CAL Average** | | | | | **19.15** |
| CCC | HDSP | 11/23/13 10:02 AM | 11/23/13 10:48 AM | MHCB | 0.77 |
| **CCC Average** | | | | | **0.77** |
| CCI | CHCF | 11/28/13 12:09 PM | 11/29/13 7:26 AM | CCCMS | 19.28 |
| CCI | CIM | 11/14/13 5:00 PM | 11/15/13 2:42 PM | CCCMS | 21.70 |
| CCI | COR | 11/3/13 8:08 AM | 11/4/13 9:33 AM | CCCMS | 25.42 |
| **CCI Average** | | | | | **22.13** |
| CEN | LAC | 11/19/13 2:05 PM | 11/19/13 9:35 PM | EOP | 7.50 |
| CEN | CHCF | 11/5/13 3:20 AM | 11/5/13 5:00 PM | GP/OP | 13.67 |
| CEN | CIM | 11/14/13 11:23 AM | 11/15/13 3:42 AM | GP/OP | 16.32 |
| **CEN Average** | | | | | **12.49** |
| COCF | CIM | 11/2/13 1:51 PM | 11/2/13 8:05 PM | GP/OP | 6.23 |
| **COCF Average** | | | | | **6.23** |
| COR | SATF | 11/9/13 2:27 PM | 11/9/13 7:30 PM | CCCMS | 5.05 |
| COR | SATF | 11/9/13 3:36 PM | 11/10/13 12:27 PM | CCCMS | 20.85 |
| COR | CHCF | 11/29/13 4:29 PM | 11/30/13 4:17 PM | EOP | 23.80 |
| **COR Average** | | | | | **16.57** |
| CRC | CHCF | 11/1/13 7:44 AM | 11/2/13 6:03 AM | CCCMS | 22.32 |
| CRC | CIM | 11/19/13 9:28 AM | 11/19/13 6:19 PM | CCCMS | 8.85 |
| CRC | CMF | 11/29/13 10:13 AM | 11/30/13 8:20 AM | CCCMS | 22.12 |
| **CRC Average** | | | | | **17.76** |
| CTF | CHCF | 11/8/13 5:13 PM | 11/9/13 4:57 PM | CCCMS | 23.73 |
| CTF | CHCF | 11/26/13 11:50 AM | 11/27/13 9:43 AM | CCCMS | 21.88 |
| CTF | CMC | 11/19/13 3:24 PM | 11/20/13 2:27 PM | CCCMS | 23.05 |
| CTF | CMF | 11/5/13 9:36 AM | 11/5/13 3:48 PM | CCCMS | 6.19 |
| CTF | SATF | 11/22/13 6:23 PM | 11/22/13 7:32 PM | CCCMS | 1.15 |
| CTF | SVSP | 11/1/13 6:13 PM | 11/2/13 1:33 PM | CCCMS | 19.33 |
| CTF | SVSP | 11/7/13 9:19 AM | 11/7/13 12:06 PM | CCCMS | 2.78 |
| CTF | SVSP | 11/14/13 5:42 PM | 11/15/13 2:41 PM | CCCMS | 20.98 |
| CTF | SVSP | 11/15/13 8:42 AM | 11/15/13 2:43 PM | CCCMS | 6.01 |
| CTF | CHCF | 11/8/13 5:13 PM | 11/9/13 4:57 PM | GP/OP | 23.73 |
| **CTF Average** | | | | | **14.89** |
| CVSP | CIM | 11/22/13 2:00 PM | 11/23/13 4:03 PM | CCCMS | 26.05 |
| **CVSP Average** | | | | | **26.05** |
| DVI | CHCF | 11/16/13 9:46 AM | 11/16/13 5:27 PM | CCCMS | 7.68 |
| DVI | CMF | 11/20/13 9:00 AM | 11/21/13 8:05 AM | CCCMS | 23.08 |

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE                                     ATTACHMENT 2A
NOVEMBER 2013

| Transferred From | Transferred To | Referral Date and Time | Transfer Date and Time | Prior LOC | Hours Waiting |
|---|---|---|---|---|---|
| DVI | CMF | 11/21/13 10:15 AM | 11/22/13 9:53 AM | CCCMS | 23.63 |
| DVI | CMF | 11/26/13 8:17 AM | 11/26/13 2:34 PM | CCCMS | 6.28 |
| DVI | CMF | 11/26/13 9:30 AM | 11/26/13 2:30 PM | EOP | 5.00 |
| DVI | CHCF | 11/17/13 5:30 PM | 11/19/13 8:37 AM | GP/OP | 39.12 |
| DVI | CMF | 11/22/13 10:07 AM | 11/23/13 9:50 AM | GP/OP | 23.72 |
| **DVI Average** | | | | | **18.36** |
| DVI-RC | CHCF | 11/9/13 5:04 PM | 11/10/13 2:20 PM | CCCMS | 21.27 |
| DVI-RC | CHCF | 11/12/13 9:12 AM | 11/13/13 6:42 AM | CCCMS | 21.50 |
| DVI-RC | CHCF | 11/12/13 9:12 AM | 11/13/13 6:43 AM | CCCMS | 21.52 |
| DVI-RC | CHCF | 11/14/13 8:54 AM | 11/15/13 5:56 AM | CCCMS | 21.03 |
| DVI-RC | CHCF | 11/14/13 8:54 AM | 11/15/13 5:56 AM | CCCMS | 21.03 |
| DVI-RC | CMF | 11/2/13 1:29 PM | 11/3/13 8:19 AM | CCCMS | 18.83 |
| DVI-RC | CMF | 11/3/13 11:37 AM | 11/4/13 7:46 AM | CCCMS | 20.15 |
| DVI-RC | CMF | 11/5/13 9:45 AM | 11/6/13 9:51 AM | CCCMS | 24.09 |
| DVI-RC | CMF | 11/13/13 9:31 AM | 11/14/13 6:36 AM | CCCMS | 21.08 |
| DVI-RC | CMF | 11/24/13 8:03 AM | 11/24/13 3:36 PM | CCCMS | 7.55 |
| DVI-RC | CMF | 11/24/13 8:18 AM | 11/24/13 3:38 PM | CCCMS | 7.33 |
| DVI-RC | CMF | 11/24/13 9:10 AM | 11/24/13 3:37 PM | CCCMS | 6.45 |
| DVI-RC | SOL | 11/3/13 11:37 AM | 11/4/13 7:47 AM | CCCMS | 20.17 |
| DVI-RC | SOL | 11/3/13 11:37 AM | 11/4/13 7:47 AM | CCCMS | 20.17 |
| DVI-RC | CHCF | 11/14/13 8:54 AM | 11/15/13 12:46 PM | EOP | 27.87 |
| DVI-RC | CMF | 11/2/13 1:29 PM | 11/3/13 8:13 AM | EOP | 18.73 |
| DVI-RC | CMF | 11/2/13 1:29 PM | 11/3/13 8:18 AM | EOP | 18.82 |
| DVI-RC | CMF | 11/2/13 1:29 PM | 11/3/13 8:20 AM | EOP | 18.85 |
| DVI-RC | CMF | 11/24/13 8:03 AM | 11/24/13 3:37 PM | EOP | 7.57 |
| DVI-RC | CHCF | 11/16/13 9:46 AM | 11/17/13 3:01 PM | GP/OP | 29.25 |
| DVI-RC | CMF | 11/13/13 9:30 AM | 11/14/13 9:03 AM | GP/OP | 23.54 |
| **DVI-RC Average** | | | | | **18.90** |
| FOL | CMF | 11/8/13 12:43 PM | 11/9/13 11:01 AM | CCCMS | 22.30 |
| FOL | CMF | 11/12/13 4:50 PM | 11/13/13 1:30 PM | CCCMS | 20.67 |
| FOL | CMF | 11/13/13 1:16 PM | 11/13/13 5:27 PM | CCCMS | 4.17 |
| FOL | SOL | 11/27/13 9:42 AM | 11/27/13 6:20 PM | CCCMS | 8.63 |
| **FOL Average** | | | | | **13.94** |
| ISP | CIM | 11/21/13 11:29 AM | 11/21/13 1:33 PM | CCCMS | 2.07 |
| ISP | CIM | 11/28/13 7:51 AM | 11/28/13 2:38 PM | CCCMS | 6.78 |
| ISP | CIM | 11/28/13 7:51 AM | 11/28/13 7:16 PM | CCCMS | 11.42 |
| ISP | CMC | 11/22/13 9:30 AM | 11/23/13 4:38 AM | CCCMS | 19.13 |
| ISP | RJD | 11/15/13 9:48 AM | 11/15/13 3:22 PM | CCCMS | 5.56 |
| ISP | CMC | 11/22/13 9:30 AM | 11/23/13 4:38 AM | EOP | 19.13 |
| **ISP Average** | | | | | **10.68** |
| KVSP | CHCF | 10/31/13 3:40 PM | 11/1/13 5:51 PM | CCCMS | 26.18 |
| KVSP | CHCF | 11/24/13 9:09 PM | 11/25/13 11:19 PM | CCCMS | 26.17 |
| KVSP | CHCF | 11/25/13 9:50 AM | 11/25/13 11:02 PM | CCCMS | 13.20 |
| KVSP | CMF | 11/12/13 12:44 PM | 11/14/13 10:16 AM | CCCMS | 45.53 |
| **KVSP Average** | | | | | **27.77** |
| LAC | CIM | 11/23/13 10:10 AM | 11/23/13 3:16 PM | CCCMS | 5.10 |
| LAC | CHCF | 11/6/13 6:59 PM | 11/8/13 8:40 AM | EOP | 37.68 |
| LAC | CIM | 11/25/13 10:27 PM | 11/27/13 9:45 AM | EOP | 35.30 |

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE          ATTACHMENT 2A
NOVEMBER 2013

| Transferred From | Transferred To | Referral Date and Time | Transfer Date and Time | Prior LOC | Hours Waiting |
|---|---|---|---|---|---|
| LAC | CMF | 11/29/13 7:04 AM | 11/30/13 6:25 AM | EOP | 23.35 |
| LAC | SOL | 11/28/13 7:13 AM | 11/29/13 6:26 AM | EOP | 23.22 |
| LAC | SOL | 11/29/13 7:04 AM | 11/30/13 6:25 AM | EOP | 23.35 |
| LAC | CMC | 11/10/13 12:48 PM | 11/12/13 9:40 AM | GP/OP | 44.87 |
| **LAC Average** | | | | | **27.55** |
| NKSP | CHCF | 11/21/13 9:36 AM | 11/22/13 6:33 AM | CCCMS | 20.95 |
| NKSP | CMC | 11/20/13 11:07 AM | 11/22/13 5:35 PM | CCCMS | 54.47 |
| NKSP | CHCF | 11/18/13 7:32 PM | 11/20/13 7:52 AM | EOP | 36.33 |
| NKSP | CHCF | 11/21/13 11:13 AM | 11/22/13 4:50 PM | EOP | 29.62 |
| NKSP | CHCF | 11/21/13 11:13 AM | 11/22/13 4:53 PM | EOP | 29.67 |
| NKSP | CMC | 11/17/13 9:31 AM | 11/18/13 6:15 AM | EOP | 20.73 |
| NKSP | CHCF | 11/18/13 5:30 PM | 11/20/13 7:51 AM | GP/OP | 38.35 |
| NKSP | CHCF | 11/25/13 3:45 PM | 11/27/13 8:16 AM | GP/OP | 40.52 |
| NKSP | CMF | 11/25/13 3:15 PM | 11/27/13 8:13 AM | GP/OP | 40.97 |
| NKSP | CMF | 11/26/13 2:53 PM | 11/27/13 11:00 PM | GP/OP | 32.12 |
| NKSP | SATF | 11/22/13 7:11 PM | 11/23/13 9:51 AM | GP/OP | 14.67 |
| **NKSP Average** | | | | | **32.58** |
| NKSP-RC | CMC | 10/31/13 11:25 AM | 11/1/13 3:13 PM | CCCMS | 27.80 |
| NKSP-RC | CHCF | 11/4/13 3:32 PM | 11/6/13 7:44 AM | EOP | 40.20 |
| NKSP-RC | CHCF | 11/6/13 3:30 PM | 11/8/13 5:33 AM | EOP | 38.05 |
| NKSP-RC | CMF | 11/4/13 9:40 AM | 11/5/13 7:33 AM | EOP | 21.88 |
| NKSP-RC | COR | 11/23/13 3:42 PM | 11/25/13 9:08 AM | EOP | 41.43 |
| NKSP-RC | COR | 11/23/13 7:24 PM | 11/25/13 9:07 AM | EOP | 37.72 |
| NKSP-RC | SAC | 11/13/13 1:19 PM | 11/15/13 10:02 AM | EOP | 44.71 |
| NKSP-RC | SATF | 11/3/13 8:14 AM | 11/4/13 7:27 AM | EOP | 23.22 |
| NKSP-RC | SATF | 11/3/13 10:46 AM | 11/4/13 7:28 AM | EOP | 20.70 |
| NKSP-RC | SATF | 11/7/13 1:31 PM | 11/8/13 5:17 AM | EOP | 15.76 |
| NKSP-RC | SATF | 11/23/13 11:24 AM | 11/24/13 11:08 AM | EOP | 23.73 |
| NKSP-RC | CHCF | 11/13/13 10:45 AM | 11/15/13 5:23 AM | GP/OP | 42.62 |
| NKSP-RC | CMC | 11/16/13 2:18 PM | 11/17/13 7:07 AM | GP/OP | 28.82 |
| NKSP-RC | CMC | 11/24/13 3:24 PM | 11/26/13 8:02 AM | GP/OP | 40.63 |
| NKSP-RC | CMF | 11/1/13 6:53 PM | 11/3/13 5:39 PM | GP/OP | 46.77 |
| NKSP-RC | SATF | 11/7/13 3:57 PM | 11/8/13 2:56 PM | MHCB | 22.98 |
| **NKSP-RC Average** | | | | | **32.31** |
| PVSP | CHCF | 11/22/13 9:40 AM | 11/22/13 4:43 PM | CCCMS | 7.05 |
| PVSP | SATF | 11/21/13 1:34 PM | 11/22/13 1:15 PM | CCCMS | 23.68 |
| **PVSP Average** | | | | | **15.37** |
| RJD | CHCF | 11/4/13 3:47 PM | 11/6/13 7:16 AM | EOP | 39.48 |
| RJD | CIM | 11/5/13 9:54 AM | 11/6/13 10:47 AM | EOP | 24.88 |
| **RJD Average** | | | | | **32.18** |
| SAC | CMC | 11/23/13 5:51 PM | 11/24/13 12:36 PM | CCCMS | 18.75 |
| SAC | CHCF | 11/28/13 3:25 PM | 11/29/13 3:53 PM | EOP | 24.47 |
| SAC | CHCF | 11/29/13 8:55 AM | 11/29/13 3:53 PM | EOP | 6.97 |
| SAC | CMF | 11/27/13 5:51 PM | 11/28/13 6:32 PM | EOP | 24.68 |
| SAC | CMF | 11/28/13 8:30 AM | 11/28/13 7:31 PM | EOP | 11.02 |
| SAC | CMF | 11/28/13 10:33 AM | 11/28/13 6:30 PM | EOP | 7.95 |
| SAC | HDSP | 11/27/13 5:51 PM | 11/29/13 8:42 AM | EOP | 38.85 |
| SAC | HDSP | 11/27/13 5:51 PM | 11/29/13 8:42 AM | EOP | 38.85 |

