KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK McKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS - 166884
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:  Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF - 240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | CASE NO. 2:90-cv-00520 LKK DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED ORDER SUBMITTED IN RESPONSE TO JANUARY 13, 2014 ORDER** |

6087209.1

The proposed orders submitted by the parties present a clear choice for the court. Defendants' submission offers a balanced approach that combines additional in-state capacity with several significant reform measures that will responsibly draw down the state's prison population, protect public safety, and develop a framework for further lasting reforms.  Defendants' proposal also enables the State to invest millions in recidivism reduction efforts through savings accrued under Senate Bill 105.

On the other hand, Plaintiffs' proposed order will result in the transfer of thousands more inmates to private correctional facilities in other states, and thus the elimination of any savings to the Recidivism Reduction Fund under Senate Bill 105.

The measures Defendants proposed in their filing were the result of careful deliberations throughout the meet-and-confer process conducted with the court-appointed facilitator.  Adopting Defendants' proposed order will enable Defendants to implement meaningful, long-term reforms while protecting public safety.

DATED: January 28, 2014

KAMALA D. HARRIS
Attorney General of California

By:  */s/ Patrick R. McKinney*
PATRICK R. McKINNEY
Supervising Deputy Attorney General
Attorneys for Defendants

DATED: January 28, 2014

HANSON BRIDGETT LLP

By:  */s/ Paul B. Mello*
PAUL B. MELLO
Attorneys for Defendants

6087209.1

2