UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 LKK DAD P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of December 2013.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

>   Matthew A. Lopes, Jr., Esq.
>   Special Master
>   Pannone Lopes & Devereaux LLC
>   317 Iron Horse Way, Suite 301
>   Providence, RI 02908

the amount of $339,063.81 in accordance with the attached statement; and

/////

/////

/////

1

2. A copy of this order shall be served on the financial department of this court.

Dated: January 28, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole13.dec

2

| | | |
|---|---|---|
| RALPH COLEMAN, et al.,      : | | |
|     Plaintiffs,      : | | |
|                          : | No. Civ. S-90-0520 LKK JFM P | |
| v.      : | | |
| EDMUND G. BROWN, JR., et al.      : | | |
|     Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through December 31, 2013.

Matthew A. Lopes, Jr., Special Master
    Services                $24,981.00
    Disbursements     $18,118.75

        Total amount due         $43,099.75

Mohamedu F. Jones, J.D., Deputy Special Master

    Services                $35,304.00
    Disbursements     $      0.00

        Total amount due         $35,304.00

Linda E. Holden, J.D., Deputy Special Master

    Services                $28,186.00
    Disbursement      $      0.00

        Total amount due         $28,186.00

Kerry F. Walsh, J.D.
    Services                $31,887.00
    Disbursements     $      0.00

        Total amount due         $31,887.00

Kristina M. Hector, J.D.
    Services                $24,176.00
    Disbursements     $      0.00

        Total amount due         $24,176.00

Steven W. Raffa, J.D.
    Services                $31,461.50
    Disbursements     $      0.00

        Total amount due         $31,461.50

| | | |
|---|---|---|
| Paul Nicoll, M.P.A. | | |
|     Services | $ 1,080.00 | |
|     Disbursements | $         0.00 | |
|     Total amount due | | $ 1,080.00 |
| Kerry C. Hughes, M.D. | | |
|     Services | $32,406.00 | |
|     Disbursements | $ 2,898.48 | |
|     Total amount due | | $35,304.48 |
| Jeffrey L. Metzner, M.D. | | |
|     Services | $15,170.00 | |
|     Disbursements | $ 2,609.06 | |
|     Total amount due | | $17,779.06 |
| Raymond F. Patterson, M.D. | | |
|     Services | $         0.00 | |
|     Disbursements | $         0.00 | |
|     Total amount due | | $         0.00 |
| Kathryn A. Burns, MD, MPH | | |
|     Services | $     300.00 | |
|     Disbursements | $         0.00 | |
|     Total amount due | | $     300.00 |
| Mary Perrien, Ph.D. | | |
|     Services | $ 3,975.00 | |
|     Disbursements | $         0.00 | |
|     Total amount due | | $ 3,975.00 |
| Patricia M. Williams, J.D. | | |
|     Services | $13,730.00 | |
|     Disbursements | $ 1,783.08 | |
|     Total amount due | | $15,513.08 |
| Henry A. Dlugacz, MSW, J.D. | | |
|     Services | $ 8,901.00 | |
|     Disbursements | $ 1,223.27 | |
|     Total amount due | | $10,124.27 |

I.C. Haunani Henry
  Services       $12,919.50
  Disbursements    $ 1,022.82

   Total amount due     $13,942.32

Lindsay M. Hayes
  Services       $28,855.00
  Disbursements    $ 3,668.35

   Total amount due     $32,523.35

Timothy A. Rougeux
  Services       $ 1,598.00
  Disbursements    $  0.00

   Total amount due     $ 1,598.00

Cinthia A. Radavsky, M.Ed
  Services       $ 4,159.50
  Disbursements    $  0.00

   Total amount due     $ 4,159.50

Joseph V. Penn, M.D.
  Services       $ 300.00
  Disbursements    $  0.00

   Total amount due     $ 300.00

Kenneth L. Appelbaum, M.D.
  Services       $  0.00
  Disbursements    $  0.00

   Total amount due     $  0.00

Roderick Q. Hickman
  Services       $ 4,300.50
  Disbursements    $  0.00

   Total amount due     $ 4,300.50

Karl E. Weaver, M.D.
  Services       $ 4,050.00
  Disbursements    $  0.00

   Total amount due     $ 4,050.00

**TOTAL AMOUNT TO BE REIMBURSED**            $339,063.81

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master