KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | |
| v. | **NOTICE OF DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

1

**NOTICE**

Under Local Rule 141, notice is hereby given that Defendants have submitted to the Court by email a Request to Seal Documents. Also submitted to the Court by email with the Request was the Confidential Declaration of Timothy Belavich in support of Defendants' Status Conference Statement and a proposed order. The confidential declaration and its exhibits contain identifying information and medical records of a *Coleman* class member.

All of these documents will be personally served on Plaintiffs' counsel on January 30, 2013.

Dated: January 29, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California

/S/ JAY RUSSELL
JAY RUSSELL
Supervising Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
Ntc Req. to Seal.docx