IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **ORDER** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

On January 29, 2014, Defendants submitted to the Court by email a request to seal the Confidential Declaration of Timothy Belavich in support of Defendants' Status Conference Report. This declaration and its exhibits contain confidential information on a *Coleman* class member protected by state and federal privacy laws as well as the protective order in this case. These documents were personally served to Plaintiffs' counsel on January 30, 2013.

Good cause appearing, Defendants' request to seal documents is GRANTED.

Dated: January 30, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

Order (2:90-cv-00520 LKK JFM PC)