# APPENDIX 1

## Information
(December 2013)

- The Electronic Health Record System (EHRS) project started October 2013.
- Laboratory Information System, Clinical Data Repository, and Electronic Medical Admin. Record will be taken off the pyramid in future reports as these projects were merged into the EHRS. EHRS will be the active reportable project.

## Clinical Operations Layer

| Medication Administration Process Improvement Project (MAPIP) 100% Complete – 12/30/12 | Central Pharmacy 100% Complete – 12/28/12 | Access to Care (Primary Care) 100% Complete – 3/20/11 |
|---|---|---|
| Utilization Management 100% Complete – 3/20/11 | Telemedicine 100% Complete – 12/31/12 | Health Information Management (HIM)/ Electronic Unit Health Record (eUHR) 100% Complete – In production 10/31/13 |

## Electronic Medical Record Layer

| Laboratory Information System (LIS) – Remaining Project Objectives will be incorporated within the new Electronic Health Record System (EHRS) Project Scheduled for January 2017 | Clinical Imaging Services — Medical Radiology Information System (RIS/PACS) 100% Complete - In production 11/30/13; Dental Radiology (MiPACS) – 100% Complete In produciton 10/30/13 | Health Care Scheduling and Tracking System (HCSTS), formerly Health Care Scheduling System (HCSS) 100% Complete – In production 10/30/13 | Clinical Data Repository (CDR) Remaining Project Objectives will be incorporated within the new Electronic Health Record System (EHRS) Project 100% Complete PHIP – EHRS portion due January 2017 | BIS (Registry) 100% Complete – 11/1/11 |
| Electronic Health Record System (EHRS) 1 % Complete January 2017 | Centralized Dictation & Transcription 100% Complete – 8/10/11 | SOMS 74% Complete - 6/30/2014 | Pharmacy: GuardianRx 100% Complete – 10/31/11 | Pharmacy: Electronic Med Admin Record (eMAR) Remaining Project Objectives will be incorporated within the new Electronic Health Record System (EHRS) Project <25% Complete - On Hold Scheduled for January 2017 | Mental Health Tracking System (MHTS.Net) 100 % Complete – 8/10/11 |

## Infrastructure Layer

| Network Infrastructure Project 100% Complete – 10/30/12 | Data Center Project (Torrance Data Center – Operational) (Federated Data Center – Completion scheduled for June 2014 - 99% Complete) | End User Migration Project 100% Complete – 10/30/12 |
|---|---|---|

### Percentage Complete

| 1% to 25% | 26% to 49% | 50% to 74% | 75% to 100% | Completed – In Production |
|---|---|---|---|---|

External Project Pyramid Chart - September 2013