# APPENDIX 4

 

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

## MEMORANDUM

| | |
|---|---|
| **Date:** | January 13, 2014 |
| **To:** | Institution Chief Executive Officers |
| **From:** | Patient Safety Committee |
| **Subject:** | Statewide Patient Safety Culture Survey |

A year ago, California Correctional Health Care Services (CCHCS) and the Division of Correctional Health Care Services (DHCS) established a statewide Patient Safety Program. The foundation of this new program is an organizational culture that promotes continuous learning and improvement, in which staff consider patient safety an integral part of their daily work.

But what does a patient safety culture actually look like? And how substantial is the gap between where we are now and where we want to be? In February 2014, our organization will survey all health care staff to address these questions by performing a baseline assessment, using a survey tool from the federal Agency for Healthcare Research and Quality. Hundreds of health care organizations across the country have used this same tool to better understand organizational culture and potential risks to patients and staff.

We need your help to make the Patient Safety Culture Survey successful. Statewide, we want to collect input from at least 50% of our health care staff. We know from a pilot of this survey at California Men's Colony that the efforts of the Chief Executive Officer and leadership staff from all disciplines is pivotal in achieving high participation rates.

 **What You Need to Know**

- The survey will take place during the three-week period from February 17 through March 7, 2014.
- We're aiming for a 50% response rate from all disciplines/service areas (medical, mental health, dental, ancillary, administrative, etc.).
- The survey will be provided in an electronic format. It takes about 10-15 minutes to complete the survey.
- **Individual survey responses are reported confidentially to the Quality Management Section and only aggregate responses will be reported back to the institution.**
- Quality Management Section staff will provide support to institution staff as they implement the survey, including a comprehensive marketing package, and will generate survey reports.
- You will receive weekly status updates on this project during the Statewide CEO Conference Call on Thursday afternoons.




**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**



### Project Benefits

- After the survey has been completed, you will receive reports that will identify strengths and weaknesses within your institution's patient safety culture, with actionable information by discipline and work area.
- You will receive a tool kit to help managers and supervisors address problem areas.
- With effective action on survey results, the institution may mitigate risk to patients, and reduce adverse events, avoidable hospitalizations and lawsuits generated by patients and their families. In addition, organizations that have established a strong patient safety culture report higher job satisfaction, and reduced turnover and sick leave use.



### What We Need From You

- **By January 17, 2014**, please select a Survey Champion/Coordinator to work closely with Quality Management Section staff and facilitate survey activities at the institution.
    - ✓ **Please send the name of your selected Survey Champion/Coordinator and any questions or concerns regarding the survey to:** Jennifer.Kidwell@cdcr.ca.gov

- **By January 17, 2014**, please complete the Statewide Patient Safety Culture Survey and ensure that your Institution Quality Management Committee and Survey Coordinator take the survey as well. This is your opportunity to preview the Safety Survey.
    - ✓ **Click the following link to access the survey: PSCS Link for Institution Leads**

Below is a brief summary of pre- and post- survey activities that can be expected in the next few months.

#### Preparing for Implementation: January 2014

QM staff will orient Coordinators to the Patient Safety Culture Survey and outline their tasks to support successful implementation of the survey. A marketing package will be distributed to each Coordinator and will include memos, posters, and talking points customized for each institution. Coordinators will receive weekly reminders from QM staff of upcoming tasks.

 

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

### Implementing the Survey: February 17 – March 7, 2014

QM staff will provide CEOs with a weekly survey response rate update to help identify where education and encouragement may be needed to increase participation. Coordinators will continue to receive weekly reminders from QM staff of upcoming tasks.

### Post-Survey Implementation: May 2014 and Beyond

QM staff will analyze survey results and report findings at individual institution, regional, and statewide levels in May 2014. QM staff will work with the Patient Safety Committee to create a set of tools healthcare staff can use to address gaps in the patient safety culture at their institution.

At the close of this initiative, both baseline survey results and change packages will be distributed to assist staff in moving toward an improved patient safety culture. Re-evaluation will occur every 12 to 18 months as part of the ongoing effort to ensure a safe patient environment.

With your help, we can build a safer and more effective prison health care system. Thank you for your participation in this initiative, and for your ongoing efforts to build a culture of continuous learning and improvement.

If you have any questions about this survey, please contact Jennifer Kidwell, Health Program Specialist in the QM Section, at Jennifer.Kidwell@cdcr.ca.gov or 916-691-0493.