# APPENDIX 6

 **CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | September 5, 2013 |
| **To:** | Chief Executive Officers |
| **From:** | Quality Management Section |
| **Subject:** | Available Now – Cocci Risk Registry |

Per the Medical Classification System (MCS) Policy and Procedures, patients with certain risk factors, such as history of lymphoma, are precluded from placement at the prisons in areas of the state where coccidioidomycosis ("cocci") is most prevalent – referred to as Cocci Areas 1 and 2 in MCS procedures. Patients who are already housed at a prison in Cocci Area 2 and meet specific criteria may complete a waiver to remain at their current institution. Please see the Table 1 below for exclusion and waiver criteria.

This month, California Correctional Health Care Services (CCHCS) released a Cocci Risk Registry that allows health care and custody staff to determine at a glance whether any inmate:

- Is eligible (or ineligible) for placement at an institution in Cocci Area 1 or 2.
- Has signed a waiver to remain at their current institution despite having cocci risk factors that would usually require transfer to another institution.

*Table 1: Exclusion and Waiver Criteria per MCS Policy and Procedures – Institutions in Cocci Areas 1 and 2*

| Patient Group | Associated Risk Factors | Excluded from the Following Institutions: |
|---|---|---|
| Excluded: Cocci Area 1 | HIV positive, history of lymphoma, chronic immunosuppressive therapy, moderate to severe COPD<br>Exception: Patients already cocci-infected | CCI, COR, SATF, KVSP, NKSP, WSP |
| Excluded: Cocci Area 2 | All risk factors listed for Cocci Area 1, diabetes, pregnant, designated as medical high risk, Filipino or African-American<br>Exception: Patients already cocci-infected | ASP and PVSP |
| Eligible for Waiver (Cocci Area 2) | Patients who are excluded only because they are Filipino or African-American or have diabetes; must be low or medium medical risk | N/A |

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758

# MEMORANDUM

**A June 2013 federal court order mandates that the California Department of Corrections and Rehabilitation (CDCR) move all patients with certain risk factors from Cocci Area 2 (ASP and PVSP), or obtain appropriate waivers, within 90 days or on or about September 24, 2013.** The Cocci Risk Registry allows custody and health care staff to run customized reports that identify patients who must transfer out of Cocci Areas 1 and 2, as well as patients who are appropriate to backfill soon-to-be vacant cells.

The new registry, and all other patient registries current available, can be accessed through the Quality Management Portal via the Intranet. Please see Attachment I for step-by-step directions for accessing the Cocci Risk Registry. You can also access the new **Cocci Risk Registry** directly using this link: Cocci Risk Registry

The Cocci Risk Registry features two types of views, one for custody staff who need certain information for inmate placement purposes, but are not authorized to view clinical details per state and federal law, and a separate view for clinical staff, which provides the clinical data.

### *The Custody View*

- Is updated daily with inmate transfer information.
- Lists all CDCR inmates.
- Indicates whether inmates are eligible or ineligible for placement in Cocci Area 1 or 2.
- Specifies each inmate's medical risk level.
- Provides information on existing waivers.

### *The Clinical View*

- Includes all the information in the custody view.
- If an inmate is ineligible for placement in Cocci Area 1 or 2, specifies which exclusion criteria the inmate has triggered.
- Identifies if an inmate has a prior history of Cocci infection.
- Allows health care staff to view Patient Risk Profiles by clicking on any patient's risk level.

Attachment II provides screen shots of the custody and clinical views of the Cocci Risk Registry, with several features highlighted; Attachment III gives detailed information about the methodology used to calculate cocci risk.

# MEMORANDUM

Continuing Medical Education (CME) training was provided in August to orient health care staff to new guidelines for cocci treatment and the new Cocci Risk Registry, with additional sessions planned for September as follows:

---

### CME: Cocci Treatment Guidelines and the Cocci Risk Registry

Learn about CCHCS clinical guidelines for management of cocci patients, transfer criteria, and functions of the Cocci Risk Registry.

**September 5, 2013**    3:00 PM to 4:00 PM
**September 25, 2013**   7:30 AM to 8:30 AM

Join by Webinar:
www.webmeeting.att.com  (Meeting number 8662495279, Participant Code 512499)

Call-In Information:
1-866-249-5279
Participant Code: 512499

---

Please ensure you share this information with appropriate clinical leaders and their staff, along with the Warden, Chief Deputy Warden, and Associate Warden of Health Care.

We welcome your feedback about ways to improve any of our registries, to make them as useful as possible to health care staff. If you would like to make suggestions or provide feedback about the new registry, or have trouble accessing the registry, please contact Ryan Jones, Staff Services Manager II in the Quality Management Section, at Ryan.Jones@cdcr.ca.gov.

Thank you for your continued efforts to improve patient care.



# How To… Access the Cocci Risk Registry

Go to the Lifeline page on the Intranet.

**1** On the Lifeline homepage, locate the "Divisions" heading on the left side menu.

Find "Quality Management" and click on it.

Next, locate "Quick Links" on the right side of the page and click on "Quality Management Portal". *A new window opens.*




**2** At the Quality Management Portal, find the center section called "Patient Lists".

Click on "Cocci Risk Registry".



**3** You have arrived at the custody view of the Cocci Risk Registry. To view the clinical version click the link.



*Patient identifiers have been hidden in this example to protect privacy.*

**4** The clinical version of the Cocci Risk Registry will display information regarding patient's cocci infection status or restrictions.

Below is an example of the Cocci Risk Registry.



