# APPENDIX 7

 CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

# MEMORANDUM

| | | |
|---|---|---|
| **Date** | : | August 16, 2013 |
| **To** | : | Chief Executive Officers<br>Chief Medical Executives |
| **From** | : | STEVEN RITTER, D.O., Deputy Director, Medical Services |
| **Subject** | : | Patient Clinical Risk Reconciliation Process |

The Medical Classification Chrono (128-C3) is an essential communication tool used in the transfer process by Custody staff to inform placement of an inmate at the appropriate institution. Given the recent court order related to coccidiomycosis (cocci) risk and need to transfer large numbers of patients out of institutions located in the hyperendemic areas of cocci risk, and the opening of the California Health Care Facility (CHCF), it is even more critical that the 128-C3 is accurately completed in a timely manner prior to patient transfer to another institution.

A recent audit comparing medical risk designations on the 128-C3 chrono and the automated patient registries continue to show discrepancies and inaccuracies as our facilities address immediate needs to transfer patients from cocci infected areas and ensure appropriate placement of High Risk patients at CHCF.

As part of the Reconciliation Process, which will assist Chief Medical Executives (CMEs) in ensuring accurate and timely information on the 128-C3 chrono, a decision support tool and procedure have been developed. CMEs are required to attend a presentation that explains this procedure and tool (details on page 2). Effective immediately through at least December 31, 2013, the CME at each institution is required to complete the following four steps (see attachment for full details):

- **Step 1** – Review the clinical risk level for each patient on any proposed transfer list
- **Step 2** – Address discrepancies between the Master Registry and 128-C3 chrono
- **Step 3** – Elevate any continued discrepancies to the Regional Deputy Medical Executive (DME), who will make the final decision on Clinical Risk level changes
- **Step 4** – Submit the reviewed transfer list and Clinical Risk Change Log to HQ Utilization Management (um@cdcr.ca.gov) and the appropriate Regional DME at least weekly

P.O. Box 588500
Elk Grove, CA 95758

# MEMORANDUM

To support the Patient Clinical Risk Reconciliation Process and promote up-to-date and appropriate clinical risk designations, CCHCS has compiled a package of information and decision support tools (see attachment for full details):

> Patient Clinical Risk Level Reconciliation Process – Complete details about each of the four steps in the reconciliation process
>
> Patient Clinical Risk Level Reconciliation Process Workflow – A decision-making algorithm to assist CMEs with the reconciliation process
>
> Attachment I – How to Access the Patient Risk Profile – The Patient Risk Profile provides specific clinical information that was used to determine a patient's clinical risk designation including: diagnoses, procedures, specialty consultations, ED visits, hospitalizations, sensitive medical conditions and medications, and abnormal laboratory results
>
> Attachment II – April 2013 Memo – This memo directs appropriate clinical risk classification in the 128-C3 for all High Risk patients
>
> Attachment III – Clinical Risk Change Log – Use this tool to report patients to the DME if the CME believes after review of all pertinent patient information that the Master Registry clinical risk designation is incorrect

Ensuring accurate clinical risk classifications supports the organization's goals towards effectively and efficiently transferring high risk patients to Intermediate Institutions and CHCF that have been designated for their care, as indicated in Statewide CCHCS Performance Improvement Plan:

*By December 31, 2013, 90% or more of high risk patients will reside at the appropriate institution.*

| **Patient Clinical Risk Reconciliation Process – Explanation of Procedure and Decision Support Tool** | | |
|---|---|---|
| Tuesday, August 20th, 12PM-1PM ***OR*** Wednesday, August 21st, 3PM-4PM | | |
| Call-in/Log-in: (877) 21[illegible]-6371 | Participant#: 145230 | Webinar: www.webmeeting.att.com |

Should you have any questions or concerns, please contact the appropriate designated Regional Deputy Medical Executive:

- Dr. Robert Chapnick, at (916) 691-4480, Robert.Chapnick@cdcr.ca.gov
- Dr. Elizabeth dos Santos at (916) 709-5540, Elizabeth.DosSantosChen@cdcr.ca.gov
- Dr. Jasdeep Bal at (916) 691-0299, Jasdeep.Bal@cdcr.ca.gov
- Dr. Ellen Greenman at (916) 691-9253, Ellen.Greenman@cdcr.ca.gov
- John Dovey at (916) 691-4928, John.Dovey@cdcr.ca.gov

| Cc: | Clark Kelso | Ricki Barnett | Ellen Greenman | Janet Mohle-Boetani |
|---|---|---|---|---|
| | Steven Tharratt | Robert Chapnick | Renee Kanan | Karen Rea |
| | Jasdeep Bal | Elizabeth Dos Santos Chen | Richard Kirkland | Douglas Peterson |

# Patient Clinical Risk Level Reconciliation Process

## Step 1 – Review the clinical risk level for each patient on the proposed transfer list.

A. View the patient's clinical risk level designation in the Master Registry.
B. Compare it to the medical risk level designation on the most current 128-C3.

