**CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES

## MEMORANDUM

| | | |
|---|---|---|
| **Date** | : | April 3, 2013 |
| **To** | : | Chief Executive Officers |
| | | Chief Medical Executives |
| | | Deputy Medical Executives |
| **From** | : | STEVEN RITTER, D.O., Deputy Director, Medical |
| | | John Dovey, Deputy Director, Field Operations and Activation Management, Correction Services |
| **Subject** | : | **CENTRALIZED AUTOMATED RISK CLASSIFICATION SYSTEM** |

Effective immediately, this memorandum supersedes the California Correctional Health Care Services (CCHCS) Centralized Automated Risk Classification System memorandum dated July 25, 2012. After further analysis related to the implementation of the July 25, 2012, memorandum, the following actions are to occur upon the receipt of this memorandum and attachments. This is the third attempt to ensure the movement of High Risk (HR) Inmate-Patients (IPs) to their appropriate institution.

The attached Centralized Automated Risk Classification System list contains IPs with HR status currently housed at your institution that have been identified as requiring transfer to an appropriate intermediate-level medical care institution. Please review the attached High Risk Patient List (referencing the attached Clinical Risk Classification System Definitions) to ensure the IP's current California Department of Corrections and Rehabilitation (CDCR) Medical Classification Chrono (128 C-3) reflects the IP's Medical Risk: HR status using the following steps:

1. Compare the attached list of HR IPs at your institution with their current Medical Classification Chrono 128-C3. If they match:
   a. Enter "High" in the column labeled "128C-3," **and**
   b. Enter the date this was verified in the field labeled "128C-3 Date."
2. If they do **not** match, for example the Medical Classification Chrono 128-C3 at your institution does not identify the IP as a HR IP, then the following steps must occur:
   a. The PCP staff will complete a new CDCR 128 C-3 that documents the inmate's current medical classification factors, including the Medical Risk: HR factor. A copy of the completed CDCR 128 C-3 will be routed to the institution

# MEMORANDUM

Classification and Parole Representative who will utilize the CDCR 128 C-3 as a trigger to initiate a classification action.

b. If the institution PCP disagrees with the IP's HR designation, the PCP shall discuss the case with the Chief Physician and Surgeon and/or the Chief Medical Executive (CME).

c. If the CME believes the IP's HR designation is "Medium" or "Low Risk," he/she will case conference with their designated Field Operations Deputy Medical Executive (DME), Dr. John Zweifler – Central Region; Dr. Elizabeth dos Santos – South and/or Dr. Ellen Greenman – North, to come to a consensus on the IP's HR status.

d. If all parties agree the IP is **not** HR

1. Enter "Medium" or "Low" in the column labeled "128C-3," **and**
2. Enter the date this was verified in the field labeled "128C-3 Date."

e. If a consensus cannot be reached, the IP will retain the HR designation and be transferred to an appropriate intermediate-level medical care institution.

1. Enter "High" in the column labeled 128C-3 and enter the date this was verified in the 128C-3 Date column.

The lists should be completed and returned to Blake Lim, Utilization Management, at blake.lim@cdcr.ca.gov within **30 days (May 3, 2013).** In addition, the updated IP HR list based on the CDCR 128 C-3 verification process will be provided by the institution to the Medical Classification and Case Records Unit (MCCRU). This updated list will then be provided to CDCR's Population Management Unit to be utilized by classification staff to transfer the identified HR IPs.

Should you have any questions or concerns, please contact the appropriate designated Field Operations, Deputy Medical Executive: Dr. John Zweifler (Central), at (916) 838-4746 or via email @ (John.Zweifler@cdcr.ca.gov), Dr. Elizabeth dos Santos (South) at (916) 709-5540 or via email @ (Elizabeth.DosSantosChen@cdcr.ca.gov), Dr. Ellen Greenman (North) at (916) 205-5428 or via email @ (Ellen.Greenman@cdcr.ca.gov), or Jay Powell at (916) 691-0336 or via email @ (jay.powell@cdcr.ca.gov).

