# APPENDIX 9

# Executive Report: MedSATS and Scheduling Process Improvement

November 2013

**Table of Contents**

Executive Summary, Pages 1-4

Detailed Findings, Pages 5-8

# Executive Summary
## MedSATS and Scheduling Process Improvement



## Background

This briefing examines performance on medical scheduling and access to medical and nursing services based on a review of medical scheduling data between April and September 2013, available from the new Medical Scheduling and Tracking System (MedSATS). Starting in February 2013, California Correctional Health Care Services (CCHCS) began rolling out MedSATS to improve the scheduling process, increase timely access to medical and nursing services, and establish a single centralized and standardized scheduling system for all institutions.

Three categories of measureable objectives related to scheduling are addressed in this briefing, most of which are referenced in the Statewide Performance Improvement Plan (PIP):

| | |
|---|---|
| **Accuracy** | By June 30, 2014, results from MedSATS performance reports for at least the seven access to care indicators will vary less than 10% from results found in the patient health records. |
| **Access** | By December 31, 2013, 85% or more of patients who require care will receive timely access to clinicians, and laboratory, and radiology services. |
| **Efficiency** | By December 31, 2013,<br>○ 85% or more of health care appointments occur as originally planned;<br>○ 1% or less of health care appointments are cancelled due to controllable reasons; and<br>○ 50% or more of variability in patient demand for clinical services is explained by case mix |

When potentially avoidable scheduling failures occur at inexplicably high rates, it may be a signal that:
- Patient demand is not well-managed,
- Patients are at risk of missing planned care,
- Provider hand-offs are not occurring,
- Compliance evaluation is unreliable, or
- Care teams are engaging in unnecessary work to repeatedly prepare and readjust resources because of failed visits.

Accurate MedSATS data are essential to understanding and addressing root causes of scheduling failures.

# Executive Summary
## MedSATS and Scheduling Process Improvement



## Summary of Findings

- **Accuracy:** Average discrepancy between MedSATS reports and information in actual patient health records ranges from 5-21%. Statewide average variation across measures and institutions is 12%.



*Average Absolute Percentage Discrepancy between MedSATS Reports and Audited Chart Results*

- **Access:** Aggregating data for all seven access measures, 11 institutions demonstrate at least 85% average compliance with visit timeframes. Average statewide compliance across institutions and measures is 82% and ranges from 59-94%.



*Average Percentage of Appointments Completed Timely: Seven Access Measures*

- **Efficiency:** Statewide, patients are seen as planned in 59% of all possible encounters, and institution rates vary from 38-82%. Five percent (5%) of patients are unseen and permanently canceled for controllable reasons.



*Percentage of Potential Encounters in September 2013 That Were Seen as Planned vs. Unplanned, Unscheduled, Unsuccessful, Unseen or Unclosed*


- **Demand Management:** Rates of primary care visits (PCP and PC RN) vary from 400-1,400 per 1,000 inmates statewide. Case mix does not explain variability in visit rates among institutions.

*September 2013 Rate of Primary Care Visits per 1,000 (Institution Proportion of High Risk Patients in Parentheses)*



## Required Actions and Recommendations

There are a number of steps institutions leaders should take to improve MedSATS data reliability, access to care, and scheduling efficiency, and there are new tools available to support scheduling improvements. To the extent that institutions use these tools to analyze and redesign scheduling processes, institutions will be better prepared for implementation of the Electronic Health Record System (EHRS), which will require similar analysis and redesign for all or most core health care processes.

- **New MedSATS Features and Functions.** Make sure your staff has received training on the most recent MedSATS features, which include performance reports that will help you identify gaps that need to be addressed in your scheduling processes.

- **Scheduling Process Improvement Resources.** At the link below, you will find a new webpage on the Quality Management Portal that hosts tools and training materials to support scheduling improvements, including, but not limited to:
    - MedSATS validation findings by measure, per institution.
    - Sample local operating procedures for five major scheduling processes.
    - Roles and responsibilities for key staff involved in MedSATS implementation and scheduling.
    - Sample schedules and appointment time templates.
    - Guide to MedSATS performance reports.
    - New performance reports for the measures in this report, which can be filtered to the care team level.
    - Validation worksheets that allow institutions to self-assess MedSATS reliability in the seven access measure areas.