# Executive Summary
## MedSATS and Scheduling Process Improvement



Some of the above tools will be available immediately; some will not be accessible until December 1, 2014. Access available tools at the following link: Scheduling Process Improvement.

- **"Plug and Play" Scheduling Improvement Initiative.** In the Scheduling Improvement Project Template, you will find a template for a Performance Improvement Work Plan (PIWP) initiative dedicated to scheduling improvements. It includes detailed action steps to guide institution staff as they analyze quality problems and/or redesign scheduling processes in areas described in this report, including:
    - MedSATS data reliability
    - Access to care
    - Scheduling efficiencies
    - Appointment demand

The improvement initiative template also prompts institutions to consider scheduling efficiencies from the CCHCS Primary Care Model standards, such as open access appointment slots and co-consultation between nurses and primary care providers to resolve complaints in a single visit when possible. As institution staff work through the improvement initiative action steps, staff will be guided in the application of tools from the Scheduling Process Improvement webpage.

Instructions for reaching this page are also provided in "How to Reach the SPI Webpage".

- **Leverage Your Existing Quality Management Infrastructure.** Use common structures within the institution Quality Management Program to make and sustain progress in scheduling improvements.
    - Incorporate the Scheduling Improvement Initiative Template into your institution's PIWP, which references fundamental quality management principles, including, but not limited to:
        - Using a multi-disciplinary improvement team to analyze problems and develop solutions.
        - Using data to study the source of quality problems from multiple perspectives.
        - Testing changes in a pilot clinic prior to finalization and spread to other parts of the institution.
        - Identifying staff or program areas that are particularly challenged by new procedures or efficiencies, and offering additional support/focused technical assistance until issues are resolved.
        - Identifying and adopting best practices institution-wide.
    - Review the status of PIWP action steps, as well as QM performance reports and MedSATS management reports during Quality Management Committee meetings each month to assess progress over time and modify PIWP actions steps as appropriate.

## Accuracy of MedSATS Reports

- At most institutions, discrepancies between MedSATS reports and the eUHR audit were less than 10% for RN FTF Triage, PCP visits from Routine RN Referrals, and Routine Specialty Referrals. Discrepancies for the remaining visit types were 10% or more in at least half of all institutions.

- The variance between MedSATS-reported performance and the eUHR audit at CIM, NKSP and VSP was under 10% for 6 of 7 measures. Only one of SQ's measures has less than a 10% discrepancy, and 4 of its measures had variances of 20% or greater.

*Percent Variance between MedSATS Compliance Result is compared to eUHR Audit Results*

