# APPENDIX 10





