# APPENDIX 11



## Top Drugs
## September Through December 2013



- Atripla, $2,456,123
- Truvada, $2,416,492
- Pegasys, $2,338,213
- Victrelis, $1,723,215
- Flonase Nasal Spray, $1,597,578
- Risperdone, $1,580,957
- Lantus Insulin, $1,516,460
- Abilify, $1,514,069
- Divalproex, $1,382,764
- Reyataz, $1,221,037
- Noxafil, $1,063,839
- Enbrel, $1,034,571
- All Other Drugs, $28,237,571



Top Therapeutic Categories
September Through December 2013

- Antivirals (HIV/HBV), $12,567,279
- All other Categories, $9,860,729
- Psychiatric, $6,960,100
- Pulmonary, $3,940,797
- Antiinfectives, $3,594,535
- HCV, $2,339,010
- Anticonvulsants, $2,279,818
- DISEASE-MODIFYING ANTIRHEUMATIC AGENTS, $1,793,468
- Diabetes, $1,779,890
- Blood Agents, $1,657,687
- ANTINEOPLASTIC AGENTS, $1,309,577