# APPENDIX 12











over 8 cases per annum



Petitions for Writ of Habeas Corpus
2011 / Superior Venue*

- Kings 31%
- Kern 8%
- Fresno 3%
- Del Norte 11%
- Amador 10%
- San Diego 2%
- San Bernardino 2%
- Sacramento 5%
- Riverside 2%
- Monterey 11%
- Marin 2%
- Los Angeles 11%
- Lassen 2%

*83 cases









**Petitions for Writ of Habeas Corpus**
2011-13 / Issues* with 10+ cases by %

- Medication 44%
- Surgical Issues 8%
- Access to Care 9%
- ADA Issues 12%
- Chrono Issues 16%
- Disagreement with Treatment 11%

*Total 160

ATC -15;  ADA 20;  Chrono 25;  DWT 17;  Meds 70;  Surgical 13



**Petitions for Writ of Habeas Corpus**
2011-13 / Issues* with 10+ cases filed by year

*Total 160



Petitions for Writ of Habeas Corpus
2011-13 / Access to Care Issues*

- No Follow-up 67%
- Not Evaluated Timely 7%
- P/I Requested MD Appointment 20%
- No Appointment Scheduled 6%

*15 cases







**Petitions for Writ of Habeas Corpus**
2011-13 / Disagreement with Treatment Issues*

- MD 41%
- 2nd Opinion 47%
- Other** 12%

*17 cases

**Other - 2 cases - P/I wants dermatological tx, P/I wants podiatric tx.





**Petitions for Writ of Habeas Corpus**
2011-13 / Surgical Issues*

- Knee Surgery 31%
- Other** 8%
- Shoulder Surgery 15%
- Back Surgery 7%
- Biopsy 8%
- ENT Surgery 8%
- Hemorrhoid 15%
- Kidney Surgery 8%

*13 cases

**Other - 1 case - P/I alleges necessary intestinal surgery delayed.