# APPENDIX 14

Vendors Engaged by the Receiver During this Reporting Period Relating to Services to Assist the Receivership in the Development and Delivery of Constitutional Medical Care Within the California Department of Corrections and Rehabilitation ("CDCR") and its Prisons

During this reporting period, the Receiver has used the substitute contracting process to assist the Office of the Receiver in the development and delivery of constitutional care within CDCR and its prisons.  The Receiver has engaged the following vendors for provision of the services noted:

Information Technology

IT Technical and Operational Infrastructure Project

Lenovo Helix Tablets

During this reporting period, the Office of the Receiver engaged a contractor, Ablegov, Inc., to procure 40 Lenovo Helix tablets.

The Lenovo tablets will be used at all adult institutions and at CCHCS headquarters, as an automated data collection tool to improve efficiency and management of patient-inmate care.  In addition, this "cell-side" tool will improve clinical team efficiencies in delivery of health care and address prospective audits ordered by state legislative and/or executive entities.

The Office of the Receiver procured the above contract via the urgent informal bid process.  Bids were solicited and received from State Store, Inc.; NWM; and Ablegov, Inc.  The contract was awarded to Ablegov, Inc.

Information Technology

IT Technical and Operational Infrastructure Project

Lenovo Helix Tablets

During this reporting period, the Office of the Receiver engaged another contractor, State Store, Inc., to procure 25 additional Lenovo Helix tablets.

As with the procurement noted above, the Lenovo tablets will be used at all adult institutions and at CCHCS headquarters, as an automated data collection tool to improve efficiency and management of patient-inmate care.  In addition, this "cell-side" tool will improve clinical team efficiencies in delivery of health care and address prospective audits ordered by state legislative and/or executive entities.

The Office of the Receiver procured the above contract via the urgent informal bid process. Bids were solicited and received from State Store, Inc.; NWM; and Ablegov, Inc. The contract was awarded to State Store, Inc.