# APPENDIX 3

## Part 1 of 20

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR   Document 5039   Filed 02/03/14   Page 2 of 9

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**CPHCS Headquarters**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 15.0 | 10.0 | 5.0 | 67% | 0.0 | 5.0 | 0.0 | 2.0 | 20% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 34.0 | 25.0 | 9.0 | 74% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 51.0 | 37.0 | 14.0 | 72.55% | 0.0 | 6.0 | 0.0 | 2.0 | 5.41% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 0.0 | 1.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 5.0 | 1.0 | 4.0 | 20% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 3.0 | 0.0 | 3.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 11.0 | 7.0 | 4.0 | 64% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| LVN | 17.4 | 0.0 | 17.4 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 37.4 | 8.0 | 29.4 | 21.39% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | 0.00 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 31.0 | 30.0 | 1.0 | 97% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | 47.0 | 44.0 | 3.0 | 93.62% | 0.0 | 5.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039    Filed 02/03/14    Page 3 of 9

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Total Sheet For All Institutions and Headquarters**

| Classification | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term 9/1/2013 - 8/31/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments Full Time | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 43.0 | 36.0 | 7.0 | 84% | 1.0 | 22.0 | 0.0 | 7.0 | 19% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 29.0 | 25.0 | 4.0 | 86% | 0.0 | 3.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 325.9 | 285.0 | 40.9 | 87% | 9.0 | 34.0 | 2.0 | 15.0 | 5% | 2.0 | 11.0 | 9.2 | |
| **TOTAL PHYSICIANS** | 397.9 | 346.0 | 51.9 | 86.96% | 10.0 | 59.0 | 2.0 | 24.0 | 6.94% | 2.0 | 11.0 | 9.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 23.5 | 22.0 | 1.5 | 94% | 0.0 | 2.0 | 0.0 | 1.0 | 5% | 5.0 | 0.0 | 2.8 | |
| NP | 34.0 | 29.0 | 5.0 | 85% | 0.0 | 0.0 | 0.0 | 3.0 | 10% | 0.0 | 0.0 | 1.2 | |
| **TOTAL MID-LEVELS** | 57.5 | 51.0 | 6.5 | 88.70% | 0.0 | 2.0 | 0.0 | 4.0 | 7.84% | 5.0 | 0.0 | 4.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 40.0 | 34.0 | 6.0 | 85% | 3.0 | 12.0 | 0.0 | 6.0 | 18% | 0.0 | 1.0 | 0.0 | 0.00 |
| SRN II | 373.6 | 332.0 | 41.6 | 89% | 8.0 | 84.0 | 1.0 | 20.0 | 6% | 2.0 | 9.0 | 0.0 | 26.23 |
| RN | 1667.7 | 1464.0 | 203.7 | 88% | 37.0 | 161.0 | 7.0 | 111.0 | 8% | 6.0 | 52.0 | 34.4 | 192.18 |
| LVN | 1681.7 | 1417.0 | 264.7 | 84% | 52.0 | 310.0 | 8.0 | 73.0 | 5% | 2.0 | 61.0 | 33.2 | 222.44 |
| CNA | 43.1 | 39.0 | 4.1 | 90% | 0.0 | 1.0 | 0.0 | 2.0 | 5% | 0.0 | 118.0 | 149.4 | 10.11 |
| Psych Tech/Sr Psych Tech | 766.2 | 591.0 | 175.2 | 77% | 16.0 | 141.0 | 3.0 | 28.0 | 5% | 12.0 | 11.0 | 38.3 | 69.32 |
| **TOTAL NURSING** | 4572.3 | 3877.0 | 695.3 | 84.79% | 116.0 | 709.0 | 19.0 | 240.0 | 6.19% | 22.0 | 252.0 | 255.3 | 520.3 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 33.0 | 31.0 | 2.0 | 94% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 1.0 | |
| Pharmacist I | 148.4 | 120.0 | 28.4 | 81% | 6.0 | 36.0 | 0.0 | 8.0 | 7% | 2.0 | 5.0 | 38.7 | |
| Pharmacist Tech | 287.5 | 250.0 | 37.5 | 87% | 13.0 | 60.0 | 0.0 | 1.0 | 0% | 1.0 | 21.0 | 60.4 | |
| **TOTAL PHARMACY** | 468.9 | 401.0 | 67.9 | 85.52% | 19.0 | 97.0 | 0.0 | 9.0 | 2.24% | 3.0 | 28.0 | 100.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.





# Physicians Turnover Rate
## (as of August 2013)

**Diagram Key**

| Turnover % | |
|---|---|
| 🟢 | 10% or Less Turnover |
| 🟡 | 11% - 19% Turnover |
| 🔴 | 20% or More Turnover |

Facilities shown on map:
- Pelican Bay State Prison (Crescent City) — red
- High Desert State Prison (Susanville) — yellow
- California Correctional Center (Susanville) — green
- Folsom State Prison (Sacramento) — yellow
- CSP Sacramento (New Folsom) — green
- California Medical Facility (Vacaville) — yellow
- CSP Solano (Vacaville) — red
- Mule Creek State Prison — green
- CSP San Quentin — green
- Deuel Vocational Institution (Tracy) — yellow
- Sierra Conservation Center (Jamestown) — green
- Valley State Prison for Women (Chowchilla) — green
- Central California Women's Facility (Chowchilla) — green
- Correctional Training Facility (Salinas) — green
- Salinas Valley State Prison — yellow
- Pleasant Valley State Prison — green
- Avenal State Prison — green
- CSP Corcoran — green
- Substance Abuse Treatment Facility and State Prison — yellow
- North Kern State Prison — green
- Kern Valley State Prison — green
- Wasco State Prison — green
- California Men's Colony (San Luis Obispo) — green
- California Correctional Institution — green
- CSP Los Angeles County (Santa Barbara area) — green
- California Institution for Men (Chino) — yellow
- California Institution for Women — green
- California Rehabilitation Center — green
- Ironwood State Prison (Blythe) — green
- Chuckawalla Valley State Prison (Blythe) — red
- Calipatria State Prison — yellow
- Centinela State Prison (El Centro) — red
- Richard J. Donovan Correctional Facility (San Diego) — yellow





