# APPENDIX 3

## Part 2 of 20

**California Correctional Center**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| | Total Positions Authorized to be Filled (Data provided by Budgets) * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **5.5** | **5.0** | **0.5** | **90.91%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 2.0 | 0.0 | 2.0 | 22% | 0.0 | 0.0 | 0.0 | 3.89 |
| RN | 27.0 | 23.0 | 4.0 | 85% | 0.0 | 3.0 | 1.0 | 3.0 | 13% | 0.0 | 3.0 | 0.0 | 5.16 |
| LVN | 30.0 | 22.0 | 8.0 | 73% | 0.0 | 13.0 | 0.0 | 2.0 | 9% | 0.0 | 3.0 | 0.0 | 3.85 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.09 |
| **TOTAL NURSING** | **70.1** | **55.0** | **15.1** | **78.46%** | **0.0** | **19.0** | **1.0** | **7.0** | **12.73%** | **0.0** | **8.0** | **0.7** | **12.99** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.9 | |
| **TOTAL PHARMACY** | **6.0** | **5.0** | **1.0** | **83.33%** | **1.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.9** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## AUGUST 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Medical Facility**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Full Time Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 18.5 | 17.0 | 1.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 20.5 | 19.0 | 1.5 | 92.68% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 3.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 3.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 16.6 | 14.0 | 2.6 | 84% | 1.0 | 2.0 | 0.0 | 1.0 | 7% | 0.0 | 0.0 | 0.0 | 0.33 |
| RN | 128.0 | 110.0 | 18.0 | 86% | 0.0 | 0.0 | 0.0 | 10.0 | 9% | 0.0 | 4.0 | 0.7 | 19.89 |
| LVN | 100.0 | 68.0 | 32.0 | 68% | 3.0 | 18.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 2.3 | 13.21 |
| CNA | 26.0 | 24.0 | 2.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 4.0 | 4.94 |
| Psych Tech/Sr Psych Tech | 72.7 | 58.0 | 14.7 | 80% | 1.0 | 12.0 | 1.0 | 3.0 | 5% | 0.0 | 0.0 | 0.0 | 5.02 |
| **TOTAL NURSING** | 346.3 | 277.0 | 69.3 | 79.99% | 5.0 | 33.0 | 1.0 | 15.0 | 5.42% | 0.0 | 6.0 | 7.0 | 43.39 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 9.0 | 8.0 | 1.0 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 1.6 | |
| Pharmacist Tech | 16.4 | 11.0 | 5.4 | 67% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 3.6 | |
| **TOTAL PHARMACY** | 26.4 | 20.0 | 6.4 | 75.76% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 1.0 | 2.0 | 5.2 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## AUGUST 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Folsom State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 8.0 | 8.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 15.0 | 11.0 | 4.0 | 73% | 1.0 | 14.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.57 |
| RN | 29.4 | 23.0 | 6.4 | 78% | 0.0 | 4.0 | 0.0 | 1.0 | 4% | 1.0 | 0.0 | 0.0 | 3.25 |
| LVN | 32.8 | 28.0 | 4.8 | 85% | 1.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 3.89 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | 0.00 |
| **TOTAL NURSING** | 80.8 | 63.0 | 17.8 | 77.97% | 2.0 | 25.0 | 0.0 | 1.0 | 1.59% | 1.0 | 2.0 | 0.7 | 7.71 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 5.5 | 5.0 | 0.5 | 91% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 9.5 | 9.0 | 0.5 | 94.74% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## AUGUST 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**High Desert State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.0 | 4.0 | 1.0 | 80% | 0.0 | 0.0 | 1.0 | 1.0 | 25% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 7.0 | 6.0 | 1.0 | 85.71% | 0.0 | 0.0 | 1.0 | 1.0 | 16.67% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 4.0 | 3.0 | 1.0 | 75.00% | 0.0 | 0.0 | 0.0 | 1.0 | 33.33% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 3.0 | 0.0 | 1.0 | 11% | 0.0 | 0.0 | 0.0 | 1.50 |
