# APPENDIX 3

## Part 3 of 20

**Central California Women's Facility**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments Full Time | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.6 | 9.0 | 0.6 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 11.6 | 11.0 | 0.6 | 94.83% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 0.0 | 0.97 |
| RN | 47.0 | 39.0 | 8.0 | 83% | 2.0 | 2.0 | 0.0 | 4.0 | 10% | 0.0 | 2.0 | 0.0 | 4.77 |
| LVN | 59.3 | 46.0 | 13.3 | 78% | 7.0 | 7.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 7.90 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 18.0 | 0.0 | 1.12 |
| Psych Tech/Sr Psych Tech | 10.8 | 8.0 | 2.8 | 74% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.12 |
| **TOTAL NURSING** | 128.6 | 104.0 | 24.6 | 80.87% | 9.0 | 12.0 | 0.0 | 5.0 | 4.81% | 1.0 | 22.0 | 0.0 | 15.88 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.2 | 3.0 | 2.2 | 58% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | |
| Pharmacist Tech | 12.3 | 12.0 | 0.3 | 98% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 18.5 | 16.0 | 2.5 | 86.49% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-2    Filed 02/03/14    Page 3 of 8

(Data source -- Budget Authority and
State Controller's Office Employment History Records)

**California Men's Colony**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term 9/1/2012 - 8/31/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, Full Time | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.7 | 17.0 | (0.3) | 102% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 18.7 | 19.0 | (0.3) | 101.60% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.00 |
| SRN II | 16.0 | 15.0 | 1.0 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.72 |
| RN | 115.4 | 87.0 | 28.4 | 75% | 0.0 | 0.0 | 0.0 | 13.0 | 15% | 0.0 | 5.0 | 0.0 | 16.34 |
| LVN | 73.4 | 63.0 | 10.4 | 86% | 2.0 | 24.0 | 0.0 | 4.0 | 6% | 0.0 | 6.0 | 0.1 | 10.97 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 91.5 | 58.0 | 33.5 | 63% | 0.0 | 45.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.3 | 6.06 |
| **TOTAL NURSING** | 299.3 | 225.0 | 74.3 | 75.18% | 2.0 | 69.0 | 0.0 | 18.0 | 8.00% | 0.0 | 14.0 | 0.4 | 34.09 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 7.0 | 5.0 | 2.0 | 71% | 1.0 | 2.0 | 0.0 | 2.0 | 40% | 0.0 | 0.0 | 1.2 | |
| Pharmacist Tech | 12.7 | 13.0 | (0.3) | 102% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.7 | |
| **TOTAL PHARMACY** | 20.7 | 19.0 | 1.7 | 91.79% | 1.0 | 2.0 | 0.0 | 2.0 | 10.53% | 0.0 | 0.0 | 3.9 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-2    Filed 02/03/14    Page 4 of 8
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Correctional Training Facility**

