# APPENDIX 3

## Part 4 of 20

*(Data source -- Budget Authority and
State Controller's Office Employment History Records)*

**Avenal State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent Limited Term | Full-Time / Blanket Positions - long term sick, retired annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.5 | 7.0 | 2.5 | 74% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **11.5** | **9.0** | **2.5** | **78.26%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 7.0 | 3.5 | 67% | 0.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 42.0 | 35.0 | 7.0 | 83% | 0.0 | 6.0 | 0.0 | 4.0 | 11% | 2.0 | 0.0 | 0.1 | 3.08 |
| LVN | 59.0 | 49.0 | 10.0 | 83% | 0.0 | 9.0 | 0.0 | 2.0 | 4% | 0.0 | 3.0 | 0.0 | 7.32 |
| CNA | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 2.6 | 0.24 |
| Psych Tech/Sr Psych Tech | 3.6 | 2.0 | 1.6 | 56% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.6 | 0.00 |
| **TOTAL NURSING** | **119.1** | **97.0** | **22.1** | **81.44%** | **0.0** | **23.0** | **0.0** | **6.0** | **6.19%** | **2.0** | **10.0** | **4.3** | **10.64** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.2 | 3.0 | 2.2 | 58% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 9.4 | 9.0 | 0.4 | 96% | 2.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| **TOTAL PHARMACY** | **15.6** | **13.0** | **2.6** | **83.33%** | **3.0** | **9.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.8** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Correctional Institution**

| | Total Positions Authorized to be Filled * (Data provided by Budget) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full-Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.0 | 8.0 | 1.0 | 89% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **11.0** | **9.0** | **2.0** | **81.82%** | **0.0** | **3.0** | **0.0** | **1.0** | **11.11%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.2** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 1.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.81 |
| RN | 44.0 | 37.0 | 7.0 | 84% | 0.0 | 0.0 | 0.0 | 5.0 | 14% | 0.0 | 3.0 | 0.0 | 6.11 |
| LVN | 54.6 | 49.0 | 5.6 | 90% | 1.0 | 5.0 | 1.0 | 4.0 | 8% | 0.0 | 4.0 | 0.0 | 4.28 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 2.0 | 33% | 0.0 | 0.0 | 0.0 | 0.31 |
| **TOTAL NURSING** | **116.1** | **104.0** | **12.1** | **89.58%** | **2.0** | **12.0** | **1.0** | **11.0** | **10.58%** | **0.0** | **7.0** | **4.0** | **11.51** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 2.0 | 2.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.4 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 4.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.1 | |
| **TOTAL PHARMACY** | **15.0** | **13.0** | **2.0** | **86.67%** | **4.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **5.5** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and*
*State Controller's Office Employment History Records)*

**California State Prison - Corcoran**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Full-Time Permanent/Limited Term | Blanket Positions - Unfunded, Retired Annuitant, long term sick, additional appointments, etc. | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 12.0 | 11.0 | 1.0 | 92% | 1.0 | 2.0 | 0.0 | 2.0 | 18% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **14.0** | **13.0** | **1.0** | **92.86%** | **1.0** | **3.0** | **0.0** | **2.0** | **15.38%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **2.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 1.0 | 3.0 | 0.0 | 2.0 | 67% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 14.0 | 14.0 | 0.0 | 100% | 1.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.91 |
| RN | 94.6 | 85.0 | 9.6 | 90% | 2.0 | 2.0 | 1.0 | 4.0 | 5% | 0.0 | 5.0 | 0.8 | 12.85 |
| LVN | 94.4 | 85.0 | 9.4 | 90% | 0.0 | 15.0 | 0.0 | 3.0 | 4% | 0.0 | 2.0 | 3.8 | 14.21 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 58.5 | 48.0 | 10.5 | 82% | 3.0 | 13.0 | 0.0 | 2.0 | 4% | 0.0 | 2.0 | 9.3 | 6.84 |
| **TOTAL NURSING** | **264.5** | **235.0** | **29.5** | **88.85%** | **7.0** | **36.0** | **1.0** | **11.0** | **4.68%** | **0.0** | **10.0** | **13.9** | **35.81** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.6 | 5.0 | (0.4) | 109% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 8.3 | 7.0 | 1.3 | 84% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.7 | |
| **TOTAL PHARMACY** | **13.9** | **13.0** | **0.9** | **93.53%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **2.5** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT**
AUGUST 2013

