# APPENDIX 3

## Part 5 of 20

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-4    Filed 02/03/14    Page 2 of 9
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Calipatria State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.5 | 3.0 | 2.5 | 55% | 0.0 | 1.0 | 1.0 | 2.0 | 67% | 1.0 | 1.0 | 1.2 | |
| **TOTAL PHYSICIANS** | 6.5 | 4.0 | 2.5 | 61.54% | 0.0 | 2.0 | 1.0 | 2.0 | 50.00% | 1.0 | 1.0 | 1.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.42 |
| RN | 28.7 | 25.0 | 3.7 | 87% | 0.0 | 1.0 | 0.0 | 1.0 | 4% | 0.0 | 2.0 | 0.0 | 2.66 |
| LVN | 33.9 | 30.0 | 3.9 | 88% | 0.0 | 9.0 | 0.0 | 2.0 | 7% | 0.0 | 0.0 | 0.0 | 4.35 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 6.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.5 | 7.0 | (0.5) | 108% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.39 |
| **TOTAL NURSING** | 78.6 | 72.0 | 6.6 | 91.60% | 0.0 | 11.0 | 0.0 | 3.0 | 4.17% | 0.0 | 2.0 | 6.7 | 7.82 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | |
| **TOTAL PHARMACY** | 7.5 | 6.0 | 1.5 | 80.00% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 3.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## AUGUST 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Centinela State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.3 | 5.0 | 0.3 | 94% | 0.0 | 0.0 | 0.0 | 1.0 | 20% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **6.3** | **6.0** | **0.3** | **95.24%** | **0.0** | **0.0** | **0.0** | **1.0** | **16.67%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **1.0** | **1.0** | **50.00%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.15 |
| RN | 24.0 | 22.0 | 2.0 | 92% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | 2.77 |
| LVN | 32.0 | 30.0 | 2.0 | 94% | 1.0 | 3.0 | 0.0 | 1.0 | 3% | 0.0 | 0.0 | 0.0 | 7.95 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 5.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.40 |
| **TOTAL NURSING** | **69.5** | **64.0** | **5.5** | **92.09%** | **1.0** | **7.0** | **0.0** | **1.0** | **1.56%** | **0.0** | **2.0** | **5.7** | **13.27** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | **7.5** | **7.0** | **0.5** | **93.33%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **1.1** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-4    Filed 02/03/14    Page 4 of 9
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California Institution for Men**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.0 | 16.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| **TOTAL PHYSICIANS** | 18.0 | 18.0 | 0.0 | 100.00% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.3 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 2.0 | 0.0 | 1.0 | 9% | 0.0 | 0.0 | 0.0 | 0.12 |
| RN | 88.3 | 86.0 | 2.3 | 97% | 0.0 | 0.0 | 0.0 | 5.0 | 6% | 2.0 | 1.0 | 3.1 | 8.49 |
| LVN | 84.0 | 80.0 | 4.0 | 95% | 0.0 | 0.0 | 0.0 | 3.0 | 4% | 0.0 | 1.0 | 0.0 | 6.68 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 11.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 26.0 | 24.0 | 2.0 | 92% | 0.0 | 7.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | 1.61 |
| **TOTAL NURSING** | 213.3 | 204.0 | 9.3 | 95.64% | 0.0 | 10.0 | 0.0 | 11.0 | 5.39% | 2.0 | 2.0 | 14.7 | 16.90 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 4.0 | 2.0 | 67% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 4.8 | |
| Pharmacist Tech | 10.7 | 8.0 | 2.7 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 5.4 | |
| **TOTAL PHARMACY** | 17.7 | 13.0 | 4.7 | 73.45% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 4.0 | 10.2 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## AUGUST 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Women**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 6.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 7.0 | 7.0 | 0.0 | 100.00% | 1.0 | 1.0 | 0.0 | 1.0 | 14.29% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.5 | 1.0 | 1.5 | 40% | 0.0 | 0.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.5 | 1.0 | 1.5 | 40.00% | 0.0 | 0.0 | 0.0 | 2.0 | 200.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 13.5 | 13.0 | 0.5 | 96% | 0.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.43 |
| RN | 48.0 | 43.0 | 5.0 | 90% | 0.0 | 9.0 | 0.0 | 5.0 | 12% | 1.0 | 1.0 | 0.6 | 5.98 |
| LVN | 41.0 | 38.0 | 3.0 | 93% | 1.0 | 6.0 | 1.0 | 3.0 | 8% | 0.0 | 0.0 | 0.0 | 5.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 13.0 | 0.0 | 1.09 |
| Psych Tech/Sr Psych Tech | 62.1 | 51.0 | 11.1 | 82% | 2.0 | 8.0 | 0.0 | 2.0 | 4% | 0.0 | 2.0 | 1.8 | 7.67 |
| **TOTAL NURSING** | 165.6 | 146.0 | 19.6 | 88.16% | 3.0 | 32.0 | 1.0 | 10.0 | 6.85% | 1.0 | 16.0 | 2.4 | 21.17 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 4.0 | (0.2) | 105% | 0.0 | 1.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.1 | |
| Pharmacist Tech | 8.0 | 8.0 | 0.0 | 100% | 3.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.6 | |
