# APPENDIX 3

## Part 6 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013

*(Data source -- Budget Authority and*
*State Controller's Office Employment History Records)*

**CPHCS Headquarters**

| | Total Positions Authorized to be Filled *(Data provided by Budgets)* * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 15.0 | 10.0 | 5.0 | 67% | 0.0 | 5.0 | 0.0 | 2.0 | 20% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 34.0 | 24.0 | 10.0 | 71% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **51.0** | **36.0** | **15.0** | **70.59%** | **0.0** | **6.0** | **0.0** | **2.0** | **5.56%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **0.0** | **1.0** | **0.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 5.0 | 1.0 | 4.0 | 20% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 3.0 | 0.0 | 3.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 11.0 | 7.0 | 4.0 | 64% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| LVN | 17.4 | 0.0 | 17.4 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | **37.4** | **8.0** | **29.4** | **21.39%** | **0.0** | **0.0** | **0.0** | **1.0** | **12.50%** | **0.0** | **0.0** | **0.0** | **0.00** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 31.0 | 31.0 | 0.0 | 100% | 1.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | **47.0** | **45.0** | **2.0** | **95.74%** | **1.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.0** | |

*(Data source -- Budget Authority and
State Controller's Office Employment History Records)*

**Total Sheet For All Institutions and Headquarters**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 43.0 | 36.0 | 7.0 | 84% | 0.0 | 21.0 | 0.0 | 7.0 | 19% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 29.0 | 25.0 | 4.0 | 86% | 0.0 | 3.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 325.9 | 283.0 | 42.9 | 87% | 4.0 | 37.0 | 2.0 | 15.0 | 5% | 1.0 | 12.0 | 10.9 | |
| **TOTAL PHYSICIANS** | **397.9** | **344.0** | **53.9** | **86.45%** | **4.0** | **61.0** | **2.0** | **24.0** | **6.98%** | **1.0** | **12.0** | **10.9** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 23.5 | 22.0 | 1.5 | 94% | 0.0 | 2.0 | 0.0 | 1.0 | 5% | 2.0 | 0.0 | 2.8 | |
| NP | 34.0 | 29.0 | 5.0 | 85% | 0.0 | 0.0 | 0.0 | 2.0 | 7% | 0.0 | 0.0 | 2.0 | |
| **TOTAL MID-LEVELS** | **57.5** | **51.0** | **6.5** | **88.70%** | **0.0** | **2.0** | **0.0** | **3.0** | **5.88%** | **2.0** | **0.0** | **4.8** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 40.0 | 36.0 | 4.0 | 90% | 2.0 | 13.0 | 1.0 | 7.0 | 19% | 1.0 | 1.0 | 0.0 | 0.00 |
| SRN II | 373.6 | 327.0 | 46.6 | 88% | 9.0 | 91.0 | 1.0 | 17.0 | 5% | 2.0 | 11.0 | 0.0 | 31.54 |
| RN | 1667.7 | 1471.0 | 196.7 | 88% | 41.0 | 194.0 | 2.0 | 105.0 | 7% | 1.0 | 54.0 | 35.5 | 203.68 |
| LVN | 1681.7 | 1430.0 | 251.7 | 85% | 53.0 | 349.0 | 10.0 | 75.0 | 5% | 1.0 | 62.0 | 41.2 | 259.08 |
| CNA | 43.1 | 37.0 | 6.1 | 86% | 1.0 | 2.0 | 0.0 | 1.0 | 3% | 0.0 | 112.0 | 158.8 | 12.53 |
| Psych Tech/Sr Psych Tech | 766.2 | 605.0 | 161.2 | 79% | 26.0 | 162.0 | 5.0 | 32.0 | 5% | 12.0 | 11.0 | 45.5 | 88.05 |
| **TOTAL NURSING** | **4572.3** | **3906.0** | **666.3** | **85.43%** | **132.0** | **811.0** | **19.0** | **237.0** | **6.07%** | **17.0** | **251.0** | **281.0** | **594.9** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 33.0 | 31.0 | 2.0 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 1.1 | |
| Pharmacist I | 148.4 | 117.0 | 31.4 | 79% | 5.0 | 40.0 | 2.0 | 10.0 | 9% | 3.0 | 5.0 | 35.4 | |
| Pharmacist Tech | 287.5 | 261.0 | 26.5 | 91% | 8.0 | 66.0 | 0.0 | 1.0 | 0% | 0.0 | 17.0 | 55.8 | |
| **TOTAL PHARMACY** | **468.9** | **409.0** | **59.9** | **87.23%** | **13.0** | **106.0** | **2.0** | **11.0** | **2.69%** | **3.0** | **24.0** | **92.3** | |

**\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**











