# APPENDIX 3

## Part 7 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Correctional Center**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term, Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **5.5** | **5.0** | **0.5** | **90.91%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 2.0 | 0.0 | 2.0 | 22% | 0.0 | 0.0 | 0.0 | 2.89 |
| RN | 27.0 | 23.0 | 4.0 | 85% | 0.0 | 3.0 | 0.0 | 3.0 | 13% | 0.0 | 3.0 | 0.0 | 5.16 |
| LVN | 30.0 | 23.0 | 7.0 | 77% | 1.0 | 14.0 | 0.0 | 2.0 | 9% | 0.0 | 2.0 | 0.0 | 6.42 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 1.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 0.0 | 1.0 | (1.0) | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.25 |
| **TOTAL NURSING** | **66.5** | **56.0** | **10.5** | **84.21%** | **1.0** | **20.0** | **0.0** | **7.0** | **12.50%** | **0.0** | **7.0** | **1.0** | **14.72** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.8 | |
| **TOTAL PHARMACY** | **6.0** | **5.0** | **1.0** | **83.33%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.8** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Medical Facility**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 18.5 | 17.0 | 1.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 20.5 | 19.0 | 1.5 | 92.68% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 2.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 1.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 16.6 | 15.0 | 1.6 | 90% | 0.0 | 2.0 | 0.0 | 1.0 | 7% | 0.0 | 0.0 | 0.0 | 0.14 |
| RN | 128.0 | 109.0 | 19.0 | 85% | 0.0 | 0.0 | 0.0 | 9.0 | 8% | 0.0 | 4.0 | 1.0 | 14.03 |
| LVN | 100.0 | 75.0 | 25.0 | 75% | 8.0 | 25.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 3.2 | 13.94 |
| CNA | 26.0 | 23.0 | 3.0 | 88% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 3.9 | 5.19 |
| Psych Tech/Sr Psych Tech | 72.7 | 55.0 | 17.7 | 76% | 0.0 | 12.0 | 2.0 | 4.0 | 7% | 0.0 | 0.0 | 0.0 | 6.04 |
| **TOTAL NURSING** | 346.3 | 280.0 | 66.3 | 80.85% | 8.0 | 40.0 | 2.0 | 15.0 | 5.36% | 1.0 | 6.0 | 8.1 | 39.34 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 9.0 | 6.0 | 3.0 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 1.6 | |
| Pharmacist Tech | 16.4 | 14.0 | 2.4 | 85% | 2.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 2.5 | |
| **TOTAL PHARMACY** | 26.4 | 21.0 | 5.4 | 79.55% | 2.0 | 4.0 | 0.0 | 0.0 | 0.00% | 2.0 | 1.0 | 4.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Folsom State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 8.0 | 8.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 15.0 | 11.0 | 4.0 | 73% | 2.0 | 16.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.44 |
| RN | 29.4 | 23.0 | 6.4 | 78% | 0.0 | 4.0 | 0.0 | 1.0 | 4% | 1.0 | 0.0 | 0.0 | 5.69 |
| LVN | 32.8 | 27.0 | 5.8 | 82% | 0.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 3.47 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 80.8 | 62.0 | 18.8 | 76.73% | 2.0 | 27.0 | 0.0 | 1.0 | 1.61% | 1.0 | 2.0 | 0.0 | 10.60 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 5.5 | 5.0 | 0.5 | 91% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 9.5 | 8.0 | 1.5 | 84.21% | 0.0 | 4.0 | 1.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**High Desert State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 10/1/2012 - 9/30/2013 | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.0 | 4.0 | 1.0 | 80% | 0.0 | 0.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 7.0 | 6.0 | 1.0 | 85.71% | 0.0 | 0.0 | 0.0 | 1.0 | 16.67% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 4.0 | 3.0 | 1.0 | 75.00% | 0.0 | 0.0 | 0.0 | 1.0 | 33.33% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 3.0 | 0.0 | 1.0 | 11% | 0.0 | 0.0 | 0.0 | 1.93 |
