# APPENDIX 3

## Part 8 of 20

(Data source -- Budget Authority and
State Controller's Office Employment History Records)

**Central California Women's Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.6 | 9.0 | 0.6 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **11.6** | **11.0** | **0.6** | **94.83%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **2.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 0.0 | 1.49 |
| RN | 47.0 | 39.0 | 8.0 | 83% | 1.0 | 3.0 | 1.0 | 5.0 | 13% | 0.0 | 2.0 | 0.0 | 5.58 |
| LVN | 59.3 | 49.0 | 10.3 | 83% | 3.0 | 10.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 6.47 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 17.0 | 0.0 | 2.39 |
| Psych Tech/Sr Psych Tech | 10.8 | 8.0 | 2.8 | 74% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.20 |
| **TOTAL NURSING** | **128.6** | **107.0** | **21.6** | **83.20%** | **4.0** | **16.0** | **1.0** | **6.0** | **5.61%** | **1.0** | **21.0** | **0.0** | **17.13** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.2 | 3.0 | 2.2 | 58% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| Pharmacist Tech | 12.3 | 12.0 | 0.3 | 98% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | **18.5** | **16.0** | **2.5** | **86.49%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.2** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and
State Controller's Office Employment History Records)*

**California Men's Colony**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.7 | 17.0 | (0.3) | 102% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **18.7** | **19.0** | **(0.3)** | **101.60%** | **0.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 1.0 | 1.0 | 33% | 0.0 | 1.0 | 0.0 | 0.00 |
| SRN II | 16.0 | 14.0 | 2.0 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.07 |
| RN | 115.4 | 94.0 | 21.4 | 81% | 6.0 | 6.0 | 0.0 | 13.0 | 14% | 0.0 | 4.0 | 0.4 | 9.75 |
| LVN | 73.4 | 66.0 | 7.4 | 90% | 4.0 | 28.0 | 1.0 | 4.0 | 6% | 0.0 | 6.0 | 0.8 | 13.77 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 91.5 | 68.0 | 23.5 | 74% | 7.0 | 52.0 | 0.0 | 1.0 | 1% | 0.0 | 2.0 | 0.3 | 7.12 |
| **TOTAL NURSING** | **299.3** | **245.0** | **54.3** | **81.86%** | **17.0** | **86.0** | **2.0** | **19.0** | **7.76%** | **0.0** | **13.0** | **1.5** | **31.71** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 7.0 | 6.0 | 1.0 | 86% | 1.0 | 3.0 | 0.0 | 2.0 | 33% | 0.0 | 0.0 | 1.5 | |
| Pharmacist Tech | 12.7 | 13.0 | (0.3) | 102% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.6 | |
| **TOTAL PHARMACY** | **20.7** | **20.0** | **0.7** | **96.62%** | **2.0** | **4.0** | **0.0** | **2.0** | **10.00%** | **0.0** | **0.0** | **4.1** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Correctional Training Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 13.0 | 9.0 | 4.0 | 69% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **15.0** | **11.0** | **4.0** | **73.33%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 8.0 | 3.5 | 70% | 0.0 | 5.0 | 0.0 | 1.0 | 13% | 0.0 | 1.0 | 0.0 | 0.18 |
| RN | 44.3 | 42.0 | 2.3 | 95% | 2.0 | 7.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 2.9 | 7.94 |
| LVN | 67.8 | 57.0 | 10.8 | 84% | 2.0 | 4.0 | 0.0 | 4.0 | 7% | 0.0 | 0.0 | 1.0 | 8.86 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.9 | 0.00 |
| Psych Tech/Sr Psych Tech | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | **130.6** | **113.0** | **17.6** | **86.52%** | **4.0** | **16.0** | **0.0** | **6.0** | **5.31%** | **0.0** | **3.0** | **6.8** | **16.98** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| Pharmacist Tech | 10.0 | 7.0 | 3.0 | 70% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 4.9 | |
| **TOTAL PHARMACY** | **17.0** | **13.0** | **4.0** | **76.47%** | **0.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **5.9** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Deuel Vocational Institution**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 10/1/2012 - 9/30/2013 | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **9.0** | **8.0** | **1.0** | **88.89%** | **0.0** | **1.0** | **0.0** | **1.0** | **12.50%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.19 |
| RN | 35.1 | 30.0 | 5.1 | 85% | 0.0 | 1.0 | 0.0 | 3.0 | 10% | 0.0 | 1.0 | 0.0 | 2.25 |
| LVN | 43.0 | 38.0 | 5.0 | 88% | 0.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | 3.88 |
| CNA | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 0.0 | 0.12 |
| Psych Tech/Sr Psych Tech | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 6.0 | 0.0 | 0.0 | 0.08 |
| **TOTAL NURSING** | **101.6** | **90.0** | **11.6** | **88.58%** | **1.0** | **9.0** | **0.0** | **3.0** | **3.33%** | **6.0** | **11.0** | **0.0** | **6.52** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.1 | |
| Pharmacist Tech | 4.0 | 4.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.6 | |
| **TOTAL PHARMACY** | **7.0** | **7.0** | **0.0** | **100.00%** | **1.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **1.7** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Valley State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.6 | 7.0 | 0.6 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **8.6** | **8.0** | **0.6** | **93.02%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.40 |
| RN | 38.5 | 34.0 | 4.5 | 88% | 0.0 | 2.0 | 0.0 | 1.0 | 3% | 0.0 | 0.0 | 0.0 | 1.61 |
| LVN | 50.6 | 40.0 | 10.6 | 79% | 0.0 | 12.0 | 0.0 | 1.0 | 3% | 0.0 | 0.0 | 0.0 | 8.46 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 26.0 | 0.0 | 1.59 |
| Psych Tech/Sr Psych Tech | 6.2 | 11.0 | (4.8) | 177% | 2.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.67 |
| **TOTAL NURSING** | **105.8** | **95.0** | **10.8** | **89.79%** | **2.0** | **19.0** | **0.0** | **2.0** | **2.11%** | **0.0** | **27.0** | **0.0** | **12.73** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 1.0 | 2.0 | 33% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| Pharmacist Tech | 10.3 | 10.0 | 0.3 | 97% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.0 | |
| **TOTAL PHARMACY** | **14.3** | **12.0** | **2.3** | **83.92%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **2.3** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Sierra Conservation Center**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **7.0** | **6.0** | **1.0** | **85.71%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.72 |
| RN | 23.8 | 21.0 | 2.8 | 88% | 0.0 | 7.0 | 0.0 | 3.0 | 14% | 0.0 | 0.0 | 0.0 | 1.14 |
| LVN | 20.3 | 16.0 | 4.3 | 79% | 2.0 | 4.0 | 2.0 | 4.0 | 25% | 0.0 | 1.0 | 0.0 | 2.56 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 5.0 | 0.0 | 0.13 |
| Psych Tech/Sr Psych Tech | 3.6 | 2.0 | 1.6 | 56% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.28 |
| **TOTAL NURSING** | **58.2** | **49.0** | **9.2** | **84.19%** | **2.0** | **15.0** | **2.0** | **7.0** | **14.29%** | **0.0** | **6.0** | **0.0** | **5.83** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.2 | 2.0 | 0.2 | 91% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 4.3 | 4.0 | 0.3 | 93% | 0.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | **7.5** | **7.0** | **0.5** | **93.33%** | **0.0** | **8.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |

