# APPENDIX 3

## Part 9 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Avenal State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.5 | 7.0 | 2.5 | 74% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.1 | |
| **TOTAL PHYSICIANS** | 11.5 | 9.0 | 2.5 | 78.26% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.1 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 7.0 | 3.5 | 67% | 0.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 42.0 | 33.0 | 9.0 | 79% | 0.0 | 6.0 | 0.0 | 3.0 | 9% | 0.0 | 0.0 | 0.0 | 1.55 |
| LVN | 59.0 | 53.0 | 6.0 | 90% | 4.0 | 13.0 | 0.0 | 2.0 | 4% | 0.0 | 3.0 | 0.0 | 5.03 |
| CNA | 3.0 | 2.0 | 1.0 | 67% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 1.9 | 0.30 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 1.0 | 1.0 | 1.0 | 1.0 | 100% | 0.0 | 0.0 | 1.5 | 0.00 |
| **TOTAL NURSING** | 119.1 | 97.0 | 22.1 | 81.44% | 6.0 | 29.0 | 1.0 | 6.0 | 6.19% | 0.0 | 10.0 | 3.4 | 6.88 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.2 | 3.0 | 2.2 | 58% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 9.4 | 9.0 | 0.4 | 96% | 0.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| **TOTAL PHARMACY** | 15.6 | 13.0 | 2.6 | 83.33% | 0.0 | 9.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.9 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Correctional Institution**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 10/1/2012 - 9/30/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.0 | 7.0 | 2.0 | 78% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **11.0** | **8.0** | **3.0** | **72.73%** | **0.0** | **3.0** | **0.0** | **1.0** | **12.50%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.54 |
| RN | 44.0 | 40.0 | 4.0 | 91% | 3.0 | 3.0 | 0.0 | 5.0 | 13% | 0.0 | 3.0 | 0.0 | 7.41 |
| LVN | 54.6 | 51.0 | 3.6 | 93% | 1.0 | 6.0 | 0.0 | 3.0 | 6% | 0.0 | 4.0 | 0.0 | 5.50 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 2.0 | 33% | 0.0 | 0.0 | 0.0 | 0.03 |
| **TOTAL NURSING** | **116.1** | **109.0** | **7.1** | **93.88%** | **4.0** | **16.0** | **0.0** | **10.0** | **9.17%** | **0.0** | **7.0** | **4.1** | **13.48** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 2.0 | 2.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.9 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.0 | |
| **TOTAL PHARMACY** | **15.0** | **13.0** | **2.0** | **86.67%** | **0.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **6.9** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Corcoran**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 12.0 | 10.0 | 2.0 | 83% | 0.0 | 2.0 | 1.0 | 2.0 | 20% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 14.0 | 12.0 | 2.0 | 85.71% | 0.0 | 3.0 | 1.0 | 2.0 | 16.67% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 2.0 | 67% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 14.0 | 14.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.59 |
| RN | 94.6 | 80.0 | 14.6 | 85% | 0.0 | 2.0 | 0.0 | 4.0 | 5% | 0.0 | 9.0 | 1.4 | 12.08 |
| LVN | 94.4 | 80.0 | 14.4 | 85% | 0.0 | 15.0 | 0.0 | 3.0 | 4% | 0.0 | 7.0 | 5.2 | 15.42 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 58.5 | 47.0 | 11.5 | 80% | 0.0 | 11.0 | 0.0 | 2.0 | 4% | 0.0 | 3.0 | 10.8 | 7.00 |
| **TOTAL NURSING** | 264.5 | 224.0 | 40.5 | 84.69% | 0.0 | 34.0 | 0.0 | 11.0 | 4.91% | 0.0 | 20.0 | 17.4 | 36.09 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.6 | 5.0 | (0.4) | 109% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| Pharmacist Tech | 8.3 | 7.0 | 1.3 | 84% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| **TOTAL PHARMACY** | 13.9 | 13.0 | 0.9 | 93.53% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Kern Valley State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term 10/1/2012 - 9/30/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, Full Time | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.6 | 7.0 | 1.6 | 81% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.1 | |
