# APPENDIX 3

## Part 10 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Calipatria State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.5 | 3.0 | 2.5 | 55% | 0.0 | 1.0 | 0.0 | 2.0 | 67% | 1.0 | 1.0 | 1.8 | |
| **TOTAL PHYSICIANS** | 6.5 | 4.0 | 2.5 | 61.54% | 0.0 | 2.0 | 0.0 | 2.0 | 50.00% | 1.0 | 1.0 | 1.8 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.13 |
| RN | 28.7 | 27.0 | 1.7 | 94% | 3.0 | 4.0 | 0.0 | 1.0 | 4% | 0.0 | 3.0 | 0.0 | 3.32 |
| LVN | 33.9 | 31.0 | 2.9 | 91% | 3.0 | 12.0 | 0.0 | 2.0 | 6% | 0.0 | 0.0 | 0.0 | 6.39 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 7.8 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.5 | 7.0 | (0.5) | 108% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.61 |
| **TOTAL NURSING** | 78.6 | 75.0 | 3.6 | 95.42% | 6.0 | 17.0 | 0.0 | 3.0 | 4.00% | 0.0 | 3.0 | 7.8 | 11.45 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 2.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.2 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | |
| **TOTAL PHARMACY** | 7.5 | 6.0 | 1.5 | 80.00% | 2.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 3.0 | 0.2 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Centinela State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.3 | 4.0 | 1.3 | 75% | 0.0 | 0.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **6.3** | **5.0** | **1.3** | **79.37%** | **0.0** | **0.0** | **0.0** | **1.0** | **20.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **1.0** | **1.0** | **50.00%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.37 |
| RN | 24.0 | 22.0 | 2.0 | 92% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 3.84 |
| LVN | 32.0 | 27.0 | 5.0 | 84% | 1.0 | 4.0 | 1.0 | 1.0 | 4% | 0.0 | 0.0 | 0.0 | 8.20 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 5.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.0 | 4.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.79 |
| **TOTAL NURSING** | **69.5** | **62.0** | **7.5** | **89.21%** | **2.0** | **8.0** | **1.0** | **1.0** | **1.61%** | **0.0** | **1.0** | **5.1** | **15.20** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | **7.5** | **7.0** | **0.5** | **93.33%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **1.1** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Men**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.0 | 16.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| **TOTAL PHYSICIANS** | 18.0 | 18.0 | 0.0 | 100.00% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.4 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.34 |
| RN | 88.3 | 86.0 | 2.3 | 97% | 1.0 | 1.0 | 0.0 | 5.0 | 6% | 0.0 | 0.0 | 1.8 | 10.07 |
| LVN | 84.0 | 82.0 | 2.0 | 98% | 2.0 | 2.0 | 0.0 | 2.0 | 2% | 0.0 | 1.0 | 0.0 | 6.82 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 10.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 26.0 | 24.0 | 2.0 | 92% | 0.0 | 7.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | 1.98 |
| **TOTAL NURSING** | 213.3 | 206.0 | 7.3 | 96.58% | 3.0 | 13.0 | 0.0 | 9.0 | 4.37% | 0.0 | 1.0 | 12.2 | 19.21 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 4.0 | 2.0 | 67% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 5.6 | |
| Pharmacist Tech | 10.7 | 8.0 | 2.7 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 6.2 | |
| **TOTAL PHARMACY** | 17.7 | 13.0 | 4.7 | 73.45% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 4.0 | 11.8 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Women**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, Full Time | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 7.0 | 7.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 1.0 | 14.29% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.5 | 1.0 | 1.5 | 40% | 0.0 | 0.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.5 | 1.0 | 1.5 | 40.00% | 0.0 | 0.0 | 0.0 | 2.0 | 200.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 13.5 | 13.0 | 0.5 | 96% | 0.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.97 |
| RN | 48.0 | 46.0 | 2.0 | 96% | 3.0 | 11.0 | 0.0 | 4.0 | 9% | 0.0 | 1.0 | 1.4 | 8.81 |
| LVN | 41.0 | 37.0 | 4.0 | 90% | 0.0 | 6.0 | 1.0 | 4.0 | 11% | 0.0 | 0.0 | 0.0 | 6.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 13.0 | 0.0 | 1.53 |
| Psych Tech/Sr Psych Tech | 62.1 | 54.0 | 8.1 | 87% | 3.0 | 11.0 | 1.0 | 3.0 | 6% | 0.0 | 2.0 | 1.6 | 9.44 |
| **TOTAL NURSING** | 165.6 | 151.0 | 14.6 | 91.18% | 6.0 | 37.0 | 2.0 | 11.0 | 7.28% | 0.0 | 16.0 | 3.0 | 27.75 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 4.0 | (0.2) | 105% | 0.0 | 1.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.1 | |
| Pharmacist Tech | 8.0 | 8.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.9 | |
| **TOTAL PHARMACY** | 12.8 | 13.0 | (0.2) | 101.56% | 0.0 | 4.0 | 0.0 | 1.0 | 7.69% | 0.0 | 0.0 | 3.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
SEPTEMBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5030-9    Filed 02/03/14    Page 6 of 9
