# APPENDIX 3

## Part 11 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**CPHCS Headquarters**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 15.0 | 11.0 | 4.0 | 73% | 2.0 | 6.0 | 0.0 | 2.0 | 18% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 34.0 | 23.0 | 11.0 | 68% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 51.0 | 36.0 | 15.0 | 70.59% | 2.0 | 7.0 | 0.0 | 2.0 | 5.56% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 0.0 | 1.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 5.0 | 1.0 | 4.0 | 20% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 3.0 | 0.0 | 3.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 11.0 | 7.0 | 4.0 | 64% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| LVN | 17.4 | 0.0 | 17.4 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 37.4 | 8.0 | 29.4 | 21.39% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | 0.00 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 31.0 | 31.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | 47.0 | 45.0 | 2.0 | 95.74% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
OCTOBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040    Filed 02/03/14    Page 3 of 9
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Total Sheet For All Institutions and Headquarters**

| Category | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term 11/1/2012 - 10/31/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments Full Time | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 43.0 | 37.0 | 6.0 | 86% | 4.0 | 20.0 | 0.0 | 7.0 | 19% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 29.0 | 24.0 | 5.0 | 83% | 0.0 | 3.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 325.9 | 282.0 | 43.9 | 87% | 2.0 | 36.0 | 2.0 | 16.0 | 6% | 1.0 | 11.0 | 13.0 | |
| **TOTAL PHYSICIANS** | 397.9 | 343.0 | 54.9 | 86.20% | 6.0 | 59.0 | 2.0 | 25.0 | 7.29% | 1.0 | 11.0 | 13.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 23.5 | 22.0 | 1.5 | 94% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 3.4 | |
| NP | 34.0 | 29.0 | 5.0 | 85% | 0.0 | 0.0 | 0.0 | 2.0 | 7% | 0.0 | 0.0 | 1.5 | |
| **TOTAL MID-LEVELS** | 57.5 | 51.0 | 6.5 | 88.70% | 0.0 | 2.0 | 0.0 | 2.0 | 3.92% | 2.0 | 0.0 | 4.9 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 40.0 | 36.0 | 4.0 | 90% | 1.0 | 14.0 | 0.0 | 7.0 | 19% | 1.0 | 1.0 | 0.0 | 0.00 |
| SRN II | 373.6 | 333.0 | 40.6 | 89% | 15.0 | 98.0 | 1.0 | 15.0 | 5% | 1.0 | 11.0 | 0.0 | 21.33 |
| RN | 1667.7 | 1470.0 | 197.7 | 88% | 18.0 | 210.0 | 4.0 | 101.0 | 7% | 1.0 | 53.0 | 30.8 | 139.63 |
| LVN | 1681.7 | 1456.0 | 225.7 | 87% | 48.0 | 387.0 | 4.0 | 75.0 | 5% | 1.0 | 55.0 | 39.9 | 180.51 |
| CNA | 43.1 | 36.0 | 7.1 | 84% | 0.0 | 2.0 | 2.0 | 2.0 | 6% | 0.0 | 108.0 | 116.3 | 12.64 |
| Psych Tech/Sr Psych Tech | 766.2 | 610.0 | 156.2 | 80% | 9.0 | 167.0 | 3.0 | 32.0 | 5% | 6.0 | 11.0 | 40.7 | 65.15 |
| **TOTAL NURSING** | 4572.3 | 3941.0 | 631.3 | 86.19% | 91.0 | 878.0 | 14.0 | 232.0 | 5.89% | 10.0 | 239.0 | 227.7 | 419.3 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 33.0 | 31.0 | 2.0 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 1.1 | |
| Pharmacist I | 148.4 | 118.0 | 30.4 | 80% | 5.0 | 43.0 | 0.0 | 10.0 | 8% | 4.0 | 5.0 | 30.9 | |
| Pharmacist Tech | 287.5 | 267.0 | 20.5 | 93% | 12.0 | 77.0 | 1.0 | 2.0 | 1% | 1.0 | 12.0 | 45.2 | |
| **TOTAL PHARMACY** | 468.9 | 416.0 | 52.9 | 88.72% | 17.0 | 120.0 | 1.0 | 12.0 | 2.88% | 5.0 | 19.0 | 77.2 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.





# Physicians Turnover Rate
## (as of October 2013)

**Diagram Key**

| Turnover % | |
|---|---|
| 🟢 | 10% or Less Turnover |
| 🟡 | 11% - 19% Turnover |
| 🔴 | 20% or More Turnover |

Facilities shown on map:
- Pelican Bay State Prison (Crescent City) — red
- High Desert State Prison (Susanville) — yellow
- California Correctional Center (Susanville) — green
- Folsom State Prison (Sacramento) — yellow
- CSP Sacramento (New Folsom) — green
- Mule Creek State Prison — yellow
- California Medical Facility (Vacaville) — red
- CSP Solano (Vacaville) — green
- CSP San Quentin (San Francisco) — green
- Deuel Vocational Institution (Tracy) — yellow
- Sierra Conservation Center (Jamestown) — green
- Valley State Prison for Women (Chowchilla) — green
- Central California Women's Facility (Chowchilla) — green
- Correctional Training Facility (Salinas) — green
- Salinas Valley State Prison — red
- Pleasant Valley State Prison — green
- Avenal State Prison — green
- CSP Corcoran — yellow
- Substance Abuse Treatment Facility and State Prison — green
- North Kern State Prison — green
- Kern Valley State Prison — green
- Wasco State Prison — green
- California Men's Colony (San Luis Obispo) — green
- California Correctional Institution — green
- CSP Los Angeles County — green
- California Institution for Men (Chino) — yellow
- California Institution for Women (Chino) — green
- California Rehabilitation Center (Riverside) — green
- Ironwood State Prison (Blythe) — green
- Chuckawalla Valley State Prison (Blythe) — green
- Calipatria State Prison (El Centro) — red
- Centinela State Prison (El Centro) — red
- Richard J. Donovan Correctional Facility (San Diego) — green





