# APPENDIX 3

## Part 12 of 20

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
OCTOBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-1    Filed 02/03/14    Page 2 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California Correctional Center**

| | Total Positions Authorized to be Filled (Data provided by Budgets) * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 5.5 | 4.0 | 1.5 | 72.73% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 2.0 | 0.0 | 1.0 | 11% | 0.0 | 0.0 | 0.0 | 1.47 |
| RN | 27.0 | 24.0 | 3.0 | 89% | 1.0 | 4.0 | 0.0 | 3.0 | 13% | 0.0 | 3.0 | 0.0 | 3.97 |
| LVN | 30.0 | 24.0 | 6.0 | 80% | 1.0 | 15.0 | 0.0 | 2.0 | 8% | 0.0 | 2.0 | 0.0 | 4.09 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 0.0 | 1.0 | (1.0) | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.05 |
| **TOTAL NURSING** | 66.5 | 58.0 | 8.5 | 87.22% | 2.0 | 22.0 | 0.0 | 6.0 | 10.34% | 0.0 | 7.0 | 0.1 | 9.58 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.8 | |
| **TOTAL PHARMACY** | 6.0 | 5.0 | 1.0 | 83.33% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.8 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
OCTOBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-1    Filed 02/03/14    Page 3 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California Medical Facility**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term 11/1/2012 - 10/31/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments Full Time | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 18.5 | 17.0 | 1.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 20.5 | 19.0 | 1.5 | 92.68% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 2.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 1.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 16.6 | 15.0 | 1.6 | 90% | 0.0 | 2.0 | 0.0 | 1.0 | 7% | 0.0 | 0.0 | 0.0 | 0.05 |
| RN | 128.0 | 108.0 | 20.0 | 84% | 1.0 | 1.0 | 0.0 | 9.0 | 8% | 0.0 | 4.0 | 0.4 | 10.58 |
| LVN | 100.0 | 77.0 | 23.0 | 77% | 2.0 | 26.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 3.0 | 12.65 |
| CNA | 26.0 | 22.0 | 4.0 | 85% | 0.0 | 1.0 | 1.0 | 1.0 | 5% | 0.0 | 1.0 | 0.3 | 4.17 |
| Psych Tech/Sr Psych Tech | 72.7 | 53.0 | 19.7 | 73% | 0.0 | 10.0 | 1.0 | 5.0 | 9% | 0.0 | 0.0 | 0.0 | 6.33 |
| **TOTAL NURSING** | 346.3 | 278.0 | 68.3 | 80.28% | 3.0 | 40.0 | 2.0 | 17.0 | 6.12% | 1.0 | 6.0 | 3.7 | 33.78 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 9.0 | 5.0 | 4.0 | 56% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 3.0 | 0.0 | 1.8 | |
| Pharmacist Tech | 16.4 | 15.0 | 1.4 | 91% | 1.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 2.2 | |
| **TOTAL PHARMACY** | 26.4 | 21.0 | 5.4 | 79.55% | 1.0 | 5.0 | 0.0 | 0.0 | 0.00% | 3.0 | 1.0 | 4.0 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
OCTOBER 2013
Case 2:90-cv-00520-KJM-SCR   Document 5040-1   Filed 02/03/14   Page 4 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Folsom State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 8.0 | 8.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 15.0 | 11.0 | 4.0 | 73% | 1.0 | 16.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.68 |
| RN | 29.4 | 25.0 | 4.4 | 85% | 1.0 | 5.0 | 0.0 | 1.0 | 4% | 1.0 | 0.0 | 0.0 | 3.73 |
| LVN | 32.8 | 32.0 | 0.8 | 98% | 2.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.93 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 2.0 | 1.6 | 56% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 80.8 | 70.0 | 10.8 | 86.63% | 5.0 | 28.0 | 0.0 | 1.0 | 1.43% | 1.0 | 2.0 | 0.0 | 6.34 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 1.0 | 2.0 | 33% | 0.0 | 2.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 5.5 | 5.0 | 0.5 | 91% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 9.5 | 7.0 | 2.5 | 73.68% | 0.0 | 4.0 | 0.0 | 1.0 | 14.29% | 0.0 | 0.0 | 0.0 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**High Desert State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.0 | 5.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 1.0 | 20% | 0.0 | 0.0 | 0.3 | |
