# APPENDIX 3

## Part 13 of 20

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Deuel Vocational Institution**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitant, Intermittents, additional appointments Full Time | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **9.0** | **8.0** | **1.0** | **88.89%** | **0.0** | **1.0** | **0.0** | **1.0** | **12.50%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.27 |
| RN | 35.1 | 29.0 | 6.1 | 83% | 1.0 | 2.0 | 0.0 | 3.0 | 10% | 0.0 | 1.0 | 0.0 | 1.27 |
| LVN | 43.0 | 38.0 | 5.0 | 88% | 3.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.8 | 2.16 |
| CNA | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 0.5 | 0.20 |
| Psych Tech/Sr Psych Tech | 7.0 | 5.0 | 2.0 | 71% | 0.0 | 0.0 | 2.0 | 2.0 | 40% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | **101.6** | **87.0** | **14.6** | **85.63%** | **4.0** | **12.0** | **2.0** | **5.0** | **5.75%** | **0.0** | **10.0** | **1.3** | **3.90** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| Pharmacist Tech | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| **TOTAL PHARMACY** | **7.0** | **7.0** | **0.0** | **100.00%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **2.0** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**Sierra Conservation Center**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Full Time Retired Annuitant, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **7.0** | **6.0** | **1.0** | **85.71%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.13 |
| RN | 23.8 | 20.0 | 3.8 | 84% | 1.0 | 8.0 | 1.0 | 4.0 | 20% | 0.0 | 0.0 | 0.0 | 0.49 |
| LVN | 20.3 | 17.0 | 3.3 | 84% | 1.0 | 5.0 | 0.0 | 4.0 | 24% | 0.0 | 1.0 | 0.0 | 1.30 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 4.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 2.0 | 1.6 | 56% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.55 |
| **TOTAL NURSING** | **58.2** | **49.0** | **9.2** | **84.19%** | **2.0** | **16.0** | **1.0** | **8.0** | **16.33%** | **0.0** | **5.0** | **0.0** | **2.47** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.2 | 2.0 | 0.2 | 91% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacy Tech | 4.3 | 3.0 | 1.3 | 70% | 0.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | **7.5** | **6.0** | **1.5** | **80.00%** | **0.0** | **8.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Central California Women's Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full-Time | Blanket Positions - long term sick, Retired Annuitant, intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.6 | 9.0 | 0.6 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **11.6** | **11.0** | **0.6** | **94.83%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **2.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.40 |
| RN | 47.0 | 39.0 | 8.0 | 83% | 0.0 | 3.0 | 0.0 | 4.0 | 10% | 0.0 | 2.0 | 0.0 | 4.58 |
| LVN | 59.3 | 52.0 | 7.3 | 88% | 3.0 | 13.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 3.67 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 16.0 | 0.0 | 1.61 |
| Psych Tech/Sr Psych Tech | 10.8 | 8.0 | 2.8 | 74% | 1.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.01 |
| **TOTAL NURSING** | **128.6** | **111.0** | **17.6** | **86.31%** | **4.0** | **20.0** | **0.0** | **5.0** | **4.50%** | **0.0** | **20.0** | **0.0** | **11.27** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.2 | 3.0 | 2.2 | 58% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 12.3 | 12.0 | 0.3 | 98% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | **18.5** | **16.0** | **2.5** | **86.49%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.8** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Valley State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitant, intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.6 | 6.0 | 1.6 | 79% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **8.6** | **7.0** | **1.6** | **81.40%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.17 |
| RN | 38.5 | 34.0 | 4.5 | 88% | 0.0 | 2.0 | 0.0 | 1.0 | 3% | 0.0 | 0.0 | 0.0 | 1.83 |
| LVN | 50.6 | 46.0 | 4.6 | 91% | 6.0 | 18.0 | 0.0 | 1.0 | 2% | 0.0 | 0.0 | 0.0 | 5.44 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 25.0 | 0.0 | 1.74 |
| Psych Tech/Sr Psych Tech | 6.2 | 11.0 | (4.8) | 177% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.37 |
| **TOTAL NURSING** | **105.8** | **101.0** | **4.8** | **95.46%** | **6.0** | **25.0** | **0.0** | **2.0** | **1.98%** | **0.0** | **26.0** | **0.0** | **9.55** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 1.0 | 2.0 | 33% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| Pharmacy Tech | 10.3 | 10.0 | 0.3 | 97% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| **TOTAL PHARMACY** | **14.3** | **12.0** | **2.3** | **83.92%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **1.4** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Correctional Training Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments, Full-Time | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 13.0 | 9.0 | 4.0 | 69% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **15.0** | **11.0** | **4.0** | **73.33%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 9.0 | 2.5 | 78% | 1.0 | 6.0 | 0.0 | 1.0 | 11% | 0.0 | 1.0 | 0.0 | 0.14 |
| RN | 44.3 | 43.0 | 1.3 | 97% | 1.0 | 8.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 3.0 | 5.86 |
| LVN | 67.8 | 55.0 | 12.8 | 81% | 0.0 | 4.0 | 0.0 | 4.0 | 7% | 0.0 | 0.0 | 1.9 | 9.15 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | **130.6** | **113.0** | **17.6** | **86.52%** | **2.0** | **18.0** | **0.0** | **6.0** | **5.31%** | **0.0** | **3.0** | **7.9** | **15.15** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| Pharmacist Tech | 10.0 | 8.0 | 2.0 | 80% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 3.9 | |
| **TOTAL PHARMACY** | **17.0** | **14.0** | **3.0** | **82.35%** | **1.0** | **5.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **4.9** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**Salinas Valley State Prison**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term, Full Time | Blanket Positions - long term sick, Retired Annuitant, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 11.0 | 6.0 | 5.0 | 55% | 0.0 | 2.0 | 1.0 | 3.0 | 50% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **12.0** | **6.0** | **6.0** | **50.00%** | **0.0** | **2.0** | **1.0** | **3.0** | **50.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 9.0 | 2.5 | 78% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.31 |
| RN | 53.4 | 50.0 | 3.4 | 94% | 1.0 | 14.0 | 0.0 | 6.0 | 12% | 0.0 | 0.0 | 2.8 | 3.81 |
| LVN | 50.0 | 44.0 | 6.0 | 88% | 1.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.5 | 11.10 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 7.5 | 0.17 |
| Psych Tech/Sr Psych Tech | 38.6 | 27.0 | 11.6 | 70% | 1.0 | 8.0 | 0.0 | 2.0 | 7% | 0.0 | 0.0 | 1.7 | 6.12 |
| **TOTAL NURSING** | **154.5** | **131.0** | **23.5** | **84.79%** | **3.0** | **29.0** | **0.0** | **9.0** | **6.87%** | **0.0** | **7.0** | **13.5** | **22.51** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 8.0 | 8.0 | 0.0 | 100% | 1.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.2 | |
| Pharmacist Tech | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.9 | |
| **TOTAL PHARMACY** | **21.0** | **20.0** | **1.0** | **95.24%** | **1.0** | **6.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **4.1** | |

