# APPENDIX 3

## Part 14 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Avenal State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 11/1/2012 - 10/31/2013 | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.5 | 7.0 | 2.5 | 74% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 11.5 | 8.0 | 3.5 | 69.57% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 1.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.00 |
| RN | 42.0 | 34.0 | 8.0 | 81% | 3.0 | 9.0 | 1.0 | 3.0 | 9% | 0.0 | 0.0 | 1.7 | 1.17 |
| LVN | 59.0 | 53.0 | 6.0 | 90% | 0.0 | 13.0 | 0.0 | 2.0 | 4% | 0.0 | 2.0 | 0.0 | 2.49 |
| CNA | 3.0 | 1.0 | 2.0 | 33% | 0.0 | 1.0 | 1.0 | 1.0 | 100% | 0.0 | 8.0 | 1.9 | 0.27 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 1.3 | 0.05 |
| **TOTAL NURSING** | 119.1 | 98.0 | 21.1 | 82.28% | 4.0 | 32.0 | 2.0 | 7.0 | 7.14% | 0.0 | 11.0 | 4.9 | 3.98 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.2 | 3.0 | 2.2 | 58% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 9.4 | 8.0 | 1.4 | 85% | 0.0 | 8.0 | 1.0 | 1.0 | 13% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 15.6 | 12.0 | 3.6 | 76.92% | 0.0 | 9.0 | 1.0 | 1.0 | 8.33% | 0.0 | 0.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**California Correctional Institution**

(Data source -- Budget Authority and State Controller's Office Employment History Records)

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.0 | 7.0 | 2.0 | 78% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 11.0 | 8.0 | 3.0 | 72.73% | 1.0 | 3.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.47 |
| RN | 44.0 | 40.0 | 4.0 | 91% | 0.0 | 3.0 | 0.0 | 5.0 | 13% | 0.0 | 3.0 | 0.0 | 6.89 |
| LVN | 54.6 | 52.0 | 2.6 | 95% | 2.0 | 8.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 0.0 | 3.83 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.9 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 2.0 | 33% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 116.1 | 110.0 | 6.1 | 94.75% | 2.0 | 18.0 | 0.0 | 9.0 | 8.18% | 0.0 | 4.0 | 2.9 | 11.19 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 2.0 | 2.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.6 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| **TOTAL PHARMACY** | 15.0 | 13.0 | 2.0 | 86.67% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 3.7 | |

*Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Corcoran**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 12.0 | 10.0 | 2.0 | 83% | 0.0 | 2.0 | 0.0 | 2.0 | 20% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 14.0 | 12.0 | 2.0 | 85.71% | 0.0 | 3.0 | 0.0 | 2.0 | 16.67% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 2.0 | 67% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 14.0 | 13.0 | 1.0 | 93% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.73 |
| RN | 94.6 | 79.0 | 15.6 | 84% | 0.0 | 2.0 | 0.0 | 4.0 | 5% | 0.0 | 7.0 | 0.6 | 8.23 |
| LVN | 94.4 | 80.0 | 14.4 | 85% | 0.0 | 14.0 | 0.0 | 3.0 | 4% | 0.0 | 7.0 | 3.3 | 9.41 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 58.5 | 47.0 | 11.5 | 80% | 0.0 | 11.0 | 0.0 | 1.0 | 2% | 0.0 | 3.0 | 9.7 | 3.84 |
| **TOTAL NURSING** | 264.5 | 222.0 | 42.5 | 83.93% | 0.0 | 33.0 | 0.0 | 10.0 | 4.50% | 0.0 | 18.0 | 14.0 | 22.21 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.6 | 5.0 | (0.4) | 109% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| Pharmacist Tech | 8.3 | 7.0 | 1.3 | 84% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.7 | |
| **TOTAL PHARMACY** | 13.9 | 13.0 | 0.9 | 93.53% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.6 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
OCTOBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-3    Filed 02/03/14    Page 5 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Kern Valley State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.6 | 8.0 | 0.6 | 93% | 1.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| **TOTAL PHYSICIANS** | 10.6 | 10.0 | 0.6 | 94.34% | 1.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.7 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 3.0 | 4.0 | 0.0 | 1.0 | 9% | 0.0 | 0.0 | 0.0 | 0.90 |
| RN | 39.0 | 37.0 | 2.0 | 95% | 0.0 | 5.0 | 0.0 | 4.0 | 11% | 0.0 | 0.0 | 0.0 | 1.66 |
| LVN | 44.3 | 42.0 | 2.3 | 95% | 0.0 | 26.0 | 0.0 | 2.0 | 5% | 0.0 | 2.0 | 1.1 | 6.54 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 12.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 19.1 | 14.0 | 5.1 | 73% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.8 | 1.63 |
| **TOTAL NURSING** | 113.9 | 105.0 | 8.9 | 92.19% | 3.0 | 39.0 | 0.0 | 7.0 | 6.67% | 0.0 | 2.0 | 16.0 | 10.73 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.5 | 4.0 | (0.5) | 114% | 1.0 | 1.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.7 | |
| Pharmacist Tech | 6.3 | 4.0 | 2.3 | 63% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.2 | |
| **TOTAL PHARMACY** | 10.8 | 9.0 | 1.8 | 83.33% | 2.0 | 2.0 | 0.0 | 1.0 | 11.11% | 0.0 | 0.0 | 1.9 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Los Angeles County**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.6 | |
| **TOTAL PHYSICIANS** | 9.0 | 8.0 | 1.0 | 88.89% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.6 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 2.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.77 |
| RN | 51.0 | 44.0 | 7.0 | 86% | 0.0 | 0.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 3.63 |
| LVN | 55.2 | 49.0 | 6.2 | 89% | 0.0 | 2.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 3.7 | 9.73 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 29.0 | 25.0 | 4.0 | 86% | 0.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.45 |
| **TOTAL NURSING** | 146.7 | 130.0 | 16.7 | 88.62% | 2.0 | 12.0 | 0.0 | 2.0 | 1.54% | 0.0 | 5.0 | 5.3 | 15.58 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 7.3 | 7.0 | 0.3 | 96% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.9 | |
| **TOTAL PHARMACY** | 12.3 | 11.0 | 1.3 | 89.43% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.7 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**North Kern State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.2 | 10.0 | 0.2 | 98% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 2.8 | |
| **TOTAL PHYSICIANS** | **12.2** | **12.0** | **0.2** | **98.36%** | **1.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **3.0** | **2.8** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.4** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.77 |
| RN | 53.8 | 41.0 | 12.8 | 76% | 0.0 | 3.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 0.2 | 7.43 |
| LVN | 54.4 | 50.0 | 4.4 | 92% | 2.0 | 19.0 | 0.0 | 1.0 | 2% | 0.0 | 0.0 | 0.0 | 7.79 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 12.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 11.2 | 10.0 | 1.2 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.1 | 2.03 |
| **TOTAL NURSING** | **131.9** | **112.0** | **19.9** | **84.91%** | **2.0** | **22.0** | **0.0** | **3.0** | **2.68%** | **0.0** | **0.0** | **15.7** | **18.02** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 4.0 | (0.2) | 105% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.5 | |
| Pharmacist Tech | 8.0 | 7.0 | 1.0 | 88% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 1.7 | |
| **TOTAL PHARMACY** | **12.8** | **12.0** | **0.8** | **93.75%** | **2.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **3.2** | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Pleasant Valley State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.6 | 6.0 | 1.6 | 79% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **9.6** | **8.0** | **1.6** | **83.33%** | **0.0** | **3.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 31.0 | 30.0 | 1.0 | 97% | 0.0 | 4.0 | 0.0 | 1.0 | 3% | 0.0 | 1.0 | 1.2 | 1.02 |
| LVN | 55.6 | 48.0 | 7.6 | 86% | 0.0 | 4.0 | 0.0 | 4.0 | 8% | 0.0 | 1.0 | 0.1 | 4.24 |
| CNA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 6.0 | 2.6 | 0.17 |
| Psych Tech/Sr Psych Tech | 7.0 | 5.0 | 2.0 | 71% | 0.0 | 3.0 | 0.0 | 1.0 | 20% | 0.0 | 0.0 | 0.0 | 0.14 |
| **TOTAL NURSING** | **106.1** | **93.0** | **13.1** | **87.65%** | **0.0** | **11.0** | **0.0** | **6.0** | **6.45%** | **0.0** | **8.0** | **3.9** | **5.57** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 2.0 | 0.0 | 2.0 | 67% | 0.0 | 0.0 | 0.3 | |
| Pharmacist Tech | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| **TOTAL PHARMACY** | **12.0** | **11.0** | **1.0** | **91.67%** | **0.0** | **2.0** | **0.0** | **2.0** | **18.18%** | **0.0** | **0.0** | **1.3** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**Substance Abuse Treatment Facility**

