# APPENDIX 3

# Part 15 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Calipatria State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.5 | 3.0 | 2.5 | 55% | 0.0 | 1.0 | 0.0 | 2.0 | 67% | 1.0 | 0.0 | 1.2 | |
| **TOTAL PHYSICIANS** | **6.5** | **4.0** | **2.5** | **61.54%** | **0.0** | **2.0** | **0.0** | **2.0** | **50.00%** | **1.0** | **0.0** | **1.2** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **2.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.56 |
| RN | 28.7 | 28.0 | 0.7 | 98% | 0.0 | 4.0 | 0.0 | 1.0 | 4% | 0.0 | 2.0 | 0.0 | 2.02 |
| LVN | 33.9 | 31.0 | 2.9 | 91% | 4.0 | 16.0 | 0.0 | 2.0 | 6% | 0.0 | 0.0 | 0.0 | 3.35 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.5 | 7.0 | (0.5) | 108% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.50 |
| **TOTAL NURSING** | **78.6** | **75.0** | **3.6** | **95.42%** | **4.0** | **21.0** | **0.0** | **3.0** | **4.00%** | **0.0** | **2.0** | **0.0** | **6.43** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.5 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | |
| **TOTAL PHARMACY** | **7.5** | **6.0** | **1.5** | **80.00%** | **0.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **3.0** | **0.5** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Centinela State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.3 | 4.0 | 1.3 | 75% | 0.0 | 0.0 | 1.0 | 2.0 | 50% | 0.0 | 0.0 | 0.6 | |
| **TOTAL PHYSICIANS** | 6.3 | 5.0 | 1.3 | 79.37% | 0.0 | 0.0 | 1.0 | 2.0 | 40.00% | 0.0 | 0.0 | 0.6 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 1.0 | 1.0 | 50.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.91 |
| RN | 24.0 | 24.0 | 0.0 | 100% | 2.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 2.69 |
| LVN | 32.0 | 27.0 | 5.0 | 84% | 2.0 | 6.0 | 1.0 | 2.0 | 7% | 0.0 | 0.0 | 0.0 | 6.91 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.63 |
| **TOTAL NURSING** | 69.5 | 64.0 | 5.5 | 92.09% | 4.0 | 12.0 | 1.0 | 2.0 | 3.13% | 0.0 | 1.0 | 4.1 | 12.14 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| Pharmacist Tech | 4.5 | 3.0 | 1.5 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | 7.5 | 5.0 | 2.5 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 1.0 | 1.0 | 0.3 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Men**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, Full Time | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.0 | 16.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| **TOTAL PHYSICIANS** | 18.0 | 18.0 | 0.0 | 100.00% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.4 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.04 |
| RN | 88.3 | 87.0 | 1.3 | 99% | 1.0 | 2.0 | 0.0 | 5.0 | 6% | 0.0 | 0.0 | 1.5 | 8.08 |
| LVN | 84.0 | 81.0 | 3.0 | 96% | 0.0 | 2.0 | 0.0 | 2.0 | 2% | 0.0 | 1.0 | 0.0 | 5.63 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 26.0 | 26.0 | 0.0 | 100% | 2.0 | 9.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | 2.65 |
| **TOTAL NURSING** | 213.3 | 208.0 | 5.3 | 97.52% | 4.0 | 16.0 | 0.0 | 9.0 | 4.33% | 0.0 | 1.0 | 6.2 | 16.40 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 4.0 | 2.0 | 67% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 5.6 | |
| Pharmacist Tech | 10.7 | 10.0 | 0.7 | 93% | 2.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 6.1 | |
| **TOTAL PHARMACY** | 17.7 | 15.0 | 2.7 | 84.75% | 2.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 4.0 | 11.7 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
OCTOBER 2013
Case 2:90-cv-00520-KJM-SCR   Document 5040-4   Filed 02/03/14   Page 5 of 9

(Data source -- Budget Authority and
State Controller's Office Employment History Records)

