# APPENDIX 3

## Part 16 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**CPHCS Headquarters**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 15.0 | 12.0 | 3.0 | 80% | 1.0 | 7.0 | 0.0 | 2.0 | 17% | 1.0 | 0.0 | 0.0 | |
| Chief P&S | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 34.0 | 23.0 | 11.0 | 68% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 51.0 | 37.0 | 14.0 | 72.55% | 1.0 | 8.0 | 0.0 | 2.0 | 5.41% | 1.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 0.0 | 1.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 5.0 | 1.0 | 4.0 | 20% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 3.0 | 0.0 | 3.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 11.0 | 7.0 | 4.0 | 64% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| LVN | 17.4 | 0.0 | 17.4 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 37.4 | 8.0 | 29.4 | 21.39% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | 0.00 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 31.0 | 31.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | 47.0 | 45.0 | 2.0 | 95.74% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Total Sheet For All Institutions and Headquarters**

| | Total Positions Authorized to be Filled (Data provided by Budget) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 12/1/2013 - 12/31/2013 | Year To Date Appointments 1/1/2013 - 12/31/2013 | Separations 12/1/2013 - 12/31/2013 | Year To Date Separations 1/1/2013 - 12/31/2013 | Year To Date Turnover Rate (Percentage) 1/1/2013 - 12/31/2013 | Blanket Positions - Unfunded, Permanent/Limited Term, Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of October 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 44.0 | 37.0 | 7.0 | 84% | 1.0 | 19.0 | 0.0 | 6.0 | 16% | 1.0 | 0.0 | 0.0 | |
| Chief P&S | 31.0 | 25.0 | 6.0 | 81% | 0.0 | 4.0 | 0.0 | 1.0 | 4% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 335.9 | 282.0 | 53.9 | 84% | 2.0 | 38.0 | 1.0 | 17.0 | 6% | 3.0 | 11.0 | 16.5 | |
| **TOTAL PHYSICIANS** | 410.9 | 344.0 | 66.9 | 83.72% | 3.0 | 61.0 | 1.0 | 24.0 | 6.98% | 4.0 | 11.0 | 16.5 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 24.5 | 21.0 | 3.5 | 86% | 0.0 | 2.0 | 0.0 | 1.0 | 5% | 2.0 | 0.0 | 4.3 | |
| NP | 50.0 | 29.0 | 21.0 | 58% | 0.0 | 0.0 | 1.0 | 3.0 | 10% | 2.0 | 0.0 | 2.2 | |
| **TOTAL MID-LEVELS** | 74.5 | 50.0 | 24.5 | 67.11% | 0.0 | 2.0 | 1.0 | 4.0 | 8.00% | 4.0 | 0.0 | 6.5 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 43.0 | 35.0 | 8.0 | 81% | 0.0 | 14.0 | 0.0 | 6.0 | 17% | 0.0 | 1.0 | 0.0 | 0.00 |
| SRN II | 401.9 | 340.0 | 61.9 | 85% | 8.0 | 112.0 | 2.0 | 18.0 | 5% | 2.0 | 9.0 | 0.0 | 25.85 |
| RN | 1828.9 | 1475.0 | 353.9 | 81% | 23.0 | 244.0 | 18.0 | 100.0 | 7% | 1.0 | 43.0 | 27.9 | 166.80 |
| LVN | 1786.8 | 1477.0 | 309.8 | 83% | 33.0 | 395.0 | 4.0 | 69.0 | 5% | 1.0 | 47.0 | 35.0 | 207.13 |
| CNA | 246.1 | 38.0 | 208.1 | 15% | 2.0 | 5.0 | 4.0 | 6.0 | 16% | 0.0 | 104.0 | 154.3 | 38.70 |
| Psych Tech/Sr Psych Tech | 794.7 | 570.0 | 224.7 | 72% | 14.0 | 189.0 | 3.0 | 28.0 | 5% | 5.0 | 10.9 | 40.7 | 69.38 |
| **TOTAL NURSING** | 5101.4 | 3935.0 | 1166.4 | 77.14% | 80.0 | 959.0 | 31.0 | 227.0 | 5.77% | 9.0 | 214.9 | 257.9 | 507.9 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 33.0 | 31.0 | 2.0 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.4 | |
| Pharmacist I | 158.4 | 129.0 | 29.4 | 81% | 7.0 | 50.0 | 3.0 | 9.0 | 7% | 1.0 | 4.0 | 35.1 | |
| Pharmacist Tech | 308.0 | 275.0 | 33.0 | 89% | 4.0 | 84.0 | 0.0 | 1.0 | 0% | 1.0 | 11.0 | 52.2 | |
| **TOTAL PHARMACY** | 499.4 | 435.0 | 64.4 | 87.10% | 11.0 | 134.0 | 3.0 | 10.0 | 2.30% | 2.0 | 17.0 | 87.7 | |



Physicians Filled Percentage and Turnover Rate (as of November 2013)









