# APPENDIX 3

## Part 17 of 20

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-6    Filed 02/03/14    Page 2 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Pelican Bay State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.0 | 4.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 1.0 | 25% | 0.0 | 1.0 | 0.2 | |
| **TOTAL PHYSICIANS** | 5.0 | 5.0 | 0.0 | 100.00% | 2.0 | 2.0 | 0.0 | 1.0 | 20.00% | 0.0 | 1.0 | 0.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 2.0 | 1.0 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 1.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 0.0 | 1.0 | 0.0 | 2.0 | 25% | 0.0 | 1.0 | 0.0 | 0.02 |
| RN | 48.8 | 46.0 | 2.8 | 94% | 0.0 | 4.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 3.4 | 1.13 |
| LVN | 24.1 | 24.0 | 0.1 | 100% | 0.0 | 10.0 | 0.0 | 3.0 | 13% | 0.0 | 1.0 | 2.7 | 0.89 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 31.1 | 23.0 | 8.1 | 74% | 0.0 | 2.0 | 0.0 | 2.0 | 9% | 0.0 | 0.0 | 0.9 | 0.39 |
| **TOTAL NURSING** | 115.5 | 102.0 | 13.5 | 88.31% | 0.0 | 17.0 | 0.0 | 9.0 | 8.82% | 0.0 | 3.0 | 9.4 | 2.43 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist Tech | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 1.0 | 25% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | 7.0 | 7.0 | 0.0 | 100.00% | 0.0 | 2.0 | 0.0 | 1.0 | 14.29% | 0.0 | 2.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**High Desert State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 20% | 0.0 | 0.0 | 0.3 | |
| **TOTAL PHYSICIANS** | 7.0 | 7.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 1.0 | 14.29% | 0.0 | 0.0 | 0.3 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 1.0 | 2.0 | 33% | 0.0 | 0.0 | 1.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 4.0 | 2.0 | 2.0 | 50.00% | 0.0 | 0.0 | 1.0 | 1.0 | 50.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 1.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.62 |
| RN | 51.4 | 43.0 | 8.4 | 84% | 2.0 | 31.0 | 0.0 | 4.0 | 9% | 0.0 | 0.0 | 3.9 | 4.03 |
| LVN | 33.1 | 26.0 | 7.1 | 79% | 0.0 | 15.0 | 0.0 | 7.0 | 27% | 0.0 | 2.0 | 0.7 | 5.60 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 9.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 10.0 | 7.0 | 3.0 | 70% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.4 | 0.67 |
| **TOTAL NURSING** | 106.0 | 88.0 | 18.0 | 83.02% | 3.0 | 52.0 | 0.0 | 11.0 | 12.50% | 0.0 | 11.0 | 7.0 | 11.92 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.1 | 1.0 | 1.1 | 48% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| **TOTAL PHARMACY** | 8.1 | 7.0 | 1.1 | 86.42% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-6    Filed 02/03/14    Page 4 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California Correctional Center**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **5.5** | **4.0** | **1.5** | **72.73%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **3.0** | **3.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 1.0 | 11% | 0.0 | 0.0 | 0.0 | 1.00 |
| RN | 27.0 | 26.0 | 1.0 | 96% | 1.0 | 5.0 | 0.0 | 3.0 | 12% | 0.0 | 2.0 | 0.0 | 2.91 |
| LVN | 30.0 | 25.0 | 5.0 | 83% | 1.0 | 14.0 | 0.0 | 2.0 | 8% | 0.0 | 2.0 | 0.0 | 5.05 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 0.0 | 1.0 | (1.0) | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.08 |
