# APPENDIX 3

# Part 18 of 20

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-7    Filed 02/03/14    Page 2 of 9
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Central California Women's Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.6 | 9.0 | 0.6 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 11.6 | 11.0 | 0.6 | 94.83% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 0.0 | 1.0 | 1.0 | 10% | 0.0 | 0.0 | 0.0 | 0.96 |
| RN | 47.0 | 39.0 | 8.0 | 83% | 0.0 | 3.0 | 0.0 | 3.0 | 8% | 0.0 | 1.0 | 0.0 | 4.09 |
| LVN | 59.3 | 53.0 | 6.3 | 89% | 2.0 | 15.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 2.95 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 16.0 | 0.0 | 0.60 |
| Psych Tech/Sr Psych Tech | 10.8 | 8.0 | 2.8 | 74% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.43 |
| **TOTAL NURSING** | 128.6 | 111.0 | 17.6 | 86.31% | 2.0 | 22.0 | 1.0 | 5.0 | 4.50% | 0.0 | 19.0 | 0.0 | 10.03 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.2 | 4.0 | 1.2 | 77% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| Pharmacist Tech | 12.3 | 12.0 | 0.3 | 98% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 18.5 | 17.0 | 1.5 | 91.89% | 1.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.7 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
(Data source -- Budget Authority and
State Controller's Office Employment History Records)

**California Men's Colony**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.7 | 16.0 | 0.7 | 96% | 0.0 | 1.0 | 1.0 | 1.0 | 6% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 18.7 | 18.0 | 0.7 | 96.26% | 0.0 | 2.0 | 1.0 | 1.0 | 5.56% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 1.0 | 0.0 | 0.00 |
| SRN II | 16.0 | 14.0 | 2.0 | 88% | 0.0 | 1.0 | 1.0 | 1.0 | 7% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 115.4 | 94.0 | 21.4 | 81% | 0.0 | 7.0 | 0.0 | 7.0 | 7% | 0.0 | 4.0 | 2.4 | 0.00 |
| LVN | 73.4 | 68.0 | 5.4 | 93% | 0.0 | 31.0 | 0.0 | 3.0 | 4% | 0.0 | 6.0 | 2.0 | 0.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 91.5 | 68.0 | 23.5 | 74% | 0.0 | 51.0 | 1.0 | 2.0 | 3% | 0.0 | 2.0 | 3.1 | 1.88 |
| **TOTAL NURSING** | 299.3 | 247.0 | 52.3 | 82.53% | 0.0 | 90.0 | 2.0 | 14.0 | 5.67% | 0.0 | 13.0 | 8.1 | 1.88 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 3.0 | 0.0 | 1.0 | 17% | 0.0 | 0.0 | 0.9 | |
| Pharmacist Tech | 12.7 | 13.0 | (0.3) | 102% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.7 | |
| **TOTAL PHARMACY** | 20.7 | 20.0 | 0.7 | 96.62% | 0.0 | 4.0 | 0.0 | 1.0 | 5.00% | 0.0 | 0.0 | 3.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Health Care Facility**

| | Total Positions Authorized to be Filled (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term, Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 13.0 | 13.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 3.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 16.0 | 15.0 | 1.0 | 93.75% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 3.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 8.0 | (7.0) | 800% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 16.0 | 4.0 | 12.0 | 25% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 17.0 | 12.0 | 5.0 | 70.59% | 2.0 | 2.0 | 0.0 | 0.0 | 0.00% | 1.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 31.3 | 28.0 | 3.3 | 89% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 2.22 |
| RN | 161.2 | 152.0 | 9.2 | 94% | 21.0 | 21.0 | 2.0 | 2.0 | 1% | 0.0 | 0.0 | 0.0 | 7.99 |
| LVN | 122.5 | 119.0 | 3.5 | 97% | 10.0 | 10.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 5.02 |
| CNA | 203.0 | 202.0 | 1.0 | 100% | 5.0 | 5.0 | 2.0 | 2.0 | 1% | 0.0 | 0.0 | 0.0 | 9.62 |
| Psych Tech/Sr Psych Tech | 30.0 | 24.0 | 6.0 | 80% | 4.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.16 |
| **TOTAL NURSING** | 552.0 | 529.0 | 23.0 | 95.83% | 41.0 | 41.0 | 4.0 | 4.0 | 0.76% | 0.0 | 0.0 | 0.0 | 25.01 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 11.0 | 8.0 | 3.0 | 73% | 5.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.0 | |
| Pharmacist Tech | 18.5 | 13.0 | 5.5 | 70% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 7.4 | |
| **TOTAL PHARMACY** | 30.5 | 22.0 | 8.5 | 72.13% | 5.0 | 5.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 9.4 | |

