# APPENDIX 3

## Part 19 of 20

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-8    Filed 02/03/14    Page 2 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Pleasant Valley State Prison**

| Classification | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.6 | 6.0 | 1.6 | 79% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.6 | 7.0 | 2.6 | 72.92% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 2.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.05 |
| RN | 31.0 | 30.0 | 1.0 | 97% | 1.0 | 5.0 | 0.0 | 1.0 | 3% | 0.0 | 1.0 | 1.5 | 1.27 |
| LVN | 55.6 | 48.0 | 7.6 | 86% | 0.0 | 4.0 | 0.0 | 4.0 | 8% | 0.0 | 1.0 | 0.1 | 4.41 |
| CNA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 6.0 | 1.6 | 0.67 |
| Psych Tech/Sr Psych Tech | 7.0 | 5.0 | 2.0 | 71% | 0.0 | 3.0 | 0.0 | 1.0 | 20% | 0.0 | 0.0 | 0.5 | 0.45 |
| **TOTAL NURSING** | 106.1 | 94.0 | 12.1 | 88.60% | 3.0 | 14.0 | 0.0 | 6.0 | 6.38% | 0.0 | 8.0 | 3.7 | 6.85 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 2.0 | 0.0 | 2.0 | 67% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| **TOTAL PHARMACY** | 12.0 | 11.0 | 1.0 | 91.67% | 0.0 | 2.0 | 0.0 | 2.0 | 18.18% | 0.0 | 0.0 | 0.8 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Avenal State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.5 | 7.0 | 2.5 | 74% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 11.5 | 8.0 | 3.5 | 69.57% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 0.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.00 |
| RN | 42.0 | 36.0 | 6.0 | 86% | 2.0 | 11.0 | 0.0 | 2.0 | 6% | 0.0 | 0.0 | 0.4 | 0.98 |
| LVN | 59.0 | 52.0 | 7.0 | 88% | 0.0 | 13.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 1.95 |
| CNA | 3.0 | 1.0 | 2.0 | 33% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 8.0 | 2.4 | 0.27 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 1.5 | 0.18 |
| **TOTAL NURSING** | 119.1 | 99.0 | 20.1 | 83.12% | 2.0 | 33.0 | 0.0 | 5.0 | 5.05% | 0.0 | 11.0 | 4.3 | 3.38 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.2 | 3.0 | 2.2 | 58% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 9.4 | 8.0 | 1.4 | 85% | 0.0 | 8.0 | 0.0 | 1.0 | 13% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 15.6 | 12.0 | 3.6 | 76.92% | 0.0 | 9.0 | 0.0 | 1.0 | 8.33% | 0.0 | 0.0 | 0.0 | |

