# APPENDIX 3

## Part 20 of 20

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Calipatria State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets) * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.5 | 4.0 | 1.5 | 73% | 1.0 | 2.0 | 0.0 | 2.0 | 50% | 1.0 | 0.0 | 1.4 | |
| **TOTAL PHYSICIANS** | **6.5** | **5.0** | **1.5** | **76.92%** | **1.0** | **3.0** | **0.0** | **2.0** | **40.00%** | **1.0** | **0.0** | **1.4** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **2.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 8.0 | 1.5 | 84% | 0.0 | 0.0 | 1.0 | 1.0 | 13% | 0.0 | 0.0 | 0.0 | 0.48 |
| RN | 28.7 | 26.0 | 2.7 | 91% | 0.0 | 3.0 | 1.0 | 2.0 | 8% | 0.0 | 1.0 | 0.0 | 1.69 |
| LVN | 33.9 | 31.0 | 2.9 | 91% | 0.0 | 16.0 | 0.0 | 2.0 | 6% | 0.0 | 0.0 | 0.0 | 2.98 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.5 | 7.0 | (0.5) | 108% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.64 |
| **TOTAL NURSING** | **78.6** | **72.0** | **6.6** | **91.60%** | **0.0** | **20.0** | **2.0** | **5.0** | **6.94%** | **0.0** | **1.0** | **2.7** | **5.79** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.3 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 3.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | |
| **TOTAL PHARMACY** | **7.5** | **6.0** | **1.5** | **80.00%** | **3.0** | **7.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **3.0** | **0.3** | |

*** Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Centinela State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.3 | 4.0 | 1.3 | 75% | 0.0 | 0.0 | 0.0 | 2.0 | 50% | 0.0 | 0.0 | 0.9 | |
| **TOTAL PHYSICIANS** | **6.3** | **5.0** | **1.3** | **79.37%** | **0.0** | **0.0** | **0.0** | **2.0** | **40.00%** | **0.0** | **0.0** | **0.9** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.0** | **1.0** | **1.0** | **50.00%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.51 |
| RN | 24.0 | 24.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.97 |
| LVN | 32.0 | 27.0 | 5.0 | 84% | 1.0 | 7.0 | 0.0 | 2.0 | 7% | 0.0 | 0.0 | 0.0 | 5.10 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 7.2 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.0 | 4.0 | 0.0 | 100% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.48 |
| **TOTAL NURSING** | **69.5** | **64.0** | **5.5** | **92.09%** | **2.0** | **14.0** | **0.0** | **2.0** | **3.13%** | **0.0** | **2.0** | **7.2** | **9.06** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 1.0 | 1.0 | 0.0 | 0.0 | 0% | 1.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | **7.5** | **6.0** | **1.5** | **80.00%** | **1.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **1.0** | **1.0** | **0.3** | |

*** Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT

## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Men**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.0 | 16.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| **TOTAL PHYSICIANS** | **18.0** | **18.0** | **0.0** | **100.00%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.4** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 12.0 | 11.0 | 1.0 | 92% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.05 |
| RN | 88.3 | 89.0 | (0.7) | 101% | 2.0 | 4.0 | 0.0 | 4.0 | 4% | 0.0 | 0.0 | 1.1 | 6.73 |
| LVN | 84.0 | 82.0 | 2.0 | 98% | 2.0 | 4.0 | 1.0 | 3.0 | 4% | 0.0 | 0.0 | 0.0 | 4.73 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 26.0 | 26.0 | 0.0 | 100% | 0.0 | 9.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | 1.63 |
| **TOTAL NURSING** | **213.3** | **211.0** | **2.3** | **98.92%** | **4.0** | **20.0** | **1.0** | **9.0** | **4.27%** | **0.0** | **0.0** | **4.5** | **13.14** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 4.0 | 2.0 | 67% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 4.9 | |
| Pharmacist Tech | 10.7 | 10.0 | 0.7 | 93% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 5.6 | |
| **TOTAL PHARMACY** | **17.7** | **15.0** | **2.7** | **84.75%** | **0.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **4.0** | **10.5** | |

*** Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

## HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Women**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 7.0 | (1.0) | 117% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **7.0** | **8.0** | **(1.0)** | **114.29%** | **1.0** | **2.0** | **0.0** | **1.0** | **12.50%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.5 | 1.0 | 1.5 | 40% | 0.0 | 0.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **2.5** | **1.0** | **1.5** | **40.00%** | **0.0** | **0.0** | **0.0** | **2.0** | **200.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 13.5 | 14.0 | (0.5) | 104% | 0.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.57 |
| RN | 48.0 | 45.0 | 3.0 | 94% | 0.0 | 11.0 | 0.0 | 4.0 | 9% | 0.0 | 0.0 | 0.3 | 4.71 |
| LVN | 41.0 | 38.0 | 3.0 | 93% | 1.0 | 8.0 | 1.0 | 5.0 | 13% | 0.0 | 0.0 | 0.0 | 4.10 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 13.0 | 0.9 | 0.56 |
| Psych Tech/Sr Psych Tech | 62.1 | 57.0 | 5.1 | 92% | 0.0 | 13.0 | 0.0 | 3.0 | 5% | 0.0 | 2.0 | 0.6 | 5.04 |
| **TOTAL NURSING** | **165.6** | **155.0** | **10.6** | **93.60%** | **1.0** | **41.0** | **1.0** | **12.0** | **7.74%** | **0.0** | **15.0** | **1.8** | **15.98** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 4.0 | (0.2) | 105% | 0.0 | 1.0 | 0.0 | 1.0 | 25% | 0.0 | 0.0 | 0.6 | |
| Pharmacist Tech | 8.0 | 8.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | **12.8** | **13.0** | **(0.2)** | **101.56%** | **0.0** | **4.0** | **0.0** | **1.0** | **7.69%** | **0.0** | **0.0** | **0.6** | |

*** Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

**HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT**
**NOVEMBER 2013**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Rehabilitation Center**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 8.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **10.0** | **10.0** | **0.0** | **100.00%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.07 |
| RN | 26.0 | 24.0 | 2.0 | 92% | 0.0 | 1.0 | 0.0 | 2.0 | 8% | 0.0 | 1.0 | 0.0 | 1.46 |
| LVN | 30.0 | 25.0 | 5.0 | 83% | 0.0 | 16.0 | 0.0 | 1.0 | 4% | 0.0 | 3.0 | 2.9 | 3.81 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 0.0 | 3.6 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | **70.1** | **60.0** | **10.1** | **85.59%** | **0.0** | **18.0** | **0.0** | **3.0** | **5.00%** | **0.0** | **4.0** | **3.3** | **5.34** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | |
| Pharmacist Tech | 5.7 | 6.0 | (0.3) | 105% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | |
| **TOTAL PHARMACY** | **9.9** | **10.0** | **(0.1)** | **101.01%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **1.3** | |

*** Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Chuckawalla Valley State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.8 | 5.0 | 0.8 | 86% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.0 | |
| **TOTAL PHYSICIANS** | **6.8** | **5.0** | **1.8** | **73.53%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **1.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 6.0 | 3.5 | 63% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.92 |
| RN | 26.2 | 21.0 | 5.2 | 80% | 0.0 | 2.0 | 0.0 | 2.0 | 10% | 0.0 | 3.0 | 0.6 | 0.68 |
| LVN | 20.0 | 18.0 | 2.0 | 90% | 0.0 | 3.0 | 0.0 | 1.0 | 6% | 0.0 | 3.0 | 2.7 | 0.16 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 1.0 | 2.6 | 28% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | **60.3** | **47.0** | **13.3** | **77.94%** | **1.0** | **8.0** | **0.0** | **3.0** | **6.38%** | **0.0** | **7.0** | **3.7** | **1.76** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 1.8 | 2.0 | (0.2) | 111% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.7 | |
| **TOTAL PHARMACY** | **5.0** | **5.0** | **0.0** | **100.00%** | **0.0** | **4.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.7** | |

*** Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Ironwood State Prison**

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.4 | 5.0 | 0.4 | 93% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | **6.4** | **6.0** | **0.4** | **93.75%** | **0.0** | **1.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **1.0** | **1.0** | **0.0** | **100.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 8.0 | 1.5 | 84% | 1.0 | 3.0 | 0.0 | 2.0 | 25% | 0.0 | 0.0 | 0.0 | 1.06 |
| RN | 31.1 | 30.0 | 1.1 | 96% | 0.0 | 7.0 | 0.0 | 2.0 | 7% | 0.0 | 2.0 | 0.9 | 1.32 |
| LVN | 27.0 | 26.0 | 1.0 | 96% | 0.0 | 3.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 2.2 | 1.02 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 3.0 | 0.6 | 83% | 2.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 1.04 |
| **TOTAL NURSING** | **71.2** | **67.0** | **4.2** | **94.10%** | **3.0** | **15.0** | **0.0** | **7.0** | **10.45%** | **0.0** | **3.0** | **3.1** | **4.44** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 2.3 | 2.0 | 0.3 | 87% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.1 | |
| **TOTAL PHARMACY** | **5.3** | **5.0** | **0.3** | **94.34%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **1.0** | **0.1** | |

*** Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## NOVEMBER 2013

**Richard J. Donovan Correctional Facility**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| | Total Positions Authorized to be Filled (Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 11/1/2013 - 11/30/2013 | Year To Date Appointments 12/1/2012 - 11/30/2013 | Separations 11/1/2013 - 11/30/2013 | Year To Date Separations 12/1/2012 - 11/30/2013 | Year To Date Turnover Rate (Percentage) 12/1/2012 - 11/30/2013 | Blanket Positions - Unfunded, Permanent/Limited Term Full Time | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of September 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 1.9 | |
| **TOTAL PHYSICIANS** | **12.5** | **12.0** | **0.5** | **96.00%** | **0.0** | **4.0** | **0.0** | **1.0** | **8.33%** | **0.0** | **2.0** | **1.9** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| NP | 1.5 | 2.0 | (0.5) | 133% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.6 | |
| **TOTAL MID-LEVELS** | **1.5** | **2.0** | **(0.5)** | **133.33%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **2.5** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 12.0 | (0.5) | 104% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.50 |
| RN | 58.0 | 57.0 | 1.0 | 98% | 1.0 | 15.0 | 0.0 | 2.0 | 4% | 0.0 | 5.0 | 0.0 | 5.10 |
| LVN | 60.0 | 51.0 | 9.0 | 85% | 1.0 | 12.0 | 1.0 | 8.0 | 16% | 0.0 | 3.0 | 2.3 | 7.96 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 4.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 43.0 | 40.0 | 3.0 | 93% | 0.0 | 16.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 1.1 | 4.03 |
| **TOTAL NURSING** | **173.5** | **161.0** | **12.5** | **92.80%** | **2.0** | **45.0** | **1.0** | **12.0** | **7.45%** | **0.0** | **15.0** | **7.8** | **17.59** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.0 | 4.0 | 1.0 | 80% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.3 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 0.0 | 11.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.5 | |
| **TOTAL PHARMACY** | **16.0** | **15.0** | **1.0** | **93.75%** | **0.0** | **12.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **4.8** | |

*** Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.**