DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> EDMUND G. BROWN, Jr., et al., <br><br>  Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141** <br><br> Judge: Hon. Lawrence K. Karlton |

[1087277-1]

1    Pursuant to Local Rule 141, Notice is hereby given that Plaintiffs have submitted to
2 the Court by email a Request to File Under Seal ("Request") a document entitled
3 "Confidential Declaration of Jane Kahn in Support of Plaintiffs' Urgent Petition for a
4 Status Conference to Address Modified and Delayed Suicide Report" ("Confidential Kahn
5 Declaration"). The Confidential Kahn Declaration's exhibits contain confidential class
6 member information covered by the protective order in this case, attached hereto.

7    The Request, Confidential Kahn Declaration, and accompanying Proposed Order
8 were provided to counsel for Defendants by email, and will be provided in hard copy by
9 messenger on February 4, 2014, pursuant to Local Rule 141.

11 DATED: February 3, 2014       Respectfully submitted,

       ROSEN BIEN GALVAN & GRUNFELD LLP

       By: */s/ Ernest Galvan*
           Ernest Galvan

       Attorneys for Plaintiffs

[1087277-1]

1
NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141