KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM PC |
| Plaintiffs, | **DECLARATION OF PATRICK R. McKINNEY IN SUPPORT OF JOINT STATEMENT ON DISCOVERY** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Patrick R. McKinney, declare as follows:

1. I am a Supervising Deputy Attorney General with the California Office of the Attorney General, attorneys of record for Defendants in this case, and I am licensed to practice in this Court. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I submit this declaration in support of the parties' joint statement on discovery in response to the Court's January 30 order.

1

Decl. Patrick McKinney Supp. Joint Statement on Discovery
(2:90-cv-00520 LKK JFM PC)

2. After the parties went off the record following the status conference on January 30, 2014, Plaintiffs' counsel Michael Bien told me that staff in his office accessed documents related to Inmate X's death through the secure FTP site in September 2013.

3. On January 31, 2014, I sent an email to Plaintiffs' counsel requesting that Plaintiffs correct the record and withdraw their allegation that information regarding the use-of-force incident was withheld from Plaintiffs. My email also summarized the discovery Defendants seek if the parties were unable to reach agreement concerning this allegation. A true and correct copy of my January 31 email to Plaintiffs' counsel with Inmate X's name redacted is attached as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on February 3, 2014.

                                  **/s/ Patrick R. McKinney**
                                  Patrick R. McKinney

CF1997CS0003

2

Decl. Patrick McKinney Supp. Joint Statement on Discovery
(2:90-cv-00520 LKK JFM PC)