**Exhibit 1**

## Maneesh Sharma

**From:** Patrick McKinney
**Sent:** Friday, January 31, 2014 12:46 PM
**To:** Bornstein, Jeffrey L. (Jeffrey.Bornstein@klgates.com) (Jeffrey.Bornstein@klgates.com)
**Cc:** Michael W. Bien; Jay Russell; Debbie Vorous
**Subject:** Coleman - Meet & Confer Correspondence

Mr. Bornstein:

After the parties went off the record following yesterday's status conference, Mr. Bien told me that Plaintiffs accessed numerous documents related to Inmate ▮ death through the secure FTP site in September 2013. The documents available included the Notice of Death (uploaded September 16, 2013) and the initial Report of Death (uploaded September 17, 2013), which specifically mentions the use-of-force incident. (*See* Jan. 17, 2014 Confidential Declaration of Michael W. Bien Ex. F.)

Plaintiffs did not notify the Court of these facts, which are directly contrary to the allegation in Plaintiffs' January 17 filing that the Court should inquire into "whether . . . underlying information about the use of force, was delayed in light of the pending enforcement motion trials or for any other reason". (Jan. 17, 2014 "Urgent Petition" at 2.) Based on Plaintiffs' acknowledgement that they accessed this information in September 2013, and thus had the opportunity to re-open discovery concerning Inmate ▮ before the start of the use-of-force hearing, we ask that you immediately withdraw any such claims and file a corrected Declaration from Mr. Bien reflecting the true dates Plaintiffs' first accessed all documents related to Inmate ▮.

If we cannot reach agreement that Plaintiffs will no longer pursue this allegation, then the following summarizes the discovery Defendants seek at this time:

1. Identify all Plaintiffs (including their counsel or related staff) who accessed the FTP site in September, October, or November 2013. Please identify each individual's name, current position, and dates of employment.

2. State the dates in September, October, or November 2013 the FTP site was accessed by each Plaintiff (including their counsel or related staff) identified in response to Request No. 1.

3. Identify all documents related to Inmate ▮ that were reviewed or downloaded by any Plaintiff (including their counsel or counsel's staff) identified in response to request No. 1 on any of the dates identified in response to Request No. 2.

4. Produce all email correspondence attaching or related to any documents identified in response to Request No. 3.

5. State all reasons why Plaintiffs decided not to bring issues related to use-of-force against Inmate ▮ before the Court during the evidentiary hearing but instead chose to wait until January 2014.

6. Identify the reporter referenced in Paragraph 2 of the January 17, 2014 Confidential Declaration of Michael W. Bien.

7. Identify all Plaintiffs (including their counsel or related staff) who spoke with the reporter identified in response to Request No. 6.

1

8. Produce all documents given to Plaintiffs (including their counsel or related staff) by the reporter identified in response to Request No. 6.

Thanks, Patrick

Patrick R. McKinney II
Supervising Deputy Attorney General
Direct: (415) 703-3035