KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-3035
 Fax:  (415) 703-5843
 E-mail:  Patrick.McKinney@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DEFENDANTS' SUPPLEMENTAL STATEMENT ON DISCOVERY** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

   Plaintiffs, through the Declarations of Michael Bien and Jane Kahn filed on February 3, 2014,[1] now admit that they received the information necessary to gain a fair understanding of the facts and circumstances concerning the death of Inmate X no later than September 25, 2013.  (See Supp. Decl. Michael Bien ¶ 5, ECF 5041; Decl. Jane Kahn ¶ 3, ECF 5042.)  The Court's January 30 order expressly limited discovery to "those issues on which there are disputes that go to issues

---

[1] The parties did not exchange declarations prior to last night's filing, consistent with their prior practice in filing joint statements.

1

relevant to matters pending before this court." (Jan. 30, 2014 Order at 2, ECF 5034.) Because there is no dispute that Plaintiffs had the necessary information prior to the start of the evidentiary hearing on Plaintiffs' use-of-force motion, there is no basis for any further inquiry into "whether relevant information concerning this death was withheld from plaintiffs or the court during the course of the evidentiary hearing which commenced on October 1, 2013." (*Id.*)

Further, because the parties have agreed that the Court may consider the reports concerning Inmate X's death and that "no additional discovery is necessary as to the facts of the underlying incident" (*see* Joint Statement at 1, ECF 5044), Defendants respectfully request that the Court close discovery and refer this back to the district judge for consideration of the reports.

Dated: February 4, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California

/s/ Patrick R. McKinney
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Supplemental Statement on Discovery
(2:90-cv-00520 LKK DAD PC)