DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
LINDA L. USOZ – 133749
MEGAN CESARE-EASTMAN – 253845
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:    (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:    (415) 864-8848

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

[1087276-1]

[PROPOSED] ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141

1    On February 3, 2014, Plaintiffs submitted to the Court by email a Request to File

2  Under Seal ("Request") a document entitled "Confidential Declaration of Jane Kahn in

3  Support of Plaintiffs' Urgent Petition for a Status Conference to Address Modified and

4  Delayed Suicide Report" ("Confidential Kahn Declaration").  The Confidential Kahn

5  Declaration's exhibits contain confidential class member information covered by the

6  protective order in this case.

7    Good cause appearing,

8    **IT IS HEREBY ORDERED**

9    1.    Plaintiffs' Request to File Under Seal "Confidential Declaration of Jane

10  Kahn in Support of Plaintiffs' Urgent Petition for a Status Conference to Address Modified

11  and Delayed Suicide Report" is GRANTED.

12

13  DATED:  February 4, 2014

14

15

16  _____

17  LAWRENCE K. KARLTON
    SENIOR JUDGE
18  UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141