| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>LORI E. RIFKIN – 244081<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 |

Attorneys for PLAINTIFFS

KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
DEBBIE VOROUS, State Bar No. 166884
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>        Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**ERRATUM TO JOINT STATEMENT CONCERNING DISCOVERY**<br><br>Chief Magistrate Judge Dale A. Drozd: Courtroom 27<br><br>Hearing Requested: |

ERRATUM TO JOINT STATEMENT CONCERNING DISCOVERY; 2:90-cv-0520 LKK DAD

SF-300673 v2

1  Plaintiffs herewith submit this Erratum and Corrected Joint Statement Concerning
2  Discovery Dispute to correct an editing error in Plaintiffs' portion of the Joint Statement filed on
3  February 3, 2014 as Docket No. 5044.
4  The correction is to the text at page 2, line 11 of Docket No. 5044, to remove the words
5  "not downloaded or otherwise reviewed" and replace them with the words "only downloaded as
6  part of routine file maintenance and not reviewed . . . ."

8  RESPECTFULLY SUBMITTED,

10  ROSEN BIEN GALVAN & GRUNFELD

12  Dated:  February 4, 2014          By:  */s/ Ernest Galvan*
                                          Ernest Galvan
                                          Attorneys for PLAINTIFFS

[1088151-1]

ERRATUM TO JOINT STATEMENT CONCERNING DISCOVERY; 2:90-cv-0520 LKK