1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California  94710-1916
   Telephone:   (510) 280-2621
4
5
6
7

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

8  JON MICHAELSON – 083815
   JEFFREY L. BORNSTEIN – 099358
9  RANJINI ACHARYA – 290877
   K&L GATES LLP
10 4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
11 Telephone:   (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:   (415) 864-8848

12

Attorneys for Plaintiffs

13

14                 UNITED STATES DISTRICT COURT

15               EASTERN DISTRICT OF CALIFORNIA

16

17  RALPH COLEMAN, et al.,

18           Plaintiffs,

19      v.

20  EDMUND G. BROWN, JR., et al.,

21           Defendants.

22

23

24

Case No. 2:90-cv-0520 LKK DAD

**DECLARATION OF MARGOT MENDELSON IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' POST EVIDENTIARY HEARING BRIEF RE PLAINTIFFS' MOTION RELATED TO HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION**

Judge:  Hon. Lawrence K. Karlton

25

26

27

28

[1088286-1]

1    I, Margot Mendelson, declare:

2    1.    I am an attorney admitted to practice law in California, a member of the bar

3  of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP,

4  counsel of record for Plaintiffs.  I have personal knowledge of the matters set forth herein,

5  and if called as a witness I could competently testify.  I make this declaration in support

6  of Plaintiffs' Response To Defendants' Post Evidentiary Hearing Brief Re Plaintiffs'

7  Motion Related To Housing And Treatment Of Seriously Mentally Ill Prisoners In

8  Segregation.

9    2.    On February 3, 2014, our office was copied on an email to Special Master

10  Lopes which attached the Annual Report of Suicides in the CDCR During 2012.  A true

11  and correct copy of that email is attached hereto as **Exhibit 1**.  A true and correct copy of

12  that report, which was prepared by Dr. Robert Canning and the Mental Health Program of

13  the Division of Health Care Services, is attached hereto as **Exhibit 2**.  Plaintiffs have no

14  knowledge as to when CDCR created the report, but it was produced to our office for the

15  first time on February 3, 2014 and contains information relevant to Plaintiffs' pending

16  Motion for Enforcement of Court Orders and Affirmative Relief Re:  Improper Housing

17  and Treatment of Seriously Mentally Ill Prisoners in Segregation.

18    I declare under penalty of perjury under the laws of the United States and the State

19  of California that the foregoing is true and correct, and that this declaration is executed at

20  San Francisco, California this 5th day of February, 2014.

21

22    */s/ Margot Mendelson*
    Margot Mendelson

23

24

25

26

27

28

[1088286-1]

1
DECL. OF MARGOT MENDELSON ISO PLS.' RESPONSE TO DEFS.' POST EVIDENTIARY HEARING BRIEF RE PLS.'
MOTION RE HOUSING & TREATMENT OF SERIOUSLY MENTALLY ILL PRISONERS IN SEGREGATION

# EXHIBIT 1

**Margot Mendelson**

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Monday, February 03, 2014 9:33 AM |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: CDCR 2012 Annual Suicide Report |
| **Attachments:** | CDCR 2012 Annual Report of Suicides.pdf |

---

**From:** Debbie Vorous
**Sent:** Monday, February 03, 2014 9:32:21 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** Kerry Courtney Hughes, MD; Patricia M. Williams; Haunani Henry; Mary Perrien; Henry D. Dlugacz; Kathryn Burns, MD, MPH; 'lholden@pldlaw.com'; Kristina Hector; Mohamedu Jones; Steve Raffa; kwalsh@pldw.com; Matt Lopes; Jeff Metzner; Jonelie Navarro; karlweaver@msn.com; kenneth.appelbaum@umassmed.edu; trougeux@hotmail.com; rod@roderickqhickman.com; cradavsky@gmail.com; lhayesta@msn.com
**Cc:** Steve Fama; Jane E. Kahn; Michael W. Bien; Elise Thorn; Debbie Vorous
**Subject:** CDCR 2012 Annual Suicide Report

February 3, 2014

Re: Coleman v. Brown

Special Master Lopes:

Attached is a copy of CDCR's 2012 Annual Report of Suicides as agreed to during the suicide prevention workgroup on January 23, 2014.

Thank you,
Debbie Vorous

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT 2

# ANNUAL REPORT OF SUICIDES
# IN THE CDCR DURING 2012

**Prepared by**

**Robert D. Canning, Ph.D.**
**Senior Psychologist, Specialist**

**Mental Health Program**
**Division of Health Care Services**

Across the United States, suicide is the fourth leading cause of death in state prisons, after heart disease, cancer, and liver disease.[1] The California Department of Corrections and Rehabilitation (CDCR) established a Suicide Prevention and Response Program in 1996, as part of the implementation of a comprehensive mental health services delivery system, as required by the *Coleman v. Brown* litigation. Since 1997, the CDCR Division of Health Care Services has systematically collected data on all deaths in California prisons. The Statewide Mental Health program collects a variety of data on demographic and historical variables, such as criminal offenses, the inmate's incarceration history, and mental health history and treatment. CDCR's Suicide Reviews (a.k.a. psychological autopsies) generate data from review of Central Files, Unit Health Records, various tracking logs, and incident reports, as well as interviews with clinical and custody staff, other inmates, and sometimes family members.

Each year, the Statewide Mental Health Program produces a report of findings from the previous year's suicide-related data. Meaningful data acquisition and analysis is a longitudinal process, and the reader is cautioned not to over-interpret the significance of apparent short-term trends based on data compiled for less than a five-year period.

