UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

At the conclusion of the evidentiary hearing on December 19, 2013, the court granted defendants thirty days to file a motion regarding their mental health bed plan and plaintiffs fifteen days thereafter to respond. Reporter's Transcript re: Evidentiary Hearing (RT) at 3752:9-3753:3. Defendants filed their motion on January 21, 2014 (ECF No. 4984) and plaintiffs responded to the motion on February 5, 2014 (ECF No. 5052).

After review of the papers, and good cause appearing, IT IS HEREBY ORDERED that defendants are granted fifteen days from the date of this order in which to file and serve a reply brief.

DATED: February 6, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT