1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   PATRICK R. MCKINNEY
3  Supervising Deputy Attorneys General
   DEBBIE VOROUS, State Bar No. 16688
4  SAHAR NAYERI, State Bar No. 275246
   Deputy Attorneys General
5  State Bar No. 275246
      455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5337
7    Fax:  (415) 703-1234
     E-mail:  Sahar.Nayeri@doj.ca.gov
8  *Attorneys for Defendants*

9

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SACRAMENTO DIVISION

14

15

16  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK DAD PC

17                          Plaintiffs,    **Defendants' Objections And Request to
                                           Strike Plaintiffs' Response to Defendants'**
18          v.                             **Post-Trial Brief RE: Plaintiffs' Motion
                                           Related to Housing and Treatment of**
19  **EDMUND G. BROWN JR., et al.,**        **Seriously Mentally Ill In Segregation**

20                          Defendants.

21

22          On May 6, 2013, Plaintiffs filed a motion for affirmative relief concerning the housing of

23  class members in segregated housing units.  (ECF No. 4580.)  During evidentiary hearings on

24  Plaintiffs' motion held between November 19, 2013 and December 19, 2013, the Court heard

25  testimony from eleven witnesses.  The evidence presented to the Court proved: (1) conditions in

26  segregation units of the California Department of Corrections and Rehabilitation (CDCR) do not

27  violate the Constitution; (2) CDCR clinicians provide appropriate mental health treatment to

28  inmates in segregated housing; and (3) the relief Plaintiffs seek would impair CDCR's ability to

                                           1

1  construct effective, flexible, and sustainable programs benefiting inmates with mental health

2  conditions.  (Defs.' Post Evidentiary Hearing Brief re Plfs.' Mot. for Affirmative Relief (Defs.'

3  Post-Trial Brief), ECF No. 4988.)

4       On the last day of the hearing, the Court requested simultaneous post-hearing briefs of "no

5  more than 30 pages" to be submitted within 30 days.  (Evidentiary Hearing Tr., Dec. 19, 2013,

6  3751:22-24 & 3752:15-18.)  The Court stated: "30 pages.  That's all.  I'm not going to have

7  closing.  I'm just going to have that.  If I think that there is a need for further briefing or

8  argument, I will set it . . . ."  (*Id*. at 3752:3-6.)  Plaintiffs' counsel agreed (*id*. at 3752:15-19), and

9  did not ask the Court for an opportunity to respond to Defendants' post-trial brief after it was filed

10 either during or following the hearing.

11      The parties filed post-trial briefs consistent with the Court's order on January 21, 2014.

12 (Defs.' Post-Trial Brief; Plfs.' Post-Trial Brief re Plfs.' Mot. for Affirmative Relief (Plfs.' Post-

13 Trial Brief), ECF No. 4985.)  On February 5, 2014, contrary to the Court's December 19 order

14 and without seeking leave of court, Plaintiffs filed a 19-page "response" to Defendants' Post-Trial

15 Brief.  (Plfs.' Response to Defs.' Post-Trial Brief (Plfs.' Response), ECF No. 5051.)

16 Plaintiffs' response violates the Court's December 19 order, and should be stricken.  In addition,

17 Plaintiffs' response discusses several issues previously addressed in their post-trial brief, as well

18 as their underlying motion for affirmative relief, Defendants' opposition to the motion, and

19 Plaintiffs' reply.  Based on the Court's December 19 order, Defendants reasonably concluded that

20 post-hearing briefing on Plaintiffs' segregated housing motion was limited to a single, 30-page

21 brief.  If the Court is inclined to consider Plaintiffs' response, Defendants request a further

22 briefing schedule so that they may respond on the merits.

23 ///

24 ///

25 ///

26

27

28

1 | Dated:  February 10, 2014                              Respectfully submitted,

2 |                                                         KAMALA D. HARRIS
  |                                                         Attorney General of California
3 |                                                         JAY S. RUSSELL
  |                                                         Supervising Deputy Attorney General
4 |                                                         PATRICK R. MCKINNEY
  |                                                         Supervising Deputy Attorney General
5 |

6 |
  |                                                         /s/ Sahar Nayeri
7 |                                                         SAHAR NAYERI
  |                                                         Deputy Attorney General
8 |                                                         *Attorneys for Defendants*

9 | CF1997CS0003
  | Defs.' Objection to Plfs.' Response to Defs.' Post-Trial Brief re ASU.doc
10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Defs.' Objections to Plfs.' Response to Defs.' Post-Trial Brief Re Segregation (2:90-cv-00520 LKK DAD PC)

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.    **2:90-cv-00520 LKK DAD PC**

I hereby certify that on **February 10, 2014,** I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Defendants' Objections And Request to Strike Plaintiffs' Response to Defendants' Post-Trial Brief RE: Plaintiffs' Motion Related to Housing and Treatment of Seriously Mentally Ill In Segregation**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 10, 2014**, at San Francisco, California.

|  |  |
|---|---|
| M. Luna | /s/ M. Luna |
| Declarant | Signature |

40888996.doc