| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:   (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California  94104-4244<br>Telephone:   (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANTS' POST-TRIAL BRIEF RE: PLAINTIFFS' MOTION RELATED TO HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL IN SEGREGATION**<br><br>Judge:  Hon. Lawrence K. Karlton |

[1094647-1]

1   On December 19, 2013, the Court issued a minute order with the following
2   statement: "Parties are required to brief the argument in no more than 30 pages; responses
3   due 15 days thereafter." Dkt. 4972. This Order was consistent with the Court's statement
4   on the last day of hearing that it would set the briefing schedule as it determined to be
5   appropriate. *See* Evidentiary H'ng Tr., Dec. 19, 2013, at 3752:3-6 ("If I think that there is
6   a need for further briefing or argument, I will set it . . . .").

7   Consistent with the Court's Order, Plaintiffs and Defendants filed post-trial briefs
8   on January 21, 2014. Fifteen days later, Plaintiffs filed a response brief – in compliance,
9   again, with the Court's Order. *See* Pls.' Response to Defs.' Post-Trial Br., Dkt. 5051, filed
10  Feb. 5, 2014.

11  Defendants have also provided no justification for a further briefing schedule,
12  which would unnecessarily delay resolution of Plaintiffs' urgent motion for relief and give
13  Defendants an unfair advantage by allowing them to reply to both Plaintiffs' post-trial
14  brief and Plaintiffs' response brief. Accordingly, Plaintiffs respectfully request that the
15  Court deny Defendants' request to strike and accept no further briefing.

DATED: February 10, 2014        Respectfully submitted,

                                ROSEN BIEN GALVAN & GRUNFELD LLP

                                By: */s/ Margot Mendelson*
                                    Margot Mendelson

                                Attorneys for Plaintiffs

[1094647-1]

PLS.' OPPOSITION TO DEFS.' REQUEST TO STRIKE PLS.' RESPONSE TO DEFS.' POST-TRIAL BRIEF RE:
PLS.' MOTION RE HOUSING & TREATMENT OF SERIOUSLY MENTALLY ILL IN SEGREGATION

1