KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 16688
SAHAR NAYERI, State Bar No. 275246
Deputy Attorneys General
State Bar No. 275246
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE RE: MOTION RELATED TO HOUSING AND TREATMENT OF SERIOUSLY MENTALLY ILL IN SEGREGATION** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

Defs.' Reply to Re: Resp. to Post-Trial Brief on Segregated Housing Motion (2:90-cv-00520 LKK DAD PC)

In objecting and moving to strike Plaintiffs' response to closing brief on Plaintiffs' segregated housing motion, Defendants relied on the Court's statements concerning briefing made during the hearing, rather than the clerk's subsequently issued minute order. (*See* Evidentiary Hearing Tr., Dec. 19, 2013, 3751:22-24 & 3752:3-6.) In the event that the clerk's minutes are, as Plaintiffs argue, an order scheduling further briefing, Defendants request fifteen days leave in which to file a response to Plaintiffs' closing brief.

Dated: February 11, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY S. RUSSELL
Supervising Deputy Attorney General
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/s/ Jay C. Russell*
JAY C. RUSSELL
Supervising Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

Defs.' Reply to Re: Resp. to Post-Trial Brief on Segregated Housing Motion (2:90-cv-00520 LKK DAD PC)