KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-3035
  Fax:  (415) 703-1234
  E-mail:  patrick.mckinney@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
MEGAN OLIVER THOMPSON, SBN 256654
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone:  (415) 777-3200
  Fax:  (415) 541-9366
  E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>            Plaintiffs,<br><br>  v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | 2:90-cv-00520 LKK DAD P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>            Plaintiffs,<br><br>  v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the state prison population in response to the Court's February 10, 2014 order.  Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.  As of February 12, 2014, 117,686 inmates were housed in the State's 34 adult institutions, which amounts to 144.3% of design bed capacity, and 8,768 inmates were housed in out-of-state facilities.[1]

Since the issuance of the order on Monday, February 10, Defendants have begun holding implementation planning meetings on the measures designed to reduce the prison population detailed in the order.  Defendants will report on the status of these measures in their subsequent monthly reports.  (ECF 2766/5060 at ¶¶ 4-5.)

Dated:  February 18, 2014

KAMALA D. HARRIS
Attorney General of California

By: /s/ Patrick R. McKinney
   PATRICK R. MCKINNEY
   Supervising Deputy Attorney General
   *Attorneys for Defendants*

Dated:  February 18, 2014

HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
   PAUL B. MELLO
   *Attorneys for Defendants*

SF2007200670

---

[1] The data in Exhibit A is taken from CDCR's February 12, 2014 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf

1