1  BRUCE D. GOLDSTEIN, State Bar No. 135970
   County Counsel
2  JOSHUA A. MYERS, State Bar No. 250988
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105-A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Facsimile: (707) 565-2624
   E-mail: joshua.myers@sonoma-county.org
6
   Attorneys for the Sonoma County Intervenors
7
                  IN THE UNITED STATES DISTRICT COURTS
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9
                 AND THE NORTHERN DISTRICT OF CALIFORNIA
10
        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
11
           PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
12

13  RALPH COLEMAN, et al.,                Case No.: CIV S-90-0520 LKK
                                                     C-01-1351 TEH
14      Plaintiffs,

15  v.                                    NOTICES OF: (1) ASSOCIATION OF
                                          COUNSEL JOSHUA A, MYERS; and
16  EDMUND G. BROWN, et al.,              (2) DISASSOCIATION OF COUNSEL
                                          ANNE L. KECK
17      Defendants.
    _____/
18
    MARCIANO PLATA, et al.,
19
        Plaintiffs,
20  v.

21
    EDMUND G. BROWN, et al.,
22
        Defendants.
    _____/
23

24       TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:

25       PLEASE TAKE NOTICE THAT the Sonoma County Intervenors, the Sonoma

26  County Sheriff/Coroner, the Sonoma County District Attorney and the Sonoma County Chief

27  Probation Officer , request that this Court add the following person to represent them in this case:

28

Notices of (1) Association of                1                              C01-1351 TEH
Counsel Joshua A. Myers, et al.

Deputy County Counsel JOSHUA A. MYERS. PLEASE add JOSHUA A. MYERS to the Court's service list (Mr. Myers is registered with the Court's Electronic Notice Program.)

      PLEASE TAKE FURTHER NOTICE that attorney Deputy County Counsel ANNE L. KECK is hereby disassociated from this case and is no longer an attorney of record. Please modify all service lists to reflect this change and disassociate ANNE L. KECK on the docket from any further proceedings.

Dated: February 20, 2014                BRUCE D. GOLDSTEIN, County Counsel

                                          By: _____/s/_____
                                                JOSHUA A. MYERS
                                                Deputy County Counsel