UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On January 21, 2013, the parties filed post-hearing briefs on plaintiffs' motion concerning housing and treatment of mentally ill inmates in segregation.  (ECF Nos. 4985, 4988.)  On February 5, 2014, plaintiffs filed a response to defendants' post-hearing brief.  (ECF No. 5051.)  On February 10, 2014, defendants filed objections and a request to strike that brief. (ECF No. 5062).  On the same day, plaintiffs filed an opposition to defendants' motion (ECF No. 5063), and the next day defendants filed a reply (ECF No. 5064).

The dispute between the parties arises from a discrepancy between the court's oral ruling concerning closing briefs at the conclusion of the evidentiary hearing on December 19, 2013 and

1

the minutes issued the same day.  <u>Compare</u> Reporter's Transcript (RT) (ECF No. 5020) at 3751:22-3752:6 with ECF No. 4972.  Good cause appearing, plaintiffs' response will be considered and defendants will be granted fifteen days to file a response to plaintiffs' closing brief.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' February 10, 2014 request to strike plaintiffs' reply brief (ECF No. 5062) is denied; and
2. Defendants are granted fifteen days from the date of this order in which to file and serve a response to plaintiffs' closing brief on plaintiffs' motion concerning housing and treatment of mentally ill inmates in segregation.  Thereafter the matter will stand submitted.

DATED:  February 19, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court must note that this dispute, which generated three additional filings by the parties plus an order by the court, could easily have been resolved by a joint request for clarification accompanied by a stipulation of the parties agreeing to a solution and a proposed order thereon.  Going forward, the court expects the parties to work together wherever possible to decrease, rather than expand, their areas of disagreement.

2