IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On February 20, 2014, Defendants submitted to the Court by email a request to seal the Declaration of Dr. Timothy Belavich in support of Defendants' Objections and Responses to Plaintiffs' Discovery Requests Regarding Inmate D and the Declaration of Patrick R. McKinney in Support of Defendants' Joint Statement Concerning Discovery Issues.  These declarations and their exhibits contain confidential information on a *Coleman* class member protected by state and federal privacy laws as well as the protective order in this case.  These documents were personally served to Plaintiffs' counsel on February 20, 2014.

Good cause appearing, Defendants' request to seal documents is GRANTED.

Dated: _____        _____
The Honorable Lawrence K. Karlton
United States District Judge