KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
SAHAR NAYERI, State Bar No. 275246
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-3035
 Fax: (415) 703-1234
 E-mail: Patrick.McKinney@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DECLARATION OF PATRICK R. MCKINNEY IN SUPPORT OF DEFENDANTS' JOINT STATEMENT CONCERNING DISCOVERY ISSUES** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Patrick R. McKinney, declare as follows:

1. I am a Supervising Deputy Attorney General with the California Office of the Attorney General, attorney of record for Defendants in this case, and I am admitted to practice before the courts of the State of California and before this Court. I am competent to testify to the matters set forth in this declaration, and If called upon by this Court, would do so competently. I submit this declaration in support of Defendants' Joint Statement Concerning Discovery Issues arising from the death of Inmate D.

1

McKinney Decl. Supp. Defs.' Joint Statement re Disc. Issues (2:90-cv-00520 LKK DAD PC)

2. Attached as Exhibit 1 to my confidential declaration filed under seal is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' Discovery Requests of January 30, 2014 and February 3, 2014 regarding the death of Inmate D, dated February 12, 2014.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition Transcript of Dr. Corey Scheidegger, taken on February 12, 2014.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Rough Draft Deposition Transcript of Kathleen Allison, taken on February 18, 2014.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the Rough Draft Deposition Transcript of Judy Burleson, taken on February 18, 2014.

6. Attached as Exhibit 5 to my confidential declaration filed under seal is a true and correct copy of meet-and-confer correspondence I sent by email to Plaintiffs' counsel, E. Galvan, on February 18, 2014.

7. Attached as Exhibit 6 is a true and correct copy of meet-and-confer correspondence (without attachments) I sent by email to Plaintiffs' counsel, R. Acharya, on February 19, 2014 concerning Plaintiffs' deposition requests.

8. Attached as Exhibit 7 is a true and correct copy of meet-and-confer correspondence (without attachments) I sent by email to Plaintiffs' counsel, R. Acharya, on February 11, 2014.

9. Attached as Exhibit 8 is a True and Correct copy of the meet-and-confer letter (without attachments), dated February 14, 2014, that I sent to Plaintiffs' counsel, K. Stone-Manista.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on February 20, 2014.

/s/ Patrick R. McKinney
PATRICK R. MCKINNEY

CF1997CS0003

2

McKinney Decl. Supp. Defs.' Joint Statement re Disc. Issues (2:90-cv-00520 LKK DAD PC)