KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK McKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS - 166884
MANEESH SHARMA - 280084
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:   Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>        Defendants. | CASE NO. 2:90-cv-00520 LKK DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>        Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS' APPEAL TO THE UNITED STATES SUPREME COURT FROM THE THREE-JUDGE COURT'S SEPTEMBER 24, 2013 ORDER** |

/ / /

/ / /

6137863.2

On October 24, 2013, Defendants appealed the Three-Judge Court's September 24, 2013 Order to Meet and Confer ("Order") to the United States Supreme Court under 28 U.S.C. § 1253.  (*Plata* Dock. No. 2734; *Coleman* Dock. No. 4889.)  Defendants simultaneously filed a protective notice of appeal of the same Order to the United States Court of Appeals for the Ninth Circuit under 28 U.S.C. § 1292(a), stating that the appeal would only be perfected in the event the Supreme Court held that it had no jurisdiction over the matter.  (*Plata* Dock. No. 2735 at 2; *Coleman* Dock. No. 4890.)

Defendants subsequently successfully sought an extension of time within which to file a jurisdictional statement in the Supreme Court, stating in their application that "[i]f Appellants obtain an acceptable extension that obviates the need for additional out-of-state capacity, it would not be necessary for Appellants to challenge the injunction."  (Defs.' App. To the Hon. Justice Anthony M. Kennedy as Circuit Justice for the Ninth Cir. at 3 (attached as Exhibit A).)  On February 10, 2014, the Three-Judge Court granted Defendants' request for an extension of time to comply with the Court's population reduction order, thus eliminating the need for Defendants' challenge to the September 24, 2013 Order.  (*See* Feb. 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline, *Plata* Dock. No. 2766; *Coleman* Dock. No. 5060.)

Accordingly, consistent with United States Supreme Court Rule 18.5, the parties stipulate to the Three-Judge Court's dismissal of Defendants' appeal to the United States Supreme Court filed on October 24, 2013.[1]  (*Plata* Dock. No. 2734; *Coleman* Dock. No. 4889.)

/ / /

---

[1] Defendants' notice of appeal to the Ninth Circuit was docketed by the circuit clerk and assigned case number 13-17506.  (*Plata* Dock. No. 2747.)  Federal Rule of Appellate Procedure 42(b) requires dismissal agreements to be filed with the Court of Appeals, not the district court, once an appeal has been docketed.  Accordingly, the parties will file a similar dismissal agreement with the Ninth Circuit in case number 13-17506.

IT IS SO STIPULATED.

DATED: February 21, 2014
KAMALA D. HARRIS
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Patrick McKinney
PATRICK MCKINNEY
Attorneys for Defendants Edmund G. Brown Jr., et al.

DATED: February 21, 2014
HANSON BRIDGETT LLP

By: /s/ Paul Mello
PAUL MELLO
Attorneys for Defendants Edmund G. Brown Jr., et al.

DATED: February 21, 2014
PRISON LAW OFFICE

By: /s/ Alison Hardy
ALISON HARDY
Attorneys for Plaintiffs Marciano Plata, et al.

DATED: February 21, 2014
ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Ernest Galvan
ERNEST GALVAN
Attorneys for Plaintiffs Ralph Coleman, et al.

Pursuant to the foregoing stipulation, IT IS SO ORDERED:

DATED: _____     _____
Stephen Reinhardt
United States Circuit Judge
Ninth Circuit Court of Appeals

DATED: _____     _____
Lawrence K. Karlton
Senior United States District Judge
Eastern District of California

DATED: _____     _____
Thelton E. Henderson
Senior United States District Judge
Northern District of California