# EXHIBIT A

No.

IN THE

# Supreme Court of the United States

GOVERNOR EDMUND G. BROWN JR., *et al.*,

*Appellants,*

v.

MARCIANO PLATA AND RALPH COLEMAN, *et al.*,

*Appellees.*

Application for an Extension of Time to File a Jurisdictional Statement in the Appeal from the United States District Court for the Eastern District of California and United States District Court for the Northern District of California

## APPLICATION TO THE HONORABLE JUSTICE ANTHONY M. KENNEDY AS CIRCUIT JUSTICE FOR THE NINTH CIRCUIT

KAMALA D. HARRIS
  ATTORNEY GENERAL OF
  CALIFORNIA
JONATHAN L. WOLFF
  SENIOR ASSISTANT ATTORNEY
  GENERAL
JAY C. RUSSELL
  SUPERVISING DEPUTY ATTORNEY
  GENERAL
DEBBIE VOROUS
PATRICK R. MCKINNEY
  DEPUTY ATTORNEYS GENERAL
455 Golden Gate Avenue
  Suite 11000
455 Golden Gate Avenue
San Francisco, CA  94102-7004
(415) 703-5500

CARTER G. PHILLIPS*
MARK E. HADDAD
EAMON P. JOYCE
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
cphillips@sidley.com
(202) 736-8000

JERROLD C. SCHAEFER
PAUL B. MELLO
HANSON BRIDGETT LLP
425 Market Street
26th Floor
San Francisco, CA 94105
(415) 777-3200

December 10, 2013

*Counsel of Record

## APPLICATION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A JURISDICTIONAL STATEMENT

Pursuant to Supreme Court Rules 22 and 18.3, Appellants Governor Edmund G. Brown Jr., *et al.*, respectfully request a 60-day extension of time in which to file a jurisdictional statement, to and including February 24, 2014.

## BASIS FOR JURISDICTION AND JUDGMENT SOUGHT TO BE REVIEWED

On September 24, 2013, the three-judge district court that was convened pursuant to the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(3)(B) & (g)(4), issued an injunction against Appellants. In the order on appeal, the three-judge court enjoined Appellants from "enter[ing] into any contracts or other arrangements to lease additional capacity in out-of-state facilities or otherwise increase the number of inmates who are housed in out-of-state facilities." Order at 3 (Ex. A, hereto). It did so despite a duly enacted California law, which Governor Brown signed into law on September 12, 2013, that permits Appellants to spend funds "on immediate capacity to meet the federal court orders issued in the Three Judge Court proceedings [*i.e.*, the 137.5% of design capacity population cap that this Court has previously considered]," Cal. S.B.-105 § 22(a), and authorizes Appellants "to commit or transfer an inmate . . . to any institution within or *without* this state if this state has entered into a contract or contracts for the confinement of inmates in that institution," *id.* sec. 17(a), § 1191(a) (emphasis added).

Pursuant to 28 U.S.C. § 1253, this Court has appellate jurisdiction to review the order enjoining Appellants from contracting for out-of-state capacity as state law expressly authorizes.

1

Appellants timely noticed their appeal on October 24, 2013.  Appellants filed notices of appeal in the Northern and Eastern Districts of California (the three-judge district court simultaneously sits in each), and those notices are attached as Exhibits B and C.  Absent an extension, Appellants' jurisdictional statement is due on December 23, 2013.  Sup. Ct. R. 18.3.

## REASONS JUSTIFYING EXTENSION OF TIME WITHIN WHICH TO FILE A JURISDICTIONAL STATEMENT

Appellants respectfully request a 60-day extension of time within which to file a jurisdictional statement, to and including February 24, 2014.  "Good cause" exists for an extension for several reasons.  Sup. Ct. R. 18.3.

*First*, given ongoing court-ordered mediation, the extension of time may eliminate the need for Appellants to file a jurisdictional statement challenging the injunction prohibiting Appellants from contracting for out-of-state capacity to meet the population cap.  Thus, granting an extension of time in which to file the jurisdictional statement would serve judicial economy and preserve the parties' resources.

