KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF JUDY BURLESON IN SUPPORT OF DEFENDANTS' MOTION REGARDING DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT** |

I, Judy Burleson, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Health Care Placement Oversight Program and have held that position since January 1, 2014. Before that date, I was the Associate Director, Statewide Mental Health Program, Correctional Health Care Services. I held that position from November 2010 through December 2013. Prior to November 2010, I was the Chief, Operational Program Oversight (formerly known as *Coleman* Compliance). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this

1

1  declaration in support of Defendants' Reply in Support of Defendants' Motion Regarding Long-
2  Range Mental Health Bed Plan and Update to Court.

3      2. In my role as the Chief of the Health Care Placement Oversight Program, my duties
4  include administration and management of the Unit that serves the CDCR prison population on a
5  regular basis in the ordinary course of business. The Health Care Placement Oversight Program
6  is tasked with developing and maintaining information regarding the mental health population by
7  institution, including bed capacity and current census information, the progress associated with
8  the State's 2012 bed plan and Blue Print, the use of alternative housing within the prison system,
9  and the mental health population projections. In conjunction with CDCR's top management we
10 also maintain data helpful in reaching the goal towards population reduction. I am also familiar
11 with the Enhanced Outpatient Program for general population inmates housed at the Central
12 California Women's Facility, and treatment provided to those inmates.

13     3. At my request, my staff generated a Health Care Placement Oversight Report to
14 identify both current bed capacity and population census for the male and female Enhanced
15 Outpatient Program population as of February 14, 2014. I also requested that my staff provide
16 me with current bed capacity and population census for male and female inmates housed in
17 Mental Health Crisis Beds, along with waitlist information, if any. I further asked my staff to
18 calculate the treatment information for female inmates housed at the Central California Women's
19 Facility for the last quarter of 2013. Last, I asked my staff to generate an updated report on
20 CDCR's use of alternative housing between May 2012 and December 2013.

21     4. Plaintiffs assert in this opposition to Defendants' update to the Court regarding the
22 Central California Women's Facility, that the facility is overcrowded. The Enhanced Outpatient
23 Program for the general population is not overcrowded: as of February 14, 2014, the program
24 had a census of 44, or 81% of bed capacity. Plaintiffs also assert that the inmates in that program
25 are not receiving adequate mental health care in Unit 503. That is incorrect. First, as of
26 September 12, 2013, inmates in the Enhanced Outpatient Program have moved from Unit 503 to
27 a new housing unit (Unit 501) offering dorm living. Before that date, the Special Master's expert
28 and Plaintiffs' counsel both toured the new unit and the Special Master's expert approved the

2

Burleson Decl. in Supp. of Defs.' Bed Plan Motion  (2:90-cv-00520 LKK DAD PC)

move. Second, between October 1, 2013 and December 31, 2013, there were 10,248 appointments scheduled for this population, with only 212 canceled appointments. The data also shows that, on average, the inmates were offered 12.6 hours per week of structured therapeutic treatment activity with 90% of all inmates having scheduled more than 10 hours.

5. CDCR is working with the Receiver to correct deficiencies identified at the California Health Care Facility and to address any potential impact to the May 31, 2014 activation date for DeWitt Nelson facility.

6. In their opposition and motion, Plaintiffs allege that Defendants have underestimated the mental health bed need. That is not correct. Defendants continue to fully implement their 2012 bed plan and the State's Blueprint, including activating the California Health Care Facility and DeWitt Nelson (which will add 425 Enhanced Outpatient Program beds) and converting beds back to Enhanced Outpatient Program and general population beds. When these plans are fully realized, the net number of mental health bed plans will exceed the Spring 2012 projections used for the 2012 bed plan by over 500 beds. The number of mental health beds for the female population will exceed the projections by 91.

7. Also, pending full activation of the State's current bed plan, the current capacity (both permanent and temporary) is sufficient to meet the bed need. The data generated by my staff to identify the current population and capacity for the mental health population is set forth in the table below.

| Mental Health Program | Current Capacity (Temporary and Permanent) | Census as of 2/14/14 |
|---|---|---|
| **Men** | | |
| EOP GP | 3,785 | 3,724 |
| EOP-ASU | 523 | 518 |
| PSU | 512 | 339 |
| MHCB | 443 | 339 (as of 2/17/14) |

3

Burleson Decl. in Supp. of Defs.' Bed Plan Motion (2:90-cv-00520 LKK DAD PC)

| Women | | |
|---|---|---|
| EOP GP | 129 | 120 |
| EOP-ASU | 20 | 12 |
| PSU | 20 | 14 |
| MHCB | 22 | 11 (as of 2/17/14) |

8. Upon fully activating the California Health Care Facility and the DeWitt Nelson facility, CDCR does not expect the total population in the State's 34 adult institutions and DeWitt Nelson to exceed approximately 113,000 by February 2016.

9. Plaintiffs also allege that Defendants do not have adequate Mental Health Crisis Bed capacity. As noted in the above chart, Defendants have excess capacity. In fact, even when Defendants decommission the temporary beds at the California Institution for Men (34 beds) and California State Prison, Sacramento (20), they will have an excess of 50 male crisis beds based on current census numbers. Plaintiffs also assert that not all 98 Mental Health Crisis Beds at the California Health Care Facility are activated, but is incorrect. The 98 beds are activated.

11. Based on data generated from records of the Health Care Placement Oversight Program, there are, on average between May 2012 and December 2013, 78 inmates placed in alternative housing each month and on average, 81% of those are referred to a crisis bed. A large majority of inmates in alternative housing remain there for less than 24 hours and many of the initial referrals are rescinded following evaluation. Between September 2013 and January 2014, 23% of Mental Health Crisis Bed referrals were rescinded.

12. CDCR has no current waitlist for Mental Health Crisis Beds and, according to the data, CDCR has not had a waitlist for several months.

///
///
///
///

4

Burleson Decl. in Supp. of Defs.' Bed Plan Motion  (2:90-cv-00520 LKK DAD PC)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on February 21, 2014.

                    /s/ Judy Burleson
                    JUDY BURLESON

(*original signature retained by attorney Debbie Vorous*)

CF1997CS0003

Burleson Decl. in Supp. of Defs.' Bed Plan Motion  (2:90-cv-00520 LKK DAD PC)