KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorneys General
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF STIRLING PRICE IN SUPPORT OF DEFENDANTS' MOTION REGARDING LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT** |

I, Stirling Price, declare:

　　1.　I am the Executive Director for the Department of State Hospitals' program at the new California Health Care Facility in Stockton. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Reply in Support of Defendants' Motion Regarding Long-Range Mental Health Bed Plan and Update to Court.

　　2.　As the Executive Director for DSH's program at the new California Health Care Facility in Stockton, I am familiar with staffing for the Stockton facility and the plans and steps

1

Price Decl. in Supp. of Defs.' Reply in Supp. of Long-Range Bed Plan and Update to Court
(2:90-cv-00520 LKK JFM PC)

taken to address staffing.  I am also familiar with the staff required in order to activate additional units at the Stockton facility.

3. DSH currently has firm commitments from four full time civil service psychiatrists, with start dates as follows:

    a. 1 Full Time Civil Service Psychiatrist – Start Date: March 3;

    b. 1 Full Time Civil Service Psychiatrist – Start Date: March 11 (pending approval of H1B visa); and

    c. 2 Full Time Civil Service Psychiatrists – Start Date: March 17 & 18.

4. DSH recently lost one full time psychiatrist, and is scheduled to lose another in March.  Therefore, two of the new civil service psychiatrists will replace the two who have left, or are leaving, DSH.  With the remaining two new civil service psychiatrists, DSH will open two additional units on March 24, 2014, leaving three units left to activate.

5. DSH has continued its efforts to diligently recruit and staff psychiatrist positions.  Our recruitment efforts include the following: recruitment booths at the Northern California Psychiatric Society Annual Job Fair in San Francisco, Osteopathic Physicians and Surgeons of California Annual Meeting in San Diego, California Psychiatric Association Annual Meeting, the American Psychiatric Association 166th Annual Meeting, and the 2013 US Psychiatric Congress Meeting, as well as participation in several local physician job fairs; visits to residency programs;  advertisements in the Psychiatric Times, American Psychiatric and the Law Newsletter, and the American Psychiatric Association  Job Bank; one page advertisement insert in the California Psychiatric Association Newsletter; ongoing discussion with CDCR on recruitment efforts and strategies; DSH contract with 10 recruitment agencies to attract civil service candidates; statewide registry contracts; ability to offer psychiatrists HAM (hiring above minimum) in order  to be more competitive with private sector and other public sector agencies; personal recruitment efforts by psychiatry supervisors and staff (word of mouth); group tours of the facility for potential candidates; consultation with the State of Oregon on their streamlined psychiatry recruitment efforts; participation in a department-wide "Psychiatry Recruitment Summit" to strategize on psychiatry recruitment ideas and methods.  However, in spite of our

2

Price Decl. in Supp. of Defs.' Reply in Supp. of Long-Range Bed Plan and Update to Court
(2:90-cv-00520 LKK JFM PC)

extensive and best efforts, most of the offers we have made or tentative commitments we have received have not resulted in employment. For instance, some candidates accepted positions at Kaiser Permanente and other private sector organizations.

6. Pending full activation of the new Stockton facility, DSH continues to co-operate temporary beds at the Salinas Valley and Vacaville Psychiatric Programs for high-custody inmates needing intermediate and acute inpatient care. Therefore, *Coleman* class members who need inpatient care are receiving it, whether in a temporary bed or at the new Stockton facility.

7. DSH is continuing to make every effort to recruit and hire staff and to proceed with this process transparently and collaboratively with the Special Master, as has been the case during the Special Master's Team's recent site visits to the new facility.

I declare that the foregoing is true and correct. Executed this 21st of February, 2014, at Stockton, California.

                    /s/ Stirling Price
                    STIRLING PRICE

(*original signature retained by attorney Debbie Vorous*)

3

Price Decl. in Supp. of Defs.' Reply in Supp. of Long-Range Bed Plan and Update to Court
(2:90-cv-00520 LKK JFM PC)