KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. McKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorneys General
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF GEORGE MAYNARD IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' LONG-RANGE MENTAL HEALTH BED PLAN AND UPDATE TO COURT** |

I, George Maynard, declare:

1.    I am the Assistant Deputy Director of Hospital Strategic Planning and Implementation for the Department of State Hospitals (hereinafter "DSH"). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Reply in Support of Defendants' Motion Regarding Long-Range Mental Health Bed Plan and Update to Court.

2.    As the Assistant Deputy Director of Hospital Strategic Planning and Implementation for DSH, my duties also include administration and management of the Coordination and

1

Logistics Unit that services DSH facilities on a regular basis in the ordinary course of business. The Coordination and Logistics Unit is tasked with maintaining a full and complete Census of all DSH *Coleman* class patients.

3.      I am familiar with the programs at the new California Health Care Facility in Stockton, the Salinas Valley Psychiatric Program, and the Vacaville Psychiatric Program. I am also familiar with *Coleman* Class patient census data and the methods by which such data is gathered and maintained, and with the number of *Coleman* class members pending admission to the DSH programs.

4.      The below chart reflects DSH current capacity (both permanent and temporary), census, and bed availability for high-custody inmates needing intermediate care and for acute inmates as of February 18, 2014:

| DSH Facility | Setting | Capacity | Filled | Holds | Under Repair | Available |
|---|---|---|---|---|---|---|
| **Stockton Acute** | | | | | | |
| | Single Cell | 55 | 34 | 4 | | 17 |
| **Vacaville Acute** | | | | | | |
| | Single Cell | 248 | 206 | 8 | | 34 |
| | **Total Acute** | **303** | **240** | **12** | | **51** |
| | | | | | | |
| **Stockton ICF** | | | | | | |
| | Single Cell | 300 | 250 | 25 | 3 | 22 |
| **Salinas Valley ICF** | | | | | | |
| | Single Cell | 318 | 199 | | | 119 |
| | 4-Man Dorm | 32 | 13 | | | 19 |
| | 2-Man Dorm | 20 | 18 | | | 2 |
| **Vacaville ICF** | | | | | | |
| | Single Cell | 174 | 132 | 2 | | 40 |
| | **Total ICF High** | **844** | **612** | **27** | **3** | **202** |

2

The new Stockton acute and intermediate care units include two isolation rooms per unit in the total bed capacity.  The two rooms per unit are included in the available bed numbers.

5.      In their opposition, Plaintiffs argue that "scores of class members remain on 'pending lists' for inpatient program placement." (ECF 5052 at 12:27-13:1.)  That is not correct.  As of February 18, 2014, there were 32 accepted referrals for intermediate care.   Of those 32 referrals, two were pending involuntary medication hearings, and one was out to court.   With respect to acute care, there were 14 accepted referrals.  DSH expects to admit all these currently pending referrals, excepting the inmates pending hearing or out to court, on or before February 28, 2014.

6.      DSH is continuing to make every effort to track and account for all *Coleman* class patients and to proceed with unit activations at the California Health Care Facility transparently and collaboratively with the Special Master, as has been the case during the Special Master's Team's recent site visits to DSH facilities.

I declare that the foregoing is true and correct.  Executed this 21st day of February, 2014, at Sacramento, California.


     /s/ George Maynard
    GEORGE MAYNARD

    (*original signature retained by attorney Debbie Vorous*)

3