KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5553
 Fax:  (415) 703-1234
 E-mail:  maneesh.sharma@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                     Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                     Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF MICHAEL D. STAINER REGARDING IMPLEMENTATION PLAN FOR REVISED DEPARTMENT OPERATIONS MANUAL RE: USE-OF-FORCE** |

I, Michael D. Stainer, declare as follows:

1. I am the Director of the Division of Adult Institutions (DAI) for the California Department of Corrections and Rehabilitation (CDCR).  I submit this declaration to inform the Court of CDCR's plan to implement the revised Department Operations Manual regarding state-wide use of force policies.

1

2. On January 21, 2014, I submitted a declaration informing the Court of revised provisions to the Department Operations Manual (D.O.M.) regarding Use-of-Force and attaching a copy of those revisions. Attached as Exhibit 1 is a true and correct copy of the revisions to CDCR's D.O.M. Chapter 5, Article 2-Use of Force, showing added language in underline and deleted language in strike-through.

3. The revisions to the operations manual were prepared by a multi-disciplinary team, including mental health clinicians and representatives from the Division of Adult Institutions, including Wardens, Captains, and executive staff. The revisions also included input from the Use of Force Joint Use Committee, a committee of CDCR field staff and representatives from the Office of the Inspector General and the California Correctional Peace Officers Association.

4. DAI staff have been actively working with the Office of Training and Professional Development to develop training modules for staff on the revisions. CDCR intends to use the training module as the standard lesson plan for annual staff training on use-of-force and will incorporate the lesson plan into the curriculum for new cadets at the Correctional Training Center. The training plans are the primary vehicle for informing staff of CDCR's expectations and requirements regarding use of force, and it is critical that they be complete and thorough. I anticipate that the training plans will be completed by February 28, 2014, and CDCR will provide them to the Court thereafter.

5. Attached as Exhibit 2 is a true and correct copy of CDCR's Implementation Plan for the revised D.O.M. on use of force. As discussed in the implementation plan, CDCR will ensure and enforce compliance with the new D.O.M. provisions through its existing use of force review processes. Training for Wardens, Institutional Use of Force Coordinators, and other supervisory staff will ensure that the Institutional Executive Review Committees understand and apply the new policies when reviewing use of force incidents. Additionally, staff from the independent Office of the Inspector General will be invited to training sessions on the new provisions.

6. Each Warden, through the institution's Institutional Executive Review Committee (IERC), is responsible for ensuring and enforcing compliance with the use-of-force policy, including the revised provisions. The use-of-force policy mandates that staff report on every use-

of-force; the reports are detailed, self-critical and allow for review of the need for the force utilized, and whether the amount of force used complies with policy.  CDCR also has a multi-tiered review process for every use-of-force incident, including review of each incident by the IERC.  Compliance with the revised policy by the IERCs will be monitored through reviews conducted by Department Executive Review Committee at the Division of Adult Institutions.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.  Executed in Sacramento, California on February 21, 2014.

                                                            *s/Michael Stainer*
Michael D. Stainer
Director, Division of Adult Institutions
(original signature retained by attorney)