Exhibit 2

# IMPLEMENTATION PLAN FOR CDCR'S DEPARTMENT OPERATIONS MANUAL ON USE OF FORCE

In January 2014, the Department of Corrections and Rehabilitation (CDCR) formally modified Chapter 5, Article 2 of the Department Operations Manual (DOM) regarding use of force, and submitted those revisions to the *Coleman* Court on January 23, 2014.

The revision process occurred over a period of approximately three months, and involved input and collaboration from a multi-disciplinary team, including mental health clinicians and representatives of the Division of Adult Institutions, including Wardens, Captains, and executive staff. CDCR has made these changes at this time to provide additional direction regarding expectations for staff and managers.

CDCR's overriding principle is that staff should use the least amount of force necessary in both controlled and immediate use-of-force situations to assure the safety of the institution, inmates, and staff alike. The revised DOM builds on and clarifies this use-of-force policy. CDCR is developing training programs to ensure all affected staff, including mental health clinicians and custody managers, supervisors, and field staff, are aware of CDCR expectations and will adhere to the revised DOM.[1] This implementation plan describes how CDCR will ensure that all affected staff receive appropriate training regarding the changes to the use-of-force policy, and how CDCR will ensure and enforce compliance with the new DOM provisions.

## ACCOUNTABILITY

CDCR expects that the new DOM provisions regarding use of force will be followed by staff. In order to ensure staff compliance with the policy, and to allow management to hold staff accountable, all affected staff must be trained. Clear and concise training modules are essential to assure that CDCR's use-of-force policies are understood both procedurally and philosophically. Institutions will be required to document training for all affected staff. The standards and requirements in the revised DOM will be applied in CDCR's use of force review processes, including the Institutional Executive Review Committee.

## LESSON PLAN DEVELOPMENT & MANDATORY TRAINING

The Division of Adult Institutions (DAI) is working with staff from the Office of Training and Professional Development (OTPD) to develop two lesson plans: one tailored to correctional officers, and a second training plan for managers, supervisors, mental health staff, and medical staff (*see* footnote 1). The lesson plans are a key method for conveying CDCR's expectations and policies to staff and it is critical that the lesson

---

[1] CDCR does not have authority to compel medical staff, who are under the control of the *Plata* Receiver, to attend trainings. However, the Receiver's Office will be informed of the trainings, and health care Chief Executive Officers and medical staff will be invited to attend.

plans are both complete and send the appropriate message.  CDCR anticipates that the lesson plans will be completed by February 28, 2014, and CDCR will provide the training modules to the court thereafter.  The training modules will provide specific training to each level of staff regarding their role and responsibility in a controlled use-of-force incident.

Critical elements to both lesson plans include:

- a description of when force may be used, in both immediate and a controlled use-of-force situations;

- a description of how to determine whether a cell extraction is necessary and what actions must be taken prior to an extraction, including the requirements for consultation with mental health staff.  The training will describe the cool down period and the roles of health care and mental health personnel (DOM § 51020.12);

- training on the revised operating procedures expanding CDCR's heightened safeguards for mentally ill inmates before authorizing a controlled use of force (DOM § 51020.12.1);

- training on the permitted use and limits on the amount of chemical agents that may be used during a cell extraction, under what circumstances it is appropriate to use chemical agents, how much chemical agent that can and should be used, and how much time must elapse between applications.  Staff will understand that the limitations on the amount of chemical agents are mandatory unless there are exigent circumstances that necessitate the use of additional chemical agents.  Special attention will be paid toward emphasizing that the exception is narrow, and specify the limited exigent circumstances when additional chemical agents may be applied.  The training will also include discussion of decontamination after the use of chemical agents.  (*See* DOM § 51020.15);

- training on the new section requiring that a decision to use chemical agents for any extraction requires more than passive resistance or a refusal to follow orders by the inmate; and

- training on the new section prohibiting immediate use of force against an inmate preventing the closure of a food/security port unless there is an immediate threat to safety (DOM § 51020.11.2).

The first lesson plan will be designed to train correctional officers on the statewide use-of-force policy.  It will educate and inform staff of the revised DOM provisions, and be used as the standard lesson plan for annual training provided to officers.  It will also be incorporated into the curriculum for new cadets at the Correctional Training Center.  This approach is designed to ensure both immediate compliance with the new provisions by staff in the field, and long-term compliance by training cadets in the academy.

The use of uniform lesson plans both at the academy and statewide will also ensure that each institution understands and applies the new DOM provisions consistently. Institutions may develop a local DOM supplement should there be a need (for example, site specific criteria related to protective equipment or formation of cell extraction teams), but these supplemental DOM sections must be consistent with the statewide policy and will be reviewed and approved by headquarters before implementation.

