1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   PATRICK R. MCKINNEY
3  Supervising Deputy Attorneys General
   DEBBIE VOROUS, State Bar No. 166884
4  ELISE OWENS THORN, State Bar No. 145931
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 324-4921
7    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
8
   *Attorneys for Defendants*
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12                       SACRAMENTO DIVISION

13

14
   RALPH COLEMAN, et al.,                    2:90-cv-00520 LKK DAD PC
15
                          Plaintiffs,        **DEFENDANTS' NOTICE OF FILING
16                                           CORRECTED PLEADINGS AND
           v.                                NOTICE OF ERRATA FOR
17                                           DEFENDANTS' REPLY IN SUPPORT
                                             OF MOTION REGARDING LONG-
18  EDMUND G. BROWN JR., et al.,             RANGE MENTAL HEALTH BED PLAN
                                             AND UPDATE TO COURT AND FOR
19                        Defendants.        SUPPORTING DECLARATION OF
                                             ELISE OWENS THORN**
20

21

22

23       PLEASE TAKE NOTICE that Defendants are filing concurrently with this notice corrected

24  versions of Defendants' Reply in Support of Motion Regarding Long-Range Mental Health Bed

25  Plan and Update to Court, replacing the document filed at ECF 5076, and the Declaration of Elise

26  Owens Thorn In Support of Defendants' Reply in Support of Motion Regarding Long-Range

27  Mental Health Bed Plan and Update to Court, replacing the documents filed at ECF 5076-4.

28
                                              1
     Defs.' Not. Am. Pleadings and Errata to Defs.' Rep. ISO Long-Range Bed Plan and Thorn Decl. (2:90-cv-00520
                                                                                                LKK DAD PC)

The corrections to Defendants' Reply in Support of Motion Regarding Long-Range Mental Health Bed Plan and Update to Court, filed at ECF 5076, are as follows:

1. At page 3:12, the citation is changed to state: "7:14-15."
2. At page 5:17, the citation is changed to state "*Id.,* ¶ 5; Reporter's Transcript Re: Evidentiary Hearing (Tr.) 3450:24-3451:1 [T. Belavich]."
3. At page 8:5, the citation is changed to state "18:27-20:14."
4. At page 9:8, the citation is changed to state "ECF 5061 at 3."
5. At page 10:23, the citation is changed to state "*See, e.g.* ECF 5027-1 at 4 & 8 [Bien Decl., Ex 3] (describing study's reliance on 2013 projections of overall institution population)."
6. At page 11:23-24, the citation is changed to state "Thorn Decl. ¶ 2, Ex. A [Trans Belavich Depo., 2/22/13 at 201:24-203:19, 206:17-208:19, 209:10-16 and Ex 14]."
7. At page 11:25, " the citation is changed to state "Tr. 3464:10-20 [T. Belavich]."
8. At page 11, footnote 8 is changed to state "Thorn Decl. ¶ 3, Ex. B."
9. At page 12:7, the citation is changed to state "Tr. 3498:5-3499:7 [T. Belavich]."

The corrections to the Declaration of Elise Owens Thorn In Support of Defendants' Reply in Support of Motion Regarding Long-Range Mental Health Bed Plan and Update to Court, filed at 5076-4, are as follows:

1. At page 1:26 the paragraph is changed to read "2. Attached as Exhibit A is a true and correct copy of transcript excerpts from the February 22, 2013 deposition of Tim Belavich, Ph. D. along with excerpts of Exhibit 14 to the deposition (Declaration of Tim Belavich ISO Motion to Terminate, Exhibit 3.)"
2. At page 2:1, the paragraph is changed to read "3.  Attached as Exhibit B is true and correct copy of excerpts of the *Coleman* Program Guide."
3. At page 2:5 the paragraph beginning "3.  Attached as Exhibit C . . ." has been deleted.
4. At page 2:9 the paragraph beginning "4.  Attached as Exhibit D . . ." has been deleted.
5. Exhibits A & B have been replaced.
6. Exhibits C & D have been deleted.

2

Defs.' Not. Am. Pleadings and Errata to Defs.' Rep. ISO Long-Range Bed Plan and Thorn Decl.  (2:90-cv-00520 LKK DAD PC)

| | | |
|---|---|---|
| 1 | Dated: February 25, 2014 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | JAY C. RUSSELL<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ Debbie Vorous |
| 6 | | DEBBIE J. VOROUS<br>Deputy Attorney General<br>*Attorneys for Defendants* |

CF1997CS0003
FINAL Notice of Errata.doc

3

Defs.' Not. Am. Pleadings and Errata to Defs.' Rep. ISO Long-Range Bed Plan and Thorn Decl. (2:90-cv-00520 LKK DAD PC)