DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:    (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California  94104-4244
Telephone:    (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-0520 LKK DAD |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |
| v. | Judge:   Hon. Lawrence K. Karlton |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

[1112459-3]

1    Plaintiffs submit this Request for Judicial Notice in support of their pending Motion

2  for Enforcement of Court Orders and Affirmative Relief re Improper Housing and

3  Treatment of Seriously Mentally Ill Prisoners in Segregation (Dkt. 4580).  Pursuant to

4  Federal Rule of Evidence 201, the Court may take judicial notice of facts that are capable

5  of accurate and ready determination by resort to sources whose accuracy cannot reasonably

6  be questioned.  Fed. R. Evid. 201(b)(2).  The Court may take judicial notice of a judicially

7  noticeable fact if requested by a party and supplied with the necessary information.  Fed.

8  R. Evid. 201(c).

9    Plaintiffs herein seek judicial notice of two documents:  (1) a report of the Office of

10  the Inspector General (OIG) entitled, "Special Review: Female Inmates Serving Security

11  Housing Unit Terms in the California Department of Corrections and Rehabilitation"

12  (attached hereto as **Exhibit A** and available in full on the Office of the Inspector General's

13  website[1]); and (2) an email from defendants to the Special Master and plaintiffs' counsel

14  regarding the February 24, 2014 suicide death by hanging of a class member in non-

15  disciplinary administrative segregation at Pelican Bay State Prison (redacted and attached

16  hereto as **Exhibit B**).

17    Judicial notice is an appropriate mechanism for supplementing the record.  Both

18  documents for which plaintiffs presently request judicial notice became available after the

19  presentation of evidence concluded on December 19, 2013.  Moreover, the accuracy of

20  both documents "cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).  The first

21  document is a publicly-available government document, of which courts routinely take

22  judicial notice.  *See, e.g.*, *Modesto Irrigation Dist. v. Pac. Gas & Elec. Co.*, 61 F. Supp. 2d

23  1058, 1066 (N.D. Cal. 1999) (taking judicial notice of document posted on agency's

---

[1] Special Review:  Female Inmates Serving Security Housing Unit Terms in the California Department of Corrections and Rehabilitation, Office of the Inspector General, State of California, Dec. 2013 ("OIG Report"), *available at* http://www.oig.ca.gov/media/reports/Reports/Reviews/Special%20Review%20-%20Female%20Inmates%20Serving%20Security%20Housing%20Unit%20Terms%20in%20CDCR.pdf (uploaded to OIG website on Jan. 2, 2014).

[1112459-3]

1   website and "readily accessible through the Internet"); *United States v. S. Cal. Edison Co.*,

2   300 F. Supp. 2d 964, 974 (E.D. Cal. 2004) (recognizing that the court make take judicial

3   notice of public documents). The second document is a statement by defendants to the

4   Court's Special Master in compliance with standing orders regarding suicide reporting.

5   (*See, e.g.,* Order, Feb. 10, 2014, Dkt. 5059; *Coleman* Program Guide, 12-10-26.)

6       The relevance of these documents is beyond dispute. The OIG report (Exhibit A)

7   reflects the results of an independent investigation into the conditions for female prisoners

8   serving Security Housing Unit (SHU) terms at California Institution for Women and

9   Central California Women's Facility. The report reaches important conclusions about

10  issues that bear directly on plaintiffs' pending segregation motion. For example, the OIG

11  makes the following findings:

12          **FINDING 1:** Nearly 22 percent of the 160 female inmates in
            our review are serving SHU terms for the charge of *Refusal to*
13          *Accept Assigned Housing,* a nonviolent offense.

14          **FINDING 2:** The department has sensitive needs yards for
            male inmates but not for female inmates. Female inmates are
15          receiving SHU terms for the charge of *Refusal to Accept*
            *Assigned Housing* or *Enemy/Safety Concerns*, in part because,
16          due to the conversion of the Valley State Prison for Women to
            a men's prison, the department has few options for housing
17          female inmates with enemy/safety concerns.

18          **FINDING 3:** Of the 35 SHU terms imposed for the charge of
            *Refusal to Accept Assigned Housing*, the Office of the
            Inspector General found that almost one-third (31 percent) did
19          not receive an adequate and thorough review of the safety
            concerns raised by the inmates.

20          **FINDING 4:** Staff who were interviewed at both men's and
21          women's prisons across the State were not always sure what
            privileges and property were authorized for inmates serving
22          SHU terms in administrative segregation units, and the female
            inmates serving SHU terms in the CCWF administrative
23          segregation unit are not receiving the same property and
            privileges as those inmates serving SHU terms in security
24          housing units.

25          **FINDING 5:** Female inmates serving SHU terms are not
            receiving the expanded property allowance. After the July
26          2011 inmate hunger strike, the department expanded the list of
            property items allowed in security housing units.

27          **FINDING 6:** There is no exercise equipment (such as
            handballs, pull-up bars, or dip/push-up bars) in any of the
28          exercise yards designated for female SHU inmates.

[1112459-3]

1
2
       **FINDING 7:** Pre-release services to assist in the transition from long-term segregation back into the community are not offered to female inmates who will be released directly from a security housing unit.

3
4
5
       **FINDING 8:** Female inmates serving SHU terms in the administrative segregation unit at CCWF are not offered education programs and are not consistently offered time to go out to the exercise yard.

6
       **FINDING 9:** Attorney visits for SHU inmates are not always private and confidential.

7    OIG Report at 15-17.  In addition, the report finds that "[t]he majority of the [female SHU]

8    inmates (84 percent) were participants in CDCR's Mental Health Services Delivery

9    System (MHSDS) . . . ."  *Id.* at 10.  The report also finds that "[o]f the 160 [female]

10    inmates serving SHU terms, 103 were serving SHU terms for violent offenses and 57 were

11    serving SHU terms for nonviolent offenses."  *Id.* at 12.  Sixteen of the 35 women serving

12    indeterminate SHU terms were in the SHU due to enemy/safety concerns.  *Id.*

13           The February 24, 2014 suicide notification (Exhibit B) for which plaintiffs seek

14    judicial notice relates directly to the adequacy of defendants' new time limits for the

15    placement of class members in segregation for no fault of their own.  It states that the

16    decedent, who died by hanging on February 24, 2014, "was singly housed in Ad Seg at the

17    time of his death.  He was a non-disciplinary segregation inmate and had been housed in

18    ASU since 1/16/2014.  He was a participant in the MHSDS at the CCCMS level of care

19    and last seen by a clinician on 2/6/2014."

20           Defendants have argued that their newly enacted time limits for the retention of

21    class members in segregation units for non-disciplinary purposes (60 days for CCCMS

22    prisoners, 30 days for EOP prisoners) adequately address the harms of this practice.  (*See*

23    "Non Disciplinary Segregation Enhanced Outpatient Program and Correctional Clinical

24    Case Management Services Release or Transfer Timelines," Defs.' Ex. RRR, admitted into

25    evidence on December 6, 2013.)  The February 24, 2014 suicide notification describes a

26    CCCMS class member who had been held in non-disciplinary administrative segregation

27    at Pelican Bay State Prison for 39 days at the time he committed suicide.  Defendants' time

28    limits permitted this period of non-disciplinary segregation and would have allowed the

1   class member to be held in segregation for 21 more days.  The death of this class member

2   highlights the inadequacy of Defendants' purported solution to the widespread use of

3   segregation units for non-disciplinary purposes.

4        Accordingly, Plaintiffs respectfully request that this Court take judicial notice of the

5   attached documents.

6

7   DATED:  March 3, 2014            Respectfully submitted,

8                                    ROSEN BIEN GALVAN & GRUNFELD LLP

9
                                     By:  */s/ Margot Mendelson*
10                                        Margot Mendelson

11                                   Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



# Special Review:
# Female Inmates Serving Security Housing Unit Terms in the California Department of Corrections and Rehabilitation

OFFICE OF THE

INSPECTOR GENERAL

**STATE OF CALIFORNIA**
**December 2013**

# Special Review: Female Inmates Serving Security Housing Unit Terms in the California Department of Corrections and Rehabilitation

Robert A. Barton
*Inspector General*

Roy W. Wesley
*Chief Deputy Inspector General*

James C. Spurling
*Chief Counsel*

Shaun R. Spillane
*Public Information Officer*



10111 Old Placerville Road, Suite 110
Sacramento, CA 95827
Telephone: 916-255-1102
Facsimile: 916-255-1403

December 2013

# TABLE OF CONTENTS

**INTRODUCTION** ..........................................................................................................1

*Objectives, Scope, and Methodology* ..........................................................1

*Summary of Findings* ...................................................................................2

**OVERVIEW OF SECURITY HOUSING UNITS** ...............................................3

*Background* ...................................................................................................3

*Security Housing Units* ................................................................................3

**CONDITIONS OF SHU CONFINEMENT FOR FEMALE INMATES** ...........5

*SHU Housing* ................................................................................................5

*Outside Recreation/Exercise Yards* ............................................................6

*Programs and Privileges of Female SHU Inmates* .....................................7

**DETAILS OF SHU TERMS IMPOSED ON FEMALE INMATES** ...............10

*Female SHU Population and Housing* .......................................................10

*SHU Terms Imposed* ...................................................................................11

**FINDINGS AND RECOMMENDATIONS** .......................................................15

**APPENDICES** ....................................................................................................18

# INTRODUCTION

From July 8, 2013, to September 5, 2013, inmates in the California Department of Corrections and Rehabilitation's (CDCR or department) security housing units (SHUs) staged a hunger strike to protest, among other issues, California's use of solitary confinement. As part of the monitoring duties of the Office of the Inspector General (OIG), the agency dispatched inspectors and attorneys to the institutions to ensure that CDCR staff were following policies and procedures, and to monitor conditions of confinement, medical and mental health checks, and the medical and dietary procedures for food consumption.

The hunger strike ended on September 5, 2013. With the end of the hunger strike, the Chairpersons of both the Assembly and Senate Committees on Public Safety convened a joint public hearing on October 9, 2013, on issues relating to segregated housing in California's prisons. At the joint legislative hearing, the Inspector General gave testimony on the current policies and procedures and conditions within CDCR's security housing units. As a direct result of testimony at the aforementioned joint legislative hearing, on October 31, 2013, the Senate Committee on Rules requested the Office of the Inspector General further examine the conditions specifically related to female inmates serving security housing unit terms.

