1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,              No. CIV. S-90-520 LKK/DAD (PC)

12            Plaintiffs,

13      v.                               **ORDER**

14   EDMUND G. BROWN, JR., et al.,

15            Defendants.

16

17        Pursuant to order filed January 30, 2014 (ECF No. 5034),

18   this matter is set for status conference on Monday, March 10,

19   2014 at 1:30 p.m. to address issues arising from the September 7,

20   2013 death of a class member.

21        On January 21, 2014, defendants filed a motion regarding

22   their long-range mental health bed plan (ECF No. 4984).  On

23   February 5, 2014, plaintiffs filed a response to defendants'

24   motion and a request for further orders (ECF No. 5052), and on

25   February 25, 2014, defendants filed a corrected reply (ECF No.

26   5090-1).  After review of the papers filed in support of and

27   opposition to the motion, the court will direct the parties to be

28   prepared at the time of the March 10, 2014 status conference to

                                     1

1  address issues related to bed planning, including but not limited

2  to updates, if any, to the projects addressed in defendants'

3  motion and the steps necessary to development and implementation

4  of an adequate process for forecasting and planning for

5  sufficient bed and treatment space for the mentally ill inmate

6  population going forward.[1]

7     IT IS SO ORDERED.

8     DATED:  March 4, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

_____

[1] The expanded status conference is not intended as oral argument
on defendants' motion or plaintiffs' request for court orders.

2