UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | No. CIV. S-90-520 LKK/DAD (PC)<br><br><br>**ORDER** |

　　On March 3, 2014, plaintiffs filed a request for judicial notice (ECF No. 5093). Plaintiffs' request, made in support of their pending motion concerning housing and treatment of class members in segregation units (ECF No. 4580), is that the court take judicial notice of two documents. The first is a December 2013 report of the California Office of the Inspector General entitled Special Review: Female Inmates Serving Security Housing Unit Terms in the California Department of Corrections and Rehabilitation. Ex. A to Pls. Req. for Judicial Notice (ECF No. 5093). The second is an email to the Special Master notifying him of the February 24, 2014 suicide of class member in an administrative segregation unit at Pelican Bay State Prison. Both

1

are proper subjects for judicial notice, see Fed. R. Evid. 201, and both are relevant to issues raised by the pending motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' March 3, 2014 request for judicial notice (ECF No. 5093) is granted;
2. Proceedings on plaintiffs' motion concerning housing and treatment of class members in segregation units (ECF No. 4580) are reopened and Exhibits A and B to plaintiffs' March 3, 2014 request for judicial notice are admitted into evidence in the proceedings on said motion;
3. Defendants are granted fifteen days from the date of this order to respond to the newly admitted evidence. In said response, defendants shall inform the court in writing what, if any, steps they plan to take in response to the recommendations contained in the Office of Inspector General's Report.

DATED: March 5, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2