KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
DEBBIE VOROUS, State Bar No. 166884
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5345
 Fax:  (916) 324-5205
 E-mail:  Debbie.Vorous@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF FILING SEALED DOCUMENTS** |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

**NOTICE**

Under Local Rule 141, Notice is hereby given that Defendants have submitted to the Court by email a Request to File Under Seal ("Request").  Also submitted to the Court by email with the Request was the Confidential Declaration of Christine M. Ciccotti in Support of Defendants' Status Conference Statement, its exhibits and a proposed order.  The Confidential Declaration of Christine M. Ciccotti in Support of Defendants' Status Conference Statement and the exhibits contain identifying information of a *Coleman* class member which is covered by the protective order in this case, attached hereto.

These documents were served electronically on Plaintiffs' counsel on March 6, 2014 and by overnight mail.

Dated:  March 6, 2014                              Respectfully Submitted,

                                                    KAMALA D. HARRIS
                                                    Attorney General of California
                                                    JAY C. RUSSELL
                                                    PATRICK R. MCKINNEY
                                                    Supervising Deputy Attorneys General


                                                    */s/ Christine M. Ciccotti*

                                                    CHRISTINE M. CICCOTTI
                                                    Deputy Attorney General
                                                    *Attorneys for Defendants*

CF1997CS0003
31919211.doc

2