KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
PATRICK R. MCKINNEY, State Bar No. 215228
Supervising Deputy Attorneys General
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5337
  Fax:  (415) 703-1234
  E-mail:  Sahar.Nayeri@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DECLARATION OF CHRISTINE M. CICCOTTI IN SUPPORT OF DEFENDANTS' STATUS CONFERENCE STATEMENT** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Christine M. Ciccotti, declare as follows:

1. I am a Deputy Attorney General with the California Office of the Attorney General, attorney of record for Defendants in this case, and I am admitted to practice before this Court. I am competent to testify to the matters set forth in this declaration, and If called upon by this Court, would do so competently. I submit this declaration in support of Defendants' Status Conference Statement concerning issues arising from the death of Inmate D.

2. Attached as Exhibit 1 to my Confidential Declaration is a true and correct copy of excerpts from the Deposition Transcript of Dr. Corey Scheidegger, taken on February 12, 2014.

1

Ciccotti Decl. Supp. Defs.' Status Conference Statement Issues (2:90-cv-00520 LKK DAD PC)

3. Attached as Exhibit 2 to my Confidential Declaration is a true and correct copy of pages 6, 20, 31, and 34 of Volume I of Inmate D's electronic Unit Health Record.

4. Attached as Exhibit 3 to my Confidential Declaration is a true and correct copy of excerpts from the Deposition Transcript of Kathleen Allison, taken on February 18, 2014.

5. Attached as Exhibit 4 to my Confidential Declaration is a true and correct copy of excerpts from the Deposition Transcript of Judy Burleson, taken on February 18, 2014.

6. Attached as Exhibit 5 to my Confidential Declaration is a true and correct copy of excerpts from the Deposition Transcript of Michael Stainer, taken on February 24, 2014.

7. Consistent with the Court's January 30, 2014 order, the parties met-and-conferred regarding preparation of a joint statement of undisputed material facts, but were unable to reach agreement beyond the agreement to submit the reports. A true and correct copy of the meet-and-confer correspondence regarding the proposed joint factual statement (excluding attachments) is attached as Exhibits 6 and 7 to my Confidential Declaration.

8. During the meet-and-confer, Defendants agreed that Plaintiffs could review the draft reports and related email correspondence subject to the *Coleman* protective order and a separate protective agreement, and without any waiving any applicable rights or privileges. A true and correct copy of the Joint Non-Disclosure and Protective Agreement is attached as Exhibit 8 to my Confidential Declaration. The parties subsequently agreed, subject to the same agreements, that Plaintiffs could submit two draft suicide reports, dated October 7, 2013 and October 24, 2013 for review by the Court. A true and correct copy of the October 7, 2013 suicide report for Inmate D is submitted as Exhibit 9 to my Confidential Declaration, and a true and correct copy of the October 24, 2013 suicide report for Inmate D is submitted as Exhibit 10 to my Confidential Declaration.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 6, 2014.

                                    ___/s/ **Christine M. Ciccotti**____
                                    Christine M. Ciccotti

2

Ciccotti Decl. Supp. Defs.' Status Conference Statement Issues (2:90-cv-00520 LKK DAD PC)

CF1997CS0003
31920439.doc

3

Ciccotti Decl. Supp. Defs.' Status Conference Statement Issues (2:90-cv-00520 LKK DAD PC)