DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM<br><br>**NOTICE OF REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge: Hon. Lawrence K. Karlton |

[1120965-1]

1  Pursuant to Local Rule 141, Notice is hereby given that Plaintiffs have submitted to
2  the Court by email a Request to File Under Seal ("Request") a document entitled
3  "Confidential Joint Statement of Undisputed Facts re: Inmate D" ("Statement of
4  Undisputed Facts"). The Statement of Undisputed Facts contains confidential class
5  member information covered by the protective order in this case, attached hereto.
6  The Request, Statement of Undisputed Facts, and accompanying Proposed Order
7  were provided to counsel for Defendants in this action by electronic mail on March 7, 2014
8  pursuant to Local Rule 141.

10 DATED: March 7, 2014           Respectfully submitted,

                                 ROSEN BIEN GALVAN & GRUNFELD LLP

                                 By: */s/ Krista Stone-Manista*
                                      Krista Stone-Manista

                                 Attorneys for Plaintiffs

[1120965-1]

1
NOTICE OF REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141