DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. Civ S 90-0520 LKK-JFM <br><br> **ORDER ON PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 141** |

[1119702-1]

[PROPOSED] ORDER ON PLAINTIFFS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141

On March 6, 2014, Plaintiffs submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Confidential Declaration of Krista Stone-Manista in Support of Plaintiffs' Status Conference Statement Concerning Suicide of Inmate X" ("Confidential Stone-Manista Declaration"),  The Confidential Stone-Manista Declaration's exhibits contain confidential class member information covered by the protective order in this case.

Good cause appearing,

**IT IS HEREBY ORDERED**

1. Plaintiffs' Request to File Under Seal "Confidential Declaration of Krista Stone-Manista in Support of Plaintiffs' Status Conference Statement Concerning Suicide of Inmate X" is GRANTED.

DATED: March 10, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT