IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On March 6, 2014, Defendants submitted to the Court by email a request to seal the Confidential Declaration of Christine M. Ciccotti in Support of Defendants' Status Conference Statement, its exhibits and a proposed order.

The Confidential Declaration of Christine M. Ciccotti in Support of Defendants' Status Conference Statement, and its exhibits contain confidential information on a *Coleman* class member protected by state and federal privacy laws as well as the protective order in this case. These documents were personally served to Plaintiffs' counsel on March 6, 2014.

Good cause appearing, Defendants' request to seal documents is GRANTED.

Dated: March 10, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1