UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 LKK DAD P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of February 2014.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

> Matthew A. Lopes, Jr., Esq.
> Special Master
> Pannone Lopes & Devereaux LLC
> 317 Iron Horse Way, Suite 301
> Providence, RI 02908

the amount of $417,397.27 in accordance with the attached statement[1]; and

---

[1] The bill from the Special Master for February 2014 totals $493,086.27. Pending further deposits, the interest-bearing account for payment of those services does not contain sufficient funds to pay the February 2014 bill in full. The court will order reimbursement of the withheld amount in its order for payment of the Special Master's March 2014 bill.

1

2. A copy of this order shall be served on the financial department of this court.

Dated: March 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole14.feb

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
|     Plaintiffs, | : | |
| | : | **No. Civ. S-90-0520 LKK JFM P** |
| v. | : | |
| | : | |
| **EDMUND G. BROWN, JR., et al.** | : | |
|     Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2014.

Matthew A. Lopes, Jr., Special Master
    Services                  $22,842.00
    Disbursements       $22,825.95

        Total amount due                $45,667.95

Mohamedu F. Jones, J.D., Deputy Special Master

    Services                  $38,461.00
    Disbursements       $      0.00

        Total amount due                $38,461.00

Linda E. Holden, J.D., Deputy Special Master

    Services                  $37,228.00
    Disbursement        $      0.00

        Total amount due                $37,228.00

Kerry F. Walsh, J.D.
    Services                  $34,951.50
    Disbursements       $      0.00

        Total amount due                $34,951.50

Kristina M. Hector, J.D.
    Services                  $34,619.50
    Disbursements       $      0.00

        Total amount due                $34,619.50

Steven W. Raffa, J.D.
    Services                  $38,610.50
    Disbursements       $      0.00

        Total amount due                $38,610.50

1  Kerry C. Hughes, M.D.
        Services                        $22,534.00
2          Disbursements             $ 6,373.18

3          Total amount due                    $28,907.18

4  Jeffrey L. Metzner, M.D.
5          Services                        $24,333.00
        Disbursements             $ 4,460.20
6

7          Total amount due                    $28,793.20

8  Raymond F. Patterson, M.D.
        Services                        $       0.00
9          Disbursements             $       0.00

10         Total amount due                    $       0.00

11 Kathryn A. Burns, MD, MPH
12         Services                        $       0.00
        Disbursements             $       0.00
13

14         Total amount due                    $       0.00

15 Mary Perrien, Ph.D.
        Services                        $30,110.00
16         Disbursements             $ 3,022.91

17         Total amount due                    $33,132.91

18 Patricia M. Williams, J.D.
19         Services                        $25,780.00
        Disbursements             $ 4,319.06
20

21         Total amount due                    $30,099.06

22 Henry A. Dlugacz, MSW, J.D.
        Services                        $11,266.00
23         Disbursements             $ 2,004.62

24         Total amount due                    $13,270.62

25 I.C. Haunani Henry
        Services                        $11,040.00
26         Disbursements             $       0.00

27         Total amount due                    $11,040.00

28

Lindsay M. Hayes
    Services                $28,335.00
    Disbursements     $ 3,687.57

    Total amount due          $32,022.57

Timothy A. Rougeux
    Services                $13,335.94
    Disbursements     $    571.15

    Total amount due          $13,907.09

Cynthia A. Radavsky, M.Ed
    Services                $26,611.00
    Disbursements     $ 2,858.86

    Total amount due          $29,469.86

Kenneth L. Appelbaum, M.D.
    Services                $ 9,189.52
    Disbursements     $ 2,060.47

    Total amount due          $11,249.99

Roderick Q. Hickman
    Services                $13,324.50
    Disbursements     $       0.00

    Total amount due          $13,324.50

Karl E. Weaver, M.D.
    Services                $16,257.00
    Disbursements     $ 2,073.84

    Total amount due          $18,330.84

**TOTAL AMOUNT TO BE REIMBURSED**    **$493,086.27**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

5