1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   PATRICK R. MCKINNEY
4  Supervising Deputy Attorneys General
   DEBBIE VOROUS, State Bar No. 166884
5  CHRISTINE M. CICCOTTI, State Bar No. 238695
   MANEESH SHARMA, State Bar No. 280084
6  Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 324-5345
     Fax: (916) 324-5205
9    E-mail: Debbie.Vorous@doj.ca.gov

10 *Attorneys for Defendants*

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | |
| v. | **NOTICE OF DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

# NOTICE

Under Local Rule 141, notice is hereby given that Defendants have submitted to the Court by email a Request to Seal Documents. Also submitted to the Court by email with the Request was the Confidential Declaration of Michael Stainer and a proposed order. The declaration and its exhibits contain confidential information regarding the California Department of Corrections and Rehabilitation's security procedures.

These documents were served by overnight mail on Plaintiffs' counsel on March 12, 2014.

Dated: March 12, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General

MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003