KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5553
 Fax:  (415) 703-1234
 E-mail:  patrick.mckinney@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
MEGAN OLIVER THOMPSON, SBN 256654
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                                   Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                   Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' SUBMISSION OF RECOMMENDED COMPLIANCE OFFICERS** |

Defendants submit this recommendation regarding the selection of a Compliance Officer in response to the Court's February 10, 2014 order. The parties met and conferred in an attempt to make a joint recommendation to the Court regarding the selection of the Compliance Officer, but were unable to come to an agreement. Defendants therefore submit Elwood Lui and Curtis J. Hill as candidates for appointment as Compliance Officer.

**ELWOOD LUI**

Mr. Lui is a former associate justice of the California Court of Appeal, Second Appellate District, Division 3, served as an associate justice, pro tempore of the California Supreme Court, and is a former superior and municipal court judge. Mr. Lui has firsthand experience in evaluating individuals' risk to society and is eminently qualified to serve as the Compliance Officer. As an appellate judge for seven years, Mr. Lui oversaw criminal appeals and reviewed felony sentencing determinations by trial court judges. During his time as a trial judge, Mr. Lui served as Assistant Presiding Judge of the Juvenile Court and the Supervising Judge of the Dependency Court.

Mr. Lui also previously served as settlement referee in the Three-Judge Court proceedings. (ECF 907/2499.) Mr. Lui has significant familiarity with this case and the complex issues it poses, has established relationships with the parties and the Court, and served well as a neutral, independent appointee. As settlement referee, Mr. Lui conferred with the parties and other stakeholders on ways to minimize the risks to public safety from any possible inmate releases. He reviewed CDCR data and consulted with public safety officials, including probation officers, parole officers, sheriffs, and police chiefs, on appropriate factors to be considered for possible inmate releases.

Mr. Lui has been called to serve the public in a number of different positions. He has served as the Director of the Los Angeles County Department of Children and Family Services, where he oversaw a reorganization of management and staffing systems to ensure that adequate investigations and assessments of risk would be conducted before children would be released. He was appointed by the California Supreme Court as special master of the State Bar Disciplinary System. He served as a lawyer representative for the Central District of California to the Ninth

Circuit and as past president of the California Judges Association. He was chair of the bipartisan Judicial Advisory Selection Committee for the Central District of California and currently serves on Senator Dianne Feinstein's Judicial Selection Committee for the Central District of California. Mr. Lui's education and qualifications are set forth in his curriculum vitae, attached as Exhibit A.

If selected, Mr. Lui will require reimbursement for his expenses but will not otherwise charge an hourly rate for his work as the Compliance Officer.

**CURTIS J. HILL**

Mr. Hill served in the San Benito County Sheriff's Department for twenty-two years and has extensive experience making difficult decisions necessary to protect both the safe operation of corrections facilities and public safety. During his three terms as the elected sheriff, Mr. Hill operated the county jails under a self-imposed population cap and frequently authorized the release of inmates to comply with that cap. Mr. Hill has worked extensively with the California State Sheriffs' Association, and served as its President in 2010. He facilitated training for new sheriffs on the operation of county jail systems, including best practices for complying with state bed space standards and the release of county jail inmates consistent with public safety. Mr. Hill also served as a Commissioner on the Mental Health Services Oversight and Accountability Commission, where he advocated for increased mental health services access and funding in county facilities.

Following his service as sheriff, Mr. Hill continued to advocate for law enforcement and public safety concerns and represented the California State Sheriffs' Association with Warner and Pank, LLC. Recently, Mr. Hill served as the Executive Director for the Board of State and Community Corrections (BSCC), an independent board that works in partnership with local corrections systems to promote cost-effective and evidence-based strategies for managing criminal justice populations and reducing recidivism. During his time representing the California State Sheriffs' Association and as the Executive Director of BSCC, Mr. Hill provided advice and input to state and local stakeholders on ways to safely supervise inmates transferred to local control as a result of Public Safety Realignment, including managing the release of inmates from county jails. Mr. Hill's education and qualifications are set forth in his curriculum vitae, attached

as Exhibit B.

    If selected, Mr. Hill would be compensated at an hourly rate of $145 and reimbursed for his expenses.

Dated: March 12, 2014

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
    PATRICK R. MCKINNEY
    Supervising Deputy Attorney General
    *Attorneys for Defendants*

Dated: March 12, 2014

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
    PAUL B. MELLO
    *Attorneys for Defendants*

SF2007200670