# EXHIBIT A

# ELWOOD LUI

## Law Firm Affiliation

1987-Present - Partner, Jones Day, 555 South Flower Street, 50th Floor, Los Angeles, CA  90071
Telephone: (213) 243-2435 (Direct Line), Facsimile: (213) 243-2539

## Education and Degrees

University of California, Los Angeles, JD (1969), MBA (1964), and BS (1962); CPA (1966)

## Judicial Service and Professional Employment

Associate Justice, California Court of Appeal, 2nd App. District, Div. 3 (1981-87)
Associate Justice, *Pro tempore*, California Supreme Court (1985-86)
Judge, Superior Court, County of Los Angeles (1980-81)
Judge, Municipal Court, Los Angeles Judicial District (1975-79)
Private Law Practice, Los Angeles, California (1972-75)
Deputy Attorney General, Antitrust Division, California Department of Justice (1969-71)
Certified Public Accountant with Deloitte, Haskins & Sells and Kenneth Leventhal & Co. (1964-69)

## Public Service

Chair, Bipartisan Judicial Advisory Selection Committee for the Central District of California
Member, Board of Harbor Commissioners for the Port of Los Angeles (2001-2005)
Special Master for the Supreme Court of California of the State Bar Disciplinary System (1998-2000)
Acting Director, Los Angeles County Department of Children and Family Services (1990)

## Professional Activities and Community Activities

Member, Medical Board of California (2013-Present)
Member, Judicial Council of California, (1983-1987)
President, California Judges Association (1986-1987)
Faculty, Continuing Judicial Studies Program and California Judicial College (1977-2000)
Fellow, American Academy of Appellate Lawyers
Member, California Academy of Appellate Lawyers
President, UCLA Law School Alumni Association (1984-1985); Board of  Directors (1981-1985)
Board of Directors, Public Counsel (1998-2006)

## Teaching Positions

Adjunct Professor of Accounting and Business Law, University of Southern California (1976-1987)
Adjunct Professor of Law, Loyola University School of Law (1984)

## Awards and Distinctions

Bernard E. Witkin Medalist, State Bar of California (2006)
Alumnus of the Year, UCLA Law School (2001)
Bernard E. Witkin Amicus Curiae Award, California Judicial Council (1999)
Professional Achievement Award, UCLA Alumni Association (1992)
Listed in *Los Angeles Daily Journal's* California Law Business
as the Top 100 Most Influential Lawyers in California
(1999, 2001, 2002, 2003, 2004 and 2005)