# EXHIBIT B

Curtis J. Hill
Home:  (831)637-3260 Cell:  (831)901-7135
E-mail:  sestri@charter.net

**Objective**:  Compliance Officer; Re: Coleman/Plata Three Judge Panel

# PROFESSIONAL EXPERIENCE

**Board of State and Community Corrections     May 2013 – October 2013**
**Executive Officer (A)**

Responsible for all aspects of the BSCC, to include:

- Corrections Planning and Programs
- Facilities Standards and Operations
- Facility Construction
- Standards and Training for Corrections

**Warner and Pank, LLC                          January 2010 – November 2012**
**Legislative Representative/Strategic Business Consultant**

Worked as experienced and proven successful adviser that served clients as legislative advocate, helping clients successfully maneuver through the nuances of legislative, legal and/or administrative bureaucracies in state and local governments.

In addition, I specialized in providing strategic business consulting on matters involving state and local government procurement and related business strategies in California.

**San Benito County Sheriff's Office            January 1999 – December 2010**
**Sheriff/Coroner**

As the elected Sheriff/Coroner, I was responsible for the public safety of the citizens of the County of San Benito.

Achievements

- Developed a highly effective staff team, energized to deliver high quality protection and service.
- Accomplished ongoing relationships at the local, state and federal level.
- Successfully lead an organization of 101 employees with a budget of 12.5 Million dollars.

# **Education**

| | |
|---|---|
| FBI National Academy, Session 158 | 1989 |
| California State University, Fresno<br>Bachelor Science, Criminology | 1976 |
| Gavilan Community College<br>Associate of Arts, Administration of Justice | 1974 |