1   KAMALA D. HARRIS
    Attorney General of the State of California
2   JONATHAN L. WOLFF
    Senior Assistant Attorney General
3   JAY C. RUSSELL
    PATRICK McKINNEY
4   Supervising Deputy Attorneys General
    DEBBIE VOROUS - 166884
5   MANEESH SHARMA - 280084
    Deputy Attorneys General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5500
    Facsimile:  (415) 703-5843
8   Email:   Patrick.McKinney@doj.ca.gov

    HANSON BRIDGETT LLP
    JERROLD C. SCHAEFER - 39374
    PAUL B. MELLO - 179755
    WALTER R. SCHNEIDER - 173113
    SAMANTHA D. WOLFF -  240280
    MEGAN OLIVER THOMPSON - 256654
    425 Market Street, 26th Floor
    San Francisco, California 94105
    Telephone:     (415) 777--3200
    Facsimile:     (415) 541-9366
    pmello@hansonbridgett.com

9   Attorneys for Defendants

10

**UNITED STATES DISTRICT COURT**

11

**EASTERN DISTRICT OF CALIFORNIA**

12

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

13

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

14

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

15

| | |
|---|---|
| RALPH COLEMAN, et. al., | CASE NO. 2:90-cv-00520 LKK DAD P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | CASE NO. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | **DEFENDANTS' MARCH 2014 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1    The State submits this status report on the current in-state and out-of-state adult prison

2    populations and the measures being taken to reduce the prison population in response to the

3    Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for

4    Extension of December 31, 2013 Deadline (February 10, 2014 Order).

5    Exhibit A sets forth the current design bed capacity, population, and population as a

6    percentage of design bed capacity for each state prison and for all state prisons combined.  As of

7    March 12, 2014, 117,153 inmates were housed in the State's 34 adult institutions, which amounts

8    to 143.6% of design bed capacity, and 8,740 inmates were housed in out-of-state facilities.[1]

9    Attached as Exhibit B is the California Department of Corrections and Rehabilitation's

10    (CDCR) report on the status of measures being taken to reduce the prison population.

11

12    DATED:  March 17, 2014                    KAMALA D. HARRIS
                                                ATTORNEY GENERAL OF THE STATE OF
13                                              CALIFORNIA

14                                              By:  /s/ Patrick McKinney
                                                PATRICK MCKINNEY
15                                              Attorneys for Defendants Edmund G. Brown Jr., et al.

16
      DATED:  March 17, 2014                    HANSON BRIDGETT LLP
17
                                                By:  /s/ Paul Mello
18                                              PAUL MELLO
                                                Attorneys for Defendants Edmund G. Brown Jr., et al.
19

20

21

22

23

24

25    _____

26    [1] The data in Exhibit A is taken from CDCR's March 12, 2014 weekly population report, available
27    on CDCR's website at http://www.cdcr.ca.gov/Reports_Research/Offender_
      Information_Services_Branch/WeeklyWed/Weekly_Wednesday_Tpop1a_Archive.html.
28

6177416.1

DEFS.' MARCH 2014 STATUS REPORT