DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621 .

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants. | Case No. Civ 2:90-0520 LKK<br><br>PLAINTIFFS' APPLICATION FOR LEAVE TO FILE REPLY BRIEF ON PROPOSED REVISIONS TO USE OF FORCE POLICIES<br><br>Judge: Hon. Lawrence K. Karlton |

1

**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE REPLY BRIEF ON PROPOSED REVISIONS TO USE OF FORCE POLICIES; S-90-520 LKK/DAD**

1  Plaintiffs hereby file this Application for an Order allowing Plaintiffs to File Their Reply Brief to Defendants' Proposed Revisions to Use of Force Policies.

This application is based upon this Application and the Declaration of Jeffrey L. Bornstein in support of this Application.

Michael Stainer, Director, CDCR Division of Adult Institutions, filed a new declaration on March 12, 2014, further amending the proposed changes he plans to institute to the CDCR Department Operations Manual ("DOM").  Plaintiffs' counsel sent a letter on March 18, 2014, to defense counsel and to the Special Master with our comments to the new proposed changes.  We inadvertently failed to file a responsive brief to Defendants' Opposition filed on February 21, 2014. The reply was due on March 13, 2014.

Plaintiffs now ask the Court to allow us leave to file a short reply brief that encompasses our comments to the further changes outlined by Mr. Stainer in his March 12, 2014 filing.  We recognize that this reply is late under the Court's Order dated January 23, 2014 (Dkt. 5021), but we inadvertently failed to prepare our brief while we were analyzing the new changes proposed by Mr. Stainer.  Given the importance of these issues, we submit that good cause exists to adjust the briefing schedule to allow our late filing.

Therefore, Plaintiffs ask the Court to grant us leave so that we may file the attached reply brief today.

Respectfully,

K&L GATES LLP

Dated:  March 19, 2014       By:   */s/ Jeffrey L. Bornstein*
                                    Jon Michaelson
                                    Jeffrey L. Bornstein
                                    Ranjini Acharya
                                    Attorneys for PLAINTIFFS

**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE REPLY BRIEF ON PROPOSED REVISIONS TO USE OF FORCE POLICIES; S-90-520 LKK/DAD**