| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621. | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LORI E. RIFKIN – 244081<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | Case No. Civ 2:90-0520 LKK<br><br>DECLARATION OF JEFFREY L. BORNSTEIN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE REPLY BRIEF ON PROPOSED REVISIONS TO USE OF FORCE POLICIES<br><br>Judge: Hon. Lawrence K. Karlton |

I Jeffrey L. Bornstein declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and a partner in the law firm of K&L Gates LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Ex Parte Application for Leave to File Reply Brief on Defendants' Proposed Revisions to Use of Force Policies.

2. Mr. Michael Stainer, Director, Division of Adult Institutions, filed a further declaration in these proceedings on March 12, 2014. In that declaration, Mr. Stainer highlighted further proposed changes to California Department of Corrections and Rehabilitations' use of force policies contained in the Department Operations Manual ("DOM"). I contacted Plaintiffs' expert Eldon Vail on or about March 14, seeking his comments on these further proposed changes to the DOM.

3. On or about March 17, 2014, Plaintiffs' counsel also received additional information from an anonymous source, which concerned another inmate death in 2008 that was allegedly linked to multiple exposures of pepper spray. Our co-counsel is in the process of trying to verify the veracity of this information.

4. On March 18, 2014, Plaintiffs' counsel sent a letter to Defendants' counsel and to the Special Master with our comments to the new proposed changes to the DOM attached to Mr. Stainer's declaration. In analyzing these changes and in sending responsive correspondence to the Defendants, we inadvertently failed to file a reply to Defendants' responsive brief. Our reply was due on March 13, 2014.

\\
\\
\\
\\
\\
\\

1
**DECLARATION OF J. BORNSTEIN ISO APPLICATION FOR LEAVE TO FILE REPLY BRIEF ON PROPOSED REVISIONS TO USE OF FORCE POLICIES; S-90-520 LKK/DAD**

5. We recognize that this reply is late under the Court's Order dated January 23, 2014. (ECF No. 5021). Nevertheless, we respectfully seek leave of this Court, to file this reply that incorporates much of the same information that was included in our letter to Defendants.

6. Under the circumstances, we believe that good cause exists to modify the briefing schedule so that the Court can fully consider the issues.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 19th day of March, 2014.

Jeffrey L. Bornstein

2
DECLARATION OF J. BORNSTEIN ISO APPLICATION FOR LEAVE TO FILE
REPLY BRIEF ON PROPOSED REVISIONS TO USE OF FORCE POLICIES;
S-90-520 LKK/DAD