DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621 .

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LORI E. RIFKIN – 244081
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>　　　　Defendants. | Case No. Civ 2:90-0520 LKK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE REPLY BRIEF ON PROPOSED REVISIONS TO USE OF FORCE POLICIES<br><br>Judge: Hon. Lawrence K. Karlton |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE REPLY BRIEF ON PROPOSED REVISIONS TO USE OF FORCE POLICIES; S-90-520 LKK/DAD**

1  This matter having been brought before this Court upon Plaintiffs' Application for Leave to File Reply Brief on Defendants' Proposed Revisions to Use of Force Policies dated March 19, 2014, and the Court having considered the Application and Declaration submitted in connection therewith,

IT IS HEREBY ORDERED that Plaintiffs' Application for Leave to File Reply Brief on Defendants' Proposed Revisions to Use of Force Policies is GRANTED.

Dated: _____

Honorable Lawrence K. Karlton, Senior Judge
United States District Court