KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK DAD PC |
|---|---|
| Plaintiffs, | **DECLARATION OF DEBORAH K. JOHNSON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| EDMUND G. BROWN JR., et al., | |
| Defendants. | |

I, Deborah K. Johnson, declare as follows:

1. I am the Warden of the Central California Women's Facility. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendant's Response to Plaintiffs' Request for Judicial Notice relating to Plaintiffs Motion regarding the housing and treatment of Mentally Ill Prisoners in Segregation.

1

Johnson Decl. Supp. Defs.' Resp. to Pls. Req. for Judicial Notice
(2:90-cv-00520 LKK DAD PC)

2. I was appointed as the acting Warden of CCWF in November 2011. Prior to serving as acting Warden, I served in multiple positions including Chief Deputy Warden, and Associate Warden. I also served as a Correctional Counselor III, Classification and Parole Representative, Correctional Counselor II, and Correctional Counselor I. In addition, I served as a Correctional Sergeant, Correctional Sergeant Instructor and Correctional Officer all for DAI. On September 26, 2012, I was confirmed by the Governor as the Warden at CCWF. I am familiar with the regulations and policies that govern the administration of the institutions housing female offenders within the CDCR.

3. In December 2013, the Office of the Inspector General (OIG) issued a report entitled "Special Review: Female Inmates Serving Security Housing Unit (SHU) Terms in the California Department of Corrections and Rehabilitation." Within that report were nine findings and recommendations regarding the housing conditions of female SHU inmates including female inmates housed at CCWF.

4. As of March 14, 2014, there were 12 female offenders in the Administrative Segregation Unit (ASU) at Central California Women's Facility (CCWF) serving SHU terms. Of those offenders, 11 are serving SHU terms for refusing to accept assigned housing.

5. Findings and recommendations one, two, three, and eight of the OIG report apply to female inmates serving a SHU term for refusal to accept assigned housing or having enemy or safety concerns. CDCR routinely reviews each inmate's case factors and alternative housing needs to ensure they are housed at the lowest appropriate level to allow maximum access to programs. Placing an inmate in segregation for a prolonged period of time for safety concerns is a last resort. Staff always try to investigate the housing issue through personal conversation with the inmate with the goal of resolving the matter and avoiding more restrictive housing. It is CDCR's goal to house the inmate at the lowest appropriate level to allow maximum programming.

6. On March 11, 2014 CCWF developed a new local operational procedure which dedicates housing on (A-Yard) and affording the same privileges and property the general population receives to inmates with documented enemy concerns who cannot be housed in the

2

Johnson Decl. Supp. Defs.' Resp. to Pls. Req. for Judicial Notice
(2:90-cv-00520 LKK DAD PC)

general population. Inmates on A-Yard will have contact visiting hours, canteen privileges, telephone privileges, and access to the yard and dayroom. The goal of this program is to address the concerns raised by the OIG in its December 2013 report. A true and correct copy of the March 2014 Local Operational Procedure is attached as Exhibit 1.

7. CDCR has provided notice of the revised operational procedure to the local union, and anticipates that inmates will be transferred to the A-Yard within 45 days.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 20, 2014.

/s/ *Deborah K. Johnson*
Deborah K. Johnson
Warden,
Central California Women's Facility

**(original signature retained by attorney)**

3

Johnson Decl. Supp. Defs.' Resp. to Pls. Req. for Judicial Notice
(2:90-cv-00520 LKK DAD PC)

# EXHIBIT 1

[DECLARATION OF DEBORAH K. JOHNSON IN SUPPORT OF DEFENDANTS'
RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE]



**Central California Women's Facility**

**Housing/Central Operations & Programs**

**OPERATIONAL PROCEDURE P-060**

New: March 2014

I. **POLICY:**

Central California Women's Facility (CCWF) A-Yard Designated General Population (A-YDGP) Program.

II. **PURPOSE AND OBJECTIVE:**

A. Provide female inmates identified as A-YDGP, who are unable to be housed within a General Population (GP), programming opportunities (i.e., work assignments and education) outside of an Administrative Segregation Unit (ASU) and/or Security Housing Unit (SHU).

B. Establish guidelines for the operation of the A-YDGP Program.

III. **APPROVAL AND REVIEW:**

This procedure shall be reviewed annually and submitted to the Warden.

IV. **RESPONSIBILITY:**

A. The Warden has the overall responsibility for the operation of this procedure.

B. The Associate Warden (AW), Housing, and AW Central Operations and Programs are responsible for the institutional compliance with this procedure.

C. The Captain of Facility B is responsible for the classification.

D. The Captain of Facility A is responsible for disciplinary and crime/incident reports involving inmates housed in the A-YDGP Program and the daily custodial operation of this procedure.

V. **METHODS:**

    A. The A-YDGP Program is designed for inmates who have been classified by Institutional Classification Committee (ICC) as non-disciplinary female inmates who are unable to be housed in the GP.

