KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA  94244-2550
  Telephone:  (916) 323-4025
  Fax:  (916) 324-5205
  E-mail:  Christine.Ciccotti@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF JAY VIRBEL IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

I, Jay Virbel, declare as follows:

1.  I am an Associate Director over Female Offender Programs and Services / Special Housing in the Division of Adult Institutions (DAI) of the California Department of Corrections and Rehabilitation. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendant's Response to Plaintiffs' Request for Judicial Notice relating to Plaintiffs Motion regarding the housing and treatment of Mentally Ill Prisoners in Segregation.

1

2. I was appointed as an Associate Director in the DAI in September 27, 2012. Prior to serving as an Associate Director, I served in multiple positions including Assistant Deputy Director for the DAI, Chief Deputy of Program Operations and Chief of Investigations at the Board of Parole Hearings and Senior Special Agent and Special Agent in the Office of Internal Affairs. I also served as Correctional Lieutenant, and Correctional Sergeant for the DAI. In September 2013, I was confirmed by the Legislature as the Associate Director of the Female Offender Programs and Services/Special Housing (FOPS/SH) Mission. I am familiar with the regulations and policies that govern the administration of the institutions housing female offenders within the CDCR.

3. In December 2013, the Office of the Inspector General issued a report entitled "Special Review: Female Inmates Serving Security Housing Unit (SHU) Terms in the California Department of Corrections and Rehabilitation." Within that report were nine findings and recommendations regarding the housing conditions of female security housing unit inmates. The Inspector General's report overstates the number of female offenders with a Security Housing Unit term. The Inspector General did not collect data from a point in time survey. Instead, the Inspector General examined 160 security housing unit cases over the course of 22 days (October 9-31, 2013) as new inmates entered the security housing unit and others exited. The total reported by the Inspector General also includes both *Coleman* class members and inmates not in the mental health program.

4. Findings and recommendations one through three of the Inspector General's report apply to female inmates with a security housing unit term for refusal to accept assigned housing and enemy or safety concerns. This is a small fraction of the security housing unit population. As of March 14, 2014, 18 inmates, or 19%, of security housing unit inmates are serving a term for refusal to accept assigned housing or enemy concerns. Of those 18, 13, or 14% of the total female security housing unit population, are in the Correctional Clinical Case Management System (CCCMS) level of care. None are in the Enhanced Outpatient Program level of care. Of the 13, only 8 are serving the assigned security housing unit terms in an administrative segregation unit, as opposed to in security housing unit housing; 5 are serving the assigned

2

Virbel Decl. Supp. Defs.' Resp. to Pls. Req. for Judicial Notice
(2:90-cv-00520 LKK DAD PC)

security housing unit term in security housing unit housing at the California Institution for Women.

5. CDCR routinely reviews each inmate's case factors and alternative housing needs to ensure they are housed at the lowest appropriate level to allow maximum access to programs. Placing an inmate in segregation for a prolonged period of time for safety concerns is a last resort. Staff always try to investigate the housing issue through personal conversation with the inmate with the goal of resolving the matter and avoiding more restrictive housing. It is CDCR's goal to house the inmate at the lowest appropriate level to allow maximum programming.

6. As described in more detail in the declaration of Warden Johnson, the Central California Women's Facility is developing a program to provide inmates such as these with safe access to yard, dayroom, programs, jobs, medical and mental health treatment, contact visiting, and religious services without any segregation custody restrictions. The goal of this program is to alleviate the need to house an inmate in a segregation unit solely for refusing to house or enemy concerns. The addition of this program will give CDCR an additional housing option in addition to the yards at the California Institution for Women, Folsom Women's Facility, and the numerous fire camps.

7. The Inspector General's report included several other recommendations in addition to those involving the use of segregation to house inmates refusing assigned housing. Finding and recommendation number four involves the property and privileges afforded to security housing unit inmates housed in an administrative segregation unit. Inmates participating in the new program at the Central California Women's Facility will be provided with the same privileges and property afforded to the general population.

8. Finding and recommendation five also concerns providing security housing unit inmates with property following an expansion of the property matrix in 2011. All inmates housed in a security housing unit receive property in accordance with this property matrix. The California Institution for Women continues to provide training to staff to ensure awareness of the current security housing unit property matrix.

3

Virbel Decl. Supp. Defs.' Resp. to Pls. Req. for Judicial Notice
(2:90-cv-00520 LKK DAD PC)

9. Finding and recommendation six concerns providing female security housing unit inmates with exercise equipment in the outdoor small management yards. Both facilities the Inspector General reviewed are in the process of installing and offering additional exercise equipment in their small management yards. Central California Women's Facility has also begun installing pull up bars. Both institutions currently provide female offenders with the option of a basketball, racquetball, or medicine ball to use during yard time.

10. Finding and recommendation seven concerns providing security housing unit inmates with pre-release assistance. Institutional representatives are available to meet with inmates who will parole from a security housing unit or an administrative segregation unit prior to release. Inmates may receive parole resources upon request from the library, including a community resource directory for all counties is located. The directory contains information on family services, substance abuse, housing assistance, legal services, vocational services, clothing, transportation, disability assistance, mental health services, homeless assistance, assistance for veterans, and educational services. Parole Planning Placement staff meet with inmates paroling from an administrative segregation unit or security housing unit prior to their release.

11. Finding and recommendation eight concerns housing security housing unit inmates at the Central California Women's Facility administrative segregation unit, their access to yard, and access to education programs. This facility provides full access to the small management yards and is fully staffed to allow inmates ten hours per week of yard time. This facility also provides Voluntary Education Programs to inmates housed in the administrative segregation unit over 90 days. The courses include literacy, GED preparation, and college courses.

12. Finding and recommendation nine concerns attorney-client visits. Attorney visits are provided seven days a week. While family visiting is on the weekends, attorneys can visit on the weekdays which allows for more privacy. Wardens continue to exercise their discretion in providing contact visits to inmates who are not cleared for contact visits. California Institution for Women offers staggered appointment times for attorney client visits to maintain confidentiality.

4

Virbel Decl. Supp. Defs.' Resp. to Pls. Req. for Judicial Notice
(2:90-cv-00520 LKK DAD PC)

1  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 19, 2014.

/s/ *Jay Virbel*
Jay Virbel
Associate Director,
Division of Adult Institutions

*(original signature retained by attorney)*

5

Virbel Decl. Supp. Defs.' Resp. to Pls. Req. for Judicial Notice
(2:90-cv-00520 LKK DAD PC)