IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On March 12, 2014, Defendants submitted to the Court by email a request to seal the Confidential Declaration of Michael D. Stainer Regarding Training on Revised Department Operations Manual Re: Use-Of-Force. This declaration and its exhibits contain confidential information regarding the California Department of Corrections and Rehabilitation's security procedures in responding to incidents requiring the use of force. These documents were served by overnight mail to Plaintiffs' counsel on March 12, 2014.

Good cause appearing, Defendants' request to seal documents is GRANTED.

Dated: March 21, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[Proposed] Order (2:90-cv-00520 LKK DAD PC)