KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT AND REQUEST TO MODIFY BED PLAN** |
| v. | Judge Lawrence K. Karlton |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

The Court's March 18, 2014 order directed Defendants, among other things, to: (1) file a new activation schedule for the treatment and office space project at Central California Women's Facility (CCWF); (2) report on the status of challenges in activating the California Health California Facility (CHCF) identified by the *Plata* Receiver in the Receiver's Twenty-Fifth Tri-Annual Report, filed on January 31, 2014; and (3) provide monthly updates on the full activation of mental health programs at CHCF.

Defendants' updated activation schedule for the CCWF project is attached as Exhibit A.

1

In addition, the parties met with the Special Master and the Receiver on March 14, 2014 to discuss the Stockton facilities' activation. During that meeting, the Receiver stated that additional time is needed to correct issues before additional patients with medical or mental health issues are accepted for admission at the DeWitt Nelson Correctional Annex. Accordingly, Defendants request relief from the activation schedule for the DeWitt Nelson facility to allow sufficient time for improvements to be made at CHCF.

## I. THE RECEIVER AND DEFENDANTS ARE RESOLVING INFRASTRUCTURAL ISSUES AT THE CALIFORNIA HEALTH CARE FACILITY.

The Receiver's Twenty-Fifth Tri-Annual Report identified a number of basic infrastructural issues at CHCF, including supply chain problems. The Receiver and Defendants have made significant progress towards resolving these issues. (Decl. Jay Virbel Supp. Defs. Status Report (Virbel Decl.) ¶ 3.) Breakdowns in the supply chain have been identified and are being addressed, and essential medical and personal hygiene supplies are available in sufficient quantities in all housing units. (*Id.*; Decl. Stirling Price Supp. Defs.' Status Report (Price Decl.) ¶ 6.) Staff at CHCF are being trained on updated procurement and warehousing processes to ensure that these issues are not repeated. (Virbel Decl. ¶ 3.) CDCR is working in conjunction with the Receiver's office to continue to mentor and train kitchen managers to effectively run the kitchen program. (*Id.*) A standardized staffing team has recently reviewed correctional staffing and is updating a plan to address staffing issues for escorts and patient housing needs. (*Id.*) This progress is consistent with the Receiver's Office update regarding CHCF at the *Armstrong*, *Coleman*, and *Plata* Forty-Eighth Formal Coordination Meeting, held on February 25, 2014.

## II. DEFENDANTS CONTINUE TO RECRUIT AND HIRE QUALIFIED PSYCHIATRISTS TO STAFF THE DEPARTMENT OF STATE HOSPITALS' PROGRAMS AT CHCF.

Defendants' efforts to recruit and hire psychiatrists to staff the mental health units at CHCF are discussed in detail in the February 21, 2014 declaration of Stirling Price, the Executive Director of the Department of State Hospitals' program at CHCF. (ECF 5076-2.) As previously reported, the Department of State Hospitals will open two intermediate care units at CHCF today, March 24, 2014, with three units to be activated later. (Price Decl. ¶ 3.) Five inmate patients will

2

Defs.' Status Report and Req. Modify Bed Plan (2:90-cv-00520 LKK DAD PC)

be admitted per week to each of the newly opened units, for a total of ten inmate patients a week. (*Id.* at ¶ 4.) As reported at the March 17, 2014 status conference, the Department of State Hospitals intends to begin patient admissions at a third unit shortly after the first two units open on March 24, and anticipates that all five intermediate care facility units will open by this summer. (*Id.* at ¶ 3.) Defendants will continue to report on progress in full activation of the Department of State Hospitals units at CHCF in their next monthly report.

Defendants' prison psychiatrist salaries are within the range of comparable private and public sector salaries for psychiatrists within California and nationally.[1] (Decl. Greg Tarasoff Supp. Defs.' Status Report ¶ 3.) In order to offer competitive salaries, both CDCR and the Department of State Hospitals have the ability to "hire-above-minimum" for psychiatrists, i.e. offer newly hired psychiatrists salaries in excess of the minimum starting salary in the State pay scale range. (ECF 5076-2 ¶ 5.)

**III. DEFENDANTS REQUEST RELIEF FROM THE LONG-RANGE BED PLAN TO ALLOW DEFENDANTS AND THE RECEIVER TO ENSURE INFRASTRUCTURAL IMPROVEMENTS TO THE STOCKTON FACILITIES ARE LASTING.**

Construction of the DeWitt Nelson facility remains on schedule to be completed today, March 24, 2014. On March 14, 2014, Defendants and the Receiver discussed a plan to slow admission of medical and mental health patients to the facilities to ensure that the infrastructural and supply chain issues at CHCF have been resolved and are not repeated at DeWitt Nelson. (Virbel Decl. ¶ 4.) Defendants and Receiver's staff are meeting on March 24 to further discuss this plan, including possible modifications to the process and timeline for admitting EOP inmate-patients to DeWitt Nelson. (*Id.*)

Defendants have sufficient capacity to ensure that EOP inmate-patients who were scheduled to be transferred to DeWitt Nelson will continue to receive appropriate care until DeWitt Nelson is fully activated. (Decl. Judy Burleson Supp. Defs.' Status Report ¶ 3.) These inmate patients will continue to be housed and receive treatment in their currently-assigned EOP units. (*Id.*)

---

[1] CDCR and DSH utilize the same State salary schedule for psychiatrists. (Price Decl. ¶ 5.)

3

Defs.' Status Report and Req. Modify Bed Plan (2:90-cv-00520 LKK DAD PC)

Defendants therefore request that the Court extend the May 31, 2014 deadline for full activation of the DeWitt Nelson facility to permit implementation of Defendants' and the Receiver's joint plan. Defendants will update the Court on the status of the joint plan and activation of DeWitt Nelson in their next monthly report.

Dated:  March 24, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/S/ MANEESH SHARMA*

MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

4

Defs.' Status Report and Req. Modify Bed Plan (2:90-cv-00520 LKK DAD PC)