KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DECLARATION OF JAY VIRBEL IN SUPPORT OF DEFENDANTS' STATUS REPORT AND REQUEST TO MODIFY BED PLAN** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Jay Virbel, declare as follows:

1. I am an Associate Director over Female Offender Programs and Services/Special Housing in the Division of Adult Institutions (DAI) of the California Department of Corrections and Rehabilitation. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Status Report and Request to Modify Bed Plan.

1

2. I was appointed as an Associate Director in the DAI on September 27, 2012. Prior to serving as an Associate Director, I served in several positions including Assistant Deputy Director for the DAI, Chief Deputy of Program Operations and Chief of Investigations at the Board of Parole Hearings, and Senior Special Agent and Special Agent in the Office of Internal Affairs. I also served as Correctional Lieutenant, and Correctional Sergeant for the DAI. In September 2013, I was confirmed by the Legislature as the Associate Director of the Female Offender Programs and Services/Special Housing (FOPS/SH) Mission.

3. The Receiver's Twenty-Fifth Tri-Annual Report identified a number of basic infrastructural issues at the California Health Care Facility (CHCF) in Stockton, including supply chain problems. The supply chain issues are progressing. We have addressed large scale issues and, with the Receiver's office, continue to work to refine long term supply chain solutions. We have identified breakdowns in the supply chain and are addressing them in concert with the Receiver's office. Essential medical and personal hygiene supplies are available in sufficient quantities in all housing units. Staff at CHCF is being trained on updated procurement and warehousing processes to ensure that these issues are not repeated. CDCR is working in conjunction with the Receiver's office to continue to mentor and train kitchen managers to effectively run the kitchen program. A standardized staffing team has recently reviewed correctional staffing and is updating a plan to address staffing issues for escorts and patient housing needs. ..

4. On March 14, 2014, Defendants and the Receiver discussed adjusting the schedule for admitting medical and mental health patients to the facilities to ensure that the infrastructural and supply chain problems at CHCF do not recur, and are not repeated at the DeWitt Nelson Yard E Correctional Annex in Stockton. Staff from the Defendants and the Receiver are meeting on March 24 to further discuss this plan, including possible modifications to the process and timeline for admitting EOP inmate-patients to DeWitt Nelson.

/ /

/ /

2

Virbel Decl. Supp. Defs.' Status Report and Req, Modify Bed Plan
(2:90-cv-00520 LKK DAD PC)

1  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 24, 2014.

*s/ Jay Virbel*
Jay Virbel
Associate Director,
Division of Adult Institutions

**(original signature retained by attorney)**