KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DECLARATION OF STIRLING PRICE IN SUPPORT OF DEFENDANTS' STATUS REPORT AND REQUEST TO MODIFY BED PLAN** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

    I, Stirling Price, declare:

    1.    I am the Executive Director for the Department of State Hospitals' (DSH) program at the new California Health Care Facility (CHCF) in Stockton. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Status Report and Request to Modify Bed Plan.

    2.    As the Executive Director for DSH's program at the new California Health Care Facility in Stockton, I am familiar with the staffing required in order to activate additional units at

1

Price Decl. Supp. Defs. Status Report and Req. Modify Bed Plan.
(2:90-cv-00520 LKK JFM PC)

the Stockton facility. I am also familiar with DSH's psychiatrist recruitment efforts, and with the psychiatrist pay scale offered at DSH. I am also familiar with the supply chain issues that have affected CHCF.

3. As previously reported, DSH will open two intermediate care units at CHCF on March 24, 2014, leaving three units left to activate. DSH intends to begin patient admissions at a third unit shortly after the first two units open on March 24, and anticipates that all five remaining intermediate care units will open by this summer.

4. Upon opening the two new units on March 24, 2014, DSH will begin admitting Inmate-Patients (IP) at the rate of 5 IPs per unit per week, for a combined total of 10 admissions into the new units each week. Additionally, DSH will continue to backfill any beds that become available in the already-operating units.

5. DSH continues its efforts to diligently recruit and staff psychiatrist positions. DSH utilizes the same salary scale as CDCR, and has the ability to offer psychiatrists HAM (hiring above minimum) in order to be more competitive with the private sector and other public sector agencies.

6. DSH continues to work collaboratively with CDCR in order to remedy the supply chain issues that have occurred at CHCF, and overall, there has been significant improvement in this area. The Warehouse Management System is now operational, and consequently, warehouse supplies are consistently being delivered to DSH units in a timely manner.

I declare that the foregoing is true and correct. Executed this 24th of March, 2014, at Stockton, California.

       */s/ Stirling Price*
       STIRLING PRICE

(*original signature retained by attorney Maneesh Sharma*)

2

Price Decl. Supp. Defs. Status Report and Req. Modify Bed Plan.
(2:90-cv-00520 LKK JFM PC)