KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF GREGORY TARASOFF IN SUPPORT OF DEFENDANTS' STATUS REPORT AND REQUEST TO MODIFY BED PLAN** |

I, Gregory Tarasoff, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Statewide Mental Health Program Chief Psychiatrist. Since December 2012, I have been in charge of CDCR's recruiting efforts for psychiatrists. Prior to my appointment as Chief Psychiatrist of the Statewide Mental Health Program, I was the Chief Psychiatrist at San Quentin State Prison. I make this declaration in support of Defendants' Status Report and Request to Modify Bed Plan.

1

2.  Recruiting and hiring psychiatrists in California and throughout the nation is extremely competitive. Because of this high level of competition, many private sector institutions do not make information regarding salaries publicly available, making it difficult obtain accurate data on private sector salaries for psychiatrists. Further, in my experience it is difficult to conduct a direct comparison of public and private sector positions for psychiatrists because of variances in benefits, working conditions, geography, and familial factors.

3.  CDCR is authorized to "hire-above-minimum" for psychiatrists, which means qualified psychiatrists can be offered starting salaries in excess of the minimum starting salary for their pay range. Based on my experience in recruiting and hiring psychiatrists, including discussions with potential hires, the current salaries offered to psychiatrists by CDCR falls within the range of salaries offered to psychiatrists both within California and nationwide.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on March 24, 2014.

          _s/Gregory Tarasoff_
          Gregory Tarasoff

(*original signature retained by attorney*)

CF1997CS0003

2

Tarasoff Decl. Supp. Defs.' Status Rep. and Req. Modify Bed Plan  (2:90-cv-00520 LKK DAD PC)