KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF JUDY BURLESON IN SUPPORT OF DEFENDANTS' STATUS REPORT AND REQUEST TO MODIFY BED PLAN** |

     I, Judy Burleson, declare as follows:

     1.    I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Health Care Placement Oversight Program and have held that position since January 1, 2014. Before that date, I was the Associate Director, Statewide Mental Health Program, Correctional Health Care Services. I held that position from November 2010 through December 2013. Prior to November 2010, I was the Chief, Operational Program Oversight (formerly known as *Coleman* Compliance). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.

1

1  I make this declaration in support of Defendants' Reply in Support of Defendants' Status Report
2  and Request to Modify Bed Plan.

3      2.    In my role as the Chief of the Health Care Placement Oversight Program, my duties
4  include administration and management of the Unit that is tasked with developing and
5  maintaining information regarding the mental health population by institution, including bed
6  capacity and current census information, the progress associated with the State's 2012 bed plan
7  and Blue Print, the use of alternative housing within the prison system, and the mental health
8  population projections. In conjunction with CDCR's top management we also maintain data
9  helpful in reaching the goal towards population reduction.

10      3.    I am aware that CDCR and the *Plata* Receiver have discussed a plan to delay
11  admissions of Enhanced Outpatient Program (EOP) inmate-patients to the DeWitt Nelson
12  Correctional Annex in Stockton. As described in my February 21, 2014 declaration, CDCR's
13  current capacity is sufficient to meet the bed need for EOP inmate patients. (ECF 5076-1 ¶ 7.) If
14  CDCR and the Receiver's joint plan is implemented, EOP inmate-patients previously scheduled
15  to be transferred to DeWitt Nelson will continue to be housed and receive treatment in existing
16  EOP units until they can be admitted to DeWitt Nelson.

17  I declare under penalty of perjury under the laws of the State of California and the United
18  States of America that the foregoing is true and correct. Executed in Sacramento, California on
19  March 24, 2014.

                                            /s/ Judy Burleson
                                          JUDY BURLESON

(*original signature retained by attorney*)

CF1997CS0003

2

Burleson Decl. in Supp. of Defs.' Status Rep. and Req. Modify Bed Plan (2:90-cv-00520 LKK DAD PC)