| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>MEGAN CESARE-EASTMAN – 253845<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:   (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>600 Harrison Street, Suite 120<br>San Francisco, California  94107-1389<br>Telephone:   (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>            Defendants. | Case No. Civ 2:90-cv-0520 LKK DAD<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2013**<br><br>Judge:   Hon. Dale A. Drozd |

[1126976-1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2013 to Defendants via overnight delivery on February 5, 2014. The parties completed their meet and confer process on March 13, 2014. The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2013, with an agreement to reduce claimed amounts to a total of $1,438,079.77.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,438,079.77 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from March 7, 2014 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: March 19, 2014

*/s/ Elise Owens Thorn*

Elise Owens Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  March 13, 2014

*/s/ Ernest Galvan*

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  March 28, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/coleaf4q13

[1126976-1]

1
STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2013