DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JON MICHAELSON – 083815
JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,

  v.

EDMUND G. BROWN, JR., et al.,

      Defendants.

Case No. 2:90-cv-0520 LKK DAD

**DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST TO MODIFY BED PLAN**

Judge: Hon. Lawrence K. Karlton

I, Krista Stone-Manista, declare:

1.  I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Response To Defendants' Request to Modify Bed Plan.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the cover memorandum and Enclosure 3, page 1, of Defendants' monthly court-ordered *Coleman* data production for February 2014, the most recent provided to Plaintiffs' counsel. This Enclosure gives a population number of 4828 EOP inmates as of the "download date" of January 31, 2014, and an EOP capacity of 4457 as of the same date.

3.  Attached hereto as **Exhibit B** is a true and correct copy of the cover memorandum and Enclosure 9, of Defendants' monthly court-ordered *Coleman* data production for February 2014, the most recent provided to Plaintiffs' counsel. This Enclosure states that 131 "total bus seats [were] requested" for EOP transfers in the week of February 3, 2014, and that 52 "total bus seats [were] provided."

4.  Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 5 to Defendant's activation schedule update, sent via electronic mail to Plaintiffs' counsel on April 3, 2014, and reflecting the current schedule for activation of DeWitt Nelson.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 4th day of April, 2014.

*/s/ Krista Stone-Manista*
Krista Stone-Manista

[1146407-1]

1

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST TO MODIFY BED PLAN

# Exhibit A

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA 94283-0001



April 2, 2014

Matthew A. Lopes, Jr. Esquire     via: Elise Owens Thorn, Esquire
Office of the Special Master          Deputy Attorney General
Pannone Lopes & Devereaux LLC    Department of Justice
317 Iron Horse Point Way, Suite 301    1300 "I" Street, Suite 125
Providence, RI 02908                P. O. Box 944255
                                       Sacramento, CA 94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of February, 2014, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). (Data for California Health Care Facility, Stockton (CHCF), California Institution for Women (CIW), California State Prison, Solano (SOL) California State Prison, Sacramento (SAC), generated from the Mental Health Tracking System (MHTS).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*Laura Ceballos, Ph.D.*
*for:*

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A), Division of Health Care Services and
   Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Linda Holden, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert
      Mary Perrien, Ph.D., *Coleman* Expert
      Kathryn A. Burns, M.D., MPH, *Coleman* Expert
      Henry A. Dlugacz, Esq., *Coleman* Expert
      Kerry F. Walsh, Esq., *Coleman* Monitor
      Patricia Williams, Esq., *Coleman* Monitor
      Haunani Henry, *Coleman* Monitor
      Elise Owens Thorn, Esq., Office of the Attorney General
      Patrick McKinney, Esq., Office of the Attorney General
      Nicholas Weber, Esq, Office of Legal Affairs, CDCR
      Michael Stone, Esq., Office of Legal Affairs, CDCR

Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Angela Ponciano, Associate Director, Statewide Mental Health Program, Division of Health Care Services (DHCS)
Nathan Stanley, Chief, Field Operations, Statewide Mental Health Program, DHCS
Laura Ceballos, Ph.D., Chief, Quality Management, Statewide Mental Health Program, DHCS
Teresa Owens, Associate Governmental Program Analyst, Quality Management, DHCS

