UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 LKK DAD P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to the undersigned by the assigned District Judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of February 2014. The Special Master's bill for services for February 2014 totals $493,086.27. By order filed March 12, 2014, the Clerk of the Court was directed to pay to the Special Master $417,397.27 of that total pending further deposits into the interest-bearing account from which payment for those services is made. On March 26, 2014, defendants made an additional payment into that account. Accordingly, the court will by this order direct the Clerk of the Court to pay the withheld amount forthwith.[1]

/////

---

[1] The court's March 12, 2014 order indicated that the withheld amount would be paid with the payment for the Special Master's March 2014 bill. The deposit having been made, there appears to be no reason to further delay complete payment for services rendered by the Special Master and his staff in February 2014.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

>Matthew A. Lopes, Jr., Esq.
>Special Master
>Pannone Lopes & Devereaux LLC
>317 Iron Horse Way, Suite 301
>Providence, RI 02908

the amount of $75,689.00 to complete payment for services rendered in February 2014; and

2. A copy of this order shall be served on the financial department of this court.

Dated: April 9, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole14.febsupp

2

**RALPH COLEMAN, et al.,**            :
    **Plaintiffs,**                              :
                                                      :     **No. Civ. S-90-0520 LKK JFM P**
    **v.**                                            :
                                                      :
**EDMUND G. BROWN, JR., et al.**      :
    **Defendants.**

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2014.

Matthew A. Lopes, Jr., Special Master
        Services           $22,842.00
        Disbursements   $22,825.95

        Total amount due          $45,667.95

Mohamedu F. Jones, J.D., Deputy Special Master

        Services           $38,461.00
        Disbursements   $     0.00

        Total amount due          $38,461.00

Linda E. Holden, J.D., Deputy Special Master

        Services           $37,228.00
        Disbursement    $     0.00

        Total amount due          $37,228.00

Kerry F. Walsh, J.D.
        Services           $34,951.50
        Disbursements   $     0.00

        Total amount due          $34,951.50

Kristina M. Hector, J.D.
        Services           $34,619.50
        Disbursements   $     0.00

        Total amount due          $34,619.50

Steven W. Raffa, J.D.
        Services           $38,610.50
        Disbursements   $     0.00

        Total amount due          $38,610.50

Kerry C. Hughes, M.D.
    Services                  $22,534.00
    Disbursements       $ 6,373.18

    Total amount due           $28,907.18

Jeffrey L. Metzner, M.D.
    Services                  $24,333.00
    Disbursements       $ 4,460.20

    Total amount due           $28,793.20

Raymond F. Patterson, M.D.
    Services                  $      0.00
    Disbursements       $      0.00

    Total amount due           $      0.00

Kathryn A. Burns, MD, MPH
    Services                  $      0.00
    Disbursements       $      0.00

    Total amount due           $      0.00

Mary Perrien, Ph.D.
    Services                  $30,110.00
    Disbursements       $ 3,022.91

    Total amount due           $33,132.91

Patricia M. Williams, J.D.
    Services                  $25,780.00
    Disbursements       $ 4,319.06

    Total amount due           $30,099.06

Henry A. Dlugacz, MSW, J.D.
    Services                  $11,266.00
    Disbursements       $ 2,004.62

    Total amount due           $13,270.62

I.C. Haunani Henry
    Services                  $11,040.00
    Disbursements       $      0.00

    Total amount due           $11,040.00

Lindsay M. Hayes
    Services                   $28,335.00
    Disbursements       $ 3,687.57

    Total amount due               $32,022.57

Timothy A. Rougeux
    Services                   $13,335.94
    Disbursements       $ 571.15

    Total amount due               $13,907.09

Cynthia A. Radavsky, M.Ed
    Services                   $26,611.00
    Disbursements       $ 2,858.86

    Total amount due               $29,469.86

Kenneth L. Appelbaum, M.D.
    Services                   $ 9,189.52
    Disbursements       $ 2,060.47

    Total amount due               $11,249.99

Roderick Q. Hickman
    Services                   $13,324.50
    Disbursements       $ 0.00

    Total amount due               $13,324.50

Karl E. Weaver, M.D.
    Services                   $16,257.00
    Disbursements       $ 2,073.84

    Total amount due               $18,330.84

**TOTAL AMOUNT TO BE REIMBURSED**    **$493,086.27**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master