UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The court has noted four typographical errors in the April 10, 2014 order (ECF No. 5131) and they are corrected as follows:

1. On page 37, line 6, it should read:  II. <u>Segregated Housing</u>.

2. On page 63, line 28, it should read:  3. <u>Strip Searches</u>.

3. On page 64, line 8, it should read:  4. <u>Suicide Prevention Measures</u>.

4. On page 71, line 16, it should read:  III. <u>Standards for Injunctive Relief</u>.

IT IS SO ORDERED.

DATED: April 11, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT