| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>PATRICK R. MCKINNEY<br>Supervising Deputy Attorneys General<br>MANEESH SHARMA, State Bar No. 280084<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5553<br>  Fax:  (415) 703-1234<br>  E-mail:  maneesh.sharma@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>MEGAN OLIVER THOMPSON, SBN 256654<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone:   (415) 777-3200<br>  Fax:  (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                          Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                          Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                          Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' APRIL 2014 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

1    The State submits this status report on the current in-state and out-of-state adult prison
populations and the measures being taken to reduce the prison population in response to the
Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request for
Extension of December 31, 2013 Deadline (February 10, 2014 Order).

Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. As of April 9, 2014, 116,597 inmates were housed in the State's 34 adult institutions, which amounts to 141% of design bed capacity, and 8,762 inmates were housed in out-of-state facilities.[1] The current design bed capacity reported in Exhibit A includes beds at the newly opened DeWitt Nelson Annex at the California Health Care Facility (CHCF), Stockton. Defendants are continuing to work cooperatively with the *Plata* Receiver to resolve issues related to the full activation and operation of CHCF. Defendants will continue to inform the *Plata* and *Coleman* courts on the progress at CHCF using existing reporting measures in each court.

Exhibit B sets forth the steps Defendants are taking to implement the measures designed to reduce the prison population detailed in the February 10 order and the status of these measures. (ECF 2766/5060 at ¶¶ 4-5.)

Dated: April 15, 2014

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: April 15, 2014

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's April 9, 2014 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf