Exhibit B

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                   EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



April 15, 2014

Paul Mello
Hanson Bridgett
1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596

Dear Mr. Mello:

Attached, please find California Department of Corrections and Rehabilitation's Status Update for 3JP.

Sincerely,

BENJAMIN T. RICE
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation

Enclosure(s)

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                              EDMUND G. BROWN JR., GOVERNOR



# APRIL 15, 2014 UPDATE TO THE THREE-JUDGE COURT

In response to the Three-Judge Court's February 10, 2014 Order, CDCR Staff report on the status of the following measures being taken to reduce the State's adult inmate population. This report reflects CDCR's efforts as of April 15, 2014 to develop and implement measures to comply with the population reduction order. Because this is an evolving process, CDCR reserves the right to modify or amend its plans as circumstances change.

At present, the State's prison population is approximately 141% of design capacity. The current design bed capacity includes beds at the newly opened DeWitt Nelson Annex (Facility E) at the California Health Care Facility (CHCF), Stockton. As previously reported, Defendants are working cooperatively with the *Plata* Receiver to resolve issues related to the full activation and operation of CHCF, including DeWitt Nelson.

1. <u>Contracting for additional in-state capacity in county jails, community correctional facilities, and private prison(s):</u>

    Defendants have reduced the population in CDCR's 34 institutions by transferring inmates to in-state facilities.

    a. Private Prison (California City):

        The current population of California City is approximately 1,587 inmates. California City is projected to house 2,381 inmates by the end of June 2014.

    b. Community correctional facilities (CCFs) and modified community correctional facilities (MCCFs):

        The State currently has contracted for 3,830 MCCF beds that are in various stages of activation and transfer. An additional 1,330 contract beds have been identified as potential capacity for the State. The State is in discussions with these providers. Of the 1,330 potential contract beds, the State just signed a contract with the GEO group for 260 beds at the McFarland Female Community Reentry Facility located in McFarland, California.

    c. County jails:

        The State continues to evaluate the need for additional in-state jail bed contracts to house CDCR inmates.

2. <u>Reentry Hubs:</u>

    The State has activated five prison-based reentry hubs at California Institution for Women, California Men's Colony, Central California Women's Facility, Ironwood State

Prison, and Folsom Women's Facility.  To date, 916 of the 1,086 currently available program slots at these hubs have been assigned.

As previously reported, the State has also awarded provider contracts for seven additional prison-based reentry hubs at Avenal State Prison, California Institution for Men, Correctional Training Facility, Chuckawalla Valley State Prison, High Desert State Prison, Substance Abuse Treatment Facility at Corcoran, and Valley State Prison.  Bids for provider services at a final reentry hub at California State Prison, Los Angeles County are due on April 18, 2014.

3. <u>Newly-enacted legislation:</u>

The State continues to implement Senate Bill 260 (2013), which allows inmates whose crimes were committed as minors to appear before the Board of Parole Hearings (BPH) to demonstrate their suitability for release after serving at least fifteen years of their sentence.  BPH held 24 hearings in March, bringing the total number of hearings held in 2014 to 57.

Proposition 36, passed by the voters in November 2012, revises the State's three-strikes law and permits resentencing for certain qualifying third-strike inmates whose third strike was not serious or violent.  Through the beginning of April, approximately 1,646 third-strike inmates have been released.

4. <u>Prospective credit-earning increase for non-violent, non-sex second-strike offenders and minimum custody inmates:</u>

Inmates eligible for the additional credits have been identified, and prospective credits will be applied effective from the date of the Court's order, February 10, 2014.  The State is in negotiations with counties regarding what additional compensation they should receive in light of the recalculated release dates being provided under this order.  These negotiations, however, are not delaying the implementation of the new prospective credits and the process to release affected inmates.  The State anticipates that the first set of inmates affected by this measure will be released by May 1, 2014.

With respect to two-for-one credit earning for minimum custody inmates, the State continues to evaluate this population reduction tool in light of fire camp participation rates.

5. <u>New parole determination process whereby non-violent second-strikers will be eligible for parole consideration by BPH once having served 50% of their sentence:</u>

The State has begun identifying the pool of eligible inmates.  The State is continuing to developing policies and procedures relating to this measure and developing a method to schedule and track any actions taken.  The State will be verifying eligible offenders and setting schedules for decisions.  The State anticipates completing the process of identifying eligible offenders in the coming months and will report on this measure in future reports.

6. <u>Parole determination process for certain inmates with indeterminate sentences granted parole with future parole dates:</u>

The Board of Parole Hearings has authorized the release of three inmates who were granted parole with future dates. The State continues to identify additional potentially

eligible inmates who have already been found suitable for parole by the Board of Parole Hearings.  As part of the verification of eligibility, the State will review inmates' disciplinary histories and any outstanding holds, detainers, warrants, or Thompson terms.  Once eligible inmates are identified, the State works with the inmates to update their parole plans, if needed, and verifies their existing parole plans. The Board of Parole Hearings then documents its decision and issues a memorandum to institutions releasing the inmate from his or her life term. Institutions will then process the inmate for release to parole if there are no outstanding holds, detainers, warrants or Thompson terms.

7. <u>Parole process for medically incapacitated inmates:</u>

   The State continues to work closely with the Receiver's Office to implement this measure.  Staff from CDCR and the Receiver's Office have tentatively agreed on eligibility criteria.  The State, based upon this eligibility criteria, is developing policies and procedures for tracking eligible offenders, tracking Board of Parole Hearings decisions, and for processing the Board's decisions.

8. <u>Parole process for inmates 60 years of age or older having served at least 25 years:</u>

   The State is in the process of developing policies and procedures for tracking eligible offenders and a systemic methodology for scheduling and tracking hearings.  The Board will also provide relevant training to its commissioners and deputy commissioners.  Many eligible offenders are life-term inmates who are already in the Board of Parole Hearings' parole suitability hearing cycle.

9. <u>Pilot reentry programs:</u>

   The contract for the San Francisco pilot reentry program has been negotiated and executed.  The State has met with county officials to discuss activation.  The Governor's Fiscal Year 2014/2015 budget proposed $40 million for additional funding for the potential expansion of pilot reentry programs with additional counties.  If the budget is passed by the Legislature, and funding is provided, the State will continue to pursue these reentry programs.  In the interim, the State is meeting with counties and local communities regarding the expansion of reentry programs.

10. <u>Expanded alternative custody program for females:</u>

    The State expects to bring an 82 bed facility in San Diego on line in the summer of 2014 and is searching for additional sites for the alternative custody program for females. CDCR is also negotiating with vendors to provide subsistence, housing, and programming to participants in the program.