ORDER DESIGNATING UNITED STATES DISTRICT COURT
COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, *et al.*,

      Plaintiffs,

    v.

EDMUND G. BROWN, JR., *et al.*,

      Defendants.

No. CIV S-90-0520 LKK JFM P

Eastern District of California

MARCIANO PLATA, *et al.*,

      Plaintiffs,

    v.

EDMUND G. BROWN, JR., *et al.*,

      Defendants.

No. C01-1351 TEH

Northern District of California

      Due to the Honorable Lawrence Karlton's intention to take inactive status, I hereby designate and assign the Honorable Kimberly Mueller, District Judge for the Eastern District of California, to take the place of Judge Karlton as of

September 1, 2014, on this three-judge court.  The three judge court would then
consist of Circuit Judge Stephen Reinhardt, Northern District of California Judge
Thelton Henderson, and Eastern District of California Judge Kimberly Mueller.

Dated:  April ____, 2014

Alex Kozinski
Chief Judge

cc:    Circuit Judge Stephen Reinhardt
       Senior District Judge Thelton E. Henderson
       Senior District Judge Lawrence K. Karlton
       District Judge Kimberly Mueller
       Chief District Judge Morrison England
       Cathy Catterson, Circuit and Court of Appeals Executive
       Marianne Matherly, Clerk, Eastern District of California