| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>180 Montgomery Street, Suite 600<br>San Francisco, California 94104-4244<br>Telephone: (415) 864-8848 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>          Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**NOTICE OF CHANGE IN DESIGNATION OF COUNSEL [L.R. 182(c)(1)]**<br><br>Judge: Hon. Lawrence K. Karlton |

[1160457-1]

2:90-cv-0520 LKK DAD

NOTICE OF CHANGE IN DESIGNATION OF COUNSEL

TO THE CLERK OF THE COURT AND COUNSEL FOR DEFENDANTS:

PLEASE TAKE NOTICE: The following attorneys are no longer associated with the above-captioned case:

> KENNETH M. WALCZAK
> ROSEN BIEN GALVAN & GRUNFELD LLP
>
> MEGAN CESARE-EASTMAN
> K&L GATES LLP
>
> LORI RIFKIN
> ROSEN BIEN GALVAN & GRUNFELD LLP

Plaintiffs request that the Court terminate the email address KWalczak@rbgg.com from the service list in this case.

PLEASE TAKE FURTHER NOTICE that Michael W. Bien, of Rosen Bien Galvan & Grunfeld, LLP, 315 Montgomery Street, Tenth Floor, San Francisco, California 94104 1823, telephone: (415) 433-6830, facsimile: (415) 433-7104, email: MBien@rbgg.com continues to appear as lead counsel for Plaintiffs, and should remain the designated Counsel for Service.

DATED: April 18, 2014        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael W. Bien*
    Michael W. Bien

Attorneys for Plaintiffs

[1160457-1]

2:90-cv-0520 LKK DAD

1

NOTICE OF CHANGE IN DESIGNATION OF COUNSEL