KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DEFENDANTS' APRIL STATUS REPORT AND UPDATED ACTIVATION SCHEDULE FOR THE DEWITT NELSON FACILITY**<br><br>Judge Lawrence K. Karlton |

Defendants submit this status report in response to the Court's March 18, 2014 order to provide monthly updates on the full activation of Department of State Hospital's (DSH) mental health programs at the California Health Care Facility (CHCF), Stockton. Attached as Exhibit A is the current status of DSH programs at CHCF.

Defendants also submit an updated activation schedule for the DeWitt Nelson Correctional Annex (Yard E) at CHCF in response to the Court's April 18, 2014 order. Attached as Exhibit B is the new activation schedule for Yard E. Under the plan proposed by the *Plata* Receiver and

1

1  Defendants, the admissions of inmates to the Enhanced Outpatient Program beds (EOP) at Yard E
2  will begin on or before June 27, 2014.  (Exhibit B at 2.)  Defendants and the Receiver anticipate
3  that full occupation of the EOP beds will be completed on or before February 27, 2015.  (*Id.*)
4      The extended timeline for full activation of Yard E builds in sufficient time for the Receiver
5  and CDCR staff to identify and correct any problems that may arise during the admissions
6  process.  (Decl. Judy Burleson Supp. Defs.' Status Report ¶ 4.)  This will allow the Receiver and
7  CDCR to safely intake patients while ensuring that the infrastructural issues at CHCF have been
8  resolved and are not repeated at Yard E.  (*Id.*)  EOP inmate-patients previously scheduled to be
9  transferred to Yard E will continue to be housed and receive treatment in existing EOP units until
10 they can be admitted to Yard E.  (*Id.*)

Dated:  April 24, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/S/ MANEESH SHARMA*

MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' April Status Report and Updated Activation Schedule re DeWitt Nelson (2:90-cv-00520 LKK DAD PC)