KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF JUDY BURLESON IN SUPPORT OF DEFENDANTS' STATUS REPORT AND UPDATED ACTIVATION SCHEDULE** |

I, Judy Burleson, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as the Chief of the Health Care Placement Oversight Program and have held that position since January 1, 2014. Before that date, I was the Associate Director, Statewide Mental Health Program, Correctional Health Care Services. I held that position from November 2010 through December 2013. Prior to November 2010, I was the Chief, Operational Program Oversight (formerly known as *Coleman* Compliance). I have personal knowledge of the facts

1

Burleson Decl. Supp. Defs.' April Status Rep. and Updated Activation Schedule  (2:90-cv-00520 LKK DAD PC)

1  stated in this declaration and if called to testify to those facts, could and would do so competently.

2  I make this declaration in support of Defendants' Status Report and Updated Activation Schedule.

3       2.    In my role as the Chief of the Health Care Placement Oversight Program, my duties

4  include administration and management of the Unit that is tasked with developing and

5  maintaining information regarding the mental health population by institution, including bed

6  capacity and current census information, the progress associated with the State's 2012 bed plan

7  and Blueprint, the use of alternative housing within the prison system, and the mental health

8  population projections. In conjunction with CDCR's top management we also maintain data

9  helpful in reaching the in-state prison population reduction benchmarks.

10       3.    The *Plata* Receiver and CDCR have agreed on a new schedule for the admission of

11  Enhanced Outpatient Program (EOP) inmate-patients to Yard E of the California Health Care

12  Facility, previously referred to as the DeWitt Nelson Correctional Annex. Attached as Exhibit B

13  to Defendants' Status Report is the updated activation schedule for Yard E. The Receiver and

14  CDCR's joint plan provides that admissions of EOP inmate patients to Yard E will begin on June

15  27, 2014. CDCR and the Receiver anticipate that full occupation of EOP beds will be complete

16  on or before February 27, 2015.

17       4.    The extended timeline for full activation builds in sufficient time for the Receiver and

18  CDCR staff to identify and correct any problems that may arise during the admissions process.

19  This will allow the Receiver and CDCR to safely intake patients while ensuring that the

20  infrastructural issues at CHCF have been resolved and are not repeated at Yard E. EOP inmate-

21  patients previously scheduled to be transferred to Yard E will continue to be housed and receive

22  treatment in existing EOP units until they can be admitted to Yard E.

23  //

24  //

Burleson Decl. Supp. Defs.' April Status Rep. and Updated Activation Schedule (2:90-cv-00520 LKK DAD PC)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on April 24, 2014.

                                              /s/ Judy Burleson  
                                              JUDY BURLESON

                                      (*original signature retained by attorney*)

CF1997CS0003

3