Exhibit B

| Project: | DeWitt Nelson Correctional Annex | | Report Date: April 24, 2014 |
|---|---|---|---|
| Responsible Person: | Deborah Hysen/CDCR | | Stephen Benson/DOF |
| Address of Resp. Person: | 9838 Old Placerville Rd., Suite B Sacramento California | | 915 L Street, Sacramento California 95814 |
| Project Architect: | Kitchell CEM (Criteria Architect) | | |
| Location: | DeWitt Nelson, Stockton | | |
| Funding Source: | AB 900 (GC 15819.40) | | |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Develop Scope, Cost, and Schedule for AB 900 30 Day Funding Request Package | 153 | 11/6/09 | 11/6/09 | | 4/8/10 | 4/8/10 | | | M. Meredith | Develop Preliminary Program, Conceptual Scope, Schedule, and Cost. Develop Preliminary Staffing Requirements. Prepare 30 Day Letter Funding Request. Submit to DOF for approval. | |
| DOF Review and Approval of Design Build Approach | | | | | | 10/22/10 | | | S. Benson | Pursuant to Government Code Section 14661.1.i | CDCR received approval for use of Design-Build from DOF on 10/22/10. |
| Review Funding Request Package | 32 | 4/9/10 | 4/12/10 | 3 | 5/11/10 | 5/13/10 | | | S. Benson | DOF review of funding request package. If package complies with applicable laws, the DOF prepares transmittal letter to the Legislature for approval. | |
| Legislative Approval of Scope, Schedule, and Cost | 30 | 5/12/10 | 5/14/10 | 2 | 6/11/10 | 6/11/10 | | | JLBC | DOF Review and Submission to the Legislature. Legislative Approval of Scope, Cost, and Schedule. | |
| PWB Recognition of Project Scope, Cost, and Schedule | 1 | 6/14/10 | 6/14/10 | | 6/14/10 | 6/14/10 | | | S. Benson | Upon legislative approval, obtain PWB recognition of Project Scope, Cost, and Schedule. | |
| Request Loan from PMIA | 21 | 5/25/10 | 5/11/10 | (14) | 6/15/10 | 6/15/10 | | | D. Borg | Submit Loan Documents to request loan from the Pooled Money Investment Account (PMIA). | |
| Approval of PMIA Funding | 1 | 6/16/10 | 6/16/10 | | 6/16/10 | 6/16/10 | | | Director of Finance, State Controller and State Treasurer | Submit loan application for initial design phase to Pooled Money Investment Board (PMIB) for approval. Note that PMIA loans are for the project's cash needs for the next 12 months and are renewed annually or more often, until the sale of lease revenue bonds. | |
| California Environmental Quality Act Compliance (CEQA) | 265 | 6/17/10 | 6/17/10 | | 3/9/11 | 1/28/11 | (40) | | B. Sleppy | Select Consultant, Negotiate/Execute Contract, Prepare CEQA Documents, Circulate/Comment Period, File Notice of Determination (N. O. D.), Litigation Period. | The NOD was filed 12/29/10. The 30-Day statute of limitations period expired on 01/29/11 with no public comment or litigation. The final EIR was approved on 12/30/10. |
| Select Bridging Architect | 18 | 2/18/10 | 6/17/10 | 119 | 3/8/10 | 8/2/10 | 147 | | M. Meredith | Select A/E firm, Negotiate Scope and Fee, Execute Contract(s). Assumes CM/Bridging Architect selected from pre-approved list. | Kitchell CEM was selected as the Criteria Architect. |
| Prepare Bridging Document | 249 | 6/17/10 | 8/3/10 | 47 | 2/21/11 | 8/11/11 | 171 | | M. Meredith | Includes development of basis of design, pre-qualification of Design-Build entities, preparation of Bridging Documents including performance criteria. | Bridging Documents are 100% complete. |
| PWB Approval | 45 | 2/22/11 | 6/30/11 | 128 | 4/8/11 | 8/12/11 | 126 | | S. Benson | PWB Approval of performance criteria. | PWB issued a conditional approval for the RFP design criteria at August 2011 PWB, consistent with concerns raised by the JLBC. As a condition of approval, CDCR needs to demonstrate the need for mental health and medical beds at Dewitt before a DB construction contract is awarded. |
| Design-Build Competition/Contractor Selection | 120 | 4/11/11 | 8/13/11 | 124 | 8/9/11 | 12/14/11 | 127 | | M. Meredith | Selection of Design-Build entities. Firms submit Design-Build proposals. CDCR evaluates and selects contractor. | The selection process was completed on 12/14/11 with Hensel Phelps Construction Company being announced as the selected firm. |

