KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DEFENDANT DEPARTMENT OF STATE HOSPITALS' UPDATE TO COURT ON SALINAS VALLEY PSYCHIATRIC PROGRAM** |

**INTRODUCTION**

On September 24, 2013, the Special Master filed a report on the Salinas Valley Psychiatric Program. (ECF No. 4830.) Defendants filed objections to and a motion to strike or modify the report. (ECF No. 4868.) On November 13, 2013, the court denied Defendants' motion and ordered Defendants to review and re-evaluate the use of certain policies under the guidance of the Special Master and ordered the Special Master to report to the court on the results of the review and re-evaluation. (ECF No. 4925.) On March 18, 2014, the Court extended the deadline for the Special Master to file his report on inpatient care to April 30, 2014. (ECF No. 5116.) Defendants submit this update to address issues to be reviewed and evaluated by the Special Master.

**STATUS UPDATE**

Defendants are filing with this update the Declaration of Dante Karas in Support of Defendant Department of State Hospitals' Update to Court on Salinas Valley Psychiatric Program. The declaration and its exhibit address several of the issues raised by the Special Master's report on the Salinas Valley Psychiatric Program, including revised policies which implement recommendations made by the Special Master. The purpose of this update is to provide the Special Master with additional information pertaining to the steps Defendants have taken to address the Special Master's concerns.

Dated: April 25, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

/s/ ELISE OWENS THORN

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
Deft. Dept. of State Hospitals' Update to Court.pdf.doc