UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

During a telephone call with the court, the Special Master requested an extension of time to file his report on the results of his monitoring of the adequacy of defendants' inpatient mental health programs pursuant to this court's July 11, 2013 order (ECF No. 4688). The request is granted by this order.

In accordance with the above, IT IS HEREBY ORDERED that the Special Master shall file the report required by this court's July 11, 2013 order on or before May 30, 2014.

DATED: April 28, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1