LORI RIFKIN – 244081
RIFKIN LAW OFFICE
P.O Box 19169
Oakland, California 94169
Telephone:   (415) 685-3591
Facsimile:    (510) 255-6266
Email: lrifkin@rifkinlawoffice.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Jermaine Padilla,<br><br>    Plaintiff,<br><br>    v.<br><br>Jeffrey Beard, in his individual capacity and official capacity as Secretary for the California Dept. of Corrections and Rehabilitation, Michael Stainer, in his individual capacity and official capacity as Director of Adult Institutions for California Dept. of Corrections and Rehabilitation, Connie Gipson, in her individual capacity, Dave Davies, in his official capacity as Acting Warden of California State Prison Corcoran, Ernest Wagner, M.D., in his individual capacity, M. Godina, M. Drew, R. Pruneda, R. Martinez, J. Acevedo, C. Garcia, E. Silva, and Does 1-10, in their individual capacities,<br><br>    Defendants. | Case No. 2:14-at-00575<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Eastern District Local Rule 123, Plaintiff Jermaine Padilla hereby notifies the Court and all parties that he has filed a civil rights complaint in the Eastern District of California, Sacramento Division, that is related to the ongoing class action case *Coleman, et al. v. Brown, et al.*, Case No. 2:90-cv-00520-LKK-DAD (E.D.Cal.). Mr. Padilla has filed an individual complaint for declaratory relief and damages against California Department of Corrections and Rehabilitation ("CDCR") officials, supervisors, correctional officers, and mental health staff. His claims for relief include violations of the Eighth and Fourteenth Amendments of the U.S. Constitution, violations of the Americans with Disabilities Act, and professional negligence based on CDCR Defendants' use of unreasonable force against Mr. Padilla, failure to provide him with adequate mental health treatment, failure to protect him from harm, violations of due process in the disciplinary process, discrimination based on mental disability, and professional negligence in the delivery of medical care.

A substantial portion of the events giving rise to Mr. Padilla's claims for relief were reviewed by the *Coleman* court in connection with *Coleman* Plaintiffs' motion for enforcement of court orders and affirmative relief regarding the use of force and disciplinary measures, filed May 29, 2013. The *Coleman* Court held an evidentiary hearing on that motion in October and November 2013, during which the Court considered evidence related to Mr. Padilla's claims for relief including[1]: video of CDCR's use of force against Mr. Padilla; CDCR treatment and custody records for Mr. Padilla; testimony by Defendants named in Mr. Padilla's complaint concerning CDCR's treatment of Mr. Padilla

---

[1] To protect class members' confidentiality during the *Coleman* proceedings, Mr. Padilla was referred to in Court records by the pseudonym "Inmate A." Mr. Padilla was able to be identified as "Inmate A" based on publicly available information including a video of a use of force against him that was part of the public court record, and court testimony and public filings that described his treatment and that incident.

including Mr. Padilla's treating psychiatrist at the time of the incident and the Director of the Division of Adult Institutions for CDCR; and testimony from both *Coleman* Plaintiffs' and Defendants' experts concerning CDCR's policies, procedures, and practices related to Defendants' actions with respect to Mr. Padilla. On April 10, 2014, the *Coleman* Court issued an order related to CDCR's use of force and discipline against inmates with serious mental illness based, in part, on evidence relating to Mr. Padilla's claims.

The familiarity of the *Coleman* Court with the legal and factual issues underlying Mr. Padilla's claims creates judicial economy in having both cases heard by the same court.

DATED: May 6, 2014          Respectfully submitted,

                            RIFKIN LAW OFFICE


                            By:  */s/ Lori Rifkin*
                                 Lori Rifkin

                            Attorney for Plaintiff