1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 LKK DAD P

12              Plaintiff,

13         v.                                   ORDER

14    EDMUND G. BROWN, JR., et al.,

15              Defendants.

16

17         The matter of payment of the special master has been referred to this court by the district

18    court.  The court has reviewed the bill for services provided by the special master in the above-

19    captioned case through the month of April 2014.

20              Good cause appearing, IT IS HEREBY ORDERED that:

21              1.  The Clerk of the Court is directed to pay to

22                   Matthew A. Lopes, Jr., Esq.
                     Special Master
23                   Pannone Lopes & Devereaux LLC
                     317 Iron Horse Way, Suite 301
24                   Providence, RI 02908

25    the amount of $405,399.91 in accordance with the attached statement; and

26    /////

27    /////

28    /////

                                                1

1        2.  A copy of this order shall be served on the financial department of this court.

2   Dated:  May 6, 2014

3

4                            DALE A. DROZD

5                            UNITED STATES MAGISTRATE JUDGE

6   /cole14.apr

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RALPH COLEMAN, et al.,**            :
    **Plaintiffs,**                  :

                            :    **No. Civ. S-90-0520 LKK JFM P**

    **v.**                           :

                            :

**EDMUND G. BROWN, JR., et al.**      :
    **Defendants.**

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through April 30, 2014.

Matthew A. Lopes, Jr., Special Master
           Services                $10,322.00
           Disbursements      $16,432.56

               Total amount due            $26,754.56

Mohamedu F. Jones, J.D., Deputy Special Master
           Services                $40,825.00
           Disbursements      $     0.00

               Total amount due            $40,825.00

Linda E. Holden, J.D., Deputy Special Master
           Services                $44,725.00
           Disbursement       $     0.00

               Total amount due            $44,725.00

Kerry F. Walsh, J.D.
           Services                $42,075.00
           Disbursements      $     0.00

               Total amount due            $42,075.00

Kristina M. Hector, J.D.
           Services                $39,174.50
           Disbursements      $     0.00

               Total amount due            $39,174.50

Steven W. Raffa, J.D.
           Services                $42,182.50
           Disbursements      $     0.00

               Total amount due            $42,182.50

1

Kerry C. Hughes, M.D.

2
|  | Services | $32,977.00 |  |
|---|---|---|---|
|  | Disbursements | $ 1,682.90 |  |

3
|  | Total amount due |  | $34,659.90 |
|---|---|---|---|

4

Jeffrey L. Metzner, M.D.

5
|  | Services | $19,346.00 |  |
|---|---|---|---|
|  | Disbursements | $ 3,467.95 |  |

6
|  | Total amount due |  | $22,813.95 |
|---|---|---|---|

7

Raymond F. Patterson, M.D.

8
|  | Services | $ 0.00 |  |
|---|---|---|---|
|  | Disbursements | $ 0.00 |  |

9

10
|  | Total amount due |  | $ 0.00 |
|---|---|---|---|

11

Kathryn A. Burns, MD, MPH

|  | Services | $ 0.00 |  |
|---|---|---|---|
12
|  | Disbursements | $ 0.00 |  |

13
|  | Total amount due |  | $ 0.00 |
|---|---|---|---|

14

Mary Perrien, Ph.D.

15
|  | Services | $35,774.00 |  |
|---|---|---|---|
|  | Disbursements | $ 3,839.71 |  |

16
|  | Total amount due |  | $39,613.71 |
|---|---|---|---|

17

Patricia M. Williams, J.D.

18
|  | Services | $ 6,300.00 |  |
|---|---|---|---|
|  | Disbursements | $ 0.00 |  |

19

20
|  | Total amount due |  | $ 6,300.00 |
|---|---|---|---|

21

Henry A. Dlugacz, MSW, J.D.

|  | Services | $10,441.00 |  |
|---|---|---|---|
22
|  | Disbursements | $ 1,154.19 |  |

23
|  | Total amount due |  | $11,595.19 |
|---|---|---|---|

24

I.C. Haunani Henry

|  | Services | $ 8,780.00 |  |
|---|---|---|---|
25
|  | Disbursements | $ 0.00 |  |

26
|  | Total amount due |  | $ 8,780.00 |
|---|---|---|---|

27

28

4

Lindsay M. Hayes
   Services      $28,493.00
   Disbursements   $ 3,519.10

     Total amount due      $32,012.10

Timothy A. Rougeux
   Services      $ 5,217.00
   Disbursements   $  0.00

     Total amount due      $ 5,217.00

Cynthia A. Radavsky, M. Ed
   Services      $ 4,089.00
   Disbursements   $  0.00

     Total amount due      $ 4,089.00

Roderick Q. Hickman
   Services      $ 4,582.50
   Disbursements   $  0.00

     Total amount due      $ 4,582.50

**TOTAL AMOUNT TO BE REIMBURSED**   **$405,399.91**


Receipts for justification of reported expenditures are available upon request.


Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

5