1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,              No. CIV. S-90-520 LKK/DAD (PC)

12            Plaintiffs,

13      v.                               **ORDER**

14   EDMUND G. BROWN, JR., et al.,

15            Defendants.

16

17       On December 11, 1995, this court entered an order referring

18   this matter to a special master and directing that the special

19   master's fees and expenses be borne by the defendants as part of

20   the costs of this action.  A significant amount of work remains

21   to be done by the special master and additional funds are

22   required to pay his fees and expenses.

23       Accordingly, good cause appearing, IT IS HEREBY ORDERED

24   that:

25       1.  Within forty-five days from the date of this order,

26   defendants shall deposit with the Clerk of the Court a ninety-

27   second interim payment of costs in the amount of $750,000.00

28

                                    1

1   which amount shall be invested in the interest-bearing account

2   previously opened for this action; and

3          2.   The Clerk of the Court is directed to serve a copy of

4   this order on the Financial Department of this Court.

5          DATED:   May 6, 2014.

6

7

8

9   _____
    LAWRENCE K. KARLTON
10  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2