| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:    (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:    (415) 433-6830 |
| JON MICHAELSON – 083815<br>JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:    (415) 882-8200 | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, California  94111<br>Telephone: (415) 343-0770 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>             Defendants. | Case No. 2:90-cv-0520 LKK DAD<br><br>**NOTICE OF CHANGE OF FIRM AND ADDRESS  OF COUNSEL**<br>**[L.R. 182(f)]**<br><br>Judge:   Hon. Lawrence K. Karlton |

[1160457-1]

2:90-cv-0520 LKK DAD

NOTICE OF CHANGE IN OF FIRM AND ADDRESS OF COUNSEL

TO THE CLERK OF THE COURT AND COUNSEL FOR DEFENDANTS:

    PLEASE TAKE NOTICE:  The following attorney has left the Legal Aid Society – Employment Law Center, and is now employed by the American Civil Liberties Union Foundation.  Her current contact information is:

> CLAUDIA CENTER
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> DISABILITY RIGHTS PROGRAM
> 39 Drumm Street
> San Francisco, California  94111
> Telephone:  (415) 343-0770
> Facsimile:  (415) 395-0950
> Email:  ccenter@aclu.org

    Plaintiffs request that the Court terminate the email address ccenter@las-elc.org, and add the email address ccenter@aclu.org, to the service list in this case.

DATED: May 9, 2014                    Respectfully submitted,

                                          ACLU FOUNDATION

                                          By:  */s/ Claudia Center*
                                               Claudia Center

                                        Attorneys for Plaintiffs