UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | No. CIV. S-90-520 LKK/DAD (PC)<br><br><br>**ORDER** |

　　Paragraph 1 of this court's May 7, 2014 order (ECF No. 5146) is hereby amended to reflect that the deposit required by the order is the ninety-first interim payment of costs.

　　IT IS SO ORDERED.

　　DATED: May 12, 2014.

　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1