UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

During a telephone call with the court, the Special Master reported that he recommends and the parties agree in principle that certain deadlines set in the court's April 10, 2014 order (ECF No. 5131) be extended. In addition, the Special Master reports that an additional period of time is required to implement the provisions of paragraph 2e at 74:7-21 of said order.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The court's April 10, 2014 order (ECF No. 5131) is revised as follows:

1

      a.  The deadline set in paragraph 1a at 72:8-11 is extended to August 1, 2014.

      b.  Paragraph 2a at 72:23-73:10 is revised as follows:

Not later than August 1, 2014, defendants shall file a plan to limit or eliminate altogether placement of class members removed from the general population for non-disciplinary reasons in administrative segregation units that house inmates removed from the general population for disciplinary reasons. Defendants shall be prepared to fully implement the plan not later than September 1, 2014. If feasible, defendants shall commence forthwith to reduce the number of Coleman class members housed for non-disciplinary reasons in any administrative segregation unit that houses disciplinary segregation inmates; feasibility shall be determined by the Special Master. Commencing on September 1, 2014, defendants will be prohibited from placing any class members removed from the general population for non-disciplinary reasons for more than seventy-two hours in administrative segregation units that house inmates removed from the general population for disciplinary reasons.

      c.  The plan and protocol required by paragraph 2b at 73:11-18 shall be completed by August 1, 2014.

      d.  Paragraph 2c at 73:19-74:3 is revised as follows:

Beginning August 1, 2014, defendants shall provide to the court and the Special Master monthly reports on whether each EOP ASU hub meets Program Guide requirements for an EOP ASU level of care. Commencing October 1, 2014, defendants shall not admit any Coleman class member at the EOP level of care to any EOP ASU hub that has failed to meet or exceed Program Guide requirements for

a period of more than two consecutive months.  Commencing October 1, 2014, defendants shall not place any class member at the EOP level of care in any administrative segregation unit during any period in which there are an insufficient number of EOP Ad Seg Hub beds available unless failure to remove the inmate from the general population presents an imminent threat to life or safety.

   e. The deadline set in paragraph 2d at 74:4-6 is extended to August 1, 2014.

   f. Not later than August 1, 2014, defendants shall commence implementation of the provisions of paragraph 2e at 74:7-21.

 2. Except as expressly modified herein, all provisions of the court's April 10, 2014 order (ECF No. 5131) remain in full force and effect.

IT IS SO ORDERED.

DATED:  May 13, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3