KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 324-5345
   Fax: (916) 324-5205
   E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DEFENDANTS' MAY STATUS REPORT ON ACTIVATION OF DEPARTMENT OF STATE HOSPITAL'S PROGRAMS AT THE CALIFORNIA HEALTH CARE FACILITY**<br><br>Judge Lawrence K. Karlton |

Defendants submit this status report in response to the Court's March 18, 2014 order to provide monthly updates on the full activation of Department of State Hospital's (DSH) mental health programs at the California Health Care Facility (CHCF), Stockton.

//

//

1

Attached as Exhibit A is the current status of DSH programs at CHCF.

Dated: May 23, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

/S/ MANEESH SHARMA

MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' May Status Report on DSH Activation at CHCF (2:90-cv-00520 LKK DAD PC)