# EXHIBIT A

**[DEFENDANTS' MAY STATUS REPORT ON ACTIVATION OF DEPARTMENT OF STATE HOSPITAL'S PROGRAMS AT THE CALIFORNIA HEALTH CARE FACILITY]**

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                          EDMUND G. BROWN JR., GOVERNOR
SACRAMENTO

**LEGAL OFFICE**
1600 Ninth Street, Suite 433
Sacramento, CA 95814



May 22, 2014

Patrick R. McKinney II
Supervising Deputy Attorney General
Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

Dear Mr. McKinney:

Attached please find the Department of State Hospitals' Status Update for the Coleman Court.

Sincerely,

Nicole C. Harrigan
Attorney, Legal Office
Department of State Hospitals

Enclosure

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                    EDMUND G. BROWN JR., GOVERNOR
SACRAMENTO

**LEGAL OFFICE**
1600 Ninth Street, Suite 433
Sacramento, CA 95814



## May 23, 2014 UPDATE TO COURT

In response to the Court's March 18, 2014 Order, Department of State Hospitals (DSH) staff submit this update on the status of the activation of DSH units at the California Health Care Facility, Stockton.

As previously reported to the Court, two intermediate care units at CHCF were opened on March 24, 2014, and DSH has admitted 56 inmate-patients to those units since that date. Additionally, DSH has admitted 106 inmate-patients to the already operating units since March 24, 2014. Three units remain to be activated at CHCF. DSH tentatively intends to activate two of these units in July 2014 and anticipates that the remaining unit will open by the end of summer. DSH continues its efforts to diligently recruit and staff psychiatrist positions.