| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 |
| JEFFREY L. BORNSTEIN – 099358<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 343-0770 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ 2:90-cv-0520 LKK DAD<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2014**<br><br>Judge: Hon. Dale A. Drozd |

[1195461-1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2014

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the First Quarter of 2014 to Defendants via overnight delivery on May 2, 2014. The parties completed their meet and confer process on May 29, 2014. The parties have resolved all disputes regarding fees and costs for the First Quarter of 2014, with an agreement to reduce claimed amounts to a total of $729,705.00.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $729,705.00 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from June 2, 2014 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: June 2, 2014      */s/ Elise Owens Thorn*

Elise Owens Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  June 2, 2014     */s/ Ernest Galvan*
Ernest Galvan
ROSEN BIEN GALVAN &
GRUNFELD, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED

DATED:  _____, 2014_

[1195461-1]

---
1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2014