# APPENDIX 5



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## MEMORANDUM

| Date | : | February 28, 2014 |
|---|---|---|
| To | : | All Healthcare Staff |
| From | : | Quality Management Section |
| Subject | : | New and Improved Health Care Services Dashboard 4.0 |

The Health Care Services Dashboard is back – with new measures, functions, and tools to help you manage health care system performance.

In 2013, California Correctional Health Care Services (CCHCS) updated the statewide Performance Improvement Plan (PIP), retaining some performance measures from the previous plan and adding a set of new measures. The Dashboard had to be taken offline temporarily to be reconfigured in accordance with the new plan, and during that period CCHCS developed and tested the methodology for new measures, modified the database infrastructure, and increased web-based functionality.

## WHAT'S NEW?

### NEW MEASURES, NEW DOMAINS

The 2014 Dashboard includes 183 measures in 13 domains plus an additional domain in the Comparison View. Benchmarked (color-coded) measures tie to specific objectives from the 2013-2015 Performance Improvement Plan, and domains have been changed to align more closely with the major domains of the Integrated Care Model.



### What is the Dashboard?

- **Strategic performance information** from over 183 performance measures across clinical and administrative program areas, organized into a single report.
- **A monthly status update** on performance objectives from the statewide Performance Improvement Plan, with statewide averages and trend lines.
- Data reported at the **statewide and individual institution levels**, and a customizable **comparison view** that allows for easy assessment across institutions.

### NEW DATA SOURCES

Dashboard 4.0 taps into new data sources for performance measurement: centralized medical, dental, and mental health scheduling systems; the Patient Health Information Portal, and the Medication Administration Process Improvement Program (MAPIP) audit results. With access to these data sources, CCHCS can lessen the burden of reporting requirements for institutions, which often entailed inputting data in Excel spreadsheets and submitting them to headquarters.



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## TEST NEW DASHBOARD FEATURES

Dashboard 4.0 offers more detailed performance information than ever before, accessible with thesimple click of a mouse.  Try the new functionalities described below to make the best use of the new Dashboard.

- Click on the title of a measure to view the definition.  Click on the title of the measure and get a pop-up box with a more detailed description of the measure including how it is defined and calculated. In the pop-up box, you will also see a link to the Dashboard Glossary to access measure specifications, which provides a detailed description of each measure, including data sources and any relevant exclusions.



- Click on the most recent institution score to get a drilldown report. Many measures from Dashboard 4.0 are composites of multiple component measures.  To get more detail on any one measure, click on the score for the most recent reporting period.  A pop-up window will appear with any measures that roll up into the overall performance score that you see on the Dashboard.  Click on the institution percentage for Access to Dental Services, for example, and you will be directed to the five component Dental Access measures that make up the overall institution score.



- Choose a group of institutions to compare and create a custom Dashboard.  At the top right of most Dashboard views, you will find a "Comparison View" button.  The Dashboard's Comparison View lists scores for Dashboardmeasures in a single column by institution. Customization filters in the Comparison View will allow users to group institutions by region, mission, or other criteria; show or hide drilldown data; and select other Dashboard reporting periods.  Click on the "View Report" button to apply chosen filters and refreshthe report.



- Access previous versions of the Dashboard.  The most recent Dashboard reporting period will be the default view.  Use the drop-down box option to select previous months.  Click on the "View Report" button to apply the chosen month and refresh the report.



- Navigate between Dashboard reports.  You will be presented with a "home page" based on your log-on information, but by clicking on the drop down box under "Select an Institution" at the top of the page, you can quickly move from one Dashboard report to another.  Click on the "View Report" button to apply the chosen institution and refresh the report.

*Please clickthe Dashboard 4.0 Featureslink on the next page for screenshots of the features described above.*

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## DASHBOARD TOOLS

To accompany the Dashboard 4.0 release, Quality Management created resources to help orient users to new and updated features and functions. These tools are available through the Dashboard Tools webpage or by clicking on the title of the document below.

**Click here to view Dashboard Tools online**.

- **How to Access the Dashboard**: Learn how to access the Dashboard from Lifeline, QM Portal or CPHCS internet website.
- **Dashboard Glossary**: See descriptions and detailed specifications for each measure.
- **Dashboard 4.0 Features**: Learn important features of the Dashboard.
- **Frequently Asked Questions**: See common questions asked about the Dashboard and access links to the various tools and guides.

