# APPENDIX 4

# Part 1 of 8

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**CCHCS Headquarters**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 15.0 | 12.0 | 3.0 | 80% | 0.0 | 7.0 | 0.0 | 1.0 | 8% | 1.0 | 0.0 | 0.0 | |
| Chief P&S | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 30.0 | 23.0 | 7.0 | 77% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 47.0 | 37.0 | 10.0 | 78.72% | 0.0 | 8.0 | 0.0 | 1.0 | 2.70% | 1.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 0.0 | 2.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 0.0 | 2.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 4.0 | 1.0 | 3.0 | 25% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 11.0 | 6.0 | 5.0 | 55% | 0.0 | 0.0 | 0.0 | 1.0 | 17% | 0.0 | 0.0 | 0.0 | 0.00 |
| LVN | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 15.0 | 7.0 | 8.0 | 46.67% | 0.0 | 0.0 | 0.0 | 2.0 | 28.57% | 0.0 | 0.0 | 0.0 | 0.00 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 11.0 | 11.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 33.0 | 32.0 | 1.0 | 97% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 48.0 | 46.0 | 2.0 | 95.83% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT

(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Total Sheet For All Institutions and Headquarters**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 44.0 | 38.0 | 6.0 | 86% | 0.0 | 16.0 | 0.0 | 6.0 | 16% | 1.0 | 0.0 | 0.0 | |
| Chief P&S | 31.0 | 26.0 | 5.0 | 84% | 0.0 | 4.0 | 0.0 | 1.0 | 4% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 335.9 | 295.0 | 40.9 | 88% | 4.0 | 42.0 | 2.0 | 17.0 | 6% | 2.0 | 10.0 | 13.2 | |
| **TOTAL PHYSICIANS** | 410.9 | 359.0 | 51.9 | 87.37% | 4.0 | 62.0 | 2.0 | 24.0 | 6.69% | 3.0 | 10.0 | 13.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 24.5 | 29.0 | (4.5) | 118% | 0.0 | 1.0 | 0.0 | 1.0 | 3% | 2.0 | 0.0 | 3.8 | |
| NP | 50.0 | 33.0 | 17.0 | 66% | 1.0 | 1.0 | 0.0 | 2.0 | 6% | 2.0 | 0.0 | 2.2 | |
| **TOTAL MID-LEVELS** | 74.5 | 62.0 | 12.5 | 83.22% | 1.0 | 2.0 | 0.0 | 3.0 | 4.84% | 4.0 | 0.0 | 6.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 43.0 | 38.0 | 5.0 | 88% | 2.0 | 13.0 | 0.0 | 6.0 | 16% | 0.0 | 1.0 | 0.0 | 0.02 |
| SRN II | 401.9 | 372.0 | 29.9 | 93% | 11.0 | 117.0 | 0.0 | 16.0 | 4% | 2.0 | 8.0 | 0.0 | 22.31 |
| RN | 1828.9 | 1643.0 | 185.9 | 90% | 40.0 | 269.0 | 3.0 | 93.0 | 6% | 1.0 | 43.0 | 22.0 | 148.96 |
| LVN | 1786.8 | 1610.0 | 176.8 | 90% | 43.0 | 406.0 | 8.0 | 73.0 | 5% | 1.0 | 46.0 | 22.8 | 168.96 |
| CNA | 246.1 | 234.0 | 12.1 | 95% | 2.0 | 5.0 | 0.0 | 2.0 | 1% | 0.0 | 101.0 | 143.2 | 39.36 |
| Psych Tech/Sr Psych Tech | 793.7 | 670.0 | 123.7 | 84% | 18.0 | 204.0 | 1.0 | 27.0 | 4% | 1.0 | 14.9 | 44.2 | 59.80 |
| **TOTAL NURSING **** | 5100.4 | 4567.0 | 533.4 | 89.54% | 116.0 | 1014.0 | 12.0 | 217.0 | 4.75% | 5.0 | 213.9 | 232.2 | 439.4 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 33.0 | 32.0 | 1.0 | 97% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 1.0 | 0.9 | |
| Pharmacist I | 158.4 | 135.0 | 23.4 | 85% | 2.0 | 51.0 | 0.0 | 9.0 | 7% | 1.0 | 4.0 | 26.7 | |
| Pharmacist Tech | 308.0 | 291.0 | 17.0 | 94% | 3.0 | 86.0 | 0.0 | 1.0 | 0% | 1.0 | 8.0 | 40.8 | |
| **TOTAL PHARMACY** | 499.4 | 458.0 | 41.4 | 91.71% | 5.0 | 137.0 | 0.0 | 10.0 | 2.18% | 3.0 | 13.0 | 68.4 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.













# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## JANUARY 2014
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Correctional Center**

| | Total Positions Authorized to be Filled* *(Data provided by Budgets)* | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 5.5 | 4.0 | 1.5 | 72.73% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 3.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 0.0 | 1.0 | 0.0 | 1.0 | 10% | 0.0 | 0.0 | 0.0 | 0.29 |
| RN | 27.0 | 26.0 | 1.0 | 96% | 1.0 | 3.0 | 0.0 | 3.0 | 12% | 0.0 | 1.0 | 0.0 | 2.49 |
| LVN | 30.0 | 25.0 | 5.0 | 83% | 0.0 | 12.0 | 0.0 | 2.0 | 8% | 0.0 | 1.0 | 0.0 | 2.75 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 2.1 | 1.0 | 1.1 | 48% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.9 | 0.8 | 0.00 |
| **TOTAL NURSING** | 68.6 | 62.0 | 6.6 | 90.38% | 1.0 | 16.0 | 0.0 | 6.0 | 9.68% | 0.0 | 3.9 | 0.8 | 5.53 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 1.0 | (1.0) | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 0.0 | 2.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | 5.0 | 4.0 | 1.0 | 80.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.8 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## JANUARY 2014
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California Medical Facility**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 18.5 | 17.0 | 1.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 20.5 | 19.0 | 1.5 | 92.68% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 2.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 2.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 16.6 | 15.0 | 1.6 | 90% | 0.0 | 2.0 | 0.0 | 1.0 | 7% | 0.0 | 0.0 | 0.0 | 1.11 |
| RN | 128.0 | 104.0 | 24.0 | 81% | 0.0 | 1.0 | 0.0 | 9.0 | 9% | 0.0 | 4.0 | 0.0 | 6.73 |
| LVN | 100.0 | 77.0 | 23.0 | 77% | 1.0 | 32.0 | 1.0 | 2.0 | 3% | 0.0 | 1.0 | 0.0 | 3.82 |
| CNA | 26.0 | 22.0 | 4.0 | 85% | 0.0 | 1.0 | 0.0 | 1.0 | 5% | 0.0 | 1.0 | 0.0 | 2.56 |
| Psych Tech/Sr Psych Tech | 72.7 | 58.0 | 14.7 | 80% | 3.0 | 15.0 | 1.0 | 6.0 | 10% | 0.0 | 0.0 | 0.0 | 4.08 |
| **TOTAL NURSING** | 346.3 | 279.0 | 67.3 | 80.57% | 4.0 | 51.0 | 2.0 | 20.0 | 7.17% | 0.0 | 6.0 | 0.0 | 18.30 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 9.0 | 7.0 | 2.0 | 78% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 1.4 | |
| Pharmacist Tech | 16.4 | 16.0 | 0.4 | 98% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| **TOTAL PHARMACY** | 26.4 | 24.0 | 2.4 | 90.91% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 1.0 | 0.0 | 2.3 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## JANUARY 2014
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Folsom State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.0 | 7.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 14% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 8.0 | 8.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 15.0 | 13.0 | 2.0 | 87% | 0.0 | 16.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.33 |
| RN | 29.4 | 23.0 | 6.4 | 78% | 0.0 | 5.0 | 0.0 | 3.0 | 13% | 1.0 | 0.0 | 0.0 | 2.76 |
| LVN | 32.8 | 32.0 | 0.8 | 98% | 0.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.60 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 4.0 | (0.4) | 111% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 0.6 | 0.08 |
| **TOTAL NURSING** | 80.8 | 72.0 | 8.8 | 89.11% | 1.0 | 28.0 | 0.0 | 3.0 | 4.17% | 2.0 | 2.0 | 0.6 | 3.77 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 0.6 | |
| Pharmacist Tech | 5.5 | 5.0 | 0.5 | 91% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 9.5 | 9.0 | 0.5 | 94.74% | 0.0 | 3.0 | 0.0 | 1.0 | 11.11% | 0.0 | 0.0 | 0.6 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT

(Data source -- Budget Authority and State Controller's Office Employment History Records)

