# APPENDIX 4

# Part 3 of 8

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## JANUARY 2014
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Calipatria State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.5 | 6.0 | (0.5) | 109% | 0.0 | 2.0 | 0.0 | 2.0 | 33% | 0.0 | 0.0 | 1.3 | |
| **TOTAL PHYSICIANS** | 6.5 | 7.0 | (0.5) | 107.69% | 0.0 | 3.0 | 0.0 | 2.0 | 28.57% | 0.0 | 0.0 | 1.3 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| **TOTAL MID-LEVELS** | 2.0 | 2.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.3 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 1.0 | 2.0 | 0.0 | 1.0 | 10% | 0.0 | 0.0 | 0.0 | 0.39 |
| RN | 28.7 | 28.0 | 0.7 | 98% | 2.0 | 5.0 | 0.0 | 1.0 | 4% | 0.0 | 1.0 | 0.0 | 2.08 |
| LVN | 33.9 | 30.0 | 3.9 | 88% | 2.0 | 18.0 | 0.0 | 1.0 | 3% | 0.0 | 0.0 | 0.0 | 7.63 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 5.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 6.5 | 7.0 | (0.5) | 108% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.09 |
| **TOTAL NURSING** | 78.6 | 75.0 | 3.6 | 95.42% | 5.0 | 26.0 | 0.0 | 3.0 | 4.00% | 0.0 | 1.0 | 5.7 | 11.19 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 5.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.5 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| **TOTAL PHARMACY** | 7.5 | 7.0 | 0.5 | 93.33% | 0.0 | 8.0 | 0.0 | 0.0 | 0.00% | 0.0 | 2.0 | 0.5 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
JANUARY 2014
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**Centinela State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.3 | 4.0 | 1.3 | 75% | 0.0 | 0.0 | 0.0 | 2.0 | 50% | 0.0 | 0.0 | 0.2 | |
| **TOTAL PHYSICIANS** | 6.3 | 5.0 | 1.3 | 79.37% | 0.0 | 0.0 | 0.0 | 2.0 | 40.00% | 0.0 | 0.0 | 0.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 1.0 | 1.0 | 50% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 1.0 | 1.0 | 50.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 9.0 | 0.5 | 95% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.93 |
| RN | 24.0 | 24.0 | 0.0 | 100% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 0.0 | 2.38 |
| LVN | 32.0 | 32.0 | 0.0 | 100% | 0.0 | 11.0 | 0.0 | 2.0 | 6% | 0.0 | 0.0 | 0.6 | 5.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 3.3 | 0.00 |
| Psych Tech/Sr Psych Tech | 4.0 | 4.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.16 |
| **TOTAL NURSING** | 69.5 | 69.0 | 0.5 | 99.28% | 0.0 | 18.0 | 0.0 | 2.0 | 2.90% | 0.0 | 3.0 | 3.9 | 8.47 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.0 | 2.0 | 1.0 | 67% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| Pharmacist Tech | 4.5 | 4.0 | 0.5 | 89% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 1.0 | 1.0 | 1.6 | |
| **TOTAL PHARMACY** | 7.5 | 6.0 | 1.5 | 80.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 1.0 | 1.0 | 2.4 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## JANUARY 2014
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Men**

| | Total Positions Authorized to be Filled (Data provided by Budgets) # | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 16.0 | 16.0 | 0.0 | 100% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.3 | |
| **TOTAL PHYSICIANS** | **18.0** | **18.0** | **0.0** | **100.00%** | **0.0** | **2.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.3** | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **0.0** | **0.0** | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 3.0 | 3.0 | 0.0 | 100% | 1.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 12.0 | 10.0 | 2.0 | 83% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.05 |
| RN | 88.3 | 86.0 | 2.3 | 97% | 1.0 | 5.0 | 1.0 | 5.0 | 6% | 0.0 | 1.0 | 0.4 | 6.41 |
| LVN | 84.0 | 83.0 | 1.0 | 99% | 0.0 | 6.0 | 0.0 | 3.0 | 4% | 0.0 | 0.0 | 0.0 | 4.63 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 12.3 | 0.00 |
| Psych Tech/Sr Psych Tech | 26.0 | 26.0 | 0.0 | 100% | 0.0 | 9.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 0.0 | 1.24 |
| **TOTAL NURSING** | **213.3** | **208.0** | **5.3** | **97.52%** | **2.0** | **23.0** | **1.0** | **10.0** | **4.81%** | **0.0** | **1.0** | **12.7** | **12.33** |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 6.0 | 5.0 | 1.0 | 83% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 5.3 | |
| Pharmacist Tech | 10.7 | 10.0 | 0.7 | 93% | 1.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 4.7 | |
| **TOTAL PHARMACY** | **17.7** | **16.0** | **1.7** | **90.40%** | **1.0** | **5.0** | **0.0** | **0.0** | **0.00%** | **0.0** | **3.0** | **10.0** | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## JANUARY 2014
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**California Institution for Women**

