UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

        v.                CIV. NO. S-90-520 LKK/DAD

EDMUND G. BROWN, JR., et al.,

    Defendants.
_____/

JERMAINE PADILLA,

    Plaintiff,

        v.                CIV. NO. S-14-1118 LKK/CKD

JEFFREY BEARD, et al.,      <u>NON-RELATED CASE ORDER</u>

    Defendants.
_____/

    The court has received the Notice of Related Case concerning the above-captioned cases filed May 6, 2014 (ECF No. 3).  See Local Rule 123.  The court has, however, determined that it is inappropriate to relate and reassign Case No. 2:14-cv-1118 LKK CKD to Case No. 2:90-cv-520 LKK DAD, and it therefore declines to do

1 so.

2 The initial scheduling conference set for August 4, 2014 in
3 Case No. 2:14-cv-1118 at 10:30 a.m. before the undersigned is
4 confirmed.

5 IT IS SO ORDERED.

6 DATED: June 2, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2