| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JAY C. RUSSELL<br>PATRICK R. MCKINNEY |
| 3 | Supervising Deputy Attorneys General<br>ELISE OWENS THORN, State Bar No. 145931 |
| 4 | CHRISTINE M. CICCOTTI, State Bar No. 238695<br>Deputy Attorneys General |
| 5 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 6 | Sacramento, CA 94244-2550<br>Telephone: (916) 324-4921 |
| 7 | Fax: (916) 324-5205<br>E-mail: Elise.Thorn@doj.ca.gov |
| 8 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE SPECIAL MASTER'S REPORT ON THE ADEQUACY OF INPATIENT MENTAL HEALTH CARE FOR INMATES OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND [PROPOSED] ORDER** |

## STIPULATION

On May 30, 2014, the Special Master filed a report titled, Special Master's Report on Adequacy of Inpatient Mental Health Care for Inmates of the California Department of Corrections and Rehabilitation. (ECF No. 5156).

The parties have conferred and agree that additional time is necessary to prepare and file their respective responses to the Special Master's May 30 report. Defendants have also conferred with the Special Master, and he has agreed to the stipulated extension of time.

/ / /

/ / /

1

The parties, in agreement with the Special Master, therefore stipulate that the time for the parties to file responses to the May 30 report of the Special Master is extended to June 30, 2014.

Dated:  June 5, 2014  KAMALA D. HARRIS, ATTORNEY GENERAL
FOR THE STATE OF CALIFORNIA

  /S/ ELISE OWENS THORN
ELISE OWENS THORN
Deputy Attorney General
*Attorney For Defendants*

Dated:  June 5, 2014  ROSEN BIEN GALVAN & GRUNFELD LLP

   /S/ MICHAEL W. BIEN
MICHAEL W. BIEN
*Attorney For Plaintiffs*

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2014

_____
LAWRENCE K. KARLTON
Senior Judge, United States District Court

CF1997CS0003
11364660.doc

2

Stip Req. for Extension of Time to Resp. to Special Master's Rep. on Inpatient Care (2:90-cv-00520 LKK DAD PC)