KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                     Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                     Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE SPECIAL MASTER'S REPORT ON THE ADEQUACY OF INPATIENT MENTAL HEALTH CARE FOR INMATES OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND ORDER** |

**STIPULATION**

On May 30, 2014, the Special Master filed a report titled, Special Master's Report on Adequacy of Inpatient Mental Health Care for Inmates of the California Department of Corrections and Rehabilitation. (ECF No. 5156).

The parties have conferred and agree that additional time is necessary to prepare and file their respective responses to the Special Master's May 30 report. Defendants have also conferred with the Special Master, and he has agreed to the stipulated extension of time.

/ / /

/ / /

1

The parties, in agreement with the Special Master, therefore stipulate that the time for the parties to file responses to the May 30 report of the Special Master is extended to June 30, 2014.

Dated:  June 5, 2014                                KAMALA D. HARRIS, ATTORNEY GENERAL
                                                    FOR THE STATE OF CALIFORNIA


                                                     /S/ ELISE OWENS THORN
                                                    ELISE OWENS THORN
                                                    Deputy Attorney General
                                                    *Attorney For Defendants*

Dated:  June 5, 2014                                ROSEN BIEN GALVAN & GRUNFELD LLP


                                                     /S/ MICHAEL W. BIEN
                                                    MICHAEL W. BIEN
                                                    *Attorney For Plaintiffs*

**ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: June 5, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

CF1997CS0003
11364660.doc

2

Stip Req. for Extension of Time to Resp. to Special Master's Rep. on Inpatient Care (2:90-cv-00520 LKK DAD PC)