**PLDW**
PANNONE LOPES DEVEREAUX & WEST LLC
*counselors at law*

August 9, 2016

Clerk of the Court
United States District Court
Eastern District of California
501 I Street
Sacramento, CA 95814

RE:   *Coleman v. Brown*
      No.2:90-cv-00520 KJM-DB

Dear Clerk of the Court:

   Enclosed please find a signature page for a document that was filed by me with the court on June 10, 2014. (ECF 5164).  This page shall be substituted for the original signature page to bring the document into compliance with the Local Rules of the United States District Court, Eastern District of California, specifically Rule 131(c) entitled "Counsel Identification and Signatures."  The new signature page contains the requisite language indicating that it has the same legal effect as if it were filed on June 10, 2014 with the original document.

   Please file this letter and corrected signature page as an addendum to the original document.

                                                    Very truly yours,

                                                    *[signature]*
                                                    Matthew A. Lopes, Jr., Esq.

CDCR throughout the SQ PIP implementation process and will continue to provide their guidance to CDCR, as required by court order, towards the full activation of the SQ PIP.

Accordingly, in light of the work that has been completed thus far and the current status of the SQ PIP, the Special Master requests an order of the court directing:

1. That CDCR shall provide monthly status reports on the SQ PIP to the Special Master until the beginning of activation of the SQ PIP; and

2. That no later than 90 days following the full activation of the SQ PIP, the Special Master shall report to the Court on patient admissions and treatment at the SQ PIP, as well as any other matters or concerns with the SQ PIP which may have emerged as of that time.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr., Esq.

Matthew A. Lopes, Jr., Esq.
Special Master

Signature *nunc pro tunc*
to June 10, 2014

June 10, 2014