KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>              Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>              Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DECLARATION OF PAM AHLIN IN SUPPORT OF DEFENDANTS' RESPONSE TO MARCH 18, 2014 ORDER** |

I, Pam Ahlin, declare:

1. I am the Department of State Hospitals' (DSH) Chief Deputy Director. I have extensive experience in the state hospital system having been the Assistant Hospital Administrator at DSH-Coalinga from May 2005-March 2007, the Hospital Administrator at DSH-Coalinga from March 2007-March 2008, and the Executive Director of DSH-Coalinga from March 2008-March 2012. I have personal knowledge of the facts stated in this declaration and if called upon to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Response to the Court's March 18, 2014 Order.

1

2.   In my role as Chief Deputy Director, one of my duties includes administration and oversight of information regarding the California Department of Corrections and Rehabilitation's (CDCR) mental health population referred to DSH for inpatient treatment, including bed capacity and current census information, and the mental health population projections.

3.   DSH continues to operate inpatient beds at the Salinas Valley and Vacaville Psychiatric Programs for high-custody inmates needing intermediate and acute inpatient care. Although these inpatient programs were initially intended to be temporary, DSH sought funding as identified in the May Revision to the Governor's Budget to continue to operate an additional 137 beds at Salinas Valley and Vacaville pending further activation of inpatient beds at Stockton. Attached hereto as Exhibit 1 is a true and correct copy of the 2014-15 budget revisions to provide funding to maintain the temporary beds.

4.   The 2012 bed plan and the Blueprint contemplated that the bed capacity at Atascadero State Hospital, which treats low-custody inmates in need of intermediate inpatient care, would be reduced from 256 to 206. DSH has maintained all 256 beds at this program, and will continue to do so to meet the needs of this population.

5.   DSH will continue to admit patients and maintain all temporary beds at its facilities until permanent replacement beds are durable and sustainable. Similarly, DSH will not close down a currently operating temporary mental health program unless there is adequate alternate capacity to accommodate future need in that level of care.

I declare under the penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct. Executed in Sacramento, California on June 13, 2014.

/s/ Pam Ahlin
PAM AHLIN

(*original signature retained by attorney Elise Owens Thorn*)

CF1997CS0003
90408904.doc

2

Declaration of Pam Ahlin Supp. Defs.' Resp. to March 18, 2014 Order (2:90-cv-00520 LKK DAD PC)

# EXHIBIT 1

[DECLARATION OF PAM AHLIN IN SUPPORT OF DEFENDANTS' RESPONSE
TO THE MARCH 18, 2014 ORDER]

# PROGRAM UPDATE
# COLEMAN POPULATION AND PERSONAL SERVICES ADJUSTMENT

**BACKGROUND:**

In the 2013-14 May Revision, DSH proposed the reduction of staffing at the DSH-Salinas Valley and DSH-Vacaville commensurate with the California Department of Corrections and Rehabilitation (CDCR) Blueprint. The Blueprint, titled "The Future of California Corrections," was released in April 2012, and contained a series of proposals to the correctional system meant to satisfy the Supreme Court's ruling regarding prison overcrowding, identify cost savings and implement system-wide improvements. As part of this report, CDCR proposed transferring a total of 450 beds from DSH-Salinas Valley and DSH-Vacaville to DSH-Stockton at the California Health Care Facility (CHCF). DSH is in process of migrating these beds which was scheduled for completion by December 2013, but has been delayed as a result of staffing and recruitment challenges.

The migration would result in the proportionate downsizing of 486.5 full time staff at the DSH-Salinas Valley (226.0) and DSH-Vacaville (260.5) facilities. Factors impacting the successful completion of bed migration are:

1. The rate of growth in Coleman patients referred to DSH; and,

2. The rate of new unit activations at DSH-Stockton. Unit activations are dependent on the recruitment and hiring of required clinical and nursing positions. The psychiatry classifications remain difficult to fill and are necessary for the provision of mental health services.

During the course of bed migration implementation, delays due to both increased Coleman referrals and DSH-Stockton activation required bed migration implementation timeline revisions. The revisions were to address the delay in unit activations at DSH-Stockton and to ensure patients are not exceeding the Coleman court-mandated timeframes for admission to the DSH programs.

Over the course of 2013, DSH has observed a steady increase in the rate of Coleman referrals. DSH projections are based on 12 months of weekly census and pending placement list data in 2012-13 and reflect the same data set utilized by CDCR for preparation of the Fall 2013 population projections. DSH projections consider the total population need as compared to available beds at the three psychiatric programs in accordance with current unit deactivation and activation schedules.

In accordance with Control Section 32.00 of the 2013 Budget Act, DSH requests approval to continue operating an additional 137 beds at DSH-Salinas Valley and DSH-Vacaville beyond post-bed migration capacity. Control Section 32.00 allows the department to incur expenses associated with the unit activations to meet the demands of increasing caseload. DSH will redirect savings in the current year from the delayed activation of DSH-Stockton. DSH will maintain units commensurate with the 137 beds needed for Coleman patients in the current year. DSH will work with CDCR to analyze ongoing referral data and determine the bed need for Coleman patients at these facilities in the budget year. DSH will request any beds necessary for the budget year in the May Revision.

Department of State Hospitals
2014-15 November Estimate

**DESCRIPTION OF CHANGE:**

In accordance with the current activation schedule at DSH-Stockton and Coleman census projections prepared by DSH, the Department anticipates the need to retain units and staffing to support a population increase of 137 patients by June 30, 2014. Resources to support this increase equate to 204.3 positions effective January 1, 2014 (102.2 P.Y.s) at a cost of $13.3 million general fund in current year and $26.3 million in budget year.

**DISCRETIONARY? Y/N:** No

**REASON FOR ADJUSTMENT/CHANGE:**

This adjustment is necessary to support population increases in the psychiatric programs during the activation of DSH-Stockton.

**FISCAL IMPACT (RANGE) AND FUND SOURCE(S):**

| State Hospitals Cost - Revenue - Savings | | (Fiscal Impact by Fiscal Year) (Dollars in Thousands) | | | |
|---|---|---|---|---|---|
| Description | C/R/S | 2013-14 | 2014-15 | 2015-16 | Fund |
| Number of Positions | C | (102.2) | 204.3 | 204.3 | GF |
| One Time | C | ($204) | $0 | $0 | GF |
| Ongoing | C | ($13,134) | $26,267 | $26,267 | GF |
| **Total Costs** | **C** | **($13,338)** | **$26,267** | **$26,267** | **GF** |