1   KAMALA D. HARRIS
    Attorney General of California
2   PATRICK R. McKINNEY
    Supervising Deputy Attorney General
3   ELISE OWENS THORN, State Bar No. 145931
    CHRISTINE M. CICCOTTI, State Bar No. 238695
4   Deputy Attorney General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 324-4921
    Fax: (916) 324-5205
7   E-mail: Elise.Thorn@doj.ca.gov
    *Attorneys for Defendants*

8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11             SACRAMENTO DIVISION

12

13

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **DECLARATION OF JUDY BURLESON IN SUPPORT OF DEFENDANTS' RESPONSE TO MARCH 18, 2014 ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

20      I, Judy Burleson, declare:

21      1.   I am employed by the California Department of Corrections and Rehabilitation

22 (CDCR) as the Chief of Health Care Placement Oversight Program and have held that position

23 since January 1, 2014. Before that date, I was the Associate Director, Statewide Mental Health

24 Program, Correctional Health Care Services. I held that position from November 2010 through

25 December 2013. Prior to November 2010, I was Chief, Operational Program Oversight (formerly

26 known as *Coleman* Compliance). I have personal knowledge of the facts stated in this declaration

27 and if called upon to testify to those facts, could and would do so competently. I make this

28 declaration in support of Defendants' Response to the Court's March 18, 2014 Order.

1

1    2.    In my role as Chief of the Health Care Placement Oversight Program, my duties

2    include administration and management of the unit that is tasked with developing and maintaining

3    information regarding the mental health population by institution, including bed capacity and

4    current census information, the progress associated with the State's 2012 bed plan and Blueprint,

5    the use of alternative housing within the prison system, and the mental health population

6    projections.  In conjunction with CDCR's top management, we also maintain data helpful in

7    reaching the goal towards population reduction.

8    3.    Defendants have worked with their consultant, John Misener of McManis Consulting,

9    to develop a process for forecasting and planning to ensure there is sufficient capacity to meet the

10    needs of the mental health population.  McManis Consulting prepared a preliminary Mental

11    Health Bed Need Study based on Preliminary Spring 2014 Special Population Projections.  A true

12    and correct copy of the preliminary Spring 2014 bed need study is attached hereto as Exhibit 1.

13    4.    Defendants have sufficient beds within the system which can be designated as mental

14    health beds to meet both current and projected mental health bed needs to December 2016.

15    Defendants continue to fully implement their 2012 bed plan and the Blueprint, including

16    activating the California Health Care Facility and DeWitt Nelson Correctional Annex in Stockton.

17    Mental health intake is scheduled to begin at DeWitt Nelson on June 23, 2014.  Once DeWitt

18    Nelson is fully activated, there will be 375 Enhanced Outpatient Program-General Population

19    beds and 50 Enhanced Outpatient Program-Administrative Segregation beds available to meet the

20    needs of the mental health population.

21    5.    Defendants are continuing to maintain beds beyond what the Blueprint requires, and

22    will continue to use these beds to meet the need.  The following chart compares the projected

23    need with permanent and temporary mental health bed capacity:

24

25

26

27

28

2

| Mental Health Program | Spring 2014 Preliminary Bed Study Need Projected to 2016 | Blueprint Capacity | Additional Capacity[1] | Total Capacity |
|---|---|---|---|---|
| Acute | 307 | 232 | 80 | 312 |
| ICF-High Custody | 747 | 624 | 126 | 750 |
| ICF-Low Custody | 377 | 340 | 50 | 390 |
| Mental Health Crisis Bed | 389 | 389 | -- | 389 |
| Psychiatric Services Unit | 395 | 512 | -- | 512 |

6.    Following a court-ordered assessment, CDCR is converting 40 beds to provide intermediate inpatient care to the condemned inmates at San Quentin State Prison. This conversion will displace 17 mental health crisis beds at San Quentin, but CDCR is continuing to operate 34 temporary crisis beds at the California Institution Men. The continued operation of these temporary beds more than adequately meets the projected need for crisis bed care.

7.    As reflected in the chart above, CDCR currently has 117 psychiatric services unit beds that are not occupied by an inmate-patient. CDCR is also adding hundreds of beds through infill construction projects at Mule Creek State Prison and the RJ Donovan Correctional Facility, which are scheduled to be completed in 2016. CDCR remains willing to use some of these beds to address mental health needs for the Enhanced Outpatient Program, if necessary. These beds provide additional flexibility system-wide to meet the mental health needs of the population.

8.    The population projections in the preliminary Spring 2014 bed study have a number of important limitations. First, the study is based on CDCR's Spring 2014 population projection, which includes six months of data and trends through December 31, 2013. Since that time, the *Coleman/Plata* Three-Judge Court extended the deadline to achieve the court-ordered reduction in the in-state adult institutions to February 28, 2016. The only population-reduction measure the preliminary bed study takes into account is the prospective credit-earning increase (from 20% to 33.3%) for non-violent, non-sex second-strike offenders.

---

[1] The additional capacity is described in further detail in Paragraphs 3 to 5 of the Declaration of Pam Ahlin in Support of Defendants' Response to March 18, 2014 Order.

3

1       I declare that the foregoing is true and correct. Executed in Sacramento, California on

2 June 13, 2014.

3                             /s/ Judy Burleson
                            JUDY BURLESON

4                       *(original signature retained by attorney Elise Owens Thorn)*

5

6

7 CF1997CS0003
  11378114.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. Judy Burleson Supp. Defs.' Resp. to March 18, 2014 Order (No. 90-2:90-cv-00520 LKK DAD PC)

# EXHIBIT 1

**[DECLARATION OF JUDY BURLESON IN SUPPORT OF DEFENDANTS' RESPONSE
TO THE MARCH 18, 2014 ORDER]**



## Consulting Services for
## California Department of Corrections & Rehabilitation

## MENTAL HEALTH BED NEED STUDY
## Based on *Preliminary* Spring 2014
## Special Population Projections

## May 20, 2014

## McManis Consulting

Spring 2014 Mental Health Bed Need Study (Draft)

# Assignment & Scope

This is the Spring 2014 Mental Health Bed Need Study using the Preliminary Spring 2014 Population Projections developed under the California Department of Corrections and Rehabilitation's (CDCR's) contract with McManis Consulting. This Spring 2014 study continues to apply similar approaches and methodologies begun in and expanded since the Fall 2011 study (see page 5 for a detailed list of data used). These methodologies are based in part on the effort of the Health Care Placement Oversight Program (HC-POP) staff in collecting additional data specifically related to security level and analyses of pending lists. HC-POP expanded their audit of census and pending lists by security level to a weekly basis. McManis Consulting and HC-POP continue to assess and improve the model methodology in order to accurately measure and predict utilization changes. As in previous reports, John Misener of McManis Consulting is the lead author and forecaster for the materials in this report.

Due to the February 10, 2014 order from the Three-Judge Panel, which sets specific institution population reduction benchmarks by June 30, 2014, February 28, 2015, and February 28, 2016, the CDCR inmate population projections used for this Spring 2014 Mental Health Bed Need Study were recalibrated and revised to include an estimate of the impact of credit increases for non-violent second-strike offenders and minimum custody inmates. On May 1, 2014, McManis Consulting received these new, special projections through 2016 from CDCR's Office of Research. Office of Research completed these adjusted projections in consultation with consultants from UC Irvine, for use in this mental health study. These special projections were produced for the limited purpose of application to this court-ordered Spring 2014 Mental Health Bed Need Study and are not otherwise public. Because the population projections include projections related to only one of the Three-Judge Panel mandates, they cannot fully predict the full reduction in population that will be realized by the Three-Judge Panel's orders. The other Three-Judge Panel population reduction measures that have not been included in the CDCR projections model are anticipated to be included in the Fall 2014 projections. Consequently, CDCR expects that the Fall 2014 projections will be more reliable than the current projections used here.

# Table of Contents

|  | Page |
|---|---|
| **Spring 2014 – ISSUES & FEATURES** | 4 |
| **DATA USED IN THIS REPORT** | 5 |
| **BASIC METHODOLOGY** | 6 |
| **METHODOLOGY ENHANCEMENTS** | 7 |
| **Spring 2014 POPULATION PROJECTIONS** | 8 |
| **FORECASTS** | |
| Acute Psychiatric Program (APP) – Males | 10 |
| Acute/Intermediate Care Facility (ICF) Program – Females | 13 |
| ICF Program – Males | 14 |
| Mental Health Crisis Bed (MHCB) – Males | 20 |
| MHCB – Females | 24 |
| Enhanced Outpatient Program (EOP) General Population (GP) – Males | 25 |
| EOP – Administrative Segregation (ASU) – Males | 27 |
| Psychiatric Services Unit (PSU) – Males | 29 |
| EOP-GP – Females | 32 |
| EOP-ASU – Females | 33 |
| PSU – Females | 34 |
| Correctional Clinical Case Management System (CCCMS) – Males | 35 |
| CCCMS – Females | 38 |
| **APPENDIX** | |
| List of Abbreviations Used in Report | 40 |
| Mental Health Services Delivery System Bed Need | 41 |

# Spring 2014 Mental Health Bed Study – ISSUES & FEATURES

## MALE

The new CDCR Spring 2014 projection for the male population at June 30, 2014, is 1.3% lower (-1,639) than the Fall 2013 projection for the same date. The new projections are 2.1% lower (-2,793) by 2016.

The Spring 2014 forecasts for male programs are compared to the Fall 2013 study below for **2016**[1]:

- **APP** – 25.0% higher than the Fall 2013 study
- **ICF-High** – 40.4% higher
- **ICF-Dorms** – 3.9% lower
- **MHCB** – 12.1% higher
- **EOP-GP** – 3.5% higher
- **EOP-ASU** – 26.1% higher
- **PSU** – 16.4% higher
- **CCCMS** – 1.6% higher

## FEMALE

The new CDCR Spring projection for the female population at June 30, 2014, is 0.10% higher (6) than the Fall 2013 projections for the same date. The new projections are 0.96% higher (62) by 2016.

The Spring 2014 forecasts for female programs are compared to the Fall 2013 study below for **2016**[1]:

- **APP/ICF** – 34.4% higher than the Fall 2013 study
- **MHCB** – 24.6% higher
- **EOP-GP** – 37.0% higher
- **EOP-ASU** – 1.1% higher
- **PSU** – 9.6% lower
- **CCCMS** – 7.8% lower

## OVERALL

The Spring 2014 Mental Health Services Delivery System (MHSDS) combined bed need, excluding CCCMS, is higher than the combined bed need forecasted in Fall 2013. For FY2014, the bed need is 577 beds higher (8.8%), and by 2016, the combined bed need is 689 higher (10.4%).

