UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | No. CIV. S-90-520 LKK/DAD (PC)<br><br><br>**ORDER** |

　　By order filed March 18, 2014, defendants were, <u>inter</u> <u>alia</u>, granted an extension of time to fully activate all mental health units at the California Health Care Facility, ordered to file monthly updates with the court and the Special Master until all units were activated, and, in the first monthly report, include the results of their review of whether the current salary schedule for prison psychiatrists is competitive both within California and nationally.  Mar. 18, 2014 Order (ECF No. 5116) at 12.  In the same order, defendants were directed to report to the court by June 13, 2014 whether their revised mental health bed plan is sufficient to meet the bed needs of the mental health population projected through December 2016 by the Spring 2014

1

population projections.  Id.

The court has received and reviewed the monthly status reports filed to date (ECF Nos. 5123 and 5155), and defendants' June 13, 2014 report concerning whether they have sufficient mental health beds through December 2016 (ECF No. 5169).  The court has also conferred with the Special Master concerning these reports.

The reports are somewhat encouraging in that it appears defendants have mental health beds sufficient to meet the projected need through December 2016.  However, it also appears, and the Special Master confirms, that defendants continue to struggle with the task of hiring sufficient mental health staff, particularly psychiatrists.  A sufficient number of beds without adequate staff to meet the treatment needs of the identified population would leave defendants short of meeting their constitutional obligations to the plaintiff class.

In 2002, defendants were ordered to maintain a vacancy rate among psychiatrists and case managers of no more than ten percent.  June 13, 2002 Order (ECF No. 1383) at 4.  Five years ago, defendants were ordered to "continue to take all steps necessary to resolve all outstanding staffing allocation issues," including development of a staffing plan.  June 18, 2009 Order (ECF No. 3613) at 2.  In response to the court's March 18, 2014 order, defendants report that their prison psychiatrist salaries "are within the range of comparable private and public sector salaries for psychiatrists within California and nationally" and they have the authority to "offer newly hired psychiatrists salaries in excess of the minimum starting salary in the State

pay scale range." Defs. Status Report and Req. Modify Bed Plan (ECF No. 5123) at 3.

The ongoing difficulties with staffing even with a competitive salary structure suggest, and the Special Master confirms, that it is necessary to revisit and, as appropriate, revise the existing staffing plan in order to resolve the continuing problem of mental health staffing shortages and ensure that defendants come into compliance with the requirements of the June 13, 2002 order concerning maximum mental health staff vacancy rates. Defendants shall assume primary responsibility for this task, with the Special Master providing guidance and expertise where necessary, to ensure its timely completion, and to ensure that plaintiffs are provided notice and an opportunity for input as appropriate.

The March 18, 2014 order also required defendants to "develop a process for forecasting and planning for adequate bed and treatment space for the mentally ill population going forward." Mar. 18, 2014 Order (ECF No. 5116) at 12-13. In their June 13, 2014 Response to that order, defendants represent that "they remain committed to continue to work with their consultant and the Special Master to forecast need to ensure there are adequate beds and treatment space for all *Coleman* class members." Defs. Resp. to March 18, 2014 Order (ECF No. 5169) at 4. The Special Master informs the court that this representation combined with defendants' current process for forecasting and planning for mental health bed and treatment space satisfies the requirements of paragraph 4 of the March 18, 2014 order (ECF No. 5116).

3

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants shall revisit and, as appropriate, revise their existing mental health staffing plan in order to resolve the ongoing problem of mental health staffing shortages and come into compliance with the requirements of this court's June 13, 2002 order (ECF No. 1383) concerning maximum mental health staff vacancy. Defendants shall assume primary responsibility for completion of this task, with the Special Master's participation in accordance with this order. Defendants shall report to the court on the results of this review on or before September 12, 2014.

2. Defendants have satisfied the requirements of paragraph 4 of the court's March 18, 2014 order (ECF No. 5116). Defendants shall continue to work with their consultant and the Special Master to forecast and plan for adequate bed and treatment space for the mentally ill population consistent with their current process.

DATED: June 18, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4