# EXHIBIT A

[DEFENDANTS' JUNE STATUS REPORT ON ACTIVATION OF DEPARTMENT OF STATE HOSPITALS' PROGRAMS AT THE CALIFORNIA HEALTH CARE FACILITY]

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS — SACRAMENTO  EDMUND G. BROWN JR., GOVERNOR

**LEGAL OFFICE**
1600 Ninth Street, Suite 433
Sacramento, CA 95814



June 18, 2014

Patrick R. McKinney II
Supervising Deputy Attorney General
Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

Dear Mr. McKinney:

Attached please find the Department of State Hospitals' Status Update for the Coleman Court.

Sincerely,

Nicole C. Harrigan
Attorney, Legal Office
Department of State Hospitals

Enclosure

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                                         EDMUND G. BROWN JR., GOVERNOR
SACRAMENTO

**LEGAL OFFICE**
1600 Ninth Street, Suite 433
Sacramento, CA  95814



## JUNE 24, 2014 UPDATE TO COURT

In response to the Court's March 18, 2014 Order, Department of State Hospitals (DSH) staff submit this update on the status of the activation of DSH units at the California Health Care Facility, Stockton.

As previously reported to the Court, two intermediate care units at CHCF were opened on March 24, 2014, and DSH has admitted 64 inmate-patients to those units since that date.  Additionally, DSH has admitted 172 inmate-patients to the already operating units since March 24, 2014. From January 27, 2014 through June 23, 2014, 336 inmate-patients have been admitted to the DSH units at CHCF and as of June 23, 2014, the current census of all DSH units at CHCF is 370 inmate-patients.  Three units remain to be activated at CHCF.  DSH tentatively intends to activate two units in July 2014 and anticipates that the remaining unit will open in August 2014. DSH continues its efforts to diligently recruit and staff psychiatrist positions.