UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>      Defendants. | No. CIV. S-90-520 LKK/DAD (PC)<br><br><br>**ORDER** |

    Pursuant to court order, on June 10, 2014 the Special Master filed a Report on the San Quentin Assessment Project for Inpatient Care of Condemned Inmates (hereafter San Quentin Report). (ECF No. 5164.) Therein, the Special Master reports, inter alia, that thirty-seven condemned inmates "have been referred, accepted, and are awaiting admission to intermediate inpatient care", San Quentin Report (ECF No. 5164) at 9, and that defendants are developing an inpatient mental health program for condemned inmates at San Quentin State Prison, "to be known as the San Quentin Psychiatric Inpatient Program (SQ PIP)." Id. at 2.

1    The Special Master requests an order (1) directing
2 defendants to provide monthly status reports to him on the SQ PIP
3 until the beginning of its' activation; and (2) requiring him to
4 report to the Court not later than ninety days following the full
5 activation of SQ PIP on its' full activation on patient
6 admissions, treatment, and "any other matters or concerns within
7 the SQ PIP which may have  emerged as of that time." Id. at 11.
8 Neither party has filed objections to the report or the order
9 requested by the Special Master.
10    After review of the San Quentin Report and good cause
11 appearing, IT IS HEREBY ORDERED that:
12    1.  The CDCR defendants shall provide monthly status reports
13 on the SQ PIP to the Special Master until the beginning of
14 activation of the SQ PIP; and
15    2.  Not later than ninety days after full activation of the
16 SQ PIP the Special Master shall report to the Court on patient
17 admissions and treatment at the SQ PIP as well as any other
18 matters or concerns with the SQ PIP which may have emerged as of
19 that time.
20    DATED:  June 27, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2