KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5553
 Fax: (415) 703-1234
 E-mail: maneesh.sharma@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
MEGAN OLIVER THOMPSON, SBN 256654
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　　Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' REQUEST FOR EXTENSION OF JUNE 30, 2014 BENCHMARK TO AUGUST 31, 2014** |

Defs.' Req. EOT June 30 Benchmark
Case Nos. 2:90-cv-00520 LKK DAD PC & C01-1351 TEH

On June 23, 2014, the Court denied Plaintiffs' Motion Regarding Design Capacity, but held that with respect to the California Health Care Facility (CHCF), Defendants "may only count full design capacity once the *Plata* Receiver has reopened medical admissions at CHCF." (ECF 2796/5172 at 9.) The Court recognized that this substantial recalculation of design capacity might impede Defendants' ability to meet the June 30, 2014 benchmark:

> However, because defendants may have reasonably relied on our prior orders indicating that CHCF design capacity could be included, and because we have only now, for the first time, ordered that it may not be counted in full, we will, if requested, grant defendants an extension of no more than two months to achieve the 143% benchmark if they are unable do so, despite their best efforts, by June 30, 2014.

(ECF 2796/5172 at 9-10.)

Defendants respectfully request that the Court extend the June 30, 2014 benchmark to achieve the 143% population benchmark by two months, to August 31, 2014. As detailed in Defendants' monthly reports to the Court, the State has used its best efforts to implement the population-reduction measures from the Court's February 10 Order. (*See, e.g.*, June 16, 2014 Status Report, ECF Nos. 2795/5170.) These measures have reduced the in-state prison population by more than 1,200 inmates since the Court issued its February 10 order. (*Compare* Feb. 18, 2014 *and* June 16, 2014 Status Reports.) However, the Court's June 23rd Order prevents Defendants from reaching the June 30, 2014 benchmark because it temporarily removes roughly 2,350 beds from systemwide design capacity while CHCF remains closed to further medical admissions.[1]

On June 2, 2014, the *Plata* Receiver reported that he would complete the clinical "reboot" of CHCF and reopen medical admissions to that facility in 8 to 12 weeks. (*Plata* ECF 2792 at 47-48.) Based on this timeframe, Defendants expect that the Receiver will likely reopen medical admissions to CHCF by July 28, 2014, and no later than August 25, 2014. Accordingly, Defendants request an extension of two months, to August 31, 2014, to achieve compliance with

---

[1] The Court's Order provides that "defendants may only count . . . the portion of CHCF that was actually occupied as of January 27, 2014." (ECF 2796/5172 at 8). On January 27, 2014, CHCF was occupied by 1,306 inmates out of total capacity at CHCF of 2,951 beds. The exclusion of 1,645 beds from design capacity at CHCF effectively reduces 2,352 beds from systemwide design capacity to meet the June 30 population benchmark of 143%.

1

Defs.' Req. EOT June 30 Benchmark
Case Nos. 2:90-cv-00520 LKK DAD PC & C01-1351 TEH

the court's 143% population benchmark. Defendants will continue working with the Receiver to ensure that CHCF is reopened to *Plata* class members.[2]

Dated: June 30, 2014

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
   PATRICK R. MCKINNEY
   Supervising Deputy Attorney General
   *Attorneys for Defendants*

Dated: June 30, 2014

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
   PAUL B. MELLO
   *Attorneys for Defendants*

---

[2] While the *Plata* Receiver halted medical admissions on January 27, 2014, CHCF has continued to receive mentally ill inmate-patients and inmate workers. As reported to the *Coleman* and *Plata* courts, Defendants and the Receiver implemented a revised activation schedule for the DeWitt Nelson Correctional Annex, or Yard E. (*Plata* ECF 2792 at 1; *Coleman* ECF 5140.) Under the revised schedule, admissions of inmates to DeWitt Nelson began in April 2014 and are scheduled to continue over the coming months. (*Coleman* ECF 5140.) Similarly, the Department of State Hospital's (DSH) inpatient units at CHCF have continued to admit *Coleman* class members. From January 27, 2014 through June 23, 2014, 336 inmate-patients have been admitted to those units. (*Coleman* ECF 5173, Ex. A.) DSH presently anticipates activating two more units in July, which would further increase the number of inmates housed at CHCF. (*See id.*). As of June 29, 2014, CHCF housed 1,498 inmates.

2