1  KAMALA D. HARRIS
   Attorney General of California
2  PATRICK R. MCKINNEY
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   CHRISTINE M. CICCOTTI, State Bar No. 238695
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 324-4921
    Fax:  (916) 324-5205
7   E-mail:  Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

8

9                  IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13

14  **RALPH COLEMAN, et al.,**                 | 2:90-cv-00520 LKK DAD

                                    Plaintiffs,  | **DECLARATION OF ELLEN BACHMAN**
15                                               | **IN SUPPORT OF DEFENDANTS'**
                                                 | **OBJECTIONS AND RESPONSES TO**
16         v.                                    | **THE SPECIAL MASTER'S MAY 30, 2014**
                                                 | **REPORT**
17  **EDMUND G. BROWN JR., et al.,**

18                                  Defendants.

19

20         I, Ellen Bachman, declare:

21         1.   I am the Executive Director for the Department of State Hospitals – Vacaville

22  Psychiatric Program (Vacaville Psychiatric Program), and have worked in this position since late

23  January 2012.  I have dedicated my career to management of treatment of mentally ill patients,

24  having worked in supervisory and management positions with the Department of State Hospitals

25  (DSH) for approximately 25 years.  Prior to taking on supervision and management duties, I was

26  a Music Therapist for 5 years, providing music therapy groups and recreational activities to state

27  hospital forensic patients.   I have personal knowledge of the facts stated in this declaration and if

28  / / /

                                      1

1    called upon to testify to those facts, could and would do so competently.  I make this declaration

2    in support of Defendants' Responses and Objections to the May 30, 2014 Special Master Report.

3            2.    As the Executive Director of the Vacaville Psychiatric Program, I oversee all

4    clinical programs and administrative services and I work collaboratively with the California

5    Medical Facility Warden and Chief Executive Officer of Health Care to ensure that we provide

6    quality patient care in a safe and secure environment.   I am aware of the staffing and treatment

7    modalities and am committed to maintaining and enhancing the comprehensive, innovative

8    mental health treatment programs we operate at the Vacaville Psychiatric Program. I am also

9    familiar with the historical and current staffing at the Vacaville Psychiatric Program, as well as

10   DSH and California Department of Corrections and Rehabilitation (CDCR) plans and steps taken

11   to address any issues and pending court orders.

12           3.    DSH provides inpatient treatment to *Coleman* class members at the Vacaville

13   Psychiatric Program within CDCR's California Medical Facility.

14           4.    I have reviewed the Special Master's Report on Adequacy of Inpatient Mental Health

15   Care for Inmates of the California Department of Corrections and Rehabilitation.  (ECF No. 5156.)

16           5.    The findings set forth at page 149 of the Special Master's report point out that clinical

17   staffing on various units does not satisfy Vacaville Psychiatric Program's program-established

18   ratios.

19           6.    The established ratio for acute care at the Vacaville Psychiatric Program is

20   1:15.  Psychiatrists on one acute unit (P2) had a caseload averaging 16.5 during the Special

21   Master Team's March 2014 visit.  P2 has a total of 36 beds, and there are two psychiatrists

22   assigned to that unit; therefore, with a full census, each psychiatrist could have up to 18

23   patients.  While this is slightly above the 1:15 ratio, it is hardly an indication of gross

24   understaffing.  Furthermore, the Vacaville Psychiatric Program supplements with Permanent

25   Intermittent Employee psychiatrists as needed.

26           7.    The three intermediate units cited in the Special Master's report as exceeding the 1:35

27   ratio for psychiatry were L1, L3, and A2.  Unit capacity on L1 is 36, and the census during the

28   Special Master Team's March 2014, visit was 36.  Unit capacity on L3 is 37, and the census was

2

35 during the Special Master Team's March, 2014 visit.  Capacity of A2 is 44, and the census was 41 during the Special Master Team's March, 2014 visit.  These census numbers demonstrate that, although the 1:35 ratio was exceeded in two of the three intermediate units mentioned in the Special Master's report, it was not by much.

8.    The ratios are the same for psychiatry, psychology, social work, and rehabilitation therapy.  For example, unit L1 had one treatment team for 36 patients, so each discipline (psychiatry, psychology, social work, rehabilitation therapy) was identified as 'exceeding' the ratio of 1:35 for intermediate care.

I declare under the penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct.  Executed in Vacaville, California on June 30, 2014.

/s/ Ellen Bachman_____
ELLEN BACHMAN

(*original signature retained by attorney*)

CF1997CS0003
Doc No. 32008261

3