KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                               Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                               Defendants. | 2:90-cv-00520 LKK DAD<br><br>**DECLARATION OF DR. TIMOTHY BELAVICH IN SUPPORT OF DEFENDANTS' OBJECTIONS AND RESPONSES TO SPECIAL MASTER'S MAY 30, 2014 REPORT** |

I, Timothy Belavich, declare as follows:

1. I am both Deputy Director of the Statewide Mental Health Program and Director of Division of Health Care Services for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Objections and Responses to the Special Master's May 30, 2014 Report.

2. As CDCR's Director of Division of Health Care Services,. I am familiar with the extensive policies and procedures that govern the prison mental health care delivery system at the institutional level.

1

3. In December 2013, I was appointed as CDCR's Statewide Mental Health Program Deputy Director. As Deputy Director, I am responsible for and supervise the Field Operations Unit, Policy and Clinical Support Unit, Health Care Placement Oversight Program, and compliance with Coleman mandates.

4. CDCR provides inpatient mental health services to female inmates at the Psychiatric Inpatient Program at the California Institute for Women. Mental health services are provided by the Department of State Hospitals to male inmates within CDCR prisons at the Vacaville Psychiatric Program, the Salinas Valley Psychiatric Program, and the California Health Care Facility.

5. I have reviewed the Special Master's Report on Adequacy of Inpatient Mental Health Care for Inmates of the California Department of Corrections and Rehabilitation filed on May 30, 2014. (ECF No. 5156.) The recommendations set forth at pages 55 and 56 of the Special Master's report seek further review and evaluation of policies and procedures already in place at the California Institute for Women Psychiatric Inpatient Program.

6. CDCR continuously evaluates its existing clinical staffing levels and works to retain appropriate, qualified mental health professionals. CDCR tracks and reports to the Special Master monthly the staffing levels at Psychiatric Inpatient Program at the California Institute for Women. As part of our regular review, CDCR is willing, if appropriate, to adjust clinical staffing levels to ensure that patients receive the treatment they need.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Sacramento, California on June 30, 2014.

                                              /s/ Timothy Belavich, Ph.D.

                                              Timothy Belavich, Ph.D.
                                              Director of Health Care Services (A)

***(original signature retained by attorney)***

Doc. No. 32007300

Decl. Tim Belavich Supp. Defs.' Obj. & Resp. to May 30, 2014 Special Master Rep. (2:90-cv-00520 LKK DAD PC)