KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD |
| Plaintiffs, | **DECLARATION OF PAM AHLIN IN SUPPORT OF DEFENDANTS' OBJECTIONS AND RESPONSES TO THE SPECIAL MASTER'S MAY 30, 2014 REPORT** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Pam Ahlin, declare:

1. I am the Department of State Hospitals' (DSH) Chief Deputy Director. I have extensive experience in the state hospital system having been the Assistant Hospital Administrator at DSH-Coalinga from May 2005-March 2007, the Hospital Administrator at DSH-Coalinga from March 2007-March 2008, and the Executive Director of DSH-Coalinga from March 2008-March 2012. I have personal knowledge of the facts stated in this declaration and if called upon to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Objections and Responses to the May 30, 2014 Special Master Report.

///

1

Decl. Pam Ahlin Supp. Defs.' Obj. and Resp. to Special Master's May 30, 2014 Report (2:90-cv-00520 LKK D)

2. In my role as Chief Deputy Director, one of my duties includes administration and oversight of information regarding the California Department of Corrections and Rehabilitation's (CDCR) mental health population referred to DSH for inpatient treatment, including issues related to access to care and staffing levels.

3. DSH provides inpatient mental health treatment to CDCR's mental health population at DSH-Atascadero and DSH-Coalinga. DSH also provides inpatient treatment to *Coleman* class members within three CDCR institutions: the Vacaville Psychiatric Program (within the California Medical Facility), the Salinas Valley Psychiatric Program (within Salinas Valley State Prison), and at the California Health Care Facility.

4. I have reviewed the Special Master's Report on Adequacy of Inpatient Mental Health Care for Inmates of the California Department of Corrections and Rehabilitation. (ECF No. 5156.)

5. The recommendations set forth at pages 55 and 56 of the Special Master's report seek further review and evaluation of policies and procedures already in place at DSH-Atascadero, DSH-Coalinga and at CDCR run prisons at the Vacaville Psychiatric Program, the Salinas Valley Psychiatric Program, and the California Health Care Facility.

6. As part of its continuous quality improvement process, DSH reviews the use of orientation, cuff status, Discretionary Program Status, and the steps/stages by which patients progress through treatment at its inpatient programs

7. The Special Master's report emphasized conforming these policies and programs so they are uniform across all five DSH inpatient programs. Those policies are uniquely designed and tailored to meet the different custody levels and physical plant limitations at each facility. The policies are further impacted by differences in staffing matrixes for custody and escort staff across all DSH inpatient programs. For example, Salinas Valley Psychiatric Program and Vacaville Psychiatric Program staffing matrixes include Medical Technical Assistant staff who assist correctional staff with the escort and custody process, while CHCF must rely solely on correctional staff to perform this function. Notwithstanding the differences at the inpatient programs, DSH is reviewing its policies to identify whether certain elements of the policies can be made consistent across the programs.

2

8. DSH also constantly evaluates its clinical staffing levels and works to retain appropriate, qualified mental health professionals. DSH tracks and reports to the Special Master monthly the staffing levels at its inpatient programs   DSH is willing to work with CDCR to ensure its has sufficient staffing levels at its inpatient programs and, if appropriate, is committed to adjust clinical staffing levels to ensure that patients receive the treatment they need.

I declare under the penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct. Executed in Sacramento, California on June 30, 2014.

/s/ Pam Ahlin
PAM AHLIN

***(original signature retained by attorney)***

CF1997CS0003
32007462.doc

3

Decl. Pam Ahlin Supp. Defs.' Obj. and Resp. to Special Master's May 30, 2014 Report (2:90-cv-00520 LKK D)