KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>               Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>               Defendants. | 2:90-cv-00520 LKK DAD<br><br>**DEFENDANTS' NOTICE OF FILING CORRECTED PLEADING AND NOTICE OF ERRATA FOR DEFENDANTS' OBJECTIONS AND RESPONSES TO THE SPECIAL MASTER'S MAY 30, 2014 REPORT** |

PLEASE TAKE NOTICE that Defendants are filing concurrently with this notice a corrected version of Defendants' Objections and Responses to the Special Master's May 30, 2014 Report, replacing the document filed at ECF 5176.

The corrections to Defendants' Objections and Responses to the Special Master's May 30, 2014 Report, filed at ECF 5176, are as follows:

1.   At page 7:8, the citation to the Decl. Timothy Belavich is changed to state: "Decl. Timothy Belavich ¶6."

/ / /

/ / /

1

2.  At page 7:10, the citation to the Decl. Timothy Belavich is changed to state: "Decl. Timothy Belavich ¶6."

Dated: July 1, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
32009528.doc

2