1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   PATRICK R. MCKINNEY
4  Supervising Deputy Attorneys General
   MANEESH SHARMA, State Bar No. 280084
5  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5553
7    Fax:  (415) 703-1234
     E-mail:  maneesh.sharma@doj.ca.gov
8  *Attorneys for Defendants*

   Hanson Bridgett LLP
   JERROLD C. SCHAEFER, State Bar No. 39374
   PAUL B. MELLO, State Bar No. 179755
   WALTER R. SCHNEIDER, State Bar No. 173113
   SAMANTHA D. WOLFF, State Bar No. 240280
   MEGAN OLIVER THOMPSON, SBN 256654
    425 Market Street, 26th Floor
    San Francisco, California 94105
    Telephone:   (415) 777-3200
    Fax:  (415) 541-9366
    E-mail: pmello@hansonbridgett.com

9

10  IN THE UNITED STATES DISTRICT COURTS

11  FOR THE EASTERN DISTRICT OF CALIFORNIA

12  AND THE NORTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14  PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| 15  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD PC |
| 16                              Plaintiffs, | **THREE-JUDGE COURT** |
| 17  v. | |
| 18  **EDMUND G. BROWN JR., et al.,** | |
| 19                              Defendants. | |
| 20 | |
| 21  **MARCIANO PLATA, et al.,** | C01-1351 TEH |
| 22                              Plaintiffs, | **THREE-JUDGE COURT** |
| 23  v. | |
| 24  **EDMUND G. BROWN JR., et al.,** | **DEFENDANTS' JULY 2014 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |
| 25                              Defendants. | |
| 26 | |

27

28

1   The State submits this status report on the current in-state and out-of-state adult prison

2   populations and the measures being taken to reduce the prison population in response to the

3   Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request for

4   Extension of December 31, 2013 Deadline (February 10, 2014 Order).

5   Exhibit A sets forth the current design bed capacity, population, and population as a

6   percentage of design bed capacity for each state prison and for all state prisons combined.  The

7   system-wide design bed capacity reported in Exhibit A has, consistent with the Court's June 23

8   Order, been temporarily reduced to reflect the inmate population of California Health Care

9   Facility (CHCF), Stockton, as of January 27, 2014.  As of July 9, 2014, 116,012 inmates were

10  housed in the State's 34 adult institutions, which amounts to 143.1% of the temporary design bed

11  capacity, and 8,879 inmates were housed in out-of-state facilities.[1]  Defendants are continuing to

12  work closely with the *Plata* Receiver to reopen CHCF to *Plata* class members.  Defendants will

13  continue to inform the *Plata* and *Coleman* courts on the progress at CHCF using existing

14  reporting measures in each court.

15  Exhibit B sets forth the steps Defendants are taking to implement the measures designed

16  to reduce the prison population detailed in the February 10 order and the status of these measures.

17  (ECF 2766/5060 at ¶¶ 4-5.)

18

19  Dated:  July 15, 2014                          KAMALA D. HARRIS

20                                                 Attorney General of California

21                                                 By:  */s/ Patrick R. McKinney*
                                                       PATRICK R. MCKINNEY

22                                                     Supervising Deputy Attorney General
                                                       *Attorneys for Defendants*

23  Dated:  July 15, 2014                          HANSON BRIDGETT LLP

24
                                                   By:  */s/ Paul B. Mello*
25                                                     PAUL B. MELLO
                                                       *Attorneys for Defendants*

26

27  _____
    [1] The data in Exhibit A is taken from CDCR's July 9, 2014 weekly population report, available on
28  CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_
    Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf