KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                Plaintiffs,<br><br>          v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S APRIL 10, 2014 ORDER** |

   On April 10, 2014, this Court ordered Defendants to revise policies and create plans related to use of force and segregated housing. (Order at 72-74, ECF No. 5131, Apr. 10, 2014.) On May 13, 2014, the Court extended the deadline to complete the foregoing plans and policy revisions to August 1, 2014. (Order, ECF No. 5150, May 13, 2014.)

   In consultation with the Special Master and after meeting and conferring with Plaintiffs' counsel during the weeks of July 7 and July 21, 2014, the parties have reached or expect to reach an agreement in principle as to the following provisions of the April 10 order: (1) revisions to CDCR's use-of-force policy required by paragraph 1.a; (2) the creation of a statewide management cell status policy (*see* paragraph 1.c); (3) a plan to limit or eliminate the placement

1

of class members removed from the general population for non-disciplinary reasons in administrative segregation units that house inmates for disciplinary reasons as required by paragraph 2.a; (4) monthly Enhanced Outpatient Program Administrative Segregation Unit hub reports as required by paragraph 2.c; and (5) a revised policy on unclothed body searches in Enhanced Outpatient Program Administrative Segregation Unit hubs required by paragraph 2.d. Defendants will report to the Court and submit these revised policies and plans on August 1, 2014.

In response to paragraphs 2.b and 2.e of the April 10 order, CDCR developed plans and protocols governing the placement of *Coleman* class members in administrative segregation and segregated housing units. The parties have met and conferred and consulted with the Special Master, and agree that an extension of fourteen (14) days is necessary to complete the negotiations on these plans and procedures.

Accordingly, Defendants respectfully request that the Court enter an order extending the deadline for completing the meet-and-confer and for Defendants to submit a report concerning the plans and protocols contemplated by paragraphs 2.b and 2.e of the April 10 order to August 15, 2014.

Dated: July 25, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

2