IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 LKK DAD PC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On July 25, 2014, Defendants filed a request that the Court enter an order extending the deadline for completing the meet-and-confer and for Defendants to submit a report concerning the plans and protocols contemplated by paragraphs 2.b and 2.e of the April 10 order to August 15, 2014.

Good cause appearing, Defendants' request for an extension is GRANTED.

Dated: _____     _____
                                            The Honorable Lawrence K. Karlton

1

[Proposed] Order (2:90-cv-00520 LKK DAD)