IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**


    vs.                                  No.  CIV S-90-0520 LKK DAD

**EDMUND G. BROWN, et al.,**
    **Defendants**
    _____/


## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF AND FOR INCREASE IN COMPENSATION OF MONITORS

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the appointment of Barbara Seldin, Ph.D., Maria Masotta, Psy.D., and Karen Rea, PHN, MSN, FNP, to his staff as experts.  Drs. Seldin and Masotta and Ms. Rea are to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for their work as experts, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

In addition, the Special Master requests an order increasing the non-travel rate of compensation from two hundred dollars ($200.00) per hour to two hundred thirty five dollars ($235.00) per hour for his monitors Patricia Williams, Esq. and Hanuani Henry, and from two hundred twenty five dollars ($225.00) per hour to two hundred thirty five dollars ($235.00) per hour for his monitor Kerry Walsh, Esq.  These three monitors' rates of compensation have not been increased since the times of their appointments to the Special Master's staff.  He requests this increase so that these monitors' compensation rate may be commensurate with that of the other monitors who work for the Special Master on this case.

1

The reasons for this request to appoint expert staff and to increase the non-travel hourly rates of compensation for Ms. Williams, Ms. Henry, and Mr. Walsh are set forth in the memorandum which accompanies this request.

The parties have indicated to the Special Master that they have no objections to this request.

                                                    Respectfully submitted,

                                                    /s/
                                              Matthew A. Lopes, Jr.
                                              Special Master

August 6, 2014