**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.,**
    **Plaintiffs**


    **vs.**                               **No.  CIV S-90-0520 LKK DAD**

**EDMUND G. BROWN, et al.,**
    **Defendants**
_____/


**MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S**
**REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF**
**AND FOR INCREASE IN COMPENSATION OF MONITORS**

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants, the Special Master submits herewith his request for the Court's approval of the appointment of three experts to his staff.  They are psychologists Barbara Seldin, Ph.D., and Maria Masotta, Psy.D., and public health nurse executive Karen Rea, PHN, MN, FNP.  The *curricula vitae* of Drs. Seldin and Masotta and Ms. Rea are attached as Exhibits A, B, and C, respectively.

In addition, the Special Master requests an order increasing the non-travel hourly rate of compensation for his monitors Patricia Williams, Esq., Haunani Henry, and Kerry Walsh, Esq. to two hundred thirty five dollars ($235.00) per hour.  The other monitors on the Special Master's staff are compensated for their non-travel work at that rate.  Ms. Williams and Ms. Henry were appointed by the *Coleman* court as monitors on April 6, 1998 and August 9, 2007, respectively, to be compensated at the hourly rates of ninety dollars ($90.00) per hour for travel, and otherwise at the rate of two hundred dollars ($200.00) per hour, plus reasonable expenses.  Neither of these monitors has received an increase in their hourly rates of compensation since the dates of their

1

hires, which has meant no increase for Ms. Williams during her entire 16 years of service and no increase for Ms. Henry during her entire seven years of service. Mr. Walsh was appointed by the *Coleman* court as a monitor on October 25, 2007, to be compensated at the rate of ninety dollars ($90.00) for travel and otherwise at the rate of two hundred twenty five dollars ($225.00) per hour, plus reasonable expenses. Likewise, Mr. Walsh has not received an increase in his hourly rate of compensation since the date of his hire.

Accordingly, the Special Master requests that the non-travel hourly rate of compensation for Ms. Williams, Ms. Henry, and Mr. Walsh be increased to two hundred thirty five dollars ($235.00) per hour so that it comports with the rate at which the other *Coleman* monitors are paid, and so that these three monitors may be fairly remunerated for their work.

The Special Master requests the addition of the three experts to his staff to assist with completion of his duties and responsibilities that require the participation and input of mental health and public health experts. These activities include implementation of the changes to the California Department of Corrections and Rehabilitation's (CDCR's) use of force policies and administrative segregation placement decisions involving *Coleman* class members (as ordered on April 10, 2014, ECF 5131), as well as monitoring and reporting on whether Defendants have adequately implemented the 2011 Rule Violation Report (RVR) policies and procedures and their use of inmate management status. In addition, the assistance of these experts is required for the Special Master's execution of his duties with regard to continued work involving the six mental health inpatient programs that treat *Coleman* class members, the continued development, refinement, and implementation of the San Quentin Psychiatric Inpatient Program (SQ PIP) for condemned inmates, and the Defendants' evolving self-monitoring tool known as the Continuous Quality Improvement Tool (CQIT).

Although the Special Master's expert staff was increased in December 2013, all three mental health experts who were appointed at that time (all psychiatrists) are no longer actively on staff. Over the past five years, among the total of eight psychiatrists on staff, five are no longer working for the Special Master. The number of psychologists has dwindled from four to one, and the number of social workers has dropped from two to one. As a result, the Special Master's current expert staff includes only one psychologist, one social worker, and two psychiatrists, plus a third psychiatrist whose availability is limited to only occasional document review, with virtually no availability for travel to California.

Timely completion of the recently court-ordered projects described above, as well as the ongoing oversight, monitoring, and reporting activities of the *Coleman* special mastership, necessitate additional expert staff at this time. For these reasons, the Special Master requests that Drs. Seldin and Masotta and Ms. Rea be appointed to his staff.

**Barbara Seldin, Ph.D.**

Dr. Seldin is well qualified to assist the Special Master, both academically and by her professional experience in the correctional mental health setting. She currently works as a psychologist-forensic examiner in the Clinical Support Unit of the CDCR Statewide Mental Health Program. In that capacity she conducts on-site post-suicide reviews at CDCR prisons and exit briefings of the institutional wardens, prepares written reports of her post-suicide analyses and findings for the CDCR Suicide Review Committee, and presents her findings and recommendations to key high-level staff within CDCR. She also works as psychologist-forensic examiner for the CDCR Mentally Disordered Offender Unit of the Statewide Mental Health Program, wherein she conducts end-of-confinement mental health examinations of CDCR inmates to determine whether they have a treatable severe mental disorder that caused or

aggravated the crime for which they were incarcerated, whether they are in remission at the time

of parole, and whether they present a danger to society, and then presents her findings and

opinions to the California Board of Parole Hearings.  She previously served in the CDCR

*Coleman* compliance unit where she worked on a multi-disciplinary team to train and assist

institutional mental health staff and development of monitoring tools to gather *Coleman*

compliance data, on an interdisciplinary team to identify inmates in need of referral to inpatient

mental health care, as well as on other special projects as directed.

     Before joining CDCR in 2006, Dr. Seldin was a psychologist supervisor from 2001 to

2006 at the Wisconsin Department of Corrections, where she was responsible for clinical

management of all mental health and sex offender treatment in an institution housing over 1,000

inmates.  She supervised the program's clinical staff, oversaw assessments of all incoming

inmates, led a multidisciplinary treatment team, and investigated and responded to formal inmate

complaints concerning mental health care.  Her duties also encompassed development and

administration of operating procedures, oversight of security practices, and departmental training

of clinical and other staff on suicide prevention, equal employment opportunity policies, and

anti-sexual harassment policies.

     Prior to her post at the Wisconsin Department of Corrections, from 1995 to 2000, Dr.

Seldin was the sole proprietor of a psychological resources firm in Indiana which conducted

forensic evaluations of persons under the jurisdiction of the criminal and civil justice system.

From 1978 to 2000, she worked as a consulting psychologist for a number of entities including

psychiatric clinics, health maintenance organizations and insurers, a community correctional

bureau, and a county juvenile court.

Dr. Seldin earned a Bachelor of Arts Degree in English/Linguistics at the University of Maryland and Master of Arts in Psychology and Doctor of Philosophy Degrees in Education-Counseling at the Catholic University of America.

Dr. Seldin is presently teaching counseling psychology at the graduate and undergraduate levels as adjunct faculty at Argosy University in San Diego California. In the past, she has taught psychology at the University of Wisconsin at Oshkosh and at the Indiana University at South Bend.

**Maria Masotta, Psy.D.**

Dr. Masotta is well qualified to serve as an expert on the Special Master's staff, from the perspectives of both her education and training and from her work experience in correctional mental health. She presently works as a forensic psychologist at FHS/MHM, the Worcester Massachusetts District Court Clinic. In that capacity, Dr. Masotta conducts Massachusetts state court-ordered forensic evaluations for involuntary commitment for psychiatric treatment, commitment for substance abuse, aid-in-sentencing, competency to stand trial, and criminal responsibility. Dr. Masotta also presently works as a clinical psychologist for MedOptions of Massachusetts, where she provides psycho-diagnostic evaluations, behavioral management, psychological testing, guardianship evaluations, and psychotherapy to persons residing in nursing homes for short-term rehabilitation or long-term care. She treats psychological issues ranging from mild to severe dementia, loss/grief, substance abuse, and serious and persistent mental illness.

In late 2012, Dr. Masotta was a psychologist at MHM Correctional Services, Inc. – Massachusetts Treatment Center, where she provided treatment planning, individual psychotherapy, and crisis intervention for incarcerated men who were convicted of a sexual

offense or were civilly committed as sexually dangerous persons. Prior to that, Dr. Masotta was the Regional Clinical Director/Regional Comprehensive Quality Improvement Manager at MHM Correctional Regional Office in Norton, Massachusetts. In that capacity, she provided, among other things, clinical support, leadership, and supervision to clinical staff throughout the mental health prison programs in Massachusetts, responded to inmate appeals, and provided clinical support for Department of Mental Health Segregation audits and Department of Corrections quarterly meetings at various prisons.

