UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>          Defendants. | No. CIV. S-90-520 LKK/DAD (PC)<br><br><br>**ORDER** |

On August 6, 2014, the Special Master filed a request for appointment of additional staff and to increase the rate of compensation for certain current members of his staff. (ECF No. 5191.) The Special Master seeks appointment of Barbara Seldin, Ph.D, Maria Masotta, Psy.D., and Karen Rea, PHN, MSN, FNP, to his staff. As experts, Drs. Seldin and Masotta and Ms. Rea are to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred fifty dollars ($250.00) plus reasonable expenses.

In addition, the Special Master seeks increased compensation for his monitors Patricia Williams, Esq. and Haunani Henry from an hourly rate of two hundred dollars ($200.00) to two hundred

1

thirty five dollars ($235.00), and for his monitor Kerry Walsh, Esq. from two hundred twenty five dollars ($225.00) to two hundred thirty five dollars ($235.00). These three monitors' compensation for travel time shall remain at an hourly rate of ninety dollars ($90.00).

The Special Master represents that the parties have no objections to either request. See ECF No. 5191 at 2.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's August 6, 2014 request for appointment of additional staff is GRANTED;

2. The Special Master is authorized to appoint Barbara Seldin, Ph.D., Maria Masotta, Psy.D., and Karen Rea, PHN, MSN, FNP, to perform the duties set forth in the Special Master's request for the Appointment of Additional Staff and for Increase in Compensation of Monitors, filed August 6, 2014, and to be compensated at the rates set forth therein; and

3. The compensation for Patricia Williams, Esq., Haunani Henry, and Kerry Walsh, Esq., for time spent working on this action, other than travel time, is increased to two hundred thirty five dollars ($235.00) per hour, said increase to be effective the date this order is filed.

IT IS SO ORDERED.

DATED: August 6, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2