KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S APRIL 10, 2014 ORDER AND [PROPOSED] ORDER** |

**STIPULATION**

On April 10, 2014, this Court ordered Defendants to revise policies and create plans related to the use of force and segregated housing on *Coleman* class members. (Order at 72-74, ECF No. 5131, Apr. 10, 2014.) On May 13, 2014, the Court extended the deadline to complete the foregoing plans and policy revisions to August 1, 2014. (Order, ECF No. 5150, May 13, 2014.) On July 25, 2014, the Court entered an order extending the deadline for Defendants to submit a report concerning the plans and protocols contemplated by paragraphs 2.b and 2.e of the April 10 order to August 15, 2014. (Order, ECF No. 5189, Jul. 25, 2014.)

/ / /

In response to paragraphs 2.b and 2.e of the April 10 order, CDCR developed plans and protocols governing the placement of *Coleman* class members in administrative segregation and segregated housing units.  The parties have met and conferred, consulted with the Special Master, and agree that an extension of ten (10) additional days is necessary to complete the negotiations on these plans and protocols.

Accordingly, the parties respectfully request that the Court enter an order extending the deadline for Defendants to develop plans and protocols, as contemplated by paragraphs 2.b and 2.e of the April 10 order to August 25, 2014.

Dated:  August 11, 2014        KAMALA D. HARRIS, ATTORNEY GENERAL
                               FOR THE STATE OF CALIFORNIA

                               */S/ CHRISTINE M. CICCOTTI*
                               _____
                               CHRISTINE M. CICCOTTI
                               Deputy Attorney General
                               *Attorneys For Defendants*

Dated:  August 11, 2014        ROSEN BIEN GALVAN & GRUNFELD LLP

                               */S/ MICHAEL W. BIEN*
                               _____
                               MICHAEL W. BIEN
                               *Attorneys For Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.


DATED: _____, 2014


                               _____
                               LAWRENCE K. KARLTON
                               Senior Judge, United States District Court

CF1997CS0003
11427727.doc