1 | KAMALA D. HARRIS
Attorney General of California
2 | JAY C. RUSSELL
PATRICK R. MCKINNEY
3 | Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
4 | CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
5 | 1300 I Street, Suite 125
P.O. Box 944255
6 | Sacramento, CA 94244-2550
Telephone: (916) 324-4921
7 | Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
8 | *Attorneys for Defendants*

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | SACRAMENTO DIVISION

12 |

13 |

**RALPH COLEMAN, et al.,**                    2:90-cv-00520 LKK DAD PC

14 |
                                    Plaintiffs,   **STIPULATED REQUEST FOR AN**
15 |                                             **EXTENSION OF TIME TO COMPLY**
                                                **WITH THE COURT'S APRIL 10, 2014**
16 |        v.                                    **ORDER AND ORDER**

17 | **EDMUND G. BROWN JR., et al.,**

18 |                                   Defendants.

19 |

20 |                             **STIPULATION**

21 |        On April 10, 2014, this Court ordered Defendants to revise policies and create plans related

22 | to the use of force and segregated housing on *Coleman* class members. (Order at 72-74, ECF No.

23 | 5131, Apr. 10, 2014.) On May 13, 2014, the Court extended the deadline to complete the

24 | foregoing plans and policy revisions to August 1, 2014. (Order, ECF No. 5150, May 13, 2014.)

25 | On July 25, 2014, the Court entered an order extending the deadline for Defendants to submit a

26 | report concerning the plans and protocols contemplated by paragraphs 2.b and 2.e of the April 10

27 | order to August 15, 2014. (Order, ECF No. 5189, Jul. 25, 2014.)

28 | / / /

1

1    In response to paragraphs 2.b and 2.e of the April 10 order, CDCR developed plans and

2    protocols governing the placement of *Coleman* class members in administrative segregation and

3    segregated housing units.  The parties have met and conferred, consulted with the Special Master,

4    and agree that an extension of ten (10) additional days is necessary to complete the negotiations

5    on these plans and protocols.

6    Accordingly, the parties respectfully request that the Court enter an order extending the

7    deadline for Defendants to develop plans and protocols, as contemplated by paragraphs 2.b and

8    2.e of the April 10 order to August 25, 2014.

9

10   Dated:  August 11, 2014                      KAMALA D. HARRIS, ATTORNEY GENERAL
                                                  FOR THE STATE OF CALIFORNIA

11

12                                               /s/ CHRISTINE M. CICCOTTI
                                                 _____
13                                               CHRISTINE M. CICCOTTI
                                                 Deputy Attorney General
14                                               *Attorneys For Defendants*

15   Dated:  August 11, 2014                      ROSEN BIEN GALVAN & GRUNFELD LLP

16

17                                               /s/ MICHAEL W. BIEN
                                                 _____
18                                               MICHAEL W. BIEN
                                                 *Attorneys For Plaintiffs*

19

20                                **ORDER**

21   Pursuant to the foregoing stipulation, IT IS SO ORDERED.

22

23   DATED: August 11, 2014

24

25

26   LAWRENCE K. KARLTON
     SENIOR JUDGE
27   UNITED STATES DISTRICT COURT

28