1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,              No. CIV. S-90-520 LKK/DAD (PC)

12            Plaintiffs,

13      v.                               **ORDER**

14   EDMUND G. BROWN, JR., et al.,

15            Defendants.

16

17       On April 10, 2014 (ECF No. 5131), defendants were ordered to

18   work under the guidance of the Special Master to, <u>inter</u> <u>alia</u>,

19   revise their use of force policies and procedures and work with

20   the Special Master on a timeline for completion of their review

21   of the use of management status; to file a plan limiting or

22   eliminating altogether placement of class members removed from

23   the general population for non-disciplinary reasons in

24   administrative segregation units that house inmates removed from

25   the general population for disciplinary reasons, and a revised

26   policy concerning strip searches in Enhanced Outpatient Unit

27   Administrative Segregation Unit (EOP ASU) hubs.  Defendants were

28   also ordered to report to the court and the Special Master

                                    1

1  monthly on whether each EOP ASU hub meets the requirements of the

2  Program Guide for EOP ASU level of care and prohibitions on

3  placement of Coleman class members in non-compliant EOP ASU hubs.

4  Id. at 72-74.  By order filed May 13, 2014, several relevant

5  deadlines set in the order were extended to August 1, 2014.  See

6  Order filed May 13, 2014 (ECF No. 5150) at 2-3.

7      On August 1, 2014, defendants filed a report on compliance

8  with the foregoing requirements of the April 10, 2014 order

9  together with the required plans and policies.  In particular,

10  defendants have filed a revised use of force policy; a new

11  statewide management cell status policy; a plan to limit or

12  eliminate placement of class members removed from the general

13  population for non-disciplinary reasons in administrative

14  segregation units that house inmates removed from the general

15  population for disciplinary reasons; a plan to report on Program

16  Guide compliance for the EOP ASU hubs; and a revised strip search

17  policy.

18      The court has reviewed defendants' report and the

19  accompanying plans and policies.  The court commends the parties

20  and the Special Master and his team for the substantial effort

21  that resulted in the materials tendered to the court.  The court

22  agrees with defendants that they have made substantial changes to

23  the relevant policies and procedures, and that those changes meet

24  the requirements of the April 10, 2014 order.[1]  Accordingly, the

25

---

[1] Defendants have included a request for modification of the April 10, 2014
order to the extent, if at all, that the court determines any of the plans and
policies do not comply with the "terms and intent" of the April 10, 2014
order.  Defs. Plans and Policies (ECF No. 5190) at 3.  The April 10, 2014
order prohibits placement of "any class members removed from the general
population for non-disciplinary reasons for more than seventy-two hours in
administrative segregation units that house inmates removed from the general

26

27

28

2

1  plans and policies will be approved.  Defendants will be directed

2  to implement the plans and policies forthwith consistent with the

3  representations in their report.  Said implementation shall be

4  monitored by the Special Master in accordance with his monitoring

5  and reporting duties in this action.

6       In accordance with the above, IT IS HEREBY ORDERED that:

7       1.  The plans and policies filed by defendant on August 1,

8  2014 are approved.

9       2.  Defendants shall forthwith, under the guidance of the

10 Special Master, implement the plans and policies approved by this

11 order consistent with the representations in the report that

12 accompanies the plans and policies.

13      3.  Implementation of the plans and policies approved by

14 this order shall be monitored by the Special Master in accordance

15 with his monitoring and reporting duties in this action.

16      DATED:  August 11, 2014.

17

18

19

20 _____
   LAWRENCE K. KARLTON
21 SENIOR JUDGE
   UNITED STATES DISTRICT COURT

22

23

24

---

25 population for disciplinary reasons."  Order filed April 10, 2014 (ECF No.
   5131) at 73.  The non-disciplinary segregation policy tendered to the court
26 incorporates a maximum ten-day period for classification determinations
   concerning the applicability of non-disciplinary status, with Coleman class
   members' classification process to be expedited, in addition to the seventy-
27 two hour maximum stay ordered by the court.  To the extent modification of the
   order is required for this plan, it is granted.  No further modification of
28 the April 10, 2014 order are required at this time.