1   KAMALA D. HARRIS
    Attorney General of California
2   PATRICK R. MCKINNEY
    Supervising Deputy Attorney General
3   ELISE OWENS THORN, State Bar No. 145931
    CHRISTINE M. CICCOTTI, State Bar No. 238695
4   Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 324-4921
     Fax: (916) 324-5205
7    E-mail: Elise.Thorn@doj.ca.gov
    *Attorneys for Defendants*

8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

12

13  **RALPH COLEMAN, et al.,**                    2:90-cv-00520 LKK DAD PC

14                               Plaintiffs,      **STIPULATED REQUEST FOR AN**
15                                                **EXTENSION OF TIME TO COMPLY**
                                                  **WITH THE COURT'S APRIL 10, 2014**
16          v.                                    **ORDER AND [PROPOSED] ORDER**

17  **EDMUND G. BROWN JR., et al.,**

18                               Defendants.

19

20                                STIPULATION

21          On April 10, 2014, this Court ordered Defendants to revise policies and create plans related

22  to the use of force and segregated housing on *Coleman* class members. (Order at 72-74, ECF No.

23  5131, Apr. 10, 2014.) On May 13, 2014, the Court extended the deadline to complete the

24  foregoing plans and policy revisions to August 1, 2014. (Order, ECF No. 5150, May 13, 2014.)

25  By orders dated July 25 and August 11, 2014, the Court extended the deadline for Defendants to

26  submit a report concerning the plans and protocols contemplated by paragraphs 2.b and 2.e of the

27  April 10 order to August 25, 2014. (Orders, ECF Nos. 5189, Jul. 25, 2014 & 5195, Aug. 11,

28  2014.)

                                         1

1    The parties have continued to meet and confer in consultation with the Special Master, and

2    agree that an extension of four (4) additional days is necessary to complete the negotiations on

3    these plans and protocols.

4    Accordingly, the parties respectfully request that the Court enter an order extending the

5    deadline for Defendants to develop plans and protocols, as contemplated by paragraphs 2.b and

6    2.e of the April 10 order to August 29, 2014.

7

8    Dated:  August 25, 2014                     KAMALA D. HARRIS, ATTORNEY GENERAL
                                                  FOR THE STATE OF CALIFORNIA

9

10                                               /s/ Elise O. Thorn
                                                 ELISE O. THORN
11                                               Deputy Attorney General
                                                 Attorney For Defendants
12

13   Dated:  August 25, 2014                     ROSEN BIEN GALVAN & GRUNFELD LLP

14

15                                               /s/Michael W. Bien
                                                 MICHAEL W. BIEN
16                                               Attorney For Plaintiffs

17
                                   **[PROPOSED] ORDER**
18
     Pursuant to the foregoing stipulation, IT IS SO ORDERED.
19

20
     DATED: _____, 2014
21

22
                                       _____
23                                     LAWRENCE K. KARLTON
                                       Senior Judge, United States District Court
24

25   CF1997CS0003
     11455180.doc
26

27

28

                                          2