KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PATRICK R. MCKINNEY, State Bar No. 215228
Supervising Deputy Attorney General
KEVIN A. VOTH, State Bar No. 257227
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1624
 Fax:  (415) 703-5843
 E-mail:  Kevin.Voth@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK DAD<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge:　　The Honorable Lawrence K. Karlton<br>Action Filed:　Aug. 23, 1990 |

Defendants appeal from this Court's order of July 25, 2014 adopting the Special Master's May 30, 2014 recommendations in full and ordering relief.  (ECF No. 5188.)  Defendants file this protective appeal to preserve their challenge to the Court's injunctive orders which were set forth in its July 11, 2013 order.  (*See id*. at 3 n.1; ECF No. 4688).  Defendants' appeal of the July 11,

1

2013 order is currently pending before the Ninth Circuit in *Coleman v. Brown*, Case No. 13-16637.

Dated: August 25, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

 */s/ Kevin A. Voth*
KEVIN A. VOTH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
41059544.doc