# ATTACHMENT 1

No. _____

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

Plaintiffs-Appellees,

**v.**

**EDMUND G. BROWN, JR., et al.,**

Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 LKK DAD PC
The Honorable Lawrence K. Karlton, Judge

## REPRESENTATION STATEMENT

KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
PATRICK R. MCKINNEY
THOMAS S. PATTERSON
Supervising Deputy Attorneys General
KEVIN A. VOTH
Deputy Attorney General
State Bar No. 257227
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-1624
  Fax: (415) 703-5843
  Email:  Kevin.Voth@doj.ca.gov
*Attorneys for Defendants-Appellants*

The undersigned represents the State Defendants-Appellants in this case—including Edmund G. Brown Jr., Governor of the State of California; Dr. Jeffrey Beard, Secretary of the California Department of Corrections and Rehabilitation; Michael Cohen, Director of the Department of Finance; and Cliff Allenby, Acting Director of the Department of State Hospitals. Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses. The party listing in the district court's docket (which spans 81 of the 468 pages in the docket) also includes numerous associated counsel for many parties, as well as additional

///


///

intervenors, "interested parties," amici curiae, and "miscellaneous"

individuals who are not included on the attached service list.


Dated:  August 25, 2014          Respectfully Submitted,

                                 KAMALA D. HARRIS
                                 Attorney General of California
                                 JONATHAN L. WOLFF
                                 Senior Assistant Attorney General
                                 PATRICK R. MCKINNEY
                                 THOMAS S. PATTERSON
                                 Supervising Deputy Attorneys General


                                 /s/ KEVIN A. VOTH
                                 KEVIN A. VOTH
                                 Deputy Attorney General
                                 Attorneys for Defendants-Appellants

SF2013206104
41059543.doc

2

Service List

| | |
|---|---|
| Michael Bien<br>Rosen Bien Galvan & Grunfeld, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>Email: MBien@rbgg.com<br>(Attorney for Plaintiffs) | Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>(Attorney for Plaintiffs) |
| Edward P. Sangster<br>K&L Gates LLP<br>Four Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111<br>Phone: (415) 882-8200<br>Fax: (415) 882-8220<br>Email: ed.sangster@klgates.com<br>(Attorney for Plaintiffs) | Claudia Center<br>Legal Aid Society<br>Employment Law Center<br>600 Harrison Street<br>Suite 120<br>San Francisco, CA 94107<br>Phone: (415) 864-8848<br>Fax: (415) 864-8199<br>Email: ccenter@las-elc.org<br>(Attorney for Plaintiffs) |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way<br>Suite 301<br>Providence, RI 02908<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>(Special Master) | |

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                                        Plaintiffs-Appellees,

**v.**

**EDMUND G. BROWN, JR., et al.,**

                                        Defendants-Appellants.

**STATEMENT OF RELATED CASES**

The following related cases are pending in the United States Court of Appeals

///


///

for the Ninth Circuit: *Coleman, et al., v. Brown, et al*., Case No. 13-15931, and

*Coleman, et al., v. Brown, et al*., Case No. 13-16637.

Dated:  August 25, 2014                    Respectfully Submitted,

                                           KAMALA D. HARRIS
                                           Attorney General of California
                                           JONATHAN L. WOLFF
                                           Senior Assistant Attorney General
                                           PATRICK R. MCKINNEY
                                           THOMAS S. PATTERSON
                                           Supervising Deputy Attorneys General


                                            */S/ KEVIN A. VOTH*
                                           KEVIN A. VOTH
                                           Deputy Attorney General
                                           *Attorneys for Defendants-Appellants*