KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5345
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**DEFENDANTS' AUGUST STATUS REPORT ON ACTIVATION OF DEPARTMENT OF STATE HOSPITALS' PROGRAMS AT THE CALIFORNIA HEALTH CARE FACILITY**<br><br>Judge Lawrence K. Karlton |

Defendants submit this status report in response to the Court's March 18, 2014 order to provide monthly updates on the full activation of Department of State Hospitals' (DSH) mental health programs at the California Health Care Facility (CHCF), Stockton.

/ /

/ /

1

Attached as Exhibit A is the current status of DSH programs at CHCF.

Dated: August 25, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/S/ MANEESH SHARMA*
MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2