**Exhibit A**

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS  
SACRAMENTO

EDMUND G. BROWN JR., GOVERNOR

**LEGAL OFFICE**
1600 Ninth Street, Suite 433
Sacramento, CA 95814



August 22, 2014

Patrick R. McKinney II
Supervising Deputy Attorney General
Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

Dear Mr. McKinney:

Attached please find the Department of State Hospitals' Status Update for the Coleman Court.

Sincerely,

Nicole C. Harrigan
Attorney, Legal Office
Department of State Hospitals

Enclosure

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                              EDMUND G. BROWN JR., GOVERNOR
SACRAMENTO

**LEGAL OFFICE**
1600 Ninth Street, Suite 433
Sacramento, CA  95814



## AUGUST 25, 2014 UPDATE TO COURT

In response to the Court's March 18, 2014 Order, Department of State Hospitals (DSH) staff submit this update on the status of the activation of DSH units at the California Health Care Facility, Stockton.

As previously reported to the Court, two intermediate care units at CHCF were opened on March 24, 2014, and opened two additional intermediate care units on July 14, 2014.  On August 4, 2014, DSH activated the last remaining acute care unit at CHCF, and has admitted 10 inmate-patients to that unit since that date.  Additionally, DSH has admitted 323 inmate-patients to the already operating units since March 24, 2014.  DSH continues its efforts to diligently recruit and staff psychiatrist positions.