KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-4921
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK DAD PC<br><br>**STIPULATED REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH THE COURT'S APRIL 10, 2014 ORDER AND ORDER** |

**STIPULATION**

On April 10, 2014, this Court ordered Defendants to revise policies and create plans related to the use of force and segregated housing on *Coleman* class members.  (Order at 72-74, ECF No. 5131, Apr. 10, 2014.)  On May 13, 2014, the Court extended the deadline to complete the foregoing plans and policy revisions to August 1, 2014.  (Order, ECF No. 5150, May 13, 2014.)  By orders dated July 25 and August 11, 2014, the Court extended the deadline for Defendants to submit a report concerning the plans and protocols contemplated by paragraphs 2.b and 2.e of the April 10 order to August 25, 2014.  (Orders, ECF Nos. 5189, Jul. 25, 2014 & 5195, Aug. 11, 2014.)

The parties have continued to meet and confer in consultation with the Special Master, and agree that an extension of four (4) additional days is necessary to complete the negotiations on these plans and protocols.

Accordingly, the parties respectfully request that the Court enter an order extending the deadline for Defendants to develop plans and protocols, as contemplated by paragraphs 2.b and 2.e of the April 10 order to August 29, 2014.

Dated:  August 25, 2014                     KAMALA D. HARRIS, ATTORNEY GENERAL
                                            FOR THE STATE OF CALIFORNIA

                                            */s/ Elise O. Thorn*
                                            ELISE O. THORN
                                            Deputy Attorney General
                                            *Attorney For Defendants*

Dated:  August 25, 2014                     ROSEN BIEN GALVAN & GRUNFELD LLP

                                            */s/Michael W. Bien*
                                            MICHAEL W. BIEN
                                            *Attorney For Plaintiffs*

**ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED:  August 25, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2