UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On December 11, 1995, this court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, defendants shall deposit with the Clerk of the Court a ninety-third interim payment of costs in the amount of $750,000.00 which

1  amount shall be invested in the interest-bearing account
2  previously opened for this action; and
3       2.  The Clerk of the Court is directed to serve a copy of
4  this order on the Financial Department of this Court.
5       DATED: August 25, 2014.

9  _____
   LAWRENCE K. KARLTON
10 SENIOR JUDGE
   UNITED STATES DISTRICT COURT