UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs,**

        v.                                      No. CIV. S-90-520 LKK/DAD

**EDMUND G. BROWN, JR., et al.,**
    **Defendants**

### SPECIAL MASTER'S REQUEST TO ENLARGE TIME

The Special Master requests an enlargement of time with respect to the filing of two upcoming reports to this Court. The reasons for this request are set forth below.

On April 10, 2014, this Court ordered, among other things, that the Special Master report to the court within six months (i.e. no later than October 10, 2014), on whether defendants have adequately implemented the Rule Violation Report (RVR) policies and procedures that were agreed to in 2011. (ECF No. 5131)

On June 18, 2014, defendants were ordered to revisit and, as appropriate, revise their existing mental health staffing plan in order to resolve the ongoing problem of mental health staffing shortages and comply with the requirements of this Court's order of June 13, 2002 concerning maximum mental health staffing vacancies. (ECF No. 1383) Defendants were ordered to assume primary responsibility for completion of this task, with the Special Master to provide guidance and expertise where necessary to ensure its timely completion and to ensure that plaintiffs are provided notice and an opportunity for input as appropriate. (ECF No. 5171)

1

Defendants were ordered to report to the court on the results of this review on or before September 12, 2014.

The Special Master requests that both of these deadlines for reporting be extended to January 31, 2015. The additional time is needed because of the volume and complexity of various simultaneously ongoing projects that have been consuming the time and resources of the defendants and of the Special Master and his staff. Among these projects are several that were ordered pursuant to the above-referenced order of April 10, 2014:

- revision of defendants' use of force policies and procedures;
- completion of a timeline for review of the use of management status for inmates;
- filing of a plan limiting or eliminating altogether the placement of *Coleman* plaintiff class members who are removed from general population for non-disciplinary reasons into administrative segregation units that house inmates removed from general population for disciplinary reasons;
- revision of the policy concerning strip searches in the Enhanced Outpatient administrative segregation unit (EOP ASU) hubs; and
- reporting by defendants to the Court and the Special Master on whether each EOP ASU hub meets the requirements of the *Coleman* Program Guide for EOP ASU level of care, and the placement of *Coleman* plaintiff class members in noncompliant EOP ASU hubs.

On August 11, 2014, the Court approved plans and policies filed by the defendants on August 1, 2014 and ordered their implementation forthwith under the guidance of the Special Master, and his monitoring of their implementation in accordance with his usual monitoring and reporting duties. (ECF No. 5196)

The afore-described work continues, as the Special Master is in the process of monitoring on site defendants' use of its Continuous Quality Improvement Tool (CQIT) to evaluate its EOP ASU hubs' compliance levels, and generally providing guidance and consultation to the defendants towards their implementation of the many changes in the new plans and policies.

The Special Master and his staff are also presently engaged in monitoring on-site all 34 CDCR prisons' compliance levels with the 2011 agreed-to RVR policies and procedures, in

2

preparation for his report to the Court.  In addition, the Special Master continues to work with defendants on the development and activation of the San Quentin Psychiatric Inpatient Program (SQ PIP) for inpatient care of condemned inmates.  He was ordered on June 27, 2014 to report to the Court on the SQ PIP full activation of patient admissions, treatment, and any other matters or concerns with the SQ PIP which may have emerged, not later than 90 days following that program's full activation.  (ECF No. 5174)   Further, the Special Master was ordered on July 25, 2014 to further review all six inpatient programs for CDCR inmates, and following the conclusion thereof to report his findings and conclusions to the Court.  In the meantime, the Special Master's regular compliance monitoring and reporting on all 34 CDCR prisons will resume at a presently undetermined future time.

   Because of the demands place by these various activities and projects on the Special Master's and the defendants' time and resources, presently and foreseeably for the balance of this year, the Special Master requests that the deadline for his report on defendants' compliance with the RVR policies and procedures that were agreed to in 2011 be extended to January 31, 2015.  In addition, for the same reasons, the Special Master requests that the deadline for defendants' report on the results of their review and revisions to their mental health staffing plan to comply with this Court's order of June 13, 2002 also be extended to January  31, 2015.

    Respectfully submitted

    /s/

    _____
    Matthew A. Lopes, Jr., Esq.
    Special Master

Date:  August 27, 2014