UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV. S-90-520 LKK/DAD (PC) |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On August 27, 2014, the Special Master filed a request to extend two deadlines set by this court.  First, the Special Master seeks an extension of the deadline for filing his report on whether defendants have adequately implemented the Rules Violation Report (RVR) policies and procedures agreed to in 2011. Second, the Special Master seeks an extension of the deadline for defendants to report to the court on their review and, as appropriate, revision of their existing mental health staffing plan.  The Special Master requests that both reports now be due January 31, 2015.  Good cause appearing, the request will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1

1. The Special Master's August 27, 2014 request (ECF No. 5209) is granted;

2. The deadline for the Special Master to report to the court on whether defendants have adequately implemented the RVR policies and procedures agreed to in 2011 is extended to January 31, 2015; and

3. The deadline for defendants to report to the court on their review and, as appropriate, revision of their existing mental health staffing plan is extended to January 31, 2015.

DATED: August 28, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2