KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK DAD |
| Plaintiffs, | **DEFENDANTS' PLANS AND POLICIES ADDRESSING SECTIONS 2(b) AND 2(e) OF THE APRIL 10, 2014 ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | **REQUEST FOR DISCHARGE OF OCTOBER 10, 2002 ORDER** |
| Defendants. | **REQUEST FOR MODIFICATION OF SECTION 2(e) OF APRIL 10, 2014 ORDER** |

On April 10, 2014, this Court ordered Defendants to revise policies and create plans related to use of force and segregated housing involving *Coleman* class members within California Department of Corrections and Rehabilitation (CDCR) institutions. (Order at 72-74, ECF No. 5131, Apr. 10, 2014.) On August 1, 2014, Defendants filed several of the plans and policies contemplated by the April 10 and May 13, 2014 Orders. (ECF No. 5190.) On August 11, 2014, the Court approved the plans and policies submitted by Defendants. (Order, ECF No. 5196, Aug. 11, 2014.)

1

Defs.' Plans & Policies Re: Sections 2(b) & 2(e) of Apr. 10, 2014 Order; Req. for Discharge of Oct. 10, 2002 Order; Req. for Modification of Section 2(e) of Apr. 10, 2014 Order  (2:90-cv-00520 LKK DAD)

Defendants now submit CDCR's Report on Compliance with Sections 2(b) and 2(e) of the April 10, 2014 Order (Report). The Report, attached hereto as Exhibit A, includes a detailed summary of the collaborative effort between CDCR mental health and custody staff to create new programs and alternative housing for *Coleman* class members who cannot be housed in the general population. That work includes the initial review, evaluation, and drafting by Defendants; meetings and consultation with the Special Master and his team of experts; and meetings with the Special Master and Plaintiffs' counsel in July and August to reach an agreement on the plans and protocols for the placement of *Coleman* class members currently housed in Administrative Segregation and Security Housing Units as contemplated by the April 10 order.

**Summary of Defendants' Report and Proposed Plans and Policies**

The Report summarizes and attaches the following plans and policies which address the requirements set forth in Sections 2(b) and 2(e) of the April 10 order:

- *Creation of Correctional Clinical Case Management System Short Term and Long Term Restricted Housing*. This CDCR memorandum is attached as Exhibit 1 to the Report and is summarized at pages 1-7 of the Report.
- *Priority Case-by-Case Review of Mental Health Delivery System Long Term Segregated Inmates*. This CDCR memorandum is attached as Exhibit 2 to the report and is summarized at pages 7-8 of the Report.
- *Case Conference for Returning DSH/PIP Level of Care Inmates Serving a SHU Term Prior to Inpatient Discharge*. This CDCR memorandum, which addresses the last sentence of Section 2(e) of the April 10 order, is attached as Exhibit 3 to the Report and is summarized at pages 8-9 of the Report.

**Defendants' Request for Court Approval of Defendants' Plans and Policies, Request for Discharge of October 10, 2002 Order, and Request for Modification of Section 2(e) of April 10, 2014 Order**

As set forth in the Report, to provide enhanced mental health services and out-of-cell time in the Short Term Restricted Housing program, the parties have agreed that CDCR may house *Coleman* class members at the Correctional Clinical Case Management System level of care in

2

Standalone Administrative Segregation Units at nine designated institutions. (Report pp. 1-6 & Exhibit 1.) Defendants are mindful that in 2002, the parties stipulated and the Court ordered that CDCR could not house *Coleman* class members in Standalone Administrative Segregation Units without court approval. (Stipulation and Order Regarding the Housing of Mentally Ill Prisoners in New Administrative Segregation Units, ECF No. 1440, Oct. 10, 2002.) Both the Special Master and Plaintiffs agree that the concerns underlying the 2002 stipulation for use of the Standalone units have been addressed by the provisions of this plan, which includes increased out of cell time and enhanced programming. (Report p. 4.) Defendants therefore request that the Court approve Defendants' Short Term Restricted Housing program, consistent with the 2002 stipulation and order. Defendants further request that the Court discharge the October 10, 2002 order in light of the parties' agreement.

Defendants respectfully submit that the foregoing plans and policies comply with and in many respects exceed the terms and intent of Sections 2(b) and 2(e) of the Court's April 10 order. Section 2(e) of the order permits CDCR to house *Coleman* class members in existing security housing units only if the treating clinician certifies that the placement is appropriate. (Order at 74.) After meeting-and-conferring with Plaintiffs' counsel and in consultation with the Special Master, Defendants have chosen not to propose a certification process, but instead to address the Court's concerns by removing all CCCMS inmates from existing security housing units and placing them in new dedicated housing units geared toward enhanced treatment and out-of-cell activities. (*See* Report at 3 & 6-7.) Defendants request that the Court modify its April 10 order by substituting the certification requirement in Paragraph 2(e) with CDCR's CCCMS-Long Term Restricted Housing Unit plan.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3

To the extent the Court determines that any of Defendants' other proposed plans and policies do not comply with the terms and intent of the April 10 order, Defendants request a modification of the April 10 order consistent with the plans and policies submitted herewith.

Dated:  August 29, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/s/ ELISE OWENS THORN*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
11464341.doc

4