# EXHIBIT 1

# [CREATION OF CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM SHORT TERM AND LONG TERM RESTRICTED HOUSING]

# Memorandum

Date :

To : Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives

Subject : **CREATION OF CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM SHORT TERM AND LONG TERM RESTRICTED HOUSING**

The purpose of this memorandum is to announce the creation of the Correctional Clinical Case Management System-Short Term Restricted Housing (CCCMS-STRH) and the Correctional Clinical Case Management System-Long Term Restricted Housing (CCCMS-LTRH). The Division of Adult Institutions in collaboration with the Division of Health Care Services has developed a series of alternative segregated housing units for CCCMS inmates requiring short-term and long-term segregated housing.

The CCCMS-STRH will offer enhanced treatment and additional out-of-cell activities for CCCMS inmates until they can be released back to the general population or transferred to an appropriate CCCMS-LTRH for long-term segregated housing. The CCCMS-LTRH will offer enhanced treatment and additional out-of-cell activities for CCCMS inmates serving an imposed SHU term. Due to the increased out-of-cell activities offered in the CCCMS STRH and LTRH, it is imperative that staff are vigilant with documenting all programs, activities, and services afforded to segregated inmates on the CDC 114-A, Inmate Segregation Record. It is expected institutions will audit the CDC 114-A, Inmate Segregation Record on a weekly basis to ensure compliance with departmental mandates.

## CCCMS-STRH OVERVIEW

The CCCMS-STRH's will be located within the Standalone ASU's at each of the following designated institutions:

- California State Prison-Corcoran
- California State Prison-Los Angeles County
- California State Prison-Sacramento
- California Substance Abuse Treatment Facility
- High Desert State Prison
- Kern Valley State Prison
- Pelican Bay State Prison
- Pleasant Valley State Prison
- Salinas Valley State Prison

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives
Page 2

The following institutions will have a CCCMS-STRH Program within their existing ASU's for CCCMS inmates undergoing Reception Center (RC) processing:

- California Institution for Men
- Deuel Vocational Institution
- North Kern State Prison
- San Quentin State Prison
- Wasco State Prison

The following institutions will have a CCCMS-STRH Program within their existing ASU's for female CCCMS inmates:

- California Institution for Women
- Central California Women's Facility

CCCMS-STRH units will offer enhanced out-of-cell activity and weekly structured group treatment in addition to existing Program Guide requirements such as daily psychiatric technician rounding and weekly clinical contacts. The CCCMS-STRH will be run collaboratively between custody and mental health staff. Custody and mental health staff will participate jointly in morning meetings to discuss high risk inmates, new arrivals, and any behavior issues or ongoing concerns of individual inmates. Custody and mental health staff will also work together in interdisciplinary treatment team meetings and Institutional Classification Committees. These collaborative activities ensure strong communication within the unit so that staff can monitor the inmates' mental health, prevent decompensation by utilizing higher levels of care, and offer a robust mental health program.

## TIME FRAMES FOR TRANSFER TO CCCMS-STRH

Upon implementation, institutions without a designated CCCMS-STRH or CCCMS-STRH RC Program shall transfer all CCCMS inmates retained by the Institution Classification Committee (ICC) to a designated CCCMS-STRH within 30 days of ASU placement. In the event an inmate is included in the CCCMS after ASU placement, the time frames will begin the date of the Mental Health Chrono, CDCR Form 128 MH-3, indicating the inmate has been placed at the CCCMS level of care.

The sending institution shall retain responsibility for bringing to completion any pending CDC 115, Rules Violation Report or closure documentation resulting in the inmates need for CCCMS-STRH placement.

## ENHANCED PROGRAMMING FOR NON-RECEPTION CENTER MALE INMATES

Out of Cell Activities

In an effort to improve the conditions of confinement for male CCCMS inmates placed in segregated housing, the CCCMS-STRH will offer 20 hours of out-of-cell activities per week.

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives
Page 3

Inmates placed into a designated CCCMS-STRH will be offered 18.5 hours per week of exercise outside of their cell. The exercise program within this unit will consist of various recreational activities and the ability to utilize exercise equipment such as balls and pull-up bars. In addition, inmates placed into the CCCMS-STRH will be offered 90 minutes of confidential structured therapeutic activity.

