# EXHIBIT 2

# [PRIORITY CASE-BY-CASE REVIEW OF MENTAL HEALTH DELIVERY SYSTEM LONG TERM SEGREGATED INMATES]

State of California
Case 2:90-cv-00520-KJM-SCR   Document 5211-3   Filed 08/29/14   Page 2 of 6
Department of Corrections and Rehabilitation

# Memorandum

Date :

To : Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives

Subject : **PRIORITY CASE-BY-CASE REVIEW OF MENTAL HEALTH SERVICES DELIVERY SYSTEM LONG TERM SEGREGATED INMATES**

The purpose of this memorandum is to set forth a process by which the retention of inmates identified as participants in the Mental Health Services Delivery System (MHSDS) in Administrative Segregation Units (ASU), Psychiatric Services Units (PSU), and Security Housing Units (SHU) will be reviewed and assessed.

The placement of inmates into ASU is intended as temporary housing, for use when an inmate's presence in an institution's general population presents a threat to the safety of the inmate or others, endangers institution security or jeopardizes the integrity of an investigation into alleged serious misconduct or criminal activity. Inmates determined to no longer present a threat to themselves, staff, or other inmates, or threaten the security of the institution if released to the general population, should not be housed in segregation.

To most efficiently implement identified changes to the housing of MHSDS participants housed in ASU, SHU, and PSU as directed in memoranda:

- Non-Disciplinary Segregation Processing Procedure for Mental Health Services Delivery System Inmates dated August 14, 2014.
- Implementation of Non-Disciplinary Segregation for Mental Health Services Delivery System Inmates Processing, Procedures, and Required Training dated August 21, 2014.

Priority case-by-case reviews shall be conducted of all MHSDS inmates housed in ASU over 150 days and specific Determinate and Indeterminate SHU/PSU MHSDS inmates, beginning with those inmates with the greatest lengths of stay. Prior to the priority case-by-case review, training regarding the identified changes and expectations will need to be provided to all committee members to facilitate consistent desired outcomes. Those training requirements are articulated in the listed memoranda. Training will also be augmented with the use of mandatory teleconferences.

The specific MHSDS Determinate and Indeterminate SHU/PSU cases that shall have a priority case-by-case review are:

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives
Page 2

- Any inmate with a determinate SHU term with segregated housing for 30 or more continuous months and a controlling Minimum Eligible Release Date beyond 12 months.
- Any inmate with an indeterminate SHU term due to disciplinary behavior with SHU/PSU housing for two or more continuous years.

The following MHSDS SHU/PSU cases will not receive a priority case-by-case review by the institution or through Case Conference, but rather will be reviewed by the Department Review Board (DRB) or Security Threat Group (STG) process, respectively:
- Any inmate with an indeterminate SHU term due to DRB will be reviewed in accordance with current policy, i.e., DRB determined timeframes specific to deliberated case factors.
- Any inmate with an indeterminate SHU term due to Validated STG Affiliates will be reviewed in accordance with current standards, i.e. STG Identification, Prevention, and Management Pilot Project.

**Institution Review of MHSDS ASU/SHU/PSU**

Once training is complete, the institution will be given:
- 90 days to complete a review of all MHSDS ASU inmates housed in segregation for over 150 days on September 15, 2014.
- 180 days to complete a review of above specified MHSDS SHU/PSU inmates housed in segregation on September 15, 2014.
- Wardens of institutions housing inmates designated as Outpatient Level of Care (DSH) shall be responsible for identifying and reviewing any inmate within their program meeting the timeframes for review.

Institutions will begin their review with those inmates with the greatest lengths of stay. ICC shall conduct a priority case-by-case review of all available case factors, disciplinary history, and Mental Health Treatment Plan. All relevant documentation shall be reviewed (including but not limited to CDCR Forms 115-MH, 837-C, 7219, and recent IDTT progress notes, to the extent available).

In addition, the stability of the inmate's mental status and efficacy of the treatment plan are reviewed. Further, whether the inmate had the ability to understand and comply with instructions and the role the inmate's mental health symptoms played in any CDC Form 115 Rules Violation Report, if issued, is reviewed and the mental health team shall provide input regarding if the current treatment plan is successful in controlling or decreasing similar behaviors, or whether the treatment plan requires

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives
Page 3

modifications, and ultimately to determine if the inmate demonstrates an ongoing security risk that potentially threatens institution safety and security, thereby warranting continued segregated housing placement.

