# EXHIBIT 3

# [CASE CONFERENCE FOR RETURNING DSH/PIP LEVEL OF CARE INMATES SERVING A SHU TERM PRIOR TO INPATIENT DISCHARGE]

State of California — Department of Corrections and Rehabilitation

# Memorandum

Date :

To : Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Classification Staff Representatives
Classification and Parole Representatives

Subject : **CASE CONFERENCE FOR RETURNING DSH/PIP LEVEL OF CARE INMATES SERVING A SHU TERM PRIOR TO INPATIENT DISCHARGE**

The purpose of this memorandum is to establish policy for discharging an inmate-patient (IP) admitted to the Department of State Hospitals (DSH) or a California Department of Corrections and Rehabiliation (CDCR) Psychiatric Inpatient Program (PIP) who is serving a Security Housing Unit (SHU) term and who was either not a participant in the Mental Health Services Delivery System (MHSDS) or was in the Correctional Clinical Case Management System (CCCMS) prior to admission.

The CDCR and DSH recognize the need to minimize or eliminate repeated cycling of IPs through DSH/PIP care, particularly IPs who show signs of decompensation while serving a SHU term. CDCR will continue to refer IPs to higher levels of care in DSH and PIPs as clinically indicated. When CDCR outpatient clinicians believe that the segregated environment has had an impact on the mental health of the IP, CDCR will include that factor, as well as the inmate's housing information, in the initial referral packet for DSH/PIP placement. This information may inform housing and treatment options while the IP is at DSH/PIP.

To help prevent decompensation after discharge from DSH/PIP, DSH/PIP and CDCR outpatient mental health staff shall conduct a formal clinical case conference prior to the IP's discharge.

The information shared in the discharge clinical case conference is provided for two reasons: first, to address continuity of care; and second, to ensure appropriate housing determinations are made. CDCR mental health staff will share the clinical case conference information with the warden or designee of the receiving institution. Division of Adult Institution staff shall examine the IP's case factors and assess the necessity of a continued SHU term in accordance with established procedures. In no event shall an IP who is serving a SHU term and who was admitted to DSH/PIP be discharged from inpatient care to a SHU. IPs will be discharged to the appropriate housing setting, depending on level of care, which may include the CCCMS Long Term Restricted Housing Unit or the Psychiatric Services Unit for those IPs who continue to serve SHU terms. IPs who are no longer serving a SHU term will be discharged to housing consistent with their level of care. A statewide procedure detailing the requirements of this memorandum will be issued shortly.

[1251914-1]

Associate Directors, Division of Adult Institutions
Wardens
Page 2

If you have any questions regarding these expectations, please contact your respective Mission, Associate Director or your Mental Health Regional Administrator.

M. D. STAINER
Director
Division of Adult Institutions

Timothy Belavich, Ph.D., MSHCA, CCHP
Director (A), Division of Health Care Service
Deputy Director, Statewide Mental Health

Attachment

cc: Kathleen Allison
    Tim Virga
    Thomas Tyler
    Angela Ponciano
    Nathan Stanley
    Amy Eargle

[1251914-1]