1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,              No. CIV. S-90-520 LKK/DAD (PC)

12             Plaintiffs,

13        v.                             **ORDER**

14   EDMUND G. BROWN, JR., et al.,

15             Defendants.

16

17        By order filed April 10, 2014 (ECF No. 5131), defendants

18   were ordered to work under the guidance of the Special Master to,

19   <u>inter alia</u>, "develop a protocol for administrative segregation

20   decisions, including, as appropriate, a plan for alternative

21   housing, that will preclude placement of any <u>Coleman</u> class member

22   in existing administrative segregation units when clinical

23   information demonstrates substantial risk of exacerbation of

24   mental illness, decompensation, or suicide from such placement."

25   Order filed April 10, 2014 (ECF No. 5131) at 73.  By the same

26   order, defendants were prohibiting from housing any class member

27   at any segregated housing unit (SHU) in California's prison

28   system "unless that class member's treating clinician certifies

                                    1

that (1) the behavior leading the SHU assignment was not the product of mental illness and the inmate's mental illness did not preclude the inmate from conforming his or her conduct to the relevant institutional requirements; (2) the inmate's mental illness can be safely and adequately managed in the SHU to which the inmate will be assigned for the entire length of the SHU term; and (3) the inmate does not face a substantial risk of exacerbation of his mental illness or decompensation as a result of confinement in a SHU." Id. at 74. In addition, defendants were prohibited from returning any class member "to any SHU unit if said inmate has at any time following placement in a SHU required a higher level of mental health care." Id. By order filed May 13, 2014, the time for developing the protocol for administrative segregation decisions was extended to August 1, 2014. See Order filed May 13, 2014 (ECF No. 5150) at 2. The deadline for compliance with all of the foregoing provisions of the April 10, 2014 order was subsequently extended to August 15, 2014 and then to August 29, 2014. Orders filed August 11, 2014 (ECF No. 5195) and August 26, 2014 (ECF No. 5207).

On August 29, 2014, defendants filed plans and policies responsive to the requirements of the April 10, 2014 order described in the preceding paragraph. In particular, defendants have filed a plan for creation of "specialty housing units for housing mentally ill inmates who are removed from the general population for disciplinary reasons" that will "provide inmates with additional out-of-cell activities and increased mental health treatment. Ex. A to Defs. Resp. (ECF No. 5211-1) at 2. Defendants are also undertaking a "case-by-case review" of class

2

1    members with "lengthy segregation terms in an attempt to decrease

2    overall lengths of stay for inmates in segregated environments

3    when it is determined that they can be safely returned to a

4    general population setting."  Id.  Finally, defendants have

5    established a policy requiring clinical case conferences at

6    discharge for all inmates admitted from a SHU to a Department of

7    State Hospitals (DSH) or California Department of Corrections and

8    Rehabilitation (CDCR) inpatient mental health program.  Ex. 3 to

9    Ex. A to Defs. Resp. (ECF No. 5211-4) at 2.  Among other relevant

10   provisions, the policy prohibits discharge of any inmate-patient

11   from inpatient mental health care to a SHU.  Id.

12        In order to implement the plans tendered to the court,

13   defendants request discharge of this court's October 10, 2002

14   order prohibiting defendants from housing class members in

15   Standalone Administrative Segregation Units without court

16   approval.  Defendants seek discharge of this order because they

17   intend to use the Standalone units to create the new Correctional

18   Clinical Case Management Short Term Restricted Housing (CCCMS-

19   STRH) program created to comply with the April 10, 2014 order.

20   Good cause appearing, this request will be granted.

21        Defendants also request modification of the certification

22   requirement of paragraph 2e of the April 10, 2014 order to

23   substitute their new CCCMS-Long Term Restricted Housing (CCCMS-

24   LTRH) plan in place of the certification requirement.  Good cause

25   appearing, this request will also be granted.

26        The court has reviewed defendants' report and the

27   accompanying plans and policies, which now complete compliance

28   with all of the requirements of the court's April 10, 2014

order.[1]  Once again, the court commends the parties and the Special Master and his team for the substantial effort that resulted in the materials tendered to the court.  The court agrees with defendants that the policies and procedures satisfy the requirements of the April 10, 2014 order.  Accordingly, the plans and policies will be approved.  Defendants will be directed to implement the plans and policies forthwith consistent with the representations in their report.  Said implementation shall be monitored by the Special Master in accordance with his monitoring and reporting duties in this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The plans and policies filed by defendant on August 29, 2014 are approved.

2.  This court's October 10, 2002 order (ECF No. 1440) is discharged.

3.  The court's April 10, 2014 order (ECF No. 5131) is modified as follows:  The certification requirement of paragraph 2e of the April 10, 2014 order is replaced by the CDCR's CCCMS-Long Term Restricted Housing Unit plan approved by this order.

4.  Defendants shall forthwith, under the guidance of the Special Master, implement the plans and policies approved by this order consistent with the representations in the report that accompanies the plans and policies.

---

[1] The other requirements of the April 10, 2014 order were satisfied by plans and policies filed by defendants on August 1, 2014 (ECF No. 5190) and approved by the court by order filed August 11, 2014 (ECF No. 5196).

1      5.   Implementation of the plans and policies approved by

2  this order shall be monitored by the Special Master in accordance

3  with his monitoring and reporting duties in this action.

4      DATED:  August 29, 2014.

5

6

7

8  _____
   LAWRENCE K. KARLTON
9  SENIOR JUDGE
   UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28