IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, ET AL.**                    CASE:  **2:90–CV–00520–KJM–DAD**

                    vs.

**JOHN S. ZIL, ET AL.**                    **ORDER OF REASSIGNMENT**

_____  /

        The court, having received the notice of full retirement of **Senior Judge**

**Lawrence K. Karlton** finds the necessity for reassignment of the above captioned case, and

for notice to be given to the affected parties.

        IT IS THEREFORE ORDERED that:

        The above captioned case shall be and is hereby **REASSIGNED** from

**Senior Judge Lawrence K. Karlton** to **Judge Kimberly J. Mueller** for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:                    **2:90–CV–00520–KJM–DAD**

        All dates currently set in this reassigned action shall remain effective subject to further

order of the court.

        DATED:   August 29, 2014



                    **MORRISON C. ENGLAND, JR.**, CHIEF
                    U.S. DISTRICT COURT JUDGE