UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.                                     **CASE NO. 2:90−CV−00520−KJM−DAD**

**JOHN S. ZIL, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **August 25, 2014** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 3, 2014

                                  **MARIANNE MATHERLY**
                                  **CLERK OF COURT**

                     **by:** /s/ L. Reader

                        Deputy Clerk