1    KAMALA D. HARRIS
    Attorney General of California
2    JONATHAN L. WOLFF
    Senior Assistant Attorney General
3    JAY C. RUSSELL
    PATRICK R. MCKINNEY
4    Supervising Deputy Attorneys General
    MANEESH SHARMA, State Bar No. 280084
5    Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA 94102-7004
    Telephone: (415) 703-5553
7    Fax: (415) 703-1234
    E-mail: maneesh.sharma@doj.ca.gov
8    *Attorneys for Defendants*

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
MEGAN OLIVER THOMPSON, SBN 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Fax: (415) 541-9366
E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM DAD PC |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |
| **MARCIANO PLATA, et al.,** | C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | **DEFENDANTS' SEPTEMBER 2014 STATUS & BENCHMARK REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |
| Defendants. | |

1    The State submits this status and benchmark report on the current in-state and out-of-state

2  adult prison populations and the measures being taken to reduce the prison population in response

3  to the Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request

4  for Extension of December 31, 2013 Deadline (February 10, 2014 Order).  As discussed below,

5  the current in-state prison population of 116,269 is under the August 31, 2014 benchmark

6  requiring the State to reduce the population to 143% of design bed capacity by roughly 2,000

7  inmates.[1]

8    Exhibit A sets forth the current design bed capacity, population, and population as a

9  percentage of design bed capacity for each state prison and for all state prisons combined.  As of

10  September 10, 2014, 116,269 inmates were housed in the State's 34 adult institutions, which

11  amounts to 140.6% of design bed capacity, and 8,774 inmates were housed in out-of-state

12  facilities.[2]

13    Exhibit B sets forth the steps Defendants are taking to implement the measures designed

14  to reduce the prison population detailed in the February 10 order and the status of these measures.

15  (ECF 2766/5060 at ¶¶ 4-5.)

16

17  Dated:  September 15, 2014                              KAMALA D. HARRIS
                                                           Attorney General of California
18

19                                                         By:  /s/ Patrick R. McKinney
                                                             PATRICK R. MCKINNEY
20                                                           Supervising Deputy Attorney General
                                                             Attorneys for Defendants
21  Dated:  September 15, 2014                              HANSON BRIDGETT LLP

22                                                         By:  /s/ Paul B. Mello
                                                             PAUL B. MELLO
23                                                           Attorneys for Defendants

24

25

26  [1] The Court's July 3, 2014 Order extended the deadline to meet the 143% benchmark to August
    31, 2014.  (ECF 2799/5180.)
27  [2] The data in Exhibit A is taken from CDCR's September 10, 2014 weekly population report,
    available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_
28  Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf

1