MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JEFFREY L. BORNSTEIN – 099358
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | Case No. Civ 2:90-cv-0520 KJM - DAD<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2014**<br><br>Judge:  Hon. Dale A. Drozd |

[1303157-1]

1    Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2 Statement for the Second Quarter of 2014 to Defendants via overnight delivery on
3 August 1, 2014. The parties completed their meet and confer process on September 12,
4 2014. The parties have resolved all disputes regarding fees and costs for the Second
5 Quarter of 2014, with an agreement to reduce claimed amounts to a total of $441,000.00.
6    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
7 $441,000.00 plus interest is due and collectable as of forty-five days from the date of entry
8 of this Order. Interest on these fees and costs will run from September 5, 2014 (31 days
9 after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28
10 U.S.C. § 1961.
11    IT IS SO STIPULATED.

13 DATED: September 15, 2014    */s/ Elise Owens Thorn*
    Elise Owens Thorn
    Deputy Attorney General
    Attorneys for Defendants

17 DATED: September 15, 2014    */s/ Ernest Galvan*
    Ernest Galvan
    ROSEN BIEN GALVAN & GRUNFELD, LLP
    Attorneys for Plaintiffs

21    IT IS SO ORDERED.
22 DATED: September ___, 2014

    Dale A. Drozd
    United States Magistrate Judge

[1303157-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2014