KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**DEFENDANTS' SEPTEMBER STATUS REPORT ON ACTIVATION OF DEPARTMENT OF STATE HOSPITALS' PROGRAMS AT THE CALIFORNIA HEALTH CARE FACILITY**<br><br>Judge Kimberly J. Mueller |

Defendants submit this status report in response to the Court's March 18, 2014 order to provide monthly updates on the full activation of Department of State Hospitals' (DSH) mental health programs at the California Health Care Facility (CHCF), Stockton.

//

//

1

1    Attached as Exhibit A is the current status of DSH programs at CHCF.

2

3

4    Dated:  September 24, 2014                    Respectfully submitted,

5                                                  KAMALA D. HARRIS
                                                   Attorney General of California
6                                                  PATRICK R. MCKINNEY
                                                   Supervising Deputy Attorney General

7

8                                                  /S/ MANEESH SHARMA
                                                   MANEESH SHARMA
9                                                  Deputy Attorney General
                                                   Attorneys for Defendants
10   CF1997CS0003

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28