KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK McKINNEY
Supervising Deputy Attorneys General
MANEESH SHARMA - 280084
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF - 240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JENNIFER SHAFFER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENFORCEMENT ORDER** |

I, Jennifer Shaffer, declare:

1. I am the Executive Officer of the Board of Parole Hearings (BPH or the Board) within the California Department of Corrections and Rehabilitation. I have held this position since June 2011 when I was appointed by Governor Brown.

2. Before becoming the Board's Executive Officer, I served as the Board's Chief of Hearing Operations for the Northern Region of California. Previously, I served in the Bureau of Independent Review with the Office of the Inspector General as special assistant inspector general from 2006 to 2008, and then as senior assistant inspector general from 2008 to January 2011.

3. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Enforcement Order.

4. As Executive Officer, I am the administrative head of the Board. I am responsible for managing the Board's daily operations and implementing policy. I am familiar with the steps the Board has taken to develop and implement the elderly parole process for inmates who are 60 years of age or older, have served at least 25 years of actual custody, and are not serving a condemned sentence or term of life without the possibility of parole.

5. In May 2014, BPH executed a contract with the Riley Group to update BPH's information technology system so that it can pull additional information from CDCR's information technology system. This system upgrade is necessary to ensure that all inmates who are eligible for elder parole are appropriately identified and included in the Board's system so they can be scheduled for hearings.

6. A public board meeting was held on June 16, 2014, at which time I presented a memorandum to all commissioners and deputy commissioners detailing the new Elderly Parole Program and its impact on parole suitability hearings. A true and correct copy of this June 16, 2014 memorandum is attached as **Exhibit A**. At the same public board meeting, commissioners and deputy commissioners were presented with an

overview of published research concerning the impact of advanced age and long-term confinement on an inmate's potential risk of future violence.

7. As reported to the Court, many offenders eligible for the new elderly parole process are already in the Board's parole suitability hearing cycle. As of June 20, 2014, the Board has granted parole to 63 inmates who are over age 60 and who have served at least 25 years. Additionally, the Board developed a revised format for risk assessments to specifically address how advanced age, long-term confinement, and diminished physical condition may impact an inmate's potential risk for future violence. All commissioners and deputy commissioners were informed about the revised risk assessment at a Board meeting in June. Use of the revised risk assessments will begin on October 1, 2014, for hearings of elder inmates.

8. At Plaintiffs' counsel's request, I briefed Steve Fama from the Prison Law Office on the topic of elder parole on July 11, 2014. Following the telephonic briefing, I emailed Mr. Fama a copy of the June 16, 2014 memorandum regarding elder parole (Exhibit A), research pertaining to felony arrest and CDCR new admissions data by age, and a June 16, 2014 memorandum pertaining to expanded medical parole. A true and correct copy of my email (without the exhibits) is attached as **Exhibit B**. Since that time, I have never been contacted by Plaintiffs' counsel with any follow-up questions or concerns regarding the implementation of elder parole. If asked, I would endeavor to provide further clarification.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California on September 30, 2014.

_/s/ Jennifer Shaffer_
Jennifer Shaffer