KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK McKINNEY
Supervising Deputy Attorneys General
MANEESH SHARMA - 280084
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF - 240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROSS MEIER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENFORCEMENT ORDER** |

I, Ross Meier, declare as follows:

1. I am an Associate Warden for the California Department of Corrections and Rehabilitation (CDCR) assigned to California State Prison, Sacramento County. Prior to that, I was the Chief of the Population Management Unit of the Division of Adult Institutions for CDCR from March 2010 to October 2012. I have helped develop the State's comprehensive post-realignment plan. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' opposition to Plaintiffs' motion for enforcement order.

2. I am currently working to assist in the implementation of an entirely new parole review process for non-violent second-strike offenders. This is a time-consuming process that requires the development of eligibility criteria, the process for reviewing cases, creating staff roles, and integrating this new measure into existing information technology systems.

3. In order to successfully establish this new process, I helped develop a detailed proposed plan that sets forth how and when the hearings are conducted, the criteria for eligibility review, and identification of the appropriate staff for the initial case file review and assessment. CDCR is developing an implementation process that includes, but is not dependent upon, the regulatory process.

4. Additionally, information technology systems must be updated to support the new process. CDCR's information technology system, the Strategic Offender Management System (SOMS), must be updated so that it can identify second-striker eligibility and interface with the Board of Parole Hearing's information technology system, the Lifer Scheduling and Tracking System (LSTS). To that end, the May Revision to the Governor's budget included additional funding to update these systems.

5. Each of these steps is necessary to ensure the viability of this new parole review process. I anticipate that the new parole review process will commence prior to July 1, 2015, and that inmates paroled under this new process will primarily impact the

February 2016 benchmark.

6. Any order by this Court to immediately implement parole for non-violent second-strike offenders would negatively impact the success of the parole program. A successful parole program requires advance planning to ensure that the parolee is aware of the process and informed of eligibility criteria. Giving inmates this time and advance notice allows them time to develop a thorough and vetted parole plan prior to their release into the community. Anything less increases the likelihood that the parolee will be unsuccessful and a risk to public safety.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California on September 30, 2014.

       */s/ Ross Meier*
       Ross Meier