KAMALA D. HARRIS
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK McKINNEY
Supervising Deputy Attorneys General
MANEESH SHARMA - 280084
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:  Patrick.McKinney@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
WALTER R. SCHNEIDER - 173113
SAMANTHA D. WOLFF - 240280
MEGAN OLIVER THOMPSON - 256654
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | CASE NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENFORCEMENT ORDER** |

9699336.1

I, Samantha Wolff, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am senior counsel at the law firm Hanson Bridgett LLP, attorneys of record for Defendants Edmund G. Brown Jr., et al. (Defendants). I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, would and could competently testify to the matters set forth below.

2. On August 12, 2014, Rebekah Evenson, Plaintiffs' counsel, emailed Ben Rice, General Counsel for the California Department of Corrections and Rehabilitation (CDCR), stating that she would like to meet with Mr. Rice to discuss the issue of enhanced credits for minimum custody inmates. A true and correct copy of Ms. Evenson's email is attached as **Exhibit A**.

3. Ms. Evenson followed up with Mr. Rice on August 25, 2014, and Mr. Rice responded that same day that Defendants were still gathering information and would respond soon.

4. On September 15, 2014, I responded to Ms. Evenson and explained why CDCR cannot extend 2-for-1 credits to minimum custody inmates without depleting fire camp participation. A true and correct copy of my September 15, 2014 email to Ms. Evenson is attached as **Exhibit B**.

5. Ms. Evenson never responded to my email or called with any questions. Nor did Ms. Evenson attempt to schedule a meeting to discuss the matter further, as her August 12, 2014 email had requested. Instead, Ms. Evenson filed the instant motion for an enforcement order the following day.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

9699336.1

6.     Further, to my knowledge, Plaintiffs' counsel never attempted to meet and confer with Defense counsel on the additional topics addressed in their motion for enforcement order, including elder parole, second-striker parole, and enhanced credit earning for sex offenders.

I declare under penalty of perjury the foregoing is true and correct. Executed on September 30, 2014 in Walnut Creek, California.

                              */s/ Samantha Wolff*
                                Samantha Wolff