# TABLE OF APPENDICES

1   Judge Henderson's March 27, 2014, Court Order

2   CCHCS Information Technology Project Matrix

3   Executive Summary & Health Care Access Quality Reports – April– July 2014

4   Human Resources Recruitment and Retention Reports – May through August 2014

5   Patient Safety Culture Survey Report

6   Maturity Matrix 2014

7   Establishing an Institution Quality Management Support Unit Memorandum

8   Health Care Appeals and Habeas Corpus Petition Activity – May through August 2014

9   Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level – May through August 2014

10  Master Contract Waiver

11  Implementation of Updated Monthly Health Care Access Quality Report Memorandum

12  CPR Financial Statements – July 2013 through June 2014, and July through August 2014