UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 LKK DAD P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to the undersigned by the assigned District Judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of September 2014. The Special Master's bill for services for February 2014 totals $500,484.71. By order filed October 20, 2014, the Clerk of the Court was directed to pay to the Special Master $450,000.00 of that total pending further deposits into the interest-bearing account from which payment for those services is made. On October 21, 2014, defendants made an additional payment into that account. Accordingly, the court will by this order direct the Clerk of the Court to pay the withheld amount forthwith.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

>    Matthew A. Lopes, Jr., Esq.
>    Special Master
>    Pannone Lopes & Devereaux LLC

                317 Iron Horse Way, Suite 301
                Providence, RI 02908

the amount of $50,484.71 to complete payment for services rendered in September 2014; and

    2. A copy of this order shall be served on the financial department of this court.

Dated: October 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole14.septsupp

2

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
| Plaintiffs, | : | |
| | : | **No. Civ. S-90-0520 LKK JFM P** |
| v. | : | |
| | : | |
| **EDMUND G. BROWN, JR., et al.** | : | |
| Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2014.

Matthew A. Lopes, Jr., Special Master
    Services           $22,842.00
    Disbursements  $22,825.95

        Total amount due        $45,667.95

Mohamedu F. Jones, J.D., Deputy Special Master

    Services           $38,461.00
    Disbursements  $     0.00

        Total amount due        $38,461.00

Linda E. Holden, J.D., Deputy Special Master

    Services           $37,228.00
    Disbursement   $     0.00

        Total amount due        $37,228.00

Kerry F. Walsh, J.D.
    Services           $34,951.50
    Disbursements  $     0.00

        Total amount due        $34,951.50

Kristina M. Hector, J.D.
    Services           $34,619.50
    Disbursements  $     0.00

        Total amount due        $34,619.50

Steven W. Raffa, J.D.
    Services           $38,610.50
    Disbursements  $     0.00

        Total amount due        $38,610.50

Kerry C. Hughes, M.D.
    Services    $22,534.00
    Disbursements    $ 6,373.18

    Total amount due    $28,907.18

Jeffrey L. Metzner, M.D.
    Services    $24,333.00
    Disbursements    $ 4,460.20

    Total amount due    $28,793.20

Raymond F. Patterson, M.D.
    Services    $ 0.00
    Disbursements    $ 0.00

    Total amount due    $ 0.00

Kathryn A. Burns, MD, MPH
    Services    $ 0.00
    Disbursements    $ 0.00

    Total amount due    $ 0.00

Mary Perrien, Ph.D.
    Services    $30,110.00
    Disbursements    $ 3,022.91

    Total amount due    $33,132.91

Patricia M. Williams, J.D.
    Services    $25,780.00
    Disbursements    $ 4,319.06

    Total amount due    $30,099.06

Henry A. Dlugacz, MSW, J.D.
    Services    $11,266.00
    Disbursements    $ 2,004.62

    Total amount due    $13,270.62

I.C. Haunani Henry
    Services    $11,040.00
    Disbursements    $ 0.00

    Total amount due    $11,040.00

Lindsay M. Hayes
    Services                      $28,335.00
    Disbursements          $ 3,687.57

    Total amount due               $32,022.57

Timothy A. Rougeux
    Services                      $13,335.94
    Disbursements          $    571.15

    Total amount due               $13,907.09

Cynthia A. Radavsky, M.Ed
    Services                      $26,611.00
    Disbursements          $ 2,858.86

    Total amount due               $29,469.86

Kenneth L. Appelbaum, M.D.
    Services                      $ 9,189.52
    Disbursements          $ 2,060.47

    Total amount due               $11,249.99

Roderick Q. Hickman
    Services                      $13,324.50
    Disbursements          $       0.00

    Total amount due               $13,324.50

Karl E. Weaver, M.D.
    Services                      $16,257.00
    Disbursements          $ 2,073.84

    Total amount due               $18,330.84

**TOTAL AMOUNT TO BE REIMBURSED**     **$493,086.27**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

5