UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 LKK DAD P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of October 2014.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

> Matthew A. Lopes, Jr., Esq.
> Special Master
> Pannone Lopes & Devereaux LLC
> 317 Iron Horse Way, Suite 301
> Providence, RI 02908

the amount of $525,832.06 in accordance with the attached statement; and

/////

/////

/////

1

2. A copy of this order shall be served on the financial department of this court.

Dated: November 14, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole14.oct

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | : |
| Plaintiffs, | : |
| | :     No. Civ. S-90-0520 LKK JFM P |
| v. | : |
| | : |
| **EDMUND G. BROWN, JR., et al.** | : |
| Defendants. | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through October 31, 2014.

Matthew A. Lopes, Jr., Special Master
        Services                        $27,814.00
        Disbursements           $19,603.31

        Total amount due                  $47,417.31

Mohamedu F. Jones, J.D., Deputy Special Master

        Services                        $41,290.00
        Disbursements           $     0.00

        Total amount due                  $41,290.00

Linda E. Holden, J.D., Deputy Special Master

        Services                        $39,425.00
        Disbursement            $     0.00

        Total amount due                  $39,425.00

Kerry F. Walsh, J.D.
        Services                        $25,648.50
        Disbursements           $     0.00

        Total amount due                  $25,648.50

Kristina M. Hector, J.D.
        Services                        $48,363.00
        Disbursements           $     0.00

        Total amount due                  $48,363.00

Steven W. Raffa, J.D.
        Services                        $37,144.50
        Disbursements           $     0.00

        Total amount due                  $37,144.50

Kerry C. Hughes, M.D.
    Services                             $39,200.00
    Disbursements              $      0.00

        Total amount due                    $39,200.00

Jeffrey L. Metzner, M.D.
    Services                             $ 6,805.00
    Disbursements              $    124.17

        Total amount due                    $ 6,929.17

Kathryn A. Burns, MD, MPH
    Services                             $      0.00
    Disbursements              $      0.00

        Total amount due                    $      0.00

Mary Perrien, Ph.D.
    Services                             $18,239.00
    Disbursements              $ 3,521.06

        Total amount due                    $21,760.06

Patricia M. Williams, J.D.
    Services                             $33,915.00
    Disbursements              $ 5,347.57

        Total amount due                    $39,262.57

Henry A. Dlugacz, MSW, J.D.
    Services                             $10,043.00
    Disbursements              $ 1,376.04

        Total amount due                    $11,419.04

I.C. Haunani Henry
    Services                             $27,936.50
    Disbursements              $ 1,530.44

        Total amount due                    $29,466.94

Lindsay M. Hayes
    Services                             $ 9,250.00
    Disbursements              $      0.00

        Total amount due                    $ 9,250.00

Timothy A. Rougeux
  Services    $24,880.56
  Disbursements  $ 1,865.41

  Total amount due    $26,745.97

Cynthia A. Radavsky, M. Ed
  Services    $12,119.90
  Disbursements  $    456.25

  Total amount due    $12,576.15

Roderick Q. Hickman
  Services    $20,776.82
  Disbursements  $    196.75

  Total amount due    $20,973.57

Maria Masotta, Psy.D.
  Services    $ 9,608.00
  Disbursements  $    690.77

  Total amount due    $10,298.77

Karen Rea PHN, MSN, FNP
  Services    $30,026.52
  Disbursements  $ 1,510.01

  Total amount due    $31,536.53

Barbara Seldin, PH.D
  Services    $24,904.76
  Disbursements  $ 2,220.22

  Total amount due    $27,124.98

**TOTAL AMOUNT TO BE REIMBURSED**    **$525,832.06**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

5