1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    RALPH COLEMAN, et al.,                    No. 2:90-cv-0520 KJM DAD P

11              Plaintiffs,

12         v.                                   **ORDER**

13    EDMUND G. BROWN, JR., et al.,

14              Defendants.

15

16              On December 11, 1995, the court entered an order referring this matter to a special

17    master and directing that the special master's fees and expenses be borne by the defendants as

18    part of the costs of this action.  A significant amount of work remains to be done by the special

19    master and additional funds are required to pay his fees and expenses.

20              Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

21              1.  Within thirty days from the date of this order, defendants shall deposit with the

22    Clerk of the Court a ninety-fifth interim payment of costs in the amount of $750,000.00 which

23    amount shall be invested in the interest-bearing account previously opened for this action; and

24              2.  The Clerk of the Court is directed to serve a copy of this order on the Financial

25    Department of this Court.

26    DATED:  November 14, 2014.

27

28    _____
                              UNITED STATES DISTRICT JUDGE

                                         1