CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: ccenter@aclunc.org

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
        egalvan@rbgg.com
        bthompson@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No. 2:05-CV-02441-KJM-DAD<br><br>**DECLARATION OF BLAKE THOMPSON IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT** |
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DAD |

[1360332-1]

DECLARATION OF BLAKE THOMPSON IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

I, Blake Thompson, declare:

1.     I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of the parties' Joint Motion for Final Approval of Settlement Agreement.

2.     On October 31, 2014, I spoke to Casey Schultz in Judge Mueller's chambers by phone to inquire as to whether the Court had received any objections to the proposed settlement in this matter. Ms. Schultz informed me that no objections had been received up to that date, and that if any objections were received they would be posted to the docket. As of today, no objections have been posted to the docket.

3.     Plaintiffs' counsel is continuing to work with Defendants and the *Coleman* Special Master's team regarding the implementation of the policies and procedures agreed upon in the Settlement Agreement. Through this process, we also are continuing to work to resolve the remaining issues in dispute. Most recently, Plaintiffs' counsel, Defendants, and members of the Special Master's team conducted a telephone meeting on October 28, 2014 regarding these issues.

4.     Plaintiffs' counsel are also continuing to communicate with our clients in this matter regarding the resolution of the remaining issues in the case, and about the implementation of the policies and procedures agreed upon in the Settlement Agreement.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 20th day of November, 2014.

*/s/ Blake Thompson*
Blake Thompson

[1360332-1]

DECLARATION OF BLAKE THOMPSON IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT