1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   PATRICK R. MCKINNEY
3  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
4  CHRISTINE M. CICCOTTI, State Bar No. 238695
   MANEESH SHARMA, State Bar No. 280084
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone:  (916) 324-5345
     Fax:  (916) 324-5205
8    E-mail:  Maneesh.Sharma@doj.ca.gov

9  *Attorneys for Defendants*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14 | **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM DAD PC |
|---|---|
15 | | |
   | Plaintiffs, | **DEFENDANTS' NOVEMBER STATUS** |
16 | | **REPORT ON ACTIVATION OF** |
   | | **DEPARTMENT OF STATE HOSPITALS'** |
17 | v. | **PROGRAMS AT THE CALIFORNIA** |
   | | **HEALTH CARE FACILITY** |
18 | **EDMUND G. BROWN JR., et al.,** | |
   | | Judge Kimberly J. Mueller |
19 | Defendants. | |

20

21

22         Defendants submit this status report in response to the Court's March 18, 2014 order to

23  provide monthly updates on the full activation of Department of State Hospitals' (DSH) mental

24  health programs at the California Health Care Facility (CHCF), Stockton.

25  / /

26  / /

27

28

1

Defs.' Nov. Status Report on DSH Activation at CHCF (2:90-cv-00520 KJM DAD PC)

1    Attached as Exhibit A is the current status of DSH programs at CHCF.

2

3

4    Dated:  November 24, 2014                    Respectfully submitted,

5                                                KAMALA D. HARRIS
                                                 Attorney General of California
6                                                PATRICK R. MCKINNEY
                                                 Supervising Deputy Attorney General
7

8                                                */S/ MANEESH SHARMA*
                                                 MANEESH SHARMA
9                                                Deputy Attorney General
                                                 *Attorneys for Defendants*
10   CF1997CS0003

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2