# Exhibit A

STATE OF CALIFORNIA —
DEPARTMENT OF STATE HOSPITALS

EDMUND G. BROWN JR., GOVERNOR

**LEGAL OFFICE**
1600 Ninth Street, Room 433
Sacramento, CA 95814



November 20, 2014

Patrick R. McKinney II
Supervising Deputy Attorney General
Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

Dear Mr. McKinney:

Attached please find the Department of State Hospitals' Status Update for the Coleman Court.

Sincerely,

Nicole C. Harrigan
Attorney III, Legal Office
Department of State Hospitals

Enclosure

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                              EDMUND G. BROWN JR., GOVERNOR
SACRAMENTO

**LEGAL OFFICE**
1600 Ninth Street, Suite 433
Sacramento, CA  95814



# NOVEMBER 24, 2014 UPDATE TO COURT

In response to the Court's March 18, 2014 Order, Department of State Hospitals (DSH) staff submit this update on the status of the activation of DSH units at the California Health Care Facility, Stockton.

As previously reported to the Court, on August 4, 2014, DSH activated the final inpatient unit at CHCF.  That unit currently houses 15 inmate-patients and DSH intends to resume patient admissions to the remaining 22 beds on November 24, 2014.  All other acute and intermediate care units at CHCF remain open and continue to admit patients.  DSH has admitted 553 inmate-patients to those units since March 24, 2014.  DSH continues to diligently recruit and staff psychiatry, psychology, and social work positions.