| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>PATRICK R. MCKINNEY<br>Supervising Deputy Attorneys General<br>MANEESH SHARMA, State Bar No. 280084<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5553<br>  Fax:  (415) 703-1234<br>  E-mail:  maneesh.sharma@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>MEGAN OLIVER THOMPSON, SBN 256654<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone:  (415) 777-3200<br>  Fax: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                    Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>                    Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                    Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>                    Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' REPORT ON NEW PAROLE PROCESS FOR NON-VIOLENT, NON-SEX-REGISTRANT, SECOND-STRIKE INMATES IN RESPONSE TO NOVEMBER 14, 2014 ORDER** |

In response to the Court's November 14, 2014 Order, the State submits this report on implementation of the Court-ordered parole process for non-violent, non sex-registrant, second-strike inmates who have served 50% of their sentence. Attached as Exhibit 1 is a report from the California Department of Corrections and Rehabilitation describing the new parole process and an estimate of the number of inmates who will be affected by this measure.

Dated: December 1, 2014

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: December 1, 2014

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*