1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 LKK DAD P

12                 Plaintiff,

13        v.                                   ORDER

14   EDMUND G. BROWN, JR., et al.,

15                 Defendants.

16

17          The matter of payment of the special master has been referred to this court by the district

18   court.  The court has reviewed the bill for services provided by the special master in the above-

19   captioned case through the month of November 2014.

20               Good cause appearing, IT IS HEREBY ORDERED that:

21                   1.  The Clerk of the Court is directed to pay to

22                       Matthew A. Lopes, Jr., Esq.
                         Special Master
23                       Pannone Lopes & Devereaux LLC
                         317 Iron Horse Way, Suite 301
24                       Providence, RI 02908

25   the amount of $387,783.42 in accordance with the attached statement; and

26   /////

27   /////

28   /////

                                                1

1          2.  A copy of this order shall be served on the financial department of this court.

2   Dated:  December 3, 2014

3

4   _____
    DALE A. DROZD
5   UNITED STATES MAGISTRATE JUDGE

6

7   /cole14.nov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

**RALPH COLEMAN, et al.,**         :
     **Plaintiffs,**            :

                      :      **No. Civ. S-90-0520 LKK JFM P**

     **v.**                   :

                      :

**EDMUND G. BROWN, JR., et al.**   :
     **Defendants.**

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through November 30, 2014.

Matthew A. Lopes, Jr., Special Master

|  | | |
|---|---|---|
| Services | $18,215.00 | |
| Disbursements | $16,708.19 | |
| Total amount due | | $34,923.19 |

Mohamedu F. Jones, J.D., Deputy Special Master

|  | | |
|---|---|---|
| Services | $33,403.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $33,403.00 |

Linda E. Holden, J.D., Deputy Special Master

|  | | |
|---|---|---|
| Services | $30,450.00 | |
| Disbursement | $      0.00 | |
| Total amount due | | $30,450.00 |

Kerry F. Walsh, J.D.

|  | | |
|---|---|---|
| Services | $28,881.50 | |
| Disbursements | $      0.00 | |
| Total amount due | | $28,881.50 |

Kristina M. Hector, J.D.

|  | | |
|---|---|---|
| Services | $30,644.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $30,644.00 |

Steven W. Raffa, J.D.

|  | | |
|---|---|---|
| Services | $37,170.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $37,170.00 |

Kerry C. Hughes, M.D.
Services                $26,009.00
Disbursements           $  1,410.92

     Total amount due                       $27,419.92

Jeffrey L. Metzner, M.D.
Services                $ 3,035.00
Disbursements           $ 1,061.85

     Total amount due                       $ 4,096.85

Kathryn A. Burns, MD, MPH
Services                $      0.00
Disbursements           $      0.00

     Total amount due                       $      0.00

Mary Perrien, Ph.D.
Services                $30,839.00
Disbursements           $ 1,801.20

     Total amount due                       $32,640.20

Patricia M. Williams, J.D.
Services                $18,849.50
Disbursements           $ 1,116.38

     Total amount due                       $19,965.88

Henry A. Dlugacz, MSW, J.D.
Services                $11,188.00
Disbursements           $ 2,149.24

     Total amount due                       $13,337.24

I.C. Haunani Henry
Services                $ 8,310.50
Disbursements           $    484.14

     Total amount due                       $ 8,794.64

Lindsay M. Hayes
Services                $ 4,200.00
Disbursements           $      0.00

     Total amount due                       $ 4,200.00

Timothy A.Rougeux
       Services              $18,464.50
       Disbursements         $    886.10

              Total amount due          $19,350.60

Cynthia A. Radavsky, M. Ed
       Services              $13,163.00
       Disbursements         $    531.37

              Total amount due          $13,694.37

Roderick Q. Hickman
       Services              $ 9,365.82
       Disbursements         $    354.90

              Total amount due          $ 9,720.72

Maria Masotta, Psy. D.
       Services              $ 2,750.00
       Disbursements         $     0.00

              Total amount due          $ 2,750.00

Karen Rea PHN, MSN, FNP
       Services              $23,194.80
       Disbursements         $ 1,772.89

              Total amount due          $24,967.69

Barbara Seldin, PH. D
       Services              $ 9,754.71
       Disbursements         $ 1,618.91

              Total amount due          $11,373.62

**TOTAL AMOUNT TO BE REIMBURSED          $387,783.42**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

5