| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>PATRICK R. MCKINNEY<br>Supervising Deputy Attorneys General<br>MANEESH SHARMA, State Bar No. 280084<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5553<br>  Fax:  (415) 703-1234<br>  E-mail:  maneesh.sharma@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>JERROLD C. SCHAEFER, State Bar No. 39374<br>PAUL B. MELLO, State Bar No. 179755<br>WALTER R. SCHNEIDER, State Bar No. 173113<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>MEGAN OLIVER THOMPSON, SBN 256654<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone:   (415) 777-3200<br>  Fax:  (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

# IN THE UNITED STATES DISTRICT COURTS

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                      Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>                      Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                      Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>                      Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION AND [PROPOSED] ORDER IN RESPONSE TO NOVEMBER 14, 2014 ORDER** |

**STIPULATION**

In its November 14, 2014 Order, the Three-Judge Court ordered the parties to meet-and-confer regarding Plaintiffs' requests for Defendants to (1) expand 2-for-1 credits for minimum custody inmates who are ineligible for fire camps; and (2) expand credit earning from 20% to 33.3% for all non-violent second-strike offenders, including those with a prior sex offense.

The parties, with the assistance of the Compliance Officer, met and conferred and stipulate and agree to the following:

1. Starting January 1, 2015, Defendants shall expand 2-for-1 credits to all inmates designated as Minimum Custody A or Minimum Custody B pursuant to Cal. Code of Regs tit. 15, sec. 3377.1 who are currently eligible to earn day-for-day credits (50%). This new credit measure will be applied prospectively. This agreement will allow inmates to continue participating in fire camps, where they live and work outside the secure perimeter of prisons and can obtain valuable skills and training that will prepare them for reentry into society.

2. Plaintiffs withdraw their demand that CDCR expand 33.3% credit earnings to all non-violent second strike offenders, including those who have to register under Penal Code section 290.

3. The parties' agreement resolves all outstanding issues raised in Plaintiffs' Motion for Further Enforcement Order, filed September 16, 2014, that were the subject of the court-ordered meet-and-confer.

Dated: December 12, 2014

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: December 12, 2014

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

| | | |
|---|---|---|
| 1 | Dated: December 12, 2014 | PRISON LAW OFFICE |
| 2 | | BY: /s/ *Donald Specter* |
| 3 | | DONALD SPECTER<br>*Attorneys for Plaintiffs* |
| 4 | Dated: December 12, 2014 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 5 | | BY: /s/ *Michael W. Bien* |
| 6 | | MICHAEL W. BIEN<br>*Attorneys for Plaintiffs* |

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated:  December __, 2014

_____
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:  December __, 2014

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Dated:  December __, 2014

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA