| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:  (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:  (510) 280-2621 |
| JEFFREY L. BORNSTEIN – 099358<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California  94111-5994<br>Telephone:  (415) 882-8200 | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, California  94111<br>Telephone:  (415) 343-0770 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. Civ 2:90-cv-0520 KJM - DAD<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2014**<br><br>Judge:  Hon. Dale A. Drozd |

[1392666-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2014

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2014 to Defendants via overnight delivery on November 5, 2014.  The parties completed their meet and confer process on December 12, 2014.  The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2014, with an agreement to reduce claimed amounts to a total of $574,865.32.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $574,865.32 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from December 6, 2014 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED:  December 17, 2014

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  December 17, 2014

*/s/ Ernest Galvan*
Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:  December ___, 2014

Dale A. Drozd
United States Magistrate Judge

[1392666-1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2014