MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

JEFFREY L. BORNSTEIN – 099358
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:   (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California  94111
Telephone:   (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>             Defendants. | Case No. Civ 2:90-cv-0520 KJM - DAD<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2014**<br><br>Judge:  Hon. Dale A. Drozd |

[1395131-1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2014

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2014 to Defendants via overnight delivery on November 5, 2014. The parties completed their meet and confer process on December 12, 2014. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2014, with an agreement to reduce claimed amounts to a total of $574,865.32.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $574,865.32 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 6, 2014 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 17, 2014

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: December 17, 2014

*/s/ Ernest Galvan*
Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: December 18, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.civilrights
Colemanaf3q2014

[1395131-1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2014