KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Maneesh.Sharma@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | 2:90-cv-00520 KJM DAD PC <br><br> **DEFENDANTS' DECEMBER STATUS REPORT ON ACTIVATION OF DEPARTMENT OF STATE HOSPITALS' PROGRAMS AT THE CALIFORNIA HEALTH CARE FACILITY** <br><br> Judge Kimberly J. Mueller |

The Court's March 18, 2014 Order required Defendants to "provide monthly updates to this Court and the Special Master until [all Department of State Hospitals' mental health units at the California Health Care Facility are fully activated]." (ECF No. 5116 at 12 c.) As indicated in the attached Exhibit A, the Department of State Hospitals' mental health programs at CHCF have been fully activated and in accordance with the March 18 Order this shall be Defendants final monthly report.

1

Defs.' Dec. Status Report on DSH Activation at CHCF (2:90-cv-00520 KJM DAD PC)

Dated: December 24, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/S/ MANEESH SHARMA*
MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Dec. Status Report on DSH Activation at CHCF (2:90-cv-00520 KJM DAD PC)