**Exhibit A**

STATE OF CALIFORNIA —
DEPARTMENT OF STATE HOSPITALS                                          EDMUND G. BROWN JR., GOVERNOR

**LEGAL OFFICE**
1600 Ninth Street, Room 433
Sacramento, CA 95814



December 22, 2014

Patrick R. McKinney II
Supervising Deputy Attorney General
Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

Dear Mr. McKinney:

Attached please find the Department of State Hospitals' Status Update for the Coleman Court.

Sincerely,

Nicole C. Harrigan
Attorney III, Legal Office
Department of State Hospitals

Enclosure

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                    EDMUND G. BROWN JR., GOVERNOR
SACRAMENTO

**LEGAL OFFICE**
1600 Ninth Street, Suite 433
Sacramento, CA  95814



## DECEMBER 24, 2014 UPDATE TO COURT

In response to the Court's March 18, 2014 Order, Department of State Hospitals (DSH) staff submit this update on the status of the activation of DSH units at the California Health Care Facility, Stockton.

All DSH units are now fully activated, and DSH has admitted 671 inmate-patients since March 24, 2014.  DSH continues to diligently recruit and staff psychiatry, psychology, and social work positions.