**PLDW**

**PANNONE LOPES DEVEREAUX & WEST** LLC

*counselors at law*

August 9, 2016

Clerk of the Court
United States District Court
Eastern District of California
501 I Street
Sacramento, CA 95814

RE:   *Coleman v. Brown*
       No.2:90-cv-00520 KJM-DB

Dear Clerk of the Court:

   Enclosed please find a signature page for a document that was filed by me with the court on December 30, 2014. (ECF 5257). This page shall be substituted for the original signature page to bring the document into compliance with the Local Rules of the United States District Court, Eastern District of California, specifically Rule 131(c) entitled "Counsel Identification and Signatures." The new signature page contains the requisite language indicating that it has the same legal effect as if it were filed on December 30, 2014 with the original document.

   Please file this letter and corrected signature page as an addendum to the original document.

                                                                Very truly yours,

                                                                *[signature]*

                                                                Matthew A. Lopes, Jr., Esq.

317 Iron Horse Way, Suite 301  Providence, RI  02908
tel 401 824 5100  •  fax 401 824 5123

www.pldw.com

SQ PIP staff have worked hard to bring the program as far as it has come in this relatively short period of time. Nevertheless, the program is still very new and will likely have to undergo more challenges and changes before oversight of it should end. Accordingly, the Special Master recommends the entry of an order directing him to continue monitoring the progress of the SQ PIP as part of his ongoing monitoring of the other programs which provide mental health inpatient treatment to CDCR inmates, and to provide an updated report on the SQ PIP within his comprehensive report on his findings at all of the other such programs.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr., Esq.

_____
Matthew A. Lopes, Jr., Esq.
Special Master

Signature *nunc pro tunc*
to December 30, 2014

December 30, 2014