FILED

JAN 14 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>EDMUND G. BROWN, Jr., Governor of the State of California; et al.,<br><br>    Defendants - Appellants. | Nos. 13-16637 and 14-16691<br><br>D.C. No. 2:90-cv-00520-LKK-JFM<br>Eastern District of California, Sacramento<br><br>ORDER |

Pursuant to the stipulation under Federal Rule of Appellate Procedure 42(b) by appellants and appellees, it is ordered that appeal Nos. 13-16637 and 14-16691 be dismissed. Costs shall be allocated pursuant to the stipulation.

A copy of this order shall act as and for the mandate of this court.

                For the Court:
                MOLLY C. DWYER
                Clerk of the Court


                Alihandra M. Totor
                Deputy Clerk
                Ninth Circuit Rules 27-7 and 27-10

Amt\/Pro Mo 13Jan2015