CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: ccenter@aclunc.org

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: mbien@rbgg.com
       egalvan@rbgg.com
       bthompson@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT HECKER, et al., | Case No. 2:05-CV-02441-KJM-DAD |
| Plaintiffs, | **DECLARATION OF BLAKE THOMPSON IN RESPONSE TO DECEMBER 22, 2014 ORDER** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DAD |
| Plaintiffs, | |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

[1511053-1]

DECLARATION OF BLAKE THOMPSON IN RESPONSE TO DECEMBER 22, 2014 ORDER

I, Blake Thompson, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs in the *Hecker* and *Coleman* matters. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify.

2. As part of the parties' Joint Motion for Final Approval of the Settlement Agreement, the parties represented that they would agree on revised notice to *Coleman* class members that would reflect that the issues of disability discrimination and reasonable accommodations previously addressed in *Hecker* were now part of the *Coleman* case. Docket No. 128 at 4; Docket 132-1 at 3-4.

3. On December 22, 2014, the Court in *Hecker* ordered that "on or before January 23, 2015, the parties shall file in this action and in *Coleman v. Brown* an agreed revised notice to the Coleman class." Docket No. 137 at 3.

4. Since the December 22, 2014 order was issued, the parties have conferred regarding the language of the revised notice to the *Coleman* class. The parties have agreed on the language of a revised notice, a true and correct copy of which is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 23rd day of January, 2015.

                                        */s/ Blake Thompson*
                                        Blake Thompson

**EXHIBIT A**

# NOTICE - DECISION IN MENTAL HEALTH CARE CLASS ACTION

# (*Coleman v. Brown*)



On September 13, 1995, a federal court in Sacramento ruled that the CDCR violated the cruel and unusual punishment clause of the Constitution by failing to provide adequate mental health care. The ruling was in a case called *Coleman v. Wilson* (now *Coleman v. Brown*). The case covers all prisoners with serious mental disorders housed in California state prisons. The case continues today. The Court's 1995 Order is available for review in your prison law library.

There have been numerous additional Orders from the Court requiring specific changes. Some of the areas addressed include: screening, treatment programs, staffing, accurate and complete records, medication distribution, inpatient psychiatric care, segregation, use of force, the disciplinary process and suicide prevention.

The Court has approved CDCR's plan for providing mental health care. That plan is now set forth in the "Mental Health Services Delivery System Program Guide." CDCR also is modifying policies that may have discriminated against prisoners with psychiatric disabilities and will allow class members to request reasonable accommodations. The Court has appointed a Special Master who, among other things, monitors and reports on CDCR's compliance with the mental health Program Guide and CDCR policies.

The lawyers representing the prisoners are:

Donald Specter  
Prison Law Office  
General Delivery  
San Quentin, CA  94964-0001

Michael W. Bien  
Rosen Bien Galvan & Grunfeld, LLP  
P.O. Box 390  
San Francisco, CA  94104-0390

Prison officials are represented by lawyers in the California Attorney General's office:

Deputy Attorney General  
1300 I Street  
P.O. Box 944255  
Sacramento, CA  94244

(Revised January 2015)

[1495744-2]