# TABLE OF APPENDICES

1   Completed Action Items

2   CCHCS Information Technology Project Matrix

3   New and Improved Health Care Services Dashboard 4.1 Release Memorandum

4   Quality Management Committee Executive Report – Timely Availability of Health Information

5   2014 Patient Safety Report

6   CCHCS Care Guide: End-Stage Liver Disease

7   2015 Performance Improvement Work Plan Tool Kit

8   Best Practices – California Institution for Women Scheduling, Richard J. Donovan Effective Communication, and California Rehabilitation Center Dental Documentation

9   Implementation of Updated Monthly Health Care Access Quality Report Memorandum

10  California Health Care Facility Appeals Trend Chart

11  Human Resources Recruitment and Retention Reports – September through December 2014

12  Judge Claudia Wilken's June 4, 2013, Court order

13  Master Contract Waiver

14  CPR Financial Statements – September through December 2014

15  Executive Summary & Health Care Access Quality Reports – August through November 2014

16  Health Care Appeals and Habeas Corpus Petition Activity – September through December 2014

17  Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level – September through December 2014