# APPENDIX 1

The following Tri-Annual Report action items are complete:

## Goal 1: Ensure Timely Access to Health Care Service

**Objective 1.1.** **Redesign and Standardize Screening and Assessment Processes at Reception/Receiving and Release**

*Action 1.1.1. By January 2009, develop standardized reception screening processes and begin pilot implementation.*

*Action 1.1.2. By January 2010, implement new processes at each of the major reception center prisons.*
Refer to Section 3B: Population Management Care Coordination Committee for additional information related to this action.

*Action 1.1.3. By January 2010, begin using the new medical classification system at each reception center prison.*

*Action 1.1.4. By January 2011, complete statewide implementation of the medical classification system throughout CDCR institutions.*

**Objective 1.2.** **Establish Staffing and Processes for Ensuring Health Care Access at Each Institution**

*Action 1.2.1. By January 2009, the Receiver will have concluded preliminary assessments of custody operations and their influence on health care access at each of CDCR's institutions and will recommend additional staffing, along with recommended changes to already established custody posts, to ensure all patient-inmates have improved access to health care at each institution.*

*Action 1.2.2. By July 2011, the Receiver will have fully implemented Health Care Access Units and developed health care access processes at all CDCR institutions.*
Refer to Appendix 15 for the Executive Summary and Health Care Access Quality Reports for August through November 2014.

**Objective 1.3.** **Establish Health Care Scheduling and Patient-Inmate Tracking System**

*Action 1.3.1. Work with CDCR to accelerate the development of the Strategic Offender Management System (SOMS) with a scheduling and inmate tracking system as one of its first deliverables.*

**Objective 1.4.** Establish a Standardized Utilization Management System

*Action 1.4.1. By May 2010, open long-term care units.*

*Action 1.4.2. By October 2010, establish a centralized UM System.*

## Goal 2: Establish a Prison Medical Program Addressing the Full Continuum of Health Care Services

**Objective 2.1.** Redesign and Standardize Access and Medical Processes for Primary Care

*Action 2.1.1. By July 2009, complete the redesign of sick call processes, forms, and staffing models.*
Refer to Section 3B: Population Management Care Coordination Committee for additional information related to this action.

*Action 2.1.2. By July 2010, implement the new system in all institutions.*
Refer to Section 3B: Population Management Care Coordination Committee for additional information related to this action.

**Objective 2.2.** Improve Chronic Care System to Support Proactive, Planned Care

*Action 2.2.1. By April 2009, complete a comprehensive, one-year Chronic Care Initiative to assess and remediate systemic weaknesses in how chronic care is delivered.*

**Objective 2.3.** Improve Emergency Response to Reduce Avoidable Morbidity and Mortality

*Action 2.3.1. Immediately finalize, adopt and communicate an Emergency Medical Response System policy to all institutions.*

*Action 2.3.2. By July 2009, develop and implement certification standards for all clinical staff and training programs for all clinical and custody staff.*

*Action 2.3.3. By January 2009, inventory, assess and standardize equipment to support emergency medical response.*

**Objective 2.4.** Improve the Provision of Specialty Care and Hospitalization to Reduce Avoidable Morbidity and Mortality

*Action 2.4.1. By June 2009, establish standard utilization management and care management processes and policies applicable to referrals to specialty care and hospitals.*

*Action 2.4.2. By October 2010, establish on a statewide basis approved contracts with specialty care providers and hospitals.*

*Action 2.4.3. By November 2009, ensure specialty care and hospital providers' invoices are processed in a timely manner.*

## Goal 3: Recruit, Train and Retain a Professional Quality Medical Care Workforce

**Objective 3.1.** Recruit Physicians and Nurses to Fill Ninety Percent of Established Positions

Refer to Appendix 11, Human Resources Recruitment and Retention Reports for September through December 2014, for details related to vacancies and retention.

*Action 3.1.1. By January 2010, fill ninety percent of nursing positions.*

*Action 3.1.2. By January 2010, fill ninety percent of physician positions.*

**Objective 3.2.** Establish Clinical Leadership and Management Structure

*Action 3.2.1. By January 2010, establish and staff new executive leadership positions.*

*Action 3.2.2. By March 2010, establish and staff regional leadership structure.*

**Objective 3.3.** Establish Professional Training Programs for Clinician

*Action 3.3.1. By January 2010, establish statewide organizational orientation for all new health care hires.*

*Action 3.3.2. By January 2009, win accreditation for CDCR as a Continuing Medical Education provider recognized by the institute of Medical Quality and the Accreditation Council for Continuing Medical Education.*

**Objective 4.1.** Establish Clinical Quality Measurement and Evaluation Program

*Action 4.1.2. By July 2009, work with the Office of the Inspector General to establish an audit program focused on compliance with Plata requirements.*
Refer to Section 6D: Development of Independent Systems for Evaluation of the Quality of Health Care for additional information related to this action.

**Objective 4.2.** Establish a Quality Improvement Program

*Action 4.2.2. By September 2009, establish a Policy Unit responsible for overseeing review, revision, posting and distribution of current policies and procedures. This action is completed.*

*Action 4.2.3. By January 2010, implement process improvement programs at all institutions involving trained clinical champions and supported by regional and statewide quality advisors.*

This action is combined with Action 4.2.1.

**Objective 4.3.** Establish Medical Peer Review and Discipline Process to Ensure Quality of Care

*Action 4.3.1. By July 2008, working with the State Personnel Board and other departments that provide direct medical services, establish an effective Peer Review and Discipline Process to improve the quality of care.*

**Objective 4.4.** Establish Medical Oversight Unit to Control and Monitor Medical Employee Investigations

*Action 4.4.1. By January 2009, fully staff and complete the implementation of a Medical Oversight Unit to control and monitor medical employee investigations.*

**Objective 4.5.** Establish a Health Care Appeals Process, Correspondence Control and Habeas Corpus Petitions Initiative

*Action 4.5.1. By July 2008, centralize management over all health care patient-inmate appeals, correspondence and habeas corpus petitions.*

Refer to Appendix 16 for health care appeals and habeas corpus petition activity for September through December 2014.

*Action 4.5.2. By August 2008, a task force of stakeholders will have concluded a system-wide analysis of the statewide appeals process and will recommend improvements to the Receiver.*

**Objective 4.6.** Establish Out-of-State, Community Correctional Facilities (CCF) and Re-entry Facility Oversight Program

*Action 4.6.1.  By July 2008, establish administrative units responsible for oversight of medical care given to patient-inmates housed in out-of-state, community correctional and re-entry facilities.*

Refer to Section 3E: In-State Contracting for Community Correctional Facility for additional information related to this action.

**Objecive 5.1.** Establish a Comprehensive, Safe and Efficient Pharmacy Program

*Action 5.1.1. Continue developing the drug formulary for the most commonly prescribed medications.*

Refer to Appendix 17 for Top Drugs, Top Therapeutic Category Purchases, and Central Fill Pharmacy Service Level for September through December 2014.

