# APPENDIX 5

# 2014 PATIENT SAFETY REPORT



California Correctional Health Care Services · Quality Management Committee

# 2014 Patient Safety Report                          January 2015

## Background

A key component to a robust patient safety program is system surveillance – collecting and analyzing data to identify health care delivery processes that pose risks to patients. Health risks can come in many forms, including clinical factors that increase the vulnerability of patients to poor outcomes; conditions that disproportionately contribute to hospitalizations or death; and system lapses that show up repeatedly in association with patient harm.

Per policy, California Correctional Health Care Services and the Division of Health Care Services (referred to collectively as "Health Care Services" in this report) are required to conduct system surveillance and issue a Patient Safety Report at least annually as a vehicle to provide important patient safety information to all health care staff.

The 2014 Patient Safety Report focuses on three areas – *inmate deaths, hospitalizations, and events reported through the health care incident reporting system* – to identify which patient and system factors may have contributed to increased patient morbidity and mortality. In addition to subsets of deaths and hospitalizations that are categorized as possibly preventable, all deaths and hospitalizations in 2013 were included in this analysis since system lapses or vulnerabilities occur throughout a continuum of risk and preventability. Drawing a line between preventable and not preventable events can limit understanding of the scope of system risks and opportunities that often cross this line, and therefore can limit our efforts to improve patient quality and safety.

Specifically, this analysis focuses on the following questions:

| | |
|---|---|
| **Patient Factors** | Which patient factors (characteristics and conditions) are associated with the highest risks for adverse events and are disproportionately associated with hospitalizations or deaths? |
| **System Factors** | What system factors (lapses) related to breakdowns in health care processes are most commonly associated with patient harm? |
| **Interventions** | Based on patient and system factors, what subpopulations and process vulnerabilities should be targeted for interventions so improvement efforts have maximum impact on reducing morbidity and mortality and avoiding associated costs? |

*Figure 1.A Conceptual Model for Risk of Harm*



# 2014 Patient Safety Report

## Patient Factors – Characteristics Linked to Adverse Outcomes

To identify factors that place patients at highest risk for adverse events, hospitalization and mortality rates for patients with more than 40 specific characteristics (e.g., age, gender, ethnicity, mental health or disability status) were compared to patients without those characteristics. Patients with the following four characteristics were more likely to be hospitalized or die than patients without these factors:

- Prior Hospitalization within the Past 6 Months
- High Risk
- Age 60 years or older
- Polypharmacy (taking 10 or more medications)

### Increased Mortality Risk

The mortality rate in 2013 for inmates without the risk factors listed above was approximately 1 death per 1,000 inmates per year. But mortality risk rose sharply for patients with previous hospitalizations alone or in combination with the other three factors noted above.

The single strongest risk factor for death was a history of prior hospitalization. Patients who had a history of prior hospitalization were 37 times more likely to die than patients who did not have a history of prior hospitalization.[1]

The more of these four factors that are applied to a particular patient, the higher the risk of death. The death rate for patients with all four of these factors was 293 times higher than for inmates without any of these risk factors. See Figure 2.

*Figure 2. Death Rates for Patients with Targeted Risk Factors*



ANNUAL DEATH RATE*
0.7 per 1,000

HIGH RISK ONLY
3.4 per 1,000

PRIOR HOSPITALIZATION ONLY
26 per 1,000

PRIOR HOSPITALIZATION AND HIGH RISK
134 per 1,000

PRIOR HOSPITALIZATION, HIGH RISK, 60+ Y.O., AND POLYPHARMACY
204 per 1,000

*Annual death rate among patients with no risk factors.

---

[1] Only patients incarcerated during the entire time period from January to December 2013 were accounted for in calculating death rates. Groups were made mutually exclusive by controlling for risk level, age, prior hospitalization (in 2013 only) and polypharmacy.

# 2014 Patient Safety Report

January 2015

## Increased Hospitalization Risk

As with increased mortality rates, patients with high risk status and high medication usage were more likely to be involved in possibly preventable hospitalizations (PPH)* than patients without these characteristics.  On average, 1 in 76 inmates experienced a potentially preventable hospitalization in 2013.  The risk of PPH increased to 1 in 7 for high risk patients and 1 in 11 for patients taking 10 or more medications.

Risk level in general impacted a patient's chances of experiencing a preventable hospitalization – the higher a patient's risk level, the more likely it is that the system of care could fail the patient in some way, resulting in a preventable hospitalization.  The rate of PPH among high risk patients is 137 per 1,000 compared to 16 per 1,000 for medium risk and 6 per 1,000 for low risk.

Clinical risk also appears to impact the proportion of hospitalizations that are potentially preventable. Approximately 55% of all potentially preventable hospitalizations in 2013 were for High Risk 1 and 2 patients, who account for only 10% of the total inmate population (Graph 1).  Also, while the majority of PPH among the High 1 group were 30-day readmissions, potentially avoidable hospitalizations for patients with ambulatory care sensitive conditions were the majority of PPH among low risk patients.



*Possibly Preventable Hospitalizations include Potentially Avoidable Hospitalizations and 30-Day Hospital Readmissions

By focusing interventions on the 7,639 patients who had one or more of the four risk factors described at the beginning of this section, health care staff could make a substantial impact on inmate mortality and morbidity.  For example, by monitoring only current High Risk 1 patients, who make up less than 4% of the entire inmate population, institutions statewide could reduce all potentially preventable hospitalizations by up to 34%.

# 2014 Patient Safety Report

January 2015

## Patient Factors – Clinical Conditions Linked to Adverse Outcomes

### Increased Mortality Risk

Each year, Health Care Services releases an analysis of death review findings, which considers causes of death, trends in mortality, identification and trending of system lapses in care, and identification and trending of preventable deaths.

The most recent report shows that five causes of death listed in rank order below accounted for nearly 80% of deaths in 2013. These top causes for inmate deaths in California have remained consistent in the past five years, with the exception that homicide sometimes tied with or surpassed overdose as the fifth most common cause of death.

1. Cancer *(excludes liver cancer, which is categorized as liver disease)*
2. Liver Disease
3. Cardiovascular Disease
4. Suicide
5. Overdose *(opiates and methamphetamines were most common drugs)*
6. Homicide

### Increased Hospitalization Risk

There is significant overlap between the most common conditions associated with hospitalizations and the top five causes of death. Three admission categories out of twelve accounted for more than half (52%) of the 13,563 hospitalizations in 2013 – trauma or poisoning; cardiovascular conditions; and gastrointestinal or liver conditions.

