# APPENDIX 7

# 2015



PERFORMANCE IMPROVEMENT
WORK PLAN TOOL KIT

# WHAT'S THE POINT OF A PIWP?

Improvement efforts are most effective when we pick the right things to focus on, we stay focused over time, and everyone knows what the most important improvement projects are. The Performance Improvement Work Plan (PIWP) is the institution's mechanism for identifying improvement priorities, setting performance objectives, and determining appropriate initiatives or actions. Current policy requires that all institutions update their PIWPs every 12-15 months.

Through the PIWP process, institutions:
- Step back and consider how well the health care system overall is functioning.
- Assess performance over the past six to twelve months across all major program areas.
- Evaluate ongoing projects and determine which should continue, be modified, or discontinued.
- Share best practices with the rest of the organization.

When it's done well, the PIWP rallies institution staff around a core set of goals. It becomes the centralized roadmap for improvement projects in the coming year and an effective communication tool.

# IT'S TIME TO UPDATE MY PIWP. WHAT DO I NEED TO DO?

The 2015 PIWP Tool Kit walks institutions step by step through the process of updating the plan, and offers tools and resources. The local Quality Management Committee (QMC), supported by the institution's Quality Management Support Unit (QMSU), is the core group reviewing performance data, nominating improvement priorities, selecting the final PIWP priorities, and determining which improvement strategies and objectives will apply. **The process described in the 2015 PIWP Tool Kit generally takes about 4-6 weeks to complete. Your 2015 PIWP is due to the Quality Management Section and Regional Health Care Administrator by January 31, 2015 (though your Regional Administrator may want you to turn yours in sooner). Please submit to the Quality Management Section via email at QMstaff@cdcr.ca.gov.**

## *Performance Improvement Work Plan 2015 Update*
# RECOMMENDED TIMELINE FOR COMPLETION

PIWP 2015 Update
Complete

| Week 1 | Week 2-3 | Week 4 | Week 5-6 | By January 31, 2015 | |
|---|---|---|---|---|---|
| STEP 1
Orient the Team | STEP 2
Identify Improvement Opportunities | STEP 3
Prioritize Improvement Opportunities | STEP 4
Determine Strategies & Objectives | STEP 5
Create Draft PIWP | STEP 6
Work the Plan |

# PERFORMANCE IMPROVEMENT WORK PLAN DEVELOPMENT



## PRIMARY CARE MODEL

CONSISTENT CARE TEAMS

POPULATION AND CARE MANAGEMENT

SCHEDULING AND ACCESS

MEDICATION MANAGEMENT

HEALTH INFORMATION MANAGEMENT

RESOURCE MANAGEMENT

CONTINUOUS EVALUATION
& IMPROVEMENT



**INSTITUTION PIWP**

# 1

**Convene and Orient the Team**

**Orient your team to the 2015 PIWP update process.**

By December 1, 2014, convene your leadership team (your Regional Team may also participate) to discuss the 2015 PIWP process. All QMC members should be included.

**Project Purpose:** Mandatory 2015 PIWP Update
**Deliverable:** Finalized 2015 PIWP
**Due Date:** January 31, 2015
**Resources:** This tool kit and other materials available to help you update your PIWP

**The CEO is the QMC Chair and is responsible for ensuring that institution health care executives across all disciplines are present at this session.** During this meeting, you should review the steps in the PIWP process and a proposed schedule for completing the steps.

The *Sample Meeting Framework* at right provides you with one model for working through the PIWP steps as a group. As preparation for the next step:

- Provide participants with a link to the PIWP Tool Kit.
- Assign participants to review relevant performance data for a specific program area. At a minimum, make sure that all measures from the Statewide Performance Improvement Plan are covered. (Health Care Services Dashboard measures.) The *Data Assignments Worksheet* at right separates all Dashboard measures and some other common performance information into different program areas that can be assigned to staff.

*Have questions about the PIWP process?*

*Your QMSU staff will receive training on how to coordinate the PIWP process. Contact your QMSU to get the PIWP process organized at your institution.*



## Available Tools



### QM Portal
*CCHCS resource for quality improvement tools. Here is where you will the 2015 PIWP Tool Kit and associated tools.*
***Click here or on the picture at left to access this tool.***



### Sample Meeting Framework
*Suggested model for meetings and pre/post meeting activity that might occur to complete the PIWP steps.*
***Click here or on the picture at left to access this tool***

### Data Assignments Worksheet
*List of major program areas and relevant data points that need to be reviewed, with space to assign specific staff.*
***Click here or on the picture at left to access this tool***



### Map to Data Sources
*Tells you how to get to reports and other common sources of performance data.*
***Click here or on the picture at left to access this tool***



**Timeline: Complete by the end of week 1**

# 2

**Identify Improvement Opportunities**

**Assess your institution's performance.**

During this step, the leadership team reviews performance data from all major program areas to identify potential areas for improvement. In addition, the leadership considers the current state of the primary care model and identifies any weaknesses that may need to be addressed in the PIWP.

In mid November, your institution will receive a document entitled **"Priority Improvement Opportunities Scorecard"** from your Regional Team, a customized report that lists Dashboard measures on which your institution's performance has been 1) below statewide objectives **and** 2) low enough to place the institution among the bottom third of institutions statewide.

In addition to this custom scorecard, your leadership team may want to consider performance data from other sources, such as:

- Audits and associated Corrective Action Plans
- Prison Law Office letters and court expert reports
- Licensing and accreditation surveys
- Health care incident reports / adverse event data
- Statewide performance reports and special studies

When evaluating how well the Primary Care Model as a whole is functioning at the institution, consider using the *Foundational Elements of Primary Care* document at right, which provides a simple way for the institution to check current operations against Primary Care Model standards



## Available Tools



**Sample: Priority Improvement Opportunities Scorecard**
*Sample of what the scorecard might look like. To access your institution's scorecard, contact your Regional Team.*
**Click here or on the picture at left to access this tool.**



**Foundational Elements of Primary Care**
*Use this tool to assess your institution's progress towards implementing the CCHCS Primary Care Model.*
**Click here or on the picture at left to access this tool.**

Not familiar with the CCHCS Primary Care Model?
**Click here** to get more information.

