KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY, State Bar No. 215228
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD<br><br>**DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S REPORT ON REVIEW OF MENTAL HEALTH STAFFING** |

On June 19, 2014, and August 29, 2014, the Court ordered Defendants to review their existing mental health staffing plan and to report to the court the results of the review on or before January 31,2015. (ECF No. 5171 and ECF No. 5210.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

1      Defendant California Department of Corrections and Rehabilitation (CDCR) has completed

2  its mental health staffing review with participation by the Special Master and its report is set forth

3  in attachment A hereto.

4  Dated:  February 2, 2015                  Respectfully submitted,

5                                        KAMALA D. HARRIS
                                        Attorney General of California

6                                        PATRICK R. MCKINNEY
                                        Supervising Deputy Attorney General

7

8                                      */s/ Elise Owens Thorn*

9                                      ELISE OWENS THORN
                                        Deputy Attorney General
                                        *Attorneys for Defendants*

10

11  CF1997CS0003
    11702809.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# Exhibit A

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                          EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Benjamin T. Rice
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



February 2, 2015


VIA E-MAIL ONLY

Mr. Patrick McKinney
Office of the Attorney General
1300 I Street
Sacramento, CA 95814

Dear Mr. McKinney:

*COLEMAN v. BROWN,* CDCR RESPONSE TO COURT ORDERED STAFFING REVIEW

Enclosed please find CDCR's report on its staffing review undertaken following the court's June 19, 2014, order.


Sincerely,


Katherine K. Tebrock
Chief Deputy General Counsel, Policy
Office of Legal Affairs

Enclosure

CDCR Response to Court-Ordered Staffing Review

The *Coleman* Court ordered Defendants to "revisit and, as appropriate, revise their existing mental health staffing plan in order to resolve the ongoing problem of mental health staffing shortages and come into compliance with the requirements of this court's June 13, 2002 order (ECF No. 1383) concerning maximum mental health staffing vacancy." (June 19, 2014 Order, ECF No. 5171.)  The California Department of Corrections and Rehabilitation (CDCR) has completed its review of its staffing plan as ordered by the *Coleman* Court.  CDCR had previously reported to the court on March 24, 2014, on the adequacy of its psychiatrist pay, noting that the "salaries are within the range of comparable private and public sector salaries for psychiatrists within California and nationally."  (ECF No. 5123 at p.3.)  Acknowledging a competitive salary structure, the court ordered CDCR to revisit its existing staffing plan with the goal of exploring other options for increasing mental health staff recruitment and retention.  The Court ordered CDCR to address staffing for the three classifications referenced in the June 13, 2002, order on staffing – psychiatrists, psychologists, and Licensed Clinical Social Workers (LCSW).

Consistent with the Court's orders, CDCR met internally and with the Special Master, his team of experts, and with Plaintiffs' counsel to discuss staffing issues and results of the review.  On October 21 and November 5, 2014, CDCR met with the Special Master's team to discuss its review of the staffing plan.  On November 25, 2014, CDCR discussed its staffing review with Plaintiffs' counsel at an all-parties policy meeting.  On December 23, 2014, CDCR met with the Special Master's team to discuss the staffing proposal.  On January 8, 2015, an all-parties meeting was held to discuss CDCR's staffing review with the Plaintiffs and the Special Master.  A follow-up conference call occurred on January 20, 2015, with the Plaintiffs and Special Master.

On June 18, 2009, CDCR was ordered to "take all steps necessary to resolve all outstanding allocation issues" among mental health staff.  (ECF 3613.)  Since that time, CDCR has worked diligently on recruitment and undertaken tremendous efforts to entice psychiatrists, LCSWs, and psychologists to work within the correctional system.  In an effort to increase recruitment and retention, CDCR has partnered with the *Plata* Receiver's office in conducting outreach to professional organizations via conferences; advertising in magazines, on websites, and other publications targeting psychiatric professionals; and sending out targeted mailers to mental health professionals.  CDCR is also working with the Receiver to finalize an exit survey for all health care staff in order to understand a clinician's reasons for leaving CDCR.  CDCR has found that its efforts to recruit new clinicians are working.

