1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                    No. 2:90-cv-0520 KJM DAD P

12              Plaintiffs,

13         v.                                   **ORDER**

14   EDMUND G. BROWN, JR., et al.,

15              Defendants.

16

17         On June 30, 2014, the court issued an order concerning the San Quentin

18   Psychiatric Inpatient Program (SQ PIP), then being developed by defendants, ECF No. 5174.

19   The order directed defendants to provide monthly status reports on the SQ PIP to the Special

20   Master until the start of its activation, and directed the Special Master to report to the court on

21   patient admissions, treatment, and any other issues with the SQ PIP not later than ninety days

22   after its full activation.  Order filed June 30, 2014 at 2, ECF No. 5174.  The Special Master filed

23   the required report on December 30, 2014, ECF No. 5257.  The ten day period for objecting to the

24   report has expired.  See Order of Reference at 8, ECF No. 640; Fed. R. Civ. P. 6(a).  Neither party

25   has filed objections to the report or the recommendation contained therein.

26         The court is encouraged by the Special Master's report.  The court agrees with the

27   Special Master that overall the direction of the SQ PIP is positive, and that "it is now time for the

28   SQ PIP to operate and mature as a program, and for a shift away from the Special Master's

1

1   frequent presence at the SQ PIP over the past year and toward monitoring of the program within

2   the course of his monitoring of the other mental health inpatient programs which treat CDCR

3   inmates." ECF No. 5257 at 41.

4          Accordingly, good cause appearing, IT IS HEREBY ORDERED that the Special

5   Master shall continue monitoring the progress of the San Quentin Psychiatric Inpatient Program

6   as part of his ongoing monitoring of the other programs that provide mental health inpatient

7   treatment to class members and shall provide an updated report on the San Quentin Psychiatric

8   Inpatient Program as part of his findings at all other inpatient mental health programs.  The

9   updated report shall either be included in the Special Master's Twenty-Sixth Round Monitoring

10  Report or in a companion report to be filed therewith.

11  DATED:  February 9, 2015.

12

13  _____

14  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2