[1533482-1]

| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830 |
| JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | Case No. 2:90-CV-00520-KJM-DAD<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO RESPOND TO DEFENDANTS' STAFFING REPORT**<br><br>Judge: Hon. Kimberly J. Mueller |

Plaintiffs' Request for Leave to Respond to Defendants' Staffing Report

1    Plaintiffs seek leave from this Court to file a response to Defendant California Department of Corrections and Rehabilitation's ("CDCR") Report on Review of Mental Health Staffing ("Report"), filed on February 2, 2015 at Docket No. 5269.

    Plaintiffs position is that the Report fails to commit CDCR to take sufficiently firm and measurable steps to "resolve the ongoing problem of mental health staffing shortages and come into compliance with" the existing Court-ordered staffing plan.  *See* June 16, 2014 Order (Docket No. 5171) (referencing June 13, 2002 order, Docket No. 5171). Failures to maintain adequate levels of key mental health staff have "plagued the delivery of mental health care in CDCR prisons for decades, and chronic understaffing and high vacancy rates in mental health staff positions are evidence of an ongoing Eighth Amendment violation."  April 5, 2013 Order (Docket No. 4539) at 54 (citing *Brown v. Plata*, 131S. Ct. at 1926, 1932-33 & n.5).  Given the long-standing, entrenched nature of the staffing shortage problem, Plaintiffs are concerned that the Report does not fully comply with this Court's mandate requiring CDCR to take "all steps necessary" to address the problem.  *See* June 18, 2009 Order (Docket No. 3613).

    Plaintiffs therefore request leave to file a brief of no more than ten pages by February 23, 2015 stating their position and requesting further court orders as necessary.

DATED: February 13, 2015            Respectfully submitted,

                                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By: */s/ Lisa Ells*
                                        Lisa Ells

                                    Attorneys for Plaintiffs

[1533482-1]