DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DAD<br><br>**DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' REPORT ON REVIEW OF MENTAL HEALTH STAFFING AND REQUEST FOR FURTHER COURT ORDERS**<br><br>Judge: Hon. Kimberly J. Mueller |

[1539591-1]

I, Lisa Ells, declare:

1.  I am an attorney admitted to practice law in California, a member of the bar of this Court, and a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Objections To Defendants' Report On Review Of Mental Health Staffing And Request For Further Court Orders.

2.  At a meeting on January 8, 2015 with Plaintiffs and the Special Master team, CDCR staff reported that 100% of psychiatry services at High Desert State Prison are provided remotely via telepsychiatry.

3.  At the same meeting, CDCR staff reported that medical assistants will be in charge of facilitating on-site all regularly scheduled appointments with telepsychiatrists.

4.  Also at the January 8, 2015 meeting, counsel for Plaintiffs and members of the *Coleman* Special Master team expressed concern about approving of Defendants' use of telepsychiatry without having seen any written policies and procedures. At both the January 8, 2015 meeting and a follow up phone call between Defendants, Plaintiffs and the Special Master team, Defendants maintained that they would create and provide the documents, but never did.

5.  On January 28, 2015, counsel for Defendants provided Plaintiffs and the Special Master team with a January 12, 2015 memorandum from CDCR's Chief of Telepsychiatry to CDCR's Statewide Telepsychiatry Team entitled "Employee Expectations." A true and correct copy of that document is attached hereto as **Exhibit A**.

6.  On January 12, 2015, staff from the California Correctional Health Care Services Policy Development Section provided Plaintiffs with the current Telemedicine Services Policy, which is found at Volume 11, Chapter 1.1 of the Inmate Medical Services Policies and Procedures, and which shows a revision date of January 2015. A true and correct copy of that document is attached hereto as **Exhibit B**.

7. On January 12, 2015, staff from the California Correctional Health Care Services Policy Development Section provided Plaintiffs with the current Telemedicine Specialty Services and Primary Care Procedure, which is found at Volume 11, Chapter 1.2 of the Inmate Medical Services Policies and Procedures, and which shows a revision date of January 2015. A true and correct copy of that document is attached hereto as **Exhibit C**.

8. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 23rd day of February, 2015.

*/s/ Lisa Ells*
Lisa Ells

[1539591-1]

2
ELLS DECL. ISO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' MENTAL HEALTH
STAFFING REPORT AND REQUEST FOR FURTHER COURT ORDERS

# EXHIBIT A

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

# MEMORANDUM

| | |
|---|---|
| **Date:** | January 12, 2015 |
| **To:** | Statewide Telepsychiatry Team |
| **From:** | Edward Kaftarian, MD<br>Chief of Telepsychiatry |
| **Subject:** | **EMPLOYEE EXPECTATIONS** |

The Statewide Telepsychiatry Program is critical to the success of the California Department of Corrections and Rehabilitation (CDCR), Division of Health Care Services (DHCS). All CDCR employees are expected to uphold a high level of professionalism and foster a work environment that promotes integrity, accountability, and respect.

The expectations described herein are consistent with the agreement between the state of California and the Union of American Physicians and Dentists (UAPD) covering Bargaining Unit 16 (BU), effective July 1, 2013 through July 1, 2016. Telepsychiatry providers are encouraged to read the BU 16 agreement which is available online.

Your signature at the bottom of this document acknowledges your understanding of the expectations that are required of you as a CDCR Telepsychiatry provider.

**Required Reading**

All Telepsychiatry staff are required to read and familiarize themselves with the following documents:*

1. Mental Health Program Memoranda available at the following link:
   http://intranet/Pro/dhcs/mentalhealth/Pages/QMmemos.aspx

2. Mental Health Service Delivery System Program Guide 2009 Revision, which is attached and is also available at the following link:

   http://intranet/Pro/dhcs/mentalhealth/Documents/ProgramGuide/MHSDS%20Program%20Guide%202009%20Revision%20COMPLETE.pdf

3. The approved mental health forms located at the following link:
   http://intranet/Pro/dhcs/mentalhealth/Pages/New-QMforms.aspx

