DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:   (415) 882-8200

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

EDMUND G. BROWN, JR., et al.,

Defendants.

Case No. 2:90-CV-00520-KJM-DAD

**[PROPOSED] ORDER RE: DEFENDANTS' REPORT ON REVIEW OF MENTAL HEALTH STAFFING**

Judge:   Hon. Kimberly J. Mueller

[1539623-2]

1    On February 2, 2015, Defendants filed a Report on Review of Mental Health

2 Staffing ("the Report"), pursuant to this Court June 19, 2014 and August 29, 2014 orders

3 (Dkts. No. 5171 and 5210, respectively).  On February 13, 2015, Plaintiffs requested leave

4 of this Court to file a response, which was granted on February 18, 2015 (Dkts. No. 5277

5 and 5279, respectively).  On February 23, 2015, Plaintiffs filed their Objections To

6 Defendants' Report On Review Of Mental Health Staffing And Request For Further Court

7 Orders and the related Ells declaration and exhibits (Dkt. No. 5281).

8    After careful consideration of the record, the parties' submissions, and the

9 accompanying declarations and exhibits, and good cause appearing, IT IS HEREBY

10 ORDERED:

11    1.  Defendants shall work with the Special Master over the next 60 days to

12 develop a formal written description of the Psychiatric Medical Assistant position and a

13 process, including benchmarks and timeframes, for evaluating the success of the position.

14    2.  Defendants shall not modify their mental health staffing plan, approved by

15 this Court's June 13, 2002 Order (Docket No. 1383), without a further Order of this Court

16 preceded a by formal noticed motion.

17    3.  Defendants shall file within 15 days with this Court a detailed plan outlining

18 (1) the amount of a pay differential they believe is necessary to increase hiring and

19 retention of psychiatrists at High Desert State Prison, Pelican Bay State Prison, Pleasant

20 Valley State Prison, Avenal State Prison, Corcoran State Prison and the Substance Abuse

21 Treatment Facility; (2) their basis for arriving at that amount; and (3) the date the pay

22 differential will be in place, which shall in no case be no later than the start of the new

23 fiscal year, July 1, 2015.

24    4.  Defendants shall provide the Special Master with updates on the status of

25 their pay differential proposal every thirty days until it is fully implemented, including a

26 description of all steps they have taken and plan to take to expedite approval and funding

27 of the pay differential, as well as specifying any barriers preventing the differential from

28 taking effect.

1

5.      Defendants shall file by December 15, 2015 a detailed report as to whether the targeted pay differentials at the six institutions have been sufficient to recruit and retain psychiatrists.  They shall also include a detailed evaluation, based on objective market factors, of whether CDCR's psychiatrist compensation (including both starting salary, bonuses, and other benefits) is in line with private sector and other public sector psychiatrist positions within California and nationwide.  Defendants shall also, in the same filing, inform the Court whether or not the targeted pay differentials for psychiatrists will be changed in any way, whether psychiatrist compensation will be changed for all CDCR psychiatrists, or any other measures they will be recommending to address any ongoing shortages of psychiatrists and other clinical staff.

6.      Defendants shall develop within 60 days, in consultation with the Special Master team and Plaintiffs, telepsychiatry policies and procedures to ensure that telepsychiaty is safely and appropriately utilized to provide care to *Coleman* class members.

7.      Defendants shall file a report within 15 days stating whether the headquarters-based senior psychiatrist position overseeing the telepsychiatry program is budgeted and currently filled, and if not, what steps they are taking to immediately address the problem.

8.      The Special Master shall monitor Defendants' progress in implementing the staffing proposals discussed in the Report, and shall file an update with the Court on the subject within 180 days.


**IT IS SO ORDERED.**

DATED: _____, 2015        _____

Kimberly J. Meuller
Judge of the United States District Court