KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE RESPONSE AND OPPOSITION TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' REPORT ON REVIEW OF MENTAL HEALTH STAFFING AND MOTION/REQUEST FOR FURTHER ORDERS** |

On February 2, 2015, Defendants filed their report on the court-ordered review of mental health staffing within the California Department of Corrections and Rehabilitation (CDCR). (ECF No. 5269.) Defendants met-and-conferred with the Special Master and Plaintiffs on multiple occasions before filing the report, and provided details about Defendants' review and the specific initiatives included in the report. (*Id.* at 5.)

On February 13, 2015, without notice or further attempt to meet-and-confer, Plaintiffs sought leave to file a "response" to CDCR's staffing report. (ECF No. 5277.) Plaintiffs' request was granted by minute order issued on February 18, 2015. (ECF No. 5279.) On February 23, 2015, instead of filing a response, Plaintiffs filed objections accompanied by an unnoticed motion

1

for further court orders. (ECF No. 5281.) Plaintiffs' request for further affirmative relief exceeds the scope and substance of the review ordered by the Court on June 19, 2014.

Plaintiffs' request is also procedurally improper under Federal Rule of Civil Procedure 7, as it requests relief by court order without noticing a motion to support such relief. Any request to alter the June 19, 2014 order should have been raised in a timely motion for reconsideration. Plaintiffs' request should be denied. However, if the Court is inclined to consider Plaintiffs' objections and request for further orders, Defendants should be permitted to file an opposition.

Accordingly, Defendants request leave to file an opposition to Plaintiffs' objections and motion no later than March 16, 2015.

Dated: February 25, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

 /S/ ELISE OWENS THORN
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
11760136.doc

2

Defs.' Req. for Leave to File Opp. to Pls.' Obj. to Staffing Rpt. and Req. for Further Orders (2:90-cv-00520 KJM DAD)