IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM DAD |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On February 25, 2015, Defendants filed a request for leave to file an opposition to Plaintiffs' Objections to Defendants' Report on Review of Mental Health Staffing and Request for Further Court Orders no later than March 16, 2015.

Good cause appearing, Defendants' request is GRANTED.

**IT IS SO ORDERED.**

Dated: _____     _____
                                              Kimberly J. Mueller
                                              Judge of the United States District Court

1