KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**STIPULATED REQUEST FOR SECOND EXTENSION OF TIME TO FILE RESPONSES & OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON CDCR'S IMPLEMENTATION OF POLICIES AND PROCEDURES ON RULES VIOLATION REPORTS AND [PROPOSED] ORDER** |

### STIPULATION

On April 10, 2014, this Court issued an order directing the Special Master to report to the Court on whether Defendants have adequately implemented the Rules Violation Report (RVR) policies and procedures that were agreed to in 2011. (Order at 72, ECF No. 5131, Apr. 10, 2014.) The Special Master filed his report, titled *Special Master's Report on the California Department of Corrections and Rehabilitation's Implementation of Policies and Procedures on Rules Violation Report*, on January 30, 2015. (ECF No. 5266.)

/ / /

1

Stip. Req. for Second Extension of Time to File Resp. & Obj. to RVR Report and [Proposed] Order
(2:90-cv-00520 KJM DAD PC)

The parties have conferred and agree that additional time is necessary for the parties to continue meeting and conferring to determine if they are able to agree on additional measures related to the mental health assessments and the RVR process, as well as to prepare and file their respective responses to the Special Master's January 30 report. Defendants have also conferred with the Special Master, and he has agreed to the stipulated extension of time.

The parties, in agreement with the Special Master, therefore stipulate that the time for the parties to file responses to the January 30 report should be extended for thirty (30) days until April 3, 2015.

Dated:  February 26, 2015                    KAMALA D. HARRIS, ATTORNEY GENERAL
                                             FOR THE STATE OF CALIFORNIA


                                             /s/ CHRISTINE M. CICCOTTI
                                             CHRISTINE M. CICCOTTI
                                             Deputy Attorney General
                                             *Attorney For Defendants*


Dated:  February 26, 2015                    ROSEN BIEN GALVAN & GRUNFELD LLP


                                             /s/ MICHAEL W. BIEN
                                             MICHAEL W. BIEN
                                             *Attorney For Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.


DATED: _____, 2015


                                             _____
                                             KIMBERLY J. MUELLER
                                             Judge, United States District Court

2