# NOTICE - DECISION IN MENTAL HEALTH CARE CLASS ACTION

## (*Coleman v. Brown*)



On September 13, 1995, a federal court in Sacramento ruled that the CDCR violated the cruel and unusual punishment clause of the Constitution by failing to provide adequate mental health care.  The ruling was in a case called *Coleman v. Wilson* (now *Coleman v. Brown)*.  The case covers all prisoners with serious mental disorders housed in California state prisons.  The case continues today.  The Court's 1995 Order is available for review in your prison law library.

There have been numerous additional Orders from the Court requiring specific changes.  Some of the areas addressed include:  screening, treatment programs, staffing, accurate and complete records, medication distribution, inpatient psychiatric care, segregation, use of force, the disciplinary process and suicide prevention.

The Court has approved CDCR's plan for providing mental health care. That plan is now set forth in the "Mental Health Services Delivery System Program Guide."  CDCR also is modifying policies that may have discriminated against prisoners with psychiatric disabilities and will allow class members to request reasonable accommodations. The Court has appointed a Special Master who, among other things, monitors and reports on CDCR's compliance with the mental health Program Guide and CDCR policies.

The lawyers representing the prisoners are:

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964-0001

Michael W. Bien
Rosen Bien Galvan & Grunfeld, LLP
P.O. Box 390
San Francisco, CA  94104-0390

Prison officials are represented by lawyers in the California Attorney General's office:

Deputy Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA  94244

(Revised January 2015)

[1495744-2]