1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12

RALPH COLEMAN, et al.,

Case No. 2:90-cv-00520 KJM DAD

13

Plaintiffs,

ORDER

14

v.

15

EDMUND G. BROWN JR., et al.,

16

Defendants.

17
18    On February 25, 2015, defendants filed a request for leave to file an opposition to

19   Plaintiffs' Objections to Defendants' Report on Review of Mental Health Staffing and Request

20   for Further Court Orders no later than March 16, 2015.

21    Good cause appearing, defendants' request is GRANTED.

22    IT IS SO ORDERED.

23   DATED:  March 2, 2015.

24
25   _____
     UNITED STATES DISTRICT JUDGE
26
27
28