MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

JEFFREY L. BORNSTEIN – 099358
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ 2:90-cv-0520 KJM - DAD<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2014**<br><br>Judge: Hon. Dale A. Drozd |

[2635647-1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2014

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2014 to Defendants via overnight delivery on January 28, 2015. The parties completed their meet and confer process on March 5, 2015. The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2014, with an agreement to reduce claimed amounts to a total of $423,649.46. Attached hereto as Exhibit A is a chart setting forth the balance currently due for the Fourth Quarter of 2014, which will become due and owing forty-five days from the entry of this Order.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $423,649.45 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 2, 2015 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: March 10, 2015

/s/Christine M. Ciccotti
Christine M. Ciccotti
Deputy Attorney General
Attorneys for Defendants

DATED: March 10, 2015

/s/Lisa Ells

Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: March 23, 2015

dad1.civilrights
colemanaf4q2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

[2635647-1]