KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD<br><br>**STIPULATION AND [PROPOSED] ORDER DISCHARGING ORDERS REQUIRING MONTHLY REPORTS** |

The Parties to the above-captioned case, through their counsel, stipulate as follows:

1. On June 13, 2002, the Court ordered that Defendants provide the Special Master with monthly statistical data on allocated and vacant medical technical assistant positions in each CDC facility. (Docket No. 1384 at 2.)

2. On January 12, 2004, the Court ordered Defendants to include statistics on contracted registered nurses in their monthly reports on contracted services submitted to the monitor. (Docket No. 1559 at 2.)

3. On January 26, 2005, the Court ordered Defendants to submit a status report to the Special Master on the progress of the implementation of the expanded Intermediate Care and Day

[1495012-1]                                                  1

Treatment programs at California Medical Facility every two weeks until the expanded programs are fully implemented. (Docket No. 1638.) On July 24, 2007, the Court modified the January 26, 2005 order and ordered Defendants to submit status reports on the Intermediate Care and Day Treatment Programs at California Medical Facility on a monthly basis. (Docket No. 2321 at 2.)

4. On October 31, November 14, and November 21, 2014, the Parties and representatives of the Special Master met to review the reports filed with the Court or submitted to the Special Master each month. The Parties reached an agreement that the reports identified in paragraphs 1, and 2 above no longer serve a useful purpose and may be discontinued. As to the reports identified in paragraph 3 above, the parties agree that separate reporting of the inpatient programs at CMF is no longer necessary and may be discontinued given that Defendants also provide a consolidated report covering all inpatient programs, including the programs at CMF, as part of Defendants' ongoing monthly reporting. The parties have also conferred with the Special Master, and he agrees with this agreement reached between the parties.

5. Accordingly, the Parties, in agreement with the Special Master, respectfully request that the Court enter an order discharging the obligation to submit the above-discussed reports required by the above-identified orders (ECF Nos. 1384, 1559, & 2321.)

IT IS SO STIPULATED.

Dated: April 1, 2015

KAMALA D. HARRIS
Attorney General of California

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: April 1, 2015

*/s/ Thomas Nolan*
ROSEN BIEN GALVAN & GRUNFELD LLP
*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2015

_____
KIMBERLY J. MUELLER
Judge, United States District Court

CF1997CS0003
11823628.doc

[1495012-1]  3