1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   PATRICK R. MCKINNEY
4  Supervising Deputy Attorneys General
   MANEESH SHARMA, State Bar No. 280084
5  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone: (415) 703-5553
7   Fax: (415) 703-1234
    E-mail:  maneesh.sharma@doj.ca.gov
8  *Attorneys for Defendants*

   Hanson Bridgett LLP
   JERROLD C. SCHAEFER, State Bar No. 39374
   PAUL B. MELLO, State Bar No. 179755
   WALTER R. SCHNEIDER, State Bar No. 173113
   SAMANTHA D. WOLFF, State Bar No. 240280
   MEGAN OLIVER THOMPSON, SBN 256654
    425 Market Street, 26th Floor
    San Francisco, California 94105
    Telephone:   (415) 777-3200
    Fax:  (415) 541-9366
    E-mail: pmello@hansonbridgett.com

9

10        IN THE UNITED STATES DISTRICT COURTS

11     FOR THE EASTERN DISTRICT OF CALIFORNIA

12     AND THE NORTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14   PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| 15  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM DAD PC |
| 16                           Plaintiffs, | **THREE-JUDGE COURT** |
| 17          **v.** | |
| 18  **EDMUND G. BROWN JR., et al.,** | |
| 19                           Defendants. | |
| 20 | |
| 21  **MARCIANO PLATA, et al.,** | C01-1351 TEH |
| 22                           Plaintiffs, | **THREE-JUDGE COURT** |
| 23          **v.** | |
| 24  **EDMUND G. BROWN JR., et al.,** | **DEFENDANTS' APRIL 2015 STATUS & BENCHMARK REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |
| 25 | |
| 26                           Defendants. | |

27

28

1    The State submits this status and benchmark report on the current in-state and out-of-state

2    adult prison populations and the measures being taken to reduce the prison population in response

3    to the Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request

4    for Extension of December 31, 2013 Deadline (February 10, 2014 Order).

5    Exhibit A sets forth the current design bed capacity, population, and population as a

6    percentage of design bed capacity for each state prison and for all state prisons combined. As of

7    April 8, 2015, 111,863 inmates were housed in the State's 34 adult institutions, which amounts to

8    135.3% of design bed capacity, and 8,394 inmates were housed in out-of-state facilities.[1] The

9    current population continues to remain below the court-ordered reduction to 137.5% of design

10   bed capacity, and is roughly 5,167 inmates below the February 28, 2015 benchmark of 141.5% of

11   design bed capacity. (*See* Ex. A.) Exhibit B sets forth the status of the measures detailed in the

12   February 10, 2014 Order that Defendants have implemented to reduce the prison population.

13   (ECF 2766/5060 at ¶¶ 4-5.)

14

15   Dated:  April 15, 2015                              KAMALA D. HARRIS
                                                          Attorney General of California
16
                                                          By:  */s/ Patrick R. McKinney*
17                                                             PATRICK R. MCKINNEY
                                                              Supervising Deputy Attorney General
18                                                            *Attorneys for Defendants*

19   Dated:  April 15, 2015                              HANSON BRIDGETT LLP

20                                                        By:  */s/ Paul B. Mello*
                                                             PAUL B. MELLO
21                                                            *Attorneys for Defendants*

22

23

24

25

26

27   _____
     [1] The data in Exhibit A is taken from CDCR's April 8, 2015 weekly population report, available
     on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_
28   Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf

1