UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DAD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to the undersigned by the assigned District Judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of March 2015 and will, by this order, direct that it be paid.

In addition, the Special Master's bill for services for February 2015 totaled $530,622.14. By order filed March 24, 2015, ECF No. 5294, the Clerk of the Court was directed to pay to the Special Master $470,000.00 of that total pending further deposits into the interest-bearing account from which payment for those services is made. On April 15, 2015, defendants made an additional payment into that account. Accordingly, the court will by this order direct the Clerk of the Court to pay the withheld amount together with the full amount for the services provided by the Special Master in March 2015.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

> Matthew A. Lopes, Jr., Esq.
> Special Master
> Pannone Lopes Devereaux & West LLC
> 317 Iron Horse Way, Suite 301
> Providence, RI 02908

the amount of $60,622.14 to complete payment for services rendered in February 2015 together with the amount of $547,456.79 for services rendered in March 2015 in accordance with the attached statement, for a total of $608,078.93; and

2. A copy of this order shall be served on the financial department of this court.

Dated: April 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole15.mar

2

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
| Plaintiffs, | : | |
| | : | **No. Civ. S-90-0520 LKK JFM P** |
| v. | : | |
| | : | |
| **EDMUND G. BROWN, JR., et al.** | : | |
| Defendants. | : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through March 31, 2015.

Matthew A. Lopes, Jr., Special Master
    Services                $12,856.00
    Disbursements     $28,066.35

        Total amount due          $40,922.35

Mohamedu F. Jones, J.D., Deputy Special Master

    Services                $41,660.00
    Disbursements     $      0.00

        Total amount due          $41,660.00

Linda E. Holden, J.D., Deputy Special Master

    Services                $35,100.00
    Disbursement      $      0.00

        Total amount due          $35,100.00

Kerry F. Walsh, J.D.
    Services                $35,779.50
    Disbursements     $      0.00

        Total amount due          $35,779.50

Kristina M. Hector, J.D.
    Services                $40,052.00
    Disbursements     $      0.00

        Total amount due          $40,052.00

Steven W. Raffa, J.D.
    Services                $44,336.00
    Disbursements     $      0.00

        Total amount due          $44,336.00

Kerry C. Hughes, M.D.
    Services                    $29,826.00
    Disbursements       $ 6,189.47

    Total amount due                     $36,015.47

Jeffrey L. Metzner, M.D.
    Services                    $27,707.00
    Disbursements       $ 3,545.34

    Total amount due                     $31,252.34

Kathryn A. Burns, MD, MPH
    Services                    $    750.00
    Disbursements       $      0.00

    Total amount due                     $    750.00

Mary Perrien, Ph.D.
    Services                    $27,028.00
    Disbursements       $ 2,123.50

    Total amount due                     $29,151.50

Patricia M. Williams, J.D.
    Services                    $15,355.50
    Disbursements       $ 1,407.73

    Total amount due                     $16,763.23

Henry A. Dlugacz, MSW, J.D.
    Services                    $13,166.00
    Disbursements       $ 1,288.08

    Total amount due                     $14,454.08

I.C. Haunani Henry
    Services                    $ 3,290.00
    Disbursements       $      0.00

    Total amount due                     $ 3,290.00

Lindsay M. Hayes
    Services                    $29,310.00
    Disbursements       $ 4,501.11

    Total amount due                     $33,811.11

Timothy A. Rougeux
    Services                   $21,290.84
    Disbursements      $    511.00

    Total amount due               $21,801.84

Cynthia A. Radavsky, M.Ed
    Services                   $17,867.50
    Disbursements      $    705.63

    Total amount due               $18,573.13

Roderick Q. Hickman
    Services                   $13,715.50
    Disbursements      $        0.00

    Total amount due               $13,715.50

Maria Massotta, Psy.D.
    Services                   $16,780.84
    Disbursements      $ 1,871.33

    Total amount due               $18,652.17

Karen Rea PHN, MSN, FNP
    Services                   $36,310.20
    Disbursements      $    664.63

    Total amount due               $36,974.83

Barbara Seldin, PH.D
    Services                   $31,593.10
    Disbursements      $ 2,808.64

    Total amount due               $34,401.74

**TOTAL AMOUNT TO BE REIMBURSED**        **$547,456.79**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

5