KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-4025
Fax: (916) 324-5205
E-mail: Christine.Ciccotti@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**STIPULATED RESPONSE AND ORDER ON THE SPECIAL MASTER'S REPORT ON CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S IMPLEMENTATION OF POLICIES AND PROCEDURE ON RULES VIOLATION REPORTS** |

On January 30, 2015, the Special Master filed his report, as required by this Court's April 10, 2014 order, (ECF No. 5131) on the California Department of Corrections and Rehabilitation's (CDCR) implementation of policies and procedures related to Rules Violation Reports (RVR). (ECF No. 5266.) The report included four recommendations. (*Id.* at 25-26.)

The parties met-and-conferred with the Special Master's team on February 19, February 27, March 12, March 17, March 23, April 1, and April 2, 2015, to discuss the Special Master's recommendations and the RVR process. During this meet-and-confer process, the parties, in coordination with the Special Master, made several modifications to CDCR's RVR policies and

procedures, in response to the Special Master's Report.

The parties have agreed to revise the 2011 RVR policies, procedures, and staff training that were the subject of the report. As such, CDCR will implement the following:

a. Revised Title 15, Sections 3310(d), 3315(h), 3317, 3317.1, 3317.2 (Attachment 1; in draft form);

b. Revised Departmental Operating Manual Section 52080.5.8 (Attachment 2; in draft form);

c. Revised Mental Health Assessment Form (115-MH) (Attachment 3; in draft form); and

d. Memorandum entitled "Implementation of Rules Violation Report Exclusions and Documentation of Rules Violations in an Alternate Manner Based on Clinical Input for all Inmate Participants in the Mental Health Services Delivery System" (Attachment 4; in draft form)

As a result, the parties, with the concurrence of the Special Master, stipulate as follows:

**STIPULATION**

**Recommendation No. 1**

1. The first recommendation in the report states: "CDCR shall immediately end the practice of using inmate workers in any aspect of the RVR process." (ECF No. 5266 at 25.) The parties have agreed that CDCR will eliminate the use of inmate workers in the RVR process entirely by upgrading its Strategic Offender Management System (SOMS). (*See* Attachment 5.) This SOMS upgrade will allow CDCR staff to directly input information into the RVR forms, thus removing inmate clerks from this process. CDCR will implement this measure within 12 months from the date the Court approves this Stipulation and Proposed Order, and will make a good-faith effort to accelerate implementation.

2. In the interim, CDCR will not use inmate clerks in the RVR process for inmates who receive RVRs while housed in a Mental Health Crisis Bed, or in an inpatient program within a CDCR prison (which includes DSH-Stockton, Salinas Valley Psychiatric Program, Vacaville Psychiatric Program, the San Quentin Psychiatric Inpatient Program, and the California

Institution for Women Psychiatric Inpatient Program.) (*See* Attachment 5.)

3. Also in the interim, for RVRs issued to any participant in the Mental Health Services Delivery System, CDCR will not use inmate clerks to type RVR hearing summaries or RVR dispositions, or file or otherwise track completed RVRs. (*See* Attachment 1.) CDCR proposes to implement these interim measures concurrently with the revised RVR policies outlined above.

**Recommendation No. 2**

4. The second recommendation in the report states: "CDCR shall devise an RVR quality improvement process for incorporation into its Quality Improvement Tool (CQIT) and conduct regular quality improvement reviews of the RVR process, including but not limited to the staff training aspects of the RVR process, in all of its institutions."

5. Consistent with Recommendation No. 2, CDCR will revise its Continuous Quality Improvement Tool (CQIT) to include a quality improvement process for RVRs and to conduct regular RVR reviews.

**Recommendation No. 3**

6. The third recommendation in the report states: "Within 243 days, CDCR shall implement, under the guidance of the Special Master, its program of RVR mandatory initial and ongoing training/re-training of all clinical and custody staff who are involved in the RVR process."

7. Consistent with Recommendation No. 3, CDCR will work with the Special Master to develop and implement mandatory training on the revised policies and procedures outlined above, for clinical and custody staff who are involved in the RVR process. CDCR will implement these policies and procedures, and training thereon, within the 243 day timeframe recommended by the Special Master in the report.

**Recommendation No. 4**

8. The fourth recommendation in the report states: "Following the 243-day period for implementation of the staff training/re-training program, the Special Master shall conduct a review of staff training/re-training on the RVR process in all CDCR institutions, and shall report

to the Court on his findings no later than 90 days after the completion of his review."

9. Consistent with Recommendation No. 4, the parties agree that the Special Master will review and report on CDCR's training on the revised policies and procedures.

Dated: April 3, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

***Christine M. Ciccotti***

CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*

***Michael W. Bien***

MICHAEL W. BIEN
*Attorney for Plaintiffs*

**ORDER**

The court approves the foregoing stipulation, and orders compliance with its provisions.

IT IS SO ORDERED.

DATED: May 1, 2015.

UNITED STATES DISTRICT JUDGE