KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5553
 Fax: (415) 703-1234
 E-mail: maneesh.sharma@doj.ca.gov

Hanson Bridgett LLP
JERROLD C. SCHAEFER, State Bar No. 39374
PAUL B. MELLO, State Bar No. 179755
WALTER R. SCHNEIDER, State Bar No. 173113
SAMANTHA D. WOLFF, State Bar No. 240280
MEGAN OLIVER THOMPSON, SBN 256654
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>            Plaintiffs,<br><br>   v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>            Plaintiffs,<br><br>   v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>            Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' MAY 2015 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to reduce the prison population in response to the Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order).

Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. As of May 13, 2015, 111,341 inmates were housed in the State's 34 adult institutions, which amounts to 134.6% of design bed capacity, and 8,060 inmates were housed in out-of-state facilities.[1] The current population is 2,381 inmates below the final court-ordered population benchmark of 137.5% of design bed capacity, and has been under that benchmark since February 2015. (*See* Ex. A.) Exhibit B sets forth the status of the measures detailed in the February 10, 2014 Order that Defendants have implemented to reduce the prison population. (ECF 2766/5060 at ¶¶ 4-5.)

Dated:  May 15, 2015

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
  PATRICK R. MCKINNEY
  Supervising Deputy Attorney General
  *Attorneys for Defendants*

Dated:  May 15, 2015

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
  PAUL B. MELLO
  *Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's May 13, 2015 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf