AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA, SACRAMENTO DIVISION__

RALPH COLEMAN, et al.
      Plaintiff(s),

V.

EDMUND G. BROWN, JR., et al.
      Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:90-cv-00520 LKK

Notice is hereby given that, subject to approval by the court, __California Correctional Peace Officers Assoc.__ substitutes
(Party (s) Name)

__Jennifer S. Stoughton, Messing Adam & Jasmine LLP__, State Bar No. __238309__ as counsel of record in place
(Name of New Attorney)

place of __Jennifer S. Stoughton, Carroll, Burdick & McDonough LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   Messing Adam & Jasmine LLP
 Address:    580 California Street, Suite 1600, San Francisco, CA 94104
 Telephone:   916-446-5297        Facsimile 916-448-5047
 E-Mail (Optional): jennifer@majlabor.com

I consent to the above substitution.
Date:  4-2-15

California Correctional Peace Officers' Association
_(signature)_
(Signature of Party (s))

I consent to being substituted.
Date:  4-2-15

Carroll, Burdick & McDonough LLP
_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:  4/2/15

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]