AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA, SACRAMENTO DIVISION

RALPH COLEMAN, et al.
  Plaintiff(s),

V.

EDMUND G. BROWN, JR., et al.
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:90-cv-00520 LKK

Notice is hereby given that, subject to approval by the court, __California Correctional Peace Officers Assoc.__ substitutes
(Party (s) Name)

__Gregg McLean Adam, Messing Adam & Jasmine LLP__, State Bar No. __203436__ as counsel of record in place
(Name of New Attorney)

place of __Gregg McLean Adam, Carroll, Burdick & McDonough LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Messing Adam & Jasmine LLP |
| Address: | 580 California Street, Suite 1600, San Francisco, CA 94104 |
| Telephone: | 916-446-5297     Facsimile 916-448-5047 |
| E-Mail (Optional): | gregg@majlabor.com |

I consent to the above substitution.

Date: 4-2-15

California Correctional Peace Officers' Association

(Signature of Party (s))

I consent to being substituted.

Date: 4-2-15

Carroll, Burdick & McDonough LLP

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/2/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]