UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>             Plaintiffs - Appellees,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., Governor of the State of California; et al.,<br><br>            Defendants - Appellants. | No. 13-15931<br><br>D.C. No. 2:90-cv-00520-LKK-JFM<br>Eastern District of California,<br>Sacramento<br><br><br>ORDER |

The parties' Stipulated Motion to Voluntarily Dismiss Appeal is GRANTED.

Defendants-Appellants shall bear the costs of appeal. The copy of this order

constitutes the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk