**EXHIBIT A-- FEES SUMMARY**

Hecker v. Brown Fees

August 21, 2003 through September 30, 2014

**Rosen Bien Galvan & Grunfeld LLP**

| Name | Actual Hours | Claimed Hours | 2014 Market Rate | Amount at Market Rate | PLRA Rate Rate | Amount at PLRA Rate | Compromised Amount |
|------|-------------|---------------|------------------|----------------------|----------------|---------------------|---------------------|
| Michael W. Bien | 229.70 | 227.90 | $800.00 | $182,320.00 | $211.50 | $48,200.85 | $42,476.61 |
| Gay C. Grunfeld | 5.10 | 5.10 | $675.00 | $3,442.50 | $211.50 | $1,078.65 | $950.55 |
| Ernest Galvan | 133.90 | 126.00 | $650.00 | $81,900.00 | $211.50 | $26,649.00 | $23,484.22 |
| Jane E. Kahn | 43.90 | 43.90 | $580.00 | $25,462.00 | $211.50 | $9,284.85 | $8,182.20 |
| Thomas Nolan | 122.50 | 121.50 | $550.00 | $66,825.00 | $211.50 | $25,697.25 | $22,645.50 |
| Aaron J. Fischer | 5.60 | 2.30 | $460.00 | $1,058.00 | $211.50 | $486.45 | $428.68 |
| Lisa A. Ells | 3.30 | 3.30 | $470.00 | $1,551.00 | $211.50 | $697.95 | $615.06 |
| Blake Thompson | 211.60 | 206.20 | $450.00 | $92,790.00 | $211.50 | $43,611.30 | $38,432.11 |
| Michael L. Freedman | 0.20 | 0.20 | $440.00 | $88.00 | $211.50 | $42.30 | $37.28 |
| Margot Knight Mendelson | 0.30 | 0.30 | $410.00 | $123.00 | $211.50 | $63.45 | $55.91 |
| Kevin E. Jones | 0.40 | 0.40 | $290.00 | $116.00 | $211.50 | $84.60 | $74.55 |
| Glenn M. Baldwin | 0.50 | 0.30 | $230.00 | $69.00 | $211.50 | $63.45 | $55.91 |
| Eric L. Luttrell | 1.80 | 1.80 | $250.00 | $450.00 | $211.50 | $380.70 | $335.49 |
| Haruka Roudebush | 0.50 | 0.50 | $230.00 | $115.00 | $211.50 | $105.75 | $93.19 |
| Doris Tseng | 0.90 | 0.90 | $230.00 | $207.00 | $211.50 | $190.35 | $167.74 |
| Alissa B. Cambier | 0.20 | 0.20 | $230.00 | $46.00 | $211.50 | $42.30 | $37.28 |
| Amy E. Whelan | 194.80 | 189.70 | $500.00 | $94,850.00 | $211.50 | $40,121.55 | $35,356.79 |
| Anne H. Mania | 0.90 | 0.90 | $500.00 | $450.00 | $211.50 | $190.35 | $167.74 |
| Diana Ruslani | 0.90 | 0.00 | $230.00 | $0.00 | $211.50 | $0.00 | $0.00 |
| Daniel Markman | 98.10 | 97.50 | $230.00 | $22,425.00 | $211.50 | $20,621.25 | $18,172.31 |
| Emily Harpster | 16.00 | 15.80 | $230.00 | $3,634.00 | $211.50 | $3,341.70 | $2,944.85 |
| Elizabeth Avery | 1.10 | 1.10 | $260.00 | $286.00 | $211.50 | $232.65 | $205.02 |
| Nura Maznavi | 8.40 | 6.40 | $490.00 | $3,136.00 | $211.50 | $1,353.60 | $1,192.85 |
| Hugo Cabrera | 102.80 | 93.70 | $230.00 | $21,551.00 | $211.50 | $19,817.55 | $17,464.06 |
| Holly Baldwin | 69.30 | 59.70 | $550.00 | $32,835.00 | $211.50 | $12,626.55 | $11,127.05 |
| Irma Aguirre | 6.70 | 0.60 | $230.00 | $138.00 | $211.50 | $126.90 | $111.83 |
| Janet Tung | 4.90 | 0.00 | $490.00 | $0.00 | $211.50 | $0.00 | $0.00 |
