# TABLE OF APPENDICES

1    Patient Summary

2    Executive Summary & Health Care Access Quality Reports – December 2014 through March 2015

3    Human Resources Recruitment and Retention Reports – January through April 2015

4    Master Contract Waiver

5    CPR Financial Statements – January through April 2015