# APPENDIX 1

## Patient Summary
- Beta Version -

| CDCR: | Inst: | CHCF | Care Team: | Fac C 2A | Complex Care: | ✓ | Allergies: | ✓ |
| Name: | Arrival Dt: | | Housing: | OHU | Clinical Risk: | HIGH 1 | POLST: | - |
| Birth Date: | EPRD: | | TB: | Class 0 | Mental Health: | CCCMS | Adv. Directive: | - |
| Age: | 50 | Cell Bed: | | Cocci: | Restricted 2 | Dental Code: | 5 | Service Plan: | - |

## Scheduling & Access to Care

### Effective Communication / ADA

**Effective Communication Required:** -

Mobility: DPW    Hearing: -    Vision: -    Speech: -

DD Status: -    TABE: 5.9    Learning Disability: N

Primary Language: Unknown

Accommodations: -

### Appointments

**Chronic Care Program:** ✓

**Scheduled / To Be Scheduled Appointments (One of Each Type)**

| Appt Date | Compliance | Service Area | Appointment Type |
|---|---|---|---|
| 05/06/15 | | Specialty Service | Dialysis |
| 05/27/15 | 05/27/15 | PCP | PCP Follow-Up |
| 06/02/15 | 06/07/15 | Psychiatrist Conta | Routine: 90 D (GrPer: 1 WD) |
| | 07/01/15 | Specialty Service | Physical Therapy |
| 07/01/15 | 07/06/15 | PC Contact | Routine: 90 D |
| | 07/27/15 | Specialty Service | Oral Surgery |

Total Scheduled / To Be Scheduled Appointments: 16

**High Priority Specialty Appointments (Last 2)**

No High Priority Appointments Found

Total Specialty Appointments Last 6 Months: 83

## Medication Management

**Active Rx:** 17    **PolyRx Review:** -    PC 2602: -

### Drug Interactions

Level 2: BETA-BLOCKERS/CLONIDINE

Level 2: SELECTED ANTICOAGULANTS/SSRIS; SNRIS

**Known Allergies:** amitriptyline, Apple, milk, Pork/Porcine Containing Products

**Recently Expired Medications (Last 14 Days)**

No Recently Expired Prescriptions Found

### Active Prescriptions

| Drug Name | Expiration Date | High Alert | Heat Med | NF | Disp Type |
|---|---|---|---|---|---|
| AMOXICILLIN TRIHYDRATE | 05/07/15 | | | | CTC |
| WARFARIN SODIUM | 05/12/15 | ✓ | | | CTC |
| DULOXETINE HCL | 06/15/15 | | | ✓ | CTC |
| INSULIN GLARGINE, HUMAN REC | 07/26/15 | ✓ | | | NA/DOT |
| INSULIN REGULAR, HUMAN | 07/26/15 | ✓ | | | NA/DOT |
| ACETAMINOPHEN | 08/02/15 | | | | CTC |
| LISINOPRIL | 09/21/15 | | | | CTC |
| LOPERAMIDE HCL | 09/21/15 | | | | CTC |
| FUROSEMIDE | 09/26/15 | | | | CTC |
| ACETAMINOPHEN WITH CODEINE | 09/26/15 | ✓ | | | CTC |
| HYDRALAZINE HCL | 10/24/15 | | | | CTC |
| LABETALOL HCL | 10/24/15 | | | | CTC |
| SEVELAMER CARBONATE | 10/24/15 | | | | |
| CLONIDINE HCL | 10/24/15 | | | | CTC |
| CHOLECALCIFEROL (VITAMIN D3) | 11/14/16 | | | | KOP |
| PROMETHAZINE HCL | 01/21/16 | | ✓ | | CTC |
| VITAMIN B COMPLX NO.3/FOLIC A | 02/26/16 | | | | KOP |

## Care Management

### Recent Higher Level of Care Events

**Community Hospitalizations (Last 2)**

No Hospitalizations Found

Total Hospitalizations Last 6 Months: 0

**Mental Health Higher Level of Care Events (Last 2)**

No Higher Level Of Care Events Found

Total MH HLOC Events Last 6 Months: 0

### Electronic Medical Classification Chrono

Date: 04/30/14    Medical Risk: High    Medical Hold: **Consider**

Level of Care: OP    Nursing Acuity: Level 2

Proximity to Consult: Frequent Basic Consultation

Functional Capacity: Limited Duty

Specialized Services: Durable Med. Equip., Hemodialysis, Therapeutic Diet

Institutional-Environmental: Restricted-Cocci Area 2, Restricted-No Stairs, See CDCR 1845 and 7410

Medical Hold Consideration: Sensitive Medication, Upcoming Specialty Appointment, InterQual Specialty Request, Meds Expiring/Expired

### Durable Medical Equipment

1845 Date: 08/20/13    7410 Date: 08/20/13

DME/Medical Supplies: Egg Crate Mattress, Extra Mattress, Special Gar

## Disease Management & Prevention

### Registry Alerts

| Alert Date | Registry | Alert | Result | Goal |
|---|---|---|---|---|
| 03/06/15 | Diabetes | A1C | 8.8 | <8 |
| 04/28/15 | Warfarin | INR | 1.6 | 2 - 3.5 |

### Diagnoses

**Chronic Conditions (QM)**

CARDIAC, CHRONIC PAIN, DIABETES, MENTAL HEALTH, PHYS. DISABILITY, RENAL FAILURE, WAR

**Medical Problem List (PHIP)**

Chronic kidney disease, Stage V, CKD [585.5]

Diabetes mellitus without mention of complication, type I [juvenile type], not st

Lumbago, LBP, Back Pain [724.2]

Obesity, unspecified [278.00]

Other and unspecified hyperlipidemia [272.4]

Other unspecified secondary hypertension, HTN [405.99]

Personal history of noncompliance with medical treatment, presenting hazar

**Mental Health Diagnoses (MHTS)**

Mood Disorder NOS [296.90]

Diagnosis or Condition Deferred on Axis I or Axis II [799.9]

### Preventive Care / Disease Screening

| Name | Date | Status | Name | Date | Status |
|---|---|---|---|---|---|
| Influenza | 10/22/14 | Declined | Colon Cancer | | |
| Pneumovax | 09/09/13 | Declined | Breast Cancer | | |
| TDAP/Tetanus | - | - | Cervical Cancer | | |
| TB | | | HIV | | |
| Cocci Skin | - | - | HCV | | |
| Varicella | - | - | Syphilis | | |