# APPENDIX 4

Appendix [X]

<u>Vendors Engaged by the Receiver During this Reporting Period Relating to Services to Assist the Receivership in the Development and Delivery of Constitutional Medical Care Within the California Department of Corrections and Rehabilitation ("CDCR") and its Prisons</u>

During this reporting period, the Receiver has used the substitute contracting process to assist the Office of the Receiver in the development and delivery of constitutional care within CDCR and its prisons.   The Receiver has engaged the following vendor for provision of the services noted:

<u>Health Information Management Project</u>

The Receiver entered into the following contracts under the substitute contracting process during the reporting period:

| Description | Project | Procurement Method | Solicited Vendors | Awarded Contracts |
|---|---|---|---|---|
| On-Demand Technical Services #OPS14-004 | Health Information Management Project | Expedited Formal Bid | See Table 1 | See Table 2 |

Table 1 – Vendors Solicited Under Procurement #OPS14-004

| | | |
|---|---|---|
| 1 EDI Source | Global IT Resources | Technology Consulting |
| A Management Group (AMG) | Global Touchpoints, Inc. | R Systems Inc. |
| Acumen Global Inc. | GreMark Consultancy, Inc. | Scalability Experts, Inc. |
| American International Services Corp | Greythorn | SearchPros |
| Ardent Technologies | Health Care Consulting and Management Group | SMI Professional |
| Bay Area Doctors | Health Data Specialists, LLC | Management Services |
| Bid Ocean, Inc | HQ Software Consulting | Softfile |
| BidSync Cleaning Company | IBM | SoftSol Technologies, Inc. |
| BirdMan | Infojini Consulting | Staff Tech,Staff Tech, Inc. |
| BlueTree Network | Information Resource Group, Inc. | TechRegiment |
| BM Associates, Inc. | Informatix, Inc. | The Highlands Consulting Group |
| BPM Talents, LLC | Jimenez Consulting Solutions | TJR Resources, Inc. |
| Brookmeade Inc. | JK Corporate Services, Inc. | TS Analytec Inc. |
| Business Advantage Consulting, Inc. | Knowledge Solutions Group, N.A. LLC | Veritam, Inc. |
| Cambria Solutions, Inc. | LA First Tax & Financial Services | Veteran Technologies LLC |
| Carahsoft Technology Corp | Lakeshore Consulting, LLC | VForce, Inc. |
| Celer Systems, Inc. | LANSA | Visionary Integration Professionals (VIP) |

| | | |
|---|---|---|
| CFR & Associates | Leverage | Wendywrites Writing & Editing Services |
| CGI | M Corp | Westat |
| Cloud Services Integrators, Inc. | Mathematica Policy Research, Inc. | Williams Data Management |
| Construction Bidboard | Menlo Technologies | WyRTS Healthcare Consulting Group, LLC |
| Consulting for Innovation | MHC | |
| Crowe Horwath, LLP | MK Partners, Inc | |
| DBAGen, Inc. | MSS Technologies | |
| Delegata | NA | |
| Delia Coolridge, Inc. | Netsmart Technologies, Inc. | |
| Deloitte Consulting, LLP | NetXperts, Inc. | |
| Dynamics Research Corporation | NexLevel Information Technology, Inc. | |
| e.Republic | Novacoast | |
| ECG Management Consultants, Inc. | NWN Corporation dba NWN Solutions Company | |
| Efen Bridge | Object Health, LLC | |
| EMC | Onvia | |
| Enterprise Security Solutions, Inc. | Open Minds | |
| Estrada Consulting, Inc. | OpenThink Technology | |
| FedSources | Parker Healthcare IT | |
| Fervent Heart | Perceptive Software | |
| First Choice Professionals | PMPM Consulting Group, Inc. | |
| Fusion Consulting | Propoint Technology, Inc. | |
| FYA Construction | Providence Technology Group | |
| Garden State Medical Supply | Public Consulting Group | |

## Table 2- Awarded Contracts Under Procurement #OPS14-004):

| | CONTRACT # |
|---|---|
| American International Services Corp. ( AR14-045961.0 ) | 14-00221 |
| Beacon Partners, Inc. ( AR14-04597 1.0 ) | 14-00222 |
| BM Associates, Inc. ( AR14-04598 1.0 ) | 14-00223 |
| Bodhtree Solutions, Inc. ( AR14-04599 1.0 ) | 14-00224 |
| CGI Technologies Solutions, Inc. ( AR14-04601 1.0 ) | 14-00225 |
| Business Advantage Consulting, Inc. ( AR14-04600 1.0 ) | 14-00226 |
| C&G Technology Services, Inc. ( AR14-04602 1.0 ) | 14-00227 |
| Celer Systems Inc. ( AR14-04603 1.0 ) | 14-00228 |
| Clark Claris Corp. ( AR14-04605 1.0 ) | 14-00229 |
| Cloud Services Integrators, Inc. ( AR14-04606 1.0 ) | 14-00230 |
| Delegata Corporation ( AR14-04607 1.0 ) | 14-00231 |
| Deloitte Consulting, LLC ( AR14-04608 1.0 ) | 14-00232 |
| Enterprising Service Providers, LLC ( AR14-04609 1.0 ) | 14-00233 |
| Estrada Consulting, Inc. ( AR14-04610 1.0 ) | 14-00234 |
| Fusion Consulting, Inc. ( AR14-04611 1.0 ) | 14-00235 |
| Lakeshore Consulting LLC ( AR14-04612 1.0 ) | 14-00236 |

| | |
|---|---|
| Parker Staff Services, LLC dba Parker Healthcare IT ( AR14-04613 1.0 ) | 14-00237 |
| Informatix, Inc. ( AR14-04614 1.0 ) | 14-00238 |
| M Corp ( AR14-04615 1.0 ) | 14-00239 |
| LCS Technologies, Inc. ( AR14-04616 1.0 ) | 14-00240 |
| Menlo Technology ( AR14-04617 1.0 ) | 14-00241 |
| Providence Technology Group ( AR14-04618 1.0 ) | 14-00242 |
| Public Consulting group, Inc. ( AR14-04619 1.0 ) | 14-00243 |
| NexLevel Information Tech, Inc. ( AR14-04620 1.0 ) | 14-00244 |
| Search Pros Staffing ( AR14-04621 1.0 ) | 14-00245 |
| Summit-ITC Corporation ( AR14-04622 1.0 ) | 14-00246 |
| Staff Tech, Inc. ( AR14-04623 1.0 ) | 14-00247 |
| The Aeon Group ( AR14-04624 1.0 ) | 14-00248 |
| The Highlands Consulting Group ( AR14-04625 1.0 ) | 14-00249 |
| Trinity Technology Group ( AR14-04626 1.0 ) | 14-00250 |
| Veritam, Inc. ( AR14-04627 1.0 ) | 14-00251 |
| Veritam, inc. ( AR14-04628 1.0 ) | 14-00252 |
| VIP-Visionary Integration Professionals, LLC ( AR14-04629 1.0 ) | 14-00253 |
| Verizon Business Network Services, Inc. ( AR14-04630 1.0 ) | 14-00254 |
| WYRTS Health Care Consulting Group, LLC ( AR14-04631 1.0 ) | 14-00255 |