MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. Civ 2:90-cv-0520 KJM - DAD<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2015**<br><br>Judge: Hon. Dale A. Drozd |

[2721843-1]

1     Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the First Quarter of 2015 to Defendants via overnight delivery on April 28, 2015.  The parties completed their meet and confer process on June 1, 2015.  The parties have resolved all disputes regarding fees and costs for the First Quarter of 2015, with an agreement to reduce claimed amounts to a total of $558,122.82.

    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $558,122.82 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from May 29, 2015 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

    IT IS SO STIPULATED.

DATED:  June 5, 2015          /s/ *Christine M. Ciccotti*
                                              Christine M. Ciccotti
                                              Deputy Attorney General
                                              Attorneys for Defendants

DATED:  June 5, 2015          */s/ Lisa Ells*
                                              Lisa Ells
                                              ROSEN BIEN GALVAN & GRUNFELD LLP
                                              Attorneys for Plaintiffs

    IT IS SO ORDERED.

DATED:  June ___, 2015

                                              Dale A. Drozd
                                              United States Magistrate Judge

[2721843-1]

# EXHIBIT A

## *Coleman v. Brown*
## Summary of Undisputed Fees and Costs Owing
## for First Quarter 2015

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---:|---:|
| **Monitoring** | $532,473.46 | $19,682.62 |
| **Fees on Fees** | $5,931.49 | $35.25 |
| **Subtotals:** | $538,404.95 | $19,717.87 |
| **TOTAL UNDISPUTED FEES AND COSTS NOW OWING:** | | $558,122.82 |

