| | |
|---|---|
| MICHAEL W. BIEN – 096891 | DONALD SPECTER – 083925 |
| JANE E. KAHN – 112239 | STEVEN FAMA – 099641 |
| ERNEST GALVAN – 196065 | PRISON LAW OFFICE |
| THOMAS NOLAN – 169692 | 1917 Fifth Street |
| LISA ELLS – 243657 | Berkeley, California 94710-1916 |
| AARON J. FISCHER – 247391 | Telephone: (510) 280-2621 |
| MARGOT MENDELSON – 268583 | |
| KRISTA STONE-MANISTA – 269083 | CLAUDIA CENTER – 158255 |
| ROSEN BIEN | AMERICAN CIVIL LIBERTIES UNION |
| GALVAN & GRUNFELD LLP | FOUNDATION OF NORTHERN |
| 315 Montgomery Street, Tenth Floor | CALIFORNIA, INC. |
| San Francisco, California 94104-1823 | 39 Drumm Street |
| Telephone: (415) 433-6830 | San Francisco, California 94111-4805 |
| | Telephone: (415) 621-2493 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DAD |
| Plaintiffs, | **STIPULATION REGARDING ATTORNEYS' FEES AND EXPENSES ARISING FROM *HECKER* LITIGATION** |
| v. | |
| EDMUND G. BROWN, JR., et al., | Judge: Hon. Dale Drozd |
| Defendants. | |

On March 2, 2015, the Court entered an Order for Final Approval of Settlement Agreement entered jointly in the above-captioned matter (Docket No. 5284) and in *Hecker v. California Department of Corrections and Rehabilitation,* No. 05-CV-2441 KJM-DAD (Docket No. 147). The Settlement Agreement requires that the parties resolve any claims for attorneys' fees and costs arising from the *Hecker* litigation as part of the periodic fees process in *Coleman.* (Docket No. 5284-1 at 12 ¶ 30). Pursuant to this provision of the Settlement Agreement, the parties have met and conferred and have resolved all outstanding issues regarding attorneys' fees and costs incurred in *Hecker,* No. 05-CV-2441.

Plaintiffs were represented by two firms in the *Hecker* matter, the Legal Aid Society of San Francisco and Rosen Bien Galvan & Grunfeld LLP. Over a period of 12 years, the two firms expended over 6,200 hours on the matter. *See* Exhibit A, Time and Costs Summaries. At the 2014 market rates applicable to actions under the Americans with Disabilities Act, these hours, after reductions for reasonable billing judgment, and with the addition of expenses, would result in a fees and costs award of approximately $2.5 million. Exhibit A. As part of the settlement, however, Plaintiffs agreed to seek compensation only within the rates cap of the Prison Litigation Reform Act, under which the total amounts to $1.315 million.

The parties have met and conferred regarding further reductions in the attorneys' fees. The parties have now agreed to resolve all issues regarding the *Hecker* fees and costs claims via payment by Defendants' to Plaintiffs' counsel in the amount of $1,165,426.23, in satisfaction of all claims for attorneys' fees and costs arising from the *Hecker* litigation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,165,426.23 plus interest is due and collectable as of sixty (60) days from the date of entry of this Order.  Interest on these fees and costs will run from December 6, 2014 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED:  May 26, 2015

*/s/ Elise Owens Thorn* as authorized on 5/21/15
Elise Owens Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  May 26, 2015

*/s/ Ernest Galvan*
Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  June 11, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1
hecker.90cv0520.finalstipo.fees

[2715724-1]

2
Stipulation Regarding Attorneys' Fees and Expenses