# Exhibit A

**Exhibit A**
Population as of June 10, 2015

| Institution | Design Capacity | Actual Population | Population as % of design capacity |
|---|---|---|---|
| Total housed in adult institutions[1] | 82,707 | 111,370 | 134.7% |
| Total housed in camps | | 3,656 | |
| Total housed out of state | | 7,726 | |
| **Individual CDCR Institutions - Men** | | | |
| Avenal State Prison | 2,920 | 2,937 | 100.6% |
| California State Prison, Calipatria | 2,308 | 3,753 | 162.6% |
| California Correctional Center* | 3,883 | 4,151 | 106.9% |
| California Correctional Institution | 2,783 | 3,847 | 138.2% |
| California State Prison, Centinela | 2,308 | 3,466 | 150.2% |
| California Health Care Facility, Stockton | 2,951 | 1,918 | 65.0% |
| California Institution for Men | 2,976 | 3,812 | 128.1% |
| California Men's Colony | 3,838 | 3,888 | 101.3% |
| California Medical Facility | 2,361 | 2,239 | 94.8% |
| California State Prison, Corcoran | 3,116 | 4,376 | 140.4% |
| California Rehabilitation Center | 2,491 | 2,406 | 96.6% |
| Correctional Training Facility | 3,312 | 5,038 | 152.1% |
| Chuckawalla Valley State Prison | 1,738 | 2,302 | 132.5% |
| Deuel Vocational Institution | 1,681 | 2,154 | 128.1% |
| Folsom State Prison | 2,066 | 2,379 | 115.2% |
| High Desert State Prison | 2,324 | 3,306 | 142.3% |
| Ironwood State Prison | 2,200 | 3,280 | 149.1% |
| Kern Valley State Prison | 2,448 | 3,670 | 149.9% |
| California State Prison, Los Angeles | 2,300 | 3,498 | 152.1% |
| Mule Creek State Prison | 1,700 | 2,912 | 171.3% |
| North Kern State Prison | 2,694 | 4,314 | 160.1% |
| Pelican Bay State Prison | 2,380 | 2,720 | 114.3% |
| Pleasant Valley State Prison | 2,308 | 2,400 | 104.0% |
| RJ Donovan Correctional Facility | 2,200 | 3,109 | 141.3% |
| California State Prison, Sacramento | 1,828 | 2,291 | 125.3% |
| California Substance Abuse Treatment Facility, Corcoran | 3,424 | 5,619 | 164.1% |
| Sierra Conservation Center* | 3,736 | 4,270 | 114.3% |
| California State Prison, Solano | 2,610 | 3,821 | 146.4% |
| California State Prison, San Quentin | 3,082 | 3,738 | 121.3% |
| Salinas Valley State Prison | 2,452 | 3,676 | 149.9% |
| Valley State Prison | 1,980 | 3,328 | 168.1% |
| Wasco State Prison | 2,984 | 4,974 | 166.7% |
| **Individual CDCR Institutions - Women** | | | |
| Central California Women's Facility | 2,004 | 3,123 | 155.8% |
| California Institution for Women* | 1,398 | 1,826 | 130.6% |
| Folsom Women's Facility | 403 | 485 | 120.3% |

* The individual Design Capacity and Actual Population figures for California Correctional Center, Sierra Conservation Center and California Institute for Women include persons housed in camps. This population is excluded from the "Total housed in adult institutions" included on Exhibit A.

[1] The "Actual Population" includes inmates housed in medical and mental health inpatient beds located within Correctional Treatment Centers, General Acute Care Hospitals, Outpatient Housing Units, and Skilled Nursing Facilities at the State's 34 institutions. Many of those beds are not captured in "Design Capacity".

Source - June 10, 2015 Weekly Population Report, available at:
http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.