```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  JONATHAN L. WOLFF
    Senior Assistant Attorney General
 3  PATRICK R. MCKINNEY
    Supervising Deputy Attorney General
 4  ELISE OWENS THORN, SBN 145931
    CHRISTINE M. CICCOTTI, SBN 238695
 5  MANEESH SHARMA, SBN 280084
    Deputy Attorneys General
 6   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
 7   Telephone:  (415) 703-5553
     Fax:  (415) 703-1234
 8   E-mail:  Maneesh.Sharma@doj.ca.gov
    Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM DAD PC |
| Plaintiffs, | **NOTICE OF FILING SEALED DOCUMENTS** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | |
| Defendants. | |

## INTRODUCTION

On May 23, 2007, this Court ordered Defendant Department of State Hospitals (DSH) to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care. The report must include a complete list of all class members currently waiting for transfer to any level of DSH hospital care. Such identifying patient information is subject to a protective order entered in this action on January 12, 2007. This Order is attached as Exhibit A.

1

**NOTICE**

Notice is hereby given under Local Rule 141(b) that Defendant Department of State Hospitals is filing a document in compliance with the Court's May 23, 2007, Order under seal and shall file the document via email with the Court and serve copies upon the parties.

Dated: July 15, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

*/s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003