KAMALA D. HARRIS  
Attorney General of California  
JONATHAN L. WOLFF  
Senior Assistant Attorney General  
JAY C. RUSSELL  
PATRICK R. MCKINNEY  
Supervising Deputy Attorneys General  
MANEESH SHARMA, State Bar No. 280084  
Deputy Attorney General  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA  94102-7004  
  Telephone:  (415) 703-5553  
  Fax:  (415) 703-1234  
  E-mail:  maneesh.sharma@doj.ca.gov  

Hanson Bridgett LLP  
JERROLD C. SCHAEFER, State Bar No. 39374  
PAUL B. MELLO, State Bar No. 179755  
WALTER R. SCHNEIDER, State Bar No. 173113  
SAMANTHA D. WOLFF, State Bar No. 240280  
MEGAN OLIVER THOMPSON, SBN 256654  
  425 Market Street, 26th Floor  
  San Francisco, California 94105  
  Telephone:   (415) 777-3200  
  Fax:  (415) 541-9366  
  E-mail: pmello@hansonbridgett.com  

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                     Plaintiffs,<br><br>   v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                     Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                     Plaintiffs,<br><br>   v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                     Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' JULY 2015 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to reduce the prison population in response to the Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order).

Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. As of July 8, 2015, 111,168 inmates were housed in the State's 34 adult institutions, which amounts to 134.4% of design bed capacity, and 7,277 inmates were housed in out-of-state facilities.[1] The current population is 2,554 inmates below the final court-ordered population benchmark of 137.5% of design bed capacity, and has been under that benchmark since February 2015. (*See* Ex. A.) Exhibit B sets forth the status of the measures detailed in the February 10, 2014 Order that Defendants have implemented to reduce the prison population. (ECF 2766/5060 at ¶¶ 4-5.)

Dated: July 15, 2015

KAMALA D. HARRIS
Attorney General of California

By: */s/ Patrick R. McKinney*
    PATRICK R. MCKINNEY
    Supervising Deputy Attorney General
    *Attorneys for Defendants*

Dated: July 15, 2015

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
    PAUL B. MELLO
    *Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's July 8, 2015 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf