| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:    (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:    (415) 433-6830 |
| | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:    (415) 621-2493 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | CASE NO. 2:90-CV-00520-KJM-DAD<br><br>**SUPPLEMENTAL DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' POSITION FOR JOINT STATUS REPORT RE: INPATIENT ACCESS TO CARE STATUS CONFERENCE**<br><br>JUDGE: HON. KIMBERLY J. MUELLER<br>DATE:　　　　AUGUST 19, 2015<br>TIME:　　　　1:30 PM<br>CRTRM.:　　　3 |

[2803461-1]

SUPPLEMENTAL DECLARATION OF AARON J. FISCHER IN SUPPORT OF PLAINTIFFS' POSITION FOR
JOINT STATUS REPORT RE: INPATIENT ACCESS TO CARE STATUS CONFERENCE

I, Aaron J. Fischer, declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this Supplemental Declaration in Support of Plaintiffs' Position for the Joint Status Report regarding the August 19, 2015 Inpatient Access to Care Status Conference.

2. This declaration is filed on the heels of my August 17, 2015 Declaration in Support of Plaintiffs' Position for the Joint Status Report regarding the August 19, 2015 Inpatient Access to Care Status Conference (Dkt. No. 5334) in order to provide the Court with an important document referenced but not contained in the parties' Joint Status Report (Dkt. No. 5335).

3. On August 17, 2015 at 1:05 pm, less than three and half hours prior to the deadline for filing the court-ordered Joint Status Report, DSH Deputy Director George Maynard sent to Plaintiffs' counsel a PDF-version of the DSH Administrative Letter entitled "DSH Housing Review – CDCR Inmate Patients in DSH Inpatient Programs" with associated forms, all marked as "Draft" and dated August 4, 2015. This was an updated version of a draft DSH Administrative Letter first provided to Plaintiffs on July 1, 2015, which has been the subject of several meetings and multiple correspondence between the parties. Attached hereto as **Exhibit J** is true and correct copy of this document, with cover email from George Maynard.

4. Our office expected Defendants to attach this document with their portion of the Joint Status Report, and so I did not attach it to my Declaration (Dkt. No. 5334). Defendants emailed our office their Report (Defendants' Ex. A to Dkt. No. 5335) at 4:18 pm, twelve minutes before the filing deadline. Our office then endeavored to combine the parties' submission into a single document and file it as promptly as possible.

5. The "DSH Housing Review – CDCR Inmate Patients in DSH Inpatient Programs" Administrative Letter and the associated forms appended to it are referenced in

1  Defendants' Report (Dkt. No. 5335 at 48 of 56, Defs. Ex. A, p. 9).  Plaintiffs believe that it
2  is important that the Court have the opportunity to review this document for purposes of
3  the August 19, 2015 status conference.
4      I declare under penalty of perjury under the laws of the United States and the State
5  of California that the foregoing is true and correct, and that this declaration is executed at
6  San Francisco, California this 18th day of August, 2015.

8  DATED: August 18, 2015            ROSEN BIEN GALVAN & GRUNFELD LLP

10                                   By: */s/ Aaron J. Fischer*
                                         Aaron J. Fischer

12                                   Attorneys for Plaintiffs

# Exhibit J



-----Original Message-----
From: Maynard, George@DSH [mailto:george.maynard@dsh.ca.gov]
Sent: Monday, August 17, 2015 1:05 PM
To: Michael W. Bien; Jane E. Kahn
Cc: Maneesh Sharma; Matt Lopes
Subject: DSH Housing Review policy

Good afternoon Jane and Michael,

Attached for your review is the most recent draft of our proposed DSH Housing Review Policy and associated referenced forms. As we expect this will be a component of our discussion at Wednesday's status conference, we wanted you to have the most recent version in advance.

As a general update, we have reviewed the previous orders, validated the continued application of the modified custody criteria developed in 2011 and confirmed the appropriate case by case reviews continue to be applied. The revised policy is designed to capture housing reviews from time of admission through the course of DSH treatment. We have included a matrix outlining the least restrictive housing options and descriptions that will clearly cross reference to the CDCR housing designations for each inmate patient for easy, continual reference for the clinical teams.

