KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
 455 Golden Gate Ave.,
 Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 703-5553
 Fax: (415) 703-1234
 E-mail: Maneesh.Sharma@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**DECLARATION OF PAM AHLIN IN RESPONSE TO AUGUST 5, 2015 & AUGUST 21, 2015 ORDERS** |

I, Pam Ahlin, declare:

1. I am the Director of the Department of State Hospitals. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration pursuant to the Court's August 5, 2015 and August 21, 2015 Orders.

2. I have read and am familiar with Defendants' November 24, 2010 Plan, the Special Master's recommendations thereon, and the Court's order thereon. I have also read and am

1

familiar with Defendants' October 18, 2011 Supplemental Plan, the December 13, 2011 Report on Assessment Process and Plan Re: Sustainable Self-Monitoring, and the orders thereon.

3. On review of the aforementioned plans and orders, I recognized that all portions that pertain to the Department of State Hospitals have been implemented and incorporated into the Department's policies, practices, and procedures. To ensure that successors in my and other executive level roles at the Department of State Hospitals are aware of how these policies, practices, and procedures relate to the aforementioned remedial plans approved and/or ordered by the Court, the Department's Legal Services Division has collected and will maintain all orders and Special Master reports pertaining to the Department. The Legal Services Division has also prepared an internal tracking document, at my request, outlining the orders and connecting them to particular policies and procedures. I have also requested that the Legal Services Division continue to update this document as appropriate with respect to any future orders and/or plans. The collected orders and internal tracking document will be provided to my successor, if any.

4. I am working closely with my executive staff, including Deputy Director of Strategic Planning and Implementation, George Maynard, the Department's Legal Services Division, and the Executive Directors of the facilities that treat *Coleman* patients, in order to ensure that everyone who is responsible for *Coleman* issues is familiar and in compliance with the aforementioned plans and orders.

I declare that the foregoing is true and correct. Executed this 21st of August, 2015, at Sacramento, California.

                                                         /s/ Pam Ahlin
                                         PAM AHLIN
                                         Director, Department of State Hospitals
                                         (original signature retained by counsel)

2

Ahlin Decl.
(2:90-cv-00520 KJM DAD PC)