KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Ave.,
  Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 703-5553
  Fax: (415) 703-1234
  E-mail: Maneesh.Sharma@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **EDMUND G. BROWN JR., et al.,** <br><br> Defendants. | 2:90-cv-00520 KJM DAD PC <br><br> **DECLARATION OF NICOLE C. HARRIGAN IN RESPONSE TO AUGUST 5, 2015 & AUGUST 21, 2015 ORDERS** |

I, Nicole C. Harrigan, declare:

1. I am an Attorney III for the Department of State Hospitals' Legal Services Division. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration pursuant to the Court's August 5, 2015 and August 21, 2015 Orders.

2. I have read and am familiar with Defendants' November 24, 2010 Plan, the Special Master's recommendations thereon, and the Court's order thereon. I have also read and am

1

1  familiar with Defendants' October 18, 2011 Supplemental Plan, the December 13, 2011 Report
2  on Assessment Process and Plan Re: Sustainable Self-Monitoring, and the orders thereon.

3.  As an attorney with the Legal Services Division I am familiar with the Department's policies, practices, and procedures for treatment of *Coleman* patients. On review of the aforementioned plans and orders, I recognized that all portions that pertain to the Department of State Hospitals have been implemented and incorporated into the Department's policies, practices, and procedures. I have discussed the Court's August 5 Order and aforementioned documents with George Maynard, Deputy Director of Strategic Planning and Implementation for the Department of State Hospitals, the Department's Patient Management Unit, executive management for the Department's Legal Services Division, and other legal and program staff.

4.  My colleagues in the Department's Legal Services Division and I have collected the aforementioned orders and plans as well as the Special Master's reports and other filings pertaining to the Department. We have also prepared an internal tracking document outlining the aforementioned plans and orders and connecting them to particular policies and procedures. The Legal Services Division will update this document as appropriate with respect to any future *Coleman* orders and/or plans. The collected filings and internal tracking document will be provided to my colleagues, as well as any newly appointed or hired executive level staff responsible for compliance with *Coleman* orders and plans to ensure that they are aware of and familiar with the remedial plans and orders in this case.

5.  I am working closely with Deputy Director Maynard, executive management for the Legal Services Division, the Patient Management Unit, and the Executive Directors of the facilities that treat *Coleman* patients, in order to ensure that everyone who is responsible for *Coleman* issues is familiar and in compliance with the aforementioned plans and orders.

//
//
//

2

Harrigan Decl.
(2:90-cv-00520 KJM DAD PC)

I declare that the foregoing is true and correct. Executed this 21st of August, 2015, at Sacramento, California.

                                            /s/ Nicole C. Harrigan
NICOLE C. HARRIGAN
Attorney III,
Department of State Hospitals, Legal Services Division
(original signature retained by counsel)

3

Harrigan Decl.
(2:90-cv-00520 KJM DAD PC)