KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Ave.,
  Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 703-5553
  Fax: (415) 703-1234
  E-mail: Maneesh.Sharma@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**DECLARATION OF GEORGE MAYNARD IN RESPONSE TO AUGUST 5, 2015 & AUGUST 21, 2015 ORDERS** |

I, George Maynard, declare:

1. I am the Deputy Director, State Hospitals Strategic Planning & Implementation for the Department of State Hospitals. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently. I make this declaration pursuant to the Court's August 5, 2015 and August 21, 2015 Orders.

2. I have read and am familiar with Defendants' November 24, 2010 Plan, the Special Master's recommendations thereon, and the Court's order thereon. I have also read and am

1

familiar with Defendants' October 18, 2011 Supplemental Plan, the December 13, 2011 Report on Assessment Process and Plan Re: Sustainable Self-Monitoring, and the orders thereon.

3. On review of the aforementioned plans and orders, I recognized that all portions that pertain to the Department of State Hospitals have been implemented and incorporated into the Department's policies, practices, and procedures. I have discussed this issue with Pam Ahlin, the Director of State Hospitals, the Department's Legal Services Division, and other executive level staff. The Department's Legal Services Division has collected and will maintain all orders and Special Master reports pertaining to the Department. The Legal Services Division has also prepared an internal tracking document outlining the orders and connecting them to particular policies and procedures. This document will be updated as appropriate with respect to any future *Coleman* orders and/or plans. The collected filings and internal tracking document will be provided to my successor, if any, to ensure that they are aware how the Department's policies, practices, and procedures relate to orders and/or plans approved by the Court.

4. I am working closely with the Director, the Department's Legal Services Division, and the Executive Directors of the facilities that treat *Coleman* patients, in order to ensure that everyone who is responsible for *Coleman* issues is familiar and in compliance with the aforementioned plans and orders.

I declare that the foregoing is true and correct. Executed this 21st of August, 2015, at Sacramento, California.

        /s/George Maynard
GEORGE MAYNARD
Deputy Director, State Hospitals Strategic Planning & Implementation,
Department of State Hospitals
(original signature retained by counsel)

2

Maynard Decl.
(2:90-cv-00520 KJM DAD PC)