KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
PATRICK R. MCKINNEY
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  455 Golden Gate Ave.,
  Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 703-5553
  Fax: (415) 703-1234
  E-mail: Maneesh.Sharma@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM DAD PC |
| Plaintiffs, | **DECLARATION OF BRENT W. REDEN IN RESPONSE TO AUGUST 5, 2015 & AUGUST 21, 2015 ORDERS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Brent W. Reden, declare:

1. I am the Deputy Chief Counsel for the Department of State Hospitals' Legal Services Division (Department). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts, could and would do so competently.

2. As the Deputy Chief Counsel I am familiar with the litigation cases the Department is involved with, stay updated on the progress of these cases, and discuss with the Department's Chief Counsel and higher level executive management staff in the Department about these cases, the impact to the Department, and specific orders issued by the courts and/or Special Masters.

1

Reden Decl.
(2:90-cv-00520 KJM DAD PC)

Specifically, this includes the *Coleman* litigation. I am familiar with the Department's policies, practices, and procedures for treatment of *Coleman* patients.

3. The management team in the Legal Services Division keeps abreast of and advises management within the Department of the legal issues surrounding the orders issued by the Court, the reports of the Special Master, the impacts on the policies and procedures for the Department, and mental health treatment of the Department's *Coleman* patients.

4. The management team in the Legal Services Division has a succession plan to assure continuity of involvement by the Legal Services Division in the *Coleman* litigation in the event any particular member of the team is no longer with the Department. For example, recently one of the managing attorneys assigned to the *Coleman* litigation, Assistant Chief Counsel, Francine Cordova, gave notice she was leaving the Department. Within a day of being notified Ms. Cordova was leaving, the Department's Chief Counsel and I assigned Acting Assistant Chief Counsel, Sean Rashkis to the *Coleman* litigation team. This permitted Ms. Cordova to work with Mr. Rashkis for several weeks to advise him of all the critical issues surrounding the *Coleman* litigation. Additionally, there are three staff attorneys who are jointly assigned to the *Coleman* litigation.

5. In addition to management being continually updated on the issues surrounding the legal issues surrounding the *Coleman* litigation, all the staff attorneys in the Department's Legal Services Division are regularly updated on the progress of the *Coleman* litigation, orders and plans resulting from these orders. Besides attorneys specifically assigned to work on the *Coleman* litigation, two attorneys specifically assigned to each Hospital or Psychiatric Program are available to work with the Hospital Executive staff on *Coleman* matters.

I declare that the foregoing is true and correct. Executed this 21st of August, 2015, at Sacramento, California.

        /s/ Brent W. Reden
BRENT W. REDEN
Deputy Chief Counsel,
Department of State Hospitals, Legal Services Division
(original signature retained by counsel)

2

Reden Decl.
(2:90-cv-00520 KJM DAD PC)