MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:   (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California  94111
Telephone:   (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | Case No. Civ 2:90-cv-0520 KJM - DAD<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2015**<br><br>Judge:  Hon. Dale A. Drozd |

[2810409-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND  QUARTER OF 2015

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2015 to Defendants via overnight delivery on July 27, 2015. The parties completed their meet and confer process on August 26, 2015. The parties have resolved all disputes regarding fees and costs for the Second Quarter of 2015, with an agreement to reduce claimed amounts to a total of $473,266.75.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $473,266.75 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from August 29, 2015 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: August 26, 2015

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: August 26, 2015

*/s/ Ernest Galvan*
Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____ ___, 2015

Dale A. Drozd
United States Magistrate Judge

[2810409-1]

# EXHIBIT A

[783437-1]

Coleman v. Brown
Summary of Fees and Costs
Second Quarter 2015
April 1, 2015 through June 30, 2015

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---:|---:|---:|
| **Monitoring (489-3)** | $454,808.25 | $440,729.16 | $14,765.87 |
| **Fees on Fees (489-5)** | $9,357.30 | $9,067.63 | $56.47 |
| **Termination Appeal (489-15)** | $8,669.10 | $8,400.74 | $246.88 |
|  | **$472,834.65** | **$458,197.53** | **$15,069.22** |

| | |
|---|---|
| **Claimed Total:** | **$487,903.87** |
| **Settled Total** | **$473,266.75** |

Coleman v. Brown
Monitoring Fees 489-3
April 1, 2015 through June 30, 2015

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Aaron J. Fischer | 155.70 | 154.20 | $213.00 | $32,844.60 | $31,827.86 |
| Blake Thompson | 14.90 | 14.90 | $213.00 | $3,173.70 | $3,075.45 |
| Charlotte Landes | 25.60 | 22.60 | $213.00 | $4,813.80 | $4,664.78 |
| Doris Tseng | 203.10 | 189.00 | $213.00 | $40,257.00 | $39,010.80 |
| Ernest Galvan | 3.30 | 0.00 | $213.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 48.75 | 48.75 | $213.00 | $10,383.75 | $10,062.31 |
| Gay C. Grunfeld | 0.20 | 0.00 | $213.00 | $0.00 | $0.00 |
| Gregorio Gonzalez | 345.60 | 335.20 | $213.00 | $71,397.60 | $69,187.41 |
| Jane E. Kahn | 219.70 | 217.80 | $213.00 | $46,391.40 | $44,955.30 |
| Kelly McGraw | 31.90 | 31.90 | $213.00 | $6,794.70 | $6,584.36 |
| Krista Stone-Manista | 85.80 | 85.30 | $213.00 | $18,168.90 | $17,606.46 |
| Lauren Vandemortel | 110.40 | 106.70 | $213.00 | $22,727.10 | $22,023.56 |
| Lisa Ells | 82.90 | 81.50 | $213.00 | $17,359.50 | $16,822.12 |
| Margot K. Mendelson | 59.70 | 59.70 | $213.00 | $12,716.10 | $12,322.46 |
| Michael W. Bien | 124.90 | 124.90 | $213.00 | $26,603.70 | $25,780.15 |
| Rolayn Tauben | 23.00 | 23.00 | $213.00 | $4,899.00 | $4,747.35 |
| Sasha Beder-Schenker | 357.80 | 351.30 | $213.00 | $74,826.90 | $72,510.55 |
| Thomas Nolan | 92.90 | 92.90 | $213.00 | $19,787.70 | $19,175.15 |
| Van Swearingen | 0.40 | 0.00 | $213.00 | $0.00 | $0.00 |
| **Total** | **1,986.55** | **1,939.65** | | **$413,145.45** | **$400,356.08** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Anjuli Branz | 7.10 | 7.10 | $213.00 | $1,512.30 | $1,465.49 |
| Donald Specter | 0.50 | 0.50 | $213.00 | $106.50 | $103.20 |
| John Bonacorsi | 33.30 | 33.30 | $213.00 | $7,092.90 | $6,873.33 |
| Laura Graham | 2.40 | 2.40 | $213.00 | $511.20 | $495.38 |
| Nora Searle | 11.70 | 11.70 | $213.00 | $2,492.10 | $2,414.95 |
| Rana Anabtawi | 0.20 | 0.20 | $213.00 | $42.60 | $41.28 |
| Steve Fama | 89.30 | 89.30 | $213.00 | $19,020.90 | $18,432.09 |
| Viviana Arcia | 18.70 | 18.70 | $213.00 | $3,983.10 | $3,859.80 |
| **Total** | **163.20** | **163.20** | | **$34,761.60** | **$33,685.52** |

