MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:    (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California  94111
Telephone:    (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>        Defendants. | Case No. Civ 2:90-cv-0520 KJM - DAD<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2015**<br><br>Judge:   Hon. Dale A. Drozd |

[2810409-1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2015 to Defendants via overnight delivery on July 27, 2015.  The parties completed their meet and confer process on August 26, 2015.  The parties have resolved all disputes regarding fees and costs for the Second Quarter of 2015, with an agreement to reduce claimed amounts to a total of $473,266.75.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $473,266.75 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from August 29, 2015 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED:  August 26, 2015                    /s/ Elise Thorn
                                           Elise Thorn
                                           Deputy Attorney General
                                           Attorneys for Defendants


DATED:  August 26, 2015                    /s/ Ernest Galvan
                                           Ernest Galvan
                                           ROSEN BIEN GALVAN & GRUNFELD LLP
                                           Attorneys for Plaintiffs


IT IS SO ORDERED.

Dated:  September 4, 2015


                                           _Dale A. Drozd_
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

dad1.civilrights
colemanaf2q15

1
STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2015