1   KAMALA D. HARRIS
    Attorney General of California
2   JONATHAN L. WOLFF
    Senior Assistant Attorney General
3   JAY C. RUSSELL
    DANIELLE F. O'BANNNON
4   Supervising Deputy Attorneys General
    MANEESH SHARMA, State Bar No. 280084
5   Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5553
7    Fax:  (415) 703-1234
     E-mail:  maneesh.sharma@doj.ca.gov
8   *Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

9

10   IN THE UNITED STATES DISTRICT COURTS

11   FOR THE EASTERN DISTRICT OF CALIFORNIA

12   AND THE NORTHERN DISTRICT OF CALIFORNIA

13   UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14   PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15   **RALPH COLEMAN, et al.,**                    2:90-cv-00520 KJM DAD PC

16                                 Plaintiffs,     **THREE-JUDGE COURT**

17          v.

18   **EDMUND G. BROWN JR., et al.,**

19                                 Defendants.

20

21   **MARCIANO PLATA, et al.,**                   C01-1351 TEH

22                                 Plaintiffs,     **THREE-JUDGE COURT**

23          v.

24                                                 **DEFENDANTS' SEPTEMBER 2015
                                                   STATUS REPORT IN RESPONSE TO**
25   **EDMUND G. BROWN JR., et al.,**              **FEBRUARY 10, 2014 ORDER**

26                                 Defendants.

27

28

1    The State submits this status report on the current in-state and out-of-state adult prison

2  populations and the measures being taken to reduce the prison population in response to the

3  Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request for

4  Extension of December 31, 2013 Deadline (February 10, 2014 Order).

5    Exhibit A sets forth the current design bed capacity, population, and population as a

6  percentage of design bed capacity for each state prison and for all state prisons combined.  As of

7  September 9, 2015, 111,656 inmates were housed in the State's 34 adult institutions, which

8  amounts to 135% of design bed capacity, and 6,508 inmates were housed in out-of-state

9  facilities.[1]  The current population is 2,066 inmates below the final court-ordered population

10  benchmark of 137.5% of design bed capacity, and has been under that benchmark since February

11  2015.  (*See* Ex. A.)  Exhibit B sets forth the status of the measures detailed in the February 10,

12  2014 Order that Defendants have implemented to reduce the prison population.  (ECF 2766/5060

13  at ¶¶ 4-5.)

14

15  Dated:  September 15, 2015          KAMALA D. HARRIS
                                        Attorney General of California
16

17                                      By: */s/ Maneesh Sharma*
                                          MANEESH SHARMA
                                          Deputy Attorney General
18                                        *Attorneys for Defendants*

19  Dated:  September 15, 2015          HANSON BRIDGETT LLP

20                                      By: */s/ Paul B. Mello*
                                          PAUL B. MELLO
21                                        *Attorneys for Defendants*

22

23

24

25

26

27  [1] The data in Exhibit A is taken from CDCR's September 9, 2015 weekly population report,
    available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_
28  Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf

1