KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**STIPULATED REQUEST FOR FIRST EXTENSION OF TIME TO FILE REPORT ON USE OF ATASCADERO STATE HOSPITAL AND [PROPOSED] ORDER** |

## STIPULATION

On August 21, 2015, this Court issued an order directing Defendants to file a report to the Court on whether regular and consistent use of the full complement of 256 beds at Atascadero State Hospital designated for *Coleman* class members is sufficient to permanently eliminate the ongoing waitlist for inpatient mental health care and if not, why not and what alternate plans are in place for waitlisted class members. (ECF No. 5343 at 2.)

In that same Order the Court ordered that the Special Master shall be actively involved in the ongoing negotiations to update the memorandum of understanding (MOU) that governs the

[0489-03 2829182-1]    1

Stip. Req. for Extension of Time to File Report on ASH and [Proposed] Order
(2:90-cv-00520 KJM DAD PC)

relationship between the Department of State Hospitals (DSH) and the California Department of Corrections and Rehabilitation (CDCR) to provide inpatient care to CDCR patients. (*Id.*)

Defendants have had a series of meetings with the Special Master and his team of experts on the development of an updated MOU. As a result, it has been determined that more time is necessary to complete the revisions to the MOU and the associated policies, share them with Plaintiffs' counsel and the Special Master, and meet to discuss additional comments and concerns. The outcome of the meetings to finalize the MOU and associated policies will necessarily impact Defendants' response to the Court's Order on the use of Atascadero State Hospital. Therefore, the parties and the Special Master have conferred and determined that additional time is necessary to allow Defendants to finalize the MOU and associated policies, consider plaintiffs' counsel's comments, and to prepare and file their respective responses to the Court's August 21 order.

The parties, in agreement with the Special Master, therefore stipulate that the time for Defendants to submit their report shall be extended until October 30, 2015.

Dated: September 18, 2015

KAMALA D. HARRIS, ATTORNEY GENERAL
FOR THE STATE OF CALIFORNIA
DANIELLE O'BANNON
Supervising Deputy Attorney General

*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorney For Defendants*

Dated: September 18, 2015

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Michael W. Bien*
MICHAEL W. BIEN
*Attorney For Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2015

_____
KIMBERLY J. MUELLER
Judge, United States District Court

CF1997CS0003
32218739.docx

[0489-03 2829182-1]    3

Stip. Req. for Extension of Time to File Report on ASH and [Proposed] Order
(2:90-cv-00520 KJM DAD PC)