KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-4025
 Fax: (916) 324-5205
 E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>  Plaintiffs,<br><br> v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>  Defendants. | 2:90-cv-00520 KJM DAD P<br><br>**DECLARATION OF DEAN L. BORG IN SUPPORT OF REQUEST FOR LEAVE TO MODIFY DEADLINE FOR ACTIVATION OF OFFICE AND TREATMENT SPACE AT CENTRAL CALIFORNIA WOMEN'S FACILITY** |

I, Dean L. Borg, declare as follows:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' Request to Modify the Deadline for the Activation of Office and Treatment Space at Central California Women's Facility.

1

2. I began working for CDCR in 1991. I work on healthcare projects on behalf of and at the direction of the Facilities Director, Deborah Hysen, and CDCR Secretary Beard. In my current role as Deputy Director, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with Defendants' revised long-range mental health bed plan filed in June 2012, and the final remaining project at the Central California Women's Facility (CCWF).

3. The CCWF project, when constructed, will provide treatment and office space to 54 general population inmates at the Enhanced Outpatient Program level of care and 10 inmates housed in administrative segregation at the Enhanced Outpatient Program level of care.

4. Since 2012, CDCR has moved forward with the revised project in an expeditious manner. Construction began in December 2013, and was slated for activation by June 2015.

5. Between April and July 2015, the project was delayed by issues with the contractor responsible for installing the fire alarm and difficulty in retaining union hall casual labor. Additionally, during August and September 2015, Defendants encountered difficulty in scheduling the State Fire Marshal's review of the project's fire alarm submittals, and inspection of the project.

6. On September 17, 2015, CDCR received approval by the State Fire Marshal of its fire alarm submittals. If CDCR receives a successful State Fire Marshal inspection and resulting certificate of occupancy from the State Fire Marshal, staff can treat the first patient in the new building on October 5, 2015.

7. Consistent with CDCR's commitment to identify ways to remedy delays, my staff exercise all reasonable contractual remedies to expedite completion of court-ordered construction projects. Additionally, in compiling the updated activation schedules each month, my staff provide their best, good faith projections of the forecasted construction completion dates.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct. Executed in Sacramento, California on
3  September 22, 2015.

*/s/ Dean L. Borg*
DEAN L. BORG

CF1997CS0003
32221649.doc

3
Decl. Of Dean L. Borg In Supp. Of Defs.' Request To Modify Deadline For Activation of CCWF
(2:90-cv-00520 KJM DAD PC)