UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DAD P |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On June 17, 2015, the Special Master filed a report on his expert's report on suicides completed in the California Department of Corrections and Rehabilitation (CDCR) between July 1, 2012 and December 31, 2012, ECF No. 5324, accompanied by the expert's report, ECF No. 5325. The Special Master requests that the court adopt in full his expert's report. Neither party has filed any objection to the expert's report or the Special Master's request that it be adopted in full. That will be the order of the court.

The court notes that the references to training in the report before the court are based on events that predate defendants' current suicide prevention training obligations for both clinical and custody staff. In January 2015, the Special Master reported to the court on his expert's audit of suicide prevention practices in CDCR prisons. ECF Nos. 5258, 5259. That report contained findings concerning training of both clinical and correctional staff and recommendations to correct inadequacies in that training. *See* ECF No. 5259 at 5-9. Under this court's February 3,

1

1  2015 order, ECF No. 5271, defendants are required to adopt those recommendations and work
2  with the Special Master in the Suicide Prevention Management Workgroup to implement them.
3      In addition, based on information provided by the Special Master, the court anticipates
4  that his expert's reports on completed CDCR suicides in 2013 will be filed with the court by the
5  end of January 2016, and the report for 2014 will be filed with the court by the end of March
6  2016.
7      In accordance with the above and good cause appearing, IT IS HEREBY ORDERED that
8  the Special Master's Expert's Report on Suicides Completed In the California Department of
9  Corrections and Rehabilitation July 1, 2012 – December 31, 2012, ECF No. 5325, is adopted in
10 full.
11 DATED: September 23, 2015.

_____
UNITED STATES DISTRICT JUDGE