| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>50 Fremont Street, 19th Floor<br>San Francisco, California 94105<br>Telephone: (415) 433-6830 |
| JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>          Defendants. | Case No. 2:90-CV-00520-KJM-DAD<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge: Hon. Kimberly J. Mueller |

[2837052-1]

2:90-CV-00520-KJM-DAD

NOTICE OF CHANGE OF ADDRESS

1  Pursuant to Local Rule 182(f), Rosen Bien Galvan & Grunfeld LLP, counsel for the
2  Plaintiffs in the above-entitled action, hereby notifies the Court that the address of Rosen
3  Bien Galvan & Grunfeld LLP will change effective September 28, 2015.  The new address
4  is as follows:

   Rosen Bien Galvan & Grunfeld LLP
   50 Fremont Street, 19th Floor
   San Francisco, CA  94105

8  DATED: September 25, 2015          Respectfully submitted,

                                       ROSEN BIEN GALVAN & GRUNFELD LLP

                                       By: */s/ Krista Stone-Manista*
                                            Krista Stone-Manista

                                       Attorneys for Plaintiffs

[2837052-1]

1

2:90-CV-00520-KJM-DAD

NOTICE OF CHANGE OF ADDRESS