UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,                                  No. 2:90-cv-0520 KJM DAD P

      Plaintiffs,

  v.

EDMUND G. BROWN, JR., et al.,

      Defendants.

SPECIAL MASTER'S SUBMISSION OF FINALIZED TEMPLATES
FOR TABLES IN DEFENDANTS' MONTHLY REPORTS ON DSH WAITLISTS

    On August 5, 2015, this Court ordered a status conference to be held on August 19, 2015 to address the problem of re-emergence of waitlists for mental health inpatient care of *Coleman* class members by California Department of State Hospitals (DSH) programs and facilities.  ECF 5333.  Designated DSH officials were directed to appear and be prepared to certify under oath that they had read specified relevant plans, Special Master's reports, and orders of this Court concerned with class members' access to these DSH programs and facilities.  They were also ordered to be prepared to describe to the Court the protocols that were in place to inform their successors of their obligations under remedial plans presented to and approved and/or ordered by the Court.  *Id.*

    In addition, the Court ordered the Coleman parties to file, no later than August 17, 2015, a joint status report to cover:

    a)  The current status of defendants' implementation of parts 2, 3, and 4 of defendants' November 24, 2010 Plan to Reduce or Eliminate Intermediate Care Facility and Acute Inpatient Waitlists;

    b)  The current status of defendants' implementation of their October 18, 2011 Supplemental Plan to Reduce or Eliminate the Inpatient waitlists;

    c) The current status of defendants' implementation of their December 13, 2011 Plan RE: Sustainable Self Monitoring;

    d) The number of inmates on any waitlist for inpatient mental health care as of August 10, 2015;

    e) The total number of inpatient beds in each DSH and CDCR *Coleman* inpatient mental health program occupied by a *Coleman* class member as of August 10, 2015.

    f) The total number of inpatient beds in each DSH and CDCR *Coleman* inpatient mental health treatment program not occupied by a *Coleman* class member as of August 10, 2015.

With respect to items (d), (e), and (f), if there was a waitlist and the number of beds in item (f) was greater than zero, the status report had to include an explanation as to why inmates were waiting for placement when *Coleman* inpatient program beds were not occupied by *Coleman* class members. *Id.*

The status conference went forward as scheduled on August 19, 2015. Per order dated August 20, 2015 and filed on August 21, 2015, the Court determined that additional orders were required to ensure compliance with existing remedial plans and court orders for timely access to necessary mental health inpatient care of *Coleman* class members. ECF 5343.

One of these additional orders required the Special Master to work with the *Coleman* parties to finalize a draft template to be provided by the Court to the Special Master. *Id.* The draft template would be an expansion of Table 2 that appeared within defendants' August 17, 2015 report to the Court. The purpose of the expanded version of Table 2 was to provide a format for regular monthly reports to be filed by defendants, covering specified information and data points on *Coleman* class members' access to DSH mental health inpatient programs, and achieving the essential reporting purposes reflected in the Court's draft template. *Id.* The Special Master was directed to file the finalized template on or before September 15, 2015.

Defendants were directed to file thereafter, on the public *Coleman* docket, a monthly updated report of all of the information provided by the template, to be filed simultaneously with their sealed monthly reports on individual referrals, pending referrals, rejections, and transfers of *Coleman* class members to mental health inpatient care. *Id.*

On August 24, 2015, the Special Master received from this Court two draft templates to be used as the foundation of the final versions of the tables to appear in defendants' monthly reports to the court. These draft templates were then sent to the Coleman parties for their input and recommendations. On September 4, 2015, defendants provided to the Special Master their comments on the draft templates and also provided him with copies of monthly DSH internally-generated charts which track waitlist trends, program by program. Plaintiffs then submitted their comments on the draft templates to the Special Master on September 8, 2015.

The Special Master conducted a teleconference on September 10, 2015 with the *Coleman* parties to work on the integration of their input towards finalizing the templates for the defendants' tables. Because more time was required for the parties to resolve some remaining issues and reach full agreement on the final versions of the templates, the Special Master requested an extension of time, up to and including September 29, 2015, to complete, finalize, and file the templates as well as any additional material that he may propose as necessary to accompany them. By minute order filed on September 15, 2015, this Court granted the Special Master's request for additional time. ECF 5353.

On September 21, 2015, defendants sent the Special Master their revised charts, in response to which the plaintiffs submitted their comments to the Special Master on September 22, 2015. This was followed by a re-convening of the Special Master's teleconference with the parties on September 23, 2015, after which defendants submitted their further revised templates.

