# APPENDIX 2

-- Contact QMStaff@cdcr.ca.gov for Access --

## Patient Summary

- Beta Version -

| CDCR: | Inst: | Care Team: | Complex Care: - | Allergies: - |
|---|---|---|---|---|
| PID: | Arrival Dt: | Housing: | Clinical Risk: | POLST: - |
| Name: | EPRD: | TB: | Mental Health: - | Adv. Directive: - |
| Birth Date: | Cell Bed: | Cocci: - | Dental Code: - | Service Plan: - |

### Scheduling & Access to Care

#### Effective Communication / ADA

Effective Communication Required: -

Mobility: -  Hearing: -  Vision: -  Speech: -

DD Status: -  TABE: -  Learning Disability: -

Primary Language: -
Primary Method: -
Alternate Method: -
Accommodations: -

#### Appointments

Chronic Care Program: -

**Scheduled / To Be Scheduled Appointments (One of Each Type)**
*No Appointments Found*

Total Scheduled / To Be Scheduled Appointments: -

**High Priority Specialty Appointments (Last 2)**
*No High Priority Appointments Found*

Total Specialty Appointments Last 6 Months: -

### Medication Management

Active Rx:    PolyRx Review: -    PC 2602: -

**Drug Interactions**
*No Drug Interactions Found*

Known Allergies: Unknown

**Recently Expired Medications (Last 14 Days)**
*No Recently Expired Prescriptions Found*

**Current Medication Profile**
*No Active Prescriptions Found*

### Care Management

#### Recent Higher Level of Care Events

**Community Hospitalizations (Last 2)**
*No Hospitalizations Found*

Total Hospitalizations Last 6 Months: -

**Mental Health Higher Level of Care Events (Last 2)**
*No Higher Level Of Care Events Found*

Last SRE: -    Total MH HLOC Events Last 6 Months: -

#### Electronic Medical Classification Chrono

Date: -    Medical Risk: -    Medical Hold: -
Level of Care: -    Nursing Acuity: -
Proximity to Consult: -
Functional Capacity: -
Specialized Services: -
Institutional-Environmental: -
Medical Hold Consideration:

#### Durable Medical Equipment

1845 Date: -    7410 Date: -    7536 Receipts: -
DME/Medical Supplies: -

### Disease Management & Prevention

**Select Registry Alerts**
*None Found*

#### Diagnoses

**Chronic Conditions (QM)**
*None Found*

**Medical Problem List (PHIP)**
*No PHIP Diagnoses Found*

**Mental Health Diagnoses (MHTS)**
*No MHTS Diagnoses Found*

#### Preventive Care / Disease Screening

| Name | Date | Status | Name | Date | Status |
|---|---|---|---|---|---|
| Influenza | - | - | Colon Cancer | | |
| Pneumovax | - | - | Breast Cancer | | |
| TDAP/Tetanus | - | - | Cervical Cancer | | |
| TB | | | HIV | | |
| Cocci Skin | - | - | HCV | | |
| Varicella | - | - | Syphilis | | |
| Hep A | - | - | Gonorrhea | | |
| Hep B | - | - | Chlamydia | | |