# APPENDIX 3

