# TABLE OF APPENDICES

1	CALPIA Health Facilities Maintenance Program

2	Patient Summary

3	Patient Safety Dashboard

4	Executive Summary and Health Care Access Quality Reports – April through July 2015

5	Human Resources Recruitment and Retention Reports – May through August 2015

6	CPR Financial Statements – July 2014 through June 2015, and July through August 2015