UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DAD P |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On September 29, 2015, the Special Master submitted finalized templates as required by paragraph 4 of the court's August 21, 2015 order, ECF No. 5343. *See* ECF No. 5363. The Special Master represents that the templates have been agreed to by the parties.

The purpose of the templates is to capture data concerning patient census and waitlists for inpatient mental health care. Under the terms of the August 21, 2015 order, a class member is deemed to be on a waitlist from the date the completed referral packet is *received* by the Department of State Hospitals (DSH) from the California Department of Corrections and Rehabilitation (CDCR). ECF No. 5343 at 2 & n.1. That definition is expressly used in the template found at Exhibit C to the Special Master's submission of finalized templates. ECF No. 5363 at Ex. C. The templates attached as Exhibit B to the Special Master's submission provide information about inmates on both a "Pending List" and a "Wait List." ECF No. 5363 at Ex. B. The pending lists consist of "ALL inmate-patients waiting for an ICF or APP bed, including those

1

1 still within the Mental Health Program Guide transfer timelines" and "[i]nmate-patients are
2 placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program." *Id.* (emphasis
3 in original). For the Exhibit B templates, "Wait List" is defined to include "inmate-patients that
4 have been on the Pending List for more than 30 days for an ICF bed, or more than 10 days for an
5 APP bed." The Special Master has confirmed that despite the semantic differences in definition
6 the start date for placement on a "Pending List" is the same as the start date for placement on a
7 waitlist as defined by the court's August 21, 2015 order. With that clarification, the templates
8 will be approved.

9     Good cause appearing, IT IS HEREBY ORDERED that the finalized templates filed
10 September 29, 2015, ECF No. 5363, are approved. In accordance with paragraph 4 of this court's
11 August 21, 2015 order, ECF No. 5343, the first set of completed templates shall be filed with the
12 monthly report to be filed in October 2015.
13 DATED: October 13, 2015.

_____
UNITED STATES DISTRICT JUDGE