KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5553
  Fax:  (415) 703-1234
  E-mail:  maneesh.sharma@doj.ca.gov

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone:   (415) 777-3200
  Fax:  (415) 541-9366
  E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                    Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' OCTOBER 2015 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to reduce the prison population in response to the Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order).

Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. As of October 14, 2015, 112,195 inmates were housed in the State's 34 adult institutions, which amounts to 135.7% of design bed capacity, and 5,907 inmates were housed in out-of-state facilities.[1] The current population is 1,527 inmates below the final court-ordered population benchmark of 137.5% of design bed capacity, and has been under that benchmark since February 2015. (*See* Ex. A.) Exhibit B sets forth the status of the measures detailed in the February 10, 2014 Order that Defendants have implemented to reduce the prison population. (ECF 2766/5060 at ¶¶ 4-5.)

Dated: October 15, 2015

KAMALA D. HARRIS
Attorney General of California

By: */s/ Maneesh Sharma*
   MANEESH SHARMA
   Deputy Attorney General
   *Attorneys for Defendants*

Dated: October 15, 2015

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
   PAUL B. MELLO
   *Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's October 14, 2015 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/WeeklyWed/TPOP1A/TPOP1Ad130724.pdf