1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM DAD P

12              Plaintiff,

13       v.                                    ORDER

14   EDMUND G. BROWN, JR., et al.,

15              Defendants.

16

17        The matter of payment of the special master has been referred to the undersigned by the

18   assigned District Judge.  The court has reviewed the bill for services provided by the Special

19   Master in the above-captioned case through the month of September 2015 and will, by this order,

20   direct that it be paid.

21             Good cause appearing, IT IS HEREBY ORDERED that:

22             1.  The Clerk of the Court is directed to pay to

23             Matthew A. Lopes, Jr., Esq.
               Special Master
24             Pannone Lopes Devereaux & West LLC
               317 Iron Horse Way, Suite 301
25             Providence, RI 02908

26   the amount of $380,141.63 for services rendered in August 2015 in accordance with the attached

27   statement; and

28   /////

1

2. A copy of this order shall be served on the financial department of this court.

Dated: October 27, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/cole15.sep

**RALPH COLEMAN, et al.,**                    :
    **Plaintiffs,**                             :
                                                :        **No. Civ. S-90-0520 KJM DAD P**
    **v.**                                       :
                                                :
**EDMUND G. BROWN, JR., et al.**             :
    **Defendants.**                             :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2015.

Matthew A. Lopes, Jr., Special Master
              Services              $25,054.00
              Disbursements    $  5,678.53

                    Total amount due          $30,732.53

Mohamedu F. Jones, J.D., Deputy Special Master
              Services              $39,845.00
              Disbursements    $      0.00

                    Total amount due          $39,845.00

Linda E. Holden, J.D., Deputy Special Master
              Services              $39,750.00
              Disbursement     $      0.00

                    Total amount due          $39,750.00

Kerry F. Walsh, J.D.
              Services              $35,249.50
              Disbursements    $      0.00

                    Total amount due          $35,249.50

Kristina M. Hector, J.D.
              Services              $39,785.50
               Disbursements    $      0.00

                    Total amount due          $39,785.50

Steven W. Raffa, J.D.
              Services              $36,025.50
               Disbursements    $      0.00

                    Total amount due          $36,025.50

Kerry C. Hughes, M.D.
          Services                   $23,000.00
          Disbursements         $  4,980.57

                Total amount due          $27,980.57

Jeffrey L. Metzner, M.D.
          Services                   $13,705.00
          Disbursements         $    763.90

                Total amount due          $14,468.90

Kathryn A. Burns, MD, MPH
          Services                   $  2,350.00
          Disbursements         $      0.00

                Total amount due          $  2,350.00

Mary Perrien, Ph.D.
          Services                   $21,440.00
          Disbursements         $  1,436.13

                Total amount due          $22,876.13

Patricia M. Williams, J.D.
          Services                   $  1,010.50
          Disbursements         $      0.00

                Total amount due          $  1,010.50

Henry A. Dlugacz, MSW, J.D.
          Services                   $13,525.00
          Disbursements         $      0.00

                Total amount due          $13,525.00

I.C. Haunani Henry
          Services                   $  3,431.00
          Disbursements         $      0.00

                Total amount due          $  3,431.00

Lindsay M. Hayes
          Services                   $20,590.00
          Disbursements         $    837.44

                Total amount due          $21,427.44

Timothy A. Rougeux
        Services               $ 6,392.00
        Disbursements     $     0.00

             Total amount due          $ 6,392.00

Cynthia A. Radavsky, M. Ed
        Services               $ 9,353.00
        Disbursements     $     0.00

             Total amount due          $ 9,353.00

Roderick Q. Hickman
        Services               $ 7,520.00
        Disbursements     $     0.00

             Total amount due          $ 7,520.00

Maria Massotta, Psy.D.
        Services               $14,725.00
        Disbursements     $     0.00

             Total amount due          $14,725.00

Karen Rea PHN, MSN, FNP
        Services               $11,619.06
        Disbursements     $     0.00

             Total amount due          $11,619.06

Barbara Seldin, PH.D
        Services               $ 2,075.00
        Disbursements     $     0.00

             Total amount due          $ 2,075.00

**TOTAL AMOUNT TO BE REIMBURSED**        **$380,141.63**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

5