1   KAMALA D. HARRIS
    Attorney General of California
2   DANIELLE F. O'BANNON
    Supervising Deputy Attorneys General
3   ELISE OWENS THORN, State Bar No. 145931
    CHRISTINE M. CICCOTTI, State Bar No. 238695
4   Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 324-4921
     Fax:  (916) 324-5205
7    E-mail:  Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                      SACRAMENTO DIVISION
11

12

13  **RALPH COLEMAN, et al.,**                2:90-cv-00520 KJM DAD PC

14                              Plaintiffs,   **STIPULATION AND ORDER
                                              MODIFYING THE AUGUST 11, 2014**
15      v.                                    **ORDER WITH RESPECT TO POLICY
                                              REVISIONS ON THE USE OF**
16  **EDMUND G. BROWN JR., et al.,**          **EXPANDABLE BATONS**

17                              Defendants.

18

19          On April 10, 2014, this Court ordered Defendants to revise policies and create plans related

20  to the use of force and segregated housing of *Coleman* class members.  (Order at 72-74, ECF No.

21  5131, Apr. 10, 2014.)  On August 1, 2014, Defendants filed several of the plans and policies

22  contemplated by the April 10, 2014 Order, including the revised expandable baton policy.

23  (Defendants' Plans and Policies Submitted in Response to April 10, 2014 and May 13, 2014

24  Orders, ECF No. 5190 at 11, 25.)  On August 11, 2014, the Court approved the plans and policies

25  submitted by Defendants on August 1, 2014.  (Order, ECF No. 5196, Aug. 11, 2014.)

26          Defendant California Department of Corrections and Rehabilitation (CDCR) now seeks to

27  further clarify its expandable baton policy and proposes a revision to its Use of Force policy set

28  forth below.

                                        1

1    Section 51020.5 of CDCR's Use-of-Force policy will be revised to allow escorting

2  officers to use discretion, where circumstances warrant, carrying batons in the extended position

3  when escorting an inmate in restraints.  The following revision shows the proposed change to the

4  policy:

5    **51020.5         Use of Force Options**

6    Hand-held batons: The baton is normally issued to custodial staff
   assigned to positions with direct inmate contact. <u>The baton should</u>
7  <u>not be carried in the extended position unless it is being utilized for</u>
   <u>the protection of the inmate and/or staff.</u>  ~~During the escort of an~~
8  ~~inmate in restraints, the baton shall be carried in the extended~~
   ~~position for the protection of the inmate and staff.~~
9

10    CDCR presented Plaintiffs with several variations on the proposed revised language to the

11  policy.  The final version, set forth above, is approved by Plaintiffs and the Special Master.  As a

12  result, the parties, with the concurrence of the Special Master, stipulate as follows:

13                                **STIPULATION**

14    1.  The proposed revision to Section 51020.5 of CDCR's Use of Force policy is approved.

15    2.  Defendants shall continue, under the guidance of the Special Master, to implement the

16  plans and policies approved by the Court's August 11, 2014 order, as modified by the proposed

17  revision to Section 51020.5 of CDCR's Use of Force policy identified herein.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

2

1    3.  Implementation of the plans and policies approved by the August 11, 2014 order and

2  this order shall continue to be monitored by the Special Master in accordance with his monitoring

3  and reporting duties in this action.

4  Dated: October 19, 2015                    Respectfully submitted,

5                                             KAMALA D. HARRIS
                                              Attorney General of California
6                                             DANIELLE F. O'BANNON
                                              Supervising Deputy Attorney General
7

8                                             */s/ Elise Owens Thorn*
                                              ELISE OWENS THORN
9                                             Deputy Attorney General
                                              *Attorneys for Defendants*
10

11
                                              */s/ Michael W. Bien*
12                                            MICHAEL W. BIEN
                                              *Attorney for Plaintiffs*
13

14                                    **ORDER**

15

16     Pursuant to the foregoing stipulation, IT IS SO ORDERED.

17  DATED:  October 27, 2015

18

19  _____

20  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

3