KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM DAD (PC) |
| Plaintiffs, | **DEFENDANTS' MONTHLY CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation and Department of State Hospitals to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care. (ECF No. 5367.) The Court further ordered that the first set of completed templates be filed in October 2015.

The first set of Defendants' templates includes the Psychiatric Inpatient Programs Census Report and the Psychiatric Inpatient Program Referral/Waitlist for the Month of October 2015,

1

Defs.' Monthly Census and Waitlist Reports for Inpatient Mental Health Care (2:90-cv-00520 KJM DAD (PC))

attached as Exhibits A and B, respectively. As indicated on the template for the Psychiatric Inpatient Programs Trends report, filed September 29, 2015 (ECF No. 5363), data collection for this report was revised beginning October to ensure accurate compliance with the terms of the August 21, 2015 order. As a result, the complete data required to populate the template is not yet available and Defendants are unable to file the Psychiatric Inpatient Program Trends chart. Similarly, the Psychiatric Inpatient Programs Census Report and the Psychiatric Inpatient Program Referral/Waitlist for the Month of October 2015 do not contain a complete set of the inpatient data for October 2015, given the way in which Defendants capture and report monthly data.

Historically, Defendants have reported monthly data to the Court and the Special Master thirty days after the reporting period ends. Defendants will collect and report the data concerning patient census and waitlists for inpatient mental health care in the same manner. Defendants did not intend to provide data retroactively (i.e., for a period preceding the entry of the order approving the templates) or to report partial data. While the templates filed herewith are not complete, Defendants are prepared to, and will, report additional October 2015 data concerning patient census and waitlists for inpatient mental health care in November 2015, when they file the bed utilization report for October 2015.

Dated:  October 30, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE O'BANNON
Supervising Deputy Attorney General

**/s/ Elise Owens Thorn**

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Monthly Census and Waitlist Reports for Inpatient Mental Health Care (2:90-cv-00520 KJM DAD (PC))