# Exhibit A

# PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT
## AS OF   26-Oct-15

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
| **Male Acute Care Programs[5]** | | | | | | | |
| DSH-Vacaville | 218 | | **208** | 10 | 0 | 0 | 0 |
| DSH-Stockton | 94 | | **81** | 7 | 0 | 6 | 0 |
| **Total Male Acute** | **312** | TOTAL: | **289** | 17 | 0 | 6 | 0 |
| **Male Intermediate Care Facility (High Custody) Programs** | | | | | | | |
| DSH-Stockton | 420 | Level I: | | 6 | 2 | 28 | 49 |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 335 | | | | |
| | | Total out of LRH[6]: | | | | | |
| DSH-Vacaville | 94 | Level I: | | 1 | 0 | 0 | 0 |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 93 | | | | |
| | | Total out of LRH[6]: | | | | | |
| DSH-Salinas Valley | 202 | Level I: | | 2 | 0 | 0 | 17 |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 183 | | | | |
| | | Total out of LRH[6]: | | | | | |
| DSH-Salinas Valley Multi-person Cells | 44 | Level I: | | 0 | 0 | 0 | 19 |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 25 | | | | |
| | | Total out of LRH[6]: | | | | | |
| **Total Male ICF High Custody** | **760** | TOTAL: | **636** | 9 | 2 | 28 | 85 |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | | | | | |
| DSH-Vacaville Dorms | 84 | Level I: | | 0 | 0 | 0 | 14 |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 70 | | | | |
| | | Total out of LRH[6]: | | | | | |

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
| DSH-Atascadero | 256 | Level I: | | 4 | 0 | 0 | 103 |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 149 | | | | |
| DSH-Coalinga | 50 | Level I: | | 2 | 0 | 0 | 0 |
| | | Level II: | | | | | |
| | | Level III: | | | | | |
| | | Level IV: | | | | | |
| | | Total: | 48 | | | | |
| **Total Male ICF Low Custody** | **390** | **TOTAL:** | **267** | **6** | **0** | **0** | **117** |
| **Male Condemned Program** | | | | | | | |
| **San Quentin-PIP** | **40** | **TOTAL:** | **39** | | | | |
| **Female Programs[7]** | | | | | | | |
| DSH-Patton | 30 | | **2** | 0 | 0 | 0 | 28 |
| California Institution for Women-PIP | 45 | | **45** | 0 | 0 | 0 | 0 |
| **Total Female ICF/Acute** | **75** | **TOTAL:** | **47** | **0** | **0** | **0** | **28** |
| **Total Inpatient Program Capacity and Availability – Male and Female** | | | | | | | |
| **GRAND TOTALS** | **1,577** | | **1278** | **32** | **2** | **34** | **230** |

---

[1] For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV.  Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above.
[2] Beds on hold are reserved for patients pending transfer, including DSH internal transfers.
[3] Beds redlined are beds that are temporarily unavailable due to repairs.
[4] Isolation rooms are cells that for licensing reasons physically differ from the other cells in the program, i.e., have showers or restricted sightlines into the cell.  As a result these cells are deemed inappropriate for everyday use.  Defendants are evaluating whether some of these rooms can be modified to permit everyday use.
[5] All Acute beds are single cell.  Thus, custody level and least restrictive housing categories do not apply.
[6] Least Restrictive Housing (LRH) is determined by CDCR taking into account: life term without possibility of parole; escape from a secure perimeter or escape with violence; recent violence; single cell status for in cell violence; holds that may result in any of the above; and medical needs and differs from custody placement score.

[7] Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.