# Exhibit B

## PSYCHIATRIC INPATIENT PROGRAM
## REFERRAL/WAITLIST [i] FOR OCTOBER 2015

| DATE | CDCR TO MALE ACUTE | CDCR TO MALE ICF (HC) | CDCR TO MALE ICF (LC) | CDCR TO CONDEMNED | CDCR TO FEMALE | DSH TO ACUTE | DSH TO (HC) | DSH TO ICF (LC) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 71 | 14 | 9 | 0 | 2 | 0 | 6 | 1 | 103 |
| 2 | 68 | 14 | 12 | 0 | 1 | 0 | 0 | 0 | 95 |
| 3 [ii] | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | 66 | 14 | 12 | 0 | 1 | 0 | 0 | 3 | 96 |
| 6 | 64 | 14 | 2 | 0 | 1 | 0 | 1 | 5 | 87 |
| 7 | 64 | 10 | 7 | 0 | 2 | 0 | 4 | 1 | 88 |
| 8 | 65 | 12 | 6 | 0 | 2 | 1 | 3 | 1 | 90 |
| 9 | 63 | 19 | 3 | 0 | 2 | 0 | 1 | 1 | 89 |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | 61 | 26 | 8 | 0 | 3 | 0 | 8 | 5 | 111 |
| 13 | 59 | 8 | 6 | 0 | 4 | 0 | 1 | 5 | 83 |
| 14 | 61 | 20 | 4 | 0 | 4 | 0 | 10 | 4 | 103 |
| 15 | 64 | 13 | 8 | 0 | 4 | 0 | 2 | 4 | 95 |
| 16 | 67 | 25 | 6 | 0 | 5 | 0 | 2 | 3 | 108 |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | 54 | 23 | 5 | 0 | 5 | 0 | 2 | 3 | 92 |
| 20 | 53 | 15 | 4 | 1 | 5 | 0 | 6 | 3 | 87 |
| 21 | 53 | 19 | 4 | 0 | 5 | 0 | 3 | 2 | 86 |
| 22 | 55 | 11 | 5 | 0 | 5 | 0 | 1 | 5 | 82 |
| 23 | 50 | 13 | 5 | 0 | 6 | 0 | 3 | 0 | 77 |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | 36 | 10 | 6 | 0 | 6 | 0 | 6 | 1 | 65 |
| 27 | 43 | 9 | 7 | 0 | 7 | 0 | 3 | 3 | 72 |
| 28 | 39 | 12 | 7 | 0 | 7 | 0 | 0 | 1 | 66 |
| 29 | 49 | 10 | 6 | 0 | 7 | 0 | 1 | 2 | 75 |
| 30 | 49 | 8 | 7 | 0 | 7 | 0 | 1 | 2 | 74 |
| 31 | | | | | | | | | |
| MONTHLY AVERAGE | 57 | 15 | 6 | 0 | 4 | 0 | 3 | 3 | 87 |

---

[i] For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. *See* Order filed August 21, 2015 at 2 & n.1. For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting when CDCR Statewide Mental Health Program transmits

the referral packet to the PIP.  For referrals from one DSH inpatient level of care to another (acute to intermediate or intermediate to acute), a patient is on the referral waitlist starting on the date that the Discharge Transfer Packet is posted to SharePoint.  As a result, this chart includes patients whose referrals may be rescinded or rejected, as provided by the Program Guide, who succeed in challenging their inpatient placement in a *Vitek* hearing, or who have paroled from custody.; it also will include patients who have been accepted and assigned a bed but are in transit to their inpatient program.   Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist is constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program.   Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.

[ii] The shaded areas are weekends and do not contain data as inpatient referrals are not completed on weekends or holidays.