KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
MANEESH SHARMA, State Bar No. 280084
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5345
  Fax: (916) 324-5205
  E-mail: Maneesh.Sharma@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                     Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                     Defendants. | 2:90-cv-00520 KJM DAD PC<br><br>**DEFENDANTS' REPORT IN RESPONSE TO AUGUST 21, 2015 ORDER**<br><br>Judge Kimberly J. Mueller |

The Court's August 21, 2015 Order required Defendants to "report to the Court on whether regular and consistent use of the full complement of 256 beds at [DSH-Atascadero] designated for *Coleman* class members is sufficient to permanently eliminate the ongoing waitlist for inpatient care and if not, why not and what alternative plans are in place for waitlisted class members." (ECF No. 5343.[1]) Attached as Exhibit A is Defendants Department of State

---

[1] On September 22, 2015, the Court approved the parties' stipulated request to extend the time to file the present report to October 30, 2015. (ECF No. 5360.)

1

Hospitals and California Department of Corrections and Rehabilitation joint report in response to the August 21, 2015 Order.

Dated: October 30, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/S/ MANEESH SHARMA*
MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Defs.' Report in Response to Aug. 21, 2015 Order (2:90-cv-00520 KJM DAD PC)