IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, ET AL.** | CASE: **2:90−CV−00520−KJM−KJN (TEMP)** |
| vs. | |
| **JOHN S. ZIL, ET AL.** | ORDER OF REASSIGNMENT |

Due to the elevation of Magistrate Judge Dale A. Drozd to the position of United States District Judge, the court finds the necessity to assign a magistrate judge temporarily to the above captioned case until a new magistrate judge is appointed.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **temporarily reassigned** to Magistrate Judge Kendall J. Newman until a new magistrate judge is appointed. The new case number for this action, which must be used on all documents filed with the court, is:

**2:90−CV−00520−KJM−KJN (TEMP)**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED: November 6, 2015

**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE