# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | No. 2:90-cv-0520 KJM KJN P<br><br>**ORDER** |

    By order filed May 18, 2015, the Special Master was directed to report to the court within 180 days on the status of defendants' implementation of the proposals contained in their February 2, 2015 staffing report, ECF No. 5269, and to include in his report any recommendations necessary to address ongoing mental health staffing deficiencies. ECF No. 5307 at 6. The Special Master has requested leave to include the substance of this report and any necessary recommendations in his Twenty-Sixth Round Monitoring Report.

    Good cause appearing, IT IS HEREBY ORDERED that in lieu of a separate report as contemplated by the court's May 18, 2015 order, the Special Master shall include in his Twenty-Sixth Round Monitoring Report the report and recommendations on staffing required by that order.

DATED: November 10, 2015.

                                            UNITED STATES DISTRICT JUDGE

1