KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM KJN PC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' REPORT IN RESPONSE TO AUGUST 21, 2015 ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | Judge Kimberly J. Mueller |
| Defendants. | |

On August 21, 2015, this Court ordered Defendants to "report to the Court on whether regular and consistent use of the full complement of 256 beds at [DSH-Atascadero] designated for *Coleman* class members is sufficient to permanently eliminate the ongoing waitlist for inpatient care and if not, why not and what alternative plans are in place for waitlisted class members." (ECF No. 5343.) The Court further ordered that "Plaintiffs may file a written

[2894617-1]    1

Stip. and [Proposed] Order Extending Time for Pls. to Resp. to Defs.' Report in Resp. to 8/21/15 Order (ECF No. 5198) (2:90-cv-00520 KJM KJN PC)

response to defendants' report within thirty days of the filing of that report." *Id.* On October 30, 2015, Defendants filed their report in response to the August 21, 2015 order. (ECF No. 5374.)

Defendants' report discussed the implementation of Defendants' new Housing Review process as well as a tentative plan to designate a number of High-Custody Intermediate care beds as "flex" beds that can accept both Acute and Intermediate level of care patients. (ECF No. 5374-1.) As indicated in the report, Defendants have informally implemented the new Housing Review policy while the Memorandum of Understanding between the California Department of Corrections and Rehabilitation and Department of State Hospitals is being finalized. (*Id.* at 6.) Defendants have begun custodial reviews of patients in DSH programs to determine their Least Restrictive Housing and are identifying, on a rolling basis, patients custodially eligible for movement to lower custody programs. The patients are then evaluated for clinical suitability for movement. Defendants have agreed to provide the Special Master with the opportunity to review the clinical case reviews completed to date. Plaintiffs have been invited to observe the review process. The parties, therefore, seek an extension of time to allow for the Special Master's clinical review to occur, and in turn, for Plaintiffs to file their response to Defendants' Report in Response to August 21, 2015 Order. Defendants have also determined that one or more units at DSH-Stockton can be designated as flex units and will activate one of these units on or before January 1, 2016. As a result, the parties, with the concurrence of the Special Master, stipulate as follows:

**STIPULATION**

1. Plaintiffs shall have thirty days from the date of the Special Master's final report to the parties (in whatever form that report takes), on the results of the Special Master team's review of the selected clinical cases, in which to file a written response, if any, to Defendants' Report in Response to the August 21, 2015 Order.

2. Defendants may file a reply within thirty days from the filing of Plaintiffs' written response to Defendants' Report in Response to August 21, 2015 Order.

/ / /

/ / /

[2894617-1]

2

    3. Defendants shall designate a High-Custody Intermediate care unit at DSH-Stockton as a "flex" unit that can accept both Intermediate and Acute level of care patients as needed and shall activate that unit on or before January 1, 2016.

Dated: November 24, 2015　　　　　　　　　　Respectfully submitted,

                                               KAMALA D. HARRIS
                                               Attorney General of California
                                               DANIELLE F. O'BANNON
                                               Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Michael W. Bien*
MICHAEL W. BIEN
*Attorney for Plaintiffs*

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2015.

                                               _____
                                               KIMBERLY J. MUELLER
                                               Judge, United States District Court

[2894617-1]　　　　　　　　　　　　3

Stip. and [Proposed] Order Extending Time for Pls. to Resp. to Defs.' Report in Resp. to 8/21/15 Order (ECF No. 5198) (2:90-cv-00520 KJM KJN PC)