MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, Nineteenth Floor
San Francisco, California  94105-7104
Telephone:   (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:   (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California  94111
Telephone:   (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>   Defendants. | Case No. 2:90-cv-00520-KJM-KJN<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2015**<br><br>Judge:  Hon. Kendall J. Newman |

[2902756-1]

1     Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2015 to Defendants via overnight delivery on October 28, 2015.  The parties completed their meet and confer process on December 4, 2015.  The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2015, with an agreement to reduce claimed amounts to a total of $548,842.76.

    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $548,842.76 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from November 29, 2015 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

    IT IS SO STIPULATED.

DATED:  December 7, 2015

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  December 7, 2015

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

    IT IS SO ORDERED.

Dated:  December 9, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[2902756-1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2015

1