DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
AARON J. FISCHER – 247391
MARGOT MENDELSON – 268583
KRISTA STONE-MANISTA – 269083
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830

JEFFREY L. BORNSTEIN – 099358
RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT**<br><br>Judge: Hon. Kimberly J. Mueller |

Stipulation and [Proposed] Order Regarding First Watch Security/Welfare Checks at Pelican Bay SHU

1    The parties, with the concurrence of the Special Master, stipulate as follows:

2    Because of the unique design of the Pelican Bay State Prison Security Housing Unit
3    (SHU), Security/Welfare Checks utilizing Guard One shall temporarily be conducted only
4    once per hour during First Watch (2200 hours to 0600 hours) while Defendants work to
5    assess and possibly reduce the noise caused by the opening and closing of the Unit's pod
6    doors. Defendants since early August 2015 have been conducting twice-hourly
7    Security/Welfare Checks at the Pelican Bay SHU, including during First Watch, in
8    compliance with the Court's February 3, 2015 Order (Docket # 5271). Plaintiffs have
9    requested this temporary change in the frequency of First Watch Security/Welfare Checks
10   at the Pelican Bay SHU.

11   Defendants anticipate that contract work to assess pod-door noise will commence
12   during the last week of January 2016. Defendants shall report to the Special Master and
13   Plaintiffs immediately if there is any change to that schedule.

14   No later than April 1, 2016, Defendants shall report to the Special Master and
15   Plaintiffs regarding the status of the contract work, including any changes made to the pod
16   doors, any determinations Defendants have made regarding the pod doors, and any time-
17   frames for further work regarding those doors.

18   The parties shall thereafter confer with the Special Master regarding this matter, and
19   if necessary conduct a site visit to the Pelican Bay SHU to assess any changes relating to
20   pod-door noise. This Stipulation will expire on May 1, 2015, but may be continued by
21   further Stipulation and concurrence of the Special Master.

22   / / /
23   / / /
24   / / /

Case 2:90-cv-00520-KJM-SCR   Document 5391   Filed 12/24/15   Page 3 of 3

IT IS SO STIPULATED.

Dated: December 24, 2015        /s/ Steven Fama
                                Steven Fama
                                Prison Law Office
                                Attorneys for Plaintiffs

Dated: December 24, 2015        KAMALA D. HARRIS
                                Attorney General of California
                                DANIELLE F. O'BANNON
                                Supervising Deputy Attorney General


                                /s/ Maneesh Sharma
                                Maneesh Sharma
                                Deputy Attorney General
                                Attorneys for Defendants


IT IS SO ORDERED.

Dated: December ____, 2015

                                _____
                                THE HONORABLE KIMBERLY J. MUELLER
                                UNITED STATES DISTRICT COURT JUDGE

Stipulation and [Proposed] Order Regarding First Watch Security/Welfare Checks at Pelican Bay SHU