| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>AARON J. FISCHER – 247391<br>MARGOT MENDELSON – 268583<br>KRISTA STONE-MANISTA – 269083<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>50 Fremont Street, 19th Floor<br>San Francisco, California 94105-2235<br>Telephone: (415) 433-6830 |
| JEFFREY L. BORNSTEIN – 099358<br>RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-KJN<br><br>**STIPULATION AND ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT**<br><br>Judge: Hon. Kimberly J. Mueller |

1  The parties, with the concurrence of the Special Master, stipulate as follows:

2  Because of the unique design of the Pelican Bay State Prison Security Housing Unit
3  (SHU), Security/Welfare Checks utilizing Guard One shall temporarily be conducted only
4  once per hour during First Watch (2200 hours to 0600 hours) while Defendants work to
5  assess and possibly reduce the noise caused by the opening and closing of the Unit's pod
6  doors.  Defendants since early August 2015 have been conducting twice-hourly
7  Security/Welfare Checks at the Pelican Bay SHU, including during First Watch, in
8  compliance with the Court's February 3, 2015 Order (Docket # 5271).  Plaintiffs have
9  requested this temporary change in the frequency of First Watch Security/Welfare Checks
10 at the Pelican Bay SHU.

11 Defendants anticipate that contract work to assess pod-door noise will commence
12 during the last week of January 2016.  Defendants shall report to the Special Master and
13 Plaintiffs immediately if there is any change to that schedule.

14 No later than April 1, 2016, Defendants shall report to the Special Master and
15 Plaintiffs regarding the status of the contract work, including any changes made to the pod
16 doors, any determinations Defendants have made regarding the pod doors, and any time-
17 frames for further work regarding those doors.

18 The parties shall thereafter confer with the Special Master regarding this matter, and
19 if necessary conduct a site visit to the Pelican Bay SHU to assess any changes relating to
20 pod-door noise.  This Stipulation will expire on May 1, 2015, but may be continued by
21 further Stipulation and concurrence of the Special Master.

22 / / /
23 / / /
24 / / /

IT IS SO STIPULATED.

Dated: December 24, 2015					*/s/ Steven Fama*
							Steven Fama
							Prison Law Office
							Attorneys for Plaintiffs

Dated: December 24, 2015					KAMALA D. HARRIS
							Attorney General of California
							DANIELLE F. O'BANNON
							Supervising Deputy Attorney General


							*/s/ Maneesh Sharma*
							Maneesh Sharma
							Deputy Attorney General
							Attorneys for Defendants

\* \* \*

## ORDER

In approving the parties' stipulation, the court clarifies that the stipulation will expire on May 1, 2016, unless the court orders otherwise before that date.

IT IS SO ORDERED.

Dated: December 28, 2015.

_____
UNITED STATES DISTRICT JUDGE