ROBERT A. BARTON
Inspector General
JAMES C. SPURLING, State Bar No. 109432
Chief Counsel
SHAUN R. SPILLANE, State Bar No. 258604
Attorney
  10111 Old Placerville Road, Suite 110
  Sacramento, CA 95827
  Telephone: (916) 255-1102
  Fax: (916) 255-1403
  Email: spurlingj@oig.ca.gov

Attorney for Defendants California Office of the Inspector General,
Robert A. Barton, Roy Wesley, and Michael J. Maddox

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN BLUE, et al. | ) Case No.: 2:15-cv-02656-KJM-CKD )<br>)<br>) **DECLARATION OF MICHAEL J.**<br>) **MADDOX IN SUPPORT OF NOTICE OF**<br>) **RELATED CASES**<br>)<br>) **[Local Rule 123]**<br>)<br>)<br>) |
| Plaintiff, | |
| v. | |
| CALIFORNIA OFFICE OF THE INSPECTOR GENERAL, et al., | |
| Defendants. | |

I, MICHAEL J. MADDOX, declare:

1. I am currently employed by the State of California, Office of the Inspector General (OIG). The OIG is an independent state agency, statutorily tasked with overseeing the activities of the California Department of Corrections and Rehabilitation (CDCR). I have worked as a Deputy Inspector General for a total of 4 years and 8 months. This declaration is being filed concurrently with Defendants' Notice of Related Cases. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. As part of my duties as a Deputy Inspector General, I have access to records of the California Department of Corrections and Rehabilitation, including, but not limited to, records regarding inmate central files, classification documents, and CDCR databases. Using these documents and databases, I was able to gather information regarding the mental health level of care being provided to each inmate and parolee the OIG interviewed. I was also able to use CDCR's databases and reports to obtain the number of inmates at High Desert State Prison who are receiving treatment at a level of care at or above the Correctional Clinical Case Management System (CCCMS) level of care, which also includes the Enhanced Outpatient Program (EOP) and Mental Health Crisis Bed (MHCB) Placement levels of care. I was able to obtain the same information for the subset of inmates who are housed in Sensitive Needs Yards at High Desert State Prison. I was also able to determine the number of inmates at High Desert State Prison who have been identified as having a disability under the Americans with Disabilities Act. The paragraphs that follow contain the information I obtained from the research I conducted as described in this paragraph.

3. As of the end of October 2015, HDSP housed a total of 3,250 inmates.

4. The OIG interviewed 20 CDCR inmates who are either currently housed at HDSP or were formerly housed at HDSP, but are now housed at other CDCR institutions located throughout California. Of those 20 inmates, 8 were receiving care at the CCCMS level of care on the date of their interviews. One inmate was receiving care at the EOP level of care on the date of his interview.

5. The OIG interviewed 23 former HDSP inmates who have been released from CDCR custody. 10 of these 23 former HDSP inmates were receiving care at the CCCMS level of care on the date of their release.

6. As of January 8, 2016, 1,498 inmates were housed on Sensitive Needs Yards at High Desert State Prison. 749 of these inmates are receiving care at the CCCMS level of care; 6 inmates are receiving care at the EOP level of care; and 3 of these inmates are receiving care at the MHCB level of care.

7. As of the end of October 2015, HDSP housed 981 inmates receiving care at the CCCMS level of care; 16 inmates receiving care at the EOP level of care; and 0 inmates receiving care at the MHCB level of care.

8. As of the end of October 2015, HDSP housed 188 inmates who are identified in CDCR records as "Americans with Disabilities Act" inmates.

I declare, under penalty of perjury, and under the laws of the United Stated of America and the State of California, that the foregoing is true and correct and that this declaration is executed in Sacramento, California on January 8, 2016.

/s/ Michael J. Maddox (original signature retained by attorneys for Defendants)

_____

MICHAEL J. MADDOX

Declaration Of Michael J. Maddox In Support Of Notice Of Related Cases
Blue, et al. v. California Office of the Inspector General, et al.; Case No. 2:15-cv-02656-KJM-CKD