ROBERT A. BARTON
Inspector General
JAMES C. SPURLING, State Bar No. 109432
Chief Counsel
SHAUN R. SPILLANE, State Bar No. 258604
Attorney
  10111 Old Placerville Road, Suite 110
  Sacramento, CA 95827
  Telephone: (916) 255-1102
  Fax: (916) 255-1403
  Email: spurlingj@oig.ca.gov

Attorney for Defendants California Office of the Inspector General,
Robert A. Barton, Roy Wesley, and Michael J. Maddox

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN BLUE, et al. | Case No.: 2:15-cv-02656-KJM-CKD |
| Plaintiff, | **DECLARATION OF SHAUN R. SPILLANE IN SUPPORT OF NOTICE OF RELATED CASES** |
| v. | |
| CALIFORNIA OFFICE OF THE INSPECTOR GENERAL, et al., | **[Local Rule 123]** |
| Defendants. | |

I, SHAUN R. SPILLANE, declare:

1. I am an attorney at law duly licensed to practice law in the State of California and have been admitted to practice in this court. I am employed by the Office of the Inspector General and am an attorney of record for Defendants California Office of the Inspector General, Robert A. Barton, Roy Wesley, and Michael J. Maddox in this matter.

2. This declaration is being filed concurrently with Defendants' Notice of Related Cases. I am familiar with the facts stated in this declaration, and if called as a witness, I could, and would, testify competently to these facts.

3. Attached hereto as Exhibit A is a true and correct copy of the March 21, 2011 Order Terminating Force-Related Orders and Dismissing Case in *Madrid v. Cate*, United States District Court for the Northern District of California, Case No. 3:90-cv-03094-TEH.

4. Attached hereto as Exhibit B is a true and correct copy of the November 4, 2015 grievance filed by CCPOA that is the subject of CCPOA's Petition to Compel Arbitration in Sacramento County Superior Court. A copy of this document was retrieved from the superior court's online docket and records system, as an exhibit to the declaration filed by CCPOA Chief Counsel Daniel Lindsay in Support of CCPOA's Petition to Compel Arbitration.

5. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Petition to and Application for an Order Compelling Arbitration, filed in Sacramento County Superior Court on December 24, 2015, in Case No. 34-2015-00188266. A copy of this document was retrieved from the superior court's online docket and records system.

6. Attached hereto as Exhibit D is a true and correct copy of the State of California, Department of Human Resources' and California Department of Corrections and Rehabilitation's Opposition to Plaintiffs' Petition to Compel Arbitration, filed in Sacramento County Superior Court on January 4, 2016, in Case No. 34-2015-00188266. A copy of this document was retrieved from the superior court's online docket and records system.

7. Attached hereto as Exhibit E is a true and correct copy of the June 25, 2015 letter from the California State Senate Rules Committee to Inspector General Robert A. Barton, authorizing the OIG's review of High Desert State Prison.

8. Attached hereto as Exhibit F is a true and correct copy of the OIG's December 16, 2015 Report titled "2015 Special Review: High Desert State Prison Susanville, CA." Due to its length, in the interests of judicial economy and efficiency, the 51 pages of appendices to the report, have been omitted from the copy of the exhibit attached to this declaration.

9. Attached hereto as Exhibit G is a true and correct copy of Plaintiffs' Complaint. The OIG was served with the Complaint on December 7, 2015. Due to its length, in the interests of judicial economy and efficiency, the 37 pages of exhibits to the complaint, which are not pertinent to the Notice of Related Cases, have been omitted from the copy of the exhibit attached to this declaration.

10. Attached hereto as Exhibit H is a true and correct copy of the November 23, 2015 letter written to California Governor Edmund G. Brown Jr. by California Correctional Peace Officers Association State President Charles Alexander. The letter indicates copies were also sent to California Attorney General Kamala D. Harris and the members of the California State Legislature. The OIG received a copy of the letter from a staff member of the Legislature.

I declare, under penalty of perjury, and under the laws of the United Stated of America and the State of California, that the foregoing is true and correct and that this declaration is executed in Sacramento, California on January 8, 2016.

/s/ Shaun R. Spillane
_____
SHAUN R. SPILLANE