**Kerry C. Hughes, M.D.**
**1579 Monroe Dr., Suite F, Box 612**
**Atlanta, GA 30324**
**dockc99@AOL.com**

**REPORT ON SUICIDES COMPLETED IN THE**
**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**JANUARY 1, 2013 – DECEMBER 31, 2013**


I.      **Introduction and Summary of the Findings**

This report is the *Coleman* Special Master's expert's review of the 30 suicides by inmates of the California Department of Corrections and Rehabilitation (CDCR) which occurred during 2013. It is submitted as part of the Special Master's continuing review of the defendant's compliance with court-ordered remediation in the matter of *Coleman v. Brown*, No.  CIV S-90-0520 KJM DAD PC (E.D.Cal).

Initially, the total number of suicides that occurred during 2013 was reported as 31 suicides. Subsequently-acquired additional information indicates that one of those 31 deaths that had been identified as a suicide was in fact deemed not to have been a suicide, resulting in a total of 30 deaths by suicide in the CDCR for 2013.

This report is similar to prior reports in that four of the Special Master's other mental health experts assisted in its preparation by reviewing and assessing healthcare records and CDCR death review reports relevant to the 30 inmates who committed suicide in 2013.  All four of these experts are nationally recognized experts in the field of correctional mental health.  They are Jeffrey L. Metzner, M.D.; Kathryn A. Burns, M.D., M.P.H.; Mary Perrien, Ph.D.; and Henry A. Dlugacz, J.D., M.S.W.[1]  All five experts, including this reviewer, were appointed by the *Coleman* court with the approval and consent of both parties, and all presently serve as consultants and/or monitors for a total of 22 different correctional systems or facilities other than the CDCR across the United States.

This reviewer's examination of the 30 suicide cases led to a number of significant findings which are a source of concern.  Among these findings are the following:

- **In 2013, a CDCR inmate died by suicide every 12.17 days on average.  This is, however, an improvement over 2012, when a CDCR inmate died by suicide every 11.06 days on average.**

_____

[1] Each expert's *curriculum vitae* appears in Appendices E1-E5.

1

- **The rate of CDCR inmate suicides in 2013 was 22.58 per 100,000, based on a reported CDCR inmate population of 132,827 as of midnight June 30, 2013.[2]  This was a decrease from the rate of 24.46 per 100,000 in CDCR during 2012, but a continuation of the pattern of far exceeding the rate of suicides per 100,000 inmates across U.S. state prisons, which was 15 suicides per 100,000 in 2013.[3]**

- **Trend analysis indicates a continuation through 2013 of the continuing rise in the rate of suicides in CDCR prisons since 2005.  From 2005 through 2013, the average suicide rate in CDCR was 22 per 100,000.  This is compared to the average rate shown by trend analysis for the six-year period of 1999 through 2004, when the average rate of suicides by CDCR inmates was 16.2 per 100,000.**

- **The CDCR suicide rate also continued to compare unfavorably with the average suicide rates during the period of 2001 to 2013 among the ten largest U.S. state prison systems, and the average rate in U.S. Federal prisons during the same period:**

  - **North Carolina, 2001-2013: 7 per 100,000**
  - **Florida, 2001-2013:  8 per 100,000**
  - **U.S. Federal Prisons, 2001-2013:  9 per 100,000**
  - **Louisiana, 2001-2013: 9 per 100,000**
  - **Georgia, 2001-2013:  10 per 100,000**
  - **Ohio, 2001-2013:  13 per 100,000**
  - **Michigan, 2001-2013:  15 per 100,000**
  - **Illinois, 2001-2013:  15 per 100,000**
  - **Pennsylvania, 2001-2013:  16 per 100,000**
  - **Texas, 2001-2013: 16 per 100,000**
  - **New York, 2001-2013:  21 per 100,000**
  - **California, 2001-2013: 21 per 100,000[4]**

**CDCR and U.S. State Prison Suicide Rates per 100,000**
**1999 – 2013**

---

[2] Source:  CDCR Website, Population Report, Archives.  As in past suicide reports by the Special Master's experts, population figures used for each year are the mid-calendar year (i.e. June 30) population numbers reported by CDCR on its public website.

[3] Source:  Noonan, *Mortality in Local Jails and State Prisons, 2000-2013 – Statistical Tables*, August 2015, Website, U.S. Department of Justice, Bureau of Justice Statistics.  The rate of 15 suicides per 100,000 across U.S. state prisons was reported for 2013, which is the most recent year for which the Bureau has published data on suicide rates in the United States.

[4] *Id.*

| Year | CDCR Prisons | U.S. State Prisons[5] |
|------|--------------|----------------------|
| 1999 | 15.6 | 14 |
| 2000 | 9.3 | 16 |
| 2001 | 19.3 | 14 |
| 2002 | 13.9 | 14 |
| 2003 | 23.1 | 16 |
| 2004 | 15.9 | 16 |
| 2005 | 26.2 | 17 |
| 2006 | 25.1 | 17 |
| 2007 | 19.7 | 16 |
| 2008 | 22.3 | 15 |
| 2009 | 15.7 | 15 |
| 2010 | 21.1 | 16 |
| 2011 | 21.01 | 14 |
| 2012 | 24.46 | 16 |
| 2013 | 22.58 | 15 |

---

[5] *Id.*



- **Among the 30 total suicide deaths by CDCR inmates in 2013, one occurred in an out-of-state facility [Tallahatchie County Correctional Facility (COCF-TCCF) in Mississippi].**

- **Among the 30 reviewed cases, *rigor mortis*[6] had already begun by the time of the discovery of the inmate's body in five or 16.7 percent of cases. The onset of *rigor mortis* indicates that in these five cases, at least two to four hours had passed between the time of death and discovery of the bodies, underscoring in the most dramatic and tragic of ways the importance of timely welfare checks and custodial checks.**

- **In 26 or 86.7 percent of the 30 reviewed suicide cases, there was at least some degree of inadequacy in assessment, treatment, or intervention. This rate is higher than the rates of 77.7 percent for the latter half of 2012 and 73.5 percent for 2011. Inadequacies included problems in the conduct of suicide risk evaluations (SREs); inadequate treatment planning, treatment, and/or clinical interventions; non-**

---

[6] *Rigor mortis* is defined as "the stiffness of joints and muscular rigidity of a dead body, caused by depletion of Adenosine Triphosphate (ATP) in the tissues. It begins two to four hours after death and lasts up to about four days, after which the muscles and joints relax." COLLINS ENGLISH DICTIONARY (2003 ed.)

completion of timely custodial welfare checks; lack of appropriate placement into administrative segregation intake cells; lack of referrals to higher levels of care when clinically indicated; lack of communication among treating mental health, medical, and/or custody staff; and lack of potential lifesaving interventions such as administration of CPR or issues with the use of an automated external defibrillator (AED).

- In 20 or 66.7 percent of the 30 reviewed cases, the inmate's suicide was either foreseeable or preventable, as those terms are defined in this report.[7][8]

- Failure to conduct SREs or inadequacies in their conduct appeared in eight or 26.7 percent of the 30 reviewed cases.

- Inadequacies in conduct of mental health assessments or clinical evaluations appeared in 19 or 63.3 percent of the 30 reviewed cases.

- Referrals to higher levels of care were not considered or made when clinically indicated in six or 20 percent of the 30 reviewed cases.

- *Post-mortem* suicide reviews revealed that in nine or 30 percent of the 30 reviewed cases, mental health staff failed to consult with each other, with medical staff, or with custody with regard to identification and provision of appropriate treatment of inmates.

- In nine or 30 percent of the 30 reviewed cases, custodial welfare checks were not completed appropriately.

- Among six or 20 percent of the 30 reviewed suicides, cardiopulmonary resuscitation (CPR), including availability or use of the AED and/or first aid, was not performed in a timely and/or appropriate manner.

- Twenty-four or 80 percent of the 30 suicides were committed by hanging, which remained by far the predominant means by which suicides were committed. Two suicides or 6.7 percent occurred by overdose; two suicides or 6.7 percent occurred by exsanguination, and two or 6.7 percent of the 30 suicides occurred by asphyxiation by other means.

---

[7] *See* Appendix A, "Terminology and Definitions."
[8] If a suicide was foreseeable and preventable, it was counted only once in the numerator.

- **Sixteen or 53.3 percent of the 30 suicides occurred in segregated housing units (12 in administrative segregation, two in condemned housing, and two in a Security Housing Unit (SHU). This resulted in an incidence of one inmate suicide for every 697 inmates in segregated housing units, and a rate of 143 suicides per 100,000 inmates in the segregated housing units.**

- **Sixteen or 53.3 percent of the 30 suicides were committed by inmates who were single-celled.  Counting also those inmates who were assigned to double cells but committed suicide while alone in their cells, the total number and percentage of the suicides by inmates alone in their cells rises to 25 suicides or 83.3 percent of the total 30 suicides in 2013.**

- **Six or 20 percent of the 30 suicides involved inmates who were designated as requiring a Sensitive Needs Yard (SNY).**

- **One or 3.3 percent of the 30 suicides occurred in a Mental Health Crisis Bed (MHCB).**

- **In fourteen or 46.7 percent of the 30 suicide cases reviewed, treatment planning was inadequate.**

- **In one or 3.3 percent of the 30 reviewed cases, inmates were not appropriately placed in an intake cell in administrative segregation.**

- **In ten or 33.3 percent of the 30 reviewed cases, there was an issue regarding psychiatric medication prescribing practices, and**

- **In eighteen or 60 percent of the 30 reviewed cases, there were problems related to the quality of the CDCR suicide report (i.e., death review report) and/or with implementation or follow-up on the quality improvement plan (QIP).**

## II.    <u>Format</u>

Like earlier suicide reports by the Special Master's expert, this report is presented in a narrative format, supported by a number of tables and graphs.  It includes a List of Terms and Definitions utilized in this report (**Appendix A**), a Table of Tracking Timelines for CDCR Departmental Review of Inmate Suicides (**Appendix B**), Tables of (1) Inmate Demographics,  (2) Assessment/Treatment/Interventions Implemented, (3) Inmate Suicidal History and Event Characteristics, and (4) Identified Issues and Failures with Suicide Prevention and Corrective Action Measures (**Appendices C1-C4**), Bar Graphs Indicating the Numbers of Suicides by

CDCR Inmates, Year by Year, by Institution and collectively (**Appendix D**), the *Curricula Vitae* of this Reviewer and the Contributing Experts (**Appendix E1-E5**), and a List of Acronyms and Abbreviations Used in this Report (**Appendix F**).

## III.   Discussion and Findings

### A.   CDCR's Suicide Rate Remains Elevated

In 2013, the rate of suicides among CDCR inmates showed a slight decrease from 2012.  Despite this decreased rate, trend analysis showed that the suicide rate has continued to worsen over time and compares unfavorably with suicide rates in other large prisons systems in the United States. The CDCR suicide rate also continues to exceed the national average rates for federal and state prisoner suicides.  *See* p. 2-3, *infra*.

Suicide rates in CDCR prisons from 1999 through 2013 have been as follows:

> 1999 - 25 suicides in a population of approximately 159,866[9]
> > Completed suicide rate of 15.6/100,000

> 2000 – 15 suicides in a population of approximately 160,855
> > Completed suicide rate of 9.3/100,000

> 2001 – 30 suicides in a population of approximately 155,365
> > Completed suicide rate of 19.3/100,000

> 2002 – 22 suicides in a population of approximately 158,099
> > Completed suicide rate of 13.9/100,000

> 2003 – 36 suicides in a population of approximately 155,722
> > Completed suicide rate of 23.1/100,000

> 2004 – 26 suicides in a population of approximately 163,346
> > Completed suicide rate of 15.9/100,000

> 2005 – 43 suicides in a population of approximately 164,179
> > Completed suicide rate of 26.2/100,000

> 2006 – 43 suicides in a population of approximately 171,340

---

[9] Population figures for each year are the mid-calendar year population numbers reported by CDCR on its public website.

Completed suicide rate of 25.1/100,000

2007 – 34 suicides in a population of approximately 172,535
Completed suicide rate of 19.7/100,000

2008 – 37 suicides in a population of approximately 165,790
Completed suicide rate of 22.3/100,000

2009 – 25 suicides in a population of approximately 159,084
Completed suicide rate of 15.7/100,000

2010 – 35 suicides in a population of approximately 165,747
Completed suicide rate of 21.1/100,000

2011 – 34 suicides in a population of approximately 161,818
Completed suicide rate of 21.0/100,000

2012 – 33 suicides in a population of approximately 134,901
Completed suicide rate of 24.46/100,000

2013 – 30 suicides in a population of approximately 132,827
Completed suicide rate of 22.58/100,000

The total number of suicides in CDCR prisons from 1999 through 2013 was 468, with an annual average number of 31.2 suicides for the 15-year period, or an average of 2.6 suicides per month. On average, there was one suicide every 11.7 days during the 15-year period. For all 15 years reviewed, from 1999 through 2013, the average suicide rate was 19.7 per 100,000.

Trend analysis indicates a continuation through 2013 of the ongoing rise in the rate of suicides since 2005.  From 2005 through 2013, the average suicide rate in CDCR was 22 per 100,000. This is compared to the average rate shown by trend analysis for the six-year period of 1999 through 2004, when the average rate of suicides by CDCR inmates was 16.2 per 100,000.

A comparison of CDCR prison suicide rates with those in U.S. Federal Prisons, in all U.S. State prisons, and in ten large state prison systems also illustrates the persistence of the elevated rate in CDCR prisons:

CDCR Suicide Rate Trend Analysis (average suicide rate per 100,000) for 1999-2004:
   o   Average Suicide Rate 16.2/100,000

*Compare* U.S. Federal and U.S. State Prison Suicide Rate Trend Analyses for 1999-2004:
- o   Average Suicide Rate for U.S. Federal Prisons 1999-2004[10]:  9.33/100,000
- o   Average Suicide Rate for U.S. State Prisons 1999-2004[11]:  15.2/100,000

CDCR Suicide Rate Trend Analysis (average suicide rate per 100,000) for 2001-2013: Average Suicide Rate 21/100,000

*Compare* U.S. Federal Prisons 2001-2013, U. S. State Prisons Suicide Rate Trend Analyses for 2001-2013:

- o   Average Suicide Rate for U.S. Federal Prisons 2001-2013[12]: 9/100,000
- o   Average Suicide Rate for U.S. State Prisons 2001-2013[13]: 16/100,000

*Compare* suicide rates per 100,000 in the ten largest U.S. state prisons, for the period of 2001 – 2013[14]:

- o   North Carolina, 2001-2013: 7 per 100,000
- o   Florida, 2001-2013: 8 per 100,000
- o   Louisiana, 2001-2013: 9 per 100,000
- o   Georgia, 2001-2013: 10 per 100,000
- o   Ohio, 2001-2013: 13 per 100,000
- o   Illinois, 2001-2013: 15 per 100,000
- o   Michigan, 2001-2013: 15 per 100,000
- o   Pennsylvania, 2001-2013: 16 per 100,000
- o   Texas, 2001-2013: 16 per 100,000
- o   New York, 2001-2013: 21 per 100,000

## B.  Predominance of Suicides in Segregated Units

Due to historically higher suicide rates in its segregated housing units, the suicide rate in those units remains significantly higher than in the non-segregated units. The higher rate of suicides in segregation units is not specific to the CDCR; this is a common finding in other prison systems. Sixteen or 53.3 percent of the 30 suicides during 2013 occurred in segregated housing units (12

---

[10] Noonan, *supra*, n.4.
[11] *Id.*
[12] *Id.*
[13] *Id.*
[14] *Id.*

9

in administrative segregation, two in condemned housing, and two in a SHU). Although CDCR has implemented a number of interventions to address this high suicide rate (such as Guard One and ASU mental health screenings), this over-representation of suicides in segregated housing units illustrates the need for continued suicide prevention efforts to decrease the rate of suicides in these units.

In 2013, the combined average daily population of CDCR segregated units was 11,154.[15]  This resulted in an incidence of one inmate suicide for every 697 inmates in segregated housing units, and a rate of 143 suicides per 100,000 inmates in the segregated housing units.  By contrast, in CDCR's non-segregated units in 2013, there were 14 suicides.  With an average daily population of 121,673 in CDCR's non-segregated units[16], the incidence of inmate suicides in non-segregated units in 2013 was one suicide for every 8,691 inmates and the rate was 11.5 suicides per 100,000.

Additional observations regarding the elevated suicide rate in segregated housing units included the following:

- o  In 15 of the 16 suicides that occurred in segregated housing (94 percent) the method of suicide was by hanging.

- o  In five of the 16 suicides or 31.2 percent of the reviewed cases, custodial welfare checks were not completed appropriately.

- o  In six of the 16 suicides or 37.5 percent of the reviewed cases, there was a failure to conduct the SRE or inadequacies in their conduct.

- o  Five of the 16 suicides, or 31.2 percent of the reviewed cases had not been referred to a higher level of care when it was clinically indicated.

- o  In eight of 16 suicides or 50 percent of the reviewed cases, treatment planning was inadequate.

- o  Three or 18.8 percent of these cases were found in rigor mortis at the time of discovery of their deaths.

---

[15] Population data provided by CDCR to the Special Master on December 17, 2015, indicating that as of June 28, 2013 (the date closest to June 30, 2013 for which this data is available) there were 6,283 inmates in administrative segregation units (ASU), 3,821 inmates in Security Housing Units SHUs, 366 inmates in Psychiatric Services Units (PSUs), and 684 inmates in condemned units.
[16] Total population of 132,827 as of June 30, 2013, minus total population of 11,154 in segregated housing, for a total population of 121,673 in non-segregated housing.

o One or 6.3 percent of these cases were not housed in an intake cell in administrative segregation when they should have been.

o Two or 12.5 percent of these cases were noted to have had untimely or inadequate CPR performed.

o Five or 31.2 percent revealed that mental health staff failed to consult with each other, with medical staff, or with custody with regard to identification and provision of appropriate treatment of inmates.

o In 11 or 68.8 percent of the reviewed suicide cases that occurred in segregation, the CDCR suicide report or QIPs did not make appropriate recommendations for corrective action, and/or the QIPs were not responsive to the issue identified for inmates who had been housed in segregation. The suicide report and accompanying QIPs should have identified and appropriately addressed any additional areas of needed corrective action.

o In 11 or 68.8 percent of the reviewed cases, the inmate's suicide was either foreseeable or preventable, as those terms are defined in this report.[17]

C. **Continued Issues Regarding Aspects of Assessment, Evaluation and/or Treatment Interventions**

In 26 or 86.7 percent of the 30 reviewed suicide cases, there was at least some degree of inadequacy in assessment, treatment, or intervention.  This rate is higher than the rates of 73.5 percent for 2011 and 77.7 percent for the latter half of 2012.  Inadequacies included problems in the conduct of SREs; inadequate treatment planning, treatment, and/or clinical interventions; non-completion of timely custodial welfare checks; lack of appropriate placement into administrative segregation intake cells; lack of referrals to higher levels of care when clinically indicated; lack of communication among treating mental health, medical, and/or custody staff; and lack of potential lifesaving interventions such as administration of CPR or issues with the use of an AED.

