# APPENDIX 2




# LEAN 6-SIGMA PROGRAM

**Program Summary:**
Earlier last year, the Governor's Office of Business and Economic Development (GO-Biz) and the Government Operations Agency (Gov. Ops.) partnered together to offer a LEAN 6-SIGMA implementation program to 11 state departments that address process-based issues that are causing delays in services to both internal and external stakeholders. This year, we partnered with Global Productivity Solutions again to provide a Lean-6 Sigma Green Belt program to 14 departments. Over a 6 month period the participants received training on complex analytical and statistical tools that identify waste and inefficiencies in processes, and then applied these tools within Green Belt projects to make significant improvements in their areas.

This certification program is not your typical training. While classroom training is a valuable and necessary component, certification is gained through the completion of a project within the Green Belt's department. As a result, the participants have completed projects that have vastly improved the efficiency and operation of a number of processes within each department. The resulting improvements have a direct positive impact on governments' interaction with the public.

**Description of Project roles:**
Each project had an Executive Sponsor, Project Champion and a Green Belt Trainee. Project Champions attended a one-day training the last week of January 2015. Champions worked with the coaches to finalize a project and identify a Green Belt trainee. Green Belts received 10 days of training and mentoring throughout the program.

**Green Belt Candidates** are top performing personnel who embrace the opportunity to drive transformational improvements in their areas of work. Green Belts demonstrate excellent leadership skills, technical abilities, and enthusiasm for making changes for the better. The Green Belts are trained in the Lean Six Sigma tools; receive one-on-one mentoring from the trainer who is a Master Black Belt.

**Project Champions** are management staff that have the ability to mentor and support the Green Belts and the projects—typically they are the upper management who oversee the processes that are to be improved by the Green Belt projects. The Champions should have the ability and position to remove barriers and communicate the Lean Six Sigma process and results to executives and other managers.

**Executive Sponsor** are members of the department's executive team who serves as a point of contact for GO-Biz and are able to make decisions regarding their department's training participation. Executive Sponsors along with project Champions and Project Green Belts routinely share updates with the department's executive team on project status and progress.

**Program Timeline – Duration: 6 months**

