# APPENDIX 3

# Huddle Report User Guide



## In this guide you will find:



### 1. How to Access the Huddle Report



### 2. Features of the Huddle Report



### 3. Huddle Report Registry Self-Study

- [Click here to view a Sample Huddle Report with mock patient data.](#)

- [Click here to view Huddle Report Specifications and Definitions.](#)

# Huddle Report User Guide

## Huddle Report Overview

Under the current delivery model structure, care teams at each institution are assigned a panel of patients, and it is the responsibility of the care team to directly provide the majority of primary care services to the patient panel, and coordinate care when patients require services beyond what the care team offers.

To keep current on critical health care events impacting the patient panel and plan for each clinic day, care teams meet in a huddle every morning. The care team must cover a series of topics per policy, and to prepare for these discussions, care team members collect information from multiple information sources.

The Automated Huddle Report provides an efficient way to provide care teams with the critical clinical data they need for their daily huddles, saving hours of daily data collection by combining information from more than ten unique sources into a single on-demand report. The goal of the new report is to improve care team efficiency and decrease the potential for overlooked or misinterpreted information, which can lead to adverse outcomes for patients.

Users may choose from a list of care teams for each institution, and all information is customized to the selected care team's assigned patient panel. If electronic information is not available for a mandatory huddle topic, such as upcoming vacation for care team members that may impact clinic coverage, there is a placeholder in the Huddle Report to prompt the care team to discuss the topic, ensuring that teams address all of the important clinical and operational topics required in current policy. With space for attendance tracking and other documentation, the Huddle Report is intended to serve as both a source of information and a means of documenting discussion and actions on individual topics.

## Basic Organization of the Huddle Report

1.) Huddle Attendance

2.) Critical clinical information regarding the panel's patients:

- Seen by On-Call Provider
- Returning from Higher Level of Care
- Transferred to Higher Level of Care
- Significant Lab or Diagnostic Reports
- Patients New to Care Team
- High Risk Patients Who Left Care Team
- Expired Medications
- Expiring Medications
- Medication Administration Policy Alerts
- Other Medication Concerns

3.) Detail on today's patients

4.) Clinical operations

- Unscheduled or Overdue Appointments within 4 Days of Compliance
- Scheduling / Backlog

## Policy References

Use of the Huddle Report and Patient Registries is required per policy:

- IMSP&P, Volume 4: Medical Services, Chapter 1: Complete Care Model Policy
- IMSP&P, Volume 3: Quality Management, Chapter 1: Quality Management System Overview

# 1. How to Access the Automated Huddle Report

## Automated Huddle Report can be accessed from Lifeline>QM Portal by:



**1** Open Internet Explorer and go to Lifeline.

Click on Quality Management (found in the menu on left side of screen).

**Click here**

**2** After being redirected, click on the QM Portal (found in the menu on right side of screen).

*A new window opens.*

**Then here**



**3** Find and click the Automated Huddle Report link in the center column of the QM Portal.

**Click here**

# 2. Huddle Report Features



2. Use this drop down to select your institution

3. Use this drop down to select a care team

1. Filters

| Institution | ESP ▼ | Care Team | Facility A ▼ | | View Report |

| ◄◄ | ◄ | 1 | of 1 ▷ ▷▷ | 100% ▼ | | Find | Next | 🔲 ▼ | ⟳ | 🖨 |

4. Click "View Report" to refresh the report after choosing filters

XML file with report data
CSV (comma delimited)
PDF
MHTML (web archive)
Excel
TIFF file
Word

5. Export to Excel or PDF to print

## DAILY HUDDLE REPORT

Elsewhere State Prison

Facility A

6. For easier attendance tracking, fill out this section before the Huddle – hand-write or download report in Excel and enter data

Friday, January 15, 2016

7. Today's date will appear

| HUDDLE ATTENDANCE | | | |
|---|---|---|---|
| Care Team 1: _____ | | Care Team 2: _____ | |
| **Position** | **Last Name** | **Position** | **Last Name** |
| PCP | | PCP | |
| PCRN | | PCRN | |
| LVN/MA | | LVN/MA | |
| Scheduler/OT | | Scheduler/OT | |
| Medication LVN | | Medication LVN | |
| Other (MH, Pharma, D, DDS): | | Other (MH, Pharma, D, DDS): | |
| Other: | | Other: | |

