# APPENDIX 4

# FOCUS INSTITUTIONS PERFORMANCE REPORT
## PERFORMANCE DATA COMPARISON

May and October 2015 Comparison — All Focus Institutions - Aggregate Data

| Continuity of Clinicians & Services | May | October | % Change |
|---|---|---|---|
| Continuity PCP | 89% | 90% | 1% |
| Average % of Days Huddles Occur w/ Required Staff Present (First reported in June 2015) | 59% | 84% | 25% |

| Scheduling & Access to Care | May | October | % Change |
|---|---|---|---|
| RN Face to Face triage 1 Day | 96% | 97% | 1% |
| PCP Urgent Referrals 1 Day | 67% | 77% | 10% |
| PCP Routine Referrals 14 Days | 73% | 80% | 7% |
| Chronic Care as Ordered | 65% | 79% | 14% |
| High Priority Specialty Referrals 14 Days | 79% | 81% | 2% |
| Routine Specialty Referrals 90 Days | 91% | 93% | 2% |
| Laboratory Services as Ordered | 84% | 96% | 12% |
| Radiology Services as Ordered | 90% | 96% | 6% |
| Medical Appointments Seen as Scheduled | 75% | 87% | 12% |

| Population Management | May | October | % Change |
|---|---|---|---|
| Asthma Care | 90% | 92% | 2% |
| Therapeutic Anticoagulation | 85% | 87% | 2% |
| Diabetes Care | 79% | 83% | 4% |
| End Stage Liver Disease Care | 76% | 90% | 14% |
| Colon Cancer Screening | 94% | 98% | 4% |
| Breast Cancer Screening | 85% | 99% | 14% |
| Diagnostic Monitoring | 82% | 91% | 9% |
| Polypharmacy Medication Review | 8% | 81% | 73% |

| Care Management | May | October | % Change |
|---|---|---|---|
| Potentially Avoidable Hospitalizations | 21.8 | 18.9 | 13% * |
| 30 Day Community Hospital Readmission | 7% | 6% | -1% |
| Follow-Up After MHCB/DSH Admission | 91% | 93% | 2% |
| 30 Day MCHB or DSH Readmission | 17% | 17% | 0% |

| Availaility of Health Information | May | October | % Change |
|---|---|---|---|
| Timely Specialty Notes | 81% | 86% | 5% |
| Timely Community Hospital Records | 73% | 85% | 12% |

*The percent change for this measure is based on relative change whereas the others are based on absolute change.

Page 1 of 1