# TABLE OF APPENDICES

1	Performance Improvement Plan 2016–18

2	Lean 6-Sigma Program Summary

3	Huddle Report and Associated User's Guide

4	Focus Institutions Performance Report, May and October 2015 Data Comparison

5	Executive Summary & Health Care Access Quality Reports – August through November 2015

6	Human Resources Recruitment and Retention Reports – September through December 2015

7	CPR Financial Statements – September through December 2015