UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to the undersigned by the assigned District Judge.  The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of January 2016 and will, by this order, direct that it be paid.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

>   Matthew A. Lopes, Jr., Esq.
>   Special Master
>   Pannone Lopes Devereaux & West LLC
>   317 Iron Horse Way, Suite 301
>   Providence, RI 02908

the amount of $334,529.29 for services rendered in January 2016 in accordance with the attached statement; and

/////

1

2. A copy of this order shall be served on the financial department of this court.

Dated: February 12, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cole16.jan

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
|     Plaintiffs, | : | |
| | : | **No. Civ. S-90-0520 KJM KJN P** |
| v. | : | |
| | : | |
| **EDMUND G. BROWN, JR., et al.** | : | |
|     Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2016.

Matthew A. Lopes, Jr., Special Master
    Services                            $14,898.00
    Disbursements              $ 9,880.33

        Total amount due                $24,778.33

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                            $29,035.00
    Disbursements              $      0.00

        Total amount due                $29,035.00

Linda E. Holden, J.D., Deputy Special Master
    Services                            $29,275.00
    Disbursement               $      0.00

        Total amount due                $29,275.00

Kerry F. Walsh, J.D.
    Services                            $26,957.50
    Disbursements              $      0.00

        Total amount due                $26,957.50

Kristina M. Hector, J.D.
    Services                            $25,427.00
    Disbursements              $      0.00

        Total amount due                $25,427.00

Steven W. Raffa, J.D.
    Services                            $37,318.00
    Disbursements              $      0.00

        Total amount due                $37,318.00

Kerry C. Hughes, M.D.
    Services                     $42,650.00
    Disbursements        $     0.00

        Total amount due             $42,650.00

Jeffrey L. Metzner, M.D.
    Services                     $10,415.00
    Disbursements        $ 2,941.84

        Total amount due             $13,356.84

Kathryn A. Burns, MD, MPH
    Services                     $     0.00
    Disbursements        $     0.00

        Total amount due             $     0.00

Mary Perrien, Ph.D.
    Services                     $12,665.00
    Disbursements        $ 2,490.91

        Total amount due             $15,155.91

Patricia M. Williams, J.D.
    Services                     $ 4,982.00
    Disbursements        $     0.00

        Total amount due             $ 4,982.00

Henry A. Dlugacz, MSW, J.D.
    Services                     $19,329.00
    Disbursements        $ 2,931.91

        Total amount due             $22,260.91

I.C. Haunani Henry
    Services                     $ 1,527.50
    Disbursements           $0.00

        Total amount due             $ 1,527.50

Lindsay M. Hayes
    Services                     $ 2,775.00
    Disbursements        $     0.00

        Total amount due             $ 2,775.00

Timothy A. Rougeux
  Services        $   329.00
  Disbursements     $       0.00

    Total amount due      $   329.00

Cynthia A. Radavsky, M.Ed.
  Services        $15,110.64
  Disbursements     $   737.96

    Total amount due      $15,848.60

Roderick Q. Hickman
  Services        $14,989.42
  Disbursements     $   527.73

    Total amount due      $15,517.15

Maria Masotta, Psy. D.
  Services        $21,711.00
  Disbursements     $ 4,274.55

    Total amount due      $25,985.55

Karen Rea PHN, MSN, FNP
  Services        $   675.00
  Disbursements     $       0.00

    Total amount due      $   675.00

Barbara Seldin, PH.D
  Services        $   675.00
  Disbursements     $       0.00

    Total amount due      $   675.00

**TOTAL AMOUNT TO BE REIMBURSED**    **$334,529.29**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master