KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM DAD (PC)<br><br>**DEFENDANTS' MONTHLY CENSUS, WAITLISTS AND TRENDS REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care. (ECF No. 5367.) Attached is a letter from Defendants CDCR and DSH enclosing Defendants' Psychiatric Inpatient Programs Census Report, Defendants' Psychiatric Inpatient Program Referral/Waitlist for the Month of February 2016, and CDCR's Psychiatric Inpatient Programs Trends report, as Exhibits A, B, and C, respectively.

1

Defs.' Monthly Census, Waitlists, and Trend Reports for Inpatient Mental Health Care (2:90-cv-00520 KJM DAD (PC))

| | | |
|---|---|---|
| 1 | Dated: March 15, 2016 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | **/s/ Elise Owens Thorn** |
| 6 | | ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| 7 | CF1997CS0003 | |

2

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 15, 2016

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANTS' MONTHLY CENSUS, WAITLISTS AND TREND REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

In accordance with the October 13, 2015 Court Order issued by Judge Kimberly Mueller, the California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) is providing information on patient census and waitlists for inpatient mental health care. (ECF No. 5367.) Enclosed are Defendants' Psychiatric Inpatient Programs Census Report, Defendants' Psychiatric Inpatient Program Referral/Waitlist for the Month of February 2016, and Department of Corrections and Rehabilitation's Psychiatric Inpatient Programs Trends report, Exhibits A, B, and C, respectively.

The Psychiatric Inpatient Programs Census Report identifies the number of patients in each inpatient program by custody level scores, as well as those patients committed pursuant to court orders (PC 1370 and WIC 7301) and patients who have not yet received a custody level score. The report also identifies the number of patients who have been clinically placed in custody settings higher than their Least Restrictive Housing (LRH) designation for the Male Intermediate Care Facility (High Custody) programs and the Male Intermediate Care Facility (Low Custody) dorm beds at DSH-Vacaville. Exhibit A, fn. 6. The Least Restrictive Housing data provided on Census Report (Exhibit A) is based on the Housing Review policy that is currently being implemented. As a result, the number of patients reported with a Least Restrictive Housing designation is limited. Once the policy is implemented, new referrals to DSH programs will receive a Least Restrictive Housing designation as part of the referral process.

The Psychiatric Inpatient Programs Trends report (Exhibit C) has been modified from the original court-approved template to remove the "Wait List" average data due to a software programming issue. CDCR is working on completing the necessary changes and will resume reporting "Wait List" average data once that has been accomplished.

Sincerely,

*[signature]*
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

*[signature]*
PAM AHLIN
Director
Department of State Hospitals

# Exhibit A

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
| **PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 2/29/2015** | | | | | | | |
| **Male Acute Care Programs[5]** | | | | | | | |
| DSH-Vacaville | 218 | No Score: | 9 | 9 | 0 | 0 | 3 |
| | | Level I: | 8 | | | | |
| | | Level II: | 60 | | | | |
| | | Level III: | 37 | | | | |
| | | Level IV: | 92 | | | | |
| | | Total: | 206 | | | | |
| DSH-Stockton | 124 | No Score: | 11 | 14 | 1 | 8 | 15 |
| | | Level I: | 1 | | | | |
| | | Level II: | 21 | | | | |
| | | Level III: | 13 | | | | |
| | | Level IV: | 40 | | | | |
| | | Total: | 86 | | | | |
| **Total Male Acute** | **342** | **TOTAL:** | **292** | **23** | **1** | **8** | **18** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | | | | | |
| DSH-Stockton | 390 | No Score: | 21 | 1 | 3 | 26 | 101 |
| | | Level I: | 5 | | | | |
| | | Level II: | 43 | | | | |
| | | Level III: | 45 | | | | |
| | | Level IV: | 145 | | | | |
| | | Total: | 259 | | | | |
| | | *Total out of LRH [6]:* | *1* | | | | |
| DSH-Vacaville | 94 | No Score: | 0 | 1 | 0 | 0 | 10 |
| | | Level I: | 0 | | | | |
| | | Level II: | 20 | | | | |
| | | Level III: | 16 | | | | |
| | | Level IV: | 47 | | | | |
| | | Total: | 83 | | | | |
| | | *Total out of LRH [6]:* | *1* | | | | |
| DSH-Salinas Valley | 202 | No Score: | 2 | 5 | 2 | 0 | 11 |
| | | Level I: | 1 | | | | |
| | | Level II: | 26 | | | | |
| | | Level III: | 32 | | | | |
| | | Level IV: | 110 | | | | |
| | | PC 1370: | 10 | | | | |
| | | WIC 7301: | 3 | | | | |
| | | Total: | 184 | | | | |
| | | *Total out of LRH [6]:* | *3* | | | | |
| DSH-Salinas Valley Multi-person Cells | 44 | No Score: | 0 | 0 | 0 | 0 | 23 |
| | | Level I: | 0 | | | | |
| | | Level II: | 2 | | | | |
| | | Level III: | 6 | | | | |
| | | Level IV: | 13 | | | | |
| | | PC 1370: | 0 | | | | |
| | | Total: | 21 | | | | |
| | | *Total out of LRH [6]:* | *0* | | | | |
| **Total Male ICF High Custody** | **730** | **TOTAL:** | **547** | **7** | **5** | **26** | **145** |

