MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2015**<br><br>Judge: Hon. Kimberly J. Mueller |

[2965522-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2015

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2015 to Defendants via overnight delivery on January 28, 2016.  The parties completed their meet and confer process on March 4, 2016.  The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2015, with an agreement to reduce claimed amounts to a total of $405,382.31.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $405,382.31 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from February 29, 2016 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED:  March 16, 2016

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  March 16, 2016

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:  _____ ___, 2016

_____
Kendall J. Newman
United States Magistrate Judge

[2965522-1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2015

# EXHIBIT A

**Coleman v. Brown**
**Fourth Quarter of 2015**
**October 1, 2015 through December 31, 2015**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $399,758.40 | $385,766.86 | $13,691.70 |
| **Fees on Fees, 489-5** | $5,980.80 | $5,771.47 | $152.28 |
| **Totals** | $405,739.20 | $391,538.33 | $13,843.98 |

**Claimed Total:**   $419,583.18

**Settled Total:**   $405,382.31

**Coleman v. Brown**
**Fourth Quarter of 2015**
**October 1, 2015 through December 31, 2015**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Aaron J. Fischer | 11.40 | 11.30 | $213.00 | $2,406.90 | $2,322.66 |
| Blake Thompson | 17.90 | 17.90 | $213.00 | $3,812.70 | $3,679.26 |
| Charlotte Landes | 104.50 | 103.20 | $213.00 | $21,981.60 | $21,212.24 |
| Ernest Galvan | 0.70 | 0.00 | $213.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 46.00 | 46.00 | $213.00 | $9,798.00 | $9,455.07 |
| Gay C. Grunfeld | 0.10 | 0.00 | $213.00 | $0.00 | $0.00 |
| Gregorio Gonzalez | 277.20 | 263.20 | $213.00 | $56,061.60 | $54,099.44 |
| Jane E. Kahn | 140.50 | 140.50 | $213.00 | $29,926.50 | $28,879.07 |
| Katherine Hamilton | 31.80 | 31.80 | $213.00 | $6,773.40 | $6,536.33 |
| Kelly McGraw | 30.30 | 29.90 | $213.00 | $6,368.70 | $6,145.80 |
| Krista Stone-Manista | 66.20 | 65.50 | $213.00 | $13,951.50 | $13,463.20 |
| Lauren Vandemortel | 210.30 | 206.00 | $213.00 | $43,878.00 | $42,342.27 |
| Linda Woo | 54.60 | 54.60 | $213.00 | $11,629.80 | $11,222.76 |
| Lisa Ells | 75.00 | 74.30 | $213.00 | $15,825.90 | $15,271.99 |
| Margot K. Mendelson | 61.80 | 61.70 | $213.00 | $13,142.10 | $12,682.13 |
| Michael W. Bien | 125.60 | 125.60 | $213.00 | $26,752.80 | $25,816.45 |
| Nathalie Welch | 40.60 | 40.60 | $213.00 | $8,647.80 | $8,345.13 |
| Sasha Beder-Schenker | 273.70 | 251.90 | $213.00 | $53,654.70 | $51,776.79 |
| Thomas Nolan | 156.10 | 156.00 | $213.00 | $33,228.00 | $32,065.02 |
| **Total** | **1724.30** | **1680.00** | | **$357,840.00** | **$345,315.60** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Steven Fama | 110.50 | 110.50 | $213.00 | $23,536.50 | $22,712.72 |
| Laura Graham | 1.70 | 1.70 | $213.00 | $362.10 | $349.43 |
| Isaac Dalke | 44.40 | 44.40 | $213.00 | $9,457.20 | $9,126.20 |
| Sara Norman | 1.60 | 1.60 | $213.00 | $340.80 | $328.87 |
| Kelly Knapp | 0.20 | 0.20 | $213.00 | $42.60 | $41.11 |
| Nora Searle | 7.70 | 7.70 | $213.00 | $1,640.10 | $1,582.70 |
| Alex Kennedy | 25.60 | 25.60 | $213.00 | $5,452.80 | $5,261.95 |
| Anjuli Branz | 4.70 | 4.70 | $213.00 | $1,001.10 | $966.06 |
| **Total** | **196.40** | **196.40** | | **$41,833.20** | **$40,369.04** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.40 | 0.40 | $213.00 | $85.20 | $82.22 |
| **Total** | | | | **$85.20** | **$82.22** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$399,758.40** | **$385,766.86** |

1353750

**Coleman v. Brown**
**Fourth Quarter of 2015**
**October 1, 2015 through December 31, 2015**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Settled |
|---|---:|---:|
| In-House Copying | $3,341.40 | $3,341.40 |
| Outside Copying | $4,475.83 | $4,475.83 |
| Telephone | $13.70 | $13.70 |
| Postage and Delivery | $1,275.53 | $1,275.53 |
| Westlaw/Lexis/PACER | $54.87 | $54.87 |
| Travel | $1,553.86 | $1,553.86 |
| **Total** | | **$10,715.19** |

**Prison Law Office**

| Description | Actual | Actual |
|---|---:|---:|
| In-House Copying | $853.80 | $853.80 |
| Travel | $1,613.51 | $1,613.51 |
| Postage | $509.20 | $509.20 |
| **Total** | | **$2,976.51** |

**Grand Total** — $13,691.70

**Coleman v. Brown**
**Fourth Quarter of 2015**
**October 1, 2015 through December 31, 2015**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Lisa Ells | 15.20 | 15.20 | $213.00 | $3,237.60 | $3,124.28 |
| Lauren Vandemortel | 11.40 | 11.40 | $213.00 | $2,428.20 | $2,343.21 |
| **Total** | **26.60** | **26.60** | | **$5,665.80** | **$5,467.50** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Fewell | 2.10 | 2.10 | $150.00 | $315.00 | $303.98 |
| **Total** | **2.10** | **2.10** | | **$315.00** | **$303.98** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.40 | 0.40 | $213.00 | $85.20 | $82.22 |
| **Total** | | | | **$85.20** | **$82.22** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$5,980.80** | **$5,771.47** |

1353750

**Coleman v. Brown**
**Fourth Quarter of 2015**
**October 1, 2015 through December 31, 2015**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Settled |
|---|---:|---:|
| In-house Copying | $124.40 | $124.40 |
| Postage and Delivery | $27.88 | $27.88 |
| **Total** | | **$152.28** |

**GRAND TOTAL** $152.28