UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiff, | |
| v. | AMENDED ORDER[1] |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to the undersigned by the assigned District Judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of February 2016 and will, by this order, direct that it be paid.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

>   Matthew A. Lopes, Jr., Esq.
>   Special Master
>   Pannone Lopes Devereaux & West LLC
>   317 Iron Horse Way, Suite 301
>   Providence, RI 02908

---

[1] This order corrects a typographical error in the order filed March 15, 2016, ECF No. 5419, and supersedes that order.

1

the amount of $355,307.99 for services rendered in February 2016 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

Dated: March 17, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cole16.feb

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | : | |
|     Plaintiffs, | : | |
| | : | No. Civ. S-90-0520 KJM KJN P |
| v. | : | |
| | : | |
| EDMUND G. BROWN, JR., et al. | : | |
|     Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 29, 2016.

Matthew A. Lopes, Jr., Special Master
    Services                $26,545.00
    Disbursements      $ 8,107.26

        Total amount due         $34,652.26

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                $40,575.00
    Disbursements      $      0.00

        Total amount due         $40,575.00

Linda E. Holden, J.D., Deputy Special Master
    Services                $31,950.00
    Disbursement       $      0.00

        Total amount due         $31,950.00

Kerry F. Walsh, J.D.
    Services                $33,769.50
    Disbursements      $      0.00

        Total amount due         $33,769.50

Kristina M. Hector, J.D.
    Services                $38,117.00
    Disbursements      $      0.00

        Total amount due         $38,117.00

Steven W. Raffa, J.D.
    Services                $39,950.00
    Disbursements      $      0.00

        Total amount due         $39,950.00

| | | |
|---|---|---|
| Kerry C. Hughes, M.D. | | |
| Services | $46,375.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $46,375.00 |
| Jeffrey L. Metzner, M.D. | | |
| Services | $15,280.00 | |
| Disbursements | $ 2,833.04 | |
| Total amount due | | $18,113.04 |
| Kathryn A. Burns, MD, MPH | | |
| Services | $      0.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $      0.00 |
| Mary Perrien, Ph.D. | | |
| Services | $10,541.00 | |
| Disbursements | $ 2,425.63 | |
| Total amount due | | $12,966.63 |
| Patricia M. Williams, J.D. | | |
| Services | $ 7,590.50 | |
| Disbursements | $      0.00 | |
| Total amount due | | $ 7,590.50 |
| Henry A. Dlugacz, MSW, J.D. | | |
| Services | $ 2,800.00 | |
| Disbursements | $      0.00 | |
| Total amount due | | $ 2,800.00 |
| Lindsay M. Hayes | | |
| Services | $16,745.00 | |
| Disbursements | $ 4,161.56 | |
| Total amount due | | $20,906.56 |
| Timothy A. Rougeux | | |
| Services | $ 3,125.50 | |
| Disbursements | $      0.00 | |
| Total amount due | | $ 3,125.50 |

Cynthia A. Radavsky, M. Ed
    Services                              $ 2,420.50
    Disbursements                $       0.00

        Total amount due                    $ 2,420.50

Roderick Q. Hickman
    Services                              $ 9,675.74
    Disbursements                $    382.56

        Total amount due                    $10,058.30

Maria Masotta, Psy. D.
    Services                              $ 5,975.00
    Disbursements                $    870.20

        Total amount due                    $ 6,845.20

Karen Rea PHN, MSN, FNP
    Services                              $ 4,843.00
    Disbursements                $       0.00

        Total amount due                    $ 4,843.00

Barbara Seldin, PH.D
    Services                              $    250.00
    Disbursements                $       0.00

        Total amount due                    $    250.00

**TOTAL AMOUNT TO BE REIMBURSED**     $355,307.99

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2016.

Matthew A. Lopes, Jr., Special Master
    Services                            $14,898.00
    Disbursements              $ 9,880.33

    Total amount due                  $24,778.33

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                            $29,035.00
    Disbursements              $        0.00

    Total amount due                  $29,035.00

Linda E. Holden, J.D., Deputy Special Master
    Services                            $29,275.00
    Disbursement                $        0.00

    Total amount due                  $29,275.00

Kerry F. Walsh, J.D.
    Services                            $26,957.50
    Disbursements              $        0.00

    Total amount due                  $26,957.50

Kristina M. Hector, J.D.
    Services                            $25,427.00
    Disbursements              $        0.00

    Total amount due                  $25,427.00

Steven W. Raffa, J.D.
    Services                            $37,318.00
    Disbursements              $        0.00

    Total amount due                  $37,318.00

Kerry C. Hughes, M.D.
    Services                            $42,650.00
    Disbursements              $        0.00

    Total amount due                  $42,650.00

Jeffrey L. Metzner, M.D.
    Services                            $10,415.00

|   |   |   |   |
|---|---|---|---|
| | Disbursements | $ 2,941.84 | |
| | Total amount due | | $13,356.84 |

Kathryn A. Burns, MD, MPH
    Services                          $     0.00
    Disbursements            $     0.00

    Total amount due                $     0.00

Mary Perrien, Ph.D.
    Services                          $12,665.00
    Disbursements            $ 2,490.91

    Total amount due                $15,155.91

Patricia M. Williams, J.D.
    Services                          $ 4,982.00
    Disbursements            $     0.00

    Total amount due                $ 4,982.00

Henry A. Dlugacz, MSW, J.D.
    Services                          $19,329.00
    Disbursements            $ 2,931.91

    Total amount due                $22,260.91

I.C. Haunani Henry
    Services                          $ 1,527.50
    Disbursements                 $0.00

    Total amount due                $ 1,527.50

Lindsay M. Hayes
    Services                          $ 2,775.00
    Disbursements            $     0.00

    Total amount due                $ 2,775.00

Timothy A. Rougeux
    Services                          $   329.00
    Disbursements            $     0.00

    Total amount due                $   329.00

Cynthia A. Radavsky, M.Ed.
    Services                          $15,110.64

|   |   |   |
|---|---|---|
| Disbursements | $   737.96 |   |
| Total amount due |   | $15,848.60 |

Roderick Q. Hickman
    Services $14,989.42
    Disbursements $   527.73

   Total amount due  $15,517.15

Maria Masotta, Psy. D.
    Services $21,711.00
    Disbursements $ 4,274.55

   Total amount due  $25,985.55

Karen Rea PHN, MSN, FNP
    Services $   675.00
    Disbursements $       0.00

   Total amount due  $   675.00

Barbara Seldin, PH.D
    Services $   675.00
    Disbursements $       0.00

   Total amount due  $   675.00

**TOTAL AMOUNT TO BE REIMBURSED**  **$334,529.29**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master