UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On January 15, 2016, the Special Master filed a report on his expert's report on suicides completed in the California Department of Corrections and Rehabilitation (CDCR) between January 1, 2013 and December 31, 2013, ECF No. 5398, accompanied by the expert's report, ECF No. 5399. The Special Master requests that the court adopt in full his expert's report. Neither party has filed any objection to the expert's report or the Special Master's request that it be adopted in full.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the Special Master's Expert's Report on Suicides Completed In the California Department of Corrections and Rehabilitation January 1, 2013 – December 31, 2013, ECF No. 5399, is adopted in full.

DATED: March 24, 2016.

_____
UNITED STATES DISTRICT JUDGE