UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

          Plaintiffs,

    v.

EDMUND G. BROWN, JR., et al.,

          Defendants.

No. 2:90-cv-0520 KJM KJN P

ORDER

On January 13, 2016, the Special Master filed a report on his expert's re-audit and update on suicide prevention practices in the prisons of the California Department of Corrections and Rehabilitation (CDCR), ECF No. 5395, accompanied by the expert's report, ECF No. 5396. Neither party has filed any objection to the expert's report or the Special Master's report thereon.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the Special Master's Expert's January 13, 2016 report entitled Re-Audit and Update on Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation, ECF No. 5396, is adopted in full.

DATED:  April 4, 2016.

_____
UNITED STATES DISTRICT JUDGE