1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DANIELLE F. O'BANNON
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, SBN 145931
   CHRISTINE M. CICCOTTI, SBN 238695
5  MANEESH SHARMA, SBN 280084
   Deputy Attorneys General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5553
    Fax:  (415) 703-1234
8   E-mail:  Maneesh.Sharma@doj.ca.gov
   *Attorneys for Defendants*

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM KJN PC |
| Plaintiffs, | **NOTICE OF FILING SEALED DOCUMENTS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

**INTRODUCTION**

On May 23, 2007, this Court ordered Defendant Department of State Hospitals (DSH) to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care.  The report must include a complete list of all class members currently waiting for transfer to any level of DSH hospital care.  Such identifying patient information is subject to a protective order entered in this action on January 12, 2007.  This Order is attached as Exhibit A.

1

1

**NOTICE**

2        Notice is hereby given under Local Rule 141(b) that Defendant Department of State

3    Hospitals is filing a document in compliance with the Court's May 23, 2007, Order under seal and

4    shall file the document via email with the Court and serve copies upon the parties.

5    Dated:  April 15, 2016                           Respectfully submitted,

6                                                      KAMALA D. HARRIS
                                                      Attorney General of California
7
                                                      */s/ Maneesh Sharma*
8
                                                      MANEESH SHARMA
9                                                     Deputy Attorney General
                                                      *Attorneys for Defendants*
10
     CF1997CS0003
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2