UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiffs are a class of state prisoners proceeding through counsel with this civil rights action pursuant to 42 U.S.C. § 1983. Defendants are several state officials represented by the California Attorney General. Periodically, staff of state agencies involved in this action, including the California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH), will submit letters to the court. Considerations of case management and judicial economy preclude filing such documents in this action.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that all documents submitted to this Court by employees of state agencies involved in this action shall be returned to the staff with a copy of this order. The court may, in its discretion, forward a copy of such documents to the Special Master.

DATED: April 21, 2016

_____
UNITED STATES DISTRICT JUDGE

1