UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiffs, | |
| v. | |
| EDMUND G. BROWN, JR., et al.,, | |
| Defendants. | |
| ERIC REININGA, | No. 2:16-cv-0811 TLN CKD P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| TIMOTHY BELAVICH, et al., | |
| Defendants. | |

Examination of the above-entitled actions suggests that these cases are related within the meaning of Local Rule 123(a) and that assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order the parties in the above-captioned cases may show cause, if any they have, why the action

/////

1

denominated as 2:16-cv-0811 TLN CKD P should not be reassigned to the undersigned and Magistrate Judge Kendall J. Newman for all further proceedings.

DATED: April 28, 2016

_____
UNITED STATES DISTRICT JUDGE