KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-KJN (PC)<br><br>**STIPULATION AND ORDER EXTENDING ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT**<br><br>Judge Kimberly J. Mueller |

The parties, with the concurrence of the Special Master, stipulate as follows:

On December 28, 2015, this Court approved the parties' stipulation that Security/Welfare checks utilizing Guard One at the Pelican Bay State Prison Security Housing Unit (SHU) temporarily be conducted only once per hour during First Watch (2200 hours to 0600 hours), while Defendants worked to assess and possibly reduce the noise caused by the opening and closing of the Unit's pod doors. Order, Dec. 28, 2015, ECF NO. 5393.

That stipulation expires by its terms on May 1, 2016. *Id.*

///

1

The parties continue to discuss this issue and assess whether any additional reasonable steps can be considered that may address Plaintiffs' concerns regarding the pod door noise at the Pelican Bay SHU.  Defendants anticipate receiving a report from an acoustical consultant within the next approximately two weeks, and Defendants will provide a copy of that report to Plaintiffs and the Special Master promptly after receipt.  No later than June 3, 2016, Defendants will provide a written report to Plaintiffs and the Special Master addressing recommendations or any further follow-up steps based on the report, if any.

Therefore, the parties seek a 60 day extension of the Court's December 28, 2015 order modifying its February 3, 2015 Order allowing Defendants to temporarily conduct Security/Welfare checks utilizing Guard One at the Pelican Bay SHU once per hour during First Watch (2200 hours to 0600) hours.  This stipulation will expire on June 30, 2016, and may be continued by further Stipulation and concurrence of the Special Master.

IT IS SO STIPULATED.

Dated:  April 28, 2016                                     Respectfully submitted,

                                                                              KAMALA D. HARRIS
                                                                              Attorney General of California
                                                                              DANIELLE F. O'BANNON
                                                                              Supervising Deputy Attorney General


                                                                              */s/ Christine M. Ciccotti*
                                                                              CHRISTINE M. CICCOTTI
                                                                              Deputy Attorney General
                                                                              *Attorneys for Defendants*


                                                                              */s/ Steven Fama*
                                                                              STEVEN FAMA
                                                                              *Attorney for Plaintiffs*

CF1997CS0003
12244197.doc

**ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: May 2, 2016.

_____
UNITED STATES DISTRICT JUDGE