1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM KJN P

12              Plaintiff,

13      v.                                     ORDER

14   EDMUND G. BROWN, JR., et al.,

15              Defendants.

16

17        The matter of payment of the special master has been referred to the undersigned by the

18   assigned District Judge.  The court has reviewed the bill for services provided by the Special

19   Master in the above-captioned case through the month of April 2016 and will, by this order, direct

20   that it be paid.

21             Good cause appearing, IT IS HEREBY ORDERED that:

22             1.  The Clerk of the Court is directed to pay to

23                  Matthew A. Lopes, Jr., Esq.
                    Special Master
24                  Pannone Lopes Devereaux & West LLC
                    317 Iron Horse Way, Suite 301
25                  Providence, RI 02908

26   the amount of $441,449.05 for services rendered in April 2016 in accordance with the attached

27   statement; and

28   ////

                                        1

1          2.  A copy of this order shall be served on the financial department of this court.

2     Dated:  May 20, 2016

3

4                                                          _____
                                                           KENDALL J. NEWMAN
5                                                          UNITED STATES MAGISTRATE JUDGE

6

7

8     /cole16.apr

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **RALPH COLEMAN, et al.,**        :
         **Plaintiffs,**        :

2                       :       **No. Civ. S-90-0520 KJM KJN P**
     **v.**                  :

3                       :
**EDMUND G. BROWN, JR., et al.**    :

4          **Defendants.**

5 The Special Master hereby submits his latest statement for fees and disbursements, including those
6 accrued through April 30, 2016.

7 Matthew A. Lopes, Jr., Special Master
                 Services         $12,324.00
8                  Disbursements    $15,334.17

9                  Total amount due          $27,658.17

10 Mohamedu F. Jones, J.D., Deputy Special Master
                 Services         $42,310.00
11                  Disbursements    $      0.00

12                  Total amount due          $42,310.00

13 Linda E. Holden, J.D., Deputy Special Master
                 Services         $38,425.00
14                  Disbursement     $      0.00

15                  Total amount due          $38,425.00

16 Kerry F. Walsh, J.D.
17                  Services         $36,292.50
                 Disbursements    $      0.00

18                  Total amount due          $36,292.50
19

20 Kristina M. Hector, J.D.
                 Services         $34,027.50
21                  Disbursements    $      0.00

22                  Total amount due          $34,027.50

23 Steven W. Raffa, J.D.
                 Services         $40,758.50
24                  Disbursements    $      0.00

25                  Total amount due          $40,758.50

26

27

28

1

Kerry C. Hughes, M.D.

2
        Services        $27,500.00
        Disbursements   $  4,780.20

3
        Total amount due        $32,280.20

4

Jeffrey L. Metzner, M.D.

5
        Services        $  6,058.00
        Disbursements   $  1,295.75

6
        Total amount due        $  7,353.75

7

Kathryn A. Burns, MD, MPH

8
        Services        $       0.00
        Disbursements   $       0.00

9
        Total amount due        $       0.00

10

Mary Perrien, Ph.D.

11
        Services        $26,425.00
        Disbursements   $  3,972.32

12
        Total amount due        $30,397.32

13

Patricia M. Williams, J.D.

14
        Services        $20,181.00
        Disbursements   $  4,198.24

15
        Total amount due        $24,379.24

16

Henry A. Dlugacz, MSW, J.D.

17
        Services        $12,038.00
        Disbursements   $  2,207.20

18
        Total amount due        $14,245.20

19

Lindsay M. Hayes

20
        Services        $17,802.00
        Disbursements   $  3,349.54

21
        Total amount due        $21,151.54

22

Timothy A. Rougeux

23
        Services        $14,676.38
        Disbursements   $     929.39

24
        Total amount due        $15,605.77

25

26

27

28

4

Cynthia A. Radavsky, M.Ed
      Services               $12,880.16
      Disbursements     $   723.73

            Total amount due          $13,603.89

Roderick Q. Hickman
      Services               $11,401.46
      Disbursements     $   315.46

            Total amount due          $11,716.92

Maria Masotta, Psy.D.
      Services               $19,204.00
      Disbursements     $ 6,032.57

            Total amount due          $25,236.57

Karen Rea PHN, MSN, FNP
      Services               $16,520.75
      Disbursements     $ 1,426.99

            Total amount due          $17,947.74

Barbara Seldin, PH.D
      Services               $  6,667.00
      Disbursements     $ 1,392.24

            Total amount due          $  8,059.24

**TOTAL AMOUNT TO BE REIMBURSED**      **$441,449.05**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master