# TABLE OF APPENDICES

| | |
|---|---|
| 1 | 2015 California Correctional Health Care Services Performance Report |
| 2 | Executive Summary & Health Care Access Quality Reports – December 2015 through March 2016 |
| 3 | Human Resources Recruitment and Retention Reports – January through April 2016 |
| 4 | CPR Financial Statements – January through April 2016 |