MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, Nineteenth Floor
San Francisco, California 94105-7104
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

EDMUND G. BROWN, JR., et al.,

    Defendants.

Case No. 2:90-cv-00520-KJM-KJN

**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2016**

Judge: Hon. Kendall J. Newman

[3006034-2]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the First Quarter of 2016 to Defendants via overnight delivery on April 29, 2016. The parties completed their meet and confer process on June 6, 2016. The parties have resolved all disputes regarding fees and costs for the First Quarter of 2016, with an agreement to reduce claimed amounts to a total of $494,335.22.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $494,335.22 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from June 2, 2016 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: June 13, 2016

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: June 13, 2016

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2016

Kendall J. Newman
United States Magistrate Judge

[3006034-2]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2016

EXHIBIT A

**Coleman v. Brown**
**First Quarter of 2016**
**January 1, 2016 through March 31, 2016**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $489,844.80 | $475,149.46 | $14,745.42 |
| **Fees on Fees, 489-5** | $4,460.80 | $4,326.98 | $113.37 |
| **Totals** | $494,305.60 | $479,476.43 | $14,858.79 |
| **Claimed Total:** | $509,164.39 | | |
| **Settled Total:** | $494,335.22 | | |

128538

**Coleman v. Brown**
**First Quarter of 2016**
**January 1, 2016 through March 31, 2016**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Aaron J. Fischer | 102.10 | 101.80 | $216.00 | $21,988.80 | $21,329.14 |
| Benjamin Bien-Kahn | 0.30 | 0.00 | $216.00 | $0.00 | $0.00 |
| Blake Thompson | 38.90 | 38.70 | $216.00 | $8,359.20 | $8,108.42 |
| Charlotte Landes | 134.30 | 128.80 | $216.00 | $27,820.80 | $26,986.18 |
| Ernest Galvan | 0.40 | 0.00 | $216.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 56.00 | 56.00 | $216.00 | $12,096.00 | $11,733.12 |
| Gregorio Gonzalez | 330.30 | 313.40 | $216.00 | $67,694.40 | $65,663.57 |
| Jane E. Kahn | 190.90 | 190.90 | $216.00 | $41,234.40 | $39,997.37 |
| Kelly McGraw | 15.40 | 15.40 | $216.00 | $3,326.40 | $3,226.61 |
| Katherine Hamilton | 42.20 | 39.20 | $216.00 | $8,467.20 | $8,213.18 |
| Karen Stilber | 18.80 | 18.80 | $216.00 | $4,060.80 | $3,938.98 |
| Krista Stone-Manista | 122.60 | 121.80 | $216.00 | $26,308.80 | $25,519.54 |
| Lauren Vandemortel | 335.40 | 328.00 | $216.00 | $70,848.00 | $68,722.56 |
| Linda Woo | 31.50 | 31.50 | $216.00 | $6,804.00 | $6,599.88 |
| Lisa Ells | 63.50 | 62.30 | $216.00 | $13,456.80 | $13,053.10 |
| Margot K. Mendelson | 96.80 | 95.50 | $216.00 | $20,628.00 | $20,009.16 |
| Michael W. Bien | 152.70 | 151.90 | $216.00 | $32,810.40 | $31,826.09 |
| Nathalie Welch | 24.20 | 21.90 | $216.00 | $4,730.40 | $4,588.49 |
| Sasha Beder-Schenker | 322.90 | 311.20 | $216.00 | $67,219.20 | $65,202.62 |
| Thomas Nolan | 111.10 | 111.10 | $216.00 | $23,997.60 | $23,277.67 |
| **Total** | **2190.30** | **2138.20** | | **$461,851.20** | **$447,995.66** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Steven Fama | 69.60 | 69.60 | $216.00 | $15,033.60 | $14,582.59 |
| Laura Graham | 0.20 | 0.20 | $216.00 | $43.20 | $41.90 |
| Isaac Dalke | 23.40 | 23.40 | $216.00 | $5,054.40 | $4,902.77 |
| Sara Norman | 1.40 | 1.40 | $216.00 | $302.40 | $293.33 |
| Nora Searle | 6.70 | 6.70 | $216.00 | $1,447.20 | $1,403.78 |
| Alex Kennedy | 11.60 | 11.60 | $216.00 | $2,505.60 | $2,430.43 |
| Anjuli Branz | 2.70 | 2.70 | $216.00 | $583.20 | $565.70 |
| **Total** | **115.60** | **115.60** | | **$24,969.60** | **$24,220.51** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 14.00 | 14.00 | $216.00 | $3,024.00 | $2,933.28 |
| **Total** | | | | **$3,024.00** | **$2,933.28** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$489,844.80** | **$475,149.46** |

1353750

## Coleman v. Brown
## First Quarter of 2016
## January 1, 2016 through March 31, 2016
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $6,025.40 | $6,025.40 |
| Outside Copying | $3,816.59 | $3,816.59 |
| Telephone | $17.85 | $17.85 |
| Postage and Delivery | $913.48 | $913.48 |
| Westlaw/Lexis/PACER | $407.06 | $407.06 |
| Travel | $2,011.33 | $2,011.33 |
| **Total** | | **$13,191.71** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $995.80 | $995.80 |
| Travel | $104.40 | $104.40 |
| Postage | $453.51 | $453.51 |
| **Total** | | **$1,553.71** |

**Grand Total**                                                                 **$14,745.42**

1353750

**Coleman v. Brown**
**First Quarter of 2016**
**January 1, 2016 through March 31, 2016**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 0.70 | 0.70 | $216.00 | $151.20 | $146.66 |
| Lisa Ells | 12.80 | 12.80 | $216.00 | $2,764.80 | $2,681.86 |
| Lauren Vandemortel | 4.80 | 4.80 | $216.00 | $1,036.80 | $1,005.70 |
| **Total** | **17.60** | **17.60** | | **$3,952.80** | **$3,834.22** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 2.00 | 2.00 | $200.00 | $400.00 | $388.00 |
| **Total** | **2.00** | **2.00** | | **$400.00** | **$388.00** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.50 | 0.50 | $216.00 | $108.00 | $104.76 |
| **Total** | | | | **$108.00** | **$104.76** |

**GRAND TOTAL**                                                                 **$4,460.80  $4,326.98**

1353750

**Coleman v. Brown**
**First Quarter of 2016**
**January 1, 2016 through March 31, 2016**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-house Copying | $69.40 | $69.40 |
| Postage and Delivery | $43.97 | $43.97 |
| **Total** | | **$113.37** |

**GRAND TOTAL** $113.37