KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-4025
 Fax: (916) 324-5205
 E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 2:90-cv-00520 KJM-KJN (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING OCTOBER 13, 2015 ORDER APPROVING PATIENT CENSUS AND WAITLIST CHARTS FOR INPATIENT MENTAL HEALTH CARE**<br><br>Judge Kimberly J. Mueller |

On August 21, 2015, the Court ordered the Special Master to work with the *Coleman* parties to finalize draft templates to capture data concerning patient census and waitlists for inpatient mental health care. ECF No. 5343. On September 29, 2015, the Special Master submitted the finalized templates to the Court. ECF No. 5363. On October 13, 2015, the Court entered an order approving the templates. ECF No. 5367. In October 2015, Defendants began filing the monthly reports on inpatient mental health care.

1

1  As previously reported to the Court, the memorandum of understanding between Department of State Hospitals (DSH) and California Department of Corrections and Rehabilitation (CDCR) for provision of inpatient mental health services has been updated. The memorandum of understanding, which was implemented on May 1, 2016, includes a new procedure for the referral of inmates for inpatient mental health treatment. Two of the court-approved templates, Defendants' Psychiatric Inpatient Program Referral/Waitlist and CDCR's Psychiatric Inpatient Programs Trends report, have been revised to reflect the new referral procedures required under the updated memorandum of understanding. Copies of two versions of the proposed revised template for Defendants' Psychiatric Inpatient Program Referral/Waitlist are attached as Exhibits A and B. The referral/waitlist report that will be filed beginning June 15, 2016, and monthly thereafter until such time as CDCR is able to report the location of the program from which an inmate is endorsed for inpatient care is attached as Exhibit A. *See* footnote 4 to Exhibit A. The final version of the monthly referral/waitlist report is attached as Exhibit B. The proposed revised template for CDCR's Psychiatric Inpatient Programs Trends report is attached as Exhibit C.

The Special Master and Plaintiffs have agreed to the revised versions of the templates. Accordingly, the parties, with the concurrence of the Special Master, stipulate as follows:

Beginning June 15, 2016, Defendants will file, along with Defendants' Psychiatric Inpatient Programs Census Report, the referral/waitlist and monthly trends report pursuant to this stipulation and in the forms attached as Exhibits A, B, and C.

IT IS SO STIPULATED.

/ / /

/ / /

2

Dated:  June 14, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Michael W. Bien*
MICHAEL W. BIEN
*Attorney for Plaintiffs*

CF1997CS0003
12304352.doc

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2016.

