KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM KJN (PC) |
| Plaintiffs, | **DEFENDANTS' MONTHLY CENSUS, WAITLISTS AND TRENDS REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care. (ECF No. 5367.) Attached is a letter from Defendants CDCR and DSH enclosing Defendants' Psychiatric Inpatient Programs Census Report, Defendants' Psychiatric Inpatient Program Referral/Waitlist for the Month of May 2016, and CDCR's Psychiatric Inpatient Programs Trends report, as Exhibits A, B, and C, respectively.

1

1    Dated:  June 15, 2016                    Respectfully submitted,

2                                             KAMALA D. HARRIS
                                              Attorney General of California
3                                             DANIELLE F. O'BANNON
                                              Supervising Deputy Attorney General
4
                                              **/s/ Elise Owens Thorn**
5
                                              ELISE OWENS THORN
6                                             Deputy Attorney General
                                              *Attorneys for Defendants*
7
     CF1997CS0003
8    12305538.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs.' Monthly Census, Waitlists, and Trend Reports for Inpatient Mental Health Care (2:90-cv-00520 KJM DAD (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 15, 2016

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' MONTHLY CENSUS, WAITLISTS, AND TREND REPORTS FOR
       INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

In accordance with the October 13, 2015 Court Order issued by Judge Kimberly Mueller, the California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) are providing information on patient census and waitlists for inpatient mental health care. (ECF No. 5367.) Enclosed are Defendants' Psychiatric Inpatient Programs Census Report, Defendants' Psychiatric Inpatient Program Referral/Waitlist for the Month of May 2016, and Department of Corrections and Rehabilitation's Psychiatric Inpatient Programs Trends report, Exhibits A, B, and C, respectively.

The Psychiatric Inpatient Programs Census Report identifies the number of patients in each inpatient program by custody level scores, as well as those patients committed pursuant to court orders (PC 1370 and WIC 7301) and patients who have not yet received a custody level score. The report also identifies the number of patients who have been clinically placed in custody settings higher than their Least Restrictive Housing (LRH) designation for the High Custody Male Intermediate level of care programs and the Low Custody Male Intermediate level of care dorm beds at DSH-Vacaville. Exhibit A, fn. 6. The Least Restrictive Housing data provided on Census Report (Exhibit A) is based on the Housing Review policy that was implemented on May 1, 2016. As of that date, new referrals to DSH programs receive a Least Restrictive Housing designation as part of the referral process.

The Referral/Waitlist report (Exhibit B) has been revised to reflect the changes to the referral process required by the 2015 Memorandum of Understanding between California Department of Corrections and Rehabilitation and Department of State Hospitals for Management and Oversight of Intermediate Care and Acute Inpatient Programs (Inpatient MOU). The report provides the number of inmates in each step of the referral process and continues to show, on both a daily basis and a monthly average, the total number of inmates referred to inpatient care and awaiting placement in an inpatient bed. As a result of the changes to the tracking system due to the May 1, 2016, implementation of the Inpatient MOU, the parties were not able to coordinate the validation of the data for May 2016 before filing the inpatient reports. The parties will work to coordinate reporting mechanisms so that they will have ample opportunity to validate the numbers in future reports.

The Psychiatric Inpatient Programs Trends report (Exhibit C) has also been modified to reflect the changes to the referral process required by the Inpatient MOU. Specifically, page one of the report includes a pie chart that shows the percentage of inmates in each stage of the referral process, and the Notes section on page one includes a description and definition of the new time periods reflected in the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016.

