# Exhibit B

**OFFICE OF LEGAL AFFAIRS**
Patrick R. McKinney II
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



June 15, 2016

Paul Mello
Hanson Bridgett
1676 N. California Blvd., Suite 620
Walnut Creek, CA  94596

Dear Mr. Mello:

Attached, please find California Department of Corrections and Rehabilitation's June 2016 Status Update for Three-Judge Court proceeding.

Sincerely,

Patrick R. McKinney II
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation

Attachments



# JUNE 15, 2016 UPDATE TO THE THREE-JUDGE COURT

This report reflects CDCR's efforts as of June 15, 2016 to develop and implement measures to comply with the Three-Judge Court's population reduction order. Because this is an evolving process, CDCR reserves the right to modify or amend its plans as circumstances change.

On February 22, 2016, CDCR activated 792 infill beds and corresponding administrative and health care support facilities at Mule Creek State Prison. An additional 792 beds and corresponding administrative and health care support facilities were activated at Mule Creek on March 28, 2016. The parties are currently engaged in the Court-ordered meet-and-confer process to reach an agreement on how such capacity should be counted for purposes of determining compliance with the Court's population reduction order. As of June 8, 2016, the State's prison population is approximately 134.6% of design capacity if the 1,584 infill beds are counted at 137.5% for the compliance calculation. If the 1,584 infill beds are counted at 100% for the compliance calculation, the prison population is approximately 135.3% of design capacity.

1. <u>Contracting for additional in-state capacity in county jails, community correctional facilities, private prison(s), and reduction of out-of-state beds:</u>

    Defendants have reduced the population in CDCR's 34 institutions by transferring inmates to in-state facilities.

    a. Private Prison (California City):

        The current population of California City is approximately 1,795 inmates.

    b. Community correctional facilities (CCFs) and modified community correctional facilities (MCCFs):

        The State currently has contracted for 4,218 MCCF beds that are in various stages of activation and transfer.

    c. County jails:

        The State continues to evaluate the need for additional in-state jail bed contracts to house CDCR inmates.

    d. Reduction of inmates housed out-of-state:

        On February 10, 2014, the Court ordered Defendants to "explore ways to attempt to reduce the number of inmates housed in out-of-state facilities to the extent feasible." Since that time, the State has reduced the out-of-state inmate population to 4,768 and has closed the Oklahoma out-of-state facility.

2. <u>Reentry Hubs:</u>

    The State continues to maintain thirteen prison-based reentry hubs.

3.  <u>Newly-enacted legislation/update on durability:</u>

In response to the Court's March 4, 2016 Order, Defendants will continue to report on enacted and pending legislation, policies, and construction that will ensure that compliance with the Court-ordered population cap is durable.

The State continues to implement Senate Bill 260 (2013) and Senate Bill 261 (2015), which allows inmates whose crimes were committed before the age of 23 to appear before the Board of Parole Hearings (the Board) to demonstrate their suitability for release after serving at least fifteen years of their sentence. From January 1, 2014 through May 31, 2016, the Board held 1,358 youth offender hearings, resulting in 367 grants, 838 denials, 153 stipulations to unsuitability, and there are currently no split votes that require referral to the full Board for further consideration. An additional 741 hearings were scheduled during this time period, but were waived, postponed, continued, or cancelled.

On October 3, 2015, the State also enacted Senate Bill 230, which provides that life inmates who are granted parole will be eligible for release, subject to applicable review periods, upon reaching their minimum eligible parole date. Life inmates will no longer be granted parole with future parole dates.

Proposition 36, passed by the voters in November 2012, revised the State's three-strikes law to permit resentencing for qualifying third-strike inmates whose third strike was not serious or violent. As of June 9, 2016, approximately 2,203 third-strike inmates have been released.

On November 4, 2014, the voters passed Proposition 47, which requires misdemeanor rather than felony sentencing for certain property and drug crimes and permits inmates previously sentenced for these reclassified crimes to petition for resentencing. As of May 31, 2016, approximately 4,620 inmates have been released under Proposition 47.

On January 27, 2016, Governor Brown announced The Public Safety and Rehabilitation Act of 2016 (the "Act"), which if passed by the voters will serve as a durable remedy and further the goals of enhancing public safety and promoting rehabilitation.[1] The Act proposes to reform the juvenile and adult criminal justice system in California by (1) creating a parole consideration process for non-violent offenders who have served the full term for their primary criminal offense in state prison, (2) authorizing CDCR to award credits earned for good behavior and approved rehabilitative or educational achievements, and (3) requiring judges to determine whether juveniles charged with certain crimes should be tried in juvenile or adult court. CDCR will draft and adopt regulations to implement the parole and credits provisions after a period of public review and comment. CDCR's Secretary is also required to certify that the regulations protect and enhance public safety.

