KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-KJN (PC)<br><br>**STIPULATION AND ORDER MODIFYING OCTOBER 13, 2015 ORDER APPROVING PATIENT CENSUS AND WAITLIST CHARTS FOR INPATIENT MENTAL HEALTH CARE**<br><br>Judge Kimberly J. Mueller |

On August 21, 2015, the Court ordered the Special Master to work with the *Coleman* parties to finalize draft templates to capture data concerning patient census and waitlists for inpatient mental health care. ECF No. 5343. On September 29, 2015, the Special Master submitted the finalized templates to the Court. ECF No. 5363. On October 13, 2015, the Court entered an order approving the templates. ECF No. 5367. In October 2015, Defendants began filing the monthly reports on inpatient mental health care.

1

Stip. And Order Mod. 10/13/15 Order Re Census & Waitlist Charts for Inpatient Mental Health Care (2:90-cv-00520 KJM-KJN (PC))

1    As previously reported to the Court, the memorandum of understanding between
Department of State Hospitals (DSH) and California Department of Corrections and
Rehabilitation (CDCR) for provision of inpatient mental health services has been updated. The
memorandum of understanding, which was implemented on May 1, 2016, includes a new
procedure for the referral of inmates for inpatient mental health treatment. Two of the court-
approved templates, Defendants' Psychiatric Inpatient Program Referral/Waitlist and CDCR's
Psychiatric Inpatient Programs Trends report, have been revised to reflect the new referral
procedures required under the updated memorandum of understanding. Copies of two versions of
the proposed revised template for Defendants' Psychiatric Inpatient Program Referral/Waitlist are
attached as Exhibits A and B. The referral/waitlist report that will be filed beginning June 15,
2016, and monthly thereafter until such time as CDCR is able to report the location of the
program from which an inmate is endorsed for inpatient care is attached as Exhibit A. *See*
footnote 4 to Exhibit A. The final version of the monthly referral/waitlist report is attached as
Exhibit B. The proposed revised template for CDCR's Psychiatric Inpatient Programs Trends
report is attached as Exhibit C.

The Special Master and Plaintiffs have agreed to the revised versions of the templates.
Accordingly, the parties, with the concurrence of the Special Master, stipulate as follows:

Beginning June 15, 2016, Defendants will file, along with Defendants' Psychiatric Inpatient
Programs Census Report, the referral/waitlist and monthly trends report pursuant to this
stipulation and in the forms attached as Exhibits A, B, and C.

IT IS SO STIPULATED.

/ / /

/ / /

2

Stip. And Order Mod. 10/13/15 Order Re Census & Waitlist Charts for Inpatient Mental Health Care  (2:90-cv-00520 KJM-KJN (PC))

| | |
|---|---|
| Dated: June 14, 2016 | Respectfully submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General |
| | */s/ Christine M. Ciccotti*<br>CHRISTINE M. CICCOTTI<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| | */s/ Michael W. Bien*<br>MICHAEL W. BIEN<br>*Attorney for Plaintiffs* |

CF1997CS0003
12304352

## ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: Nunc pro tunc to June 15, 2016.

_____
UNITED STATES DISTRICT JUDGE

3

Stip. And Order Mod. 10/13/15 Order Re Census & Waitlist Charts for Inpatient Mental Health Care  (2:90-cv-00520 KJM-KJN (PC))