# Exhibit A

## PSYCHIATRIC INPATIENT PROGRAM
## SAMPLE REFERRAL/WAITLIST FOR MAY 2016 [2]

| DATE | PENDING ACCEPTANCE & LOC DETERMINATION[3] | PENDING LRH DETERMINATION[3] | PENDING ENDORSEMENT/ BED AVAILABILITY[3] | ENDORSED TO ACUTE & PENDING TRANSFER[4] | | ENDORSED TO ICF (HC) & PENDING TRANSFER[4] | | ENDORSED TO ICF (LC) & PENDING TRANSFER[4] | | ENDORSED TO CONDEMNED & PENDING TRANSFER | ENDORSED TO FEMALE & PENDING TRANSFER | TOTAL[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | | | |
| 1 | | | | | | | | | | | | |
| 2 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48** |
| 3 | 45 | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | **55** |
| 4 | 40 | 8 | 2 | 4 | 0 | 5 | 0 | 4 | 4 | 0 | 0 | **63** |
| 5 | 45 | 15 | 10 | 4 | 0 | 6 | 0 | 4 | 4 | 0 | 0 | **84** |
| 6 | 41 | 12 | 9 | 3 | 0 | 7 | 0 | 3 | 3 | 0 | 0 | **75** |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | 35 | 10 | 5 | 5 | | 11 | | 4 | | 0 | 1 | **71** |
| 10 | 38 | 16 | 8 | 3 | | 8 | | 4 | | 0 | 1 | **78** |
| 11 | 30 | 18 | 7 | 1 | | 4 | | 2 | | 0 | 0 | **62** |
| 12 | 28 | 22 | 6 | 6 | | 6 | | 3 | | 0 | 1 | **72** |
| 13 | 30 | 18 | 2 | 6 | | 4 | | 4 | | 0 | 1 | **65** |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | 35 | 12 | 2 | 2 | | 7 | | 5 | | 1 | 0 | **64** |
| 17 | 38 | 15 | 1 | 8 | | 9 | | 6 | | 0 | 0 | **77** |
| 18 | 40 | 15 | 2 | 7 | | 10 | | 10 | | 0 | 0 | **84** |
| 19 | 45 | 10 | 1 | 6 | | 12 | | 8 | | 0 | 2 | **84** |
| 20 | 38 | 8 | 5 | 5 | | 8 | | 6 | | 0 | 2 | **72** |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | 35 | 12 | 1 | 1 | | 11 | | 3 | | 0 | 0 | **63** |
| 24 | 30 | 14 | 5 | 5 | | 15 | | 7 | | 0 | 0 | **76** |
| 25 | 33 | 18 | 6 | 3 | | 11 | | 8 | | 0 | 1 | **80** |
| 26 | 38 | 13 | 7 | 4 | | 10 | | 10 | | 0 | 1 | **83** |
| 27 | 40 | 14 | 5 | 12 | | 14 | | 13 | | 1 | 0 | **99** |
| 28 | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | |
| 31 | 35 | 15 | 10 | 5 | | 12 | | 10 | | 0 | 0 | **87** |
| MONTHLY AVERAGE | **37** | **13** | **4** | **4** | | **8** | | **6** | | **0** | **1** | **73** |

[1] The total provides the sum of inmates waiting to be placed in an inpatient bed.

[2] For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. See Order filed August 21, 2015 at 2 & n.1. For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting when CDCR Statewide Mental Health Program transmits the referral packet to the PIP. For referrals from one DSH inpatient level of care or DSH facility to another (acute to intermediate, intermediate to acute, ICF-HC to ICF-LC), a patient is on the referral waitlist starting on the date that a Decision Form confirming the level of care is posted to SharePoint. As a result, this chart includes patients whose referrals may be rescinded or rejected, as provided by the Program Guide, who succeed in challenging their inpatient placement in a Vitek hearing, or who have paroled from custody; it also will include patients who have been accepted and assigned a bed but are in transit to their inpatient program. Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist are constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program. Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.

[3] These data elements reflect the progression of referrals through the new requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016. In these phases of "waiting," level of care, least restrictive housing, and inpatient program endorsement location are being determined.

[4] The Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds was implemented on May 1, 2016. During the transition period, data may not be available pending development of reporting mechanisms. Until then, CDCR will be reporting a combined number for CDCR referrals and DSH referrals that were endorsed to Acute, endorsed to Intermediate (high custody), and Intermediate (low custody). Additionally, these categories will include any referrals received prior to May 1, 2016, that are accepted and awaiting transfer under the old process without an endorsement.

