**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF RHODE ISLAND**

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    vs.                                      No. 2:90-cv-00520 KJM-KJN

**EDMUND G. BROWN, et al.,**
    **Defendants**

_____/

**SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT
OF ADDITIONAL STAFF AND APPOINTMENT OF DEPUTY SPECIAL MASTER
WITH INCREASED COMPENSATION**

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants, the special master submits herewith his request for the court's approval of the appointment of Sarah O. Clifton, Esq. to the special master's staff. Ms. Clifton is to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for her work as a court monitor and ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

In addition, the special master requests that the court appoint Kerry F. Walsh, Esq. as deputy special master in this action to be effective at the time a court order is entered. As of that date, Mr. Walsh will be compensated at an hourly rate of two hundred fifty dollars ($250.00) for his work so that his compensation may be commensurate with that of the other deputy special master.

The reasons for the special master's requests are set forth in the accompanying memorandum.

Respectfully submitted

/s/

_____
Matthew A. Lopes, Jr.
Special Master

June 29, 2015