**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF RHODE ISLAND**

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    vs.                                                                                No. 2:90-cv-00520 KJM-KJN

**EDMUND G. BROWN, et al.,**
    **Defendants**

_____/

**MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S**
**REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF AND**
**APPOINTMENT OF DEPUTY SPECIAL MASTER**
**WITH INCREASED COMPENSATION**

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master submits herewith his request for the court's approval of the appointment of Sarah O. Clifton, Esq. to the Special Master's staff. The *curriculum vitae* of Sarah O. Clifton is annexed hereto as Exhibit A. The Special Master requests this addition to his staff in order to enhance his capacity to expeditiously fulfill his various duties and responsibilities and to fill the staffing void created by the recent retirement of two team members, Linda Holden and Haunani Henry. At present the Special Master is only seeking the appointment of one individual but will seek to appoint another individual in the future to bring his staffing up to its former complement.

In addition, the Special Master requests that the court appoint Kerry F. Walsh, Esq. as Deputy Special Master in this action to be effective at the time a court order is entered. The previous Deputy Special Master, Linda Holden, retired as of May 27, 2016. Commencing on the

date of appointment of Mr. Walsh as Deputy Special Master, he will be compensated at an hourly rate of two hundred fifty dollars ($250.00) for his work so that his compensation may be commensurate with that of the other Deputy Special Master. Mr. Walsh was originally appointed to the special master's staff as a monitor in November of 2007. (ECF No. 2490).

Linda Holden was appointed as a member of the Special Master's team on July 24, 2006 (ECF No. 1917). She was subsequently appointed as one of two Deputy Special Masters as of November 1, 2007 (ECF No. 2453) contemporaneously with the appointment of Matthew A. Lopes, Jr. as Special Master following the retirement of Michael J. Keating. The court ordered that Ms. Holden be compensated at an hourly rate of two hundred fifty dollars ($250.00). (*Id* at 1).

Ms. Holden retired from the practice of law and the Special Master's team on May 27, 2016. In the first year following her appointment in 2006, Ms. Holden was responsible for assembling voluminous amounts of data and materials and synthesizing this information to provide the special master with the raw materials to formulate his reports. Also in her first year as a member of the Special Master's team, no less than ten reports were filed with the court. Her role on the Special Master's team was defined in those first 12 months. Although Ms. Holden also attended site visits, in the latter part of her tenure as Deputy Special Master she spent the majority of her time assisting the Special Master in shaping compliance reports, suicide reports and other various reports resulting from court orders to address issues brought before the court which demanded a review by the special master and his team (e.g. access to inpatient care, RVRs, inpatient treatment at DSH facilities and programs). In addition to her duties as a writer, she was also an integral part of the Three-Judge Court coordination process and the Suicide Prevention Workgroup. Her retirement has a left a void in these areas that needs to be filled.

Mr. Walsh will be assuming the duties previously performed by Ms. Holden and will be taking a more active supervisory role in the report writing process.

For the foregoing reasons, the special master requests that Kerry F. Walsh, Esq. be appointed as Deputy Special Master and that his hourly rate of compensation be increased from two hundred thirty five dollars ($235.00) to two hundred and fifty dollars ($250.00).

As stated previously, the Special Master's staff has lost the services of two staff members in the last six months. Ms. Holden who retired and left the team on May 27, 2016 and Ms. Henry who resigned on January 31, 2016. The twenty seventh monitoring round is currently underway and the loss of two team members is straining an already understaffed team. In addition to his duties of monitoring compliance with the Program Guide, the Special Master also has a continuing obligation to work with the suicide prevention workgroup and representatives from the Three-Judge Court, to monitor the treatment provided to CDCR inmates in DSH programs and facilities and to oversee the pilot implementation of CDCR's continuous quality improvement (CQI) project.

In April of 2014, the court issued a sweeping order to address inadequate treatment being provided to caseload inmates housed in administrative segregation units. In response to the court order, CDCR made major revisions to its regulations, policies and procedures for inmates in administrative segregation.[1] While the current scope of his duties has not expanded in recent months, the issues and programs that he is charged with monitoring have increased and the permanent loss of two staff members will have a negative effect on his ability to carry out his

---

[1] The initiatives resulting from the April 10, 2014 court order included Use of Force Policy Revisions, Rules Violation Reports Policy Revisions, Management Cell Status Moratorium, Non-Disciplinary Segregation, 120-Day Pre-MERD Policy, EOP ASU Hub Monthly Certification Process, Unclothed Body Search DOM Revision, EOP ASU Treatment Refusal, Short Term Restricted Housing, Long Term Restricted Housing, Long Term MHSDS Segregation Case by Case Review Policy, and Case Conferences for DSH Discharges Returning to the SHU.

charge.  In order to alleviate the effects of these losses in the short term, the special master has expanded the duration of the current monitoring round so as not to overburden his staff.  At present, the team is too understaffed to meet the demands of ongoing monitoring, oversight and reporting responsibilities.  In order to produce reports in a timely manner, the Special Master's team must be staffed to a degree that allows him to gather the necessary information as efficiently and quickly as possible.  Any delays in this process due to staffing shortages will result in an overall delay in the completion and filing of the Special Master's reports.

The appointment of Mr. Walsh as a Deputy Special Master will require an individual to backfill his position and to assume the duties previously assigned to Mr. Walsh.  This individual will effectively replace the position being vacated due to the appointment of Mr. Walsh as a Deputy Special Master but still leaves vacant the position formerly filled by Ms. Henry.

For the foregoing reasons, the special master requests that the following individual be appointed to his staff.

**Sarah O. Clifton, Esq.**

Ms. Clifton is a 2010 graduate of the University of Southern California Gould School of Law where she was the recipient of the Public Interest Law Foundation Grant in 2007 and 2008 and the Public Interest Law Foundation Award in 2009.  She completed an LL.M. in trial advocacy in 2010 at the California Western School of Law.  Ms. Clifton graduated *magna cum laude* from the University of Connecticut where she majored in sociology and minored in psychology and criminal justice and was awarded the honor of Phi Beta Kappa.

Upon completion of her LL.M., Ms. Clifton began her formal legal career with the Public Defender's office for the Commonwealth of Massachusetts working in various districts throughout the state. She has extensive trial experience representing indigent clients at both the

District Court level and Superior Court level.  She has been employed by the public defender's office in the Commonwealth of Massachusetts since the completion of her LL.M.

During her undergraduate years and prior to her graduation from law school, Ms. Clifton worked in many legal roles.  While in college, she served as an intern in the Rhode Island Superior Court as well as the Office of Neighborhood Services for City of Providence, Rhode Island.  In her final year of college, she interned for a Rhode Island attorney who represented a major local insurance carrier.  She continued her involvement in the legal community while attending law school.  Throughout her three years in law school, Ms. Clifton worked in a variety of roles including volunteering for the Public Interest Law Foundation at the University of Southern California, working as a research assistant for USC professor and interning for the Los Angeles County Public Defender and California Innocence Project.

Ms. Clifford will assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues and projects, as required.  Ms. Clifford's *curriculum vitae* is attached as Exhibit A.

    Respectfully submitted

    /s/

    Matthew A. Lopes, Jr.
    Special Master

June 29, 2015