# SARAH O. CLIFTON

175 Centre Street, Apt. 816 • Quincy, MA 02169 • (401) 523-0075 • sarah.o.clifton@gmail.com

## BAR ADMISSIONS

    Massachusetts State Bar, June 13, 2011 – Bar No. 601011

    California State Bar, December 7, 2009 – Bar No. 267236

    Southern District of California, January 8, 2010

## EDUCATION

**California Western School of Law**
LL.M. in Trial Advocacy, April 2010
- Honors: Dean's Honor List
- Activities: California Innocence Project

**University of Southern California Gould School of Law**
Juris Doctor, May 2009
- Honors: Public Interest Law Foundation Grant Recipient 2007 & 2008, Public Interest Law Foundation Award Recipient 2009
- Activities: Public Interest Law Foundation, Black Law Students Association—Social Chair & Fundraising Chair 2007-2008, Entertainment Law Society—Movie/TV Chair 2007-2008, Women's Law Association, Criminal Law Society, La Raza

**University of Connecticut, Storrs**
Bachelor of Arts, Sociology, Minors - Psychology & Criminal Justice, May 2005
- Honors: Magna Cum Laude, Dean's List, Phi Beta Kappa, Golden Key International Honor Society, National Society of Collegiate Scholars, New England Scholar 2002 & 2004, Leadership Scholarship Recipient
- Activities: African American Cultural Center, 2004 International Mission On Business

## EXPERIENCE

**Committee for Public Counsel Services, Public Defender Division** — Roxbury, MA
*Staff Attorney in Roxbury Defender Unit* — Sept. 2013-Present
Represent indigent clients in criminal matters from arraignment to sentencing, attend court proceedings, write and argue motions, conduct client meetings, work with an investigator and social services advocate.

**Committee for Public Counsel Services, Public Defender Division** — Dedham, MA
*Staff Attorney in Dedham Superior Court Office* — Sept. 2012-Sept. 2013
Represent indigent clients in criminal matters from arraignment to sentencing, attend court proceedings, write and argue motions, conduct client meetings, work with an investigator and social services advocate.

**Committee for Public Counsel Services, Public Defender Division** — Brockton, MA
*Staff Attorney in Brockton District Court Office* — Aug. 2010-Sept. 2012
Represent indigent clients in criminal matters from arraignment to sentencing, attend court proceedings, write and argue motions, conduct client meetings, work with an investigator and social services advocate.

# SARAH O. CLIFTON
175 Centre Street, Apt. 816 • Quincy, MA 02169 • (401) 523-0075 • sarah.o.clifton@gmail.com

**Federal Defenders of San Diego, Inc.** — San Diego, CA
*LL.M. Legal Intern* — Jan. 2010-Apr. 2010
Conducted legal research and writing, interacted with clients and experts, observed and participated in various courtroom proceedings, assisted in new complaints, attended attorney trainings and brainstorms.

**California Innocence Project** — San Diego, CA
*Student Intern* — Sept. 2009-Dec. 2009
Processed inquiries and correspondence, researched legal issues, assisted wrongfully convicted persons, and utilized computer organizational systems.

**Los Angeles County Public Defender** — Los Angeles, CA
*Summer Law Clerk* — May 2007-Aug. 2008
Conducted legal research and writing, interacted with adult and juvenile clients, observed various courtroom proceedings, and toured two juvenile facilities.

**Research Assistant** — Los Angeles, CA
*Research Assistant for USC Professor Thomas Griffith* — May 2007-Aug. 2007
Conducted gang-related legal research with a focus on youth gangs in major cities.

**USC Law School, Public Interest Law Foundation** — Los Angeles, CA
*Volunteer at the First A.M.E. Church Free Legal Clinic* — Sept. 2006-June 2009
Interviewed clients with an array of legal issues. Provided them with resources and advice from attorneys.

**USC Law School, Public Interest Law Foundation** — Los Angeles, CA
*Volunteer for General Relief and Assistance Program Clinic* — Sept. 2006-Apr. 2009
Supported and advocated for indigent and temporarily displaced persons in receiving benefits.

**The Law Office of Michael Lynch** — Warwick, RI
*Intern in legal department of the Beacon Mutual Insurance Co.* — June 2005-July 2006
Performed multifaceted paralegal duties, observed litigation proceedings and depositions.

**Providence City Government** — Providence, RI
*Intern in the Office of Neighborhood Services* — June 2004-Aug. 2004
Fielded and processed constituency inquiries and grievances, provided information about available city services, made referrals to appropriate governmental divisions. Utilized computer organizational systems.

**Rhode Island Superior Court** — Providence, RI
*Intern* — June 2003-Aug. 2003
Assisted and observed civil and criminal proceedings including trials, restraining orders, and drug court.

**"York for Governor" Gubernatorial Campaign** — Cranston, RI
*Field Staff Intern* — June 2002-Aug. 2002
Brainstormed, organized, and implemented campaign strategies and activities. Fielded inquiries, assisted Press Staff, supervised volunteers, canvassed neighborhoods, registered voters, and collected signatures.

# SARAH O. CLIFTON
175 Centre Street, Apt. 816 • Quincy, MA 02169 • (401) 523-0075 • sarah.o.clifton@gmail.com

## CONFERENCES AND SEMINARS

| | |
|---|---|
| The CPCS Annual Training Conference – May 14, 2015 | Worcester, MA |
| The CPCS Annual Training Conference – May 15, 2014 | Worcester, MA |
| National Bar Association Mid-Winter Conference – Jan. 18-26, 2014 | Rabat & Marrakesh, Morocco |
| The CPCS Annual Training Conference – May 16, 2013 | Worcester, MA |
| National Bar Association 87th Annual Convention – July 14-19, 2012 | Las Vegas, NV |
| The CPCS Annual Training Conference – May 17, 2012 | Worcester, MA |
| National Bar Association Mid-Winter Conference – Jan. 18-22, 2012 | Maho Bay, Sint Maarten |
| The 12th Annual Criminal Law Conference – September 16, 2011 | Boston, MA |
| Advanced Evidence and Advocacy Skills – May 26, 2011 | Boston, MA |
| The CPCS Annual Training Conference – May 19, 2011 | Worcester, MA |
| Pozner and Dodd on "Killer" Cross-Examination – Jan. 28, 2011 | Boston, MA |
| The CPCS Public Defender Division Conference – December 7, 2010 | Boston, MA |
| The 11th Annual Criminal Law Conference – October 22, 2010 | Boston, MA |
| Pilgrim Advocates, Inc. Jury Skills Training Seminar – October 13, 2010 | Brockton, MA |
| The CPCS New Lawyer Training Program – August 30-October 1, 2010 | Marlborough, MA |
| The Annual Federal Criminal Justice Act Trial Skills Academy – April 25-30, 2010 | San Diego, CA |
| The Annual Criminal Justice Act Seminar – October 17, 2009 | San Diego, CA |
| The 34th Annual Trust and Estate Conference – November 21, 2008 | Los Angeles, CA |
| The 2008 Symposium On Real Estate Law And Business – April 24, 2008 | Los Angeles, CA |
| The National Association of Black Journalists Annual Convention – August 2007 | Las Vegas, NV |

## PUBLICATION
Federal Criminal Defense Journal, Fall 2010, Vol. III.
*Confronting the Coroner: The Admissibility of Autopsy Reports Post-Melendez-Diaz* By Sarah Clifton

## INTERESTS
Poetry, short stories, traveling, photography, art, music, sports, languages, cooking, stand-up comedy