1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN BIEN GALVAN &
3  GRUNFELD LLP
   50 Fremont Street, Nineteenth Floor
4  San Francisco, California  94105-7104
   Telephone:   (415) 433-6830

   DONALD SPECTER – 083925
   STEVEN FAMA – 099641
   PRISON LAW OFFICE
   1917 Fifth Street
   Berkeley, California  94710-1916
   Telephone:   (510) 280-2621

5
6  RANJINI ACHARYA – 290877
   K&L GATES LLP
7  4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
   Telephone:   (415) 882-8200

   CLAUDIA CENTER – 158255
   AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
   DISABILITY RIGHTS PROGRAM
   39 Drumm Street
   San Francisco, California  94111
   Telephone:   (415) 343-0770

10 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. 2:90-cv-00520-KJM-KJN<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2016**<br><br>Judge:  Hon. Kendall J. Newman |

[3006034-2]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
FIRST  QUARTER OF 2016

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the First Quarter of 2016 to Defendants via overnight delivery on April 29, 2016. The parties completed their meet and confer process on June 6, 2016. The parties have resolved all disputes regarding fees and costs for the First Quarter of 2016, with an agreement to reduce claimed amounts to a total of $494,335.22.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $494,335.22 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from June 2, 2016 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: June 13, 2016

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: June 13, 2016

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: June 28, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[3006034-2]