KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                   Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                   Defendants. | 2:90-cv-00520 KJM-KJN (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT**<br><br>Judge Kimberly J. Mueller |

The parties, with the concurrence of the Special Master, stipulate as follows:

On December 28, 2015, this Court approved the parties' stipulation that Security/Welfare checks using Guard One at the Pelican Bay State Prison Security Housing Unit (SHU) temporarily be conducted only once per hour during First Watch (2200 hours to 0600 hours), while Defendants worked to assess and possibly reduce noise caused by the opening and closing of the Unit's pod doors. Order, Dec. 28, 2015, ECF No. 5393. That stipulation expired by its terms on May 1, 2016 but was extended by further stipulation of the parties and Order of the Court until June 30, 2016. *Id.*; Stipulation Extending Order Modifying Security/Welfare Checks

1

at Pelican Bay SHU, Apr. 29, 2016, ECF No. 5437; Order, May 3, 2016, ECF No. 5438.

The parties continue to discuss this issue. Defendants anticipate receiving a report from an acoustical consultant who has assessed the issue. Defendants intend to provide a copy of this report to Plaintiffs and the Special Master by July 13, 2016, for further discussion.

The parties seek an additional extension of the Court's May 3, 2016 order modifying its February 3, 2015 Order allowing Defendants to temporarily conduct Security/Welfare checks utilizing Guard One at the Pelican Bay SHU once per hour during First Watch (2200 hours to 0600). This extension of the stipulation modifying the Court's order will expire on August 31, 2016, and may be continued by further Stipulation.

IT IS SO STIPULATED.


Dated: June 29, 2016                                  Respectfully submitted,

                                                      KAMALA D. HARRIS
                                                      Attorney General of California
                                                      DANIELLE F. O'BANNON
                                                      Supervising Deputy Attorney General


                                                      */s/ Christine M. Ciccotti*
                                                      CHRISTINE M. CICCOTTI
                                                      Deputy Attorney General
                                                      *Attorneys for Defendants*


                                                      */s/ Michael Bien*
                                                      MICHAEL BIEN
                                                      *Attorney for Plaintiffs*

CF1997CS0003
12321995.doc

2

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2016.

_____
KIMBERLY J. MUELLER
Judge, United States District Court

3

Stip. and [Proposed] Order Extending Order Modifying Security/Welfare Checks at Pelican Bay SHU
(2:90-cv-00520 KJM-KJN (PC))