UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On June 29, 2016, the Special Master filed a request for appointment of additional staff and for appointment of a Deputy Special Master. ECF No. 5461. The Special Master seeks appointment of Sarah O. Clifton, Esq. to his staff. As a court monitor, Ms. Clifton is to be compensated at an hourly rate of two hundred thirty-five dollars ($235.00) for her work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses.

In addition, the Special Master seeks appointment of his current court monitor, Kerry F. Walsh, Esq., as Deputy Special Master. As a Deputy Special Master, Mr. Walsh's compensation will be increased from his present hourly rate of two hundred thirty-five dollars ($235.00) to two hundred fifty dollars ($250.00). Mr. Walsh's compensation for travel time shall remain at an hourly rate of ninety dollars ($90.00) plus reasonable expenses.

1

As provided by paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's June 29, 2016 request for appointment of additional staff, ECF No. 5461, is GRANTED;

2. The Special Master is authorized to appoint Sarah O. Clifton, Esq. as a court monitor to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and Appointment of Deputy Special Master, filed June 29, 2016, and to be compensated at the rates set forth therein; and

3. The Special Master is authorized to appoint Kerry F. Walsh, Esq., as a Deputy Special Master to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and Appointment of Deputy Special Master, filed June 29, 2016, and to be compensated at the rates set forth therein.

DATED: June 29, 2016.

UNITED STATES DISTRICT JUDGE

2