KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-4025
 Fax: (916) 324-5205
 E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-KJN (PC)<br><br>**STIPULATION AND ORDER EXTENDING ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT**<br><br>Judge Kimberly J. Mueller |

The parties, with the concurrence of the Special Master, stipulate as follows:

On December 28, 2015, this Court approved the parties' stipulation that Security/Welfare checks using Guard One at the Pelican Bay State Prison Security Housing Unit (SHU) temporarily be conducted only once per hour during First Watch (2200 hours to 0600 hours), while Defendants worked to assess and possibly reduce noise caused by the opening and closing of the Unit's pod doors. Order, Dec. 28, 2015, ECF No. 5393. That stipulation expired by its terms on May 1, 2016 but was extended by further stipulation of the parties and Order of the Court until June 30, 2016. *Id.*; Stipulation Extending Order Modifying Security/Welfare Checks

at Pelican Bay SHU, Apr. 29, 2016, ECF No. 5437; Order, May 3, 2016, ECF No. 5438.

The parties continue to discuss this issue. Defendants anticipate receiving a report from an acoustical consultant who has assessed the issue. Defendants intend to provide a copy of this report to Plaintiffs and the Special Master by July 13, 2016, for further discussion.

The parties seek an additional extension of the Court's May 3, 2016 order modifying its February 3, 2015 Order allowing Defendants to temporarily conduct Security/Welfare checks utilizing Guard One at the Pelican Bay SHU once per hour during First Watch (2200 hours to 0600). This extension of the stipulation modifying the Court's order will expire on August 31, 2016, and may be continued by further Stipulation.

IT IS SO STIPULATED.

Dated:  June 29, 2016                                   Respectfully submitted,

                                                        KAMALA D. HARRIS
                                                        Attorney General of California
                                                        DANIELLE F. O'BANNON
                                                        Supervising Deputy Attorney General


                                                        */s/ Christine M. Ciccotti*
                                                        CHRISTINE M. CICCOTTI
                                                        Deputy Attorney General
                                                        *Attorneys for Defendants*


                                                        */s/ Michael Bien*
                                                        MICHAEL BIEN
                                                        *Attorney for Plaintiffs*

CF1997CS0003
12321995.doc

2

**ORDER**

The foregoing stipulation is approved with the clarification that the court considers the new date of August 31, 2016, to be firm.  IT IS SO ORDERED.

DATED:   June 30, 2016

_____
UNITED STATES DISTRICT JUDGE