1    KAMALA D. HARRIS
       Attorney General of California
2    JONATHAN L. WOLFF
       Senior Assistant Attorney General
3    JAY C. RUSSELL
       DANIELLE F. O'BANNON
4    Supervising Deputy Attorneys General
       MANEESH SHARMA, State Bar No. 280084
5    Deputy Attorney General
       455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA 94102-7004
       Telephone: (415) 703-5553
7    Fax: (415) 703-1234
       E-mail: maneesh.sharma@doj.ca.gov
8    *Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Fax: (415) 541-9366
E-mail: pmello@hansonbridgett.com

# IN THE UNITED STATES DISTRICT COURTS

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

### PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br>                                 Plaintiffs, <br><br> v. <br><br> **EDMUND G. BROWN JR., et al.,** <br><br>                                 Defendants. | 2:90-cv-00520 KJM KJN PC <br><br> **THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,** <br><br>                                 Plaintiffs, <br><br> v. <br><br> **EDMUND G. BROWN JR., et al.,** <br><br>                                 Defendants. | C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DEFENDANTS' JULY 2016 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order). Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order. (ECF 2766/5060 at ¶¶ 4-5.)

In February and March of 2016, CDCR activated 1,584 infill beds and corresponding administrative and health care support facilities at Mule Creek State Prison. (*See* Ex. B.) The parties are currently engaged in the Court-ordered meet-and-confer process to reach an agreement on how such capacity should be counted for purposes of determining compliance with the Court's population reduction order. (*Id.*) As of July 13, 2016, 113,442 inmates were housed in the State's 34 adult institutions and 4,768 inmates were housed in out-of-state facilities.[1] (Ex. A.) The State's prison population is approximately 134.6% of design capacity if the 1,584 infill beds are counted at 137.5%, and approximately 135.2% of design capacity if the 1,584 infill beds are counted at 100%. (Ex. A.)

Dated: July 15, 2016

KAMALA D. HARRIS
Attorney General of California

By: */s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

Dated: July 15, 2016

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's July 13, 2016 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/ Offender_Information_Services_Branch/Population_ Reports.html.