# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs

    vs.                                  No. 2:90-cv-00520 KJM-KJN

EDMUND G. BROWN, et al.,
    Defendants

_____/

## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants, the special master submits herewith his request for the court's approval of the appointment of Regina M. Costa, Esq. to the special master's staff.  Ms. Costa is to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for her work as a court monitor and ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

The reasons for the special master's requests are set forth in the accompanying memorandum.

                                              Respectfully submitted

                                              /s/

                                              _____
                                              Matthew A. Lopes, Jr.
                                              Special Master

July 28, 2015