IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs

vs.                                                    No. 2:90-cv-00520 KJM-KJN

EDMUND G. BROWN, et al.,
    Defendants

_____/

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

      Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master submits herewith his request for the court's approval of the appointment of Regina M. Costa, Esq. to the Special Master's staff. The *curriculum vitae* of Regina M. Costa is annexed hereto as Exhibit A. The Special Master requests this addition to his staff in order to enhance his capacity to expeditiously fulfill his various duties and responsibilities and to fill the staffing void created by the recent retirement of a monitor, Haunani Henry.

      In his memorandum in support of his request to hire additional staff filed on June 27, 2016, the Special Master indicated that he would be seeking to appoint another individual to bring his team up to its former complement. (ECF No. 5462). In that same memorandum, the Special Master requested that Kerry F. Walsh be appointed as Deputy Special master to fill the position left vacant by retirement of Linda Holden. Although Mr. Walsh filled the position

formerly held by Ms. Holden, there still remains a vacant position created by the retirement of Ms. Henry. This additional appointment would serve to fill that vacancy.

To avoid any repetition of the underlying reasons necessitating the appointment of this additional staff member, please refer to the memorandum filed by the Special Master on June 27, 2016. (Id at 3-4).

**Regina M. Costa, Esq.**

Ms. Costa is a 1992 graduate of the New England School of Law. Ms. Costa graduated Stonehill College located in Easton, Massachusetts where she majored in elementary education. She went on to earn a Master of Arts in Agency Counseling and a Master of Social Work at Rhode Island College. In addition to her formal education, she also received a certificate from Harvard Law School for completing a negotiation workshop. Ms. Costa is currently an adjunct professor in the Administration of Justice Program at Salve Regina University where she teaches a course on women and crime.

Ms. Costa has spent 32 years in public service. She began her career with the State of Rhode Island Department of Children, Youth and Families holding the positions of social caseworker, social service analyst, probation and parole counselor, senior legal counsel, legal counsel, senior probation and parole officer and probation and parole supervisor from 1984 to 2011.

From 2011 to 2016, Ms. Costa worked for the State of Rhode Island in the position as agency director for the Office of the Child Advocate. As the agency director, she was responsible for representing the civil, legal and special rights of the children who were wards of the State of Rhode Island, Department of Children, Youth and Families. She was responsible for every facet of the agency including oversight of all human resource matters, development of

policies, supervision of professional and para-professional staff and testifying at legislative hearings.

Ms. Costa will assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues and projects, as required.

The parties have had an opportunity to review the candidate's *curriculum vitae* and have no objections to her appointment.

Respectfully submitted

/s/

_____

Matthew A. Lopes, Jr.
Special Master

July 28, 2015

# Exhibit A

# REGINA M. COSTA

41 Indian Rd, Riverside, RI 02915 • rmjgibb3@gmail.com • (401) 433-1016

## Attorney

Attorney executive with personnel and human resource and budget experience as the Director of a small state agency. Years of experience from entry level, supervisory to management in public social service agencies. Results oriented utilizing evidence based and best practices to achieve desired outcomes. Data driven performance measures through strategic planning. Good written and oral communication skills. Leadership in organizational change, professional development and teaching skills.

*Key strengths:*

Research and Writing • Litigation • Management • Supervision

## PROFESSIONAL EXPERIENCE

Salve Regina University, Newport, RI US                               2014 to 2016
**Adjunct Faculty** (Fall Semesters)

Instructor in undergraduate program for Administration of Justice. Course entitled "Women & Crime." Materials review women as victims, offenders and in law enforcement roles.

State of Rhode Island, Cranston, RI US                               2011 to 2016
**Child Advocate** (Agency Director)

Attorney and Ombudsman responsible for representing the civil, legal and special rights of the children who were wards of the the State of Rhode Island Department for Children, Youth and Families (DCYF).

Supervised professional and para-professional staff including attorneys.

Provided input into and developed policy, programming and procedures.

Testified at legislative hearings and provided public education input and feedback.

Guardian ad Litem for youth placed voluntarily with DCYF.

Placement reviews for children in the care of the DCYF to insure their safety.

Completed written legal memorandum, written reports and grant requests.

Prepared and supervised budget for small state agency.

Oversight on all human resource matters related to agency.

Appointed to and appointments made to various committees addressing youth matters.

