1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  **RALPH COLEMAN, ET AL.**              CASE:  **2:90–CV–00520–KJM–DB**

12                    vs.

13  **JOHN S. ZIL, ET AL.**               **ORDER OF REASSIGNMENT**

14  _____ /

15        The court, having considered the appointment of Magistrate Judge Deborah Barnes

16  finds the necessity for reassignment of the above captioned case, and for notice to be given

17  to the affected parties.

18        IT IS THEREFORE ORDERED that:

19        The above captioned case shall be and is hereby **REASSIGNED** from

20  **Magistrate Judge Kendall J. Newman** to **Magistrate Judge Deborah Barnes** for all

21  further proceedings.  The new case number for this action, which must be used on all documents

22  filed with the court, is:        **2:90–CV–00520–KJM–DB**

23        All dates currently set in this reassigned action shall remain effective subject to further

24  order of the court.

25        DATED:   August 2, 2016

26                                                    

27                                    _____
                                      **LAWRENCE J. O'NEILL**, CHIEF
28                                    U.S. DISTRICT COURT JUDGE