1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM KJN P

12              Plaintiffs,

13        v.                                   ORDER

14   EDMUND G. BROWN, JR., et al.,

15              Defendants.

16

17

18            On July 28, 2016, the Special Master filed a request for appointment of additional

19   staff.  ECF No. 5473.  The Special Master seeks appointment of Regina M. Costa, Esq., to his

20   staff.  As a court monitor, Ms. Costa is to be compensated at a rate of two hundred thirty-five

21   dollars ($235.00) per hour for her work and ninety dollars ($90.00) per hour for travel time, plus

22   reasonable expenses.

23            Pursuant to paragraph B(7) of this court's December 11, 1995 order and good

24   cause appearing therefore, IT IS HEREBY ORDERED that:

25

26            1.    The Special Master's July 28, 2016 request for appointment of additional

27   staff, ECF No. 5473, is GRANTED; and

28
                                    1

2.    The Special Master is authorized to appoint Regina M. Costa, Esq. as a court monitor to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and Appointment of Deputy Special Master, filed July 28, 2016, and to be compensated at the rates set forth therein.

DATED:  August 2, 2016

_____
UNITED STATES DISTRICT JUDGE

2