KAMALA D. HARRIS
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5553
  Fax:  (415) 703-1234
  E-mail:  maneesh.sharma@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone:  (415) 777-3200
  Fax:  (415) 541-9366
  E-mail:  pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                            Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>                            Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                            Plaintiffs,<br>    v.<br>**EDMUND G. BROWN JR., et al.,**<br>                            Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' AUGUST 2016 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order). Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order. (ECF 2766/5060 at ¶¶ 4-5.)

In February and March of 2016, CDCR activated 1,584 infill beds and corresponding administrative and health care support facilities at Mule Creek State Prison. (*See* Ex. B.) The parties are currently engaged in the Court-ordered meet-and-confer process to reach an agreement on how such capacity should be counted for purposes of determining compliance with the Court's population reduction order. (*Id.*) As of August 10, 2016, 113,554 inmates were housed in the State's 34 adult institutions and 4,835 inmates were housed in out-of-state facilities.[1] (Ex. A.) The State's prison population is approximately 134.7% of design capacity if the 1,584 infill beds are counted at 137.5%, and approximately 135.2% of design capacity if the 1,584 infill beds are counted at 100%. (Ex. A.)

Dated: August 15, 2016         KAMALA D. HARRIS
                               Attorney General of California

                               By: */s/ Maneesh Sharma*
                                   MANEESH SHARMA
                                   Deputy Attorney General
                                   *Attorneys for Defendants*

Dated: August 15, 2016         HANSON BRIDGETT LLP

                               By: */s/ Paul B. Mello*
                                   PAUL B. MELLO
                                   *Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's August 10, 2016 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/ Offender_Information_Services_Branch/Population_ Reports.html.

1