```
 1  KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
 2  DANIELLE F. O'BANNON, State Bar No. 207095
    Supervising Deputy Attorney General
 3  ELISE OWENS THORN, State Bar No. 145931
    Deputy Attorney General
 4   1300 I Street, Suite 125
     P.O. Box 944255
 5   Sacramento, CA 94244-2550
     Telephone: (916) 324-4921
 6   Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
 7  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>   v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE TO TERMINATE DAVID EUGENE BRICE, NEAH HUYNH, KYLE ANTHONY LEWIS, PATRICK R. McKINNEY, DEBBIE JEAN VOROUS, AND KEVIN ALLIN VOTH FROM SERVICE LIST**<br><br>[L. R. 182(c)(1)] |

TO: CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Under L. R. 182(c)(1), Defendants advise all parties and the Court that several of the deputy
2  attorneys general designated for service have changed. The deputy attorneys general formerly
3  designated for service were as follows:

David Eugene Brice, State Bar No. 269443
Deputy Attorney General
Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-8010
Facsimile: (916) 324-5205
E-mail: david.brice@doj.ca.gov

Neah Huynh, State Bar No. 235377
Deputy Attorney General
Attorney General's Office for the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Telephone: (415) 703-5720
Facsimile: (415) 703-5843
E-mail: neah.huynh@doj.ca.gov

Kyle Anthony Lewis, State Bar No. 201041
Deputy Attorney General
Office of the Attorney General for the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
E-mail: kyle.lewis@doj.ca.gov

Patrick R. McKinney, State Bar No. 215228
Supervising Deputy Attorney General
Attorney General's Office for the State of California
455 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (510) 622-4458
Facsimile: (415) 703-5843
E-mail: patrick.mckinney@doj.ca.gov

Debbie Jean Vorous, State Bar No. 166884
Deputy Attorney General
Attorney General's Office for the State of California
Department of Justice
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5345
Facsimile: (916) 324-5205
E-mail: debbie.vorous@doj.ca.gov

1 | Kevin Allen Voth, State Bar No. 257227
    Deputy Attorney General
2 | California Department of Justice
    Office of the Attorney General
3 | 455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102
4 | Telephone: (415) 703-1624
    Facsimile: (415) 703-1234
5 | E-mail: kevin.voth@doj.ca.gov

6 |     Additionally, the undersigned counsel respectfully requests that the Court terminate the

7 | names of **DAVID EUGENE BRICE, NEAH HUYNH, KYLE ANTHONY LEWIS,**

8 | **PATRICK R. McKINNEY, DEBBIE JEAN VOROUS, and KEVIN ALLIN VOTH** from the

9 | service list in this case

10 | Dated: August 18, 2016      Respectfully submitted,

11 |                                KAMALA D. HARRIS
                                    Attorney General of California
12 |                                DANIELLE F. O'BANNON
                                    Supervising Deputy Attorney General
13 |
                                    */s/ Elise Owens Thorn*
14 |
                                    ELISE OWENS THORN
15 |                                Deputy Attorney General
                                    *Attorneys for Defendants*
16 |                                *California Department of Corrections and*
                                    *Rehabilitation - General*
17 |
18 | CF1997CS0003
     12388207.doc