UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

This court is in receipt of a letter from an individual who is neither a party nor legal counsel in this action. By order filed May 21, 2008, the court held that no further documents submitted by pro se inmates would be filed in this action and directed the Clerk of the Court to return all such documents to the sender. By order filed April 22, 2016, the court issued a similar order with respect to documents submitted by employees of state agencies. Good cause appearing, that direction will now extend to all documents submitted by any individual proceeding pro se.

In accordance with the above, IT IS HEREBY ORDERED that all documents submitted to this Court by any individual proceeding pro se shall be returned to that individual with a copy of this order. The court may, in its discretion, forward a copy of such documents to the Special Master, or, as appropriate, to counsel for plaintiffs or defendants.

DATED: August 23, 2016

_____
UNITED STATES DISTRICT JUDGE