1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   DANIELLE F. O'BANNON
3  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
4  MANEESH SHARMA, State Bar No. 280084
   CHRISTINE M. CICCOTTI, State Bar No. 238695
5  Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone:  (916) 323-4025
     Fax:  (916) 324-5205
8    E-mail:  Christine.Ciccotti@doj.ca.gov
   *Attorneys for Defendants*

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                    SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT** |
| **v.** | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | Judge Kimberly J. Mueller |

AS ATTACHED

1

1    The parties, with the concurrence of the Special Master, stipulate as follows:

2    On February 3, 2015, the Court entered an order adopting the Special Master's expert's

3    recommendations on suicide prevention (ECF No. 5271), including the recommendation that

4    CDCR continue to implement and monitor the May 9, 2014 directive for twice-hourly

5    Security/Welfare Checks at the Pelican Bay State Prison Security Housing Unit (SHU).

6    In response to concerns that the welfare checks were disturbing inmates' sleep, the parties

7    agreed to assess the noise levels at the Pelican Bay SHU. On December 28, 2015, this Court

8    approved the parties' stipulation that Security/Welfare checks utilizing Guard One at the Pelican

9    Bay SHU temporarily be conducted only once per hour during First Watch (2200 hours to 0600

10   hours), while Defendants worked to assess and possibly reduce the noise caused by the opening

11   and closing of the Unit's pod doors. Order, Dec. 28, 2015, ECF No. 5393. That stipulation

12   expired by its terms on May 1, 2016, but was extended by further stipulations of the parties and

13   orders of the Court until August 31, 2016. *Id.*; Stipulation Extending Order Modifying

14   Security/Welfare Checks at Pelican Bay SHU, Apr. 29, 2016, ECF No. 5437; Order, May 3, 2016,

15   ECF No. 5438; Stipulation Extending Order Modifying Security/Welfare Checks at Pelican Bay

16   SHU, June 29, 2016, ECF No. 5465; Order, June 30, 2016, ECF No. 5467.

17   CDCR completed its assessment of the noise issues raised by Plaintiffs and submitted a

18   report to the Special Master and Plaintiffs on July 1, 2016. In response to allegations raised by

19   plaintiffs' counsel, CDCR instituted several measures to reduce the noise generated by the

20   security/welfare checks. Without agreeing that the Security/Welfare checks utilizing Guard One

21   at the Pelican Bay SHU create excessive noise levels or cause any harm to inmates, CDCR has

22   agreed to conduct Security/Welfare checks utilizing Guard One at the Pelican Bay SHU only

23   once per hour during First Watch (2200 hours to 0600 hours) on a permanent basis.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

2

1    Therefore, the parties seek a permanent modification of the Court's February 3, 2015 Order

2  to provide for the Security/Welfare checks utilizing Guard One to be conducted only once per

3  hour during First Watch (2200 hours to 0600) hours at the Pelican Bay SHU.

4    IT IS SO STIPULATED.

5

6  Dated:  August 25, 2016                    Respectfully submitted,

7                                             KAMALA D. HARRIS
                                             Attorney General of California
8                                            DANIELLE F. O'BANNON
                                             Supervising Deputy Attorney General

9

10                                           */s/ Christine M. Ciccotti*
                                             CHRISTINE M. CICCOTTI
11                                           Deputy Attorney General
                                             *Attorneys for Defendants*
12

13

14                                           */s/ Michael W. Bien*
                                             MICHAEL W. BIEN
15                                           *Attorney for Plaintiffs*

16

17

18                                **[PROPOSED] ORDER**

19    Pursuant to the foregoing stipulation, IT IS SO ORDERED.

20

21    DATED: _____, 2016.

22

23                                           _____
24                                           KIMBERLY J. MUELLER
                                             Judge, United States District Court
25

26

27

28

                                    3

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 25, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

***STIPULATION AND [PROPOSED] ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT***

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 25, 2016</u>, at Sacramento, California.


| T. Farster | /s/ T. Farster |
|---|---|
| Declarant | Signature |

CF1997CS0003
12400835.doc