KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT**<br><br>Judge Kimberly J. Mueller |

AS ATTACHED

1

The parties, with the concurrence of the Special Master, stipulate as follows:

On February 3, 2015, the Court entered an order adopting the Special Master's expert's recommendations on suicide prevention (ECF No. 5271), including the recommendation that CDCR continue to implement and monitor the May 9, 2014 directive for twice-hourly Security/Welfare Checks at the Pelican Bay State Prison Security Housing Unit (SHU).

In response to concerns and suggestions raised by Plaintiffs' counsel and the Special Master that the welfare checks were disturbing inmates' sleep, the parties agreed to assess the noise levels at the Pelican Bay SHU. On December 28, 2015, this Court approved the parties' stipulation that Security/Welfare checks utilizing Guard One at the Pelican Bay SHU temporarily be conducted only once per hour during First Watch (2200 hours to 0600 hours), while Defendants worked to assess and possibly reduce the noise caused by the opening and closing of the Unit's pod doors. Order, Dec. 28, 2015, ECF No. 5393. That stipulation expired by its terms on May 1, 2016, but was extended by further stipulations of the parties and orders of the Court until August 31, 2016. *Id.*; Stipulation Extending Order Modifying Security/Welfare Checks at Pelican Bay SHU, Apr. 29, 2016, ECF No. 5437; Order, May 3, 2016, ECF No. 5438; Stipulation Extending Order Modifying Security/Welfare Checks at Pelican Bay SHU, June 29, 2016, ECF No. 5465; Order, June 30, 2016, ECF No. 5467.

CDCR completed its assessment of the noise issues raised by Plaintiffs and submitted a report to the Special Master and Plaintiffs on July 1, 2016. In response to allegations raised by plaintiffs' counsel, CDCR instituted several measures to reduce the noise generated by the security/welfare checks. Without agreeing that the Security/Welfare checks utilizing Guard One at the Pelican Bay SHU create excessive noise levels or cause any harm to inmates, CDCR has agreed to conduct Security/Welfare checks utilizing Guard One at the Pelican Bay SHU only once per hour during First Watch (2200 hours to 0600 hours) on a permanent basis.

/ / /

/ / /

/ / /

/ / /

2

AMENDED Stip. and [Proposed] Order Mod. Feb. 3, 2015 Order Re: Security/Welfare Checks at Pelican Bay SHU
(2:90-cv-00520 KJM-DB (PC))

Therefore, the parties seek a permanent modification of the Court's February 3, 2015 Order to provide for the Security/Welfare checks utilizing Guard One to be conducted only once per hour during First Watch (2200 hours to 0600) hours at the Pelican Bay SHU.

IT IS SO STIPULATED.

Dated: August 30, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Michael W. Bien*
MICHAEL W. BIEN
*Attorney for Plaintiffs*

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and to address the concerns and suggestions raised by Plaintiffs' counsel and the Special Master, IT IS SO ORDERED.

DATED: _____, 2016.

_____
KIMBERLY J. MUELLER
Judge, United States District Court

3