KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-4025
 Fax: (916) 324-5205
 E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**AMENDED STIPULATION AND ORDER MODIFYING FEBRUARY 3, 2015 ORDER REGARDING FIRST WATCH SECURITY/WELFARE CHECKS AT PELICAN BAY STATE PRISON SECURITY HOUSING UNIT**<br><br>Judge Kimberly J. Mueller |

AS ATTACHED

1

1       The parties, with the concurrence of the Special Master, stipulate as follows:

2       On February 3, 2015, the Court entered an order adopting the Special Master's expert's
3  recommendations on suicide prevention (ECF No. 5271), including the recommendation that
4  CDCR continue to implement and monitor the May 9, 2014 directive for twice-hourly
5  Security/Welfare Checks at the Pelican Bay State Prison Security Housing Unit (SHU).

6       In response to concerns and suggestions raised by Plaintiffs' counsel and the Special Master
7  that the welfare checks were disturbing inmates' sleep, the parties agreed to assess the noise
8  levels at the Pelican Bay SHU.  On December 28, 2015, this Court approved the parties'
9  stipulation that Security/Welfare checks utilizing Guard One at the Pelican Bay SHU temporarily
10 be conducted only once per hour during First Watch (2200 hours to 0600 hours), while
11 Defendants worked to assess and possibly reduce the noise caused by the opening and closing of
12 the Unit's pod doors.  Order, Dec. 28, 2015, ECF No. 5393.  That stipulation expired by its terms
13 on May 1, 2016, but was extended by further stipulations of the parties and orders of the Court
14 until August 31, 2016.  *Id.*; Stipulation Extending Order Modifying Security/Welfare Checks at
15 Pelican Bay SHU, Apr. 29, 2016, ECF No. 5437; Order, May 3, 2016, ECF No. 5438; Stipulation
16 Extending Order Modifying Security/Welfare Checks at Pelican Bay SHU, June 29, 2016, ECF
17 No. 5465; Order, June 30, 2016, ECF No. 5467.

18      CDCR completed its assessment of the noise issues raised by Plaintiffs and submitted a
19 report to the Special Master and Plaintiffs on July 1, 2016.  In response to allegations raised by
20 plaintiffs' counsel, CDCR instituted several measures to reduce the noise generated by the
21 security/welfare checks.  Without agreeing that the Security/Welfare checks utilizing Guard One
22 at the Pelican Bay SHU create excessive noise levels or cause any harm to inmates, CDCR has
23 agreed to conduct Security/Welfare checks utilizing Guard One at the Pelican Bay SHU only
24 once per hour during First Watch (2200 hours to 0600 hours) on a permanent basis.

25 / / /
26 / / /
27 / / /
28 / / /

2

AMENDED Stip. and Order Mod. Feb. 3, 2015 Order Re: Security/Welfare Checks at Pelican Bay SHU
(2:90-cv-00520 KJM-DB (PC))

Therefore, the parties seek a permanent modification of the Court's February 3, 2015 Order to provide for the Security/Welfare checks utilizing Guard One to be conducted only once per hour during First Watch (2200 hours to 0600) hours at the Pelican Bay SHU.

IT IS SO STIPULATED.

Dated:  August 30, 2016                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General


*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*


*/s/ Michael W. Bien*
MICHAEL W. BIEN
*Attorney for Plaintiffs*

## ORDER

Pursuant to the foregoing stipulation, and to address the concerns and suggestions raised by Plaintiffs' counsel and the Special Master, IT IS SO ORDERED.

DATED:  September 1, 2016

_____
UNITED STATES DISTRICT JUDGE

3

AMENDED Stip. and Order Mod. Feb. 3, 2015 Order Re: Security/Welfare Checks at Pelican Bay SHU
(2:90-cv-00520 KJM-DB (PC))