1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN BIEN GALVAN &
3  GRUNFELD LLP
   50 Fremont Street, Nineteenth Floor
4  San Francisco, California  94105-7104
   Telephone:   (415) 433-6830
5
   RANJINI ACHARYA – 290877
6  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
7  San Francisco, California  94111-5994
   Telephone:   (415) 882-8200
8

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California  94111
Telephone:   (415) 343-0770

9

10  Attorneys for Plaintiffs

11

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,

16           Plaintiffs,

17       v.

18  EDMUND G. BROWN, JR., et al.,

19           Defendants.

Case No. 2:90-cv-00520-KJM-DB

**STIPULATION AND [PROPOSED]
ORDER CONFIRMING ATTORNEYS'
FEES AND COSTS FOR THE
SECOND QUARTER OF 2016**

Judge:  Hon. Deborah Barnes

20

21

22

23

24

25

26

27

28

[3036572-3]

---

1    Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly

2  Statement for the Second Quarter of 2016 to Defendants via overnight delivery on July 29,

3  2016.  The parties completed their meet and confer process on September 2, 2016.  The

4  parties have resolved all disputes regarding fees and costs for the Second Quarter of 2016,

5  with an agreement to reduce claimed amounts to a total of $452,962.79.

6    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that

7  $452,962.79 plus interest is due and collectable as of forty-five days from the date of entry

8  of this Order.  Interest on these fees and costs will run from August 30, 2016 (31 days after

9  Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.

10  § 1961.

11    IT IS SO STIPULATED.

12

13  DATED:  September 8, 2016          */s/ Elise Thorn*
                                        Elise Thorn
14                                      Deputy Attorney General
15                                      Attorneys for Defendants

16

17  DATED:  September 8, 2016          */s/ Lisa Ells*
                                        Lisa Ells
18                                      ROSEN BIEN GALVAN & GRUNFELD LLP
19                                      Attorneys for Plaintiffs

20

21    IT IS SO ORDERED.

22  DATED:  _____, 2016

23

24    _____

25                                      Deborah Barnes
                                        United States Magistrate Judge
26

27

28

[3036572-3]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER OF 2016

# EXHIBIT A

**Coleman v. Brown**
**Second Quarter of 2016**
**April 1, 2016 through June 30, 2016**
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $434,268.00 | $429,925.32 | $17,581.12 |
| **Fees on Fees, 489-5** | $5,374.40 | $5,320.66 | $135.69 |
| **Totals** | **$439,642.40** | **$435,245.98** | **$17,716.81** |

