1  KAMALA D. HARRIS
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  DANIELLE F. O'BANNON
   Supervising Deputy Attorneys General
4  ELISE OWENS THORN, State Bar No. 145931
   MANEESH SHARMA, State Bar No. 280084
5  CHRISTINE M. CICCOTTI, State Bar No. 238695
   Deputy Attorneys General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-4921
8   Fax: (916) 324-5205
    E-mail: Elise.Thorn@doj.ca.gov
9  *Attorneys for Defendants*

10             IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12                   SACRAMENTO DIVISION

13

14
   **RALPH COLEMAN, et al.,**                  2:90-cv-00520 KJM DB (PC)
15
                              Plaintiffs,       **DEFENDANTS' UPDATE TO**
16                                              **DEPARTMENT OF STATE HOSPITALS'**
                                                **INPATIENT CENSUS AND PATIENT**
17           **v.**                             **MOVEMENT**

18  **EDMUND G. BROWN JR., et al.,**

19                            Defendants.

20

21        On October 13, 2015, the Court ordered Defendants California Department of Corrections

22  and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a

23  monthly basis, three templates that capture data concerning patient census and waitlists for

24  inpatient mental health care.  (ECF No. 5367.)  Defendants' timely filed the most recent monthly

25  report on September 15, 2016. (ECF No. 5490.)  In that report Defendants discussed recent trends

26  in inpatient waitlist and census at DSH's Low-Custody Intermediate Programs.  (*Id.* at 4.)

27  Attached is a report from Defendants updating the Court on DSH's current inpatient census and

28  patient movement efforts.

                                    1

Dated: September 28, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

**/s/ Maneesh Sharma**

MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2