Attachment

**STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION**  EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



September 28, 2016

Danielle O'Bannon
Supervising Deputy Attorney General
Department of Justice
Office of the Attorney General
455 Golden Gate Avenue,
San Francisco, CA 94102

Dear Ms. O'Bannon:

Attached please find Defendants Department of State Hospitals and California Department of Corrections and Rehabilitation's joint Update to the *Coleman* Court on Current Inpatient Census and Patient Movement.

Sincerely,

*s/ Katherine Tebrock*                                     *s/ Pam Ahlin*
(Original Signature retained by attorney)        (Original Signature retained by attorney)
KATHERINE TEBROCK                                 PAM AHLIN
Deputy Director                                              Director
Statewide Mental Health Program               Department of State Hospitals

FOR SUBMISSION TO THE *COLEMAN* COURT

*Defendants' Update on Current Inpatient Census and Patient Movement*

Defendants Department of State Hospitals (DSH) and California Department of Corrections and Rehabilitation (CDCR) respectfully submit this update on patient movement and inpatient census for DSH. Defendants' inpatient movement processes are currently in a transition period due to the implementation of our new Memorandum of Understanding (MOU) beginning in May 2016. Defendants have raised this issue during recent workgroup meetings with the Special Master and Plaintiffs, and would welcome the opportunity to further discuss the issue before the Court in a status conference. Defendants would also welcome the opportunity to discuss their concerns regarding the overall progress of the workgroup meetings.

As the Court is aware, Defendants provide Acute and Intermediate inpatient mental health treatment for *Coleman* patients, and patients referred for Intermediate care may be designated for a High- or Low-Custody program based on their individual clinical and custodial needs. The MOU sought to streamline patient movement between DSH inpatient programs by implementing a Least Restrictive Housing review policy that would allow patients to move between programs as their individual clinical or custodial factors changed. This patient-focused policy, negotiated by the Special Master Team, Plaintiffs, and Defendants, has resulted in significant and dynamic patient movement to and from all levels of care, including the Low-Custody programs at DSH-Atascadero and DSH Coalinga.

Defendants have also taken numerous steps to mitigate a number of unanticipated issues that arose during the implementation of the new MOU, while also addressing an increased number of referrals to the inpatient programs. For example, as mentioned in Defendants' September 15, 2016 status report, Defendants identified that patients admitted to a DSH inpatient program before the implementation of the MOU were not provided with a Least Restrictive Housing designation allowing for internal movement when clinically appropriate. Defendants have added staff to assist with Least Restrictive Housing designation reviews in order to more rapidly identify patients custodially eligible for Low-Custody programs. (ECF No. 5490 at 4.) Defendants promptly schedule clinical reviews for patients once they are assigned a Least Restrictive Housing designation to ensure that they are evaluated and transferred consistent with the patient's clinical presentation and the Least Restrictive Housing policy and procedure.

Below are the census numbers that were presented during the *Coleman* All Parties Workgroup Meeting on September 27, 2016. Please note that these numbers reflect a single point in time and do not capture the ongoing flow of referrals, admissions, and discharges to DSH's inpatient programs for *Coleman* patients. Defendants also respectfully note that census numbers, when viewed in isolation, do not provide a complete picture of the progress being made on the ground in DSH internal patient movement, including the recent efforts to provide more Least Restrictive Housing designations to patients admitted before MOU implementation. As a result of Defendants' efforts to provide Least Restrictive Housing designations to more patients, there has been increased movement to lower custody programs and Defendants anticipate that several more patients will be transferred from higher custody programs to DSH- Atascadero and DSH- Coalinga in the coming weeks.

| DSH Psychiatric Inpatient Programs Census[1] | | | | | | |
|---|---|---|---|---|---|---|
| Facility | Bed Capacity | Beds Occupied | Beds on hold | Beds redlined | Isolation Rooms | Beds available |
| Male Acute Care Programs | | | | | | |
| DSH-Vacaville | 218 | 209 | 8 | 1 | 0 | 0 |
| DSH-Stockton | 154 | 124 | 19 | 1 | 10 | 0 |
| Total | 372 | 333 | 27 | 2 | 10 | 0 |
| Male Intermediate Care Facility (High Custody) Programs | | | | | | |
| DSH-Stockton | 360 | 333 | 2 | 1 | 24 | 0 |
| DSH-Vacaville | 94 | 93 | 1 | 0 | 0 | |
| DSH-Salinas Valley | 202 | 197 | 3 | 2 | 0 | 0 |
| DSH-Salinas Valley Multi-person Cells | 44 | 38 | 0 | 0 | 0 | 6 |
| Total | 700 | 661 | 6 | 3 | 24 | 6 |
| Male Intermediate Care Facility (Low Custody) Programs | | | | | | |
| DSH-Vacaville | 84 | 79 | 1 | 0 | 0 | 4 |
| DSH-Atascadero | 256 | 206 | 2 | 0 | 0 | 48 |
| DSH-Coalinga | 50 | 37 | 0 | 0 | 0 | 13 |
| Total | 390 | 322 | 3 | 0 | 0 | 65 |
| TOTAL Inpatient Program Capacity and Availability | | | | | | |
| ALL | 1462 | 1316 | 36 | 5 | 34 | 71 |

| DSH Psychiatric Inpatient Programs Waitlist[2] | | | |
|---|---|---|---|
| Level of Care | Pending Review | Accepted | Total |
| Acute | 8 | 87 | 95 |
| Intermediate High Custody | 5 | 72 | 77 |
| Intermediate Low Custody (DSH-V Locked Dorm) | 3 | 1 | 4 |
| Intermediate Low Custody (DSH-A & DSH-C Unlocked Dorms) | 2 | 9 | 11* |
| ALL | 18 | 169 | 187 |

*Does not include the patients identified for transfer from higher custody Intermediate Care programs as a result of the Least Restrictive Housing policy.

---

[1] As of close of business September 26, 2016.
[2] As of close of business September 26, 2016.