# TABLE OF APPENDICES

| | |
|---|---|
| 1 | EHRS Medical Scheduling Registry Memorandum |
| 2 | Executive Summary & Health Care Access Quality Reports – April through July 2016 |
| 3 | Human Resources Recruitment and Retention Reports – May through August 2016 |
| 4 | CPR Financial Statements – July 2015 through June 2016, and July through August 2016 |