KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON, State Bar No. 207095
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-4025
 Fax: (916) 324-5205
 E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**REQUEST FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' UPDATE TO DEPARTMENT OF STATE HOSPITALS' INPATIENT CENSUS AND PATIENT MOVEMENT** |

Defendants have complied with the Court's October 13, 2015 Order to file monthly reports concerning patient census and waitlist for inpatient mental health care. ECF No. 5367. On September 28, 2016, Defendants filed a supplemental report to their September 15, 2016 report (ECF No. 5490) to provide the most current census for Defendants' inpatient beds, a status regarding the number of inmates in each step of the referral process and, on both a daily basis and a monthly average, the total number of new inmates referred to inpatient care and pending placement in an inpatient bed, as well as those transitioning between levels of care and/or inpatient programs (i.e., internal transfers within the Department of State Hospitals' facilities).

1

1  (ECF No. 5496). The updated report also welcomed a status conference with the Court to explain
2  the fluctuation in these populations, primarily due to Defendants' implementation of a new
3  Memorandum of Understanding (MOU) between the Department of State Hospitals (DSH) and
4  the California Department of Corrections and Rehabilitation (CDCR). *Id.*

5  On October 6, 2016, the Court ordered the matter set for a status conference on November
6  10, 2016. (ECF No. 5498 at 2.) The Court ordered Defendants to present witnesses at the
7  conference to address what steps are being taken to increase the number of available inpatient
8  beds and eliminate the waitlist. (*Id.*) The Order also offered Plaintiffs an opportunity to submit a
9  response to Defendants' September 28, 2016 update by October 20, 2016. (*Id.*)

10  Instead of filing a response to Defendants' update, Plaintiffs improperly filed an unnoticed
11  motion, totaling almost 500 pages, including a request that the Court issue no less than six broad
12  sweeping orders for relief. (ECF Nos. 5503 and 5504.) Plaintiffs' request for further affirmative
13  relief inappropriately exceeds the scope and substance of the Court's October 6, 2016 Order.
14  Plaintiffs' requests are also procedurally improper under Federal Rule of Civil Procedure 7, as
15  they request relief by court order without noticing a motion.

16  As Defendants requested a status conference with the Court to address the issues of access
17  to inpatient care for the *Coleman* class, and because the implementation of the MOU triggered
18  temporary anomalies in the reporting data, Defendants respectfully request leave of Court to
19  submit a response to Plaintiffs' statement. Granting Defendants leave would provide the Court
20  additional written documentation, data and evidence necessary to assist the parties in having a
21  fully informed discussion with the Court at the status conference.

23  / / /
24  / / /
25  / / /

1  Accordingly, Defendants request leave to file a reply to Plaintiffs' response to Defendants'
2  Update to the Department of State Hospitals' Inpatient Census and Patient Movement Report by
3  no later than November 4, 2016.

4  Dated: October 24, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
12466357.doc

3

Req. for Leave to File Reply to Pls. Response to Defs. Update to Inpatient Census and Patient Movement
(2:90-cv-00520 KJM-DB (PC))