IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM DB |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On October 24, 2016, Defendants filed a request for leave to file a reply to Plaintiffs' response to Defendants' Update to the Department of State Hospitals' Inpatient Census and Patient Movement Report by no later than November 4, 2016.

Good cause appearing, Defendants' request is GRANTED.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                            Kimberly J. Mueller
                                                                            Judge of the United States District Court