IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | Case No. 2:90-cv-00520 KJM DB <br><br> ORDER |

On October 24, 2016, Defendants filed a request for leave to file a reply to Plaintiffs' response to Defendants' Update to the Department of State Hospitals' Inpatient Census and Patient Movement Report by no later than November 4, 2016.

Good cause appearing, Defendants' request is GRANTED.

IT IS SO ORDERED.

DATED: October 25, 2016

_____
UNITED STATES DISTRICT JUDGE