Kamala D. Harris, State Bar No. 146672
Attorney General of California
Danielle F. O'Bannon, State Bar No. 207095
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Maneesh Sharma, State Bar No. 280084
Christine M. Ciccotti, State Bar No. 238695
Chad A. Stegeman, State Bar No. 225745
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-4025
 Fax:  (916) 324-5205
 E-mail:  Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR SERVICE** |

1  PLEASE TAKE NOTICE that Chad A. Stegeman is associating in as counsel on behalf of
2  the Defendants in this case. Please add the following Deputy Attorney General to the service list
3  as follows:

5  Chad A. Stegeman
   Deputy Attorney General
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
7  Telephone: (415) 703-5826
   E-mail: Chad.Stegeman@doj.ca.gov

9  Dated:  November 9, 2016                    Respectfully submitted,

10                                             KAMALA D. HARRIS
                                               Attorney General of California
11                                             DANIELLE F. O'BANNON
                                               Supervising Deputy Attorney General

14                                             */s/ Chad A. Stegeman*
                                               CHAD A. STEGEMAN
                                               Deputy Attorney General
15                                             *Attorneys for Defendants*

17  CF1997CS0003
    20914062.doc

2

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Brown, et al.,*          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on November 10, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ASSOCIATION OF COUNSEL FOR SERVICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 10, 2016, at San Francisco, California.

| G. Garcia | *s/ G. Garcia* |
|---|---|
| Declarant | Signature |

CF1997CS0003
20914069.doc