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2A
**NOVEMBER 2013**

| Transferred From | Transferred To | Referral Date and Time | Transfer Date and Time | Prior LOC | Hours Waiting |
|---|---|---|---|---|---|
| SAC | SOL | 11/30/13 6:24 AM | 11/30/13 3:20 PM | EOP | 8.93 |
| **SAC Average** | | | | | **20.05** |
| SATF | CMC | 11/24/13 3:30 PM | 11/25/13 8:47 PM | CCCMS | 29.28 |
| SATF | CIM | 11/13/13 3:41 PM | 11/13/13 7:01 PM | EOP | 3.33 |
| SATF | KVSP | 11/26/13 3:54 PM | 11/27/13 1:45 PM | EOP | 21.85 |
| **SATF Average** | | | | | **18.15** |
| SCC | CHCF | 11/20/13 10:00 AM | 11/20/13 3:06 PM | CCCMS | 5.10 |
| SCC | SATF | 11/12/13 9:35 AM | 11/12/13 4:14 PM | CCCMS | 6.65 |
| SCC | SOL | 11/27/13 8:15 AM | 11/27/13 7:26 PM | CCCMS | 11.18 |
| SCC | CHCF | 11/10/13 4:33 PM | 11/11/13 4:28 PM | EOP | 23.92 |
| **SCC Average** | | | | | **11.71** |
| SVSP | CHCF | 11/17/13 7:52 AM | 11/18/13 11:22 AM | CCCMS | 27.50 |
| SVSP | CHCF | 11/18/13 9:29 AM | 11/19/13 11:08 AM | GP/OP | 25.65 |
| **SVSP Average** | | | | | **26.57** |
| VSP | CHCF | 11/4/13 11:31 AM | 11/4/13 6:47 PM | CCCMS | 7.25 |
| VSP | CHCF | 11/20/13 11:12 AM | 11/20/13 2:17 PM | CCCMS | 3.08 |
| VSP | CMF | 11/27/13 10:17 AM | 11/27/13 9:33 PM | CCCMS | 11.27 |
| VSP | CMF | 11/27/13 10:17 AM | 11/27/13 9:33 PM | CCCMS | 11.26 |
| VSP | CHCF | 10/31/13 9:48 AM | 11/1/13 7:44 AM | EOP | 21.93 |
| VSP | CMF | 11/25/13 10:50 AM | 11/25/13 8:26 PM | EOP | 9.60 |
| VSP | LAC | 11/18/13 11:05 AM | 11/19/13 6:20 AM | EOP | 19.25 |
| VSP | SOL | 11/12/13 10:04 AM | 11/12/13 3:40 PM | EOP | 5.59 |
| **VSP Average** | | | | | **11.15** |
| WSP | CMC | 11/21/13 1:10 PM | 11/22/13 11:26 AM | CCCMS | 22.27 |
| WSP | KVSP | 11/18/13 11:45 AM | 11/19/13 9:39 AM | CCCMS | 21.90 |
| WSP | CMC | 11/20/13 4:31 PM | 11/21/13 1:56 PM | EOP | 21.42 |
| WSP | CMC | 11/20/13 10:42 PM | 11/21/13 1:56 PM | EOP | 15.23 |
| WSP | KVSP | 11/22/13 9:54 PM | 11/23/13 5:10 PM | EOP | 19.27 |
| WSP | CHCF | 11/22/13 11:08 AM | 11/23/13 2:08 PM | GP/OP | 27.00 |
| WSP | CMC | 11/17/13 5:58 PM | 11/19/13 7:10 AM | GP/OP | 37.20 |
| WSP | KVSP | 11/22/13 3:00 PM | 11/22/13 4:59 PM | GP/OP | 1.98 |
| WSP | LAC | 11/18/13 10:30 AM | 11/19/13 7:26 AM | GP/OP | 20.93 |
| WSP | SQ | 11/22/13 12:15 PM | 11/23/13 3:30 PM | GP/OP | 27.25 |
| **WSP Average** | | | | | **21.45** |
| WSP-RC | CHCF | 11/12/13 3:45 PM | 11/14/13 11:29 AM | CCCMS | 43.73 |
| WSP-RC | CHCF | 11/26/13 8:06 PM | 11/27/13 5:33 PM | CCCMS | 21.45 |
| WSP-RC | CMC | 11/11/13 10:14 AM | 11/11/13 3:00 PM | CCCMS | 4.77 |
| WSP-RC | CMC | 11/16/13 3:36 PM | 11/16/13 9:46 PM | CCCMS | 6.16 |
| WSP-RC | CMC | 11/17/13 3:39 PM | 11/18/13 11:00 AM | CCCMS | 19.35 |
| WSP-RC | KVSP | 11/22/13 3:30 PM | 11/23/13 5:10 PM | CCCMS | 25.67 |
| WSP-RC | SATF | 11/10/13 11:57 AM | 11/11/13 12:07 AM | CCCMS | 12.17 |
| WSP-RC | SOL | 10/31/13 2:30 PM | 11/1/13 4:04 PM | CCCMS | 25.56 |
| WSP-RC | CHCF | 11/5/13 3:31 PM | 11/6/13 12:24 PM | EOP | 20.88 |
| WSP-RC | CHCF | 11/13/13 2:42 PM | 11/14/13 11:29 AM | EOP | 20.77 |
| WSP-RC | CHCF | 11/29/13 3:02 PM | 11/30/13 3:00 PM | EOP | 23.97 |
| WSP-RC | CHCF | 11/29/13 7:12 PM | 11/30/13 3:00 PM | EOP | 19.80 |
| WSP-RC | CMC | 11/13/13 3:25 PM | 11/14/13 11:36 AM | EOP | 20.18 |
| WSP-RC | CMF | 11/22/13 3:30 PM | 11/22/13 8:24 PM | EOP | 4.90 |

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE
NOVEMBER 2013

| Transferred From | Transferred To | Referral Date and Time | Transfer Date and Time | Prior LOC | Hours Waiting |
|---|---|---|---|---|---|
| WSP-RC | CMF | 11/22/13 3:30 PM | 11/23/13 8:24 PM | EOP | 28.90 |
| WSP-RC | CMF | 11/27/13 10:18 AM | 11/27/13 11:19 PM | EOP | 13.00 |
| WSP-RC | KVSP | 11/22/13 9:54 PM | 11/23/13 5:10 PM | EOP | 19.27 |
| WSP-RC | SATF | 11/7/13 5:13 PM | 11/8/13 2:07 PM | EOP | 20.90 |
| WSP-RC | CHCF | 11/11/13 3:33 PM | 11/12/13 3:39 PM | GP/OP | 24.08 |
| WSP-RC | CHCF | 11/26/13 3:36 PM | 11/27/13 5:33 PM | GP/OP | 25.95 |
| WSP-RC | CHCF | 11/26/13 4:35 PM | 11/27/13 5:33 PM | GP/OP | 24.97 |
| WSP-RC | CMC | 10/31/13 1:05 PM | 11/1/13 4:04 PM | GP/OP | 26.97 |
| WSP-RC | CMF | 11/1/13 11:41 AM | 11/2/13 8:05 AM | GP/OP | 20.39 |
| WSP-RC | CMF | 11/2/13 12:55 AM | 11/2/13 9:46 PM | GP/OP | 20.85 |
| WSP-RC | CMF | 11/8/13 12:55 PM | 11/8/13 11:03 PM | GP/OP | 10.13 |
| WSP-RC Average | | | | | 20.19 |
| Grand Average | | | | | 20.77 |

| SUMMARY OF TRANSFERS | | | |
|---|---|---|---|
| Time Frames | Total Transfers | Average Hours Waiting | Range for Hours Waiting |
| Combined | 177 | 20.77 | |
| < or = 24 hours | 127 | 15.81 | |
| > 24 hrs < or = 48 | 49 | 32.95 | 0.77 to 54.47 |
| > 48 hrs < or = 72 | 1 | 54.47 | |
| > 72 hours | 0 | N/A | |

# EXHIBIT 8

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM

P.O. Box 942883
Sacramento, CA94283-0001



January 2, 2014

Matthew A. Lopes, Jr. Esquire          via: Debbie J. Vorous, Esquire
Office of the Special Master                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                Department of Justice
317 Iron Horse Point Way, Suite 301          1300 "I" Street, Suite 125
Providence, RI  02908                        P. O. Box 944255
                                             Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of November, 2013, data (or as
otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and
   Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary,
   and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center
   (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
   Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including
   admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH
    Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative
    Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A), Division of Health Care Services and
    Deputy Director (A), Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Linda Holden, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert
      Paul Nicoll, MPA, *Coleman* Monitor
      Mary Perrien, Ph.D., *Coleman* Expert
      Kathryn A. Burns, M.D., MPH, *Coleman* Expert
      Henry A. Dlugacz, Esq., *Coleman* Expert
      Kerry F. Walsh, Esq., *Coleman* Monitor
      Patricia Williams, Esq., *Coleman* Monitor
      Haunani Henry, *Coleman* Monitor
      Debbie Vorous, Esq., Office of the Attorney General
      Nicholas Weber, Esq, Office of Legal Affairs, CDCR
      Michael Stone, Esq., Office of Legal Affairs, CDCR
      Michael Bien, Esq., Rosen, Bien and Galvan
      Donald Specter, Esq., Prison Law Office
      Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Health Care Services (DHCS)
      Nathan Stanley, Chief, Field Operations, Statewide Mental Health Program, DHCS

Matthew A. Lopes, Jr. Esquire
Page 3


Laura Ceballos, Ph.D., Chief, Quality Management, Statewide Mental Health
   Program, DHCS
Teresa Owens, Associate Governmental Program Analyst, Quality Management,
   DHCS

State of California                                                California Department of Corrections and Rehabilitation

# **M**emorandum

Date:    December 24, 2013

To:    Tim Belavich
       Deputy Director
       Statewide Mental Health Program
       Division of Health Care Services

Subject:    **SUMMARY OF INTER-INSTITUTIONAL MENTAL HEALTH CRISIS BED REFERRALS
            AND TRANSFERS FOR NOVEMBER 2013**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and placements coordinated by Health Care Placement Oversight Program (HC-POP) staff.  During the month of **November 2013**, there were **314 MHCB** referrals.  Of the **314** referrals, **177** transferred and **63** were admitted internally.  The **74** not placed (**24%** of those referred) were rescinded by the referring clinician.  Of the **74** rescinded, **68** no longer required MHCB treatment and **six** were not medically cleared to transport.

- **Attachment 1** summarizes all **314** referrals by sending institution and previous levels of care. Additionally, every referral is tallied by classification score.

- **Attachment 2A (5 pages)** provides additional details of the completed referrals/transfers, including transfer timeframes, average number of hours waiting to transfer, and prior level of care.  For the **177** transferred, the average number of hours waiting was **20.77**, with **127** cases transferring within the required 24 hours.

- **Attachment 2B (4 pages)** provides details regarding those MHCB referrals rescinded or admitted internally by the referring institution.

- **Attachment 2C** summarizes the disposition of rescinded and internally admitted referrals.

- **Attachment 3** summarizes, by institution, the average number of hours referrals waited before being placed in an MHCB or rescinded.  For the **314** total referrals, the average number of hours waiting was **18.06**.

Please let me know if you have any questions about the information provided.


*Original signed by*
**Jay Powell**
Chief/Associate Warden (A)
Health Care Placement Oversight Program
Division of Health Care Services

Attachments

cc:  Health Care Regional Administrators
     Mental Health Regional Administrators
     Michael Morrison
     Cathy Jefferson
     HC-POP Staff

° CDC 1617 (3/89)

ATTACHMENT 1

SUMMARY
MHCB TRANSFERS, RESCINDS, AND INTERNAL ADMITS
BY INST. AND PRIOR LOC
NOVEMBER 2013

| | TOTAL REFERRALS | | | | | | | TRANSFERRED | | | | | | | RESCINDED OR ADMITTED INTERNALLY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL | CCCMS | EOP | MHCB | GP | DSH | TOTAL | % TTL |
| ASP | 3 | 2 | 0 | 0 | 0 | 5 | 1.59% | 3 | 2 | 0 | 0 | 0 | 5 | 2.82% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CAL | 0 | 0 | 0 | 6 | 0 | 6 | 1.91% | 0 | 0 | 0 | 6 | 0 | 6 | 3.39% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCC | 0 | 0 | 1 | 0 | 0 | 1 | 0.32% | 0 | 0 | 1 | 0 | 0 | 1 | 0.56% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCI | 3 | 0 | 0 | 0 | 0 | 3 | 0.96% | 3 | 0 | 0 | 0 | 0 | 3 | 1.69% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CCWF | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CEN | 0 | 1 | 0 | 2 | 0 | 3 | 0.96% | 0 | 1 | 0 | 2 | 0 | 3 | 1.69% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CIM-RC | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CMF | 0 | 1 | 0 | 0 | 0 | 1 | 0.32% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 1 | 0 | 0 | 0 | 1 | 0.73% |
| COCF | 0 | 0 | 0 | 1 | 0 | 1 | 0.32% | 0 | 0 | 0 | 1 | 0 | 1 | 0.56% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| COR | 8 | 10 | 0 | 1 | 0 | 19 | 6.05% | 2 | 1 | 0 | 0 | 0 | 3 | 1.69% | 6 | 9 | 0 | 1 | 0 | 16 | 11.68% |
| CRC | 3 | 0 | 0 | 0 | 0 | 3 | 0.96% | 3 | 0 | 0 | 0 | 0 | 3 | 1.69% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CTF | 9 | 0 | 0 | 1 | 0 | 10 | 3.18% | 9 | 0 | 0 | 1 | 0 | 10 | 5.65% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| CVSP | 1 | 0 | 0 | 0 | 0 | 1 | 0.32% | 1 | 0 | 0 | 0 | 0 | 1 | 0.56% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI | 4 | 1 | 0 | 2 | 0 | 7 | 2.23% | 4 | 1 | 0 | 2 | 0 | 7 | 3.95% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| DVI-RC | 14 | 6 | 0 | 2 | 0 | 22 | 7.01% | 14 | 5 | 0 | 2 | 0 | 21 | 11.86% | 0 | 1 | 0 | 0 | 0 | 1 | 0.73% |
| FOL | 4 | 0 | 0 | 0 | 0 | 4 | 1.27% | 4 | 0 | 0 | 0 | 0 | 4 | 2.26% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| ISP | 6 | 1 | 0 | 0 | 0 | 7 | 2.23% | 5 | 1 | 0 | 0 | 0 | 6 | 3.39% | 1 | 0 | 0 | 0 | 0 | 1 | 0.73% |
| KVSP | 8 | 1 | 0 | 1 | 0 | 10 | 3.18% | 4 | 0 | 0 | 0 | 0 | 4 | 2.26% | 4 | 1 | 0 | 1 | 0 | 6 | 4.38% |
| LAC | 10 | 19 | 0 | 3 | 0 | 32 | 10.19% | 1 | 5 | 0 | 1 | 0 | 7 | 3.95% | 9 | 14 | 0 | 2 | 0 | 25 | 18.25% |
| NKSP | 7 | 5 | 0 | 5 | 0 | 17 | 5.41% | 2 | 4 | 0 | 5 | 0 | 11 | 6.21% | 5 | 1 | 0 | 0 | 0 | 6 | 4.38% |
| NKSP-RC | 12 | 16 | 1 | 13 | 0 | 42 | 13.38% | 1 | 10 | 1 | 4 | 0 | 16 | 9.04% | 11 | 6 | 0 | 9 | 0 | 26 | 18.98% |
| PVSP | 5 | 0 | 0 | 0 | 0 | 5 | 1.59% | 2 | 0 | 0 | 0 | 0 | 2 | 1.13% | 3 | 0 | 0 | 0 | 0 | 3 | 2.19% |
| RJD | 0 | 2 | 0 | 0 | 0 | 2 | 0.64% | 0 | 2 | 0 | 0 | 0 | 2 | 1.13% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SAC | 1 | 19 | 0 | 0 | 0 | 20 | 6.37% | 1 | 8 | 0 | 0 | 0 | 9 | 5.08% | 0 | 11 | 0 | 0 | 0 | 11 | 8.03% |
| SATF | 1 | 3 | 0 | 0 | 0 | 4 | 1.27% | 1 | 2 | 0 | 0 | 0 | 3 | 1.69% | 0 | 1 | 0 | 0 | 0 | 1 | 0.73% |
| SCC | 3 | 1 | 0 | 0 | 0 | 4 | 1.27% | 3 | 1 | 0 | 0 | 0 | 4 | 2.26% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SOL | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| SVSP | 7 | 12 | 0 | 1 | 0 | 20 | 6.37% | 1 | 0 | 0 | 1 | 0 | 2 | 1.13% | 6 | 12 | 0 | 0 | 0 | 18 | 13.14% |
| VSP | 4 | 5 | 0 | 0 | 0 | 9 | 2.87% | 4 | 4 | 0 | 0 | 0 | 8 | 4.52% | 0 | 1 | 0 | 0 | 0 | 1 | 0.73% |
| WSP | 4 | 5 | 0 | 6 | 0 | 15 | 4.78% | 2 | 3 | 0 | 5 | 0 | 10 | 5.65% | 2 | 2 | 0 | 1 | 0 | 5 | 3.65% |
| WSP-RC | 13 | 19 | 0 | 9 | 0 | 41 | 13.06% | 8 | 10 | 0 | 7 | 0 | 25 | 14.12% | 5 | 9 | 0 | 2 | 0 | 16 | 11.68% |
| TOTAL | 130 | 129 | 2 | 53 | 0 | 314 | 100.00% | 78 | 60 | 2 | 37 | 0 | 177 | 100.00% | 52 | 69 | 0 | 16 | 0 | 137 | 100.00% |
| % TTL | 41.40% | 41.08% | 0.64% | 16.88% | 0.00% | 100.00% | | 44.07% | 33.90% | 1.13% | 20.90% | 0.00% | 100.00% | | 37.96% | 50.36% | 0.00% | 11.68% | 0.00% | 100.00% | |