*Patient identifiers have been hidden in this example to protect privacy.*

*Please see the Cocci Risk Registry User Tips document for more detailed information.*

CCHCS | How to Access the Cocci Risk Registry    1

## ABSOLUTE COCCI RESTRICTIONS

Patient-inmates meeting any of the below criteria are ineligible to be housed at all Cocci 1 and Cocci 2 institutions (ASP, CCI, COR, KVSP, NKSP, PVSP, SATF, and WSP). Patient-inmates meeting any of these criteria may not sign a waiver to remain at any of these institutions.

### CANCER/CHEMO

- Any patient-inmate identified as receiving chemotherapy or radiation therapy from Third Party Claims data within the last 12 months by any of the following:
    - A CPT code identified from Third Party Claims for:
        - 77261 to 77799  radiation therapy or
        - 96400 to 96549  chemotherapy
- Any patient-inmate identified as having an ICD9 code corresponding to a cancer diagnosis from:
    - Third Party Claims (TPA) data within the past 12 months <u>or</u>
    - Patient Health Problem List (PHIP) Problem List where the diagnosis is marked as "active."

| ICD9 Codes | |
|---|---|
| 140.0 – 149.9 | MALIGNANT NEOPLASM OF LIP, ORAL CAVITY, AND PHARYNX |
| 150.0 -159.9 | MALIGNANT NEOPLASM OF DIGESTIVE ORGANS AND PERITONEUM |
| 160.0 -165.9 | MALIGNANT NEOPLASM OF RESPIRATORY AND INTRATHORACIC ORGANS |
| 170.0 – 176.9^ | MALIGNANT NEOPLASM OF BONE, CONNECTIVE TISSUE, SKIN, AND BREAST |
| 179 - 189 | MALIGNANT NEOPLASM OF GENITOURINARY ORGANS |
| 190.0 – 199.2 | MALIGNANT NEOPLASM OF OTHER AND UNSPECIFIED SITES |
| 200.00 – 208.92* | MALIGNANT NEOPLASM OF LYMPHATIC AND HEMATOPOIETIC TISSUE |

* This code set will include all known history, as the rules indicate "any history of lymphoma"
^ Excludes basal cell cancer codes

### IMMUNE SUPPRESSED

- Any patient-inmate identified as HIV + from laboratory tests or medication dispenses.
- Any patient-inmate receiving a dispense in the last 6 months of any of the following medications:
    - ADALIMUMAB
    - CYCLOSPORINE
    - CYCLOSPORINE, MODIFIED
    - ETANERCEPT
    - GOLIMUMAB
    - HYDROXYCHLOROQUINE SULFATE
    - IMMUNE GLOBULIN, GAMMA CAPRYLATE (IGG)
    - LEFLUNOMIDE
    - MERCAPTOPURINE
    - METHOTREXATE SODIUM
    - METHOTREXATE SODIUM/PF
    - MYCOPHENOLATE MOFETIL
    - MYCOPHENOLATE SODIUM
    - SIROLIMUS
    - TACROLIMUS
    - THALIDOMIDE
- Any patient-inmate on chronic systemic steroids as defined as receiving dispenses in 5 of the last 6 months of any of the following:
    - BETAMETHASONE ACETATE/BETAMETHASONE SODIUM PHOSPHATE
    - BUDESONIDE
    - DEXAMETHASONE
    - DEXAMETHASONE SOD PHOSPHATE
    - DEXAMETHASONE SODIUM PHOSPHATE/PF
    - HYDROCORTISONE
    - HYDROCORTISONE SOD SUCCINATE
    - HYDROCORTISONE SODIUM SUCCINATE/PF
    - METHYLPREDNISOLONE
    - METHYLPREDNISOLONE ACETATE
    - METHYLPREDNISOLONE SODIUM SUCCINATE
    - METHYLPREDNISOLONE SODIUM SUCCINATE/PF
    - PREDNISOLONE
    - PREDNISOLONE SOD PHOSPHATE
    - PREDNISONE
    - TRIAMCINOLONE ACETONIDE

### OXYGEN DEPENDENT

- Anyone identified as requiring supplemental oxygen from the Disability and Effective Communications System (DECS)

## ADDITIONAL COCCI RESTRICTIONS

Patient-inmates who do not meet any of the Absolute Cocci Restriction Criteria, but meet any of the following additional criteria are ineligible for housing at Cocci 2 institutions (ASP and PVSP only). Patient-inmates meeting either of these criteria and are not clinically High Risk, are eligible to sign a medical waiver to remain at a Cocci 2 Institution.

### ETHNICITY

- SOMS ethnicity designation of Black (BLA) or Filipino (FIL)

### DIABETES

- Any patient-inmate identified as having diabetes from laboratory tests or multiple dispenses of any of the following medications:
    - ACARBOSE
    - EXENATIDE
    - GLIMEPIRIDE
    - GLIPIZIDE
    - GLYBURIDE
    - INSULIN ASPART
    - INSULIN ASPART PROTAMINE HUMAN/INSULIN ASPART
    - INSULIN DETEMIR
    - INSULIN GLARGINE, HUMAN RECOMBINANT ANALOG
    - INSULIN LISPRO
    - INSULIN REGULAR, HUMAN
    - METFORMIN HCL
    - MIGLITOL
    - NATEGLINIDE
    - NPH, HUMAN INSULIN ISOPHANE
    - NPH, HUMAN INSULIN ISOPHANE/INSULIN REGULAR
    - PIOGLITAZONE HCL
    - REPAGLINIDE
    - ROSIGLITAZONE MALEATE
    - SAXAGLIPTIN HCL
    - SITAGLIPTIN PHOSPHATE