## Step 2 – Address discrepancies between the Master Registry and 128-C3.

A. If the Master Registry Clinical Risk and medical risk on 128-C3 match, No Action needed.
B. If 128-C3 is missing or if the Master Registry Clinical Risk and medical risk on 128-C3 do not match, evaluate the discrepancy by reviewing:
   i. Patient Risk Profile (can be viewed using the Master Registry, see Attachment I)
   ii. eUHR documentation
   iii. Clinical Risk Classification Criteria (click here to view)
   1. If you believe the Master Registry Clinical Risk is appropriate, complete a new 128-C3.
   2. If you believe the Master Registry Clinical Risk is inappropriate, do the following:
      i. Document the discrepancy on the Clinical Risk Change Log.
      ii. Risk needs upgrade – If you identify the Master Registry is missing a diagnosis for this patient, which would qualify him or her as High Risk, then add that diagnosis using the PHIP Problem List and the Master Registry will be automatically updated by the next day.
      iii. If a risk level downgrade or other change is needed – Initiate a request for change in Master Registry Clinical Risk level designation by submitting the Clinical Risk Change Log and justification to the appropriate Regional DME (Step 3, also see Attachment II).
C. Submit the list of transfer patients reviewed to show reconciliation of Clinical Risk on the Master Registry and medical risk on the 128-C3 (do this even if no discrepancies/change requests).

## Step 3 – DME makes the final decision on requested Clinical Risk level changes.

A. Regional DME will review the CME justification and request for Clinical Risk level change.
   1. As needed, additional information may be reviewed, such as:
      i. Patient Risk Profile (Can be viewed using the Master Registry see Attachment I)
      ii. eUHR documentation
      iii. Clinical Risk Classification Criteria (click here to view)
   2. If DME agrees with the current Clinical Risk designation on the Master Registry, CME will complete a new 128-C3 indicating the Clinical Risk level per the Master Registry.
   3. If DME disagrees with the current Clinical Risk designation in the Master Registry, DME will inform HQ Quality Management of the approval to change patient's Clinical Risk level.
B. DME will communicate decision to the CME who will ensure the 128-C3 is changed if necessary.
C. CME will provide a copy of the new/reconciled 128-C3 to the C&PR for inclusion in the C-File/ ERMS.

## Step 4 – Report to HQ Utilization Management and appropriate Regional DME.

A. Submit documents to HQ UM (um@cdcr.ca.gov) and appropriate Regional DME weekly:
   1. A list of transfer patients reviewed that shows reconciliation of Clinical Risk on the Master Registry and medical risk on the 128-C3.
      *NOTE: If you received an additional transfer list directly from HQ UM to be reconciled, please only return the Clinical Risk Change Log (when needed).*
   2. Clinical Risk Change Log (as needed)
      i. This exception report will be used to document actions taken to address missing 128-C3s or discrepancies (see Attachment III – Clinical Risk Change Log template)



Patient Clinical Risk Level Reconciliation Process Workflow
STEP 1
C&PR provides CME with a list of patients to be considered for committee review for transfer.*
* Institutions with transfers related to Cocci or CHCF may receive an additional patient list from HQ UM for reconciliation.
For each patient listed, the CME compares Clinical Risk level in the Master Registry against medical risk level on the 128-C3.
Is there a 128-C3?
No
CME reviews the Patient's Risk Profile found in the Master Registry, documentation in the eUHR, and clinical risk criteria and completes a new 128-C3 for the patient.
Yes
CME compares Patient's Risk Profile found in the Master Registry to the 128-C3.
STEP 2
Does Clinical Risk Level in Master Registry match the 128-C3?
No
CME reviews the Patient's Risk Profile found in the Master Registry, documentation in the eUHR, and the clinical risk criteria to determine appropriate risk level.
TIP: Need to upgrade a patient to High Risk? Adding the patient's high risk diagnosis in the PHIP Problem List will automatically update the Master Registry Clinical Risk by the next day.
Yes
No Action needed – the patient is authorized to continue with transfer process.
Does the Master Registry show the appropriate Clinical Risk level?
No
Request a Clinical Risk level change on the Master Registry by logging the exception and providing justification to the appropriate Regional DME in the weekly report.
STEP 3
Yes
CME completes a new 128-C3 with the Clinical Risk level, which should be the same as shown on the Master Registry. The patient is authorized to continue with transfer process.
Does the DME agree with the Clinical Risk level on the Master Registry?
No
DME contacts QM to change Clinical Risk level in the Master Registry.
Yes
CME completes a new 128-C3 with Clinical Risk level indicated in the Master Registry. The patient is authorized to continue with transfer process.