Attachments

- High Risk Patient List (as of 3/27/13)
- Clinical Risk Classification System

cc:

| | | |
|---|---|---|
| J Clark Kelso | David Runnells | Jared Goldman |
| Steven Tharratt, M.D. | Mitzi Higashidani | Joyce Hayhoe |
| Steve Kessler | Evelyn Matteucci | Yulanda Mynhier |
| Renee Kanan, M.D. | Tim Belavich, Ph.D. | Karen Rea, PHN, FNP |
| Ricki Barnett, M.D. | Morton Rosenberg, D.D.S | Douglas Peterson, M.D. |
| Jay Powell | Janet Lewis | Stanley Ota |
| Blake Lim | Robert Calderon | |

# Clinical Risk Change Log

*INSTRUCTIONS: Use this report to log discrepancies between a patient's Clinical Risk Classification (Master Registry) and medical risk found on the most recent 128-C3 that requires DME review. Requests for Clinical Risk level changes on the Master Registry must be accompanied by appropriate justification. Submit this report to HQ UM and the appropriate Regional DME at least weekly.*

Institution  Make a Selection

CME Name

Date

Click here to access Clinical Risk Definitions

Click here to access the Master Registry

Click here to email HQ UM

| Line # | CDC # | Last Name | Patient Clinical Risk Level | | Match? (Y/N) | Action Requested and/or Resolution (Explain) |
|--------|-------|-----------|-----------------------------|--------------------------|--------------|-----------------------------------------------|
| | | | Per Registry | Per Most Recent 128-C3 | | |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |

Patients who are High Risk Priority 1 trigger at least **2 flags** from the selection criteria found in the table below

## High Risk - Priority 2

Patients who are High Risk Priority 2 trigger only **1 flag** from the selection criteria found in the table below

| Flag | Description | Data Source | Timeframe |
|---|---|---|---|
| **Sensitive Medical Condition** | Medications associated with important diagnoses which, if not taken, may lead to a serious adverse event (e.g. immunosuppressants, chemotherapy Rx) **See Table 1 and 2 below** | Guardian | 6 months |
| **High hospital, ED, Specialty Care and Pharmacy Costs** | Patients whose care in the past 6 months has a cost of more than $100,000 | Guardian, TPA Claims | 6 months |
| **Multiple Hospitalizations** | 2 or more inpatient admissions | CADDIS | 12 months |
| **Multiple Emergency Department Visits** | 3 or more emergency department visits | TPA Claims | 12 months |
| **High Risk Specialty Consultations** | 2 or more appointments to 'high risk' specialist(s) (e.g., oncologist, vascular surgeon) **See Table 3 Below** | TPA Claims | 6 months |
| **Significant Abnormal Labs** | 1 or more abnormal lab value that suggests poor control of a chronic condition or serious medical condition (most recent) **See Table 4 Below** | Quest | All - Most Recent or Any |
| **Age** | 65 years of age or older | SOMS | Current Age |
| **Specific High-Risk Diagnoses/Procedures** | 1 or more ICD-9 codes from ED visit, hospitalization or specialist visit, suggesting serious condition (e.g., cancer, SLE, dementia) **See Table 5 Below** | TPA Claims | All |

## Medium Risk

Patients with at least 1 chronic condition who do not meet any selection criteria for Clinical High Risk Priority 1 or Priority 2
(Excluded from the Medium Risk group are patients whose chronic condition(s) are limited to those listed in the Low Risk and that meet the criteria for well controlled or at low risk for adverse health event)

| Flag | Description | Data Source | Timeframe |
|---|---|---|---|
| **1 or More Chronic Conditions** | 1 or more chronic illness, based upon prescribed medications, laboratory tests, or MHSDS enrollment. Also includes MH High Utilization and Permanent ADA. | Guardian, Quest, MHTS, DECS | Variable |

## Low Risk

All patients who do not meet the selection criteria for the High Risk Priority 1, Priority 2, or Medium Risk categories
Includes some patients with medical conditions considered to be well controlled or at low risk for adverse health event.

| Flag | Description | Data Source | Timeframe |
|---|---|---|---|
| **Health Patients Including: Well Managed Asthmatics, Diabetics, Hypertension, Low Risk HCV Patients, Low Risk LTBI** | Otherwise healthy patients, including: Those who use <= 4 SABA dispenses in 12-months and not on an ICS Those with all HgA1C < 7.7 in 12-months and not on insulin Those who only receive monotherapy for blood pressure management Those who do not meet criteria for chronic HCV infection or those who have low probability for advanced liver disease based off Fib-4 calculation Those who are receiving treatment for LTBI, and have ALT <2x's normal elevation | Guardian, Quest | Variable |