Discrepancy between MedSATS reports and eUHR audit results

| | % RN FTF Triage | % Urgent PCP Referral from RN FTF | % Routine PCP Referral from RN FTF | % Chronic Care Follow-Up | % High Priority Specialty Referral | % Routine Specialty Referral | % PCP Follow-Up After Hospitalization | % *Variance | |
|---|---|---|---|---|---|---|---|---|---|
| Statewide* | 9 | 18 | 6 | 12 | 14 | 7 | 15 | 12 | Statewide* |
| ASP | -14 | -12 | -5 | -7 | -17 | -1 | 0 | 8 | ASP |
| CAL | +15 | 0 | +7 | -14 | -31 | -5 | +5 | 11 | CAL |
| CCC | -1 | -12 | -6 | -21 | +1 | -2 | -33 | 11 | CCC |
| CCI | +2 | -56 | +6 | -10 | -30 | -11 | -9 | 18 | CCI |
| CCWF | +2 | +8 | +3 | -18 | -20 | -11 | -20 | 12 | CCWF |
| CEN | +20 | 0 | -5 | -19 | -20 | -8 | NA | 12 | CEN |
| CIM | -8 | +7 | -6 | -12 | -7 | -6 | -8 | 8 | CIM |
| CIW | -1 | +12 | +4 | +1 | -22 | -11 | +8 | 8 | CIW |
| CMC | +1 | -50 | -17 | -17 | +27 | +2 | -7 | 17 | CMC |
| CMF | +1 | +1 | +3 | +6 | -5 | -3 | -51 | 10 | CMF |
| COR | -6 | -25 | +2 | 0 | +15 | -3 | -33 | 12 | COR |
| CRC | +3 | +45 | +4 | -29 | -6 | -1 | +2 | 13 | CRC |
| CTF | 0 | -13 | -4 | -16 | -14 | -14 | -26 | 12 | CTF |
| CVSP | 0 | +5 | 0 | -19 | -6 | -5 | -15 | 7 | CVSP |
| DVI | +17 | -9 | -26 | -13 | -20 | -18 | -17 | 17 | DVI |
| FSP | +19 | +13 | -2 | -2 | -17 | -3 | 0 | 8 | FSP |
| HDSP | +1 | -1 | +20 | +9 | 0 | -5 | -62 | 14 | HDSP |
| ISP | -2 | -23 | +3 | -13 | -12 | -7 | -14 | 11 | ISP |
| KVSP | +9 | +67 | +17 | -18 | +14 | -4 | +17 | 21 | KVSP |
| LAC | -3 | -71 | -1 | -16 | -12 | -7 | -8 | 17 | LAC |
| MCSP | +19 | -10 | 0 | -18 | +13 | -7 | -5 | 10 | MCSP |
| NKSP | -35 | -2 | -1 | -3 | +3 | -1 | -1 | 7 | NKSP |
| PVSP | +3 | +14 | +5 | -12 | -6 | -8 | -8 | 8 | PVSP |
| RJD | -7 | -17 | -8 | -11 | -15 | -4 | -33 | 14 | RJD |
| SAC | +2 | -17 | -3 | -6 | -8 | -13 | +5 | 8 | SAC |
| SATF | +3 | +60 | 0 | -20 | -20 | +4 | -15 | 17 | SATF |
| SCC | -15 | -8 | +1 | 0 | 0 | -11 | 0 | 5 | SCC |
| SOL | -28 | 0 | -6 | -30 | +25 | -6 | -10 | 15 | SOL |
| SQ | -36 | -23 | +20 | +5 | -27 | -14 | -13 | 20 | SQ |
| SVSP | +6 | 0 | +2 | -12 | -12 | -8 | -4 | 6 | SVSP |
| VSP | +7 | +13 | -2 | +1 | -7 | -7 | -4 | 6 | VSP |
| WSP | +5 | -9 | -7 | -11 | +9 | -2 | -23 | 9 | WSP |

*Average of absolute discrepancy between MedSATS reports and eUHR audit results

## Detailed Findings | MedSATS and Scheduling Process Improvement

### Timely Access and Compliance with Required Timeframes

- Average timeframe compliance at 11 institutions is at or above 85%, with CCI showing the highest average rate at 94%. With a rate of 59%, DVI has the lowest average compliance with timeframes.
- At 91%, statewide RN FTF triage timeframe compliance is the best among all visit types. With less than 75% compliance, patients with PCP visits after RN FTF triage are least likely to be seen timely.

*Percentage of Appointments Seen within Timeframes Based on Results of MedSATS Compliance Audit*