| RN | 51.4 | 40.0 | 11.4 | 78% | 5.0 | 29.0 | 0.0 | 6.0 | 15% | 0.0 | 3.0 | 0.0 | 10.88 |
| LVN | 33.1 | 27.0 | 6.1 | 82% | 3.0 | 13.0 | 2.0 | 8.0 | 30% | 0.0 | 2.0 | 1.9 | 5.51 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 10.0 | 5.6 | 0.57 |
| Psych Tech/Sr Psych Tech | 10.0 | 9.0 | 1.0 | 90% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.65 |
| **TOTAL NURSING** | 106.0 | 86.0 | 20.0 | 81.13% | 8.0 | 46.0 | 2.0 | 15.0 | 17.44% | 0.0 | 15.0 | 7.5 | 19.11 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.1 | 1.0 | 1.1 | 48% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 5.0 | 3.0 | 2.0 | 60% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.5 | |
| **TOTAL PHARMACY** | 8.1 | 5.0 | 3.1 | 61.73% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 3.3 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## AUGUST 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Mule Creek State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.3 | 7.0 | 0.3 | 96% | 1.0 | 3.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.3 | 9.0 | 0.3 | 96.77% | 1.0 | 3.0 | 0.0 | 1.0 | 11.11% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.5 | 0.0 | 0.5 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.5 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.5 | 1.0 | 0.5 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.5 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 7.0 | 3.5 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.22 |
| RN | 40.9 | 35.0 | 5.9 | 86% | 1.0 | 1.0 | 1.0 | 3.0 | 9% | 0.0 | 0.0 | 0.0 | 4.07 |
| LVN | 41.5 | 28.0 | 13.5 | 67% | 1.0 | 4.0 | 0.0 | 1.0 | 4% | 1.0 | 1.0 | 0.0 | 6.31 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 0.5 | 0.12 |
| Psych Tech/Sr Psych Tech | 41.5 | 26.0 | 15.5 | 63% | 0.0 | 8.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | 4.84 |
| **TOTAL NURSING** | 135.4 | 97.0 | 38.4 | 71.64% | 2.0 | 13.0 | 1.0 | 6.0 | 6.19% | 1.0 | 4.0 | 0.5 | 16.56 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 7.6 | 8.0 | (0.4) | 105% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 11.6 | 12.0 | (0.4) | 103.45% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## AUGUST 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Sacramento**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 9.0 | 1.0 | 90.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 7.0 | 0.0 | 1.0 | 11% | 1.0 | 1.0 | 0.0 | 0.71 |
| RN | 73.1 | 62.0 | 11.1 | 85% | 0.0 | 2.0 | 0.0 | 5.0 | 8% | 0.0 | 2.0 | 6.0 | 15.12 |
| LVN | 40.0 | 31.0 | 9.0 | 78% | 2.0 | 17.0 | 0.0 | 2.0 | 6% | 0.0 | 4.0 | 0.5 | 7.19 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 22.3 | 0.00 |
| Psych Tech/Sr Psych Tech | 72.6 | 57.0 | 15.6 | 79% | 0.0 | 6.0 | 0.0 | 3.0 | 5% | 0.0 | 2.0 | 5.7 | 8.38 |
| **TOTAL NURSING** | 197.2 | 160.0 | 37.2 | 81.14% | 2.0 | 32.0 | 0.0 | 11.0 | 6.88% | 1.0 | 9.0 | 34.5 | 31.40 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.6 | 3.0 | 0.6 | 83% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.0 | |
| Pharmacist Tech | 6.5 | 6.0 | 0.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.6 | |
| **TOTAL PHARMACY** | 11.1 | 10.0 | 1.1 | 90.09% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 8.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR   Document 5039-1   Filed 02/03/14   Page 8 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California State Prison - San Quentin**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.6 | 10.0 | 0.6 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| **TOTAL PHYSICIANS** | 12.6 | 12.0 | 0.6 | 95.24% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.7 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 2.0 | 0.0 | 0.3 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 0.0 | 0.0 | 0.0 | 2.0 | 20% | 0.0 | 1.0 | 0.0 | 0.76 |