| Classification | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 13.0 | 9.0 | 4.0 | 69% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 15.0 | 11.0 | 4.0 | 73.33% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 8.0 | 3.5 | 70% | 0.0 | 5.0 | 0.0 | 2.0 | 25% | 0.0 | 1.0 | 0.0 | 0.00 |
| RN | 44.3 | 41.0 | 3.3 | 93% | 2.0 | 5.0 | 0.0 | 2.0 | 5% | 0.0 | 2.0 | 1.2 | 5.78 |
| LVN | 67.8 | 55.0 | 12.8 | 81% | 0.0 | 3.0 | 0.0 | 4.0 | 7% | 0.0 | 0.0 | 1.8 | 10.84 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.2 | 0.00 |
| Psych Tech/Sr Psych Tech | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.10 |
| **TOTAL NURSING** | 130.6 | 110.0 | 20.6 | 84.23% | 2.0 | 13.0 | 0.0 | 8.0 | 7.27% | 0.0 | 3.0 | 4.2 | 16.72 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 10.0 | 7.0 | 3.0 | 70% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 6.4 | |
| **TOTAL PHARMACY** | 17.0 | 13.0 | 4.0 | 76.47% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 7.2 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-2    Filed 02/03/14    Page 5 of 8
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Deuel Vocational Institution**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.0 | 8.0 | 1.0 | 88.89% | 0.0 | 1.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.18 |
| RN | 35.1 | 31.0 | 4.1 | 88% | 0.0 | 1.0 | 0.0 | 3.0 | 10% | 0.0 | 1.0 | 0.0 | 1.81 |
| LVN | 43.0 | 38.0 | 5.0 | 88% | 2.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | 1.96 |
| CNA | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 8.0 | 0.0 | 0.27 |
| Psych Tech/Sr Psych Tech | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 6.0 | 0.0 | 0.0 | 0.09 |
| **TOTAL NURSING** | 101.6 | 92.0 | 9.6 | 90.55% | 3.0 | 8.0 | 0.0 | 3.0 | 3.26% | 6.0 | 11.0 | 0.0 | 4.31 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.5 | |
| **TOTAL PHARMACY** | 7.0 | 6.0 | 1.0 | 85.71% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.3 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-2    Filed 02/03/14    Page 6 of 8
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Sierra Conservation Center**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 7.0 | 6.0 | 1.0 | 85.71% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 2.30 |
| RN | 23.8 | 21.0 | 2.8 | 88% | 0.0 | 8.0 | 0.0 | 3.0 | 14% | 0.0 | 0.0 | 0.0 | 2.85 |
| LVN | 20.3 | 16.0 | 4.3 | 79% | 0.0 | 2.0 | 0.0 | 2.0 | 13% | 0.0 | 1.0 | 0.0 | 1.38 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 5.0 | 0.0 | 0.10 |
| Psych Tech/Sr Psych Tech | 3.6 | 3.0 | 0.6 | 83% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.05 |
| **TOTAL NURSING** | 58.2 | 50.0 | 8.2 | 85.91% | 0.0 | 15.0 | 0.0 | 5.0 | 10.00% | 0.0 | 6.0 | 0.0 | 6.68 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.2 | 2.0 | 0.2 | 91% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.5 | |
| Pharmacist Tech | 4.3 | 4.0 | 0.3 | 93% | 0.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| **TOTAL PHARMACY** | 7.5 | 7.0 | 0.5 | 93.33% | 0.0 | 8.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.2 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-2    Filed 02/03/14    Page 7 of 8
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Salinas Valley State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets) * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 9/1/2012 - 8/31/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 11.0 | 7.0 | 4.0 | 64% | 0.0 | 1.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **12.0** | **7.0** | **5.0** | **58.33%** | **0.0** | **1.0** | **0.0** | **1.0** | **14.29%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.56 |
| RN | 53.4 | 50.0 | 3.4 | 94% | 2.0 | 10.0 | 0.0 | 6.0 | 12% | 0.0 | 0.0 | 9.8 | 4.64 |
| LVN | 50.0 | 44.0 | 6.0 | 88% | 3.0 | 7.0 | 0.0 | 2.0 | 5% | 0.0 | 1.0 | 8.1 | 10.24 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 7.7 | 0.07 |
| Psych Tech/Sr Psych Tech | 35.0 | 23.0 | 12.0 | 66% | 2.0 | 4.0 | 1.0 | 2.0 | 9% | 0.0 | 0.0 | 3.9 | 6.07 |
| **TOTAL NURSING** | **150.9** | **128.0** | **22.9** | **84.82%** | **7.0** | **22.0** | **1.0** | **11.0** | **8.59%** | **0.0** | **8.0** | **29.5** | **21.58** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.7 | |
| Pharmacist Tech | 12.0 | 11.0 | 1.0 | 92% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 2.7 | |
| **TOTAL PHARMACY** | **21.0** | **19.0** | **2.0** | **90.48%** | **1.0** | **5.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **2.0** | **5.4** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**Valley State Prison for Women**

(Data source -- Budget Authority and State Controller's Office Employment History Records)

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.6 | 7.0 | 0.6 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **8.6** | **8.0** | **0.6** | **93.02%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.43 |
| RN | 38.5 | 36.0 | 2.5 | 94% | 1.0 | 2.0 | 0.0 | 1.0 | 3% | 0.0 | 0.0 | 0.0 | 1.68 |
| LVN | 50.6 | 39.0 | 11.6 | 77% | 3.0 | 12.0 | 0.0 | 1.0 | 3% | 0.0 | 1.0 | 0.0 | 5.97 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 30.0 | 0.0 | 0.49 |
| Psych Tech/Sr Psych Tech | 6.2 | 8.0 | (1.8) | 129% | 2.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.75 |
| **TOTAL NURSING** | **105.8** | **93.0** | **12.8** | **87.90%** | **7.0** | **18.0** | **0.0** | **2.0** | **2.15%** | **0.0** | **32.0** | **0.0** | **9.32** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| Pharmacist Tech | 10.3 | 10.0 | 0.3 | 97% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.6 | |
| **TOTAL PHARMACY** | **14.3** | **13.0** | **1.3** | **90.91%** | **1.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **1.8** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.