*(Data source -- Budget Authority and
State Controller's Office Employment History Records)*

**Kern Valley State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full-Time | Blanket Positions - long term sick, Retired Annuitant, intermittents, additional appointments, | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.6 | 7.0 | 1.6 | 81% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **10.6** | **9.0** | **1.6** | **84.91%** | **1.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **2.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 1.0 | 1.0 | 0.0 | 1.0 | 10% | 0.0 | 0.0 | 0.0 | 0.37 |
| RN | 39.0 | 37.0 | 2.0 | 95% | 1.0 | 4.0 | 1.0 | 4.0 | 11% | 0.0 | 1.0 | 0.0 | 3.06 |
| LVN | 44.3 | 42.0 | 2.3 | 95% | 0.0 | 26.0 | 0.0 | 2.0 | 5% | 0.0 | 2.0 | 0.0 | 5.69 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 10.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 19.1 | 14.0 | 5.1 | 73% | 1.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.2 | 1.54 |
| **TOTAL NURSING** | **113.9** | **104.0** | **9.9** | **91.31%** | **3.0** | **35.0** | **1.0** | **7.0** | **6.73%** | **0.0** | **3.0** | **11.9** | **10.66** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.5 | 3.0 | 0.5 | 86% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 1.6 | |
| Pharmacist Tech | 6.3 | 5.0 | 1.3 | 79% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.4 | |
| **TOTAL PHARMACY** | **10.8** | **9.0** | **1.8** | **83.33%** | **0.0** | **2.0** | **0.0** | **1.0** | **11.11%** | **0.0** | **0.0** | **3.0** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**California State Prison - Los Angeles County**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments, Full-Time | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 5.0 | 2.0 | 71% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.6 | |
| **TOTAL PHYSICIANS** | **9.0** | **7.0** | **2.0** | **77.78%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.6** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.75 |
| RN | 51.0 | 46.0 | 5.0 | 90% | 0.0 | 0.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 6.07 |
| LVN | 55.2 | 50.0 | 5.2 | 91% | 0.0 | 2.0 | 0.0 | 1.0 | 2% | 0.0 | 3.0 | 3.9 | 11.66 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 5.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 29.0 | 25.0 | 4.0 | 86% | 0.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 2.15 |
| **TOTAL NURSING** | **146.7** | **131.0** | **15.7** | **89.30%** | **0.0** | **10.0** | **0.0** | **2.0** | **1.53%** | **0.0** | **6.0** | **9.5** | **20.63** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 7.3 | 6.0 | 1.3 | 82% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 1.8 | |
| **TOTAL PHARMACY** | **12.3** | **10.0** | **2.3** | **81.30%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **1.0** | **0.0** | **2.6** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and
State Controller's Office Employment History Records)*