| **TOTAL PHARMACY** | 12.8 | 13.0 | (0.2) | 101.56% | 3.0 | 4.0 | 0.0 | 1.0 | 7.69% | 0.0 | 0.0 | 2.7 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California Rehabilitation Center**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 9.0 | 1.0 | 90.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 1.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.05 |
| RN | 26.0 | 25.0 | 1.0 | 96% | 1.0 | 1.0 | 0.0 | 1.0 | 4% | 0.0 | 1.0 | 0.0 | 2.06 |
| LVN | 30.0 | 25.0 | 5.0 | 83% | 0.0 | 19.0 | 0.0 | 2.0 | 8% | 0.0 | 3.0 | 1.5 | 4.18 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 0.0 | 3.6 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 70.1 | 61.0 | 9.1 | 87.02% | 2.0 | 21.0 | 0.0 | 3.0 | 4.92% | 0.0 | 4.0 | 1.8 | 6.29 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 5.7 | 6.0 | (0.3) | 105% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.3 | |
| **TOTAL PHARMACY** | 9.9 | 10.0 | (0.1) | 101.01% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.1 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR    Document 5039-4    Filed 02/03/14    Page 7 of 9
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Chuckawalla Valley State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 9/1/2012 - 8/31/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.8 | 5.0 | 0.8 | 86% | 1.0 | 1.0 | 0.0 | 1.0 | 20% | 0.0 | 0.0 | 0.9 | |
| **TOTAL PHYSICIANS** | 6.8 | 5.0 | 1.8 | 73.53% | 1.0 | 1.0 | 0.0 | 1.0 | 20.00% | 0.0 | 0.0 | 0.9 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 8.0 | 1.5 | 84% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.64 |
| RN | 26.2 | 23.0 | 3.2 | 88% | 0.0 | 1.0 | 0.0 | 2.0 | 9% | 0.0 | 2.0 | 0.0 | 3.08 |
| LVN | 20.0 | 18.0 | 2.0 | 90% | 2.0 | 5.0 | 0.0 | 1.0 | 6% | 0.0 | 3.0 | 1.4 | 0.42 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 60.3 | 51.0 | 9.3 | 84.58% | 2.0 | 8.0 | 0.0 | 3.0 | 5.88% | 0.0 | 5.0 | 1.4 | 4.14 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 1.8 | 1.0 | 0.8 | 56% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| Pharmacist Tech | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.9 | |
| **TOTAL PHARMACY** | 5.0 | 4.0 | 1.0 | 80.00% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 1.6 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
AUGUST 2013
Case 2:90-cv-00520-KJM-SCR   Document 5039-4   Filed 02/03/14   Page 8 of 9
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Ironwood State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) 9/1/2012 - 8/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.4 | 5.0 | 0.4 | 93% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 6.4 | 6.0 | 0.4 | 93.75% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 2.0 | 0.0 | 2.0 | 22% | 0.0 | 0.0 | 0.0 | 1.19 |
| RN | 31.1 | 29.0 | 2.1 | 93% | 1.0 | 2.0 | 0.0 | 3.0 | 10% | 0.0 | 1.0 | 1.6 | 2.30 |
| LVN | 27.0 | 24.0 | 3.0 | 89% | 0.0 | 0.0 | 1.0 | 3.0 | 13% | 0.0 | 0.0 | 1.5 | 2.70 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.85 |
| **TOTAL NURSING** | 71.2 | 63.0 | 8.2 | 88.48% | 1.0 | 4.0 | 1.0 | 9.0 | 14.29% | 0.0 | 2.0 | 7.2 | 7.04 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 2.3 | 2.0 | 0.3 | 87% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 5.3 | 5.0 | 0.3 | 94.34% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**Richard J. Donovan Correctional Facility**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| Classification | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 8/1/2013 - 8/31/2013 | Year To Date Appointments 9/1/2012 - 8/31/2013 | Separations 8/1/2013 - 8/31/2013 | Year To Date Separations 9/1/2012 - 8/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of June 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.5 | 11.0 | (0.5) | 105% | 2.0 | 3.0 | 0.0 | 1.0 | 9% | 0.0 | 1.0 | 2.7 | |
| **TOTAL PHYSICIANS** | 12.5 | 12.0 | 0.5 | 96.00% | 2.0 | 3.0 | 0.0 | 2.0 | 16.67% | 0.0 | 1.0 | 2.7 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| NP | 1.5 | 2.0 | (0.5) | 133% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| **TOTAL MID-LEVELS** | 1.5 | 2.0 | (0.5) | 133.33% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.5 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 12.0 | (0.5) | 104% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.57 |
| RN | 58.0 | 55.0 | 3.0 | 95% | 5.0 | 13.0 | 0.0 | 2.0 | 4% | 0.0 | 2.0 | 0.0 | 5.71 |
| LVN | 60.0 | 51.0 | 9.0 | 85% | 1.0 | 7.0 | 1.0 | 5.0 | 10% | 0.0 | 4.0 | 0.0 | 10.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 2.9 | 0.05 |
| Psych Tech/Sr Psych Tech | 43.0 | 40.0 | 3.0 | 93% | 3.0 | 14.0 | 1.0 | 2.0 | 5% | 0.0 | 0.0 | 1.8 | 5.67 |
| **TOTAL NURSING** | 173.5 | 159.0 | 14.5 | 91.64% | 9.0 | 36.0 | 2.0 | 9.0 | 5.66% | 0.0 | 13.0 | 4.7 | 22.00 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.5 | |
| Pharmacist Tech | 10.0 | 9.0 | 1.0 | 90% | 0.0 | 10.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.7 | |
| **TOTAL PHARMACY** | 16.0 | 15.0 | 1.0 | 93.75% | 0.0 | 11.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 6.2 | |

*Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.