| RN | 51.4 | 41.0 | 10.4 | 80% | 0.0 | 29.0 | 0.0 | 5.0 | 12% | 0.0 | 1.0 | 0.2 | 12.31 |
| LVN | 33.1 | 29.0 | 4.1 | 88% | 3.0 | 16.0 | 0.0 | 7.0 | 24% | 0.0 | 2.0 | 1.7 | 6.82 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 10.0 | 4.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 10.0 | 7.0 | 3.0 | 70% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.5 | 1.49 |
| **TOTAL NURSING** | 106.0 | 87.0 | 19.0 | 82.08% | 3.0 | 49.0 | 0.0 | 13.0 | 14.94% | 0.0 | 13.0 | 7.8 | 22.55 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.1 | 1.0 | 1.1 | 48% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| Pharmacist Tech | 5.0 | 5.0 | 0.0 | 100% | 2.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.7 | |
| **TOTAL PHARMACY** | 8.1 | 7.0 | 1.1 | 86.42% | 2.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 3.6 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Mule Creek State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.3 | 7.0 | 0.3 | 96% | 0.0 | 3.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.6 | |
| **TOTAL PHYSICIANS** | 9.3 | 9.0 | 0.3 | 96.77% | 0.0 | 3.0 | 0.0 | 1.0 | 11.11% | 0.0 | 0.0 | 0.6 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.5 | 0.0 | 0.5 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.5 | 1.0 | 0.5 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.9 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 3.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.10 |
| RN | 40.9 | 34.0 | 6.9 | 83% | 1.0 | 2.0 | 0.0 | 3.0 | 9% | 0.0 | 0.0 | 0.0 | 3.67 |
| LVN | 41.5 | 30.0 | 11.5 | 72% | 2.0 | 6.0 | 0.0 | 1.0 | 3% | 0.0 | 1.0 | 0.0 | 8.29 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 41.5 | 26.0 | 15.5 | 63% | 1.0 | 7.0 | 1.0 | 3.0 | 12% | 0.0 | 0.0 | 0.0 | 6.05 |
| **TOTAL NURSING** | 135.4 | 101.0 | 34.4 | 74.59% | 7.0 | 18.0 | 1.0 | 7.0 | 6.93% | 0.0 | 4.0 | 0.0 | 19.11 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 7.6 | 8.0 | (0.4) | 105% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 11.6 | 11.0 | 0.6 | 94.83% | 0.0 | 1.0 | 1.0 | 1.0 | 9.09% | 0.0 | 0.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Pelican Bay State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 1.0 | 0.0 | 1.0 | 33% | 0.0 | 1.0 | 0.2 | |
| **TOTAL PHYSICIANS** | **5.0** | **4.0** | **1.0** | **80.00%** | **0.0** | **1.0** | **0.0** | **1.0** | **25.00%** | **0.0** | **1.0** | **0.2** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **2.0** | **1.0** | **66.67%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 7.0 | 3.5 | 67% | 0.0 | 0.0 | 0.0 | 2.0 | 29% | 0.0 | 1.0 | 0.0 | 0.00 |
| RN | 48.8 | 46.0 | 2.8 | 94% | 0.0 | 4.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 4.0 | 1.58 |
| LVN | 24.1 | 20.0 | 4.1 | 83% | 1.0 | 6.0 | 0.0 | 3.0 | 15% | 0.0 | 1.0 | 5.6 | 1.78 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.8 | 0.00 |
| Psych Tech/Sr Psych Tech | 31.1 | 23.0 | 8.1 | 74% | 0.0 | 2.0 | 0.0 | 3.0 | 13% | 0.0 | 0.0 | 2.1 | 2.45 |
| **TOTAL NURSING** | **115.5** | **97.0** | **18.5** | **83.98%** | **1.0** | **12.0** | **0.0** | **10.0** | **10.31%** | **0.0** | **3.0** | **14.5** | **5.81** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist Tech | 4.0 | 4.0 | 0.0 | 100% | 1.0 | 2.0 | 0.0 | 1.0 | 25% | 0.0 | 1.0 | 1.0 | |
| **TOTAL PHARMACY** | **7.0** | **7.0** | **0.0** | **100.00%** | **1.0** | **2.0** | **0.0** | **1.0** | **14.29%** | **0.0** | **2.0** | **1.0** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Sacramento**