\* **Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

(Data source -- Budget Authority and
State Controller's Office Employment History Records)

**Salinas Valley State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 11.0 | 7.0 | 4.0 | 64% | 1.0 | 2.0 | 1.0 | 2.0 | 29% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **12.0** | **7.0** | **5.0** | **58.33%** | **1.0** | **2.0** | **1.0** | **2.0** | **28.57%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.61 |
| RN | 53.4 | 52.0 | 1.4 | 97% | 3.0 | 13.0 | 0.0 | 6.0 | 12% | 0.0 | 0.0 | 9.3 | 4.60 |
| LVN | 50.0 | 44.0 | 6.0 | 88% | 0.0 | 5.0 | 0.0 | 1.0 | 2% | 0.0 | 1.0 | 5.5 | 13.62 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 8.0 | 0.24 |
| Psych Tech/Sr Psych Tech | 38.6 | 26.0 | 12.6 | 67% | 3.0 | 7.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 4.4 | 7.16 |
| **TOTAL NURSING** | **154.5** | **133.0** | **21.5** | **86.08%** | **6.0** | **26.0** | **0.0** | **10.0** | **7.52%** | **0.0** | **8.0** | **27.2** | **27.23** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.3 | |
| Pharmacist Tech | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 2.9 | |
| **TOTAL PHARMACY** | **21.0** | **19.0** | **2.0** | **90.48%** | **0.0** | **5.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **2.0** | **5.2** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.