| **TOTAL PHYSICIANS** | 10.6 | 9.0 | 1.6 | 84.91% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.1 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 1.0 | 0.0 | 1.0 | 11% | 0.0 | 0.0 | 0.0 | 1.02 |
| RN | 39.0 | 37.0 | 2.0 | 95% | 2.0 | 5.0 | 0.0 | 4.0 | 11% | 0.0 | 0.0 | 0.0 | 2.91 |
| LVN | 44.3 | 42.0 | 2.3 | 95% | 0.0 | 26.0 | 0.0 | 2.0 | 5% | 0.0 | 2.0 | 0.0 | 7.36 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 14.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 19.1 | 15.0 | 4.1 | 79% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.0 | 2.45 |
| **TOTAL NURSING** | 113.9 | 104.0 | 9.9 | 91.31% | 2.0 | 36.0 | 0.0 | 7.0 | 6.73% | 0.0 | 2.0 | 17.1 | 13.74 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.5 | 3.0 | 0.5 | 86% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 1.8 | |
| Pharmacist Tech | 6.3 | 4.0 | 2.3 | 63% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.9 | |
| **TOTAL PHARMACY** | 10.8 | 8.0 | 2.8 | 74.07% | 0.0 | 1.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 3.7 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Los Angeles County**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Full Time Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 6.0 | 1.0 | 86% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.6 | |
| **TOTAL PHYSICIANS** | 9.0 | 8.0 | 1.0 | 88.89% | 1.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.6 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.77 |
| RN | 51.0 | 46.0 | 5.0 | 90% | 0.0 | 0.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 6.49 |
| LVN | 55.2 | 49.0 | 6.2 | 89% | 0.0 | 2.0 | 0.0 | 1.0 | 2% | 0.0 | 3.0 | 5.3 | 14.60 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.9 | 0.00 |
| Psych Tech/Sr Psych Tech | 29.0 | 25.0 | 4.0 | 86% | 1.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 2.63 |
| **TOTAL NURSING** | 146.7 | 131.0 | 15.7 | 89.30% | 1.0 | 10.0 | 0.0 | 2.0 | 1.53% | 0.0 | 6.0 | 10.2 | 24.49 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 3.0 | 1.0 | 75% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 7.3 | 7.0 | 0.3 | 96% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| **TOTAL PHARMACY** | 12.3 | 11.0 | 1.3 | 89.43% | 1.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**North Kern State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, Full Time | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.2 | 10.0 | 0.2 | 98% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 3.0 | |
| **TOTAL PHYSICIANS** | 12.2 | 12.0 | 0.2 | 98.36% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 3.0 | 3.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.9 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.84 |
| RN | 53.8 | 41.0 | 12.8 | 76% | 0.0 | 3.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 0.0 | 10.92 |
| LVN | 54.4 | 50.0 | 4.4 | 92% | 7.0 | 17.0 | 0.0 | 1.0 | 2% | 0.0 | 0.0 | 0.5 | 10.50 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 9.9 | 0.00 |
| Psych Tech/Sr Psych Tech | 11.2 | 10.0 | 1.2 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | 1.70 |
| **TOTAL NURSING** | 131.9 | 113.0 | 18.9 | 85.67% | 7.0 | 20.0 | 0.0 | 3.0 | 2.65% | 0.0 | 0.0 | 10.8 | 23.96 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 3.0 | 0.8 | 79% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| Pharmacist Tech | 8.0 | 6.0 | 2.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 1.7 | |