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California Rehabilitation Center**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 8.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 10.0 | 0.0 | 100.00% | 1.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.23 |
| RN | 26.0 | 24.0 | 2.0 | 92% | 0.0 | 1.0 | 1.0 | 2.0 | 8% | 0.0 | 1.0 | 0.0 | 2.56 |
| LVN | 30.0 | 25.0 | 5.0 | 83% | 1.0 | 16.0 | 0.0 | 2.0 | 8% | 0.0 | 3.0 | 2.8 | 5.66 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 0.0 | 3.6 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 70.1 | 60.0 | 10.1 | 85.59% | 1.0 | 18.0 | 1.0 | 4.0 | 6.67% | 0.0 | 4.0 | 3.4 | 8.45 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| Pharmacist Tech | 5.7 | 6.0 | (0.3) | 105% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| **TOTAL PHARMACY** | 9.9 | 10.0 | (0.1) | 101.01% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.8 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT**
**SEPTEMBER 2013**
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Chuckawalla Valley State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term 10/1/2012 - 9/30/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, Full Time | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.8 | 5.0 | 0.8 | 86% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| **TOTAL PHYSICIANS** | 6.8 | 5.0 | 1.8 | 73.53% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 5.0 | 4.5 | 53% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.45 |
| RN | 26.2 | 22.0 | 4.2 | 84% | 1.0 | 2.0 | 0.0 | 2.0 | 9% | 0.0 | 3.0 | 1.0 | 3.95 |
| LVN | 20.0 | 18.0 | 2.0 | 90% | 0.0 | 3.0 | 0.0 | 1.0 | 6% | 0.0 | 3.0 | 2.0 | 0.35 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 60.3 | 47.0 | 13.3 | 77.94% | 1.0 | 7.0 | 0.0 | 3.0 | 6.38% | 0.0 | 7.0 | 3.0 | 5.75 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 1.8 | 2.0 | (0.2) | 111% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| Pharmacist Tech | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.9 | |
| **TOTAL PHARMACY** | 5.0 | 5.0 | 0.0 | 100.00% | 1.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 1.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Ironwood State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.4 | 5.0 | 0.4 | 93% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **6.4** | **6.0** | **0.4** | **93.75%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 8.0 | 1.5 | 84% | 0.0 | 2.0 | 0.0 | 2.0 | 25% | 0.0 | 0.0 | 0.0 | 1.22 |
| RN | 31.1 | 32.0 | (0.9) | 103% | 5.0 | 7.0 | 0.0 | 3.0 | 9% | 0.0 | 3.0 | 2.6 | 3.89 |
| LVN | 27.0 | 24.0 | 3.0 | 89% | 1.0 | 1.0 | 0.0 | 3.0 | 13% | 0.0 | 0.0 | 2.5 | 3.36 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.5 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.26 |
| **TOTAL NURSING** | **71.2** | **65.0** | **6.2** | **91.29%** | **6.0** | **10.0** | **0.0** | **9.0** | **13.85%** | **0.0** | **4.0** | **9.6** | **9.73** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 2.3 | 2.0 | 0.3 | 87% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | **5.3** | **5.0** | **0.3** | **94.34%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.0** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## SEPTEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Richard J. Donovan Correctional Facility**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 9/1/2013 - 9/30/2013 | Year To Date Appointments 10/1/2012 - 9/30/2013 | Separations 9/1/2013 - 9/30/2013 | Year To Date Separations 10/1/2012 - 9/30/2013 | Year To Date Turnover Rate (Percentage) 10/1/2012 - 9/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of July 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.5 | 11.0 | (0.5) | 105% | 1.0 | 4.0 | 0.0 | 1.0 | 9% | 0.0 | 2.0 | 2.3 | |
| **TOTAL PHYSICIANS** | 12.5 | 12.0 | 0.5 | 96.00% | 1.0 | 4.0 | 0.0 | 2.0 | 16.67% | 0.0 | 2.0 | 2.3 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| NP | 1.5 | 2.0 | (0.5) | 133% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| **TOTAL MID-LEVELS** | 1.5 | 2.0 | (0.5) | 133.33% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.8 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.50 |
| RN | 58.0 | 55.0 | 3.0 | 95% | 0.0 | 13.0 | 0.0 | 2.0 | 4% | 0.0 | 2.0 | 1.0 | 9.04 |
| LVN | 60.0 | 48.0 | 12.0 | 80% | 2.0 | 7.0 | 2.0 | 7.0 | 15% | 0.0 | 4.0 | 3.3 | 16.70 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 4.0 | 0.24 |
| Psych Tech/Sr Psych Tech | 43.0 | 40.0 | 3.0 | 93% | 2.0 | 16.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 1.5 | 9.56 |
| **TOTAL NURSING** | 173.5 | 155.0 | 18.5 | 89.34% | 4.0 | 38.0 | 2.0 | 11.0 | 7.10% | 0.0 | 13.0 | 9.8 | 36.04 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.3 | |
| Pharmacist Tech | 10.0 | 9.0 | 1.0 | 90% | 0.0 | 10.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.4 | |
| **TOTAL PHARMACY** | 16.0 | 15.0 | 1.0 | 93.75% | 0.0 | 11.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 4.7 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.