| **TOTAL PHYSICIANS** | 7.0 | 7.0 | 0.0 | 100.00% | 1.0 | 1.0 | 0.0 | 1.0 | 14.29% | 0.0 | 0.0 | 0.3 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 4.0 | 3.0 | 1.0 | 75.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 1.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 2.05 |
| RN | 51.4 | 41.0 | 10.4 | 80% | 1.0 | 30.0 | 1.0 | 4.0 | 10% | 0.0 | 1.0 | 2.1 | 7.17 |
| LVN | 33.1 | 27.0 | 6.1 | 82% | 0.0 | 15.0 | 2.0 | 9.0 | 33% | 0.0 | 2.0 | 1.4 | 6.01 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 9.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 10.0 | 7.0 | 3.0 | 70% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.3 | 0.61 |
| **TOTAL NURSING** | 106.0 | 86.0 | 20.0 | 81.13% | 2.0 | 50.0 | 3.0 | 13.0 | 15.12% | 0.0 | 12.0 | 4.8 | 15.84 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.1 | 1.0 | 1.1 | 48% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| **TOTAL PHARMACY** | 8.1 | 7.0 | 1.1 | 86.42% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.8 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Mule Creek State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.3 | 7.0 | 0.3 | 96% | 0.0 | 3.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.8 | |
| **TOTAL PHYSICIANS** | 9.3 | 9.0 | 0.3 | 96.77% | 0.0 | 3.0 | 0.0 | 1.0 | 11.11% | 0.0 | 0.0 | 0.8 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.5 | 0.0 | 0.5 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.5 | 1.0 | 0.5 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.9 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.89 |
| RN | 40.9 | 35.0 | 5.9 | 86% | 1.0 | 3.0 | 0.0 | 3.0 | 9% | 0.0 | 0.0 | 0.0 | 3.03 |
| LVN | 41.5 | 31.0 | 10.5 | 75% | 1.0 | 7.0 | 0.0 | 1.0 | 3% | 0.0 | 1.0 | 0.0 | 6.36 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 41.5 | 26.0 | 15.5 | 63% | 1.0 | 7.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 1.2 | 5.15 |
| **TOTAL NURSING** | 135.4 | 103.0 | 32.4 | 76.07% | 3.0 | 20.0 | 0.0 | 6.0 | 5.83% | 0.0 | 4.0 | 1.2 | 15.43 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 7.6 | 8.0 | (0.4) | 105% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 11.6 | 11.0 | 0.6 | 94.83% | 0.0 | 1.0 | 0.0 | 1.0 | 9.09% | 0.0 | 0.0 | 0.0 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Sacramento**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 9.0 | 1.0 | 90.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 6.0 | 0.0 | 1.0 | 11% | 1.0 | 1.0 | 0.0 | 1.00 |
| RN | 73.1 | 62.0 | 11.1 | 85% | 0.0 | 5.0 | 0.0 | 3.0 | 5% | 0.0 | 1.0 | 1.9 | 12.17 |
| LVN | 40.0 | 31.0 | 9.0 | 78% | 0.0 | 16.0 | 1.0 | 3.0 | 10% | 0.0 | 3.0 | 0.2 | 5.62 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 21.5 | 0.00 |
| Psych Tech/Sr Psych Tech | 72.6 | 55.0 | 17.6 | 76% | 0.0 | 9.0 | 0.0 | 3.0 | 5% | 0.0 | 2.0 | 5.5 | 8.45 |
| **TOTAL NURSING** | 197.2 | 158.0 | 39.2 | 80.12% | 0.0 | 36.0 | 1.0 | 10.0 | 6.33% | 1.0 | 7.0 | 29.1 | 27.24 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.6 | 4.0 | (0.4) | 111% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| Pharmacist Tech | 6.5 | 6.0 | 0.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.4 | |
| **TOTAL PHARMACY** | 11.1 | 11.0 | 0.1 | 99.10% | 1.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 4.7 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Solano**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 11/1/2012 - 10/31/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.7 | 11.0 | (0.3) | 103% | 0.0 | 5.0 | 0.0 | 3.0 | 27% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 12.7 | 13.0 | (0.3) | 102.36% | 0.0 | 7.0 | 0.0 | 6.0 | 46.15% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 1.0 | 3.0 | 0.0 | 2.0 | 25% | 0.0 | 0.0 | 0.0 | 0.46 |