**\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

*(Data source -- Budget Authority and
State Controller's Office Employment History Records)*

**California Men's Colony**

| | Total Positions Authorized to be Filled (Data provided by Budgets) * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full-Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.7 | 16.0 | 0.7 | 96% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **18.7** | **18.0** | **0.7** | **96.26%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 1.0 | 0.0 | 0.00 |
| SRN II | 16.0 | 14.0 | 2.0 | 88% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.54 |
| RN | 115.4 | 94.0 | 21.4 | 81% | 1.0 | 7.0 | 0.0 | 11.0 | 12% | 0.0 | 4.0 | 1.1 | 7.11 |
| LVN | 73.4 | 68.0 | 5.4 | 93% | 3.0 | 31.0 | 0.0 | 3.0 | 4% | 0.0 | 6.0 | 1.9 | 8.32 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 91.5 | 68.0 | 23.5 | 74% | 1.0 | 52.0 | 0.0 | 1.0 | 1% | 0.0 | 2.0 | 0.7 | 3.71 |
| **TOTAL NURSING** | **299.3** | **247.0** | **52.3** | **82.53%** | **6.0** | **91.0** | **0.0** | **16.0** | **6.48%** | **0.0** | **13.0** | **3.7** | **19.68** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 3.0 | 0.0 | 2.0 | 33% | 0.0 | 0.0 | 2.0 | |
| Pharmacist Tech | 12.7 | 13.0 | (0.3) | 102% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.9 | |
| **TOTAL PHARMACY** | **20.7** | **20.0** | **0.7** | **96.62%** | **0.0** | **4.0** | **0.0** | **2.0** | **10.00%** | **0.0** | **0.0** | **4.9** | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.