(Data source -- Budget Authority and State Controller's Office Employment History Records)

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 14.0 | 12.0 | 2.0 | 85.71% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 2.0 | 1.0 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 1.0 | 3.0 | 0.0 | 1.0 | 10% | 0.0 | 1.0 | 0.0 | 0.02 |
| RN | 62.0 | 58.0 | 4.0 | 94% | 0.0 | 23.0 | 1.0 | 2.0 | 3% | 0.0 | 1.0 | 0.3 | 1.78 |
| LVN | 77.3 | 74.0 | 3.3 | 96% | 0.0 | 10.0 | 0.0 | 1.0 | 1% | 0.0 | 2.0 | 0.0 | 3.30 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 5.3 | 3.32 |
| Psych Tech/Sr Psych Tech | 40.0 | 34.0 | 6.0 | 85% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 4.0 | 0.0 | 1.1 | 3.53 |
| **TOTAL NURSING** | 192.8 | 178.0 | 14.8 | 92.32% | 1.0 | 38.0 | 1.0 | 4.0 | 2.25% | 4.0 | 4.0 | 6.7 | 11.95 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.5 | 5.0 | 1.5 | 77% | 1.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.1 | |
| Pharmacist Tech | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 9.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.5 | |
| **TOTAL PHARMACY** | 19.0 | 17.0 | 2.0 | 89.47% | 1.0 | 12.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 4.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Wasco State Prison Reception Center**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - Full Time Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.0 | 9.0 | 0.0 | 100.00% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| NP | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 4.0 | 4.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 3.0 | 0.0 | 2.0 | 18% | 0.0 | 1.0 | 0.0 | 1.19 |
| RN | 52.8 | 44.0 | 8.8 | 83% | 0.0 | 3.0 | 0.0 | 4.0 | 9% | 0.0 | 2.0 | 7.9 | 4.06 |
| LVN | 56.9 | 44.0 | 12.9 | 77% | 3.0 | 23.0 | 0.0 | 2.0 | 5% | 0.0 | 1.0 | 7.0 | 7.34 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 14.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 12.5 | 9.0 | 3.5 | 72% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 8.0 | 0.68 |
| **TOTAL NURSING** | 134.7 | 109.0 | 25.7 | 80.92% | 3.0 | 31.0 | 0.0 | 8.0 | 7.34% | 2.0 | 4.0 | 37.3 | 13.27 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| Pharmacist I | 4.3 | 4.0 | 0.3 | 93% | 0.0 | 3.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.4 | |
| Pharmacist Tech | 7.7 | 6.0 | 1.7 | 78% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.0 | |
| **TOTAL PHARMACY** | 13.0 | 11.0 | 2.0 | 84.62% | 0.0 | 3.0 | 0.0 | 1.0 | 9.09% | 0.0 | 0.0 | 3.5 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.