**California Rehabilitation Center**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 8.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 10.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.02 |
| RN | 26.0 | 24.0 | 2.0 | 92% | 0.0 | 1.0 | 0.0 | 2.0 | 8% | 0.0 | 1.0 | 0.0 | 1.38 |
| LVN | 30.0 | 25.0 | 5.0 | 83% | 0.0 | 16.0 | 0.0 | 2.0 | 8% | 0.0 | 3.0 | 2.9 | 3.41 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 0.0 | 3.6 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 70.1 | 60.0 | 10.1 | 85.59% | 0.0 | 18.0 | 0.0 | 4.0 | 6.67% | 0.0 | 4.0 | 3.6 | 4.81 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | |
| Pharmacist Tech | 5.7 | 6.0 | (0.3) | 105% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.5 | |
| **TOTAL PHARMACY** | 9.9 | 10.0 | (0.1) | 101.01% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Women**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 7.0 | 7.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 1.0 | 14.29% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.5 | 1.0 | 1.5 | 40% | 0.0 | 0.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.5 | 1.0 | 1.5 | 40.00% | 0.0 | 0.0 | 0.0 | 2.0 | 200.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 13.5 | 14.0 | (0.5) | 104% | 1.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.59 |
| RN | 48.0 | 46.0 | 2.0 | 96% | 0.0 | 11.0 | 0.0 | 4.0 | 9% | 0.0 | 1.0 | 0.2 | 3.57 |
| LVN | 41.0 | 38.0 | 3.0 | 93% | 1.0 | 7.0 | 0.0 | 4.0 | 11% | 0.0 | 0.0 | 0.0 | 2.44 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 13.0 | 2.3 | 0.37 |
| Psych Tech/Sr Psych Tech | 62.1 | 58.0 | 4.1 | 93% | 2.0 | 13.0 | 0.0 | 3.0 | 5% | 0.0 | 2.0 | 0.9 | 5.02 |
| **TOTAL NURSING** | 165.6 | 157.0 | 8.6 | 94.81% | 4.0 | 40.0 | 0.0 | 11.0 | 7.01% | 0.0 | 16.0 | 3.4 | 12.99 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 4.0 | (0.2) | 105% | 0.0 | 1.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 8.0 | 8.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 12.8 | 13.0 | (0.2) | 101.56% | 0.0 | 4.0 | 0.0 | 1.0 | 7.69% | 0.0 | 0.0 | 0.8 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Chuckawalla Valley State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.8 | 5.0 | 0.8 | 86% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| **TOTAL PHYSICIANS** | 6.8 | 5.0 | 1.8 | 73.53% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.9 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 5.0 | 4.5 | 53% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.97 |
| RN | 26.2 | 22.0 | 4.2 | 84% | 0.0 | 2.0 | 0.0 | 2.0 | 9% | 0.0 | 3.0 | 0.4 | 2.40 |
| LVN | 20.0 | 18.0 | 2.0 | 90% | 0.0 | 3.0 | 0.0 | 1.0 | 6% | 0.0 | 3.0 | 2.4 | 0.36 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 60.3 | 47.0 | 13.3 | 77.94% | 0.0 | 7.0 | 0.0 | 3.0 | 6.38% | 0.0 | 7.0 | 2.8 | 3.73 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 1.8 | 2.0 | (0.2) | 111% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.5 | |
| **TOTAL PHARMACY** | 5.0 | 5.0 | 0.0 | 100.00% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.5 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Ironwood State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Full Time Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.4 | 5.0 | 0.4 | 93% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **6.4** | **6.0** | **0.4** | **93.75%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 8.0 | 1.5 | 84% | 0.0 | 2.0 | 1.0 | 2.0 | 25% | 0.0 | 0.0 | 0.0 | 1.29 |
| RN | 31.1 | 30.0 | 1.1 | 96% | 0.0 | 7.0 | 0.0 | 2.0 | 7% | 0.0 | 4.0 | 1.5 | 1.61 |
| LVN | 27.0 | 26.0 | 1.0 | 96% | 2.0 | 3.0 | 0.0 | 3.0 | 12% | 0.0 | 0.0 | 1.3 | 1.66 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.21 |
| **TOTAL NURSING** | **71.2** | **65.0** | **6.2** | **91.29%** | **2.0** | **12.0** | **1.0** | **8.0** | **12.31%** | **0.0** | **5.0** | **5.8** | **5.77** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 2.3 | 2.0 | 0.3 | 87% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| **TOTAL PHARMACY** | **5.3** | **5.0** | **0.3** | **94.34%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.3** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## OCTOBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Richard J. Donovan Correctional Facility**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 10/1/2013 - 10/31/2013 | Year To Date Appointments 11/1/2012 - 10/31/2013 | Separations 10/1/2013 - 10/31/2013 | Year To Date Separations 11/1/2012 - 10/31/2013 | Year To Date Turnover Rate (Percentage) 11/1/2012 - 10/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of August 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.5 | 12.0 | (1.5) | 114% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 3.6 | |
| **TOTAL PHYSICIANS** | 12.5 | 13.0 | (0.5) | 104.00% | 0.0 | 4.0 | 0.0 | 1.0 | 7.69% | 0.0 | 2.0 | 3.6 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| NP | 1.5 | 2.0 | (0.5) | 133% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| **TOTAL MID-LEVELS** | 1.5 | 2.0 | (0.5) | 133.33% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.2 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 12.0 | (0.5) | 104% | 1.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.12 |
| RN | 58.0 | 56.0 | 2.0 | 97% | 1.0 | 14.0 | 0.0 | 2.0 | 4% | 0.0 | 4.0 | 0.0 | 6.38 |
| LVN | 60.0 | 51.0 | 9.0 | 85% | 4.0 | 11.0 | 0.0 | 7.0 | 14% | 0.0 | 4.0 | 3.2 | 8.58 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 3.9 | 0.00 |
| Psych Tech/Sr Psych Tech | 43.0 | 42.0 | 1.0 | 98% | 0.0 | 16.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 0.9 | 4.96 |
| **TOTAL NURSING** | 173.5 | 162.0 | 11.5 | 93.37% | 6.0 | 44.0 | 0.0 | 11.0 | 6.79% | 0.0 | 15.0 | 8.0 | 20.04 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.0 | 4.0 | 1.0 | 80% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 1.0 | 11.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.3 | |
| **TOTAL PHARMACY** | 16.0 | 15.0 | 1.0 | 93.75% | 1.0 | 12.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 4.1 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.