| **TOTAL NURSING** | **66.5** | **61.0** | **5.5** | **91.73%** | **2.0** | **21.0** | **0.0** | **6.0** | **9.84%** | **0.0** | **6.0** | **0.0** | **9.04** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | **6.0** | **5.0** | **1.0** | **83.33%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.0** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Folsom State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 8.0 | 8.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 15.0 | 12.0 | 3.0 | 80% | 1.0 | 17.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.26 |
| RN | 29.4 | 25.0 | 4.4 | 85% | 1.0 | 6.0 | 1.0 | 2.0 | 8% | 1.0 | 0.0 | 0.0 | 3.59 |
| LVN | 32.8 | 32.0 | 0.8 | 98% | 0.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.04 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 2.0 | 1.6 | 56% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | 0.00 |
| **TOTAL NURSING** | 80.8 | 71.0 | 9.8 | 87.87% | 2.0 | 30.0 | 1.0 | 2.0 | 2.82% | 1.0 | 2.0 | 0.4 | 4.89 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 1.0 | 2.0 | 33% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 5.5 | 5.0 | 0.5 | 91% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 9.5 | 7.0 | 2.5 | 73.68% | 0.0 | 2.0 | 0.0 | 1.0 | 14.29% | 0.0 | 0.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Sacramento**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 8.0 | 2.0 | 80.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 6.0 | 0.0 | 1.0 | 11% | 1.0 | 1.0 | 0.0 | 0.58 |
| RN | 73.1 | 64.0 | 9.1 | 88% | 2.0 | 7.0 | 1.0 | 4.0 | 6% | 0.0 | 1.0 | 3.2 | 11.52 |
| LVN | 40.0 | 35.0 | 5.0 | 88% | 5.0 | 21.0 | 0.0 | 3.0 | 9% | 0.0 | 3.0 | 0.0 | 5.57 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 22.1 | 0.00 |
| Psych Tech/Sr Psych Tech | 72.6 | 55.0 | 17.6 | 76% | 0.0 | 8.0 | 0.0 | 2.0 | 4% | 0.0 | 2.0 | 3.0 | 9.36 |
| **TOTAL NURSING** | 197.2 | 164.0 | 33.2 | 83.16% | 7.0 | 42.0 | 1.0 | 10.0 | 6.10% | 1.0 | 7.0 | 28.3 | 27.03 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.6 | 4.0 | (0.4) | 111% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| Pharmacist Tech | 6.5 | 6.0 | 0.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.0 | |
| **TOTAL PHARMACY** | 11.1 | 11.0 | 0.1 | 99.10% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 4.2 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Medical Facility**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, Full Time additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 18.5 | 17.0 | 1.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 20.5 | 19.0 | 1.5 | 92.68% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 2.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 16.6 | 15.0 | 1.6 | 90% | 0.0 | 2.0 | 0.0 | 1.0 | 7% | 0.0 | 0.0 | 0.0 | 0.10 |
| RN | 128.0 | 106.0 | 22.0 | 83% | 0.0 | 1.0 | 0.0 | 9.0 | 8% | 0.0 | 4.0 | 0.7 | 3.06 |
| LVN | 100.0 | 77.0 | 23.0 | 77% | 4.0 | 30.0 | 1.0 | 1.0 | 1% | 0.0 | 1.0 | 0.8 | 5.58 |
| CNA | 26.0 | 22.0 | 4.0 | 85% | 0.0 | 1.0 | 0.0 | 1.0 | 5% | 0.0 | 1.0 | 0.2 | 0.59 |
| Psych Tech/Sr Psych Tech | 72.7 | 56.0 | 16.7 | 77% | 3.0 | 12.0 | 0.0 | 5.0 | 9% | 0.0 | 0.0 | 0.0 | 3.63 |
| **TOTAL NURSING** | 346.3 | 279.0 | 67.3 | 80.57% | 7.0 | 46.0 | 1.0 | 18.0 | 6.45% | 0.0 | 6.0 | 1.7 | 12.96 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 9.0 | 6.0 | 3.0 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 1.4 | |
| Pharmacist Tech | 16.4 | 16.0 | 0.4 | 98% | 0.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.0 | |