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Correctional Training Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 13.0 | 9.0 | 4.0 | 69% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 15.0 | 10.0 | 5.0 | 66.67% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.3 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 9.0 | 2.5 | 78% | 0.0 | 6.0 | 0.0 | 1.0 | 11% | 0.0 | 1.0 | 0.0 | 0.33 |
| RN | 44.3 | 42.0 | 2.3 | 95% | 0.0 | 8.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 1.9 | 5.97 |
| LVN | 67.8 | 55.0 | 12.8 | 81% | 1.0 | 5.0 | 0.0 | 4.0 | 7% | 0.0 | 0.0 | 1.8 | 8.03 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 130.6 | 112.0 | 18.6 | 85.76% | 1.0 | 19.0 | 0.0 | 6.0 | 5.36% | 0.0 | 3.0 | 7.1 | 14.33 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| Pharmacist Tech | 10.0 | 8.0 | 2.0 | 80% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 3.7 | |
| **TOTAL PHARMACY** | 17.0 | 14.0 | 3.0 | 82.35% | 0.0 | 5.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 4.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Deuel Vocational Institution**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term, Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.0 | 8.0 | 1.0 | 88.89% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.15 |
| RN | 35.1 | 29.0 | 6.1 | 83% | 2.0 | 4.0 | 2.0 | 4.0 | 14% | 0.0 | 1.0 | 0.0 | 2.16 |
| LVN | 43.0 | 39.0 | 4.0 | 91% | 1.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 1.8 | 2.95 |
| CNA | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 6.0 | 0.1 | 0.51 |
| Psych Tech/Sr Psych Tech | 7.0 | 5.0 | 2.0 | 71% | 0.0 | 0.0 | 0.0 | 2.0 | 40% | 0.0 | 0.0 | 0.0 | 0.40 |
| **TOTAL NURSING** | 101.6 | 89.0 | 12.6 | 87.60% | 4.0 | 16.0 | 2.0 | 6.0 | 6.74% | 0.0 | 9.0 | 1.9 | 6.17 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| **TOTAL PHARMACY** | 7.0 | 7.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Sierra Conservation Center**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term, Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **7.0** | **6.0** | **1.0** | **85.71%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.19 |
| RN | 23.8 | 20.0 | 3.8 | 84% | 0.0 | 5.0 | 0.0 | 4.0 | 20% | 0.0 | 0.0 | 0.0 | 1.88 |
| LVN | 20.3 | 17.0 | 3.3 | 84% | 0.0 | 4.0 | 0.0 | 4.0 | 24% | 0.0 | 1.0 | 0.0 | 1.60 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 4.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 2.0 | 1.6 | 56% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.64 |
| **TOTAL NURSING** | **58.2** | **49.0** | **9.2** | **84.19%** | **0.0** | **12.0** | **0.0** | **8.0** | **16.33%** | **0.0** | **5.0** | **0.0** | **4.31** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.2 | 1.0 | 1.2 | 45% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 4.3 | 3.0 | 1.3 | 70% | 0.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.0 | |
| **TOTAL PHARMACY** | **7.5** | **5.0** | **2.5** | **66.67%** | **0.0** | **8.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **2.0** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Salinas Valley State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time 11/30/2013 | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 11.0 | 6.0 | 5.0 | 55% | 0.0 | 2.0 | 0.0 | 3.0 | 50% | 0.0 | 0.0 | 0.7 | |
| **TOTAL PHYSICIANS** | 12.0 | 7.0 | 5.0 | 58.33% | 1.0 | 3.0 | 0.0 | 3.0 | 42.86% | 0.0 | 0.0 | 0.7 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 9.0 | 2.5 | 78% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.41 |
| RN | 53.4 | 51.0 | 2.4 | 96% | 1.0 | 14.0 | 0.0 | 6.0 | 12% | 0.0 | 0.0 | 2.1 | 3.24 |
| LVN | 50.0 | 45.0 | 5.0 | 90% | 2.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 9.69 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 6.9 | 0.04 |
| Psych Tech/Sr Psych Tech | 38.6 | 27.0 | 11.6 | 70% | 0.0 | 8.0 | 0.0 | 2.0 | 7% | 0.0 | 0.0 | 2.0 | 5.50 |
| **TOTAL NURSING** | 154.5 | 132.0 | 22.5 | 85.44% | 3.0 | 31.0 | 0.0 | 9.0 | 6.82% | 0.0 | 7.0 | 11.0 | 19.88 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 8.0 | 8.0 | 0.0 | 100% | 0.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.9 | |
| Pharmacist Tech | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.7 | |
| **TOTAL PHARMACY** | 21.0 | 20.0 | 1.0 | 95.24% | 0.0 | 6.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 3.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
(Data source -- Budget Authority and State Controller's Office Employment History Records)

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Valley State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.6 | 6.0 | 1.6 | 79% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 8.6 | 7.0 | 1.6 | 81.40% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 10.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.19 |
| RN | 38.5 | 34.0 | 4.5 | 88% | 0.0 | 2.0 | 0.0 | 1.0 | 3% | 0.0 | 0.0 | 0.0 | 1.34 |
| LVN | 50.6 | 47.0 | 3.6 | 93% | 1.0 | 19.0 | 0.0 | 1.0 | 2% | 0.0 | 0.0 | 0.0 | 4.96 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 24.0 | 0.0 | 1.51 |
| Psych Tech/Sr Psych Tech | 6.2 | 13.0 | (6.8) | 210% | 2.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.71 |
| **TOTAL NURSING** | 105.8 | 104.0 | 1.8 | 98.30% | 3.0 | 28.0 | 0.0 | 2.0 | 1.92% | 0.0 | 25.0 | 0.0 | 8.71 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| Pharmacist Tech | 10.3 | 10.0 | 0.3 | 97% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| **TOTAL PHARMACY** | 14.3 | 13.0 | 1.3 | 90.91% | 1.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.