**\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
Case 2:90-cv-00520-KJM-SCR    Document 5040-8    Filed 02/03/14    Page 4 of 10
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California State Prison - Corcoran**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 12.0 | 10.0 | 2.0 | 83% | 0.0 | 2.0 | 0.0 | 1.0 | 10% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 14.0 | 12.0 | 2.0 | 85.71% | 0.0 | 3.0 | 0.0 | 1.0 | 8.33% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 2.0 | 67% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 14.0 | 15.0 | (1.0) | 107% | 2.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.37 |
| RN | 94.6 | 78.0 | 16.6 | 82% | 1.0 | 3.0 | 0.0 | 4.0 | 5% | 0.0 | 7.0 | 0.0 | 7.98 |
| LVN | 94.4 | 81.0 | 13.4 | 86% | 2.0 | 13.0 | 0.0 | 3.0 | 4% | 0.0 | 7.0 | 2.6 | 8.90 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 58.5 | 47.0 | 11.5 | 80% | 1.0 | 12.0 | 0.0 | 1.0 | 2% | 0.0 | 3.0 | 7.8 | 3.95 |
| **TOTAL NURSING** | 264.5 | 224.0 | 40.5 | 84.69% | 6.0 | 36.0 | 0.0 | 10.0 | 4.46% | 0.0 | 18.0 | 12.8 | 22.20 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.6 | 5.0 | (0.4) | 109% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| Pharmacist Tech | 8.3 | 7.0 | 1.3 | 84% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| **TOTAL PHARMACY** | 13.9 | 13.0 | 0.9 | 93.53% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.9 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Substance Abuse Treatment Facility**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments, Full Time | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 14.0 | 12.0 | 2.0 | 85.71% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 2.0 | 1.0 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 11.0 | 0.5 | 96% | 1.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.21 |
| RN | 62.0 | 57.0 | 5.0 | 92% | 0.0 | 23.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 0.1 | 1.42 |
| LVN | 77.3 | 73.0 | 4.3 | 94% | 0.0 | 7.0 | 0.0 | 1.0 | 1% | 0.0 | 2.0 | 0.0 | 3.88 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 40.0 | 33.0 | 7.0 | 83% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 4.0 | 0.0 | 0.8 | 3.73 |
| **TOTAL NURSING** | 192.8 | 176.0 | 16.8 | 91.29% | 1.0 | 36.0 | 0.0 | 3.0 | 1.70% | 4.0 | 4.0 | 3.5 | 9.24 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.5 | 5.0 | 1.5 | 77% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.8 | |
| Pharmacist Tech | 11.5 | 11.0 | 0.5 | 96% | 0.0 | 9.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| **TOTAL PHARMACY** | 19.0 | 17.0 | 2.0 | 89.47% | 0.0 | 12.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 4.6 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Kern Valley State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.6 | 8.0 | 0.6 | 93% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | |
| **TOTAL PHYSICIANS** | 10.6 | 10.0 | 0.6 | 94.34% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.6 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 4.0 | 0.0 | 1.0 | 9% | 0.0 | 0.0 | 0.0 | 0.42 |
| RN | 39.0 | 37.0 | 2.0 | 95% | 0.0 | 5.0 | 0.0 | 4.0 | 11% | 0.0 | 0.0 | 0.0 | 2.70 |
| LVN | 44.3 | 41.0 | 3.3 | 93% | 0.0 | 25.0 | 0.0 | 2.0 | 5% | 0.0 | 2.0 | 0.0 | 6.12 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 10.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 19.1 | 13.0 | 6.1 | 68% | 0.0 | 4.0 | 1.0 | 1.0 | 8% | 0.0 | 0.0 | 2.3 | 1.97 |
| **TOTAL NURSING** | 113.9 | 103.0 | 10.9 | 90.43% | 0.0 | 38.0 | 1.0 | 8.0 | 7.77% | 0.0 | 2.0 | 12.9 | 11.21 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.5 | 4.0 | (0.5) | 114% | 0.0 | 1.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.4 | |
| Pharmacist Tech | 6.3 | 4.0 | 2.3 | 63% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.7 | |
| **TOTAL PHARMACY** | 10.8 | 9.0 | 1.8 | 83.33% | 0.0 | 2.0 | 0.0 | 1.0 | 11.11% | 0.0 | 0.0 | 2.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**North Kern State Prison**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.2 | 9.0 | 1.2 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 2.5 | |
| **TOTAL PHYSICIANS** | 12.2 | 11.0 | 1.2 | 90.16% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 3.0 | 2.5 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.3 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.76 |
| RN | 53.8 | 42.0 | 11.8 | 78% | 1.0 | 4.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 2.6 | 6.88 |
| LVN | 54.4 | 51.0 | 3.4 | 94% | 2.0 | 21.0 | 0.0 | 1.0 | 2% | 0.0 | 0.0 | 0.0 | 6.78 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 9.6 | 0.00 |
| Psych Tech/Sr Psych Tech | 11.2 | 10.0 | 1.2 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.9 | 2.21 |
| **TOTAL NURSING** | 131.9 | 114.0 | 17.9 | 86.43% | 3.0 | 25.0 | 0.0 | 3.0 | 2.63% | 0.0 | 0.0 | 14.1 | 16.63 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 3.0 | 0.8 | 79% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.2 | |
| Pharmacist Tech | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 1.7 | |
| **TOTAL PHARMACY** | 12.8 | 11.0 | 1.8 | 85.94% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 2.9 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
NOVEMBER 2013
Case 2:90-cv-00520-KJM-SCR   Document 5040-8   Filed 02/03/14   Page 8 of 10