## Overview of 2012 Suicides

A total of 32 suicides occurred among CDCR inmates in 2012. Thirty suicides occurred in 19 of CDCR's 33 in-state institutions. One inmate died by suicide at the Tallahatchie County Correctional Facility, an out-of-state facility operated by the Corrections Corporation of America under contract to CDCR. Additionally, an inmate died by suicide in the Department of State Hospitals (DSH) treatment program at Salinas Valley State Prison. Table 1 lists the number of suicides and the institutions where they occurred.

Historically, suicide attempts in institutions have been tracked by counting incident reports generated by custodial staff when an inmate suffers from a self-inflicted injury. As of April 2013, the Statewide Mental Health Program has begun a program to systematically collect and aggregate self-harm data from all institutions. This data will aid the statewide suicide prevention program by allowing it to better answer questions about the population of inmates who self-harm, including those who eventually die by suicide.

---

[1] Noonan, M.E. (2012). *Mortality in Local Jails and State Prisons, 2000-2010 - Statistical Tables.* (NCJ 239911) http://www.bjs.gov/index.cfm?ty=pbdetail&iid=4558.

Table 1. Frequency of Suicide by Institution, 2012

| Institution | Frequency |
|---|---|
| Salinas Valley State Prison | 5 |
| Folsom State Prison | 3 |
| San Quentin State Prison | 3 |
| Deuel Vocational Institution | 2 |
| Pleasant Valley State Prison | 2 |
| Richard J. Donovan Correctional Facility | 2 |
| Avenal State Prison | 1 |
| Calipatria State Prison | 1 |
| California Correctional Institution | 1 |
| California Institution for Women | 1 |
| California Medical Facility | 1 |
| Centinela State Prison | 1 |
| California State Prison, Corcoran | 1 |
| California State Prison, Los Angeles County | 1 |
| Mule Creek State Prison | 1 |
| California State Prison, Sacramento | 1 |
| Sierra Conservation Center | 1 |
| California State Prison, Solano | 1 |
| Salinas Valley Psychiatric Program (DSH) | 1 |
| Tallahatchie County Correctional Facility (COCF) | 1 |
| Wasco State Prison | 1 |
| Total | 32 |

Figure 1 below, shows the frequency of suicide by institution (and CDCR average) for the five-year period ending December 31, 2012.

Figure 1: Frequency of Suicide by Institution, 2008-2012



CDCR also tracks and reports deaths of inmates in the Mental Health Services Delivery System (MHSDS) that have occurred as a result of homicide, overdoses, or factors that may be identified as a mental health issue. In 2012, the Statewide Mental Health Program reported nine such deaths. These were subject to a Medical Death Review (by the federally-overseen California Correctional Health Care Services), and vetted through the Suicide Case Review suicide determination process. CDCR follows national and international standards (see attachment) for determining when a death should be labeled of suicide.

Table 2. Annual Frequency and Rate of Suicide, by Gender, 1993-2012*

| Year | Male | | | Female | | | Total | | |
|------|------------|------|------|------------|------|------|------------|------|------|
| | Population | Freq | Rate | Population | Freq | Rate | Population | Freq | Rate |
| 1993 | 108,302 | 29 | 26.8 | 7,232 | 0 | 0 | 115,534 | 29 | 25.1 |
| 1994 | 116,879 | 18 | 15.4 | 7,934 | 0 | 0 | 124,813 | 18 | 14.4 |
| 1995 | 122,514 | 22 | 18.0 | 8,828 | 0 | 0 | 131,342 | 22 | 16.8 |
| 1996 | 131,273 | 19 | 14.5 | 9,744 | 0 | 0 | 141,017 | 19 | 13.5 |
| 1997 | 141,669 | 18 | 12.7 | 10,837 | 0 | 0 | 152,506 | 18 | 11.8 |
| 1998 | 147,001 | 21 | 14.3 | 11,206 | 0 | 0 | 158,207 | 21 | 13.3 |
| 1999 | 150,581 | 24 | 15.9 | 11,483 | 0 | 0 | 162,064 | 24 | 14.8 |
| 2000 | 150,793 | 15 | 9.9 | 11,207 | 0 | 0 | 162,000 | 15 | 9.3 |
| 2001 | 150,785 | 29 | 19.2 | 10,712 | 1 | 9.3 | 161,497 | 30 | 18.6 |
| 2002 | 148,153 | 22 | 14.8 | 9,826 | 0 | 0 | 157,979 | 22 | 13.9 |
| 2003 | 150,851 | 37 | 24.5 | 10,080 | 0 | 0 | 160,931 | 37 | 23.0 |
| 2004 | 152,859 | 23 | 15.0 | 10,641 | 3 | 28.2 | 163,500 | 26 | 15.9 |
| 2005 | 153,323 | 37 | 24.1 | 10,856 | 0 | 0 | 164,179 | 37 | 22.5 |
| 2006 | 160,812 | 39 | 24.3 | 11,749 | 4 | 34.0 | 172,561 | 43 | 24.9 |
| 2007 | 161,424 | 33 | 20.4 | 11,888 | 1 | 8.4 | 173,312 | 34 | 19.6 |
| 2008 | 159,581 | 36 | 22.6 | 11,392 | 0 | 0 | 170,973 | 36 | 21.1 |
| 2009 | 156,805 | 25 | 15.9 | 11,027 | 0 | 0 | 167,832 | 25 | 14.9 |
| 2010 | 155,721 | 34 | 21.8 | 10,096 | 1 | 9.9 | 165,817 | 35 | 21.1 |
| 2011 | 150,690 | 33 | 21.9 | 9,381 | 0 | 0 | 160,071 | 33 | 20.6 |
| 2012 | 130,189 | 31 | 23.8 | 6,594 | 1 | 15.2 | 136,783 | 32 | 23.4 |
| 1993-2012 | 2,900,205 | 545 | 18.8 | 202,713 | 10 | 4.9 | 2,966,135 | 555 | 18.7 |
| 2003-2012 | 1,532,255 | 328 | 21.4 | 103,704 | 10 | 9.6 | 1,635,959 | 338 | 20.7 |