Shortly after Governor Brown signed S.B.-105 into law, Appellants moved the three-judge court for a three-year extension of time to meet the 137.5% of design capacity population cap through further criminal justice reforms.  See Mot. Extension, *Coleman* D.E. 4803/*Plata* D.E. 2713 (E.D. Cal./N.D. Cal. filed Sept. 16, 2013).  Appellants advised the court that, absent an extension, they would draw on the funds S.B.-105 appropriated and contract for additional out-of-state capacity as the legislation permits.  Rather than act on Appellants' extension request, the court

2

below referred the parties to a mediated meet-and-confer process about reducing the prison population, and it extended the deadline for meeting the population cap by 27 days. Order at 3 (Ex. A) (extending deadline until January 27, 2014). [1]

The parties remain in mediation, and Appellants continue to seek a meaningful extension of the deadline for compliance with the population cap. If Appellants obtain an acceptable extension that obviates the need for additional out-of-state capacity, it would not be necessary for Appellants to challenge the injunction. Accordingly, this Court should grant Appellants an extension of time in which to file the jurisdictional statement to allow the meet-and-confer process to run its course.

*Second*, an extension also is warranted because coordinating the preparation and approval of a jurisdictional statement with the substantial number of named parties in this case is an extraordinary circumstance. Sup Ct. R. 18.3. Appellants are the Governor, the Secretary of the California Department of Corrections and Rehabilitation, the California State Controller, the California Finance Director, and the Acting Director for the California Department of Mental Health. The Governor and these State agencies have their own general counsels, and thus substantial

---

[1] During mediation, the court has issued two additional short extensions of the deadline for meeting the population cap. On October 21, 2013, the court issued an order that extended the meet-and-confer process to November 18, 2013 and extended the deadline for meeting the population cap to February 24, 2014. *See Plata* D.E. 2733/*Coleman* D.E. 4878. Yesterday, the court issued an order that extends the meet-and-confer process to January 10, 2014 and extends the deadline for meeting the population cap to April 18, 2014. *See Plata* D.E. 2746.

coordination will be required among Appellants and between Appellants and counsel of record before a jurisdictional statement can be filed.

*Finally*, a 60-day extension of time is warranted because counsel of record has multiple obligations that would make it difficult to complete a jurisdictional statement by the current deadline. In this Court, counsel is preparing a reply to a response to a petition in *One & Ken Valley Housing Group* v. *Maine State Housing Authority*, No. 13-246 (due December 11, 2013), a response to a petition for certiorari in *Alabama Department of Revenue* v. *CSX Transportation, Inc.*, No. 13-553 (due December 16, 2013), a respondent's merits brief in *Octane Fitness* v. *Icon Health & Fitness*, No. 12-1184 (due January 17, 2014), and a petitioner's merits brief in *Alice Corp. Pty. Ltd.* v. *CLS Bank International*, No. 13-298 (due January 20, 2014). Counsel soon will be preparing replies to responses to petitions in *CSX Transportation, Inc.* v. *ABB Inc.*, No. 13-452 (due December 31, 2013) and *CITGO Asphalt Refining Co.* v. *Frescati Shipping Co., Ltd.*, No. 13-462 (due January 29, 2014). Additionally, counsel had been preparing a reply brief and for oral argument in *Township of Mt. Holly, New Jersey* v. *Mt. Holly Gardens Citizens in Action, Inc.*, No. 11-1507, which was recently dismissed by stipulation. In other courts, counsel just filed an appellant's brief and appendix in the Tenth Circuit on December 6, 2013 in *In re Urethane Antitrust Litigation*, No. 13-3215, is preparing an appellant's brief in *Summit 6 LLC* v. *Samsung*, No. 13-1648 (Fed. Cir.) (due December 12, 2013), is preparing a petition for rehearing and rehearing en banc in *Integrated Technology Corp.* v. *Rudolph Technologies*, No. 12-1593 (Fed. Cir.) (due January 21,

4

2014), and is preparing for oral arguments in *Sinay* v. *CNOOC Ltd.*, No. 13-2240 (2d Cir.) (argument on January 30, 2014), and *Pippins* v. *KPMG*, No. 13-889 (2d Cir.) (argument on February 5, 2014).

## CONCLUSION

For the foregoing reasons, this Court should grant Appellants a 60-day extension of time within which to file a jurisdictional statement.