The second lesson plan is designed for managers, supervisors, mental health staff, and medical staff. This manager and supervisor training will include all of the information in the correctional officer training, but will also provide additional information to emphasize staff accountability, management and direction in incidents of controlled force, and review of use-of-force incidents. Among other topics, the training will ensure that:

- Wardens and Use of Force Coordinators understand the changes to policy, and incorporate the new standards into the use-of-force reviews by the Institution Executive Review Committee; and

- Incident Commanders and Response Supervisors understand their roles and responsibilities during controlled use-of-force incidents, including but not limited to the requirement to evaluate and clearly articulate the need for force and choice of force options to be used, the expectations and limitations regarding the use of chemical agents, and the requirement to consult with clinical staff.

This separate training is important because the managers must understand not only the roles of all team members during use of force incidents, but also must more thoroughly understand the philosophy behind the policy revisions, their decision making responsibilities, and the importance of staff accountability. The training will ensure that managers and supervisors understand how to interpret and enforce the policy.

## TRAINING SCHEDULE

MANAGER TRAINING

Managers and supervisors will be trained commencing no later than March 7, 2014. CDCR plans to conduct the following training sessions: (1) Four four-hour training sessions in the Northern Region; (2) Two four-hour training sessions in the Central Region; and (3) Two four-hour training sessions in the Southern Region. These multiple sessions in different geographic locations will maximize staff interaction and foster an efficient learning environment while keeping the groups small. As of the time of this filing, specific dates and locations of the regional training sessions are being finalized. Consideration is being given to ensure sufficient dates and locations are available to provide for manageable numbers in each session to provide the most efficient learning environment. CDCR estimates that staff will receive four hours of required training, and that all regional training for managers will be accomplished no later than March 21, 2014.

Training will be conducted by a multi-disciplinary team, which includes representatives from DAI headquarters, CDCR Mental Health, and members of the workgroup who developed the new DOM sections. The inclusion of headquarters staff is important to underscore proper messaging to the field regarding the reasons for the changes and also to emphasize that executive staff supports the policy change.

Mandatory attendees at these regionalized training sessions will include, for each institution within the region, Wardens, Chief Deputy Wardens, Managers/Administrative Officers of the Day, Chiefs of Mental Health, and Use of Force Coordinators. Additionally, health care Chief Executive Officers and Office of Inspector General staff will be encouraged to attend so they are aware of the policy revisions.

USE OF FORCE MASTER TRAINER TRAINING

Institutional Use of Force Master Trainers will be responsible for providing training to field staff. In the event individual management staff is not able to attend one of the regional training dates, the Use of Force Master Trainers will also train them. Therefore, CDCR will provide specific "Training for Trainers" to the Master Trainers on how to train both field staff and supervisors on the revisions to the use-of-force policy.

FIELD TRAINING FOR CORRECTIONAL SUPERVISORS, MENTAL HEALTH, AND HEALTH CARE STAFF[2]

Upon completion of the regional training, each Warden is responsible for ensuring that all appropriate staff at their institutions are trained in accordance with the approved lesson plans, including all supervisory custody staff and mental health clinicians. Use of Force Master Trainers will provide training at the local level to both custody supervisors and mental health clinical staff. CDCR estimates that custody supervisors staff will receive 3-4 hours of required training, and that all field staff training will be accomplished no later than April 21, 2014. Staff will receive training on the revisions to the policy through formal in-service training.

IMMEDIATE ON-THE-JOB TRAINING FOR CORRECTIONAL OFFICERS

All correctional officers will receive immediate on-the-job training from supervisors concerning revisions to the food/security port policy in the D.O.M. Supervisors will be responsible for informing correctional officers of their duties and responsibilities during controlled use-of-force incidents, and ensuring compliance with policy. Further training on the revised provisions will be incorporated into the rolling annual training provided to all correctional officers.

---

[2] See footnote 1.

4

**FUTURE TRAINING**

In the future, the Institutional Use of Force Master Trainers will provide annual training regarding the use-of-force policy. Additionally, they will be responsible for training new managers, supervisors, and Administrative Officers of the Day as staff are promoted or transferred into the institution. Training modules will be incorporated into the curriculum for cadets.

CDCR is committed to continuing to refine and improve the use of force trainings. To that end, it is examining whether additional scenario-based training can be incorporated into the current training. Additionally, CDCR is determining how to assess the effectiveness of the training. Consequently, CDCR reserves the right to make additional refinements to the training as appropriate.