## OBJECTIVES, SCOPE, AND METHODOLOGY

This review and assessment evaluates the terms and conditions of confinement for the 160 inmates who were serving SHU terms between October 9, 2013 (the date of the legislative hearing), and October 31, 2013 (the date of the Senate's request for review), in the California Institution for Women (CIW) security housing unit and the CIW psychiatric services unit (PSU), and also the administrative segregation unit (ASU) at the Central California Women's Facility (CCWF).[1] This report includes an overview of female security housing units; an overall assessment of the conditions of confinement for female inmates serving SHU terms, including housing, programs, and privileges; and a review and assessment of the disciplinary actions and SHU terms imposed.

During this review, the OIG conducted site inspections of the CIW security housing unit and psychiatric services unit, including the cells, recreational exercise yards, visiting areas, clinic space, and law libraries; and the CCWF administrative segregation unit, including the cells, recreational exercise yards, visiting areas, and law libraries. OIG staff interviewed staff and inmates at both prisons. OIG staff reviewed applicable laws and case law, and departmental rules and regulations. Finally, the OIG reviewed the central files for 160 inmates, including the disciplinary rules violation reports (RVRs), ASU placement orders, SHU term assessment forms, committee actions, appeals, and segregation logs.

---

[1] Because there is only one security housing unit for female inmates (located at CIW), female inmates are routinely retained in the administrative segregation unit at the Central California Women's Facility to serve their SHU terms.

## SUMMARY OF FINDINGS

The Office of the Inspector General made nine findings and recommendations during this review (see pages 16 to18 for a detailed list). The most significant issues are the absence of sensitive needs yards[2] for the department's female population, and the limited options for housing female inmates who refuse to accept their assigned housing due to enemy or safety concerns.

The OIG's review found that 52 of the 160 inmates were serving SHU terms for the charges of *Refusal to Accept Assigned Housing* or *Enemy/Safety Concerns,* both nonviolent offenses. Eighteen of these inmates have served SHU terms in excess of one year. Subsequently, many suffer negative consequences as a result of this housing when considered for parole. By addressing this issue, the department could potentially reduce the female SHU population by one-third.

Because there is only one security housing unit (with a limited number of beds) for female inmates, many female inmates serve their entire SHU term in the administrative segregation unit at CCWF, where they are not afforded some of the programs and privileges entitled to SHU inmates.

— **ROBERT A. BARTON, INSPECTOR GENERAL**

---

[2] "Sensitive needs yards" are sections of several male institutions designated primarily to safely house inmates who are victims of assault, are gang dropouts, or have significant enemy or other safety concerns.

# OVERVIEW OF SECURITY HOUSING UNITS

## BACKGROUND

The department houses the majority of its female offender population in two institutions, the Central California Women's Facility and the California Institution for Women. To a smaller degree, the department also houses female offenders at the Folsom Women's Facility (fewer than 350 inmates) and in fire camps and specialized female offender programs (fewer than 100 inmates). When inmates engage in violent or dangerous behavior, staff members are obligated to remove them from the general population to protect the safety of the prison. Behavior such as rioting, assaults, and gang participation can cause an inmate to be sent to the administrative segregation unit while staff members evaluate the nature and level of threat the inmate presents to the prison. Also, some inmates who become victimized by other inmates and need protection are placed in the administrative segregation unit until the staff can find appropriate housing for them. In the case of some female inmates, no such housing exists except for a SHU placement.

Inmates placed in ASUs are entitled to due process rights. Because administrative segregation unit inmates lose more of their freedoms than inmates in the general population, prison officials must provide them with due process protections to ensure they receive a fair hearing to dispute their ASU placement. Therefore, the department has established comprehensive policies and procedures designed to protect inmates' due process rights and ensure the consistent and appropriate use of ASUs statewide.

## SECURITY HOUSING UNITS

Security housing units are designed as long-term housing for inmates whose conduct demonstrates they are a threat to the safety and security of general population facilities. Of the two institutions in this review, only the California Institution for Women has a security housing unit. As a result, overflow female inmates are retained in administrative segregation to serve a security housing unit term at the Central California Women's Facility.

Inmates may also be put in administrative segregation pending the outcome of a disciplinary proceeding that could result in a security housing unit term and may be retained in administrative segregation if, when the decision is rendered, the time remaining on the security housing unit term is too short to justify a transfer to another prison. Inmates also may be placed in administrative segregation pending an investigation into misconduct by others, or for protection because of a drug debt, gang rivalry, or the presence of an enemy at the institution.

For the most part, movement and privileges of SHU inmates mirror that of ASU inmates, the exception being that inmates endorsed for SHU terms are entitled to some additional property, and SHU inmates at various stages of the department's security threat group step down program

are allowed additional privileges. Out of 160 cases reviewed for female inmates, only one was housed due to gang criteria. There are two types of SHU placements: indeterminate terms, which have no expiration date and require staff review every 180 days, and determinate terms, which are directly associated with a specific disciplinary offense and are for a specific length of time. The OIG found that 35 of the 160 inmates reviewed were serving indeterminate SHU terms.

Segregated housing also includes psychiatric services units, which provide secure housing and care for inmates requiring housing equivalent to SHU housing, but who have diagnosed psychiatric disorders requiring an Enhanced Outpatient Program (EOP)[3] level of mental health care. Inmates in these units have services provided to them by the mental health staff of CDCR. The psychiatric services unit for female inmates has 20 beds and is located at CIW. As stated earlier, the female SHU is located at the California Institution for Women in Corona.

On October 9, 2013 (the date of the legislative hearing), CDCR had a total in-state, in-custody inmate population of 125,363 (119,412 males and 5,951 females). There were approximately 4,054 male inmates serving SHU terms (3.4 percent of the male population) and 160 female inmates serving SHU terms (2.7 percent of the female population).

---

[3] EOP inmates, while mentally disordered, would benefit from the structure of a therapeutic environment that is less restrictive than inpatient settings. This may include response to crisis symptoms that require extensive treatment, but that can be managed as outpatient therapy with several psychotherapy sessions or medication adjustment with follow-up visits.

# CONDITIONS OF SHU CONFINEMENT FOR FEMALE INMATES

The Office of the Inspector General staff conducted site inspections of the CIW security housing unit and psychiatric services unit, including the cells, recreational exercise yards, visiting areas, clinic space, and law libraries. Site inspections were also conducted at the CCWF administrative segregation unit, including the cells, recreational exercise yards, visiting areas, clinic space, and law libraries. The OIG interviewed staff and inmates, and reviewed applicable laws and case law, and departmental rules and regulations. Finally, OIG staff reviewed the central files for 160 inmates, including the disciplinary rules violation reports, committee actions, and confinement logs.

## SHU HOUSING



CIW and CCWF both house their SHU inmates in buildings with the same design (two-tiered, 270-degree[4] design buildings). CIW's consists of 60 SHU beds (30 cells), 30 ASU beds (15 cells), and 10 ASU/EOP beds (5 cells). CCWF's consists of 90 ASU beds (45 cells), and 10 EOP beds (5 cells). The cells are identical. They are approximately 66 square feet and contain two metal beds (an upper bunk and a lower bunk), a metal desk and stool, shelving for property, and a metal one-piece toilet and sink combination unit. The SHU/ASU cells are well lit, with a solid metal door containing one narrow window in the door and one narrow window facing the outside on the opposite side of the cell.

*270-Degree Design Cell*




*PSU Cell*



*View from Inside a PSU Cell*

CIW also houses the psychiatric services unit, which consists of 20 EOP beds (20 cells). The PSU cells are 73 square feet and contain one bed with built-in property storage, a metal desk, and a one-piece metal toilet and sink combination unit. The PSU cells are well lit, with a solid metal door containing two narrow windows and a three-slotted window facing the outside on the opposite side of the cell.

---

[4] A "270-degree" design refers to the configuration of the cellblocks (housing units), which allows a 270-degree field of view for control booth staff.

# OUTSIDE RECREATION/EXERCISE YARDS

Security housing unit inmates are entitled to ten hours of recreation time outside the cell each week, compared to general population inmates who can spend many hours outside the cell each day. Inmates who have a cellmate can go to the exercise yard together. Single-celled inmates go to the exercise yard by themselves.

 

*CIW "Walk-Alone" Yard*       *CIW "Walk-Alone" Yards*

**CIW SHU Exercise Yard.** The OIG's review found that at CIW, inmates housed in the SHU are regulary offered the opportunity to go outside to the exercise yard, but many decline and stay in their cells. The exercise yards at CIW consist of six connected "walk-alone" yards that each measure approximately 150 square feet. They each have a toilet and sink combination unit with a water fountain.There are also two large exercise yards SHU inmates can use when available.



*CIW PSU "Walk-Alone" Yard*

**CIW PSU Exercise Yards.** Staff in CIW's PSU (housing the SHU inmates needing the EOP level of mental health services) make an effort to encourage the PSU inmates to go out to the exercise yard, and OIG inspectors noted that PSU inmates are consistently offered at least ten hours of yard time per week. The PSU exercise area consists of four connected "walk-alone" yards that each measure approximately 180 square feet. They each have a toilet and sink combination unit with a water fountain. The OIG inspectors observed the PSU inmates participating in yard time, conversing with each other and the yard officer.

**CCWF Exercise Yards.** At CCWF, while staff interviewed stated that yard time is consistently offered to the SHU inmates, the OIG's site visit found little documentation that exercise yard time was offered, and during our site visit, no SHU inmates were on the exercise yards. In addition, department staff stated that the individual small management yards cannot all

 

*CCWF "Walk-Alone" Yard*       *CCWF ASU Small Management Yard*

be observed at once, and there are not enough allocated yard officers to consistently provide the SHU inmates with at least ten hours of yard time per week. This is aggravated by the fact that the SHU inmates are housed in the same building as ASU inmates, ASU EOP inmates, and the condemned population, but cannot, for safety reasons, go to yard together; therefore, it appears that the limited exercise yard space may be too small to offer the required ten hours per week of outside exercise time to the entire segregated population. In addition, unlike the male SHU institutions, there is no exercise equipment (such as handballs, pull-up bars, or dip/push-up bars) in any of the exercise yards designated for female SHU inmates.

## PROGRAMS AND PRIVILEGES OF FEMALE SHU INMATES

The California Code of Regulations (CCR), Title 15, Section 3343 (Conditions of Segregated Housing), provides for the following programs and privileges for inmates in segregated housing, including SHUs:

**Visits**. Security Housing Unit inmates are prohibited from physical contact with visitors. Otherwise, visiting occurs under the same conditions as general population inmates (Saturdays and Sundays with approved visitors for one hour each). The OIG inspectors found that visiting for SHU inmates does occur as required.

**Meals**. Inmates assigned to administrative segregation, including SHU housing, are fed the same meals as are provided to inmates in the general population (a hot breakfast, a sack lunch, and a hot dinner, served in their cells). The OIG inspectors found that meal service for SHU inmates does occur as required.