VI. **PLACEMENT:**

    A. The A-YDGP Program will be established on Facility A, Housing Unit 501, Rooms 13 and 14.

    B. Inmates at CCWF will qualify for placement into the A-YDGP Program after meeting the following criteria:

        1. The inmate has validated and documented irreconcilable enemy concerns and cannot be housed at any other GP institution.
        2. The inmate has been approved by the CCWF (ICC).
        3. The inmate must not have enemy concerns within A-YDGP.

    C. Inmates from institutions other than CCWF, will qualify for placement into the CCWF A-YDGP Program after meeting the following criteria:

        1. The inmate has validated and documented irreconcilable enemy concerns and cannot be housed at any other GP institution.
        2. A case-by-case review must be completed by CCWF's Warden and an Informative Chrono (CDCR 128-B) completed acknowledging the acceptance prior to Classification Staff Representative endorsement.
        3. The inmate must not have enemy concerns within A-YDGP.
        4. The inmate must not have pending disciplinary or unresolved investigation.

    D. The A-YDGP is a voluntary program and the inmate volunteering for the program must sign the Participation Contract (Attachment A) prior to placement.

    E. The inmates will follow unit rules.

    F. Inmates no longer meeting the A-YDGP criteria will be brought before ICC for appropriate GP housing consideration, or transfer to the sending institution.

VII. **PRIVILEGES:**

    A. Privileges and non-privileges for A-YDGP inmates are as follows:

        1. Contact visiting in the ASU Visiting Room from 1000 hours to 1200 hours.
        2. A-YDGP inmates will be allowed canteen privileges as commensurate with their privilege groups. Canteen will be offered to A-YDGP inmates during

      their assigned yard time and/or between 1200-1300 hours. A-YDGP inmates will be escorted to Canteen by Facility A staff.
3. A-YDGP inmates will be allowed telephone privileges as commensurate with their privilege groups and scheduled dayroom times.
4. A-YDGP inmates will access the Facility A yard seven days a week from 0830-1030 hours and again from 1900-2100 hours, commensurate to their classification (Close Custody).
5. Dayroom will be offered to A-YDGP inmates daily from 0800-1100 hours and 1200-1530 hours, seven days per week.

## VIII. OPERATION:

A. A-YDGP inmates housed within Facility A, Building 501, Rooms 13 and 14 will be released to the dining hall immediately following Enhanced Outpatient Program (EOP) inmates. Staff will make every effort to maintain a separation between A-YDGP and unclassified Reception Center inmates.

B. A-YDGP inmates will be escorted to all other scheduled activities (medical ducats, visits, etc.) excluding yard, outside of Building 501. Regularly scheduled medication distribution for A-YDGP inmates will be done before the distribution of meds to EOP inmates.

C. A-YDGP inmates will be allowed to attend religious services within the Facility A Chapel.

D. A-YDGP inmates will be assigned to the Facility B Correctional Counselor Is (CCI).

E. Inmates housed in the A-YDGP program may submit an Inmate Request for Interview (GA-22) form, to their assigned counselor, for removal of the A-YDGP program in order to be re-housed within the GP. The assigned CCI will have 30 days to schedule the inmate for review by the Unit Classification Committee (UCC). If approved by UCC, the case will be forwarded to the CCWF ICC for consideration and placement back into the GP.

F. EOP inmates are allowed to program with A-YDGP inmates.

G. Clothing will be exchanged on Facility A.

H. A-YDGP inmates may sign up for laundry room slots during their dayroom hours.

I. A special qualifier will be designated to any and all inmates which are assigned to work on Facility A (i.e., kitchen, porters, clerks, canteen, laundry, Fire Department, Inmate Day Labor workers, Plant Operations/maintenance workers, etc.).

IX. **ATTACHMENTS:**

    A. Participation Contract

X. **APPROVAL:**

_____      3/10/14
M. ALONZO                                     DATE
Associate Warden
Central Operations and Programs

_____      3/11/14
B. LANDINGHAM                            DATE
Associate Warden
Housing

_____      3/11/14
D. K. JOHNSON                               DATE
Warden
Central California Women's Facility

# ATTACHMENT A

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS
                                                                 CDCR 128B

**NAME and NUMBER:** _____  **INSTITUTION:** _____

## A-YARD DESIGNATED GENERAL POPULATION PROGRAM CONTRACT

Based upon your inability to be housed in the General Population (GP), you have been assigned to the A-Yard Designated General Population (A-YDGP) Program.

As a participant in the A-YDGP Program, you are required to meet the following expectations:

1. Participate in and successfully complete all mandated educational and cognitive instruction, as well as risk and educational assessment, as determined by the Institutional Classification Committee (ICC).
2. Participate in all classification actions.
3. Follow all staff recommendations and directives.
4. Remain disciplinary free adhering to all departmental rules and regulations.

UCC reviews will be completed in accordance with the Title 15 for GP inmates.

Program failures will be referred to ICC for review and appropriate placement.

I have read and understand the above conditions of my participation in the A-YDGP Program.


_____   _____        _____   _____
Signature of Inmate           Date              Signature of Staff Witness    Date


Orig:  Central File
Cc:    Receiving Institution
       Inmate


**DATE:**            A-YDGP PARTICIPANT CONTRACT        CDCR 128B