# Mental Health Population By Institution
Download Date: January 31, 2014

## SUMMARY OF OUTPATIENT POPULATION
(ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS (1) Capacity | CCCMS Current Pop | CCCMS % of Capacity | EOP (2) Capacity | EOP Current Pop | EOP % of Capacity | PSU (2) Capacity | PSU Current Pop | PSU % of Capacity | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 1099 | 1250 | 114% | | 8 | | | | | 1258 |
| CAC | | 2 | | | | | | | | 2 |
| CAL | | 21 | | | | | | | | 21 |
| CCC | | 1 | | | | | | | | 1 |
| CCI | 1349 | 1161 | 86% | | 4 | | | | | 1165 |
| CCWF | 899 | 1239 | 138% | 64 | 47 | 73% | | | | 1286 |
| CEN | | 37 | | | | | | | | 37 |
| CHCF | | 358 | | | 65 | | | | | 423 |
| CIM | 1299 | 1600 | 123% | | 39 | | | | | 1639 |
| CIW | 499 | 823 | 165% | 85 | 81 | 95% | 20 | 15 | 75% | 919 |
| CMC | 1099 | 764 | 70% | 630 | 677 | 107% | | | | 1441 |
| CMF | 599 | 418 | 70% | 391 | 392 | 100% | | | | 810 |
| COR | 949 | 1270 | 134% | 250 | 265 | 106% | | | | 1535 |
| CRC-M | 848 | 1157 | 136% | | 1 | | | | | 1158 |
| CTF | 845 | 1141 | 135% | | 2 | | | | | 1143 |
| CVSP | | 8 | | | | | | | | 8 |
| DVI | 649 | 488 | 75% | | 23 | | | | | 511 |
| FOL | 599 | 771 | 129% | | 4 | | | | | 775 |
| HDSP | 699 | 988 | 141% | | 10 | | | | | 998 |
| ISP | | 18 | | | 1 | | | | | 19 |
| KVSP | 1000 | 1281 | 128% | 96 | 110 | 115% | | | | 1391 |
| LAC | 1149 | 1355 | 118% | 374 | 348 | 93% | | | | 1703 |
| MCSP | 1149 | 1177 | 102% | 560 | 551 | 98% | | | | 1728 |
| NKSP | 799 | 783 | 98% | | 94 | | | | | 877 |
| PBSP | 349 | 123 | 35% | 66 | 55 | 83% | 24 | 13 | 54% | 191 |
| PVSP | 1499 | 1321 | 88% | | 5 | | | | | 1326 |
| RJD | 1199 | 1377 | 115% | 543 | 515 | 95% | | | | 1892 |
| SAC | 849 | 522 | 61% | 448 | 438 | 98% | 384 | 311 | 81% | 1271 |
| SATF | 1199 | 1642 | 137% | 352 | 336 | 95% | | | | 1978 |
| SCC | 499 | 624 | 125% | | | | | | | 624 |
| SOL | 1199 | 1431 | 119% | | 8 | | | | | 1439 |
| SQ | 899 | 1062 | 118% | | 70 | | | | | 1132 |
| SVSP | 999 | 1159 | 116% | 406 | 365 | 90% | | | | 1524 |
| VSP | 849 | 1075 | 127% | 192 | 205 | 107% | | | | 1280 |
| WSP | 1049 | 1002 | 96% | | 109 | | | | | 1111 |
| TOTAL | 26118 | 29449 | 113% | 4457 | 4828 | 108% | 428 | 339 | 79% | 34616 |

CONFIDENTIAL

# Exhibit B

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



April 2, 2014

Matthew A. Lopes, Jr. Esquire　　　　　　　via:　Elise Owens Thorn, Esquire
Office of the Special Master　　　　　　　　　　Deputy Attorney General
Pannone Lopes & Devereaux LLC　　　　　　　　Department of Justice
317 Iron Horse Point Way, Suite 301　　　　　　1300 "I" Street, Suite 125
Providence, RI 02908　　　　　　　　　　　　　P. O. Box 944255
　　　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of February, 2014, data (or as otherwise noted). The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). (Data for California Health Care Facility, Stockton (CHCF), California Institution for Women (CIW), California State Prison, Solano (SOL) California State Prison, Sacramento (SAC), generated from the Mental Health Tracking System (MHTS).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN). **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report. **(No Longer Available)**

Matthew A. Lopes, Jr. Esquire
Page 2

15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*Laura Ceballos, Ph.D.*

*for:*

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A), Division of Health Care Services and
    Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Linda Holden, Esq., *Coleman* Deputy Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Kerry C. Hughes, M.D., *Coleman* Expert
     Mary Perrien, Ph.D., *Coleman* Expert
     Kathryn A. Burns, M.D., MPH, *Coleman* Expert
     Henry A. Dlugacz, Esq., *Coleman* Expert
     Kerry F. Walsh, Esq., *Coleman* Monitor
     Patricia Williams, Esq., *Coleman* Monitor
     Haunani Henry, *Coleman* Monitor
     Elise Owens Thorn, Esq., Office of the Attorney General
     Patrick McKinney, Esq., Office of the Attorney General
     Nicholas Weber, Esq, Office of Legal Affairs, CDCR
     Michael Stone, Esq., Office of Legal Affairs, CDCR

Matthew A. Lopes, Jr. Esquire
Page 3

    Michael Bien, Esq., Rosen, Bien and Galvan
    Donald Specter, Esq., Prison Law Office
    Angela Ponciano, Associate Director, Statewide Mental Health Program, Division of Health Care Services (DHCS)
    Nathan Stanley, Chief, Field Operations, Statewide Mental Health Program, DHCS
    Laura Ceballos, Ph.D., Chief, Quality Management, Statewide Mental Health Program, DHCS
    Teresa Owens, Associate Governmental Program Analyst, Quality Management, DHCS