| Primary Tasks | Duration (Cal. Days) | Planned Start | Actual Start | Days (Ahead) Behind | Planned Complete | Actual Complete | Days (Ahead) Behind | Completion Certification to SM | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Award Design Build Contract** | 11 | 8/10/11 | 5/16/12 | 280 | 8/21/11 | 7/3/12 | 317 | | J. Cummings | Issue Notice to Proceed, Execute contract. | CDCR has evaluated the impacts of realignment on its prison population and has determined that this project is still necessary. On April 23, 2012, CDCR finalized and distributed an operational plan that reflects the construction of this project. PMIB approved construction loan on 5/16/12. The construction contract and the NTP was issued to Hensel Phelps Construction Co. on 7/3/12. |
| **Design Build Duration** | 560 | 8/22/11 | 7/3/12 | 316 | 3/4/13 | 3/24/14 | 385 | | M. Meredith | Mobilize Design-Build Entity, Construction Manager, Inspector of Record. Finalize programming and complete drawings; Construct Project, Purchase and Install Group II Equipment, Testing of Systems (Fire Alarm, Nurse Call, etc.) Punch list, SFM Temporary Certificate of Occupancy and Final Certificate of Occupancy. | The percentage complete for construction is 99.2%. The 2/10/14 construction completion date has been revised to 3/24/14 due to the integration of the CHCF lethal electrified fence tie-in. SFM certificate of occupancy was received on 03/18/14. All physical work is complete and commissioning and punch list is on-going. |
| **Activation Planning/Workforce Development/Hire Staff/Procurement** | 1242 | 10/4/11 | 3/19/13 | 532 | 2/27/15 | | (309) | | S. McCarver K. Baker | Schedule development, policy and procedures, workforce planning, advertise, hire and train staff, group II/III equipment planning and equipment certification, long lead items acquisition, contracts/vendors, labor relations, training. This will impact DSH/CDCR/Receivers office and has to be coordinated between the three departments. DSH does not have the lead on this but will provide technical assistance and comply with the agreed upon dates. | The Department's recruitment of key mental health and medical positions is impacted due to limited availability of qualified staff. |
| **Preparation of Final Verified Office of Statewide Health Planning and Development (OSHPD) Reports** | 560 | 8/22/11 | | | 3/4/13 | | | | M. Meredith | Including final as-built drawings. | Note: This activity is not applicable. Project is not a licensed facility. |
| **Self Certification** | 7 | 3/5/13 | | | 3/12/13 | | | | D. Hysen | | Note: This activity is not applicable. Project is not a licensed facility. |
| **Licensing Application & Approval** | 45 | 3/13/13 | | | 4/27/13 | | | | | DPH initial licensing survey. Will license entire facility, suspend, then activate beds tied to a staff activation schedule. | Note: This activity is not applicable. Project is not a licensed facility. |
| **Activation** | 32 | 3/28/13 | 2/18/14 | 327 | 12/30/14 | | | | S. McCarver K. Baker | Transitional training, initial staff occupancy, staff orientation, building acceptance/shakedown, furniture/fixture installation, stock supplies/inventory, placement of Group II equipment. | Group II equipment deliveries are complete. Deployment of IT equipment and phones is 95% complete for all buildings, except EOP, which is 50% complete. EOP projected to be 100% complete by 05/09/14. Staff occupancy and stocking is ongoing for all housing, support buildings and guard towers, except EOP. EOP staffing and stocking to begin 05/09/14. |
| **Patient Admissions** | 670 | 4/28/13 | | | 2/27/15 | | | | S. McCarver K. Baker | | Hiring of key mental health and medical positions is behind schedule and a revised intake schedule has been developed by the Receiver and CDCR leadership. PWC intake began 4/1/14, medical patient intake will begin by 5/30/14, and mental health patient intake will begin by 6/27/14. EOP ASU will open for internal placement only by 8/11/14 and will not be designated as a EOP ASU hub until activation is complete. The mental health housing unit will be fully occupied by 2/27/15. |

1 This facility is intended to include 375 EOP, 50 EOP/ASU, 528 Special General Population and 180 PWC beds.

2 Special master shall receiver updates on construction every 90 days.