## HELP US RAISE AWARENESS ABOUT THE NEW DASHBOARD

Please make it a priority to notify staff of the updates to the Dashboard and make staff aware of the available tools and training. To ensure widespread awareness of Dashboard information, please discuss relevant Dashboard information in a variety of forums, such as the local Quality Management Committee, Program Subcommittees, Quality Improvement Teams, supervisory meetings and care team meetings.

Dashboard 4.0 is currently a beta version and CCHCS will continue to refine it over the next few months so we appreciate any feedback you may have about the Dashboard, especially as it relates to the recent changes, as your input helps us to make this tool more useful to you and your staff.

In fact, in mid-March and April, QM staff will facilitate weekly forums with the field to solicit feedback. Please send any comments about the Dashboard to qmstaff@cdcr.ca.gov. Thank you for your continued efforts to monitor and improve patient care.



## ARE YOU READY TO SEE THE DASHBOARD?

### CLICK HERE ❯❯❯

# APPENDIX 6



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



# MEMORANDUM

| Date | : | April 3, 2014 |
|------|---|---------------|
| To | : | Chief Medical Executives<br>Chief Nurse Executives<br>Public Health Nurses<br>Pharmacists in Charge |
| From | : | Quality Management Section |
| Subject | : | **GID and HIV Patient Registries Now Available** |

California Correctional Health Care Services (CCHCS) announces the release of the Gender Identity Disorder (GID/Transgender) and Human Immunodeficiency Virus (HIV) Patient Registries developed to assist healthcare staff in effectively and efficiently monitoring and treating patients with high-risk conditions and sensitive needs.

## GID/Transgender Registry

The GID/Transgender Patient Registry provides information about hormone therapy medications, diagnostic test results, and preventative screenings. Please see Figure 1. This registry can also be filtered to show Male to Female or Female to Male patient groups. Transgender treatment recommendations and standards of care can be found in the CCHCS GID Care Guide.

*Figure 1. Screenshot of New GID/Transgender Patient Registry*



To access the new **GID/Transgender Registry**, please use this link:
CCHCS GID/Transgender Registry.

# MEMORANDUM

## HIV Registry

The Human Immunodeficiency Virus (HIV) causes chronic infection in over 1,000 patients in the California prison system, and these patients typically receive antiretroviral drug treatment that includes combinations of medications. During treatment, HIV patients must be intensively monitored to guard against harmful medication side effects and potential drug-drug interactions, and gauge response to therapy, which may require drug regimen modifications.

The registry is divided into three types of patient lists: **current inmates** with HIV, **previously incarcerated inmates** with HIV, and patients undergoing **post-exposure prophylaxis**. Please see Figure 2.

*Figure 2. Screenshot of New HIV Patient Registry*



Below is a brief description of the views incorporated in the new HIV Patient Registry. Please see Figure 3. Like all other CCHCS patient registries, patient data shown can be customized by institution or viewed at the statewide level.

➤ **Current Inmates Tab:** Patients currently affected by HIV.

- o Active antiretroviral drug regimens.

- o Active treatment for opportunistic infection prophylaxis.

- o HIV viral load and other treatment monitoring laboratory tests, along with most recent lab results.

➤ **Previous Inmates Tab:** Previously incarcerated patients affected by HIV.

- o Last HIV viral load and other previous monitoring laboratory tests, along with their respective lab results.

# MEMORANDUM

➤ **View PEP** Tab: Patients undergoing post-exposure prophylaxis.

  o  Active antiretroviral drug regimens.

  o  HIV viral load and other treatment monitoring laboratory tests, along with most recent lab results.

  o  Click on the **View HIV** tab to switch back to the HIV Patient Registry.

*Figure 3.  View of Available Tabs*



An additional feature of the HIV Patient Registry is the ability to view a detailed Patient Treatment History report by clicking on the patient's CDCR number.  Please see Figure 4.

*Figure 4.  Example of a Patient-Specific Treatment History Report*



To access the new **HIV Treatment Registry**, please use this link:  CCHCS HIV Registry.