**High Desert State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 20% | 0.0 | 0.0 | 0.3 | |
| **TOTAL PHYSICIANS** | 7.0 | 7.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 1.0 | 14.29% | 0.0 | 0.0 | 0.3 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 3.0 | 1.0 | 2.0 | 33% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 4.0 | 2.0 | 2.0 | 50.00% | 0.0 | 0.0 | 0.0 | 1.0 | 50.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.35 |
| RN | 51.4 | 48.0 | 3.4 | 93% | 6.0 | 33.0 | 0.0 | 4.0 | 8% | 0.0 | 0.0 | 0.0 | 6.90 |
| LVN | 33.1 | 27.0 | 6.1 | 82% | 1.0 | 16.0 | 0.0 | 7.0 | 26% | 0.0 | 2.0 | 1.1 | 3.93 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 7.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 10.0 | 9.0 | 1.0 | 90% | 2.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.4 | 1.63 |
| **TOTAL NURSING** | 106.0 | 96.0 | 10.0 | 90.57% | 9.0 | 56.0 | 0.0 | 11.0 | 11.46% | 0.0 | 9.0 | 3.5 | 12.81 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.1 | 2.0 | 0.1 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.2 | |
| Pharmacist Tech | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 8.1 | 8.0 | 0.1 | 98.77% | 0.0 | 3.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.2 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

**HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT**

(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Mule Creek State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 7.3 | 6.0 | 1.3 | 82% | 1.0 | 4.0 | 0.0 | 2.0 | 33% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 9.3 | 8.0 | 1.3 | 86.02% | 1.0 | 4.0 | 0.0 | 2.0 | 25.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.5 | 0.0 | 0.5 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.5 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.5 | 1.0 | 0.5 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.5 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.59 |
| RN | 40.9 | 40.0 | 0.9 | 98% | 2.0 | 9.0 | 0.0 | 4.0 | 10% | 0.0 | 0.0 | 1.8 | 3.59 |
| LVN | 41.5 | 40.0 | 1.5 | 96% | 2.0 | 18.0 | 0.0 | 1.0 | 3% | 0.0 | 1.0 | 0.0 | 3.10 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 3.0 | 0.3 | 0.30 |
| Psych Tech/Sr Psych Tech | 41.5 | 30.0 | 11.5 | 72% | 1.0 | 11.0 | 0.0 | 2.0 | 7% | 0.0 | 0.0 | 1.0 | 3.01 |
| **TOTAL NURSING** | 135.4 | 119.0 | 16.4 | 87.89% | 5.0 | 41.0 | 0.0 | 7.0 | 5.88% | 0.0 | 4.0 | 3.1 | 11.59 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 7.6 | 8.0 | (0.4) | 105% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 11.6 | 12.0 | (0.4) | 103.45% | 0.0 | 2.0 | 0.0 | 1.0 | 8.33% | 0.0 | 0.0 | 0.0 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
Case 2:90-cv-00520-KJM-SCR   Document 5159   Filed 06/02/14   Page 15 of 18
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Pelican Bay State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 1.0 | 25% | 0.0 | 1.0 | 0.2 | |
| **TOTAL PHYSICIANS** | 5.0 | 5.0 | 0.0 | 100.00% | 0.0 | 2.0 | 0.0 | 1.0 | 20.00% | 0.0 | 1.0 | 0.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 3.0 | 2.0 | 1.0 | 66.67% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 2.0 | 0.0 | 1.0 | 11% | 0.0 | 1.0 | 0.0 | 0.01 |
| RN | 48.8 | 46.0 | 2.8 | 94% | 0.0 | 3.0 | 0.0 | 1.0 | 2% | 0.0 | 1.0 | 2.3 | 0.16 |
| LVN | 24.1 | 24.0 | 0.1 | 100% | 0.0 | 9.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.38 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 31.1 | 23.0 | 8.1 | 74% | 0.0 | 2.0 | 0.0 | 1.0 | 4% | 0.0 | 0.0 | 2.1 | 1.04 |
| **TOTAL NURSING** | 115.5 | 103.0 | 12.5 | 89.18% | 0.0 | 16.0 | 0.0 | 3.0 | 2.91% | 0.0 | 3.0 | 6.8 | 1.59 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist Tech | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.4 | |
| **TOTAL PHARMACY** | 7.0 | 7.0 | 0.0 | 100.00% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 2.0 | 0.4 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California State Prison - Sacramento**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 7.0 | 1.0 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 8.0 | 2.0 | 80.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 9.0 | 1.5 | 86% | 0.0 | 6.0 | 0.0 | 0.0 | 0% | 2.0 | 1.0 | 0.0 | 0.32 |
| RN | 73.1 | 69.0 | 4.1 | 94% | 5.0 | 14.0 | 0.0 | 3.0 | 4% | 0.0 | 0.0 | 1.3 | 11.44 |
| LVN | 40.0 | 32.0 | 8.0 | 80% | 0.0 | 21.0 | 0.0 | 3.0 | 9% | 0.0 | 2.0 | 0.2 | 5.10 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 16.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 72.6 | 59.0 | 13.6 | 81% | 4.0 | 14.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 7.2 | 8.96 |
| **TOTAL NURSING** | 197.2 | 170.0 | 27.2 | 86.21% | 9.0 | 55.0 | 0.0 | 7.0 | 4.12% | 2.0 | 5.0 | 25.4 | 25.82 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.6 | 4.0 | (0.4) | 111% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | |
| Pharmacist Tech | 6.5 | 6.0 | 0.5 | 92% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.5 | |
| **TOTAL PHARMACY** | 11.1 | 11.0 | 0.1 | 99.10% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 3.1 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
Case 2:90-cv-00520-KJM-SCR   Document 5159   Filed 06/02/14   Page 17 of 18
(Data source -- Budget Authority and
State Controller's Office Employment History Records)