| | Total Positions Authorized to be Filled* (Data provided by Budget) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 6.0 | 7.0 | (1.0) | 117% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 7.0 | 8.0 | (1.0) | 114.29% | 0.0 | 2.0 | 0.0 | 1.0 | 12.50% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.5 | 1.0 | 1.5 | 40% | 0.0 | 0.0 | 0.0 | 2.0 | 200% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.5 | 1.0 | 1.5 | 40.00% | 0.0 | 0.0 | 0.0 | 2.0 | 200.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 13.5 | 14.0 | (0.5) | 104% | 0.0 | 8.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.67 |
| RN | 48.0 | 43.0 | 5.0 | 90% | 0.0 | 11.0 | 0.0 | 2.0 | 5% | 0.0 | 0.0 | 0.0 | 5.69 |
| LVN | 41.0 | 37.0 | 4.0 | 90% | 0.0 | 8.0 | 0.0 | 4.0 | 11% | 0.0 | 0.0 | 0.0 | 4.27 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 13.0 | 4.7 | 0.66 |
| Psych Tech/Sr Psych Tech | 62.1 | 57.0 | 5.1 | 92% | 0.0 | 13.0 | 0.0 | 2.0 | 4% | 0.0 | 1.0 | 0.0 | 4.71 |
| **TOTAL NURSING** | 165.6 | 152.0 | 13.6 | 91.79% | 0.0 | 41.0 | 0.0 | 8.0 | 5.26% | 0.0 | 14.0 | 4.7 | 16.00 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.8 | 2.0 | 1.8 | 53% | 0.0 | 1.0 | 0.0 | 3.0 | 150% | 0.0 | 0.0 | 0.3 | |
| Pharmacist Tech | 8.0 | 8.0 | 0.0 | 100% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 12.8 | 11.0 | 1.8 | 85.94% | 0.0 | 4.0 | 0.0 | 3.0 | 27.27% | 0.0 | 0.0 | 0.3 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
JANUARY 2014
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**California Rehabilitation Center**

| | Total Positions Authorized to be Filled * (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 8.0 | 8.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 10.0 | 10.0 | 0.0 | 100.00% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 10.0 | (0.5) | 105% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.04 |
| RN | 26.0 | 26.0 | 0.0 | 100% | 2.0 | 3.0 | 0.0 | 2.0 | 8% | 0.0 | 1.0 | 0.0 | 1.33 |
| LVN | 30.0 | 28.0 | 2.0 | 93% | 0.0 | 7.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 1.5 | 4.03 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | 0.00 |
| Psych Tech/Sr Psych Tech | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 66.5 | 65.0 | 1.5 | 97.74% | 2.0 | 12.0 | 0.0 | 2.0 | 3.08% | 0.0 | 2.0 | 1.9 | 5.40 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| Pharmacist Tech | 5.7 | 5.0 | 0.7 | 88% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| **TOTAL PHARMACY** | 9.9 | 9.0 | 0.9 | 90.91% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 1.3 | |

* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT

**Chuckawalla Valley State Prison**

(Data source -- Budget Authority and State Controller's Office Employment History Records)