The Spring 2014 population projections by Security Level drive increased mental health demand as Level III and IV populations increase rather than remain flat as in the Fall 2013 projections.

1) CDCR's Office of Research was able to provide a revised forecast through December 2016. The 5-year comparison was therefore adjusted to compare the 2014-2016 timeframe.

Spring 2014 Mental Health Bed Need Study (Draft)

# Data Used in this Report

This Spring 2014 Study uses the following data:

- The Spring 2014 special Population Projections through 2016, from the CDCR Office of Research, replace the Fall 2013 values. These special projections were produced for the limited purpose of application to this court-ordered Spring 2014 Mental Health Bed Need Study and are not otherwise public.

- Additional projections by level of housing for use in the male forecast methodologies (through 2016) from CDCR's Office of Research.

- July 2013 – December 2013 census and pending list data, by program, provided by HC-POP.

- January – December 2013 data for Outpatient Housing Unit (OHU) and Alternative Housing (AH) utilization were used to adjust the MHCB projections.

- HC-POP analysis of male inmate-patients by Security Level (based on placement score):
  - Twenty seven weekly audit dates for July 1, 2013, through December 31, 2013, are used for all Male programs.
  - Matched inmate-patients to placement scores and security levels (Datamart).

- HC-POP analysis of pending lists for APP, ICF, and PSU:
  - Twenty seven weekly audit dates for July 1, 2013, through December 31, 2013.
  - Determined location of inmate-patient while on pending list.

> *A minor change was made in this study by using the fiscal year midpoint (December 31) population projection for forecasting census in lieu of June 30.*
>
> *For this study only, the forecast was made through FYE2017, corresponding to the population data received from the CDCR Office of Research.*

# Basic Methodology

The fundamental modeling approach for the Mental Health Bed Need Study is the Census Rate method, which is a population-based methodology. The method entails development of forecasts of the target populations and the development of "census rates" for those populations (based on the average weekly census per 1,000 inmates) for each level of care. This basic model uses the following variables:

- **CDCR Total Institution Population (actual and projected)**

- **Historical Program Census Counts (weekly)**

- **Historical Program Pending List Counts, if any (weekly)**
  *(It is noted that for purposes of these projections, "pending list" includes all that are not yet in the appropriate bed, including those that are within the Mental Health Program Guide transfer timelines.)*

A Census Rate Adjustment Factor (CRAF) was applied to previous forecasts (and is still applied to some of the female forecasts) when the census rate exhibits an increase from the previous year to simulate future increases. The CRAF is calculated to indicate average annual change over a 2-5 year period. However, it is not always applied, such as when the rate exhibits a decline, is erratic, or is not expected to continue to increase based on other information related to operations (indication of length of stay reduction, improvements in pending list management, etc.).

The goal of the Mental Health Bed Need Study is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply. Occupancy standards were selected to ensure that, on average, capacities would not be exceeded in the future given the forecasted bed requirements. While the inpatient community standard is about 80 percent, the Division of Health Care Services decided to apply a 90 percent occupancy standard to all inpatient programs, and a 95 percent standard to the outpatient programs (excluding CCCMS). The lower occupancy standard increases the probability of having an empty bed available.

6

# Methodology Enhancements

**1. For the Male MHCB, EOP-GP, and EOP-ASU programs and the Female EOP-ASU program, provided a "trued" bed need reporting. This is an adjustment to the official forecasted bed need that eliminates "double-counting."**

An analysis of pending lists was conducted by HC-POP in order to analyze the causes of non-admission (paroles, rescissions, admissions to alternate programs, etc.). Also, the current housing/level of care of those on the pending lists was determined so that adjustments could be shown to eliminate "double-counting." For example, an analysis of 27 dates between July 2013 - December 2013 was used to determine that 91.1% of men on the APP pending list (or an average of 16.7 inmates) were residing in a MHCB. A separate reporting of the "trued" bed need is shown in the MHCB forecast with the observation that the beds used by those inmate-patients on the pending list could be freed-up once adequate APP capacities become available in the future.

**2. For Male programs, determined security level-specific census rates to better adjust for anticipated changes in the security level mix as a result of AB109.**

For this study, as in the last four studies, CDCR's Office of Research provided male population projections by level (based on housing assignment). An enhancement to the basic model for male programs has been made as corresponding utilization data by Security Level (based on placement score) has become available. Analysis of the mental health programs reflect a high utilization of services by Level IV inmates, especially for APP, ICF-High, MHCB, EOP-ASU, and PSU.

| | Level I | Level II | Level III | Level IV |
|---|---|---|---|---|
| CCCMS | 4.4% | 36.6% | 22.6% | 29.1% |
| EOP-GP | 5.1% | 36.1% | 19.4% | 33.6% |
| EOP-ASU | 2.8% | 14.7% | 16.9% | 65.6% |
| PSU | 0.7% | 2.0% | 3.0% | 94.3% |
| MHCB | 6.5% | 24.0% | 18.9% | 50.7% |
| APP | 3.9% | 23.1% | 24.0% | 48.4% |
| ICF-Low | 9.1% | 54.5% | 20.7% | 15.7% |
| ICF-High | 3.2% | 16.9% | 18.7% | 61.2% |

Note that Level IV utilization far exceeds the portion of Level IV inmates in the total population (18.9% as of 12/31/2013) in all cases except ICF-Dorms.

The use of these "security level-specific" census rates is designed to ensure sufficient bed need despite large drops in the projected population due to AB109.

For the Male programs, population by level and utilization data was available so the CRAF method (census rate adjustment factor) was not used in preference for the newer method. The use of CRAF assumes future changes based on past experience; however, future changes under AB109 require a more precise approach.

Because CDCR's Office of Research does not project the Female population by level, CRAFs are still used for Female programs, as appropriate.

# Spring 2014 CDCR Population Projections

The Spring 2014 preliminary projections from CDCR's Office of Research were made available for internal use on May 1, 2014. These new, special projections through 2016 were made with the assistance of consultants from UC Irvine.

The projection for Males is 1.3% lower (-1,639) than the Fall 2013 projections for June 30, 2014, and they remain lower until 2016 when the new projections are 2.1% lower (-2,793) than the Fall 2013 projections. The female population estimate for June 30, 2014, is 0.1% higher (6) than the Fall 2013 projection and then drops lower in 2015. In 2016, the new projections are 1.0% higher (62).



### Male Population: 2002-2016

| Variance from | 2014 | 2015 | 2016 |
|---|---|---|---|
| Fall 2013 | -1.3% | -2.1% | -2.1% |

### Female Population: 2002-2016

| Variance from | 2014 | 2015 | 2016 |
|---|---|---|---|
| Fall 2013 | 0.1% | -1.5% | 1.0% |

*Data Source: CDCR Office of Research*

8

# Changes in Male Population Projections by Security Level Composition – Spring 2014 vs. Fall 2013

The new preliminary Spring 2014 population projections are compared to the Fall 2013 projections by Security Level through 2016, as of June 30 of the respective fiscal years.





The Spring 2014 population projections by Security Level drive increased mental health demand as Level III and IV populations increase rather than remain flat as in the Fall 2013 projections.

*Data Source: CDCR Office of Research*

9

# APP Bed Need – Males

## Acute Psychiatric Program Bed Need Forecast

This Forecast is **Higher** than Fall 2013

| Acute Psych - Male | | | | | | — Actual — | | | | July-Dec | | | — Forecast — | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 d/ | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 152,859 | 153,223 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 128,058 | 128,211 | 129,300 | 130,674 | 132,047 |
| Census Rate a/ | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.11 | 1.45 | 1.42 | 1.93 | 1.75 | 2.08 | 2.09 | 2.10 | 2.11 | 2.11 |
| ADC from databases b/ | 136 | 131 | 146 | 115.1 | 134.4 | 128.8 | 144.11 | 172.3 | 187.5 | 200.1 | 248.53 | | | | |
| Pending List ADC c/ | | | 31 | 42.0 | 55.0 | 45.9 | 81.48 | 44.7 | 26.2 | 22.8 | 18.37 | | | | |
| Total ADC Est. & Forecast | | 131 | 177 | 157 | 189 | 175 | 225.6 | 217.0 | 213.6 | 223 | 266.9 | 268 | 271 | 276 | 279 |
| Bed Need (90% Occ) | 151 | 146 | 197 | 175 | 210 | 194 | 251 | 241 | 237 | 248 | 297 | 298 | 301 | 307 | 310 |

a/ Census rate includes census + pending list. Forecasted rate is modeled based on the distribution of census by security levels using averages of a weekly sample during the first 6 months of FY2014. From this distribution, security level specific rates/1000 were calculated for the data period mid-point (Oct. 31, 2013). The resulting total census projections were applied to the total male population for a blended census rate.

b/ Data Source: 6 months FY14 data weekly HC-POP Census reports

c/ The pending list is based on average weekly counts was 18.4.

d/ Spring 2014 bed need for 6 months FY2014 uses the estimated mid-point (Oct. 31, 2013).

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2013 | | | | | | | | | | | 242 | 242 | 244 | 246 | 245 |
| Forecast based on Spring 2013 | | | | | | | | | | | | 219 | 218 | 219 | 221 |
| Forecast based on Fall 2012 | | | | | | | | | | | | 208 | 208 | 209 | 214 |

*The Spring 2014 bed need forecast is higher than the Fall 2013 study for each of the forecast years. It is 56 beds higher (23.2%) in 2014 and 61 beds higher (25%) by 2016. The census rate is higher in the forecast years compared to the rates used in the Fall 2013 study.*

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

# APP Bed Need – Males (Cont'd)

**Methodology:** HC-POP conducted a weekly audit comprising 27 dates for the first 6 months of FY2014. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the 27 dates. It was assumed that the FY2014 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the CDCR population as of the mid-point (October 31, 2013) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

*The Spring 2014 census rate projections are significantly higher than the Fall 2013 study's census rates for the projected years. In 2014, the newly projected census rate is 25% higher than in the Fall 2013 study.*

## Distribution of Acute Referrals by Security Level

| Security Level | Distri-bution | Est. Census + PL Distri-bution | Population @ 10/31/13 | Census Rates (Spring 2014) | % Chg Spring14-Fall13 | Census Rates (Fall 2013) | Census Rates (Spring 2013) | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 48.7% | 129.9 | 24,131 | 5.38 | 30.9% | 4.11 | 1.48 | 3.75 | 4.00 | 3.95 | 3.58 | 50.4% |
| Level III | 24.2% | 64.5 | 32,278 | 2.00 | 29.1% | 1.55 | 1.45 | 1.30 | 1.40 | 1.62 | 23.5% |
| Level II | 23.3% | 62.1 | 39,614 | 1.57 | 8.4% | 1.45 | 1.43 | 1.20 | 1.15 | 1.09 | 43.8% |
| Level I | 3.9% | 10.4 | 14,966 | 0.70 | -5.7% | 0.74 | 0.66 | 0.60 | 0.62 | 0.77 | -9.5% |
| Total | 100.0% | 266.9 | 128,058 | 2.08 | 18.8% | 1.75 | 1.66 | 1.53 | 1.46 | 1.42 | 46.8% |

Distribution by Security Level does not allocate to RC or SHU populations.