From late 2010 to early 2012, Dr. Masotta was the Senior Clinical Operations Specialist at MHM Correctional Services, Inc., where she traveled throughout the United States to provide training and clinical consultation to mental health staff in the management of inmates with severe and persistent mental illness and significant self-injurious behaviors. Among other things, she assisted in the development of behavior management treatment plans and implementation of clinical programming and policies, developed staff training, clinical guidelines, and group psychotherapy protocols, and conducted clinical audits to ensure contract compliance. From mid-2007 until the time she became Senior Clinical Operations Specialist at MHM, Dr. Masotta was the Mental Health Director at MHM/Forensic Health Services, at the Massachusetts Correctional Institute in Framingham, Massachusetts, where she supervised a multidisciplinary team of social workers, psychologists, and psychiatrists who provide counseling and crisis intervention services to incarcerated women. This involved making recommendations with regard to disciplinary issues, and collaborating with correctional and medical personnel in developing treatment plans for women to assist with their ability to manage the penal environment.

From 2002 to 2007, Dr. Masotta was a staff psychologist with the University of Massachusetts Correctional Health – Massachusetts Correctional Institute in Framingham Massachusetts, where she served as designated back-up for the director of mental health, providing both on-site and off-site coverage.  Responsibilities included treatment planning, individual and group psychotherapy to incarcerated women awaiting trial or already sentenced, conduct of intake evaluations and psychological testing, assessment of mental health status of women in segregated housing, provision of crisis counseling, and assessment and monitoring of women at acute risk of self-harm or harm to others.  Dr. Masotta has also worked as an independent consultant to MHM/Forensic Services, Worcester County, Massachusetts and the University of Massachusetts Medical School, and as a forensic psychologist for the Center for Health and Development at the Fitchburg District Court Clinic in Fitchburg, Massachusetts, where she conducted psychological testing and evaluations for involuntary commitment for psychiatric treatment and substance abuse, aid-in-sentencing, competency to stand trial, and criminal responsibility.

Dr. Masotta earned her Bachelor of Arts Degree in Psychology at Hartwick College in New York, and both her Master of Science and Doctor of Psychology Degrees in clinical Psychology at Nova Southeastern University in Florida.  She completed psychology internships at the University of Massachusetts Medical School/Worcester State Hospital, the Maximum Security Unit at Bridgewater State Hospital, the Massachusetts Correctional Institute in Framingham Massachusetts, the Child and Family Forensic Center, the Anger Management Program at the Outpatient Psychiatry Services, and the Homeless Outreach Assistance Program at Community Healthlink, plus numerous psychology trainee programs.

Since August 2013, Dr. Masotta has been an assistant professor of psychology at Framingham State University in Massachusetts, where she was previously a visiting assistant professor of psychology since 2004.

**Karen Rea, PHN, MSN, FNP**

Ms. Rea's professional experience and education qualify her to provide valuable expertise and assistance to the Special Master. She has worked within the CDCR health care program since 2004, initially as a nurse consultant for program review, then as regional director of nursing, and then as the Statewide Director of Nursing. Presently, Ms. Rea is the Statewide Chief Nurse Executive within the California Correctional Health Care Services (CCHCS), under the jurisdiction of the *Plata* Receivership for health care in CDCR prisons. In that capacity, Ms. Rea has coordinated all health care nursing services, which employs 4,600 nurses, to ensure that all CDCR nursing professionals' and psych techs' practices comply with appropriate standards set by relevant boards and applicable state and federal regulations. She developed the first Statewide Nursing Strategic Plan and approved and implemented a standardized Nursing Executive orientation program for all chief nurse executives. With a small interdisciplinary team, Ms. Rea developed and sponsored the Statewide Medication Administration Management Tool. She chairs the Nursing Professional Practice Council, co-chairs the Statewide Quality Management Committee, and serves on the governing body of the Pharmacy and Therapeutics and Joint Clinical Executive Team.

Before joining CDCR, Ms. Rea worked in community mental health administration for the Fresno County Department of Children and Family Services, where she was Deputy Director of Children's Mental Health from 2004 to 2006. In that post, she was responsible for oversight of all children's services in collaboration with managed care, child welfare, dependency court,

probation and juvenile justice, in accordance with the County mental health plan and applicable State codes and regulations. Prior to that, she served in the same Department as the Quality Assurance Manager, in which position she developed the first Children and Family Services Quality Assurance program in Fresno County to conduct reviews and make annual reports to the executive board, and established a sentinel events committee to evaluate and make recommendations with respect to services and outcomes provided to the community.

Earlier in her career in community mental health, in 2002, Ms. Rea was the Assistant Executive Director of the Central Valley Mental Health Services, where she worked on, among other things, staff development, patient chart review and monitoring, and establishment of overall standards for quality of services provided. From 2000 to 2002, Ms. Rea was the Division Manager of Children's Crisis Services within the Fresno County Department of Children and Family Services, where she was responsible for, among other things, implementation and development of an around-the-clock crisis care facility and development of a team for community outreach for psychiatric emergencies to reduce hospitalizations of mentally ill children.

Before working in nursing leadership and administration, Ms. Rea worked in direct delivery of care, as a Public Health Nurse II for the Fresno County Human Services System from 1993 to 1998, as a Family Nurse Practitioner for the Linder/Quann Medical Group from 1996 to 1999, and as a Neonatal Intensive Care Nurse at the Valley Children's Hospital from 1994 to 1996 and at the San Joaquin General Hospital from 1987 to 1991.

Ms. Rea graduated as a Registered Nurse from the San Joaquin Delta State College, and earned a Bachelor of Science Degree in Nursing from California State University at Stanislaus, and both a Family Nurse Practitioner Degree and a Master of Science in Nursing Degree from

the California State University at Fresno.  From 2000 to 2004, Ms. Rea also taught nursing courses for nurses in a Bachelor's Degree program at the University of Phoenix, and from 1997 to 2006 she was a nursing clinical instructor at Pacific Union College.

**Conclusion**

   For the foregoing reasons, the Special Master requests the entry of an order (1) appointing Drs. Seldin and Masotta and Ms. Rea to his staff as experts, to be compensated at the non-travel rate of two hundred fifty dollars ($250.00) and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses, and (2) increasing the non-travel hourly rate of compensation for his monitors Patricia Williams, Esq., Haunani Henry, and Kerry Walsh, Esq., from two hundred dollars ($200.00) to two hundred thirty five dollars ($235.00) per hour for Ms. Williams and Ms. Henry, and from two hundred twenty five dollars ($225.00) to two hundred thirty five dollars ($235.00) per hour for Mr. Walsh.

   The parties have indicated to the Special Master that they have no objections to this request.

Respectfully submitted,

_____/s/_____

Matthew A. Lopes, Jr.
Special Master

August 6, 2014

EXHIBIT A

# BARBARA SELDIN, PH.D.

1528 Gregory Street
San Diego, CA 92103
619-252-1816
drseldin@gmail.com

## EDUCATION

**Doctor of Philosophy**: Education-Counseling                    1980
The Catholic University of America, Washington, D.C.

**Master of Arts**: Psychology                                    1976
The Catholic University of America, Washington, D.C.