In Cell and Therapeutic Treatment Activities

Upon arrival in the CCCMS-STRH, inmates will receive their standard property and orientation package. CCCMS inmates will be offered a weekly clinical contact with their primary clinician. Additionally, CCCMS inmates will be offered in-cell therapeutic activities, such as self-help materials and/or recreational activities, as determined by IDTT. CCCMS-STRH inmates will be permitted one electrical appliance such as a radio or television.

**FEMALE INMATES AND RECEPTION CENTER PROGRAM**

Female CCCMS inmates or CCCMS inmates undergoing RC processing, who require short-term segregated housing will be placed in the ASU at their respective female institution or Reception Center. CCCMS-STRH Female or RC Programs will offer 15 hours of out-of-cell activities per week. The exercise program within this unit will consist of various recreational activities and exercise equipment. The programs will offer 10 hours per week of exercise outside of the cell and 3.5 additional hours of recreational activity in a secure treatment module. The additional 3.5 hours will be offered on the dayroom floor of the housing unit or other designated area where the physical structure permits. In addition, CCCMS female inmates or CCCMS inmates undergoing RC processing will be offered 90 minutes of out-of-cell activity consisting of confidential structured therapeutic activity.

Female CCCMS inmates or CCCMS inmates undergoing RC processing will also be offered daily psychiatric technician rounding, a weekly clinical contact with their primary clinician, and in cell therapeutic activities, such as self-help materials and/or recreational activities, as determined by the IDTT. Female CCCMS inmates or CCCMS inmates undergoing RC processing may have one electrical appliance where physical plant allows. Where existing physical plant does not allow, inmates will be offered a radio.

**CCCMS-LTRH OVERVIEW (MALE AND FEMALE INMATES)**

The CCCMS-LTRH will be located at the following designated institutions:

- California State Prison-Corcoran
- Pelican Bay State Prison
- California Institution for Women

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives
Page 4

CCCMS-LTRHs will offer enhanced out-of-cell activity, weekly structured group treatment, daily rounding, and weekly clinical contacts. The CCCMS-LTRH will be run collaboratively between custody and mental health staff. Custody and mental health staff will work together in interdisciplinary treatment team meetings and ICCs. These collaborative activities ensure strong communication within the unit so that staff can monitor the inmates' mental health, prevent decompensation by utilizing higher levels of care, and offer a robust mental health program.

**ENHANCED PROGRAMMING (OUT-OF-CELL ACTIVITIES)**

In an effort to improve the conditions of confinement for CCCMS inmates imposed a SHU term by an ICC, the CCCMS-LTRH will offer 15 hours of out-of-cell activities per week. Inmates placed into a designated CCCMS-LTRH will be offered 10 hours per week of exercise outside of their cell and 3.5 additional hours of recreational activity in a secure treatment module. The exercise program within this unit will consist of various recreational games and exercise equipment. In addition, inmates placed into the CCCMS-LTRH will be offered 90 minutes of confidential structured therapeutic activity.

**ENHANCED PROGRAMMING (IN-CELL ACTIVITIES AND DAILY ROUNDS)**

To further enhance the conditions of confinement, the CCCMS-LTRH will offer in-cell therapeutic activities, such as self-help materials and recreational activities. These in-cell activities will be offered as determined by each inmate's Interdisciplinary Treatment Team. Additionally, daily rounds will be completed by a psychiatric technician within the CCCMS-LTRH. Inmates will be offered a weekly clinical contact with their primary clinician.

A conversion schedule detailing the necessary movement for implementation of these units will be sent in a subsequent directive. Additionally, a template operating procedure will also be forwarded, providing more detailed information regarding what the CCCMS-STRH and CCCMS-LTRH programs should consist of.

If you have any questions regarding these alternative segregated housing units and programs, please contact your respective Associate Director or Regional Mental Health Administrator.

M. D. STAINER
Director
Division of Adult Institutions

TIMOTHY BELAVICH, Ph.D., MSHCA, CCHP-MH
Director (A), Division of Health Care Service and
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Attachment

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives
Page 5


cc: Kathleen Allison
　　Kelly Harrington
　　Timothy Virga
　　Thomas Tyler