For any inmate in segregated housing whom, at the most recent ICC, the clinician found that continued segregation placement is likely to cause his or her mental health condition to decompensate (as documented on the 128-G), the inmate shall be considered for transfer to an alternative placement appropriate to address such risk to the inmate's mental health.

The ICC shall determine if the inmate demonstrates an ongoing security risk that threatens institution safety and security, thereby warranting continued segregated housing placement. If the inmate does not demonstrate an ongoing security risk, he or she shall be considered for release to appropriate housing.

For any MHSDS inmate not recommended for release from segregated housing during the Institution Review process, the ICC shall discuss with the inmate, and document, specific behavioral goals for the inmate to be released from segregated housing.

This Institution Priority Case-By-Case Review process will allow all institutions to simultaneously begin the review process thus affording the greatest number of case reviews to be conducted in the shortest amount of time. If additional time is required to complete the case work due to volume, the Warden shall submit a written request to their Associate Director.

Overtime is to be authorized for CC I and CC II (Specialists) to prepare cases for ICC as determined by the Warden. Allocation of overtime is to be reviewed by the Program Support Unit based on identified institutional caseload and an overtime tracking code will be forthcoming.

**Long Term Segregated Case Conference**

All MHSDS cases retained in segregated housing following the Institution priority case-by-case review shall be referred for a Long Term Segregated Case Conference within 30 days of completing the institutional case reviews.

Thereafter, all MHSDS ASU inmates retained in ASU over 150 days, and those specified MHSDS SHU/PSU cases also retained in segregated housing shall be referred for a Long Term Segregated Case Conference. Long Term Segregated

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives
Page 4

Case Conferences shall be scheduled giving priority equitably to ASU and SHU/PSU cases based on length of stay in segregated housing. In no case shall a class member's Case Conference take place more than 30 days after an Institution's decision to retain beyond the delineated lengths of stay.

The Long Term Segregated Case Conference will conduct a case-by-case review of all available case factors, disciplinary history, and Mental Health Treatment Plan. All relevant documentation shall be reviewed (including but not limited to CDCR Forms 115-MH, 837-C, 7219, and recent IDTT progress notes, to the extent available). In addition, the stability of the inmate's mental status and efficacy of the treatment plan shall be reviewed. During the review, the current treatment plan shall be assessd to determine whether it is successful in controlling or decreasing problematic behaviors or whether the treatment plan should be modified. Further, the role the inmate's mental symptoms played in any CDCR form 115, Rules Violation Report, if issued, is reviewed.

The Long term Segregated Case Conference team shall determine if the inmate demonstrates an ongoing security risk that threatens institution safety and security, thereby warranting continued segregated housing placement. If the inmate does not demonstrate an ongoing security risk, he or she shall be considered for release to the General Population.

Long term Segregated Case Conference members will consist of:
- Mission Associate Director
- Warden
- Senior Psychologist, Supervisor or Supervising Social Worker of the mental health program
- Treating Psychiatrist
- Captain, Adult Institutions
- Correctional Counselor III, Correctional Counselor II
- Other staff as required

Any class member who is not released to General Population by the Long Term Segregated Case Conference will be periodically re-reviewed for release through the Long Term Segregated Case Conference process. The Associate Director shall determine the time frames for the next review; however, such reviews will take place at intervals not to exceed 180 days for class members in the SHU/PSU, and not to exceed 90 days for class members in the ASU.

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives
Page 5

The Long Term Segregated Case Conference with recommendations regarding if continued segregated housing placement is warranted or not warranted shall be documented on a CDC Form 128-B, General Chrono. The CDC Form 128-B, General Chrono is to be completed, signed and scanned into the ERMS file. Cases with a recommendation for placement in non-segregated housing shall by referred to the next scheduled ICC, in accordance with all due process requirements or, if appropriate, referred to Mental Health utilizing the existing Mental Health referral process.

If you have any questions please contact Melanie Scott, Correctional Counselor III, Classification Services Unit (CSU), at (916) 322-4730 or Kurt Luther, Captain, CSU, at (916) 324-3598.

| | |
|---|---|
| M. D. STAINER<br>Director<br>Division of Adult Institutions | TIMOTHY BELAVICH, Ph.D., MSHCA, CCHP<br>Director (A), Division of Health Care Service<br>Deputy Director, Statewide Mental Health |

cc: Kathleen Allison         Thomas Tyler
    Kelly Harrington         Melanie Scott
    Tim Virga                Gena Jones
    Dennis Halverson         Christina Phillips
    Kevin Ormand