*Action 5.1.2. By March 2010, improve pharmacy policies and practices at each institution and complete the roll-out of the GuardianRx® system.*

*Action 5.1.3. By May 2010, establish a central-fill pharmacy.*

**Objective 5.2.** Establish Standardized Health Records Practice

*Action 5.2.1. By November 2009, create a roadmap for achieving an effective management system that ensures standardized health records practice in all institutions*

**Objective 5.4.** Establish Clinical Information Systems

*Action 5.4.1. By September 2009, establish a clinical data repository available to all institutions as the foundation for all other health information technology systems.*

**Objective 5.5.** Expand and Improve Telemedicine Capabilities

*Action 5.5.1. By September 2008, secure strong leadership for the telemedicine program to expand the use of telemedicine and upgrade CDCR's telemedicine technology infrastructure.*

**Objective 6.1.** Upgrade administrative and clinical facilities at each of CDCR's thirty-three prison locations to provide patients with appropriate access to care

*Action 6.1.1. By January 2010, completed assessment and planning for upgraded administrative and clinical facilities at each of CDCR's thirty-three institutions.*
Refer to Action 6.1.2 for additional information related to this action.

**Objective 6.2.** Expand administrative, clinical and housing facilities to serve up to 10,000 patient-inmates with medical and/or mental health needs

*Action 6.2.1. Complete pre-planning activities on all sites as quickly as possible.*

*Action 6.2.2. By February 2009, begin construction at first site.*

*Action 6.2.3. By July 2013, complete execution of phased construction program.*

**Objective 6.3.** Complete Construction at San Quentin State Prison

*Action 6.3.1. By December 2008, complete all construction except for the Central Health Services Facility.*

*Action 6.3.2. By April 2010, complete construction of the Central Health Services Facility.*

# APPENDIX 2

## Information
### (January 2015)

- 18 - Complete
- 3 Projects(CDR, eMAR, and LIS) future reporting is included as part of the EHRS project – Scheduled date of completion January 2017

## Clinical Operations Layer

| Medication Administration Process Improvement Project (MAPIP)  100% Complete – 12/30/12 | Central Pharmacy  100% Complete – 12/28/12 | Access to Care (Primary Care)  100% Complete – 3/20/11 |
|---|---|---|
| Utilization Management  100% Complete – 3/20/11 | Telemedicine  100% Complete – 12/31/12 | Health Information Management (HIM)/ Electronic Unit Health Record (eUHR)  100% Complete – 12/30/13 |

## Electronic Medical Record Layer

| Laboratory Information System (LIS) – Project is closed. Remaining Project Objectives have been incorporated into the Electronic Health Record System (EHRS) Project Scheduled for January 2017 | Clinical Imaging Services Medical Radiology Information System (RIS/PACS) – 100% Complete - 10/01/13  Dental Radiology (MiPACS) – 100% Complete – 10/31/13 | Health Care Scheduling and Tracking System (HCSTS), formerly Health Care Scheduling System (HCSS)  100% Complete – 10/31/13 | Clinical Data Repository (CDR) – Project is closed. Remaining Project Objectives have been incorporated into the Electronic Health Record System (EHRS) Project Scheduled for January 2017 | BIS (Registry)  100% Complete – 11/01/11 |
|---|---|---|---|---|
| Electronic Health Records System (EHRS)  31% Complete – January 2017 | Centralized Dictation & Transcription  100% Complete – 8/10/11 | SOMS  99% Complete - 11/30/14 | Pharmacy: GuardianRx  100% Complete – 10/31/11 | Pharmacy: Electronic Med Admin Record (eMAR) – Project is closed. Remaining Project Objectives have been incorporated into the Electronic Health Record System (EHRS) Project Scheduled for January 2017 | Mental Health Tracking System (MHTS.Net)  100% Complete – 8/10/11 |

## Infrastructure Layer

| Network Infrastructure Project  100% Complete – 10/30/12 | Health Care Data Center Project  (Torrance Data Center – Operational) (Federated Data Center – 100% Complete – 6/23/14) | End User Migration Project  100% Complete – 10/30/12 |
|---|---|---|

| Percentage Complete | | | | |
|---|---|---|---|---|
| 1% to 25% | 26% to 49% | 50% to 74% | 75% to 99% | Completed |

### FOOTNOTE:
The Remaining Project Objectives will be accomplished through the EHRS Project

External Project Pyramid Chart - January 2015

# APPENDIX 3

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

# MEMORANDUM

| Date | : | December 10, 2014 |
|------|---|-------------------|
| To | : | All Healthcare Staff |
| From | : | Quality Management Section |
| Subject | : | New and Improved Health Care Services Dashboard 4.1 |

A critical component of a robust Quality Management System is an organizational Dashboard that displays key performance indicators. The primary goal of the Dashboard is to provide staff with information that supports improvements in the health care delivery system and patient outcomes.

Upon release of the beta version of Dashboard 4.0 in February 2014, several questions and suggestions were submitted to the Quality Management Section by field staff and other stakeholders in various program areas. After careful consideration of the feedback received, new features, measures and methodologies were developed for Dashboard 4.1. A summary of updates and modifications are noted below. Detailed explanations of the changes can be found in the Appendix and in the Dashboard Glossary.

## NEW FEATURES

### *Institution Trended View*

Dashboard 4.1 includes a new Institution Trended View which shows 6 or 12 month trended scores for all measures at one institution. The trended view can be accessed via the link at the top right corner of the Dashboard, entitled "Trended View".



*Click Here to Access New Feature* →



### *Performance Improvement Report*

The Prioritizing Institutions for Performance Improvement Report (otherwise known as the Candy Cane Chart) contains a subset of aggregated measures from the Dashboard. This report will now be released concurrently with the other Dashboard views and can be accessed using the "Candy Cane Chart" link.



*Choose a Month from the List Here*

*Click Here to Access New Feature* →





# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## NEW FEATURES (CONTINUED)

### Patient Level Detail

With the Patient Detail Report, you can see the individual patient records that are used to calculate your score and which ones are in or out of compliance. This report can be accessed via the link within a drilldown window, which allows you to select any measure of your choice. You can also click on a score within the drilldown window to default directly to that measure. Records are only available at the institution level and individual component measure level (i.e. not



available at the Statewide view or composite measure level). Because the Patient Detail Report contains confidential health information, additional permissions are required to access this report.



## NEW MEASURES

### Population Health Management

Dashboard 4.1 includes a new **End Stage Liver Disease (ESLD)** Care measure under the Population Health Management Domain. This measure replaces the HCV Treatment measure.

Also available, as a separate decision support tool, is the new ESLD Registry which can be accessed here or through the Master Registry. Continuing Medical Education (CME) on managing ESLD and using the new ESLD registry will be offered in two parts with an "enduring material" CME activity associated with two credits which is available on the QM portal Training Presentations page located here.