In 2013, 22% of all hospitalizations met the criteria for potentially preventable, with 14% considered potentially avoidable hospitalizations associated with ambulatory care sensitive conditions and 8% considered hospital readmissions within 30-days (Figure 3).

*Figure 3. Potentially Preventable Hospitalizations in 2013*



2,936 (22%) of all Hospitalizations were **Potentially Preventable**

1,907 (14%) Potentially Avoidable Hospitalizations

1,029 (8%) 30-Day Hospital Readmissions

# 2014 Patient Safety Report

January 2015

The most prevalent conditions within these broad categories that disproportionately contributed to PPH are shown in Figure 4.

*Figure 4.Diseases or Conditions Causing a Majority of Potentially Preventable Hospitalizations in 2013*



**Potentially Avoidable Hospitalizations (PAH)**

**1,907**

**50%** *fell into 1 of 3 categories*

23% **Cellulitis**

15% **Medication Events**

11% **Seizures**

*50% fell into 14 other categories*

**30-Day Hospital Readmissions**

**1,029**

**75%** *fell into 1 of 5 categories*

19% **GI/Liver**
(Complications of Cirrhosis)

16% **Cardiovascular**

13% **Device/Procedure Complications**
(e.g., Dialysis Related)

13% **Infections**
(e.g., Venous and Indwelling Catheters)

12% **Hematology/Oncology**

*25 % fell into 6 other categories*

# 2014 Patient Safety Report

January 2015

## System Factors – Lapses Linked to Increased Risk of Adverse Outcomes

### Lapses Noted in Death Reviews

Per the 2013 Death Review Analysis, there were 303 identified lapses in care in the 366 deaths that occurred during the course of the year. About 90% of those lapses fell into eight out of fifteen total categories. See Table 1.

*Table 1. Most Prevalent System Lapses Identified in 2013 Death Reviews*

| Type of Lapse | Total Number of Lapses – All Deaths | Percentage of All Lapses Identified in 2013 | Deficient Processes by Complete Care Model Domain** |
|---|---|---|---|
| Lapse #1: Failure to recognize, identify or adequately evaluate important symptoms or signs | 98 | 32% | Population and Care Management |
| Lapse #2: Failure to follow established guidelines for evaluation and/or management of a specific condition | 49 | 16% | Population Management Health Information Management |
| Lapse #3: Delay in access to care sufficient to result in harm to the patient | 24 | 8% | Scheduling and Access |
| Lapse #4: Failure to adequately pursue abnormal test results | 32 | 11% | Population and Care Management Health Information Management |
| Lapse #5:Failure of provider-to-provider communications including botched handoffs | 21 | 7% | Care Management Continuity of Care |
| Lapse #6: Fragmentation of care such that individual responsibility for patient is waived | 22 | 7% | Continuity of Care |
| Lapse #8: Medication prescribing error | 21 | 7% | Medication Management |
| Lapse #9: Medication delivery error | 7 | 2% | Medication Management |

**Complete Care Model is synonymous with Patient-Centered Health Home.

Regardless of whether a death was considered possibly preventable or not, the eight predominant system lapses were present; however, there were more lapses per death in those considered possibly preventable. Among the 35 deaths considered possibly preventable, 5 of the 8 types of lapses (1, 3, 5, 6 and 8), or one-third of the 15 lapse types, contributed to 75% of all lapses.

# 2014 Patient Safety Report

January 2015

By linking the 2013 Death Review Analysis findings to the Complete Care Model domains that are in the Performance Improvement Plan and displayed on the Dashboard, it appears that process breakdowns occurred most commonly in the following five areas:

- Scheduling and Access to Care
- Population and Care Management
- Health Information Management
- Medication Management
- Consistent Care Teams

### Lapses Noted in Hospitalizations

Though not described in this report, the types of lapses noted in death reviews (as well as lapses collected through the incident reporting system detailed on page 9) are the same types of process breakdowns that occur in potentially preventable hospitalizations. This should not come as a surprise since avoidable hospitalizations are associated with breakdowns in the core processes of the Complete Care Model.

Another way to look at system lapses related to hospitalizations is at the institution and community hospital level. A review of 30-day readmissions assigned at the institutional level shows wide variation among readmission rates statewide (ranging between 1% and 22%). This variation may be related to differences in patient populations as well as unnecessary variation related to quality concerns at an individual institution and/or community hospital. See Graph 2.



*Graph 2.* **Proportion of 30-Day Hospital Readmissions - 2013**

# 2014 Patient Safety Report

January 2015

An analysis of hospitals with more than 100 CDCR patient admissions in 2013 was performed to better understand the contributions to variation made by institutions and community hospitals. Among these hospitals, *readmission rates* within 30-days focusing only on *high risk patients* ranged from 13% of total admissions to 29%. See Graph 3.



*Graph 3.* **Hospital Readmission Rates for High Risk Patients Only Among Top 10 Hospitals by Days to Readmission - 2013**

To illustrate the variability among institutions in their contributions to 30-day readmissions, a sub-analysis was performed on institutions with at least 100 *high risk* admissions occurring at predominately one community hospital (e.g. Hosp 6 and Hosp 10). The readmission rate to Hospital 6 was approximately *50% higher for CHCF* compared to SOL and CMF, and the readmission rate to Hospital 10was *80% higher for COR* compared to SATF even though SATF accounted for half of all admissions because its total inmate population is double that of COR. See Graph 4.



*Graph 4.* **Hospital 30-Day Readmission Rates for High Risk Patients Only Among Top 2 Hospitals by Institution - 2013**

# 2014 Patient Safety Report

January 2015

### Lapses Noted in Health Incident Reporting

Health Care Services uses a standardized taxonomy to analyze trends in health incident reporting. Currently, when a staff member completes the health care incident reporting form, he or she classifies the event using 17 possible event types. Since there are often multiple factors that lead up to an incident, a single incident may contain more than one event type.

From January 2013 to July 2014 there were approximately 2,000 health care incidents reported statewide with 3,127 associated system lapses. More than half of the reported system lapses (53% overall) pertained to medication management issues – missing or delayed doses of medication, wrong medication or dosing, and medication administered to the incorrect patient.