**Timeline:  Complete by the end of week 3.**

# 3

**Prioritize Improvement Opportunities**

**Prioritize your institution's improvement activities.**

The statewide Quality Management Program Policy and Procedures describes the criteria generally used by health care organizations to select improvement priorities. Any priorities included within the PIWP should fall into at least one of the categories to the right:

The institution may also want to add the following considerations:

- ✓ **Will last more than a few months.** Can the improvement priority be resolved very quickly? If it could be handled rapidly at the subcommittee level, it may not need to be included as a formal PIWP project.
- ✓ **Requires collaboration across program areas.** Does the problem area involve a number of functions, services, programs, or units? The PIWP can provide a mechanism for collaboration across program areas or subcommittees, and projects requiring that, such as medication management, might be appropriate for the PIWP.
- ✓ **Requires Significant Resources.** Improvement projects with that demand a significant amount of effort, staff time, and associated costs to cover performance monitoring and/or problem-solving are candidates for inclusion in the PIWP.

**At a minimum, it is expected that your 2015 PIWP will address the performance metrics in the Priority Improvement Opportunities Scorecard mentioned in Step 2.**

Typically, prioritization is handled in a special QMC session, with all members present. At the conclusion of the meeting, you should have a list of the proposed priorities for your PIWP and should be ready to begin further investigation into potential performance objectives and improvement initiatives.

| | |
|---|---|
| **HIGH RISK** | Poses a risk of increased morbidity and mortality to patients, risk of negative work environment impacts to staff, and/or risk of litigation or non-compliance with state or federal law to the organization as a whole.<br>• Consider: Degree of risk to patient or staff safety if problem is unresolved. |
| **HIGH VOLUME** | Impacts a significant number/proportion of inmates or staff.<br>• Consider: Potential for overall improvement in patient care or outcomes. |
| **HIGH COST** | Drives increasing health care expenditures; associated with unnecessary costs to taxpayers, inefficiencies, and waste<br>• Consider: Potential impact on efficiency, effectiveness, and/or cost of health care delivery. |
| **PROBLEM-PRONE** | Is difficult to fix, or when improvements are made they are difficult to sustain; draws the attention of inmate advocacy groups, media, Legislature, and/or government oversight agencies; politically sensitive issues linked to correctional settings, state government, or the health care industry.<br>• Consider: Extent to which the same quality problems resurface and/or contribute to adverse/sentinel events. |



**Resources**

Your institution's QMSU staff will receive training on facilitation of the PIWP process. Contact your QMSU for assistance facilitating your prioritization meeting.

**Timeline: Complete by the end of week 4.**

# 4

**Determine Strategies and Objectives**

**Determine performance objectives and strategies you will use to achieve objectives.**

To complete the content development for the PIWP, you will need at least one specific performance objective and a general idea of your improvement approach for each priority area.

**Improvement Strategies:** To hone in on an effective improvement strategy, you'll need to investigate further the root causes for the quality problems you've identified.

We recommend the following steps:

✓ Identify processes involved. Determine all of the major health care processes that impact the quality problem.

✓ Form a team. Begin your problem analysis by convening a group of staff with subject matter expertise in all steps of the processes involved.

✓ Use available data to study the problem from different angles. At a minimum, institutions should consider:
   o Gaps in Primary Care Model implementation that may be contributing to quality problems. See *Foundation Elements of Primary Care* results from Step 2.
   o Input, throughput, and output impacts.
   o Disproportionate drivers.
   o Breakdowns in specific steps of the process.

For detailed guidance on how to conduct the three types of analysis described above, please see *Using Data to Better Understand Quality Problems* at right.

✓ Based on the findings from your problem analysis, come up with some potential improvement projects to address the identified sources of quality problems. Generally, improvement projects reduce unwanted variation in a process, redesign processes, or establish new processes.



## Available Tools



**Using Data to Better Understand Quality Problems**
*Review tips on different ways to approach problem analysis.*
*Click here or on the picture at left to access this tool.*



**PIWP Database**
*View projects and action steps used by other institutions. Projects are organized by Primary Care Model element and other frequently selected initiatives.*
*Click here or on the picture at left to access this tool.*



**Primary Care Strategies Tool**
*Organized by Primary Care Model components, lists many possible initiatives that institutions could use to improve performance, and references tools that might help.*
*Click here or on the picture at left to access this tool.*

There are a number of resources to help with this at right, including the *PIWP Database*, *Primary Care Strategies Tool*, and *Best Practices Library*.

If the type of problem analysis you want to do is very complex and will require more time than you have available in this step of the PIWP process, you may wish to use placeholder language in the PIWP to describe your plan for completing the problem analysis and developing interventions at a later date.

- The *PIWP Example* (click link on Page 9, see the second example initiative listed) contains placeholder language you can use in the PIWP until you have the specific details of the initiative clarified.

**Performance Objectives:** You will need to identify at least one performance objective for each priority improvement area.
- Performance objectives might address:
  - Optimizing patient outcomes, and access, quality and safety of services
  - Enhancing efficiencies and reducing waste
  - Complying with regulatory/legal requirements
  - Establishing a completion date and a measurable benchmark goal to meet by that date.

CCHCS has several Statewide Performance Objectives that you may consider adopting.  See the *Statewide PIP 2013 2015 & Sample Performance Objectives* inked to the right.



**Sample Performance Objectives**
*Describes all of the performance objectives currently monitored through the statewide PIP, many of which are likely relevant to your PIWP.* ***Click here or on the picture at left to access this tool.***

Timeline:  Completed in weeks 5-6.

# 5



**Create your PIWP**

**Create your 2015 PIWP.**

The next step is to complete the Work Plan. *The blank PIWP template and other tools are available by clicking any of the links on the right.*

Your 2015 PIWP must list the institution's improvement priorities for the coming year. Per current policy, the following information must be provided for each improvement priority:

- Performance objectives
- General strategies for achieving performance objectives (high-level description)
- The QM committee assigned "ownership" responsibility for ongoing monitoring, intervention as needed, and reporting

## Final Review by Institution QMC

Make sure your local QMC has had a chance to review and provide any additional feedback to the 2015 PIWP before you submit it to your Regional Health Care Administrator and the Quality Management Section.

> **Submit the final PIWP Update to the QM Section by January 31, 2015. Please send the document to** *QMStaff@cdcr.ca.gov*

## Regional Team Review

Your Regional Team will review your PIWP and provide feedback to your institution. Once the Regional Team has approved your PIWP, it will be posted on the QM Portal.