CDCR has successfully recruited dedicated and hard-working mental health professionals who deliver quality mental health care to the *Coleman* class.  CDCR and the Defendants have:

- Allocated $349,901,000.00 in fiscal year 2014/2015 to provide mental health care to *Coleman* class members, increased from $330,019,000.00 budgeted in 2013/2014.

- Employed 1,515 clinical psychologists, psychiatrists, licensed social workers, and therapists (including registry) to serve an outpatient population of 38,288 at a ratio of one employee per 25.2 inmates.

- Conducted clinical staff recruitment efforts to recruit and retain psychiatrists for the statewide mental health program.

- Employed 28 tele-psychiatrists to provide services to all levels of care at nine CDCR institutions.

- Taken steps to incorporate the proposals into CDCR's Continuous Quality Improvement Tool to monitor their implementation and effectiveness.

While the State has allocated a tremendous amount of resources to mental health staffing and recruitment efforts have been successful, data indicates that CDCR has had difficulties filling and retaining the psychiatry positions required by the 2009 staffing plan. As an effect, it has been difficult to exceed a full-time civil service staffing level of 65% of the positions required by the 2009 staffing plan without the aid of contracted psychiatrists via a registry service. Still, even with the use of contract staff, filled psychiatry levels remain just above 80% compared to the 2009 staffing plan. CDCR maintains a staffing level of over 90% with contract staff for psychologists and LCSWs. CDCR attributes the difficulty in recruiting psychiatrists, in part, to a national shortage in psychiatrists.

CDCR proposes a four-prong approach to address the deficit between budgeted mental health positions and filled positions in these three classifications. The proposal includes the creation of a psychiatric medical assistant classification to aid psychiatrists, enhance its fellowship and internship program for both psychiatrists and psychologists; the addition of a pay differential for psychiatrists working in hard to staff locations; and the continuance of a statewide tele-psychiatry program. CDCR is committed to working with the Special Master and his team to assess whether these solutions are effective.

1. Psychiatric Medical Assistant Classification

Consistent with its filing in March 2014, CDCR has found that its pay for psychiatrists is competitive with other public agencies. Following the Court's directive to revisit and revise the staffing plan where appropriate, CDCR has put thoughtful effort into designing a psychiatry program that will increase retention rates by enhancing workplace conditions and increasing job satisfaction of staff psychiatrists. One barrier to recruiting and retaining psychiatrists is that

2

CDCR psychiatrists currently spend significant amounts of time on tasks other than seeing patients. CDCR proposes to remedy this barrier by adding medical assistants to support psychiatrists.

CDCR proposes to create a new classification into which psychiatric medical assistants can be hired. Under this proposal, CDCR will assign each psychiatrist a psychiatric medical assistant – an unlicensed technician who will interface with custody and other members of the treatment team. Psychiatric medical assistants will remind patients of appointments, send out physician orders for labs or medication, schedule new appointments, make referrals to therapists and other physicians, meet with the patient prior to the appointment, collect relevant data, and take blood pressures and measure weights. In addition, psychiatric medical assistants will help find treatment rooms to meet patients and schedule with correctional staff to bring a patient to the psychiatrist.

At present, CDCR psychiatrists spend much of their time doing clerical tasks instead of evaluating and treating patients. Psychiatric medical assistants will assume many of the clerical tasks now handled by psychiatrists. Removing these tasks from the duty of the psychiatrist frees up clinical time that can be divided between spending more time with each patient and seeing more patients in a day. These additional resources will improve a psychiatrist's work environment which will help CDCR recruit and retain psychiatrists. This model exists in CDCR's medical doctor model. It is the goal that psychiatric medical assistants will help create an environment of care in which the psychiatrist's clinical skills, rather than secretarial skills, become valuable again. By adding this resource, CDCR hopes to improve recruitment and retention of psychiatrists, and permit CDCR psychiatrists to both see more patients and spend more time treating patients.