# MEMORANDUM- Employee Expectations

4. The following sections of the California Code of Regulations, Title 15, located at the following link:

   http://www.cdcr.ca.gov/Regulations/Adult_Operations/docs/Title15-2014.pdf

   - 3391, Employee Conduct
   - 3392, Punctuality

5. The following sections of CDCR's Department Operations Manual located at the following link:

   http://intranet/ADM/DSS/RPMB/dom/Documents/DOM%202014/2014%20DOM.pdf

   - 31040.3.4.3, Employee Responsibility
   - 33030.3.1, Code of Conduct
   - 33030.3.2, General Qualifications

6. Human Resources Timekeeping Instructions (attached)

*If you have any trouble accessing any of these documents, please inform your direct supervisor and he/she will provide them to you directly.

**Organizational Structure**

All Telepsychiatry staff report within the Telepsychiatry supervisory chain.

The Senior Psychiatrist, Statewide Telepsychiatry, is the first-line supervisor for the San Quentin and Elk Grove Telepsychiatry staff and the Chief of Telepsychiatry is the second-line supervisor.

The Chief of Telepsychiatry is the first-line supervisor for the Rancho Cucamonga Telepsychiatry Providers and the Senior Psychiatrist.

The Executive leadership at the individual institutions do not supervise the Telepsychiatry staff.

**Site Visits**

Telepsychiatry staff are required to visit their receiving institutions every six months. During each visit, the Telepsychiatry staff will be expected to meet with the institutional Chief Psychiatrist, Chief Psychologist, Chief of Mental Health, and members of their treatment team. They will also be expected to take a tour of the institution. Telepsychiatrists are also expected to see patients face-to-face during their visit to the institution. For each visit, the minimum visit length will be one day and the maximum approved travel will be one week.

# MEMORANDUM- Employee Expectations

**Hours of Work, Meal Periods, Rest Periods, Alternate Schedules**

Article 7 of the BU 16 agreement outlines the rules regarding leaving work early, coming in late, absences and other matters pertaining to hours of work.  Staff must contact their supervisor, in advance, to report an absence, tardy, or to leave early.  Alternate work schedules are a privilege and may be revoked based on program need.

**Timesheets**

Timesheets must be signed by your first-line supervisor.  If the first-line supervisor is not available, the second-line supervisor may sign your timesheet. Line staff are not permitted to approve timesheets or leave requests for other employees.  Please review the Human Resources Timekeeping Instructions.

**Leave Requests**

Official decisions to approve/disapprove leave time are made by your first-line supervisor, not the Executive leadership at the individual institutions.  If the first-line supervisor is not available, the second-line supervisor may approve/disapprove vacation requests.

**Nonformulary Requests**

Nonformulary requests can be made directly to the Psychiatry leadership of the institutions served by Telepsychiatry staff.

**Safety Checks**

For safety purposes, management will occasionally email all staff with safety checks.  All Telepsychiatry staff scheduled to work on the day of a safety check will be responsible for immediately notifying their direct supervisor in person, by phone, or by Jabber that they are on-site and physically safe.

**Emails**

Due to operational need, you must check your emails when you arrive in the morning and again in the afternoon, just prior to leaving work.  It is also important that you check your email periodically while at work in order to stay current on events that are happening throughout the day.

# MEMORANDUM- Employee Expectations

**Jabber Account Login**

Due to operational need, it is required that you log into your Jabber account as soon as you arrive to work. Remain logged into Jabber throughout the day so supervisors, colleagues, and institution staff are able to make Jabber calls to you. Please log out of Jabber just prior to leaving work.

**Training and Credentialing**

In addition to training for new staff, there are ongoing mandatory trainings for all Telepsychiatry staff. Management will notify Telepsychiatry staff of their training obligations on an ongoing basis and provide opportunities for Telepsychiatry staff to attend these trainings. Staff are required to attend trainings as directed.

Telepsychiatry providers are required to maintain valid/ current credentials, which include, but are not limited to: DEA license, California Medical License, and BLS. In addition, CDCR staff are required to stay current on annual TB (tuberculosis) testing and information security testing. Please update your credentialing information within the appropriate timeframes per protocol.