| James Dye | 7.10 | 7.10 | $290.00 | $2,059.00 | $211.50 | $1,565.10 | $1,379.23 |
| Karen Stilber | 0.30 | 0.30 | $270.00 | $81.00 | $211.50 | $63.45 | $55.91 |
| Kathleen Johnson-Silk | 376.00 | 306.50 | $230.00 | $70,495.00 | $211.50 | $64,824.75 | $57,126.29 |
| Kate Richardson | 1.80 | 1.80 | $230.00 | $414.00 | $211.50 | $380.70 | $335.49 |
| Kenneth M. Walczak | 753.20 | 703.80 | $490.00 | $344,862.00 | $211.50 | $148,853.70 | $131,176.13 |
| Kim Le | 630.50 | 554.10 | $230.00 | $127,443.00 | $211.50 | $117,192.15 | $103,274.64 |
| Kaylie Simon | 152.10 | 131.40 | $180.00 | $23,652.00 | $211.50 | $27,791.10 | $24,490.68 |
| Leslie Thornton | 5.00 | 5.00 | $260.00 | $1,300.00 | $211.50 | $1,057.50 | $931.91 |
| Loren Stewart | 0.20 | 0.20 | $470.00 | $94.00 | $211.50 | $42.30 | $37.28 |
| Lori Rifkin | 2.30 | 2.30 | $480.00 | $1,104.00 | $211.50 | $486.45 | $428.68 |
| Melanie Wilkinson | 4.00 | 2.80 | $230.00 | $644.00 | $211.50 | $592.20 | $521.87 |
| Matthew Harrison | 1.90 | 1.80 | $230.00 | $414.00 | $211.50 | $380.70 | $335.49 |
| Meghan Lang | 305.10 | 276.20 | $490.00 | $135,338.00 | $211.50 | $58,416.30 | $51,478.90 |
| Marc Shinn-Krantz | 7.20 | 4.50 | $230.00 | $1,035.00 | $211.50 | $951.75 | $838.72 |
| Maya Weltman-Fahs | 514.00 | 467.30 | $230.00 | $107,479.00 | $211.50 | $98,833.95 | $87,096.63 |
| Nathan Kleiner | 62.60 | 57.30 | $230.00 | $13,179.00 | $211.50 | $12,118.95 | $10,679.73 |
| Pamela Derrico | 4.00 | 4.00 | $290.00 | $1,160.00 | $211.50 | $846.00 | $745.53 |
| Paloma Wu | 2.60 | 2.40 | $230.00 | $552.00 | $211.50 | $507.60 | $447.32 |
| Richard Hardack | 3.80 | 3.80 | $490.00 | $1,862.00 | $211.50 | $803.70 | $708.25 |
| Ritika Aggarwal | 1.50 | 1.50 | $230.00 | $345.00 | $211.50 | $317.25 | $279.57 |
| Salvador Arrona | 36.10 | 34.60 | $230.00 | $7,958.00 | $211.50 | $7,317.90 | $6,448.84 |
| Sofia Millham | 5.90 | 4.40 | $230.00 | $1,012.00 | $211.50 | $930.60 | $820.08 |
| Sumana Cooppan | 16.10 | 16.10 | $410.00 | $6,601.00 | $211.50 | $3,405.15 | $3,000.76 |
| Sean Donovan | 38.40 | 35.60 | $230.00 | $8,188.00 | $211.50 | $7,529.40 | $6,635.22 |
| Sarah Laubach | 0.20 | 0.20 | $460.00 | $92.00 | $211.50 | $42.30 | $37.28 |
| Sarah Willbrand | 2.40 | 2.40 | $260.00 | $624.00 | $211.50 | $507.60 | $447.32 |
| Vanessa Carr | 1.10 | 1.00 | $230.00 | $230.00 | $211.50 | $211.50 | $186.38 |
| Abigail Hamilton | 26.70 | 24.00 | $230.00 | $5,520.00 | $211.50 | $5,076.00 | $4,473.18 |
| Claire Hoffmann | 37.40 | 30.90 | $230.00 | $7,107.00 | $211.50 | $6,535.35 | $5,759.22 |
| Carrie DeGraff | 1.30 | 1.30 | $230.00 | $299.00 | $211.50 | $274.95 | $242.30 |
| Paralegal Clerk | 9.30 | 0.80 | $180.00 | $144.00 | $180.00 | $144.00 | $126.90 |
| **Total** | **4274.40** | **3891.60** | | **$1,507,154.50** | | **$823,111.65** | **$725,360.56** |