# *Coleman v. Brown*
## Monitoring Fees 489-3
### January 1, 2015 through March 31, 2015

**Rosen Bien Galvan & Grunfeld LLP**

| Name | Actual Hours | Claimed Hours | Rate | Actual Amount | Claimed Amount | Additional Settlement Discount | Total Discount | Undisputed Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 191.20 | 191.20 | $213.00 | $40,725.60 | $40,725.60 | $1,751.20 | $1,751.20 | $38,974.40 |
| Ernest Galvan | 1.50 | 0.00 | $213.00 | $319.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jane E. Kahn | 221.80 | 221.80 | $213.00 | $47,243.40 | $47,243.40 | $2,031.47 | $2,031.47 | $45,211.93 |
| Thomas Nolan | 147.60 | 147.10 | $213.00 | $31,438.80 | $31,332.30 | $1,347.29 | $1,453.79 | $29,985.01 |
| Aaron J. Fischer | 295.10 | 293.40 | $213.00 | $62,856.30 | $62,494.20 | $2,687.25 | $3,049.35 | $59,806.95 |
| Lisa Ells | 161.50 | 161.10 | $213.00 | $34,399.50 | $34,314.30 | $1,475.51 | $1,560.71 | $32,838.79 |
| Blake Thompson | 18.50 | 18.50 | $213.00 | $3,940.50 | $3,940.50 | $169.44 | $169.44 | $3,771.06 |
| Krista Stone-Manista | 134.70 | 133.80 | $213.00 | $28,691.10 | $28,499.40 | $1,225.47 | $1,417.17 | $27,273.93 |
| Kevin E. Jones | 3.90 | 0.00 | $213.00 | $830.70 | $0.00 | $0.00 | $830.70 | $0.00 |
| Eric Luttrell | 26.20 | 26.20 | $213.00 | $5,580.60 | $5,580.60 | $239.97 | $239.97 | $5,340.63 |
| Karen Stilber | 13.90 | 13.90 | $213.00 | $2,960.70 | $2,960.70 | $127.31 | $127.31 | $2,833.39 |
| Lucy Taylor | 8.00 | 8.00 | $213.00 | $1,704.00 | $1,704.00 | $73.27 | $73.27 | $1,630.73 |
| Haruka Roudebush | 10.60 | 10.60 | $213.00 | $2,257.80 | $2,257.80 | $97.09 | $97.09 | $2,160.71 |
| Diana Gama | 44.80 | 44.60 | $213.00 | $9,542.40 | $9,499.80 | $408.49 | $451.09 | $9,091.31 |
| Lauren Vandemortel | 303.80 | 299.70 | $213.00 | $64,709.40 | $63,836.10 | $2,744.95 | $3,618.25 | $61,091.15 |
| Doris Tseng | 346.60 | 318.30 | $213.00 | $73,825.80 | $67,797.90 | $2,915.31 | $8,943.21 | $64,882.59 |
| Rolayn Tauben | 28.80 | 28.80 | $213.00 | $6,134.40 | $6,134.40 | $263.78 | $263.78 | $5,870.62 |
| Gregorio Gonzalez | 392.20 | 377.40 | $213.00 | $83,538.60 | $80,386.20 | $3,456.61 | $6,609.01 | $76,929.59 |
| Kelly McGraw | 15.00 | 14.50 | $213.00 | $3,195.00 | $3,088.50 | $132.81 | $239.31 | $2,955.69 |
| Sasha Beder-Schenker | 113.20 | 111.40 | $213.00 | $24,111.60 | $23,728.20 | $1,020.31 | $1,403.71 | $22,707.89 |
| **Total** | **2478.90** | **2420.30** | | **$528,005.70** | **$515,523.90** | **$22,167.53** | **$32,578.63** | **$493,356.37** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Actual Amount | Claimed Amount | Additional Settlement Discount | Total Discount | Undisputed Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| Donald Specter | 1.30 | 1.30 | $213.00 | $276.90 | $276.90 | $11.91 | $11.91 | $264.99 |
| Steven Fama | 90.00 | 90.00 | $213.00 | $19,170.00 | $19,170.00 | $824.31 | $824.31 | $18,345.69 |
| Rebekah Evenson | 1.10 | 1.10 | $213.00 | $234.30 | $234.30 | $10.07 | $10.07 | $224.23 |
| John Bonacorsi | 18.00 | 18.00 | $213.00 | $3,834.00 | $3,834.00 | $164.86 | $164.86 | $3,669.14 |
| Kelly Knapp | 0.50 | 0.50 | $213.00 | $106.50 | $106.50 | $4.58 | $4.58 | $101.92 |
| Joyce Dela Pena | 0.10 | 0.10 | $213.00 | $21.30 | $21.30 | $0.92 | $0.92 | $20.38 |
| Megan Lynch | 0.90 | 0.90 | $213.00 | $191.70 | $191.70 | $8.24 | $8.24 | $183.46 |
| Nora Searle | 29.50 | 29.50 | $213.00 | $6,283.50 | $6,283.50 | $270.19 | $270.19 | $6,013.31 |
| Sarah Hopkins | 14.40 | 14.40 | $213.00 | $3,067.20 | $3,067.20 | $131.89 | $131.89 | $2,935.31 |
| Viviana Arcia | 8.00 | 8.00 | $213.00 | $1,704.00 | $1,704.00 | $73.27 | $73.27 | $1,630.73 |
| **Total** | **163.80** | **163.80** | | **$34,889.40** | **$34,889.40** | **$1,426.97** | **$1,426.97** | **$33,389.16** |

**K&L Gates**

| Name | Actual Hours | Claimed Hours | Rate | Actual Amount | Claimed Amount | Additional Settlement Discount | Total Discount | Undisputed Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| Ranjini Acharya | 10.00 | 10.00 | $213.00 | $2,130.00 | $2,130.00 | $91.59 | $91.59 | $2,038.41 |
| **Total** | **10.00** | **10.00** | | **$37,019.40** | **$2,130.00** | **$91.59** | **$91.59** | **$2,038.41** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Actual Amount | Claimed Amount | Additional Settlement Discount | Total Discount | Undisputed Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| Claudia Center | 18.10 | 18.10 | $213.00 | $3,855.30 | $3,855.30 | $165.78 | $165.78 | $3,689.52 |
| **Total** | | | | **$3,855.30** | **$3,855.30** | **$165.78** | **$165.78** | **$3,689.52** |