We look forward to your review and feedback. Please don't hesitate to contact me if you have any questions.

Thank you,

George

George Maynard
Deputy Director, State Hospitals Strategic Planning & Implementation Department of State Hospitals-Sacramento
1600 9th Street, Room 400
Sacramento, CA 95814
Desk:   (916) 651-3238
FAX:    (916) 651-3188
Email:  George.Maynard@dsh.ca.gov
Web:    http://www.dsh.ca.gov

**Department of State Hospitals**

# ADMINISTRATIVE LETTER

| | |
|---|---|
| | **NUMBER:** AL2015-XX |
| **SUBJECT:** DSH Housing Review – CDCR Inmate Patients in DSH Inpatient Programs | **DATE ISSUED:** D R A F T  8-4-2015 |
| **REFERENCES/AUTHORITY:** <br>• By Order of the Director, Department of State Hospitals <br>• Mental Health Services Delivery System Program Guide – 2009 Revision <br>• Defendants' Supplemental Plan to Reduce or Eliminate the Inpatient Waitlists, October 18, 2011, Section II.A | **SUPERSEDES:** N/A |

**Purpose**

The Department of State Hospitals (DSH) is formalizing its Housing Review process for the placement and movement of California Department of Corrections & Rehabilitation (CDCR) inmate patients (IPs) referred to DSH for inpatient care. This letter clarifies and reinforces the expectations regarding the Modified Custody Criteria and Patient Movement Plan discussed in Section II.A of Defendants' October 18, 2011 Supplemental Plan to Reduce or Eliminate the Inpatient Waitlists.

This process will help optimize bed utilization management for reducing waitlists and ensure that CDCR IPs are housed in the least restrictive environment while receiving inpatient treatment at DSH.

**Responsibility**

Interdisciplinary Treatment Teams (IDTT) at DSH-Stockton, DSH-Vacaville, and DSH-Salinas Valley. Admission and Discharge Coordinators at all DSH facilities treating CDCR IPs. Sacramento Patient Management Unit (PMU).

**Policy Requirements**

Housing Reviews for CDCR IPs occur as follows:

- At time of referral to DSH
- At initial and monthly IDTT meetings
- At annual Institutional Classification Committee (ICC)
- At time of referral from Acute to ICF level of care
- At any time the IP's IDTT deems it clinically appropriate

- 1 -

<u>At time of referral to DSH -</u>

The referral packet will identify the IP's Least Restrictive Housing (LRH) designation, and will recommend a DSH facility and housing placement based on the IP's LRH designation and current clinical status and needs. The LRH designation will be included in both ICF and Acute referral packets.

Upon receipt of the completed referral packet, DSH will make an initial housing determination based on its review of the IP's LRH designation, the clinical factors provided by the referring CDCR IDTT, and DSH facility environmental factors. This determination may include deferral to another DSH facility or level of care. (See attached LRH Matrix and Deferral Criteria Guidelines.)

<u>At initial and monthly IDTT meetings (ICF) –</u>

At the initial IDTT meeting, IDTT members will conduct an initial Housing Review. If the IP is currently housed in a setting that is more restrictive than his LRH designation allows, the IDTT will develop a treatment plan that addresses the clinical factors preventing the IP from being housed at his designated LRH level.

After the initial IDTT meeting, a Housing Review will be conducted at each monthly IDTT meeting for any IP housed in a setting more restrictive than his LRH designation allows. The goal of the initial and monthly Housing Review is to transition the IP to the least restrictive DSH environment allowed by his LRH designation in advance of discharge to CDCR. (See attached LRH Matrix.)

<u>At annual ICC (for IPs with length of stay longer than one year) -</u>

If annual ICC determines that an IP's current custody factors warrant a change to his LRH designation, DSH will be notified of the IP's new LRH designation. Upon notification of a change in an IP's LRH designation, the DSH IDTT will conduct a Housing Review.

<u>At time of referral from Acute to ICF level of care -</u>

The Acute-to-ICF referral packet will contain the IP's current LRH designation and the referring IDTT's clinically-driven housing recommendation at the time of referral. The DSH facility to which the IP is referred will make an initial housing

- 2 -

determination based on those factors. (See attached LRH Matrix.)