**ACLU**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 32.40 | 32.40 | $213.00 | $6,901.20 | $6,687.57 |
| **Total** | **32.40** | **32.40** | | **$6,901.20** | **$6,687.57** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$454,808.25** | **$440,729.16** |

Coleman v. Brown
Monitoring Costs 489-3
April 1, 2015 through June 30, 2015

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Settled |
|---|---|---|
| In-House Copying | $4,231.40 | $4,231.40 |
| Outside Copying | $3,661.73 | $3,661.73 |
| Telephone | $10.30 | $10.30 |
| Postage and Delivery | $834.53 | $834.53 |
| Westlaw/Lexis/PACER | $51.78 | $51.78 |
| Translation services | $1,656.69 | $1,656.69 |
| Transcripts | $1,109.90 | $1,109.90 |
| Travel | $919.26 | $826.92 |
| **Total** | **$12,475.59** | **$12,383.25** |

**Prison Law Office**

| Description | Actual | Settled |
|---|---|---|
| In-House Copying | $1,382.80 | $1,382.80 |
| Travel | $567.92 | $567.92 |
| Postage | $431.90 | $431.90 |
| **Total** | **$2,382.62** | **$2,382.62** |

**Grand Total**           **$14,765.87**

2773990_2.XLS

Coleman v. Brown
Termination Appeal Fees 489-15
April 1, 2015 through June 30, 2015

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Aaron J. Fischer | 0.30 | 0.00 | $213.00 | $0.00 | $0.00 |
| Doris Tseng | 0.50 | 0.00 | $213.00 | $0.00 | $0.00 |
| Ernest Galvan | 1.50 | 0.00 | $213.00 | $0.00 | $0.00 |
| Gay C. Grunfeld | 0.20 | 0.00 | $213.00 | $0.00 | $0.00 |
| Jane E. Kahn | 0.10 | 0.00 | $213.00 | $0.00 | $0.00 |
| Lauren Vandemortel | 0.20 | 0.00 | $213.00 | $0.00 | $0.00 |
| Lisa Ells | 39.80 | 37.80 | $213.00 | $8,051.40 | $7,802.16 |
| Michael W. Bien | 3.30 | 2.90 | $213.00 | $617.70 | $598.58 |
| **Total** | **45.90** | **40.70** | | **$8,669.10** | **$8,400.74** |

**GRAND TOTAL**                                                              $8,669.10   $8,400.74

Coleman v. Brown
Termination Appeal Costs 489-15
April 1, 2015 through June 30, 2015

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Settled |
|---|---:|---:|
| In-house Copying | $141.80 | $141.80 |
| Westlaw/Lexis/PACER | $60.08 | $60.08 |
| Postage and Delivery | $45.00 | $45.00 |
| **Total** | | **$246.88** |

**GRAND TOTAL**           **$246.88**

Coleman v. Brown
Fees on Fees 489-5
April 1, 2015 through June 30, 2015

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 5.60 | 5.50 | $213.00 | $1,171.50 | $1,135.23 |
| Karen Stilber | 5.00 | 4.90 | $213.00 | $1,043.70 | $1,011.39 |
| Lauren Vandemortel | 3.00 | 3.00 | $213.00 | $639.00 | $619.22 |
| Lisa Ells | 29.20 | 28.70 | $213.00 | $6,113.10 | $5,923.86 |
| Michael W. Bien | 0.30 | 0.00 | $213.00 | $0.00 | $0.00 |
| **Total** | **43.10** | **42.10** | | **$8,967.30** | **$8,689.71** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Edie DeGraff | 2.00 | 2.00 | $195.00 | $390.00 | $377.93 |
| **Total** | **2.00** | **2.00** | | **$390.00** | **$377.93** |

| | | | | | |
|---|---|---|---|---|---|
| | **GRAND TOTAL** | | | **$9,357.30** | **$9,067.63** |

Coleman v. Brown
Costs on Fees 489-5
April 1, 2015 through June 30, 2015

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Settled |
|---|---|---|
| In-house Copying | $41.40 | $41.40 |
| Telephone | $0.45 | $0.45 |
| Postage and Delivery | $14.62 | $14.62 |
| **Total** | | **$56.47** |

**GRAND TOTAL**　　　　　　　　　　　**$56.47**

2773990_2.XLS