The Special Master conducted a final teleconference with the parties on September 25, 2015, during which they agreed upon the templates to be employed in the defendants' upcoming monthly reports, to be filed as ordered. ECF 5343.

Defendants sent their three finalized, agreed-upon templates to the Special Master on September 28, 2015. In accordance with this Court's order dated August 20, 2015 and filed on August 21, 2015 (ECF 5342), and this Court's minute order dated September 15, 2015 (ECF 535), the Special Master now submits the finalized templates to this Court. They are entitled and identified as "Psychiatric Inpatient Programs Census Report" (Exhibit A), "Psychiatric Inpatient Programs Trends" (Exhibit B), and "Psychiatric Inpatient Program Referral/Waitlist (Exhibit C), all annexed hereto.

                                                      Respectfully submitted,

                                                      Matthew A. Lopes, Jr., Esq.
                                                      Special Master

Date:  September 29, 2015

EXHIBIT A

# PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT
## AS OF Month day, Year

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
|  | Male Acute Care Programs[5] | | | | | | |
| DSH-Vacaville | 218 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | **Total:** | **0** | | | | |
| DSH-Stockton | 94 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | **Total:** | **0** | | | | |
| **Total Male Acute** | **312** | **TOTAL:** | **0** | **0** | **0** | **0** | **0** |
|  | Male Intermediate Care Facility (High Custody) Programs | | | | | | |
| DSH-Stockton | 420 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | **Total:** | **0** | | | | |
| | | *Total out of LRH[6] :* | | | | | |
| DSH-Vacaville | 94 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | **Total:** | **0** | | | | |
| | | *Total out of LRH[6] :* | | | | | |
| DSH-Salinas Valley | 202 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | **Total:** | **0** | | | | |
| | | *Total out of LRH[6] :* | | | | | |
| DSH-Salinas Valley Multi-person Cells | 44 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | **Total:** | **0** | | | | |
| | | *Total out of LRH[6] :* | | | | | |
| **Total Male ICF High Custody** | **760** | **TOTAL:** | **0** | **0** | **0** | **0** | **0** |

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
| **Male Intermediate Care Facility (Low Custody) Programs** | | | | | | | |
| DSH-Vacaville Dorms | 84 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 0 | | | | |
| | | Total out of LRH[6]: | | | | | |
| DSH-Atascadero | 256 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 0 | | | | |
| DSH-Coalinga | 50 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 0 | | | | |
| **Total Male ICF Low Custody** | **390** | **TOTAL:** | **0** | **0** | **0** | **0** | **0** |
| **Male Condemned Program** | | | | | | | |
| **San Quentin-PIP** | **40** | **TOTAL:** | | | | | |
| **Female Programs[7]** | | | | | | | |
| DSH-Patton | 30 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 0 | | | | |
| California Institution for Women-PIP | 45 | Level I: | | | | | |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 0 | | | | |
| **Total Female ICF/Acute** | **75** | **TOTAL:** | **0** | **0** | **0** | **0** | **0** |
| **Total Inpatient Program Capacity and Availability – Male and Female** | | | | | | | |
| **GRAND TOTALS** | **1,577** | | | **0** | **0** | **0** | **0** | **0** |

[1]  For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV.  Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above.
[2]  Beds on hold are reserved for patients pending transfer.  Based on DSH Reports.
[3]  Beds redlined are beds that are temporarily unavailable due to repairs.   Based on DSH Reports.
[4]  Isolation rooms are cells that for licensing reasons physically differ from the other cells in the program, i.e., have showers or restricted sightlines into the cell.  As a result these cells are deemed inappropriate for everyday use.  Defendants are evaluating whether some of these rooms can be modified to permit everyday use.   Based on DSH Reports.
[5]  All Acute beds are single cell.  Thus, custody level and least restrictive housing categories do not apply.
[6]  Least Restrictive Housing (LRH) is determined by CDCR.
[7]  Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.

EXHIBIT B

Case 2:90-cv-00520-KJM-SCR Document 5363 Filed 09/29/15 Page 8 of 15

**PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)**
Weekly Average Census and Pending List Data
**January - December 2015**







**NOTES**

1. Report revised beginning October 2015. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

2. Definitions:
   * **Pending List** = *Includes ALL inmate-patients waiting for an ICF or APP bed, including those still within the Mental Health Program Guide transfer timelines. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program. Inmate-patients are removed from the Pending List once admitted into an ICF or APP bed.*
   * **Wait List** = *Includes inmate-patients that have been on the Pending List for more than 30 days for an ICF bed, or more than 10 days for an APP bed.*

**PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)**
Weekly Average Census and Pending List Data
**January - December 2015**







**NOTES**

1. Report revised beginning October 2015. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

2. Definitions:
   * **Pending List** = *Includes ALL inmate-patients waiting for an ICF or APP bed, including those still within the Mental Health Program Guide transfer timelines. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program. Inmate-patients are removed from the Pending List once admitted into an ICF or APP bed.*
   * **Wait List** = *Includes inmate-patients that have been on the Pending List for more than 30 days for an ICF bed, or more than 10 days for an APP bed.*

3. **SVPP-ICF High**: SVPP manages the Pending List for all ICF-H programs. On 1/19/15, capacity decreased from 254 to 246 (8 beds deactivated - 2 four-man cells).