Treatment planning was inadequate in almost half (14 or 46.7 percent) of the 30 suicide cases reviewed. There was also a continuing pattern of inadequate or improperly completed SREs noted in eight or 26.7 percent of reviewed cases.  Inadequacies in the conduct of mental health assessments or clinical evaluations appeared in 19 or 63.3 percent of the reviewed cases. Referrals to higher levels of care were not considered or made when clinically indicated in six or 20 percent of the 30 reviewed cases.  CPR and/or other resuscitative measures were not appropriately performed in six (20 percent) of the reviewed cases.  Lastly, *rigor mortis* had

---

[17] *See* Appendix A, "Terminology and Definitions."

already begun by the time of the discovery of the inmate's body in five or 16.7 percent of cases. The onset of rigor mortis indicates that in these five cases, at least two to four hours had passed between the time of death and discovery of the bodies, underscoring in the most dramatic and tragic of ways the importance of timely welfare checks and custodial checks.

These continuing and persistent deficiencies in care bring into question the effectiveness of efforts that have been undertaken to date, especially with regard to training and mentoring interventions that have been implemented.

**D.  Quality of Suicide Reports and/or QIP Implementation**

The CDCR suicide reports (i.e. death reviews) remained comprehensive and included important and critical information regarding the inmates' mental health and criminal histories, institutional functioning, stressors that may have led to the suicides, as well as critical analysis regarding causative factors. These reports also continued to provide recommendations for improvements and corrective actions with regard to identified issues in the course of the care of the deceased inmate.

However, in 18 or 60 percent of the 30 reviewed cases, there were problems related to the quality of the CDCR suicide report and/or with implementation or follow-up on the QIP. This finding is similar to the 56 percent noted in the review of suicides that occurred during the latter half of 2012.

Of continued concern was the process by which identified issues in care figured into the development of recommendations for corrective actions. In some cases, issues that were identified in the suicide report did not result in the development of recommendations and thus were left unaddressed. QIPs for corrective actions that were developed derived from recommendations in the suicide reports. The failure to include pertinent recommendations resulted in inadequate responses from institutions in their QIPs and failures in addressing needed corrective actions.

**E.  Significant Medical Concerns as Risk Factors**

The review of completed suicides during 2013 revealed that five of the 30 completed suicides or 16.7 percent may have had a significant medical concern that may have been contributory.  Also noteworthy was the observation that nine of the 30 suicides or 30 percent also had some aspect of poor communication between mental health, medical, and/or custody staff.

In light of the aging prison population with concomitant medical and mental health concerns, improved integrated care and treatment with better cooperation and communication is critical. Ongoing, bi-directional communication among all staff involved with the inmate is critical to

12

keeping all treating staff informed of issues of concern and to allowing for necessary interventions when indicated.

### F.  Demographics as Risk Factors

The following are demographic factors noted regarding the 30 completed suicides in 2013:

- o Race
    - 13 of 30 suicides or 43.3 percent were Caucasian. This compares to a total Caucasian state prison population of 28 percent in 2010.[18]
    - 12 of 30 suicides or 40 percent were Hispanic. This compares to a total Hispanic state prison population of 42 percent in 2010.
    - Three of 30 suicides or ten percent were African American. This compares to a total African American state prison population of 26 percent in 2010.
    - Two of 30 suicides or 6.7 percent were other races (Asian and Native American). This compares to a total four percent state prison population of other races in 2010.
- o Average age of those completing suicide – 40.2 years of age. This compares with an institutional mean age of 38 years as of December 31, 2010.[19]
- o Level of care
    - Non- Mental Health Services Delivery System (MHSDS): 14 of 30 suicides or 46.7 percent; non-MHSDS inmates comprised 77.6 percent of the male CDCR population.[20]
    - Enhanced Outpatient Program (EOP): Seven of 30 suicides or 23.3 percent; EOP inmates comprised 3.2 percent of the male CDCR population.
    - Correctional Clinical Case Manager System (3CMS): Eight of 30 suicides or 26.7 percent; 3CMS inmates comprised 18.2 percent of the male CDCR population.
    - MHCB: One of 30 suicides or 3.3 percent; MHCB inmates comprised 0.2 percent of the male CDCR population.
- o Gender
    - Male: 29 of 30 suicides or 96.7 percent; this compares with a total male prison population of 95 percent in 2012.[21]

---

[18] CDCR website, California's Criminal Justice System, A Primer.  2010 was the most recent year for which the data cited in this section was reported.
[19] Id.
[20] CDCR website, mental health population and percentages as of August 24, 2011.
[21] Source: CDCR website, 2012.

- Female: one of 30 suicides or 3.3 percent; this compares with a total female prison population of five percent in 2012.[22]
  - o Method
    - Twenty-four or 80 percent of the 30 suicides were committed by hanging, which remained by far the predominant means by which suicides were committed.
    - Two suicides or 6.7 percent occurred by overdose.
    - Two suicides or 6.7 percent occurred by exsanguination.
    - Two or 6.7 percent of the 30 suicides occurred by asphyxiation by other means.
  - o 22 of 30 suicides or 73 percent were committed by inmates who had a history of mental health treatment.
  - o 13 of 30 suicides or 43.3 percent were committed by inmates who had a history of suicidal behavior or ideation.

Some of the demographic factors reported are consistent with those inmates with a higher risk for suicide, such as those with a history of mental health treatment, suicidal behavior, or suicidal ideation.

## G. Institutions

The completed suicides that occurred during 2013 occurred in 20 different institutions. Three of the suicides occurred at RJD and San Quentin State Prison (SQ) each.  California Medical Facility (CMF), California State Prison/Corcoran (CSP/Corcoran), CSP/Sacramento (CSP/Sac), California Training Facility/Soledad (CTF), Mule Creek State Prison (MCSP), and Salinas Valley State Prison (SVSP) each had two suicides that occurred during 2013. California Correctional Institution (CCI), California Institution for Women (CIW), California State Prison/Los Angeles County (CSP/LAC), California Substance Abuse Treatment Facility (CSATF), Folsom State Prison (FSP), High Desert State Prison (HDSP), Kern Valley State Prison (KVSP), North Kern State Prison (NKSP), Pleasant Valley State Prison (PVSP), Valley State Prison (VSP), Wasco State Prison (WSP), and TCCF-COCF each had one suicide that occurred during 2013.

## H. Housing and Cell Designation

Although the number of suicides in the segregated units remained elevated, it should be noted that placement in an SNY did not result in increased suicide risk.  Six or 20 percent of the 30 suicides in 2013 occurred for inmates who were designated as requiring a SNY. The average

---

[22] *Id.*

daily SNY population for 2013 was 32,977[23], or 25 percent of the average daily CDCR prison population of 132, 827. Although it is unclear why one-fifth of the inmates who committed suicide were classified as SNY, it should be noted that these inmates may experience additional stressors due to concerns regarding gang affiliations, and/or safety fears due to their gang drop-out status or identification as a sex offender.

Also notable was the significant number of inmates who committed suicide and who were single-celled, or double-celled without an assigned cellmate or with a cellmate who was out of the cell at the time of the suicide. Sixteen of the 30 suicides or 53.3 percent of the inmates who completed suicides were single celled.  Thirteen of the 30 suicides or 43.3 percent of those inmates were double celled, and one of the 30 or 3.3 percent was designed for quad housing.

If the double-celled inmates who were alone in cell at the time of suicide are included with the single-celled individuals, the rate is then 25 of 30 suicides or 83.3 percent who were essentially alone in cells and committed suicide. This high rate of suicide of individuals who were alone in cell when they committed suicide lends weight to the argument that having a cellmate is important in suicide prevention; however, if the individual is double celled but without a cellmate, or the cellmate is not present, this protective factor is irrelevant.  Additionally, all efforts should be made to ensure that cellmates are compatible and to address identified areas of conflict timely.

## IV.   Recommendations

During 2013, CDCR persistently experienced a significantly higher suicide rate, at 22.58 per 100,000, than the rate in U.S. state prisons, which was 15 per 100,000 for the same period. This was not only true for 2013; this elevated suicide rate has persisted for several years.  This report and previous annual suicide reviews by the Special Master's expert have noted this untoward distinction and have made repeated recommendations regarding many of the same areas of identified deficiency.

Since the time of the 2013 suicides, CDCR has been working on addressing some of the issues identified above.  The reviewer recommends continued work, in the context of the Suicide Prevention Management Workgroup (SPMW). The *Coleman* court ordered the establishment of this group and tasked it with review, under the guidance of the Special Master, of suicide prevention measures, suicide deaths, and deaths deemed to be undetermined cause (ECF 4693). In February 2015, the group was re-convened and ordered to work with the Special Master on the development of strategies and the implementation of changes and practices contained in a separate expert review of suicide prevention practices in CDCR prisons (ECF 5258, 5271).

---

[23] Population data provided by CDCR to the Special Master on December 23, 2015, indicating that as of June 28, 2013 (the date closest to June 30, 2013 for which this data is available) there were 32,977 inmates in SNYs.

In addition to the continued work by the SPMW, this reviewer recommends that Special Master's experts continue to be involved in the ongoing CDCR suicide review process, including participation in CDCR suicide case reviews and the provision of feedback to CDCR regarding suicide-related policies and procedures, as well as involvement in the Continuous Quality Improvement[24] and sustainable process efforts. This reviewer further recommends that the SPMW also ultimately work with the CDCR CCHCS Death Review Committee (DRC) to address issues with communication and cooperation within the CDCR inmate death review process, all to better coordinate and integrate the mental health and medical death review processes.

Respectfully Submitted,

/s/

_____

Kerry C. Hughes, M.D.

January 15, 2016

_____

[24] *See generally*, Order, ECF 5092, filed February 27, 2014.

APPENDIX A

*Terminology and Definitions:*

<u>**Suicide:**</u>

The term "suicide," as defined in the sources identified below, was utilized in the CDCR Annual Suicide Report for 2012:

- World Health Organization: Suicide is the result of an act deliberately initiated and performed by a person in the full knowledge or expectation of its fatal outcome.

- National Violent Death Reporting System, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention: Suicide is a death resulting from the intentional use of force against oneself. A preponderance of evidence should indicate that the use of force was intentional.

CDCR has classified as suicides any deaths under the circumstances described below. This report utilizes the same definition as CDCR, which follows the definitions utilized by the World Health Organization and the National Center for Injury Prevention and Control, Centers for Disease Control and Prevention:

- A person committed a suicide act and changed his mind, but still died as a result of the act;

- A person intended only to injure rather than kill himself, for example by playing "Russian Roulette" voluntarily with a firearm; Assisted suicide, including passive assistance to the decedent, for example, by supplying only information or the means needed to complete the act;

- Intentional, self-inflicted death committed while under the influence of a voluntarily taken, mind-altering drug;

- Intentional, self-inflicted death committed while under the influence of a mental illness.

According to the CDCR Annual Suicide Report for 2012, deaths under the circumstances below
should *not* be classified as suicides:

- The physical consequences of chronic substance abuse, including alcohol or drugs (natural death);

- Acute substance abuse, including alcohol or drugs, with less than a preponderance of the evidence showing intent to use the substance(s) against oneself (undetermined or unintentional injury or death).

- Death as a result of autoerotic behavior, e.g., self-strangulation during sexual activity (death by unintentional injury).

### *Foreseeable and Preventable Suicides:*

The terms "foreseeable" and "preventable" are used in this report as they have been in previous reports. They describe the adequacy and implications of CDCR suicide prevention policies and procedures, staff training and supervision, clinical judgments, and utilization of clinical and custodial alternatives to reduce the likelihood of completed suicides.

The term "foreseeable" refers to those cases in which available information about an inmate indicates the presence of substantial or high risk for suicide, and requires reasonable clinical, custodial, and/or administrative intervention(s). Assessment of the degree of risk may be high, moderate, or low to none. This is an important component in determining foreseeability. In contrast to a high and immediately detectable risk, a "moderate risk" of suicide indicates a more ambiguous set of circumstances that requires significant clinical judgment based on adequate training, as well as a timely assessment, to determine the level of risk in the most appropriate manner and relevant interventions to prevent suicide. Interventions may include but are not limited to changes in clinical level of care, placement on suicide precautions or suicide watch, and changes in housing including utilization of safe cells and transfers to higher levels of care, as well as clinically appropriate treatment and management services which may include but not be limited to increased contacts/assessments by mental health professionals, medication management review and changes, other therapeutic interventions and measures, and/or changes in level of care, including short-term changes such as utilization of MHCBs and/or longer term level-of-care changes including transfer to DSH programs. Individuals evaluated as a "low risk," "no risk," or "negligible risk" may continue to require some degree of clinical and custodial monitoring and subsequent evaluation with appropriate treatment and management by clinical staff of the potential for self-injury and/or suicidal ideation or activity.

The term "preventable" refers to those cases in which the likelihood of completed suicide might have been reduced substantially had some additional information been gathered and/or some additional intervention(s) undertaken, usually as required by existing policy, reflected in the Program Guide and/or local operating procedures. Suicides that may have been preventable include not only cases in which additional information might have been gathered or additional interventions undertaken, but also cases involving issues with emergency response by custody and clinical staff. The emergency response is reviewed not only by DCHCS mental health staff but also by DCHCS medical staff as part of the death review summary process, as well as by this reviewer.

***Suicide Risk Evaluation (SRE) Program Guide, Chapter 10, "Suicide Prevention and Response," §12-10-7 – 12-10-8.***

All inmates are observed for suicide risk.  Suicide risk assessment is critical to successful suicide prevention.  Inmates-patients enrolled in the MHSDS shall be regularly monitored for risk of suicide as clinically appropriate.  When an inmate expresses current suicidal ideation, or makes threats or attempts, a suicide risk evaluation (SRE) shall be made by collecting, analyzing, and documenting data.  Documentation is achieved by utilizing the CDCR standardized SRE and by clinician notation in the Unit Health Record (UHR).

When an inmate expresses chronic suicidal ideation without intent or plan, the clinician may document that no change in suicide risk has occurred since completion of the prior SRE, instead of completing a new SRE.

The following clinicians shall be trained to perform a suicide risk assessment and complete the SRE:

- Psychiatrists
- Psychologists
- Clinical social workers
- Primary care physicians
- Nurse practitioners
- RNs

This shall occur during the specialized training provided for clinical staff who are receiving either the new employee orientation or competing the required annual training module, or when determined necessary by supervisory and/or management staff.  When a primary clinician is scheduled to be available on-site, he or she shall be responsible for completing an SRE.  When a mental health clinician is not available, any other staff member who has been trained by CDCR in suicide risk evaluation may complete the SRE.

An RN completing the SRE shall collect data related to suicide risk and protective factors and refer the patient and data collected to a mental health clinician for further evaluation to determine the level of risk.

**At a minimum, a written SRE shall be completed:**

- Every time an inmate has an initial face-to-face evaluation for suicidal ideation, gestures, threats, or attempts, by a clinician trained to complete the SRE.

- By the referring clinician prior to placement of an inmate-patient into an outpatient housing unit (OHU) for continued suicide risk assessment or into a mental health crisis bed (MHCB) for suicidal ideation, threats, or attempt.

- After hours, on weekends and holidays, on-call clinicians shall conduct a face-to-face evaluation for suicide risk prior to releasing an inmate to any housing without suicide watch or precaution.

- After hours, on weekends and holidays, when the referring clinician has not completed an SRE, by the clinician providing coverage, by the next day, for those inmate-patients placed into an OHU or MHCB.

- By the associated interdisciplinary treatment team (IDTT) and/or clinician for all inmate-patients placed into an OHU for mental health reasons, or MHCB for any reason, upon decision to release or discharge.

- Subsequent to release from an OHU placement that was for the purpose of continued suicide risk evaluation, or an MHCB placement for the reasons of suicidal ideation, threats, or attempts, at a minimum of every 90 days for a 12-month period, by a mental health clinician.

- Within 72 hours of return from a Department of State Hospitals (DSH) facility, or within 24 hours if clinically based on new arrival screening.

- Any time the medical and mental health screening of a new arrival at an institution indicates a current or significant history, over the past year, of suicide risk factors, ideation, threats, or attempts.

- Pursuant to the Department Operating Manual (DOM), Article 41, Prison Rape Elimination Act Policy, for victims of sexual assault, within four hours after the required sexual assault forensic examination.

**The clinician shall use the SRE form when documenting a suicide risk evaluation, in addition to making a notation in the UHR. At a minimum, the following categories shall be used to assess potential risk.**

**Suicide Prevention Measures in Administrative Segregation.** *Program Guide, Chapter 7, "Administrative Segregation," §§ 12-7-1 – 12-7-15*

**Pre-Placement Screening.** *Program Guide, § 12-7-2 - 12-7-3.* All inmates are screened by medical personnel for possible suicide risk, safety concerns, and mental health problems before placement in administrative segregation (*see* Inmate Medical Services Policy and Procedure, *Volume 4, Chapter 16: CDCR 7219*). If an inmate screens positive on the CDCR 128-MH7, ASU Pre-Placement Chrono, they are referred to a mental health evaluation on an Emergent, Urgent, or Routine basis, depending on their answers to the screening questions. After completion, the CDCR Form 128-MH7, *ASU Pre-Placement Chrono*, shall be placed in the mental health chrono section of the Unit Health Record (UHR). For Urgent and Routine referrals, the medical staff conducting the screening shall complete a CDCR 128-MH5, Mental Health Referral Chrono, and follow the

referral process below.

**Post-Placement 31-Question Screen.** *Program Guide, § 12-7-6.* All inmates who are not in the MHSDS and who are retained in administrative segregation shall receive, within 72 hours of placement in administrative segregation, a mental health screening interview utilizing the same 31-question mental health screening questionnaire also used in the Reception Centers. The interview shall be conducted by a mental health clinician or trained nursing staff in private and confidential settings that afford confidentiality of sight and sound from other inmates and confidentiality of sound from staff. Screening interview appointments shall be announced by custody staff as "health appointments" to avoid stigmatization and possible retribution by other inmates. Every effort should be made to encourage inmates to attend these appointments.