# 2. Huddle Report Features

**8. Sections that do not have centralized data are left blank; staff fill in these areas before or after printing (as appropriate)**

## SECTION 1: CRITICAL CLINICAL INFORMATION - ENTIRE PATIENT PANEL

**Were any of our patients seen by the On-Call Provider?** Resource: TTA and POC Log/Report

| CDCR # | Last Name | Reason | Disposition |
|--------|-----------|--------|-------------|
|        |           |        |             |
|        |           |        |             |
|        |           |        |             |
|        |           |        |             |

**9. Care teams are prompted about required huddle topics**

**Patients Returning from Higher Level of Care** (includes Community Hospital, TTA, OHU, CTC, MHCB, DSH, Specialty)

1. Ensure records have been obtained for review.
2. Ensure follow-up appointment occurs within appropriate timeframe.
3. Review Patient Summary.
4. Facilitate implementation of orders and clincally appropriate reccomendations; modify treatment plan as appropriate.

**10. Data that is readily available will be automatically generated and populated in the report**

| CDCR # | Last Name | Risk Level | Return Date | Facility | Reason | Report Avail. | Next PCP Appt |
|--------|-----------|-----------|-------------|----------|--------|---------------|---------------|
| ZZ88887 | SAMPLE1 |  | 01/09/16 | Hospital X | Unspecified |  | 1/12/2016 |
| ZZ88888 | SAMPLE2 |  | 01/11/16 | SNF | ALTERED MENTAL STATUS |  |  |
| ZZ88889 | SAMPLE3 |  | 01/08/16 | Hospital Z | Offsite Specialty - Referral to Oral Surgery |  | 01/12/16 |

**11. Other Features**

 Any data points that change a pointer to a hand symbol is clickable. Clicking will open a new dialog box or expand the section for additional information.

Complex Care 

Click on a checkmark to open a new dialog box.

**Patients with Medication Administration Policy Alerts**
1. Determine appropriate intervention for patients who meet
   Identify and evaluate as necessary systemic barriers to medi

Click on the plus symbol [⊞] to expand the table.

# 3. Huddle Report Self-Study

## View your Care Team's huddle report

1. Select your Institution, if not already set as a default
   - Contact QMstaff@cdcr.ca.gov if you need to reset your default institution
2. Select Care Team in the drop down menu
3. Click "View Report" to refresh report data



## Export Huddle Report to Excel and Print

The Huddle Report is an automated report but there are some sections that require manual data entry. It is recommended that users export the Huddle Report so that it can be used as an interactive tool and be printed.

Please note that the printer icon IS NOT FUNCTIONAL. To print, you must first export the report.

1. Click on the floppy disk icon to expand the drop down menu with export options
2. Click on "Excel" to download the report, and users can print directly from Excel



3. If your report is extra wide, you can set it to print at the width of 1 page. See example below.



## Log Daily Huddle Attendance

Complete Care Model implementation requires documented daily huddle attendance. Space is provided on the report for all attendees to sign their name next to their applicable classification title. Since some huddles include more than one care team, space is available for up to two teams to sign in.

1. Fill in Care Team names
2. Attendees sign by their applicable title



# 3. Huddle Report Self-Study

## Section 1: Critical Clinical Information - Entire Patient Panel

A. **On-Call Provider:**  Patients seen by an on-call provider should be recorded in this section.  Additional information brought by the Primary Care Physician such as information from the TTA log and On-Call log should also be recorded.



| Were any of our patients seen by the On-Call Provider? Resource: TTA and POC Log/Report | | | |
|---|---|---|---|
| CDCR # | Last Name | Reason | Disposition |
| | | | |

B. **Patients Returning from Higher Level of Care:**  Patients who transferred and are returning from a Higher Level of Care (HLOC) within the last 7 days will appear on this table.  HLOC facilities includes Community Hospitals, TTA, OHU, CTC, MHCB, DSH, and Off-Site Specialty Returns.
   1. Click on "CDCR #" to view their Patient Summary
   2. Click on "Risk Level" to view their Patient Risk Profile
   3. If patient has a Discharge Summary or Specialist Report, it will show the date that the report became available under "Report Avail."
   4. Appointments "To Be Scheduled" or "In Queue" will **NOT** appear under "Next PCP Appointment"



Q1. How many patients returning from HLOC do not have a report available?  A1. _____

C. **Patients Transferred to Higher Level of Care:**  Patients currently housed at a HLOC facility as of 5AM that morning will appear on the report.  Patients will remain on this list until they return to their institution from the HLOC facility.  If there are no patients transferred to HLOC, the report will state "No Patients Found".