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
| **Male Intermediate Care Facility (Low Custody) Programs** | | | | | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 0 | 1 | 0 | 0 | 15 |
| | | Level I: | 1 | | | | |
| | | Level II: | 17 | | | | |
| | | Level III: | 21 | | | | |
| | | Level IV: | 29 | | | | |
| | | **Total:** | **68** | | | | |
| | | *Total out of LRH [6] :* | *3* | | | | |
| DSH-Atascadero | 256 | No Score: | 8 | 0 | 0 | 0 | 17 |
| | | Level I: | 14 | | | | |
| | | Level II: | 119 | | | | |
| | | Level III: | 54 | | | | |
| | | Level IV: | 44 | | | | |
| | | **Total:** | **239** | | | | |
| DSH-Coalinga | 50 | No Score: | 0 | 0 | 0 | 0 | 2 |
| | | Level I: | 0 | | | | |
| | | Level II: | 31 | | | | |
| | | Level III: | 11 | | | | |
| | | Level IV: | 6 | | | | |
| | | **Total:** | **48** | | | | |
| **Total Male ICF Low Custody** | **390** | **TOTAL:** | **355** | **1** | **0** | **0** | **34** |
| **Male Condemned Program** | | | | | | | |
| **San Quentin-PIP** | **40** | **TOTAL:** | **37** | **0** | **0** | **0** | **3** |
| **Female Programs[7]** | | | | | | | |
| DSH-Patton | 30 | Level I: | 0 | 0 | 0 | 0 | 28 |
| | | Level II: | 0 | | | | |
| | | Level III: | 2 | | | | |
| | | Level IV: | 0 | | | | |
| | | **Total:** | **2** | | | | |
| California Institution for Women-PIP | 45 | No Score: | 2 | 0 | 0 | 0 | 8 |
| | | Level I: | 2 | | | | |
| | | Level II: | 7 | | | | |
| | | Level III: | 9 | | | | |
| | | Level IV: | 17 | | | | |
| | | **Total:** | **37** | | | | |
| **Total Female** | **75** | **TOTAL:** | **39** | **0** | **0** | **0** | **36** |
| **Total Inpatient Program Capacity and Availability – Male and Female** | | | | | | | |
| **GRAND TOTALS** | **1,577** | | **1270** | **31** | **6** | **34** | **236** |

[1]  For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV.  Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above.  Patients with "no score" have not completed Reception Center processing.  PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral.  WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

[2]  Beds on hold are reserved for patients pending transfer.  Based on DSH Reports.

[3]  Beds redlined are beds that are temporarily unavailable due to repairs.  Based on DSH Reports.

[4]  Isolation rooms are cells that for licensing reasons physically differ from the other cells in the program, i.e., have showers or restricted sightlines into the cell.  As a result these cells are deemed inappropriate for everyday use.  Defendants are evaluating whether some of these rooms can be modified to permit everyday use.  Based on DSH Reports.

[5]  All Acute beds are single cell.  Thus, custody level and least restrictive housing categories do not apply.

[6]  Least Restrictive Housing (LRH) is determined by CDCR.  The numbers reported are based on an initial limited review pending implementation of the housing review policy.  Once fully implemented, the LRH will be established upon referral.

[7]  Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.