_____
KIMBERLY J. MUELLER
Judge, United States District Court

# Exhibit A

**PSYCHIATRIC INPATIENT PROGRAM**

**SAMPLE** REFERRAL/WAITLIST FOR MAY 2016 [2]

| DATE | PENDING ACCEPTANCE & LOC DETERMINATION[3] | PENDING LRH DETERMINATION[3] | PENDING ENDORSEMENT/ BED AVAILABILITY[3] | ENDORSED TO ACUTE & PENDING TRANSFER[4] | | ENDORSED TO ICF (HC) & PENDING TRANSFER[4] | | ENDORSED TO ICF (LC) & PENDING TRANSFER[4] | | ENDORSED TO CONDEMNED & PENDING TRANSFER | ENDORSED TO FEMALE & PENDING TRANSFER | TOTAL[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | | | |
| 1 | | | | | | | | | | | | |
| 2 | 48 | 0 | 0 | 0 | | 0 | | 0 | | 0 | 0 | **48** |
| 3 | 45 | 5 | 0 | 1 | | 0 | | 2 | | 1 | 1 | **55** |
| 4 | 40 | 8 | 2 | 4 | | 5 | | 4 | | 0 | 0 | **63** |
| 5 | 45 | 15 | 10 | 4 | | 6 | | 4 | | 0 | 0 | **84** |
| 6 | 41 | 12 | 9 | 3 | | 7 | | 3 | | 0 | 0 | **75** |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | 35 | 10 | 5 | 5 | | 11 | | 4 | | 0 | 1 | **71** |
| 10 | 38 | 16 | 8 | 3 | | 8 | | 4 | | 0 | 1 | **78** |
| 11 | 30 | 18 | 7 | 1 | | 4 | | 2 | | 0 | 0 | **62** |
| 12 | 28 | 22 | 6 | 6 | | 6 | | 3 | | 0 | 1 | **72** |
| 13 | 30 | 18 | 2 | 6 | | 4 | | 4 | | 0 | 1 | **65** |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | 35 | 12 | 2 | 2 | | 7 | | 5 | | 1 | 0 | **64** |
| 17 | 38 | 15 | 1 | 8 | | 9 | | 6 | | 0 | 0 | **77** |
| 18 | 40 | 15 | 2 | 7 | | 10 | | 10 | | 0 | 0 | **84** |
| 19 | 45 | 10 | 1 | 6 | | 12 | | 8 | | 0 | 2 | **84** |
| 20 | 38 | 8 | 5 | 5 | | 8 | | 6 | | 0 | 2 | **72** |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | 35 | 12 | 1 | 1 | | 11 | | 3 | | 0 | 0 | **63** |
| 24 | 30 | 14 | 5 | 5 | | 15 | | 7 | | 0 | 0 | **76** |
| 25 | 33 | 18 | 6 | 3 | | 11 | | 8 | | 0 | 1 | **80** |
| 26 | 38 | 13 | 7 | 4 | | 10 | | 10 | | 0 | 1 | **83** |
| 27 | 40 | 14 | 5 | 12 | | 14 | | 13 | | 1 | 0 | **99** |
| 28 | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |
| 31 | 35 | 15 | 10 | 5 | | 12 | | 10 | | 0 | 0 | **87** |
| MONTHLY AVERAGE | **37** | **13** | **4** | **4** | | **8** | | **6** | | **0** | **1** | **73** |

[1] The total provides the sum of inmates waiting to be placed in an inpatient bed.

[2] For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. See Order filed August 21, 2015 at 2 & n.1. For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting when CDCR Statewide Mental Health Program transmits the referral packet to the PIP. For referrals from one DSH inpatient level of care or DSH facility to another (acute to intermediate, intermediate to acute, ICF-HC to ICF-LC), a patient is on the referral waitlist starting on the date that a Decision Form confirming the level of care is posted to SharePoint. As a result, this chart includes patients whose referrals may be rescinded or rejected, as provided by the Program Guide, who succeed in challenging their inpatient placement in a Vitek hearing, or who have paroled from custody; it also will include patients who have been accepted and assigned a bed but are in transit to their inpatient program. Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist are constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program. Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.

[3] These data elements reflect the progression of referrals through the new requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016. In these phases of "waiting," level of care, least restrictive housing, and inpatient program endorsement location are being determined.

[4] The Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds was implemented on May 1, 2016. During the transition period, data may not be available pending development of reporting mechanisms. Until then, CDCR will be reporting a combined number for CDCR referrals and DSH referrals that were endorsed to Acute, endorsed to Intermediate (high custody), and Intermediate (low custody). Additionally, these categories will include any referrals received prior to May 1, 2016, that are accepted and awaiting transfer under the old process without an endorsement.