Sincerely,

KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

PAM AHLIN
Director
Department of State Hospitals

# Exhibit A

| PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT | | | | | | | |
|---|---|---|---|---|---|---|---|
| AS OF    May 23, 2016 | | | | | | | |
| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
| Male Acute Care Programs[5] | | | | | | | |
| DSH-Vacaville | 218 | No Score: | 15 | 13 | 0 | 0 | 0 |
| | | Level I: | 13 | | | | |
| | | Level II: | 50 | | | | |
| | | Level III: | 40 | | | | |
| | | Level IV: | 87 | | | | |
| | | Total: | 205 | | | | |
| DSH-Stockton | 124 | No Score: | 10 | 0 | 0 | 8 | 5 |
| | | Level I: | 5 | | | | |
| | | Level II: | 21 | | | | |
| | | Level III: | 15 | | | | |
| | | Level IV: | 60 | | | | |
| | | Total: | 111 | | | | |
| Total Male Acute | 342 | TOTAL: | 316 | 13 | 0 | 8 | 5 |
| Male Intermediate Care Facility (High Custody) Programs | | | | | | | |
| DSH-Stockton | 390 | No Score: | 20 | 6 | 0 | 26 | 84 |
| | | Level I: | 9 | | | | |
| | | Level II: | 44 | | | | |
| | | Level III: | 51 | | | | |
| | | Level IV: | 150 | | | | |
| | | Total: | 274 | | | | |
| | | Total out of LRH [6] : | 8 | | | | |
| DSH-Vacaville | 94 | No Score: | 0 | 0 | 0 | 0 | 12 |
| | | Level I: | 1 | | | | |
| | | Level II: | 18 | | | | |
| | | Level III: | 16 | | | | |
| | | Level IV: | 47 | | | | |
| | | Total: | 82 | | | | |
| | | Total out of LRH [6] : | 2 | | | | |
| DSH-Salinas Valley | 202 | No Score: | 1 | 4 | 4 | 0 | 34 |
| | | Level I: | 1 | | | | |
| | | Level II: | 17 | | | | |
| | | Level III: | 27 | | | | |
| | | Level IV: | 98 | | | | |
| | | PC 1370: | 13 | | | | |
| | | WIC 7301: | 3 | | | | |
| | | Total: | 160 | | | | |
| | | Total out of LRH [6] : | 18 | | | | |
| DSH-Salinas Valley Multi-person Cells | 44 | No Score: | 0 | 0 | 0 | 0 | 10 |
| | | Level I: | 0 | | | | |
| | | Level II: | 5 | | | | |
| | | Level III: | 7 | | | | |
| | | Level IV: | 21 | | | | |
| | | PC 1370: | 1 | | | | |
| | | Total: | 34 | | | | |
| | | Total out of LRH [6] : | 0 | | | | |
| Total Male ICF High Custody | 730 | TOTAL: | 550 | 10 | 4 | 26 | 140 |

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
| **Male Intermediate Care Facility (Low Custody) Programs** | | | | | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 0 | 0 | 0 | 0 | 5 |
| | | Level I: | 1 | | | | |
| | | Level II: | 24 | | | | |
| | | Level III: | 22 | | | | |
| | | Level IV: | 32 | | | | |
| | | **Total:** | **79** | | | | |
| | | *Total out of LRH [6]:* | *0* | | | | |
| DSH-Atascadero | 256 | No Score: | 7 | 0 | 0 | 0 | 11 |
| | | Level I: | 14 | | | | |
| | | Level II: | 124 | | | | |
| | | Level III: | 53 | | | | |
| | | Level IV: | 47 | | | | |
| | | **Total:** | **245** | | | | |
| DSH-Coalinga | 50 | No Score: | 0 | 0 | 0 | 0 | 2 |
| | | Level I: | 0 | | | | |
| | | Level II: | 34 | | | | |
| | | Level III: | 10 | | | | |
| | | Level IV: | 4 | | | | |
| | | **Total:** | **48** | | | | |
| **Total Male ICF Low Custody** | **390** | **TOTAL:** | **372** | **0** | **0** | **0** | **18** |
| **Male Condemned Program** | | | | | | | |
| **San Quentin-PIP** | **40** | **TOTAL:** | **38** | **0** | **0** | **0** | **2** |
| **Female Programs[7]** | | | | | | | |
| DSH-Patton | 30 | Level I: | 0 | 0 | 0 | 0 | 30 |
| | | Level II: | 0 | | | | |
| | | Level III: | 0 | | | | |
| | | Level IV: | 0 | | | | |
| | | **Total:** | **0** | | | | |
| California Institution for Women-PIP | 45 | No Score: | 3 | 0 | 0 | 0 | 0 |
| | | Level I: | 2 | | | | |
| | | Level II: | 14 | | | | |
| | | Level III: | 6 | | | | |
| | | Level IV: | 20 | | | | |
| | | **Total:** | **45** | | | | |
| **Total Female** | **75** | **TOTAL:** | **45** | **0** | **0** | **0** | **30** |
| **Total Inpatient Program Capacity and Availability – Male and Female** | | | | | | | |
| **GRAND TOTALS** | **1,577** | | **1321** | **23** | **4** | **34** | **195** |

[1] For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

[2] Beds on hold are reserved for patients pending transfer. Based on DSH Reports.