---

[1] On February 24, 2016, the Sacramento Superior Court granted the California District Attorneys Association's request for a writ of mandate prohibiting the Attorney General from issuing a title and summary for the Act as amended. Governor Brown sought emergency relief from the California Supreme Court, and on June 6, 2016, the California Supreme Court issued a peremptory writ of mandate, directing the Superior Court to vacate its judgment and enter a new order denying the relief sought by the California District Attorneys Association.

    Additionally, CDCR is adding 2,376 beds with corresponding administrative and health care support facilities at Mule Creek State Prison and Richard J. Donovan Correctional Facility. As described above, 1,584 of these beds at Mule Creek have already been activated. CDCR continues to expand community reentry bed usage and is exploring options for increasing reentry bed use, including modifying statutory requirements to enable CDCR to place inmates in reentry facilities up to six months before their release dates, two months earlier than is currently permitted.

4. <u>Prospective credit-earning increase for non-violent, non-sex registrant second-strike offenders and minimum custody inmates:</u>

    Effective from the date of the Court's February 10, 2014 Order, non-violent, non-sex second-striker offenders are earning credits at the rate of 33.3% (increased from the previous rate of 20%) and are also eligible to earn milestone credits for rehabilitative programs. The State's automated systems have been modified and the court-ordered credits are being automatically applied, including milestone credits. In May, 351 inmates were released as a result of the court-ordered credit increases.[2] These inmates earned an estimated average of 142.6 days of additional credit. Of the 351 inmates released in May, 205 earned milestone completion credits toward their advanced release date. Since April 2014, approximately 5.525 inmates who have been released as a result of this credit measure earned milestone credits toward their advanced release date.

    As of January 1, 2015, Defendants expanded 2-for-1 credit earnings for all inmates designated Minimum Custody A or B pursuant to California Code of Regulations Title 15 Section 3377.1 who are currently eligible to earn day-for-day (50%) credits. These credits are being applied prospectively to the 3,270 inmates who are currently eligible under this program. Since January 1, 2015, 9,755 total inmates have been released receiving expanded 2-for-1 earnings.

5. <u>New parole determination process whereby non-violent second-strikers will be eligible for parole consideration by the Board once having served 50% of their sentence:</u>

    Classification committees are reviewing inmates for eligibility and referring them to the Board. From January 1, 2015 through May 31, 2016, 7,434 non-violent second-strike inmates were referred to the Board for review for parole. During this time period, the Board approved 2,461 inmates for release and denied release to 2,333 inmates. Many cases are pending review because the 30-day period for written input from inmates, victims, and prosecutors has not yet elapsed. Others are pending review until the inmate is within 60 days of his or her 50 percent time-served date.

6. <u>Parole determination process for certain inmates with indeterminate sentences granted parole with future parole dates:</u>

    As mentioned above, on October 3, 2015, the State enacted Senate Bill 230, which provides that life inmates who are granted parole will be eligible for release, subject to applicable review periods, upon reaching their minimum eligible parole date.

---

[2] Of the 351 inmates, 243 were released to Post Release Community Supervision and 108 were released to parole.

7. <u>Parole process for medically incapacitated inmates:</u>

The State continues to work closely with the Receiver's Office to implement this measure.  The Receiver's Office is continuing to review inmates and is sending completed recommendations to CDCR.  Recommendations received from the Receiver's office are reviewed by DAI and referred to the Board for a hearing.  As of June 9, 2016, the Board has held 81 medical parole hearings under the revised procedures.  An additional 24 were scheduled, but were postponed, continued, or cancelled.

8. <u>Parole process for inmates 60 years of age or older having served at least 25 years:</u>

The Board continues to schedule eligible inmates for hearings who were not already in the Board's hearing cycle, including inmates sentenced to determinate terms.  From February 11, 2014 through May 31, 2016, the Board has held 1,351 hearings for inmates eligible for elderly parole, resulting in 359 grants, 890 denials, 102 stipulations to unsuitability, and there currently are no split votes that require further review by the full Board.  An additional 636 hearings were scheduled during this time period but were waived, postponed, continued, or cancelled.

9. <u>Reentry programs:</u>

Contracts for the San Francisco, Marin, Los Angeles, Kern County, and Butte County reentry programs are in place.  The State continues to review and refer eligible inmates for placement consideration.  As of June 8, 2016, 173 inmates are housed in reentry facilities.

10. <u>Expanded alternative custody program:</u>

The State's expanded alternative custody program for females, Custody to Community Transitional Reentry Program (CCTRP), provides female inmates with a range of rehabilitative services that assist with alcohol and drug recovery, employment, education, housing, family reunification, and social support.  Female inmates in the CCTRP are housed at one of four facilities located in San Diego, Santa Fe Springs (LA), Bakersfield, and Stockton.  As of June 10, 2016, 267 female inmates are participating in the CCTRP.