**DUMMY DATA USED FOR PURPOSES OF ILLUSTRATION ONLY.**

# Exhibit B

**PSYCHIATRIC INPATIENT PROGRAM**
**SAMPLE REFERRAL/WAITLIST FOR JULY 2016** [2]

| DATE | PENDING ACCEPTANCE & LOC DETERMINATION[3] | PENDING LRH DETERMINATION[3] | PENDING ENDORSEMENT/ BED AVAILABILITY[3] | ENDORSED TO ACUTE & PENDING TRANSFER | | ENDORSED TO ICF (HC) & PENDING TRANSFER | | ENDORSED TO ICF (LC) & PENDING TRANSFER | | ENDORSED TO CONDEMNED & PENDING TRANSFER | ENDORSED TO FEMALE & PENDING TRANSFER | TOTAL[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | | | |
| 1 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **48** |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | 45 | 5 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | **55** |
| 6 | 40 | 8 | 2 | 4 | 0 | 5 | 0 | 2 | 2 | 0 | 0 | **63** |
| 7 | 45 | 15 | 10 | 3 | 1 | 4 | 2 | 2 | 2 | 0 | 0 | **84** |
| 8 | 41 | 12 | 9 | 3 | 0 | 5 | 2 | 1 | 2 | 0 | 0 | **75** |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | 35 | 10 | 5 | 5 | 0 | 8 | 3 | 1 | 3 | 0 | 1 | **71** |
| 12 | 38 | 16 | 8 | 3 | 0 | 5 | 3 | 1 | 3 | 0 | 1 | **78** |
| 13 | 30 | 18 | 7 | 1 | 0 | 3 | 1 | 1 | 1 | 0 | 0 | **62** |
| 14 | 28 | 22 | 6 | 5 | 1 | 5 | 1 | 3 | 0 | 0 | 1 | **72** |
| 15 | 30 | 18 | 2 | 6 | 0 | 2 | 2 | 2 | 2 | 0 | 1 | **65** |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | 35 | 12 | 2 | 1 | 1 | 3 | 4 | 2 | 3 | 1 | 0 | **64** |
| 19 | 38 | 15 | 1 | 8 | 0 | 5 | 4 | 2 | 4 | 0 | 0 | **77** |
| 20 | 40 | 15 | 2 | 7 | 0 | 5 | 5 | 5 | 5 | 0 | 0 | **84** |
| 21 | 45 | 10 | 1 | 6 | 0 | 3 | 4 | 4 | 4 | 0 | 2 | **79** |
| 22 | 38 | 8 | 5 | 5 | 0 | 3 | 5 | 5 | 1 | 0 | 2 | **72** |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | 35 | 12 | 1 | 1 | 0 | 7 | 4 | 3 | 0 | 0 | 0 | **63** |
| 26 | 30 | 14 | 5 | 5 | 0 | 10 | 5 | 5 | 2 | 0 | 0 | **76** |
| 27 | 33 | 18 | 6 | 3 | 0 | 6 | 5 | 6 | 2 | 0 | 1 | **80** |
| 28 | 38 | 13 | 7 | 4 | 0 | 6 | 4 | 8 | 2 | 0 | 1 | **83** |
| 29 | 40 | 14 | 5 | 12 | 0 | 10 | 4 | 9 | 4 | 1 | 0 | **99** |
| 30 | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | |
| **MONTHLY AVERAGE** | **38** | **13** | **4** | **4** | **0** | **5** | **3** | **3** | **2** | **0** | **1** | **73** |

[1] The total provides the sum of inmates waiting to be placed in an inpatient bed.

[2] For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. *See* Order filed August 21, 2015 at 2 & n.1.  For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting when CDCR Statewide Mental Health Program transmits the referral packet to the PIP.  For referrals from one DSH inpatient level of care or DSH facility to another (acute to intermediate, intermediate to acute, ICF-HC to ICF-LC), a patient is on the referral waitlist starting on the date that a Decision Form confirming the level of care is posted to SharePoint.  As a result, this chart includes patients whose referrals may be rescinded or rejected, as provided by the Program Guide, who succeed in challenging their inpatient placement in a *Vitek* hearing, or who have paroled from custody; it also will include patients who have been accepted and assigned a bed but are in transit to their inpatient program.  Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist are constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program.   Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.

[3] These data elements reflect the progression of referrals through the new requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016.  In these phases of "waiting," level of care, least restrictive housing, and inpatient program endorsement location are being determined.

**DUMMY DATA USED FOR PURPOSES OF ILLUSTRATION ONLY.**

# Exhibit C

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*



**TOTAL INPATIENT PROGRAMS PENDING LIST**

DUMMY DATA FOR ILLUSTRATION ONLY

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Pending List | | | | | 82 | 76 | | | | | | |

**TOTAL PENDING LIST AVG FOR PERIOD = 79**
*Beyond Endorsement Timeframe Avg for Period = 6*
*Beyond 72-hr Transfer Timeframe Avg for Period = 1*

**TOTAL INPATIENT PROGRAMS PENDING LIST BY CATEGORY**
May-June 2016

- Pending Acceptance & LOC Determination: 41, 51%
- Pending LRH Determination: 24, 30%
- Pending Endorsement/Bed Availability: 6, 8%
- Endorsed & Pending Transfer: 8, 11%

**NOTES:**

1. The time periods identified in this report reflect the requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016, and does not alter the transfer timelines set forth in the MHSDS Program Guide.