State of Rhode Island, Department of Children, Youth and Families (DCYF)           2000 to 2011
State of Rhode Island, Department of Corrections (DOC), Cranston, RI US
**Probation & Parole Supervisor**

Adult Parole Unit & Electric Monitoring Parole (DOC); and Probation and Parole Unit in Juvenile Corrections (DCYF).

Responsible for the assignment of cases to Parole Officer staff and supervised the work of officers and support staff.

Assure the quality of work, adherence to policies and procedures and responsible for maintaining budget in Parole Drug Testing Project.

Re-Classification Board Member at the Rhode Island Training School for Youth.

# REGINA COSTA rmjgibb3@gmail.com • (401) 433-1016

Case 2:90-cv-00520-KJM-SCR    Document 5474    Filed 07/28/16    Page 6 of 7

Network with local and national agencies on research projects, including the National Institute of Corrections, Criminal Justice and Drug Abuse Treatment Studies, the Rhode Island Parole Board and The Providence Center.

| | |
|---|---|
| State of Rhode Island, Department of Children, Youth and Families, Juvenile Corrections, RI US<br>**Senior Probation & Parole Officer** | 1998 to 2000 |
| Responsible to supervisor regarding oversight of a small staff of Probation & Parole Counselors. | |
| Responsible for the assignment of cases to Probation Counselor staff. | |
| Completing plans of treatment for individuals on probation. | |
| State of Rhode Island, Department of Children, Youth and Families, Providence, RI US<br>**Senior Legal Counsel and Legal Counsel** | 1995 to 1998 |
| Attorney in a State office providing legal advice and services. | |
| Representation of DCYF in diverse legal proceedings. | |
| Provided legal representation for DCYF in various state courts; Family, District, Superior and Supreme Court. | |
| Experienced in legal research and writing; Supreme Court and Administrative Appeals | |
| State of Rhode Island, Department of Children, Youth and Families, South Kingstown, RI US<br>**Probation and Parole Counselor II** | 1989 to 1995 |
| Supervision and rehabilitation of individuals on probation. | |
| Completed Family Studies and Domestic Relations Reports. | |
| Trained and evaluated students from local colleges and universities. | |
| Provided evidence and testimony for the State as necessary in court proceedings. | |
| State of Rhode Island, Department of Children, Youth and Families,<br>Division of Community Resources, Providence, RI US<br>**Social Service Analyst** | 1986 to 1989 |
| Review of case records, plans, court document to determine the permanency options of children. | |
| Provided a forum for parties to have input into departmental treatment planning for children and families. | |
| Recommended most appropriate plans and identified resources available. | |
| State of Rhode Island, Department of Children, Youth and Families<br>Division of Child Protective Services, Providence, RI US<br>**Social Caseworker** | 1984 to 1986 |
| Assessed social service needs of DCYF youth and formulated treatment plans with families and children. | |
| Negotiated relationships between resources available and families; establishing working plans with families to achieve permanency for children and present plan to Family Court. | |
| Prepared written or oral testimony on legislation. | |

## EDUCATION & TRAINING

**Juris Doctor**, New England School of Law, 154 Stuart Street, Boston, MA (1992)
Juris Doctor
Member of the Rhode Island Bar
Member of the United States District Court Bar

**Master of Social Work,** Rhode Island College, 600 Mt. Pleasant Ave., Providence, RI *(1994)*

Public Policy Intern - 1994 to 1994
**Congressional Office of Jack Reed,** Cranston, RI US

Public Policy Intern - 1993 to 1993
**The United Way of Southeastern New England**, Providence, RI US

**Master of Arts, Agency Counseling**, Rhode Island College, Providence, RI (1985)

**Bachelor of Arts, Elementary Education,** Stonehill College, North Easton, MA (1981)

---

## PROFESSIONAL CREDENTIALS

Certificate - Center for Mediation & Collaboration of Rhode Island
*Forty Hour Mediation Certificate*

Certificate - Harvard School of Law - Harvard Negotiation Institute
*Negotiating Workshop: Improving Your Negotiating Effectiveness*

## AFFILIATIONS & COMMUNITY INVOLVEMENT

Rhode Island Bar

United States District Court Bar

Center for Mediation & Collaboration Rhode Island
*Volunteer*

Lighthouse for Youth
*Board Member*

## ACHIEVEMENTS

Co-Founder, Community Based Youth Transitions Centers for Juvenile Corrections Populations.

**References To Be Provided.**