**Claimed Total:**    **$457,359.21**

**Settled Total:**    **$452,962.79**

3036511

**Coleman v. Brown**
**Second Quarter of 2016**
**April 1, 2016 through June 30, 2016**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Aaron J. Fischer | 23.00 | 22.90 | $216.00 | $4,946.40 | $4,896.94 |
| Charlotte Landes | 122.60 | 114.50 | $216.00 | $24,732.00 | $24,484.68 |
| Dylan Verner-Crist | 87.50 | 57.10 | $216.00 | $12,333.60 | $12,210.26 |
| Eric Monek Anderson | 16.60 | 16.60 | $216.00 | $3,585.60 | $3,549.74 |
| Ernest Galvan | 10.60 | 0.00 | $216.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 59.90 | 58.30 | $216.00 | $12,592.80 | $12,466.87 |
| Gay Grunfeld | 0.60 | 0.00 | $216.00 | $0.00 | $0.00 |
| Gregorio Gonzalez | 324.60 | 299.50 | $216.00 | $64,692.00 | $64,045.08 |
| Jane E. Kahn | 73.70 | 73.20 | $216.00 | $15,811.20 | $15,653.09 |
| Jennifer L. Stark | 65.30 | 58.00 | $216.00 | $12,528.00 | $12,402.72 |
| Kelly McGraw | 20.00 | 19.70 | $216.00 | $4,255.20 | $4,212.65 |
| Katherine Hamilton | 92.50 | 79.30 | $216.00 | $17,128.80 | $16,957.51 |
| Krista Stone-Manista | 176.50 | 174.10 | $216.00 | $37,605.60 | $37,229.54 |
| Lauren Vandemortel | 372.50 | 357.00 | $216.00 | $77,112.00 | $76,340.88 |
| Linda Woo | 73.30 | 72.80 | $216.00 | $15,724.80 | $15,567.55 |
| Lisa Ells | 72.00 | 70.20 | $216.00 | $15,163.20 | $15,011.57 |
| Margot K. Mendelson | 26.20 | 18.70 | $216.00 | $4,039.20 | $3,998.81 |
| Michael W. Bien | 130.90 | 121.50 | $216.00 | $26,244.00 | $25,981.56 |
| Nathalie Welch | 36.80 | 36.80 | $216.00 | $7,948.80 | $7,869.31 |
| Sara Long | 1.30 | 0.00 | $216.00 | $0.00 | $0.00 |
| Sasha Beder-Schenker | 162.60 | 132.40 | $216.00 | $28,598.40 | $28,312.42 |
| Thomas Nolan | 101.50 | 101.50 | $216.00 | $21,924.00 | $21,704.76 |
| **Total** | **2050.50** | **1884.10** | | **$406,965.60** | **$402,895.94** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Kennedy | 8.50 | 8.50 | $216.00 | $1,836.00 | $1,817.64 |
| Anjuli Branz | 6.80 | 6.80 | $216.00 | $1,468.80 | $1,454.11 |
| Corene Kendrick | 0.40 | 0.40 | $216.00 | $86.40 | $85.54 |
| Donald Specter | 8.30 | 8.30 | $216.00 | $1,792.80 | $1,774.87 |
| Isaac Dalke | 23.00 | 23.00 | $216.00 | $4,968.00 | $4,918.32 |
| Laura Graham | 0.60 | 0.60 | $216.00 | $129.60 | $128.30 |
| Margot Mendelson | 35.40 | 35.40 | $216.00 | $7,646.40 | $7,569.94 |
| Nora Searle | 2.60 | 2.60 | $216.00 | $561.60 | $555.98 |
| Sarah Hopkins | 0.70 | 0.70 | $216.00 | $151.20 | $149.69 |
| Steven Fama | 36.40 | 36.40 | $216.00 | $7,862.40 | $7,783.78 |
| **Total** | **122.70** | **122.70** | | **$26,503.20** | **$26,238.17** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 3.70 | 3.70 | $216.00 | $799.20 | $791.21 |
| **Total** | | | | **$799.20** | **$791.21** |

**GRAND TOTAL**    **$434,268.00**    **$429,925.32**

3036511

**Coleman v. Brown**
**Second Quarter of 2016**
**April 1, 2016 through June 30, 2016**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $4,657.75 | $4,657.75 |
| Outside Copying | $6,203.07 | $6,203.07 |
| Transcription | $458.40 | $458.40 |
| Postage and Delivery | $843.59 | $843.59 |
| Westlaw/Lexis/PACER | $540.11 | $540.11 |
| Travel | $3,702.65 | $3,692.07 |
| **Total** | | **$16,394.99** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $767.80 | $767.80 |
| Travel | $36.25 | $36.25 |
| Postage | $382.08 | $382.08 |
| **Total** | | **$1,186.13** |

**Grand Total**                             **$17,581.12**

3036511

**Coleman v. Brown**
**Second Quarter of 2016**
**April 1, 2016 through June 30, 2016**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 0.20 | 0.00 | $216.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.90 | 0.00 | $216.00 | $0.00 | $0.00 |
| Krista Stone-Manista | 0.10 | 0.00 | $216.00 | $0.00 | $0.00 |
| Lauren Vandemortel | 10.40 | 9.30 | $216.00 | $2,008.80 | $1,988.71 |
| Linda Woo | 1.20 | 0.00 | $216.00 | $0.00 | $0.00 |
| Lisa Ells | 13.50 | 13.20 | $216.00 | $2,851.20 | $2,822.69 |
| **Total** | **13.50** | **13.20** | | **$4,860.00** | **$4,811.40** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.60 | 1.60 | $200.00 | $320.00 | $316.80 |
| **Total** | **1.60** | **1.60** | | **$320.00** | **$316.80** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.90 | 0.90 | $216.00 | $194.40 | $192.46 |
| **Total** | **0.90** | **0.90** | | **$194.40** | **$192.46** |

**GRAND TOTAL**                                    **$5,374.40  $5,320.66**

3036511

**Coleman v. Brown**
**Second Quarter of 2016**
**April 1, 2016 through June 30, 2016**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-house Copying | $105.60 | $105.60 |
| Postage and Delivery | $30.09 | $30.09 |
| **Total** | | **$135.69** |

**GRAND TOTAL**          **$135.69**