| Referrals by Classification Score | |
|---|---|
| Score | Total |
| 0-18 | 59 |
| 19-35 | 50 |
| 36-59 | 37 |
| 60+ | 115 |
| TOTAL | 261 |
| Not Calc | 53 |
| Grand TTL | 314 |

# EXHIBIT 9

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA94283-0001



January 2, 2014

Matthew A. Lopes, Jr. Esquire                via: Debbie J. Vorous, Esquire
Office of the Special Master                       Deputy Attorney General
Pannone Lopes & Devereaux LLC                Department of Justice
317 Iron Horse Point Way, Suite 301          1300 "I" Street, Suite 125
Providence, RI 02908                                 P. O. Box 944255
                                                              Sacramento, CA 94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of November, 2013, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A), Division of Health Care Services and
    Deputy Director (A), Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Linda Holden, Esq., *Coleman* Deputy Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Kerry C. Hughes, M.D., *Coleman* Expert
     Paul Nicoll, MPA, *Coleman* Monitor
     Mary Perrien, Ph.D., *Coleman* Expert
     Kathryn A. Burns, M.D., MPH, *Coleman* Expert
     Henry A. Dlugacz, Esq., *Coleman* Expert
     Kerry F. Walsh, Esq., *Coleman* Monitor
     Patricia Williams, Esq., *Coleman* Monitor
     Haunani Henry, *Coleman* Monitor
     Debbie Vorous, Esq., Office of the Attorney General
     Nicholas Weber, Esq, Office of Legal Affairs, CDCR
     Michael Stone, Esq., Office of Legal Affairs, CDCR
     Michael Bien, Esq., Rosen, Bien and Galvan
     Donald Specter, Esq., Prison Law Office
     Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Health Care Services (DHCS)
     Nathan Stanley, Chief, Field Operations, Statewide Mental Health Program, DHCS

Matthew A. Lopes, Jr. Esquire
Page 3


Laura Ceballos, Ph.D., Chief, Quality Management, Statewide Mental Health
Program, DHCS
Teresa Owens, Associate Governmental Program Analyst, Quality Management,
DHCS

# Mental Health Population By Institution
Download Date: November 15, 2013

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
*(ASU, GP, RC and SHU Detail on pages 2-4)*

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1099 | 1259 | 115% | | 3 | | | | | 1262 |
| CAL | | 22 | | | | | | | | 22 |
| CCC | | 1 | | | | | | | | 1 |
| CCI | 1349 | 1140 | 85% | | 7 | | | | | 1147 |
| CCWF | 899 | 1145 | 127% | 64 | 64 | 100% | | | | 1209 |
| CEN | | 47 | | | 1 | | | | | 48 |
| CHCF | | 204 | | | 51 | | | | | 255 |
| CIM | 1299 | 1594 | 123% | | 46 | | | | | 1640 |
| CIW | 499 | 857 | 172% | 85 | 82 | 96% | 20 | 19 | 95% | 958 |
| CMC | 1099 | 816 | 74% | 634 | 652 | 103% | | | | 1468 |
| CMF | 599 | 431 | 72% | 391 | 382 | 98% | | | | 813 |
| COR | 949 | 1241 | 131% | 249 | 262 | 105% | | | | 1503 |
| CRC-M | 848 | 1106 | 130% | | 3 | | | | | 1109 |
| CTF | 845 | 1133 | 134% | | 1 | | | | | 1134 |
| CVSP | | 25 | | | | | | | | 25 |
| DVI | 649 | 547 | 84% | | 19 | | | | | 566 |
| FOL | 599 | 732 | 122% | | 4 | | | | | 736 |
| HDSP | 699 | 932 | 133% | | 7 | | | | | 939 |
| ISP | | 9 | | | | | | | | 9 |
| KVSP | 1000 | 1308 | 131% | 96 | 97 | 101% | | | | 1405 |
| LAC | 1149 | 1285 | 112% | 374 | 392 | 105% | | | | 1677 |
| MCSP | 1149 | 1145 | 100% | 560 | 564 | 101% | | | | 1709 |
| NKSP | 799 | 774 | 97% | | 92 | | | | | 866 |
| PBSP | 349 | 122 | 35% | 66 | 56 | 85% | 128 | 40 | 31% | 218 |
| PVSP | 1499 | 1317 | 88% | | 5 | | | | | 1322 |
| RJD | 1199 | 1408 | 117% | 543 | 540 | 99% | | | | 1948 |
| SAC | 849 | 522 | 61% | 458 | 403 | 88% | 384 | 266 | 69% | 1191 |
| SATF | 1199 | 1572 | 131% | 352 | 355 | 101% | | | | 1927 |
| SCC | 499 | 624 | 125% | | 10 | | | | | 634 |
| SOL | 1199 | 1356 | 113% | | 13 | | | | | 1369 |
| SQ | 899 | 1059 | 118% | 36 | 72 | 200% | | | | 1131 |
| SVSP | 999 | 1295 | 130% | 264 | 221 | 84% | | | | 1516 |
| VSP | 849 | 1053 | 124% | 192 | 174 | 91% | | | | 1227 |
| WSP | 1049 | 862 | 82% | | 108 | | | | | 970 |
| **TOTAL** | **26118** | **28943** | **111%** | **4364** | **4686** | **107%** | **532** | **325** | **61%** | **33954** |

| Group | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| Institution [3] | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **Administrative Segregation Unit (ASU)** | | | | | | | | |
| ASP ASU | | 22 | | | | | **22** | |
| CAL ASU | | 7 | | | | | **7** | |
| CCC ASU | | 1 | | | | | **1** | |
| CCI ASU | | 91 | | | | | **91** | |
| CCWF ASU | | 60 | | 10 | 1 | 10% | **61** | |
| CEN ASU | | 5 | | | 1 | | **6** | |
| CIM ASU | | 86 | | | | | **86** | |
| CIW ASU | | 20 | | 10 | 8 | 80% | **28** | |
| CMC ASU | | 54 | | 54 | 61 | 113% | **115** | |
| CMF ASU | | 26 | | 58 | 43 | 74% | **69** | |
| COR ASU | | 127 | | 99 | 92 | 93% | **219** | |
| CTF ASU | | 41 | | | | | **41** | |
| CVSP ASU | | 1 | | | | | **1** | |
| DVI ASU | | 84 | | | 3 | | **87** | |
| FOL ASU | | 35 | | | 1 | | **36** | |
| HDSP ASU | | 89 | | | 1 | | **90** | |
| ISP ASU | | 1 | | | | | **1** | |
| KVSP ASU | | 67 | | | 4 | | **71** | |
| LAC ASU | | 140 | | 74 | 88 | 119% | **228** | |
| MCSP ASU | | 61 | | 50 | 66 | 132% | **127** | |
| NKSP ASU | | 38 | | | 4 | | **42** | |
| PBSP ASU | | 45 | | | 11 | | **56** | |
| PVSP ASU | | 103 | | | | | **103** | |
| RJD ASU | | 108 | | 63 | 64 | 102% | **172** | |
| SAC ASU | | 83 | | 74 | 47 | 64% | **130** | |
| SATF ASU | | 119 | | | 5 | | **124** | |
| SCC ASU | | 20 | | | 2 | | **22** | |
| SOL ASU | | 65 | | | | | **65** | |
| SQ ASU | | 82 | | 36 | 21 | 58% | **103** | |
| SVSP ASU | | 128 | | 72 | 68 | 94% | **196** | |

| Group<br>Institution [3] | CCCMS | | | EOP | | | Subtotal<br>MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current<br>Pop | % of<br>Capacity | Capacity | Current<br>Pop | % of<br>Capacity | | |
| **Administrative Segregation Unit (ASU)** | | | | | | | | |
| **VSP ASU** | | 21 | | | 5 | | **26** | |
| **WSP ASU** | | 31 | | | 8 | | **39** | |
| **Group Total for ASU** | | **1,861** | | **600** | **604** | **101%** | **2,465** | |

| Group | | | | EOP | | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | CCCMS | | | | | | | |
| Institution [3] | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Subtotal MH Pop | |
| **General Population (GP)** | | | | | | | | |
| **ASP** *II* | 1,099 | 1,237 | 113% | | 3 | | **1,240** | |
| **CAL** *I,IV* + | | 15 | | | | | **15** | |
| **CCC** *I,II,III* | | 0 | | | | | **0** | |
| **CCI** *I,II,III,IV* * | 1,219 | 860 | 71% | | 5 | | **865** | |
| **CCWF** | 745 | 964 | 129% | 54 | 3 | 6% | **967** | |
| **CEN** *III* | | 42 | | | | | **42** | |
| **CHCF** | | 204 | | | 51 | | **255** | |
| **CIM** *I* | 666 | 1,407 | 211% | | 30 | | **1,437** | |
| **CIW** | 499 | 757 | 152% | 75 | 73 | 97% | **830** | |
| **CMC** *I,II,III* | 1,099 | 762 | 69% | 580 | 591 | 102% | **1,353** | |
| **CMF** *I,II,III* | 599 | 405 | 68% | 333 | 339 | 102% | **744** | |
| **COR** *I,III,IV* + * | 499 | 683 | 137% | 150 | 169 | 113% | **852** | *SNY EOP=150 beds* |
| **CRC-M** *II* | 848 | 1,106 | 130% | | 3 | | **1,109** | |
| **CTF** *I,II* | 845 | 1,092 | 129% | | 1 | | **1,093** | |
| **CVSP** *I,II* | | 24 | | | | | **24** | |
| **DVI** *I,II* | 85 | 152 | 179% | | 2 | | **154** | |
| **FOL** *III* | 599 | 697 | 116% | | 3 | | **700** | |
| **HDSP** *I,III,IV* * | 699 | 843 | 121% | | 6 | | **849** | |
| **ISP** *I,III* | | 8 | | | | | **8** | |
| **KVSP** *I,IV* | 1,000 | 1,241 | 124% | 96 | 93 | 97% | **1,334** | *SNY EOP* |
| **LAC** *I,III,IV* + | 1,149 | 1,145 | 100% | 300 | 304 | 101% | **1,449** | |
| **MCSP** *I,II,III,IV* + | 1,149 | 1,084 | 94% | 510 | 498 | 98% | **1,582** | *SNY EOP* |
| **NKSP** *I,III* | 80 | 123 | 154% | | 1 | | **124** | |
| **PBSP** *I,IV* * | 349 | 72 | 21% | 66 | 44 | 67% | **116** | |
| **PVSP** *I,III* | 1,499 | 1,214 | 81% | | 5 | | **1,219** | |
| **RJD** *I,III* | 1,199 | 1,300 | 108% | 480 | 476 | 99% | **1,776** | *SNY EOP=150 beds* |
| **SAC** *I,IV* | 849 | 419 | 49% | 384 | 356 | 93% | **775** | |
| **SATF** *II,III,IV* * | 1,199 | 1,453 | 121% | 352 | 350 | 99% | **1,803** | *SNY EOP=264 beds* |
| **SCC** *I,II,III* | 499 | 604 | 121% | | 8 | | **612** | |
| **SOL** *II,III* | 1,199 | 1,291 | 108% | | 13 | | **1,304** | |

| Group | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| Institution [3] | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **General Population (GP)** | | | | | | | | |
| SQ                 *I,II* | 350 | 805 | 230% | | 33 | | **838** | |
| SVSP             *I,IV  *  | 999 | 1,167 | 117% | 192 | 153 | 80% | **1,320** | |
| VSP                *II* | 849 | 1,032 | 122% | 192 | 169 | 88% | **1,201** | *SNY EOP* |
| WSP              *I,III* | 105 | 140 | 133% | | | | **140** | |
| **Group Total for GP** | **21,975** | **24,348** | **111%** | **3,764** | **3,782** | **100%** | **28,130** | |
| **Reception Center (RC)** | | | | | | | | |
| CCWF-RC | 154 | 121 | 79% | | 60 | | **181** | *Fac A Bldg 501 is partial RC and partial EOP-GP* |
| CIM-RC | 633 | 101 | 16% | | 16 | | **117** | |
| DVI-RC | 564 | 311 | 55% | | 14 | | **325** | |
| NKSP-RC | 719 | 613 | 85% | | 87 | | **700** | |
| SQ-RC | 549 | 172 | 31% | | 18 | | **190** | |
| WSP-RC | 944 | 691 | 73% | | 100 | | **791** | |
| **Group Total for RC** | **3,563** | **2,009** | **56%** | | **295** | | **2,304** | |
| **Security Housing Unit (SHU)** | | | | | | | | |
| CCI-SHU | 130 | 189 | 145% | | 2 | | **191** | |
| CIW SHU | | 80 | | | 1 | | **81** | |
| COR-SHU | 450 | 431 | 96% | | 1 | | **432** | |
| PBSP SHU | | 5 | | | 1 | | **6** | |
| SAC SHU | | 20 | | | | | **20** | |
| **Group Total for SHU** | **580** | **725** | **125%** | | **5** | | **730** | |

**Report Footnotes**

(1) CCCMS capacities have not been adjusted to reflect realignment.

(2) EOP, ASU-EOP, and PSU may not reflect actual program vacancies because beds can be held vacant for inmate-patients temporarily housed in MHCB and OHU.