STEP 4

On a weekly basis, CME submits the following items to UM (um@cdcr.ca.gov) and the appropriate Regional DME:

1. A list of patients reviewed for transfer consideration that shows reconciliation of Clinical Risk on the Master Registry and medical risk on the 128-C3
2. As needed, the Clinical Risk Change Log used to document actions taken to address missing 128-C3s or Clinical Risk level discrepancies

NOTE: If you received an additional transfer list directly from HQ UM to be reconciled, please only return the Clinical Risk Change Log (when needed).

# Patient Clinical Risk Level Reconciliation Process Workflow

STEP 4

On a weekly basis, CME submits the following items to UM (um@cdcr.ca.gov) and the appropriate Regional DME:

1. A list of patients reviewed for transfer consideration that shows reconciliation of Clinical Risk on the Master Registry and medical risk on the 128-C3
2. As needed, the Clinical Risk Change Log used to document actions taken to address missing 128-C3s or Clinical Risk level discrepancies

NOTE: If you received an additional transfer list directly from HQ UM to be reconciled, please only return the Clinical Risk Change Log (when needed).



# How To…Access Patient Risk Profile

Go to the Lifeline page on the Intranet.

## 1

On the Lifeline homepage, locate the "Divisions" heading on the left side menu.

Find "Quality Management" and click on it.

Next, locate "Quick Links" on the right side of the page and click on "Quality Management Portal". *A new window opens.*

## 2

At the Quality Management Portal, find the center section called "Patient Lists".

Click on "Master Registry".

## 3

Once you have arrived at the Master Registry, find the patient and and click on their "Clinical Risk" designation. *A new window opens.*

| ousing | | Risk Groups | | | |
|---|---|---|---|---|---|
| Cell Bed | Care Team or Yard | Clinical Risk | Rx Ct | Avoid Hosp | MH HU |
| E 520 | Yard E Clinic | HIGH 1 | 17 | 3 | |
| F 640 | Yard F Clinic | MED | 13* | | |
| S INF | Other | HIGH 1 | 9 | | |
| S INF | Other | HIGH 2 | 8 | | |
| A 130 | Yard A Clinic | MED | 17 | | |
| B 220 | Yard B Clinic | MED | 9 | | |

## 4

The Patient Risk Profile will present only data that was used to determine a patient's clinical risk designation.

Below is an example of the Patient Risk Profile.

*Patient identifiers have been hidden in this example to protect privacy.*

**Patient Risk Profile**

| Patient Name | CDCR # | Inst | Care Team | Cell Bed | Arrival Date | Housing |
|---|---|---|---|---|---|---|

| Clinical Risk Level | Birth Date | Age | Mental Health | DPP Code(s) | TABE Score | TB Code | EPRD |
|---|---|---|---|---|---|---|---|
| HIGH 1 | | | | | | | |

**Chronic Conditions**

- CARDIAC
- CCCMS
- CHRONIC PAIN
- COPD
- DIABETES
- HCV
- HLP
- PHYS. DISABILITY
- WAR*

**Active Prescriptions**

- ASPIRIN
- ATORVASTATIN CALCIUM
- CALCIUM POLYCARBOPHIL
- CARVEDILOL
- FLUOXETINE HCL
- FLUTICASONE PROPIONATE
- FUROSEMIDE
- HYDROXYZINE PAMOATE
- INSULIN REGULAR, HUMAN
- LEVALBUTEROL TARTRATE
- LISINOPRIL
- METFORMIN HCL
- MORPHINE SULFATE
- NITROGLYCERIN
- NPH, HUMAN INSULIN ISOPHANE
- RANITIDINE HCL
- TIOTROPIUM BROMIDE

**High Risk Factors:**

- [ ] Age (65+)
- [ ] High Cost Patient
- [x] High Risk Diagnosis
- [x] High Risk Procedure
- [ ] High Risk Specialty Consultations
- [x] Multiple ED Visits
- [x] Multiple Hospitalizations
- [x] Sensitive Medical Condition
- [ ] Significant Abnormal Lab (Any)
- [ ] Significant Abnormal Lab (Most Recent)

**High Risk Diagnoses / Procedures**

| Date | Type | Details |
|---|---|---|
| | Procedure | Coronary Artery Bypass |
| | Diagnosis | Cad Cabg |

**ED Visits / Hospitalizations**

| | Type | Details |
|---|---|---|
| | INPT | Shortness Of Breath |
| | INPT | Chest Pain |
| | ED | Chest Pain Nos |
| | INPT | Chest Pain |
| | ED | Chest Pain Nos |
| | INPT | Chest Pain |
| | INPT | Chest Pain |
| | INPT | Chest Pain |
| | ED | Chest Pain Nos |
| | INPT | Chest Pain |

**High Risk Specialty Consultations**

| Date | Type | Details |
|---|---|---|

**Significant Abnormal Labs**

| Date | Type | Details | Lab Value |
|---|---|---|---|