| Table 1: Examples of Medications Indicating Sensitive Medical Conditions | |
|---|---|
| • **Immunosuppressant:** TNF Inhibitor (Adalimumab) | • **ALS:** Riluzole |
| • **Anti-rejection Medication:** Cyclosporine | • **Anticoagulant:** e.g. warfarin |
| • **Chemotherapy** | • **HIV or HBV:** anti-retroviral |
| • **Multiple Sclerosis:** Interferon Beta 1A | • **Hemophilia** |
| | • **Myasthenia Gravis:** Edrophonium |

| Table 2: Complete List of Medications Indicating Sensitive Medical Conditions | |
|---|---|
| • ‡ABACAVIR SULFATE | • INTERFERON BETA-1-A/ALBUMIN HUMAN |
| • ‡ABACAVIR SULFATE/LAMIVUDINE | • INTERFERON BETA-1B |
| • ‡ABACAVIR SULFATE/LAMIVUDINE/ZIDOVUDINE | • ‡LAMIVUDINE |
| • ADALIMUMAB | • ‡LAMIVUDINE/ZIDOVUDINE |
| • ALBENDAZOLE | • LEFLUNOMIDE |
| • ANTIHEMOPHILIC FACTOR, HUM REC | • LEUPROLIDE ACETATE (Men-Only) |
| • ANTIHEMOPHILIC FACTOR,HUMAN | • ‡LOPINAVIR/RITONAVIR |
| • ANTIHEMOPHILIC FACTOR,HUMAN/VON WILLEBRAND FACT,HUMAN | • ‡MARAVIROC |
| • APREPITANT | • MELPHALAN |
| • ‡ATAZANAVIR SULFATE | • MERCAPTOPURINE |
| • AZATHIOPRINE | • MESALAMINE |
| • *BETAMETHASONE ACETATE/BETAMETHASONE SODIUM PHOSPHATE | • MESALAMINE WITH CLEANSING WIPES |
| • BICALUTAMIDE | • METHOTREXATE SODIUM |
| • BORTEZOMIB | • METHOTREXATE SODIUM/PF |
| • *BUDESONIDE | • *METHYLPREDNISOLONE |
| • CAPECITABINE | • *METHYLPREDNISOLONE ACETATE |
| • CERTOLIZUMAB PEGOL | • *METHYLPREDNISOLONE SODIUM SUCCINATE |
| • CHLORAMBUCIL | • *METHYLPREDNISOLONE SODIUM SUCCINATE/PF |
| • CLOZAPINE | • MYCOPHENOLATE MOFETIL |
| • CYCLOSPORINE | • MYCOPHENOLATE SODIUM |
| • CYCLOSPORINE, MODIFIED | • ‡NELFINAVIR MESYLATE |
| • ‡DARUNAVIR ETHANOLATE | • NEVIRAPINE |
| • DASATINIB | • NILOTINIB HCL |
| • *DEXAMETHASONE SOD PHOSPHATE | • NILOTINIB HYDROCHLORIDE |
| • *DEXAMETHASONE SODIUM PHOSPHASTE/PF | • PILOCARPINE HCL |
| • ‡DIDANOSINE | • *PREDNISONE |
| • DRONABINOL | • *PREDNISOLONE |
| • EDROPHONIUM CHLORIDE | • *PREDNISOLONE SOD PHOSPHATE |
| • ‡EFAVIRENZ | • PYRIDOSTIGMINE BROMIDE |
| • ‡EFAVIRENZ/EMTRICITABINE/TENOFOVIR DISOPROXIL FUMARATE | • ‡RALTEGRAVIR POTASSIUM |
| • ‡EMTRICITABINE | • RILUZOLE |
| • ‡EMTRICITABINE/RILPIVIRINE HCL/TENOFOVIR DISOPROXIL FUMARATE | • ‡RITONAVIR |
| • ‡EMTRICITABINE/TENOFOVIR DISOPROXIL FUMARATE | • ‡SAQUINAVIR MESYLATE |
| • ‡ENFUVIRTIDE | • SIROLIMUS |
| • ERLOTINIB HCL | • SORAFENIB TOSYLATE |
| • ETANERCEPT | • ‡STAVUDINE |
| • ETRAVIRINE | • SULFASALAZINE |
| • FACTOR IX | • SUNITINIB MALATE |
| • ‡FOSAMPRENAVIR CALCIUM | • TACROLIMUS |
| • GLATIRAMER ACETATE | |
| • GOLIMUMAB | |