|  | RN FTF Triage | Urgent PCP Referral from RN FTF | Routine PCP Referral from RN FTF | Chronic Care Follow-Up | High Priority Specialty Referral | Routine Specialty Referral | PCP Follow-Up After Hospitalization | Unweighted Compliance Average |  |
|---|---|---|---|---|---|---|---|---|---|
| **Statewide** | 92 | 72 | 74 | 76 | 87 | 97 | 77 | 82 | **Statewide** |
| ASP | 96 | 93 | 84 | 87 | 100 | 96 | 61 | 88 | ASP |
| CAL | 79 | 100 | 86 | 68 | 93 | 100 | 81 | 87 | CAL |
| CCC | 100 | 100 | 100 | 60 | 94 | 96 | 100 | 93 | CCC |
| CCI | 98 | 100 | 82 | 92 | 85 | 100 | 100 | 94 | CCI |
| CCWF | 92 | 83 | 54 | 80 | 91 | 96 | 67 | 81 | CCWF |
| CEN | 74 | 100 | 65 | 91 | 100 | 96 | NA | 88 | CEN |
| CIM | 94 | 60 | 84 | 88 | 100 | 100 | 60 | 84 | CIM |
| CIW | 98 | 71 | 80 | 48 | 83 | 100 | 77 | 80 | CIW |
| CMC | 96 | 67 | 72 | 52 | 64 | 92 | 63 | 72 | CMC |
| CMF | 96 | 79 | 74 | 63 | 84 | 88 | 73 | 80 | CMF |
| COR | 96 | 80 | 92 | 68 | 52 | 96 | 86 | 81 | COR |
| CRC | 96 | 55 | 91 | 100 | 83 | 96 | 93 | 88 | CRC |
| CTF | 98 | 77 | 81 | 68 | 84 | 100 | 76 | 83 | CTF |
| CVSP | 100 | 71 | 62 | 96 | 93 | 100 | 71 | 85 | CVSP |
| DVI | 80 | 9 | 41 | 48 | 88 | 100 | 50 | 59 | DVI |
| FSP | 81 | 88 | 94 | 80 | 100 | 100 | 100 | 92 | FSP |
| HDSP | 98 | 70 | 66 | 78 | 86 | 92 | 100 | 84 | HDSP |
| ISP | 92 | 90 | 84 | 79 | 100 | 100 | 64 | 87 | ISP |
| KVSP | 90 | 33 | 46 | 96 | 79 | 96 | 69 | 73 | KVSP |
| LAC | 98 | 100 | 73 | 84 | 88 | 96 | 79 | 88 | LAC |
| MCSP | 78 | 90 | 86 | 92 | 84 | 93 | 67 | 84 | MCSP |
| NKSP | 76 | 68 | 85 | 75 | 91 | 100 | 81 | 82 | NKSP |
| PVSP | 92 | 56 | 83 | 88 | 82 | 100 | 91 | 84 | PVSP |
| RJD | 98 | 67 | 25 | 50 | 92 | 100 | 58 | 70 | RJD |
| SAC | 94 | 100 | 96 | 92 | 75 | 89 | 88 | 91 | SAC |
| SATF | 96 | 40 | 86 | 92 | 92 | 89 | 85 | 83 | SATF |
| SCC | 97 | 86 | 90 | 96 | 100 | 100 | 75 | 92 | SCC |
| SOL | 90 | 0 | 68 | 72 | 62 | 100 | 69 | 66 | SOL |
| SQ | 100 | 67 | 14 | 32 | 100 | 100 | 45 | 65 | SQ |
| SVSP | 92 | 33 | 69 | 64 | 93 | 100 | 93 | 78 | SVSP |
| VSP | 89 | 67 | 72 | 62 | 100 | 100 | 82 | 82 | VSP |
| WSP | 90 | 70 | 78 | 85 | 75 | 100 | 86 | 83 | WSP |

## Detailed Findings | MedSATS and Scheduling Process Improvement

### Scheduling Efficiency

- Statewide, patients are seen as planned in 59% of all possible encounters. At CAL and SOL, less than 40% of potential encounters occurred as planned vs. over 80% at HDSP.
- The largest detractor from scheduling efficiency is excessive rescheduling – nearly one quarter of potential visits are initially "Unsuccessful, Rescheduled".

*Components of "Appointments Seen as Planned" Based on Preliminary September 2013 MedSATS Data*