| RN | 50.1 | 47.0 | 3.1 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 3.53 |
| LVN | 68.8 | 58.0 | 10.8 | 84% | 0.0 | 0.0 | 0.0 | 2.0 | 3% | 0.0 | 0.0 | 0.0 | 9.41 |
| CNA | 8.1 | 7.0 | 1.1 | 86% | 0.0 | 0.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 4.3 | 0.96 |
| Psych Tech/Sr Psych Tech | 25.6 | 21.0 | 4.6 | 82% | 0.0 | 1.0 | 0.0 | 1.0 | 5% | 0.0 | 0.0 | 0.0 | 1.63 |
| **TOTAL NURSING** | 165.1 | 144.0 | 21.1 | 87.22% | 0.0 | 1.0 | 0.0 | 6.0 | 4.17% | 0.0 | 2.0 | 4.3 | 16.29 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.3 | 2.0 | 2.3 | 47% | 0.0 | 1.0 | 0.0 | 1.0 | 50% | 1.0 | 0.0 | 0.9 | |
| Pharmacist Tech | 7.8 | 5.0 | 2.8 | 64% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.1 | |
| **TOTAL PHARMACY** | 13.1 | 8.0 | 5.1 | 61.07% | 0.0 | 1.0 | 0.0 | 1.0 | 12.50% | 1.0 | 2.0 | 1.0 | |

*Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## AUGUST 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Solano**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.7 | 11.0 | (0.3) | 103% | 1.0 | 5.0 | 0.0 | 3.0 | 27% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 12.7 | 12.0 | 0.7 | 94.49% | 1.0 | 7.0 | 0.0 | 6.0 | 50.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 1.0 | 0.0 | 2.0 | 22% | 0.0 | 0.0 | 0.0 | 0.70 |
| RN | 50.0 | 44.0 | 6.0 | 88% | 1.0 | 19.0 | 1.0 | 4.0 | 9% | 0.0 | 0.0 | 1.7 | 6.21 |
| LVN | 50.0 | 43.0 | 7.0 | 86% | 14.0 | 22.0 | 0.0 | 2.0 | 5% | 1.0 | 3.0 | 1.4 | 6.27 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.1 | 4.0 | 0.1 | 98% | 0.0 | 0.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.8 | 0.12 |
| **TOTAL NURSING** | 115.6 | 101.0 | 14.6 | 87.37% | 16.0 | 44.0 | 1.0 | 9.0 | 8.91% | 1.0 | 3.0 | 5.6 | 13.30 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 5.0 | 1.0 | 83% | 2.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 2.4 | |
| Pharmacist Tech | 10.0 | 7.0 | 3.0 | 70% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 1.0 | |
| **TOTAL PHARMACY** | 17.0 | 13.0 | 4.0 | 76.47% | 2.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 3.0 | 3.4 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-1    Filed 02/03/14    Page 10 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Pelican Bay State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 9/1/2012 - 8/31/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 1.0 | 0.0 | 1.0 | 33% | 0.0 | 1.0 | 0.2 | |
| **TOTAL PHYSICIANS** | 5.0 | 4.0 | 1.0 | 80.00% | 0.0 | 1.0 | 0.0 | 1.0 | 25.00% | 0.0 | 1.0 | 0.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 2.0 | 1.0 | 66.67% | 0.0 | 0.0 | 0.0 | 1.0 | 50.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 0.0 | 0.0 | 1.0 | 2.0 | 25% | 0.0 | 1.0 | 0.0 | 0.21 |
| RN | 48.8 | 48.0 | 0.8 | 98% | 3.0 | 4.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 2.9 | 2.22 |
| LVN | 24.1 | 20.0 | 4.1 | 83% | 0.0 | 5.0 | 0.0 | 3.0 | 15% | 0.0 | 1.0 | 4.7 | 1.87 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.3 | 0.00 |
| Psych Tech/Sr Psych Tech | 31.1 | 22.0 | 9.1 | 71% | 2.0 | 2.0 | 0.0 | 3.0 | 14% | 0.0 | 1.0 | 4.7 | 1.99 |
| **TOTAL NURSING** | 115.5 | 99.0 | 16.5 | 85.71% | 5.0 | 11.0 | 1.0 | 10.0 | 10.10% | 0.0 | 4.0 | 14.6 | 6.29 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist Tech | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 1.0 | 0.0 | 1.0 | 33% | 0.0 | 1.0 | 0.8 | |
| **TOTAL PHARMACY** | 7.0 | 6.0 | 1.0 | 85.71% | 0.0 | 1.0 | 0.0 | 1.0 | 16.67% | 0.0 | 2.0 | 0.8 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.