**North Kern State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full-Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments, | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.2 | 10.0 | 0.2 | 98% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 2.6 | |
| **TOTAL PHYSICIANS** | **12.2** | **12.0** | **0.2** | **98.36%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **3.0** | **2.6** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.1 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.8** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.20 |
| RN | 53.8 | 44.0 | 9.8 | 82% | 3.0 | 3.0 | 1.0 | 2.0 | 5% | 0.0 | 0.0 | 0.7 | 8.39 |
| LVN | 54.4 | 49.0 | 5.4 | 90% | 0.0 | 10.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.3 | 9.49 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 14.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 11.2 | 7.0 | 4.2 | 63% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.28 |
| **TOTAL NURSING** | **131.9** | **112.0** | **19.9** | **84.91%** | **3.0** | **13.0** | **1.0** | **3.0** | **2.68%** | **0.0** | **2.0** | **15.7** | **20.36** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 3.0 | 0.8 | 79% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| Pharmacy Tech | 8.0 | 6.0 | 2.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 1.7 | |
| **TOTAL PHARMACY** | **12.8** | **10.0** | **2.8** | **78.13%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **1.9** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**Pleasant Valley State Prison**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| | Total Positions Authorized to be Filled * (Data provided by Budget) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitant, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.6 | 6.0 | 1.6 | 79% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **9.6** | **8.0** | **1.6** | **83.33%** | **1.0** | **3.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 31.0 | 29.0 | 2.0 | 94% | 0.0 | 2.0 | 0.0 | 1.0 | 3% | 0.0 | 2.0 | 3.2 | 1.12 |
| LVN | 55.6 | 50.0 | 5.6 | 90% | 3.0 | 4.0 | 2.0 | 3.0 | 6% | 0.0 | 1.0 | 0.0 | 7.78 |
| CNA | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 7.0 | 1.4 | 0.09 |
| Psych Tech/Sr Psych Tech | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 2.0 | 0.0 | 2.0 | 33% | 0.0 | 0.0 | 0.0 | 0.09 |
| **TOTAL NURSING** | **106.1** | **96.0** | **10.1** | **90.48%** | **3.0** | **9.0** | **2.0** | **7.0** | **7.29%** | **0.0** | **10.0** | **4.6** | **9.08** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 3.0 | 1.0 | 75% | 2.0 | 2.0 | 0.0 | 2.0 | 67% | 0.0 | 0.0 | 2.3 | |
| Pharmacist Tech | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.3 | |
| **TOTAL PHARMACY** | **12.0** | **11.0** | **1.0** | **91.67%** | **2.0** | **2.0** | **0.0** | **2.0** | **18.18%** | **0.0** | **0.0** | **3.6** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT**
AUGUST 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Substance Abuse Treatment Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Full-Time | Blanket Positions - Unfunded, Permanent/Limited Term, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **14.0** | **12.0** | **2.0** | **85.71%** | **1.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **2.0** | **1.0** | **66.67%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 0.0 | 3.0 | 0.0 | 1.0 | 10% | 0.0 | 1.0 | 0.0 | 0.05 |
| RN | 62.0 | 57.0 | 5.0 | 92% | 7.0 | 21.0 | 0.0 | 1.0 | 2% | 0.0 | 1.0 | 0.0 | 3.60 |
| LVN | 77.3 | 75.0 | 2.3 | 97% | 0.0 | 10.0 | 0.0 | 2.0 | 3% | 0.0 | 3.0 | 0.0 | 5.22 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 6.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 40.0 | 36.0 | 4.0 | 90% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 4.0 | 0.0 | 1.0 | 2.32 |
| **TOTAL NURSING** | **192.8** | **180.0** | **12.8** | **93.36%** | **7.0** | **36.0** | **0.0** | **4.0** | **2.22%** | **4.0** | **5.0** | **7.7** | **11.19** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.5 | 4.0 | 2.5 | 62% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.9 | |
| Pharmacist Tech | 11.5 | 11.0 | 0.5 | 96% | 1.0 | 9.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.6 | |
| **TOTAL PHARMACY** | **19.0** | **16.0** | **3.0** | **84.21%** | **1.0** | **11.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **6.5** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT**
AUGUST 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Wasco State Prison Reception Center**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long-term sick, Retired Annuitant, Intermittents, Retired Additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **9.0** | **9.0** | **0.0** | **100.00%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| NP | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **4.0** | **4.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.7** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 1.0 | 1.0 | 0.0 | 2.0 | 20% | 0.0 | 1.0 | 0.0 | 0.52 |
| RN | 52.8 | 42.0 | 10.8 | 80% | 0.0 | 3.0 | 1.0 | 4.0 | 10% | 0.0 | 2.0 | 2.0 | 6.65 |
| LVN | 56.9 | 46.0 | 10.9 | 81% | 2.0 | 21.0 | 0.0 | 1.0 | 2% | 0.0 | 1.0 | 0.0 | 8.74 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 22.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 12.5 | 8.0 | 4.5 | 64% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 5.5 | 0.24 |
| **TOTAL NURSING** | **134.7** | **106.0** | **28.7** | **78.69%** | **3.0** | **25.0** | **1.0** | **7.0** | **6.60%** | **2.0** | **4.0** | **29.6** | **16.15** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| Pharmacist I | 4.3 | 4.0 | 0.3 | 93% | 0.0 | 3.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 1.2 | |
| Pharmacy Tech | 7.7 | 3.0 | 4.7 | 39% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 2.0 | |
| **TOTAL PHARMACY** | **13.0** | **8.0** | **5.0** | **61.54%** | **0.0** | **3.0** | **0.0** | **1.0** | **12.50%** | **0.0** | **3.0** | **4.2** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.