| | Total Positions Authorized to be Filled (Data provided by Budgets) * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, Full Time | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 9.0 | 1.0 | 90.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 7.0 | 0.0 | 1.0 | 11% | 1.0 | 1.0 | 0.0 | 1.64 |
| RN | 73.1 | 65.0 | 8.1 | 89% | 4.0 | 6.0 | 0.0 | 4.0 | 6% | 0.0 | 1.0 | 3.5 | 18.45 |
| LVN | 40.0 | 32.0 | 8.0 | 80% | 1.0 | 17.0 | 0.0 | 2.0 | 6% | 0.0 | 3.0 | 0.9 | 9.05 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 24.9 | 0.00 |
| Psych Tech/Sr Psych Tech | 72.6 | 56.0 | 16.6 | 77% | 3.0 | 9.0 | 0.0 | 3.0 | 5% | 0.0 | 2.0 | 7.0 | 10.01 |
| **TOTAL NURSING** | 197.2 | 163.0 | 34.2 | 82.66% | 8.0 | 39.0 | 0.0 | 10.0 | 6.13% | 1.0 | 7.0 | 36.3 | 39.15 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.6 | 3.0 | 0.6 | 83% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| Pharmacist Tech | 6.5 | 6.0 | 0.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.9 | |
| **TOTAL PHARMACY** | 11.1 | 10.0 | 1.1 | 90.09% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 5.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Solano**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.7 | 11.0 | (0.3) | 103% | 0.0 | 5.0 | 0.0 | 3.0 | 27% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 12.7 | 12.0 | 0.7 | 94.49% | 0.0 | 7.0 | 0.0 | 6.0 | 50.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 1.0 | 2.0 | 1.0 | 2.0 | 25% | 0.0 | 0.0 | 0.0 | 0.73 |
| RN | 50.0 | 42.0 | 8.0 | 84% | 0.0 | 16.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 0.8 | 7.86 |
| LVN | 50.0 | 45.0 | 5.0 | 90% | 2.0 | 24.0 | 0.0 | 1.0 | 2% | 1.0 | 3.0 | 0.8 | 10.17 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.8 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.1 | 4.0 | 0.1 | 98% | 0.0 | 0.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 1.7 | 0.24 |
| **TOTAL NURSING** | 115.6 | 100.0 | 15.6 | 86.51% | 3.0 | 44.0 | 1.0 | 6.0 | 6.00% | 1.0 | 3.0 | 7.1 | 19.00 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 2.4 | |
| Pharmacist Tech | 10.0 | 7.0 | 3.0 | 70% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.7 | |
| **TOTAL PHARMACY** | 17.0 | 13.0 | 4.0 | 76.47% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 3.0 | 3.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - San Quentin**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.6 | 10.0 | 0.6 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| **TOTAL PHYSICIANS** | 12.6 | 12.0 | 0.6 | 95.24% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.8 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.2 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 0.0 | 0.0 | 1.0 | 9% | 0.0 | 1.0 | 0.0 | 1.02 |
| RN | 50.1 | 45.0 | 5.1 | 90% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | 3.57 |
| LVN | 68.8 | 56.0 | 12.8 | 81% | 0.0 | 0.0 | 1.0 | 2.0 | 4% | 0.0 | 1.0 | 0.0 | 10.67 |
| CNA | 8.1 | 7.0 | 1.1 | 86% | 0.0 | 0.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 5.4 | 0.75 |
| Psych Tech/Sr Psych Tech | 25.6 | 21.0 | 4.6 | 82% | 0.0 | 1.0 | 0.0 | 1.0 | 5% | 0.0 | 0.0 | 0.0 | 1.94 |
| **TOTAL NURSING** | 165.1 | 141.0 | 24.1 | 85.40% | 0.0 | 1.0 | 1.0 | 5.0 | 3.55% | 0.0 | 4.0 | 5.4 | 17.95 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.3 | 2.0 | 2.3 | 47% | 0.0 | 1.0 | 0.0 | 1.0 | 50% | 1.0 | 0.0 | 1.0 | |
| Pharmacist Tech | 7.8 | 5.0 | 2.8 | 64% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.4 | |
| **TOTAL PHARMACY** | 13.1 | 8.0 | 5.1 | 61.07% | 0.0 | 1.0 | 0.0 | 1.0 | 12.50% | 1.0 | 2.0 | 1.4 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.