| **TOTAL PHARMACY** | 12.8 | 10.0 | 2.8 | 78.13% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 2.1 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Pleasant Valley State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.6 | 6.0 | 1.6 | 79% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.6 | 8.0 | 1.6 | 83.33% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.03 |
| RN | 31.0 | 31.0 | 0.0 | 100% | 2.0 | 4.0 | 0.0 | 1.0 | 3% | 0.0 | 2.0 | 3.0 | 0.90 |
| LVN | 55.6 | 48.0 | 7.6 | 86% | 0.0 | 4.0 | 1.0 | 4.0 | 8% | 0.0 | 1.0 | 0.0 | 8.10 |
| CNA | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 3.7 | 0.05 |
| Psych Tech/Sr Psych Tech | 7.0 | 5.0 | 2.0 | 71% | 1.0 | 3.0 | 0.0 | 2.0 | 40% | 0.0 | 0.0 | 0.0 | 0.46 |
| **TOTAL NURSING** | 106.1 | 94.0 | 12.1 | 88.60% | 3.0 | 11.0 | 1.0 | 7.0 | 7.45% | 0.0 | 10.0 | 6.7 | 9.54 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 2.0 | 0.0 | 2.0 | 67% | 0.0 | 0.0 | 2.6 | |
| Pharmacist Tech | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| **TOTAL PHARMACY** | 12.0 | 11.0 | 1.0 | 91.67% | 0.0 | 2.0 | 0.0 | 2.0 | 18.18% | 0.0 | 0.0 | 3.3 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Substance Abuse Treatment Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 14.0 | 12.0 | 2.0 | 85.71% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 2.0 | 1.0 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 1.0 | 4.0 | 0.0 | 1.0 | 10% | 0.0 | 1.0 | 0.0 | 0.08 |
| RN | 62.0 | 59.0 | 3.0 | 95% | 3.0 | 24.0 | 0.0 | 1.0 | 2% | 0.0 | 1.0 | 0.0 | 4.97 |
| LVN | 77.3 | 74.0 | 3.3 | 96% | 1.0 | 10.0 | 0.0 | 2.0 | 3% | 0.0 | 3.0 | 0.0 | 2.06 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 8.3 | 0.00 |
| Psych Tech/Sr Psych Tech | 40.0 | 34.0 | 6.0 | 85% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 4.0 | 0.0 | 0.5 | 3.53 |
| **TOTAL NURSING** | 192.8 | 179.0 | 13.8 | 92.84% | 5.0 | 40.0 | 0.0 | 4.0 | 2.23% | 4.0 | 5.0 | 8.8 | 10.64 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.5 | 4.0 | 2.5 | 62% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.1 | |
| Pharmacist Tech | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 9.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.9 | |
| **TOTAL PHARMACY** | 19.0 | 16.0 | 3.0 | 84.21% | 0.0 | 11.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 5.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Wasco State Prison Reception Center**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.0 | 9.0 | 0.0 | 100.00% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 4.0 | 4.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 2.0 | 3.0 | 0.0 | 2.0 | 20% | 0.0 | 1.0 | 0.0 | 0.91 |
| RN | 52.8 | 43.0 | 9.8 | 81% | 1.0 | 3.0 | 0.0 | 4.0 | 9% | 0.0 | 2.0 | 1.2 | 5.78 |
| LVN | 56.9 | 44.0 | 12.9 | 77% | 1.0 | 22.0 | 1.0 | 2.0 | 5% | 0.0 | 1.0 | 0.1 | 8.80 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 22.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 12.5 | 9.0 | 3.5 | 72% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 9.2 | 0.63 |
| **TOTAL NURSING** | 134.7 | 107.0 | 27.7 | 79.44% | 6.0 | 30.0 | 1.0 | 8.0 | 7.48% | 2.0 | 4.0 | 32.9 | 16.12 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| Pharmacist I | 4.3 | 4.0 | 0.3 | 93% | 0.0 | 3.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 1.0 | |
| Pharmacist Tech | 7.7 | 6.0 | 1.7 | 78% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.0 | |
| **TOTAL PHARMACY** | 13.0 | 11.0 | 2.0 | 84.62% | 0.0 | 3.0 | 0.0 | 1.0 | 9.09% | 0.0 | 0.0 | 4.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.