| RN | 50.0 | 42.0 | 8.0 | 84% | 0.0 | 16.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 0.7 | 4.88 |
| LVN | 50.0 | 44.0 | 6.0 | 88% | 0.0 | 24.0 | 0.0 | 1.0 | 2% | 1.0 | 3.0 | 0.0 | 4.06 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.1 | 4.0 | 0.1 | 98% | 0.0 | 0.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 1.1 | 0.34 |
| **TOTAL NURSING** | 115.6 | 99.0 | 16.6 | 85.64% | 1.0 | 45.0 | 0.0 | 6.0 | 6.06% | 1.0 | 3.0 | 5.4 | 9.74 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 1.5 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 3.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.5 | |
| **TOTAL PHARMACY** | 17.0 | 16.0 | 1.0 | 94.12% | 3.0 | 5.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 2.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
OCTOBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-1    Filed 02/03/14    Page 9 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California State Prison - San Quentin**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term, Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.6 | 10.0 | 0.6 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| **TOTAL PHYSICIANS** | 12.6 | 12.0 | 0.6 | 95.24% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.9 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.4 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 0.0 | 0.0 | 1.0 | 9% | 0.0 | 1.0 | 0.0 | 1.30 |
| RN | 50.1 | 47.0 | 3.1 | 94% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | 3.76 |
| LVN | 68.8 | 57.0 | 11.8 | 83% | 1.0 | 1.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 0.0 | 10.35 |
| CNA | 8.1 | 7.0 | 1.1 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 5.9 | 0.62 |
| Psych Tech/Sr Psych Tech | 25.6 | 22.0 | 3.6 | 86% | 0.0 | 1.0 | 0.0 | 1.0 | 5% | 0.0 | 0.0 | 0.0 | 1.83 |
| **TOTAL NURSING** | 165.1 | 145.0 | 20.1 | 87.83% | 2.0 | 3.0 | 0.0 | 4.0 | 2.76% | 0.0 | 4.0 | 5.9 | 17.86 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.3 | 2.0 | 2.3 | 47% | 0.0 | 0.0 | 0.0 | 1.0 | 50% | 1.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 7.8 | 5.0 | 2.8 | 64% | 2.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.2 | |
| **TOTAL PHARMACY** | 13.1 | 8.0 | 5.1 | 61.07% | 2.0 | 2.0 | 0.0 | 1.0 | 12.50% | 1.0 | 0.0 | 2.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Pelican Bay State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 1.0 | 0.0 | 1.0 | 33% | 0.0 | 1.0 | 0.2 | |
| **TOTAL PHYSICIANS** | 5.0 | 4.0 | 1.0 | 80.00% | 0.0 | 1.0 | 0.0 | 1.0 | 25.00% | 0.0 | 1.0 | 0.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 2.0 | 1.0 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 1.0 | 1.0 | 0.0 | 2.0 | 25% | 0.0 | 1.0 | 0.0 | 0.12 |
| RN | 48.8 | 46.0 | 2.8 | 94% | 0.0 | 4.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 3.3 | 1.39 |
| LVN | 24.1 | 24.0 | 0.1 | 100% | 4.0 | 10.0 | 0.0 | 3.0 | 13% | 0.0 | 1.0 | 4.2 | 1.29 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 31.1 | 23.0 | 8.1 | 74% | 0.0 | 2.0 | 0.0 | 3.0 | 13% | 0.0 | 0.0 | 1.4 | 1.31 |
| **TOTAL NURSING** | 115.5 | 102.0 | 13.5 | 88.31% | 5.0 | 17.0 | 0.0 | 10.0 | 9.80% | 0.0 | 3.0 | 10.5 | 4.11 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist Tech | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 1.0 | 25% | 0.0 | 1.0 | 1.0 | |
| **TOTAL PHARMACY** | 7.0 | 7.0 | 0.0 | 100.00% | 0.0 | 2.0 | 0.0 | 1.0 | 14.29% | 0.0 | 2.0 | 1.0 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*