| **TOTAL PHARMACY** | 26.4 | 23.0 | 3.4 | 87.12% | 0.0 | 5.0 | 0.0 | 0.0 | 0.00% | 2.0 | 0.0 | 3.4 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-6    Filed 02/03/14    Page 8 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California State Prison - Solano**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.7 | 11.0 | (0.3) | 103% | 0.0 | 5.0 | 0.0 | 3.0 | 27% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 12.7 | 13.0 | (0.3) | 102.36% | 0.0 | 7.0 | 0.0 | 6.0 | 46.15% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 0.0 | 3.0 | 0.0 | 2.0 | 25% | 0.0 | 0.0 | 0.0 | 0.29 |
| RN | 50.0 | 45.0 | 5.0 | 90% | 3.0 | 19.0 | 0.0 | 2.0 | 4% | 0.0 | 0.0 | 0.6 | 3.07 |
| LVN | 50.0 | 44.0 | 6.0 | 88% | 0.0 | 24.0 | 0.0 | 1.0 | 2% | 1.0 | 3.0 | 0.1 | 2.18 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 5.8 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.1 | 4.0 | 0.1 | 98% | 0.0 | 0.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.4 | 0.19 |
| **TOTAL NURSING** | 115.6 | 102.0 | 13.6 | 88.24% | 3.0 | 48.0 | 0.0 | 6.0 | 5.88% | 1.0 | 3.0 | 6.9 | 5.73 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.9 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | |
| **TOTAL PHARMACY** | 17.0 | 16.0 | 1.0 | 94.12% | 0.0 | 5.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 1.5 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - San Quentin**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.6 | 10.0 | 0.6 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.1 | |
| **TOTAL PHYSICIANS** | 12.6 | 12.0 | 0.6 | 95.24% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.1 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.3 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 0.0 | 0.0 | 0.0 | 1.0 | 10% | 0.0 | 1.0 | 0.0 | 1.28 |
| RN | 50.1 | 46.0 | 4.1 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | 4.10 |
| LVN | 68.8 | 59.0 | 9.8 | 86% | 2.0 | 3.0 | 0.0 | 2.0 | 3% | 0.0 | 1.0 | 0.0 | 9.24 |
| CNA | 8.1 | 9.0 | (0.9) | 111% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 6.2 | 0.99 |
| Psych Tech/Sr Psych Tech | 25.6 | 23.0 | 2.6 | 90% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.50 |
| **TOTAL NURSING** | 165.1 | 148.0 | 17.1 | 89.64% | 4.0 | 7.0 | 0.0 | 3.0 | 2.03% | 0.0 | 4.0 | 6.2 | 17.11 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.3 | 3.0 | 1.3 | 70% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 0.9 | |
| Pharmacist Tech | 7.8 | 7.0 | 0.8 | 90% | 2.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.7 | |
| **TOTAL PHARMACY** | 13.1 | 11.0 | 2.1 | 83.97% | 2.0 | 4.0 | 0.0 | 1.0 | 9.09% | 0.0 | 0.0 | 2.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Mule Creek State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.3 | 7.0 | 0.3 | 96% | 0.0 | 3.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.3 | 9.0 | 0.3 | 96.77% | 0.0 | 3.0 | 0.0 | 1.0 | 11.11% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.5 | 0.0 | 0.5 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.5 | 1.0 | 0.5 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.7 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 2.07 |
| RN | 40.9 | 36.0 | 4.9 | 88% | 1.0 | 4.0 | 0.0 | 3.0 | 8% | 0.0 | 0.0 | 0.7 | 3.11 |
| LVN | 41.5 | 31.0 | 10.5 | 75% | 0.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 6.76 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 41.5 | 28.0 | 13.5 | 67% | 3.0 | 10.0 | 0.0 | 2.0 | 7% | 0.0 | 0.0 | 0.9 | 3.30 |
| **TOTAL NURSING** | 135.4 | 105.0 | 30.4 | 77.55% | 4.0 | 24.0 | 0.0 | 5.0 | 4.76% | 0.0 | 4.0 | 1.6 | 15.24 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 7.6 | 8.0 | (0.4) | 105% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 11.6 | 11.0 | 0.6 | 94.83% | 0.0 | 1.0 | 0.0 | 1.0 | 9.09% | 0.0 | 0.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.