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Wasco State Prison Reception Center**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.0 | 9.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| NP | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 4.0 | 4.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 12.0 | (0.5) | 104% | 1.0 | 4.0 | 0.0 | 2.0 | 17% | 0.0 | 0.0 | 0.0 | 1.10 |
| RN | 52.8 | 44.0 | 8.8 | 83% | 0.0 | 3.0 | 0.0 | 4.0 | 9% | 0.0 | 2.0 | 5.1 | 3.32 |
| LVN | 56.9 | 44.0 | 12.9 | 77% | 2.0 | 22.0 | 0.0 | 2.0 | 5% | 0.0 | 1.0 | 6.9 | 7.50 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 22.5 | 0.00 |
| Psych Tech/Sr Psych Tech | 12.5 | 9.0 | 3.5 | 72% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 8.1 | 0.92 |
| **TOTAL NURSING** | 134.7 | 110.0 | 24.7 | 81.66% | 3.0 | 31.0 | 0.0 | 8.0 | 7.27% | 0.0 | 3.0 | 42.6 | 12.84 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| Pharmacist I | 4.3 | 4.0 | 0.3 | 93% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| Pharmacist Tech | 7.7 | 6.0 | 1.7 | 78% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| **TOTAL PHARMACY** | 13.0 | 11.0 | 2.0 | 84.62% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 3.0 | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Correctional Institution**

| | Total Positions Authorized to be Filled *(Data provided by Budgets)* * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 9.0 | 7.0 | 2.0 | 78% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **11.0** | **8.0** | **3.0** | **72.73%** | **0.0** | **3.0** | **0.0** | **1.0** | **12.50%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.38 |
| RN | 44.0 | 40.0 | 4.0 | 91% | 0.0 | 3.0 | 0.0 | 4.0 | 10% | 0.0 | 2.0 | 0.0 | 4.72 |
| LVN | 54.6 | 52.0 | 2.6 | 95% | 0.0 | 8.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 0.0 | 3.27 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.9 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.0 | 6.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 17% | 0.0 | 0.0 | 0.0 | 0.02 |
| **TOTAL NURSING** | **116.1** | **110.0** | **6.1** | **94.75%** | **0.0** | **18.0** | **0.0** | **7.0** | **6.36%** | **0.0** | **3.0** | **2.9** | **9.39** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 3.0 | 1.0 | 75% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.2 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | **15.0** | **14.0** | **1.0** | **93.33%** | **1.0** | **5.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **2.2** | |

*\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.*

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California State Prison - Los Angeles County**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 6.0 | 1.0 | 86% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.4 | |
| **TOTAL PHYSICIANS** | 9.0 | 8.0 | 1.0 | 88.89% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.4 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.66 |
| RN | 51.0 | 46.0 | 5.0 | 90% | 2.0 | 2.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 4.50 |
| LVN | 55.2 | 51.0 | 4.2 | 92% | 2.0 | 4.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 4.9 | 9.32 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 29.0 | 26.0 | 3.0 | 90% | 1.0 | 6.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.1 | 1.63 |
| **TOTAL NURSING** | 146.7 | 135.0 | 11.7 | 92.02% | 5.0 | 16.0 | 0.0 | 2.0 | 1.48% | 0.0 | 5.0 | 6.4 | 17.11 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.0 | 4.0 | 0.0 | 100% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| Pharmacist Tech | 7.3 | 7.0 | 0.3 | 96% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.6 | |
| **TOTAL PHARMACY** | 12.3 | 12.0 | 0.3 | 97.56% | 1.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.