*Population figures are from the Offender Information Services Branch. From 1993 through 2010 the population figures are as of June 30, following the practice of the federal Bureau of Justice Statistics, and reflecting relatively stable institutional populations. From 2011 through 2012 the figures are average daily population which better reflects the institutional population during years with large declines of population (due to AB 109).

**Rate of Suicide**

The raw rate of suicides for CDCR in 2012 was 23.4 suicides per 100,000 inmates. This was an increase in the overall rate from 2011, when the rate was 20.6 per 100,000. The average overall rate of suicides in CDCR for the decade 2003 through 2012 was 20.7 (ranging between 14.9 in

2009 to 24.9 in 2006). Table 2 reports the frequencies and rates of suicide among California state prison inmates for twenty years from 1993 through 2012. Reported rates are not age-adjusted.

Caution should be exercised when making any comparisons of suicide rates between California and national or state estimates published by the Bureau of Justice Statistics since these rates are unadjusted for demographic factors. As plainly stated during the Three-Judge Panel trial, rates of death in prisons "will reflect the demographics of the prison population....Any comparison of mortality rates between prison systems that does not adjust for age...and other crucial factors such as gender, ethnicity, and length of stay is meaningless."[2]

## Demographic Characteristics

Demographic factors play a role in suicide prevention because suicide rates vary by gender, age, and race. Demographic characteristics can provide a starting point for understanding elevated risk, but are rarely, if ever, considered proximal causes of suicide.[3]

Gender:  Historically, male inmates in CDCR have committed suicide at much higher rates than female inmates. In the ten-year period ending with 2012, male CDCR inmate suicide rates (see Table 2) have ranged from 15.0 per 100,000 in 2004 (23 deaths) to 24.3 per 100,000 in 2006 (39 deaths). In 2012 there were 31 suicides of male inmates for an unadjusted rate of 23.8 suicides per 100,000 inmates. (Note that the rate for 2012 is higher than the rate for 2011, despite two fewer suicides in 2012.  This is due to the smaller population used to calculate the rate.) One female inmate died by suicide during 2012. The rate of female suicide deaths for 2012 was 15.2 per 100,000 inmates and for the ten-year period 2003-2012 it was 9.6 per 100,000.

Race/Ethnicity:  Cultural and ethnic characteristics play a role in deaths by suicide, both in the community and among inmate groups. Table 4 shows the proportion of suicides of inmates broken down by CDCR ethnic group for 2012, 2008-2012, and for the total CDCR population at the mid-point of 2012. Figure 2 graphically presents 2012 suicide deaths and the CDCR population broken down by ethnic group.

Table 4. Race and CDCR Suicides

|  | 2012 | 2003-2012 | 2012 Population* |
|---|---|---|---|
| Racial Group | % (N=32) | % (N=338) | % |
| African-American | 12.5 | 12.8 | 29.6 |
| Caucasian | 50.0 | 44.4 | 23.1 |
| Hispanic | 31.3 | 33.6 | 41.0 |
| Other | 6.3 | 9.2 | 6.3 |

*As of December 31, 2012*

Ten years ago Caucasian inmates comprised just over 30% of the CDCR population and despite a decline to less than a quarter of CDCR population, they have continued to commit suicide at

---

[2] Report of Arthur Rheingold ¶ 11. Docket No. 3231-7, *Coleman v. Schwarzenegger, No. 2:90-cv-00520,* filed October 30, 2008.
[3] Mościcki, E.K. (2001). Epidemiology of completed and attempted suicide: toward a framework for prevention. *Clinical Neuroscience Research, 1,* 310.

higher rates than inmates of other racial groups.[4] Hispanic inmates, whose proportion of CDCR inmates has risen by almost 13% in the last ten years, accounted for almost a third of the suicides in 2012, about the same as their ten-year average. The ten-year average rate of suicide among Caucasian inmates was 34 per 100,000, while that of Hispanic inmates over the same period was 18 per 100,000. In 2012, the rate of suicide for Caucasian inmates was 52 per 100,000 inmates while that for Hispanic inmates was 18 per 100,000, and for African-American inmates 10 per 100,000.

**Figure 2. Ethnicity and CDCR Suicides, 2012**



The proportion of deaths by suicide among male African-American inmates in 2012 (12.5%) was comparable to the ten-year average of 12.8% but less than half their corresponding proportion among the total inmate population (29.6%). African-American individuals historically have committed suicide at lower rates than Caucasian and Hispanic individuals, both in custody and in the community. The average rate of suicide among African-American inmates for the last ten years was nine per 100,000.

During 2012 two inmates of "Other" racial groups died by suicide in CDCR. Over the last ten years approximately three inmates of "Other" ethnicity have died by suicide annually in CDCR.