Dated:  December 12, 2013                    Respectfully submitted,

Kamala D. Harris                            Carter G. Phillips*
  Attorney General of                       Mark E. Haddad
  California                                Eamon P. Joyce
Jonathan L. Wolff                           Sidley Austin LLP
  Senior Assistant Attorney                 1501 K Street, N.W.
  General                                   Washington, DC  20005
Jay C. Russell                              cphillips@sidley.com
  Supervising Deputy Attorney               (202) 736-8000
  General
Debbie Vorous                               Jerrold C. Schaefer
Patrick R. McKinney                         Paul B. Mello
  Deputy Attorneys General                  Hanson Bridgett LLP
455 Golden Gate Avenue                      425 Market Street
  Suite 11000                               26th Floor
455 Golden Gate Avenue                      San Francisco, CA 94105
San Francisco, CA  94102-7004               (415) 777-3200
(415) 703-5500

*Counsel for Appellants*

*Counsel of Record

5

# CERTIFICATE OF SERVICE

Governor Edmund G. Brown Jr., et al.,

*Appellants,*

v.

Marciano Plata and Ralph Coleman, et al.,

*Appellees.*

    I, Carter G. Phillips, do hereby certify that, on this twelfth day of December 2013, I caused one copy of the Appellants' Application For Extension of Time in Which to File a Jurisdictional Statement in the foregoing case to be served by first class mail, postage prepaid, and by email on the following parties:

MICHAEL W. BIEN
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, 10/F
San Francisco, CA  94104
(415) 433-6830
mbien@rbgg.com
*Counsel for Appellees*

DONALD SPECTER
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA  94710-1916
(510) 280-2621
dspecter@prisonlaw.com
*Counsel for Appellees*

PAUL D. CLEMENT
BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, DC  20036
(202) 234-0090
pclement@bancroftpllc.com
*Counsel for Appellees*

KIMBERLY HALL BARLOW
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA  92835
(714) 446-1400
khb@jones-mayer.com
*Counsel for Intervenors*

LAURIE J. HEPLER
CARROLL, BURDICK &
  MCDONOUGH, LLP
44 Montgomery Street
Suite 400
San Francisco, CA  94104
(415) 989-5900
lhepler@cbmlaw.com
*Counsel for CCPOA Intervenors*

THERESA FUENTES
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street
East Wing, 9th Floor
San Jose, CA  95110
(408) 299-5900
Theresa.Fuentes@cco.sccgov.org
*Counsel for Intervenors*

WILLIAM CHARLES HUGHES
RIVERSIDE COUNTY DISTRICT
  ATTORNEY'S OFFICE
4075 Main Street, First Floor
Riverside, CA 92501
(951) 955-5400
chughes@RivCoDa.org
*Counsel for Intervenors*

ANNE L. KECK
OFFICE OF COUNTY COUNSEL
COUNTY OF SONOMA
575 Administration Drive
Room 105a
Santa Rosa, CA 95403
(707) 565-2421
Akeck@sonoma-county.org
*Counsel for Intervenors*

STEVEN S. KAUFHOLD
KAUFHOLD GASKIN LLP
388 Market Street
Suite 1300
San Francisco, CA 94111
(415) 944-9402
skaufhold@kaufholdgaskin.com
*Counsel for Intervenors*

CAROL LYNNE WOODWARD
COUNTY COUNSEL
COUNTY OF SAN MATEO
Hall of Justice & Records
6th Floor
400 County Center
Redwood City, CA 94063
(650) 363-4746
cwoodward@co.sanmateo.ca.us
*Counsel for Intervenors*

CARTER G. PHILLIPS
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

1

2

3    IN THE UNITED STATES DISTRICT COURTS

4    FOR THE EASTERN DISTRICT OF CALIFORNIA

5    AND THE NORTHERN DISTRICT OF CALIFORNIA

6    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

7    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

8

9    RALPH COLEMAN, et al.,

10                  Plaintiffs,

11           v.                                   NO. CIV S-90-0520 LKK JFM P

12   EDMUND G. BROWN JR., et al.,                 **THREE-JUDGE COURT**

13                  Defendants.

14   _____

15   MARCIANO PLATA, et al.,

16                  Plaintiffs,                   NO. C01-1351 TEH

17           v.                                   **THREE-JUDGE COURT**

18   EDMUND G. BROWN JR., et al.,                 ORDER TO MEET AND
                                                  CONFER
19                  Defendants.