**Mail**. Inmates assigned to administrative segregation, including SHU housing, are not restricted in their sending and receiving of personal mail, except that incoming packages may be limited in number and in content to the property permitted in the ASU and SHU (see Appendix A for the Property Matrix). The OIG inspectors found that mail processing for SHU inmates does occur as required.

**Reading Material**. Inmates assigned to administrative segregation, including SHU housing, are permitted to obtain and possess the same publications, books, magazines, and newspapers as are inmates of the general population, except that the quantity is limited for safety and security reasons (ten books at a time). OIG inspectors note that recreational reading material is provided to SHU inmates in the form of a cart of books being delivered to the unit where inmates can request various titles to check out and return.

**Telephones**. Telephone calls are generally not allowed for ASU or SHU inmates, except for emergencies; however, individual calls may be approved by the supervisor in charge or the administrator of the unit.

**Personal Cleanliness**. Inmates assigned to segregated housing are provided the means to keep themselves clean and well groomed. Showering and shaving is permitted at least three times a week, and the OIG inspectors found that showers were consistently offered as required. Clothing, bedding, linen, and other laundry items are issued and exchanged no less often than is provided for general population inmates. The OIG inspectors found that both institutions consistently adhere to the personal cleanliness regulations. Clothing laundry exchange occurs every other week, linens are laundered at least every two weeks, and blankets are exchanged at least every six months.

**Institution Programs and Services**. Inmates assigned to segregated housing units are permitted to participate in and have access to such programs and services as can be reasonably provided within the unit without endangering security or safety. Such programs and services will include, but not be limited to, education, commissary (canteen), library services, social services, counseling, religious guidance, and recreation.

**Academic programs are offered at CIW but not at CCWF.**
Inmates in the CIW SHU and PSU are offered academic programs, including literacy, GED preparation, and college courses. CCWF does not offer any academic programs to ASU or SHU inmates.

**Religious services are offered but self-help programs are not.**
Both CIW and CCWF offer religious services to their SHU inmates. At the request of individual inmates and on a rotational basis, a chaplain will visit the housing units. Self-help programs such as Alcoholics Anonymous or Narcotics Anonymous are not offered at either CIW or CCWF.

**There are no pre-release services offered.**
Neither prison provides pre-release services to inmates who will be released directly from a security housing unit to assist their transition from long-term segregation back into the community.

**Female inmates serving SHU terms are not receiving the expanded property allowance.**
After the July 2011 inmate hunger strike, the department expanded the list of property items allowed in security housing units. This included nominal items such as additional soap, a plastic bowl, a plastic tumbler, and an additional electric device, such as a typewriter.

**Inmate Law Library.** California Code of Regulations, Title 15, Section 3122, states that each prison shall offer legal materials through its law library to provide inmates with meaningful access to the courts. The OIG's review found that both CIW and CCWF are meeting this mandate.

**Attorney Visitations and Consultation**. California Code of Regulations, Title 15, Section 3178, states that a private consultation between an inmate and his or her attorney or attorney representative, known as an attorney visit, shall be conducted in a confidential area specified by the institution. Attorney visiting shall normally be accommodated during the institution's regularly scheduled visiting days and hours. The institution head or the official in charge of visiting has the discretion to authorize a contact attorney visit for an inmate on non-contact visiting status. If an attorney or attorney representative does not desire private accommodations, the attorney or attorney representative may visit the inmate on any scheduled visiting day and shall be provided the same accommodations, including the schedule, as a regular visitor.

Our review found that at CIW, because SHU inmates are not allowed contact visits, attorney visits were sometimes conducted in the regular non-contact visiting booths, which are not conducive to private or confidential conversations, due to the the close proximity of other inmates on one side of the glass and other visitors side-by-side with the attorney on the other side of the glass.



*CIW Non-Contact Visiting Attorney and Visitor Area*



*CIW Non-Contact Visiting Inmate Cells*

**Adminstrative Segregation Unit, SHU, and PSU Welfare Checks.** The department has had a long standing policy related to 30-minute welfare checks for inmates in segregated housing, the purpose of which is to limit the opportunity an inmate has to commit acts of self-harm. The welfare checks are conducted by custody officers at staggered intervals, three times per hour, not to exceed 30 minutes, for at least the first 21 days of segregated housing. Clinical staff may request that the welfare checks extend beyond the first 21 days, when clinically indicated.

Mental health staff (psychiatric technicians and senior psychiatric technicians) make their rounds at least once per day, talking with the inmates at their cell-front or moving them to isolation cells for one-on-one counseling.[5]

The OIG review found that, pursuant to policy, the custody and mental health checks are occuring at both CIW and CCWF. In 2013, there were no suicides in female administrative segregation units or the female security housing unit.[6]

---

[5] The inmates in the psychiatric services unit are designated as needing a higher level of mental health care (EOP), and each inmate receives an individual treatment plan, including, among other treatment services, monthly psychiatric evaluations, weekly psychotherapy, and regular structured therapeutic activities.
[6] There was one female inmate suicide in 2013, and it occurred in a general population housing unit.

# DETAILS OF SHU TERMS IMPOSED ON FEMALE INMATES

This review encompassed all female inmates who were serving active SHU terms at any point between October 9, 2013 (the date of the legislative hearing), and October 31, 2013 (the date of the Senate's request for review). During this time frame, 160 inmates were serving SHU terms. Of those, 86 were housed in the security housing unit at CIW, 20 were housed in the psychiatric services unit at CIW, and 54 were housed in the administrative segregation unit at CCWF.[7]

## FEMALE SHU POPULATION AND HOUSING

The female SHU population ranged in age from 20 to 62, with an average age of 34. The majority of the inmates (84 percent) were participants in CDCR's Mental Health Services Delivery System (MHSDS), with 112 inmates at the Correctional Clinical Case Management System (CCCMS)[8] level and 22 at the Enhanced Outpatient Program (EOP) level of care.

CDCR policy requires ASU or SHU inmates to be single-celled (pending administrative review and approval) if they have been predatory towards a cell partner, have a history of in-cell sexual abuse, have been assaultive towards a cell partner, have been the victim of in-cell physical or sexual abuse, demonstrate any significant in-cell violence against a cell partner, or have a history of propensity for victimization. During the time frame of our review, half of the inmates serving SHU terms had a cellmate.[9]

| October 9, 2013,[10] Housing Status | |
|---|---|
| Double-Celled (2 inmates sharing 1 cell) | 80 |
| Single-Celled SHU/ASU | 56 |
| Single-Celled PSU | 20 |
| Out-to-Court | 3 |
| Out-to-Medical | 1 |
| **Total** | **160** |

---

[7] Some of the inmates housed at CCWF at the time of this review have subsequently transferred to CIW to complete their SHU terms.

[8] CCCMS inmates, while mentally disordered, can function in the general population and do not require a clinically structured, therapeutic environment.

[9] The 20 PSU inmates (inmates serving SHU terms who require the EOP level of mental health care) are single-celled.

[10] October 9, 2013, is the date of the legislative hearing on the security housing unit hunger strike.

## SHU TERMS IMPOSED

### Length of SHU Terms

As of October 31, 2013, 73 of the 160 inmates (almost 46 percent) had been housed in the SHU for more than one year. Eighteen of the 160 inmates had been housed in the SHU for over 1,000 days, with the longest term served being 2,051 days. The average number of days served between these 160 inmates was 460.6.[11]

| SHUable Offense | Number of female inmates serving SHU terms by amount of time served and offense | | | | | | |
|---|---|---|---|---|---|---|---|
| | 5 years | 4 years | 3 years | 2 years | 1 year | <1 year | Total |
| Battery/assault on a non-inmate | | | 6 | 15 | 15 | 20 | 56 |
| Battery/assault on an inmate | 1 | | 1 | | 11 | 19 | 32 |
| Possession of a weapon | | | | 1 | 3 | 8 | 12 |
| Threats to a non-inmate | | | 1 | | | 2 | 3 |
| *Refusal to accept assigned housing | | 1 | 1 | 1 | 7 | 25 | 35 |
| *Enemy/safety concerns | | 1 | 1 | 5 | 1 | 9 | 17 |
| Drug offenses | | | | | | 4 | 4 |
| Gang validation | | | | 1[12] | | | 1 |
| TOTAL | 1 | 2 | 10 | 23 | 37 | 87 | 160 |

*This population makes up nearly 33 percent of the female SHU population, and is the subject of Finding 2 (page 15).

Of the 73 inmates who have been housed in the security housing unit for more than a year, 18 are serving terms for the controlling charge of *Refusal to Accept Assigned Housing* or *Enemy/Safety Concerns*. Of those 18, 10 are serving multiple SHU terms for charges ranging in severity from *Refusal to Accept Assigned Housing* to *Battery/Assault on a Non-Inmate with a Weapon*, while 8 have no other SHUable offenses.

### Indeterminate and Determinate SHU Terms

Of the 160 inmates serving SHU terms, 125 were serving determinate[13] terms and 35 were serving indeterminate[14] terms. The determinate SHU terms ranged in duration from 1 month to 48 months, with the most commonly imposed SHU term being 18 months. Nearly half of the inmates serving determinate SHU terms were consecutively or concurrently serving two or more terms.[15] Between October 9, 2013 (the date of the Joint Legislative Committee hearing) and October 31, 2013, 29 inmates had their SHU terms suspended.[16]

---

[11] The range of time served between these 160 inmates was 30 days to 2,051 days.

[12] This inmate has been out-to-court since July 2012. Once she is returned to CDCR custody, her current gang validation and SHU status will be reviewed by CDCR's Departmental Review Board.

[13] Determinate SHU terms are for a fixed period of time with an assigned minimum eligible release ate (MERD).

[14] Indeterminate SHU terms are for an indeterminate period of time and must be reviewed by a classification committee at least every 180 days for consideration of release to the general population.

[15] Of the 125 inmates serving determinate SHU terms, 63 were serving 1 term, 30 were serving 2 terms, 14 were serving 3 terms, 7 were serving 4 terms, and 11 were serving 5 or more terms.

[16] It is not uncommon for SHU terms to be suspended at the pre-MERD committee hearing (one month prior to the MERD), the 180-day review hearing, the annual committee hearing, or at a special committee hearing.