# ENHANCED OUTPATIENT PROGRAM (EOP)
## INSTITUTION COUNTS AND BUS SEAT REQUESTS - WEEK OF FEBRUARY 3, 2014

| MALE EOP Institutions | MH Operational Capacity | Institution Count (1/31/14) | Current Vacancies | Percent Filled | Total Bus Seats Requested | Total Bus Seats Provided | Number of Bus Seats Requested by Sending Location (Inter-institution transfers only. Numbers/locations in bold reflect bus seats scheduled for transport this week.) |
|---|---|---|---|---|---|---|---|
| SATF SNY II | 264 | 241 | 23 | 91% | 6 | 6 | 1-WSPRC, 2-NKSPRC, 1-RJD, 1-SQRC, 1-SVSP |
| SATF COD II | 88 | 78 | 10 | 89% | 2 | 2 | 2-NKSPRC |
| VSP SNY II | 192 | 196 | -4 | 102% | 5 | 0 | 1-CMC, 1-DVIRC, 1-LAC, 2-SATF |
| CMC III | 580 | 602 | -22 | 104% | 27 | 0 | 1-CRC, 1-WSPRC, 6-LAC, 1-PVSP, 1-RJD, 6-SAC, 9-SATF, 1-SQRC, 1-SVSP |
| CMF III | 333 | 341 | -8 | 102% | 5 | 5 | 2-CMC, 1-NKSPRC, 2-SATF |
| RJD III | 330 | 324 | 6 | 98% | 23 | 6 | 1-CIMRC, 2-CMC, 1-CMF, 1-SVSP, 6-CMC, 1-CMF, 1-WSPRC, 1-FSP, 1-HDSP, 3-NKSPRC, 3-SAC, 1-SATF |
| LAC IV (270) | 300 | 257 | 43 | 86% | 10 | 10 | 1-WSPRC, 1-NKSPRC, 1-PBSP, 1-SAC, 6-SVSP |
| MCSP SNY III | 360 | 326 | 34 | 91% | 7 | 7 | 1-CIMRC, 1-CMC, 2-COR, 2-WSPRC, 1-SATF |
| SVSP SNY III | 150 | 141 | 9 | 94% | 1 | 1 | 1-LAC |
| COR SNY IV (270) | 150 | 150 | 0 | 100% | 10 | 2 | 1-HDSP, 1-RJD, 1-CMC, 1-DVIRC, 3-HDSP, 1-NKSPRC, 1-SAC, 1-SVSP |
| MCSP SNY IV (270) | 150 | 161 | -11 | 107% | 10 | 2 | 1-RJD, 1-SVSP, 1-CMC, 1-KVSP, 1-LAC, 3-SAC, 1-SATF, 1-SVSP |
| RJD SNY IV (270) | 150 | 140 | 10 | 93% | 3 | 3 | 1-WSPRC, 1-NKSPRC, 1-SQRC |
| KVSP SNY IV (180) | 96 | 101 | -5 | 105% | 18 | 4 | 1-CMC, 1-CMF, 2-MCSP, 2-NKSPRC, 9-SAC, 1-SQRC, 2-SVSP |
| PBSP IV (180) | 66 | 38 | 28 | 58% | 1 | 1 | 1-RJD |
| SAC IV (180) | 384 | 382 | 2 | 99% | 1 | 1 | 1-COR |
| SVSP IV (180) | 192 | 151 | 41 | 79% | 2 | 2 | 1-CMF, 1-SAC |
| **TOTALS:** | **3785** | **3629** | **156** | **96%** | **131** | **52** | |

| FEMALE EOP | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 42 | 12 | 78% | 0 | 0 | |
| CIW | 75 | 69 | 6 | 92% | 2 | 2 | 2-CCWFRC |
| **TOTALS:** | **129** | **111** | **18** | **86%** | **2** | **2** | |

| PSU | | | | | | (per 2-3-14 PSU Pending List) | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 15 | 5 | 75% | 0 | 0 | |
| PBSP PSU | 24 | 26 | -2 | 108% | 1 | 0 | 1-SVSP |
| SAC PSU | 384 | 312 | 72 | 81% | 19 | 13 | 3-PBSP,3-COR,2-CMF,1-MCSP,1-LAC,1-CMC,1-SQ,1-SVSP,1-PBSP,1-LAC,1-COR,1-HDSP,1-SAC,1-NKSP |

"Institution Count" from Population Mgmt. Unit of the C&PRs' call-ins of filled EOP program beds.
Bus seat data source: Transportation Weekly Consolidated Worksheet

**Note:** This data is based on statewide Bus Seat Requests to an EOP program that were not scheduled to move during the subject week. Bus Seat Requests are used as an indicator of projected statewide bus seat needs for EOP. <u>This is *not* intended to represent an EOP Wait List, Pending List, or Endorsement List.</u>