# MEMORANDUM

## Recommendations and Resources

The GID and HIV Patient Registries are continuously updated, as soon as centralized pharmacy, laboratory, inmate movement, and other relevant data become available. This is particularly important in our system, where patients frequently transfer from institution to institution or from one housing unit to another within a single institution.

We recommend that HIV Clinicians and primary care teams that manage patients with GID or HIV infection (as well as other co-morbidities) review the CCHCS Master Registry and GID and HIV Patient Registries frequently every week to identify patients on treatment who may have recently been transferred to the institution. The CDCR number of patients who have arrived at an institution within the past 30 days are shown in bold text with an asterisk.

In addition to Patient Registries, there are multiple tools available to support care teams in effectively managing GID or HIV patients, including CCHCS guidelines with diagnostic criteria, treatment algorithms, and drug-drug interaction information and patient education materials. Links to these tools are provided below.

- ➢ GID Care Guide (including Patient Education Materials)
- ➢ HIV Care Guide
- ➢ HIV Patient Education Materials

CCHCS maintains a number of other patient registries that you may wish to review. Patient registries can be accessed on the Quality Management Portal under "Patient Lists". Please use this link to access them: QM Portal. See Attachment I for instructions on how to access CCHCS Patient Registries from Lifeline.

We welcome your feedback about ways to improve any of our tools and make them as useful as possible to health care staff. If you would like to make suggestions or provide feedback about the new registry, or have trouble accessing the registry, please contact Ryan Jones, Staff Services Manager II in the Quality Management Section, at Ryan.Jones@cdcr.ca.gov. For clinical questions concerning the management of HIV or GID patients, please contact Lesley Carmichael, DO, at Lesley.Carmichael@cdcr.ca.gov.

Thank you for your efforts to improve the quality, safety and value of health care services.

CC:     Headquarters Executive Staff
        Regional Healthcare Teams
        Chief Executive Officers

# How To…Access Patient Registries from Lifeline

➢ Open Internet Explorer and go to the Lifeline page on the Intranet: http://lifeline/



➢ Find the title "Quality Management" under the "Divisions" heading on the left side of the page and click on it.



➢ You will be routed to the Quality Management page on Lifeline.

➢ Now click on "Quality Management Portal" at the right side of the screen, under "Quick Links".



➢ At the Quality Management Portal, go to the center section called "Patient Registries".

➢ Click on the Patient Registry you wish to view.



# APPENDIX 7

# Patient Safety Culture Survey Participation Report
*March 10, 2014*

## Region 1

| Institution | Dental | Medical | Mental Health | Nursing | Not Identified | Institution Total | Staffing Total | Percent Response |
|---|---|---|---|---|---|---|---|---|
| CCC | 19 | 29 | 3 | 29 | 2 | 82 | 135 | 61% |
| CMF | 10 | 60 | 79 | 52 | 6 | 207 | 617 | 34% |
| FSP | 22 | 33 | 12 | 30 | 6 | 103 | 171 | 60% |
| HDSP | 27 | 30 | 20 | 67 | 5 | 149 | 207 | 72% |
| MCSP | 17 | 41 | 52 | 31 | 4 | 145 | 301 | 48% |
| PBSP | 26 | 25 | 25 | 45 | 6 | 127 | 248 | 51% |
| SAC | 12 | 45 | 125 | 57 | 6 | 245 | 450 | 54% |
| SOL | 20 | 55 | 21 | 68 | 5 | 169 | 264 | 64% |
| SQ | 15 | 43 | 39 | 52 | 4 | 153 | 353 | 43% |
| **Region 1 Total** | **168** | **361** | **376** | **431** | **44** | **1380** | **2746** | **50%** |

## Region 2

| Institution | Dental | Medical | Mental Health | Nursing | Not Identified | Institution Total | Staffing Total | Percent Response |
|---|---|---|---|---|---|---|---|---|
| CCWF | 17 | 37 | 26 | 61 | 2 | 143 | 284 | 50% |
| CHCF | 3 | 33 | 32 | 189 | 30 | 287 | 517 | 56% |
| CMC | 17 | 62 | 121 | 93 | 5 | 298 | 552 | 54% |
| CTF | 20 | 65 | 13 | 42 | 5 | 145 | 261 | 56% |
| DVI | 11 | 30 | 14 | 55 | 4 | 114 | 211 | 54% |
| SCC | 16 | 30 | 12 | 27 | 1 | 86 | 147 | 59% |
| SVSP | 18 | 51 | 37 | 39 | 4 | 149 | 334 | 45% |
| VSP | 19 | 28 | 17 | 48 | 4 | 116 | 234 | 50% |
| **Region 2 Total** | **121** | **336** | **272** | **554** | **55** | **1338** | **2540** | **53%** |