**California State Prison - Solano**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.7 | 11.0 | (0.3) | 103% | 0.0 | 5.0 | 0.0 | 2.0 | 18% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 12.7 | 13.0 | (0.3) | 102.36% | 0.0 | 6.0 | 0.0 | 4.0 | 30.77% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 10.5 | 8.0 | 2.5 | 76% | 0.0 | 3.0 | 0.0 | 2.0 | 25% | 0.0 | 0.0 | 0.0 | 0.59 |
| RN | 50.0 | 45.0 | 5.0 | 90% | 0.0 | 20.0 | 0.0 | 1.0 | 2% | 0.0 | 0.0 | 0.0 | 3.50 |
| LVN | 50.0 | 43.0 | 7.0 | 86% | 0.0 | 22.0 | 0.0 | 1.0 | 2% | 1.0 | 3.0 | 0.0 | 3.09 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 4.2 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.1 | 3.0 | 1.1 | 73% | 0.0 | 0.0 | 0.0 | 1.0 | 33% | 0.0 | 0.0 | 0.3 | 0.09 |
| **TOTAL NURSING** | 115.6 | 100.0 | 15.6 | 86.51% | 0.0 | 46.0 | 0.0 | 5.0 | 5.00% | 1.0 | 3.0 | 4.5 | 7.27 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 1.3 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| **TOTAL PHARMACY** | 17.0 | 16.0 | 1.0 | 94.12% | 0.0 | 5.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 1.7 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California State Prison - San Quentin**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.6 | 10.0 | 0.6 | 94% | 1.0 | 1.0 | 1.0 | 1.0 | 10% | 0.0 | 0.0 | 1.5 | |
| **TOTAL PHYSICIANS** | 12.6 | 12.0 | 0.6 | 95.24% | 1.0 | 1.0 | 1.0 | 1.0 | 8.33% | 0.0 | 0.0 | 1.5 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 0.0 | 0.3 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 1.0 | 0.0 | 0.3 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 10.0 | 1.5 | 87% | 1.0 | 1.0 | 0.0 | 1.0 | 10% | 0.0 | 1.0 | 0.0 | 1.21 |
| RN | 50.1 | 44.0 | 6.1 | 88% | 0.0 | 1.0 | 0.0 | 1.0 | 2% | 0.0 | 2.0 | 0.0 | 4.60 |
| LVN | 68.8 | 57.0 | 11.8 | 83% | 0.0 | 3.0 | 2.0 | 4.0 | 7% | 0.0 | 1.0 | 0.0 | 11.18 |
| CNA | 8.1 | 8.0 | 0.1 | 99% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 5.0 | 1.35 |
| Psych Tech/Sr Psych Tech | 25.6 | 22.0 | 3.6 | 86% | 0.0 | 2.0 | 0.0 | 1.0 | 5% | 0.0 | 0.0 | 0.0 | 0.61 |
| **TOTAL NURSING** | 165.1 | 142.0 | 23.1 | 86.01% | 1.0 | 8.0 | 2.0 | 7.0 | 4.93% | 0.0 | 4.0 | 5.0 | 18.95 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 4.3 | 4.0 | 0.3 | 93% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.6 | |
| Pharmacist Tech | 7.8 | 8.0 | (0.2) | 103% | 1.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| **TOTAL PHARMACY** | 13.1 | 13.0 | 0.1 | 99.24% | 1.0 | 6.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.4 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.