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.8 | 4.0 | 1.8 | 69% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.9 | |
| **TOTAL PHYSICIANS** | 6.8 | 4.0 | 2.8 | 58.82% | 0.0 | 1.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.9 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 6.0 | 3.5 | 63% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.70 |
| RN | 26.2 | 20.0 | 6.2 | 76% | 0.0 | 2.0 | 0.0 | 2.0 | 10% | 0.0 | 3.0 | 0.0 | 0.70 |
| LVN | 20.0 | 18.0 | 2.0 | 90% | 0.0 | 3.0 | 0.0 | 1.0 | 6% | 0.0 | 3.0 | 1.9 | 0.32 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.7 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 2.0 | 1.6 | 56% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.01 |
| **TOTAL NURSING** | 60.3 | 47.0 | 13.3 | 77.94% | 0.0 | 9.0 | 0.0 | 3.0 | 6.38% | 0.0 | 7.0 | 2.6 | 1.73 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 1.8 | 2.0 | (0.2) | 111% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.2 | 3.0 | 0.2 | 94% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.3 | |
| **TOTAL PHARMACY** | 5.0 | 5.0 | 0.0 | 100.00% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.3 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
## JANUARY 2014
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Ironwood State Prison**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Relief Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 5.4 | 5.0 | 0.4 | 93% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 6.4 | 6.0 | 0.4 | 93.75% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 1.0 | 1.0 | 0.0 | 100.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 9.5 | 8.0 | 1.5 | 84% | 0.0 | 3.0 | 0.0 | 2.0 | 25% | 0.0 | 0.0 | 0.0 | 0.85 |
| RN | 31.1 | 31.0 | 0.1 | 100% | 0.0 | 7.0 | 0.0 | 2.0 | 6% | 0.0 | 1.0 | 0.0 | 1.30 |
| LVN | 27.0 | 26.0 | 1.0 | 96% | 0.0 | 3.0 | 0.0 | 2.0 | 8% | 0.0 | 0.0 | 2.4 | 0.70 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 2.8 | 0.00 |
| Psych Tech/Sr Psych Tech | 3.6 | 4.0 | (0.4) | 111% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | 0.16 |
| **TOTAL NURSING** | 71.2 | 69.0 | 2.2 | 96.91% | 0.0 | 15.0 | 0.0 | 7.0 | 10.14% | 0.0 | 2.0 | 5.2 | 3.01 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 0.0 | |
| Pharmacist I | 2.3 | 2.0 | 0.3 | 87% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 3.0 | 3.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.4 | |
| **TOTAL PHARMACY** | 5.3 | 5.0 | 0.3 | 94.34% | 0.0 | 2.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 0.4 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT

**Richard J. Donovan Correctional Facility**

*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 1/1/2014 - 1/31/2014 | Year To Date Appointments 2/1/2013 - 1/31/2014 | Separations 1/1/2014 - 1/31/2014 | Year To Date Separations 2/1/2013 - 1/31/2014 | Year To Date Turnover Rate (Percentage) 2/1/2013 - 1/31/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, intermittents, additional appointments | Registry Positions (FTE) (As of November 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 1.0 | 100% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 10.5 | 11.0 | (0.5) | 105% | 0.0 | 4.0 | 0.0 | 0.0 | 0% | 0.0 | 2.0 | 3.0 | |
| **TOTAL PHYSICIANS** | 12.5 | 13.0 | (0.5) | 104.00% | 0.0 | 5.0 | 0.0 | 1.0 | 7.69% | 0.0 | 2.0 | 3.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.8 | |
| NP | 1.5 | 2.0 | (0.5) | 133% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.6 | |
| **TOTAL MID-LEVELS** | 1.5 | 2.0 | (0.5) | 133.33% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 2.4 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 11.5 | 12.0 | (0.5) | 104% | 0.0 | 2.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.64 |
| RN | 58.0 | 59.0 | (1.0) | 102% | 2.0 | 17.0 | 0.0 | 0.0 | 0% | 0.0 | 6.0 | 0.0 | 3.27 |
| LVN | 60.0 | 52.0 | 8.0 | 87% | 5.0 | 17.0 | 0.0 | 7.0 | 13% | 0.0 | 3.0 | 0.8 | 7.70 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 6.0 | 13.2 | 0.17 |
| Psych Tech/Sr Psych Tech | 43.0 | 42.0 | 1.0 | 98% | 4.0 | 20.0 | 0.0 | 2.0 | 5% | 0.0 | 2.0 | 1.4 | 4.57 |
| **TOTAL NURSING** | 173.5 | 166.0 | 7.5 | 95.68% | 11.0 | 56.0 | 0.0 | 9.0 | 5.42% | 0.0 | 17.0 | 15.4 | 16.35 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 1.0 | 1.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 5.0 | 5.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 1.8 | |
| Pharmacist Tech | 10.0 | 10.0 | 0.0 | 100% | 0.0 | 11.0 | 0.0 | 0.0 | 0% | 0.0 | 1.0 | 3.2 | |
| **TOTAL PHARMACY** | 16.0 | 16.0 | 0.0 | 100.00% | 0.0 | 12.0 | 0.0 | 0.0 | 0.00% | 0.0 | 1.0 | 5.0 | |

*Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
(Data source -- Budget Authority and State Controller's Office Employment History Records)

**CCHCS Headquarters**

| | Total Positions Authorized to be Filled* (Data provided by Budgets) | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 2/1/2014 - 2/28/2014 | Year To Date Appointments 3/1/2013 - 2/28/2014 | Separations 2/1/2014 - 2/28/2014 | Year To Date Separations 3/1/2013 - 2/28/2014 | Year To Date Turnover Rate (Percentage) 3/1/2013 - 2/28/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of December 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 15.0 | 13.0 | 2.0 | 87% | 0.0 | 7.0 | 0.0 | 1.0 | 8% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 2.0 | 2.0 | 0.0 | 100% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 30.0 | 23.0 | 7.0 | 77% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHYSICIANS** | 47.0 | 38.0 | 9.0 | 80.85% | 0.0 | 8.0 | 0.0 | 1.0 | 2.63% | 0.0 | 0.0 | 0.0 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| NP | 2.0 | 0.0 | 2.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL MID-LEVELS** | 2.0 | 0.0 | 2.0 | 0.00% | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 4.0 | 0.0 | 4.0 | 0% | 0.0 | 0.0 | 0.0 | 1.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| RN | 11.0 | 6.0 | 5.0 | 55% | 0.0 | 0.0 | 0.0 | 1.0 | 17% | 0.0 | 0.0 | 0.0 | 0.00 |
| LVN | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| CNA | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| Psych Tech/Sr Psych Tech | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | 0.00 |
| **TOTAL NURSING** | 15.0 | 6.0 | 9.0 | 40.00% | 0.0 | 0.0 | 0.0 | 2.0 | 33.33% | 0.0 | 0.0 | 0.0 | 0.00 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 4.0 | 3.0 | 1.0 | 75% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist I | 11.0 | 11.0 | 0.0 | 100% | 0.0 | 1.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| Pharmacist Tech | 33.0 | 32.0 | 1.0 | 97% | 0.0 | 3.0 | 0.0 | 0.0 | 0% | 0.0 | 0.0 | 0.0 | |
| **TOTAL PHARMACY** | 48.0 | 46.0 | 2.0 | 95.83% | 0.0 | 4.0 | 0.0 | 0.0 | 0.00% | 0.0 | 0.0 | 0.0 | |

# HUMAN RESOURCES RECRUITMENT AND RETENTION REPORT
*(Data source -- Budget Authority and State Controller's Office Employment History Records)*