## Census Rate Trends and Projection Comparison



*Increasing population projections for Levels III & IV and dropping projections for Levels I & II had a remarkable effect on future census rates. This caused the blended rate for Spring 2014 to increase compared to a decrease in the Fall 2013 Study.*

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

# APP Pending List – FY2010 through FY2013

On November 27, 2012, 20 more beds were added to the APP capacity (returned capacity from VPP S2 MHCB). On July 29, 2013, 55 beds were opened at CHCF causing the pending list to drop in the first half of FY2014.



FY2010 Average Pending List (PL) List = 81.5
FY2011 Average PL = 44.7
FY2012 Average PL = 26.2
FY2013 Average PL = 22.8
FY2014 (Jul-Dec) Avg. PL = 18.4

The APP PL trend dropped significantly from FY2012 to Q1 FY2013, then began rising sharply in April 2013.
In FY 2014, the PL dropped with the addition of new beds.



Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 | FY12 Q3 | FY12 Q4 | FY13 Q1 | FY13 Q2 | FY13 Q3 | FY13 Q4 | FY14 Q1 | FY14 Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Pending List | 94.9 | 66.9 | 83.1 | 88.4 | 24.9 | 29.4 | 35.7 | 49.2 | 18.1 | 20.3 | 16.4 | 13.9 | 14.7 | 25.4 | 37.8 | 26.4 | 9.8 | |

# Acute/ICF Program Bed Need – Females

This Forecast is **Higher** than Fall 2013

## Patton State and CIW-PIP – Acute/ICF Program – Bed Need Forecast

| Acute/ICF - Female | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 a/ | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **— Actual —** | | | | | | | **Jul-Dec** | | | **— Forecast —** | |
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 a/ | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,023 | 6,128 | 6,303 | 6,459 | 6,646 |
| Census Rate a/ | 1.58 | 2.99 | 2.22 | 1.73 | 1.84 | 1.95 | 2.06 | 2.74 | 2.54 | 5.53 | 7.40 | 7.40 | 7.40 | 7.40 | 7.40 |
| Average Census Patton b/ | 16.86 | 32.47 | 26.03 | 20.58 | 20.99 | 21.52 | 20.81 | 17.92 | 8.9 | 4.35 | 2.00 | | | | |
| Average Census CIW-PIP b/ | | | | | | | | | 10.1 | 27.75 | 42.0 | | | | |
| Pending List b/ | | | | | | | | | 1.4 | 0.65 | 0.6 | | | | |
| Total Avg. Daily Census | 19 | 36 | 29 | 23 | 21 | 22 | 21 | 26.24 | 20.4 | 33 | 45 | 45 | 47 | 48 | 49 |
| Bed Need @ 90% Occ | | | | 23 | 23 | 24 | 23 | 29 | 23 | 36 | 50 | 50 | 52 | 53 | 55 |
| Forecast based on Fall 2013 | | | | | | | | | | | 38 | 38 | 39 | 40 | 40 |
| Forecast based on Spring 2013 | | | | | | | | | | | 35 | 35 | 38 | 40 | 42 |
| Forecast based on Fall 2012 | | | | | | | | | | | 18 | 18 | 19 | 19 | 19 |

a/ Model uses the "Census Rate" method. The population applied to the first 6 months of FY2014 is the midpoint or October 31, 2013.
b/ ADC is based on the HC-POP weekly MIS report.

Data for FY2014 indicate strong growth at CIW from its opening in July 2012 to a high census of 45 on October 28, 2013. A census rate adjustment factor was not applied due to the high rates of increase over the last 2 years. If census rates do not stabilize, a CRAF will be applied in the next study. For 2014, the new forecast is 12.4 beds (32.8%) higher than the Fall 2013 forecast and by 2016 is 13.6 beds higher (34.4%).

### Census Rate Trends and Projection Comparison



Acute/ICF Census/1,000 Females

- Historical Census / 1000 Females
- Projected Census/1000 Spring 2014
- Projected Census/1000 Fall 2013

2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

This Forecast is
**Higher**
than Fall 2013

# ICF Program Bed Need – Males

| High Custody ICF | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | July-Dec 2014 c/ | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 128,058 | 128,211 | 129,300 | 130,674 | 132,047 |
| SVPP+VPP ICF Hi-Custody+CHCF Census Rate a/ | | | | | | | | | | 4.00 | 5.06 | 5.08 | 5.10 | 5.14 | 5.13 |
| VPP ICF Hi-Custody ADC | | | | | | | | | | 129.7 | 152.6 | | | | |
| SVPP Hi-Custody ADC | 43 | 51 | 69 | 117.6 | 178.3 | 197.9 | 231.4 | 290.4 | 345.2 | 346.8 | 270.9 | | | | |
| SVPP ADC on Pending List | 11 | 3 | 100 | 73 | 80 | 136 | 472.2 | 319.7 | 85.9 | 31.7 | 73.7 | | | | |
| CHCF ADC | | | | | | | | | | | 151.3 | | | | |
| SVPP+CMF+CHCF High-Custody Census + PL | 54.2 | 54.0 | 195.8 | 226.0 | 321.0 | 398.0 | 732.4 | 638.6 | 476.1 | 508.2 | 648.6 | 651.9 | 658.9 | 672.3 | 677.9 |
| ADC on 1370 pending list | | | | 27.9 | 31.7 | 19.2 | 19.3 | 16.1 | 14.96 | 2.40 | 0.52 | 0.5 | 0.5 | 0.5 | 0.5 |
| Bed Need w/o 1370's @90% | 60.2 | 60.0 | 217.5 | 251.1 | 356.7 | 442.2 | 813.7 | 709.6 | 529.0 | 565 | 721 | 724 | 732 | 747 | 753 |
| Bed Need (90% Occ) with 1370's | | | | | | | | | 546 | 567 | 721 | 725 | 733 | 748 | 754 |
| **ICF Low Custody - Dorms** | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 c/ | 2014 | 2015 | 2016 | 2017 |
| Combined ICF Low Custody Census Rate b/ | | | | | | | | | | 2.50 | 2.58 | 2.58 | 2.61 | 2.59 | 2.59 |
| - VPP ICF Low-Custody (Dorm) ADC w PL | | | | | | | | | | 58.3 | 75.1 | | | | |
| - ASH ADC w Pending List | 100 | 117 | 73 | 103.6 | 94.0 | 134.4 | 231.2 | 224.5 | 198.12 | 216.8 | 211.7 | | | | |
| - CSH (Coalinga) Avg. Census | | | | 49 | 50 | 47 | 29.4 | N/A | 26.4 | 43.0 | 43.0 | | | | |
| Combined ADC (ind PL) | | | | | | | | | | 318.1 | 329.9 | | | | |
| Combined Low Custody Bed Need (90% Occ) | 111.17 | 129.6 | 210 | 249.4 | 238.0 | 257.5 | 359.2 | 328.4 | 298.4 | 353 | 367 | 368 | 375 | 377 | 379 |
| **All Intermediate - Combined** | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 c/ | 2014 | 2015 | 2016 | 2017 |
| Total ICF Bed Need (@ 90% occupancy) | 256 | 320 | 416 | 501 | 595 | 723 | 1,173 | 1,038 | 861 | 918 | 1,087 | 1,092 | 1,107 | 1,124 | 1,133 |
| Total ICF Bed Need ind 1370's | | | | | | | | | 877 | 921 | 1,088 | 1,093 | 1,107 | 1,124 | 1,133 |

| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| Forecast Based on Fall 2013 | 909 | 917 | 924 | 924 |
| Forecast Based on Spring 2013 | 867 | 864 | 866 | 873 |
| Forecast Based on Fall 2012 | 764 | 769 | 776 | 785 |

a/ Census rate model for SVPP, VPP-ICF High Custody and CHCF based on Security Level distribution analysis from a weekly audit of 6 months of FY2014. From this distribution, security level specific rates/1000 were calculated for the data period mid-point (Oct. 31, 2013). The resulting total census projections were applied to the total male population for a blended census rate.

b/ Census rate model for Low Custody based on security level distribution analysis from a weekly audit of FY2014 (27 dates) for each unit. Rate includes Pending List at ASH and VPP-ICF Dorms.

c/ The census rates for FY2014 are based on 6 months of utilization and uses 10/31/13 as the mid-point of population. The resulting blended rates are applied to the forecasted years.