**Bachelor of Arts**: *Cum Laude*, Major English/Minor Linguistics   1966
University of Maryland, College Park, MD.

## TRAINING

**Internship in Clinical Psychology (APA Approved)**              1977 – 1978
Wisconsin Division of Health & Social Services
Bureau of Corrections, Madison, WI

## LICENSURE AND CERTIFICATION

**Licensed Psychologist,** California #22042
**Certificate of Professional Qualification** # 268
Association of State and Provincial Psychology Boards (ASPPB)
**Licensed Psychologist**, Wisconsin (voluntary lapsed) # 084
**Licensed Psychologist**, HSPP, Indiana (voluntary lapsed #20040624
**Licensed Psychologist**, Minnesota (voluntary lapsed)  # LP2424

## PROFESSIONAL EXPERIENCE

**Psychologist – Forensic Examiner**                             2013 – Present
California Department of Corrections & Rehabilitation
Clinical Support Unit, Statewide Mental Health Program

Responsibilities: Position reports to the Suicide Response Coordinator (SRC), Clinical Support Unit of the CDCR Statewide Mental Health Program. Conduct on-site post suicide reviews accompanied by custody representatives of the Department of Adult Institutions. Review medical and mental health records, incident reports, coroner and toxicology reports; observe physical environment, and interview institution staff and inmates. Provide exit interview with Warden and Chief of Mental Health to provide preliminary information on any problems discovered. Submit written report to SRC within court timeframes. Participate in teleconference with SRC and other key staff to discuss findings and recommendations. Participate in teleconference with institution, Statewide Mental Health Program and DAI representatives to review and discuss findings and recommendations.

**Psychologist – Forensic Examiner**                                    2010 – Present
California Department of Corrections & Rehabilitation
Mentally Disordered Offender Unit, Statewide Mental Health Program

Responsibilities: Position reports to Senior Psychologist Supervisor of the Mentally Disordered Offender (MDO) Unit for the Southern Region in the CDCR Statewide Mental Health Program. Conduct statutorily required end-of-confinement mental health evaluations of CDCR inmates to determine whether they have a treatable severe mental disorder that was one of the causes or aggravating factors in the commission of the violent crime for which they were incarcerated and whether they are in remission at the time of their parole, and whether they create a danger to society. Submit findings and opinion within timeframes to California Board of Parole Hearings pursuant to §2962 PC.

**Senior Psychologist Specialist**                                    2006 – 2009
California Department of Corrections and Rehabilitation
Coleman Compliance Unit, Statewide Mental Health Program

Responsibilities: Position reported to the Southern Region Chief Psychologist in the CDCR Statewide Mental Health Program. Member of a multidisciplinary team providing training and assistance to institution mental health staff in readiness for routine court monitoring under the Coleman v Brown case. Participated in development of monitoring tools to help institution staff gather data to measure compliance with Coleman Corrective Action Plans and all elements of the Mental Health Program Guide 2009; imparted knowledge to institutional Chiefs of Mental Health concerning a model Mental Health Management Report; participated in other special projects as directed.

Under supervision of experts of the Coleman Special Master (Coleman v Brown), functioned as an interdisciplinary team member in CDCR Mental Health Assessment and Referral Project. Purpose of the project was to identify inmates on a statewide basis to consider for potential referral to the Department of State Hospitals (DSH) Intermediate Care Facility. Provided state wide training to CDCR mental health staff on essentials of documentation required to support diagnosis, treatment, and referral recommendations. Interviewed inmates as needed. Where indicated, this project also provided expedited referrals of CDCR inmates to the DSH over the duration of project.

**Psychologist Supervisor**                                    2001 – 2006
Wisconsin Department of Corrections
Redgranite Correctional Institution, Redgranite, Wisconsin

Responsibilities: Position reported to the Chief Deputy Warden of a medium security prison with more than 1000 male inmates. Position followed a clinical chain of command under the Headquartered Chief Psychiatrist. Position represented the highest level of clinical management for all mental health and sex offender treatment in the institution. Position functioned as a member of the Warden's Administrative Duty Staff, requiring training in Emergency Preparedness, Use of Force, annual Weapons Qualification, and rotation as Administrative Duty on call.

Program Activities: Monitored all institution needs for psychological services; supervised four staff psychologists, one clinical crisis worker, one APA clinical psychology intern, and clinical records technician; oversaw initial assessment of all incoming inmates for placement in appropriate level of mental health care; led multidisciplinary treatment team composed of

2

healthcare and security staff related to all aspects of treatment planning; investigated and responded to formal inmate complaints about mental health care in the institution pursuant to inmate grievance procedure.

<u>Operations</u>: Administered and implemented Psychological Services policies and procedures in the institution; developed local operating procedures as required; ensured staff under my supervision were familiar with policy and procedure manuals in their area.

<u>Security Practices:</u> Ensured all out-of-cell and monitoring processes; provided direction and supervision of inmates in my area; assured all psychological services staff were familiar with and understood their role related to emergency preparedness.

<u>Training:</u> Member of department wide committee to prepare application to reestablish approval by the American Psychological Association (APA) of pre-doctoral internship in clinical psychology (approval granted in 2006); provided department wide training as requested in forensic psychological assessment; in collaboration with security staff, provided training to institutional staff on suicide prevention and Equal Employment and Sexual Harassment Policies.

<u>Other Related Experience:</u> In collaboration with the Warden, developed a Risk Assessment Information Guide to provide information to help "Supermax" correctional officers make judgments about offender risk to security and safety if returned to general population. Tool was used to assess all inmates in the High Risk Offender Program, inmates in long term administrative confinement, and inmates in other program and disciplinary separation status.

**Sole Proprietor**
Forensic Psychology Resources                                                    1995 –2000
South Bend, IN

Services: Forensic evaluations of individuals under the jurisdiction of the criminal and civil justice system for matters related to criminal competency, criminal responsibility, sentencing evaluations related to drug diversion, alleged entrapment by police (false confessions), victims of alleged sexual abuse by the clergy and psychotherapists, workplace sexual harassment, workplace violence, and mitigating expert in capital cases. Provided general psychological services to the public including individual, marital and group psychotherapy and psychological evaluation; conducted disability examinations for the Disability Determination Bureau of the Social Security Administration.

**Senior Consulting Psychologist**                                              1991 – 1995
Partners Health Plan
South Bend, IN

Responsibilities: Position was structured within a Health Maintenance Organization covering 10,000 lives in Northern Indiana. In collaboration with Medical Director, developed and implemented behavioral health utilization management procedures for outpatient mental health services; provided consultation to medical director on plan coverage under medical necessity of selected psychometric instruments and experimental mental health treatments; provided initial review of all treatment plans submitted by network mental health providers; technical assistance to nurse utilization reviewers as needed.

**Consulting Psychologist**                                         1995 – 1997
Memorial Hospital Family Practice Residency Clinic
South Bend, IN

Responsibilities: Provided on-site psychological services to patients of a family practice residency clinic; consultation to resident physicians; in service training to physician residents as requested.

**Psychologist**                                                   1988 – 1990
Golden Valley Health Center
Golden Valley, MN

Provided psychological evaluations of patients admitted to adult psychiatric, chemical dependency, sexual addictions, eating disorders, and adolescent treatment units in the hospital.

**Consulting Psychologist**                                        1988 – 1990
Blue Cross Blue Shield of Minnesota
St. Paul, MN

Responsibilities: Conducted quality assurance reviews of initial outpatient treatment plans at first level; conducted second level appeal review of denials of continued care.

**Consulting Psychologist**
Maplewood Family Practice Clinic
St. Paul, MN.                                                       1988 – 1990

Provided direct psychological services to patients; consulted with physicians on behavioral management of patients who were heavy users of general medical services and/or diagnosed with chronic conditions. Provided inpatient consultation to physicians regarding suicide risk for their patients.

**Staff Psychologist**                                             1985 – 1987
Ramsey Hospital Prepaid Psychiatry Clinic
St. Paul, MN

Responsibilities: Provided general psychological outpatient services including individual, group, and conjoint therapy and psychological evaluations of adults and adolescents; serviced outpatients in the main psychiatry clinic and satellite clinic in small farming community of Baldwin, Wisconsin; provided consultation to staff physicians in Baldwin Memorial Hospital and provided outpatient treatment to their patients upon referral; provided community education as requested.

**Staff Psychologist**
Psychiatry Department                                              1983 – 1985
The Duluth Clinic
Duluth, MN

Responsibilities: As the first licensed psychologist employed by the clinic, I provided a broad range of treatment and evaluation services to children, adolescents and adults in both outpatient and inpatient settings; participated as a member of interdisciplinary treatment team for hospitalized caseload; consultation to family practice physicians on issues of patient competence

4

and suicide risk; conducted in-service training to hospital nursing staff in areas covering psychiatric disorders, psychopathology, and psychological assessment.