### Availability of Health Information

This domain now contains 5 measures, instead of 3. The new measures include **Dictated Documents** measure (separated out from the **Non-Dictated Documents** measure) and **Scanning Accuracy**. The drilldown for Dictated Documents is broken out into Medical, Mental Health and Specialty. It also allows you to view how much time (in days) it takes to complete each step of the dictation process including Dictation Time, Transcription Time, Sign Time,

Scan Time and Total Time. The timeframes of some of the Availability of Health Information measures have been changed as well. Please see Appendix and Glossary for details.



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## NEW METHODOLOGY

### *Population Health Management*

All Population Health Management measures will now be updated monthly instead of quarterly, with the exception of one Diabetes component measure – Blood Pressure <140/90 mm Hg. Considering the one year residency requirement and the time required for chart reviews, this measure will continue to be updated quarterly but still used in the monthly calculation of the Diabetes Care composite measure.

The **Diagnostic Monitoring** measure has been updated to reflect the new monitoring requirements that have been developed by Mental Health leadership. Measures have had their timeframes changed (for most laboratory monitoring measures) and some additional requirements have been added. Based on these modifications, the Mental Health Registry and Sub-Registries were also revised and is now called "Diagnostic Monitoring Registry" which is available for viewing now via the QM Portal, Master Registry or this link: Diagnostic Monitoring Registry. In early 2015, Mental Health leadership plans to provide training sessions on the revised registries in conjunction with new Care Guides related to managing patients with various mental health conditions.

### *Formulary Management*

The methodology regarding formulary management was adjusted last month (in the September 2014 Dashboard) to include prescriptions from Central Fill, so previous formulary rates are not comparable to rates obtained with the new methodology. Changes in compliance may be noticeable among institutions who prescribe medications primarily from Central Fill.

## HELP US RAISE AWARENESS ABOUT THE NEW DASHBOARD

Please make it a priority to notify staff of the updates to the Dashboard and make staff aware of the available tools and training. To ensure widespread awareness of Dashboard information, please discuss relevant Dashboard information in a variety of forums, such as the local Quality Management Committee and Subcommittees, supervisory meetings and care team meetings.

Please send any comments about the Dashboard to qmstaff@cdcr.ca.gov. Thank you for your feedback and continued efforts to monitor and improve patient care.



ARE YOU READY TO SEE DASHBOARD 4.1?

CLICK HERE >>>



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## APPENDIX: DETAILED METHODOLOGY CHANGES & NEW MEASURES

### POPULATION HEALTH MANAGEMENT

All Population Health Management data will now be updated monthly, instead of quarterly, with the exception of Blood Pressure checks for Diabetes Care, which will continue to be updated quarterly.

The HCV Treatment and Flu Vaccination Measures have been removed from the Dashboard.

| Diagnostic Monitoring | |
| --- | --- |
| **Measure** | **Change** |
| **Antipsychotics** | Patients on either typical or atypical (second generation) antipsychotics are now included in the measures below |
| Lipid Monitoring 12 Months | Timeframe changed from 6 months to 12 months |
| Blood Sugar 12 Months | Timeframe changed from 6 months to 12 months |
| CBC 12 Months | New Measure |
| CMP 12 Months | New Measure |
| Thyroid Monitoring 5 Years | New Measure |
| **Clozapine** | |
| Blood Sugar 12 Months | Timeframe changed from 6 months to 12 months |
| Lipid Monitoring 12 Months | Timeframe changed from 6 months to 12 months |
| CBC 30 Days | Name changed to CBC 30 days from WBC 30 Days, checks for entire CBC panel, eliminates need for ANC 30 Days measure |
| ANC 30 Days | Deleted |
| CMP 12 Months | Name changed to CMP 12 Months from ALT 12 Months, and checks for entire CMP, instead of just ALT. |
| AIMS 12 Months | New Measure |
| Thyroid Monitoring 5 Years | New Measure |
| Med Consent 12 Months | New Measure |
| **Mood Stabilizers** | |
| Carbamazepine | |
| Carbamazepine Level 12 Months | Timeframe changed from 6 months to 12 months |
| CBC 12 Months | Name changed to CBC 12 Months from WBC 6 Months, checks for entire CBC, instead of just WBC, and timeframe changed from 6 months to 12 months |
| CMP 12 Months | Name changed to CMP 12 Months from ALT 6 Months, checks for entire CMP, instead of just ALT, and timeframe changed from 6 months to 12 months |
| Depakote | |
| Depakote Level 12 Months | Timeframe changed from 6 months to 12 months |
| CBC w/ PLT 12 Months | Name changed to CBC w/ PLT 12 Months from PLT 6 Months, checks for entire CBC, instead of just Platelets, and timeframe changed from 6 months to 12 months |
| CMP 12 Months | Name changed to CMP 12 Months from ALT 6 Months, checks for entire CMP, instead of just ALT, and timeframe changed from 6 months to 12 months |



## CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

| Diagnostic Monitoring (continued) | |
|---|---|
| **Measure** | **Change** |
| **Mood Stabilizers (continued)** | |
| Lithium | |
| Lithium Level 12 Months | Timeframe changed from 6 months to 12 months |
| Thyroid Monitoring 12 Months | Timeframe changed from 6 months to 12 months |
| Creatinine & BUN 12 Months | Now checks for Creatinine and BUN test, and timeframe changed from 6 months to 12 months |
| **Antidepressants** | |
| Med Consent 12 Months | Previously, only patients on Tricyclic antidepressants or selective serotonin reuptake inhibitors (SSRI) antidepressants were checked for a med consent (in 2 separate measures). Now patients on any antidepressants are included. |
| Thyroid Monitoring 5 Years | New Measure |
| SSRI AD Med Consent 12 Months | Deleted |
| | |

| End Stage Liver Disease |
|---|

This measure is replacing the HCV Treatment measure. It is a composite measure composed of the following submeasures:

- The percentage of patients with end stage liver disease (ESLD) who receive an Esophagogastroduodenoscopy (EGD) procedure within the past three years.
- The percentage of patients with ESLD who receive an ultrasound or other imaging procedure for screening purposes within the previous 12 months to assess for Hepatocellular Carcinoma (HCC).
- The percentage of patients with ESLD who have not received a prescription for NSAID medications ≥ 30 days within the previous 90 days.
- Average of the following four measures:
    - The percentage of patients with ESLD who have a diagnosis of spontaneous bacterial peritonitis (SBP) or who have had a TIPS procedure who are receiving Ciprofloxacin or Sulfamethoxazole.
    - The percentage of patients with ESLD who have a diagnosis of ascites who are receiving Spironolactone and Furosemide.
    - The percentage of patients with ESLD who have a diagnosis of varices who are receiving a non-selective beta-blocker.
    - The percentage of patients with ESLD who have a diagnosis of hepatic encephalopathy who are receiving Lactulose and/or Rifaximin.

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## AVAILABILITY OF HEALTH INFORMATION

A number of changes have been made to this domain.