Just as health information problems emerged as a major issue in preventable deaths, it is also the most common single type of system lapse in health incident reporting – delay in availability of health information or incomplete/inadequate documentation represented 35% of the system lapses reported. See Graph 5.



*Graph 5.* **Health Care Incidents Reported by Top 10 Event Types - January 2013 to July 2014**

| Event Type | Count |
|---|---|
| Lack of/Inaccurate Health Info. | 1,092 |
| Missing/Delayed Dose | 925 |
| Wrong Medication/Dosing | 663 |
| Communication/Handoffs | 100 |
| Treatment | 84 |
| Medication, Wrong Patient | 57 |
| Scheduling/Follow-Up | 41 |
| Patient Self-Harm | 38 |
| Unidentified/Unknown Event | 27 |
| Procedure | 20 |
| All Other Event Types | 80 |

*Incidents may have more than one Event Type*

Although Health Care Services is doing a better job of reporting incidents since the Health Incident Reporting System was first implemented in mid-2013, there is still underreporting by most institutions.

In fact, 44% (or 856) of the total incident reports received from January 2013 through June 2014 were submitted by only 5 of the 35 institutions across the state. Over half of all institutions submitted 25 or fewer incidents over the past year, which suggests that most institutions are not actively contributing to early detection and prevention of system breakdowns.

# 2014 Patient Safety Report

January 2015

As previously noted in the Patient Safety Culture Report, underreporting is associated with fear of punishment. And underreporting is strongly associated with increased risk to patients. Specifically, when patient safety survey results were compared to various measures of institution performance to see if there was any correlation between health care services culture and patient care outcomes, initial findings suggested a meaningful inverse relationship between institution readmission rates and the proportion of an institution's health care staff who perceive less punitive responses to errors.[2]

This means that if more staff thinks mistakes will not be held against them, that institution is likely to have fewer potentially preventable 30-day readmissions. In fact, local patient safety culture is a stronger predictor of readmission rates than the clinical complexity of an institution's patients.[3] These findings reinforce how attitudes about adverse event transparency can help reduce avoidable patient harm.

## What You Can Do to Reduce Your Patient's Risk for Morbidity and Mortality

This report has highlighted major patient and system factors that increase the risk of harm, as evidenced by reviews of deaths, hospitalizations and health care incidents, and many of these factors are amendable to interventions that reduce the risk. Recommendations noted below address some of the major vulnerability factors described in this report and are generally organized by the domains in the Statewide Performance Improvement Plan and Dashboard.

### Population and Care Management

Who are your patients at higher risk of hospitalization or death compared to other patients? How consistent has their care team been and how frequently are they evaluated by care team members? Is their care discussed during team huddles and how many of these patients do you have on your panel? As discussed in this report, a relatively small subset of patients disproportionately carry the burden of risk, including those who are elderly, High Risk 1, prescribed 10 or more medications, or have been hospitalized in the past year, as well as those with advanced conditions such as end-stage liver disease.

- ➢ Use the **Master Registry** to identify patients with the high risk characteristics described in this report (all relevant patient factors are reported). You can filter the Master Registry by patient panels. Check the Master Registry at least weekly to identify new arrivals to a specific patient panel or to the institution as a whole, especially patients who meet the risk factors described in this report. Click here to access the Master Registry.

- ➢ Consider placing a **medical hold** prior to transferring patients with high risk characteristics or conditions. The gaps in medication delivery, specialty services or diagnostic services, and regular care team management that can occur during patient transfers could be devastating

---

[2] a) proportion of institution survey respondents reporting a non-punitive response to errors and b) institution readmission rate: r=-.57, r$^2$=0.33, p<.001
[3] a) proportion of institution patients with a high clinical risk classification and b) institution readmission rate: r=.56, r$^2$=0.31, p<.001 (note that there is no meaningful relationship between the proportion of high risk patients and the proportion of survey respondents reporting a non-punitive response to errors: r=-.31, r$^2$=0.09, p=.089)

# 2014 Patient Safety Report

<span style="float:right">January 2015</span>

clinically to these patients in a way that they are not to the vast majority of the lower risk patient population.  Click here to access Medical Hold training materials.

➢ Ensure staff know where to find tools and resources.  For example, the Mental Health Program has a substantial **library of suicide prevention and crisis intervention** information and tools.  Click here to access Mental Health SPR FIT Tools.

➢ Use the new **ESLD Registry**, which lists patients within assigned panels that have end-stage liver disease (ESLD) and alerts providers when a patient needs to be screened or have a follow-up appointment.  Click here to access the ESLD Registry. Training on the new registry and current guidelines for ESLD care will be offered in early 2015, and participants will receive continuing education credits.

➢ Use updated **Mental Health Registries** to identify and monitor patients on different psychotropic medications.  The registries, which cover antidepressant and anti-psychotic medications, as well as mood stabilizers, remind providers to order diagnostic studies and complete assessments and certain forms, as required per the most current statewide guidelines.  Click here to access the Mental Health Registries.  Coming soon:  a web page on the QM Portal that connects you to prescribing and monitoring guidelines, forms, a registry user's guide and training materials.

➢ Watch for the new statewide **Infection Control Program**, currently in development.  Policies, procedures, training, and tools will be coming to the field in 2015.  In addition, there are Patient Safety Initiatives in progress that address **prevention and management of infections** related to Central and Peripheral Venous Catheters and Indwelling Urinary Catheters and Wounds as well as prevention of high impact **medication errors**.

## Scheduling and Access to Care

➢ Use the Scheduling Process Improvement Initiative tools posted on the QM Portal to improve access to medical services at your institution.  In 2013, Health Care Services implemented a statewide **Scheduling Process Improvement Initiative (SPI)**, which resulted in development of materials to help institutions improve their medical scheduling processes, including a sample Local Operating Procedure, process maps ("swim lanes") that outline the roles and responsibilities of staff in various scheduling processes, and tip sheets (e.g., "Five Things You Should Be Doing Now").  Click here to access the SPI site.

➢ Review Dental Program scheduling and tracking best practices and apply them as appropriate to improve access to dental services.  Click here to access DSTS Best Practices.