## Posting on the QM Portal

Institution staff will be able to find the most recent version of your institution's PIWP at your Institution Homepage on the QM Portal or at the Performance Improvement Work Plan link. Your PIWP will be the document that Headquarters QMC uses to monitor your progress during the year.



## Available Tools

**PIWP Template & Example**

*(You may use this as a template for your Work Plan, or develop your own template: presents a summary of initiatives, specific actions steps, responsible staff and target dates.)*

*Click here or on the picture at left to access this tool.*

*Click here for an EXAMPLE.*

**Timeline:  Submit your draft 2015 PIWP to the QM Section by January 31, 2015.**

# 6

**Work the Plan**

**Work the plan.**

Once your institution has "planned the work" by establishing improvement priorities, the institution needs to move forward with "working the plan" – integrating improvement activities into the existing quality management framework and day to day operations. Per our new *Quality Management Policy* (click link on the right), this includes at least the following five activities:

- **Update your PIWP as priorities change.** The PIWP is a "living document" that should evolve as your improvement activities evolve. The most recent PIWP should always reflect your current improvement priorities.
- **Submit quarterly status updates on your progress toward PIWP objectives to Headquarters Quality Management Section and your Regional Team.** Updates should include accurate and detailed status of improvement initiatives and performance trends to date. Please see *Status Update Template* and *Status Update Sample* at right.
- **Communicating priorities and performance objectives to all staff.** Share status update information with staff of all reporting levels, integrating them into regular staff meetings, improvement committee meetings and other appropriate forums. All institution health care staff should be able to describe the priority areas in the PIWP and understand how their work might contribute to attaining improvement goals.
- **Use your quality management committee structure to manage PIWP initiatives.** Each priority should be assigned to a standing improvement committee; the assigned committee should be collecting, analyzing, and reporting data assigned performance objectives, monitoring improvement



## Available Tools



**Quality Management Policy**
*Released statewide as IMSP Volume 3, Chapter 3, the QM Policy provides an overview of the statewide QM Program and the roles and responsibilities of staff in implementing the program.*
*Click here or on the picture at left to access this tool.*



**Status Update Template**
*Provides a performance report template for presentation to the Headquarters Quality Management section and Regional Team in Excel format; institutions can enter data into the template to customize reports to their PIWP.*
*Click here or on the picture at left to access this tool.*

projects, and taking action when there is a lack of progress toward objectives.

- **Link staff with training and tools to support problem analysis and development and implementation of solutions.** New training programs are coming in 2015 to help institution staff apply nationally recognized improvement techniques, such as FOCUS PDSA and Lean. Make sure appropriate staff, including QMSU members, are attending training and applying what they have learned to PIWP projects.

The QM Section has developed an *Implementation Checklist* (click link on the right) of the minimum tasks institutions should cover to introduce, monitor, and implement the PIWP, per existing policy requirements.

Each institution is required to update their PIWP quarterly and upload the most current version to the Intranet (see *Instructions for Updating Your PIWP* found in the link on the right).



**Implementation Checklist**
*Lists the minimum tasks each institution should cover when implementing the PIWP to meet current policy requirements.*
*Click here or on the picture at left to access this tool.*



**How to Update your PIWP**
*Instructions to upload your PIWP to your institution PIWP library.*
*Click here or on the picture at the left to access this tool.*

# APPENDIX 8

*Best Practice*

# Improving Access to Medical Services
# Routine Sick Call Referrals, Chronic Care, Return from Higher Level of Care

**REVIEW:**

**1** **Summary tab**
*Learn about results of this best practice*

**2** **Plan tab – Replication Checklist**
*See high – level steps to implement this at your institution*

**3** **Improve and Evaluate tabs**
*Get details about key changes and links to tools*

| SUMMARY | PLAN | IMPROVE | EVALUATE |
|---------|------|---------|----------|

| | |
|---|---|
| **Primary Care Domain:** | **Scheduling and Access to Care – Medical Services** |
| **Appropriate For:** | **Institutions of any mission type** |
| **Originated From:** | **California Institution for Women (CIW)** |

## Summary

CIW improved chronic care access by more than 20 percentage points over the course of twelve months by:

1. Making scheduling improvement a major improvement priority and communicating that to staff.
2. Revamping the management structure for the scheduling program and educating staff about the new system and the tips and tools available to improve the effectiveness and efficiency of the scheduling system.
3. Conducting daily and weekly reviews to ensure that scheduling procedures are followed appropriately and providing continuous feedback to schedulers and clinicians about their adherence to procedures.
4. Addressing non-value added appointment demand and eliminating unnecessary visits.
5. Proactively managing patients with high appointment demand.
6. Monitoring progress toward institution goals on an ongoing basis.

## The Evidence

- In the past twelve months, CIW has increased chronic care access scores from 72% of chronic patients receiving a visit as ordered to more than 90% receiving timely services   and has been able to maintain that level of access over multiple months.  Please see chart at right.
- Per September 2014 data, CIW was one of four Intermediate Institutions across the state that had achieved more than 90% in chronic care access.
- For eleven of the past twelve months, CIW scores on routine sick call and follow up after return from higher level of care measures have exceeded the statewide goal of 85%, with more than half of those scores at higher than 95%.



**Chronic Care Access at CIW:**
Percentage of Chronic Care Seen Within Timeframes as Ordered
*Health Care Services Dashboard Data, October 2013 through September 2014*

*Best Practice*



| SUMMARY | PLAN | IMPROVE | EVALUATE |

## REPLICATION CHECKLIST: IMPLEMENT THIS BEST PRACTICE AT YOUR INSTITUTION

*Follow these high level steps to put a scheduling model similar to CIW's in place at your institution. For more information about any particular step in this checklist and links to available tools, please see the "Improve" and "Evaluate" tabs.*

### PLAN

☐ **Make medical access a PIWP project.**
- Include a scheduling improvement initiative in your PIWP. Assign a subcommittee to "own" the project (provide monitoring and oversight) and executive staff to sponsor it. At the subcommittee level, create a step by step action plan to manage the project with major tasks, assigned staff and due dates.

☐ **Document procedures for sustainability.**
- Once you have a scheduling process with demonstrated positive results, make sure that you create desk procedures, flow charts, and other types of decision support that will keep the process going even if your scheduling experts are promoted or retire.

### IMPROVE

☐ **Revamp your scheduling management model as necessary.**
- Designate a manager who will serve as the Institution's MedSATS expert and overall manager of the medical scheduling process.
- Assign staff in each clinic site to oversee scheduling at that particular location, conduct daily and weekly reviews of the scheduling process, investigate problems, and provide continuous feedback to clinical and scheduling staff.