While it will take some time to establish a full-time civil service classification for psychiatric medical assistants, CDCR is taking other immediate steps to augment clinical case manager staffing. CDCR proposes to immediately hire psychiatric medical assistants from the registry service and begin assigning each psychiatrist his or her own psychiatric medical assistant. CDCR will monitor the roll-out of the program closely to gauge its impact on productivity and patient care. CDCR will monitor several quality assurance indicators including: continuity of clinical services of the psychiatrist; compliance with laboratory measures; medication consents completed; Abnormal Involuntary Movement Scale scores completed; and encounters per psychiatrist. CDCR will also conduct psychiatrist satisfaction surveys anonymously. CDCR has already sent the first wave of surveys to staff. CDCR will send a second set six months after implementing the psychiatry medical assistant program. CDCR will compare the results in order to monitor the effectiveness of the program. Until the effectiveness of the program can be established, CDCR will not change any staffing ratios for psychiatrists. By providing a psychiatric medical assistant to each psychiatrist, it is CDCR's goal to increase productivity

3

among its existing psychiatrist workforce, improve working conditions, increase recruitment and retention of psychiatrists, and maintain and further improve patient care.

CDCR is also using programs such as psychologist internships and psychiatrist fellowships, and psychiatrist pay differentials and tele-psychiatry for hard to recruit locations. Those initiatives, and proposed expansions, are discussed below.

2.    Internship and Fellowship Programs

Among the initiatives that CDCR uses to help recruitment and retention of clinicians are the psychologist internship and psychiatrist fellowship programs. Both programs have been effective at recruiting new clinicians to work within the correctional setting.

CDCR has an active internship program for psychologists which CDCR intends to expand in the coming academic year. For the 2015/2016 academic year, CDCR's psychologist internship program will employ 21 psychology interns – four at the California Institution for Men, eight at the Richard J. Donovan Correctional Facility, two at California State Prison, Sacramento, four at San Quentin State Prison, and three at Valley State Prison. CDCR will add internship opportunities for the 2016/2017 academic year at the Central California Women's Facility, the California Health Care Facility, the California Institution for Women, the California Men's Colony, the California Medical Facility, and California State Prison, Solano. The addition of internship positions will be achieved by reclassifying 11 vacant Clinical Psychologist positions, resulting in a total of 22 internship positions. Interns in the program are given an opportunity to work in a variety of clinical and custodial settings in order to familiarize the interns with the unique characteristics of working in a correctional setting. The program also allows interns to develop both general clinical skills and a distinct set of assessment and intervention skills tailored to a correctional environment. The program provides a steady source of well-trained, competent clinicians who, following the completion of their internship, continue to work in locations that experience chronic difficulties hiring psychologists. The program may also serve to enhance CDCR's reputation among potential clinicians in the community and provides job enrichment for licensed clinicians who provide training and supervision to the interns, which should improve CDCR's retention of psychologists. By using a civil service classification, CDCR will be able to hire permanent psychologists in locations that have historically been difficult to staff.

Additionally, CDCR is reactivating a fellowship program for psychiatrists. CDCR's fellowship program employs licensed post-graduate forensic residents to treat inmates while also learning the concepts and practices of forensic psychiatry within a prison setting. The program has been successful at San Quentin State Prison where CDCR works with the University of California, San Francisco, to recruit fellows. Between 2009 and 2011, half of the fellows working at CDCR

have stayed to become full time civil servants and remain so today. The CDCR psychiatric fellowship program begins with an orientation class to familiarize fellows with the operation of an institution. The fellows are supervised by the Chief Psychiatrist and a designated site coordinator at San Quentin. The site coordinator provides the fellows with appropriate didactic and clinical training and evaluations. The fellowship program is starting up again and will result in two psychiatric fellows each working within one CDCR institution an average of eight hours per week.