The leadership of the DHCS, Statewide Mental Health Program is committed to the success of the Telepsychiatry program. You are a valued member of our team. I want to thank you for continued contribution as we build the Telepsychiatry program from the grass roots. As a result of your efforts and coordination much has been accomplished in a short period of time. However, we have more to achieve to continue the success and prepare for the anticipated growth of the program.

Thank you for the energy and enthusiasm that you bring to this job. Together we will create the gold standard for Telepsychiatry. It is our hope that as a team we can achieve a pleasant and rewarding work experience while fulfilling the inmate-patient care mission of CDCR, DHCS. If you have any further suggestions on how to improve or advance the goals of the Telepsychiatry Program, please share them with me. Our best days are truly ahead of us!

*[signature]*

**Edward Kaftarian, MD**
Chief of Telepsychiatry

_____
**EMPLOYEE NAME (Print)**


_____            _____
**EMPLOYEE SIGNATURE**                                              **DATE**

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758

# EXHIBIT B

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

| VOLUME 11: TELEMEDICINE SERVICES | Effective Date: January 2002 |
|---|---|
| CHAPTER 1: TELEMEDICINE SERVICES PROGRAM | Revision Date(s): January 2015 |
| 11.1.1: TELEMEDICINE SERVICES POLICY | Attachments: Yes☐ No☒ |

I.  **POLICY**

The California Correctional Health Care Services (CCHCS) shall maintain a Telemedicine Services Program in California Department of Corrections and Rehabilitation (CDCR) institutions to provide care to the patient-inmate population in accordance with applicable state law and Inmate Medical Services Policies and Procedures.

Telemedicine services shall be utilized by institutions whenever possible to reduce custodial costs for specialty services delivered outside of the institution, increase community safety by reducing transports to outside facilities, and optimize availability of specialty care for institutions where specialists in the community are not readily accessible.

Primary care telemedicine and other medical services (e.g., dietary, HIV) shall be used as a resource for institutions with recruitment and retention issues and when providers are unavailable (e.g., military leave, sick leave, maternity leave).

CCHCS Telemedicine Services shall provide oversight to the statewide Telemedicine Services Program and shall be responsible for program scheduling, guidance, auditing, reporting, and training.

The Division of Health Care Services' Mental Health Program shall provide oversight for mental health telepsychiatry services.

II. **PURPOSE**

To ensure that Telemedicine Services meet the following guidelines:
- Improve patient-inmate access to constitutionally adequate medical services utilizing telecommunications technology;
- Provide medical specialty, primary care, and other medical services (i.e., dietary services) to the patient-inmate population;
- Standardize the delivery of telemedicine services; and
- Comply with legal and regulatory requirements related to telemedicine services.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

## III. DEFINITIONS

**Telemedicine Services:** Through the Telemedicine Program, CCHCS coordinates with private health care entities to provide specialty care services using audio-visual technologies to California inmates in CDCR institutions. The Telemedicine Program links health care providers and inmates with high-definition cameras, electronic medical instruments, and voice to enhance physicians' abilities to diagnose and connect with inmates remotely.

**Telemedicine Services Program:** Provides clinical, administrative, and operational support and oversight to Telemedicine Services to statewide institutions.

## IV. RESPONSIBILITIES

The Chief Executive Officer or designee at each CDCR institution shall ensure that the Telemedicine Services Program operates in accordance with applicable state law and Inmate Medical Services Policies and Procedures.

## IV. REFERENCES

- Inmate Medical Services Policies and Procedures, Volume 4, Medical Services
- Inmate Medical Services Policies and Procedures, Volume 5, Nursing Services
- Information Technology Business Continuity Disaster Recovery Plan

# EXHIBIT C

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

| VOLUME 11: TELEMEDICINE SERVICES | Effective Date: January 2002 |
|---|---|
| CHAPTER 1: TELEMEDICINE SERVICES PROGRAM | Revision Date(s): January 2015 |
| 11.1.2: TELEMEDICINE SPECIALTY SERVICES AND PRIMARY CARE PROCEDURE | Attachments: Yes☐ No☒ |

## I. PROCEDURE OVERVIEW

The objective of this procedure is to establish the process for the California Correctional Health Care Services (CCHCS) to provide operational oversight and administrative guidance to the field when utilizing telemedicine services for medical specialty and primary care to the patient-inmate population.