1353750

**EXHIBIT A-- FEES SUMMARY**
Columbus v. Brown Fees
Hecker v. Brown Fees
August 21, 2003 through September 30, 2014

**Employment Law Center**

| Name | Actual Hours | Claimed Hours | 2014 Market Rate | Amount at Market Rate | PLRA Rate Rate | Amount at PLRA Rate | Compromised Amount |
|---|---|---|---|---|---|---|---|
| Claudia Center | 741.50 | 741.50 | $550.00 | $407,825.00 | $211.50 | $156,827.25 | $138,202.76 |
| Jinny Kim | 2.60 | 2.60 | $500.00 | $1,300.00 | $211.50 | $549.90 | $484.59 |
| Lewis Bossing | 834 | 834.00 | $490.00 | $408,660.00 | $211.50 | $176,391.00 | $155,443.16 |
| Ann Blankenship | 243.8 | 243.80 | $230.00 | $56,074.00 | $211.50 | $51,563.70 | $45,440.10 |
| Mary Broughton | 24.3 | 24.30 | $230.00 | $5,589.00 | $211.50 | $5,139.45 | $4,529.10 |
| Djuna Gray | 1.2 | 1.20 | $230.00 | $276.00 | $211.50 | $253.80 | $223.66 |
| Liz Mazur | 8 | 8.00 | $260.00 | $2,080.00 | $211.50 | $1,692.00 | $1,491.06 |
| Sam Goldberg | 1.7 | 1.70 | $260.00 | $442.00 | $211.50 | $359.55 | $316.85 |
| Rebecca Behren | 8.2 | 8.20 | $260.00 | $2,132.00 | $211.50 | $1,734.30 | $1,528.34 |
| Anya Emerson | 63.8 | 63.80 | $260.00 | $16,588.00 | $211.50 | $13,493.70 | $11,891.22 |
| Alison Ponder | 13.9 | 13.90 | $260.00 | $3,614.00 | $211.50 | $2,939.85 | $2,590.72 |
| Brenan O'Brine | 0.7 | 0.70 | $260.00 | $182.00 | $211.50 | $148.05 | $130.47 |
| Paul Greene | 47.1 | 47.10 | $260.00 | $12,246.00 | $211.50 | $9,961.65 | $8,778.62 |
| Emily Telpin | 22.4 | 22.40 | $260.00 | $5,824.00 | $211.50 | $4,737.60 | $4,174.97 |
| Robert Rathmell | 11.9 | 11.90 | $260.00 | $3,094.00 | $211.50 | $2,516.85 | $2,217.95 |
| Gregory Wyckoff | 24.2 | 24.20 | $260.00 | $6,292.00 | $211.50 | $5,118.30 | $4,510.46 |
| Sarah Beard | 8 | 8.00 | $260.00 | $2,080.00 | $211.50 | $1,692.00 | $1,491.06 |
| Heather Conger | 9.5 | 9.50 | $260.00 | $2,470.00 | $211.50 | $2,009.25 | $1,770.64 |
| Julia Brumer | 13.4 | 13.40 | $260.00 | $3,484.00 | $211.50 | $2,834.10 | $2,497.53 |
| **Total** | **2080.20** | **2080.20** | | **$940,252.00** | | **$439,962.30** | **$387,713.26** |

| | | | | Market | PLRA | Compromised |
|---|---|---|---|---|---|---|
| **Fees Totals** | | | | $2,447,406.50 | $1,263,073.95 | $1,113,073.81 |
| **Costs** | | | | $52,352.42 | $52,352.42 | $52,352.42 |
| **TOTAL Fees and Costs** | | | | $2,499,758.92 | $1,315,426.37 | $1,165,426.23 |

1353750

**EXHIBIT A COSTS SUMMARY**
Coleman v. Brown
Hecker v. Brown
Costs
August 21, 2003 through September 30, 2014

**Rosen Bien Galvan & Grunfeld LLP**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $22,231.26 | $22,231.26 |
| Outside Copying | $10,310.43 | $10,310.43 |
| Telephone | $336.26 | $336.26 |
| Postage and Delivery | $3,795.75 | $3,795.75 |
| Facsimile | $149.00 | $149.00 |
| Westlaw/Lexis/PACER | $6,687.65 | $6,687.65 |
| Experts | $2,000.00 | $2,000.00 |
| Travel | $5,790.62 | $5,790.62 |
| **Total** | | **$51,300.97** |

**Employment Law Center**

| Description | Actual | Claimed |
|---|---|---|
| Travel | $366.36 | $366.36 |
| Outside Copying | $280.48 | $280.48 |
| Telephone | $62.29 | $62.29 |
| Postage and Delivery | $342.32 | $342.32 |
| **Total** | | **$1,051.45** |

**Grand Total**          **$52,352.42**

1356187