**TOTAL ACTUAL FEES:** $603,769.80

**TOTAL UNDISPUTED FEES NOW OWING:** $532,473.46

## *Coleman v. Brown*
Monitoring Costs 489-3
January 1, 2015 through March 31, 2015

**Rosen Bien Galvan & Grunfeld LLP**

| Description | Actual Costs | Claimed Costs | Undisputed Costs Now Owing |
|---|---|---|---|
| In-House Copying | $6,458.20 | $6,458.20 | $6,458.20 |
| Outside Copying | $1,833.55 | $1,833.55 | $1,833.55 |
| Telephone | $22.35 | $22.35 | $22.35 |
| Postage and Delivery | $743.21 | $743.21 | $743.21 |
| Westlaw/Lexis/PACER | $90.77 | $90.77 | $90.77 |
| Translation services | $908.51 | $908.51 | $908.51 |
| Transcripts | $393.20 | $393.20 | $393.20 |
| Travel | $6,858.18 | $6,858.18 | $6,858.18 |
| **Total** | | **$17,307.97** | **$17,307.97** |

**Prison Law Office**

| Description | Actual Costs | Claimed Costs | Undisputed Costs Now Owing |
|---|---|---|---|
| In-House Copying | $1,131.20 | $1,131.20 | $1,131.20 |
| Travel | $883.32 | $883.32 | $883.32 |
| Fax | $2.00 | $2.00 | $2.00 |
| Postage | $358.13 | $358.13 | $358.13 |
| **Total** | | **$2,374.65** | **$2,374.65** |

**TOTAL UNDISPUTED COSTS NOW OWING:**   **$19,682.62**   **$19,682.62**

*Coleman v. Brown*
Fees on Fees 489-5
January 1, 2015 through March 31, 2015

**Rosen Bien Galvan & Grunfeld LLP**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Actual Amount | Claimed Amount | Additional Settlement Discount | Total Discount | Undisputed Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| Michael W. Bien | 1.50 | 1.10 | $213.00 | $319.50 | $234.30 | $10.07 | $95.27 | $224.23 |
| Ernest Galvan | 5.70 | 5.70 | $213.00 | $1,214.10 | $1,214.10 | $52.21 | $52.21 | $1,161.89 |
| Lisa Ells | 12.80 | 12.80 | $213.00 | $2,726.40 | $2,726.40 | $117.24 | $117.24 | $2,609.16 |
| Kevin E. Jones | 0.10 | 0.00 | $213.00 | $21.30 | $0.00 | $0.00 | $21.30 | $0.00 |
| Karen Stilber | 8.40 | 8.40 | $213.00 | $1,789.20 | $1,789.20 | $76.94 | $76.94 | $1,712.26 |
| Diana Gama | 0.20 | 0.00 | $213.00 | $42.60 | $0.00 | $0.00 | $42.60 | $0.00 |
| **Total** | **28.70** | **28.00** | | **$6,113.10** | **$5,964.00** | **$256.45** | **$405.55** | **$5,707.55** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Actual Amount | Claimed Amount | Additional Settlement Discount | Total Discount | Undisputed Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| Edie DeGraff | 1.20 | 1.20 | $195.00 | $234.00 | $234.00 | $10.06 | $10.06 | $223.94 |
| **Total** | **1.20** | **1.20** | | **$234.00** | **$234.00** | **$10.06** | **$10.06** | **$223.94** |

**TOTAL ACTUAL FEES:**  $6,347.10

**TOTAL UNDISPUTED FEES NOW OWING:**  $5,931.49

## *Coleman v. Brown*
Costs on Fees 489-5
January 1, 2015 through March 31, 2015

**Rosen Bien Galvan & Grunfeld LLP**

| Description | Actual Costs | Claimed Costs | Undisputed Costs Now Owing |
|---|---:|---:|---:|
| In-house Copying | $20.00 | $20.00 | $20.00 |
| Postage and Delivery | $15.25 | $15.25 | $15.25 |
| **Total** | **$35.25** | **$35.25** | **$35.25** |

**TOTAL UNDISPUTED COSTS NOW OWING:**          **$35.25**          **$35.25**