<u>At any time the IP's IDTT deems clinically appropriate (ad hoc) -</u>

At any time the IP's IDTT believes a housing change may be indicated, the IDTT shall conduct a Housing Review.

After the initial Housing Review for admission, all housing decisions shall be documented in the Current Status section of the treatment plan and on a Housing Decision Form.

In order to facilitate ongoing Housing Reviews and tracking thereof, upon admission of an IP, the admitting DSH facility's Bed Utilization Management report will be updated to reflect each admitted IP's LRH designation.

For housing changes within a DSH facility, the facility shall follow their local operating procedures to finalize the change in housing. The PMU will coordinate transfers between DSH facilities. Each facility shall provide the completed Housing Decision Forms to the PMU on a weekly basis. The PMU shall maintain a database to centrally track and report on Housing Review decisions.

This process shall be reviewed and revised periodically as needed to ensure optimal bed utilization, and appropriate placement of all IPs receiving treatment within DSH.

**Signature**

*Original Signed by Director*
Pamela Ahlin, Director
Department of State Hospitals

**Attachment**

DSH Least Restrictive Housing matrix
DSH Deferral Criteria guidelines
DSH Dorm Housing Descriptions
DSH Housing Decision Form

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                                             EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



# California Department of State Hospitals (DSH) and California Department of Corrections and Rehabilitation (CDCR) Least Restrictive Housing (LRH) Matrix for ICF Inmate Patients

**Purpose:** In accordance with DSH Administrative Letter AL 2015-XXX, DSH staff shall ensure that all Inmate Patients (IPs) within a DSH hospital or psychiatric program are appropriately housed based on their custodial and clinical needs.

The following matrix designates the LRH for IPs based on housing designations provided to DSH by CDCR at time of referral and periodically via the Institutional Classification Committee annual review (if appropriate)

| CDCR LRH Housing Designation | Eligible DSH Program | Housing Environment Overview | |
|---|---|---|---|
| ASH | DSH-Atascadero (A) (256 beds): | All rooms are unlocked<br>• Four-man dorms<br>• Two-man dorms | >>>>> Less Restrictive ---------- More Restrictive <<<<< |
| ASH | DSH-Coalinga (C) (50 beds): | All rooms are unlocked<br>• Ten four-man dorms<br>• Ten single-man rooms | |
| VPP Dorms | DSH-Vacaville (V) (84 beds): | All dorms are locked;<br>Unit A2:<br>• Four eight-man dorms<br>• Three four-man dorms<br>Unit A3:<br>• One sixteen-man dorm;<br>• Two four-man dorms;<br>• Two eight-man dorms. | |
| Celled ICF Program | DSH-Salinas Valley (SV) (44 beds): | All rooms are locked<br>Unit TC1:<br>• Six four-man cells<br>Unit TC2:<br>• Ten two-man cells | |
| Celled ICF Program, S-Suffix | DSH - Stockton<br>DSH - Salinas Valley<br>DSH - Vacaville | • Locked, single cell<br>• Locked, single cell<br>• Locked, single cell | |

Updated 7/16/2015                                                   1

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA  95814



# DSH Deferral Guidelines- Initial Referral Review

The California Department of Corrections and Rehabilitation (CDCR) and the Department of State Hospitals (DSH) are collaborating on the development of standardized deferral guidelines to improve and streamline the referral process.  These guidelines will be based on clinical rationale from the DSH reviewing facility, and will assist with minimizing the number of deferrals.  In addition, DSH is implementing a formal, sustainable clinical housing review process to evaluate inmate-patients (IPs) for housing in their least restrictive housing environment.  This review process will ensure that IPs deferred from dorms to single cells are reevaluated for dorm placement on a regular basis.

Referrals deferred from ICF to Acute:

Upon review of the referral, DSH will determine the best level of care for the IP.  If it is determined that the IP requires a higher level of care (LOC), the referral will be deferred to acute.

Prior to discharge from the acute program, clinical reviews will be conducted for consideration of ICF placement and housing recommendations.  These recommendations will be documented in the treatment plans and psychiatric discharge summaries.