4. **VPP-ICF High**: On 8/7/2015, capacity increased from 64 to 94 (P3 re-opened).

5. **CHCF-ICF High:** There are a total of 28 "isolation" cells that are considered unusable.

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
## January - December 2015



### VPP-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | | | | | | | | | | 0 | 0 | 0 |
| Avg Census | | | | | | | | | | 0 | 0 | 0 |
| Avg Census + Pending | | | | | | | | | | 0 | 0 | 0 |
| Cap | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 |

Census Avg for Period =
Pending List Avg for Period =
Wait List Avg for Period =



### CHCF-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | | | | | | | | | | 0 | 0 | 0 |
| Avg Census | | | | | | | | | | 0 | 0 | 0 |
| Avg Census + Pending | | | | | | | | | | 0 | 0 | 0 |
| Usable Cap | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 |
| Cap | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 |

Census Avg for Period =



### SQ PIP - APP/ICF (CDCR)

Program for condemned inmates. Activated 10/1/14.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | | | | | | | | | | 0 | 0 | 0 |
| Avg Census | | | | | | | | | | 0 | 0 | 0 |
| Avg Census + Pending | | | | | | | | | | 0 | 0 | 0 |
| Cap | 39 | 39 | 39 | 39 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |

Census Avg for Period =
Pending List Avg for Period =
Wait List Avg for Period =

### NOTES
1. Report revised beginning October 2015. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

2. Definitions:
   * **Pending List** = *Includes ALL inmate-patients waiting for an ICF or APP bed, including those still within the Mental Health Program Guide transfer timelines. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program. Inmate-patients are removed from the Pending List once admitted into an ICF or APP bed.*
   * **Wait List** = *Includes inmate-patients that have been on the Pending List for more than 30 days for an ICF bed, or more than 10 days for an APP bed.*

3. **VPP-APP:** VPP-APP manages the Pending List for all APP programs.

4. **CHCF-APP**: Fully activated effective 11/24/14. There are a total of 6 "isolation" cells that are considered unusable.

5. **SQ PIP**: 39-bed capacity activated 10/1/2014. In May 2015, one additional licensed bed was added to capacity.

**PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)**
Weekly Average Census and Pending List Data
**January - December 2015**





Census Avg for Period =
Pending List Avg for Period =
Wait List Avg for Period =

Census Avg for Period =

**NOTES**

1. Report revised beginning October 2015. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

2. Definitions:
   * **Pending List** = *Includes ALL inmate-patients waiting for an ICF or APP bed, including those still within the Mental Health Program Guide transfer timelines. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program. Inmate-patients are removed from the Pending List once admitted into an ICF or APP bed.*
   * **Wait List** = *Includes inmate-patients that have been on the Pending List for more than 30 days for an ICF bed, or more than 10 days for an APP bed.*

EXHIBIT C

PSYCHIATRIC INPATIENT PROGRAM
REFERRAL/WAITLIST[i] FOR THE MONTH OF: _____

| DATE | CDCR TO MALE ACUTE | CDCR TO MALE ICF (HC) | CDCR TO MALE ICF (LC) | CDCR TO CONDEMNED | CDCR TO FEMALE | DSH TO ACUTE | DSH TO ICF (HC) | DSH TO ICF (LC) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| MONTHLY AVERAGE | | | | | | | | | |

[i] For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. *See* Order filed August 21, 2015 at 2 & n.1. For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting when CDCR Statewide Mental Health Program transmits the referral packet to the PIP. For referrals from one DSH inpatient level of care to another (acute to intermediate or intermediate to acute), a patient is on the referral waitlist starting on the date that the Discharge Transfer Packet is posted to SharePoint. This chart includes patients whose initial referrals do not result in admission to an inpatient bed, including patients whose referrals may be rescinded or rejected, as provided by the Program Guide, or who have paroled from custody. The Chart also includes patients who have been accepted and assigned a bed but are in transit to their inpatient program. Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist is constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program. Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.