The results of the screening are evaluated either by hand-scoring or an approved automated scoring system to determine the need for further evaluation. The scoring sheet shall be filed in the UHR. All inmates scoring positive on the questionnaire shall be referred to a mental health clinician to be seen within the clinically appropriate time frame. Emergent cases shall be seen immediately, urgent cases shall be seen within 24 hours, and all others shall be seen within 5 working days.

All referrals and results of evaluations are documented in the individual inmates' UHRs on approved forms and entered into the institutional MHTS. Decisions to provide treatment via placement into an outpatient program or an MHCB shall be entered into the distributed data processing system (DDPS).

**30-Minute Welfare Checks for Initial 21 Days of Placement into Administrative Segregation.** *Defendants' Plan to Address Suicide Trends in Administrative Segregation Units.* Custody welfare checks shall be conducted at staggered intervals not to exceed every 30 minutes. They shall be recorded on the 30-Minute Welfare Check Tracking Sheet.

**Daily Psych Tech Rounds in Administrative Segregation.** *Program Guide, § 12-7-5.* A mental health staff member, usually a Licensed Psych Tech (LPT), shall conduct rounds seven days per week in all administrative segregation units to attend to the mental health needs of all inmates. The psych tech shall make initial contact with each inmate placed into administrative segregation with 24 hours of placement.

In order to establish contact and provide information, mental health staff shall attend to developing rapport with new inmates on the first day of mental health rounds.

Those inmates not previously identified as having mental health treatment needs who exhibit possible signs and symptoms of serious mental disorders shall be referred for clinical evaluation. Interaction shall be sufficient to ascertain the inmate's mental condition particularly during the first ten days. The psych tech shall maintain an individual record of clinical rounds on both MHSDS and non-patients by initialing next to the inmate's name on the CDCR 114, *Isolation Log Book*, each time the inmate is seen.

Any unusual findings that may require closer observation by custody shall be documented on the CDCR 114A, *Daily Log*, on the same day as the occurrence. For identified MHSDS inmate-patients, the psych tech shall document a summary of daily clinical rounds on a CDCR 7230, *Interdisciplinary Progress Notes*, in the UHR on a weekly basis. Notes will be clearly labeled as "weekly summaries of psych tech clinical rounds." If clinically indicated, the psych tech may provide additional documentation.

**Response to Self-Injurious Behaviors and Suicide Attempts**. *Program Guide, §12-10-21 – 12-10-23.* Self-injurious behaviors cause, or are likely to cause, physical self injury. A suicide attempt is an intentional act that is deliberately designed to end one's own life. Both are medical emergencies that require immediate and appropriate responses.

Custody Protocol

**In medical emergencies, the primary objective is to preserve life.** All peace officers who respond to a medical emergency are mandated, pursuant to court order, to provide immediate life support, if trained to do so, until medical staff arrives to continue life support measures. All peace officers must carry a personal CPR mouth shield at all times.

The officer must assess and ensure it is reasonably safe to perform life support by effecting the following actions:

o Sound an alarm (a personal alarm or, if one is not issued, an alarm based on local procedures must be used) to summon necessary personnel and/or additional custody personnel.

o Determine and respond appropriately to any exposed blood-borne pathogens.

o Determine and neutralize any significant security threats to self or others including any circumstances causing harm to the involved inmate.

o Initiate life saving measure consistent with training.

The responding peace officer will be required to articulate the decision made regarding immediate life support and actions taken or not taken, including cases where life support is not initiated consistent with training and/or situations which pose a significant threat to the office or others.

**Upon arrival, responding medical personnel shall relieve the correctional peace office and assume primary responsibility for the provision of medical attention and lifesaving efforts. Custody and medical personnel together are responsible for the continuance of life saving efforts for as long as necessary.**

**Preservation of life shall take priority over preservation of a crime scene.**

<u>Emergency Response</u>

The following first aid procedures shall be implemented when an inmate attempts suicide by hanging, laceration, or other methods:

<u>Hanging</u>: Medical and custodial staff shall be informed of the nature of the emergency by the most expedient method available. The cut-down kit shall be transported to the location immediately by custody staff. Clearing the obstruction to the airway as quickly as possible is critical to saving the life of the inmate who has attempted suicide by hanging. When it appears safe, a minimum of two staff shall enter the area where the inmate is located, and relieve pressure on the airway by using a stable object for support of the inmate's body or by physically lifting the inmate's weight off the noose. The inmate shall be cut down by cutting above the knot and then loosening the noose. Custody staff shall preserve any item for evidentiary value.

Once the inmate is cut down, custody staff shall provide immediate life support, if trained to do so, until medical staff arrives to continue life support measures.

Medical staff, upon arrival, shall assume responsibility for medical care, as outlined in the institution's local operating procedures for emergencies, including any decisions regarding initiating or continuing CPR.

If possible, the inmate shall also be transported to a triage and treatment area.

<u>Laceration</u>: General guidelines;

- Use impervious latex gloves and/or appropriate, personal protective equipment.

- Utilize whatever clean material is available to apply pressure to the wound site.

- Elevate extremities if they are bleeding.

- Transport to a triage and treatment area or an emergency room.

<u>Other methods (overdosing, trauma, swallowing dangerous objects)</u>:

- Provide assistance to medical staff and obtain as much information as possible.

- Staff shall perform the Heimlich maneuver if choking is evident.

<u>Cut-down Kit Availability</u>

Each warden shall ensure that cut-down kits:

- Are maintained within each housing unit.
- Are inventoried and inspected on a daily basis with problems immediately reported to a supervisor.

- Consist of a lockable metal box containing:
    a. One inventory list affixed to the inside of the box door.
    b. One emergency cut-down tool.
    c. One single-patient-use resuscitator (e.g. Ambu Single-Patient-Use Resuscitator).
    d. One CPR mask (e.g., Lardell CPR Mask, for use by CPR-certified staff only)
    e. Minimum of ten latex gloves.
    f. Disposable oral airway.

APPENDIX B

## Tracking Timelines for Department Review of Inmate Suicides[1]

The applicable Program Guide timeframes for CDCR's suicide review are summarized as follows:

| Event/Documents | Timeline |
|---|---|
| 1. Date of Death | 0 hour |
| 2. Chief Medical Officer Notice to Death Notification Coordinator | 8 hours from time of death |
| 3. Initial Death Report by local SPRFIT Coordinator to Death Coordinator | 2 business days from date of death |
| 4. Death Notification Coordinator Notice to DCHCS SPRFIT Coordinator | 1 business day from Number 3 |
| 5. DCHCS SPRFIT Coordinator appoints Mental Health Suicide Reviewer | 2 business days from Number 4 |
| 6. Mental Health Suicide Reviewer completes Preliminary Suicide Report | 30 days from date of death |
| 7. DCHCS Suicide Case Review Subcommittee forwards completed Suicide Report to Mental Health Suicide Reviewer | 45 days from date of death |
| 8. Suicide Report signed and issued by Directors of DCHCS and the Division of Adult Institutions | 60 days from date of death |
| 9. Facility Warden and Chief Medical Officer implement Quality Improvement Plan (QIP) | 120 days from date of death |
| 10. Facility Warden and Chief Medical Officer submit report Of implementation of Quality Improvement Plan | 150 days from date of death |

---

[1] *See* Program Guide, Chapter 10.

APPENDIX C1

## Inmate Demographics

| Inmate | Inst. | Age | Gender | ethnicity | Date of Death | Time discovered | Time of Death | LOC | Keyhea |
|--------|-------|-----|--------|-----------|---------------|-----------------|---------------|-----|--------|
| A | RJD | 43 | M | Hispanic | 11/26/2013 | 7:40 AM | 8:13 AM | EOP | Y |
| B | SAC | 31 | M | Caucasian | 2/16/2013 | 5:10:00 PM | 5:58:00 PM | EOP | N |
| C | WSP | 32 | M | Hispanic | 4/18/2013 | 4:32:00 AM | 4:53:00 AM | nonMHSDS | N |
| D | MCSP | 60 | M | African American | 8/19/2013 | 1:53:00 PM | 2:25:00 PM | EOP | N |
| E | CIW | 32 | F | Caucasian | 11/16/2013 | 11:37 AM on 11/14/13 | 3:39 AM on 11/16/13 | 3CMS | N |
| F | MCSP | 35 | M | Hispanic | 9/7/2013 | 5:07:00 AM | 5:40:00 AM | MHCB | N |
| G | HDSP | 26 | M | Hispanic | 5/6/2013 | 2:36:00 AM | 3:43:00 AM | nonMHSDS | N/A |
| H | SATF | 31 | M | Caucasian | 6/16/2013 | 7:10:00 AM | 7:30:00 AM | nonMHSDS | N |
| I | PVSP | 52 | M | Caucasian | 10/15/2013 | 6:10:00 AM | 6:55:00 AM | nonMHSDS | N |
| J | VSP | 43 | M | Hispanic/Native American | 10/1/2013 | 1:07:00 PM | 1:34:00 PM | nonMHSDS | N |
| K | CCI | 51 | M | Caucasian | 12/16/2013 | 4:09 PM | 4:45 pm/4:55 pm | 3CMS | N |
| L | SQ | 41 | M | Caucasian | 4/14/2013 | 10:17 PM | 10:40:00 PM | EOP | N |
| M | LAC | 34 | M | African American | 4/15/2013 | 10:27 AM | 11:29:00 AM | 3CMS | |
| N | CMF | 57 | M | Caucasian | 8/14/2013 | 4:44 AM | 5:27:00 AM | EOP | N |
| O | CTF | 58 | M | Caucasian | 6/16/2013 | 8:08 PM | 8:30 PM | nonMHSDS | N |
| P | FSP | 31 | M | Hispanic | 3/8/2013 | 2:00 PM | 3:26 PM | nonMHSDS | N |
| Q | RJD | 53 | M | Caucasian | 9/18/2013 | 4:22 PM | 4:42 PM | nonMHSDS | N |
| R | CMF | 54 | M | Hispanic | 9/21/2013 | 7:58 AM | 8:05 AM | EOP | N |
| S | SAC | 29 | M | Hispanic | 5/27/2013 | 2:32 AM | 3:51 AM | nonMHSDS | N |
| T | SVSP | 36 | M | Hispanic | 1/24/2013 | 5:16 PM | 5:53 PM | EOP | N |
| U | SQ | 53 | M | Caucasian | 10/5/2013 | 11:55 pm on 10/4/13 | 12:48 AM | 3CMS | N |
| V | SVSP | 39 | M | Hispanic | 7/31/2013 | 1:35 PM | 2:58 PM | 3CMS | N |
| W | COR | 33 | M | Hispanic | 4/29/2013 | 9:39 AM | 10:12 AM | nonMHSDS | N |
| X | TCCF-COCF | 42 | | Hispanic | 1/7/2013 | 7:34 AM | 8:53 AM | nonMHSDS | N |
| Y | COR | 32 | | Caucasian | 7/22/2013 | 9:06 PM | 9:32 PM | nonMHSDS | N |
| Z | SQ | 45 | | African American | 9/24/2013 | 12:36 PM | 12:56 PM | 3CMS | N |
| AA | RJD | 46 | | Native American | 8/8/2013 | 3:04 PM | 3:46 PM | nonMHSDS | N |
| BB | KVSP | 23 | | Caucasian | 2/13/2013 | 2:48 PM | 3:39 PM | 3CMS | N |
| CC | CTF | 39 | | Caucasian | 7/4/2013 | 2:45 AM | 3:20 AM | nonMHSDS | N |
| DD | NKSP | 26 | | Asian (Filipino) | 12/27/2013 | 6:19 AM | 6:53 AM | 3CMS | N |

APPENDIX C2

**Appropriate Assessment/Treatment/Interventions Implemented**

| Inmate | assessment problems? | treatment problems? | interventions problems? | 5-Day f/u | Rigor Mortis | CPR?/Timely & Appropriate | Intake cell issues | Custody welfare check issues | Meds issues |
|---|---|---|---|---|---|---|---|---|---|
| A | N | Y | N | N/A | N | Y/Y | N/A | Y | N |
| B | Y | Y | N | N/A | N | Y/Y | N/A | N | Y |
| C | Y | N | N | N/A | N | Y/Y | N/A | N | N |
| D | Y | Y | N | N/A | N | Y/Y | N/A | N | Y |
| E | Y | Y | N | N/A | N | Y/Y | N/A | N | N |
| F | Y | Y | Y | N/A | N | Y/N | N/A | Y | Y |
| G | Y | N | Y | N/A | N | Y/N | N/A | N | N |
| H | N | N | N | N/A | N | Y/Y | N | N | N |
| I | Y | Y | Y | N/A | Y | N/Y | N | Y | N |
| J | N | N | N | N/A | N | Y/Y | N | N | N |
| K | Y | Y | N | N/A | N | Y/Y | N | N | Y |
| L | N | Y | N | N/A | N | Y/Y | N | N | N |
| M | Y | Y | N | N | N | Y | N | N | N |
| N | Y | Y | Y | Y | Y | Y/Y | N | Y | Y |
| O | Y | Y | Y | N | N | Y/Y | N | Y | N |
| P | N/A | N/A | N/A | N | y | Y/N | Y | Y | N |
| Q | Y | N | Y | N | Y | Y/Y | N | N | Y |
| R | Y | Y | Y | N/A | N | Y/Y | N/A | N/A | N |
| S | Y | Y | N | N/A | N | Y/Y | N | N | Y |
| T | N | Y | N | Y | N | Y/Y | ?? | ?? | Y |
| U | Y | N | N | N/A | N | Y/Y | N | N | Y |
| V | Y | Y | Y | N/A | N | Y/Y | N | N | Y |
| W | Y | N | Y | N/A | N | Y/Y | N | N | N |
| X | N | Y | N | N/A | N | Y/Y | N | Y | N |
| Y | N | N | N | N | N | Y/Y | N/A | N | N |
| Z | Y | N | Y | N/A | N | Y/N | N | N | N |
| AA | N | N | Y | N | N | Y/N | N/A | N | N |
| BB | N | Y | N | N | N | Y/Y | N/A | N | N |
| CC | N | N | Y | N | N | Y/Y | N | Y/but noncontributory | N |
| DD | Y | Y | Y | N/A | Y | Y/? | ?? | Y | N |

APPENDIX C3

**Identified Issues and Failures with Suicide Prevention and Corrective Action Measures**

| Inmate | Poor SRE | HLOC referral failure | Communication failures | Treatment planning issues | FOR/PREV | Suicide report/QIP Issues |
|--------|----------|----------------------|-----------------------|--------------------------|----------|--------------------------|
| A | N | N | N | N | N/N | Y |
| B | N | N | N | N | Y/Y | Y |
| C | N | N | N | N/A | N/N | N |
| D | N | Y | Y | Y | Y/Y | Y |
| E | N | N | N | Y | Y/Y | Y |
| F | N | Y | Y | Y | Y/Y | N |
| G | N/A | N - N/A | N | N | N/Y | N/N |
| H | N/A | N/A | N/A | N/A | N/N | N/N |
| I | N/A | N/A | Y | N/A | N/Y | Y/N |
| J | N/A | N/A | N | N/A | N/N | N/not applicable |
| K | Y | N | N | Y | N/Y | Y/N |
| L | Y | Y | N | Y | Y/N | Y |
| M | Y | Y | Y | Y | N/Y | N |
| N | Y | N | Y | Y | Y/Y | Y |
| O | Y | N | N | Y | N/Y | N |
| P | N | N | N | N | N/Y | N |
| Q | Y | N | Y | Y | N/Y | Y |
| R | N | N | Y | Y | N/Y | Y |
| S | N/A | N | N | Y | N/Y | Y |
| T | N | N | N | N | N/N | Y |
| U | N/A | N | N | Y | N/N | N |
| V | N | N | Y | Y | N/N | Y |
| W | N/A | N/A | Y | N/A | N/Y | Y |
| X | N/A | N/A | N | N | N/N | Y |
| Y | N/A | N | N | N | N/N | N |
| Z | Y | Y | N | N | N/Y | Y |
| AA | N | N | N | N | N/Y | N |
| BB | N | N | N | Y | N/Y | Y |
| CC | N | N | N | N | N/N | N |
| DD | Y | Y | N | N | Y/Y | Y |

APPENDIX C4

## Inmate Suicidal History and Event Characteristics

| Inmate | method of death | housing | Single/double celled | MHCB/DMH | R-Suffix | Medical issues | MH Hx | SB Hx |
|--------|-----------------|---------|----------------------|----------|----------|----------------|-------|-------|
| A | Hanging | SNY | Single | N | N | N | Y | N |
| B | Overdose | GP | Single | N | N | N | Y | Y |
| C | Hanging | GP | Single (double occupancy cell) | N | N | N | Y | N |
| D | Hanging | ASU | Single (double occupancy cell) | N | N | N | Y | N |
| E | Hanging | GP | Double | N | N | N | Y | Y |
| F | Asphyxia due to occlusion of tracheostomy stoma | MHCB | Single | Y | N | Y | Y | Y |
| G | Hanging | GP | Single | N | N | N | Y | N |
| H | Overdose primary and asphyxiation secondary | GP | Double | N | N | N | N | N |
| I | Hanging | ASU | Single | N | N | Y | Y | Y |
| J | Hanging | SNY | Quad | N | N | Y | Y | N |
| K | Asphyxiation | SHU | Single | N | N | N | Y | N |
| L | Hanging | Condemned | Single | N | N | N | N | Y |
| M | Hanging | ASU | Single | N | N | N | Y | Y |
| N | Hanging | GP | Double/no cellmate | N | N | Y | Y | Y |
| O | Hanging | ASU | Double/no cellmate | N | N | N | Y | Y |
| P | Hanging | ASU | Double/no cellmate | N | N | N | N | N |
| Q | Hanging | SNY | Double/no cellmate | N | N | Y | Y | Y |
| R | Hanging | GP | Single | N | N | N | Y | Y |
| S | Hanging | ASU | Single | N | N | N | N | N |
| T | Hanging | ASU | Single | Y | N | N | Y | Y |
| U | Hanging | Condemned | Single | N | N | Y/but noncontributory | N | N |
| V | Exsanguination | ASU | Double | N | N | Y/but noncontributory | Y | N |
| W | Hanging | ASU | Single | N | N | N | Y | N |
| X | Hanging | ASU | Double/alone at time of death | N | N | N | N | N |
| Y | Hanging | SHU | Single | N | N | N | N | N |
| Z | Hanging | ASU | Single | N | N | N | Y | Y |
| AA | Hanging | SNY/GP | Double/committed suicide in PIA | N | Y | N | N | N |
| BB | Hanging | SNY/GP | Double/alone at time of death | N | N | N | Y | N |
| CC | Exsanguination | SNY | Double celled/dorm eligible/no cellmate | N | N | N | Y | Y |
| DD | Hanging | ASU | Single | N | N | N | Y | N |

APPENDIX D

































Includes one death in 2011 found by the Special Master's expert to be a suicide and found by CDCR to be of undetermined cause.





