Q2. How many patients in your panel were transferred to Higher Level of Care?  A2. _____

# 3. Huddle Report Self-Study

D. **Patients with Significant Lab or Diagnostic Reports:** Lab results for all patients will soon feed from Quest for Priority Level 1 and 2 labs from the last 7 days; however, other significant labs and diagnostic results will need to be retrieved from other sources (i.e. care teams will need to fill in radiology information). Space is provided for care teams to record plans to address an abnormal lab.

    1. Fill in this section as appropriate, pay particular attention to the "Plan" section



| Patients with Significant Lab or Diagnostic Reports | | | | |
|---|---|---|---|---|
| CDCR # | Last Name | Abnormal Result / Reason | Plan | **1** Fill in plan |
| | | | | |
| | | | | |
| | | | | |

E. **Patients New to Care Team within the Past 7 Days:** Patients that transferred to the care team within the past 7 days are listed in this section with key information about the patient transfer.

    1. If the patient has Complex Care needs, it will be notated by a checkmark [√]. Click on the checkmark for detailed information regarding the Clinically Complex criteria met by this patient.

    2. If the patient is transferred from a care team within the institution, it will notate the care team name; if the patient is transferred from a care team at another institution, it will notate the institution name.

    3. If the patient has a PCP appointment scheduled, the date of the appointment will be in the "Next PCP Appt" column.



| Patients New to Care Team within the Past 7 Days | | | | | | |
|---|---|---|---|---|---|---|
| CDCR # | Last Name | Risk Level | ComplexCare | Transfer Date | Transferred From | Next PCP Appt |
| | | MED | | 1/11/16 | ESP | 01/14/16 |
| | | HIGH 2 | √ | 1/10/16 | Facility C | |
| | | MED | | 1/9/16 | ESP | |
| | | MED | √ | 1/9/16 | New I... | |
| | | LOW | | | New Inmate | |

*1. Determine if any Care Team information needs to be communicated to the receiving HLOC.*
*2. Anticipate patient'ts return; ensure any necessary services are provided and follow-up appointments are booked.*

**Q3.** How many new patients to our panel do not have a PCP appt. scheduled? **A3.** _____

F. **High Risk Patients Who Left Care Team within the Past 7 Days:** High Risk patients that transferred to another care team within the past 7 days, and includes where the patient was transferred to.



| High Risk Patients Who Left Care Team within the Past 7 Days | | | |
|---|---|---|---|
| CDCR # | Last Name | Transfer Date | Transferred To |
| | | 01/08/16 | Facility C |

*1. Communicate important clinical information to receiving Care Team.*

**G.** <u>Patients with Medications that Expired in the Past 3 Days:</u> Patients with medications that recently expired in the last 3 days will appear on the table. Patients with expired medications being seen that day will not appear on the table.

    1. Click on a "Medication" to view that patient's Medication Management Profile



**H.** <u>Patients with Medications Expiring in the Next 3 Days:</u> Patients with medications that are expiring within the next 3 days will appear on the table. Patients with expiring medications being seen that day will not appear on the table.

| Patients with Medications Expiring in the Next 3 Days. 1. Review expiring medications and renew prior to medication expiration (anticipate weekends, holidays, and provider time off to prevent gaps in treatement). | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CDCR # | Last Name | Risk Level | Complex Care | Cell Bed | Medication | Start Date | Exp Date | Expiring |
| | | HIGH 1 | √ | | ATORVASTATIN | 12/10/15 | 01/11/16 | 0 Days |
| | | LOW | | | HYDROXYZINEPAMOATE | 11/12/15 | 01/11/16 | 0 Days |
| | | MED | √ | | SERTRALINE | 11/12/15 | 01/11/16 | 0 Days |

**I.** <u>Patients with Medication Administration Policy Alerts:</u> Patients who missed at least one dose of a critical medication as per the Medication Adherence Procedure (i.e., Active TB medications, Clozapine, Anti-rejection medications post-transplant, and PC2602 medications) will appear on the table. Medication data is automatically generated for EHRS institutions only; all other institutions will need to manually fill out the table. Click here to access the Medication Adherence Procedure.