# Exhibit B

| DATE | CDCR TO MALE ACUTE | CDCR TO MALE ICF (HC) | CDCR TO MALE ICF (LC) | CDCR TO CONDEMNED | CDCR TO FEMALE | DSH TO ACUTE | DSH TO ICF (HC) | DSH TO ICF (LC) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | **PSYCHIATRIC INPATIENT PROGRAM** | | | | | | | | |
| | **REFERRAL/WAITLIST FOR FEBRUARY 2016** | | | | | | | | |
| 1 | 36 | 31 | 15 | 0 | 3 | 0 | 4 | 17 | **106** |
| 2 | 41 | 30 | 11 | 0 | 3 | 0 | 6 | 15 | **106** |
| 3 | 37 | 26 | 8 | 0 | 1 | 0 | 6 | 14 | **92** |
| 4 | 41 | 21 | 15 | 0 | 1 | 0 | 4 | 9 | **91** |
| 5 | 42 | 14 | 16 | 0 | 1 | 1 | 8 | 9 | **91** |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | 38 | 16 | 16 | 0 | 1 | 0 | 7 | 7 | **85** |
| 9 | 36 | 13 | 14 | 0 | 1 | 0 | 1 | 6 | **71** |
| 10 | 38 | 18 | 7 | 0 | 1 | 0 | 1 | 9 | **74** |
| 11 | 35 | 15 | 8 | 0 | 1 | 0 | 1 | 10 | **70** |
| 12 | 25 | 14 | 8 | 0 | 1 | 0 | 2 | 9 | **59** |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | 24 | 11 | 8 | 0 | 1 | 0 | 2 | 10 | **56** |
| 17 | 23 | 10 | 6 | 0 | 0 | 0 | 1 | 10 | **50** |
| 18 | 29 | 12 | 9 | 0 | 1 | 0 | 6 | 9 | **66** |
| 19 | 26 | 11 | 8 | 0 | 1 | 0 | 2 | 12 | **60** |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | 19 | 11 | 10 | 0 | 1 | 0 | 1 | 12 | **54** |
| 23 | 22 | 12 | 9 | 0 | 1 | 0 | 1 | 10 | **55** |
| 24 | 22 | 11 | 9 | 0 | 1 | 0 | 18 | 8 | **69** |
| 25 | 24 | 10 | 10 | 0 | 2 | 0 | 10 | 8 | **64** |
| 26 | 28 | 10 | 6 | 0 | 2 | 0 | 2 | 4 | **52** |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | 23 | 12 | 9 | 0 | 2 | 0 | 1 | 2 | **49** |
| **MONTHLY AVERAGE** | **30** | **15** | **10** | **0** | **1** | **0** | **4** | **10** | **71** |

For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. *See* Order filed August 21, 2015 at 2 & n.1. For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting when CDCR Statewide Mental Health Program transmits the referral packet to the PIP. For referrals from one DSH inpatient level of care to another (acute to intermediate or intermediate to acute), a patient is on the referral waitlist starting on the date that the Discharge Transfer Packet is posted to SharePoint. As a result, this chart includes patients whose referrals may be rescinded or rejected, as provided by the Program Guide, who succeed in challenging their inpatient placement in a *Vitek* hearing, or who have paroled from custody; it also will include patients who have been accepted and assigned a bed but are in transit to their inpatient program. Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist are constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program. Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.

# Exhibit C

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
## January - December 2016



### ASH-ICF DORMS (DSH)

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 6 | 10 | | | | | | | | | | |
| Avg Census | 191 | 225 | | | | | | | | | | |
| Avg Census + Pending | 197 | 236 | | | | | | | | | | |
| Cap | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 |

Census Avg for Period = 210
Pending List Avg for Period = 9



### VPP-ICF DORMS (DSH)

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 4 | 5 | | | | | | | | | | |
| Avg Census | 63 | 65 | | | | | | | | | | |
| Avg Census + Pending | 67 | 70 | | | | | | | | | | |
| Cap | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 |

Census Avg for Period = 64
Pending List Avg for Period = 5



### CSH-ICF DORMS (DSH)

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 0 | 0 | | | | | | | | | | |
| Avg Census | 49 | 49 | | | | | | | | | | |
| Avg Census + Pending | 49 | 49 | | | | | | | | | | |
| Cap | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |

Census Avg for Period = 49
Pending List Avg for Period = 0

### NOTES

1. Report revised beginning October 2015. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

2. Definitions:
   * **Pending List** = *Includes ALL inmate-patients waiting for an ICF or APP bed, including those still within the Mental Health Program Guide transfer timelines. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program. Inmate-patients are removed from the Pending List once admitted into an ICF or APP bed, is rejected by the inpatient program, or the referral is rescinded.*

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
## January - December 2016



### SVPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 18 | 14 | | | | | | | | | | |
| Avg Census Multi | 22 | 21 | | | | | | | | | | |
| Avg Census Single | 189 | 187 | | | | | | | | | | |
| Avg Census + Pending | 228 | 222 | | | | | | | | | | |
| Cap | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 |