**DUMMY DATA USED FOR PURPOSES OF ILLUSTRATION ONLY.**

# Exhibit B

**PSYCHIATRIC INPATIENT PROGRAM**

**SAMPLE REFERRAL/WAITLIST FOR JULY 2016** [2]

| DATE | PENDING ACCEPTANCE & LOC DETERMINATION[3] | PENDING LRH DETERMINATION[3] | PENDING ENDORSEMENT/ BED AVAILABILITY[3] | ENDORSED TO ACUTE & PENDING TRANSFER | | ENDORSED TO ICF (HC) & PENDING TRANSFER | | ENDORSED TO ICF (LC) & PENDING TRANSFER | | ENDORSED TO CONDEMNED & PENDING TRANSFER | ENDORSED TO FEMALE & PENDING TRANSFER | TOTAL[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | | | |
| 1 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48** |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | 45 | 5 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | **55** |
| 6 | 40 | 8 | 2 | 4 | 0 | 5 | 0 | 2 | 2 | 0 | 0 | **63** |
| 7 | 45 | 15 | 10 | 3 | 1 | 4 | 2 | 2 | 2 | 0 | 0 | **84** |
| 8 | 41 | 12 | 9 | 3 | 0 | 5 | 2 | 1 | 2 | 0 | 0 | **75** |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | 35 | 10 | 5 | 5 | 0 | 8 | 3 | 1 | 3 | 0 | 1 | **71** |
| 12 | 38 | 16 | 8 | 3 | 0 | 5 | 3 | 1 | 3 | 0 | 1 | **78** |
| 13 | 30 | 18 | 7 | 1 | 0 | 3 | 1 | 1 | 1 | 0 | 0 | **62** |
| 14 | 28 | 22 | 6 | 5 | 1 | 5 | 1 | 3 | 0 | 0 | 1 | **72** |
| 15 | 30 | 18 | 2 | 6 | 0 | 2 | 2 | 2 | 2 | 0 | 1 | **65** |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | 35 | 12 | 2 | 1 | 1 | 3 | 4 | 2 | 3 | 1 | 0 | **64** |
| 19 | 38 | 15 | 1 | 8 | 0 | 5 | 4 | 2 | 4 | 0 | 0 | **77** |
| 20 | 40 | 15 | 2 | 7 | 0 | 5 | 5 | 5 | 5 | 0 | 0 | **84** |
| 21 | 45 | 10 | 1 | 6 | 0 | 3 | 4 | 4 | 4 | 0 | 2 | **79** |
| 22 | 38 | 8 | 5 | 5 | 0 | 3 | 5 | 5 | 1 | 0 | 2 | **72** |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | 35 | 12 | 1 | 1 | 0 | 7 | 4 | 3 | 0 | 0 | 0 | **63** |
| 26 | 30 | 14 | 5 | 5 | 0 | 10 | 5 | 5 | 2 | 0 | 0 | **76** |
| 27 | 33 | 18 | 6 | 3 | 0 | 6 | 5 | 6 | 2 | 0 | 1 | **80** |
| 28 | 38 | 13 | 7 | 4 | 0 | 6 | 4 | 8 | 2 | 0 | 1 | **83** |
| 29 | 40 | 14 | 5 | 12 | 0 | 10 | 4 | 9 | 4 | 1 | 0 | **99** |
| 30 | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | |
| **MONTHLY AVERAGE** | **38** | **13** | **4** | **4** | **0** | **5** | **3** | **3** | **2** | **0** | **1** | **73** |

[1] The total provides the sum of inmates waiting to be placed in an inpatient bed.

[2] For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. *See* Order filed August 21, 2015 at 2 & n.1.  For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting when CDCR Statewide Mental Health Program transmits the referral packet to the PIP.  For referrals from one DSH inpatient level of care or DSH facility to another (acute to intermediate, intermediate to acute, ICF-HC to ICF-LC), a patient is on the referral waitlist starting on the date that a Decision Form confirming the level of care is posted to SharePoint.  As a result, this chart includes patients whose referrals may be rescinded or rejected, as provided by the Program Guide, who succeed in challenging their inpatient placement in a *Vitek* hearing, or who have paroled from custody; it also will include patients who have been accepted and assigned a bed but are in transit to their inpatient program.  Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist are constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program.  Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.

[3] These data elements reflect the progression of referrals through the new requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016.  In these phases of "waiting," level of care, least restrictive housing, and inpatient program endorsement location are being determined.

**DUMMY DATA USED FOR PURPOSES OF ILLUSTRATION ONLY.**

# Exhibit C

**PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)**
Weekly Average Census and Pending List Data
*January - December 2016*



**NOTES:**

1. The time periods identified in this report reflect the requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016, and does not alter the transfer timelines set forth in the MHSDS Program Guide.

2. Report revised beginning May 2016 to capture the new process under the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

3. Definitions:
   *__Pending List:__ Includes ALL inmate-patients waiting for an ICF or APP bed. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program (which is deemed the same day of receipt by the inpatient program). Inmate-patients are removed from the Pending List once admitted and transferred into an ICF or APP bed, is rejected by the inpatient program, or the referral is rescinded.
   *__Endorsed and Pending Transfer:__ Includes inmate-patients on the Pending List that have been endorsed by HCPOP, but have not yet transferred to the endorsed inpatient program.
   *__Beyond Timeframe for Endorsement:__ Includes inmate-patients on the Pending List that have not been endorsed for transfer within 7 business days of sending an ICF referral to the inpatient program, or within 3 business days of sending an APP referral to the inpatient program. *Endorsements will only be completed upon bed availability.*
   *__Beyond Timeframe for Transfer:__ Includes inmate-patients on the Pending List that have not transferred to the endorsed inpatient program within 72 hours of HCPOP endorsement.