[3] Beds redlined are beds that are temporarily unavailable due to repairs. Based on DSH Reports.

[4] Isolation rooms are cells that for licensing reasons physically differ from the other cells in the program, i.e., have showers or restricted sightlines into the cell. As a result these cells are deemed inappropriate for everyday use. Defendants are evaluating whether some of these rooms can be modified to permit everyday use. Based on DSH Reports.

[5] All Acute beds are single cell. Thus, custody level and least restrictive housing categories do not apply.

[6] Least Restrictive Housing (LRH) is determined by CDCR. The numbers reported are based on an initial limited review pending implementation of the housing review policy. Once fully implemented, the LRH will be established upon referral.

[7] Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.

# Exhibit B

**PSYCHIATRIC INPATIENT PROGRAM**

**REFERRAL/WAITLIST FOR MAY 2016 [2]**

| DATE | PENDING ACCEPTANCE & LOC DETERMINATION[3] | PENDING LRH DETERMINATION[3] | PENDING ENDORSEMENT/ BED AVAILABILITY[3] | ENDORSED TO ACUTE & PENDING TRANSFER[4] | | ENDORSED TO ICF (HC) & PENDING TRANSFER[4] | | ENDORSED TO ICF (LC) & PENDING TRANSFER[4] | | ENDORSED TO CONDEMNED & PENDING TRANSFER | ENDORSED TO FEMALE & PENDING TRANSFER | TOTAL[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | | | |
| 1 | | | | | | | | | | | | |
| 2 | 47 | 0 | 0 | 57 | | 10 | | 6 | | 0 | 1 | **121** |
| 3 | 41 | 3 | 0 | 54 | | 17 | | 9 | | 0 | 1 | **125** |
| 4 | 42 | 21 | 0 | 50 | | 20 | | 6 | | 0 | 1 | **140** |
| 5 | 36 | 16 | 3 | 50 | | 23 | | 5 | | 0 | 1 | **134** |
| 6 | 35 | 28 | 0 | 44 | | 23 | | 4 | | 0 | 1 | **135** |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | 42 | 24 | 4 | 31 | | 26 | | 3 | | 0 | 1 | **131** |
| 10 | 25 | 37 | 2 | 31 | | 30 | | 5 | | 0 | 1 | **131** |
| 11 | 28 | 45 | 8 | 25 | | 23 | | 1 | | 0 | 0 | **130** |
| 12 | 24 | 37 | 14 | 15 | | 19 | | 4 | | 0 | 0 | **113** |
| 13 | 28 | 46 | 7 | 20 | | 16 | | 2 | | 0 | 0 | **119** |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | 27 | 67 | 0 | 20 | | 12 | | 3 | | 0 | 0 | **129** |
| 17 | 44 | 73 | 2 | 19 | | 9 | | 3 | | 0 | 0 | **150** |
| 18 | 38 | 76 | 7 | 24 | | 9 | | 2 | | 0 | 0 | **156** |
| 19 | 29 | 99 | 9 | 24 | | 7 | | 2 | | 0 | 0 | **170** |
| 20 | 23 | 115 | 4 | 22 | | 11 | | 0 | | 0 | 0 | **175** |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | 32 | 113 | 12 | 15 | | 9 | | 0 | | 0 | 0 | **181** |
| 24 | 31 | 117 | 22 | 5 | | 7 | | 3 | | 0 | 0 | **185** |
| 25 | 22 | 120 | 10 | 11 | | 17 | | 6 | | 0 | 0 | **186** |
| 26 | 22 | 141 | 11 | 7 | | 8 | | 5 | | 0 | 0 | **194** |
| 27 | 24 | 146 | 2 | 13 | | 5 | | 3 | | 0 | 0 | **193** |
| 28 | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |
| 31 | 24 | 155 | 3 | 7 | | 3 | | 2 | | 0 | 0 | **194** |
| MONTHLY AVERAGE | **32** | **70** | **6** | **26** | | **14** | | **4** | | **0** | **0** | 152 |

[1] The total provides the sum of inmates waiting to be placed in an inpatient bed.