2. Report revised beginning May 2016 to capture the new process under the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds . All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).

3. Definitions:
   *__Pending List:__ Includes ALL inmate-patients waiting for an ICF or APP bed. Inmate-patients are placed on the Pending List as soon as the referral is <u>sent</u> to the inpatient program (which is deemed the same day of receipt by the inpatient program). Inmate-patients are removed from the Pending List once admitted and transferred into an ICF or APP bed, is rejected by the inpatient program, or the referral is rescinded.
   *__Endorsed and Pending Transfer:__ Includes inmate-patients on the Pending List that have been endorsed by HCPOP, but have not yet transferred to the endorsed inpatient program.
   *__Beyond Timeframe for Endorsement:__ Includes inmate-patients on the Pending List that have not been endorsed for transfer within 7 business days of sending an ICF referral to the inpatient program, or within 3 business days of sending an APP referral to the inpatient program. *Endorsements will only be completed upon bed availability.*
   *__Beyond Timeframe for Transfer:__ Includes inmate-patients on the Pending List that have not transferred to the endorsed inpatient program within 72 hours of HCPOP endorsement.

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*



### ASH-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 6 | 10 | 9 | 4 | | | | | | | | |
| Avg Census | 191 | 225 | 250 | 249 | | | | | | | | |
| Total | | | | | | | | | | | | |
| Cap | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*



### VPP-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 4 | 5 | 4 | 5 | | | | | | | | |
| Avg Census | 63 | 65 | 75 | 82 | | | | | | | | |
| Total | 67 | 70 | 79 | 87 | | | | | | | | |
| Cap | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*



### CSH-ICF DORMS (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 1 | | | | | | | | |
| Avg Census | 49 | 49 | 48 | 48 | | | | | | | | |
| Total | 49 | | | | | | | | | | | |
| Cap | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*



### VPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 1 | 1 | | | | | | | | |
| Avg Census | 92 | 87 | 86 | 86 | | | | | | | | |
| Total | 92 | 87 | 87 | 87 | | | | | | | | |
| Cap | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

### SVPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 18 | 14 | 15 | 19 | | | | | | | | |
| Avg Census Multi | 22 | 21 | 22 | 27 | | | | | | | | |
| Avg Census Single | 189 | 187 | 176 | 169 | | | | | | | | |
| Total | 228 | 222 | 212 | 214 | | | | | | | | |
| Cap | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*



### CHCF-ICF HIGH (DSH)

28 isolation cells considered unusable.

Effective 12/15/15, cap decreased 420 to 390 (flipped to APP).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 2 | 1 | 2 | 1 | | | | | | | | |
| Avg Census | 269 | 265 | 245 | 246 | | | | | | | | |
| Total | 271 | 266 | 246 | 246 | | | | | | | | |
| Usable Cap | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 | 362 |
| Cap | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 | 390 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*

### VPP-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 52 | 41 | 42 | 39 | | | | | | | | |
| Avg Census | 204 | 199 | 195 | 203 | | | | | | | | |
| Total | 256 | 240 | 236 | 242 | | | | | | | | |
| Cap | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 |

CENSUS AVG FOR PERIOD =
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

### CHCF-APP (DSH)

6 isolation cells considered unusable.

Effective 12/15/15, cap increased 94 to 124 (flipped t from ICF).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 2 | 1 | 5 | 3 | | | | | | | | |
| Avg Census | 93 | 90 | 84 | 103 | | | | | | | | |
| Total | 95 | 91 | 89 | 106 | | | | | | | | |
| Usable Cap | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 |
| Cap | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 | 124 |

CENSUS AVG FOR PERIOD =
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

### SQ PIP - APP/ICF (CDCR)

Program for condemned inmates.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 1 | | | | | | | | |
| Avg Census | 40 | 39 | 36 | 35 | | | | | | | | |
| Total | 40 | 39 | 36 | 36 | | | | | | | | |
| Cap | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |

CENSUS AVG FOR PERIOD =
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*



### CIW PIP - APP/ICF (CDCR)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 1 | 2 | 2 | 5 | | | | | | | | |
| Avg Census | 39 | 36 | 41 | 45 | | | | | | | | |
| Total | 40 | 38 | 43 | 50 | | | | | | | | |
| Cap | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period =*
*Beyond 72-hr Transfer Timeframe Avg for Period =*



### PSH-APP/ICF (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 0 | | | | | | | | |
| Avg Census | 2 | 2 | 2 | 0 | | | | | | | | |
| Total | 2 | 2 | 2 | 0 | | | | | | | | |
| Cap | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |

**CENSUS AVG FOR PERIOD =**
*Endorsed and Pending Transfer Avg for Period = 0*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*