(3) " + " is a 270 Design Facility.  " * " is a 180 Design Facility.

# EXHIBIT 10

1                 IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF CALIFORNIA

3                           ---O0O---

4        BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7           Plaintiffs,

8    Vs.                            CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,
10

11          Defendants.

12   _____/

13

14

15                           ---o0o---

16

17                      REPORTER'S TRANSCRIPT

18                    RE:  EVIDENTIARY HEARING

19                 THURSDAY, DECEMBER 12TH, 2013

20

21                           ---o0o---

22

23

24
     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

3215

1        Do you see those there?

2    A.     Yes, sir.

3    Q.     And as you testified -- as you testified there is

4    difficulty in arranging for bus seats for EOPs who are

5    endorsed for transfer to EOP GP and EOP SNY, correct?

6        MS. VOROUS:  Objection, Your Honor.  That misstates

7    her testimony.

8        THE COURT:  Ma'am?

9        MS. VOROUS:  Objection.  That misstates her

10   testimony.

11       THE COURT:  Well, I'm not really quite certain as to

12   what the testimony is.  I'm going to overrule it, but that

13   doesn't mean your wrong, ma'am.

14       We'll receive the evidence and someday find out

15   whether it matters.

16       Go ahead.

17       Can you answer the question about -- well, just ask

18   the direct question.

19   BY MR. FISCHER:

20   Q.     Miss Allison, there continues to be difficulty in

21   arranging for bus seats for EOPs endorsed to transfer to EOP

22   GP and EOP SNY yards, correct?

23   A.     Not to my knowledge.

24   Q.     So on this chart, for example, the middle of the

25   page, the MCSP SNY Level III, that's Mule Creek EOP SNY for

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

3216

1   this week.  Going to the middle of the page there are 43 bus

2   seats requested and zero total bus seats provided.

3          Do you see that there?

4   A.    I see that, yes.

5   Q.    And just below that at the Corcoran SNY Level IV,

6   there were 21 bus seats provided -- or 21 bus seats

7   requested, five provided?

8          THE COURT:  And 7/0 and 29/1 and 11/3.

9          I can read.

10         Now, does that reflect, in fact, your general

11  experiences with obtaining bus seats?

12         THE WITNESS:  Each program has a cap for EOP of 15

13  per week to ensure continuity of care.  So the buses cannot

14  transport more than 15 a week in any given program.

15         So the clinicians --

16         THE COURT:  I don't know what that means.

17         THE WITNESS:  What that means, sir --

18         THE COURT:  You can take 15 people to Corcoran, 15

19  people to wherever, et cetera, et cetera, but on that date

20  there are 43 requested for a special needs unit at MC -- I

21  don't know what MCSP is, but whatever it is, and you could

22  only take 15 because you're testifying -- No?

23         THE WITNESS:  No, sir.  It is where they are going to

24  if that program -- let's say 43 are going to RJD.  RJD can

25  only receive a total of 15 per week.  And that's a minimum

3217

1    health requirement, not a custodial requirement.

2            THE COURT:  But the problem is that you got zero.

3    They didn't take any.

4            I mean, I don't want to be -- it just seems to me

5    that what you are telling me is they could have taken at

6    least 15 and they took none.

7            THE WITNESS:  We may not have had a bus going to that

8    location that week.

9            THE COURT:  That's all the point was that he was

10   making.

11           THE WITNESS:  Okay.

12           THE COURT:  You didn't take anybody.  You had 43

13   people ready to go, and they're still languishing in ASUs.

14           I don't mean now, but after this period they were.

15           THE WITNESS:  They were in a EOP hub institution.

16           THE COURT:  Right.

17           THE WITNESS:  Uh-huh.

18           THE COURT:  And the same thing with the 21 below,

19   where you got only five, seven where you got zero, 28 where

20   you got one.  I mean right down the line, with the exception

21   for the 43, you never asked for more than 15?

22           THE WITNESS:  Those are not all in ASUs, sir.  Those

23   are total bus seats requested.  We move regular EOP inmates

24   to another EOP program.  For example, Mule Creek Level III,

25   numerous inmates could be moved into a Level II program.  So

```
 1                    REPORTER'S CERTIFICATE

 2                        ---o0o---

 3
      STATE OF CALIFORNIA  )
 4    COUNTY OF SACRAMENTO )

 5


 6
           I certify that the foregoing is a correct transcript
 7
      from the record of proceedings in the above-entitled matter.
 8

 9

10               IN WITNESS WHEREOF, I subscribe this
      certificate at Sacramento, California.
11

12

13    /S/_Catherine E.F. Bodene_____
           CATHERINE E.F. BODENE, CSR NO. 6926
14         Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

1                              CERTIFICATION

2

3        I, Michelle L. Babbitt, certify that the foregoing is a

4   correct transcript from the record of proceedings in the

5   above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 11

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA94283-0001



January 2, 2014

Matthew A. Lopes, Jr. Esquire                via:  Debbie J. Vorous, Esquire
Office of the Special Master                        Deputy Attorney General
Pannone Lopes & Devereaux LLC                       Department of Justice
317 Iron Horse Point Way, Suite 301                 1300 "I" Street, Suite 125
Providence, RI 02908                                P. O. Box 944255
                                                    Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of November, 2013, data (or as
otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A), Division of Health Care Services and
    Deputy Director (A), Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Linda Holden, Esq., *Coleman* Deputy Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Kerry C. Hughes, M.D., *Coleman* Expert
     Paul Nicoll, MPA, *Coleman* Monitor
     Mary Perrien, Ph.D., *Coleman* Expert
     Kathryn A. Burns, M.D., MPH, *Coleman* Expert
     Henry A. Dlugacz, Esq., *Coleman* Expert
     Kerry F. Walsh, Esq., *Coleman* Monitor
     Patricia Williams, Esq., *Coleman* Monitor
     Haunani Henry, *Coleman* Monitor
     Debbie Vorous, Esq., Office of the Attorney General
     Nicholas Weber, Esq, Office of Legal Affairs, CDCR
     Michael Stone, Esq., Office of Legal Affairs, CDCR
     Michael Bien, Esq., Rosen, Bien and Galvan
     Donald Specter, Esq., Prison Law Office
     Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Health Care Services (DHCS)
     Nathan Stanley, Chief, Field Operations, Statewide Mental Health Program, DHCS

Matthew A. Lopes, Jr. Esquire
Page 3


Laura Ceballos, Ph.D., Chief, Quality Management, Statewide Mental Health
   Program, DHCS
Teresa Owens, Associate Governmental Program Analyst, Quality Management,
   DHCS

# ENHANCED OUTPATIENT PROGRAM (EOP)
## INSTITUTION COUNTS AND BUS SEAT REQUESTS - WEEK OF NOVEMBER 18, 2013

| MALE EOP Institutions | MH Operational Capacity | Institution Count (11/15/13) | Current Vacancies | Percent Filled | Total Bus Seats Requested | Total Bus Seats Provided | Number of Bus Seats Requested by Sending Location *(Inter-institution transfers only. Numbers/locations in bold reflect bus seats scheduled for transport this week.)* |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 264 | 241 | 23 | 91% | 1 | 1 | **1-WSPRC** |
| SATF COD II | 88 | 83 | 5 | 94% | 0 | 0 | |
| VSP SNY II | 192 | 166 | 26 | 86% | 6 | 6 | **1-DVIRC, 1-LAC, 3-MCSP, 1-SQRC** |
| CMC III | 580 | 581 | -1 | 100% | 41 | 1 | **1-LAC**, 2-CRC, 3-WSPRC, 1-CTF, 1-LAC, 5-LAC, 8-RJD, 7-SAC, 9-SATF, 3-SOL, 2-SQRC |
| CMF III | 333 | 322 | 11 | 97% | 7 | 1 | **1-SATF**, 1-CMC, 2-DVIRC, 2-NKSPRC, 1-SATF |
| RJD III | 330 | 320 | 10 | 97% | 20 | 3 | **3-SATF**, 1-CIMRC, 3-CMC, 3-CMF, 1-WSPRC, 1-HDSP, 2-NKSPRC, 5-SAC, 3-SATF, 1-SVSP |
| LAC IV (270) | 300 | 261 | 39 | 87% | 1 | 1 | **1-CIMRC** |
| MCSP SNY III | 360 | 350 | 10 | 97% | 45 | 5 | **2-LAC, 1-SAC, 2-SCC** 1-CCI, 2-CMC, 2-CMF, 11-COR, 3-WSPRC, 2-NKSPRC, 2-PVSP, 1-RJD, 3-SAC, 6-SATF, 3-SCC, 2-SQRC, 2-SVSP |
| COR SNY IV (270) | 150 | 162 | -12 | 108% | 23 | 0 | 2-CIMRC, 1-CMC, 1-CMF, 2-WSPRC, 1-DVIRC, 1-HDSP, 7-LAC, 3-NKSPRC, 1-SATF, 1-SCC, 3-SQRC |
| MCSP SNY IV (270) | 150 | 148 | 2 | 99% | 14 | 0 | 1-CMC, 1-COR, 2-WSPRC, 1-KVSP, 6-LAC, 3-NKSPRC |
| RJD SNY IV (270) | 150 | 152 | -2 | 101% | 28 | 7 | **2-LAC, 1-MCSP, 2-NKSPRC, 2-SATF,** 1-CIMRC, 1-CMF, 1-COR, 2-WSPRC, 1-HDSP, 1-KVSP, 3-LAC, 3-MCSP, 3-SAC, 1-SATF, 1-SCC, 3-SVSP |
| KVSP SNY IV (180) | 96 | 93 | 3 | 97% | 9 | 0 | 1-CMF, 1-COR, 7-SAC |
| PBSP IV (180) | 66 | 42 | 24 | 64% | 0 | 0 | |
| SAC IV (180) | 384 | 346 | 38 | 90% | 4 | 4 | **1-CMF, 2-LAC, 1-MCSP** |
| SVSP IV (180) | 192 | 153 | 39 | 80% | 4 | 4 | **3-LAC, 1-SAC** |
| **TOTALS:** | **3635** | **3420** | **215** | **94%** | **203** | **33** | |

| FEMALE EOP | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 60 | -6 | 111% | 0 | 0 | |
| CIW | 75 | 75 | 0 | 100% | 1 | 1 | *1-CCWFRC* |
| **TOTALS:** | **129** | **135** | **-6** | **105%** | **1** | **1** | |

| PSU | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | (per 11-18-13 PSU Pending List) | | | |
| CIW PSU | 20 | 19 | 1 | 95% | 0 | 0 | |
| PBSP PSU | 128 | 40 | 88 | 31% | 0 | 0 | |
| SAC PSU | 384 | 268 | 116 | 70% | 36 | 14 | 1-SVSP, 4-LAC, 4-COR, 1-CMF, 3-MCSP, 1-PBSP, 6-SVSP, 4-PBSP, 4-COR, 3-CMC, 4-LAC, 1-CMF |

"Institution Count" from Population Mgmt. Unit of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

**Note:** This data is based on statewide Bus Seat Requests to an EOP program that were not scheduled to move during the subject week. Bus Seat Requests are used as an indicator of projected statewide bus seat needs for EOP.
*This is not intended to represent an EOP Wait List, Pending List, or Endorsement List.*

DHCS, Health Care Placement Oversight Program

# EXHIBIT 12

1         IN THE UNITED STATES DISTRICT COURT

2         FOR THE EASTERN DISTRICT OF CALIFORNIA

3                    ---O0O---

4    BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7         Plaintiffs,

8    Vs.                        CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,

10

11        Defendants.

12   _____/

13

14

15                   ---o0o---

16

17              REPORTER'S TRANSCRIPT

18          RE:  EVIDENTIARY HEARING

19        THURSDAY, DECEMBER 12TH, 2013

20

21                   ---o0o---

22

23

24
     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

3315

1    It is incredibly complex, and they do this on a

2    weekly basis, put together our schedules of how we're going

3    to get these inmates moved through out the state.

4    Can we do better?

5    Well, I'm not going to sit here and tell you we

6    can't, Your Honor.

7    THE COURT:  All right.

8    Miss D'Agostino.

9    MS. D'AGOSTINO:  I have no further questions, Your

10   Honor.

11                    CROSS-EXAMINATION

12   BY MR. BIEN:

13   Q.    Mr. Stainer, following on the court's question, if

14   the population was reduced further and your capacity was

15   brought down, wouldn't it be easier to move people more

16   rapidly to the proper bed?

17   A.    I would only have to say -- I mean, with a guess,

18   yes.  I mean, I would assume so.

19   Q.    There are still shortages, for example, of SNY beds

20   at certain levels that are resulting in prisoners with mental

21   illness being housed in Ad. Seg. today?

22   A.    I can think of -- again, we do have some population

23   issues at one of our institutions, yes.

24   Q.    Which institution?

25   A.    I would like to say Kern Valley, Level IV, SNY.

1                    REPORTER'S CERTIFICATE

2                         ---o0o---

3
    STATE OF CALIFORNIA  )
4   COUNTY OF SACRAMENTO )

5

6          I certify that the foregoing is a correct transcript

7   from the record of proceedings in the above-entitled matter.

8

9

10              IN WITNESS WHEREOF, I subscribe this
    certificate at Sacramento, California.

11

12

13   /S/_Catherine E.F. Bodene_____
          CATHERINE E.F. BODENE, CSR NO. 6926
14        Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATION

2

3        I, Michelle L. Babbitt, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 13

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF CALIFORNIA

3                        ---O0o---

4    BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7         Plaintiffs,

8    Vs.                          CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,
10

11        Defendants.

12   _____/

13

14

15                        ---o0o---

16

17                    REPORTER'S TRANSCRIPT

18                 RE:  EVIDENTIARY HEARING

19              THURSDAY, DECEMBER 5TH, 2013

20

21                        ---o0o---

22

23

24
     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

2761

1  people scraping them over the years.  And you say, How are

2  you?  They say, Well, I'm okay.  This sort of thing back and

3  forth, I find it very inadequate.

4          THE COURT:  I'm sorry I interrupted, Mr. Nolan.

5          MR. NOLAN:  Oh, no.  Thank you.

6  BY MR. NOLAN:

7  Q.      Sort of continuing on in that line of thought,

8  Doctor, but maybe looking more broadly, in your prison tours

9  this year did you learn about the availability of

10  confidential treatment spaces?

11  A.      Yes.

12  Q.      In these EOP Ad. Seg. programs?

13  A.      Correct.

14  Q.      And what did you learn about that, Doctor?

15  A.      I learned that there was sort of a general lack of

16  confidential treatment spaces.

17  Q.      And was that true in most of the prisons or all of

18  the prisons that you visited?

19  A.      It was true for all of them, yes.

20  Q.      And were there differences in terms of the

21  availability of confidential space for groups in the

22  different prisons you visited?

23  A.      Yes.  In two of the prisons, at R.J. Donovan and

24  Los Angeles, actually the groups were occurring on the

25  dayroom floor.

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

1                    REPORTER'S CERTIFICATE

2                         ---o0o---

3
    STATE OF CALIFORNIA  )
4   COUNTY OF SACRAMENTO )

5


6
          I certify that the foregoing is a correct transcript
7
    from the record of proceedings in the above-entitled matter.
8

9

10              IN WITNESS WHEREOF, I subscribe this
    certificate at Sacramento, California.
11

12

13    /S/_Catherine E.F. Bodene_____
          CATHERINE E.F. BODENE, CSR NO. 6926
14        Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25

1                         CERTIFICATION

2

3        I, Michelle L. Babbitt, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 14



**Treatment Cages for Individual Mental Health Clinical Contacts in EOP
Administrative Segregation Unit (C-12)
Mule Creek State Prison (MCSP)
February 7, 2013**

PLAINTIFFS
EXHIBIT
2003

MCSP   14

# EXHIBIT 15



**Dayroom Floor Area Used for Group Therapy on EOP**
**Administrative Segregation Unit (C-12)**
**Mule Creek State Prison (MCSP)**
**February 7, 2013**

PLAINTIFFS
EXHIBIT
2005

MCSP 28

# EXHIBIT 16



PLAINTIFFS
EXHIBIT
2006

TV and VCR (with Titanic movie) in Area Used for Group
Therapy in EOP Administrative Segregation Unit (C-12)
Mule Creek State Prison (MCSP)
February 7, 2013

# EXHIBIT 17



PLAINTIFFS
EXHIBIT
2012

**Planned Location for EOP Administrative Segregation
Office/Treatment Space
Mule Creek State Prison (MCSP)
February 7, 2013**

# EXHIBIT 18

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF CALIFORNIA

 3                           ---O0o---

 4        BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

 5

 6    RALPH COLEMAN, et al.,

 7         Plaintiffs,

 8    Vs.                          CASE NO. CIV. S-90-0520 LKK

 9    EDMUND G. BROWN JR., et al.,
      et al.,
10

11         Defendants.

12    _____/

13

14

15                           ---o0o---

16

17                      REPORTER'S TRANSCRIPT

18                    RE:  EVIDENTIARY HEARING

19                 THURSDAY, DECEMBER 5TH, 2013

20

21                           ---o0o---

22

23

24
      Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25    Reported by:  MICHELLE BABBITT, CSR. No. 6357
```

2761

1    people scraping them over the years.  And you say, How are

2    you?  They say, Well, I'm okay.  This sort of thing back and

3    forth, I find it very inadequate.