- *HYDROCORTISONE  (NON-TOPICAL)
- HYDROCORTISONE ACETATE
- *HYDROCORTISONE SOD SUCCINATE
- *HYDROCORTISONE SODIUM SUCCINATE P/F
- HYDROXYCHLOROQUINE SULFATE
- IMATINIB MESYLATE
- ‡INDINAVIR SULFATE
- INTERFERON BETA-1A
- TEMOZOLOMIDE
- ‡TENOFOVIR DISOPROXIL FUMARATE
- THALIDOMIDE
- ‡TIPRANAVIR
- *TRIAMCINOLONE ACETONIDE
- WARFARIN SODIUM
- ‡ZIDOVUDINE

*Requires a dispense in 5 of the previous 6 months to be High Risk
‡ Used to identify HIV treatment only

## Table 3: High Risk Specialty Consultations

- Cardiac Surgery
- Dialysis
- Hematology
- Nephrology
- Thoracic Surgery
- Neurosurgery
- Oncology
- Pulmonary
- Radiation Oncology
- Rheumatology
- Vascular Surgery

## Table 4: Significant Abnormal Labs

| Lab Name | | Labs Timeframe | Values Queried |
|---|---|---|---|
| ANCA | Anti RNP | Any  Recorded Abnormal Result | Positive Lab Results |
| Anti CCP | Anti SCL 70 | | |
| Anti Centromere | Anti SM | | |
| Anti DS | Anti-AchR | | |
| Anti DS DNA | Sjogrens AB SSA | | |
| Anti RNA Polymerase | Sjorgrens AB SSB | | |
| | Hgb SS | | |
| Absolute Neutrophil Count | | Most Recent Lab | <750 |
| Albumin | | | <2.8 |
| Bilirubin Total | | | >5 |
| Calcium | | | >12 |
| CD4 | | | <200 |
| Creatinine | | | >2 |
| Hemoglobin | | | <9 |
| INR | | | >4 |
| Platelet Count | | | <75000 -OR- >1000000 |
| White Blood Cell Count | | | <1 |

## Table 5: Hospitalization Associated High Risk Diagnoses/Procedures

### Diagnoses

**ID**: Sepsis ,Fungal Infections-Systemic, Coccidioidal/or Cryptococcal Meningitis, Endocarditis, Decubitus Ulcer

**Cardiac**: Acute MI, CAD, CHF, PVD, Aneurysm (Coronary, Myocardial, Aortic, Iliac, Renal, etc), Congenital Heart Disease

**Heme/Onc**: Cancer, Lymphoma/Leukemia, Myelofibrosis, Aplastic Anemia, Sickle Cell Disease, Coagulation Factor Def

**Neuro**: Parkinson's, MS, Plegia (Hemi-, Para-, Quadra-), Anoxic Brain Damage, Hydrocephalus, Huntington's, Head Trauma, Freidreichs Ataxia, Dementia, Neurogenic Bladder, Subarach. Hemorrhage, Stroke (Ischemic/Hemorrhagic)

**Resp**: COPD, H/O Respiratory Arrest, Primary Pulmonary Cocci, Primary Pulmonary Hypertension

**GI**: Hepatic Coma, Biliary Cirrhosis, Hepatorenal Syndrome, Chronic Pancreas Disorder, Esophageal Varices, IBD

**Renal**: Intrinsic Renal Disease, Chronic Renal Failure Stage 3 or Above, Kidney Transplantation,

**Rheum**: RA, Ankylosing Spondylitis, SLE, Scleroderma, Dermatomyositis, Polymyositis, Giant Cell Arteritis, Goodpasture's Wegener's, Myasthenia Gravis

**Other**: Cystic Fibrosis , Amyloidosis , Sleep Apnea

### Procedures

| | | | |
|---|---|---|---|
| Ventricular Shunt | CABG or PTCA | Coronary Thrombolysis | Pacemaker or Defibrillator |
| Peripheral Vascular Bypass | TIPS | AV fistula | Hemodialysis |
| Survivor of CPR | Chemotherapy | Kidney Transplantation | Nephrectomy (partial/complete) |
| Bone Marrow Transplant | Abdominal Paracentesis | Control Upper GI Bleeding | Hepatic or Pancreatic Surgery |