|  | Unplanned Walk-In | Unscheduled | Unsuccessful, Rescheduled | Unseen | Unclosed | Seen as Planned |
|---|---|---|---|---|---|---|
| **Statewide** | 23,561 | 19,855 | 93,980 | 16,776 | 11,491 | 166,930 |
|  | 7.5% | 4.2% | 23.4% | 4.6% | 1.6% | 59% |
| ASP | 1.3% | 3.5% | 23.7% | 4.9% | 0.1% | 66% |
| CAL | 5.4% | 2.0% | 49.9% | 4.0% | 0.9% | 38% |
| CCC | 16.2% | 10.3% | 7.1% | 2.8% | 12.6% | 51% |
| CCI | 8.4% | 1.2% | 37.7% | 4.0% | 0.2% | 49% |
| CCWF | 2.7% | 2.8% | 19.9% | 4.9% | 5.8% | 64% |
| CEN | 1.5% | 3.2% | 19.8% | 2.4% | 14.0% | 59% |
| CIM | 9.1% | 1.7% | 26.8% | 4.3% | 0.3% | 58% |
| CIW | 10.5% | 1.1% | 20.7% | 5.7% | 0.2% | 62% |
| CMC | 4.4% | 7.9% | 27.5% | 5.2% | 0.6% | 54% |
| CMF | 4.8% | 7.1% | 8.0% | 7.4% | 1.2% | 72% |
| COR | 11.4% | 2.9% | 25.3% | 5.4% | 0.1% | 55% |
| CRC | 13.3% | 2.5% | 10.0% | 9.0% | 1.7% | 64% |
| CTF | 11.7% | 9.7% | 11.2% | 3.0% | 3.5% | 61% |
| CVSP | 6.0% | 2.7% | 33.1% | 5.4% | 0.3% | 52% |
| DVI | 9.4% | 2.7% | 19.4% | 5.9% | 0.2% | 62% |
| FOL | 4.3% | 9.1% | 15.1% | 2.6% | 0.1% | 69% |
| HDSP | 0.2% | 2.7% | 12.8% | 1.7% | 0.5% | 82% |
| ISP | 6.6% | 2.2% | 42.6% | 4.6% | 0.2% | 44% |
| KVSP | 7.4% | 3.5% | 16.7% | 3.7% | 0.2% | 69% |
| LAC | 5.3% | 2.0% | 31.8% | 6.1% | 1.5% | 53% |
| MCSP | 6.2% | 5.0% | 16.7% | 6.7% | 1.7% | 64% |
| NKSP | 10.1% | 1.5% | 11.6% | 2.8% | 0.0% | 74% |
| PVSP | 2.5% | 0.7% | 18.5% | 6.9% | 0.7% | 71% |
| RJD | 6.3% | 2.6% | 28.4% | 6.3% | 2.6% | 54% |
| SAC | 2.8% | 6.3% | 11.2% | 6.4% | 0.1% | 73% |
| SATF | 13.6% | 2.6% | 19.3% | 6.4% | 0.4% | 58% |
| SCC | 4.1% | 11.2% | 8.9% | 2.9% | 0.5% | 72% |
| SOL | 2.9% | 1.8% | 51.6% | 2.7% | 1.7% | 39% |
| SQ | 7.3% | 8.6% | 27.2% | 4.1% | 1.6% | 51% |
| SVSP | 13.1% | 3.0% | 23.3% | 8.3% | 0.2% | 52% |
| VSP | 8.3% | 2.9% | 28.5% | 3.5% | 0.6% | 56% |
| WSP | 14.1% | 9.7% | 8.7% | 3.1% | 0.5% | 64% |

"Appointments Seen as Planned" is comprised of six components, the sum of which is the denominator (i.e., potential encounters). The first component, "Seen as Planned", is the numerator. Components include:
1. **Seen As Planned:** Visits successfully seen as planned, excluding patients not seen as scheduled, walk-ins, unclosed appointments, and unscheduled/pending encounters
2. **Unplanned Walk-In:** Walk-in encounters seen during the prior month
3. **Unscheduled:** Services requested in the prior month but not yet booked as an appointment
4. **Unsuccessful, Rescheduled:** Appointments canceled and rescheduled
5. **Unseen:** Appointments canceled due to "controllable" reasons and not rescheduled (potentially avoidable cancellations include those related to custody, healthcare, specialists, clinic management, and errors)

6. **Unclosed:** Encounters scheduled to occur during the prior month but not yet closed out.

## Demand Management

- Monthly PCP visit rates vary significantly between institutions: 300 per 1,000 at CCC vs. 816 per 1,000 at VSP. Combined statewide average PCP and PC RN visit rates suggest each inmate is seen in a primary care clinic on average nearly once a month.
- Case mix does not adequately explain variability in demand for medical care. VSP's rate of PCP visits (816) is over twice that of SOL (394), despite the fact that the proportion of clinically high risk patients at VSP (12%) is approximately half the proportion at SOL (22%).