Twenty-nine inmates who committed suicide in 2012 identified English as their primary language. Spanish was the primary language for two inmates and a third spoke Hmong. Four Hispanic inmates and one Haitian inmate had active Immigration and Customs Enforcement holds at the time of their suicide.

Age: In 2012, the average age of inmates who died by suicide in 2012 was 41.5 years, while the average age of CDCR inmates was 38 years. Table 5 and Figure 3 present the distribution of suicides among five age groups compared to the overall proportion of CDCR inmates in each age group during 2012 and the ten years ending in 2012.

---

[4] It should be noted that the rates of suicides by Caucasians males 18 years and above are significantly higher than those for all other ethnic groups in the United States.

In the last ten years the age distribution of CDCR inmates has changed appreciably, as has the corresponding age distribution of inmates who die by suicide. Since the beginning of 2003, the proportion of CDCR inmates 45 years and older has increased by almost two-thirds (23% to 38%) and the corresponding proportion of older inmates who have died by suicide has increased from 19% to 31% – also a two-thirds increase. The 2012 rate of suicide among inmates 18 to 44 was 14.7 per 100,000 inmates, a decrease of 9% since 2003, while the rate for inmates 45 and older was 8.8 per 100,000, an increase of 77% in ten years.

Table 5. Age and CDCR Suicides

|  | 2012 | 2003-2012 | 2012 Population* |
|---|---|---|---|
| Age Group | % (N=32) | % (N=338) | % |
| 18-24 | 0.0 | 6.8 | 12.9 |
| 25-34 | 25.0 | 32.1 | 30.2 |
| 35-44 | 37.5 | 32.7 | 25.0 |
| 45-54 | 25.0 | 19.0 | 20.9 |
| 55+ | 12.5 | 8.9 | 10.9 |

*As of December 31, 2012*

**Figure 3. Age group and statewide CDCR population, 2012**



Education, Employment, and Marital Status:  In studies of community populations, education and employment factors have not been identified as significant risk factors for suicide. In prison populations, these variables may have different meaning. For instance, inmates with higher educational attainment may be able to cope better with complex and stressful circumstances, and thus gain a protective value from their education. Both in the community and in the prison setting, employment can be an important protective factor – a fact not always evident until the job is lost, sometimes with disastrous consequences.

During 2012, of the 32 inmates who committed suicide, 94% completed at least some high school education and 44% had finished high school or earned a General Equivalency Diploma. Additionally, one inmate had post-high school education. The median number of years of

education was eleven. (Estimates of educational attainment used for this report are derived from inmate self-reports contained in electronic Unit Health Records and Central Files, and should be thought of as rough estimates.)

Among the inmates who committed suicide in 2012, 53% had five or more, and 25% had 10 or more years of employment in the community. On the other hand, 19% (six) were listed by evaluators as having no work experience. Almost two-thirds worked as unskilled laborers and six were skilled workers in the community.

Married inmates may obtain positive social support from their relationship with a spouse; however, the psychological pain of separation from a spouse may increase an inmate's isolation and thus their vulnerability to self-harm.[5] Among the 32 inmates who died by suicide during 2012, 13% (4) inmates were married at the time of their deaths and 88% (28) were listed as single, divorced, separated, or widowed. These frequencies are in line with totals from the last decade, during which less than 15% of inmates who committed suicide were married at the time of their death.

**Temporal Factors**

Over the last ten years, on average, the trend has been for the middle third of the year (May through August) to have higher number of deaths by suicide than the first or last third. Typically almost 40% of suicides occur during the four month period of late spring and summer (May through August). Figure 4 displays the 2012 monthly distribution of suicides compared to the ten-year average, 2002-2012.

**Figure 4. Frequency of Suicide by Month, 2012 and 10 Year Average**



---

[5] Fazel, S., Cartwright, J., Norman-Nott, A., & Hawton, K. (2008). Suicide in prisoners: A systematic review of risk factors. *Journal of Clinical Psychiatry*, *69*, 1721.

Although the general pattern held again in 2012, the months of May through August saw 21 suicides, or almost two-thirds of the total for the year. Other than this increase in late spring and summer, the frequency of suicides in 2012 did not significantly vary by day of week, or month. In 2012 it was more likely that an inmate committed suicide during the four-month period, May through August than either the first third of the year, or the last.

Historically suicides among CDCR inmates have not clustered in the holiday months of November and December. In 2012, 13% of suicides occurred during those two months, compared to a ten-year average of 16%.

The time of day suicide deaths are discovered has not revealed any notable trends in past years, dispelling the common belief that inmate suicides are more likely to happen at night. In reports of this type, time is often examined by dividing the day into quarters. The first and last quarters of the day represent the night hours, and the second and third quarters represent the daylight hours. In 2012, 59% of the suicides were discovered during daylight hours, which is a higher percentage than 2011 when less than half of the suicides were discovered during daylight (see Table 6). It should be noted, however, that the correspondence between time of discovery and actual time of suicide is uncontrolled, because the exact time of the suicidal act is almost always unknown.

Table 6. Time of Day

| Time Period | N |
| --- | --- |
| 0000 – 0600 | 7 |
| 0600 – 1200 | 9 |
| 1200 – 1800 | 10 |
| 1800 – 2400 | 6 |

The watch or shift during which a suicide was discovered was examined separately; because inmates contemplating suicide might be expected to choose times when the fewest staff may be present (First Watch – 2200-0600 hours). As Table 7 shows, in 2012, 31% (10) of suicides were discovered during the second watch, when the majority of institutional staff is present.