20

21       This Court has ordered defendants to reduce the state prison population to no more

22   than 137.5% design capacity by December 31, 2013.  On September 16, 2013, defendants

23   filed a request to extend that deadline to December 31, 2016, and informed the Court that,

24   absent an extension, they will begin sending additional prisoners to out-of-state facilities on

25   September 30, 2013.  Defs.' Req. for Extension of Dec. 31, 2013 Deadline (ECF No.

26   2713/4803).[1]

27   _____

28   [1]All filings in this Three-Judge Court are included in the individual docket sheets of
     both *Plata v. Brown*, No. C01-1351 TEH (N.D. Cal.), and *Coleman v. Brown*, No. 90-cv-
     520-LKK (E.D. Cal.).  This Court includes the docket number of *Plata* first, then *Coleman*.

1    IT IS HEREBY ORDERED that the parties shall meet and confer, beginning

2 immediately, regarding defendants' pending request.  Pursuant to this Court's prior

3 authorization, the Honorable Peter Siggins will facilitate the meet-and-confer process.  This

4 process shall be confidential and informal.  On or before **October 21, 2013**, Justice Siggins

5 will informally report to this Court the status of the discussions and provide his

6 recommendations for future actions by this Court or the parties.  He shall immediately report

7 to the Court if, at any time, he determines that further discussions between the parties would

8 be unproductive.

9    The meet-and-confer process shall explore how defendants can comply with this

10 Court's June 20, 2013 Order, including means and dates by which such compliance can be

11 expedited or accomplished and how this Court can ensure a durable solution to the prison

12 crowding problem.  The discussions shall specifically include: (a) three strikers;

13 (b) juveniles; (c) the elderly and the medically infirm; (d) Immigration and Customs

14 Enforcement prisoners; (e) the implementation of the Low Risk List; and (f) any other

15 means, including relocation within the state, that are included in defendants' May 2, 2013

16 List.  Justice Siggins and the parties may also discuss any necessary or desirable extension of

17 the December 31, 2013 deadline beyond that provided for in the final paragraph of this order,

18 as well as any other matters they deem appropriate.

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

2

1    The December 31, 2013 deadline shall be extended until **January 27, 2014**, without

2    prejudice to the parties' filing a joint request for a further extension or the Court so ordering.

3    During the meet-and-confer process and until further order of the Court, defendants shall not

4    enter into any contracts or other arrangements to lease additional capacity in out-of-state

5    facilities or otherwise increase the number of inmates who are housed in out-of-state

6    facilities.

7

8    **IT IS SO ORDERED.**

9

10   Dated:  09/24/13

                                  STEPHEN REINHARDT

11   UNITED STATES CIRCUIT JUDGE

12   NINTH CIRCUIT COURT OF APPEALS

13

14   Dated:  09/24/13

                                  LAWRENCE K. KARLTON

15   SENIOR UNITED STATES DISTRICT JUDGE

16   EASTERN DISTRICT OF CALIFORNIA

17

18   Dated:  09/24/13

                                  THELTON E. HENDERSON

19   SENIOR UNITED STATES DISTRICT JUDGE

20   NORTHERN DISTRICT OF CALIFORNIA

21

22

23

24

25

26

27

28

Exhibit B

1  KAMALA D. HARRIS
   Attorney General of the State of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  DEBBIE VOROUS - 166884
   PATRICK McKINNEY - 215228
5  MANEESH SHARMA - 280084
   Deputy Attorneys General
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
7  Telephone:  (415) 703-5500
   Facsimile:    (415) 703-5843
8  Email:  Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

9  Attorneys for Defendants

10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13          **AND THE NORTHERN DISTRICT OF CALIFORNIA**

14      **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

15        **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

16

| | |
|---|---|
| 17  RALPH COLEMAN, et. al., | CASE NO. 2:90-cv-00520 LKK JFM P |
| 18          Plaintiffs, | |
| 19          v. | **THREE-JUDGE COURT** |
| 20  EDMUND G. BROWN, JR., et al., | |
| 21          Defendants. | |
| 22  MARCIANO PLATA, et al., | CASE NO. C01-1351 TEH |
| 23          Plaintiffs, | |
| 24          v. | **THREE-JUDGE COURT** |
| 25  EDMUND G. BROWN, JR., et al., | **NOTICE OF APPEAL TO THE UNITED STATES SUPREME COURT** |
| 26          Defendants. | |
| 27 | **To: Three-Judge Court** |