**Determinate SHU Terms**

| SHUable Offense | Number of inmates serving Determinate SHU terms for this offense |
|---|---|
| Enemy/safety concerns | 1 |
| Battery/assault on a non-inmate | 50 |
| Battery/assault on an inmate | 26 |
| Possession of a weapon | 9 |
| Refusal to accept assigned housing | 33 |
| Drug offenses | 4 |
| Threats to a non-inmate | 2 |
| **Total number of inmates serving Determinate SHU terms** | **125** |

**Indeterminate SHU Terms**

| SHUable Offense | Number of inmates serving Indeterminate SHU terms for this offense |
|---|---|
| Enemy/safety concerns | 16 |
| Battery/assault on a non-inmate | 6 |
| Battery/assault on an inmate | 6 |
| Possession of a weapon | 3 |
| Refusal to accept assigned housing | 2 |
| Threats to a non-inmate | 1 |
| Gang validation[17] | 1 |
| **Total number of inmates serving Indeterminate SHU terms** | **35** |

**SHU Terms Imposed for Violent and Nonviolent Offenses**

Of the 160 inmates serving SHU terms, 103 were serving SHU terms for violent offenses and 57 were serving SHU terms for nonviolent offenses.

| SHUable Offense - Violent | Number of female inmates serving SHU terms for this offense |
|---|---|
| Battery/assault on a non-inmate | 56 |
| Battery/assault on an inmate | 32 |
| Possession of a weapon | 12 |
| Threats to a non-inmate | 3 |
| **Total number of inmates serving SHU terms for violent offenses** | **103** |

| SHUable Offense - Nonviolent | Number of female inmates serving SHU terms for this offense |
|---|---|
| Refusal to accept assigned housing | 35 |
| Enemy/safety concerns | 17 |
| Drug offenses | 4 |
| Gang validation | 1 |
| **Total number of inmates serving SHU terms for nonviolent offenses** | **57** |

---

[17] This inmate has been out-to-court since July 2012. Once she is returned to CDCR custody, her current gang validation and SHU status will be reviewed by CDCR's Departmental Review Board.

**SHU Terms Imposed on Inmates Serving Life Sentences**

Of the 160 inmates serving SHU terms, 41 were inmates serving life-term sentences (37 inmates serving life terms with the possibility of parole and 4 inmates serving life terms without the possibility of parole). Of these 41 life-term inmates, 14 were serving SHU terms for *Refusal to Accept Assigned Housing* or *Enemy/Safety Concerns*.

| Number of female life-term inmates serving SHU terms for this offense | SHUable offense |
|---|---|
| 13 | Battery/assault on a non-inmate |
| 8 | Enemy/safety concerns* |
| 7 | Battery/assault on an inmate |
| 6 | Refusal to accept assigned housing* |
| 4 | Drug offenses |
| 2 | Possession of a weapon |
| 1 | Threats to a non-inmate |
| **41** | **Total number of life term inmates serving SHU terms** |

*See Finding 2 on Page 15.

When life-term inmates go before the Board of Parole Hearings for parole consideration, their disciplinary behavior is reviewed in depth. While a rules violation report for *Refusal to Accept Assigned Housing* or *Enemy/Safety Concerns* itself is not necessarily grounds for denial of parole suitability, disciplinary actions of any kind are not viewed favorably by the Board of Parole Hearings.

**Aggravated or Mitigated SHU Terms**

Of the 125 inmates serving determinate SHU terms, 102 had aggravated SHU terms and 19 had mitigated SHU terms. California Code of Regulations, Title 15, Section 3341.5, provides for the following factors for mitigation and aggravation:

**Factors for Aggravation**

1. The inmate's prior disciplinary record includes acts of misconduct of the same or similar nature.

2. The misconduct was planned and executed as opposed to situational or spontaneous.

3. The misconduct for which a SHU term is being assessed resulted in a finding of guilty for more than one offense.

4. The inmate influenced others to commit serious disciplinary infractions during the time of the offense.

There are 13 inmates who started their SHU term for safety-related issues, but subsequently committed a violent SHUable offense, possibly to avoid being placed in the general population.

**Factors for Mitigation**

1. The inmate has a minor or no prior disciplinary history.

2. The inmate has not been involved in prior acts of the same or of a similar nature.

3. The misconduct was situational and spontaneous as opposed to planned in nature.

4. The inmate was influenced by others to commit the offense.

5. The misconduct resulted, in part, from the inmate's fear for safety.

**Assessment of the SHU Terms Imposed**

Based on this review and assessment, of the 35 SHU terms imposed for the charge of *Refusal to Accept Assigned Housing*, the OIG found that almost one-third (31 percent) did not receive an adequate and thorough review of the safety concerns raised by the inmates (see Finding 3 on Page 15).

**Assessment of the Rules Violation Reports (RVRs) Pertaining to the SHU Terms**

For the 160 inmates reviewed, 490 RVRs were evaluated. The OIG found policy deviations in 23 of the RVRs involving 21 inmates. These policy violations were primarily due process violations related to institution staff missing time frames for serving the inmate with a copy of the RVR and missing time frames for conducting a hearing. Institution staff correctly noted and addressed 22 of the 23 violations, and only one of the RVRs contained a due process violation that was not already addressed by the institution. In that case, the OIG notified the institution to rectify the violation.

**Review of Inmate Appeals**

Of the 160 inmates reviewed, there were only seven inmates who filed appeals relevant to their administrative segregation or security housing unit status.

**Release to the Community Directly from SHU**

According to the department, between October 2012 and October 2013, 21 female inmates serving SHU terms were released to the community (at the end of their prison sentences) directly from a security housing or administrative segregation unit. Of the 160 SHU inmates in the OIG's review, 20 more may possibly parole directly from SHU, as their earliest possible release dates from prison occur before their minimum eligible release dates from SHU.

# FINDINGS AND RECOMMENDATIONS

**FINDING 1:** Nearly 22 percent of the 160 female inmates in our review are serving SHU terms for the charge of *Refusal to Accept Assigned Housing,* a nonviolent offense.

> **RECOMMENDATION:** As long as it is unable to provide alternative housing (such as the men's sensitive needs yards), the department should discontinue imposing SHU terms on female inmates for the charge of *Refusal to Accept Assigned Housing*.

**FINDING 2:** The department has sensitive needs yards for male inmates but not for female inmates. Female inmates are receiving SHU terms for the charge of *Refusal to Accept Assigned Housing* or *Enemy/Safety Concerns*, in part because, due to the conversion of the Valley State Prison for Women to a men's prison, the department has few options for housing female inmates with enemy/safety concerns.

> **RECOMMENDATION**
> The department should develop alternative housing options for those female inmates with enemy/safety concerns. This would also alleviate the possible negative impact to life-term inmates appearing before the Board of Parole Hearings for parole consideration who have received RVRs and SHU terms for these offenses.

**FINDING 3:** Of the 35 SHU terms imposed for the charge of *Refusal to Accept Assigned Housing*, the Office of the Inspector General found that almost one-third (31 percent) did not receive an adequate and thorough review of the safety concerns raised by the inmates.

> **RECOMMENDATION**
> The department should develop a process to ensure that the safety concerns raised by inmates who refuse to accept their assigned housing are thoroughly investigated.

**FINDING 4:** Staff who were interviewed at both men's and women's prisons across the State were not always sure what privileges and property were authorized for inmates serving SHU terms in administrative segregation units, and the female inmates serving SHU terms in the CCWF administrative segregation unit are not receiving the same same property and privileges as those inmates serving SHU terms in security housing units.

RECOMMENDATION

The department should reiterate to the field that, pursuant to the California Department of Corrections and Rehabilitation Operations Manual, Section 62050.13.5, an inmate endorsed for and awaiting transfer to a SHU shall be deemed a SHU inmate. Therefore, these inmates should receive the same property and privileges as those inmates serving SHU terms in security housing units.

FINDING 5: Female inmates serving SHU terms are not receiving the expanded property allowance. After the July 2011 inmate hunger strike, the department expanded the list of property items allowed in security housing units.

RECOMMENDATION

The department should ensure that female inmates serving SHU terms are allowed to possess all of the items on the expanded Property Matrix.

FINDING 6: There is no exercise equipment (such as handballs, pull-up bars, or dip/push-up bars) in any of the exercise yards designated for female SHU inmates.

RECOMMENDATION

The department should install some form of exercise equipment (such as handballs, pull-up bars, or dip/push-up bars) in the exercise yards designated for female SHU inmates.

FINDING 7: Pre-release services to assist in the transition from long-term segregation back into the community are not offered to female inmates who will be released directly from a security housing unit.

RECOMMENDATION

To assist the transition from long-term segregation back into the community, the department should provide pre-release services to inmates who will be released from prison directly from a security housing unit.

**FINDING 8:** Female inmates serving SHU terms in the administrative segregation unit at CCWF are not offered education programs and are not consistently offered time to go out to the exercise yard.

### RECOMMENDATION

In addition to the recommendations above, if the department is going to continue housing SHU inmates at CCWF, it should do the following:

a. Ensure the SHU inmates housed in the CCWF administrative segregation unit receive the same property and privileges as the SHU inmates housed in security housing units.

b. Address the physical plant and custody coverage issues that are hindering CCWF from offering at least ten hours of outside exercise time to inmates housed in the ASU.

c. Ensure that inmates are offered at least ten hours of outside exercise time per week and document it accordingly on the CDCR form 114-A.

d. Develop a process for offering rehabilitation programs, such as literacy, GED preparation, and college courses, to SHU inmates housed 90 days or more in ASU.

**FINDING 9:** Attorney visits for SHU inmates are not always private and confidential.

### RECOMMENDATION

To help safeguard the attorney-client privilege during attorney visits, the department should ensure that it is following CCR, Title 15, Section 3178, which permits the warden or the official in charge of visiting the discretion to authorize a contact attorney visit for an inmate on non-contact visiting status, or, in the alternative, a non-contact booth with privacy on both sides should be provided for attorney visits.

# APPENDICES

**APPENDIX A –**       **PROPERTY MATRIX, FEMALE OFFENDERS PROGRAMS**

**APPENDIX B –**       **DEPARTMENTAL MEMORANDUMS**

               **1. INMATE LEGAL MATERIALS**

               **2. INMATE PERSONAL PROPERTY AUTHORIZED WITHIN THE SHU (ADDENDUM TO THE PROPERTY MATRIX)**

               **3. INMATE PERSONAL PROPERTY AUTHORIZED WITHIN THE SHU (APPLIANCES)**

# APPENDIX A – PROPERTY MATRIX, FEMALE OFFENDERS PROGRAMS

Operations Manual       DEPARTMENT OF CORRECTIONS AND REHABILITATION       Operations Manual

54030.21

**FEMALE OFFENDERS PROGRAMS**

**TABLE OF CONTENTS**

ITEM DESCRIPTION ...........................................................................................................................................SECTION #

Granted Exemption Requests ...........................................................................................54030.21.1
Personal Clothing ...............................................................................................................54030.21.2
Personal Care / Hygiene ...................................................................................................54030.21.3
Food ......................................................................................................................................54030.21.4
Miscellaneous .....................................................................................................................54030.21.5
Games ...................................................................................................................................54030.21.6
Registerable Property .......................................................................................................54030.21.7
•     Registerable Appliances ...........................................................................................54030.21.7.1
•     Other Registerable Items .........................................................................................54030.21.7.2

54030.21.1

**GRANTED EXEMPTION REQUESTS**

**California Institution for Women**
> No Exemptions

**Central California Women's Facility**
> No Exemptions

**Valley State Prison for Women**
> No Exemptions

NOTE:     Institutions listed in this matrix are administered by the mission based region for Female Offenders Programs.