DHCS, Health Care Placement Oversight Program

# Exhibit C

| | |
|---|---|
| **From:** | Jane E. Kahn |
| **Sent:** | Thursday, April 03, 2014 7:59 AM |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: Activation Schedules for the Period Ending March 26, 2014 |
| **Attachments:** | Activate Updates, April 1.pdf |

**From:** Elise Thorn
**Sent:** Thursday, April 03, 2014 7:56:44 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** Kerry Courtney Hughes, MD; Patricia M. Williams; Haunani Henry; Mary Perrien; Henry D. Dlugacz; Kathryn Burns, MD, MPH; 'lholden@pldlaw.com'; Kristina Hector; Mohamedu Jones; Steve Raffa; kwalsh@pldw.com; Matt Lopes; Jeff Metzner; Jonelie Navarro; Karl Weaver; Kenneth Appelbaum; Tim Rougeux; Rod Hickman; Cynthia Radavsky; Lindsay Hayes
**Cc:** Steve Fama; Michael W. Bien; Jane E. Kahn; Elise Thorn; Patrick McKinney; Jay Russell
**Subject:** Activation Schedules for the Period Ending March 26, 2014

Special Master Lopes:

Attached are updated activation schedules for the period ending March 26, 2014.

Thank you,

*Elise Owens Thorn*

Deputy Attorney General
Department of Justice
Office of the Attorney General
1300 I Street, Rm. 1040-16
Sacramento, CA 95814
(916) 324-4921
Elise.Thorn@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

*Coleman* **Construction Activation Schedules**
**Table of Contents**

| | | |
|---|---|---|
| Exhibit #1 | Acronyms ................................................................................................. | 1 |
| Exhibit #2 | *California State Prison, Los Angeles County* Treatment Space for Enhanced Outpatient Program ........................................ | 3 |
| Exhibit #3 | *Consolidated Care Center / California Health Care Facility* ............................................................................ | 7 |
| Exhibit #4 | *Central California Women's Facility* Treatment and Office Space for Enhanced Outpatient Program- General Population .......................................... | 11 |
| Exhibit #5 | *Dewitt Nelson* 375 Enhanced Outpatient Program – General Population and 50 Enhanced Outpatient Program- Administrative Segregation Unit beds ................................................................ | 15 |

# Exhibit #5

## *Dewitt Nelson*
**375 Enhanced Outpatient Program – General Population and 50 Enhanced Outpatient Program- Administrative Segregation Unit beds**

| | | |
|---|---|---|
| Project: | DeWitt Nelson Correctional Annex | Report Date: March 26, 2014 |
| Responsible Person: | Deborah Hysen/CDCR | Stephen Benson/DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | 915 L Street, Sacramento California 95814 |
| Project Architect: | Kitchell CEM (Criteria Architect) | |
| Location: | DeWitt Nelson, Stockton | |
| Funding Source: | AB 900 (GC 15819.40) | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 153 | 11/6/09 | 11/6/09 | | 4/8/10 | 4/8/10 | | | M. Meredith | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| DOF Review and Approval of Design Build Approach | | | | | | 10/22/10 | | | S. Benson | Pursuant to Government Code Section 14661.1.i | CDCR received approval for use of Design-Build from DOF on 10/22/10. |
| Review Funding Request Package | 32 | 4/9/10 | 4/12/10 | 3 | 5/11/10 | 5/13/10 | | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 5/12/10 | 5/14/10 | 2 | 6/11/10 | 6/11/10 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 6/14/10 | 6/14/10 | | 6/14/10 | 6/14/10 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 21 | 5/25/10 | 5/11/10 | (14) | 6/15/10 | 6/15/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 6/16/10 | 6/16/10 | | 6/16/10 | 6/16/10 | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| California Environmental Quality Act Compliance (CEQA) | 265 | 6/17/10 | 6/17/10 | | 3/9/11 | 1/28/11 | (40) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The NOD was filed 12/29/10. The 30-Day statute of limitations period expired on 01/29/11 with no public comment or litigation. The final EIR was approved on 12/30/10. |
| Select Bridging Architect | 18 | 2/18/10 | 6/17/10 | 119 | 3/8/10 | 8/2/10 | 147 | | M. Meredith | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). Assumes CM/Bridging Architect selected from pre-approved list. | Kitchell CEM was selected as the Criteria Architect. |
| Prepare Bridging Document | 249 | 6/17/10 | 8/3/10 | 47 | 2/21/11 | 8/11/11 | 171 | | M. Meredith | Includes development of basis of design, pre-qualification of Design-Build entities, preparation of Bridging Documents including performance criteria. | Bridging Documents are 100% complete. |
| PWB Approval | 45 | 2/22/11 | 6/30/11 | 128 | 4/8/11 | 8/12/11 | 126 | | S. Benson | PWB Approval of performance criteria. | PWB issued a conditional approval for the RFP design criteria at August 2011 PWB, consistent with concerns raised by the JLBC. As a condition of approval, CDCR needs to demonstrate the need for mental health and medical beds at Dewitt before a DB construction contract is awarded. |
| Design-Build Competition/Contractor Selection | 120 | 4/11/11 | 8/13/11 | 124 | 8/9/11 | 12/14/11 | 127 | | M. Meredith | Selection of Design-Build entities. Firms submit Design-Build proposals. CDCR evaluates and selects contractor. | The selection process was completed on 12/14/11 with Hensel Phelps Construction Company being announced as the selected firm. |