## Region 3

| Institution | Dental | Medical | Mental Health | Nursing | Not Identified | Institution Total | Staffing Total | Percent Response |
|---|---|---|---|---|---|---|---|---|
| ASP | 34 | 51 | 26 | 59 | 5 | 175 | 247 | 71% |
| CCI | 15 | 45 | 19 | 28 | 5 | 112 | 266 | 42% |
| COR | 19 | 46 | 35 | 91 | 5 | 196 | 468 | 42% |
| KVSP | 18 | 33 | 28 | 37 | 2 | 118 | 267 | 44% |
| LAC | 26 | 49 | 59 | 59 | 1 | 194 | 345 | 56% |
| NKSP | 27 | 56 | 43 | 90 | 8 | 224 | 292 | 77% |
| PVSP | 21 | 28 | 20 | 48 | 4 | 121 | 221 | 55% |
| SATF | 20 | 53 | 87 | 86 | 7 | 253 | 416 | 61% |
| WSP | 18 | 42 | 31 | 43 | 2 | 136 | 277 | 49% |
| **Region 3 Total** | **198** | **403** | **348** | **541** | **39** | **1529** | **2799** | **55%** |

## Region 4

| Institution | Dental | Medical | Mental Health | Nursing | Not Identified | Institution Total | Staffing Total | Percent Response |
|---|---|---|---|---|---|---|---|---|
| CAL | 9 | 20 | 12 | 28 | 1 | 70 | 183 | 38% |
| CEN | 9 | 38 | 14 | 37 | 2 | 100 | 162 | 62% |
| CIM | 24 | 75 | 83 | 103 | 1 | 286 | 470 | 61% |
| CIW | 18 | 50 | 82 | 69 | 12 | 231 | 395 | 58% |
| CRC | 12 | 40 | 18 | 42 | 8 | 120 | 182 | 66% |
| CVSP | 15 | 27 | 5 | 26 | 1 | 74 | 125 | 59% |
| ISP | 12 | 20 | 11 | 38 | 0 | 81 | 153 | 53% |
| RJD | 21 | 50 | 86 | 76 | 4 | 237 | 451 | 53% |
| **Region 4 Total** | **120** | **320** | **311** | **419** | **29** | **1199** | **2121** | **57%** |

| Statewide TOTALS | 607 | 1420 | 1307 | 1945 | 167 | 5446 | 10206 | 53% |
|---|---|---|---|---|---|---|---|---|

# APPENDIX 8







# APPENDIX 9





Top Drugs Jan-2014 through Apr-2014

Pegasys, $2,398,945

Truvada, $2,183,899

Victrelis, $2,152,337

Atripla, $1,946,316

INSULIN, $1,909,095

Abilify, $1,876,036

FLUTICASONE , $1,722,251

RISPERIDONE, $1,515,507

DIVALPROEX , $1,323,974

Reyataz, $1,253,066

All other drugs, $31,406,738



# APPENDIX 10

<u>Vendors Engaged by the Receiver During this Reporting Period Relating to Services to
Assist the Receivership in the Development and Delivery of Constitutional Medical Care
Within the California Department of Corrections and Rehabilitation ("CDCR") and its
Prisons</u>

During this reporting period, the Receiver has used the substitute contracting
process to assist the Office of the Receiver in the development and delivery of
constitutional care within CDCR and its prisons.  The Receiver has engaged the following
vendor for provision of the services noted:

<u>Fiscal Management</u>

Contracting Project

<u>On-Site Dialysis Services at San Quentin State Prison</u>

The Receiver used the substitute contracting process to procure the services of
an on-site dialysis services provider at San Quentin State Prison.  This acquisition was via
the Expedited Formal Bid process, and a request for proposal issued to solicit proposals
from qualified entities to provide those services.