**Total Sheet For All Institutions and Headquarters**

| | Total Positions Authorized to be Filled * | Total Positions Filled | Total Positions Vacant | Percentage Filled | Appointments 2/1/2014 - 2/28/2014 | Year To Date Appointments 3/1/2013 - 2/28/2014 | Separations 2/1/2014 - 2/28/2014 | Year To Date Separations 3/1/2013 - 2/28/2014 | Year To Date Turnover Rate (Percentage) 3/1/2013 - 2/28/2014 | Blanket Positions - Unfunded, Permanent/Limited Term | Blanket Positions - long term sick, Retired Annuitants, Intermittents, additional appointments | Registry Positions (FTE) (As of December 2013) | Overtime Usage (FTE) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHYSICIANS** | | | | | | | | | | | | | |
| RME | 44.0 | 39.0 | 5.0 | 89% | 0.0 | 15.0 | 0.0 | 6.0 | 15% | 0.0 | 0.0 | 0.0 | |
| Chief P&S | 31.0 | 27.0 | 4.0 | 87% | 2.0 | 4.0 | 0.0 | 1.0 | 4% | 0.0 | 0.0 | 0.0 | |
| Phys & Surgeon | 335.9 | 292.0 | 43.9 | 87% | 2.0 | 44.0 | 0.0 | 14.0 | 5% | 2.0 | 9.0 | 16.2 | |
| **TOTAL PHYSICIANS** | 410.9 | 358.0 | 52.9 | 87.13% | 4.0 | 63.0 | 0.0 | 21.0 | 5.87% | 2.0 | 9.0 | 16.2 | |
| **MID-LEVELS** | | | | | | | | | | | | | |
| PA | 24.5 | 29.0 | (4.5) | 118% | 0.0 | 2.0 | 0.0 | 1.0 | 3% | 0.0 | 0.0 | 4.1 | |
| NP | 50.0 | 33.0 | 17.0 | 66% | 0.0 | 2.0 | 0.0 | 3.0 | 9% | 2.0 | 0.0 | 3.1 | |
| **TOTAL MID-LEVELS** | 74.5 | 62.0 | 12.5 | 83.22% | 0.0 | 2.0 | 0.0 | 3.0 | 4.84% | 2.0 | 0.0 | 7.2 | |
| **NURSING** | | | | | | | | | | | | | |
| SRN III | 44.0 | 36.0 | 8.0 | 82% | 0.0 | 13.0 | 0.0 | 6.0 | 17% | 0.0 | 0.0 | 0.0 | 0.00 |
| SRN II | 399.9 | 371.0 | 28.9 | 93% | 9.0 | 120.0 | 1.0 | 15.0 | 4% | 2.0 | 9.0 | 0.0 | 26.61 |
| RN | 1828.9 | 1649.0 | 179.9 | 90% | 32.0 | 318.0 | 5.0 | 95.0 | 6% | 0.0 | 41.0 | 23.9 | 152.11 |
| LVN | 1786.8 | 1617.0 | 169.8 | 90% | 26.0 | 431.0 | 9.0 | 70.0 | 4% | 0.0 | 43.0 | 32.0 | 165.21 |
| CNA | 246.1 | 236.0 | 10.1 | 96% | 4.0 | 13.0 | 0.0 | 8.0 | 3% | 0.0 | 101.0 | 162.2 | 47.88 |
| Psych Tech/Sr Psych Tech | 793.7 | 682.0 | 111.7 | 86% | 13.0 | 220.0 | 0.0 | 24.0 | 4% | 4.0 | 12.0 | 46.2 | 55.73 |
| **TOTAL NURSING \*\*** | 5099.4 | 4591.0 | 508.4 | 90.03% | 84.0 | 1064.0 | 15.0 | 207.0 | 4.51% | 6.0 | 206.0 | 264.3 | 447.5 |
| **PHARMACY** | | | | | | | | | | | | | |
| Pharmacist II | 33.0 | 32.0 | 1.0 | 97% | 0.0 | 0.0 | 0.0 | 0.0 | 0% | 1.0 | 1.0 | 1.0 | |
| Pharmacist I | 158.4 | 138.0 | 20.4 | 87% | 5.0 | 61.0 | 0.0 | 8.0 | 6% | 1.0 | 2.0 | 27.8 | |
| Pharmacist Tech | 308.0 | 291.0 | 17.0 | 94% | 3.0 | 89.0 | 2.0 | 3.0 | 1% | 1.0 | 8.0 | 44.6 | |
| **TOTAL PHARMACY** | 499.4 | 461.0 | 38.4 | 92.31% | 8.0 | 145.0 | 2.0 | 11.0 | 2.39% | 3.0 | 11.0 | 73.4 | |

\* Total Positions Authorized to be Filled data reflects the Staffing Model 2012 position authority.