*The bed need for Male ICF increased from the Fall 2013 study for each forecasted year. For 2014, Low Custody bed need is 10 beds lower (-2.6%) than in the Fall 2013 study. In 2016 Low Custody ICF bed need is 15 beds lower (-3.9%). The High Custody ICF bed need is in 2014 is 193 beds higher (36.2%) than what was forecasted in the Fall 2013 study and 215 beds higher (40.4%) in 2016. The bed need for all beds in 2014 is 183 beds higher (20.1%) than projected in the Fall 2013 study and 200 beds higher (21.6%) by 2016.*

Data Sources: HC-POP FY2014 Data, Audits; Census & Pending

14

# ICF Program Bed Need – Distribution by Security Level

**Methodology:** HC-POP conducted a weekly audit comprising 27 dates distributed between July 1, 2013, and December 31, 2013. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the 27 dates. It was assumed that the FY2014 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the CDCR population midpoint (October 31, 2013) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

## ICF High Custody (SVPP & CMF VPP)

| Security Level | Distrib-ution % | Est. Census + PL Distrib-ution @ 10/31/13 | Pop-ulation @ 10/31/13 | Census Rates (Spring 2014) | % Chg Spring14-Fall13 | Census Rates Fall 2013 | Census Rates Spring 2013 | Census Rates Fall 2012 | % Chg Fall 2012-Spring 2014 |
|---|---|---|---|---|---|---|---|---|---|
| Level IV | 61.2% | 397.1 | 24,131 | 16.46 | 32.5% | 12.42 | 11.93 | 11.92 | 38.1% |
| Level III | 18.7% | 121.4 | 32,278 | 8.76 | 25.1% | 3.01 | 2.82 | 2.53 | 48.5% |
| Level II | 16.9% | 109.4 | 39,614 | 2.76 | 32.6% | 2.08 | 2.07 | 1.14 | 142.9% |
| Level I | 3.2% | 20.8 | 14,966 | 1.39 | 146.9% | 0.56 | 0.50 | 0.37 | 273.5% |
| Total | 100.0% | 648.6 | 128,058 | 5.06 | 26.6% | 4.00 | 3.92 | 3.41 | 48.4% |

## ICF Dorm / Low Custody (ASH, VPP-Dorms & CSH)

| Security Level | Distrib-ution % | Est. Census + PL Distrib-ution | Popula-tion @ 10/31/13 | Census Rates (Spring 2014) | % Chg Spring14-Fall13 | Census Rates Fall 2013 | Census Rates Spring 2013 | Census Rates Fall 2012 | % Chg Fall 2012-Spring 2014 |
|---|---|---|---|---|---|---|---|---|---|
| Level IV | 15.7% | 51.9 | 24,131 | 2.15 | -1.2% | 2.17 | 2.19 | 2.04 | 5.5% |
| Level III | 20.7% | 68.4 | 32,278 | 2.12 | -6.7% | 2.27 | 2.18 | 2.18 | -2.8% |
| Level II | 54.5% | 179.7 | 39,614 | 4.54 | 4.4% | 4.34 | 4.63 | 3.82 | 18.7% |
| Level I | 9.1% | 29.9 | 14,966 | 2.00 | 15.8% | 1.72 | 1.83 | 1.53 | 30.3% |
| Total | 100.0% | 329.9 | 128,058 | 2.58 | 2.8% | 2.50 | 2.55 | 2.14 | 20.5% |

Population midpoint for FY2014 is October 31, 2013.

Distribution by Security Level does not allocate to RC or SHU populations.

*Data Sources: HC-POP FY2014 Data, Audits: Census & Pending*

# ICF Program Bed Need – Males

## SVPP Census & Pending List



| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 | FY12 Q3 | FY12 Q4 | FY13 Q1 | FY13 Q2 | FY13 Q3 | FY13 Q4 | FY14 Q1 | FY14 Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ PL | 39.7 | 47.0 | 53.6 | 48.1 | 46.3 | 77.0 | 71.7 | 64.0 | 43.1 | 43.6 | 122.4 | 59.6 | 20.9 | 17.8 | 31.6 | 32.3 | 45.2 | 54.2 | 94.8 |
| □ Census | 212.3 | 230.0 | 230.5 | 233.0 | 229.4 | 271.0 | 319.6 | 342.5 | 347.0 | 348.5 | 343.3 | 345.4 | 354.2 | 342.7 | 304.4 | 235.5 |



## ASH Census & Pending List



| | FY10 Q1 | FY10 Q2 | FY10 Q3 | FY10 Q4 | FY11 Q1 | FY11 Q2 | FY11 Q3 | FY11 Q4 | FY12 Q1 | FY12 Q2 | FY12 Q3 | FY12 Q4 | FY13 Q1 | FY13 Q2 | FY13 Q3 | FY13 Q4 | FY14 Q1 | FY14 Q2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ PL | 38.5 | 17.2 | 16.3 | 8.9 | 10.5 | 5.8 | 4.0 | 5.5 | 7.8 | 13.0 | 5.0 | 4.2 | 4.8 | 4.4 | 3.3 | 3.8 | 4.5 | 2.8 |
| □ Census | 155.7 | 209.1 | 234.3 | 246.1 | 245.5 | 222.3 | 206.7 | 197.9 | 176.1 | 197.2 | 199.8 | 190.4 | 216.7 | 230.6 | 200.7 | 209.6 | 206.4 |

For SVPP, daily counts are shown as quarterly averages for FY2010 through the 2nd quarter FY2014. For FY2011, the combined census + pending list average was 93.5 lower than the FY2010 average, or -13.3%. The combined census + pending list for FY2012 is 29.3% lower than FY2011. For FY2013 combined census plus pending list is 12.2% lower than FY2012. This was all due to pending list reductions. For the first 2 quarters of FY2014, the census plus pending list was 8.9% lower than FY2013.

At ASH, the FY2011 census + pending list was 6.6 lower than the average census + pending list for FY2010 (-2.9%). For FY2012, the census + pending list is 26.4 lower than FY2011 (-11.8%). For FY2013, the combined census and pending list is 18.7 higher (9.4%) than FY2012. For the first 2 quarters of FY2014 the census plus pending list was 2.4% lower than FY2013.

HC-POP has assumed an on-going role in monitoring the pending lists.

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

Spring 2014 Mental Health Bed Need Study (Draft)

# SVPP Census Trends – FY2008-FY2014 (6 months)

*The census trends at SVPP reflect the increases in capacity. In April 2009, the addition of Treatment Center 2 corresponds with a jump in census. Additions in February, September, and December 2010 also show corresponding increases in census. In FY2013, the census averaged 346.8, or 93.7% occupancy, on 370 beds. In FY2014 (6 months) the census averaged 270.9, or 73% of licensed capacity.*



Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

(1) C-5 was closed temporarily on Dec. 8, 2010, and C-6 was opened on Dec. 9, 2010. C-5 was reactivated on Jan. 18, 2011.

Spring 2014 Mental Health Bed Need Study (Draft)

17

# ASH Intermediate Census Trends FY2007-FY2013

*The rapid growth of the census at ASH in FY2010 is attributed to the Mental Health Assessment and Referral Project (MHARP) and the ICF Pilot Program. In FY2009, the average census and pending lists were: 113.4 and 21.0, respectively. For FY2010, these grew to: 210.7 and 20.5, respectively. In FY2011, the average census increased to 218.1 but the pending list dropped to 6.4.  The combined census plus pending list dropped by 6.6 (-2.9%). In FY2012, the combined census plus pending list dropped 26.4 (-11.8%). In FY2013, the average census plus pending list at ASH rose to 216.8, or 84.7% of capacity. In the first 6 months of FY2014, the census plus pending list dropped to 211.6, or 83% of capacity.*



| Year | ASH-ICF | Pending List | ASH ICF+ Pending list |
|---|---|---|---|
| FY2009 | 113.4 | 21.0 | 134.4 |
| FY2010 | 210.7 | 20.5 | 231.2 |
| FY2011 | 218.1 | 6.4 | 224.5 |
| FY2012 | 190.7 | 7.4 | 198.1 |
| FY2013 | 212.7 | 4.1 | 216.8 |
| FY2014 6 mo. | 208.1 | 3.6 | 211.6 |

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

Spring 2014 Mental Health Bed Need Study (Draft)

# SVPP Pending List Trend



### SVPP CDCR Inmates + Penal Code (PC) 1370 Pending List Trend
### FY2007-FY2014

*Data Sources: HC-POP FY2014 Data, Audits: Census & Pending*

*The SVPP pending list increased significantly since April 2008 and especially since the MHARP began. However, drops have occurred since March 2010 due to the following changes:*

- *SVPP Capacity Increases.  10 new beds in February 2010 and 116 new beds in the C-Yard between September and December 2010.*
- *VPP Capacity Increases.  64 new beds in February 2012, and 110 temporary ICF beds in L-tower between July 2013 and July 2013.*
- *Alternative ICF Placements.  HC-POP began redirecting those eligible for alternative ICF placements in January 2011. In FY2012, efforts to further reduce the pending list resulted in movement of ASH patients to CSH so that eligible inmates on the SVPP pending list could be admitted to ASH.*

*Beginning 10/22/2013, 116 beds at SVPP D5/D6 and 37 beds at VPP L-tower were taken offline by DSH.  This resulted in an increased pending list for ICF-H.  In FY2014, the average pending list increased to 74.  However, the PC 1370 inmate pending list dropped to the single digits, averaging only 0.5 in FY2014.*

# MHCB Bed Need – Males

This Forecast is **Higher** than Fall 2013

| MHCB - Males | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | July-Dec 2014 a/ | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Actual | | | | | | | Forecast | | | |
| Population Spring 2014 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 159,544 | 127,009 | 128,058 | 128,211 | 129,300 | 130,674 | 132,047 |
| Census Rate e/ | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 2.01 | 2.05 | 2.28 | 2.27 | 2.65 | 2.65 | 2.66 | 2.67 | 2.68 | 2.67 |
| Average census | 165 | 151 | 147 | 241 | 246.7 | 292.4 | 302.8 | 335.5 | 297.2 | 298.13 | 322.19 | | | | |
| Pending List | 7 | 53 | 40 | 9.60 | 36.0 | 23.4 | 16.5 | 13.4 | 8.87 | 8.37 | 10.52 | | | | |
| b/ Adj. for AH & OHU | | | | | | | | | 9.67 | 6.87 | 7.02 | | | | |
| Combined ADC | 172 | 204 | 187 | 250 | 283 | 316 | 319 | 348.8 | 317 | 313 | 340 | 341 | 345 | 351 | 353 |
| Bed Need (90% Occ) | 192 | 227 | 208 | 278 | 314 | 351 | 355 | 388 | 352 | 348 | 377 | 379 | 383 | 389 | 392 |
| Adj for APP/ICF/PSU PL c/ | | | | | | | | 71.3 | 40.9 | 31.2 | 44 | 40 | 20 | 10 | - |
| Bed Need "trued" for APP/ICF/PSU PL's d/ | | | | | | | | 316 | 311 | 317 | 334 | 339 | 363 | 379 | 392 |

a/ Rate includes actual census and pending list averages for 6 months of FY2014. In addition, 12 months of data were analyzed to measure the impact of the OHU and AH guidelines that could generate a potential census from the OHU's and AH's described in b/ below. Security level specific rates were calculated for 6 months of FY2014 using the mid-point at 10/31/2013. These security level specific rates/1000 were applied to the OISB Spring 2014 population forecasts. The resulting total census projections were applied to the total male population for a blended census rate.