**Consulting Psychologist**                                              1983 – 1984
Human Resource Center
Superior, WI

Responsibilities: Provided general psychological services including evaluation and treatment of adolescents and adults.

**Consulting Psychologist**                                              1983 – 1984
Division of Community Corrections
Superior, WI

Responsibilities: Provided evaluation and treatment of criminal offenders on parole and probation; regular consultation with supervising agents.

**Staff Psychologist**
Forensic Rehabilitation Unit                                            1982 – 1983
Mendota Mental Health Institute
Madison, WI

Responsibilities: Provided psychological treatment and evaluation of forensic patients committed under statutory provision of Not Guilty by Reason of Insanity. Provided family therapy to hospital patients under consideration for day furlough or discharge. Provided forensic treatment planning, treatment services, and patient education targeting management of symptoms of severe mental disorder. As requested, conducted evaluation of patients on the Competence to Stand Trial unit and/or the Mentally Disordered Sex Offender unit of the Institute.

**Psychological Associate**                                              1978 – 1981
Wisconsin Bureau of Corrections
Madison, WI

Responsibilities: Position was assigned to the clinical services unit of the maximum security prison designated for reception and classification of new offenders. In this position, I conducted intake evaluations of offenders to determine mental health treatment needs; administered psychometric tests utilized in offender rehabilitation program assignment.

**Consulting Psychologist**                                              1980 – 1981
Dane County Juvenile Court
Madison, WI

Responsibilities: Provided psychological evaluations of court referred juvenile offenders. Evaluations focused on mental health needs in the context of dispositional planning and family resources.

<u>**ACADEMIC POSITIONS**</u>

**Adjunct Faculty, Counseling Psychology**                     2012 – present
Argosy University – San Diego Campus

Responsibilities: Teach California Law and Professional and Ethical Issues to master's level graduate students in counseling psychology who are preparing for licensure as a Marriage and Family Therapist and/or Professional Clinical Counselor. Responsible for course management including syllabus development, preparation and execution of lectures and other in-class learning activities, online discussions and assignments, development and administration of examinations and review of course requirements (papers), and assignment of course grades.

**Professor of Practice, Forensic Psychology**                     2009 – 2012
Argosy University – San Diego Campus

Responsibilities: Position reported to the Chair of the Graduate Psychology Department in the College of Psychology and Behavioral Sciences. In addition to teaching duties, I participated in student selection into MA program in Forensic Psychology, monitored students' course progress, made presentations at university recruitment functions, participated in nation-wide university committee of similarly situated faculty to discuss/recommend changes in curriculum, graded comprehensive examinations, handled first step student appeals, member of graduate school committees as required, dissertation committee member.

Taught graduate courses in forensic psychology; responsible for all aspects of course management as elaborated above. Courses taught included: **Psychology and the Legal System, Maladaptive Behavior, Introduction to Psychological Assessment, Correctional Counseling, Professional and Ethical Issues in Forensic Psychology.**

**Subject Matter Expert**                     2012
Argosy University Online (national)

Responsibilities: In conjunction with university curriculum and media experts, developed a 3-credit online course on **Evaluation & Treatment of Sex Offenders** providing 90-hours of learning content over a 7.5 week term. Responsible for delineation of course goals, learning objectives, text selection, syllabus development, lecture content, course activities, course assignments, online discussions, and grading criteria.

**Adjunct Faculty, Department of Psychology**                     2004 – 2005
University of Wisconsin Oshkosh
Oshkosh, WI

Responsibilities: Taught **Counseling Theory and Practice** to upper level undergraduates and first year psychology graduate students. Responsible for all aspects of teaching and course management as previously elaborated.

**Adjunct Faculty, Department of Psychology**                     2000 – 2001
Indiana University South Bend,
South Bend, IN

Responsibilities: Taught **Introduction to Psychology.** Responsible for all aspects of teaching and course management as previously elaborated.

## PROFESSIONAL APPOINTMENTS

**Wisconsin Psychology Examining Board**
Member                                                        2003 – 2005
Vice Chairperson                                              2006

**Indiana State Psychology Board**
Member                                                        1994 – 2000
Chairperson                                                   2000 – 2001

**Minnesota State Psychology Board**
Member                                                        1988 – 1991

**Association of State & Provincial Psychology Boards**       2011-Present
Member

**Duties of Board Member**: review applicant academic and supervised experience for eligibility to take national EPPP exam, conduct oral of new licensees, serve on selected committees including continuing education, advisory to legal counsel for investigations of professional misconduct, participate in licensee disciplinary hearings including adjudication and assessment of sanctions, participate in rules revision process when required, update/revise professional code of conduct as required, educate, update, share information by invited presentation at professional meetings.

**Duties of Chairperson**: In addition to member duties as elaborated above, I presided at all official meetings and all formal business of the Board according to Robert's Rules of Order. Supervised operation of Board office and served as conduit for all official correspondence. In Indiana, served as Hearing Officer at disciplinary hearings and ruled on all questions of evidence and procedure in accordance with board rules. Presided over public hearing to hear comments related to proposed changes to board rules governing use of psychological tests.

## RESEARCH

Seldin, B. (1980): *A Comparison of Selected Personality Variables among Assaultive and Non-Assaultive Female Offenders with Varying Sex Role Orientations* (Unpublished doctoral dissertation). The Catholic University of America, Washington, D.C.

## OTHER EXPERIENCE                                            1966 – 1973

After college graduation in 1966, I served as a Peace Corps volunteer in Colombia, South America. I was assigned to a community development project in Cali, Colombia targeting issues such as road construction, child malnourishment, and health education.

After the Peace Corps, I worked for the Office of Economic Opportunity (OEO) established under the Anti-Poverty Act of 1964. I was assigned to a job training center in Dorchester, Massachusetts where I taught English as a Second Language to non-English speaking adult vocational students.

I then took a position with the National Alliance of Businessmen, formed by President Johnson and Henry Ford II to build a quality workforce by providing business expertise to train and prepare disadvantaged adults and youth. In that capacity, I worked with the Honorable Barney Frank (Ret.) who was then an aide to the Mayor of Boston. With funding from the U.S. Department of Labor, I successfully secured grant

funds to train disadvantaged adults aspiring to join the Boston Police Department. Substantial collaboration with the city civil service system on matters of testing was required.

From there, I joined the Boston Mayor's Office of Civil Rights. As a general staff, I was assigned a variety of tasks associated with building a city-wide system of rumor control following the Detroit riots.

Before beginning graduate studies in psychology, I worked as a grants coordinator in the Drug Abuse Administration, of the Maryland Department of Health and Mental Hygiene. Under the direction of the grants director, I provided technical assistance to hospitals and clinics in preparation of grant applications to operate drug abuse treatment programs on a statewide basis.

## LANGUAGES

**Spanish**: *Intermediate Proficiency*

EXHIBIT B

# Maria Masotta, Psy.D.

*(203)-747-4443*

masottam@hotmail.com

---

## Education

University of Massachusetts Medical School, Law and Psychiatry Program, Worcester, Massachusetts, Certificate Program in Forensic Mental Health (8/31/06)

Psy.D.    Nova Southeastern University – Fort Lauderdale, Florida
Clinical Psychology with a Specialization in Forensic Psychology (8/97-8/02)

M.S.    Nova Southeastern University – Fort Lauderdale, Florida  (8/97-6/99)
Clinical Psychology

B.A.    Hartwick College – Oneonta, New York  (8/93-12/96)
Major in Psychology

---

## Clinical Experience

***Forensic Psychologist*** – FHS/MHM    (5/13-present) Worcester District Court Clinic – Worcester, Massachusetts (Center for Health and Development 11/06-12/10) Conduct court-ordered forensic evaluations for central Massachusetts courts.  Evaluations include involuntary commitment for psychiatric treatment, commitment for substance abuse, aid-in-sentencing, competency to stand trial and criminal responsibility.