- Documents Scanned: This measure has been divided into two measures: Non-Dictated Records and Dictated Records, each with a different time requirement.
- Specialty Notes: Previously both completed Specialty appointments and completed Radiology appointments in MedSATS were the denominator for this measure. Now, Radiology appointments have been removed, as those records can be viewed in the Radiology Imaging System/Picture Archiving System (RIS/PACS).
- Scanning Accuracy: This is a new measure and is based on Health Information Management staff monthly audits of the accuracy of documents scanned into the electronic Unit Health Record (eUHR).
- Goal: The goal for each measure has also been changed: previously the goal was 95% compliance, the new goal is 85% compliance, except for Scanning Accuracy, which has a goal of 95%.

Timeframe: The timeframe for some measures has changed, as summarized in the following table:

| Measure | Old Requirement | New Requirement |
|---|---|---|
| Non-Dictated Records * | 1 Business Day | 3 Calendar Days |
| Dictated Records* | 1 Business Day | 5 Calendar Days |
| Specialty Notes | 3 Calendar Days | 5 Calendar Days |
| Community Hospital Records | 3 Calendar Days- No change | |
| *Previously Documents Scanned measure* | | |

# APPENDIX 4

Quality Management Committee Executive Report

# Timely Availability of Health Information



SEPTEMBER 2014



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

## Background

An effective health information system ensures clinical information is readily available to health care staff when they need it. In practical terms, it means that the dentist has the oral surgeon's report in hand at a follow-up appointment, the Triage and Treatment Area nurse can rely on the documented discharge summary rather than the patient's recollection of a recent hospitalization, the primary care provider has the specialty report from the cardiologist, and the psychiatrist and primary mental health clinician can review the records from the Department of State Hospitals soon after the patient returns from an Intermediate Care Facility level of care.



Without access to clinical information, treatment planning becomes guess-work and services are delayed, sometimes to the detriment of the patient and frustration of staff. How much does availability of health information impact patient outcomes? Timely health information can make the difference between life and death for our patients, as evidenced by a case that occurred this year.

Mr. J. was a 25 year old healthy man, except for a history of mild asthma, who submitted a 7362 request complaining of chest wall pain. He was seen by the RN the next day, then by the covering physician ten days later who ordered a chest x-ray. The chest x-ray, completed four days later, was abnormal showing a 1.5 by 1.5 cm infiltrate. Over the next 8 months the following events occurred:

- The initial x-ray report was reviewed by the covering provider two weeks after it was completed, but was not in the eUHR for the Primary Care Provider and subsequent providers to review.

- The patient's symptoms worsened and four months after he initially presented, another chest x-ray was ordered while being seen in the TTA.

- The results of this x-ray took two weeks to reach the provider and showed significant abnormalities. The provider immediately referred the patient for a chest CT scan, which was abnormal.

- Mr. J subsequently required hospitalization during which time he was diagnosed with coccidioidmycosis and started treatment with fluconazole.

- After discharge from the hospital, Mr. J was seen by an Infectious Disease (ID) specialist who ordered an MRI to investigate a questionable abnormality in the thoracic spine.



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

- The MRI report that was returned 7 days later was signed a few days after receipt by one of the institution providers. Despite evidence of a spinal abscess, it took an additional seven weeks for the ID specialist to get a copy of the report.

- The ID specialist immediately noted the MRI report, which showed evidence of a spinal abscess and referred the patient for hospitalization and neurosurgical consultation. The patient died within 24 hours of admission.

---

Although some of our health information challenges will be mitigated with the implementation of an Electronic Health Record System (EHRS), we will still need to make sure that information from community hospitals, the Department of State Hospitals, specialty providers, and other health system partners are available in a timely and easily accessible manner.

It's not a simple task to improve the availability of health information. Many of our clinical documents require several steps and several hand-offs between staff before the document can make its way from the original source to the official health record.



In its statewide Performance Improvement Plan for 2013-2015, Health Care Services committed to improving the availability of health information system-wide, with the five performance objectives noted below, which have been recently modified to better reflect the different processes involved. Results for these modified performance objectives will continue to be provided monthly in the Health Care Services Dashboard 4.1.

- By December 31, 2016, 85% or more of **non-dictated records generated by clinicians** are available in the chart within 3 calendar days from the date of the patient encounter[*].

- By December 31, 2016, 85% or more of **dictated records generated by clinicians** are available in the chart within 5 calendar days from the date of the patient encounter[*].

- By December 31, 2016, 85% or more of **specialty reports** are available in the chart within 5 calendar days from the date of the patient encounter.

- By December 31, 2016, 85% or more of **hospital records** are available in the chart within 3 calendar days from the date of the patient discharge.

- By December 31, 2016, 95% or more of documents will be **scanned accurately** into the chart.

*These measures are under review and are subject to change.



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

Over the last several months, Quality Management and Health Information Management staff have worked closely to refine the methodology for reporting the Health Information Management performance measures, **which will be applied to the Dashboard 4.1 methodology beginning October 2014.** See Appendix 1 for the detailed methodology used in this report.

This analysis reviews performance trends for our Health Information Management performance objectives, and also considers factors that may impact availability of health information. Questions addressed in this analysis include:

 What proportion of documents is available in the eUHR in a timely manner for each document type?

 What factors impact timely availability of health information?

 How has performance changed over time among institutions?

 Are there examples of best practices?

## Major Findings for All Categories *(Appendix 2)*

- As of June 2014, two institutions (CEN and FSP) have met the overall performance target for timely availability of non-dictated documents generated by CDCR/CCHCS clinicians. Several more institutions have met the statewide performance target within individual program areas.

- Since July 2013, the majority of institutions have demonstrated improvements in timely availability of non-dictated documents and seven institutions have improved by more than 25 percentage points in the composite performance.

- For documents generated by CDCR/CCHCS clinicians, timely availability is almost twice as likely to occur if documents are generated by medical, nursing, or dental clinicians compared to documents generated by mental health clinicians.

- There remains significant variation in performance among institutions. The volume of documents generated and scanned, adjusted for patient populations and health records staffing respectively, do not adequately explain performance variances.

- No institutions have met the objective for timely availability of dictated documents as of June 2014. Since July 2013, performance is essentially unchanged statewide.

- Three institutions have met the objective for timely availability of specialty reports as of June 2014, and eight others are within ten percentage points of the statewide goal. Performance on this measure varies considerably both by institution and type of specialty service, though there is no consistent difference when comparing onsite specialty with offsite specialty reports.

- Two institutions (SAC and SOL) achieved the goal of at least 85% adherence to the targeted timeframe for availability of hospital documents in the 2nd Quarter of 2014, with seven more over 75%. Performance on this measure varies considerably by institution and hospital. For hospitals with more than thirty discharges in the 2nd Quarter 2014, the performance for availability of discharge summaries within 3 calendar days ranged from 42% to 75%.

- Scanning accuracy is very high at 98% statewide and has been consistently above the goal of 95% over the last 6 months.