# 2014 Patient Safety Report

## Medication Management

➢ Conduct **medication regimen reviews** and address medication compliance issues. Health Care Services recently issued a Polypharmacy Registry identifying patients taking 10 or more medications, a sample Local Operating Procedure to help institutions establish a system for medication reviews, and forms and other tools to offer guidance to staff performing reviews. Click here to access Polypharmacy Improvement Initiative tools.

➢ **Electronic Health Record System** implementation will transform the way we do business – especially in medication management. The system incorporates a number of measures that protect patient safety, from computerized physician order entry to bar-coding that matches inmate identification to medication labels and alerts staff when inconsistencies are found.

## Health Information Management

➢ Review the **Executive Report in Health Information Management** and use the information to develop local improvement initiatives. Because health information management is a quality improvement priority statewide and a key element of Complete Care Model implementation, Health Care Services released the executive report in October 2014 with detailed recommendations for improving institution processes. Click here to access the Executive Report.

## Health Care Incident Reporting

➢ Provide training to all institution staff on how to use the **Health Incident Reporting System**. Training materials are available on-line at the Patient Safety Portal. Click here to access Patient Safety training materials.

➢ Use existing meeting forums, such as staff meetings and improvement committee meetings, to **let staff know** when a health care incident report raised awareness about system gaps and ultimately **resulted in a better health care process**. An institution's survey results for *Non-Punitive Response to Errors* is significantly influenced by staff perceptions of *Feedback and Communication about Errors* and *Communication Openness*. This suggests that transparently broadcasting errors that occur, and the plans to fix their root causes, help staff become more comfortable with reporting errors. Click here to access Patient Safety Culture Survey Results.

## Interdiction and Substance Abuse Treatment

➢ Support the Drug Interdiction Program. Division of Adult Institutions is implementing an **interdiction program to reduce drug trafficking** at institutions in efforts to reduce drug overdoses and violence and improve substance abuse treatment outcomes. The interdiction program will include drug detection dogs, ion scanners, and increased use of urinalysis. Click here for more information about the Drug Interdiction Program.

# APPENDIX 6

# GCHCS Care Guide: End Stage Liver Disease

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---------|------------------|-----------------------------------|

## GOAL

- ✓ **DIAGNOSE CIRRHOSIS EARLY**
- ✓ **DETERMINE COMPLICATIONS, IF PRESENT**
- ✓ **DELAY DECOMPENSATION**

## ALERTS

- ♦ **ABDOMINAL PAIN [CONSIDER SPONTANEOUS BACTERIAL PERITONITIS (SBP)]**
- ♦ **MENTAL STATUS CHANGES/COMA**
- ♦ **HEMATEMESIS/MELENA**
- ♦ **FEVER**
- ♦ **OLIGURIA/ANURIA**
- ♦ **RAPID WEIGHT GAIN OR LOSS**

## DIAGNOSTIC CRITERIA/EVALUATION

▶ **CIRRHOSIS: THE FOLLOWING LABORATORY FINDINGS SUGGEST ADVANCED FIBROSIS/CIRRHOSIS:**
- Serum albumin < 3 g/dl
- INR > 1.5
- Platelets < 75,000/μL (severe thrombocytopenia usually precedes other manifestations of cirrhosis.)
- Total bilirubin > 3.0 mg/dl

▶ **DECOMPENSATED CIRRHOSIS IS DEFINED BY THE PRESENCE OR HISTORY OF:**
- Ascites, variceal bleeding, spontaneous bacterial peritonitis, encephalopathy, hepatocellular carcinoma, hepatorenal syndrome, hepatopulmonary syndrome or Child-Pugh score of 7 or greater.

▶ **COMPLETE CLINICAL HISTORY INCLUDING:**
- **SYMPTOMS:** fatigue, anorexia, nausea, abdominal pain, weakness, weight change, pruritus, rash, hematochezia/melena, hematemesis, mental status changes, tremor, scleral icterus, jaundice.
- **MEDICATIONS:** including history of combination therapy for Hepatitis C.
- **PHYSICAL EXAM:** including BP, weight and temperature at every visit, cardiac, respiratory, abdominal exam, neurologic exam, skin and extremity exam.
- **LABS:** CBC, CMP and PT/INR.  Hepatitis serologies and HIV, if not done prior.
- **LIVER BIOPSY:** in selected patients.

## TREATMENT OPTIONS   (*Overview of the complications, prognosis, and management of cirrhosis- UpToDate September 1, 2010)

| | |
|---|---|
| **COMPENSATED CIRRHOSIS*** | Patients who have cirrhosis without history of variceal bleeding, ascites, or encephalopathy may be eligible for combination therapy for Hepatitis C virus. Treatment is contraindicated in patients with history of decompensated cirrhosis or Child-Pugh scores of 7 or greater (see page 6). Check InterQual© for inclusion criteria. If the PCP determines that the patient may be a candidate for transplant consideration, consultation with the CME or regional DME is recommended. |
| **HEPATOCELLULAR CARCINOMA** | Surgical excision or embolization of tumor, if possible; sorafenib (NexAVAR®) used to delay tumor growth. |
| **PORTAL HYPERTENSION** | Non-selective beta blocker (do not lower systolic BP < 90 or heart rate (HR) < 55 ). |
| **ESOPHAGEAL VARICES** | Nonselective beta blockers recommended, unless contraindicated. Endoscopic variceal ligation recommended in primary prophylaxis if medium/large varices and high risk for bleeding, and in all secondary prophylaxis in combination with nonselective beta blockers. |
| **HEPATIC ENCEPHALOPATHY** | Lactulose - titrate dose to no more than 3-4 BMs/day; metronidazole 750 mg daily for one week; rifaximin-(NF) 400 mg two to three times daily **only after optimized lactulose treatment.** |
| **ASCITES** | Diuretics: If two agents needed; spironolactone to furosemide, best ratio 100 mg:40 mg [Na+ restriction (2 gm/day) consider fluid restriction only if hyponatremic (Na+ < 124-126) and symptomatic]. |
| **SPONTANEOUS BACTERIAL PERITONITIS (SBP)** | Prophylaxis: ciprofloxacin 500 mg daily or sulfamethoxazole/trimethoprim DS, one tablet daily after an episode of SBP in patient with ESLD. Acute Illness: IV antibiotics; high risk of renal failure. |