### IMPROVE CONT.

☐ **Educate staff about MedSATS scheduling processes.**
- Ensure that the executive sponsors of the scheduling process (e.g., the Chief Medical Executive and Chief Nurse Executive) know in detail how MedSATS works and the tricks and tips that contribute to better access and higher accuracy. Access Scheduling Process Improvement materials by clicking here.
- Provide initial and ongoing training for OTs.
  - Provide initial MedSATS training for all OTs. (QM Section staff can help – contact QMStaff@cdcr.ca.gov.)
  - Pair new OTs with seasoned schedulers when you have turnover in staff.
  - Provide OTs with a package of decision support materials they can keep at their desks to remind them of important information, such as access timeframes and scheduling process steps.
  - Have the scheduling managers over each health care setting give daily and weekly feedback to OTs about their adherence to MedSATS procedures.
  - Cross train OTs so that they can cover scheduling in different settings (e.g., primary care clinic and specialty clinic) as needed.
- Train clinicians in the importance of completing closeout sheets.
  - Talk to providers about the importance of closeout sheets as a tool for accurate scheduling and show them what a complete closeout sheet looks like.

## IMPROVE CONT.

- ▪ Have scheduling managers over each health care setting review a sample of closeout sheets and give feedback to providers on an ongoing basis.
- ▪ Complete the same activities in the two previous bullets for nursing staff.

☐ **Use MedSATS management reports on a routine basis to identify patients who need services and analyze gaps in the scheduling process.**

- Have scheduling managers in each health care setting verify that OTs are reviewing "To be scheduled" lists daily. Each day, OTs should be looking for any patients on the "To Be Scheduled" list who do not have housing information included, using SOMS to look up and find housing for each patient, and entering it into MedSATS to ensure that the "To Be Scheduled" list is accurate and complete.
- Use patient level data in MedSATS to investigate gaps in the scheduling process when Dashboard scores are low. Scores may be low due to data entry errors.

☐ **Eliminate non-value-added visits.**

- Train physicians to make chrono determinations based on chart reviews rather than face to face visits whenever appropriate.
- Monitor referral rates from nurses to providers and provide training and support to nurses if referrals are inappropriately high.
- Train nurses to co consult with providers whenever possible to reduce the need for patients to return for an appointment with the provider at a later date.
- Train schedulers to continuously review future appointments and bundle certain types of appointments.

☐ **Proactively manage high-demand patients.**

- Provide individual case management for patients who repeatedly request services or are seen often.

## EVALUATE

☐ **Review MedSATS management reports weekly to assess the efficiency of the scheduling process.**

- Have scheduling managers in each health care setting review Aging, Unclosed Appointment, Productivity, and Compliance Reports to determine how efficient and effective the scheduling system is within that setting, and act on findings weekly.

☐ **Report monthly to the designated oversight committee on the progress toward scheduling performance objectives.**

*Best Practice*

| SUMMARY | PLAN | IMPROVE | EVALUATE |

**Make Scheduling a Major Improvement Priority – PIWP Scheduling Initiative**

**Make scheduling process improvement a priority in your Performance Improvement Work Plan (PIWP).** Scheduling improved at CRC/CIW after leadership made improving medical scheduling a priority and worked together to focus on all aspects of access and scheduling. The scheduling process and access to care was an initiative on the 2014 PIWP at both CRC and CIW. The plan included detailed action steps and performance metrics.

Click on the image below to view CIW's 2014 PIWP:



# Best Practice

| SUMMARY | PLAN | IMPROVE | EVALUATE |
|---|---|---|---|

| | | |
|---|---|---|
| **Key Change: Revamp the Scheduling Management Structure** | **For each major scheduling process, assign a manager to oversee OT schedulers, run/review reports, and provide feedback to providers, OTs and institution leadership regarding scheduling compliance and efficiency.**<br>When MedSATS was being "rolled out" three staff members were sent from CIW for the training. By the time MedSATS actually started at CIW, only one of those staff members was still working in the same position   Supervising Registered Nurse II (SRN II) Paula Clark. By default, she became the MedSATS specialist at CIW, and then, because there was no OT supervisor, she took on the role of training and meeting regularly with OT schedulers, reviewing reports and providing feedback.<br>    • Subsequently SRN II Clark trained the other SRNIIs at CIW. Each SRN II is responsible for closely monitoring a set of access measures related to their area:<br>        o Primary Care Clinics: Face-to-Face Triage, nursing referral to Primary Care Provider (PCP), episodic (sick call) and chronic care visits<br>        o Specialty Scheduling: Routine and high priority specialty referrals and associated follow-up appointments<br>        o Follow-up Upon Discharge from Higher Level of Care | |
| **Key Change: Educate Staff about the Medical Scheduling Processes – Executives** | **Help your medical and nursing leadership become actively involved and knowledgeable regarding scheduling processes/MedSATS.**<br>Scheduling improved at CRC/CIW after leadership made improving medical scheduling a priority and worked together to focus on all aspects of access and scheduling.<br>    • Scheduling/Access was an initiative on the PIWP at both CRC and CIW.<br>    • The CME became very engaged in the project. It became clear to him and other Institution leaders that they needed to use MedSATS as it was designed, so that they could then use it as a reporting tool. At that point, they invested in actually learning the system and the nuances of MedSATS in order to schedule appropriately.<br>    • The CME finds it crucial that both nursing and medical leadership are intricately involved in MedSATS and that they review the various scheduling management reports on a regular basis. Unless the leadership is engaged, they cannot understand how inappropriate scheduling can affect the institution's ability to meet compliance mandates and ensure patients are seen as medically appropriate. | **Tools**<br><br>*Scheduling Process Improvement Initiative Page   QM Portal*<br><br>*CME noted that all the "tricks" and best practices they use are actually in the MedSATS decision support documents found on the QM Portal. (He said they had to just actually read and follow it).* |
| **Key Change: Educate Staff about the Medical** | **Provide intensive, ongoing training to OT staff.**<br>Initially, the OTs received MedSATS training in a big class, using training materials provided by the MedSATS development team. Later, for the Scheduling Improvement Initiative, SRN IIs held additional training, meeting monthly for over 4 months. | Want help training schedulers? Contact the QM Section for |