3. Differential Pay for Civil Service Psychiatrists and Increased Contract Rates for Contract Psychiatrists in Hard-to-Recruit Institutions

Notwithstanding the fact that CDCR's psychiatrist pay is competitive with other private and public employers, CDCR is still pursuing pay differentials to entice psychiatrists to work in historically difficult to hire locations.

In October 2014, CDCR amended its registry contract with Management Solutions to increase the psychiatrist-contractor rate for High Desert State Prison (HDSP), Pelican Bay State Prison (PBSP), Avenal State Prison (ASP), California State Prison, Corcoran (COR), Pleasant Valley State Prison (PVSP), the California Substance Abuse Treatment Facility (SATF), Kern Valley State Prison, Wasco State Prison, and North Kern State Prison. Recruiting psychiatrists at a number of institutions has proven difficult due to the less desirable geographical location of the institutions for both civil servants and registry. In response, CDCR will propose through the California Department of Human Resources (CalHR) a pay differential resulting in increased salaries for all psychiatrists at HDSP and PBSP, and a pay differential resulting in retention bonuses for newly hired psychiatrists at PVSP, ASP, COR, and SATF.

CDCR is in the process of finalizing the proposal for CalHR. By early February, 2015, CDCR's Statewide Mental Health Program will submit the proposal to CDCR's Human Resources Division, Classifications and Pay, for review and approval. That process should take an additional six weeks at which point the proposal will be submitted to CalHR.

4. Statewide Tele-Psychiatry Program

CDCR established its Tele-Psychiatry Program almost 20 years ago. CDCR currently uses tele-psychiatry at nine institutions.[1] Over the past nine months, CDCR has hired, on average, two new tele-psychiatrists each month. CDCR has 28 staff psychiatrists working out of three satellite offices.[2] The program is managed from headquarters by a chief psychiatrist. An established senior psychiatrist position will aid the chief psychiatrist. As it is CDCR's preference to use on-

---

[1] Currently, CDCR uses tele-psychiatry at CCI, CIW, COR, HDSP, MCSP, PBSP, SATF, CHCF, and SVSP.
[2] Of the 28 tele-psychiatrists, 26 are full-time and 2 are half-time.

site psychiatry whenever possible, when an institution is able to fill a position for an on-site psychiatrist, the tele-psychiatrist is moved elsewhere in favor of the on-site doctor.

Tele-psychiatrists are able to treat patients at all levels of care at institutions where recruitment is more difficult or temporary staffing shortages require relief. Tele-psychiatry providers receive an orientation that includes shadowing other tele-psychiatrists, receiving training, and studying the Program Guide and current CDCR mental health policies and procedures. Tele-psychiatrists are assigned to an institution and receive a case load. Tele-psychiatrists visit their assigned institution at least twice per year, participate in mental health team meetings, and participate in patients' treatment team meetings. They also receive training with other psychiatrists at the nearest CDCR institution to their satellite office.

Tele-psychiatrists offer an efficient and adequate medical model for treatment of patients. Patients are offered confidential, out of cell meetings with the tele-psychiatrists. When inmates ask to be seen cell-front, nursing or a case manager can place the tele-psychiatrist monitor and camera in front of the cell to facilitate the treatment session.

5. Conclusion

CDCR mental health staff, and in particular its clinical case managers, provide quality mental health care to all patients in CDCR institutions who need it. CDCR remains committed to reviewing and adjusting its staffing levels to further improve the quality of mental health care to class members. CDCR will work with the Special Master and his team to assess if the proposals laid out in this staffing review are effective. It is CDCR's goal that these proposals, when taken together as a whole, will succeed in further reducing CDCR's mental health staffing vacancy rates. These proposals will ultimately be monitored by utilizing the CDCR's Continuous Quality Improvement Tool.