Telemedicine Services works closely with institutional health care staff to meet patient-inmate clinical diagnosis and treatment needs.

As a general guideline, the institution should direct specialty consultations, office visits, and follow-ups, when medically appropriate, to telemedicine any time the institution does not have medical specialists or consultants available onsite to conduct those encounters. Telemedicine Services may arrange for telemedicine specialty providers for the institutions from a contracted provider or hub site, CCHCS Telemedicine Services headquarters, regional office, or another California Department of Corrections and Rehabilitation (CDCR) institution.

HIPAA (Health Insurance Portability and Accountability Act) compliance is required for all telemedicine services and encounters, and all telemedicine encounters shall adhere to patient-inmate confidentiality policies and procedures.

## II. DEFINITIONS

**Clinic Evaluation:** Post-telemedicine clinic documentation and data completed by the institution Telemedicine Coordinator.

**Clinical Presenter (Patient Presenter):** A nurse, midlevel provider, physician or other appropriate licensed health care provider, trained in the use of telemedicine equipment, who is available at the originating site to present the patient, manage the telemedicine peripherals, and perform any hands-on exams to complete the encounter successfully. The role of the Clinical Presenter may be interchangeable with the Telemedicine Coordinator.

**Encounter:** A telemedicine appointment.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

**Hub:** Site where the physician or other licensed practitioner delivering the service is located when the service is provided via telecommunications system. These services are provided by a medical group, physician, or group of physicians (including support staff) who may be responsible for the coordination and administration of telemedicine services at the provider site.

**Originating Site:** Institutional location of the patient where the telemedicine service is provided.

**Telemedicine Coordinator:** A nurse or other licensed health care staff responsible for the implementation, operation, and monitoring of the telemedicine program within the institution. The role of the Telemedicine Coordinator may be interchangeable with the Clinical Presenter.

## III. PROCEDURE DETAILS
### A. Program Operation and Administration

1. Telemedicine Services

   The CCHCS Telemedicine Services is responsible for statewide development, management, oversight, and evaluation of the Telemedicine Program. This includes development of referral guidelines, program policies and procedures, data collection, analysis and reporting, procurement, maintenance and repair of specialized telemedicine equipment, training on program operation, coordinating service delivery through various service sites, monitoring field operations, as well as the training and support of telemedicine staff at the institutions.

   The Division of Health Care Services' Mental Health Program is responsible for overseeing mental health telepsychiatry services.

2. Telemedicine Services Providers

   Telemedicine services are available from a variety of providers and locations including:
   a. Specialty contracted, non-CDCR providers
      1) Telemedicine Services utilizes contracted external providers to obtain the specialty medical services required by CDCR institutions. Hub providers are required to perform services from medical offices meeting HIPAA, confidentiality, and protected health information standards and guidelines.
      2) CDCR institutions that have contracted, non-CDCR medical specialists provide services onsite may also serve as a hub site providing services to other institutions via telemedicine.
      3) Non-CDCR hub providers make recommendations regarding the patient-inmates' care. These recommendations shall be reviewed by institutional primary care providers (PCP) for further action.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

b. Primary Care contracted (Registry), non-CDCR providers
Telemedicine Services utilizes contracted registry providers who physically report to Headquarters or a CCHCS designated regional office and provide primary care telemedicine services required by CDCR institutions.

c. CDCR providers
Telemedicine Services utilizes CDCR providers to obtain specialty or primary care telemedicine services required by Headquarters or CDCR institutions.

3. Contracting for Services

a. Coordination of all contracted specialty telemedicine services is facilitated through Telemedicine Services utilizing the CCHCS enterprise Preferred Provider Organization contractor.

b. Coordination of Primary Care registry providers is facilitated through Telemedicine Services utilizing current registry contractors and is billed to the requesting institution at the current negotiated rate.

c. In order to ensure coordinated service delivery, individual institutions may not contract for telemedicine services with any community provider, hospital, university, medical group, or other entity.