Referrals deferred from Intermediate Care Facility (ICF) dorms to ICF single cells:

DSH will determine the appropriate housing level based on the clinical review of the referral. If it is determined that the IP requires an alternate housing placement, the referral will be deferred.

On a monthly basis, during the Interdisciplinary Treatment Team Meetings, clinical housing reviews will be conducted, per the Housing Review Policy.  The housing recommendations and clinical rationale will be documented in the treatment plan.

7/29/15

## Deferral Guidelines (cont.)

Reasons for Deferral:

ICF to Acute:
- IPs whose referring LOC is a Mental Health Crisis Bed, AND
  - is on suicide watch or suicide precautions;
  - has an admission reason of, or is currently displaying, self-injurious behaviors requiring medical/nursing intervention;
  - has swallowed a foreign body *(This criterion is in process of being revised to reach mutual agreement regarding process of evaluating medical risk on case by case basis.)*
  - IPs who exhibit a combination of symptoms that can be correlated to grave disability.

ICF dorms to ICF single cell:

IPs who exhibit the following behaviors including, but not limited to:
- DD2 or have victimization concerns (i.e. malodorous, actions that would cause disruption during night hours);
- have command hallucinations/internal stimuli that severely impact functioning and result in behaviors that are violent and/or disruptive;
- paranoid or highly delusional (i.e. others are trying to poison or harm them);
- have a documented pattern of intimidation of lower-functioning IPs;
- generally uncooperative as exhibited by the following behaviors:
  - agitation, disruptive and difficult to re-direct after prompts to do so;
  - refuses treatment as a result of an uncooperative attitude (rather than mental distress such as serious depression, psychosis, etc.).
- have a documented pattern of violent incidents to staff and/or other IPs (how recent, the, type, and severity of the violence to be taken into consideration);
- previously housed in DSH dorms that resulted in a transfer to single cells (i.e. proven history of decompensating in a dorm setting);

2

7/29/2015

## Deferral Guidelines (cont.)

Notes:

To minimize the number of deferrals, Health Care Placement and Oversight Program (HCPOP) will redirect referrals that are referred to the incorrect DSH facility (i.e. single cell, DPW for DSH-V, or enemy concerns).

7/29/2015

3

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



## Department of State Hospitals (DSH) Least Restrictive and Multi-Person Housing Descriptions and ICF Acceptance Criteria for PC 2684/*Coleman* Inmate-Patients

**Purpose:** To provide housing descriptions and acceptance criteria for the unlocked and/or multi-person housing options for DSH facilities that provide ICF treatment to PC 2684/*Coleman* Inmate-Patients (IPs).

### DSH-Atascadero (A) (256 beds):

Housing Environment:
- All dorms are unlocked;
- There are four-man dorms;
- There are a limited number of two-man dorms.

Acceptance Criteria for admission to DSH-A includes:
- Stable condition;
- Dorm appropriate;
- Medication compliance;
- Must have a severe mental disorder, e.g. schizophrenia, bipolar, schizoaffective, etc.
- No adjustment disorder diagnosis;
- No diagnosis of dementia;
- No acute or chronic medical condition that requires more than routine nursing and medical care;
- No clinical presentation due primarily to Antisocial Personality Disorder or Borderline Personality Disorder;
- Healthcare Placement Oversight Program completes case by case custody reviews based on the 10/24/11 Modified Custody Guidelines.

### DSH-Coalinga (C) (50 beds):

Housing Environment:
- All dorms and single-man rooms are unlocked;
- There are 10 four-man dorms;
- There are 10 single-man rooms.
  Note: IPs are assessed in R&R and placed in single-man rooms based on the type of care that is needed.

**Department of State Hospitals Dorm Housing Descriptions and Intermediate Acceptance Criteria for PC 2684/Coleman Inmate-Patients (cont.)**

Acceptance Criteria for admission to DSH-C includes:
- Lowest custody possible and non-cocci risk IPs;
- Dorm appropriate;
- Must have a severe mental disorder, e.g. schizophrenia, bipolar, schizoaffective, etc.;
- No adjustment disorder diagnosis;
- No diagnosis of dementia;
- No acute or chronic medical condition that requires more than routine nursing and medical care;
- No clinical presentation due primarily to Antisocial Personality Disorder or Borderline Personality Disorder.