Includes 1 death in 2005 found by the Special Mater's expert to be a suicide and found by CDCR to be non-suicide.













APPENDIX E1

# CURRICULUM VITAE

**KERRY COURTNEY HUGHES, M.D.**
**1579 Monroe Dr., Suite F  Box 612**
**Atlanta, GA  30324**
**FAX: 404-364-9708**
**EMAIL: dockc99@aol.com**

| | |
|---|---|
| **DATE OF BIRTH:** | SEPTEMBER 9, 1960 |
| **PLACE OF BIRTH:** | JACKSON, MISSISSIPPI |
| **CITIZENSHIP:** | U.S.A. |
| **LICENSURE:** | GEORGIA COMPOSITE STATE BOARD OF MEDICAL EXAMINERS |
| **SPECIALTY BOARD CERTIFICATION:** | AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY CERTIFICATE #38864 JANUARY, 1994 |

**EDUCATIONAL BACKGROUND**:

Emory University Affiliated Hospitals, Atlanta, Georgia:  Residency in Psychiatry, July, 1986 - June, 1990

The University of Iowa College of Medicine, Iowa City, Iowa:  Medical Degree, 1982 - 1986

Jackson State University, Jackson, Mississippi:  Bachelor of Science Degree in Biology, 1978 - 1982

Clinton High School, Clinton, Mississippi, 1974 - 1978

**EMPLOYMENT EXPERIENCE:**

Director of Mental Health Services, Fulton County Jail, 901 Rice Street, Atlanta, Georgia, 1993 – May 2004

Staff Psychiatrist, Fulton County Jail, 901 Rice Street, Atlanta, Georgia, 1990 - 1993

1

Staff Psychiatrist, West Fulton Mental Health Center, 475 Fairburn Road, S.W., Atlanta, Georgia, 1990 - 2001

Medical Director, Peachtree Alternatives, Incorporated, Outpatient Recovery Program, 5115 New Peachtree Road, Suite 102, Chamblee, Georgia, 1990 - 1994

Psychiatrist, The Behavioral Medicine Institute of Atlanta, Paces Pavilion, Suite 202, 3193 Howell Mill Road, N.W., Atlanta, Georgia, 1990 - 1991

## ACADEMIC POSITIONS:

Assistant Professor of Clinical Psychiatry, Morehouse School of Medicine, 720 Westview Dr., Atlanta, Georgia, 1990 – 2008.

## FORENSIC EXPERIENCE:

Psychiatric Expert for the United States District Court of the Eastern District of California; case Coleman et al. v. Brown et al., April 1998 – present.

Assistant Federal Court Monitor for United States Federal District Court of Illinois, Central Division; case Rasho v. Walker, September 2014 – present.

Mental Health Consultant, Lea County Detention Center, Lovington, New Mexico, August 2015 – present.

Mental Health Consultant, Doña Ana County Adult Detention Center, Las Cruces, New Mexico, January 2012 - present.

Peer Reviewer, District of Columbia Department of Corrections, May 2015.

Mental Health Consultant, Monroe County Jail, Rochester, New York, October 2013.

Neutral Psychiatric Expert, case Jaime Bravo, et al., v. Board of County Commissioners for the County of Doña Ana, the Doña Ana County Detention Center et al., July 2010 – January 2012.

Psychiatric Expert for the United States Department of Justice, Civil Rights Division; Miami-Dade County Jail, November 2011 – 2013.

Psychiatric Expert for the United States Department of Justice, Civil Rights Division; Santa Fe County Adult Detention Center, May 2004 – November 2009.

CURRICULUM VITAE

Psychiatric Expert for the United States Department of Justice, Civil Rights Division; Oahu Community Correctional Center, October 2005 - 2006.

Psychiatric Expert for the United States Department of Justice, Civil Rights Division; Mobile County Metro Jail, September 2003.

Federal Court Monitor for the United States District Court for the District of New Jersey Vicinage of Trenton; case C. F., et al., v. Terhune et al., August 2001 – 2007.

Mental Health Survey Team Leader, Hendry Correctional Institute, Immokalee, Florida; for United States District Court Middle District of Florida; case Celestineo vs. Dugger et. al., July 1991

Mental Health Survey Team Leader, Martin Correctional Institute, Indiantown, Florida; for United States District Court Middle District of Florida; case Celestineo vs. Dugger et. al., August, 1991

Mental Health Resurvey Team Leader, North Florida Reception Center, Lake Butler, Florida; for United States District Court Middle District of Florida; case Celestineo vs. Dugger et. al., December, 1991

Mental Health Resurvey Team Participant, Charlotte Correctional Institute, Punta Gorda, Florida; for United States District Court Middle District of Florida; case Celestineo vs. Dugger et. al., December, 1991

**PUBLICATIONS:**

Hughes, K, Metzner JL: Suicide Risk Management, in Oxford Textbook of Correctional Psychiatry, Edited by Trestman R, Appelbaum K, & Metzner JL. Oxford University Press, May 2015.

Metzner JL, Dubovsky S, Hughes K, et al.: National Commission on Correctional Health Care Task Force Report: Clinical Guidelines for Correctional Facilities, Guidelines for Treatment of Schizophrenia in a Correctional Setting; Chicago IL, National Commission on Correctional Health Care, May 2004.

Patterson RF, Hughes K: Review of Completed Suicides in the California Department of Corrections and Rehabilitation, 1999 to 2004. Psychiatric Services. June 2008; Volume 59, Number 6: Pages 676-82.

**RESEARCH:**

**CURRICULUM VITAE**

A Comparison of Pulmonary and Intestinal Lymphoid Cell Recirculation and Tissue Localization in Sheep, Brookhaven National Laboratory, Medical Department, Supervisor - Daniel Joel, D.V.M., Ph.D., 1982

Minority Access to Research Careers (M.A.R.C.) Project, A Comparison of Infectivity of Three Strains of Codling Moth Granulosis Virus by E.L.I.S.A., University of California at Berkeley, Department of Entomology and Parasitology, Supervisor - Louis Falcon, Ph.D., 1981

## PROFESSIONAL ORGANIZATIONS:

American Medical Association

American Psychiatric Association

American Academy of Psychiatry and the Law

Society of Correctional Physicians

Black Psychiatrists of America

American Correctional Health Services Association

Georgia Psychiatric Physicians Association

Academy of Correctional Health Professionals

Southern Medical Association

American Medical Student Association, 1982 - 1986

Student National Medical Association, 1982 - 1986

## APPOINTMENTS, ACTIVITIES AND ORGANIZATIONS:

Distinguished Fellow of the American Psychiatric Association, December 2015.

Fellow of the American Psychiatric Association, May 2009.

Institutional and Correctional Psychiatry Committee, American Academy of Psychiatry and the Law, 2001 – 2006.

4

**CURRICULUM VITAE**

Committee Chairperson, Correctional Psychiatry Committee, Atlanta Chapter of the Black Psychiatrists of America, 2000 – 2005.

Commission on AIDS, American Psychiatric Association, 1988 - 1989

Committee of Black Psychiatrists, American Psychiatric Association, 1989 - 1990

Medical Student Council, 1984

Senior Participant, Senior Clinical Conference for Freshman Students, 1982

President of the Pre-Health Society, Jackson State University, 1981

Alpha Phi Alpha Fraternity, Incorporated

Jackson State University Concert Choir and Chorale, 1978 - 1982

Jackson State University Marching Band and Brass-wind Ensemble, 1978 - 1982

University of Iowa Alumni Association

Jackson State University Alumni Association

**AWARDS AND HONORS:**

APA-NIMH Minority Fellowship, 1988 - 1989

Trainee-Consultant, APA-NIMH Minority Fellowship, 1989 - 1990

Magna Cum Laude, Jackson State University, 1982

President's List Scholar, Jackson State University, 1982

Phi Kappa Phi Honor Society, Jackson State University, 1982

Who's Who Among American Universities and Colleges, 1981 - 1982

**COMMUNITY ACTIVITIES:**

South Fulton Running Partners

Atlanta Track Club

APPENDIX E2

**JEFFREY L. METZNER, M.D., P.C.**
**3300 EAST FIRST AVENUE**
**SUITE 590**
**DENVER, COLORADO  80206**
**TELEPHONE (303) 355-6842**
**FACSIMILE (303) 322-2155**

## CURRICULUM VITAE

**December 2015**

**BIOGRAPHICAL DATA**

**Place of Birth:** Hagerstown, Maryland
**Citizenship**: U.S.A.
**Marital Status:** Married

**Education:**

University of Maryland (College Park, Maryland), B.S., 1972.
University of Maryland Medical School (Baltimore, Maryland), M.D., 1975.
Internship:  University of Colorado Health Sciences Center (UCHSC), January 1975 – July 1975.
Psychiatric Residency:  UCHSC, July 1975 - July 1979.

**Licensure:**

State of Colorado License (#20007), July 1975 to present (expires 4/30/2017).
State of California License (#G43933), March 3, 2000 to present (expires 3/31/2016).
State of Georgia License (#051986), September 19, 2002 to December 31, 2005.
State of New Mexico (#2003-0547), August 18, 2003 to present (expires 7/1/2018).
State of Pennsylvania (#MD425683), January 25, 2005 to present (expires 12/31/2016).

**Academic Appointments:**

Chief Resident, Psychiatric Liaison Division, University of Colorado School of Medicine (July 1978 to July 1979).
Clinical Instructor, Department of Psychiatry, University of Colorado School of Medicine (July 1978 to July 1981).
Assistant Clinical Professor, Department of Psychiatry, University of Colorado School of Medicine (July 1981 - July 1989).
Associate Clinical Professor, Department of Psychiatry, University of Colorado School of Medicine (July 1989 to October 1995).
Clinical Professor, Department of Psychiatry, University of Colorado School of Medicine (October 1995 to present).
Clinical Professor, Department of Pediatrics, University of Colorado School of Medicine (October 1995 to 2006).
Member, Committee on Senior Clinical Appointments, University of Colorado School of Medicine (December 1996 to June 2006).
Lecturer-in-Law, University of Denver, College of Law (October 1984 to 1986).
Associate Director, Forensic Psychiatry Fellowship Program, Department of Psychiatry,

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 2 of 16

       University of Colorado School of Medicine
           (1992 to present).
       Member, Search Committee (for Department of Psychiatry Chairperson)
           (October 1999 to August 2000).

**Other Activities:**
       Governor's Criminal Insanity Task Force (1978-1979):
           Member, Subcommittee concerning release procedures.
           Member, Subcommittee concerning the issues of treatment of criminally insane in
           correctional or mental health facilities.
       Member, Disability Law Committee, Colorado Bar Association (1981-1995).
       Member, Colorado Medical Society's Committee on Medical Care in Correctional
       Institutions (1983-1990).
       Reviewer, Child Abuse and Neglect: The International Journal (1986 to 2005).
       Reviewer, J Amer. Acad. Psychiatry and the Law (1993 to present)
       Reviewer, Hosp. Community Psychiatry (1993 to present)
       Reviewer, American Psychologist (February 1999 to 2001)
       Reviewer, American Journal of Evaluation (May 2009)
       Reviewer, JAMA (2001)
       Reviewer, Administration and Policy in Mental Health and Mental Health Services
       Research (June 2005)
       Reviewer, Journal of Dual Diagnosis (November 2005)
       Reviewer, American Journal of Psychiatry (June 2006 to present)
       Reviewer, The Journal of Clinical Psychiatry (2008)
       Reviewer, Acta Astronautica (2011)
       Reviewer, International Journal of Environmental Research and Public Health (August
       2015 to present)
       Editorial Board, Behavioral Sciences & the Law (2001 to present)
       Co-chairman, Civil Commitment Task Force (a coalition of major mental health care
           professional organizations, pertinent consumer and family advocacy organizations,
           and relevant legal organizations) (April 1987 to September 1990).
       American Board of Psychiatry and Neurology, Inc.
           Examiner (October 1988 to 2006, Senior Examiner, 1997 to 2006).
           Member, Committee on Certification for Added Qualifications in Forensic
           Psychiatry (August 1995 to present).
           Member, Steering Committee on Certification for Added Qualifications in Forensic
           Psychiatry (June 2002 to present); Chair, (June 2008 to present).
       American Board of Forensic Psychiatry, Inc.
           Examiner, American Board of Forensic Psychiatry, Inc. (October 1989 to 1994).
           Member, Written Examination Committee (October 1989 to 1993).
           Member, Board of Directors (July 1, 1992 - March 17, 1995).
           Chairman, Oral Examination Committee (July 1992 to May 1993).
       Chairperson, Expert Panel-Psychiatric Disorders and Commercial Drivers, U.S. Department
           of Transportation (February 1990 to May 1991).

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 3 of 16

Member, State of Colorado Mental Health Advisory Board for Service Standards and
Regulations (April 1990 - July 1996).

Chairperson, Psychological/Psychiatric Task Force on Impairment, State of Colorado,
Department of Labor and Employment December 1992 to 1995, November 1999 –
December 2000).

Member, Work Group Advisors for the American Psychiatric Association Diagnostic and
Statistical Manual of Mental Disorders (DSM-IV), 1994.

Member, Advisors on Forensic Issues for the American Psychiatric Association Diagnostic
and Statistical Manual of Mental Disorders (DSM-IV), 1993-1994.

Member, Board of Directors, Accreditation Council on Fellowships in Forensic Psychiatry
(May 1994 to 1996).

Member, Colorado Supreme Court Grievance Committee (December 1995 to 1999).

Member, Attorney Regulation Committee (Colorado Supreme Court), (1999 to 2004).

Site Reviewer, Accreditation Council for Graduate Medical Education (1996 to 1998).

Member, Institute of Medicine Committee on Ethical Considerations for Revisions to
DHHS Regulations for Protection of Prisoners Involved in Research, March 2005 to
2006.

Medical Panel Expert, Federal Motor Carrier Safety Administration, Psychiatric Disorders
and Commercial Motor Vehicle Driver Safety, 2009.

**Honors:**

AOA (1975).

University of Colorado Health Sciences Center, Department of Psychiatry Clinical Faculty
Award, June 1992.

University Colorado of Health Sciences Center, Department of Psychiatry Clinical Faculty
Award Outstanding Overall Achievement, March 21, 2002.

American Academy of Psychiatry and the Law
Outstanding Service Award (October 1999).

Pfizer Visiting Professor, University of Massachusetts Medical School, Department of
Psychiatry, (September 26-28, 2000).

Seymour Pollack Distinguished Achievement Award for distinguished contributions to
forensic psychiatry (October 2003).

American Psychiatric Association
Fellow, American Psychiatric Association (December 1987 to present).
Distinguished Fellow, American Psychiatric Association (January 2003 to 2012).
Distinguished Life Fellow, American Psychiatric Association (May 2012 to present).

Visiting Professor, University of Hawaii, John A Burns School of Medicine, Department of
Psychiatry, May 2-6, 2005.

Recipient, 2005 National Adolescent Perpetration Network Brandt F. Steele Memorial
Award

Recipient, Colorado Psychiatric Society Outstanding Achievement Award, 2005

Recipient, National Alliance for the Mentally Ill Exemplary Psychiatrist Award, 2005

Yochelson Visiting Scholar, Yale Medical School, Department of Psychiatry, April 23- 25,

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 4 of 16

2008
Recipient, Isaac Ray Award, awarded by the American Psychiatric Association and the
American Academy of Psychiatry and the Law, May 5, 2008
Recipient, B. Jaye Anno Award of Excellence in Communication, awarded by the
National Commission on Correctional Health Care, October 11, 2010.

**Professional Society Memberships:**
Colorado Psychiatric Society:
Membership Committee (1981-1990; Chairman, 1981-1983).
Legislative Committee (1979-present; Chairman, 1983-1991, 1992 to 2000.
Member, Forensic Committee (1981 to 2002).
Treasurer (1982-1984).
Member, Committee on Medical and Psychiatric Care for the Canon City Facility
(December 1979 - June 1980 and July 1981 to 1983).
Trustee (1984-1986).
Fellowship Committee (1987 to 2004).
President-Elect (May 1990 to May 1991).
President (May 1991-May 1992).
Assembly Representative (May 1994-May 2000).
Member, Board of Directors, Colorado for Physicians Mental Health/Political Action
Committee (1988 to 2000; Chairman, 1988-1990).
American Correctional Health Services Association, Member (1984 - present).
Rocky Mountain Chapter of the American Correctional Health Services Association:
Member at large, Board of Directors (January 1984 to March 1988).
American Psychiatric Association (1978 to present):
Member, Task Force on Psychiatric Services in Correctional Facilities (December
1985-1989; Work Group to Revise the APA Guidelines on Psychiatric
Services in Correctional Facilities (2014-2015).
Member, Council on Psychiatry and the Law (May 1989-May 1994), Vice-
Chairman (May 1993-May 1994), May 1999–May 2004, Vice-Chairman
(May 1999-May 2000), Chairman (May 2000-May 2004), Member 2015-
2018).
Assembly Liaison, Council on Psychiatry and the Law (May 1994 to May 2000).
Member, Task Force on Sexually Dangerous Offenders (1993 to 1999).
Consultant, Commission on Judicial Action (1994-1996).
Member, Commission (Committee) on Judicial Action (1997-2002; 2004-2009),
Chairperson (May 2004 to May 2008).
Area VII Member, APA Nominating Committee (May 1997 - May 1999).
Member, Task Force to Revise Task Force Report # 22 Seclusion and Restraint: The
Psychiatric Uses (2003 to December 2006).
Member, Committee on Public Policy, Litigation and Advocacy (May 2002 to May
2004), Consultant (May 2004 to May 2006), Chairperson, (May 2008-May
2011), Consultant May 2011 to December 2015)
Consultant, Council on Advocacy and Public Policy (May 2008-May 2011).