    1. Click the plus symbol 🔲 to expand the table to show all patients with missed medication alerts. This includes patients who have not received their KOP medications after 4 days and patients who have missed 50% of their medications in the past 7 days, or 3 consecutive doses.

    2. "High Alert Med Type" will indicate whether medication is a Critical or PC2602 Medication

    3. "Reason Missed" shows the reason why the patient missed their medication dosage and, in parentheses, how many doses to which that reason applied



Q4. Which 'Reason Missed' is the most frequent for any given patient? A4. _____

J. **Other Medication Concerns:** Care teams can discuss and record other medication concerns for which data is not provided (i.e., appeals, side-effects reported, medication errors, drug-drug interactions, non-formulary concerns).

| Other Medication Concerns (e.g. 602 issues, medication non-adherence, errors, drug-drug interactions, non-formulary or availability issues, problematic side effects) | | | | |
|---|---|---|---|---|
| CDCR # | Last Name | Medication Issue | Plan | Comments |
| | | | Fill in table as appropriate | |

# Section 2: Today's Patients

A. **Patients with Appointments Today:** A list of all patients who have an appointment for the day. Appointments will be listed in order by the earliest to latest appointment time.
   1. If patient requires Effective Communication, it will be notated by a checkmark [√]
   2. "Appointment Time" will show the patient's appointment time. If the patient has multiple appointments that day, only the first appointment time will be shown, and all appointments for the patient on the same day will be grouped together
   3. "Expiring/Expired" will name the medication and dates they expired/expiring within 14 days
   4. If patient has a Medication Administration Alert, it will be notated by a checkmark [√]. Click on the checkmark to view the patient's Medication Management Profile.
   5. "Registry Alerts" will show any alert found on a Patient Registry



Q5. How many patients on your panel have a medication alert? A5. _____

B. **Patients with Medication Non-Adherence Alerts and Scheduled for Today:** Patients who have missed a dose of medication will appear on the table, and may include medication non-adherence counseling criteria met.
   1. Click on a "Doses Missed" to view the patient's Medication Management Profile

| Patients with Medication Non-Adherence Alerts and Scheduled for Today | | | | | | Missed 50% or 3 days | Missed Crit Med or 2602 | Overdue KOP | Reason Missed |
|---|---|---|---|---|---|---|---|---|---|
| CDCR # | Last Name | Risk Level | Cell Bed | Doses Missed | Missed Medication | | | | |
| ZZ22227 | TRUE2 | MED | A 444 44444442 | 14 | HYDROXYZINE HCL | x | | | I/P Failed to Report (2), Med Not Available (2) |
| | | | | | Click for Medication Profile IBUPROFEN | x | | | I/P Failed to Report (1), Med Not Available (1), Not Appropriate at this Time (1) |

## Section 3: Clinical Operations

A. <u>Unscheduled or Overdue Appointments within 4 Days of Compliance:</u> **Patients with compliance dates in the next 4 days and have not yet been scheduled, or have overdue appointments will appear on this table.**

| CDCR # | Last Name | Risk Level | Appointment Type | Appointment Location | Appt Date | Appt Status | Compliance Date | Status |
|--------|-----------|------------|------------------|----------------------|-----------|-------------|-----------------|--------|
| | | MED | PCP - CCP follow-up | A PCP Clinic Med | | To be scheduled | 01/11/16 | Days Left 0 |
| | | MED | PCP - Follow Up Medical | ESP | 01/12/16 | Scheduled | 01/11/16 | Days Left 0 |
| | | LOW | PCP - Follow Up Medical | ESP | 01/14/16 | Scheduled | 01/12/16 | Days Left 1 |

*Table title: Unscheduled or Overdue Appointments within 4 Days of Compliance*

Q6. What appointment type has the most unscheduled or overdue appointments?  A6. _____

B. <u>Scheduling/Backlog:</u> **Care teams and custody staff can discuss and record any additional items that have not been covered (i.e. backlog, staff coverage, modified program, lockdowns, other concerns).**