Census Avg for Period = 209
Pending List Avg for Period = 16



### VPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 0 | 0 | | | | | | | | | | |
| Avg Census | 92 | 87 | | | | | | | | | | |
| Avg Census + Pending | 92 | 87 | | | | | | | | | | |
| Cap | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 |

Census Avg for Period = 89
Pending List Avg for Period = 0



### CHCF-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 2 | 1 | | | | | | | | | | |
| Avg Census | 269 | 265 | | | | | | | | | | |
| Avg Census + Pending | 271 | 266 | | | | | | | | | | |
| Usable Cap | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 |
| Cap | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 |

Census Avg for Period = 266
Pending List Avg for Period = 1

**NOTES**
1. Report revised beginning October 2015. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).
2. Definitions:
   * **Pending List** = *Includes ALL inmate-patients waiting for an ICF or APP bed, including those still within the Mental Health Program Guide transfer timelines. Inmate-patients are placed on the Pending List as soon as the referral is sent to the inpatient program. Inmate-patients are removed from the Pending List once admitted into an ICF or APP bed, is rejected by the inpatient program, or the referral is rescinded.*
3. **SVPP-ICF High**: SVPP manages the Pending List for all ICF-H programs. On 1/19/15, capacity decreased from 254 to 246 (8 beds deactivated - 2 four-man cells).
4. **VPP-ICF High**: On 8/7/15, capacity increased from 64 to 94 (P3 re-opened).
5. **CHCF-ICF High:** There are a total of 28 "isolation" cells that are considered unusable. On 12/15/15, capacity decreased from 420 to 390 (30 beds flipped to APP).

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
**January - December 2016**



### VPP-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 52 | 41 | | | | | | | | | | |
| Avg Census | 204 | 199 | | | | | | | | | | |
| Avg Census + Pending | 256 | 240 | | | | | | | | | | |
| Cap | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 |

Census Avg for Period = 201
Pending List Avg for Period = 46



### CHCF-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 2 | 1 | | | | | | | | | | |
| Avg Census | 93 | 90 | | | | | | | | | | |
| Avg Census + Pending | 95 | 91 | | | | | | | | | | |
| Usable Cap | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 |
| Cap | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 |

Census Avg for Period = 91
Pending List Avg for Period = 2



### SQ PIP - APP/ICF (CDCR)

Program for condemned inmates. Activated 10/1/14.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 0 | 0 | | | | | | | | | | |
| Avg Census | 40 | 39 | | | | | | | | | | |
| Avg Census + Pending | 40 | 39 | | | | | | | | | | |
| Cap | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |

Census Avg for Period = 39
Pending List Avg for Period = 0

### NOTES
1. Report revised beginning October 2015. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).
2. Definitions:
   * **Pending List** = *Includes ALL inmate-patients waiting for an ICF or APP bed, including those still within the Mental Health Program Guide transfer timelines. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program. Inmate-patients are removed from the Pending List once admitted into an ICF or APP bed, is rejected by the inpatient program, or the referral is rescinded.*
3. **VPP-APP:** VPP-APP manages the Pending List for all APP programs.
4. **CHCF-APP**: Fully activated effective 11/24/14. There are a total of 6 "isolation" cells that are considered unusable. On 12/15/15, capacity increased from 94 to 124 (30 beds flipped from ICF).
5. **SQ PIP**: 39-bed capacity activated 10/1/2014. In May 2015, one additional licensed bed was added to capacity.

## PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
### January - December 2016



CIW PIP - APP/ICF (CDCR)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 1 | 2 | | | | | | | | | | |
| Avg Census | 39 | 36 | | | | | | | | | | |
| Avg Census + Pending | 40 | 38 | | | | | | | | | | |
| Cap | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |

Census Avg for Period = 37
Pending List Avg for Period = 1



PSH-APP/ICF (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Pending List | 0 | 0 | | | | | | | | | | |
| Avg Census | 2 | 2 | | | | | | | | | | |
| Avg Census + Pending | 2 | 2 | | | | | | | | | | |
| Cap | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |

Census Avg for Period = 2
Pending List Avg for Period = 0

**NOTES**

1. Report revised beginning October 2015.  All data, except capacities, are weekly averages for the month.  Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

2. Definitions:
   * **Pending List** = *Includes ALL inmate-patients waiting for an ICF or APP bed, including those still within the Mental Health Program Guide transfer timelines. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program.  Inmate-patients are removed from the Pending List once admitted into an ICF or APP bed, is rejected by the inpatient program, or the referral is rescinded.*