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)

Weekly Average Census and Pending List Data

***January - December 2016***

## ASH-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 6 | 10 | 9 | 4 | | | | | | | | |
| Avg Census | 191 | 225 | 250 | 249 | | | | | | | | |
| Total | | | | | | | | | | | | |
| Cap | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 |

CENSUS AVG FOR PERIOD =

*Endorsed and Pending Transfer Avg for Period =*

*Beyond 72-hr Transfer Timeframe Avg for Period =*

## VPP-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 4 | 5 | 4 | 5 | | | | | | | | |
| Avg Census | 63 | 65 | 75 | 82 | | | | | | | | |
| Total | 67 | 70 | 79 | 87 | | | | | | | | |
| Cap | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 |

CENSUS AVG FOR PERIOD =

*Endorsed and Pending Transfer Avg for Period =*

*Beyond 72-hr Transfer Timeframe Avg for Period =*

## CSH-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 1 | | | | | | | | |
| Avg Census | 49 | 49 | 48 | 48 | | | | | | | | |
| Total | 49 | | | | | | | | | | | |
| Cap | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |

CENSUS AVG FOR PERIOD =

*Endorsed and Pending Transfer Avg for Period =*

*Beyond 72-hr Transfer Timeframe Avg for Period =*







# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*

### VPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 1 | 1 | | | | | | | | |
| Avg Census | 92 | 87 | 86 | 86 | | | | | | | | |
| Total | 92 | 87 | 87 | 87 | | | | | | | | |
| Cap | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*



### SVPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 18 | 14 | 15 | 19 | | | | | | | | |
| Avg Census Multi | 22 | 21 | 22 | 27 | | | | | | | | |
| Avg Census Single | 189 | 187 | 176 | 169 | | | | | | | | |
| Total | 228 | 222 | 212 | 214 | | | | | | | | |
| Cap | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

### CHCF-ICF HIGH (DSH)

28 isolation cells considered unusable.

Effective 12/15/15, cap decreased 420 to 390 (flipped to APP).



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 2 | 1 | 2 | 1 | | | | | | | | |
| Avg Census | 269 | 265 | 245 | 246 | | | | | | | | |
| Total | 271 | 266 | 246 | 246 | | | | | | | | |
| Usable Cap | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 |
| Cap | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*

## VPP-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 52 | 41 | 42 | 39 | | | | | | | | |
| Avg Census | 204 | 199 | 195 | 203 | | | | | | | | |
| Total | 256 | 240 | 236 | 242 | | | | | | | | |
| Cap | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

## CHCF-APP (DSH)



6 isolation cells considered unusable.

Effective 12/15/15, cap increased 94 to 124 (flipped t from ICF).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 2 | 1 | 5 | 3 | | | | | | | | |
| Avg Census | 93 | 90 | 84 | 103 | | | | | | | | |
| Total | 95 | 91 | 89 | 106 | | | | | | | | |
| Usable Cap | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 |
| Cap | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

## SQ PIP - APP/ICF (CDCR)

Program for condemned inmates.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 1 | | | | | | | | |
| Avg Census | 40 | 39 | 36 | 35 | | | | | | | | |
| Total | 40 | 39 | 36 | 36 | | | | | | | | |
| Cap | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

**PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)**
Weekly Average Census and Pending List Data
*January - December 2016*



### CIW PIP - APP/ICF (CDCR)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 1 | 2 | 2 | 5 | | | | | | | | |
| Avg Census | 39 | 36 | 41 | 45 | | | | | | | | |
| Total | 40 | 38 | 43 | 50 | | | | | | | | |
| Cap | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*



### PSH-APP/ICF (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 0 | | | | | | | | |
| Avg Census | 2 | 2 | 2 | 0 | | | | | | | | |
| Total | 2 | 2 | 2 | 0 | | | | | | | | |
| Cap | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period = 0*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*