[2] The referral/waitlist provides the total number of inmates waiting to be placed in an inpatient bed. For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. See Order filed August 21, 2015 at 2 & n.1. For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting when CDCR Statewide Mental Health Program transmits the referral packet to the PIP. For referrals from one DSH inpatient level of care or DSH facility to another (acute to intermediate, intermediate to acute, ICF-HC to ICF-LC), a patient is on the referral waitlist starting on the date that a Decision Form confirming the level of care is posted to SharePoint. As a result, this chart includes patients whose referrals may be rescinded or rejected, as provided by the Program Guide, who succeed in challenging their inpatient placement in a Vitek hearing, or who have paroled from custody; it also will include patients who have been accepted and assigned a bed but are in transit to their inpatient program. Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist are constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program. Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.

[3] These data elements reflect the progression of referrals through the new requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016. In these phases of "waiting," level of care, least restrictive housing, and inpatient program endorsement location are being determined.

[4] The Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds was implemented on May 1, 2016. During the transition period, data may not be available pending development of reporting mechanisms. Until then, CDCR will be reporting a combined number for CDCR referrals and DSH referrals that were endorsed to Acute, endorsed to Intermediate (high custody), and Intermediate (low custody). Additionally, these categories will include any referrals received prior to May 1, 2016, that are accepted and awaiting transfer under the old process without an endorsement.

# Exhibit C

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
## Weekly Average Census and Pending List Data
### *January - December 2016*



TOTAL INPATIENT PROGRAMS PENDING LIST

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▢ Total Pending List | 85 | 74 | 78 | 76 | 151 | | | | | | | |

**TOTAL PENDING LIST AVG FOR MAY = 151**
*Beyond Endorsement Timeframe Avg for Period = 38*
*Beyond 72-hr Transfer Timeframe Avg for Period = 6*



TOTAL INPATIENT PROGRAMS PENDING LIST BY CATEGORY
May 2016

- 🟥 Pending Acceptance & LOC Determination
- 🟦 Pending LRH Determination
- 🟩 Pending Endorsement/Bed Availability
- 🟪 Endorsed & Pending Transfer

**NOTES:**

1. The time periods identified in this report reflect the requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016, and does not alter the transfer timelines set forth in the MHSDS Program Guide.

2. Report revised beginning May 2016 to capture the new process under the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds . All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

3. Definitions:
   *__Pending List:__ Includes ALL inmate-patients waiting for an ICF or APP bed. Inmate-patients are placed on the Pending List as soon as the referral is sent to the inpatient program (which is deemed the same day of receipt by the inpatient program). Inmate-patients are removed from the Pending List once admitted and transferred into an ICF or APP bed, is rejected by the inpatient program, or the referral is rescinded.
   *__Endorsed and Pending Transfer:__ Includes inmate-patients on the Pending List that have been endorsed by HCPOP, but have not yet transferred to the endorsed inpatient program.
   *__Beyond Timeframe for Endorsement:__ Includes inmate-patients on the Pending List that have not been endorsed for transfer within 7 business days of sending an ICF referral to the inpatient program, or within 3 business days of sending an APP referral to the inpatient program. *Endorsements will only be completed upon bed availability.*
   *__Beyond Timeframe for Transfer:__ Includes inmate-patients on the Pending List that have not transferred to the endorsed inpatient program within 72 hours of HCPOP endorsement.

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
## Weekly Average Census and Pending List Data
### *January - December 2016*



### ASH-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 6 | 10 | 9 | 4 | 1 | | | | | | | |
| Avg Census | 191 | 225 | 250 | 249 | 248 | | | | | | | |
| Cap | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 |
| Total | 197 | 236 | 259 | 252 | 249 | | | | | | | |

**CENSUS AVG FOR MAY = 248**
*Endorsed and Pending Transfer Avg for Period = 1*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*



### VPP-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 4 | 5 | 4 | 5 | 1 | | | | | | | |
| Avg Census | 63 | 65 | 75 | 82 | 80 | | | | | | | |
| Total | 67 | 70 | 79 | 87 | 81 | | | | | | | |
| Cap | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 |

**CENSUS AVG FOR MAY = 80**
*Endorsed and Pending Transfer Avg for Period = 1*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*



### CSH-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 1 | 0 | | | | | | | |
| Avg Census | 49 | 49 | 48 | 48 | 47 | | | | | | | |
| Total | 49 | 49 | 48 | 48 | 47 | | | | | | | |
| Cap | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |

**CENSUS AVG FOR MAY = 47**
*Endorsed and Pending Transfer Avg for Period = 0*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
## Weekly Average Census and Pending List Data
### *January - December 2016*



## VPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 1 | 1 | 1 | | | | | | | |
| Avg Census | 92 | 87 | 86 | 86 | 84 | | | | | | | |
| Total | 92 | 87 | 87 | 87 | 85 | | | | | | | |
| Cap | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 |

| CENSUS AVG FOR MAY = 84 |
|---|
| *Endorsed and Pending Transfer Avg for Period = 1* |
| *Beyond 72-hr Transfer Timeframe Avg for Period = 1* |



## SVPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 18 | 14 | 15 | 19 | 9 | | | | | | | |
| Avg Census Multi | 22 | 21 | 22 | 27 | 33 | | | | | | | |
| Avg Census Single | 189 | 187 | 176 | 169 | 161 | | | | | | | |
| Total | 228 | 222 | 212 | 214 | 203 | | | | | | | |
| Cap | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 |

| CENSUS AVG FOR MAY = 194 |
|---|
| *Endorsed and Pending Transfer Avg for Period = 9* |
| *Beyond 72-hr Transfer Timeframe Avg for Period = 0* |

## CHCF-ICF HIGH (DSH)

28 isolation cells considered unusable.

Effective 12/15/15, cap decreased 420 to 390 (flipped to APP).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 2 | 1 | 2 | 1 | 2 | | | | | | | |
| Avg Census | 269 | 265 | 245 | 246 | 268 | | | | | | | |
| Total | 271 | 266 | 246 | 246 | 270 | | | | | | | |
| Usable Cap | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | |
| Cap | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | |

| CENSUS AVG FOR MAY = 268 |
|---|
| *Endorsed and Pending Transfer Avg for Period = 2* |
| *Beyond 72-hr Transfer Timeframe Avg for Period = 1* |

**PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)**
Weekly Average Census and Pending List Data
*January - December 2016*



### VPP-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 52 | 41 | 42 | 39 | 21 | | | | | | | |
| Avg Census | 204 | 199 | 195 | 203 | 206 | | | | | | | |
| Total | 256 | 240 | 236 | 242 | 227 | | | | | | | |
| Cap | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 |

**CENSUS AVG FOR MAY = 206**
*Endorsed and Pending Transfer Avg for Period = 21*
*Beyond 72-hr Transfer Timeframe Avg for Period = 3*



### CHCF-APP (DSH)

6 isolation cells considered unusable.

Effective 12/15/15, cap increased 94 to 124 (flipped tfrom ICF).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 2 | 1 | 4.8 | 3 | 5 | | | | | | | |
| Avg Census | 93 | 90 | 84 | 103 | 105 | | | | | | | |
| Total | 95 | 91 | 89 | 106 | 109 | | | | | | | |
| Usable Cap | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 |
| Cap | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 |

**CENSUS AVG FOR MAY =  105**
*Endorsed and Pending Transfer Avg for Period = 5*
*Beyond 72-hr Transfer Timeframe Avg for Period = 1*

### SQ PIP - APP/ICF (CDCR)

Program for condemned inmates.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 1 | 0 | | | | | | | |
| Avg Census | 40 | 39 | 36 | 35 | 38 | | | | | | | |
| Total | 40 | 39 | 36 | 36 | 38 | | | | | | | |
| Cap | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |

**CENSUS AVG FOR MAY = 38**
*Endorsed and Pending Transfer Avg for Period = 0*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)

## Weekly Average Census and Pending List Data

### *January - December 2016*



**CIW PIP - APP/ICF (CDCR)**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 1 | 2 | 2 | 5 | 0 | | | | | | | |
| Avg Census | 39 | 36 | 41 | 45 | 45 | | | | | | | |
| Total | 40 | 38 | 43 | 50 | 45 | | | | | | | |
| Cap | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |

**CENSUS AVG FOR MAY = 45**
*Endorsed and Pending Transfer Avg for Period = 0*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*



**PSH-APP/ICF (DSH)**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Avg Census | 2 | 2 | 2 | 0 | 0 | | | | | | | |
| Total | 2 | 2 | 2 | 0 | 0 | | | | | | | |
| Cap | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |

**CENSUS AVG FOR MAY = 0**
*Endorsed and Pending Transfer Avg for Period = 0*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*