4              THE COURT:  I'm sorry I interrupted, Mr. Nolan.

5              MR. NOLAN:  Oh, no.  Thank you.

6    BY MR. NOLAN:

7    Q.      Sort of continuing on in that line of thought,

8    Doctor, but maybe looking more broadly, in your prison tours

9    this year did you learn about the availability of

10   confidential treatment spaces?

11   A.      Yes.

12   Q.      In these EOP Ad. Seg. programs?

13   A.      Correct.

14   Q.      And what did you learn about that, Doctor?

15   A.      I learned that there was sort of a general lack of

16   confidential treatment spaces.

17   Q.      And was that true in most of the prisons or all of

18   the prisons that you visited?

19   A.      It was true for all of them, yes.

20   Q.      And were there differences in terms of the

21   availability of confidential space for groups in the

22   different prisons you visited?

23   A.      Yes.  In two of the prisons, at R.J. Donovan and

24   Los Angeles, actually the groups were occurring on the

25   dayroom floor.

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

```
 1                    REPORTER'S CERTIFICATE

 2                         ---o0o---

 3
      STATE OF CALIFORNIA  )
 4    COUNTY OF SACRAMENTO )

 5

 6
              I certify that the foregoing is a correct transcript
 7
      from the record of proceedings in the above-entitled matter.
 8

 9

10                   IN WITNESS WHEREOF, I subscribe this
      certificate at Sacramento, California.
11

12

13      /S/_Catherine E.F. Bodene_____
              CATHERINE E.F. BODENE, CSR NO. 6926
14            Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

1                        CERTIFICATION

2

3        I, Michelle L. Babbitt, certify that the foregoing is a

4   correct transcript from the record of proceedings in the

5   above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 19



**Row of Treatment Cages in Old Dining Hall for Segregation
Prisoners' Group Therapy
California Correctional Institution(CCI)
February 22, 2013**

PLAINTIFFS
EXHIBIT
2007

CCI  83

# EXHIBIT 20

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF CALIFORNIA

 3                          ---O0O---

 4        BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

 5

 6   RALPH COLEMAN, et al.,

 7          Plaintiffs,

 8   Vs.                            CASE NO. CIV. S-90-0520 LKK

 9   EDMUND G. BROWN JR., et al.,
     et al.,
10

11          Defendants.

12   _____/

13

14

15                          ---o0o---

16

17                     REPORTER'S TRANSCRIPT

18                   RE:   EVIDENTIARY HEARING

19               WEDNESDAY, DECEMBER 11TH, 2013

20

21                          ---o0o---

22

23

24
     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  KATHY L. SWINHART, CSR NO. 10150
```

3127

1    reviewing the entire prison and really didn't, I don't

2    think -- I think the gentlemen were very credible, fantastic.

3    However, it's really complicated.  There are multi-missions.

4    It is very large.

5          They only spent one day there, and they took one

6    snapshot of one day.  And it also doesn't match up with the

7    current data we have.  So I think it was a bit misleading to

8    believe that somehow, taking one look, defines our mental

9    health program in Ad. Seg.

10   Q.    And you're aware that was a quote from defendants'

11   termination experts?

12   A.    Not sure which folks you're referring to.

13   Q.    Dr. Jordan, in recent years there was a plan to

14   renovate the Ad. Seg. Unit at CIM, right?

15   A.    Yes.

16   Q.    And those planned renovations included more

17   confidential treatment space?

18   A.    Yes.

19         MR. SHARMA:  Objection, Your Honor outside.  The

20   scope of direct.

21         THE COURT:  Overruled.

22   BY MS. MENDELSON:

23   Q.    And more space for group treatment in the Ad. Seg.

24   Unit?

25   A.    Yes.

3128

1   Q.      And more office space for the ASU clinicians?

2   A.      Yes.

3   Q.      That plan was cancelled, right?

4   A.      Correct.

5   Q.      And there's currently no approved and budgeted plan

6   to renovate the ASU facility at CIM?

7   A.      Correct.

8   Q.      Dr. Jordan, you would agree that the CIM prison

9   itself is in need of repairs?

10  A.      1938 construction.  Some areas are newer than others.

11  I would say in Ad. Seg. we do have areas with sufficient

12  confidential treatment space and other areas that are less

13  than ideal.  But yes, CIM needs more -- further improvement,

14  and they are receiving quite a bit of funds for certain

15  improvements.

16  Q.      In the Ad. Seg. Unit?

17  A.      No.

18          MS. MENDELSON:  Permission to approach.

19          (Exhibit handed to witness.)

20  BY MS. MENDELSON:

21  Q.      Dr. Jordan, I've handed you Exhibit 2386 which is a

22  report about CIM by the Office of the Inspector General dated

23  November 2008?

24  A.      Yes.

25          MR. SHARMA:  Your Honor, objection.  Well, I'll wait

```
 1                    REPORTER'S CERTIFICATE

 2                        ---o0o---

 3
     STATE OF CALIFORNIA   )
 4   COUNTY OF SACRAMENTO  )

 5


 6
            I certify that the foregoing is a correct transcript
 7
     from the record of proceedings in the above-entitled matter.
 8

 9

10              IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California.
11

12

13      /S/_Catherine E.F. Bodene_____
            CATHERINE E.F. BODENE, CSR NO. 6926
14          Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

1

2          I certify that the foregoing is a correct transcript

3    from the record of proceedings in the above-entitled matter.

4

5
                          /s/ Kathy L. Swinhart
6                         KATHY L. SWINHART, CSR #10150

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 21

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE EASTERN DISTRICT OF CALIFORNIA

3                          ---O0O---

4       BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7          Plaintiffs,

8    Vs.                           CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,

10

11         Defendants.

12    _____/

13

14

15                         ---o0o---

16

17                    REPORTER'S TRANSCRIPT

18                 RE:  EVIDENTIARY HEARING

19              WEDNESDAY, DECEMBER 4TH, 2013

20

21                         ---o0o---

22

23

24

     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

2654

1    treatment that's provided to CCCMS inmates housed in

2    segregated housing?

3    A.    Yes.  They receive weekly case management contacts by

4    their primary clinician.  They also receive the rounding by

5    the psych-techs.  Every morning psych-techs round on all

6    segregated inmates daily.

7         At this time the CCC population is not receiving

8    groups currently.

9    Q.    And why is that that they're not receiving groups

10   currently?

11   A.    It is based primarily on space availability -- lack

12   of space availability.

13   Q.    And Dr. Jordan (sic), do you know --

14         THE COURT:  Dr. Fischer.

15         MR. SHARMA:  I'm sorry.  I apologize.  I believe that

16   is the second time I have done that.

17         I do apologize, Dr. Fischer.

18         THE WITNESS:  That's okay.  He works in one of our

19   programs so...

20   BY MR. SHARMA:

21   Q.    Dr. Fischer, do you know, from a mental health

22   standpoint, the make up of inmates within the Corcoran SHU,

23   what their mental health status is as CCCMS as opposed to

24   EOP?

25   A.    Yes.  The inmates in the SHU are only CCCMS level of

2665

1    plaintiffs' counsel.

2         As far as I know at this point, we're not related.

3    A.    At least I'll be able to remember your name.

4    Q.    And in return I will remember yours as well.

5         Dr. Fischer, you mentioned the new Corcoran EOP

6    treatment space?

7    A.    Yes.

8    Q.    And do you know when that opened?

9    A.    June of this year.

10    Q.    And it is being used for treatment and office space

11    for the EOP Ad. Seg. population?

12    A.    It is being used for treatment space for the inmates

13    and also as an office space upstairs for the clinicians.

14    Q.    This is just for the EOP Ad. Seg. Program?

15    A.    The one variance there is they have -- upstairs they

16    have office space.  They have two offices that are used for

17    the CCCMS Ad. Seg. clinicians.  There are four CCC clinicians

18    that are upstairs.  There are six EOP clinicians upstairs,

19    plus other staff.  And the only way in which -- it's used

20    almost entirely for treatment space for EOP Ad. Seg.  The

21    only variance to that is the large IDTT meeting room, which

22    is used for team treatment, is used to do IDTT treatment team

23    for the CCC population.

24         So they bring the inmate into that team meeting.

25    That's the only time the inmate -- a CCC inmate would come

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

2666

1    into that building.  Otherwise, the CCC inmates are seen in

2    their living facility.

3    Q.      So CCCMS Ad. Seg. inmates don't receive group

4    treatment?

5    A.      Exactly.  They do not.

6    Q.      And the CCCMS SHU population doesn't receive group

7    treatment?

8    A.      No, not at all.  CCC SHU population is on the other

9    side of the prison and does not use that building at all, and

10   doesn't receive -- you asked about group treatment.  The

11   SHU -- the CCC SHU do receive minimal groups.  It is not

12   mandated by the Program Guide, but we volunteered to do

13   groups for the SHU population when we have the rec. therapist

14   to do so.

15   Q.      So for the CCCMS SHU population, I believe you

16   testified earlier, in your declaration of March 23rd, 2013,

17   that they may receive group treatment as much as once per

18   month?

19   A.      Exactly.

20   Q.      That is only recreation therapy?

21   A.      It's run by a recreation therapist.  That's correct.

22   Q.      So there is no social worker or psychologist run

23   groups for the CCCMS SHU?

24   A.      That is correct.

25   Q.      So even if clinically indicated, those CCCMS

1                              CERTIFICATION

2

3          I, Michelle L. Babbitt, certify that the foregoing is a

4     correct transcript from the record of proceedings in the

5     above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      REPORTER'S CERTIFICATE

 2                          ---o0o---

 3
     STATE OF CALIFORNIA   )
 4   COUNTY OF SACRAMENTO  )

 5


 6
             I certify that the foregoing is a correct transcript
 7
     from the record of proceedings in the above-entitled matter.
 8

 9

10                   IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California.
11

12

13      /S/_Catherine E.F. Bodene_____
            CATHERINE E.F. BODENE, CSR NO. 6926
14          Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

# EXHIBIT 22

1            IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF CALIFORNIA

3                       ---O0O---

4     BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6   RALPH COLEMAN, et al.,

7         Plaintiffs,

8   Vs.                          CASE NO. CIV. S-90-0520 LKK

9   EDMUND G. BROWN JR., et al.,
    et al.,

10

11        Defendants.

12   _____/

13

14

15                       ---o0o---

16

17                  REPORTER'S TRANSCRIPT

18              RE:  EVIDENTIARY HEARING

19            THURSDAY, DECEMBER 12TH, 2013

20

21                       ---o0o---

22

23

24

    Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25  Reported by:  MICHELLE BABBITT, CSR. No. 6357

3311

1   this, what we see is wardens, specifically the wardens of the

2   security housing units, exercising their discretion when it

3   comes to reviewing the inmate's behavior.  And when there is

4   none, quite frequently we're suspending the remainder of the

5   SHU term.

6   Q.      You're aware plaintiffs' expert, Dr. Haney, testified

7   that in his opinion CDCR uses segregated housing to manage

8   the mentally ill population.

9           Are you aware of that?

10  A.      I believe I am.

11  Q.      Do you agree with that statement?

12  A.      Maybe when I first started in this career, maybe we

13  did.  I don't see that happening any longer.  We have such

14  good treatment going on now within our general populations,

15  and we have our EOP buildings and units and programs going on

16  that -- again, placement in our administrative segregations

17  is strict criteria.  Your presence within the general

18  population, similar to what Dr. Austin testified to

19  yesterday, I saw many similarities to what we do with what he

20  stated, that an inmate's presence, the only reason he's

21  placed in administrative segregation is if his continued

22  presence within the general population poses a risk or a

23  threat to his safety, the safety of other inmates, staff or

24  the security of the institution.

25          THE COURT:  That's not quite true.  You have the

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

3312

1  problem of people being released -- I'm sorry.  I don't mean

2  to interrupt you, but it just doesn't fit as far as I can

3  tell, and I suspect that you can explain it to me.

4       We have people being released from their SHU terms.

5  And if they're mentally ill, it may take as long as 60 days

6  to get them out apparently because we don't have buses.

7       I mean, it isn't that people are being moved rapidly

8  and efficiently.

9       THE WITNESS:  We do have some waiting times of the

10  inmates being released, and that's not in all cases.

11  However, if there is no appropriate housing for them while

12  waiting for the transfer, then, unfortunately, they do have

13  to spend their time in Ad. Seg., sir.

14       That is something we are monitoring.  I won't tell

15  you it is perfect today.  I won't tell you that it is great

16  today.  However, that is something that I think we can

17  improve upon, and we do have that issue so...

18       But, again, if that inmate can be released -- you

19  know, for example, at Tehachapi, Tehachapi has three

20  sensitive needs yards in addition to the security housing

21  unit.  If the person is going to a general population, I

22  can't -- there is nowhere I can put him.  If he's a Level IV

23  and requires a certain custody level, then he does pose a

24  risk even if he's a SNY going to Level III based upon the

25  type of construction and the type of security that they have

1                    REPORTER'S CERTIFICATE

2                         ---o0o---

3
    STATE OF CALIFORNIA  )
4   COUNTY OF SACRAMENTO )

5


6
         I certify that the foregoing is a correct transcript
7
    from the record of proceedings in the above-entitled matter.
8

9

10                 IN WITNESS WHEREOF, I subscribe this
    certificate at Sacramento, California.
11

12

13    /S/_Catherine E.F. Bodene_____
          CATHERINE E.F. BODENE, CSR NO. 6926
14        Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25

1                              CERTIFICATION

2

3        I, Michelle L. Babbitt, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                               /s/ MICHELLE L. BABBITT
                                MICHELLE L. BABBITT CSR #6357
10                              Official Court Reporter
                                United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 23

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE EASTERN DISTRICT OF CALIFORNIA

3                          ---OO0---

4       BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7          Plaintiffs,

8    Vs.                         CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,
10

11          Defendants.

12    _____/

13

14

15                          ---o0o---

16

17                     REPORTER'S TRANSCRIPT

18                    RE:  EVIDENTIARY HEARING

19                  FRIDAY, DECEMBER 6TH, 2013

20

21                          ---o0o---

22

23

24
     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

2995

1    in NDS?

2    A.      They already have all their privileges and property

3    associated with their reception center privilege group.

4    Q.      I understand that is your testimony.  My question is,

5    just to clarify, those are not considered, for purposes of

6    this data on Defendant's Exhibit QQQ, NDS ASU inmates,

7    correct?

8    A.      Correct.

9    Q.      And there are also inmates that are placed in

10   administrative segregation based on a change in custody level

11   that requires a transfer to another institution, correct?

12   A.      Yes.  There are inmates placed -- there's multiple

13   factors.  You have inmates that for disciplinary reasons have

14   had their points raised, and they're no longer able to remain

15   on that particular yard due to their behavior, so not

16   necessarily what we call a SHU-able offense, but do need to

17   be moved.  It would not necessarily -- that's a case-by-case

18   review that only an ICC committee action can make.

19   Q.      But those are individuals who are not in segregation

20   because of any rule violation, correct?

21   A.      They would have had to have a rule violation to have

22   their points increased, yes.

23   Q.      But they're not placed in administrative segregation

24   because of the rule violation, that's not a SHU-able offense,

25   correct?

2996

1    A.        Correct.

2    Q.        But nevertheless, that individual, because their

3    custody level has changed, has now been -- may be placed in

4    administrative segregation pending transfer to another main

5    line yard at another institution, correct?

6    A.        It's rare, but yes, it can happen.

7    Q.        And those individuals wouldn't be included on this

8    NDS chart, correct?

9    A.        It could be either or depending upon their reasons

10   for their classification score change.

11            If an inmate -- it just depends upon the reasons, and

12   that's an ICC evaluation.

13   Q.        So it is possible that that person would not be

14   reflected in the NDS data, correct?

15   A.        I couldn't answer how the wardens are individually

16   applying that.  There's freedoms within the regulations to

17   make that individual case decision.

18   Q.        Individuals who have had their custody level lowered

19   such that they're at a lower security level, and thus need to

20   be transferred to another institution may also be placed in

21   administrative segregation pending that transfer, correct?

22   A.        When you say "lower," like say a SHU guy?

23   Q.        THE COURT:  From III to II.

24   BY MR. FISCHER:

25   Q.        Yeah.  From III to II?

1                        REPORTER'S CERTIFICATE

2                             ---o0o---

3
    STATE OF CALIFORNIA  )
4   COUNTY OF SACRAMENTO )

5


6           I certify that the foregoing is a correct transcript
7
    from the record of proceedings in the above-entitled matter.
8

9

10                    IN WITNESS WHEREOF, I subscribe this
    certificate at Sacramento, California.
11

12

13    /S/_Catherine E.F. Bodene_____
          CATHERINE E.F. BODENE, CSR NO. 6926
14        Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATION

2

3        I, Michelle L. Babbitt, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                                /s/ MICHELLE L. BABBITT
                                 MICHELLE L. BABBITT CSR #6357
10                               Official Court Reporter
                                 United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 24

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE EASTERN DISTRICT OF CALIFORNIA

3                          ---O0O---

4     BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7          Plaintiffs,

8    Vs.                          CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,

10

11         Defendants.

12    _____/

13

14

15                          ---o0o---

16

17                    REPORTER'S TRANSCRIPT

18                  RE:  EVIDENTIARY HEARING

19              THURSDAY, DECEMBER 12TH, 2013

20

21                          ---o0o---

22

23

24

     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