*September 2013 Monthly Visits per 1,000 Inmates (with Proportion of Population Clinically Classified as "High Risk")*

|  | Lab | PC LVN | PC MA / CNA | PC RN | PCP | Radiology | R&R | Offsite Return | Specialty | TTA | % High Risk Pop |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **State** | **232** | **170** | **11** | **393** | **514** | **43** | **74** | **36** | **176** | **35** | **10%** |  |
| ASP | 218 | 1 | 0 | 372 | 413 | 43 | 110 | 29 | 178 | 39 | 1% | ASP |
| CAL | 125 | 185 | 19 | 260 | 391 | 29 | 80 | 28 | 79 | 34 | 1% | CAL |
| CCC | 141 | 176 | 1 | 130 | 300 | 22 | 44 | 15 | 35 | 18 | 1% | CCC |
| CCI | 146 | 124 | 0 | 269 | 353 | 29 | 50 | 21 | 83 | 6 | 4% | CCI |
| CCWF | 359 | 26 | 0 | 575 | 717 | 86 | 57 | 50 | 223 | 63 | 9% | CCWF |
| CEN | 29 | 1025 | 0 | 258 | 322 | 28 | 49 | 18 | 154 | 0 | 2% | CEN |
| CIM | 436 | 160 | 0 | 498 | 632 | 40 | 120 | 80 | 218 | 34 | 31% | CIM |
| CIW | 215 | 178 | 11 | 701 | 749 | 41 | 59 | 79 | 225 | 230 | 11% | CIW |
| CMC | 226 | 236 | 0 | 356 | 497 | 39 | 45 | 39 | 208 | 0 | 20% | CMC |
| CMF | 669 | 76 | 22 | 490 | 683 | 57 | 20 | 118 | 1074 | 2 | 36% | CMF |
| COR | 183 | 0 | 0 | 301 | 415 | 43 | 52 | 13 | 98 | 78 | 6% | COR |
| CRC | 187 | 47 | 0 | 374 | 519 | 38 | 61 | 39 | 132 | 12 | 6% | CRC |
| CTF | 156 | 25 | 0 | 455 | 462 | 31 | 33 | 24 | 157 | 16 | 9% | CTF |
| CVSP | 96 | 148 | 0 | 472 | 452 | 35 | 62 | 29 | 154 | 22 | 5% | CVSP |
| DVI | 230 | 144 | 0 | 772 | 490 | 61 | 155 | 33 | 123 | 88 | 6% | DVI |
| FOL | 232 | 18 | 0 | 568 | 593 | 32 | 89 | 29 | 106 | 37 | 9% | FOL |
| HDSP | 118 | 64 | 1 | 213 | 395 | 15 | 59 | 24 | 121 | 12 | 3% | HDSP |
| ISP | 107 | 26 | 0 | 306 | 502 | 29 | 42 | 25 | 141 | 16 | 3% | ISP |
| KVSP | 104 | 0 | 0 | 228 | 450 | 23 | 23 | 22 | 79 | 12 | 5% | KVSP |
| LAC | 283 | 4 | 0 | 342 | 549 | 36 | 51 | 43 | 111 | 51 | 14% | LAC |
| MCSP | 248 | 1 | 0 | 478 | 516 | 47 | 47 | 49 | 249 | 54 | 23% | MCSP |
| NKSP | 520 | 1432 | 221 | 390 | 712 | 79 | 248 | 36 | 299 | 6 | 2% | NKSP |
| PVSP | 160 | 0 | 0 | 283 | 601 | 46 | 0 | 16 | 222 | 39 | 0% | PVSP |
| RJD | 291 | 163 | 0 | 545 | 615 | 47 | 51 | 65 | 183 | 59 | 27% | RJD |
| SAC | 256 | 64 | 0 | 528 | 594 | 44 | 27 | 27 | 65 | 36 | 13% | SAC |
| SATF | 187 | 0 | 0 | 425 | 580 | 36 | 64 | 10 | 110 | 55 | 10% | SATF |
| SCC | 117 | 69 | 0 | 156 | 307 | 27 | 56 | 18 | 86 | 0 | 2% | SCC |
| SOL | 266 | 1 | 24 | 363 | 394 | 67 | 58 | 53 | 392 | 45 | 22% | SOL |
| SQ | 303 | 281 | 0 | 430 | 672 | 52 | 84 | 43 | 154 | 16 | 18% | SQ |
| SVSP | 157 | 0 | 0 | 584 | 436 | 41 | 62 | 41 | 139 | 88 | 7% | SVSP |
| VSP | 244 | 232 | 0 | 462 | 816 | 49 | 58 | 65 | 217 | 26 | 12% | VSP |
| WSP | 415 | 264 | 0 | 480 | 597 | 75 | 219 | 37 | 203 | 40 | 4% | WSP |