Table 7. Time of Discovery

| Watch | N |
| --- | --- |
| 1st Watch  (2200-0600) | 11 |
| 2nd Watch (0600 – 1400) | 10 |
| 3rd Watch (1400 – 2200) | 11 |

Day-of-the-week has not been a significant temporal variable for suicide prevention planning. In 2012 Monday and Friday had the fewest suicides (three) and Tuesday the most (six). Ten suicides occurred on weekends, when staffing is reduced, which is similar to data over the last decade.

**Sentencing and Term Issues**

The length of an inmate's sentence, the actual years left to serve, or the time until the next opportunity for release by the Board of Parole Hearings, may interact with other risk factors to increase an inmate's vulnerability to suicidal thinking and behavior. For instance, among inmates

imprisoned for many years, social networks may disappear and the prospect of parole may become more anxiety-provoking, leading to a loss of hope and meaning. On the other hand, inmates who are within the first few years of a long (or indeterminately long) sentence may lose hope and become demoralized leading to thoughts of death. Additionally, the age of an inmate and the amount of time left to serve may be a meaningful interaction. For example, a ten-year sentence for a 25 year-old inmate has vastly different meaning than the same sentence for an inmate in his late 50s.

In 2012, fourteen (44%) inmates who died by suicide were serving life sentences or were condemned. Of these fourteen inmates, ten had life sentences with the possibility of parole, two were serving life-without-parole, and two were condemned. Two of the "life-with" inmates had sentences of 40 years to life. Both condemned inmates had served more than five years on death row at the time of their death. Two additional inmates with long terms (one of 22 years and another of 50 years) died by suicide before their first year in CDCR had elapsed. No third-strike inmates died by suicide in 2012.

Overall, compared to the proportion of inmates with life terms in CDCR as a whole (25.2%), inmates with life terms (44%) were overrepresented among those inmates who died by suicide in 2012 (Table 8). Inmates with long (>10 years) or life-term sentences comprised greater than 80% of the suicides in 2012.

Table 8. Length of Sentence

| Sentence | N | % |
|---|---|---|
| 1 – 5 years | 3 | 9 |
| 6 – 10 years | 3 | 9 |
| 11 – 20 years | 6 | 19 |
| 20+ years | 6 | 19 |
| Indeterminate Life (may parole) | 10 | 31 |
| Life without possibility of parole | 2 | 6 |
| Condemned | 2 | 6 |

In addition to length of sentence, the actual time left to serve (see Table 9) may have a bearing on the inmate's vulnerability to suicidal thinking and behavior. Inmates with determinate sentences and who died by suicide in 2012 had a wide range of time remaining in their sentences (12 months to 51 years). The median time remaining to serve was eight years. Three inmates had greater than ten years remaining to serve at the time of their suicide.

Table 9. Time Remaining to Serve

| Time to serve | N | % |
|---|---|---|
| 12 months or less | 0 | 0 |
| 1-5 years | 4 | 12 |
| 6-10 years | 2 | 9 |
| 11-15 years | 4 | 12 |
| More than 15 years (incl. Lifers) | 20 | 57 |

Inmates serving their first term in CDCR have consistently been overrepresented among inmate suicides. In 2012, 53% (17) of the inmates who died by suicide were serving their first term in a

California prison, although the range of time served was weeks to almost three decades. Of these, 41% were also serving life terms.

Another subgroup of inmates who died by suicide had been in CDCR's custody for a short time, supporting the idea that poor adjustment to prison is a risk factor for suicide. In 2012 four inmates (13%) had served one year or less at the time of their death (compared to 20% of CDCR population who were new admissions during 2012). Thirty-four percent (11) of inmates who died by suicide in 2012 had served over ten years in CDCR custody at the time of their death. Table 10 presents information about time served.

Table 10. Time Served at time of Death

| Time Served | N | % |
|---|---|---|
| 0 to 12 months | 4 | 13 |
| 13 to 60 months | 4 | 13 |
| 61 to 120 months | 13 | 41 |
| 121 to 240 months | 6 | 19 |
| Greater than 240 months | 5 | 16 |

**Criminal History**

Over time, there has been a strong association between violent criminal history and inmate suicides in CDCR. This is consistent with the literature on suicide, which documents a clear association between violent behavior and risk for suicide. In 2012, as in the past, a large majority of inmates (84%) who committed suicide had been sentenced for a violent crime, a larger percentage than in the male CDCR inmate population as a whole (70% of whom have been sentenced for a crime against a person). In 2012, 9% (3) of the 32 inmates who died by suicide had sexual offense histories.

Fifty-three percent (17) had some sort of gang affiliation – either in the past in prison, currently, or in the community. In addition, 18% (3) of the 17 had also been involved with youth gangs. While gang affiliation can be a protective factor in that the inmate has a social community within the prison environment, the demands of gang membership may also be stressful and in fact gang issues and safety associated with gang culture have been implicated in a number of CDCR suicides over the years.

Table 11. Case Factors

| Factor | N | % | % of Total Male Population |
|---|---|---|---|
| Violent Crime* | 28 | 85 | 70 |
| Sex Offense History** | 3 | 9 | 16 |
| Gang Affiliation or History | 17 | 53 | n/a |
| Juvenile History | 14 | 44 | n/a |

* Crimes against persons
** PC 290 registration required

Over the past decade, the proportion of inmates with a juvenile criminal justice history has been rising. Over the past several years, at least 40% of inmates who committed suicide had some

history of juvenile crime. In 2012, just over 44% of inmates (14) who died by suicide had a documented history of juvenile crime.