28

5917458.2

-1-

01-1351 TEH/90-00520 LKK

DEFS.' NOT. OF APPEAL

1    Notice is given that Defendants Edmund G. Brown Jr., John Chiang, Jeffrey

2  Beard, Michael Cohen, and Cliff Allenby appeal to the United States Supreme Court from

3  the Three-Judge Court's September 24, 2013 Order to Meet and Confer ("Order"), which

4  enjoins Defendants from "entering into any contracts or other arrangements to lease

5  additional capacity in out-of-state facilities or otherwise increase the number of inmates

6  who are housed in out-of-state facilities," Order at 3, notwithstanding recently enacted

7  law that provides Defendants with such powers. S.B. 105 sec. 17(a), (c) § 1191(a), (c),

8  2013-14 Reg. Sess. (2013).  This appeal is taken under 28 U.S.C. § 1253.

9

10  DATED: October 24, 2013                HANSON BRIDGETT LLP

11

12                                         By:  /s/ Paul B. Mello
                                              PAUL B. MELLO
13                                            Attorneys for Defendants

14  DATED: October 24, 2013
                                           KAMALA D. HARRIS
15                                         Atorney General of the State of California

16

17                                         By:  /s/ Patrick R. McKinney
                                              PATRICK R. MCKINNEY
18                                            Deputy Attorney General
                                              Attorneys for Defendants
19

20

21

22

23

24

25

26

27

28

5917458.2

Exhibit C

1 | KAMALA D. HARRIS
Attorney General of the State of California
2 | JONATHAN L. WOLFF
Senior Assistant Attorney General
3 | JAY C. RUSSELL
Supervising Deputy Attorney General
4 | DEBBIE VOROUS - 166884
PATRICK McKINNEY - 215228
5 | MANEESH SHARMA - 280084
Deputy Attorneys General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 | Telephone:  (415) 703-5500
Facsimile:   (415) 703-5843
8 | Email:   Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF -  240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777--3200
Facsimile:   (415) 541-9366
pmello@hansonbridgett.com

9 | Attorneys for Defendants

10 |

11 |                    UNITED STATES DISTRICT COURT

12 |                  EASTERN DISTRICT OF CALIFORNIA

13 |             AND THE NORTHERN DISTRICT OF CALIFORNIA

14 |      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15 |        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16 |

17 | RALPH COLEMAN, et. al.,                    CASE NO. 2:90-cv-00520 LKK JFM P

18 |              Plaintiffs,

19 |         v.                                **THREE-JUDGE COURT**

20 | EDMUND G. BROWN, JR., et al.,

21 |              Defendants.

22 | MARCIANO PLATA, et al.,                    CASE NO. C01-1351 TEH

23 |              Plaintiffs,

24 |         v.                                **THREE-JUDGE COURT**

25 | EDMUND G. BROWN, JR., et al.,             **NOTICE OF APPEAL TO THE UNITED
STATES SUPREME COURT**
26 |              Defendants.
                                            **To: Three-Judge Court**
27 |

28 |

1    Notice is given that Defendants Edmund G. Brown Jr., John Chiang, Jeffrey
2  Beard, Michael Cohen, and Cliff Allenby appeal to the United States Supreme Court from
3  the Three-Judge Court's September 24, 2013 Order to Meet and Confer ("Order"), which
4  enjoins Defendants from "entering into any contracts or other arrangements to lease
5  additional capacity in out-of-state facilities or otherwise increase the number of inmates
6  who are housed in out-of-state facilities," Order at 3, notwithstanding recently enacted
7  law that provides Defendants with such powers. S.B. 105 sec. 17(a), (c) § 1191(a), (c),
8  2013-14 Reg. Sess. (2013).  This appeal is taken under 28 U.S.C. § 1253.
9
10  DATED: October 24, 2013              HANSON BRIDGETT LLP
11
12                                      By:  /s/ Paul B. Mello
13                                          PAUL B. MELLO
                                            Attorneys for Defendants
14
     DATED: October 24, 2013              KAMALA D. HARRIS
15                                        Atorney General of the State of California
16
17                                      By:  /s/ Patrick R. McKinney
18                                          PATRICK R. MCKINNEY
                                            Deputy Attorney General
19                                          Attorneys for Defendants
20
21
22
23
24
25
26
27
28