"YES" = NO LIMIT ON PRODUCTS. HOWEVER, TOTAL MUST REMAIN WITHIN SIX CUBIC FEET.

Operations Manual                  DEPARTMENT OF CORRECTIONS AND REHABILITATION                  Operations Manual

54030.21.2

**PERSONAL CLOTHING FOR FEMALE INMATES**

- INMATES ARE ONLY PERMITTED ITEMS OF PERSONAL CLOTHING LISTED IN THIS SCHEDULE UNLESS AUTHORIZED FOR MEDICAL REASONS.
- INMATES ARE PERMITTED TO WEAR SOLID COLORS ONLY UNLESS OTHERWISE INDICATED.
- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING PERSONAL CLOTHING ITEMS IN ANY SHADE OR TINT OF GREEN, BLACK, BROWN, TAN, RED, OR BLUE UNLESS OTHERWISE INDICATED.
- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING PERSONAL CLOTHING WITH HOODS, PICTURES, DECORATIVE ZIPPERS, INSIDE POCKETS, OR ZIPPERED POCKETS.
- ALL INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING ITEMS WHICH ARE OBSCENE OR WHICH HAVE LOGOS, LETTERING, PICTURES WHICH ADVERTISE OR DEPICT ALCOHOL, GANGS, PROFANITY, SEX, WEAPONS, DRUGS, OR DRUG PARAPHERNALIA.

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | (Initial Intake) U | (Processing) U | A | B | C | D | |
| **ATHLETIC SHORTS** (White or light gray only, no logos or printing). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| **BRASSIERES** (No metal underwires, lace, strapless, see through, or push up). Any solid color except as noted above. | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| **GLOVES** (Cold weather gloves - no zippers, pockets, metal, or lining. Colors in white, brown, or tan are permissible). | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| **HATS and CAPS**<br>• BASEBALL (White or light gray only, no black).<br>• WATCH CAPS (No black).<br>(No stripes, designs, or logos, neutral colors only). | 0 | 0 | 3 | 3 | 3 | 0 | 0 |
| **HEAD BAND** (Terry cloth, plain, white, or gray). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| **PAJAMA / NIGHTGOWN** (No sheer material). | 0 | 0 | 2 | 2 | 2 | 2 | 2 |
| **PANTIES** (Full-cut briefs only, no lace, see through, or pockets). | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| **PERSONAL JEANS** (Blue only, small identifying logo only. No prints or lettering on Jeans. No low rise Jeans). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| **RAIN COAT/PONCHO** (Transparent only). | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| **ROBE** (Cotton or terrycloth material only, maximum of two large pockets, no metal snaps, no zippers, and cannot be sheer or see-through. Any solid color except as noted above). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |

Operations Manual                 DEPARTMENT OF CORRECTIONS AND REHABILITATION                 Operations Manual

54030.21.2 (Continued)
PERSONAL CLOTHING FOR FEMALE INMATES

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | Initial Intake) U | (Processing) U | A | B | C | D | |
| **SANDALS** (Not to exceed $75.00. No hidden compartments, zippers, or laces that are covered or concealed). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **SCARF** (No hooded scarves). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **SHOWER SHOES** (Foam or soft rubber, single layer, thong type construction, not exceeding 1" in thickness). | 1 pair | 1 pair | 1 pair | 1 pair | 1 pair | 1 pair | 1 pair |
| **SLIPPERS / HOUSESHOES** | 0 | 0 | 1 pair | 1 pair | 1 pair | 0 | 0 |
| **SOCKS** (White/Grey only. Any combination of short to knee-high). | 0 | 7 | 7 | 7 | 7 | 0 | 0 |
| **SWEAT SHIRT-Pullover or Button Up** (Light grey, charcoal grey, white, or off-white only). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| **SWEAT PANTS** (Light grey, charcoal grey, white, or off-white only). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| **TENNIS SHOES** (No shades of red or blue. Low, mid, or high tops are permitted. Must be predominantly white in color. No K-Swiss, Bugle Boys, Joy Walkers, Pumps, Gels, British Knights, or Airlifts. Shoe laces white only. Not to exceed $75.00. No hidden compartments, zippers, or laces that are covered or concealed. No metal components including eyelets). | 0 | 0 | 1 pair | 1 pair | 1 pair | 0 | 0 |
| **UNDERWEAR, THERMAL OR LONG** (Grey, white, or off-white only. One pair consists of top and bottom or solid one piece). | 0 | 0 | 2 sets | 2 sets | 2 sets | 1 set | 0 |
| **UNDER SHIRTS / T-SHIRTS** (Solid colors only, exclusive of colors noted above. Any combination of crew neck, v-neck, or sleeveless athletic tank-top). | 0 | 0 | 5 | 5 | 5 | 0 | 0 |
| **WALKING SHOES** (Beige, Brown, or White only). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **WAVE CAPS** (White or grey only). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |

54030.21.3

**PERSONAL CARE / HYGIENE FOR FEMALE INMATES**
- NO ALCOHOL-BASED PRODUCTS AND NO AEROSOL CONTAINERS ALLOWED.
- NO METAL CONTAINERS.
- PRODUCTS CONTAINING PHOSPHATES ARE NOT ALLOWED.
- INSTITUTIONS MAY REQUIRE DISPOSABLE RAZORS TO MEET SAFETY TAMPER PROOF SPECIFICATIONS.
- MAKE UP PRODUCTS (FOUNDATION, BLUSH, ETC.) ARE ALLOWED. THEY MUST BE NATURAL SKIN TONES PER CALIFORNIA CODE OF REGULATIONS, SECTION 3062, INMATE GROOMING STANDARDS.

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | Initial Intake) U | (Processing) U | A | B | C | D | |
| BATH TOWELS (white only). | 0 | 0 | 3 | 3 | 3 | 0 | 0 |
| BODY SPLASH/SPRAY | 0 | 1 | 2 | 2 | 2 | 0 | 0 |
| BODY POWDERS (Baby powder, foot powder, etc.). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| BRUSH (Non-metal, maximum of 8" in length including handle). | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| COMB (Non-metal, maximum of 6" in length, no handle). | 1 | 1 | 2 | 2 1 | 2 | 0 | 0 |
| COSMETIC BAG (Not to exceed 6" x 6" x 8"). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| COTTON BALLS | 0 | 0 | 400 | 400 | 400 | 0 | 0 |
| COTTON SWABS | 0 | 0 | 400 | 400 | 400 | 0 | 0 |
| DENTAL ADHESIVE (For approved denture wearers only). | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| DENTAL FLOSSERS/GLIDERS (No more than 3" in length, amount allowed in possession to be determined by local institutional procedure). | YES | YES | YES | YES | YES | YES | YES |
| DENTURE CLEANSER | 1 box | 1 box | 2 boxes | 2 boxes | 2 boxes | 1 box | 1 box |
| DEPILATORYS (Hair removers, Magic Shave, etc.). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| DEODORANT/ANTIPERSPIRANT (Stick or roll-on, deodorant must be clear and in clear container only). | 0 | YES | YES | YES | YES | 2 | 2 |
| DOUCHE | 0 | 2 | 4 | 4 | 4 | 0 | 0 |
| EMERY BOARD (Non-metal only). | 0 | 3 | 6 | 6 | 6 | 0 | 0 |
| EYEBROW PENCIL/EYELINER (Factory sealed, pencil only, no liquid). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| EYE SHADOW KIT (No mirrors, kit shall not be altered). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| FACE CREAM | 0 | 1 | 2 | 2 | 2 | 1 | 0 |
| FACE POWDER | 0 | 1 | 2 | 2 | 2 | 0 | 0 |
| FACIAL ASTRINGENT | 0 | 1 | 2 | 2 | 2 | 1 | 0 |
| FACIAL CLEANSER | 0 | 1 | 2 | 2 | 2 | 1 | 0 |
| FEMININE HYGIENE WASH | 0 | 1 | 2 | 2 | 2 | 1 | 0 |
| HAIR CLIPS, TIES, & SCRUNCHES (Clips are a maximum 3" in size). | 0 | 0 | 10 | 10 | 10 | 0 | 0 |
| HAIR CONDITIONER | 0 | 2 | YES | YES | YES | 1 | 0 |
| HAIR GEL, SPRAY AND GEL CURL, BRAID SPRAY AND LOCK GEL | 0 | 1 | 2 | 2 | 2 | 1 | 0 |
| HAIR OIL / GREASE | 0 | 1 | YES | YES | YES | 1 | 0 |

Operations Manual                    DEPARTMENT OF CORRECTIONS AND REHABILITATION                    Operations Manual