*16*

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Award Design Build Contract** | 11 | 8/10/11 | 5/16/12 | 280 | 8/21/11 | 7/3/12 | 317 | | J. Cummings | Issue Notice to Proceed, Execute contract. | CDCR has evaluated the impacts of realignment on its prison population and has determined that this project is still necessary. On April 23, 2012, CDCR finalized and distributed an operational plan that reflects the construction of this project. PMIB approved construction loan on 5/16/12. The construction contract and the NTP was issued to Hensel Phelps Construction Co. on 7/3/12. |
| **Design Build Duration** [3] | 560 | 8/22/11 | 7/3/12 | 316 | 3/4/13 | | 387 | | M. Meredith | Mobilize Design-Build Entity, Construction Manager, Inspector of Record. Finalize programming and complete drawings; Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.) Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | The percentage complete for construction is 99.2%. The 2/10/14 construction completion date has been revised to 3/24/14 due to the integration of the CHCF lethal electrified fence tie-in. SFM certificate of occupancy was received on 03/18/14. All physical work is complete and commissioning and punch list is on-going. |
| **Activation Planning/Workforce Development/Hire Staff/Procurement** | 540 | 10/4/11 | 3/19/13 | 532 | 3/27/13 | | 364 | | S. McCarver K. Baker | Schedule development, policy and procedures, workforce planning, advertise, hire and train staff, group II/III equipment planning and equipment certification, long lead items acquisition, contracts/vendors, labor relations, training. This will impact DSH/CDCR/Receivers office and has to be coordinated between the three departments. DSH does not have the lead on this but will provide technical assistance and comply with the agreed upon dates. | Based on 7/3/12 NTP, the revised start date for pre-activation staff hiring (i.e., advertising, interviewing, etc.) was 3/19/13. Activation staff hiring activities (advertising) started 12/13/13. |
| **Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports** | 560 | 8/22/11 | | | 3/4/13 | | | | M. Meredith | Including final as-built drawings. | Note: This activity is not applicable. Project is not a licensed facility. |
| **Self Certification** | 7 | 3/5/13 | | | 3/12/13 | | | | D. Hysen | | Note: This activity is not applicable. Project is not a licensed facility. |
| **Licensing Application & Approval** | 45 | 3/13/13 | | | 4/27/13 | | | | | DPH initial licensing survey. Will license entire facility, suspend, then activate beds tied to a staff activation schedule. | Note: This activity is not applicable. Project is not a licensed facility. |
| **Activation** | 32 | 3/28/13 | 2/28/14 | 337 | 4/29/13 | | 331 | | S. McCarver K. Baker | Transitional training, initial staff occupancy, staff orientation, building acceptance/shakedown, furniture/fixture installation, stock supplies/inventory, placement of Group II equipment. | Group II equipment deliveries are complete. Deployment of IT equipment and phones continues. Staff occupancy and stocking is ongoing for all housing, support buildings and guard towers. |
| **Patient Admissions** | 112 | 4/28/13 | | 332 | 8/18/13 | | 220 | | S. McCarver K. Baker | | Hiring of key mental health and medical positions is behind schedule and a revised intake schedule has been developed by the Receiver and CDCR leadership. PWC intake will begin by 4/1, medical patient intake will begin by 5/30, and mental health patient intake will begin by 6/27. The mental health housing unit will be fully occupied by 12/30/14. |

[1] This facility is intended to include 375 EOP, 50 EOP/ASU, 528 Special General Population and 180 PWC beds.

[2] Special master shall provide receiver updates on construction every 90 days.

[3] Activation is contingent upon full activation of the California Health Care Facility construction project, which has a planned complete date of 12/31/2013.