Only one proposal was received.  Extensive outreach efforts were made by
CCHCS Medical Contracts Branch to obtain additional interested vendors, without
success.  The agreement was awarded to Total Renal Care, Inc.

# APPENDIX 11

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
**Discussion and Analysis of Unaudited Financial Statements**
**For the Period July 1, 2013 through April 30, 2014**

The April 30, 2014 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the ten months ended April 30, 2014 shows a total difference of $1,604,861 or 52.2% variance under budget. One line item or activity in the statement account for the majority of the difference.

Professional fees were $1,432,910 or 64.5% under budget. The Legal costs anticipated in the budget have been much less to date than originally considered primarily because of timing with court dates and filings.

Capital assets have not increased during the first ten months of the Fiscal year.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2014

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $19,754 | $        - | $        19,754 |
| Prepaid items | $6,903 | - | 6,903 |
| | 26,657 | - | 26,657 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $        26,657 | - | $        26,657 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 91,580 | - | 91,580 |
| Accrued salaries and benefits | 32,833 | - | 32,833 |
| Other accrued expenses | 49,324 | | 49,324 |
| Compensated absences | 0 | 49,162 | 49,162 |
| Total liabilities | $        173,737 | $        49,162 | $        222,899 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 6,903 | (6,903) | - |
| Unreserved, undesignated | (153,983) | 153,983 | - |
| Total fund balance | (147,080) | 147,080 | - |
| Total liabilities and fund balance | $        26,657 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | (196,238) | (196,238) |
| Total net assets | | $        (196,238) | $        (196,238) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2014

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 1,325,000 | - | $ 1,325,000 |
| General revenues: | | | |
| Investment earnings | 104 | - | 104 |
| Miscellaneous Income | 0 | - | - |
| Total revenues | 1,325,104 | - | 1,325,104 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 651,855 | 7,354 | 659,209 |
| Legal and professional services | 789,620 | - | 789,620 |
| Travel | 7,171 | - | 7,171 |
| Insurance | 9,091 | - | 9,091 |
| Other | 7,309 | - | 7,309 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total expenditures/expenses | 1,465,045 | 7,354 | 1,472,399 |
| Change in fund balance | (139,941) | 139,941 | - |
| Change in net assets | - | (7,354) | (147,295) |
| Fund balance/net position - July 1, 2013 | (7,135) | (41,808) | (48,943) |
| Fund balance/net position - April 30, 2014 | $ (147,076) | $ 90,779 | $ (196,238) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2014

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $3,077,260 | $1,325,000 | $ (1,752,260) |
| Investment earnings | $0 | $104 | 104 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $3,077,260 | $1,325,104 | (1,752,156) |
| | | | |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 718,130 | 659,209 | 58,921 |
| Legal and professional services | 2,222,530 | 789,620 | 1,432,910 |
| Travel | 50,000 | 7,171 | 42,829 |
| Office expenses | 7,000 | 2,992 | 4,008 |
| Telephone and network | 5,600 | 397 | 5,203 |
| Insurance | 16,000 | 9,091 | 6,909 |
| Other | 58,000 | $3,920 | 54,080 |
| Capital outlay | - | - | - |
| | | | |
| Total expenditures | 3,077,260 | 1,472,399 | 1,604,861 |
| | | | |
| Change in fund balance | $ - | (147,295) | $ (147,295) |
| | | | |
| GAAP basis difference - compensated absences | $0 | 7,354 | (7,354) |
| | | | |
| Fund balance/net position - July 1, 2013 | | (7,135) | |
| | | | |
| Fund balance/net position - April 30, 2014 | | $ (147,076) | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2014

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $72,722 | $         - | $      72,722 |
| Prepaid items | $9,236 | - | 9,236 |
| | 81,958 | - | 81,958 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $      81,958 | - | $      81,958 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 84,942 | - | 84,942 |
| Accrued salaries and benefits | 32,833 | - | 32,833 |
| Other accrued expenses | 6,098 | | 6,098 |
| Compensated absences | 0 | 41,808 | 41,808 |
| Total liabilities | $    123,873 | $    41,808 | $    165,681 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 9,236 | (9,236) | - |
| Unreserved, undesignated | (51,151) | 51,151 | - |
| Total fund balance | (41,915) | 41,915 | - |
| Total liabilities and fund balance | $      81,958 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | (83,720) | (83,720) |
| Total net assets | | $    (83,720) | $    (83,720) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2014