b/ To measure the potential unmet need in the OHU's and the Alternative Housing units (AH), HC-POP studied the volume, length of stay and disposition of patients in the OHUs and AHs for 12 months of 2013. Cases not referred to HC-POP and that were deemed "not needing MHCB placement" resulted in a incremental average census of 5.71 attributable to the OHU and 1.31 for the AH. Total average census of 7.02.

c/ The highest proportion (91.1%) of inmates on the APP pending list were actually in MHCBs based on the data for 6 months of FY2014. This represents a census of 16.7. Similarly the inmates on ICF pending lists (SVPP, ASH, VPP) who were actually in a MHCB averaged a census of 25.9 and represented 32.4% of the ICF pending lists. Finally an average census of 1.3 (4.5% of the PSU pending list) are in an MHCB bed. Total = 44.0.

d/ This is the "trued" bed need assuming APP, ICF and PSU capacities were sufficient to treat all on their respective pending lists. There was a census drop of 30.4 between the Fall 2011 study (ADC estimate =71.3) and the Fall 2012 study (ADC estimate 40.9). The Fall 2013 study indicates an ADC of 31.2. It is assumed that this census adjustment will drop to 40 by June 2014, to 20 in FY2015, to 10 in FY2016, and zero thereafter.

e/ The census rate for the first 6 months of FY2014 uses the mid-point population estimates as of 10/31/13 provided by CDCR Office of Research.

| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| Forecast Based on Fall 2013 | 342 | 344 | 347 | 347 |
| Forecast Based on Spring 2013 | 313 | 312 | 313 | 316 |
| Forecast Based on Fall 2012 | 305 | 308 | 310 | 314 |

*Data Sources: HC-POP FY2014 Data, Audits: Census & Pending*

**The bed need for Male MHCB increased from the Fall 2013 study for each forecasted year. For 2014, this new forecast is 37.3 beds higher (10.9%) and 42.1 beds higher (12.1%) in 2016.**

Spring 2014 Mental Health Bed Need Study (Draft)

# MHCB Bed Need – Census Rate by Security Level

**Methodology:** HC-POP conducted a weekly audit through the first 6 months of FY2014. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for a 6-month period. It was assumed that the census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to the CDCR population mid-point (October 31, 2013) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model. An adjustment for the estimated potential census in OHU and Alternative Housing was also included.

| Security Level | Distribution | Est Census + IWL Distribution | Population @ 10/31/13 | Census Rates (Spring 2014) | % Chg Spring14-Fall13 | Census Rates (Fall 2013) | Census Rates (Spring 2013) | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 50.7% | 172.2 | 24,131 | 7.13 | 19.3% | 5.98 | 5.55 | 5.80 | 5.69 | 5.72 | 24.7% |
| Level III | 18.9% | 64.1 | 32,278 | 1.99 | 14.3% | 1.74 | 1.64 | 1.92 | 1.96 | 1.98 | 0.2% |
| Level II | 24.0% | 81.5 | 39,614 | 2.06 | -3.7% | 2.14 | 2.15 | 1.67 | 1.74 | 2.08 | -0.9% |
| Level I | 6.5% | 21.9 | 14,966 | 1.46 | 6.5% | 1.37 | 1.33 | 1.29 | 1.41 | 1.71 | -14.5% |
| Total | 100.0% | 339.7 | 128,058 | 2.65 | 7.5% | 2.47 | 2.37 | 2.27 | 2.20 | 2.28 | 16.2% |

Midpoint population for period is October 31, 2013.
Distribution by Security Level does not allocate to RC or SHU populations.

## MHCB Census Rate Trends and Projection Comparison



*The Spring 2014 census rate for 2014 is 12.8% higher than the Fall 2013 study value for the same year. In 2016, the new census rate is 15.1% higher than that estimated in the Fall 2013 study.*

Data Sources: McManis Mental Health Bed Need model, HC-POP FY2014 Data, Audits: Census & Pending, AH & OHU Analysis.

Spring 2014 Mental Health Bed Need Study (Draft)

21

# MHCB Bed Need – Males: Census Trends



*Multi-year Census Trend MHCB – Male FY2006-FY2014*

The average census for Male MHCBs in the first half of FY2014 increased to 340 from 313 in FY2013. The average census in FY2012 was 317 and in FY2011 it was 349.

*Data Sources: HC-POP FY2013 Data; Audits: Census & Pending*

# MHCB Bed Need – Males:  Pending List Trends



*MHCB Pending List Trend (July 2005 – December 2014)*



The MHCB pending list dropped in FY2012 to an average of 9.2 from 13.38 in FY2011, a drop of 31.6%. In FY2013, the average pending list was 8.4 compared to 9.2 for FY2012, a drop of 8.6% However, the average pending list jumped from 5.3 in the 3rd quarter of FY2013 to 19.3 in the 4th quarter.  In the 1st quarter of FY2014, the average pending list dropped to 15.6 and then dropped further to 5.0 in the 2nd quarter.

*Data Sources: HC-POP FY2014 Data, Audits: Census & Pending*

This Forecast is
**Higher**
than Fall 2013

# MHCB Bed Need – Females

## Female MHCB - Bed Need Forecast

| MHCB - Females | Actual | | | | | | | July-Dec | Forecast | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013/c | 2014 /c | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,023 | 6,128 | 6,303 | 6,459 | 6,646 |
| Census Rate a/ | 1.04 | 1.15 | 1.20 | 1.41 | 1.57 | 1.27 | 1.83 | 2.22 | 2.22 | 2.52 | 2.78 | 2.97 |
| Average census | 12.4 | 13.2 | 13.2 | 14.25 | 14.98 | 10.2 | 10.85 | 13.37 | 14 | 16 | 18 | 20 |
| Census Rate Adjustment factor b/ | | | | | | | | | 17.1% | 13.7% | 10.3% | 6.8% |
| Bed Need (90% Occ) | 14 | 15 | 15 | 16 | 17 | 11 | 12 | 15 | 15 | 18 | 20 | 22 |

a/ Includes CCWF and CIW. Data for 6 months of FY2014 from HC-POP weekly MHCB Census report.

b/ CDCR assumes that rates will continue to increase at a decelerating rate based on a 5-year increase between 2009 and 2014.

c/ The modeled census rate for FY2014 is based on the 6 months of utilization and the CDCR mid-point population estimate at October 31, 2013.

| | | | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| Forecast based on Fall 2013 | | | 14 | 14 | 16 | 17 |
| Forecast based on Spring 2013 | | | 13 | 14 | 14 | 15 |
| Forecast based on Fall 2012 | | | 8 | 9 | 9 | 9 |

*This new forecast is slightly higher than the Fall 2013 forecast. The bed need for 2014 is 1.4 beds higher (10.0%) than that projected in the Fall 2013 study. By 2016, it is 3.9 beds higher (24.6%). The new census rates are higher throughout the forecast. This forecast uses a census rate adjustment factor, which applies an adjustment to the census rate based on the average change between 2009-2014.*

The census rate for this Spring 2014 forecast is 10.9% higher for 2014 than the older Fall 2013 forecast and is 24.1% higher by 2016.



**Spring 2014 Census Rate Trends and Projection Comparison**

Legend:
- Historical Census /1000 Females
- Projected Census/1000 Spring 2014
- Projected Census/1000 Fall 2013

MHCB Census/ 1,000

Data points (Spring 2014): 1.27, 1.41, 1.57, 1.88, 2.22, 2.52, 2.78, 2.97
Data points (Fall 2013): 2.00, 2.14, 2.24, 2.30

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

# EOP-GP Bed Need – Males

**This Forecast is Higher than Fall 2013**

## Male EOP–GP Detailed Forecast by Security Level

| EOP Program by Type | Actual | | | | | Jul-Dec est. | Forecast | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 a/ | 2014 | 2015 | 2016 | 2017 |
| **Level I** | | | | | | | | | | |
| Pop Level I a/ | 28,917 | 28,800 | 21,716 | 19,864 | 15,411 | 14,966 | 14,650 | 13,998 | 15,445 | 15,034 |
| Census Rate | 8.7 | 10.2 | 13.5 | 11.8 | 13.3 | 13.2 | 13.2 | 13.2 | 13.2 | 13.2 |
| Census Pt b/ | 252 | 293 | 293 | 234 | 206 | 197 | 195 | 183 | 177 | 171 |
| Bed Need @ 95% | 265 | 308 | 309 | 246 | 216 | 207 | 203 | 193 | 186 | 180 |
| **Level II** | | | | | | | | | | |
| Pop Level II | 40,625 | 40,519 | 37,952 | 35,426 | 37,008 | 39,614 | 39,817 | 41,555 | 41,202 | 41,333 |
| Census Rate | 22.0 | 22.1 | 26.3 | 28.6 | 36.4 | 35.5 | 35.5 | 35.5 | 35.5 | 35.5 |
| Census Pt b/ | 895 | 897 | 998 | 1,013 | 1,347 | 1,406 | 1,413 | 1,474 | 1,462 | 1,468 |
| Bed Need @ 95% | 940 | 944 | 1,050 | 1,086 | 1,418 | 1,480 | 1,487 | 1,552 | 1,539 | 1,540 |
| **Level III** | | | | | | | | | | |
| Pop Level III | 33,660 | 34,075 | 35,042 | 33,930 | 32,541 | 32,278 | 31,570 | 33,115 | 33,552 | 35,040 |
| Census Rate | 23.7 | 21.7 | 22.9 | 24.0 | 22.6 | 23.4 | 23.4 | 23.4 | 23.4 | 23.4 |
| Census Pt b/ | 799 | 740 | 802 | 814 | 755 | 755 | 761 | 784 | 784 | 819 |
| Bed Need @ 95% | 841 | 779 | 845 | 857 | 775 | 794 | 801 | 790 | 836 | 862 |
| **Level IV** | | | | | | | | | | |
| Pop Level IV | 25,780 | 25,945 | 28,560 | 28,752 | 26,153 | 24,131 | 24,359 | 24,553 | 25,143 | 25,172 |
| Census Rate | 47.5 | 46.8 | 45.5 | 48.4 | 46.1 | 54.1 | 54.1 | 54.1 | 54.1 | 54.1 |
| Census Pt b/ | 1,225 | 1,215 | 1,301 | 1,392 | 1,205 | 1,306 | 1,313 | 1,329 | 1,361 | 1,362 |
| Bed Need @ 95% | 1,290 | 1,279 | 1,369 | 1,465 | 1,268 | 1,375 | 1,382 | 1,399 | 1,432 | 1,434 |
| **Reception Centers** | | | | | | | | | | |
| Reception Center Pop | 26,878 | 22,028 | 23,825 | 15,911 | 10,185 | 11,468 | 11,345 | 11,575 | 11,738 | 11,920 |
| Census Rate (Endorsed + non) | 26.4 | 30.7 | 30.6 | 27.1 | 18.5 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Census Pt b/ | 709 | 677 | 729 | 431 | 188 | 230 | 227 | 232 | 235 | 239 |
| Bed Need @ 95% | 747 | 713 | 767 | 454 | 198 | 242 | 239 | 244 | 247 | 251 |
| **Bed Need Level I-IV and RC's** | | | | | | | | | | |
| Level I | 265 | 308 | 309 | 246 | 216 | 207 | 203 | 193 | 186 | 180 |
| Level II | 940 | 944 | 1,050 | 1,066 | 1,418 | 1,480 | 1,487 | 1,552 | 1,539 | 1,540 |
| Level III | 841 | 779 | 845 | 857 | 773 | 794 | 801 | 790 | 826 | 862 |
| Level IV | 1,290 | 1,279 | 1,369 | 1,465 | 1,268 | 1,375 | 1,382 | 1,399 | 1,432 | 1,434 |
| Reception Centers | 747 | 713 | 767 | 454 | 188 | 242 | 239 | 244 | 247 | 251 |
| Total Bed Need - All Levels | 4,083 | 4,023 | 4,340 | 4,088 | 3,874 | 4,097 | 4,112 | 4,178 | 4,230 | 4,268 |
| Adj for APP/ICF/PSU pending lists c/ | | | 167 | 61 | 24 | 48 | 48 | 20 | | |
| Total Bed Need - "need" for pending lists or other programs d/ | | | 4,173 | 4,027 | 3,850 | 4,049 | 4,064 | 4,158 | 4,230 | 4,268 |
| | | | | | | | | | | |
| Fall 2013 | | | | | | | 3,996 | 4,054 | 4,087 | 4,098 |
| Spring 2013 | | | | | | | 3,786 | 3,777 | 3,792 | 3,818 |
| Fall 2012 | | | | | | | 3,604 | 3,615 | 3,642 | 3,679 |