***Clinical Psychologist*** – MedOptions of Massachusetts (10/12-8/13, 11/13-present). Provide psycho-diagnostic evaluations, behavioral management, psychological testing, guardianship evaluations and psychotherapy to individuals residing in nursing homes for short- term rehabilitation or long-term care.  Psychological issues range from mild to severe dementia, loss/grief, substance abuse and serious and persistent mental illness.

***Psychologist*** – MHM Correctional Services, Inc – Massachusetts Treatment Center, Bridgewater, Massachusetts.  (8/12-10/12).  Provide treatment planning, individual psychotherapy and crisis intervention to incarcerated men who have been convicted of a sexual offense or have been civilly committed as a Sexually Dangerous Person.

***Regional Clinical Director/Regional Comprehensive Quality Improvement Manager*** – MHM Correctional Services, Inc –Regional Office – Norton, Massachusetts  (3/12-8/12).  Provide clinical support, leadership and supervision to clinical staff throughout the mental health prison programs in Massachusetts.  Respond to inmate grievance appeals.    Provide clinical support for Department of Mental Health segregation audits and Department of Corrections quarterly meetings at various prisons. Provide clinical consultation to mental health and correctional staff in the management of mentally ill inmates. Coordinate with the Department of Corrections Training Academy and mental health staff to schedule annual suicide prevention training. Oversee quality improvement activities including staff credentialing and peer reviews.

Maria Masotta

***Senior Clinical Operations Specialist*** – MHM Correctional Services, Inc.  (10/10 –3/12) This position required travel throughout the United States approximately 50% of the time to provide training and clinical consultation to mental health staff in the management of inmates with severe and persistent mental illness and significant self-injurious behavior. Assist in the development of behavior management treatment plans.  Assist in the implementation of clinical programming and policies. Develop staff training, clinical guidelines and group psychotherapy protocols.  Conduct clinical audits to ensure contract compliance.  Co-facilitate a company-wide conference call focusing on the gender responsive needs of female offenders.

***Mental Health Director*** – MHM/Forensic Health Services - Massachusetts Correctional Institute- Framingham-Framingham, Massachusetts (7/07- 9/10) Supervise multidisciplinary team of social workers, psychologist, and psychiatrists who provide counseling and crisis intervention services to incarcerated women.  Collaborate with correctional and medical personnel in developing treatment plans for women to assist in their ability to manage the penal environment and make recommendations in respect to disciplinary issues.  Serve as the Chief Psychologist for Department of Corrections/MHM system-wide psychologists. On-call for after hours crisis intervention for medical and security personnel. Provide individual, group psychotherapy and crisis intervention serves to incarcerated women.

***Staff Psychologist-*** UMASS Correctional Health- Massachusetts Correctional Institute- Framingham – Framingham, Massachusetts (9/02 – 2/06, 11/06 – 7/07) Serve as designated back-up for mental health director in periods of absence, provide on-site and off-site coverage.  Provide treatment planning, individual and group psychotherapy to incarcerated women who are awaiting trial or sentenced for a wide variety of misdemeanor and felony convictions.  Treatment typically addresses adjustment issues, trauma history, substance abuse, domestic violence and family discord.  Additional responsibilities include conducting intake evaluations, psychological testing, and assessing the mental health status of women housed in segregation.  Provide crisis counseling and assess and monitor women who are acutely at risk of harm to themselves or others. Supervise UMASS pre-doctoral clinical psychology interns.   Attend and participate in daily triage meetings, educate and consult with corrections staff as indicated.  Served as the mental health liaison for the Prison Pup Partnership program, which involves selection of inmates and ongoing evaluation of fitness to serve as a handler, as well as facilitating team-building activities.  Developed and co-facilitated intern seminar for master's level interns on various clinical issues.  Created administrative forms to facilitate communication between court personnel and prison mental health staff; to document group treatment; to assist with crisis assessment; and to aid in compliance of documentation of clinical issues for quarterly audits.  Created and maintained monthly award for clinical excellence for mental health staff.  Coordinate monthly crisis coverage schedule.  Facilitate monthly staff meeting and quarterly full-day staff seminar.  Maintain security of psychological testing materials and assign cases to peers.  Developed and facilitate case conferences for challenging clinical cases.  Serve as the mental health representative for the institution's training committee and provide weekly training to correctional officers regarding mental health issues. Organized fund raiser for institutional staff, collected and donated money to victims of the 2004 Tsunami.

***Independent Contractor*** – MHM/Forensic Health Services, Worcester County (5/06 – present). Conduct pre-arraignment evaluations pursuant to M.G.L. Chapter 123, Section 18(a).  Evaluations are conducted after-hours on an on-call basis for detainees deemed to be experiencing a psychiatric emergency.

***Independent Contractor*** – University of Massachusetts Medical School (10/1/06 – 11/29/06) – Conduct psychological testing at Souza Baranowski Correctional Center, a maximum security penal institution for men.

***Forensic Psychologist*** – Center for Health and Development, Fitchburg District Court Clinic – Fitchburg, Massachusetts (2/06 – 11/06) Conduct court-ordered forensic evaluations for central Massachusetts courts. Evaluations include involuntary commitment for psychiatric treatment, commitment for substance abuse, aid-in-sentencing, competency to stand trial and criminal responsibility.

Maria Masotta

***Psychology Intern-*** University of Massachusetts Medical School/Worcester State Hospital – Worcester, Massachusetts (9/01- 8/02)  Attended seminars on Neuropsychology, Substance Abuse, Malingering, and Psychopharmacology.  Attended Law and Psychiatry Rounds and Grand Rounds.  Rotations included:  Child Family Forensic Center, Outpatient Psychiatry Service-Anger Management Program, Community Healthlink – Homeless Outreach Assistance Program, and Bridgewater State Hospital – Maximum Security Unit. Supervised by:  Jack Terry, Ph.D., Bill Warnken, Psy.D., ABPP,  Anne Johnson, Ph.D., David Holtzen, Ph.D, Linda Cavallero, Ph.D., Gerri Fuhrman, Ph.D., Gregg Januszewski Psy.D., and Alan Rosenbaum, Ph.D .

Bridgewater State Hospital – Maximum Security Unit – As a member of the multidisciplinary treatment team, provided therapeutic services to patients.  Co-facilitated a unit based violence prevention group and provided individual therapy to patients diagnoses included Schizophrenia, Bipolar Disorder,  Borderline Personality Disorder, and Mood Disorder NOS.    Evaluated a patient diagnosed with Bipolar Disorder and Borderline Personality Disorder for recommitment and wrote the recommitment evaluation.  Conducted psychological testing with patients and communicated results to treatment team.

 Massachusetts Correctional Institute-Framingham – Served as a Primary Care Clinician for female inmates, designed treatment plans, and provided weekly therapy.  Diagnoses included Major Depression, Borderline Personality Disorder, ands Post-Traumatic Stress Disorder.  Conducted psychological testing with inmates and communicated results to referral source.

Child Family Forensic Center – Conducted psychological evaluations with families referred by the Worcester Probate and Family Court.  Assessed inter-parental conflict, domestic violence, substance abuse, and mental health history and made visitation and custody recommendations.  Evaluation included an interview with both parents and children and collateral contacts as deemed appropriate.  Appointed and served as a Guardian ad Litem to determine the best interests of the child.  Evaluation included numerous interviews of both parents and child, review of collateral records, and collateral contacts.

Outpatient Psychiatry Service – Anger Management Program – Conducted intakes for anger management program. Co-facilitated a men's anger management group and women's anger management group.  Many of the group members were involved in domestic violence and are referred by the Worcester District Court.

Community Healthlink – Homeless Outreach Assistance  Program  - Conducted psychological testing with homeless clients as referred by the treatment team.  Communicate results to the treatment team.