Quality Management Committee Executive Report | September 2014
# Timely Availability of Health Information

## Non-Dictated Documents Available within 3 Calendar Days* (Graph 1)

- Two institutions (CEN and FSP) exceeded the statewide target and 6 other institutions (SOL, ASP, CCI, CRC, RJD and CAL) had performance over 75%.
- More than two-thirds of the institutions improved performance over the past twelve months, including seven institutions with an improvement of greater than 25 percentage points. CIM demonstrated the largest gain of 43 percentage points.

### Graph 1 – Non-Dictated Documents Available within 3 Calendar Days of Encounter
July 2013 Performance Data Compared To June 2014 Performance Data



*This measure is under review and is subject to change.

## Availability of Non-Dictated Documents by Program Area* (Graph 2)

- Statewide, internally generated documents from Medical, Nursing and Dental staff and within an Inpatient setting are almost twice as likely to be available within 3 calendar days compared to documents generated by Mental Health staff.
- All program areas improved modestly when current performance is compared to July 2013.

### Graph 2 – Availability of Internally-Generated Documents by Program Area
July 2013 Performance Data Compared To June 2014 Performance Data



*This measure is under review and is subject to change.



Quality Management Committee Executive Report | September 2014
# Timely Availability of Health Information

## Dictated Documents Available within 5 Calendar Days* (Graphs 3 and 4)

- As of June 2014, no institutions exceeded the statewide target of 85%. VSP currently has the highest performance of 74%, while SATF has the lowest performance at 1%.
- Twelve institutions improved performance over the past twelve months, while 19 decreased in performance. Three institutions made an improvement of greater than 25 percentage points. CMF demonstrated the largest gain of 37 percentage points.
- Compared to July 2013, in June 2014, the overall process took approximately one-half day less, with dictation of the document by the provider taking about the same time to complete, transcription of the document taking approximately one day longer, signature of the document by the provider taking one day less, and scanning the document taking approximately one-half day less. However, in early 2014, the transcription time was 7-8 days (not shown), but has since been much lower.

**Graph 3 – Dictated Documents Available within 5 Calendar Days of Encounter**
July 2013 Performance Data Compared To June 2014 Performance Data



**Graph 4 – Dictated Documents – Days to Complete Each Step**
July 2013 Performance Data Compared To June 2014 Performance Data





Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

## Specialty Reports Available within 5 Calendar Days of Encounter (Graph 5)

- CEN currently has the highest performance at 94% in timely availability of specialty reports, while CMC and SATF also exceeded the goal of 85%; CIM demonstrated the largest gain in this measurement type, increasing by 57 percentage points.

- DVI had the lowest performance at 19%; CRC showed the largest decline in their performance by dropping 21 percentage points.

- Three-quarters of institutions improved performance in timely availability of specialty documents, with six institutions improving performance by greater than 25 percentage points.



**Graph 5 – Specialty Reports Available within 5 Calendar Days of Encounter**
July 2013 Performance Data Compared To June 2014 Performance Data



Quality Management Committee Executive Report | September 2014
# Timely Availability of Health Information

## Hospital Records Available within 3 Calendar Days of Discharge* (Graph 6)

- Both SAC and SOL exceeded the statewide performance target, and seven additional institutions had performance over 75%.

- DVI had the lowest performance at 14%.

- 23 Institutions have improved their performance between the 3rd Quarter of 2013 and the 2nd Quarter of 2014. CCWF achieved the largest gain, increasing by 52 percentage points.



**Graph 6 – Hospital Records Available within 3 Calendar Days of Discharge**
3rd Quarter 2013 v. 2nd Quarter 2014 Performance Data

*Analysis was performed using hospitalization data from the 3rd Quarter in 2013 and 2nd Quarter in 2014 due to small monthly totals.*

## Scanning Accuracy

- Scanning accuracy has consistently been very high, with the statewide average exceeding 95% during each of the last 6 months. In June 2014, all institutions, except three (CIW, SQ, and WSP), exceeded the 95% target for scanning accuracy, and the statewide average was 98%.



# Timely Availability of Health Information

**Which Factors Impact Performance?** Why is there so much variation in performance? Do differences among institutions' health care missions, patient acuity, workload and/or staffing explain the differences in performance? Which factors influence how well institutions perform? The following assumptions were analyzed, and the results may be surprising.

| Assumption | The Data Show… |
|---|---|
| **Document Volume Generated**<br>Performance differences are explained by differences in the volume of documents generated by clinicians. | **Not True.**<br>Volume of documents – whether internally generated or by specialists or hospitals – doesn't explain most of the performance variance. |
| **Patient Acuity**<br>Institutions with more complex patients will show lower performance in these measures, because complex patients require more documentation and that documentation takes longer to process. | **Not True.** |
| **Health Records Scanned**<br>Institutions with health records staff who each scan more documents per hour show better performance. | **Not True.** |
| **Scanning Accuracy**<br>Institutions with higher filing accuracy show lower performance, because more time and care is taken when scanning into the eUHR. | **Not True.** |
| **Type of Specialty**<br>Reports from certain types of specialty consultations are more likely to be scanned timely than other types of specialty documents. | **True.**<br>Documents associated with certain specialty types are more likely to be available within 3 calendar days. For example, 83% of podiatry reports are available within 3 calendar days, contrasted with only 24% of infectious disease reports. *(Appendix 2, Tables 2 and 3)* |
| **Onsite Specialty vs. Offsite Specialty**<br>Reports from on-site specialty consultations are much more likely to be scanned timely than off-site records. | **Not True.**<br>Offsite reports are slightly more likely to be scanned timely than onsite reports. |
| **Hospital that Discharged Patient**<br>Timely scanning of discharge summaries depends in large part on which hospital discharged the patient – some hospitals are better than others at getting discharge summaries to our health care staff. | **True.**<br>Documents from certain hospitals are more likely to be available compared to other hospitals. For example, among hospitals with 30 or more CDCR patient visits, 75% of documents from one hospital were in the eUHR within 3 calendar days, while only 42% of documents from another were in the patient chart within the same timeframe. *(Appendix 2, Table 4)* |



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

## Recommendations

### Tips from a Top Performer – Centinela State Prison

How did Centinela transform its health information system to become one of the highest-performing institutions in the state? Chief Executive Officer, Kevin Reilly, shared some of Centinela's strategies used to redesign processes involved in getting clinical information into patient records, and motivate change, which cumulatively resulted in success for the institution.

 **Internally-Generated Documents Due by Close of Business.** Centinela's leadership team instituted a new performance standard: clinical staff from all program areas are expected to submit clinical documentation for patients seen that day by close of business, whenever possible.

 **Frequent Clinic Runs.** Centinela staff made it easier for clinicians in different clinic areas to submit documents timely by making multiple daily runs from the clinic areas to Health Records and vice versa taking every opportunity to deliver documentation ready for filing. With these frequent runs, Health Records staff were also able to maintain a steady flow of scanning   instead of having periods of time with low activity or large batches of documentation arriving in Health Records all at once.