## MONITORING

- ♦ If patient has achieved treatment goals and is clinically stable on at least two consecutive encounters the patient may be reevaluated every 90 days unless the PCP determines the patient needs more frequent monitoring.

| | |
|---|---|
| **HEPATOCELLULAR CARCINOMA *2011 AASLD GUIDELINES** | *Ultrasound (US) of cirrhotic patients approx every six months is appropriate screening method. [AFP is no longer recommended for surveillance in 2010 AASLD guidelines as it is not sufficiently sensitive or specific.  This recommendation does not preclude evaluation of abnormal previously ordered AFP.] (See page 7) |
| **PORTAL HYPERTENSION** | BP and weight at every visit. |
| **ESOPHAGEAL VARICES** | EGD at time of diagnosis of cirrhosis, repeat screening schedule varies depending on presence of varices, cause of liver disease, and overall patient health. |
| **HEPATIC ENCEPHALOPATHY** | Mental status screening at every visit. |
| **ASCITES** | Weight, physical exam, and electrolyte levels for patients on diuretics. |
| **SPONTANEOUS BACTERIAL PERITONITIS** | Mental status exam, temperature, abdominal exam. |
| **HEPATORENAL SYNDROME** | Avoid renal toxic medications and monitor creatinine. |

*Information contained in the Care Guide is not a substitute for a health care professional's clinical judgment. Evaluation and treatment should be tailored to the individual patient and the clinical circumstances. Furthermore, using this information will not guarantee a specific outcome for each patient.  Refer to "Disclaimer Regarding Care Guides" for further clarification.*

Case 2:90-cv-00520-KJM-SCR   Document 5267-9   Filed 02/08/15   Page 17 of 24

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

# MEDICATIONS:

| MEDICATION | INDICATION | SIDE EFFECTS | COMMENTS/PRECAUTIONS |
|---|---|---|---|
| **Ciprofloxacin** Cipro® Recommended Dose: 500 mg daily, indefinitely | SBP prophylaxis if one or more episodes of SBP. | Rash, headache, increase in AST/ALT, nausea, vomiting, diarrhea. | Concurrent administration of tizanidine. |
| **sulfamethoxazole/ trimethoprim DS** Bactrim DS® Septra DS® One daily, indefinitely | SBP prophylaxis if one or more episodes of SBP. | GI Upset (N/V, anorexia), rash, urticaria. | Megaloblastic anemia due to folate deficiency; pregnancy (at term); breastfeeding. |
| **lactulose** Constulose®, Enulose® Generlac®, Kristalose® Recommended Dose: 30 cc by mouth, twice daily | hepatic encephalopathy | Electrolyte imbalance, abdominal discomfort, cramping, diarrhea (excessive dose), flatulence, nausea, vomiting. | Titrate dose to no more than three to four BMs/day. |
| rifaximin Xifaxan® | breakthrough hepatic encephalopathy despite optimized lactulose dosing. | Headache, abnormal dreams, angioneurotic edema, pruritus, rash, urticaria. | Diarrhea with fever or blood in the stool. Superinfection in prolonged use. |
| **furosemide** Lasix® Recommended Dose: 40 mg by mouth daily with 100 mg spironolactone (Ratio: 100 mg spironolactone to 40 mg furosemide) | ascites | Acute hypotension, hypokalemia, dizziness, headache, vertigo, bullous pemphigoid, rash, urticaria, anorexia, constipation, photosensitivity, hyperuricemia, gout. | Anuria |
| **spironolactone** Aldactone® Recommended dose: 100 mg by mouth daily with food | ascites | Gynecomastia, hyperkalemia, headache, drowsiness, urticaria, anorexia, cramps, diarrhea, nausea, vomiting. | Anuria, acute renal insufficiency; significant impairment of renal excretory function; hyperkalemia. |
| **propranolol** Inderal®, InnoPran XL® Recommended dose: 20 mg twice daily | esophageal varices | Bradycardia, hypotension, impaired myocardial contractility, bronchospasm, dizziness, fatigue, hypersomnolence, rash, pruritus, urticaria, hyperkalemia, hyper/hypoglycemia, nausea, vomiting, diarrhea, impotence. | Uncompensated CHF, cardiogenic shock, severe sinus bradycardia or 2nd/3rd degree heart block, severe hyperactive airway disease (asthma/ COPD). (ensure patients HR ≥ 55 and systolic BP ≥ 90) |
| **nadolol** Corgard® Recommended dose: 40 mg daily | esophageal varices | Bradycardia, hypotension, bronchospasm, dizziness, impaired myocardial contractility, fatigue, hypersomnolence, rash, pruritus, urticaria, hyperkalemia, hyper/hypoglycemia, nausea, vomiting, diarrhea, impotence. | Bronchial asthma; sinus bradycardia; sinus node dysfunction; 2nd/3rd degree heart block; cardiogenic shock; uncompensated CHF. |

*Hypersensitivity to the medication, medication class or a component of the formulation is a contraindication to use of the drug.

**Bold = Formulary**

Case 2:90-cv-00520-KJM-SCR Document 5267-5 Filed 02/06/15 Page 18 of 24

# CCHCS Care Guide: End-Stage Liver Disease

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---------|------------------|-----------------------------------|