| | | |
|---|---|---|
| **Scheduling Processes –** *Training and Mentoring for OTs* | • In one meeting, they quickly reviewed most of the tip sheets on how to schedule specific appointments (found on the Scheduling Process Improvement (SPI) site), because by then the OTs were fairly well versed in scheduling appointments.<br>• In the following meetings, they looked at other tools from the SPI site, including various reports such as the Compliance Reports, Aging Report, and To Be Scheduled Reports.<br>   ○ SRN IIs would bring examples of patients who were out of compliance and show the OTs where the error occurred, especially focusing on recurrent themes such as the issue of duplicate appointment "trees" being created.<br>• The SRN IIs reviewed the most recent MedSATS updates document and noted specifically some of the changes and the problem areas at CIW.  They trained schedulers on those using real examples such as the creation of duplicate trees.  They developed a specific process to eliminate one of the trees by closing the appointment with "scheduling error".<br><br>There is an extremely high rate of turnover in this position so processes were developed to train new OTs as they come on board.<br>• When a new OT starts they are paired with a seasoned and well-trained OT.<br>• They are provided materials from the scheduling process improvement website including the OIG timeframe requirements.<br>• They are also taught what to do if a provider calls in sick.  Specifically, OTs learn which patients are able to be rescheduled without discussion and which need to be elevated to the Chief Physician and Surgeon to arrange for another provider to see the patient, especially if the patient's appointment is about to be out of compliance.<br><br>CIW feels it is critical to cross-train the scheduling OTs.  Once an OT is trained and comfortable in one area, such as Primary Care Clinic, they may be transferred to schedule nursing lines and then Specialty Clinic, so that they are able to schedule in any area if they are needed to fill-in in the future. | assistance at QMStaff@cdcr.ca.gov.  QM can visit your institution or provide training on MedSATS via webinar.<br><br>**OT Training Materials:**<br>MedSATS Scheduling Process Guides<br><br>General Scheduling Process<br><br>Closing Appointments Reasons Not Seen<br><br>Guide to MedSATS Reports<br><br>Table of required access timeframes |
| **Key Change: Educate Staff about the Medical Scheduling Processes –** *Clinicians and Closeout Sheets* | **Work with providers and nurses to ensure that they use the Closeout Sheets.**<br>At CIW, the primary care providers needed to be involved with scheduling.  Specifically, they needed to personally complete the closeout sheets to directly communicate with and provide clear direction to schedulers.<br>• Initially, CIW providers did not want to use closeout sheet.<br>   ○ Several meetings were held with the CME, providers, and schedulers to engage the providers in the scheduling process and show them the importance of the closeout sheet.  During these meetings, examples of appointments or follow-ups that did not occur due to the lack of a Closeout Sheet or an incomplete Closeout Sheet were presented and discussed.<br>   ○ Providers are required to complete a blank closeout sheet for add-ons and same-day appointments and provide this information to schedulers at the end of each shift. | **Tools**<br><br>Blank PCP Closeout Sheet |

|  |  |  |
|---|---|---|
|  | <ul><li>In addition, SRN IIs managing different clinics communicated to the providers that it is their responsibility to complete these closeouts. The SRN IIs indicated that there were legal implications to not completing the closeout sheets such that if proper follow-up did not occur because a closeout sheet was not completed then it would be the provider's responsibility.</li><li>CIW found that 80% of providers adopted this new process and that it has improved scheduling efficiency quite a bit.</li><li>There are a few providers who still want nurses to complete the closeout sheets. The SRN IIs allow this but require that after a closeout sheet is completed by the nurse, the provider must review it and sign it to confirm that it is accurate.</li><li>Nurses were instructed to complete the closeout sheets for their encounters as completely and accurately as possible. It was emphasized that the schedulers do not have medical knowledge and can only implement the exact orders requested by the RN/Provider.</li></ul> |  |
| **Key Change: Conduct Daily and Weekly Reviews of Scheduling Data and Give Feedback to Staff** | **Review "To be scheduled" lists daily.**<br>SRN IIs ensure that clinic schedulers open the "To be scheduled" list in MedSATS to see if there are any patients who have an appointment created without a location attached. This is every scheduler's job to complete each morning. If a "To be scheduled" appointment is listed and no location for the patient is found, the scheduler looks the patient up in SOMS and enters the location for the appointment. After this is completed the schedulers can then sort and pull up all the "To be scheduled" appointments.<br><br>**Use MedSATS and Dashboard patient-level data to identify and address barriers to timely access.**<br>CIW looked at weak points in their scheduling system and focused there. For example, they would look at the follow-up after an urgent specialty appointment and analyze why that score was low. They would take each case that fell out of compliance and determine the reason for it.<ul><li>Many times they found a small process issue which needed to be changed and they changed it.</li><li>Other times they found that the scheduling had actually occurred correctly, however, it had not been documented correctly in MedSATS and therefore no credit was given.</li></ul> | **Tools**<br><br>How to Get to Select MedSATS Reports<br><br>MedSATS Compliance Report Sample<br><br>MedSATS Aging Report Sample<br><br>MedSATS To Be Scheduled Report Sample |
| **Key Change: Eliminate Unnecessary Visits** | **Address non-value-added demand by eliminating unnecessary visits.**<br>CIW eliminated appointments that were administrative in nature and did not require face-to-face visit. The CME worked with providers to determine which "administrative" types of requests could be completed without a face-to-face visit.<ul><li>When a request for a Chrono renewal was received, schedulers did not book a face-to-face appointment with provider, but had this request completed by the provider with only a chart review whenever possible.</li></ul><br>CIW limited the provision of medically unnecessary appliance/Durable Medical Equipment (DME) equipment that would then drive future unnecessary appointments for renewal, ensuring that providers provide DME only when it was medically indicated and used the new DME policy for guidance. |  |

- Doing this cut down future follow-up appointments. CIW staff acknowledges that it is hard to say "no" to patients when the request is not medically indicated, but providers all need to practice consistently following the medical necessity criteria.
- CIW staff learned from a pilot in a Special Needs Yard at CRC. The CME worked with a particular provider to ensure that all low bunk chronos, canes, and other items were actually medically necessary. It took several months, but the provider was able to work with each patient and consistently apply the criteria for medical necessity, and the demand for access in that yard decreased significantly without decreasing appropriate medical care.