4. Institution Local Operating Procedures (LOP)

a. Due to the multiple inter-dependant relationships in the delivery of telemedicine services, LOPs developed by individual institutions for implementing the Telemedicine Services Program shall:
   1) Comply with the current *Telemedicine Services Inmate Medical Services Policy and Procedures*.
   2) Be submitted to Telemedicine Services for review and approval prior to local implementation or distribution.

b. Current and active LOPs should be revised annually by the institution and submitted to Telemedicine Services at the beginning of each fiscal year (July 1).

5. Information technology (IT) staff shall ensure the following:

a. Functionality of telemedicine connectivity between institutions and providers is maintained;

b. Contingency plans are in place for a catastrophic loss of primary data center connectivity, if necessary.

6. Institutional Telemedicine Coordinators

Each institution shall designate a nurse or other licensed health care staff as the Telemedicine Coordinator to provide overall service coordination and administration of the Telemedicine Program at that institution. The designated Telemedicine Coordinator (may also be designated as the Clinical Presenter) is responsible for ensuring the following:

a. Institutional needs and provider gaps are being communicated to Telemedicine Services;

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

    b. Any institution-specific procedures do not conflict with statewide *Telemedicine Services Inmate Medical Services Policy and Procedures*;

    c. Any institution-specific procedures have been reviewed and approved by Telemedicine Services prior to implementation at the institution;

    d. Required reporting (e.g., calendars, statistics, clinic evaluations) to Telemedicine Services Program;

    e. Routine system tests are performed to ensure that equipment is safe, operational, and secure;

    f. Confirmation that all necessary equipment (including peripheral devices and supplies for the telemedicine encounter) are accessible;

    g. IT staff notification regarding any loss of telemedicine connectivity in order for implementation of contingency plans by IT staff;

    h. Back-up Clinical Presenters have been identified and trained by Nursing leadership;

    i. Telemedicine equipment use or service delivery is properly coordinated with Telemedicine Services;

    j. Clinical follow-up with PCPs and case management is scheduled as required (refer to *Inmate Medical Services Policies and Procedures, Volume 4, Medical Services*)

    k. Consult notes and documents generated around encounters are routed to the institution's Telemedicine Coordinator for review and distribution per local operating procedure;

    l. Telemedicine Services is informed of any foreseeable Clinical Presenter absences as soon as possible and a back-up is identified;

    m. *Armstrong Remedial Plan* requirements and Court Orders for effective communication and accommodations are communicated to the provider, achieved, and documented for specialty contracted and Primary Care contracted (registry), non-CDCR providers. (CDCR providers are required to document effective communication and accommodations for their encounters).

7. Requesting Telemedicine Encounter Appointments - Specialty Services

    a. The institution's Telemedicine Coordinator shall contact Telemedicine Services to obtain encounter appointments by sending a Utilization Management (UM)-approved CDCR 7243, Physician Request for Services (RFS), to Telemedicine Services Scheduling staff.

    b. Telemedicine Services Scheduling staff shall make the requested appointment and communicate the schedule with the requesting institution.

    c. Telemedicine Services shall notify the institution within one (1) business day for urgent RFSs and within five (5) business days for routine RFSs, if Telemedicine Services is unable to accommodate the received RFS(s) within the required timeframes (refer to *Inmate Medical Services Policies and Procedures, Volume 4, Chapter 34.2, Utilization Management Medical Services Review Procedure*).

8. Initiating Telemedicine Encounter Appointments - Primary Care

    The institution generates a ducat list specific to the yard where the CCHCS and/or registry Telemedicine Primary Care Provider is assigned a minimum of three (3) to five (5) business days in advance of the clinic unless previously approved by the Telemedicine Services Program.

9. Telemedicine Coordinator Meetings

    Telemedicine Services may, upon request, conduct teleconferences or telecommunications meetings with Telemedicine Coordinators, Clinical Presenters, Chief Executive Officers (CEO), Chief Support Executives, Chief Medical Executives (CME), Chief Physicians and Surgeons, Physicians and Surgeons, Physician Assistants (PA), Nurse Practitioners (NP), Chief Nurse Executives (CNE), UM Nurses, Specialty Services Nurses, Information Systems Analysts, and/or other staff and stakeholders, as appropriate. These meetings shall provide a forum for information sharing and discussion, and shall assist in the standardization of services and policies.