**DSH-Salinas Valley (SV) (44 beds):**

Housing Environment:
- All dorms are locked;
- Unit TC1:
  - There are 6 four-man dorms;
- Unit TC2:
  - There are 10 two-man dorms.

Acceptance Criteria for admission to DSH-SV includes:
- Intermediate Care Facility (ICF) MOU criteria;
- Four-man dorm eligibility;
- All IPs except acute and low custody.

**DSH-Vacaville (V) (84 beds):**

Housing Environment:
- All dorms are locked;
- Low custody;
  - Sometimes high custody inmates are admitted when CDCR overrides their high custody status and temporarily make them low custody only for DSH housing units.
- Unit A2:
  - There are 4 eight-man dorms;
  - There are 3 four-man dorms.
- Unit A3:
  - There is 1 sixteen-man dorm;
  - There are 2 four-man dorms;
  - There are 2 eight-man dorms.
- Patients are escorted off unit for dining and gymnasium;
  - For gym activity inmates have to walk the main line on first floor.

Updated 7/15/15            2

**Department of State Hospitals Dorm Housing Descriptions and Intermediate Acceptance Criteria for PC 2684/Coleman Inmate-Patients (cont.)**

Acceptance Criteria for admission to DSH-V includes:
- ICF MOU criteria;
- Must be able to walk 100 yards and step up (no DPW);
- Dialectical Behavior Therapy (DBT) program (A3 only);
    - Up to 12 patients are enrolled in the full DBT program.

Consideration for participation in DBT is given to individuals with psychiatric disorders that have an emotional dysregulation component, impulsive anger issues, severe depression, or chronic history of suicidality. Diagnostic considerations include Borderline Personality Disorder, Bipolar I and II Disorders, and Schizoaffective Disorders.

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                                     EDMUND G. BROWN JR., GOVERNOR

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION
PATIENT MANAGEMENT UNIT
1600 NINTH STREET, ROOM 420
SACRAMENTO, CA 95814



# DSH – CDCR INMATE PATIENT HOUSING DECISION FORM

| PATIENT NAME | DSH # | CDCR # | LEAST RESTRICTIVE HOUSING DESIGNATION |
|---|---|---|---|
|  |  |  |  |

### CURRENT DSH FACILITY AND HOUSING

| ☐ Salinas Valley | ☐ Stockton | ☐ Vacaville |
|---|---|---|
| ☐ Single Cell<br>☐ 2 – Man Cell<br>☐ 4 – Man Cell | ☐ Single Cell (ICF)<br>☐ Single Cell (Acute) | ☐ Single Cell (ICF)<br>☐ Single Cell (Acute)<br>☐ Dorm Beds (4 – Man)<br>☐ Dorm Beds (8 – Man)<br>☐ Dorm Beds (16 – Man) |

### INTER DISCIPLINARY TREATMENT TEAM (IDTT) HOUSING REVIEW & RECOMMENDATION

| **Recommend Less Restrictive Housing:**<br>☐ No<br>☐ Yes | ☐ ASH<br>☐ CSH<br>☐ SVPP<br>☐ VPP | ☐ Single Room<br>☐ 2 – Man<br>☐ 4 - Man<br>☐ 8 - Man<br>☐ 16 - Man |
|---|---|---|

**Clinical Rationale:**

| Printed Name | Signature | Review Date |
|---|---|---|
|  |  |  |

### ADMISSIONS AND DISCHARGE UNIT REVIEW

| **Inmate Patient Transferring:** | | Date: |
|---|---|---|
| ☐ No<br>☐ Yes | ☐ ASH<br>☐ CSH<br>☐ SVPP<br>☐ VPP | ☐ Single Room<br>☐ 2 – Man<br>☐ 4 - Man<br>☐ 8 - Man<br>☐ 16 - Man |
| ☐ Discharge Transfer Packet Posted to SharePoint | | Date: |
| ☐ Housing Decision Form Sent to DSH - PMU | | Date: |