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 5 of 16

American Academy of Psychiatry and the Law (1983 to present):
> Member, Public Information Committee (November 1984 to 1994; Chairman, October 1989 to January 1993).
> Member, Committee on Psychiatric Services for Correctional Facilities (November 1984 to October 1995).
> Member, Committee on International Relations (November 1984 to October 1986).
> Member, Site Selection Committee (October 1988 to 1996, Chairman, January 1993 to 1996).
> Member, Institutional Forensic Psychiatry Committee (1991-1994).
> Member, Nominating Committee (1991-1993, 2003, 2005, 2007, 2008).
> Member, Peer Review of Psychiatric Testimony (1992-1995, 1997-1999).
> Associate Editor, American Academy of Psychiatry and the Law Newsletter (July 1988 - July 1992).
> Councilor (October 1991 - October 1994).
> Program Committee (1994 to 2002).
> Chairman, Program Committee for the 1995 Annual Meeting.
> Treasurer (October 1995 - October 1997).
> Vice-President (October 1997 - October 1998).
> President-elect (October 1999 – October 2000).
> President (October 2000-October 2001).
> Member, Board of Directors, AAPL Institute on Education and Research, (2002 to 2010).
> Member, task force on disability guidelines (2006- 2008).

American Correctional Association, Member (1986 to present).
> Member, Mental Health Committee (1996-2002).

American College of Legal Medicine, Associate-In-Medicine (February 1986 to December 2005).

American Academy of Forensic Sciences, Member (February 1991 to 2007).

Member, Medical Committee, Colorado Guardianship Center for Persons with Developmental Disabilities (1989-1993).

Group for the Advancement of Psychiatry:  Psychiatry and Law Committee (1991 to 1998).


**Correctional Psychiatry:**
> Chief of Psychiatry, Colorado State Penitentiary (June 1980 to July 1981).
> Consulting Psychiatrist, National Prison Project (1981 to present).
> Consulting Psychiatrist, U.S. Department of Justice, Civil Rights Division (1990 to present).
> Court Monitor (United States District Court, Southern District of New York), Reynolds et al. v. Sielaff et al., (1991-1994).
> Consultant, Office of the Court Monitor (United States District Court for the District of Puerto Rico), Morales Feliciano et al. v. Rossello Gonzales et al., (1991-1997).
> Member, Monitoring Team (United States District Court for the District of Kansas, Judge Richard D. Rogers), Porter et al. v. Finney et al. (No. 77-3045-R), (September 1992 to May 1994).
> Certified Correctional Health Professional - Advanced Status (February 1, 1994).

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 6 of 16

Accreditation Surveyor, National Commission on Correctional Health Care (1995 to 2006).

Consultant, Office of the Court Monitor (United States District Court, Southern District of Ohio, Western Division, Magistrate Judge Robert Steinberg and Judge Spiegel), Dunn et al. v. Voinovich et al. (No. C1-93-0166), (1995 to 2000).

Consultant, Office of the Special Master and to The Honorable Thelton E. Henderson (United States District Court, Northern Division of California), Madrid et al. v. Gomez et al. (No. C90-30-94-TEH), (1995 to 2008).

Court-Appointed Expert (United States District Court for the Northern District of Illinois, Eastern Division, Judge James B. Zagel), Harrington et al. v. Kiley et al. (No. 74 C 3290), (June 20, 1995 to 2006).

Court-Appointed Expert (United States District Court for the Eastern District of California, Judge Lawrence K. Karlton), Coleman et al. v. Wilson et al. (No. CIV S-90-0520), (March 1996 to present).

Member, Monitoring Team (United States District Court for the Middle District of Georgia, Judge Claude Hicks, Jr.), Cason et al. v. Seckinger (No. 84-313-1-MAC), (1996 to 1998).

Consultant to the Office of the Monitor, Goldsmith v. Dean (No. 2: 93-CV-383), (1996 to 1998.).

Member, Monitoring Team (United States District Court for the District of Montana, Helena Division), USA v. Montana et al. (No. 94-90-H-CCL), (1996 to 1999).

Consultant to the Monitor (United States District Court, Western District of Washington), Hallet v. Payne, (No. C93-5496)(T)(D), (1998 to 1999).

Consultant to the Court (United States District Court, Southern District of Florida), Carruthers, et al. v. Jenne, II, et al. (Case No. 76-6086-CIV-Hoeveler), (January 2002 to 2007).

Psychiatric Monitor for the Memorandum of Agreement between the U.S. Department of Justice and the Los Angeles County, California re: mental health services at the Los Angeles County Jail (December 2002 to 2014).

Monitor for the Stipulated Agreement Re: McClendon, et. al. v. The City of Albuquerque, et. al. USDC No. CIV 95-0024 MV/ACT (May 2005 to present).

Psychiatric Expert for the Independent Monitor Re: the Settlement Agreement between the U.S. Department of Justice and the Delaware Department of Corrections (February 2007 to 2010).

Psychiatric Monitor for the Agreed Order in the U.S.A. v. Dallas County Jail CRIPA Investigation (July 2007 to 2015).

Psychiatric Monitor for the Memorandum of Agreement between the U.S. Department of Justice and the State of Maryland re: the Baltimore City Detention Center (July 2007 to 2014)

Jointly appointed consultant for the Memorandum of Agreement between the U.S. Department of Justice and the State of Wisconsin re: the Taycheedah Correctional Institution (TCI) (May 2008 to 2012).

Member, Society for Correctional Physicians (2009 to present).

Psychiatric Monitor for the Memorandum of Agreement between the U.S. Department of Justice and the Cook County Board of Commissioners and the Cook County

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 7 of 16

Sheriff's Office (June 2010 to present)

**Other Information:**

Chief of Psychiatry, Division of Forensic Psychiatry, Colorado State Hospital (1978).

Staff Psychiatrist, Denver General Hospital (July 1, 1979 to July 1980).

Private Practice:  Denver, Colorado (July 1979 to present).

Spalding Rehabilitation Hospital:

Consulting Psychiatrist - Pain Rehabilitation Program (December 1979-1995).

Medical Staff President (May 1983 - May 1984).

Member, Board of Directors (May 1986-1995).

Chairman, Board of Directors (January 1992 to October 31, 1995).

Consulting Psychiatrist, Institute of Forensic Psychiatry, Colorado Mental Health Institute at Pueblo (July 1981 to November 1986; December 1991 to present).

Consulting Psychiatrist, Denver Veterans Administration Hospital, Administrative Medicine disability examinations (1981 to 2006).

Clinical Director, Perpetration Prevention Program, C. Henry Kempe National Center for the Prevention and Treatment of Child Abuse and Neglect, Department of Pediatrics, UCHSC (1986 to 2006).

Diplomate, American Board of Psychiatry and Neurology (April 1981).

Diplomate, American Board of Forensic Psychiatry (October 1985).

Certified, Added Qualifications in Forensic Psychiatry, American Board of Psychiatry and Neurology (1994), Recertified (2002-2014; April 2011-December 2021).

Full operating level treatment provider and full operating level evaluator, as per standards established by the Colorado Sex Offender Management Board (October 2003 to  2007).

Monitor  for the Neiberger et al. v Schoenmakers et al. Settlement Agreement (Colorado Mental Health Institute – Pueblo Institute for Forensic Services) January 2005 to December 2006.


**PUBLICATIONS**

**National Newsletters**

1.    Metzner JL: The Role of the Psychiatric Resident in Medical Student Education. Association of Academic Psychiatry, 5: July 1979.

2.    Metzner JL: Brady et al v. Hopper: The Special Relationship Between Foreseeability and Liability. American Academy Psychiatry and the Law Newsletter, 8: Dec. 1983.

3.    Metzner JL: Bee v. Greaves: Pretrial Detainees and Involuntary Medication. Amer. Acad. Psychiatry and the Law Newsletter, 10: April 1985.

4.    Metzner JL: The Right to Refuse Treatment in Colorado: People v. Medina. Amer. Acad. Psychiatry and the Law Newsletter, 10:  Dec. 1985.

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 8 of 16

5. Metzner JL: <u>Ward v. Kort:</u> Forensic Hospitals and Legal Access to the Courts. Amer. Acad. Psychiatry and the Law Newsletter, 10: Dec. 1985.

6. Metzner JL: <u>Colorado v. Connelly:</u> Confessions of the Mentally Ill.  Amer. Acad. Psychiatry and the Law Newsletter, 11: Sept. 1986.

7. Metzner JL: <u>Colorado v. Connelly:</u>  Confessions of the Mentally Ill. Amer. Acad. Psychiatry and the Law Newsletter, 12: April 1987.

8. Metzner JL: <u>Miller v. District Court:</u> Psychiatric Evaluation and the Attorney-Client Privilege.  Amer. Acad. Psychiatry and the Law Newsletter, 12: Sept. 1987.

9. Metzner JL: <u>Romero v. Colorado:</u>  The Admissibility of Posthypnotic Testimony. Amer. Acad. Psychiatry and the Law Newsletter, 13: April 1988.

10. Metzner JL: <u>Rotman v. Mirin.</u> Amer. Acad. Psychiatry and the Law Newsletter, 13: Dec. 1988.

11. Metzner JL: <u>Perreira v. Colorado.</u> Amer. Acad. Psychiatry and the Law Newsletter, 14: Sept. 1989.

12. Metzner JL: <u>Washington v. Harper:</u> Treatment Refusal in a Penal Setting Revisited. Amer. Acad. Psychiatry and the Law Newsletter, 15: Sept. 1990.

13. Metzner JL: <u>Colorado v. Serravo:</u>  Insanity Clarified. Amer. Acad. Psychiatry and the Law Newsletter, 17: April 1992.

14. Metzner JL: <u>Rufo v. Inmates of Suffolk County Jail</u>. Amer. Acad. Psychiatry and the Law Newsletter, 17: Dec. 1992.

15. Metzner JL:  Amendment to Rule 26: Information Essential for the Forensic Psychiatrist.  Amer. Acad. Psychiatry and the Law Newsletter, 19: Sept. 1994.

16. Metzner JL:  Prison Litigation Reform Act. Amer. Acad. Psychiatry and the Law Newsletter, 21: Sept 1996.

## <u>Book Chapters</u>

1. Metzner JL: Insanity Plea, in <u>Psychiatric Decision Making</u>.  Edited by Dubovsky SL, Feiger AJ, Eiseman B. Philadelphia, B.C. Decker, Inc., 1984.

2. Metzner JL: Competency to Stand Trial, in <u>Psychiatric Decision Making</u>.

3. Metzner JL: Civil Commitment of Adults, in <u>Psychiatric Decision Making.</u>

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 9 of 16

4.    Metzner JL:  Chronic Depression, in Psychiatric Decision Making.

5.    Ryan G, Metzner JL, and Krugman RD:  When the Abuser is a Child, in Understanding and Managing Child Sexual Abuse.  Edited by Oates, RK. Philadelphia, W.B. Saunders, 1990.

6.    Metzner JL, Struthers DR, and Fogel MA: Psychiatric Disability Determinations and Personal Injury Litigation, in Principles in Practice of Forensic Psychiatry. Edited by Rosner, R.  New York, Chapman & Hall, 1994.

7.    Metzner J, Ryan G:  Sexual Abuse Perpetration, in Conduct Disorders in Children and Adolescents.  Edited by Sholevar, GP.  Washington, D.C., American Psychiatric Press, Inc., 1995.

8.    Metzner JL: Confidentiality and Privilege, in Psychiatric Secrets.  Edited by Jacobson JL & Jacobson AM. Philadelphia, Hanley & Belfus, Inc., 1995.

9.    Metzner JL, Cohen F, Grossman LS, Wettstein RM; Treatment in Jails and Prisons, in Treatment of Offenders with Mental Disorders. Edited by Wettstein, RM. New York, NY, The Guilford Press, 1998.

10.   Metzner JL, Becker J, Juvenile Sex Offenders, in Dangerous Sex Offenders: A Task Force Report of the American Psychiatric Association. Edited by Zonana H. Washington, D.C., American Psychiatric Association, 1999.

11.   Metzner JL: Confidentiality and Privilege, in Psychiatric Secret (2nd Edition).  Edited by Jacobson JL & Jacobson AM. Philadelphia, Hanley & Belfus, Inc., 2000.

12.   Metzner JL: Trends in Correctional Mental Health Care, in Management and Administration of    Correctional Health Care.  Edited by Moore J. Kingston, New Jersey, Civic Research Institute, 2003.

13.   Metzner JL, Buck JB: Psychiatric Disability Determinations and Personal Injury Litigation, in Principles in Practice of Forensic Psychiatry, (Second Edition). Edited by Rosner, R.  London, Arnold, 2003.

14.   Dvoskin JA, Spiers EM, Metzner JL, Pitt SE: The Structure of Correctional Mental Health Services, in Principles in Practice of Forensic Psychiatry, (Second Edition). Edited by Rosner, R.  London, Arnold, 2003.

15.   Metzner JL, Dvoskin JA: Psychiatry in Correctional Settings, in Textbook of Forensic Psychiatry. Edited by Simon, RI and Gold, LH.  Washington, American Psychiatric Press, 2004.

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 10 of 16

16. Metzner JL (associate editor): Mental health chapters, in Clinical Practice in Correctional Medicine, Second Edition. Edited by Puisis, M. Philadelphia, Mosby Elsevier, 2006.

17. Metzner JL (associate editor): Mental health chapters, in Clinical Practice in Correctional Medicine, Second Edition. Edited by Puisis, M. Philadelphia, Mosby Elsevier, 2006.

18. Metzner JL, Hayes LM: Suicide Prevention in Jails and Prisons, in Textbook of Suicide Assessment and Management. Edited by Simon, RI and Hales, RE. Washington, American Psychiatric Press, 2006.

19. Metzner JL, Humphreys S and Ryan G: Juveniles Who Sexually Offend: Psychosocial Intervention and Treatment, in Textbook of Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues. Edited by Saleh, FM, Grudzinskas, AJ Bradford, JM and Brodsky, DJ. New York, Oxford University Press, 241-264, 2009.

20. Metzner JL, Monitoring a Correctional Mental Health System, in Handbook of Correctional Mental Health (Second Edition). Edited by Scott CL. Washington, DC, American Psychiatric Publishing, Inc. 377-394, 2009.

21. Ruiz A, Dvoskin JA, Scott CL, Metzner JL (eds): Manual of Forms and Guidelines for Correctional Mental Health. Washington, DC, American Psychiatric Publishing, Inc. March 2010.

22. Metzner JL, Dvoskin JA: Psychiatry in Correctional Settings, in Textbook of Forensic Psychiatry. Edited by Simon, RI and Gold, LH. Washington, American Psychiatric Press, 2010.

23. Metzner JL, Current Issues in Correctional Psychiatry, in Practical Guide to Correctional Mental Health and the Law. Edited by Cohen F. Kingston, NJ: Civic Research Institute, 2011.

24. Metzner JL, Hayes LM: Suicide Prevention in Jails and Prisons, in Textbook of Suicide Assessment and Management, Second Edition. Edited by Simon, RI and Hales, RE. Washington, American Psychiatric Press, 2012.

25. Maloney MP, Metzner JL & Dvoskin JA. Screening and Assessments, Chapter 3.1. Edited by Trestman RL, Appelbaum KL, Metzner JL. The Oxford Textbook of Correctional Psychiatry, New York: Oxford University Press, May 2015.

26. Metzner JL. Systems Monitoring and Quality Improvement, Chapter 13.5. Edited by Trestman RL, Appelbaum KL, Metzner JL. The Oxford Textbook of Correctional

Psychiatry, New York: Oxford University Press, May 2015.

27. Metzner JL & Appelbaum KL. Levels of Care, Chapter 4.7. Edited by Trestman RL, Appelbaum KL, Metzner JL. The Oxford Textbook of Correctional Psychiatry, New York: Oxford University Press, May 2015.

28. Hughes K & Metzner JL. Suicide Risk Management, Chapter 9. Edited by Trestman RL, Appelbaum KL, Metzner JL. The Oxford Textbook of Correctional Psychiatry, New York: Oxford University Press, May 2015.

29. Appelbaum KL, Trestman RL. Metzner JL. The Future of Correctional Psychiatry: Evolving and Recommended Standards, Chapter 13.11. Edited by Trestman RL, Appelbaum KL, Metzner JL. The Oxford Textbook of Correctional Psychiatry, New York: Oxford University Press, May 2015.

## Peer Reviewed Journals

1. Dubovsky SL, Metzner JL, Warner R:  Problems with Internalization of a Transplanted Liver, Amer. J. Psychiatry, 136:  1090-1091, 1979.

2. Metzner JL, Dubovsky SL: The Role of the Psychiatrist in Evaluating a Prison Mental Health System in Litigation. Bull.Amer.Acad. Psychiatry and the Law, 14:89-93, 1986.

3. Metzner JL, Fryer GE, Usery D:  Prison Mental Health Services:  Results of a National Survey of Standards, Resources, Administrative Structure, and Litigation. J. Forensic Sciences, 13:  433-438, March 1990.

4. Metzner JL: Applied Criminology.  Current Opinion in Psychiatry, 4:856-860, 1991.

5. Metzner JL: A Survey of University-Prison Collaboration and Computerized Tracking Systems in Prisons.  Hosp. Community Psychiatry, 43:713-716, July 1992.

6. Metzner JL: Prisons, Hospitals, and Other Institutions. Current Opinion in Psychiatry, 5:809-812, 1992.

7. Metzner JL, Dentino AN, Goddard SL, Hay DP, Hay L, Linnoila M: Impairment in Driving and Psychiatric Illness. J. Neuropsychiatry and Clinical Neurosciences, 5:211-220, 1993.

8. Metzner JL: Guidelines for Psychiatric Services in Prisons.  Criminal Behaviour and Mental Health, 3:252-267, 1993.

9. Metzner JL, Miller RD, Kleinsasser D: Mental Health Screening and Evaluation

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 12 of 16

within Prisons.  Bull. Amer. Acad. Psychiatry and the Law, 22:451-457, 1994.

10.    Hoge SK, Appelbaum P, Jorgenson L, Goldstein N, Metzner J, Patterson R, Robinson G: APA Resource Document: Legal Sanctions for Mental Health Professional/Sexual Misconduct.  Bull. Amer. Acad. Psychiatry and the Law, 23:433-448, 1995.

11.    Ryan G, Miyoshi TJ, Metzner JL, Krugman RD, Fryer GE: Trends in a National Sample of Sexually Abusive Youths. J. Am. Acad. Child Adolesc. Psychiatry 35: 17-25, 1996.

12.    Metzner JL:  Correctional Psychiatry. Current Opinion in Psychiatry, 10:441-444, 1997.

13.    Metzner JL:  An Introduction to Correctional Psychiatry: Part I.  J. Amer. Acad. Psychiatry and the Law, 25:375-381, 1997.

14.    Metzner JL:  An Introduction to Correctional Psychiatry:  Part II. J. Amer. Acad. Psychiatry and the Law, 25:571-579, 1997.

15.    Metzner JL:  An Introduction to Correctional Psychiatry: Part III. J. Amer. Acad. Psychiatry and the Law, 26:107-116, 1998.