```
 1    Q.      And even with this new NDS regulation, there's the
 2    same rule on noncontact visits for all individuals placed in
 3    administrative segregation.
 4            Correct?
 5    A.      Yes.
 6    Q.      There's the same limited provision of yard access.
 7            Is that correct?
 8    A.      Correct.
 9    Q.      And there's the same restrictions on access to the day
10    room; correct?
11    A.      Correct.
12    Q.      And there's the same restriction on these individuals
13    eating their meals in the cell.
14            Correct?
15    A.      Yes.
16    Q.      And there's the same use of cuffing and restraints
17    when these ASU prisoners are being moved.
18            Correct?
19    A.      Yes.
20    Q.      And there's no reference in this new NDS regulation to
21    mentally ill nondisciplinary prisoners.
22            Correct?
23    A.      I don't recall differentiating that, no.
24            THE COURT:  I don't understand the question.  We know
25    that there's a specific reference to Coleman members
```

 1     concerning those who are EOP and those who are CCCMS, 30 and

 2     60 days.

 3              MR. FISCHER:  Thank you, Your Honor.

 4              Just to clarify that, that's the new memorandum of

 5     December 3rd.  I'm asking her specifically about the new NDS

 6     regulation on privileges for NDS prisoners.

 7              THE COURT:  I see.  All right.

 8     BY MR. FISCHER:

 9     Q.     Ms. Allison, there's no change in the requirement that

10     all Coleman class members in ASU be treated in a cage at

11     particular institutions.

12              Correct?

13     A.     In treatment modulars.

14     Q.     There's no change of the strip search requirements for

15     NDA as opposed to non-DSN Coleman class members in ASU?

16     A.     Yes.

17              THE COURT:  I don't mean to be flip.  These are

18     serious questions, but is the problem of transportation one

19     that can be solved by buying three or four more buses?

20              I mean, you've got people sitting -- if you can tell

21     me.

22              THE WITNESS:  I would not consider the number of buses

23     to be a problem.  I would just -- it's the process.  Now, if

24     we get on this 30-and-60-day timeframe and we see that to be

25     a problem, we can certainly raise that, but I don't, at this

```
1                    REPORTER'S CERTIFICATE

2                        ---o0o---

3
     STATE OF CALIFORNIA  )
4    COUNTY OF SACRAMENTO )

5


6            I certify that the foregoing is a correct transcript
7
     from the record of proceedings in the above-entitled matter.
8

9

10                  IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California.
11

12

13   /S/_Catherine E.F. Bodene_____
           CATHERINE E.F. BODENE, CSR NO. 6926
14         Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

1                          CERTIFICATION

2

3          I, Michelle L. Babbitt, certify that the foregoing is a

4     correct transcript from the record of proceedings in the

5     above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 25



Administrative Segregation Unit (Cypress Hall) HousingCensus Board –
Prisoners in Administrative Segregation Due to
"LOB" ("Lack of Bed") Are Marked with Purple or Pink Cards
California Institution for Men (CIM)
February 12, 2013

PLAINTIFFS
EXHIBIT
2019

CIM 34

# EXHIBIT 26

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF CALIFORNIA

3                        ---OO0---

4      BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6   RALPH COLEMAN, et al.,

7          Plaintiffs,

8   Vs.                         CASE NO. CIV. S-90-0520 LKK

9   EDMUND G. BROWN JR., et al.,
    et al.,
10

11         Defendants.

12   _____/

13

14

15                        ---o0o---

16

17                   REPORTER'S TRANSCRIPT

18                RE:  EVIDENTIARY HEARING

19             THURSDAY, DECEMBER 12TH, 2013

20

21                        ---o0o---

22

23

24
     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

1    of moving out nondisciplinary prisoners from segregation

2    within ten days?

3    A.      I don't recall that specific.

4    Q.      Are you aware of any policy as to time limits in

5    Pennsylvania segregation for nondisciplinary prisoners?

6    A.      Understand that I looked at all that data almost a

7    year ago, so I don't remember the specifics.  Every state was

8    a little bit different.

9    Q.      Are you aware that Pennsylvania also has separate

10   nondisciplinary segregation units?

11   A.      Yes.  There physical plant design is markedly

12   different.  They have small cell sections.

13   Q.      As part of this new NDS regulation, there's no plan to

14   move nondisciplinary segregation mentally ill prisoners to a

15   separate nondisciplinary unit.

16           Is that correct?

17   A.      Where it's practical and feasible for the 180 designs,

18   we're able to accomplish that within those sections.  Our

19   270s, all we can do is attempt to cluster them within the

20   building, but it's a wide-open building.

21   Q.      At some institutions you are able to cluster the

22   nondisciplinary within the same ASU building.

23           Correct?

24   A.      In the 180 design, yes, and in the standalone designs

25   I can, yes.

3196

```
 1   Q.     But they're not based in a separate unit?

 2   A.     No, sir.

 3          MR. FISCHER:  Permission to approach?

 4          THE WITNESS:  Yes.

 5   BY MR. FISCHER:

 6   Q.     I've handed you what has been marked as Plaintiffs,

 7   2410.  This was Exhibit 9 to the Kahn declaration filed in

 8   support of this motion.

 9          If you turn to the second page of this document --

10          THE COURT:  Are you moving it into evidence?

11          MR. FISCHER:  I was going to introduce it.  This is an

12   Armstrong policy that the AI created.

13          I move it in evidence.

14          THE COURT:  Hearing no objection --

15          MS. VOROUS:  I will raise an objection.  I believe

16   this is beyond the scope of direct and object on the basis of

17   relevancy.

18          THE COURT:  All right.  I can't answer the relevancy

19   until I hear what the questions are, but perhaps you can give

20   me an offer of proof, and we can find out whether we have to

21   go through all this.

22          MR. FISCHER:  Of course.  This was discussed in Ms.

23   Allison's deposition in August.  This relates to timelines

24   for moving out mobility disabled prisoners who are placed in

25   administrative segregation because there's no wheelchair
```

1                      REPORTER'S CERTIFICATE

2                           ---o0o---

3
     STATE OF CALIFORNIA  )
4    COUNTY OF SACRAMENTO )

5

6
          I certify that the foregoing is a correct transcript
7
     from the record of proceedings in the above-entitled matter.
8

9

10               IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California.
11

12

13     /S/_Catherine E.F. Bodene_____
            CATHERINE E.F. BODENE, CSR NO. 6926
14          Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25

1                            CERTIFICATION

2

3        I, Michelle L. Babbitt, certify that the foregoing is a

4   correct transcript from the record of proceedings in the

5   above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 27

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF CALIFORNIA

3                        ---oOo---

4      BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7          Plaintiffs,

8    Vs.                          CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,
10

11         Defendants.

12   _____/

13

14

15                        ---oOo---

16

17                  REPORTER'S TRANSCRIPT

18               RE:  EVIDENTIARY HEARING

19            WEDNESDAY, DECEMBER 4TH, 2013

20

21                        ---oOo---

22

23

24
     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

2650

1    Q.      And Dr. Jordan (sic), are you familiar with the

2    current staffing for the mental health program in those five

3    programs at Corcoran today?

4    A.      I am.  Today they are improved from where they were

5    over the 17 months that I was acting chief.  During most of

6    that period and during the time of the Coleman tour, I think

7    in early 2013, perhaps around February, at that time the

8    staffing was at about 70 percent with a 30 percent vacancy in

9    our clinical positions, that is our clinicians represented by

10   psychologists and social workers.

11          The two other disciplines actually had a little bit

12   higher vacancy rate.  The rec. therapists had about a 50

13   percent vacancy rate, our psychiatrists about a 40 percent

14   vacancy rate.  Averaged out it was 65 percent when taking in

15   all disciplines.

16   Q.      Dr. Fischer, what is the current staffing at

17   Corcoran?

18   A.      Fortunately we've done a lot better.  In the last six

19   or nine months we've been able to recruit successfully and

20   hire and get applicants to come to Corcoran.  And now I would

21   say we're at about 90 percent occupancy.

22          We're still down some on rec. therapists and

23   psychiatrists.  We are almost fully staffed with regard to

24   social workers and psychologists.

25   Q.      Okay.  And Dr. Fischer, where do inmates who are in

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

2674

1    A.      Yes, I was.

2    Q.      During the 25th Round of monitoring by the Special

3    Master, were you aware the Special Master found the chairs to

4    be awkward and uncomfortable for the patients being treated

5    in the chairs?

6    A.      I'm not aware specifically of seeing that finding,

7    but it is consistent with the findings of the stakeholders.

8    Q.      Is there any discussion, either at the institution

9    or, to your knowledge, at headquarters, about adjusting the

10   chair to provide a less restrictive alternative?

11   A.      Not that I'm aware of.

12   Q.      Dr. Fischer, I want to talk about the specific EOP

13   Ad. Seg. population for the next few minutes.

14   A.      Okay.

15   Q.      Am I correct that there are about 100 EOP Ad. Seg.

16   prisoners at Corcoran presently?

17   A.      That is correct.

18   Q.      And you testified earlier there's one psychiatrist

19   that's in charge of the EOP Ad. Seg. population?

20   A.      Correct.

21   Q.      And so doing the obvious math, that's about a

22   100-to-1 ratio of patients to psychiatrist?

23   A.      For that psychiatrist who sees them at least monthly,

24   that's correct.

25   Q.      Has there been any discussion about lowering that

2675

1   ratio of patient to psychiatrist?

2   A.      Not that I'm aware of.  We have different caseloads

3   and different programs in psychiatry.  And we are short of

4   staff, as I indicated before, by about 40 percent in the

5   discipline of psychiatry.  So we are doing the best we can

6   with our staff.

7   Q.      Of course.

8           Are you aware of the Court and Special Master's

9   concern about psychiatrist-to-patient ratios in the DSH

10  programs?

11          MR. SHARMA:  Objection, Your Honor.  Outside the

12  scope of direct.  Relevance to this witness.

13          THE COURT:  Relevance is overruled.  But it does

14  appear to me to be outside the scope, no matter how broadly

15  you construe --

16          MR. FISCHER:  They discussed staffing at the

17  institution.  I'm trying to probe his understanding of

18  staffing trends and what's desirable for providing care.

19          THE COURT:  You may answer, sir.

20          THE WITNESS:  I'm not aware of any specific ratios or

21  suggestions at other institutions.  No.

22  BY MR. FISCHER:

23  Q.      In the EOP Ad. Seg. population of about 100 you said,

24  do you know approximately how many there in the Corcoran EOP

25  Ad. Seg. are there for non-disciplinary reasons right now?

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

2681

1          Have you tracked the data as to the number of

2     cell-front contacts that today are the result of provider

3     initiated cell-front contacts based on running out of time,

4     staff shortage or staff absence?

5     A.     We track it and report it every month.  At that time

6     we had an extreme staff shortage in EOP Ad. Seg.  If I

7     remember correctly from memory, I believe that percentage has

8     gone down a little bit since the numbers that are cited here.

9     And I think that provider initiated is now, as I recall,

10    around 10 percent, give or take, down from 16 percent.

11         Again, I don't have the documentation in front of me,

12    but that's my best memory.

13    Q.     It's improved a bit.

14         Did you or do you consider it a problem that

15    cell-front contacts be the result of a staff-related issue?

16    A.     Yes, I do.  I mean, ideally we would have the full

17    staffing which would help alleviate that problem.

18         THE COURT:  We're about to take a break, Doctor.

19         When we talk about cell fronts, cell fronts in the

20    various segregated housing, what do they look like?

21         Are they bars?  Are they solid doors?

22         THE WITNESS:  Yes.  It varies depending on the

23    housing setting.  Sometimes they are a solid door.