Criminal history factors are summarized in Table 11. Where the information was available, comparisons were made with the total inmate population.

**Institutional Programming, Custodial Factors, & Classification**

Historically, few inmates who commit suicide have had vocational or educational assignments at the time of their death. In 2012, of the 15 inmates who were eligible for assignment to prison jobs or education programs, seven were assigned at the time of their deaths, a higher proportion than in recent years.

Table 12. Suicides and Classification Level*

| Classification Level | N | % | % of Total Population |
|---|---|---|---|
| II | 8 | 25 | 33 |
| III | 4 | 13 | 34 |
| IV | 20 | 63 | 23 |

*The total does not include two Reception Center inmates and the one female inmate who died by suicide since female inmates in CDCR are not classified.

CDCR's inmate classification system reflects demographic, historical, and case factors, including the risk of violent behavior. Inmates with higher violence potential are typically placed in higher security settings. Over the years, inmates who commit suicide have been consistently overrepresented at the highest classification level (Level IV) when compared to the total male inmate population (see Table 12 and Figure 5).

**Figure 5. Percent of Inmate Suicides and Total CDCR Population, By Custody Level, 2012**



In 2012, 63% (20) of classified inmates who died by suicide were classified at Level IV, in contrast to 23% of the total male population classified as Level IV. Four inmates who died by suicide were Level III and eight were Level II.

**Housing**

Housing issues, particularly whether an inmate is housed alone or in segregated housing, have figured prominently in inmate suicides. The percentage of total suicides occurring in Administrative Segregation Units (ASU) from the beginning of 2000 to the end of 2012 (see Figure 6), has varied from a high of 69% in 2004, to a low of 20% in 2000. By contrast, an analysis of suicides of inmates in the Federal Bureau of Prisons in the 1980s and 1990s found that 63% occurred in segregated housing units.[6] Over the thirteen-year timeframe, the average percentage in CDCR was 39%, and the trend has been flat despite the peaks and valleys.[7]

In 2012, 34% (11) of total suicides were housed in CDCR's ASU at the time of their death. (On average, 5% of the total inmate population is housed in ASU at any given time.) Two inmates were housed in Condemned housing, where inmates are housed alone and procedures are similar to other segregated housing units. Additionally, two inmates committed suicide while housed in Security Housing Units (SHU). One inmate was in his first month in a DSH treatment program at the time of his death. Of the remaining 16 inmates, 15 were housed in mainline housing at the time of their death and one was in a Reception Center.

Three of the 11 inmates housed in ASU at the time of their death were originally placed there for safety reasons. (It is important to note, however, that in some cases the reasons for housing in ASU actually involve multiple issues of discipline, safety, ongoing court processes, gang affiliation, and so forth.)

Table 13. Housing

| Type of Housing | N | % |
|---|---|---|
| Administrative Segregation | 11 | 34 |
| Mainline Housing | 16 | 50 |
| Security Housing Unit | 2 | 6 |
| Dept. of State Hospitals | 1 | 3 |
| Condemned | 2 | 6 |

Over the years, the vast majority of suicides have occurred when inmates are alone in a cell (whether they have an assigned cellmate or not). This is true for inmates housed in ASU, where, typically, inmates are typically housed alone for the first ten days while awaiting their first Institutional Classification Committee (ICC) meeting.

---

[6] White, T.W., Schimmel, D.J., & Frickey, R. (2002). A comprehensive analysis of suicides in federal prisons: A fifteen-year review. *Journal of Correctional Health Care 9*: 321.

[7] Administrative Segregation Units are not the only type of segregated housing CDCR maintains. Security Housing Units, Psychiatric Services Units, and units for condemned inmates are also operated as segregated housing. The total population of inmates housed in these other segregated units is approximately 4,400 inmates (male and female) – a little more than half the number of inmates housed in Administrative Segregation Units statewide.

Figure 6. Percent of Total Suicides Occurring in Administrative Segregation Units, 2002-2012



In 2012, 29 of the 32 inmates who died by suicide were alone at the time of their death. Of those housed in "celled" mainline settings 13 were alone for a variety of reasons: their cellmate was at work or yard; compatible cellmates were not available; a cellmate had not yet been assigned; their cellmate had recently moved; or in one case, the inmate had a history of in-cell violence. Two cellmates were in the cell at the time of death and one inmate committed suicide in a dormitory setting.

In ASU all eleven inmates who died by suicide were single-celled at the time of their death. Two were housed alone for safety reasons; two had had recent fights with cellmates; four had not yet been assigned a cellmate; two died prior to their first appearance before the ICC where cellmate decisions are typically made; and one was housed in a unit that only had single-cells.

The remaining inmates were all housed alone at the time of their death because of administrative policies (condemned unit and DSH), physical plant limitations (CMF), or a history of in-cell violence (two SHU inmates). A recent review of studies of prison and jail suicide found that housing inmates alone was a significant risk factor for suicide.[8]

CDCR continues to treat segregation units as high-risk environments for vulnerable inmates, particularly during the period soon after placement. ASU suicides (and segregated housing in general) continue to account for a disproportionate number of suicides compared to the overall percentage of CDCR inmates housed in these units (about 5-6% of CDCR inmates). Data collected by the Statewide Mental Health Program show that many suicides among ASU inmates

---

[8] See Fazel, et al. (2008), Table 1, which shows single cell occupancy having the second highest odds ratio among risk factors reviewed.

have occurred within hours or a few days of placement. For this reason, CDCR has undertaken targeted initiatives to screen and monitor inmates during their first days in ASU.