54030.21.3 (Continued)
PERSONAL CARE / HYGIENE FOR FEMALE INMATES

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | [Initial Intake] U | (Processing) U | A | B | C | D | |
| **HAIR ROLLERS** | 0 | 0 | 30 | 30 | 30 | 0 | 0 |
| **INSECT REPELLANT** (Must contain N,N-diethyl-m-toluamide (DEET) as main active ingredient). | 0 | 1 | 2 | 2 | 2 | 0 | 0 |
| **LAUNDRY DETERGENT** (Powder or liquid). | 0 | 1 | 2 | 2 | 2 | 1 | 0 |
| **LIP BALM** (No pigmentation added). | 0 | YES | YES | YES | YES | 2 | 0 |
| **LIPSTICK** | 0 | 1 | 2 | 2 | 2 | 0 | 0 |
| **LOTIONS** (Includes sun-block and baby oil). | 0 | 1 | 2 | 2 | 2 | 0 | 0 |
| **MASCARA** (Factory Sealed, No color restriction). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **MEDICATIONS, OVER-THE-COUNTER** (Only those OTC medications permitted by the Division of Correctional Health Care Services shall be stocked by institution canteens. **OTC medications are not approved for inmate packages**). | YES | YES | YES | YES | YES | YES | YES |
| **MIRROR** (Maximum of 6" diameter). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **MOUTHWASH** (Non-alcohol only). | 0 | 1 | 2 | 2 | 2 | 0 | 0 |
| **NAIL CLIPPER** (Maximum of 2" length, no file blade). | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| **PALM BRUSH/COMB** (No handle, plastic only). | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **PERMANENT CURL / HAIR RELAXER KIT** (No lye). | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| **PERMANENT WAVE KIT** | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| **PERMANENT WAVE RODS** (Non-electric, plastic only). | 0 | 40 | 40 | 40 | 40 | 0 | 0 |
| **PETROLEUM JELLY** | 0 | 1 | 2 | 2 | 2 | 0 | 0 |
| **RAZOR, DISPOSABLE** | 0 | 5 | 10 | 10 | 10 | 0 | 0 |
| **SHAMPOO** | 0 | 2 | YES | YES | YES | 1 | 1 |
| **SHAVING CREAM** (Non-aerosol). | 0 | 0 | 2 | 2 | 2 | 1 | 0 |
| **SHOWER CAP** (Clear only). | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| **SOAP, BAR** | 0 | 6 | YES | YES | YES | 4 | 4 |
| **SOAP DISH** (Non-metal). | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| **SOAP, LIQUID HAND** | 0 | 1 | YES | YES | YES | 0 | 0 |
| **TAMPONS/SANITARY PADS/PANTY LINERS** | 0 | YES | YES | YES | YES | YES | YES |
| **TOOTHBRUSH** (Maximum length permissible). | 1 | 2 | 2 | 2 | 2 | 1 | 1 |
| **TOOTHBRUSH HOLDER** (Plastic only, may cover entire toothbrush or be a brush head cover only). | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| **TOOTHPASTE / POWDER** | 0 | 1 | 3 | 3 | 3 | 2 | 2 |
| **TWEEZERS** (Metal is permitted, maximum of 3" long). | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| **WASHCLOTHS / SHOWER PUFFS** (White only). | 0 | 2 | 3 | 3 | 3 | 0 | 0 |

54030.21.4

**FOOD FOR FEMALE INMATES**

- NO GLASS CONTAINERS.
- NO PRODUCTS REQUIRING REFRIGERATION ARE PERMITTED.
- NO FOIL PACKAGED ITEMS PERMITTED.
- FOODS MEETING SPECIFIC RECOGNIZED RELIGIOUS DIETARY REQUIREMENTS MAY BE ORDERED FROM A LOCALLY APPROVED RELIGIOUS SPECIALTY VENDOR.  RELIGIOUS SPECIALTY FOODS MUST MEET REQUIREMENTS OF THE APPS.
- ITEMS CONTAINING SUGAR ARE SUBJECT TO WARDENS APPROVAL BASED ON SECURITY.  WARDEN HAS AUTHORITY TO REVOKE AT ANY TIME IF SECURITY NEEDS ARISE.
- THE APPS IS NOT INTENDED TO REFLECT ITEMS INTENDED FOR IMMEDIATE CONSUMPTION, SUCH AS ICE CREAM.

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | (Initial Intake) U | (Processing) U | A | B | C | D | |
|---|---|---|---|---|---|---|---|
| ARTIFICIAL SWEETENER | 0 | YES | YES | YES | YES | YES | 0 |
| BEVERAGES (Canned or Plastic Bottles-Soda, water, etc.  Privilege Group D is restricted from plastic bottles and aluminum cans). | 0 | YES | YES | YES | YES | YES | YES |
| CANDY (Shall not contain alcohol or liqueurs). Warden discretion. | 0 | 1 pound limit | 2 pound limit | 2 pound limit | 2 pound limit | 1 pound limit | 1 pound limit |
| CANNED GOODS (Canteen only.  Not approved for inmate packages). | 0 | YES | YES | YES | YES | YES | 0 |
| CEREALS (Dry, single serving packets only). | 0 | YES | YES | YES | YES | YES | 0 |
| CHEESE (Non-aerosol). | 0 | YES | YES | YES | YES | YES | 0 |
| CHIPS | 0 | YES | YES | YES | YES | YES | YES |
| COCOA | 0 | YES | YES | YES | YES | YES | 0 |
| COOKIES | 0 | YES | YES | YES | YES | YES | 0 |
| COFFEE (Instant only). | 0 | YES | YES | YES | YES | YES | 0 |
| CONDIMENTS (Hot sauce, mustard, BBQ sauce, ketchup, jams, jellies, honey, syrup, sugar, etc.).  Warden discretion. | 0 | YES | YES | YES | YES | 0 | 0 |
| CRACKERS | 0 | YES | YES | YES | YES | YES | YES |
| CREAMER (Powdered only). | 0 | YES | YES | YES | YES | 0 | 0 |
| DRIED FRUIT AND VEGETABLES | 0 | YES | YES | YES | YES | 0 | 0 |
| DRY MIX DRINKS (Non-flammable, Warden discretion). | 0 | YES | YES | YES | YES | YES | 0 |
| MEATS, DRY (Salami, jerky, sausages, etc.). | 0 | YES | YES | YES | YES | YES | 0 |
| FOODS, VACUUM PACKED (Tuna, sardines, vegetables, etc.). | 0 | YES | YES | YES | YES | YES | 0 |
| MISCELLANEOUS SNACK ITEMS (Snack cakes, bars, pies, etc.). | 0 | YES | YES | YES | YES | YES | 0 |
| NUTS (No shells). | 0 | YES | YES | YES | YES | YES | 0 |
| PEANUT BUTTER | 0 | YES | YES | YES | YES | YES | 0 |
| PROTEIN SUPPLEMENTS (Solid tablet or capsule form only.  No bulk powdered products). | 0 | YES | YES | YES | YES | Medical Rx. Only | Medical Rx. Only |
| SOUPS (Styrofoam containers are restricted from ASU and SHU). | 0 | YES | YES | YES | YES | 0 | 0 |
| TEA (Bags and instant). | 0 | YES | YES | YES | YES | 0 | 0 |
| VITAMIN / MINERAL SUPPLEMENTS (Solid tablet or capsule form.  No bulk powdered products). | 0 | YES | YES | YES | YES | Medical Rx. Only | Medical Rx. Only |

Operations Manual       DEPARTMENT OF CORRECTIONS AND REHABILITATION       Operations Manual

54030.21.5.
**MISCELLANEOUS ITEMS FOR FEMALE INMATES**

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | (Initial Intake) U | (Processing) U | A | B | C | D | |
| **ADDRESS BOOK** (Paperback only, 3" x 5" maximum). | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **ANTENNA WIRE** (Flexible, up to 5 ' in length). | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| **AUDIO CASSETTES** (Professionally pre-recorded only). | 0 | 0 | 10 | 10 | 0 | 0 | 0 |
| **BALLPOINT PENS** (Non-metal, clear plastic only, flexible pens or pen fillers may be required for ASU/SHU by local facility procedure). | 1 | 1 | 10 | 10 | 10 | 0 | 0 |
| **BATTERY RECHARGER** (Does not count as an electrical appliance). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **BATTERIES** | 0 | 0 | 8 | 8 | 0 | 0 | 0 |
| **BOOKS, MAGAZINES, AND NEWSPAPERS** (Paperback or hardback with cover removed only. Limits do not apply to legal materials). | 5 | 5 | 10 | 10 | 5 | 5 | 5 |
| **BOWL** (Plastic, maximum of 8" in diameter). | 0 | 1 | 2 | 2 | 1 | 0 | 0 |
| **CAN OPENER** | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **CALENDAR** (12" x 12" maximum dimensions, no metal). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **CLOCK** – Alarm OK (Non-electric). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **CLOTHES PINS** (CIW only). | 0 | 0 | 20 | 20 | 20 | 0 | 0 |
| **COAXIAL CABLE** (Based on local facility determination, maximum 6 ' in length). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **COMBINATION LOCK** (Common key required by institution, canteen item only, not approved for inmate packages). | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| **COMPACT DISCS** (Factory pre-recorded only, sets including DVDs shall not be permitted). | 0 | 0 | 10 | 10 | 0 | 0 | 0 |
| **CORRESPONDENCE COURSE** (Does not impact the limit on books). | 0 | 0 | 3 | 3 | 3 | YES | YES |
| **ENVELOPES, BLANK AND/OR PRE-STAMPED** | 0 | 40 | 40 | 40 | 40 | 40 | 40 |
| **ENVELOPES, METERED** (Indigent inmates only). | 0 | 5 | 5 | 5 | 5 | 5 | 5 |
| **EXTENSION CORD** (Maximum length of 6 ', UL approved only, must adhere to requirements established in California Electric Code Section 400.8, three prong outlet only, upon local facility discretion). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **EYEGLASS REPAIR KIT** (Screwdriver max 2" length). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **FOOTLOCKER-CIW ONLY** (Due to physical design of institution). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| **GREETING CARDS** | 0 | 10 | 10 | 10 | 5 | 5 | 5 |

Operations Manual                    DEPARTMENT OF CORRECTIONS AND REHABILITATION                    Operations Manual

54030.21.5 (Continued)
MISCELLANEOUS ITEMS FOR FEMALE INMATES

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | (Initial Intake) U | (Processing) U | A | B | C | D | |
| HANDKERCHIEFS (White or light gray only). | 0 | 5 | 5 | 5 | 2 | 0 | 0 |
| HANGERS (Plastic Only). | 0 | 0 | 10 | 10 | 10 | 0 | 0 |
| IMMERSION HEATER (Does not count towards appliance limit). | 0 | 1 | 1 | 1 | 0 | 0 | 0 |
| INSTRUMENT STRINGS, SPARE (As determined by local institutional procedures). | 0 | 0 | 1 PKG | 1 PKG | 0 | 0 | 0 |
| LEGAL MATERIAL (Books, pamphlets, and other legal reference). | YES | YES | YES | YES | YES | YES | YES |
| LEGAL PADS / TABLETS AND NOTEBOOKS (No spiral bound). | 1 Pad | 4 Pads | 4 Pads | 4 Pads | 4 Pads | 2 Pads | 2 Pads |
| LIGHT BULBS | 0 | 0 | 2 | 2 | 2 | 0 | 0 |
| PENCILS, DRAWING (Colored), OR WRITING (Non-mechanical only). | 1 | 3 | 20 | 20 | 20 | 0 | 0 |
| PENCIL SHARPENER (Non-electric, hand held only, no metal cover, maximum 2" length). Use in Level IV facilities subject to approval of Warden. | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| PHOTOS / PORTRAITS (Maximum of 8" x 10"). | 15 | 15 | YES | YES | YES | 15 | 15 |
| PHOTO ALBUMS (Maximum of 9" x 12"). | 0 | 0 | 4 | 4 | 4 | 0 | 0 |
| PLASTIC TUMBLER (16 ounce or less). | 1 | 1 | 2 | 2 | 2 | 0 | 0 |
| READING GLASSES-NON PRESCRIPTION (Magnifying glasses). | 1 | 2 | 2 | 2 | 2 | 2 | 1 |
| RELIGIOUS ITEMS (As approved by the local religious review committees, i.e., kufi caps, yamikas, prayer rugs, etc.). | YES | YES | YES | YES | YES | YES | YES |
| SPLITTER (For use with Television). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| STAMPS (U.S. Postal only). | 40 | 40 | 40 | 40 | 40 | 40 | 40 |
| STATIONARY | 15 sheets | 500 sheets | 500 sheets | 500 sheets | 500 sheets | 15 sheets | 15 sheets |
| SUN GLASSES-NON PRESCRIPTION (No steel frames, non-mirrored, no red or blue lenses. Purchase value not to exceed $50.00, excludes prescription sun glasses). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| STORAGE CONTAINER (Small bowl with lid, two-quart maximum size. Clear only). | 0 | 0 | YES | YES | YES | 0 | 0 |
| UMBRELLA (CIW only – retain through attrition-no new purchase). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| WALLET (Plain brown or black, no engravings). | 0 | 0 | 1 | 1 | 1 | 0 | 0 |