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $    1,225,000 | - | $    1,225,000 |
| General revenues: | | | |
| Investment earnings | 96 | - | 96 |
| Miscellaneous Income | 0 | - | - |
| Total revenues | 1,225,096 | - | 1,225,096 |
| | | | |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 591,117 | - | 591,117 |
| Legal and professional services | 647,644 | - | 647,644 |
| Travel | 6,983 | - | 6,983 |
| Insurance | 7,426 | - | 7,426 |
| Other | 6,704 | - | 6,704 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total expenditures/expenses | 1,259,873 | - | 1,259,873 |
| | | | |
| Change in fund balance | (34,777) | 34,777 | - |
| | | | |
| Change in net assets | - | - | (34,777) |
| | | | |
| Fund balance/net position - July 1, 2013 | (7,135) | (41,808) | (48,943) |
| | | | |
| Fund balance/net position - March 31, 2014 | $      (41,912) | $      (7,031) | $      (83,720) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2014

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual | |
|---|---|---|---|---|
| **Revenues:** | | | | |
| State of California appropriation to Receivership | $2,769,534 | $1,225,000 | $ | (1,544,534) |
| Investment earnings | $0 | $96 | | 96 |
| Miscellaneous Income | - | $0 | | - |
| Total revenues | $2,769,534 | $1,225,096 | | (1,544,438) |
| | | | | |
| **Expenditures:** | | | | |
| Prison health care administration and oversight: | | | | |
| Current: | | | | |
| Salaries and benefits | 646,317 | 591,117 | | 55,200 |
| Legal and professional services | 2,000,277 | 647,644 | | 1,352,633 |
| Travel | 45,000 | 6,983 | | 38,017 |
| Office expenses | 6,300 | 2,789 | | 3,511 |
| Telephone and network | 5,040 | 397 | | 4,643 |
| Insurance | 14,400 | 7,426 | | 6,974 |
| Other | 52,200 | $3,519 | | 48,681 |
| Capital outlay | - | - | | - |
| | | | | |
| Total expenditures | 2,769,534 | 1,259,873 | | 1,509,661 |
| | | | | |
| Change in fund balance | $ - | (34,777) | $ | (34,777) |
| | | | | |
| GAAP basis difference - compensated absences | $0 | - | | - |
| | | | | |
| Fund balance/net position - July 1, 2013 | | (7,135) | | |
| | | | | |
| Fund balance/net position - March 31, 2014 | | $ (41,912) | | |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2014

| | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $117,368 | $ - | $ 117,368 |
| Prepaid items | $11,474 | - | 11,474 |
| | 128,842 | - | 128,842 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 128,842 | - | $ 128,842 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 60,786 | - | 60,786 |
| Accrued salaries and benefits | 32,833 | - | 32,833 |
| Other accrued expenses | (1,148) | | (1,148) |
| Compensated absences | 0 | 41,808 | 41,808 |
| Total liabilities | $ 92,471 | $ 41,808 | $ 134,279 |
| | | | |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 11,474 | (11,474) | - |
| Unreserved, undesignated | 24,897 | (24,897) | - |
| Total fund balance | 36,371 | (36,371) | - |
| Total liabilities and fund balance | $ 128,842 | | |
| | | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | (5,435) | (5,435) |
| Total net assets | | $ (5,435) | $ (5,435) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2014

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 1,125,000 | - | $ 1,125,000 |
| General revenues: | | | |
| Investment earnings | 85 | - | 85 |
| Miscellaneous Income | 0 | - | - |
| Total revenues | 1,125,085 | - | 1,125,085 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 527,370 | - | 527,370 |
| Legal and professional services | 536,485 | - | 536,485 |
| Travel | 5,754 | - | 5,754 |
| Insurance | 5,761 | - | 5,761 |
| Other | 6,207 | - | 6,207 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total expenditures/expenses | 1,081,577 | - | 1,081,577 |
| Change in fund balance | 43,508 | (43,508) | - |
| Change in net assets | - | - | 43,508 |
| Fund balance/net position - July 1, 2013 | (7,135) | (41,808) | (48,943) |
| Fund balance/net position - February 28, 2014 | $ 36,373 | $ (85,316) | $ (5,435) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2014