a/ Population data used: Spring 2014 projections and earlier estimates. Population for 2014 uses CDCR's estimate as of October 31 2013, the mid-point for the first 6 months of FY2014.

b/ Census =PL source was EOP by Level data from HC-POP for FY07-FY14 with allocation of "Misc" using actual distribution of Level I-IV for each year. Each year's total by Level was reduced for ASU by applying the security level distribution obtained by HC-POP's audit of a 27-date sample. For the first 6 months of FY2014, the ASU distribution was: Level IV = 65.6%, Level III = 16.3%, and Level I = 2.8%. The resulting security level specific census rates assumed to remain constant throughout the forecast.

c/ HC-POP conducted a 27-date sample to determine the average census of inmates who were on the APP (1.0) and ICF (<7.0) pending lists and were currently housed in EOP-GP.

d/ This is the "need" bed need assuming ICF and APP capacities were sufficient to treat all on the pending list. The census adjustment was estimated at <50 for the first 6 months of FY2014. It is assumed that this census adjustment will drop to 20 by FY2015, after which this "truing" adjustment is eliminated (i.e., becomes "zero").

---

**The Spring 2014 forecast is higher than the Fall 2013 forecast for each of the forecast years. In 2014, the new forecast is 116 beds (2.9%) higher than the Fall study. In 2016, the new forecast is 143 beds higher (3.5%) than the Fall 2013 study .**

# EOP-GP Bed Need – Males: Census Rates by Security Level

## Male EOP-GP Security Level-Specific Census Rates



|  | Level I | Level II | Level III | Level IV | RC |
|---|---|---|---|---|---|
| ☐ Fall 2011 Census Rate | 13.5 | 26.3 | 22.9 | 45.5 | 30.6 |
| ☐ Spring 2012 Census Rate | 11.5 | 27.7 | 23.6 | 47.7 | 26.1 |
| ■ Fall 2012 Census Rate | 11.8 | 28.6 | 24.0 | 48.4 | 27.1 |
| ☐ Spring 2013 Census Rate | 13.5 | 37.8 | 22.0 | 43.7 | 16.6 |
| ■ Fall 2013 Census Rate | 13.3 | 36.4 | 22.6 | 46.1 | 18.5 |
| ☒ Spring 2014 Census Rate | 13.2 | 35.5 | 23.4 | 54.1 | 20.0 |

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

**Methodology:** Census rates by security level (based on placement score) were calculated using actual weekly counts provided by HC-POP. Utilization is expected to occur in proportion to the total population within a specific security level. Two adjustments were made before rate calculation: 1) It was assumed that the "Miscellaneous" EOP patients counts would be distributed in the same proportion as the distribution of the Level I-IV EOP counts; and 2) the average EOP census counts by security level were reduced by the estimated number of EOP-ASU patients in the data. A HC-POP audit of weekly sample days was used to allocate the ASU averages by level (discussed in that section). The forecasts by level were then made using the CDCR male population mid-point of the first 6 months of FY2014, October 31, 2013.

**Level 1 and 2 EOP-GP census rates _dropped slightly_, Level 3 and 4 and RC census rates all _increased_.**

This Forecast is **Higher** than Fall 2013

# EOP-ASU Bed Need - Males

## Male EOP-ASU Bed Need Forecast

### Ad-Seg EOP Need - Males

| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 d/ | Jul-Dec 2014 d/ | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Population Spring 2014 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 128,058 | 128,211 | 129,300 | 130,674 | 132,047 |
| Census /1000 males a/ | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.62 | 3.35 | 3.75 | 3.95 | 3.84 | 4.40 | 4.42 | 4.43 | 4.43 | 4.46 |
| Average census a/ | 420 | 398 | 496 | 498 | 560 | 567 | 521.2 | 572.5 | 550.9 | 488 | 563.7 | 567 | 573 | 585 | 589 |
| Bed Need @ 95% Occ | 443 | 419 | 522 | 524 | 589 | 597 | 549 | 603 | 580 | 514 | 593 | 596 | 603 | 615 | 620 |
| Adj for PSU/ICF pending list b/ | | | | | | | | 161.2 | 57.2 | 18.3 | 27.7 | 25 | 10 | | |
| Bed Need "trued" for PSU/ICF PL's c/ | | | | | | | | 441 | 523 | 496 | 566 | 571 | 593 | 615 | 620 |

a/ Source:  HC-POP data for 6 months FY 2014. The census rates shown in the forecast section are "blended" based on security-level specific census rates calculated by applying a 27-date sample distribution to the average census for EOP-ASU and the CDCR forecasted security level projections.

b/ HC-POP conducted a 27-date sample to determine the average census of inmates who were on the PSU (27.48), and SVPP ICF (0.26) pending lists and were currently housed in ASU-EOP.  It is assumed that this census adjustment will drop to 10 by FY2015.

c/ This is the "trued" bed need assuming PSU and ICF capacities were sufficient to treat all on their respective pending lists.

d/ This bed need calculation uses the 6 months of utilization in FY2014 and its mid-point population (10/31/13).

| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| Forecast Based on Fall 2013 | 486 | 487 | 488 | 486 |
| Forecast Based on Spring 2013 | 446 | 444 | 445 | 448 |
| Forecast Based on Fall 2012 | 486 | 491 | 495 | 502 |

*The Spring 2014 forecast is higher than the Fall 2013 forecast for FY2014 by 110 beds (22.6%) and by 127 beds (26.1%) in 2016.*

The Spring 2014 census rate projections are significantly higher in 2014 (24.8%) increasing to 29.4% higher by 2016 compared to the Fall 2013 study. The primary cause is the increase in the Level IV rate.

### Spring 2014 Census Rate Trend/Forecast



Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

27

# EOP-ASU Bed Need – Males – Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| Security Level | Distrib-ution | Est. Census + PL Distrib-ution | Pop-ulation @ 10/31/13 | FY2014 Census Rates (Spring 2014) | % Chg Spring14-Fall13 | FY2013 Census Rates (Fall 2013) | FY2013 Census Rates (Spring 2013) | FY2012 Census Rates (Fall 2012) | FY2012 Census Rates (Spring 2012) | FY2011 Census Rates (Fall 2011) | % Chg FY2011-2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 65.6% | 369.8 | 24,131 | 15.33 | 33.4% | 11.49 | 10.37 | 12.89 | 14.41 | 13.79 | 11.1% |
| Level III | 16.9% | 95.0 | 32,278 | 2.94 | 0.8% | 2.92 | 2.84 | 2.99 | 2.94 | 3.03 | -2.8% |
| Level II | 14.7% | 83.0 | 39,614 | 2.09 | -0.8% | 2.11 | 2.26 | 1.73 | 2.07 | 1.50 | 39.7% |
| Level I | 2.8% | 15.9 | 14,966 | 1.06 | 12.2% | 0.94 | 0.99 | 0.89 | 1.09 | 0.72 | 47.6% |
| Total | 100.0% | 563.7 | 128,058 | 4.40 | 14.5% | 3.84 | 3.71 | 3.95 | 4.17 | 3.75 | 17.5% |

**Population as of October 31, 2013 (the mid-point of the first 6 months of FY2014).
Distribution by Security Level does not allocate to RC or SHU populations.**

**Methodology:** As in the four prior studies, this Spring 2014 forecast utilized the EOP-ASU census rates by inmate security level. HC-POP provided the average census for male EOP-ASU for the first 6 months of FY2014 and also conducted a weekly audit (27 data points) of security levels. This analysis matched the inmates resident in the program to their security level based on placement score. The distribution by Level I-IV was averaged for the weekly data points. "No-score" inmates were reallocated in the same proportion as the 4 security levels. "Level-specific" census values were then applied to the Spring 2014 CDCR population at the mid-point of (October 31, 2013) to obtain "security level-specific" census rates. These census rates were then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

The Level IV census rate increased following decreases over the last several studies.