***Psychology Trainee*** – Public Defender's Office, Broward County Courthouse – Fort Lauderdale, Florida (8/99- 9/00).  Conducted full battery psychological evaluations with inmates with violent felony charges. Communicated results to attorneys and peers during case conference.  In addition, assisted with competency and sanity evaluations and conducted an evaluation to determine competency to stand trial with an individual with a felony charge.  Rotated through:  Broward County Main Jail, Broward County Mental Health Court, Juvenile Detention Center, and Crisis Street Stabilization Unit. Supervisors:  Lenore Walker, Ed.D. ABPP, David Shapiro, Ph.D., Hilda Besner, Ph.D., Michael Brannon, Psy.D., and Ross Seligson, Ph.D.

Broward County Main Jail- Evaluated approximately 134 detainees arrested for misdemeanor charges to assess for the presence of mental illness.  Detainees willing to seek mental health treatment were qualified for Mental Health Court.  Made recommendations through consultation with Public Defender and testified as necessary. Qualified as an expert by magistrate on duty.

Broward County Mental Health Court- Court specializes in mental health treatment for individuals that committed misdemeanor offenses.   Conducted approximately 107 brief psychological assessments with detainee's including evaluation of competency to proceed, risk assessment, mental status, psychosocial history, treatment compliance, and treatment and placement needs. Made recommendations to the Public Defender and provided testimony as needed to Honorable Judge Ginger Lerner-Wren. Qualified to as an expert to provide

Maria Masotta

testimony.

<u>Juvenile Detention Center</u>- Evaluated approximately 29 female adolescents for competency to proceed and a wide range of factors including educational needs, previous delinquent behavior, medical concerns, mental health history, family issues, and history of abuse.  Juveniles ranged from 12-17 years of age, representing a wide range of ethnic and cultural backgrounds.  Recommendations provided to Public Defender and Legal Aid attorney assisting the adolescents with civil and legal needs.

<u>Crisis Street Stabilization Unit</u>- Facility is an inpatient psychiatric hospital, primarily providing services for indigent patients.  Conducted approximately 38 risk assessment evaluations with involuntarily hospitalized patients.  Assessment of ability to care for self and potential for harm to self or others, despite a wide range of psychotic diagnoses, mood disorders, and dual diagnosis issues, was of primary concern.  Made dangerousness recommendations to the Public Defender.

***Psychology Trainee -*** Nova Community Clinic for Older Adults (NCCOA), Nova Southeastern University Community Mental Health Center - Fort Lauderdale, Florida (6/98-4/99). NCCOA is a specialty clinic within the Community Mental Health Center that serves clients ages 55 and older.  Provided outpatient cognitive-behavioral individual and group psychotherapy, targeting symptoms of depression and anxiety disorders. Duties consisted of treatment planning,  medical record, weekly supervision, case presentations, crisis intervention, case presentations, and attending a bi-monthly Cognitive-Behavioral Seminar. Intake evaluations included administration and interpretation of the Structured Clinical Interview for <u>DSM- IV,</u> Mini-Mental Status Exam, Beck Anxiety Inventory, Geriatric Depression Scale, Wolpe Lazarus Assertiveness Scale, and selected subtests from the Wechsler Adult Intelligence Scale-Revised and Wechsler Memory Scale-Revised.  Supervisor, William Kelleher, Ph.D.

***Forensic Psychology Assistant*** - The Institute for Behavioral Sciences and the Law - Plantation, Florida (9/00-12/00). This is a private practice that provides both clinical and forensic evaluations. Assisted with psychological evaluations (WAIS-III Rorschach, MMPI-II MCMI-III) and conducted clinical interviews with detainee's pending trial for competency, downward departure, and substance abuse evaluations.  Supervisor, Michael Brannon, Psy.D.

***Therapist*** - Broward Partnership for the Homeless Incorporated - Fort Lauderdale, Florida (7/99-6/01). Broward County funded position for one Nova Southeastern student to provide on-site psychological evaluations, crisis intervention, and outpatient therapy, with adults, children, and families residing at the shelter. Group psychotherapy was also conducted in a psycho-educational format focusing on goal achievement and parenting skills. Individuals have presented with a variety of Axis I and Axis II disorders including depression, anxiety, suicidal behavior, bipolar disorder, psychotic disorders, social skills deficits, and substance abuse. Other duties consisted of documentation in medical record, weekly supervision, treatment planning, consultation with Case Management staff and facilitating educational seminars with Residential Coordinator staff.  Supervisor, Ana Martinez, Psy.D.

***Therapist*** - Brown Schools of Florida at Sunrise - Weston, Florida (8/99-12/99). Program is a residential treatment facility for emotionally disturbed adolescents. Provided group psychotherapy several times a week and conducted psychosocial evaluations. Other duties included treatment planning, documentation, crisis intervention, and consultation with the clinical team. Supervisor, Andrew Cutler, M.S.W.

***Psychological Consultant -*** Family Assessment Center, The Brown Schools of Florida - Fort Lauderdale, Florida (2/99-5/99). Program is an emergency shelter that houses children and adolescents that have been

Maria Masotta

detained by the Department of Children and Families. Conducted mental health screenings and psychological evaluations to assess the child's mental health and made placement recommendations to the Broward County Court System and Department of Children and Families. Provided crisis intervention. Supervisor, Michael Brannon, Psy.D.

***Mental Health Consultant*** - M.E. Chiles Program, Nova Southeastern University Community Mental Health Center - Fort Lauderdale, Florida (6/98-12/98). Conducted mental health evaluations at foster homes with children and adolescents detained by the Department of Children and Families. Provided individual psychotherapy with foster children and a court-ordered parent. Duties consisted of assessing the child's mental health  and making placement recommendations to the Broward County Court System and Department of Children and Families. Supervisor, Mary Centrone, Psy.D.

***Recreational Therapist*** - Alzheimer's Resource Center of Connecticut - Southington, Connecticut (1/97-3/97). Facility provides psychological, medical, housing and recreational services to residents diagnosed with Alzheimer's Disease. Facilitated recreational activities with residents including arts and crafts, music therapy, reminisce, nature walks, exercise, and fine dining on a one-on-one or group basis to stimulate their senses and improve their quality of life.

***Certified Hospice Volunteer*** - Catskills Area Hospice - Oneonta, New York (3/96- 12/96). Participated in training that focused on death and dying with the terminally ill and ways to provide support for family members. Co-facilitated a children's bereavement group.

***Pre-School Teacher*** -Young Men's Christian Academy - Southington, Connecticut (Summers of 1995, 1996). Acted as a Pre-School teacher for children ages 3-5. Designed lesson plans appropriate to the children's level of development focusing on safety and awareness, outer space, and the human body. Implemented lesson plan providing education on the human body. Supervised children's activities and intervened as necessary, at times utilizing behavior modification.

---

# Supervisory Experience

***Co-Assistant Director of Psychology Intern Training*** – University of Massachusetts Medical School/ Worcester State Hospital- Worcester, Massachusetts (8/06- 8/07). Program is an American Psychological Association approved training site for pre-doctoral psychology interns. Participate in weekly group supervision, provide individual supervision, assist in the selection of interns, coordinate didactic seminars. Coordinate and develop year-long, weekly didactic seminars.

***Coordinator*** - Nova Community Clinic for Older Adults, Nova Southeastern University Community Mental Health Center - Fort Lauderdale, Florida (6/99- 6/01). Duties included orienting and training first and second year practicum students and serving as a liaison between students, Clinic Director, and the department of Quality Improvement. Co-facilitated bi-monthly staff meetings, conducted chart reviews on student's caseloads to assure compliance with clinic, Medicaid, and Medicare guidelines and screened new clients for intake and assigned to an appropriate student. In addition, monitored students' assessment data to confirm consistency between assessment data and diagnosis. Updated assessment package in collaboration with a graduate assistant, supervisor, and Charles Golden, Ph.D. Also trained students on administration, scoring, and interpretation of assessment packet. Supervisor, William Kelleher, Ph.D.

***Lead Peer Interviewer*** - Nova Southeastern University - Fort Lauderdale, Florida (March 2001, March 2000). Interviewed clinical psychology doctoral applicants to determine appropriateness for program and made recommendations to selection committee as to their suitability.