 **Dedicated Staff and Tracking Systems.** Designated staff were assigned to obtain missing specialty reports and hospital discharge summaries, and instituted reminder systems when specialty reports were getting close to due, so that these designated staff could proactively follow-up with specialty and hospital providers.

 **Building Solid Partnerships with Outside Stakeholders.** Establishing a strong partnership and standardized communication and coordination processes with the hospital ensured that discharge documents were available to the Primary Care Provider within 5 days after discharge. Centinela staff were also persistent in obtaining documents when discharge summaries and medication lists were not provided at the time of patient transfer, which reinforced the established processes.

 **Messaging by the Leadership Team.** Each member of the leadership team dedicated time to understand details of the Dashboard metrics then met with their subordinate staff to review the processes to find opportunities for improvements, and bring home the message that timely health information was critical to patient care. Leaders also provided program level performance data to inspire a healthy competition and ownership of improvement activities.



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information



Persistent Focus.  Once Centinela decided that timely health information was going to be a major Quality Improvement priority for the institution, it became a regular focus at daily executive team meetings and monthly Quality Management Committee (QMC) sessions. At nearly every meeting, institution leaders reviewed the institution's performance on the Health Information Management performance measures and other Dashboard 4.0 measures in detail and made plans to improve performance.



Through It All   Regular Feedback to Staff.  Centinela supervisors and managers provided updates on progress on a regular basis in supervisory staff meetings, QMC and other forums.  Regular feedback presents opportunities to recognize staff who are doing an exemplary job, celebrate success and builds momentum for further improvement.

## Updates to Health Information Management Performance Measures

Health Information Management performance objectives in the statewide Performance Improvement Plan and on the Health Care Services Dashboard will be updated to better represent the different processes involved in obtaining timely and accurate health information.

## Create Policies to Set Expectations

Currently, there are no comprehensive statewide policies around the entire business process of completing documentation of patient encounters through scanning the document into the chart.  It is recommended that the necessary policies be developed to ensure timely availability of health information, which will require an interdisciplinary workgroup from all program areas.

Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

## Appendix 1 – Detailed Methodology

To calculate performance measures presented in this analysis, Quality Management staff used data sources and applied specific rules as noted below:

**Non-Dictated Internally-Generated Documents (currently named "Documents Scanned" on the Health Care Services Performance Improvement Plan and Dashboard)**

- Data for this group of measures comes from the electronic Unit Health Record (eUHR).

- Internally generated documents are classified by program area, including Medical/Nursing, Dental, Mental Health, Inpatient and Other.

- The encounter date is compared to the scan date to determine how long it took for the document to be available in the chart.

- Dictated documents, Medication Administration Records (MARs), Tuberculosis documents, and Notification of Diagnostic Test Results are excluded from this measure.

- This measure is under review and is subject to change.

**Dictated Internally-Generated Documents**

- Data for this measure comes from the electronic eUHR and the Dictation and Transcription database.

- The encounter date of the dictated document is compared to the scan date to determine how long it took for the document to be available in the chart.

- This measure is under review and is subject to change.

**Specialty Reports**

- Data for this measure comes from the Medical Scheduling and Tracking System (MedSATS), which captures on- and off-site specialty encounters that were completed during the reporting period, and the eUHR.

- Specialty providers are required to provide all clinical documentation, including but not limited to prescriptions, clinical notes, discharge summaries, and brief operative notes sufficient to support continuity of care within the institution, and any other required reports within 48 hours of the visit.



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

- With the exception of MRI and CT Scans, all other radiology reports are excluded from this measure since radiology documents do not have to be scanned into the eUHR, as long as they are in the Radiology Imaging System/Picture Archiving System (RIS/PACS).

- Dialysis appointments are excluded from this measure since a summary of dialysis visits is often only provided once a month.

## Community Hospital Records

- Data for this measure comes from the Census and Discharge Data Information System (CADDIS), which captures discharges from a community hospital.  The eUHR is then searched for a hospital discharge document associated with that discharge.

- Hospital providers are required to issue a written discharge summary and/or transfer summary upon hospital discharge of a patient back to a CDCR institution.

## Scanning Accuracy

- Every institution sends a bundle of documents to the Health Record Center (HRC) monthly. HRC staff samples approximately 15% of documents from each institution to audit and determine the accuracy of scanning outpatient documents into the eUHR.

- Scanning inaccuracies include wrong CDC Number, wrong name, wrong encounter date used, blank pages, document in wrong location, etc.

- Inpatient documents are excluded from this measure since they are not sent to the HRC.

Pelican Bay State Prison (PBSP) was not included in the analysis of timely availability of health information performance measures in this report since it has a free standing electronic medical record, but it was included in the analysis of scanning accuracy.



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

## Appendix 2

Table 1 – HIM Measures Performance Data: July 2013 Compared to June 2014

| | | Overall Internally-Generated* | | Medical | | Dental | | Mental Health | | Inpatient | | Other | | Dictated* | | Specialty | | Hospital | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 3rd Qtr 2013 | 2nd Qtr 2014 |
| | SW | 48% | 55% | 55% | 64% | 63% | 67% | 29% | 35% | 50% | 60% | 42% | 49% | 39% | 37% | 52% | 63% | 46% | 61% |
| Region 1 | CCC | 34% | 66% | 43% | 63% | 38% | 78% | 12% | 49% | - | - | 44% | 75% | 100% | 67% | 47% | 60% | 85% | 77% |
| | CMF | 45% | 61% | 49% | 81% | 75% | 60% | 35% | 39% | 10% | 80% | 54% | 47% | 2% | 39% | 71% | 83% | 72% | 61% |
| | FSP | 81% | 90% | 89% | 98% | 97% | 98% | 62% | 98% | - | - | 77% | 67% | 87% | 40% | 49% | 65% | 83% | 83% |
| | HDSP | 25% | 35% | 49% | 30% | 34% | 46% | 7% | 4% | 3% | 54% | 35% | 40% | 42% | 43% | 38% | 79% | 15% | 19% |
| | MCSP | 19% | 45% | 26% | 57% | 22% | 51% | 8% | 15% | - | 65% | 19% | 39% | 21% | 35% | 15% | 26% | 71% | 82% |
| | PBSP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | SAC | 40% | 40% | 47% | 52% | 26% | 17% | 14% | 15% | 85% | 91% | 29% | 27% | 28% | 13% | 65% | 65% | 68% | 88% |
| | SOL | 61% | 78% | 83% | 89% | 66% | 94% | 47% | 57% | - | 86% | 47% | 66% | 50% | 36% | 75% | 83% | 88% | 91% |
| | SQ | 70% | 60% | 72% | 78% | 92% | 55% | 57% | 57% | - | 39% | 58% | 70% | 26% | 33% | 69% | 76% | 44% | 57% |
| Region 2 | CCWF | 33% | 38% | 13% | 27% | 91% | 58% | 3% | 4% | - | 73% | 24% | 30% | 22% | 22% | 2% | 41% | 15% | 67% |
| | CHCF | 83% | 60% | 97% | 79% | 94% | 86% | - | 53% | 42% | 41% | 100% | 40% | - | 34% | - | 42% | 56% | 67% |
| | CMC | 56% | 70% | 86% | 84% | 90% | 93% | 40% | 31% | 5% | 80% | 60% | 62% | 55% | 47% | 68% | 90% | 88% | 77% |
| | CTF | 59% | 69% | 76% | 82% | 62% | 86% | 67% | 63% | - | - | 33% | 45% | 8% | 37% | 43% | 53% | 20% | 62% |
| | DVI | 34% | 42% | 26% | 34% | 84% | 65% | 9% | 31% | - | - | 17% | 39% | 0% | 4% | 20% | 19% | 17% | 14% |
| | SCC | 46% | 67% | 55% | 73% | 63% | 72% | 29% | 60% | - | - | 37% | 63% | 19% | 7% | 45% | 80% | 54% | 65% |
| | SVSP | 35% | 66% | 61% | 85% | 42% | 89% | 13% | 49% | - | 57% | 24% | 52% | 46% | 41% | 47% | 70% | 37% | 31% |
| | VSP | 71% | 66% | 68% | 74% | 87% | 78% | 68% | 45% | - | - | 62% | 65% | 77% | 74% | 66% | 78% | 26% | 51% |