## MEDICATIONS:

| MEDICATION | INDICATION | SIDE EFFECTS | COMMENTS/PRECAUTIONS |
|------------|-----------|--------------|----------------------|
| **isosorbide mononitrate** Imdur®, Ismo®, Monoket® | esophageal varices - do not use for primary prophylaxis, limited use in secondary prophylaxis. (see page 4) | Headache, hypotension, lightheadedness, dizziness, nausea/vomiting, weakness, blurred vision. | Concurrent use with phosphodiesterase type 5 (PDE-5) inhibitors; angle-closure glaucoma, severe anemia; head trauma or cerebral hemorrhage. |
| **isosorbide dinitrate** Dilatrate®, Isordil Titradose® | esophageal varices - do not use for primary prophylaxis, limited use in secondary prophylaxis. (see page 4) | Headache, hypotension, lightheadedness, dizziness, nausea/vomiting, weakness, blurred vision. | Concurrent use with PDE-5 inhibitors; angle-closure glaucoma, severe anemia; head trauma or cerebral hemorrhage. |
| **omeprazole** PriLOSEC® | portal hypertensive gastropathy | Headache, dizziness, rash, abdominal pain, diarrhea, nausea, vomiting, flatulence, taste perversion. | |
| **sorafenib** NexAVAR® Recommended dose: 400 mg (200 mg x 2) by mouth, twice daily | unresectable hepatocellular carcinoma | Hypertension, fatigue, sensory neuropathy, pain, rash, alopecia, hypoalbuminemia, diarrhea, abdominal pain, , wt loss, anorexia, nausea, vomiting, constipation, muscle pain, weakness, dyspnea, cough, desquamation, amylase/lipase elevations. | |
| **acetaminophen** | pain management | Rash, may increase chloride, uric acid, glucose; may decrease sodium, bicarbonate, calcium; blood dyscrasias; anemia. | Not > 1-2 grams per day of acetaminophen per day in cirrhosis. |
| **morphine sulfate** | pain management | Sedation, physical and psychological dependence, circulatory depression, bradycardia, hypotension, pruritus, constipation, nausea, vomiting, urinary retention. | Severe respiratory depression; acute/severe asthma; known or suspected paralytic ileus, potentiation of drug effect (including mental obtundation) may be observed in cirrhosis. |
| **methadone** | pain management | Sedation, headache, drowsiness, arrhythmia, bradycardia, QT prolongation, edema, hypotension, rash, urticaria, pruritus, antidiuretic effect, hypokalemia, hypomagnesaemia, abdominal pain, constipation,  nausea, vomiting, weight gain, impotence, urinary\retention/hesitancy, pulmonary edema, physical/psychological dependence. | Respiratory depression; acute bronchial asthma or hypercarbia; paralytic ileus; concurrent use of selegiline, potentiation of drug effect (including mental obtundation) may be observed in cirrhosis. |
| **NSAIDs** | pain management | | NSAIDs (including aspirin and COX-2 inhibitors) should generally be avoided in patients with cirrhosis. These are associated with increased risk of variceal hemorrhage, impaired renal function, and the development of diuretic resistant ascites. |

*Hypersensitivity to the medication, medication class or a component of the formulation is a contraindication to use of the drug.

**Bold = Formulary**

# CCHCS Care Guide: End Stage Liver Disease

Case 2:90-cv-00520-KJM-SCR   Document 4678   Filed 07/02/15   Page 19 of 29

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## CIRRHOSIS COMPLICATIONS

### ESOPHAGEAL VARICES

| | |
|---|---|
| DIAGNOSTIC CRITERIA/ EVALUATION | At the time of diagnosis of cirrhosis, a baseline EGD should be performed to screen for esophageal varices. |
| TREATMENT* <br><br> *(*Primary Prophylaxis Against Variceal Hemorrhage in Patients with Cirrhosis UpToDate, November 29, 2010)* <br><br> *(*Prevention of Recurrent Variceal Hemorrhage in Patients with Cirrhosis UpToDate, September 28,2010)* | ♦ Prescribe nonselective beta-blocker therapy (propranolol) for patients identified with esophageal varices. Dose of beta blocker should be titrated to reduce resting heart rate by 25%, but not below 55 beats/min, and to reduce systolic BP, but not below 90 mmHg. Recommended starting dose propranolol 20 mg twice daily. <br> ♦ For primary prophylaxis (varices that have not bled): <br>   • For small varices, nonselective beta blocker preferred choice. (e.g., propranolol, nadolol) <br>   • For medium/large varices, nonselective beta blocker preferred choice over endoscopic variceal ligation (EVL or "banding"), except when patients are at highest risk of hemorrhage (Child Pugh B or C or variceal red wale markings on endoscopy). EVL may also be considered in patients with contraindications or intolerance to beta blockers. <br>   • Nitrates should not be used in primary prophylaxis. <br> ♦ For secondary prophylaxis (varices that have bled): <br>   • Combination of nonselective beta blockers plus EVL is best option. <br>   • Routine use of nitrates alone or in combination with beta blockers for secondary prophylaxis has not been adequately validated and is not recommended. <br> ♦ Shunt therapy, Transjugular Intrahepatic Portosystemic Shunting (TIPS), should be considered in patients who are Child Pugh A or B who experience recurrent variceal hemorrhage despite combination of maximal doses of nonselective beta blockers and EVL. |
| MONITORING | ♦ Surveillance: negative initial EGD: repeat every one to three years, depending on presence/absence of decompensated cirrhosis. <br> ♦ For patients on primary prophylaxis with nonselective beta blockers with varices that have not bled, surveillance EGD is not necessary. <br> ♦ For patients treated with EVL, repeat EGD every one to two weeks until obliteration, and repeat EGD one to three months after obliteration achieved, and then every six to twelve months for surveillance. |

### ASCITES

| | |
|---|---|
| DIAGNOSTIC CRITERIA/ EVALUATION | ♦ Could be diagnosed by abdominal US or abdominal CT scan. <br> ♦ Consider paracentesis with clinically apparent new onset ascites if etiology is unclear. <br> ♦ Evaluation of ascites via paracentesis (see page 6): <br>   • Routine: Cell count differential, total protein, albumin, and cultures. <br>   • Optional: Glucose, LDH, gram stain, and amylase. <br>   • Special: AFB smear and culture, cytology, triglycerides, bilirubin. <br>   • Serum to Ascitic Albumin Gradient (SAAG) to help determine presence of portal hypertension. <br>     – SAAG > 1.1 indicates portal hypertension with 97% accuracy. <br>     – SAAG < 1.1 indicates no portal hypertension. <br> Note: *Ascites may be caused by conditions other than liver disease; about 15% are due to heart failure, nephrotic syndrome, cancer, tuberculosis, or other conditions.* |
| TREATMENT | ♦ Diuretics: Start low and titrate up. Use combination drugs as needed. <br>   • Spironolactone 50-400 mg/day or amiloride 5-10 mg/day. (Recommended starting dose spironolactone 100 mg/day or 50 mg/day for smaller patient.) <br>   • Furosemide 40-160 mg/day. (Recommended starting dose 40 mg/day or 20 mg/day for smaller patient.) <br>   • Spironolactone + furosemide in a ratio of 100 mg/40 mg per day seems to maintain better K+ balance. <br> ♦ Sodium Restriction: 2 gm/day (consider dietary consult or handout). <br> ♦ Fluid restriction if sodium < 124-126 mEq/dl and symptomatic. If not symptomatic, consider fluid restriction based on the severity of hyponatremia and prior response to fluid restriction. <br>   • If a patient has a sodium 120-124 mEq/dl that remains stable, consider that fluid restriction can be difficult for patient-inmates and may contribute to dehydration and hypoperfusion. <br> ♦ Large volume paracentesis. <br>   • Large volume paracentesis or aggressive diuresis may precipitate hepatorenal syndrome. <br> ♦ Refractory ascites: TIPS procedure. <br>   • TIPS procedure associated with increased risk of hepatic encephalopathy. |
| MONITOR | ♦ Labs: Chem-20 every one to two months. |