**Monitor nursing referral rates.**
CIW monitored nursing referrals to PCPs to decrease or eliminate unnecessary PCP visits stemming from the face-to-face triage process. SRN IIs worked intensively with clinic RNs to ensure that patients were appropriately referred to the physician when needed and were managed solely by nursing protocol or with co-consultation when that was more appropriate. Clinic RNs have various comfort and skill levels with managing patients on their own and the SRN IIs worked at educating each nurse and ensuring that they are working to the full extent of their capacity and license. The goal is to refer only those patients who need a follow-up at a future time or have ongoing complex issues that cannot be managed with a "same-day" co-consultation.

**Review future appointments for patients continuously and bundle appointments as appropriate.**
CIW found that actively managing the scheduling system includes always looking at future appointments before booking another appointment, and bundling appointments as much as possible. Looking at future appointments is critical to prevent duplicate appointments and to give the provider proper "credit" for appointments provided and to ensure that documentation in MedSATS is accurate.

| | |
|---|---|
| **Key Change: Proactive Management of High Utilizers** | **Pro-actively manage high-utilizers.**<br>At each daily huddle, the CIW team discussed TTA patients, hospital discharges, OHU patients, and Provider and RN clinic lists for the day. The team identified patients who were frequent utilizers and tried to case manage those patients. SRN IIs ducated some of these patients and brought them to the clinic to determine if there were additional concerns, such as an undiagnosed mental illness that contributes to the patient frequently accessing the clinic when no specific identified medical problems were being addressed. |

# Best Practice

| SUMMARY | PLAN | IMPROVE | EVALUATE |
| --- | --- | --- | --- |

| | | |
| --- | --- | --- |
| **Monitor Progress Toward Institution Goals:  Weekly Monitoring by SRN II** | **Unclosed Appointments.**<br>SRN IIs review the Aging Report in MedSATS at least weekly and page through it, noting any locations/clinics that have past appointments which have not been closed.  If there are areas that have open appointments, this list is printed and forwarded to the responsible OT(s).<br><br>**Timely Access by Clinic Area.**<br>Each SRN II looks at the Compliance Report for their area weekly and in real-time to determine:<br>• If appointments are past due and not yet closed.<br>• If any appointments are approaching their compliance date and have not yet been scheduled.  For example, the Primary Care Clinic SRN II will look at face-to-face triage, urgent and routine referral from face-to-face to provider, and PCP and CCP appointment compliance.  In each case, the SRN II will contact the involved scheduler and make sure that the required action occurs timely.  CIW staff feel active monitoring of the clinic schedule is crucial to providing sustained and timely feedback and believes it has dramatically improved OT performance and timeliness.<br><br>**Productivity.**<br>SRN IIs review the MedSATS management reports, including the productivity reports for both nurses and providers.  If there is a major discrepancy in the amount of patients being seen by certain individuals the SRN II will follow-up to determine whether the current assignment is appropriate for that staff member and will work with the provider/nurse/leadership to be sure that the most efficient work is being done. | |
| **Monitor Progress Toward Institution Goals:  QM Committee Oversight and Data Investigation** | **Report performance data to oversight committees monthly.**<br>CIW SRN IIs report access data at the monthly primary care meeting.  The Health Care Services Dashboard is reviewed, and if there are any scores showing less than 95%, the involved SRN II will analyze and research each case where non-compliance was found by looking at the reason the patient was not seen according to MedSATS and then comparing this with what is in the eUHR.<br>• Oftentimes the SRN II will determine that the patient was indeed seen in a timely manner but it was not documented or closed correctly within MedSATS, and therefore the institution did not get credit for their work.<br>• The SRN II will determine if the lack of reported compliance is a process problem and, if so, will make adjustments to the process.<br>• If the error resulted from a staff member needing more training, then an in-service will be done and if the problem continues to be an issue additional support is provided.<br>SRN IIs also report monthly to the Medical Management Committee meeting. | How to Use the Dashboard<br>Trended View for Scheduling Data<br><br>Dashboard Measures:<br>Medical Access Specifications |

*Best Practice*

# Improving Effective Communication

**REVIEW:**

**1** **The Summary**
*Learn about results of this best practice*

**2** **The Replication Checklist**
*See high – level steps to implement this at your institution*

**3** **The "Improve" and "Evaluate" Sections**
*Get details about ke  chan es and links to tools*

| SUMMARY | PLAN | IMPROVE | EVALUATE |
|---|---|---|---|

| **Primary Care Domain:** | **Mental Health** |
|---|---|
| **Appropriate For:** | **All Mental Health Staff** |
| **Originated From:** | **Richard J. Donovan Correctional Facility** |

## Summary

Richard J. Donavan Correctional Facility (RJD) was recognized for its efforts in meeting and maintaining benchmarks in Effective Communication (EC) by the Statewide Mental Health Quality Management Committee. Statewide comparison showed most institutions were struggling in this area. RJD was invited to share its Best Practices process for conducting, documenting and entering EC data into the Mental Health Tracking System (MHTS). It accomplished this goal by doing the following:

1. Increased awareness to staff
2. Highlighted justification for documentation
3. Provision of a step by step process for:
   a. Utilizing approved CDCR documents
   b. Audit/Review
   c. Trending/Monitoring
   d. Resolution
   e. Feedback Loop
   f. Continuous Review and Improvement

## The Evidence

Performance Report numbers on Effective Communication at all institutions for the period of February thru November 2014 show the state average to be 86%. RJD has met and maintained a higher overall average of 99%. The patient group covered by this measure includes all Clark/Armstrong class members meeting criteria for hearing impairment, visual impairment, speech impairment, DDP Level 1, 2 or 3 and/or TABE score of 4.0 or less.



Average Effective Communication Performance State vs. RJD Nov 2013 to 2014

# Best Practice

| SUMMARY | PLAN | IMPROVE | EVALUATE |
|---|---|---|---|



## REPLICATION CHECKLIST:  IMPLEMENT THIS BEST PRACTICE AT YOUR INSTITUTION

*Follow these high level steps to meet and maintain compliance for EC similar to what RJD uses at your institution.  For more information about any particular step in this checklist and links to available tools, please see the "Improve" and "Evaluate" information in the remaining pages of this document.*

### PLAN

- ☐ Facilitate staff discussions of requirements and expectations.
  - Meetings with Senior Psychologist, Supervisor, Specialist, Office Technician Supervisor, Office Technician and other staff.
  - Explain the clinical importance of EC in addition to audit result numbers and mandates.
  - Highlight importance to leadership for distribution to line staff.