10. Pre-service Meetings

    Prior to the first telemedicine session of any specialty or primary care encounter, Telemedicine Services staff may schedule training with the institution's Telemedicine Coordinator to test equipment, confirm access to clinical software and programs, and review data collection and reporting procedures.

**B. Institutional Data Collection Process**
1. The institution's Telemedicine Coordinator is required to complete and submit to Telemedicine Services, by close of business day of the scheduled encounter, the electronic *Telemedicine Clinic Utilization & Evaluation Data Form* using the Telemedicine Scheduling System Clinical Evaluation website found at: http://tmss:8080/workspace/.
2. A completed evaluation is required for each clinic conducted via telemedicine.
3. Data regarding the clinic (e.g., encounter durations, patient-inmate refusals, patient-inmate transfers, custody issues) is included in the Clinic Evaluations.
4. Copies of CDCR 7225, Refusal of Examination and/or Treatment, should be forwarded to Telemedicine Services.
5. When telemedicine hub site services are conducted by a CDCR physician or clinician, copies of CDCR 7225, Refusal of Examination and/or Treatment, shall be forwarded to the institution's hub site.

**C. Clinical Procedures**
1. Use of Clinical Presenters
    a. Clinical Presenter/Telemedicine Coordinator presents the patient-inmate from the originating site to the hub site telemedicine services provider and is responsible for clinical support at the institution's site during the telemedicine encounter.

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

    b. The Presenter may be a Physician, PA, NP, RN, Licensed Vocational Nurse, or other appropriate licensed health care staff, trained to use telemedicine equipment, who is available at the originating site to present the patient-inmate, manage the telemedicine peripheral examination instruments and perform any hands-on exams to complete the encounter successfully.

    **c.** Clinical presenters shall work with Telemedicine Services staff and providers to meet individual training needs.

2. Clinical Presenter Chart Review Prior to Clinic (Pre-Clinic)
    a. Clinical information shall be gathered from the CCHCS electronic health record and other sources as needed (e.g., laboratory, imaging, pharmacy) by the Telemedicine Coordinator or designated institution staff and uploaded to the Telemedicine Services secure HIPAA-compliant, web-based medical documents transfer system to be received by the identified hub designee.
    b. The clinical information required for the telemedicine appointment shall be sent to the hub designee a minimum of three (3) business days prior to the encounter. Any applicable, additional clinical information obtained between the date sent and the encounter shall be sent to the hub site provider or designee immediately.
    c. It is the responsibility of the receiving institution's Telemedicine Coordinator to review the health record prior to requesting an appointment and/or prior to the telemedicine appointment to ensure that all required testing and diagnostics have been conducted and that the results/reports have been sent to the hub provider prior to the encounter. Patient-inmates without the required work-up may not be seen until the necessary pre-work-up has been completed.

    For initial encounters, medical information shall be obtained per clinical referral guidelines, including:
    - CDCR 7243, Physician Request for Services.
    - Health care provider's progress notes and orders supporting referral.
    - Relevant laboratory studies, imaging studies, and diagnostic results.
    - Current medication profile and allergies.
    - Any additional pertinent information.
    - Effective communication accommodations shall be provided in accordance with the *Armstrong Remedial Plan* and related Court Orders.

    For follow-up encounters, medical information shall be obtained on any subsequent consults, test results, diagnostic results, work-ups, and physician's orders/recommendations requested as a result of previous encounter(s). The status of the patient-inmate's effective communication accommodations information shall be reviewed, and effective communication shall be provided in accordance with the *Armstrong Remedial Plan* and related Court Orders.

    d. All RFSs for specialty services require prior UM approval. Upon receipt of the RFS from the UM Coordinator, the Telemedicine Coordinator at the institution shall send the approved RFS to Telemedicine Services Scheduling within one (1) business day.