16.    Metzner JL:  Pennsylvania Department of Corrections et al. v. Ronald R. Yeskey: Prisons and the Americans with Disabilities Act of 1990.  J. Amer. Acad. Psychiatry and the Law, 26:665-668, 1999.

17.    Metzner JL: Class Action Litigation in Correctional Psychiatry. J. Amer. Acad. Psychiatry and the Law, 30: 19-29, 2002.

18.    Metzner JL: Prison Litigation in the USA: It Helps.  J. Forensic Psychiatry, 13: 240-244, 2002.

19.    Metzner JL: Commentary: The Role of Mental Health in the Disciplinary Process. J. Amer. Acad. Psychiatry and the Law, 30: 497-499, 2002.

20.    Metzner JL: Improving Correctional Mental Health Systems: An Academic/Forensic Psychiatrist's Perspective. Acad. Psychiatry, 27: 201-203, 2003.

21.    Metzner JL: Commentary: Physician Reporting of Impaired Drivers. J. Amer. Acad. Psychiatry and the Law, 32:80-82, 2004.

22.    Metzner JL and Dvoskin JA: An Overview of Correctional Psychiatry.  Psychiatric Clinics N Am , 29: 761-772, 2006

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 13 of 16

23.  Gold LH and Metzner JL: Psychiatric Employment Evaluations and the Health Insurance Portability and Accountability Act. Am J Psychiatry 153: 1878-1882, 2006

24.  Wortzel H and Metzner J: *Clark v. Arizona*: Diminishing the Right of Mentally Ill Individuals to a Full and Fair Defense. J. Amer. Acad. Psychiatry and the Law, 34:545-8, 2006.

25.  Metzner JL: Introduction to: Resource Document on the Use of Restraint and Seclusion in Correctional Health Care. J. Amer. Acad. Psychiatry and the Law, 35:415-416, 2007.

26.  Metzner JL, Tardiff K, Lion J, et al: Resource Document on the Use of Restraint and Seclusion in Correctional Health Care. J. Amer. Acad. Psychiatry and the Law, 35:417-425, 2007.

27.  Gold LH, Anfang SA, Drukteinis AM, Metzner JL, Price M, Wall BW, Wylonis L, Zonana HV: AAPL Practice Guideline for the Forensic Evaluation of Psychiatric disability. J Am Acad Psychiatry Law 36 (Suppl 4):S3–50, 2008

28.  Metzner JL:  Monitoring a Correctional Mental Health Care System: the Role of the Mental Health Expert. Behav. Sci. Law 27: 727–741, 2009.

29.  Metzner JL, Ash P: Commentary: The Mental Status Examination in the Age of the Internet--Challenges and Opportunities. J Am Acad Psychiatry Law 38:27-31, 2010.

30.  Metzner JL, Fellner J: Solitary Confinement and Mental Illness in U.S. Prisons: A Challenge for Medical Ethics. J Am Acad Psychiatry Law 38:104-108, 2010.

31.  Appelbaum KL, Savageau J, Trestman RL, Metzner JL, Baillargeon, JG: A National Survey of Self Injurious Behavior in American Prisons. Psychiatric Services 62:285-290, 2011.

32.  Metzner JL: Treatment for Prisoners: A U.S. Perspective. Psychiatric Services 63: 276, 2012.

33.  O'Keefe ML, Klebe KJ, Metzner J, Dvoskin J, Fellner J, Stucker A: A Longitudinal Study of Administrative Segregation. J Am Acad Psychiatry Law 41:1:49-60, 2013.

**Books**

1.  Trestman RL, Appelbaum KL, Metzner JL (Editors): <u>The Oxford Textbook of Correctional Psychiatry</u>, New York: Oxford University Press, May 2015.

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 14 of 16

## **Book Reviews**

1.   Metzner JL: A Review of <u>The Psychopathic Mind:  Origins, Dynamics, and Treatment.</u> J. Forensic Sciences, 13: 1502-1503, Nov. 1990.

2.   Metzner JL:  <u>Males at Risk: The Other Side of Child Sexual Abuse.</u>  Child Abuse & Neglect, 15:153-157, 1991.

3.   Metzner JL:  <u>The Crimes Women Commit, The Punishments They Receive.</u>  Bull. Amer. Acad. Psychiatry and the Law, 19:323-324, 1991.

4.   Metzner JL: <u>When a Child Kills: Abused Children Who Kill Their Parents</u>.  JAMA, 267:3214, 1992.

5.   Metzner JL: <u>Children of Chemically Dependent Parents: Multiperspectives from the Cutting Edge</u>.  Child Abuse & Neglect, 17:566, 1993.

6.   Metzner JL: <u>Before and After Hinckley: Evaluating Insanity Defense Reform</u>.  J. Nervous and Mental Disease, 182:362-363, 1994.

7.   Metzner JL: <u>Caring For Victims</u>. JAMA, 273: 1796-1797, 1995.

8.   Metzner JL: <u>Explorations in Criminal Psychopathology: Clinical Syndromes with Forensic Implications</u>. Psychiatric Services, 49:393, 1998.

9.   Metzner JL:  <u>Legal and Ethical Dimensions for Mental Health Professionals</u>. Psychiatric Services, 51:1056, 2000.

10.  Metzner JL: <u>A Handbook for Correctional Psychologists: Guidance for the Prison Practitioner.</u> J Amer. Acad. Psychiatry and the Law, 30: 328, 2002.

11.  Metzner JL: <u>Concise Guide to Psychiatry and Law for Clinicians, 3rd ed.</u>  J Clin Psychiatry 63: 1052-1053, November 2002.

12.  Metzner JL: <u>Going up the river. Travels in a prison nation.</u> J Forensic Psychiatry & Psychology. 14: 642-643, 2003.

## **Other**

1.   Metzner JL: The Adolescent Sex Offender: An Overview. The Colorado Lawyer, 16: Oct. 1987.

2.   Weinstein HC, Hoover JO, Metzner JL, Shah SA, Steadman HJ: Task Force Report

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 15 of 16

       29: Psychiatric Services in Jails and Prisons, American Psychiatric Association, March 1989.

3.     Metzner JL: Perreira v. Colorado - A Psychiatrist's Duty to Protect Others. The Colorado Lawyer, 18: Dec. 1989.

4.     Metzner JL, Tucker GH, Black DW, Felthous A, Linnoila M: Conference on Psychiatric Disorders and Commercial Drivers. Federal Highway Administration, Publ. No. FHWA-MC-91-006, Washington, DC, May 1991.

5.     Metzner JL: Mental Health Considerations for Segregated Inmates, in Standards for Health Services in Jails. Chicago, IL, National Commission on Correctional Healthcare, 2003.

6.     Metzner JL: Mental Health Considerations for Segregated Inmates, in Standards for Health Services in Prisons. Chicago, IL, National Commission on Correctional Healthcare, 2003.

7.     Metzner, JL: Clinical Case 3. Confidentiality of Patient Records Requested by the Court. Available at: http://www.ama-assn.org/ama/pub/category/11088.html Accessed October 1, 2003.

8.     Metzner JL: HIPAA: Does it cause barriers to conducting mortality reviews? Jail Suicide/Mental Health Update, 13: Summer 2004.

9.     Dvoskin JA and Metzner JL: Commentary: The Physicians' Torture Report. Correctional Mental Health Reporter, 8, May/June 2006.

10.    Metzner JL: Mental Health Problems of Prison and Jail Inmates. Correctional Mental Health Reporter, 8, January/February 2007.

11.    Metzner JL, Tardiff K, Lion J, Reid W, Recupero PR, M.D., Schetky DH, Edenfield BM, Mattson M, Janofsky JS: The Use of Restraint and Seclusion in Correctional Mental Health Care. Approved as a resource document by the American Psychiatric Association. December 2006.

12.    Martinez R, Metzner JL: In memoriam: Robert D. Miller, M.D., Ph.D.: September 4, 1941-July 13, 2006. Beh Sci Law, 25: 333-335, 2007

13.    Metzner JL: Correctional Mental Health. *Virtual Mentor*. 2007; 10(2):92-95. http://virtualmentor.ama-assn.org/2008/02/ccas3-0802.html. Accessed February 1, 2008.

14.    Metzner JL: Mental Health Considerations for Segregated Inmates, in Standards for

Jeffrey L. Metzner, M.D.
Curriculum Vitae
Page 16 of 16

Health Services in Jails. Chicago, IL, National Commission on Correctional Healthcare, 2008.

15. Metzner JL: Mental Health Considerations for Segregated Inmates, in Standards for Health Services in Prisons. Chicago, IL, National Commission on Correctional Healthcare, 2008.

16. Metzner JL: Appendix E: Mental Health Considerations for Segregated Inmates, in Standards for Mental Health Services in Correctional Facilities. Chicago, IL, National Commission on Correctional Healthcare, 2008, pp 129-131

17. Metzner JL: Appendix E: Mental Health Considerations for Segregated Inmates, in Standards for Mental Health Services in Correctional Facilities. Chicago, IL, National Commission on Correctional Healthcare, 2014 http://www.ncchc.org/other-resources Accessed July1, 2014.

18. Trestman RL, Champion MK, Ford E, Metzner JL, Newkirk CF, Penn JV, Pinals DA, Scott C, Stellman RE, Weinstein HC, Weinstock R, Appelbaum KL Young JL: Psychiatric Services in Correctional Facilities, Third Edition. American Psychiatric Association, June 2015.

APPENDIX E3

**Curriculum Vitae**

# Kathryn A. Burns, M.D., M.P.H.

Chief Psychiatrist
Ohio Department of Rehabilitation and Correction
770 West Broad Street
Columbus, Ohio 43222
614.728.1974

Date of Birth:  November 12, 1957

**Education:**         Cleveland State University
                      Cleveland, Ohio (1976-1980)
                      B.S. in Biology, Magna Cum Laude

                      Case Western Reserve University School of Medicine
                      Cleveland, Ohio (1981-1985)
                      M.D.

                      Ohio State University School of Medicine & Public Health
                      Columbus, Ohio (1997)
                      M.P.H.

**Training:**          Psychiatric Resident (1985-1989)
                      University Hospitals of Cleveland
                      CWRU School of Medicine

                      Chief Resident, Department of Psychiatry (1988-1989)
                      University Hospitals of Cleveland

**Specialized Education:**

                      Forensic Fellow, Department of Psychiatry (1989-1990)
                      University Hospitals of Cleveland
                      CWRU School of Medicine

                      CWRU School of Law:  *Criminal Law; Criminal Law & Psychiatry;
                      Civil Law & Psychiatry* (1989-1990)

                      Cleveland-Marshall College of Law:  *Law & Psychiatry in the
                      Criminal Justice System* (1989)

**Academic Appointments:**

                      Case Western Reserve University School of Medicine
                      Assistant Clinical Professor of Psychiatry

                      The Ohio State University College of Medicine
                      Auxiliary Faculty - Assistant Professor of Psychiatry

**Professional Licenses:**
State Medical Board of Ohio, License # 35-05-7006


**Certification:** American Board of Psychiatry & Neurology
Psychiatry, Certificate No. 35117 (1992)

American Board of Psychiatry & Neurology
Forensic Psychiatry, Certificate No. 36 (1994)

National Commission on Correctional Health Care
Certified Correctional Health Professional (2000)


**Professional Memberships:**

**American Psychiatric Association** (1986-Present)
Appointed to Task Force to Revise APA Report on Jails & Prisons,
Council on Psychiatric Services (1997-2000)
Elected to Distinguished Fellow (12/01/99)

**Ohio Psychiatric Association** (1986-Present)

**American Academy of Psychiatry & the Law** (1988-Present)
Institutional & Correctional Psychiatry Committee (2000-2002)
Criminal Behavior Committee (1997-1999)
Public Information Committee (1991)

**Midwestern Chapter of the American Academy of Psychiatry &
the Law** (1988-Present)
Annual Meeting Program Committee Chair (1992)
Chapter President (1993-1994)

**International Academy of Law and Mental Health**
(1992-Present)

**American Correctional Association** (1995-Present)
Appointed to Mental Health Committee (1998-2000)

**American Correctional Health Services Association**
(1995-Present)

2

**Professional Experience**:

Mentally Disordered Offender Program:
Psychiatrist, Senior Psychiatrist (1988-1994)
*(Outpatient mental health treatment for adults with serious mental illnesses granted probation for felony level offenses)*

Money & Mailboxes:  Psychiatric Consultant (1988, 1991-1993)
*(Outpatient mental health treatment for homeless persons with serious mental illnesses)*

Lorain Community Hospital:  Staff Psychiatrist (1989)

Cuyahoga County Court Psychiatric Clinic:  Staff Psychiatrist (1989-1993)
*(Pre-trial and post-conviction psychiatric evaluations of adults on issues of competency to stand trial, criminal responsibility, drug dependency, civil commitment)*

CWRU School of Medicine, University Hospitals of Cleveland Department of Psychiatry: Assistant Professor of Psychiatry (1990-1992)

SAMI/M-Power Program:  Staff Psychiatrist (1990-1994)
*(Outpatient community mental health day treatment program for adults with co-occurring substance abuse and mental illness.)*

Western Reserve Psychiatric Hospital:  Psychiatric Consultant (1990-1992)

Cleveland Psychiatric Institute:  Director, Court Evaluation Unit (1991-1994)

Neighborhood Counseling Services:  Medical Director (1992-1994)
In addition to Medical Director, served as treating psychiatrist for Conditional Release Unit *(community mental health treatment for persons found Not Guilty by Reason of Insanity)*

Cuyahoga County Community Mental Health Board:  Chief Clinical Officer (1994-1995, 2002-2007)

Ohio Department of Rehabilitation and Correction:  Chief Clinical Officer
Bureau of Mental Health Services (1995-1999)

Wright State University School of Medicine:  Assistant Clinical Professor of Psychiatry (1995-2000)

Twin Valley Behavioral Healthcare – Columbus Campus:
Director of Forensic Services (1999-2002)

The Ohio State University College of Medicine:  Assistant Clinical Professor of Psychiatry  (1999-2002)   O*utstanding Faculty Award (June 2002)*

Shawnee Forensic Center:  Psychiatric Consultant (1998-2010)

National Commission on Correctional Health Care:  Physician Surveyor (1998-present)

3

Forensic Center of District IX, Inc.:  Psychiatric Consultant (2000-present)

Editorial Board Member/Contributing Editor:  Correctional Mental Health Report
Civic Research Institute, Inc., Kingston, NJ (1999-Present)

Forensic Psychiatric Center of Northeast Ohio, Inc.: Psychiatric Consultant (2005-present)

Liaison for Mental Health Services in Jails; Ohio Criminal Justice Coordinating Center of Excellence, Northeastern Ohio Universities College of Medicine (2006 - )

Appointed to Forensic Psychiatry Committee of the American Board of Psychiatry & Neurology (2009 - )

Alcohol, Drug and Mental Health Board of Franklin County:  Chief Clinical Officer (2007-2013)


**Presentations:**

***Attempted Family Murder:  Dissociation vs. Dissimulation***
Phillip J. Resnick, MD, co-presenter
CWRU Department of Psychiatry Grand Rounds, Cleveland OH (January 1990)
Ohio Association of Forensic Directors, Columbus OH (March 1990)

***Working with the Forensic Client in Community Treatment***
Phillip J. Resnick, MD, co-presenter
National Case Management Conference, Cincinnati OH (September 1990)

***Corrections & Community Collaboration:  The Mentally Disordered Offender Program***
American Psychiatric Association 43rd Institute on Hospital & Community Psychiatry, Los Angeles CA (October 1991)

***Not Mad, Still Bad, What Now?:  The Disposition of Non-Mentally Ill Insanity Acquittees***
American Academy of Psychiatry & the Law – Midwestern Chapter Meeting
Cleveland OH  (April 1992)

***Forensic Psychiatry in the Community:  The Cuyahoga County Experience***
American Academy of Psychiatry & the Law – Midwestern Chapter Meeting
Detroit MI (April 1994)

***Treatment/Placement Implications & Strategies for the 18+ Offender***
Ohio Department of Youth Services Annual Program Conference
Columbus OH (December 1994)

***Assertive Community Treatment Teams:  Stopping the State Hospital Revolving Door***

MetroHealth Medical Center Department of Psychiatry Grand Rounds, Cleveland OH (January 1995)
All Ohio Institute on Community Psychiatry, Cleveland OH (March 1995)

*Can We Talk:  Emergency Psychiatry Meets Managed Care*
Kenneth Serta, MD, co-presenter
American Psychiatric Association Annual Meeting, Miami Beach FL (May 1995)

*Legal & Program Aspects of Staff Victimization*
Fred Cohen, moderator
American Correctional Association Annual Meeting, Indianapolis IN (January 1997)

*Hot Off the Press:  New Guidelines for Jails & Prisons*
H. Weinstein, C. Newkirk, J. Zil, co-presenters
American Psychiatric Association Annual Meeting, Toronto, Canada (May 1998)

*Legal vs. Moral Wrongfulness Schism*
S. Noffsinger, M. Carroll, D. Pinals, co-presenters
American Academy of Psychiatry & the Law Annual Meeting
New Orleans LA (October 1998)

*So You're Incompetent to Stand Trial – Now What?*
S. Noffsinger, J. Radio, A. Hernandez, co-presenters
American Academy of Psychiatry & the Law Annual Meeting
Baltimore MD (October 1999)

*APA Guidelines for Correctional Psychiatry*
American Academy of Psychiatry & the Law – Midwestern Chapter Annual Meeting
Cleveland OH (April 2000)

*Forensic Psychiatry Board Review Course*
Topics presented:  Competencies:  Civil & Criminal; Managed Care
Boston MA (October 2001)

*Firearms Risk Management in Inpatient Psychiatric Care*
XXVIIth International Congress on Law & Mental Health
Amsterdam, The Netherlands (July 2002)

*Course:  Correctional Psychiatry*
H. Weinstein, C. Newkirk, K. Gilbert, A. Hanson, J. Zil, co-presenters
53rd Institute on Psychiatric Services, APA Annual Fall Meeting, Orlando FL (October 2001)
H. Weinstein, K. Gilbert, A. Hanson, J. Zil, co-presenters
54th Institute on Psychiatric Services, APA Annual Fall Meeting, Chicago IL (October 2002)
H. Weinstein, K. Gilbert, A. Hanson, J. Zil, co-presenters
55th Institute on Psychiatric Services, APA Annual Fall Meeting, Boston MA (October 2003)

***Practicing Rewarding Psychiatry in Jails and Prisons – A Practicum***
H. Weinstein, K. Gilbert, A. Hanson, co-presenters
American Psychiatric Association Annual Meeting, Atlanta GA
(May 2005)

***Providing Mental Health Care at the Prison's Back Door: Re-Linking Mentally Ill Offenders to Community Treatment***
XXIX International Congress on Law & Mental Health
Paris, France (July 2005)

***Preventing Suicide in Correctional Facilities***
H. Weinstein, K. Gilbert, A. Hanson, co-presenters
57th Institute on Psychiatric Services, APA Annual Fall Meeting, San Diego, CA
(October 2005)

***Prescribing Controlled Substances in Prison***
K. Appelbaum, J. Metzner, R. Trestman, co-presenters
American Academy of Psychiatry & the Law Annual Meeting
Montreal Canada (October 2005)

***Jail Suicide Prevention***
Ohio Department of Mental Health 2006 Annual Forensic Conference
Sandusky OH (August 2006)

***Jail Mental Health Services***
Ohio Department of Mental Health 2007 Annual Forensic Conference
Wilmington OH   (August 2007)

***Psychiatric Services in Jails & Prisons:  It's Time to Revise the APA Guidelines***
H. Weinstein, co-presenter
American Psychiatric Association Annual Meeting, Washington DC
(May 2008)

***Psychopharmacology in Jails and Prisons: Principles, Practice and Special Issues***
H. Weinstein, E. Roskes, B. Bay, co-presenters
61st Institute of Psychiatric Services, APA Annual Fall Meeting, New York, NY
(October 2009)

***Practicing in the Pokey – What It's All About***
30th Annual Spring Midwest American Academy of Psychiatry and the Law Meeting, Columbus, OH (March 2013)

**Publications:**

Sherman M, Burns K, et al.:  Firearms Risk Management in Psychiatric Care. *Psychiatric Services* 52: 1057-1061, 2001.