24         THE COURT:  Frequently, right?

25         THE WITNESS:  Pardon me?

```
 1                 clinicians providing therapeutic services.

 2          Do you recall that being an issue in or about

 3   August 2012?

 4   A.     Yes.

 5   Q.     Do you recall any discussions at the institution about

 6   resolving these issues involving custody escorts?

 7   A.     Yes.  There was discussion on that matter.

 8   Q.     What steps were taken to fix the problem?

 9   A.     They work very hard on the scheduling of the allocated

10   officers that they did have providing healthcare escorts,

11   trying to make them more efficient in their ability to cover

12   the ducat lines and use their services more efficiently and

13   effectively.

14   Q.     Do you know whether there are still shortages with

15   respect to custody escort staff for Corcoran for the

16   segregation units?

17   A.     There was some minor shortage I'm aware of.

18   Q.     Does there continue to be a minor shortage of escort

19   staff for mentally ill and mental health treatment services

20   in the segregation units?

21   A.     Yes.  Although we have developed ways to work around

22   it and do the best we can, obviously.

23   Q.     Of course.

24          Have you made any requests from headquarters to

25   provide more custody escorts so mental health treatment can
```

1                          CERTIFICATION

2

3         I, Michelle L. Babbitt, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                       REPORTER'S CERTIFICATE

2                            ---o0o---

3
     STATE OF CALIFORNIA   )
4    COUNTY OF SACRAMENTO  )

5


6
             I certify that the foregoing is a correct transcript
7
     from the record of proceedings in the above-entitled matter.
8


9

10                   IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California.
11


12

13      /S/_Catherine E.F. Bodene_____
            CATHERINE E.F. BODENE, CSR NO. 6926
14          Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

# EXHIBIT 28

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA 94283-0001



January 2, 2014

Matthew A. Lopes, Jr. Esquire                     via: Debbie J. Vorous, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                   Department of Justice
317 Iron Horse Point Way, Suite 301              1300 "I" Street, Suite 125
Providence, RI 02908                                      P. O. Box 944255
                                                                      Sacramento, CA 94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of November, 2013, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Matthew A. Lopes, Jr. Esquire
Page 2

17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*Nathan Stanley for*

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A), Division of Health Care Services and
    Deputy Director (A), Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Linda Holden, Esq., *Coleman* Deputy Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Kerry C. Hughes, M.D., *Coleman* Expert
     Paul Nicoll, MPA, *Coleman* Monitor
     Mary Perrien, Ph.D., *Coleman* Expert
     Kathryn A. Burns, M.D., MPH, *Coleman* Expert
     Henry A. Dlugacz, Esq., *Coleman* Expert
     Kerry F. Walsh, Esq., *Coleman* Monitor
     Patricia Williams, Esq., *Coleman* Monitor
     Haunani Henry, *Coleman* Monitor
     Debbie Vorous, Esq., Office of the Attorney General
     Nicholas Weber, Esq, Office of Legal Affairs, CDCR
     Michael Stone, Esq., Office of Legal Affairs, CDCR
     Michael Bien, Esq., Rosen, Bien and Galvan
     Donald Specter, Esq., Prison Law Office
     Judy Burleson, Associate Director, Statewide Mental Health Program, Division of Health Care Services (DHCS)
     Nathan Stanley, Chief, Field Operations, Statewide Mental Health Program, DHCS

Matthew A. Lopes, Jr. Esquire
Page 3


Laura Ceballos, Ph.D., Chief, Quality Management, Statewide Mental Health
 Program, DHCS
Teresa Owens, Associate Governmental Program Analyst, Quality Management,
 DHCS

**Six Month Vacancy Summary**

**November - 2013**

**Mental Health**

| General Classification | 13/14 SCH AUTH 7A POSITIONS Nov 2013 | June-13 | | July-13 | | August-13 | | September-13 | | October-13 | | November-13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Vacant | Vacancy Rate | Vacant | Vacancy Rate | Vacant | Vacancy Rate | Vacant | Vacancy Rate | Vacant | Vacancy Rate | Vacant | Vacancy Rate |
| PSYCHIATRIST | 334.10 | 99.25 | 33.47 | 138.85 | 41.56 | 131.85 | 39.46 | 133.60 | 39.99 | 131.10 | 39.24 | 125.10 | 37.44 |
| PSYCHOLOGIST | 933.10 | 182.41 | 20.85 | 247.05 | 26.48 | 233.05 | 24.98 | 237.55 | 25.46 | 213.10 | 22.84 | 186.10 | 19.94 |
| SOCIAL WORKER | 395.60 | 115.50 | 31.34 | 147.60 | 37.31 | 129.10 | 32.63 | 130.60 | 33.01 | 119.60 | 30.23 | 103.60 | 26.19 |
| OTHER MH CLINICAL STAFF | 208.00 | 80.10 | 41.87 | 99.40 | 47.79 | 97.90 | 47.07 | 97.90 | 47.07 | 88.00 | 42.31 | 85.00 | 40.87 |
| ALL OTHER SUPPORT STAFF | 513.90 | 130.30 | 25.71 | 162.40 | 31.6 | 162.10 | 31.54 | 151.40 | 29.46 | 141.90 | 27.61 | 130.90 | 25.47 |
| **Total** | **2384.70** | **607.56** | **25.48** | **795.30** | **33.35** | **754.00** | **31.62** | **751.05** | **31.49** | **693.70** | **29.09** | **630.70** | **26.45** |



*   *Vacancies calculated using Authorized Positions. (Governor's Budget Schedule 7A less SCO Filled = Vacant).*

**   *SCO data is approximately 45 days in arrears and does not include adjustments for Blanket Positions, Hires, or Registry Services. Rounding error of < 1 position.*

***   *The implementation of a new staffing plan in FY 13/14 has caused minor fluctuations in SCO data due to processing time frames for redirecting, reclassifying and  establishing new positions. During the November - 2013 reporting period a significant number of positions that appear to be vacant in the SCO  payroll data  above  are actually being paid out of 918 blanket positions numbers.*

10:37:49 AM

Source: 7A, SCO

Report Generated By:

Program Support

Correctional Health Care Services

**Six Month Vacancy Summary**

**November - 2013**

**Mental Health**

**1. PSYCHIATRIST**

7612 - CHIEF PSYCHIATRIST
9271 - SENIOR PSYCHIATRIST (SUPERVISOR)
9272 - STAFF PSYCHIATRIST
9758 - STAFF PSYCHIATRIST
9761 - SENIOR PSYCHIATRIST (SUPERVISOR)
9774 - CHIEF PSYCHIATRIST

**2. PSYCHOLOGIST**

9283 - PSYCHOLOGIST-CLINICAL
9287 - SENIOR PSYCHOLOGIST (SPECIALIST)
9288 - SENIOR PSYCHOLOGIST (SUPERVISOR)
9290 - STAFF PSYCHOLOGIST-CLINICAL
9851 - CLINICAL PSYCHOLOGY INTERN
9859 - CHIEF PSYCHOLOGIST

**3. SOCIAL WORKER**

9291 - SUPERVISING PSYCHIATTRIC SOCIAL WORKER
9872 - CLINICAL SOCIAL WORKER - SAFETY

**4. OTHER MH CLINICAL STAFF**

8182 - CERTIFIED NURSING ASSISTANT
8217 - MEDICAL TECHNICAL ASSISTANT
8252 - SENIOR PSYCHIATRIC TECHNICIAN (SAFETY)
8253 - PSYCHIATRIC TECHNICIAN (SAFETY)
8257 - LICENSED VOCATIONAL NURSE
8274 - LICENSED VOCATIONAL NURSE (SAFETY)
8324 - REHAB THERAPIST, STATE FACILITIES (RECREATION-SAFETY)
9268 - DENTIST, CF
9269 - PHYSICIAN & SURGEON
9275 - REGISTERED NURSE
9278 - NURSE PRACTITIONER
9280 - OCCUPATIONAL THERAPIST
9285 - PSYCHOMETRIST, CORRECTIONAL  FACILITY
9286 - RECREATION THERAPIST
9317 - SUPERVISING REGISTERED NURSE I
9318 - SUPERVISING REGISTERED NURSE II
9319 - SUPERVISING REGISTERED NURSE III
9346 - SENIOR OCCUPATIONAL THERAPIST
9371 - SUPERVISING DENTIST, CF
9759 -  SENIOR PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SPECIALIST)

**5. ALL OTHER SUPPORT STAFF**

1138 - OFFICE TECH, GEN
1139 - OFFICE TECHNICIAN (TYPING)
1148 - OFFICE SERVICES SUPERVISOR I (TYPING)
1150 - OFFICE SERVICES SUPERVISOR II (GEN)
1177 - MEDICAL TRANSCRIBER
1178 - SENIOR MEDICAL TRANSCRIBER
1360 - INFO SYS TC
1379 - OFFICE ASSISTANT (TYPING)
1470 - ASSOC INFORMATION SYS ANALYST/SP
1441 - OFFICE ASSISTANT (GENERAL)
1508 - MATERIALS AND STORES SUPERVISOR I
1863 - MEDICAL RECORDS CONSULTANT
1869 - HEALTH RECORD TECHNICIAN I
1887 - HEALTH RECORD TECHNICIAN II (SUP)
2004 - CUSTODIAN SUPERVISOR II
2006 - CUSTODIAN (CORRECTIONAL FACILITY)
2153 - FOOD ADMINISTRATOR I
2183 - CORRECTIONAL SUPERVISING COOK
4672 - HEALTH ANALYST
4687 - LEAP CANDIDATE
4800 - STAFF SERVICES MANAGER I
4910 - CHSA I
4912 - CHSA II
5157 - STAFF SERVICES ANALYST (GENERAL)
5197 - TRAINING OFFICER I
5252 - HOUSING FINANCE ASSISTANT (RENTAL)
5278 - MANAGEMENT SERVICES TECHNICIAN
5361 - ADMINISTRATIVE ASST I
5393 - ASSOCIATE GOVERNMENTAL PROGRAM ANALYST
6216 - BUILDING MAINTENANCE WORKER
6713 - STATIONARY ENGINEER (CORRECTIONAL FACILITY)
6941 - MAINTENANCE MECHANIC -CORRECTIONAL FACILITY-
7500 - C.E.A. (Civil Service)
7887 - PUBLIC HEALTH LABORATORY TECHNICIAN I
7979 - PHARMACY TECHNICIAN
7982 - PHARMACIST I
8102 - PROGRAM ASST (MENTAL DISABILITIES-SAFETY)
8103 - PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY)
8104 - UNIT SUPERVISOR (SAFETY)
8202 - HEALTH PROGRAM COORDINATOR
8328 - STANDARDS COMPLIANCE COORDINATOR
8337 - ASSOCIATE HEALTH PROGRAM ADVISER
8338 - HEALTH PROGRAM SPECIALIST I
9265 - LABORATORY ASSISTANT
9293 - CLINICAL LABORATORY TECHNOLOGIST
9349 - SUPERVISING CLINICAL LABORATORY TECH
9551 - MEDICAL SECRETARY
9656 - CORRECTIONAL LIEUTENANT
9659 - CORRECTIONAL SERGEANT
9662 - CORRECTIONAL OFFICER
9691 - CHIEF DEPUTY ADMINISTRATOR
9901 - CORRECTIONAL COUNSELOR II (SPECIALIST)
9904 - CORRECTIONAL COUNSELOR I
9926 - SUPERVISING PROGRAM TECHNICIAN III

10:37:50 AM

Source: 7A, SCO

Report Generated By:

Program Support

# EXHIBIT 29

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF CALIFORNIA

3                        ---O0O---

4      BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7          Plaintiffs,

8    Vs.                           CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,

10

11         Defendants.

12    _____/

13

14

15                        ---o0o---

16

17                  REPORTER'S TRANSCRIPT

18              RE:  EVIDENTIARY HEARING

19           WEDNESDAY, DECEMBER 11TH, 2013

20

21                        ---o0o---

22

23

24

     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  KATHY L. SWINHART, CSR NO. 10150

3074

1           For example, Indiana requires every 30 days everyone in

2   their SHUs has to have an out-of-cell assessment by a mental

3   health professional to ensure that there's no decompensation

4   going on.  Where that is detected, that person is transferred

5   immediately to the mental health unit for assessment and

6   stabilization.  And then they'll make a decision, okay, is this

7   long term?  Is this an episodic situation?  Maybe the person

8   could be returned.  But that, again, is going to be controlled

9   by the mental health clinician in terms of what to do with that

10  inmate.

11  Q.     And have those states seen any increase in violence

12  when they've instituted those kinds of reforms, pulling

13  mentally ill people out of their traditional disciplinary

14  segregation units?

15  A.     No.  I think they would probably report, if they hadn't

16  done that, they would have seen more disruption in those units.

17  Q.     Dr. Austin, California has a practice in its

18  segregation units where all mental health treatment is provided

19  to inmates in cages or treatment modules with no distinction

20  among the mentally ill as to that policy.

21         Is that a necessary and appropriate correctional

22  policy?

23  A.     I believe it's unnecessary.

24  Q.     Why is that?

25  A.     I believe the cages should be used only as a last

1    resort.  So when an inmate is acting out when you try to bring

2    them out for treatment or sessions, and they become disruptive,

3    then, because you have to keep the treatment going, the safest

4    way to do that is to put them in the cage.  So rather than that

5    being the first level of security, it would be the last level.

6         I'm more familiar with tethering systems which are used

7    initially.  They create cells, tables, desks which they're

8    tethered to.  They have some movement of their hands.  You have

9    a more normal dialogue with the treatment provider.  If in that

10   setting someone starts acting out, then the next time they come

11   out they're going to go to the cage.  And they're going to be

12   told you're going to stay in the cage until you promise you're

13   not going to act out again.  And if the treatment starts -- you

14   know, he starts stabilizing, he starts indicating, yes, I'm

15   willing to behave, take him out of the cage and bring him back

16   to the tethering.

17        We're going to have to get this person under control,

18   and they're not going to spend the rest of their life in a

19   cage, so we need to take steps that avoid that cage as much as

20   possible.  It should be the last resort kind of control that we

21   use, not the first.

22        And it should not be a blanket measure for everyone

23   regardless of their need for it.  That obviously is

24   counterproductive.

25   Q.       And who should make the determination as to whether or

1                       REPORTER'S CERTIFICATE

2                            ---o0o---

3
     STATE OF CALIFORNIA   )
4    COUNTY OF SACRAMENTO  )

5

6           I certify that the foregoing is a correct transcript

7    from the record of proceedings in the above-entitled matter.

8

9

10                  IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California.

11

12

13      /S/_Catherine E.F. Bodene_____
             CATHERINE E.F. BODENE, CSR NO. 6926
14           Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25

1

2          I certify that the foregoing is a correct transcript

3    from the record of proceedings in the above-entitled matter.

4

5

             /s/ Kathy L. Swinhart
6           KATHY L. SWINHART, CSR #10150

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 30

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF CALIFORNIA

3                  ---O0O---

4    BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6  RALPH COLEMAN, et al.,

7      Plaintiffs,

8  Vs.                 CASE NO. CIV. S-90-0520 LKK

9  EDMUND G. BROWN JR., et al.,
    et al.,

10

11      Defendants.

12  _____/

13

14

15                   ---o0o---

16

17             REPORTER'S TRANSCRIPT

18          RE:  EVIDENTIARY HEARING

19        WEDNESDAY, DECEMBER 11TH, 2013

20

21                   ---o0o---

22

23

24

25  Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
    Reported by:  KATHY L. SWINHART, CSR NO. 10150

3131

1   community so we actually hire, I think, the most exceptional

2   in the state because of our ability to be near the accredited

3   schools.

4   Q.     Are you aware that the last round, the 25th Round

5   Management Report states that the ASU program was chronically

6   understaffed?