In 2012, three inmates had been in ASU for less than one month at the time of their death – one for only six days. The median length of stay in ASU before suicide was 26 days. One inmate had been housed in segregated settings (SHU and ASU) for over a year, although he had also spent some of that time in inpatient mental health treatment.

**Suicide Methods**

By far, the most common method of suicide in California prisons (and among correctional systems worldwide) has been hanging. This tendency is associated with the easy access to the means for hanging, e.g. sheets, shoelaces, towels, articles of clothing, etc. From conversations with inmates it is a well-known fact that hanging is a simple and easy way to end one's life. (It should be noted that hanging in prison is often actually "self-strangulation," accomplished by simply leaning into a ligature until consciousness is lost.)

In 2012, 91% (29) of suicides were completed by hanging with some type of ligature. Attachment sites included bunks (10), ventilation grills (6), light fixtures (3), and bookshelves (2). Other attachment sites included a locker, electrical conduit, desk, a ladder, and a cell door. One additional inmate died by laceration (and subsequent exsanguination) and two by asphyxiation. The eleven suicides completed in segregated housing were by hanging with various attachment sites: bunks (4), ventilation grill (5), cell doors (3), a light fixture, and a desk.

**Mental Health Factors**

As in the community at-large, a history of suicide attempts and current or past mental health treatment rank among the top risk factors for suicide for prison inmates. Other significant mental health-related risk factors include psychiatric diagnoses and substance abuse.[9] Tables 14 and 15 detail information about various mental health and substance abuse factors among those inmates who died by suicide in 2012.

Record reviews and interviews suggested that prior to entering prison, 34% of inmates who died by suicide in 2012 had a history of suicidal behavior in the community, ranging from talking about or threatening suicide to making multiple attempts. Thirty-four percent of the inmates who completed suicide in 2012 had made one or more suicide attempts while in CDCR custody, and of these, six also had a history of suicidal behavior outside state prison. Overall, 50% of inmates had some history of suicidal behavior, either in the community or in CDCR custody.

One-quarter of inmates who died by suicide in 2012 had some possible evidence of two or more suicide attempts – either in CDCR or in the community – suggesting they experienced a more serious level of psychopathology.[10] All of these multiple attempters were participants in the MHSDS at the time of their death. One was in a DSH facility, three were being treated at the

---

[9] See Mościcki (2001), for a discussion of psychiatric risk factors in the community, and Fazel et al. (2008) for a discussion of risk factors among prison inmates.

[10] Forman, E.M., Berk, M.S., Henriques, G.R., Brown, G.K., & Beck, A.T. (2004). History of multiple suicide attempts as a behavioral marker for severe psychopathology. *American Journal of Psychiatry, 161*. 437.

Enhanced Outpatient Program (EOP) and four at the Correctional Clinical Case Management (CCCMS) level of care at the time of their death. Of the remaining eight inmates who had a history of one suicide attempt, six were participants in the MHSDS at the time of their death (two EOP and four CCCMS).

Table 14. Mental Health History

| Factor | N | % |
|---|---|---|
| Treatment History (including jail) | 4 | 13 |
| Suicide History before CDCR | 11 | 34 |
| Suicide Attempts in CDCR | 11 | 34 |
| Any Suicide History | 16 | 50 |
| Multiple Attempters | 8 | 25 |
| Substance Abuse History | 30 | 94 |

Ninety-four percent of the inmates for whom information was known and who committed suicide in 2012 had a known history of illegal drug use or substance abuse, either by self-report, chart review, or criminal record. Substance abuse is a known risk factor for suicide among individuals in the community. However, because a high percentage of inmates in general have a drug history, its utility as a discriminating characteristic of suicide risk in correctional settings is limited.

From 2003 through 2012, 59% of suicides were committed by inmates who were participants in CDCR's Mental Health Services Delivery System (MHSDS) at the time of their death. Fifty-six percent (18) of inmates who died by suicide in 2012 were participants in the MHSDS at the time of their deaths. Twelve were at the Correctional Clinical Case Management level of care, five were being treated at the more intensive Enhanced Outpatient Program level, and one was at a DSH treatment program. One inmate who committed suicide in 2012 had previously been a participant in the MHSDS, but was not in active treatment at the time of his death. Over the last decade, the proportion of inmates participating in the MHSDS has averaged above 20% of the inmate population.

Information regarding mental health history of inmates prior to entering prison is often based on inmate self-report, documentation, or court documents. Previous mental health treatment outside of CDCR was noted for 22% (7) of inmates completing suicide in 2012. This proportion has varied over the years, with 2012 being the lowest percentage and 2009 being the highest, with 80% having a history of mental health treatment in the community. The median percentage since 2002 is 53%.

Inmates who died by suicide in 2012 and were participants in the MHSDS were grouped by primary diagnosis. Many inmates had more than one diagnosis, but only the final primary diagnosis was used in this tally. Also included were diagnoses of the one inmate who had previously been a participant in the MHSDS, but was not receiving treatment at the time of his death. Mood disorders were most prevalent among inmates currently and previously participating in the MHSDS who died by suicide in 2012. Almost 60% of inmates committing suicide in 2012 suffered from either psychotic disorders (schizophrenia, schizoaffective, and other psychotic disorders) or mood disorders (Major Depressive Disorder, Bipolar Disorder, and others). Nine inmates had diagnoses noted on Axis II – Personality Disorders.