Operations Manual                DEPARTMENT OF CORRECTIONS AND REHABILITATION                Operations Manual

54030.21.6
**GAMES FOR FEMALE INMATES**

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | (Initial Intake) U | (Processing) U | A | B | C | D | |
| CARDS (No role playing). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| CHECKERS | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| CHESS | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| DOMINOS | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| SCRABBLE | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| UNO | 0 | 0 | 1 | 1 | 0 | 0 | 0 |

54030.21.7
**REGISTERABLE PROPERTY FOR FEMALE INMATES**

- BATTERY OPERATED, NON-ENTERTAINMENT APPLIANCES SHALL NOT COUNT TOWARDS THE APPLIANCE LIMIT.
- BATTERY OPERATED PERSONAL ENTERTAINMENT DEVICE (WALKMAN® TYPE), WITHOUT A POWER CORD, SHALL NOT COUNT TOWARDS THE APPLIANCE LIMIT.
- BATTERY OPERATED PERSONAL ENTERTAINMENT APPLIANCES SHALL NOT COUNT TOWARDS THE APPLIANCE LIMIT – NO POWER CORD ALLOWED.
- APPLIANCES WITH INTERNAL MECHANISMS FOR RECORDING OR TRANSMITTING CAPABILITY SHALL NOT BE ALLOWED. VENDOR OR MANUFACTURER ALTERATIONS THAT DISABLE AN APPLIANCES CAPABILITY TO RECORD OR TRANSMIT SHALL NOT BE ALLOWED. COMPACT DISC AND CASSETTE TAPE PLAYERS ARE RESTRICTED TO ORIGINAL MANUFACTURER PLAY CAPABILITY ONLY.
- APPLIANCES SHALL BE PORTABLE MODELS, AND HAVE AN INTERNAL ANTENNA. NO REEL-TO-REEL OR SPOOL TYPE PLAYERS.
- ENTERTAINMENT APPLIANCES SHALL HAVE EARPHONES/EARPLUGS, WHICH SHALL BE WORN, ON HEAD OR IN EAR WHEN APPLIANCE IS IN USE. EARPHONES/EARPLUGS MAY BE PURCHASED AND POSSESSED WHEN INMATE HAS TV, OR AUDIO DEVICE AS PERSONAL PROPERTY.
- THE POSSESSION OF ACCESSORIES FOR APPLIANCES AND MUSICAL INSTRUMENTS SUCH AS RIBBONS AND DAISY WHEELS FOR TYPEWRITERS IS AUTOMATICALLY IMPLIED. INSTITUTIONS MAY LIMIT ACCESSORIES BASED UPON SAFETY/SECURITY CONCERNS.
  NOTE: CERTAIN INMATE HOUSING CONFIGURATIONS MAY JUSTIFY THE PRECLUSION OF THE POSSESSION AND USE OF SPECIFIC APPLIANCES. WARDENS MUST REQUEST APPROVAL FOR AN EXEMPTION FROM THE DEPUTY DIRECTOR, DAI.

54030.21.7.1
**REGISTERABLE APPLIANCES FOR FEMALE INMATES**

| Item Description With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | (Initial Intake) U | (Processing) U | A | B | C | D | |
| AUDIO ENTERTAINMENT APPLIANCE (PG A and B, AM/FM radio/CD/cassette tape player or any combination allowed. AC power or battery operated. Must have earphone jack and headphones. Clear case only. No detachable speakers. Outside measurements not to exceed 3" x 6" x 6", PG D, AM/FM radio only, earphone jack with earphones/earbuds. Possession by PG D precludes any other entertainment appliance. Purchase value not to exceed $150). | 0 | 0 | 1 | 1 | 0 | 1 | 1 |
| CURLING IRON, ELECTRIC (Female only, AC power or battery operated, purchase value not to exceed $40). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| FAN (AC power or battery operated, plastic blade and cage. Not to exceed 9", not to exceed $30). For CIW and CRC does not count toward electric appliance limit, due to physical plant design. | 0 | 0 | 1 | 1 | 0 | 0 | 0 |

Operations Manual          DEPARTMENT OF CORRECTIONS AND REHABILITATION          Operations Manual

**54030.21.7.1 (Continued)**
**REGISTERABLE APPLIANCES FOR FEMALE INMATES**

| Item Description<br>With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
|---|---|---|---|---|---|---|---|
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | (Initial Intake)<br>U | (Processing)<br>U | A | B | C | D | |
| **HAIR DRYER / BLOW DRYER** (Female only, purchase value not to exceed $40). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **HAIR ROLLERS, ELECTRIC** (Female only, purchase value not to exceed $25). | 0 | 0 | 1 Set | 1 Set | 0 | 0 | 0 |
| **HAIR/TRIMMER** (AC power, battery operated or rechargeable, includes attachments and combs. Spare blades may not be kept in possession of inmate). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **LAMP** (Not to exceed 3 pounds or 12" extended length. Not to exceed 30 watts. Not to exceed $25. Flexible neck only. AC power or battery operated). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **PRESSING COMB, ELECTRIC** (Female only, purchase value not to exceed $25, AC power or battery operated). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **RAZOR, ELECTRIC** (AC power or battery operated, purchase value not to exceed $50). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| **TELEVISION SET** (PG A and B, AC power or battery operated, portable models only). Must have jack and earphones or headphones. Outside cabinet clear case only and not to exceed 16" x 16" x 20" deep. Screen not to exceed 13" measured diagonally. PG D, AC power only, earphone jack with earphones/earbuds. Possession by PG D precludes any other entertainment appliance. (Purchase value not to exceed $300. NO REMOTE CONTROL DEVICES). | 0 | 0 | 1 | 1 | 0 | 1 | 1 |
| **TYPEWRITER, ELECTRIC OR MANUAL** AC power or battery operated, portable only. Not to exceed 24" x 18" x 12". No removable memory storage device, disks, tapes, chips (CPUs). Temporary internal memory up to one-line for correction purposes is permissible. Memory must automatically clear when device is turned off. No capability to transfer information. Existing memory typewriters may be retained with owner's manual until no longer operational. (Purchase value not to exceed $200). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |

### 54030.21.7.2
### OTHER REGISTERABLE ITEMS FOR FEMALE INMATES

| Item Description<br>With additional requirements and restrictions. | Reception Center | | General Population | | | SHU | ASU |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | PRIVILEGE GROUP | | PRIVILEGE GROUP | | | PRIVILEGE GROUP | |
| | (Initial Intake)<br>U | (Processing)<br>U | A | B | C | D | |
| CALCULATOR   Hand held, battery or solar battery operated. No games clock or alarm. No removable memory storage device, disks, tapes, chips (CPUs).    No capability to transfer information.<br>(Purchase value not to exceed $25). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| CHAIN, NECKLACE OR BRACELET (Female only, yellow or white metal only, value not to exceed $25). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| EARRINGS (Female only, studs or hoops no larger than 30 millimeters [quarter-size] purchase value not to exceed $25 a pair). | 0 | 0 | 3<br>Pair | 3<br>Pair | 0 | 0 | 0 |
| HANDICRAFT   (Requires   institutional approval). | 0 | 0 | YES | YES | 0 | 0 | 0 |
| HEADPHONES (Not to exceed $25). | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| HEALTH CARE APPLIANCE (Dr. Rx. Only). | YES | YES | YES | YES | YES | YES | YES |
| MUSICAL INSTRUMENT (As determined by local institutional procedures. Combined instrument and case dimensions shall not exceed 46" x 24" x 12"). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| PRESCRIPTION   GLASSES   (Includes Prescription Sun-Glasses). | YES | YES | YES | YES | YES | YES | YES |
| RELIGIOUS MEDAL AND CHAIN (Not to exceed $100, chain not to exceed 18" in length, obtainable as a set only, chains may not be purchased separately from medal). | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| RING (May possess a wedding ring or wedding/ engagement ring set, yellow or white metal only. Stones are permissible, maximum declared value not to exceed $150). | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| WATCH Wrist or pocket style.   No sets or stones.  No memory storage device, disks, tapes, or CPUs.  No alarm, calculator, radio, TV, game, or communication capabilities.   No capacity to transfer information.   (Purchase value not to exceed $50). | 0 | 0 | 1 | 1 | 0 | 0 | 0 |

**54030.21.7.3   Revisions**

The Deputy Director, DAI, or designee shall ensure the contents of this Section are current.

**54030.21.7.4   References**

PC §§ 2085, 2600, 2601, 5054, 5058, 5061, 5062, 5063.

CCR (15) (3) §§ 3002, 3006, 3010, 3011, 3044, 3064, 3092, 3101, 3102, 3151, 3152, 3161, 3164, 3175(I), and (m), 3190, 3191, 3193, 3287, 3331(c), 3343(g).

ACA Standards 2-4392 - 2-4394.

Case No. 117925, In the Superior Court of the State of California for the County of Marin.

#### ARTICLE 44 — PRISON RAPE ELIMINATION POLICY

*Effective January 19, 2006*

**54040.1   Policy**

The California Department of Corrections and Rehabilitation (CDCR) is committed to providing a safe, humane, secure environment, free from

sexual misconduct. This will be accomplished by maintaining a program to address education/prevention, detection, response, investigation, and tracking of sexual misconduct and to address successful community re-entry of the victim. CDCR shall maintain a zero tolerance for sexual misconduct in its institutions, community correctional facilities, conservation camps, and for all offenders under its jurisdiction.   All sexual misconduct is strictly prohibited. This policy applies to all offenders and persons employed by the CDCR, including volunteers and independent contractors assigned to an institution, community correctional facility, conservation camp, or parole.