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $2,461,808 | $1,125,000 | $ (1,336,808) |
| Investment earnings | $0 | $85 | 85 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $2,461,808 | $1,125,085 | (1,336,723) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 574,504 | 527,370 | 47,134 |
| Legal and professional services | 1,778,024 | 536,485 | 1,241,539 |
| Travel | 40,000 | 5,754 | 34,246 |
| Office expenses | 5,600 | 2,686 | 2,914 |
| Telephone and network | 4,480 | 397 | 4,083 |
| Insurance | 12,800 | 5,761 | 7,039 |
| Other | 46,400 | $3,124 | 43,276 |
| Capital outlay | - | - | - |
| Total expenditures | 2,461,808 | 1,081,577 | 1,380,231 |
| Change in fund balance | $           - | 43,508 | $      43,508 |
| GAAP basis difference - compensated absences | $0 | - | - |
| Fund balance/net position - July 1, 2013 | | (7,135) | |
| Fund balance/net position - February 28, 2014 | | $       36,373 | |

◄

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2014

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $158,961 | $ - | $ 158,961 |
| Prepaid items | $13,452 | - | 13,452 |
| | 172,413 | - | 172,413 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 172,413 | - | $ 172,413 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 82,691 | - | 82,691 |
| Accrued salaries and benefits | 32,833 | - | 32,833 |
| Other accrued expenses | (161) | | (161) |
| Compensated absences | 0 | 41,808 | 41,808 |
| Total liabilities | $ 115,363 | $ 41,808 | $ 157,171 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 13,452 | (13,452) | - |
| Unreserved, undesignated | 43,598 | (43,598) | - |
| Total fund balance | 57,050 | (57,050) | - |
| Total liabilities and fund balance | $ 172,413 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | - | - |
| Unrestricted | | 15,244 | 15,244 |
| Total net assets | | $ 15,244 | $ 15,244 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2014

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 1,025,000 | - | $ 1,025,000 |
| General revenues: | | | |
| Investment earnings | 75 | - | 75 |
| Miscellaneous Income | 0 | - | - |
| Total revenues | 1,025,075 | - | 1,025,075 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 470,730 | - | 470,730 |
| Legal and professional services | 475,048 | - | 475,048 |
| Travel | 5,754 | - | 5,754 |
| Insurance | 4,096 | - | 4,096 |
| Other | 5,260 | - | 5,260 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total expenditures/expenses | 960,888 | - | 960,888 |
| Change in fund balance | 64,187 | (64,187) | - |
| Change in net assets | - | - | 64,187 |
| Fund balance/net position - July 1, 2013 | (7,135) | (41,808) | (48,943) |
| Fund balance/net position - January 31, 2014 | $ 57,052 | $ (105,995) | $ 15,244 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2014

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual | |
|---|---|---|---|---|
| Revenues: | | | | |
| State of California appropriation to Receivership | $2,154,082 | $1,025,000 | $ | (1,129,082) |
| Investment earnings | $0 | $75 | | 75 |
| Miscellaneous Income | - | $0 | | - |
| Total revenues | $2,154,082 | $1,025,075 | | (1,129,007) |
| | | | | |
| Expenditures: | | | | |
| Prison health care administration and oversight: | | | | |
| Current: | | | | |
| Salaries and benefits | 502,691 | 470,730 | | 31,961 |
| Legal and professional services | 1,555,771 | 475,048 | | 1,080,723 |
| Travel | 35,000 | 5,754 | | 29,246 |
| Office expenses | 4,900 | 2,149 | | 2,751 |
| Telephone and network | 3,920 | 397 | | 3,523 |
| Insurance | 11,200 | 4,096 | | 7,104 |
| Other | 40,600 | $2,715 | | 37,885 |
| Capital outlay | - | - | | - |
| | | | | |
| Total expenditures | 2,154,082 | 960,888 | | 1,193,194 |
| | | | | |
| Change in fund balance | $ - | 64,187 | $ | 64,187 |
| | | | | |
| GAAP basis difference - compensated absences | $0 | - | | - |
| | | | | |
| Fund balance/net position - July 1, 2013 | | (7,135) | | |
| | | | | |
| Fund balance/net position - January 31, 2014 | | $ 57,052 | | |