*Data Sources: HC-POP FY2014 Data, Audits: Census & Pending*

This Forecast is **Higher** than Fall 2013

# PSU Bed Need – Males

## Male PSU Bed Need Forecast

| PSU - Males | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Jul-Dec est. 2014 b/ | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | — Actual — | | | | | | | | | | — Forecast — | | | |
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 128,058 | 128,211 | 129,300 | 130,674 | 132,047 |
| Census /1000 males a/ | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.67 | 2.64 | 2.99 | 3.03 | 2.92 | 2.82 | 2.83 | 2.84 | 2.87 | 2.85 |
| Average Census | 265 | 292 | 303 | 310 | 380 | 376 | 374 | 373.7 | 362.6 | 351.3 | 351.22 | | | | |
| Pending List (E&W) | | | | 15.9 | 43 | 43 | 37 | 83.6 | 60.5 | 19.2 | 29.44 | | | | |
| Census + Pending List | | | | | | | | 457 | 423 | 370.5 | 360.7 | 363 | 367 | 375 | 376 |
| Bed Need @ 95% Occ | 279 | 308 | 319 | 343 | 445 | 442 | 433 | 481 | 445 | 390 | 380 | 382 | 386 | 395 | 396 |

a/ The forecasted rate is a "blended" rate based on the distribution of census by security level using the distribution averaging weekly (27) census counts during the first 6 months of FY2014. From this distribution security level specific rates/1000 were calculated then multiplied times the CDCR security level population projections. The resulting total census projections were applied to the total male population to create a "blended" census rate.

b/ This bed need calculation uses the first 6 months of utilization in FY2014 and its mid-point population (10/31/13).

| | | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Forecast Based on Fall 2013 | | 347 | 342 | 340 | 336 |
| Forecast Based on Spring 2013 | | 325 | 322 | 321 | 322 |
| Forecast Based on Fall 2012 | | 346 | 350 | 354 | 359 |

**The new Spring 2014 bed need projection is 34.6 beds higher (10.0%) than the Spring 2013 study for 2014. By 2016, the new forecast is 55.6 beds higher (16.4%) than the Fall 2013 study.**

The blended census rates are 11.9% higher for FY2014, growing to 19.4% higher in 2016 compared to the Fall 2013 study.



### Spring 2014 Census Rate Trend/Forecast

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

Spring 2014 Mental Health Bed Need Study (Draft)

# PSU Bed Need – Males - Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| PSU Audit sample by Security Level | PSU Distribution | Est. Census + PL Distribution | Population @ 10/31/13 | Census Rates (Spring 2014) | % Chg Spring14-Fall13 | Census Rates (Fall 2013) | Census Rates (Spring 2013) | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 94.3% | 340.1 | 24,131 | 14.09 | 7.1% | 13.16 | 12.82 | 13.87 | 14.56 | 15.08 | -6.5% |
| Level III | 3.0% | 10.7 | 32,278 | 0.33 | -34.1% | 0.50 | 0.56 | 0.43 | 0.36 | 0.34 | -1.9% |
| Level II | 2.0% | 7.2 | 39,614 | 0.18 | 4.8% | 0.17 | 0.17 | 0.13 | 0.15 | 0.23 | -20.3% |
| Level I | 0.7% | 2.6 | 14,956 | 0.18 | -21.7% | 0.22 | 0.25 | 0.25 | 0.24 | 0.28 | -37.6% |
| Total | 100.0% | 360.7 | 128,058 | 2.82 | -3.4% | 2.92 | 2.96 | 3.03 | 2.99 | 2.99 | -5.9% |

Population as of October 31, 2013 (the mid-point of the first 6 months of FY2014).
Distribution by Security Level does not allocate to RC or SHU populations.

**Methodology:** HC-POP conducted a weekly audit comprised of 27 dates for the first 6 months of FY2014. This analysis matched the inmates resident in the program to their security level based on placement score. It was assumed that the FY2014 census plus pending list would be allocated in the same proportion resulting in "security level-specific" census values, which were then applied to CDCR's Spring 2014 population as of October 31, 2013 (mid-point), to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

*Data Sources: McManis Model, HC-POP FY2014 Data, Audits: Census & Pending*

# PSU Bed Need – Males: Census & Pending List Trends



PSU Census and Pending List: Jan 2006 – December 2013

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

Spring 2014 Mental Health Bed Need Study (Draft)

# EOP General Population Bed Need - Females

This Forecast is **Higher** than Fall 2013

## Female EOP–GP Bed Need Forecast

| EOP-GP Female | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | Jul-Dec 2014 /c | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Actual | | | | | | | | Forecast | | |
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 /c | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,023 | 6,128 | 6,303 | 6,459 | 6,646 |
| Census /1000 Females | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 13.5 | 16.78 | 15.96 | 15.01 | 16.87 | 22.14 | 22.14 | 23.46 | 24.40 | 24.89 |
| Avg census a/ | 141 | 163 | 184 | 206 | 165 | 149 | 169.4 | 152.7 | 120.6 | 100.0 | 133.3 | 136 | 148 | 158 | 165 |
| Census Rate Adj. factor b/ | | | | | | | | | | | 8.0% | 8.0% | 6.0% | 4.0% | 2.0% |
| Bed Need @ 95% Occ | 149 | 171 | 193 | 217 | 174 | 157 | 178 | 161 | 127 | 105 | 140 | 143 | 156 | 166 | 174 |
| | | | | | | | | | | | | | | | |
| Forecast Based on Fall 2013 | | | | | | | | | | | | 113 | 119 | 121 | 123 |
| Forecast Based on Spring 2013 | | | | | | | | | | | | 95 | 97 | 97 | 100 |
| Forecast Based on Fall 2012 | | | | | | | | | | | | 88 | 89 | 90 | 90 |

a/ Data source: HC-POP MIS report for 6 months of FY2014.

b/ Census Rate Adjustment Factor (CRAF) assumes that census rate will continue to increase but at a decelerating rate based on a 4-year increase between 2010 and 2014.

c/ The bed need calculation uses the average census of 6 months FY2014 and its mid-point population (10/31/13).



### Spring 2014 Census Rate Trend/Forecast

Legend:
- Historical Census /1000 Females
- Projected Census/1000 Spring 2014
- Projected Census/1000 Fall 2013

*This Spring 2014 forecast is higher than the Fall 2013 forecast. In 2014, the new projection is 30.2 beds higher (26.8%). In FY2016, the new forecast is higher by 44.8 beds (37.0%).*

# EOP-ASU Bed Need – Females

This Forecast is **Higher** than Fall 2013

## Female EOP-ASU Bed Need Forecast

| EOP-ASU Female | | — Actual — | | | | | | | | | Jul-Dec | | — Forecast — | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 /b | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 10,641 | 10,855 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,023 | 6,128 | 6,303 | 6,459 | 6,646 |
| Census /1000 Females | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 1.2 | 1.95 | 2.48 | 1.88 | 1.29 | 1.30 | 1.30 | 1.30 | 1.30 | 1.30 |
| Avg census a/ | 10 | 14 | 17 | 18.7 | 8.3 | 13.5 | 19.7 | 23.7 | 15.1 | 7.67 | 7.85 | 8.0 | 8.2 | 8.4 | 8.7 |
| Bed Need @ 95% Occ | 10 | 15 | 18 | 20 | 9 | 14 | 21 | 25 | 16 | 8.1 | 8.3 | 9 | 9 | 9 | 9 |
| Adj for PSU pending list c/ | | | | | | | | 8.0 | 7.11 | 1.02 | 0.15 | - | - | - | - |
| Bed Need "trued" for PSU pending list d/ | | | | | | | | 17 | 9 | 7 | 8.1 | | | | |
| | | | | | | | | | | | | | | | | |
| Forecast Based on Fall 2013 | | | | | | | | | | | | 8 | 9 | 9 | 9 |
| Forecast Based on Spring 2013 | | | | | | | | | | | | 8 | 8 | 8 | 9 |
| Forecast Based on Fall 2012 | | | | | | | | | | | | 12 | 12 | 12 | 12 |

a/ Source: HC-POP Weekly MIS Report -Includes EOP-coded cases living in a SHU or ASU bed, but not PSU. Data for 6 months of FY2014.

b/ Mid-point population at 10/31/13.

c/ Based on an 6-month weekly sample, the average pending list for Women's PSU which were housed in ASU was 0.11, and the average pending list for ICF at
CIW housed in ASU was 0.038. Total = .015

d/ This is the "trued" bed need assuming inmates were admitted directly to the PSU. This adjustment continued to drop in FY2014 and is expected to
disappear by 2014.

This Spring 2014 forecast of bed need basically the same as the Fall 2013 forecast with bed need differing by only a fraction of a
bed different between the two forecasts.

The Spring 2014 census rate projections are 0.7% **higher** than those from the Fall 2013 study throughout the forecast years.

### Spring 2014 - Census Rate Trend/Forecast



- Historical Census /1000 Females
- Projected Census/1000 Spring 2014
- Projected Census/1000 Fall 2013

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

Spring 2014 Mental Health Bed Need Study (Draft)

# PSU Bed Need – Females

This Forecast is **Lower** Than Fall 2013

## Female PSU Bed Need Forecast

| PSU - Females | — Actual — | | | | | | | 2014 /b | Jul-Dec 2014 | — Forecast — | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 /b | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,023 | 6,128 | 6,303 | 6,459 | 6,646 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.91 | 1.78 | 1.94 | 3.14 | 3.01 | 2.82 | 2.82 | 3.13 | 3.36 | 3.49 |
| Average Census | 9.73 | 8.85 | 9.30 | 9.70 | 12.4 | 18.08 | 16.48 | 16.89 | | | | |
| Pending List | 0.64 | 0.25 | 0.78 | 8.26 | 6.12 | 7.14 | 1.35 | 0.11 | | | | |
| Census + Pending List | | | | | 18.5 | 25.2 | 17.8 | 17.0 | 17.3 | 19.7 | 21.7 | 23.2 |
| Census Rate Adjustment factor b/ | | | | | | | | | 14.7% | 11.0% | 7.3% | 3.7% |
| Bed Need @ 95% Occ | 11 | 10 | 11 | 19 | 19 | 27 | 19 | 18 | 18 | 21 | 23 | 24 |

a/ Census rates calculated using a weekly audit of census plus pending list. Based on HC-POP data for 6 months of FY2014.

b/ Census rate adjustment assumes that the census rate will continue to increase but at a decelerating rate based on the change between 2010-2014. A 4-year average increase was used rather than a 5 year change due to the low census rates in the first 3 years of usage. The use of 2010 as the base year of the CRAF was used in the prior three studies.

c/ This bed need calculation uses the 10/31/2015 as the mid-point population of FY2014.

| | | | | | | | | | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2013 | | | | | | | | | 23 | 25 | 25 | 25 |
| Forecast Based on Spring 2013 | | | | | | | | | 22 | 24 | 24 | 25 |
| Forecast Based on Fall 2012 | | | | | | | | | 22 | 21 | 22 | 23 |