***Peer Interviewer***- Nova Southeastern University - Fort Lauderdale, Florida (April 1999). Interviewed clinical psychology doctoral applicants to determine appropriateness for program and made recommendations to selection committee as to their suitability.

---

# Presentations

A Forensically-Informed Model for Providing Mental Health Consultations to the Disciplinary Process: National Commission on Correctional Health Care, Las Vegas, Nevada, July 10, 2011.  Co-presenter with Stephen DeLisi, PhD.

Self-Harm Behavior and the Female Offender:  Minimizing the Risks:  National Commission on Correctional Health Care, Phoenix, Arizona, May 24, 2011. Lead presenter with Joel T. Andrade, LICSW, PhD.

Suicide and Self-Harm Risk Assessment within Correctional Settings:  Avoiding Common Pitfalls. 4th Annual Academic and Health Policy Conference on Correctional Health, UMASS Medical School , March 10, 2011. Lead presenter with Joel T. Andrade, LICSW, PhD

Vicarious Traumatization in Corrections:  Recognition, Response and Prevention:  American Correctional Association,  San Antonio, Texas, January 30, 2011.

Vicarious Traumatization in Correctional Healthcare:  Recognition, Response and Prevention:  Educational Luncheon:  National Commission on Correctional Health Care, Boston, Massachusetts. July 11, 2010.

Gender Responsive, Trauma Informed Services for Female Offenders:  Bridging Research and Practice:  3rd Annual Academic and Health Policy Conference on Correctional Health, UMASS Medical School/Nova Southeastern University, Fort Lauderdale, FL.  December 3, 2009.  Co-presenter with Judith Willison, LICSW.

PREA Standards:  Considerations Unique to Female Offenders:  Blending New Challenges with Emerging Ideas, 13th National Workshop on Adult and Juvenile Female Offenders, Jackson, MS.  October 10, 2009.  Co-presenter with Sharen Barboza, PhD., and Judith Willison LICSW.

Group Treatment for Newly Incarcerated Women:  Managing Sleep Disturbance, Anxiety and Depression: National Commission on Correctional Health Care, Chicago, Illinois.  October 22, 2008.  Lead presenter with Morgan McGinty, MSW.

Gender Responsive Services for Girls and Women in the Justice System:  Forensic Health Services, UMASS Boston.  May 6, 2008.

Gender Responsive Training:  New Mexico State University, Grants, New Mexico.  December 17, 2007

Managing the Female Offender:  Trends in the Mental Health Evaluation.  February 1, 2005.

Identifying Mental Illness and Building Rapport. Presented to the staff at the Broward Partnership for the Homeless Incorporated. October 30, 2000

Maria Masotta

# Research Experience

***Doctoral Directed Study*** (Fall 2000) Detecting feigned cognitive deficits by identifying the presence of intact memory using symptom validity testing.  Chairperson, Charlie Golden, Ph.D., ABPP.

***Research Practicum III*** (Fall 2000)   Analyzed data obtained from Juvenile Assessment Questionnaire, to examine contributing factors to delinquent behavior.  Supervised by Lenore Walker, Ed.D., ABPP.

***Research Practicum II*** (Summer 2000)   Developed coding program for data obtained from   Juvenile Assessment Questionnaire  in collaboration with Al Sellers, Ph.D. and coded data.  Supervised by Lenore Walker, Ed.D., ABPP.

***Research Practicum I*** *(*Winter 2000). Developed Juvenile Assessment Questionnaire to be utilized with female detainees and trained peers in administration of inventory.  Supervised by Lenore Walker, Ed.D., ABPP.

***Undergraduate Thesis*** (1995). Left-handedness and dyslexia:  An analysis of the higher frequencies of left-handedness in the dyslexic population.  Chairperson, Lynn Elmore, Ph.D.

***Undergraduate Directed Study*** (1995).  Analyzed the controversies surrounding the inclusion of Self-Defeating Personality Disorder in DSM-III, DSM-III-R, and DSM-IV.  Supervised by Ronald Heyduk, Ph.D.

# Publications

Masotta, M.  (2011).  Vicarious Truamatization:  Recognition, Response, and Prevention. *Corrdocs:  Society of Correctional Physician Newsletter.*  Volume 14, Issue 1. Posted June 15, 2011.

Masotta, M (2011).  Vicarious Traumatization:  A Guide to Recognizing, Responding to, and Preventing a Serious Consequence of Providing Mental Health Care in Jails, Prisons and Community Corrections. *Corrections and Mental Health:  An Update of the National Institute of Corrections.*  March 11, 2011.

# Teaching Experience

***Assistant Professor*** – (8/13-present) Framingham State University, Department of Psychology and Philosophy, Framingham, MA.  In this full-time position responsibilities include teaching undergraduate psychology courses (Abnormal Psychology, Social Psychology, Human Relations and Group Dynamics).  Responsibilities also include advising 32 undergraduate psychology majors and serving as a member on the Graduate Committee.

***Visiting Assistant Professor*** – Framingham State University, Mental Health Counseling Program, Department of Graduate and Continuing Education, Framingham, MA,

> Orientation to Counseling (Fall 2004- 2011, 2013)
> Professional Issues in Mental Health Counseling (Spring 2004 - 2013)
> Assessment, Diagnosis and Treatment Planning (Summer 2012)
> Theories of Psychotherapy and Counseling (Spring 2011)
> Theories and Methods of Psychological Testing (Summer 2004- 2006)
> Problems of Substance Abuse (Summer 2009, 2011)
> Group Processes in Counseling (Summer 2006- 2010, 2014)

Maria Masotta

Counseling Internship I (Fall 2005)
Understanding Social Science Research (Fall 2003, 2 sections)

***Teaching Assistant*** *– Psychobiology; Nova Southeastern University – Fort Lauderdale, Florida (Winter 2000)*

# Awards

Recipient of Department of Correction; Professional Excellence Contract Health Care Award, 2010
Nominated for Department of Correction; Professional Excellence Contract Health Care Award, 2008
Designated Forensic Psychologist, 2008
Departmental Distinction, Hartwick College, 1996
Cum Laude, Hartwick College, 1996
Dean's List, Hartwick College, 1995-1996
Psi Chi National Honor Society, 1995

EXHIBIT C

# Karen Rea, PHN, MSN, FNP,

4242 Heron Lakes Dr. Stockton CA 95219 * (559) 906-9199 *

**OBJECTIVE: To** pursue an executive position with an established organization that will enable me to use my strong organizational skills in integrated strategic planning, program development, results-focused leadership specializing in building solid teams that are fiscally sound and quality driven and to identify processes and procedures for forward thinking and growth.

**EDUCATION:**

- California State University, Fresno      Master of Science, Nursing
- California State University, Fresno      Family Nurse Practitioner
- California State University, Stanislaus   Bachelor of Science, Nursing
- San Joaquin Delta College, Stockton     Registered Nurse

**LICENSURE/CERTIFICATION**

- California Registered Nurse - #431163
- Public Health Nurse
- Family Nurse Practitioner - #8380
- National Association of Perinatal Addiction Research/Education (NAPARE)

**EMPLOYMENT:**

- **California Department of Corrections and Rehabilitation**      **5/06 – present**
  **California Correctional Healthcare Services (CCHCS)**
  <u>Statewide Chief Nurse Executive</u>
  Chair of Nursing Professional Practice Council, Co-chair of Statewide Quality Management Committee (QMC), member of Governing Body, Pharmacy and Therapeutics and Joint Clinical Executive Team (JCET).
  Responsibilities include: Coordination of all Healthcare Nursing services (4600 Nurses) within the CA Department of Corrections and Rehabilitation adult institutions to ensure all nursing professional's and psychiatric technician's practices comply with appropriate standards to deliver evidence-based, patient-centered care according to the Board of Registered Nurses and the Board of Vocational Nurses, Title 22 regulations and State and Federal court ordered policy and procedures and guidelines.
  <u>Career Highlight</u>: Developed the first Statewide Nursing Strategic Plan and approved and implemented a standardized Nursing Executive orientation program for all Chief Nurse Executives and sponsored an interdisciplinary Federal Court approved Statewide Medication Administration/ Management Tool.