*This measure is under review and is subject to change



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

Table 1 – HIM Measures Performance Data: July 2013 Compared to June 2014 (cont.)

| | | Overall Internally-Generated* | | Medical | | Dental | | Mental Health | | Inpatient | | Other | | Dictated* | | Specialty | | Hospital | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 07/13 | 06/14 | 3rd Qtr 2013 | 2nd Qtr 2014 |
| | SW | 48% | 55% | 55% | 64% | 63% | 67% | 29% | 35% | 50% | 60% | 42% | 49% | 39% | 37% | 52% | 63% | 46% | 61% |
| **Region 3** | ASP | 69% | 81% | 81% | 90% | 71% | 86% | 66% | 76% | - | - | 60% | 71% | 26% | 28% | 54% | 47% | 11% | 31% |
| | CCI | 73% | 82% | 85% | 89% | 84% | 91% | 69% | 75% | - | - | 56% | 72% | 30% | 23% | 59% | 50% | 16% | 59% |
| | COR | 22% | 42% | 30% | 46% | 39% | 33% | 10% | 24% | 9% | 67% | 20% | 40% | 44% | 38% | 66% | 69% | 25% | 75% |
| | KVSP | 36% | 72% | 27% | 69% | 75% | 89% | 27% | 64% | 10% | 85% | 42% | 53% | 15% | 40% | 76% | 79% | 56% | 52% |
| | LAC | 32% | 46% | 34% | 45% | 53% | 58% | 12% | 21% | - | 71% | 27% | 36% | 28% | 19% | 35% | 26% | 45% | 67% |
| | NKSP | 42% | 36% | 46% | 44% | 67% | 43% | 41% | 15% | 4% | 36% | 51% | 43% | 54% | 62% | 45% | 28% | 59% | 51% |
| | PVSP | 53% | 53% | 77% | 55% | 98% | 82% | 43% | 23% | 1% | 75% | 47% | 30% | 14% | 5% | 58% | 72% | 22% | 21% |
| | SATF | 40% | 31% | 62% | 27% | 65% | 33% | 20% | 2% | 11% | 77% | 44% | 16% | 11% | 1% | 85% | 92% | 65% | 83% |
| | WSP | 30% | 40% | 42% | 52% | 45% | 56% | 32% | 51% | 2% | 2% | 28% | 37% | 21% | 4% | 18% | 57% | 50% | 68% |
| **Region 4** | CAL | 50% | 78% | 67% | 87% | 35% | 83% | 32% | 83% | 74% | - | 41% | 58% | 88% | 67% | 64% | 63% | 49% | 60% |
| | CEN | 82% | 85% | 85% | 87% | 96% | 99% | 69% | 95% | - | 69% | 77% | 76% | 51% | 54% | 87% | 94% | 74% | 79% |
| | CIM | 13% | 56% | 16% | 71% | 1% | 71% | 9% | 44% | 27% | 52% | 11% | 41% | 29% | 36% | 15% | 72% | 20% | 43% |
| | CIW | 54% | 73% | 73% | 85% | 89% | 99% | 28% | 44% | 33% | 60% | 47% | 79% | 74% | 61% | 43% | 57% | 48% | 53% |
| | CRC | 78% | 76% | 93% | 94% | 93% | 90% | 69% | 72% | - | - | 56% | 47% | 61% | 33% | 79% | 58% | 33% | 32% |
| | CVSP | 44% | 69% | 52% | 86% | 45% | 74% | 40% | 58% | - | - | 41% | 58% | 38% | 15% | 31% | 73% | 52% | 60% |
| | ISP | 49% | 49% | 46% | 46% | 80% | 42% | 38% | 59% | - | - | 33% | 50% | 51% | 24% | 73% | 82% | 39% | 50% |
| | RJD | 55% | 78% | 85% | 86% | 91% | 96% | 47% | 55% | 3% | 83% | 49% | 68% | 30% | 37% | 37% | 44% | 13% | 36% |

*This measure is under review and is subject to change



# Timely Availability of Health Information

Table 2 – Specialty Reports by Type

| | Specialty Reports by Type – June 2014 | | |
| --- | --- | --- | --- |
| | Timely Reports | Total Reports | Performance |
| **Statewide** | **15548** | **24649** | **63%** |
| Podiatry | 832 | 997 | 83% |
| Ophthalmology | 1181 | 1431 | 83% |
| Urology | 305 | 390 | 78% |
| Gastrointestinal | 419 | 578 | 72% |
| Pulmonary | 386 | 544 | 71% |
| Orthotics | 377 | 544 | 69% |
| Orthopedics | 895 | 1303 | 69% |
| Surgery | 564 | 839 | 67% |
| Optometry | 3340 | 5073 | 66% |
| Cardiology | 444 | 681 | 65% |
| Endocrinology | 134 | 211 | 64% |
| Physical Therapy | 3780 | 5995 | 63% |
| Oncology | 171 | 282 | 61% |
| Neurology | 143 | 243 | 59% |
| Dermatology | 155 | 269 | 58% |
| Audiology | 161 | 289 | 56% |
| ENT | 180 | 325 | 55% |
| CT Scan | 168 | 308 | 55% |
| Radiation Oncology | 143 | 290 | 49% |
| MRI | 122 | 308 | 40% |
| Specialty RN | 408 | 1143 | 36% |
| Infectious Disease | 244 | 1035 | 24% |
| All Other | 996 | 1571 | 63% |