Case 2:90-cv-00520-KJM-SCR   Document 4775   Filed 08/02/13   Page 20 of 24

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

| CIRRHOSIS COMPLICATIONS (CONTINUED) | | |
|---|---|---|

### SPONTANEOUS BACTERIAL PERITONITIS

| DIAGNOSTIC CRITERIA/ EVALUATION | May be asymptomatic or have only elevated wbc, acidosis, or worsening renal function.  Most common symptoms are fever, abdominal pain and/or tenderness, and altered mental status.<br>◆ Diagnosis is made by paracentesis (See page 6):<br>  • Ascitic fluid will reveal ≥ 250 PMNs/ml in the fluid and/or positive bacterial growth. (Most often E. coli, or klebsiella.  Can be streptococcus or rarely staphylococcus.)<br>  • Culture negative neutrophilic ascites/bacterascites is also treated as SBP. |
|---|---|
| TREATMENT | ◆ Usually in hospital with IV cefotaxime (or quinolone for patients with allergy to β-lactamase antibiotics).  Avoid aminoglycosides (due to nephrotoxicity).<br>◆ 30-40% of patients develop renal failure – studies demonstrate albumin can decrease risk (1.5 g/kg within six hours of detection and 1g/kg on day three), and reduce mortality by 30%. |
| PROPHYLAXIS | ◆ All patients with history of prior SBP and significant ascites should be treated indefinitely with:<br>  • Ciprofloxacin 750 mg once a week or sulfamethoxazole/trimethoprim DS one tablet daily.<br>  • Patients with cirrhosis who are hospitalized with GI bleed should receive antibiotic prophylaxis: either cefotaxime IV or sulfamethoxazole/trimethoprim DS for seven days. |

### HEPATIC ENCEPHALOPATHY

| DIAGNOSTIC CRITERIA/ EVALUATION | ◆ Presentation may vary from mild subclinical changes in mentation to deep coma.<br>◆ Patients may present with confusion, decreased attention, slowing of ability to perform mental tasks, irritability, sleep disorder, lethargy, asterixis and/or unresponsiveness.<br>◆ Precipitating factors: GI bleed, infection, blood transfusion, excess protein intake, constipation, dehydration, drugs, poor adherence to medications, and portohepatic shunts. |
|---|---|
| TREATMENT | ◆ Patients with significant mental status changes should be referred to higher level of care.<br>◆ Give lactulose when patient is able to take medications orally for treatment and prophylaxis.  Recommended starting dose: 30cc po BID -TID.  Titrate dose to no more than three to four BMs/day.<br>◆ Consider NA or DOT administration for recurrent symptoms in selected cases, e.g., nonadherence.<br>◆ Consider lactulose enemas when patient is comatose.  These should only be given in inpatient setting.<br>◆ Antibiotics: metronidazole 750 mg daily for one week (caution: GI side effects, worsening of liver function), or rifaximin 400 mg two or three times daily, may prevent breakthrough encephalopathy. (Only for patients on optimized lactulose dosing.) |

### HEPATORENAL SYNDROME

| DIAGNOSTIC CRITERIA/ EVALUATION | There are two forms of Hepatorenal Syndrome (HRS), based on the speed of onset of renal failure.<br>◆ Type I HRS is more serious and generally develops in less than two weeks with serum creatinine increasing two fold and Clcr falling to below 20 ml/min.<br>◆ Type II HRS is defined as less severe renal insufficiency often precipitated by overly rapid diuresis, GI bleed, or infection. Serum creatinine level increases over days to weeks. |
|---|---|
| TREATMENT | Hepatorenal syndrome is usually treated in a hospital setting as it has high mortality rate and requires specialty care. |

### HEPATOPULMONARY SYNDROME

| DIAGNOSTIC CRITERIA/ EVALUATION*<br><br>*(*UpToDate: Hepatopulmonary syndrome: Prevalence, causes, clinical manifestations and diagnosis April 2011)* | ◆ Hepatopulmonary syndrome (HPS) occurs in patients with liver disease, impaired oxygenation, and intrapulmonary vascular abnormalities.  It is most commonly associated with portal hypertension (with or without cirrhosis).  Most patients with HPS eventually develop dyspnea on exertion or at rest, or both, usually after years of liver disease. |
|---|---|

Case 2:90-cv-00520-KJM-SCR   Document 4672   Filed 06/12/13   Page 21 of 23

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---------|------------------|-----------------------------------|

*Child-Pugh is a tool used to help assess prognosis in patients with liver disease. Variations in the timing and subjectivity inherent in the scoring (e.g., in grading ascites or encephalopathy) are its major limitations.*

| CHILD-PUGH POINTS | | | | CHILD-PUGH SCORING | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | Class | Points | Survival |
| Encephalopathy | None | Grade 1-2 | Grade 3-4 (or chronic) | Class A | 5-6 | 95% 1 year survival 90% 2 year survival |
| Ascites | None | Mild/Moderate (diuretic-responsive) | Severe (diuretic-refractory) | | | |
| Bilirubin (mg/dl) | < 2 | 2-3 | > 3 | Class B | 7-9 | 80% 1 year survival 70% 2 year survival |
| Albumin (g/dl) | > 3.5 | 2.8-3.5 | < 2.8 | | | |
| PT (seconds prolonged) | < 4 | 4-6 | > 6 | Class C | 10-15 | 45% 1 year survival 38% 2 year survival |
| INR | < 1.7 | 1.7-2.3 | > 2.3 | | | |

| ANALYSIS OF ASCITIC FLUID | | |
|---|---|---|
| **Routine tests** | **Optional tests** | **Unusual tests** |
| Cell count and differential | Glucose level | Tuberculosis smear and culture |
| Albumin level | LDH level | Cytology |
| Total protein level | Gram stain | Triglyceride level |
| Culture in blood culture bottles | Amylase level | Bilirubin level |