### IMPROVE

- ☐ Establish requirements for use of current/revised documents.

### EVALUATE

- ☐ Routinely pull and audit document samples
  - Medical Records audit/log prior to scanning and reject all incomplete forms.
  - Armstrong audit/log.
  - Agreement audit
  - Tracking Rejection audit/log

# Best Practice

| SUMMARY | PLAN | **IMPROVE** | EVALUATE |
|---------|------|-------------|----------|

| | | Tools |
|---|---|---|
| **Key Change: Office Technician review of documents** | Use current CDCR Form 7230 Interdisciplinary Progress Note and tracking (activity log) to document encounter. Forward tracking to Office Technician (OT) for entry into MHTS. Office Technicians triage and reject documents with missing, incomplete or mismatched information.<br>● RJD identified mental health documents that required the EC sticker and focused training and auditing on those documents.  RJD staff recommend that every discipline identify the encounters and documentation types that must meet EC requirements – staff may not be aware of all of the work they do that involves EC, and raising this awareness not only helps supervisors to more effectively focus their training and auditing efforts, but helps staff to better understand what activities are considered patient communication activities. | |
| **Key Change: Tracking returned documents** | Errors are logged for Inmate Patient (I/P) CDCR#, date, appointment type, provider, program, supervisor and error type. A copy of the entry is scanned in the OT tracking folder on the shared drive to ensure no loss of data.<br>● RJD created a unit of staff to compile, analyze, and report performance data.  The group designed reports for the EC process that gave supervisors the right amount of information to correct problems in the EC process and support staff who weren't yet meeting program standards.<br>● By reporting performance at the provider level, RJD was able to identify providers who had a pattern of not following EC requirements.  Those providers were given more intensive training on EC and monitored closely to ensure that they understand what was expected of them and put it into practice.  Prior to the provider specific reports, RJD managers trained all staff repeatedly on the same EC concepts when they found deficiencies, without a significant impact on performance.  Being able to be specific about each individual's performance made a big difference in assigning accountability, making training messages more targeted and effective, and motivating people to change behavior. | |
| **Key Change: Provider response** | Document is returned to provider, supervisor is notified. Upon rejection provider reviews note for EC information, completes tracking and returns document to OT by COB. | |

# Best Practice

| SUMMARY | PLAN | IMPROVE | EVALUATE |
|---------|------|---------|----------|

| | | Tools |
|---|---|---|
| **Local Committee discussion** | Trend Log data and Monitor reports: Quality Management/data unit monitors progress on MHTS Performance Report and trends data log for monthly and cumulative totals by provider, program, and supervisor. | |
| **Corrective Actions** | Report is sent to supervisor if continued problem with program or provider. Outline steps in OJT, corrective feedback, progressive discipline if not remediated. Remind supervisor to follow steps and mirror management response. If supervisor does not take appropriate action provide first step of OJT to supervisor and begin corrective feedback. | |

*Best Practice*

# Improving Availability of Dental Documentation

**REVIEW:**

**1** **The Summary**
*Learn about results of this best practice*

**2** **The Replication Checklist**
*See high – level steps to implement this at your institution*

**3** **The"Improve" and "Evaluate" Sections**
*Get details about key changes and links to tools*

| SUMMARY | PLAN | IMPROVE | EVALUATE |
|---|---|---|---|

| | |
|---|---|
| **Primary Care Domain:** | **Health Information Management – Non-Dicted Dental Records** |
| **Appropriate For:** | **Institutions of any mission** |
| **Originated From:** | **California Institution for Women (CIW) and California Rehabilitation Center (CRC)** |

## Summary

CIW and CRC used several strategies to achieve excellent performance in the availability of dental records, including:

- Making health information management a priority at both locations.
- Developing strong relationships between the Dental Program and Health Records and members of the dental team.
- Requiring Dental Program staff to submit documentation on the same day as the associated patient encounter and that document deficiencies be addressed within one business day of notification by dental staff auditing dental documentation or Health Records staff.
- Making multiple runs to collect documentation from dental clinics throughout the day.
- Having at least two sets of eyes review the documents, prior to the documents leaving the clinic, for any errors or missed documentation.
- Closely monitoring health information processes through the Dental Subcommittee and local QMC.
- Continuing to check on the quality of new processes and adherence to expectations even after performance goals are reached.

## The Evidence

Both CIW and CRC have achieved and sustained excellent performance in the availability of dental records over the past year.

- From October 2013 through September 2014, CIW was able to submit internally-generated, non-dictated dental documents within 3 calendar days 98% of the time, on average; CRC's average was 93%. Please see chart at right.
- These two institutions beat the statewide average for the same twelve-month time period by nearly 30 percentage points. Please see chart at right.
- As of September 2014, CIW had achieved the highest score in the state in this metric. CRC tied with CCI for second highest.



**CIW and CRC - Availability of Non-Dictated Dental Documentation**
October 2013 through September 2014
Health Care Services Dashboard Data

— CIW    — CRC

Statewide Goal = 85%

Statewide Average = 65%

| SUMMARY | PLAN | IMPROVE | EVALUATE |
|---------|------|---------|----------|



## REPLICATION CHECKLIST:  IMPLEMENT THIS BEST PRACTICE AT YOUR INSTITUTION

*Follow these high level steps to put in place a health information management model similar to what CIW/CRC uses at your institution.  For more information about any particular step in this checklist and links to available tools, please see the "Improve" and "Evaluate" information in the remaining pages of this document.*

### PLAN

☐ Make health information management a priority in your PIWP and the focus at Subcommittee meetings, QMC, trainings, staff meetings, etc.

### IMPROVE

☐ Develop strong relationships between the Dental Program and Health Records and members of the dental team to support improvements in health information management

☐ Require Dental Program staff to submit documentation on the same day as the associated patient encounter.

☐ Require that document deficiencies be addressed within one business day of notification by dental staff auditing dental documentation or Health Records staff.

☐ Make multiple runs to collect documentation from dental clinics throughout the day.

☐ Have at least two sets of eyes review the documents, prior to the documents leaving the clinic, for any errors or missed documentation.

☐ Provide Supervising Dentist and Health Program Manager III with information about documents that are incomplete or otherwise deficient so they can ensure that documents are quickly completed or corrected and resubmitted.  In the event that any documentation needs to be returned to the clinic, have the Supervising Dentist ensure that it gets corrected and sent back to scanning the same day.