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

3. Use of the Health Record
   The originating institution shall have the health record available at the time of the patient-inmate's telemedicine encounter. The Clinical Presenter at the originating institution shall review the health record prior to the encounter and when necessary, or at the hub provider's request, shall provide additional information from the health record.

4. Clinic Service Follow-up (Post-Clinic)
   The Telemedicine Coordinator, with assigned patient-inmate cases, is responsible for ensuring that patient-inmate care, physician orders, and physician's recommendations related to telemedicine encounters are carried out via institution processes. After all telemedicine encounters, the Clinical Presenter shall document in the progress notes the hub provider's name, date of the encounter, complete the CDCR approved effective communication documentation, and note that the session was conducted via telemedicine.
   a. The CDCR provider shall document in the electronic health record as appropriate or complete the CDC 7221, Physician's Orders, CDCR 7230, Interdisciplinary Progress Notes, and any other CDCR approved forms and documents for the patient-inmate. These documents are sent to the institution the same day via the HIPAA-compliant, web-based medical documents transfer system. These documents are considered original, and follow the institution's process for placement of encounter documentation into the health record.
   b. The contracted, non-CDCR hub provider shall dictate a consultation and recommendations and submit the documentation via the HIPAA-compliant, web-based medical documents transfer system within three (3) business days to the institution's Telemedicine Coordinator at the originating site. These are considered to be the original records and are routed per the institution's process for placement into the health record.

5. Telemedicine Appointment Refusals or Failure to Appear for Appointments
   a. If a patient-inmate is a "no show" for a scheduled telemedicine encounter, the Clinical Presenter shall contact:
      1) The housing unit supervisor to ascertain the reason for the "no show" and record the reason given in the health record.
      2) The PCP shall determine, as clinically indicated, when the patient-inmate should be rescheduled. If the PCP determines that the patient-inmate does not need to be rescheduled for a clinical encounter, the PCP shall document the reason in the electronic health record as appropriate or on a CDCR 7230, Interdisciplinary Progress Notes. The CDCR 7230, Interdisciplinary Progress Notes, shall be sent to the institution the same day via the HIPAA-compliant, web-based medical documents transfer system and follow the institution's process for placement of encounter documentation into the health record.

    b. If the patient-inmate "refuses" the clinical encounter, the Clinical Presenter shall document the reason in the electronic health record as appropriate or complete a CDCR 7230, Interdisciplinary Progress Notes, documenting the refusal, and a CDCR 7225, Refusal of Examination and/or Treatment.  Refusals shall be filed in the health record and a copy sent to Telemedicine Services by the Telemedicine Coordinator or their support staff.

    c. While patient-inmates may refuse medical services, they may not refuse based on the modality of the encounter (telemedicine).

6. Patient-inmate Consent for Telemedicine encounters
California Code of Regulations, Section 2290.5(j), specifically exempts correctional patient-inmates from Section 2290.5 requirements for consent.

**D. Technical Procedures**
1. Initiating the Telemedicine Session
The institution receiving telemedicine services shall be responsible for initiating the telemedicine session; however, should technical problems prohibit the session from occurring, the technical support staff shall assist the institution in establishing the telemedicine connection.  If a problem occurs outside of a scheduled encounter, the Telemedicine Coordinator, Clinical Presenter, or designated representative shall submit a Solution Center ticket and Headquarters Integrated Communication Technologies Unit (Telemedicine IT) shall be contacted by e-mail at cdcrcphcsittelemedsupport@cdcr.ca.gov.  All telemedicine encounters shall be encrypted per CDCR specifications.

2. Technical Support
Technical support is available from local IT staff at the institution, through the Solution Center, and Telemedicine IT. Equipment and network problems can be reported anytime by phone or e-mail. Urgent equipment and network problems on the day of the clinic should be directed immediately to Telemedicine IT.

**IV. REFERENCES**
- Inmate Medical Services Policies and Procedures, Volume 4, Medical Services
- Inmate Medical Services Policies and Procedures, Volume 4, Chapter 34.2, Utilization Management Medical Services Review Procedure
- Inmate Medical Services Policies and Procedures, Volume 5, Nursing Services
- Information Technology Business Continuity Disaster Recovery Plan