Burns K:  Creating a Mental Health Classification System. *Correctional Mental Health Report* 4(1):3, 2002.

Burns K:  Mental Health Screening.  *Correctional Mental Health Report* 4(2):19, 2002.

Burns K:  Mental Health Evaluation.  *Correctional Mental Health Report* 4(3):35, 2002.

Burns K:  "Jail Diversion and Correctional Psychotropic Medication Formularies"; Management and Administration of Correctional Health Care, J. Moore, ed.  Kingston NJ:  Civic Research Institute, 2003.

Burns K:  "Psychopharmacology in Correctional Settings"; Handbook of Correctional Mental Health Care. C.L. Scott and J.B. Gerbasi, eds. Arlington VA:  American Psychiatric Publishing, Inc., 2005.

Burns K:  The Red Zone: Boundaries of Clinical Versus Forensic Work in Correctional Settings.  *Correctional Health Care Report* 7(5):67, 2006; also appears as Chapter 19 Correctional Psychiatry Practice Guidelines and Strategies.  O.J. Thienhaus and M. Piasecki, eds.  Kingston NJ: Civic Research Institute, 2007.

Burns K: Commentary: The Top Ten Reasons to Limit Prescription of Controlled Substances in Prisons.  J Am Acad Psychiatry Law 37:50-2, 2009.

Burns K:  "Pharmacotherapy in Correctional Settings"; Handbook of Correctional Mental Health Care, Second Edition. C.L. Scott, ed. Arlington VA:  American Psychiatric Publishing, Inc., 2010.

Burns, K:  Psychiatry behind bars: Practicing in jails and prisons.  Current Psychiatry 10:2-15, 2011.

Cloyes KG and Burns KA: "Aging prisoners and the provision of correctional mental health"; Oxford Textbook of Correctional Psychiatry. RL Trestman, KL Appelbaum, JL Metzner, eds. New York NY: Oxford University Press, 2015.

August 2015

APPENDIX E4

### HENRY A. DLUGACZ
*99 Park Avenue, 26/PH*
*New York, N.Y. 10016*
*212/490-0400; 646/346.0646*
*Hdlugacz@blhny.com*

## EDUCATION
***Juris Doctor***, New York Law School 1991 *cum laude*
Moot Court Certificate of Honor; Notes & Comments Editor, <u>Human Rights Journal</u>

***Master of Social Work***, Hunter College School of Social Work 1981

***Bachelors of Art***, Queens College, 1979 *cum laude*
Departmental honors; honors program in the study of the Humanities

## CURRENT APPOINTMENTS

2014-    ***Assistant Monitor***
*Rasho et al. vs. Walker et al.* Case No. 07-1298
United States District Court Central District of Illinois
Assist in monitoring of class action lawsuit involving mental health care in entire Illinois prison system (in abeyance at present).

2009-    ***Partner,*** Beldock, Levine & Hoffman LLP, New York, N.Y.

2007-    ***Expert, Correctional Mental Health***
*Coleman vs. Schwarzenegger,* 912 F. Supp. 1282 (E.D. Cal. 1995)
United States District Court, Eastern California
Member of Special Master's expert panel in remedial phase of class action lawsuit involving mental health care in entire California prison system and portions of the Department of State Hospitals.

2003-    ***Compliance Monitor***, *Brad H. et al. v City of New York, et al.* 117882/99
Supreme Court, State of New York, County of New York
One of two court-appointed monitors monitoring compliance with Stipulation involving reentry planning for inmates with mental disabilities for entire New York City jail system including hospital forensic units.

2000-    ***Mediator***
United States District Court for the Eastern District of New York
Mediation and Arbitration Panel for Federal-Court annexed mediation. Appointed to "Superstorm Sandy" Mediation Panel.

1

1997-        ***Assistant Clinical Professor of Psychiatry & Behavioral Science***
             New York Medical College, Valhalla, N.Y.
             Until mid-2010 core faculty in hospital-based forensic psychiatry
             fellowship program: correctional mental health, forensic issues; didactic
             training; evaluation; expert witness training; currently on voluntary faculty.


## EXPERIENCE

2002-  2104  ***Adjunct Professor of Law***, New York Law School, N.Y., N.Y.
             (Mentor-Professor 2002-2006, Adjunct Professor 2006-present)
             Co-taught in Nicaragua on State Department grant. Co-created
             interdisciplinary course on Mental Health Issues in Jails and Prisons.

2012         ***Expert Consultant, Mentally Disordered Offenders***
             Mental Disabilities Rights International/American Bar Association Rule of
             Law Initiative, Mexico City, Mexico

2012         ***Consulting Expert, Correctional Mental Health***
             Bureau of Corrections, US Virgin Islands (St. Croix)
             *USA v. Virgin Islands et al.* No 86-265 (D.V.I.)

1993-2010    ***Private consulting, monitoring and legal practice***
             Focused on mental health; corrections; court monitoring of complex
             litigations; mediation; forensic and disabilities issues; health-care.
             Regularly tried cases in Mental Hygiene Parts of Kings County and New
             York County Supreme Court; appointed as guardian and independent
             evaluator (Court Evaluator) in guardianship proceedings

2000-2010    ***Private Counsel, Mental Health and Healthcare***
             St. Vincent's Catholic Medical Center, N.Y., N.Y.
             Represented hospital in mental hygiene hearings in New
             York State Supreme Court, retention, treatment over objection,
             guardianships. Advised and conducted negotiations on contracts,
             student affiliation, and clinical research agreements.

2007-2010    ***Expert, Correctional Mental Health,*** New Mexico Protection &
             Advocacy/New Mexico ACLU/Bazelon Center
             *Bravo et al v Board of Commissioners of Dona Ana County et al.*
             United State District Court for the District of New Mexico
             Inspected jail, assessed mental health care, recommended remediation;
             active participation in successful settlement negotiations of federal class
             action lawsuit involving mental health care and reentry planning

2

2009            ***Invited Witness, Correctional Mental Health and Reentry***
                New Jersey General Assembly, Trenton, New Jersey
                Invited to testify at hearings conducted by the Majority Leader. Testified
                on correctional mental health and reentry planning.

2007-2009       ***Expert Consultant, Correctional Mental Health***
                *Hadix v. Caruso*, No. 4:92-CV-00110-RAE
                United State District Court, Western District of Michigan
                Mental Health Consultant to the Office of the Independent Medical
                Monitor in class action lawsuit involving health and mental health care.

2002-2008       ***Founding Co-Chair***, New York State Bar Association, Albany, N.Y.
                Committee on Mental Health Issues of Healthcare Law Section

2005-2006       ***Mediator,*** *Pierce County et al v State of Washington et al,* (03-2-00918-8)
                Superior Court, Thurston County, Washington State
                Co-mediated settlement of complex class action lawsuit with multiple
                public and private parties involving funding, discharge planning, and
                community mental health treatment issues. Appointed by court on consent
                of the parties as mediator of discharge-planning aspects of settlement.

2001-2006       ***Adjunct Professor of Law***
                St. John's University School of Law, Queens New York
                Taught law school seminar on mental health law.

  2005          ***Invited Witness***
                New York State Assembly, Albany, New York
                Invited to testify in hearings before three Assembly Committees
                concerning enactment of civil commitment statute for sex offenders.

  2005          ***Expert Trainer***
                European Court of Human Rights/ Mental Disability Advocacy Center
                Council of Europe, Strasbourg, France
                Under auspices of the Council of Europe, Court of Human
                Rights & MDAC conducted training for lawyers on multi-disciplinary
                support during litigation for clients with mental disabilities

| | |
|---|---|
| 2001-2005 | **Federal Court Monitor/Expert Consultant** |
| | *Rust et al. v. Western State Hospital, et al.* (C00-5749) |
| | Western District of Washington |
| | Federal class-action litigation involving state forensic |
| | hospital. Was lead expert for plaintiffs; appointed as one of two court |
| | monitors to report on and assist in the attainment of compliance with order |
| | involving active treatment, treatment planning, discharge plans, patient risk |
| | assessment, staffing levels, physical plant issues, hospital census. |

2002            **Contributor/Reviewer**, American Public Health Association, Task Force
                Standards for Health Services in Correctional Institutions

2001            **Expert Consultant**
                Mental Disability Rights International, Washington, D.C.
                Conducted inspections of facilities and training in Mexico City.

2000- 2001      **Expert Consultant Corrections (Mental Health and Generalist)**
                PricewaterhouseCoopers, Fair Lakes, Virginia
                As part of multidisciplinary team, evaluated correctional facilities pursuant
                to agreement with the United States Department of Justice, US Marshall
                Service and Immigration and Naturalization Service.

2000-  2001     **Expert Consultant/Correctional Mental Health**
                Council of State Governments, New York, N.Y.
                Consultant to corrections work group of interdisciplinary project
                regarding persons with mental disabilities in the criminal justice system.
                Worked with State Senators, corrections and mental health commissioners,
                service providers and advocates.

1993-2000       **Expert and Mediator, Correctional Mental Health**
                *Duran et al v King et al*, (77-0721JB)
                Federal Court, District of New Mexico
                For Special Master, led team in the monitoring mental health aspects of
                Consent Decree in complex, class action lawsuit involving the entire New
                Mexico prison system: Quality of mental health care, levels of mental health
                care, credentialing of staff, development of criteria for placement in
                segregation, evaluation of the Continuous Quality Improvement Plan,
                suicide prevention, policies and procedures; development of Corrective
                Action Plans. Co-mediated and monitored termination plan.

4

| | |
|---|---|
| 1989-1997 | ***Director of Mental Health Services & Assistant Program Director*** |

        Saint Vincents Hospital Correctional Health Program, N.Y., N.Y.
(*Director of Mental Health 1989-1998;*
*Acting Assistant Program Director 1996-1998*)
*As Acting Assistant Program Director*, assisted in directing all aspects of NCCHC & Joint Commission accredited, multi-site, ambulatory health care program; oversaw eight department heads.
*As Mental Health Director*, developed, implemented and directed entire multi-site JCAHO and NCCHC accredited correctional mental health program; developed and conducted CQI program; recruitment and evaluation of all psychiatrists, psychologists and social workers; developed policies and procedures; oversaw clinical care; conducted post-mortem reviews; implemented new programs such as: family and group therapy services; discharge planning services; developed screening and assessment protocols and instruments, and suicide prevention protocols.

| | |
|---|---|
| 1997-1998 | ***Consultant*** |

        American Psychological Association, Washington, D.C.

| | |
|---|---|
| 1992-1994 | ***Law Clerk*** |

        Saint Vincents Hospital, Department of Legal Affairs, N.Y., N.Y.

| | |
|---|---|
| 1987-1989 | ***Mental Health Unit Chief*** |

        Montefiore Medical Center/Rikers Island Health Service, Bronx, N.Y.
Direct responsibility for all aspects of mental health clinic in NYC jail-system's busiest intake facility; administrative and clinical supervision of all mental health staff; decisions regarding appropriate levels of care; implemented new programs such as orientation screening; group therapy; inmate suicide prevention aide and correction officer training.

| | |
|---|---|
| 1987-1989 | ***Recruitment and Education Coordinator*** |

        Montefiore Medical Center/ Rikers Island Health Service, Bronx, N.Y.
Actively involved in most aspects of central office activities for entire Rikers Island mental health program including program development, research, development of evaluation instruments. In charge of recruitment and screening of medical and non-medical mental health staff.
Developed on-going training programs, and retention activities.

| | |
|---|---|
| 1983-1987 | ***Clinical Social Worker*** |

        Montefiore Medical Center/Rikers Island Health Service, Bronx, N.Y.
Assessment, crisis intervention, short-term individual and group treatment of detainee population. Conducted assessment of thousands of individuals: decisions regarding appropriate level of care, and suicide risk level.

5

1981- 1983     ***Clinical Social Worker***
Mount Sinai Services (Hospital Female Forensic Unit), Elmhurst, N.Y.
Multi-disciplinary treatment/evaluation team member; individual and
family therapy; aided with competency  to stand trial evaluations.
Maintained on-going caseload in outpatient psychiatry clinic; covered
Psychiatric Emergency Room.


## PUBLICATIONS

### Books:

**Lawyering Skills in the Representation of Persons with Mental Disabilities,**
2006**,** Carolina Academic Press, M. Perlin, K. Gould, Cohen, **H. Dlugacz** & R.
Friedman

**Mental Health Issues in Jails and Prisons,** 2008, Carolina Academic Press
Michael L. Perlin & **Henry A. Dlugacz**

**Competence in Criminal and Civil Law: From Legal Theory to Clinical
Applications**, 2008, John Wiley
Michael L. Perlin, Pamela Champine, **Henry A. Dlugacz** & Mary Connell

**Re-Entry Planning for Offenders with Mental Disorders: Policy and
Practice,** 2010, Civic Research Institute **Henry A. Dlugacz** (Editor)

**Re-Entry Planning for Offenders with Mental Disorders: Policy and
Practice, Volume II,** 2015 Civic Research Institute **Henry A. Dlugacz** (Editor)

### Book Chapters:

*Liability Management and the Correctional Psychiatrist: A Review of Key
Considerations*, **Correctional Psychiatry: Practice Guidelines and Strategies**,
(**Henry A. Dlugacz** & Julie Y. Low) (Ole J. Thienhaus and Melissa Piasecki, eds.
2007, Civic Research Institute)

*A Continuum of Care for Adults with Mental Illness Leaving Jail and prison: A
review of essential reentry elements* (**Henry A. Dlugacz**, Nahama Broner, Stacy S.
Lamon), **Correctional Psychiatry: Practice Guidelines and Strategies**, (Ole J.
Thienhaus and Melissa Piasecki, eds.) 2007, Civic Research Institute)

6

*Clinically Oriented Reentry Planning in Correctional Settings*, **Handbook of Correctional Mental Health Second Edition,** (Charles L. Scott Ed) 2010, American Psychiatric Publishing) (**Dlugacz, H**. & Roskes, E.)

*The Criminal Justice System and Offenders Placed in an Outpatient Setting,* **Handbook of Correctional Mental Health Second Edition,** (Charles L. Scott Ed) 2010, American Psychiatric Publishing) (Roskes, E., Cooksey, C., Lipford, S., **Dlugacz, H.)**

*Ethical Issues in Correctional Psychiatry in the United States*, Ethical Issues in Prison Psychiatry (Konrad, Norbert; Völlm, Birgit; Weisstub, D.N. (Eds.), Springer Publishing, International Library of Ethics, Law, and the New Medicine, Vol. 46 2013 (**Dlugacz, H**., Low, J., Wimmer, C., Knox, L.)

*Community Reentry*, **Oxford Textbook of Correctional Psychiatry**, Trestman, R, Metzner, J., Appelbaum, K, Eds**.** 2015 Oxford University Press (**H. Dlugacz**)

**Journals Edited**:

Special Editor, New York State Bar Association Health Law Journal, Special Issue on Mental Health, Spring, 2006.

**Articles**:

<u>*United States v. Charters:*</u> *A Case in Two Acts: In Search of a Middle Ground* 7 <u>New York L. Sch. J. of Human Rights</u> 311 (1990). (**Dlugacz, H.**)

<u>*Riggins v. Nevada*</u>: *Towards a Unified Standard for a Prisoner's Right to Refuse Medication?*, 17 <u>Law and Psychology Review</u> 41 (1993). (**Dlugacz, H.**)

*Out-Patient Commitment: Some Thoughts on Promoting a Meaningful Dialogue* 53 <u>New York L. Sch. L. Rev. 79 </u>(2009). (**Dlugacz, H.**)

*It's Doom Alone That Counts: Can International Human Rights Law Be An Effective Source of Rights in Correctional Conditions Litigation?* Special Edition on Correctional Mental Health 27 <u>Behavioral Sciences and Law</u> (2009) (Perlin, M. & **Dlugacz, H.)**

*The Ethics of Representing Clients with Limited Capacity in Guardianship Proceedings,* <u>The Saint Louis University Journal of Health Law & Policy</u> (**Dlugacz, H**. & Wimmer, C.) Saint Louis University Journal of Health Law & Policy Vol. 4 Issue 2, 2011

7

*The Legal Aspects of Administering Antipsychotic Medications to Jail and Prison Inmates,* (**Dlugacz, H**. & Wimmer, C.) Special Issue of the <u>International Journal of Law and Psychiatry on "Prisons and Mental Health"</u> May-Aug; 36(3-4):213-28 2013

*Correctional Mental Health in the United States*, **Dlugacz, H.,** <u>International Journal of Prisoner Health</u> Vol. 10 No. 1 pp. 3-26  2014

**Encyclopedia Entries**

*Legal Dimension of Mental Health,* **Encyclopedia of Mental Health 2nd Edition**, Howard Friedman, Ed**.** Elsevier, **Dlugacz, H.,** Wimmer, C.

## ACADEMIC

2013            ***Invited Keynote Speaker***, University of Texas, Brownsville, Texas

2012            ***Invited Lecturer,*** Benjamin N. Cardozo School of Law, N.Y., N.Y.