7   A.     Yes.

8   Q.     Dr. Jordan, the cells in CIM's Ad. Seg. Unit lack

9   electrical capacity, right?

10   A.     Yes.

11   Q.     So inmates held in CIM's Ad. Seg. Unit do not have

12   access to electronic appliances such as TVs?

13   A.     Correct.

14   Q.     And there is no current approved and funded plan to

15   address this problem?

16   A.     I don't know.  I only know about the -- I don't know

17   about that.

18   Q.     And as a mental health clinician you would agree

19   electronic appliances can reduce sensory deprivation for

20   mentally ill inmates in segregation?

21   A.     Yes.

22   Q.     Dr. Jordan, you're also aware the Special Master's

23   25th Round Report found that incoming administrative

24   segregation inmates at CIM are not consistently housed in

25   suicide-proof intake cells?

CATHERINE E.F. BODENE, OFFICIAL COURT REPORTER, USDC
(916) 446-6360

3132

1    A.        Yes.

2    Q.        And this is due to --

3    A.        Suicide resistant cells, yeah.

4    Q.        And this is due to a lack of sufficient intake cells?

5    A.        Yes.  And other reasons too.

6    Q.        And CIM is still unable to place all new arrivals to

7    the Ad. Seg. in suicide resistant cells?

8    A.        Yes.

9    Q.        Dr. Jordan, would you agree with defendants'

10   termination experts that the placement of mentally ill

11   inmates in administrative segregation should be as rare as

12   possible and as brief as possible?

13   A.        I'm sorry.  The question?

14   Q.        Would you agree with defendants' termination experts

15   that placement of mentally ill individuals in Ad. Seg. units

16   should be as rare as possible and as brief as possible?

17   A.        I'm not sure if I can answer all of that.

18             It should be as short as possible, but it is the only

19   location we have at times to place a patient in if they're

20   also administrative segregation, if I'm understanding your

21   question correctly.

22   Q.        From a clinical perspective, extended placement in

23   segregated housing can be harmful to some seriously mentally

24   ill inmates, right?

25   A.        To some.

```
1                    REPORTER'S CERTIFICATE

2                         ---o0o---

3
     STATE OF CALIFORNIA   )
4    COUNTY OF SACRAMENTO  )

5


6            I certify that the foregoing is a correct transcript

7    from the record of proceedings in the above-entitled matter.

8

9

10               IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California.
11

12

13      /S/_Catherine E.F. Bodene_____
             CATHERINE E.F. BODENE, CSR NO. 6926
14           Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

1

2          I certify that the foregoing is a correct transcript

3     from the record of proceedings in the above-entitled matter.

4

5

                              /s/ Kathy L. Swinhart
6                             KATHY L. SWINHART, CSR #10150

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 31

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE EASTERN DISTRICT OF CALIFORNIA

3                      ---O0O---

4    BEFORE THE HONORABLE LAWRENCE K. KARLTON, SENIOR JUDGE

5

6    RALPH COLEMAN, et al.,

7          Plaintiffs,

8    Vs.                          CASE NO. CIV. S-90-0520 LKK

9    EDMUND G. BROWN JR., et al.,
     et al.,

10

11         Defendants.

12    _____/

13

14

15                      ---o0o---

16

17                 REPORTER'S TRANSCRIPT

18            RE:   EVIDENTIARY HEARING

19         WEDNESDAY, DECEMBER 18TH, 2013

20

21                      ---o0o---

22

23

24
     Reported by:  CATHERINE E.F. BODENE, CSR. No. 6926, RPR
25   Reported by:  MICHELLE BABBITT, CSR. No. 6357

 1   segregation units?

 2   A.      To answer the question has there been funding --

 3   Q.      Have you personally asked Secretary Beard to expand

 4   the number of intake cells to move forward on that

 5   initiative?

 6   A.      No, I have not requested funding from Dr. Beard on the

 7   expansion of intake cells.

 8   Q.      Has anyone to your knowledge asked to expand intake

 9   cells in segregation units in California?

10   A.      I don't think -- I have not proposed the expansion of

11   the cells.  I've proposed that we need to examine the number

12   of cells we have and whether they are sufficient.

13   Q.      No one has told you that you have a shortage as you

14   sit here today?  You don't know if anyone has informed you of

15   that?

16   A.      That's why I made the proposal that we look at the

17   number of intake cells to see if we have enough.

18   Q.      So no one has communicated to you that there's an

19   existing shortage of intake cells?

20   A.      Yes, they have.  That's why I have communicated that

21   we need to look at this issue.

22   Q.      Who told you that there's a shortage of intake cells?

23   A.      Staff has mentioned it when I toured institutions.  I

24   believe Mr. Hayes, who is currently working with the Special

25   Master's team and my staff visiting institutions, has brought

3531

1    that up at several institutions that there may not be enough

2    intake cells.

3         Perhaps -- I can't say with certainly that it was a

4    recommendation that came to me from our internal suicide work

5    group.  I don't know that.  I can't recall, but that may have

6    been a recommendation from them as well.

7    Q.    And to date you have not moved forward on any plan to

8    fund or repair, renovate more intake cells?

9    A.    At this moment, no, we have not.

10   Q.    As a psychiatrist, you're aware that access to yard is

11   an important element in allowing a prisoner, especially a

12   mentally ill prisoner, to function who's being held in

13   segregation?

14   A.    Yes, I believe yard is important.

15         Is that the question?

16   Q.    Yes.

17         THE COURT:  You wouldn't guess it from the way he put

18   it, but, yes, that's the question.

19   BY MR. BIEN:

20   Q.    And are you aware that one of the findings to be

21   addressed in defendants' plan was that there's an inability

22   to provide yard up to Title 15 standards in many segregation

23   units in California?

24         MR. MCKINNEY:  Objection.  Relevance.  Again, we're

25   talking about a plan from 2006.

1                          CERTIFICATION

2

3        I, Michelle L. Babbitt, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                              /s/ MICHELLE L. BABBITT
                               MICHELLE L. BABBITT CSR #6357
10                             Official Court Reporter
                               United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2                         ---o0o---

3

     STATE OF CALIFORNIA   )
4    COUNTY OF SACRAMENTO  )

5

6
             I certify that the foregoing is a correct transcript
7
     from the record of proceedings in the above-entitled matter.
8

9

10                    IN WITNESS WHEREOF, I subscribe this
     certificate at Sacramento, California.
11

12

13      /S/_Catherine E.F. Bodene_____
             CATHERINE E.F. BODENE, CSR NO. 6926
14           Official United States District Court Reporter

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 32

# 2013 CDCR Suicides: Segregation v. Non-Segregation Housing

| # | INMATE CODE (Plaintiffs' Ex. 2000) | TYPE OF HOUSING | INSTITUTION | DATE OF DEATH | |
|---|---|---|---|---|---|
| \multicolumn{6}{c}{SUICIDES IN SEGREGATION HOUSING} |
| 1 | N/A | SHU | California Correctional Institution (CCI) | 12/16/13 | CCCMS |
| 2 | Suicide Prisoner 1 | ASU | Pleasant Valley State Prison (PVSP) | 10/15/13 | GP |
| 3 | N/A | Condemned | San Quentin (SQ) | 10/4/13 | CCCMS |
| 4 | Suicide Prisoner 2 | ASU | San Quentin (SQ) | 9/24/13 | CCCMS |
| 5 | Suicide Prisoner 3 | ASU | Mule Creek State Prison (MCSP) | 8/19/13 | EOP |
| 6 | Suicide Prisoner 4 | SHU | CSP-Corcoran (COR) | 7/22/13 | GP |
| 7 | Suicide Prisoner 5 | ASU | Correctional Training Facility (CTF) | 6/16/13 | GP |
| 8 | Suicide Prisoner 6 | ASU | CSP- Folsom (FOL) | 5/27/13 | GP |
| 9 | Suicide Prisoner 7 | ASU | CSP – Corcoran (COR) | 4/29/13 | GP |
| 10 | Suicide Prisoner 8 | ASU | CSP – Lancaster (LAC) | 4/15/13 | CCCMS |
| 11 | N/A | Condemned | San Quentin (SQ) | 4/14/13 | EOP |
| 12 | Suicide Prisoner 9 | ASU | Folsom State Prison (FOL) | 3/8/13 | GP |
| 13 | Suicide Prisoner 10 | PSU | CSP – Sacramento (SAC) | 2/16/13 | EOP |
| 14 | Suicide Prisoner 11/ Stewart Prisoner H | ASU | Salinas Valley State Prison (SVSP) | 1/24/13 | EOP |
| 15 | Suicide Prisoner 12 | ASU | COCF TCCF – Mississippi | 1/7/13 | GP |

| # | INMATE CODE | TYPE OF HOUSING | INSTITUTION | DATE OF DEATH |
|---|---|---|---|---|
| \multicolumn{5}{c}{SUICIDES IN NON-SEGREGATION HOUSING} |
| 1 | N/A | SNY | Richard J. Donovan Correctional Facility (RJD) | 11/26/13 |
| 2 | N/A | GP | California Instituion for Women (CIW) | 11/16/13 |
| 3 | N/A | SNY | Valley State Prison (VSP) | 10/1/13 |
| 4 | N/A | GP | California Medical Facility (CMF) | 9/21/13 |
| 5 | N/A | SNY | Richard J. Donovan Correctional Facility (RJD) | 9/18/13 |
| 6 | N/A | CTC (MHCB) | Mule Creek State Prison (MCSP) | 9/7/13 |
| 7 | N/A | GP | California Medical Facility (CMF) | 8/14/13 |
| 8 | N/A | SNY | Richard J. Donovan Correctional Facility (RJD) | 8/8/13 |
| 9 | N/A | SNY | Salinas Valley State Prison (SVSP) | 7/31/13 |
| 10 | N/A | GP | Correctional Training Facility (CTF) | 7/4/13 |
| 11 | N/A | GP | High Desert State Prison (HDSP) | 5/6/13 |
| 12 | N/A | RC | Wasco State Prison (WSP) | 4/18/13 |
| 13 | N/A | GP | Kern Valley State Prison (KVSP) | 2/13/13 |

**KEY:** **ASU** = Administrative Segregation Unit  **PSU** = Psychiatric Services Unit  **SHU** = Security Housing Unit
**CTC (MHCB)** = Correctional Treatment Center (Mental Health Crisis Bed)  **GP** = General Population
**RC** = Reception  Center  **SNY** = Sensitive Needs Yard  **SCU** = Support Care Unit  **DSH** = Department of State Hospitals



Plaintiff's
Exhibit

2781

[1045153-1]

# 2012 CDCR Suicides: Segregation v. Non-Segregation Housing

| # | INMATE CODE (Plaintiffs' Ex. 2000) | TYPE OF HOUSING | INSTITUTION | DATE OF DEATH | |
|---|---|---|---|---|---|
| | | | SUICIDES IN SEGREGATION HOUSING | | |
| 1 | Suicide Prisoner 13 | ASU | Salinas Valley State Prison (SVSP) | 10/25/12 | GP |
| 2 | Suicide Prisoner 14 | ASU | Salinas Valley State Prison (SVSP) | 9/17/12 | CCCMS |
| 3 | Suicide Prisoner 15 | SHU | CSP-Corcoran (COR) | 8/28/12 | CCCMS |
| 4 | N/A | Condemned | San Quentin (SQ) | 8/26/12 | GP |
| 5 | Suicide Prisoner 16 | ASU | California Medical Facility (CMF) | 8/17/12 | EOP |
| 6 | Suicide Prisoner 17 | ASU | Sierra Conservation Center (SCC) | 7/28/12 | CCCMS |
| 7 | Suicide Prisoner 18/ Stewart Prisoner T | ASU Overflow | CSP- Sacramento (SAC) | 7/24/12 | CCCMS |
| 8 | Suicide Prisoner 19/ Stewart Prisoner P | ASU | Richard J. Donovan Correctional Facility (RJD) | 6/29/12 | EOP |
| 9 | Suicide Prisoner 20 | ASU | Avenal State Prison (ASP) | 6/28/12 | CCCMS |
| 10 | Suicide Prisoner 21 | ASU | Mule Creek State Prison (MCSP) | 6/7/12 | CCCMS |
| 11 | Suicide Prisoner 22 | ASU | Folsom State Prison (FOL) | 5/30/12 | CCCMS |
| 12 | N/A | Condemned | San Quentin (SQ) | 5/27/12 | CCCMS |
| 13 | Suicide Prisoner 23 | ASU | Wasco State Prison (WSP) | 5/12/12 | CCCMS |
| 14 | Suicide Prisoner 24/ Stewart Prisoner U | ASU | Salinas Valley State Prison (SVSP) | 3/20/12 | CCCMS |
| 15 | Suicide Prisoner 25 | SHU | California Correctional Institution (CCI) | 3/18/12 | GP |

| # | INMATE CODE | TYPE OF HOUSING | INSTITUTION | DATE OF DEATH |
|---|---|---|---|---|
| | | | SUICIDES IN NON-SEGREGATION HOUSING | |
| 1 | N/A | GP | CSP – Lancaster (LAC) | 12/8/12 |
| 2 | N/A | DSH | Salinas Valley State Prison (SVSP) | 12/4/12 |
| 3 | N/A | GP | Salinas Valley State Prison (SVSP) | 11/20/12 |
| 4 | N/A | GP | CSP- Folsom (FOL) | 11/13/12 |
| 5 | N/A | GP | Calipatria State Prison (CAL) | 10/24/12 |
| 6 | N/A | GP | Salinas Valley State Prison (SVSP) | 8/12/12 |
| 7 | N/A | GP | Deuel Vocational Institution (DVI) | 7/25/12 |
| 8 | N/A | GP | COCF TCCF – Mississippi | 7/19/12 |
| 9 | N/A | GP | CSP – Solano (SOL) | 7/13/12 |
| 10 | N/A | SCU | California Institution for Women (CIW) | 7/6/12 |
| 11 | N/A | SNY | Richard J. Donovan Correctional Facility (RJD) | 6/11/12 |
| 12 | N/A | GP | Folsom State Prison (FOL) | 5/21/12 |
| 13 | N/A | GP | Pleasant Valley State Prison (PVSP) | 5/16/12 |

(Continue to Next Page)

KEY: ASU = Administrative Segregation Unit  PSU = Psychiatric Services Unit  SHU = Security Housing Unit
CTC (MHCB) = Correctional Treatment Center (Mental Health Crisis Bed)  GP = General Population
RC = Reception Center  SNY = Sensitive Needs Yard  SCU = Support Care Unit  DSH = Department of State Hospitals

[1045272-1]

# 2012 CDCR Suicides: Segregation v. Non-Segregation Housing

| # | INMATE CODE | TYPE OF HOUSING | INSTITUTION | DATE OF DEATH |
|---|---|---|---|---|
| colspan | SUICIDES IN NON-SEGREGATION HOUSING | | | |
| 14 | N/A | SNY | Pleasant Valley State Prison (PVSP) | 5/15/12 |
| 15 | N/A | RC | Deuel Vocational Institution (DVI) | 5/12/12 |
| 16 | N/A | GP | San Quentin (SQ) | 4/25/12 |
| 17 | N/A | GP | CSP-Centinela (CEN) | 1/1/12 |

**KEY:**  **ASU** = Administrative Segregation Unit  **PSU** = Psychiatric Services Unit  **SHU** = Security Housing Unit
**CTC (MHCB)** = Correctional Treatment Center (Mental Health Crisis Bed)  **GP** = General Population
**RC** = Reception Center  **SNY** = Sensitive Needs Yard  **SCU** = Support Care Unit  **DSH** = Department of State Hospitals

[1045272-1]