Table 15. Psychiatric Diagnosis

| Primary Diagnosis | N | % |
|---|---|---|
| Any DSM Disorder | 19 | 59 |
| Any Mood Disorder | 11 | 34 |
| Any Psychotic Disorder | 7 | 22 |
| Other Diagnoses incl. Adjustment disorder | 1 | 3 |
| No diagnosis | 13 | 41 |

Thirty-four percent (11) of inmates who died by suicide in 2012 had serious medical problems (including six with chronic pain) noted by reviewers.

Twenty-eight percent (9) of inmates who committed suicide left a suicide note or letter, with themes ranging from frustration to despair. In many cases there was no clear precipitant for the suicide, and staff were often surprised. Fear and/or loss characterized most of the suicides for which motives could be speculated.

**Summary**

In 2012 there were 32 verified suicides among CDCR inmates. This was a decrease from 2011 when 33 inmates died by suicide while in CDCR custody. There has been a general decline in the annual frequency of suicide in CDCR since the high of 43 suicide deaths in 2006. On average over the past decade, almost 34 inmates have committed suicide each year while in CDCR custody. The rate of 23.4 suicides per 100,000 inmates for the year was higher than the ten-year average of 20.7 suicides per 100,000 inmates and the rate for U.S. state prisoners published by the Bureau of Justice Statistics.

Suicides occurred at 19 institutions including an out-of-state facility and a DSH treatment program. Three institutions accounted for one-third of the total suicides in 2012. One institution had five suicides, two had three, three had two, and the remaining all had one.

As in other years, in 2012 Caucasian inmates had the most suicide deaths, followed by Hispanic inmates, then African-American inmates, and lastly the heterogeneous group called "Other," which often includes Asian-American inmates as well as inmates of Native American heritage and other racial/ethnic groups.

Over the past ten years, including 2012, neither season, day of week, or time of day has appeared to be associated with an increase in the frequency of suicides in CDCR.

Inmates with long (>10 years) or life sentences (including condemned) comprised more than 80% of the deaths by suicide in 2012. Eighty-five percent of inmates who died by suicide had committed a violent crime, 9% had sex offenses, and 53% were present or former gang members. Forty-four percent of those who died by suicide had a history of juvenile crime.

Seven of 15 eligible inmates (47%) who died by suicide in 2012 had a job or assignment, a higher percentage than most years. As in past years, level IV inmates were over-represented among suicides, comprising just over 60% of classified inmates who died by suicide, compared

to only 19% of the total CDCR population. Thirty-four percent of suicides occurred among inmates in Administrative Segregation Units and another 12% were housed in Security Housing Units or condemned housing.

Mental health factors figured prominently in 2012 suicides.  Fifty percent of inmates who died by suicide had a history of suicidal behavior either in the community or in CDCR.  Unlike most years, only 13% had mental health treatment prior to entering CDCR. As in most years, the vast majority (88%) had a history of substance abuse or dependence.

Fifty-six percent of those who committed suicide in 2012 were participants in the MHSDS at the time of their death.  More than a third had a mood disorder diagnosis and almost one-quarter had a psychotic disorder diagnosis. Fifty-nine percent qualified for a DSM-IV psychiatric diagnosis.

The vast majority of suicides by inmates, as in previous years, were accomplished by hanging and a majority of inmates were celled alone at the time of their death.  Finally, a little more than 25% of inmates left suicide notes.

ATTACHMENT 1

**Suicide Determination Guidelines**

The CDCR adheres to the standard definitions adopted by the international and national entities cited below.  In cases where the cause of death is due to a drug overdose or uncertain cause, the CDCR will determine whether a preponderance of evidence indicates that suicide was intended, such as presence of a suicide note, clinical documentation that an inmate had thoughts of suicide, or a determination by the local Coroner that the death was a suicide.  Otherwise, the death will not be considered a suicide.

**Standard Definitions:**

World Health Organization (WHO):  Suicide is the result of an act deliberately initiated and performed by a person in the full knowledge or expectation of its fatal outcome.

National Violent Death Reporting System (NVDRS), Centers for Disease Control and Prevention:  A death resulting from the intentional use of force against oneself.  A preponderance of evidence should indicate that the use of force was intentional.  (Use of force is broadly defined, to include drug use.)

Specific scenarios that should be classified as suicide:

o  A person committed a suicidal act, then changed his mind, but still died as a result of the act.

o  A person intended only to injure rather than kill himself- "Russian roulette" played voluntarily with a firearm.

o  Assisted suicide including passive assistance to the decedent, e.g., supplying only information or means needed to complete the act

o  Intentional, self-inflicted deaths committed while under the influence of a mind-altering drug taken voluntarily.

o  Intentional, self-inflicted deaths committed while under the influence of a mental illness.

Specific scenarios that should NOT be classified as suicide (The preferred NVDRS category is shown in parentheses.):

o  The physical consequences of chronic substance abuse, including alcohol or drugs (natural death).

o  Acute substance abuse including alcohol or drugs with less that a preponderance of evidence of intent to use the substance(s) against oneself (undetermined or unintentional injury or death).

o  Death as a result of autoerotic behavior, e.g., self-strangulation during sexual activity (unintentional injury death).