Retaliatory measures against employees or offenders who report incidents of sexual abuse shall not be tolerated and shall result in disciplinary action and/or criminal prosecution.   Retaliatory measures include, but are not limited to, coercion, threats of punishment, or any other activities intended to discourage or prevent an employee or offender from reporting the sexual abuse.

**54040.2   Purpose**

The purpose of this policy is to ensure compliance with Public Law 108-79, the Prison Rape Elimination Act of 2003 (PREA), and California Assembly Bill 550 (Chapter 303, Statutes of 2005), the Sexual Abuse in Detention Elimination Act.   It will provide guidelines for the

## APPENDIX B1 – DEPARTMENTAL MEMORANDUM – INMATE LEGAL MATERIALS

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date : June 5, 2013

To : Associate Directors, Division of Adult Institutions
Wardens

Subject: **INMATE LEGAL MATERIALS**

It has been reported that clarification may be needed regarding Department Operations Manual (DOM), Section 54030.10.2, Legal Materials.

This section of the DOM in part states: "Inmates may possess legal materials/documents and/or books in their quarters/living area consistent with the six cubic foot limitations, except as otherwise set forth in this section. In addition to the six cubic feet limitation of authorized property as set forth in this section, inmates may possess up to one cubic foot of legal materials/documents related to their active case(s) in their assigned quarters/living area. Inmates may request that the institution/facility securely store excess legal materials/documents related to their active case(s) when such materials/documents exceed this one cubic foot additional allowance. Only that material in excess of the additional one cubic foot shall be stored. Note: An active case may be defined as any legal action, cause, suit, writ, etc. that an inmate is currently involved in writing or responding to."

Legal books shall not be stored by the institution/facility. However, if the legal books or periodicals are related to an inmates' active case(s), they should not be counted towards the ten book limit for property. The books will be counted towards the additional one foot of legal property.

This section authorizes inmates to possess an additional cubic foot of legal materials/documents related to their active case in excess of the six cubic feet limitation; inmates may also request the institution/facility to securely store excess legal materials/documents relative to their active case(s).

If you have any questions or concerns, please contact your respective Associate Director.

KATHLEEN L. DICKINSON
Director
Division of Adult Institutions

cc:  Jeffrey A. Beard
Martin Hoshino
M. D. Stainer
Vimal Singh
Kathleen Allison

## APPENDIX B2 – DEPARTMENTAL MEMORANDUM – INMATE PERSONAL PROPERTY AUTHORIZED WITHIN THE SHU (ADDENDUM TO THE PROPERTY MATRIX)

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date :   June 5, 2013

To   :   Gregory Lewis, Warden (A), Pelican Bay State Prison
         Connie Gipson, Warden (A), California State Prison-Corcoran
         Timothy Virga, Warden, California State Prison-Sacramento
         Kim Holland, Warden, California Correctional Institution
         Tamara Kabban-Miller, Warden (A), California Institution for Women

Subject:  **INMATE    PERSONAL    PROPERTY    AUTHORIZED    WITHIN    THE SECURITY HOUSING UNIT**

Based on a recent review of the Department Operations Manual (DOM), Section 54030.20, Authorized Personal Property Schedule (APPS), High Security and Transitional Housing, the Division of Adult Institutions (DAI) is authorizing inmates housed within a Security Housing Unit (SHU) to purchase and possess the following items and amounts of personal property:

- Boxers          4 pair  White only.
- Gloves          1 ea    Cold weather, Warden Approval, white or gray only.
- Watch Cap       1 ea    White or light gray only.
- Sweatpants      1 pr    White or light gray only, no inside pockets.
- Sweat shorts    1 pr    White or light gray only, no inside pockets.
- Thermal         1 pr    Top and bottom or one piece, white or light gray only.
- Undershirts     4 ea    T-shirt style only, white or light gray only.
- Soap, Bar       6 ea    5 oz max.
- Soap Dish       1 ea    Non-metal, clear case only.
- Bowl            1 ea    Plastic, 8" in diameter maximum, plastic lid optional.
- Tumbler         1 ea    Plastic, 16 ounce or less.
- Candy                   No limit on chocolate candy bars/sugar-free hard candy.
- Cheese                  Non-aerosol.
- Dry mix drinks          Non-flammable, sugar-free only.
- Meats, Dry              Salami, jerky, sausages, etc.
- Tea                     Bags and instant.
- Soups/Noodles           No Limit, Styrofoam containers are not permitted for inmate possession. Staff may empty the contents of the Styrofoam container into an alternate container, retain and dispose of the empty Styrofoam container.

All current regulations and policies remain in effect regarding an inmate's responsibility to purchase and possess personal property to include DOM, Section 54030.4, Volume, which in part states "The combined volume of state-issued and authorized personal property shall not exceed six cubic feet."

Gregory Lewis, Warden (A), Pelican Bay State Prison
Connie Gipson, Warden (A), California State Prison-Corcoran
Timothy Virga, Warden, California State Prison-Sacramento
Kim Holland, Warden, California Correctional Institution
Tamara Kabban-Miller, Warden (A), California Institution for Women
Page 2

These items will be included in the next revision of DOM, Article 43 – Inmate Property and DOM, Section 54030.20, Inmate Property Matrix, High Security and Transitional Housing.

If you have any questions, please contact your respective Associate Director.

MARTIN HOSHINO
Undersecretary (A), Operations

cc:   Kathleen L. Dickinson
      M. D. Stainer
      Vimal Singh
      Kelly Harrington
      Jay Virbel
      Ken Clark
      Terry Gonzalez

## APPENDIX B3 – DEPARTMENTAL MEMORANDUM – INMATE PERSONAL PROPERTY AUTHORIZED WITHIN THE SHU (APPLIANCES)

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date  :  June 5, 2013

To  :  Gregory Lewis, Warden (A), Pelican Bay State Prison
Connie Gipson, Warden (A), California State Prison-Corcoran
Timothy Virga, Warden, California State Prison-Sacramento
Kim Holland, Warden, California Correctional Institution
Tamara Kabban-Miller, Warden (A), California Institution for Women

Subject:  **INMATE PERSONAL PROPERTY AUTHORIZED WITHIN THE SECURITY HOUSING UNIT**

Based on a recent review of the Department Operations Manual (DOM), Section 54030.20, Authorized Personal Property Schedule (APPS), High Security and Transitional Housing, the Division of Adult Institutions (DAI) is authorizing the following appliances for inmates housed within a Security Housing Unit (SHU):

- Typewriter, Electric – One each, clear case, AC power, portable only. Not to exceed 24" x 18" x 12". No removable memory storage devices, disks, tapes, chips, temporary internal memory up to one-line for correction purposes are permissible. Memory must automatically clear when device is turned off. No capability to transfer information (Purchase value not to exceed $250).

  *Note: If this item is used in an assault or in a manner that constitutes a safety/security threat, the inmate shall permanently lose the privilege of possession of this item.*

- When ordering a typewriter an inmate may also order accessories for the appliance such as ribbons, daisy wheels, and correction ribbon. Inmates housed within the SHU are not authorized Quarterly Personal Property Packages, therefore, when ordering this appliance the inmate may order enough accessories to sustain the appliance until they are eligible for their annual Personal Property Package while remaining within DOM, Section 54030.4, Volume, which in part states "The combined volume of state-issued and authorized personal property shall not exceed six cubic feet."

- Inmates assigned to Privilege Group D, SHU only, are authorized to acquire one additional entertainment appliance, for a total of two, through the inmate Personal Property Package process or Special Purchase process. Eligibility to receive an entertainment appliance commences one year after date of Privilege Group D assignment.

Gregory Lewis, Warden (A), Pelican Bay State Prison
Connie Gipson, Warden (A), California State Prison-Corcoran
Timothy Virga, Warden, California State Prison-Sacramento
Kim Holland, Warden, California Correctional Institution
Tamara Kabban-Miller, Warden (A), California Institution for Women
Page 2

• These appliances are to be shipped directly from a department approved vendor in factory sealed packages, received by Receiving & Release staff, and inspected prior to issuance. Packages that are damaged or opened shall be refused in accordance with DOM, Section 54030.10.6, Appliances/Musical Instruments.

These items will be included in the next revision of DOM, Article 43 – Inmate Property and DOM, Section 54030.20, Inmate Property Matrix, High Security and Transitional Housing.

If you have any questions, please contact Xavier Cano, Associate Warden, High Security Mission, at (916) 327-2725 or e-mail at Xavier.Cano@cdcr.ca.gov.

MARTIN HOSHINO
Undersecretary (A), Operations

cc:    Kathleen L. Dickinson
       M. D. Stainer
       Vimal Singh
       Kelly Harrington
       Jay Virbel
       Xavier Cano



# Special Review Female Inmates Serving Security Housing Unit Terms in the California Department of Corrections and Rehabilitation

## OFFICE OF THE INSPECTOR GENERAL

Robert A. Barton
INSPECTOR GENERAL

Roy W. Wesley
CHIEF DEPUTY INSPECTOR GENERAL

## STATE OF CALIFORNIA
December 2013

# EXHIBIT B

**Michael W. Bien**

| | |
|---|---|
| **From:** | Debbie Vorous <Debbie.Vorous@doj.ca.gov> |
| **Sent:** | Monday, February 24, 2014 6:15 PM |
| **To:** | Kerry Courtney Hughes, MD; Patricia M. Williams; Haunani Henry; Mary Perrien; Henry D. Dlugacz; Kathryn Burns, MD, MPH; 'lholden@pldlaw.com'; Kristina Hector; Mohamedu Jones; Steve Raffa; kwalsh@pldw.com; Matt Lopes |
| **Cc:** | Steve Fama; Jane E. Kahn; Michael W. Bien; Elise Thorn; Debbie Vorous |
| **Subject:** | Notice of Inmate Death, ███████████████████ |

February 24, 2014

Re: Coleman v. Brown

Special Master Lopes:

This e-mail is to notify you that inmate ██████████████████████, a 29 year-old African American man, died by hanging today at Pelican Bay State Prison. He was discovered at 1223 hours and staff began CPR. He was transported to the PBSP medical clinic where EMS technicians continued life-saving measures. He was declared dead by  Sutter Coast ER physician at 1247 hours. Inmate ████████ was singly housed in Ad Seg at the time of his death. He was a non-disciplinary segregation inmate and had been housed in ASU since 1/16/2014. He was a participant in the MHSDS at the CCCMS level of care and last seen by a clinician on 2/6/2014.  He had arrived at PBSP on 1/14/2014 from HDSP.

Sincerely,
Debbie Vorous

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.