**This Spring 2014 forecast is lower than the Fall 2013 forecast by 4.4 beds (-19.3%) in 2014 compared to the Fall 3013 forecast. By 2016, the new forecast is lower by 2.4 beds (-9.6%).**

### Spring 2014 Census Rate Trend/Forecast



Legend: Historical Census /1000 Females; Projected Census/1000 Spring 2014; Projected Census/1000 Fall 2013

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

### Female PSU Census and Pending List 1/2007-12/2013



Legend: Census + Pending List; Housed in PSU; Pending List

34

# CCCMS - Males

This Forecast is **Higher** than Fall 2013

## Male CCCMS Bed Need Forecast

| CCCMS - Males | | | | | — Actual — | | | | | | July-Dec | | — Forecast — | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 a/ | 2014 | 2015 | 2016 | 2017 |
| Population Spring 2014 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 155,721 | 152,803 | 139,544 | 127,009 | 128,058 | 128,211 | 129,300 | 130,674 | 132,047 |
| Census/1,000 males a/ | 134 | 144 | 147 | 154 | 158 | 161 | 178 | 183.4 | 189.5 | 201.3 | 207.7 | 208.3 | 209.7 | 210.3 | 210.3 |
| CCCMS Census & Forecast | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,024 | 26,438 | 25,569 | 26,602 | 26,701 | 27,119 | 27,479 | 27,774 |

a/ Source: HC-POP R-3 (CCCMS by "level") weekly data by security level for the first 6 months of FY2014. Security level-specific census rates were calculated and used to create blended rates in the forecasted years.

b/ The bed need calculation uses the first 6 months of utilization in FY2014 and its mid-point population (10/31/13).

| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| Forecast Based on Fall 2013 | 26,485 | 26,889 | 27,042 | 27,127 |
| Forecast Based on Spring 2013 | 25,201 | 25,148 | 25,239 | 25,464 |
| Forecast Based on Fall 2012 | 23,060 | 23,093 | 23,276 | 23,502 |

*This Spring 2014 forecast is higher than the Fall 2013 study forecast. The new forecast projects a 2014 census which is 217 higher (0.8%) than that projected in the Fall 2013 study. By 2016, the new forecast is 438 higher (1.6%).*



In 2014, the new census rate is 2.6% higher than the Fall 2013 study and in 2016, the new rate is higher by 4.3%.

*Data Sources: HC-POP FY2014 Data, Audits: Census & Pending*

### Spring 2014 - Census Rate Trend/Forecast

Legend:
- Historical Census /1000 males
- Projected Census/1000 Spring 2014
- Projected Census/1000 Fall 2013

Spring 2014 Mental Health Bed Need Study (Draft)

# CCCMS - Males - Census Rates by Security Level

## Security Level-Specific Census Rate Calculation

| Security Level | Distrib-ution | Est. Census Distrib-ution | Pop-ulation @ 10/31/13 | Census Rates (Spring 2014) | % Chg Spring14-Fall13 | Census Rates (Fall 2013) | Census Rates (Spring 2013) | Census Rates (Fall 2012) | Census Rates (Spring 2012) | Census Rates (Fall 2011) | % Chg FY2011-Spring 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level IV | 29.0% | 7,722 | 24,131 | 320.0 | 9.9% | 291.3 | 279.7 | 315.6 | 313.8 | 301.4 | 6.2% |
| Level III | 22.7% | 6,052 | 32,278 | 187.5 | 8.8% | 172.3 | 165.7 | 163.5 | 161.6 | 173.0 | 8.4% |
| Level II | 36.5% | 9,714 | 39,614 | 245.2 | 0.5% | 244.1 | 251.7 | 186.2 | 182.0 | 179.7 | 36.4% |
| Level I | 4.4% | 1,181 | 14,966 | 78.9 | 4.1% | 75.9 | 77.2 | 75.6 | 73.8 | 72.0 | 9.6% |
| RCs | 7.3% | 1,933 | 11,468 | 168.6 | -20.3% | 211.6 | 218.5 | 233.5 | 200.2 | 208.6 | -19.2% |
| Total | 100.0% | 26,602 | 128,058 | 207.7 | 3.2% | 201.3 | 199.9 | 189.5 | 183.2 | 183.4 | 13.3% |

October 31, 2013 is the midpoint of the study period (6 months of FY2014).
Distribution by Security Level does not allocate to SHU populations.

**Methodology:** HC-POP provided a file with 27 weekly counts by security level based on placement score. The distribution by Level I-IV and Reception Centers was calculated. SAP inmates were treated as Level II and Miscellaneous (Misc.) census counts were redistributed throughout the security levels at the same proportion as Level I-Level IV distribution. The average census values for the six months of FY2014 were then applied to the CDCR population counts for the mid-point of the study period (October 31, 2013) to obtain "security level-specific" census rates. These census rates are then applied to the future population projections to generate future census estimates. Blended census rates per 1,000 are calculated for each forecast year and applied to the model.

**All Security Level-specific census rates, except RCs, increased in the first 6 months of FY2014.**

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

Spring 2014 Mental Health Bed Need Study (Draft)

36

# CCCMS – Males: Census Trend & Forecast



### CCCMS – Male Average Census Trend & Forecast

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCCMS-Male Census | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 27,708 | 28,024 | 26,438 | 25,569 | | | | |
| Estimate & Forecast | | | | | | | | | | 25,569 | 26,701 | 27,119 | 27,479 | 27,774 |

- CCCMS-Male Census
- Estimate & Forecast

Male CCCMS Census

Data Sources: McManis Mental Health Bed Need model, HC-POP FY2014 Data, Audits: Census & Pending

This Forecast is **Lower** than Fall 2013

# CCCMS - Females

## Female CCCMS Bed Need Forecast

| CCCMS - Females | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | July-Dec | 2014 c/ | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | | | | | Actual | | | | | | | Forecast | | | |
| Population Spring 2014 | 10,541 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,096 | 9,565 | 8,034 | 5,926 | 6,023 | 6,128 | 6,303 | 6,459 | 6,646 |
| Census /1,000 Females a/ | 210 | 210 | 220 | 245 | 255 | 262 | 297 | 315 | 335 | 347 | | 335 | 350 | 362 | 370 |
| Census Rate Adj. Factor b/ | | | | | | | | | | | | 5.6% | 4.5% | 3.4% | 2.2% |
| CCCMS Census & Forecast | 2,237 | 2,283 | 2,587 | 2,907 | 2,903 | 2,891 | 3,001 | 3,010 | 2,693 | 2,058 | 2,020.4 | 2,056 | 2,209 | 2,339 | 2,461 |

a/ Source: HC-POP Weekly MIS Report for the first 6 months of FY2014.
b/ Census Rate Adjustment Factor (CRAF) assumes that census rate will continue to increase but at a decelerating rate
c/ The bed need calculation uses 6 months of utilization in FY2014 and its mid-point population (10/31/13).

| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| Forecast Based on Fall 2013 | 2,270 | 2,447 | 2,537 | 2,592 |
| Forecast Based on Spring 2013 | 2,104 | 2,220 | 2,279 | 2,364 |
| Forecast Based on Fall 2012 | 2,075 | 2,149 | 2,199 | 2,219 |

*This Spring 2014 study results in a lower forecast when compared to the Fall 2013 study throughout the forecast years. In 2014, the bed need is 214 beds lower (-9.4%) than the Fall 2013 study. In 2016, the bed need is 198 beds lower (-7.8%).*

### Spring 2014 - Census Rate Trend/Forecast



The new Spring 2014 study projected census rates that are lower than those of the Fall 2013 forecast. The rate was 8.7% lower in 2014 and 8.2% lower in 2016.

Data Sources: HC-POP FY2014 Data, Audits: Census & Pending

# Appendix

39

# Abbreviations used in report

ADC – Average Daily Census

AH – Alternative Housing

ALOS – Average Length of Stay

ASH – Atascadero State Hospital

ASU – Administrative Segregation Unit

CADDIS – Census And Discharge Data Information System

CCCMS – Correctional Clinical Case Management System

CDCR – California Department of Corrections and Rehabilitation

CHCF – California Health Care Facility

CIW-PIP – California Institution for Women – Psychiatric Inpatient Program

CMF-APP – California Medical Facility – Acute Psychiatric Program

CMF-ICF – California Medical Facility – Intermediate Care Facility

CMF-VPP – California Medical Facility – Vacaville Psychiatric Program

CRAF – Census Rate Adjustment Factor

CSH – Coalinga State Hospital

DDPS – Distributed Data Processing System

DSH – Department of State Hospitals

EOP – Enhanced Outpatient Program

FY – Fiscal Year – the convention used here indicates the fiscal year <u>ending</u> e.g. FY12 ends June 30, 2012

GP – General Population

HC-POP – Health Care Placement Oversight Program

ICSS – Inmate Classification Scoring System

MHARP – Mental Health Assessment and Referral Project

MHCB – Mental Health Crisis Bed

OHU – Outpatient Housing Unit

PC 1370 – Penal Code section 1370 (inmate-patients deemed incompetent to stand trial)

PSH – Patton State Hospital

PSU – Psychiatric Services Unit

SAP – Substance Abuse Program

SNY – Sensitive Needs Yard

SOMS – Strategic Offender Management System

SVPP – Salinas Valley Psychiatric Program

Spring 2014 Mental Health Bed Need Study (Draft)

# Mental Health Services Delivery System Bed Need

Spring 2014 projections (excluding CCCMS) are higher compared to the Fall 2013 study throughout the forecast period. In 2014 the new forecast bed need is 577 higher (8.8%) than the Fall 2013 forecast, and by 2016, the new forecast is 689 beds higher (10.4%).



MHSDS Bed Need (excluding CCCMS) – Spring 2014, Fall 2013, and Spring 2013

| | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 |
|---|---|---|---|---|---|---|---|---|---|---|
| Historical Bed Need | 6,121 | 6,610 | 7,040 | 7,341 | 6,767 | 6,472 | | | | |
| Bed Need Spring 2014 | | | | | | 6,472 | 7,095 | 7,212 | 7,332 | 7,403 |
| Bed Need Fall 2013 | | | | | | 6,472 | 6,518 | 6,594 | 6,642 | 6,650 |
| Bed Need Spring 2013 | | | | | | 6,472 | 6,129 | 6,119 | 6,141 | 6,198 |

Data Sources: McManis Bed Need models, HC-POP FY2014 Data, Audits: Census & Pending