  <u>Statewide Director of Nursing Operations</u>
  Responsibilities of 33 CDCR prisons include, oversight of all nursing services directly or indirectly affecting patient care.

Regional Director of Nursing
Responsibilities for 12 Central Region prisons including, oversight of all nursing services directly or indirectly affecting patient care. Oversight and coordination of duties and assignments of Central Regions Nurse Consultants and Utilization Management Nurses, Policy development and implementation and  oversight of medical and administrative functions of the 12 prisons in collaboration with the Central Regional Administrator and Central Regional Chief Medical Officer.

Nurse Consultant Program Review
Responsibilities include planning, developing, implementing and evaluating health care services at institutions. The NCPR responsibilities also include consultation and training assistance to the institutions regarding monitoring, measuring, and managing of the Inmate Medical Services Policies and procedures (IMSP&P), mental health guidelines, dental care standards and other regulations.

- **Fresno County Department of Children and Family Services**                3/04 – 4/06
   Deputy Director Children's Mental Health
   Responsibilities include oversight of all children services in collaboration with Managed Care, Child Welfare, Dependency Court, Probation and Juvenile Justice in accordance with Fresno County Mental Health Plan, Welfare and Institution Codes and Title 15, Title 9 and Title 22. The Mental Health Compliance committee developed guidelines, policy and procedures and training mandates for all mental health services within Fresno County.
   Career Highlights: Increased productivity, maintained client satisfaction without incurring layoffs in a fiscally challenged fiscal year.

- **Fresno County Department of Children and Family Services**                2002 – 2006
   Quality Assurance Manager
   Responsibilities include monitoring of quality services delivered by child welfare and mental health services.
   Career Highlights: Developed the first Children and Family Services Quality Assurance program in Fresno County to conduct retrospective reviews and annual report cards to the Executive Board. Established a Sentinel Events Committee including internal and external stakeholders to evaluate service provided to the community and to make recommendations to improve outcomes.

- **Central Valley Mental Health Services**                8/02 – 11/02
   Assistant Executive Director
   Responsibilities include staff development, chart review and monitoring, monitoring and review of mental health billing; establish overall standards for quality of services provided. Hiring of Psychologist, clinicians, billing clerk, human resources and support staff.  Assist with overall financial stability of company and monitoring of state and federal mental health regulations.

- **Fresno County Department of Children and Family Services**                2000 - 2002
   Division Manager, Children Crisis Services
   Responsibilities include Implementation and development of 23-hours/59 minute crisis facility. Responsible for the development of COPE (Community Outreach for Psychiatric Emergencies) Team to reduce hospitalization of mentally ill  children, through stabilization and linkage to comprehensive community services. Staff includes 60 professional and para-professional employees.

- **University of Phoenix – Part-time**                2000-2004
- Theoretical Nursing Instructor
- Responsible for seven to twelve Registered Nurses transitioning from A.D.N. to B.S.N. status.

· Classes Taught: nursing theory, pathophysiology, medical surgical nursing, community health nursing, and leadership.

· **Fresno County Human Services System**                                              **1998 - 2000**
  <u>Supervising Public Health Nurse</u>
  Responsible for community health program areas, including Communicable Disease, Epidemiology, Health Screening and Prevention, Refugee Health and Vital Statistics.
  Supervised: Approximately 40 personnel, budget development, fiscal management and planning.
  For a portion of this time period, responsible for Public Health Nursing activities in targeted Infant Health Program.

· **Pacific Union College**                                                             **1997 –2006**
  <u>Clinical Instructor, Nursing (part-time)</u>
  Responsible for 30 students per semester, theoretical instructor in medical surgical nursing, patho physiology and nursing theory; also, providing clinical rotations, 9 years teaching psychiatric nursing at Cedar Vista Psychiatric Hospital, OB/GYN at Kaweah Delta Hospital in Visalia CA, and Pediatrics at Valley Children's Hospital. – Observation and evaluation of students in the clinical setting. Curricula included assessment, critical thinking, and IV medications.

· **Fresno County Human Services System**                                              **1993 - 1998**
  <u>Public Health Nurse II – Charge Nurse</u>
  Responsibilities included field nursing with high-risk patients of all age groups; education in cultural parenting to substance abusing pregnant females (1994); case managed approximately 30-45 families – from well baby check-up and immunizations, to hypertension and diabetes; As Charge Nurse – responsible for the activities of other Public Health Nurses working in the same areas of service.

· **Linder/Quann Medical Group**                                                       **1996 –1999**
  <u>Family Nurse Practitioner – (Part-time)</u>
  Provide diagnosis, treatment, and medications; interpret laboratory results; perform complete physical exams; patient education; and referrals; Assessment, diagnosis, treatment and referral of patients with chronic and acute medical problems and mental illness, e.g., depression, schizophrenia.

· **Valley Children's Hospital**                                                        **1994 - 1996**
  <u>Neonatal Intensive Care Nurse – (Part-time)</u>
  Provide care for critical neonates primarily with respiratory problems related to prematurity; education for family members regarding care for neonate in hospital and upon discharge; Assessment and referral of dual diagnosed parents of drug positive newborns; education/training of parents to dealing with issues of addition.

· **San Joaquin County Office of Substance Abuse**                                     **1991 - 1993**

<u>Director (Families Overcoming Chemical Using Substances)</u>, FOCUS
Nursing responsibilities included assessment, using ASI of dual diagnosed parents, and referral to appropriate resources: Supervisory responsibilities included supervision of 24 professional/ paraprofessional staff; program development/implementation of residential and outpatient services for 30+ substance abusing women and their children; participation in state and local programs, hiring of staff, evaluations; teaching maternal neonatal classes; chaired management and council meetings.

· **San Joaquin General Hospital**                                              **1987 - 1991**
<u>Staff Nurse IV, Neonatal Intensive Care Unit</u>
Care of critical neonates, major diagnosis of Respiratory Distress Syndrome, Bronchopulmonary Dysplasia, and cardiac problems.  Charge Nurse responsibilities; assignment of patients; training of new nursing staff; critical/high-risk deliveries; cross-trained in ICU; designed/developed and implemented RAINBOW program for reunification of drug-exposed infants/parents in collaboration with Child Protection Services.

**ACHIEVEMENTS:**
- 1996 – Developed and presented workshop for Public Health Nurses related to maternal neonatal substance abuse
- 1992 – Presenter, National Conference for Abandoned Infant Assistance - FOCUS
- 1991 – Developed and delivered 2-day seminar on maternal/neonatal substance abuse
- 1990 – Developed and coordinated intensive care nursery program – San Joaquin General Hospital for mothers of drug-exposed infants to bond with their newborns – RAINBOW
- 2000 – Presenter, 2-day Conference - Cultural Diversity
- 2002 – Development of Quality Assurance Division for Department of Children and Family Services
- 2003 – Multidimensional Therapeutic FC Task Force
- 2004 – Functional Family Therapy Task Force
- 2008 – Presenter, National Commission on Correctional Health Care (NCCHC) conference
- 2008 – Presenter, American Correctional Health Services Association (ACHSA)
- 2010 -  2012 California Heath Care Foundation Leadership Fellow Program (CHCF)
- 2013 -  Presenter, National Commission on Correctional Health Care (NCCHC) conference
- 2014/15 - California Health Care Foundation Clinical  advisor

**PROFESSIONAL AFFILIATIONS:**
- Member, California Coalition of Nurse Practitioners (CCNP)
- Member, California Women's Association

- Past Chair, Advice Seeking System Committee, State of California, Alcohol and Drug Services Section
- Member, American Association of Legal Nurse Consultants
- California Association for Healthcare Quality
- Member, American Council of Nurse Practitioner
- Member, Association of California Nurse Leaders
- Member, National Commission of Correctional Health Care (NCCHC)
- Member ANA
- ANCC
- Correctional Council of Healthcare
- California Health Care Foundation Alumni
- San Joaquin Hospice auxiliary