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

## Table 3 – Onsite vs. Offsite Specialty Reports

| | | Onsite Specialty Reports – June 2014 | | | Offsite Specialty Reports – June 2014 | | |
|---|---|---|---|---|---|---|---|
| | | Timely Reports | Total Reports | Performance | Timely Reports | Total Reports | Performance |
| | **SW** | **12499** | **20202** | **62%** | **3049** | **4447** | **69%** |
| Region 1 | CCC | 233 | 415 | 56% | 56 | 65 | 86% |
| | CMF | 1657 | 2016 | 82% | 196 | 221 | 89% |
| | FSP | 131 | 200 | 66% | 70 | 108 | 65% |
| | HDSP | 284 | 307 | 93% | 8 | 61 | 13% |
| | MCSP | 158 | 959 | 16% | 140 | 179 | 78% |
| | PBSP | - | - | - | - | - | - |
| | SAC | 97 | 173 | 56% | 62 | 71 | 87% |
| | SOL | 1335 | 1599 | 83% | 193 | 234 | 82% |
| | SQ | 537 | 646 | 83% | 130 | 226 | 58% |
| Region 2 | CCWF | 293 | 612 | 48% | 11 | 121 | 9% |
| | CHCF | 472 | 1268 | 37% | 147 | 213 | 69% |
| | CMC | 834 | 934 | 89% | 256 | 279 | 92% |
| | CTF | 375 | 707 | 53% | 71 | 128 | 55% |
| | DVI | 48 | 329 | 15% | 32 | 102 | 31% |
| | SCC | 257 | 332 | 77% | 75 | 85 | 88% |
| | SVSP | 281 | 380 | 74% | 61 | 111 | 55% |
| | VSP | 402 | 476 | 84% | 83 | 143 | 58% |
| Region 3 | ASP | 314 | 694 | 45% | 41 | 56 | 73% |
| | CCI | 74 | 175 | 42% | 50 | 72 | 69% |
| | COR | 261 | 350 | 75% | 57 | 109 | 52% |
| | KVSP | 250 | 319 | 78% | 39 | 48 | 81% |
| | LAC | 61 | 408 | 15% | 81 | 132 | 61% |
| | NKSP | 317 | 1321 | 24% | 80 | 116 | 69% |
| | PVSP | 431 | 582 | 74% | 28 | 54 | 52% |
| | SATF | 696 | 745 | 93% | 91 | 106 | 86% |
| | WSP | 268 | 524 | 51% | 98 | 118 | 83% |
| Region 4 | CAL | 281 | 455 | 62% | 54 | 77 | 70% |
| | CEN | 382 | 399 | 96% | 99 | 111 | 89% |
| | CIM | 638 | 856 | 75% | 211 | 322 | 66% |
| | CIW | 237 | 439 | 54% | 82 | 125 | 66% |
| | CRC | 88 | 179 | 49% | 116 | 175 | 66% |
| | CVSP | 271 | 384 | 71% | 69 | 81 | 85% |
| | ISP | 287 | 359 | 80% | 68 | 76 | 89% |
| | RJD | 213 | 599 | 36% | 177 | 287 | 62% |



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

## Table 4 – Hospital Records by Hospital

| Hospital Records by Hospital – 2nd Quarter 2014 | | | |
|---|---|---|---|
| | Timely Reports | Total Reports | Performance |
| **Statewide** | **1265** | **2087** | **61%** |
| Hospital 01 | 381 | 552 | 69% |
| Hospital 02 | 191 | 335 | 57% |
| Hospital 03 | 170 | 228 | 75% |
| Hospital 04 | 60 | 129 | 47% |
| Hospital 05 | 45 | 108 | 42% |
| Hospital 06 | 40 | 96 | 42% |
| Hospital 07 | 40 | 62 | 65% |
| Hospital 08 | 19 | 40 | 48% |
| Hospital 09 | 27 | 39 | 69% |
| Hospital 10 | 21 | 38 | 55% |
| Hospital 11 | 25 | 38 | 66% |
| Hospital 12 | 26 | 37 | 70% |
| Hospital 13 | 18 | 32 | 56% |
| Hospital 14 | 18 | 30 | 60% |
| All Others | 184 | 323 | 57% |



Quality Management Committee Executive Report | September 2014

# Timely Availability of Health Information

## Table 5 – Scanning Accuracy

| | | June 2013 | | | June 2014 | | |
|---|---|---|---|---|---|---|---|
| | | Accurate Pages | Pages Examined | Performance | Accurate Pages | Pages Examined | Performance |
| | **SW** | **12033** | **12177** | **99%** | **4314** | **4407** | **98%** |
| Region 1 | CCC | 491 | 497 | 99% | 123 | 123 | 100% |
| | CMF | 388 | 391 | 99% | 149 | 149 | 100% |
| | FSP | 323 | 323 | 100% | 106 | 110 | 96% |
| | HDSP | 29 | 63 | 46% | 110 | 113 | 97% |
| | MCSP | 459 | 460 | 100% | 223 | 230 | 97% |
| | PBSP | | | | | | |
| | SAC | 363 | 365 | 99% | 55 | 55 | 100% |
| | SOL | 355 | 358 | 99% | 131 | 131 | 100% |
| | SQ | 1197 | 1220 | 98% | 373 | 407 | 92% |
| Region 2 | CCWF | 190 | 190 | 100% | 82 | 82 | 100% |
| | CHCF* | - | - | - | - | - | - |
| | CMC | 139 | 143 | 97% | 84 | 84 | 100% |
| | CTF | 538 | 540 | 100% | 138 | 138 | 100% |
| | DVI | 653 | 658 | 99% | 190 | 190 | 100% |
| | SCC | 171 | 171 | 100% | 94 | 94 | 100% |
| | SVSP | 330 | 331 | 100% | 91 | 91 | 100% |
| | VSP | 392 | 395 | 99% | 104 | 106 | 98% |
| Region 3 | ASP | 138 | 139 | 99% | 30 | 30 | 100% |
| | CCI | 177 | 179 | 99% | 283 | 289 | 98% |
| | COR | 441 | 442 | 100% | 118 | 121 | 98% |
| | KVSP | 194 | 196 | 99% | 95 | 98 | 97% |
| | LAC | 259 | 259 | 100% | 170 | 170 | 100% |
| | NKSP | 440 | 451 | 98% | 180 | 180 | 100% |
| | PVSP | 221 | 231 | 96% | 128 | 130 | 98% |
| | SATF | 647 | 657 | 98% | 108 | 108 | 100% |
| | WSP | 229 | 229 | 100% | 50 | 55 | 91% |
| Region 4 | CAL | 237 | 238 | 100% | 204 | 204 | 100% |
| | CEN | 590 | 591 | 100% | 139 | 139 | 100% |
| | CIM | 656 | 657 | 100% | 120 | 121 | 99% |
| | CIW | 423 | 437 | 97% | 67 | 88 | 76% |
| | CRC | 262 | 262 | 100% | 125 | 126 | 99% |
| | CVSP | 291 | 292 | 100% | 69 | 69 | 100% |
| | ISP | 235 | 236 | 100% | 96 | 97 | 99% |
| | RJD | 182 | 183 | 99% | 199 | 199 | 100% |

*CHCF documents have not been audited.