*From UpToDate May 2011-Diagnosis and evaluation of patients with ascites*

| SUMMARY | DECISION SUPPORT | PATIENT EDUCATION/SELF MANAGEMENT |
|---------|------------------|-----------------------------------|

## HEPATOCELLULAR CANCER SURVEILLANCE

Recommended surveillance of patient-inmates at risk for hepatocellular cancer (HCC) to determine if HCC is present is outlined below. This does not address other potential etiologies for liver masses in patient-inmates who are not at risk for HCC, nor does it address potential etiologies of liver masses other than HCC in patient-inmates who are at risk for HCC. Primary care providers should be alert to other potential etiologies for liver masses in patient-inmates with or without risk factors for HCC, and consider the patient-inmate's clinical presentation when deciding what, if any, additional management steps are appropriate.

## BACKGROUND

- Surveillance is considered cost-effective if the risk of HCC is > 1.5% per year in patients with hepatitis C virus (HCV), or > 0.2% per year in patients with hepatitis B virus (HBV).
- Liver (abdominal) ultrasound every six months is recommended for HCC surveillance in patients at increased risk for HCC.
- Alpha fetoprotein (AFP) testing lacks sufficient specificity and is no longer recommended for HCC surveillance.
- Patients at increased risk for HCC for whom surveillance is recommended include:
  - Patients with cirrhosis from any etiology.
  - Patients with HBV who have at least one high risk factor for HCC, including:
    - Asian men over the age of 40 years.
    - Asian women over the age of 50 years.
    - Africans and North American blacks.
    - Patients with family history of HCC.

## GUIDANCE

**Abdominal ultrasound (US) every six months is the recommended surveillance method for those at risk for HCC.**

| Evaluation of liver mass (see algorithm page 8) | | |
|---|---|---|
| Lesions < 1 cm | Follow with every three month ultrasound for 24 months. | ♦ If lesion remains < 1 cm, resume every six month US screening.<br>♦ No feasible way to definitively diagnose liver |
| Lesions > 1 cm | Order contrast enhanced imaging study such as dynamic triphasic or quadriphasic CT, or MRI with gadolinium. | ♦ Look for arterial hypervascularization and venous or delayed washout as diagnostic of HCC.<br>♦ If CT/MRI is not typical for HCC, a biopsy is needed |

> **How should AFP test results be interpreted in patients at risk for hepatocellular carcinoma?**
> *Remember: AFP measurement is not recommended for routine HCC Surveillance.*
>
> - Despite not recommending checking AFP levels for HCC surveillance, some patients will have AFP levels drawn for various reasons. In these cases, if the AFP level is < 20 IU/ml, continue surveillance with every six month ultrasound. If AFP > 20 IU/ml and a follow-up AFP shows that the AFP level is rising, evaluate with a one time contrast enhanced imaging study. (See Guidance above for follow-up.)
>   - If the AFP level is greater than 500 IU/ml, consultation with a specialist knowledgeable in the diagnosis and management of HCC is recommended.

## TREATMENT OF SUSPECTED HCC

- Consultation recommended with a specialist knowledgeable in the diagnosis and management of HCC.
- Classification and diagnosis complements the Barcelona Clinic Liver Cancer (BCLC) staging and treatment criteria:
  - Very early to early stage disease– may be cured with ablation, resection, or liver transplant.
  - Intermediate Stage– usually treated with chemoembolization.
  - Advanced Stage- Sorafenib (trade name Nexavar[®]).
  - Terminal Stage-Child-Pugh C with liver biopsy evidence of stage 3-4 disease- supportive care is best treatment.

**References:**
Forner A, at al Semin Liver Dis. Current Strategy for Staging and Treatment: The BCLC Update and Future Prospects 2010 Feb;30(1):61 74
Bruix J, M. Management of Hepatocellular Carcinoma: an Update. Hepatology Vol 53, No. 3, 2011 pp 1020 1035
Rodriguez de Lope C, et al J. Management of HCC. Journal of Hepatology. 2012/s75 87

| SUMMARY | **DECISION SUPPORT** | PATIENT EDUCATION/SELF MANAGEMENT |
|---|---|---|

## DIAGNOSTIC ALGORITHM FOR EVALUATION OF LIVER MASS



Adapted from the Journal of Hepatology,
Bruix and Sherman (2011)[11]



# PATIENT EDUCATION

## WHAT YOU SHOULD KNOW

### WHAT IS CIRRHOSIS? (SIR-O-SIS)

- Cirrhosis is when a healthy liver becomes damaged by scars and lumps.
- Cirrhosis can be caused by alcoholism, viral infections (like hepatitis B and C), or fatty liver disease, but there are many other possible causes.
- You can live several years with cirrhosis if you get medical care.

### HOW DO YOU KNOW IF YOU HAVE CIRRHOSIS?

You could have cirrhosis if you have:
- Swollen legs or belly.
- Yellow colored skin.
- Frequent nosebleeds.
- Red palms.
- A tendency to bruise easily.
- Unexplained weight loss or weight gain.
- Belly pain.
- Frequent infections.
- Trouble thinking clearly or being confused.

You could be getting more sick if you:
- Have black tarry stools.
- Vomit blood or what looks like "coffee grounds."
- Are feeling sleepy for long periods of time.
- Are having more trouble thinking or are more confused.
- Don't pee as much as you used to.
- Develop a fever.
- Have problems breathing.

### WHAT YOU CAN DO TO HELP YOURSELF

- Eat from the CDCR "heart healthy" diet. Stay away from high salt, high fat food from the canteen and/or packages.
- Get regular exercise unless your health care provider tells you not to .
- Get vaccinated for Hepatitis A and B and pneumonia.  Get a yearly flu shot.
- Do not drink any alcohol, including pruno, while you are in prison or after release.
- Avoid iron supplements.
- Discuss all medications with your health care provider.
- Take your medication as directed by your health care provider.
- Stay away from NSAIDs like Advil®, Motrin®, or Aleve® unless recommended by your health care provider.