### IMPROVE CONT.

☐ Provide initial training for dental program staff on documentation requirements and required timeframes for submission and correction of documents, and have Office Technicians (OTs) and Dental Assistants continuously work with staff to help them follow the new process/requirements.

☐ Once you have hit program goals, continue to check on the quality of new processes and adherence to expectations.

### EVALUATE

☐ Make health information management a standing agenda item at Quality Management Committee (QMC), other leadership team meetings, and discuss the initiative and progress to date at staff meetings.

| SUMMARY | PLAN | IMPROVE | EVALUATE |
|---|---|---|---|

| | | |
|---|---|---|
| **Key Change: Strong Relationships Between Program Areas and Within the Dental Team** | **Develop strong relationships between the Dental Program and Health Records and members of the dental team to support improvements in health information management.** CIW and CRC built relationships between programs and team members as a foundation to their improvement project.<br>• CRC's Health Program Manager III (HPM III) met with the Correctional Healthcare Services Administrator I (CHSA I) who oversees the Health Records Program to begin collaboration between the two programs on improving dental records access. Then the HPM III met with the Health Records Technician II to get a detailed understanding of how health records are processed.<br>• Dental team members were assigned specific roles and responsibilities in the process of generating, reviewing, correcting, and submitting dental records. Dental leadership orchestrated meetings between dental team members so that they could understand each other's roles in the process and how they needed to help each other in order to reach their common goal. During monthly staff meetings, those roles were revisited and coordination issues between team members addressed. | |
| **Key Change: Same-Day Submission** | **Require clinical staff to submit documentation on the same day as the associated patient encounter.** CIW/CRC dental facilities issued a mandate that clinicians must submit documentation by close of business on the same day of the encounter. | |
| **Key Change: Follow Up On Document Deficiencies within 1 Business Day** | **Require that document deficiencies be addressed within one business day of notification by dental staff auditing dental documentation or Health Records staff (and get the Supervising Dentist involved to make this happen).** CRC and CIW issued the expectation to all dental staff that deficiencies must be followed up with in one business day. The Supervising Dentist sends the corrected documentation back to Health Records, which enables the Supervising Dentist to be aware of pervasive documentation issues or clinicians that may need individual reminders of standards. The HPM III is also provided with information about document deficiencies so he can assist with timely follow up. | |
| **Key Change: Multiple Clinic Runs by Health Records** | **Make multiple runs to collect documentation from dental clinics throughout the day.** CIW/CRC Health Records Staff make it easy for dental staff to submit documents timely by making multiple daily runs from the clinic areas to Health Records. Initially, Health Records staff made frequent runs to only medical and mental health clinics to pick up documentation. Health Records agreed to add dental clinics as stops on these frequent runs, and Dental Program staff worked with their dental teams to make sure that dental documents were | |

| | prepared for pick up during scheduled times.   Schedule for clinic runs:<br>• Health Records Technicians go to yard clinics at approx 8:30 AM, 11 AM, and 2 PM to pick up documents. This schedule makes it easy for any deficient documentation to be returned to the clinic for same day for correction. | |
|---|---|---|
| **Key Change: Constant Follow Up on Training** | **Provide initial training for dental program staff on documentation requirements and required timeframes for submission and correction of documents, and have Office Technicians (OTs) and Dental Assistants continuously work with staff to help them follow the new process/requirements.**  At CIW and CRC, OTs and Dental Assistants are well versed in the health information management process and help to educate other dental staff on documentation requirements, actions that need to be taken to meet requirements, and timeframes that must be met. | HIM Training Materials for Dental Staff:  Policy References |
| **Key Change: Using Monthly Staff Meetings to Reinforce Desired Behavior Change** | **During routine Dental Program staff meetings, review the required elements for dental documentation and some of the problems that can result in returning documentation, and the requirements for daily submission of documents.**  CRC and CIW used Dental Program staff meetings to provide targeted training on appropriate documentation to reduce the number of documents that were kicked back by Dental Assistant staff or Health Records (which can easily result in exceeding required timeframes), reminding staff of messages they had received in previous training sessions.<br>• The Dental HPM III conducted monthly audits of dental patients seen that month to assess accuracy of dental documentation and presented findings at monthly staff meetings.<br>• Dental Program staff were regularly advised of the progress to date on the health information management initiative – what was going well, and what still needed work. | |
| **Key Change: Ongoing Monitoring and Messaging for Sustainability** | **Once you have hit program goals, continue to check on the quality of new processes and adherence to expectations.**  The CIW/CRC Dental Management Team continues to provide updates and training to their staff on regular basis to ensure that the quality of health information management remains a focus for staff.<br>• The HPM III continues to conduct monthly "spot checks" of dental documentation, using a ducat sheet that notes all patients seen to select a group of patients for auditing.  He looks at accurate placement in the eUHR, timeliness of record submission, and other documentation quality issues.<br>• Regional Dental Program Support Team members help to monitor performance in this area, and the QMC and Dental Subcommittee continue to review performance trends in this and other Dashboard measures. | Sample Ducat/Document Lists for Monthly Audits |

*Best Practice*

| SUMMARY | PLAN | IMPROVE | EVALUATE |

| | | Tools |
|---|---|---|
| **Executive Team and QMC Monitoring and Feedback** | **Make health information management a standing agenda item at Quality Management Committee (QMC) and other leadership team meetings, and discuss the initiative and progress to date at staff meetings.**  Once CIW/CRC decided that timely health information was going to be a major Quality Improvement priority for the institution, it became a regular focus at executive team meetings and monthly Quality Management Committee (QMC) sessions. At nearly every meeting, institution leaders reviewed the institution's performance on the Health Information Management performance measures and other Dashboard 4.0 measures in detail and made plans to improve performance.<br>• The QMC provided oversight for the duration of the project.  Even after CIW and CRC achieved their performance goal, the QMC continued to monitor the sustainability of the improvement.<br>• The Dental Program Subcommittee conducted detailed investigation into the barriers to timely submission of dental documentation.  The subcommittee defined the problem, measuring areas of deficiency in the process, and then worked on the process and monitored outcomes until desired results were achieved.<br>• Quality Improvement Teams (QIT) worked on parts of this project.  For example, after the roll out of the eUHR, there was a high volume of returned documents due to incomplete or inadequate documentation at CIW and CRC.  An interdisciplinary QIT worked to improve performance in this area, which ultimately helped the dental documentation project. | How to download trended HIM information<br><br>Reporting template for oversight committees |