2011            ***Invited Lecturer,*** University of Maryland Schools of Medicine, Law and
                Social Work, Baltimore, MD

2011            ***Invited Lecturer***, Association of American Law Schools, S.F., CA.

2010            ***Invited Lecturer,*** Benjamin N. Cardozo School of Law, N.Y., N.Y.

2009-2010       ***Invited Reviewer,*** International Journal of Prison Health

2007-2008       ***Invited Reviewer***, John Wiley & Sons, Inc. Reviewed book proposals.

2006            ***Invited Lecturer***, New York State Judicial Institute
                Mental Hygiene Legal Services, First and Second Appellate Divisions

2006            ***Invited Reviewer,*** Journal of the International Academy of Law and
                Mental Health

2005            ***Faculty Member and Co-program Chair***
                New York State Bar Association, Continuing Legal Education Program
                on Mental Health Courts

2005            ***Invited Lecturer***, Columbia University Mailman School of Public
                Health, New York, New York

8

| | |
|---|---|
| 2003-2011 | ***Instructor for Mediation Exercise,*** New York University School of Law, New York, New York (on annual, volunteer basis) |
| 2002 | ***Invited Lecturer***, New York University School of Law, N.Y., N.Y. |
| 2002 | ***Moot Court Judge***, New York Law School, N.Y., N.Y. |
| 2000 | ***Invited Lecturer***, St. John's University School of Law, Queens, N.Y. |
| 1999 | ***Adjunct Assistant Professor*** Fordham University Graduate School of Social Service, N.Y.C. |
| 1998-1999 | ***Field Work Instructor*** Fordham University School of Social Work, N.Y., N.Y. |
| 1993-1994 | ***Lecturer***, New York University Graduate School of Social Work, N.Y.C. |
| 1992-1994 | ***Attorney-Mentor***, New York Law School, N.Y., N.Y. |
| 1993 | ***Invited Lecturer***, New York University School of Social Work, N.Y.C. |
| 1990 | ***Invited Lecturer***, New York University School of Medicine, N.Y., N.Y. |
| 1987-1991 | ***Research Assistant*** New York Law School, Professor Michael Perlin |
| 1988-1990 | ***Invited  Lecturer***, New York Law School, N.Y., N.Y. |
| 1988 | ***Invited Lecturer***, Hofstra University, N.Y. Hempstead, N.Y. |
| 1984-1985 | ***Field Work Instructor***, Hunter College School of Social Work, N.Y.C. |

## Presentations: Legal, Policy, Administrative, Clinical Issues in Mental Health Care

Invited Speaker, Oklahoma Department of Human Services, The Practice and Policy Lecture Series, Oklahoma City, OK August 2014

Invited Speaker, American Psychological Association/American Bar Association Joint Conference on Violence, Washington DC May 2014

Invited Speaker and Discussant, New York State Psychological Association Forensic Division Conference on Violence Risk Assessment, New York, N.Y. Sept. 2013

9

Invited by the New York State Commission on Quality of Care to participate in a Roundtable discussion on New York State's "Olmstead Plan" Albany New York 2014)

33rd International Congress on Law and Mental Health, Amsterdam, Netherlands July 2013

American Public Health Association, Washington, D.C. November, 2011

Association of the Bar of the City of New York, N.Y. Continuing Legal Education Program on representation of clients with diminished capacity, November, 2011

32rd International Congress on Law and Mental Health, Humboldt University, Berlin, Germany July, 2011

31nd International Congress on Law and Mental Health, New York University School of Law, New York, N.Y., June 2009 (paper presented by co-author)

30th International Congress on Law and Mental Health, University of Padua, Padua, Italy, June 2007

Continuing Legal Education Seminar, conducted for Criminal Court Judges of the Manhattan Criminal Court, Brooklyn, N.Y., April, 2007

Lincoln Hospital, Department of Psychiatry, Grand Rounds, November, 2006

New York State Assembly Roundtable on Criminal Penalties and Legislation on Civil Commitment of Sex Offenders. (participant) July, 2005

29th Congres International de Droit et de Santé Mentale/Laboratoire d'Ethique Medicale et de Sante Publique/Faculte de Medecine de Necker, Universite Rene Descartes (International Congress on Law and Mental Health) Paris, France, July 2005

XII World Congress of Psychiatry, Yokohama, Japan, August, 2002

National Association of Developmental Disabilities, New Orleans, Louisiana, October 2001 (paper was presented by a colleague)

XXV Congres  International de Droit et de Sante Mentale (International Congress on Law and Mental Health) University of Siena, Siena, Italy July 2000

American Psychology-Law Society and the European Association of Psychology and Law, Trinity College, Dublin, Ireland, July 1999

10

XXIII Congres International de Droit et de Santé Mentale/Laboratoire d'Ethique Medicale et de Sante Publique/Faculte de Medecine de Necker, Universite Rene Descartes (International Congress on Law and Mental Health) Paris, France, June 1998

New York University, Annual Forensic Mental Health Conference, NY, NY, June, 1998;

Saint Vincents Hospital, Department of Psychiatry Grand Rounds, NY, NY April,1998

Saint Barnabas Hospital, Correctional Health Affiliate, Grand Rounds, Rikers Island, NY, March 1998

American Psychological Association. Annual Meeting, August 1994

Annual Meeting American Academy of Psychiatry and Law, Orlando, Florida, October 1991 (paper profiled in the *Psychiatric News*, November 15, 1991)

American Psychiatric Association Annual Meeting, New York, N.Y. May 1990

Orthopsychiatric Annual Meeting, Miami, Florida, April 1990

Annual Meeting of the American Group Therapy Assn., Boston, Mass, February 1990

American Public Health Assn. Annual Meeting, Chicago, Ill., October 1989


**COMMITTEE MEMBERSHIPS AND ADVISORY BOARDS** (past and current)


Association of the Bar of the City of New York, Committee on Legal Issues Affecting People with Disabilities; New York State Bar Association, Dispute Resolution Section; New York State Bar Association, Health Law Section: Founding Co-Chair, Special Committee on Mental Health; Member of Executive Committee; Association of the Bar of the City of New York, Problems of the Mentally Ill; sub-committee on conditions in Prisons; New York State Bar Assn., Committee to Confer with the Medical Society of the State of N.Y.; Committee on Public Health; New York Law School, Advisory Board on Scholarly Publications; Saint Vincent's Hospital and Medical Center of N.Y., Hospital-wide Counsel on Domestic Violence; New York Health and Hospitals Corporation, City-wide Committee on Jail-based Mental Health Services; New York City Department of Mental Health, State-wide Forensic Mental Health Task-force; Advisory Board on the Formation of the New York City Links Program; Advisory Board, Friends of Island Academy, Juvenile NYC Link Program

## LICENSES, CERTIFICATIONS, ADMISSIONS, RECOGNITIONS

**Attorney** admitted to practice law in the Courts of the State of New York (First Department) and in the Federal Courts of the Southern & Eastern Districts of New York. Accredited for preparation, presentation and prosecution of claims for veterans benefits before the Department of Veterans Affairs.

**Social Worker** Licensed Social Worker, New York State Department of Education

**Court Evaluator** and **Guardian:** certified under Article 81 of the New York State Mental Hygiene Law, Office of Court Administration of the State of New York. Trained by the Association of the Bar of the City of New York.

**Mediator** Advanced Training in Mediation: United States District Court for the Eastern District of New York; The Center for Mediation in Law, N.Y., N.Y. Additional training in the Mediation of Bio-Ethical Disputes (Center for Health Law and Ethics, University of New Mexico, Division of Bioethics, Montefiore Medical Center/Albert Einstein College of Medicine and the United Hospital Fund of New York).

**"Super Lawyer"** 2012, 2013, 2014 and 2015 New York City Metro under *Health Law* category

## LANGUAGES
Conversational Spanish: Studied in Mexico, certificate awarded: Instituto de Estudios de America Latina, August, 1981, Cuernavaca, Mexico

## REFERENCES: Available upon request

12

APPENDIX E5

# Mary Perrien, Ph.D.
**3313 W. Cherry Lane, Suite 333**
**Meridian, ID 83642**

| | | |
|---|---|---|
| **EDUCATION** | **University of Hawaii, Manoa** | |
| | Doctor of Philosophy, Clinical Psychology | 1998 |
| | Master of Arts, Clinical Psychology | 1994 |
| | | |
| | **San Jose State University** | |
| | Bachelor of Arts, Psychology | 1991 |
| | | |
| **LICENSURE STATUS** | PSY18582 (California) | |
| | PSY 202317 (Idaho) | |
| | | |
| **TRAINING** | Internship in Clinical Psychology | 1997-1998 |
| | Atascadero State Hospital | |
| | Atascadero, California | |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| **Expert Consultant** | 2014-2015 |
| Idaho Department of Correction | |
| | |
| **Expert Consultant** | 2012-present |
| Department of Homeland Security, Civil Rights and Civil Liberties | |
| | |
| **Expert Consultant** | 2012-2014 |
| Ohio Department of Correction | |
| | |
| **Expert Consultant** | 2012-2013 |
| National Institute of Corrections | |
| | |
| **Expert Consultant** | 2011-2012 |
| *Rasho et al. v. Walker et al.* | |
| United States District Court, Central District of Illinois | |
| Case No. 1:07-CV-1298-MMM-JAG | |
| | |
| **Safe Society Solutions, LLC** | 2010 to present |
| Sole Proprietor | |
| | |
| **Expert Consultant** | 2007 to present |
| Special Master, United States District Court, Eastern District of California (*Coleman et al. v. Brown et al.*) | |
| Case No. 90-0520 LKK-JFM | |
| | |
| **Chief (Deputy Director), Division of Education and Treatment** | 2006-2010 |
| Idaho State Department of Correction | |

| | | |
|---|---|---|
| **PROFESSIONAL EXPERIENCE Continued** | **Chief Psychologist/Director of Mental Health** Idaho State Department of Correction | 2005-2006 |
| | **Chief Psychologist/Director of Mental Health Services – Correctional Facility** California State Prison at Corcoran | 2003-2005 |
| | **Senior Psychologist, Supervisor – Correctional Facility** California State Prison at Corcoran | 2001-2003 |
| | **Psychologist - Clinical, Correctional Facility** California State Prison at Corcoran | 2000-2001 |
| | **Staff Psychologist, Sex Offender Treatment Program** Federal Correctional Institution, Butner | 1998-2000 |
| | **Therapist/Researcher** Honolulu Police Department | 1996-1997 |
| | **Therapist/Group Facilitator (variable hours)** Child & Family Services | 1994-1997 |
| **TEACHING EXPERIENCE** | **Guest Lecturer, various Psychology and Criminology courses Boise State University** | 2006-2014 |
| | **Instructor, Correctional Peace Officers Training Academy (Idaho)** | 2006-present |
| | **Lecturer Department of Psychology, University of Hawaii** | multiple 1994-1997 |

**PUBLICATIONS & TECHNICAL REPORTS**

Perrien, M. and O'Keefe, M. (2015). Disciplinary Infractions and Restricted Housing. In *Oxford Textbook of Correctional Psychiatry.* New York NY: Oxford University Press.

Perrien, M. (2010). Mental Health Guidelines and Documentation for Psychotherapists. In *Manual of Forms and Guidelines for Correctional Mental Health.* Washington DC: American Psychiatric Publications.

Perrien, M. (2009). Sex offenders: Analysis of best practice and current practice in Idaho for case disposition, assessment, treatment and supervision. A Report provided to the Idaho Criminal Justice Commission.

Perrien, M. (2008). Sex offenders: The current practices in the State of Idaho for case disposition, assessment, treatment and supervision. A Report provided to the Idaho Criminal Justice Commission.

**PUBLICATIONS &
TECHNICAL
REPORTS
Continued**

Kunitake, M., Perrien, M., Yokoi, E., Perrone, P., Green, T., Sakamoto-Cheung, S., & Richmond, J. (1997).  Felony sexual assault arrests in Hawaii.  Crime Trend Series:  State of Hawaii Department of the Attorney General, 5(2), 1-9.

**PRESENTATIONS**

Perrien, M. (September 2009).  Presenter at the annual Idaho District Judges Retreat Training, Twin Falls, Idaho.

Perrien, M. (January-March 2009).  Provided expert testimony in multiple Senate and House Legislative hearings.

Perrien, M. (January 2009).  Presenter at the annual Idaho District Judges Seminar.  Boise, ID.

Perrien, M. (December 2008).  Educating correctional officers to respond to medical emergencies.  A paper presented at the conference Operational Excellence in Correctional Healthcare, Las Vegas, NV.

Perrien, M. (September 2008).  Panel Presenter at the annual Idaho District Judges Retreat Training.  Sun Valley, Idaho.

Perrien, M. (January-March 2008).  Provided expert testimony in multiple Senate and House Legislative hearings.

Perrien, M. (January 2008).  Presenter at the annual Idaho District Judges Seminar.  Boise, ID.

Perrien, M. (September 2007).  Panel Presenter at the annual Idaho District Judges Retreat Training.  Sun Valley, Idaho.

Perrien, M. (January-March 2007).  Provided expert testimony in multiple Senate and House Legislative hearings.

Perrien, M. (January 2007).  Panel Presenter at the annual Idaho District Judges Seminar, Boise, Idaho.

Perrien, M. (November 2006).  Suicide Risk Management in Corrections.  Paper presented at the Idaho Suicide Prevention Action Network Conference, Boise, Idaho.

Perrien, M. (November 2006).  Mental Health Care in Corrections and Community Corrections.  Presentation to District 7 Judges, Idaho Falls, Idaho.

Perrien, M. (October 2006).  Correctional Mental Health Care in Idaho.  Presentation to the Mental Health and Substance Abuse Treatment Delivery Systems Interim Legislative Committee.

Perrien, M. and Muller, C. (June 2006).  Cultural Competence and Multi-cultural Psychology.  Paper presented at the Idaho Mental Health Coalition Conference, Boise, Idaho.

**PRESENTATIONS**
**Continued**

Perrien, M. (April 2006).  Sex Offender Treatment in Correctional Setting.  Paper presented at the annual National Commission on Correctional Health Care Updates Conference, Las Vegas, Nevada.

Perrien, M. (November 2005).   Sex Offender Risk Assessment.   A training for clinical staff employed by the Idaho Department of Correction and Corrections Corporation of America.

Perrien, M. (October 2005).  Sex Offender Management.  Informational presentation at Community Meeting sponsored by Idaho Department of Correction, Boise, Idaho.

Perrien, M. (September 2005).  Sex Offender Management.  Informational presentation at Community Meeting sponsored by Idaho Department of Correction, Pocatello, Idaho.

Perrien, M. (April 2003).  Cultural Competence and Multi-cultural Mental Health Services.  A training workshop presented to mental health staff at CSP-Corcoran.

Perrien, M. (2002, multiple).  Forensic Evaluations and Courtroom Expert Testimony. A training workshop for mental health staff at CSP-Corcoran.

Perrien, M. (2001, multiple).  Psychopathy and the Hare Psychopathy Checklist, Revised.  A training workshop for mental health staff at CSP-Corcoran.

Perrien, M. (2000, February).  The Assessment, Treatment, Management and Community Supervision of the Sex Offender.  A training workshop provided to U.S.Probation Officers, Long Island, NY.

Perrien, M. (1999, July).  Psychopathy and the Hare Psychopathy Checklist, Revised.  A training workshop for predoctoral interns presented at the Federal Correctional Institution at Butner.

Perrien, M. (1999, April).  Psychopathy and the Hare Psychopathy Checklist Revised.  A training workshop for doctoral and masters level staff in the Sex Offender Treatment Program at the Federal Correctional Institution at Butner.

Perrien, M. & Kunitake, M. (1997, February).  Demographic characteristics of felony sex assault arrestees in Hawaii.  Paper presented to the Hawaii State Legislature at an Informational Symposium on Community Notification of Sex Offenders in Honolulu, Hawaii.

Perrien, M. & Kunitake, M. (1997, February).  Registration and community notification of sex offenders in Hawaii.  Paper presented at the annual meeting of the Western Society of Criminology conference in Honolulu, Hawaii.

Perrien, M. & Marsella, A.J. (1996, April).  Reported frequencies and perceived severity ratings of traumatic and near-traumatic events among college students.  Paper presented at the meeting of the Western Psychological Association, Santa Clara, California.

**ASSOCIATIONS/MEMBERSHIP**
    American Psychological Association, member
    American Psychology-Law Society, member
    Association for the Treatment of Sexual Abusers, clinical member
    National Commission on Correctional Health Care, member

**COMMUNITY APPOINTMENTS**
Idaho State Planning Council on Mental Health, appointed by the Governor, 2009 and 2010.

APPENDIX F

## ACRONYMS and ABBREVIATIONS

3CMS:               Correctional Clinical Case Manager System

AED:                Automated External Defibrillator

ASU:                Administrative Segregation Unit

ATP:                Adenosine Triphosphate

CCI:                California Correctional Institution

CDCR:               California Department of Corrections and Rehabilitation

CIW:                California Institution for Women

CMF:                California Medical Facility

COCF-TCCF:          Tallahatchie County Correctional Facility

CPR:                Cardiopulmonary Resuscitation

CSATF:              California Substance Abuse Treatment Facility

CSP/Corcoran:       California State Prison/Corcoran

CSP/LAC:            California State Prison/Los Angeles County

CSP/Sac:            California State Prison/Sacramento

CTF:                California Training Facility/Soledad

DRC:                Death Review Committee

DVI:                Deuel Vocational Institution

EOP:                Enhanced Outpatient Program

FSP:                Folsom State Prison

HDSP:               High Desert State Prison

HLOC:               Higher Level of Care

ISP:                Ironwood State Prison

KVSP:               Kern Valley State Prison

LOC:                Level of Care

MCSP:               Mule Creek State Prison

MHCB:               Mental Health Crisis Bed

MHSDS:              Mental Health Services Delivery System

NKSP:               North Kern State Prison

PBSP:               Pelican Bay State Prison

PSU:                Psychiatrist Services Unit

PVSP:               Pleasant Valley State Prison

QIP:                Quality Improvement Plan

SCC:                Sierra Conservation Center

SHU:                Security Housing Unit

SNY:                Sensitive Needs Yard

SPMW:               Suicide Prevention Management Workgroup

SPRFIT:             Suicide Prevention and Response Focused Improvement Team

SQ:                 San Quentin State Prison

SRE:                Suicide Risk Evaluation

SVSP:               Salinas Valley State Prison

VSP:                Valley State Prison

WSP:                Wasco State Prison