# Exhibit A

**MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)**
**MANAGEMENT INFORMATION SUMMARY (MIS) REPORT**

10/17/2016

| Level of Care | MALES | | | FEMALES | | |
|---|---|---|---|---|---|---|
| | Capacity | Census | Wait List | Capacity | Census | Wait List |
| **Correctional Clinical Case Management System (CCCMS)** | 27,400 | 27,227 | | 1,950 | 2,057 | |
| CCCMS - General Population (GP) | | 23,943 | | | 1,788 | |
| CCCMS - Reception Center (RC) | | 2,268 | | | 145 | |
| CCCMS - Administrative Segregation Unit (ASU) | | 185 | | | 0 | |
| CCCMS - Security Housing Unit (SHU) | | 33 | | | 26 | |
| CCCMS - Restricted Housing Long-Term (LTRH) | | 109 | | | | |
| CCCMS - Restricted Housing Short-Term (STRH) + STRH-RC | | 689 | | | 98 | |
| CCCMS - Non Disciplinary Segregation (NDS) | | 0 | | | | |
| **Enhanced Outpatient Program (EOP)**[1,2] | 6,345 | 7,025 | | 169 | 217 | |
| EOP - GP | 5,416 | 5,859 | | 129 | 152 | |
| *Sensitive Needs Yard (SNY)* | 2,782 | 2,773 | | | | |
| EOP - RC | | 276 | | | 40 | |
| EOP - ASU | 585 | 649 | 3 | 20 | 19 | 0 |
| EOP - PSU | 344 | 239 | 0 | 20 | 6 | 0 |
| EOP - NDS | | 2 | | | | |
| **Mental Health Crisis Bed (MHCB)**[2] | 427 | 409 | 18 | 22 | 17 | 6 |
| **Psychiatric Inpatient Programs:** | 1090 | 995 | 44 | | | |
| Low Custody | 390 | 341 | 1 | | | |
| *Atascadero State Hospital (ASH)* | 256 | 216 | 0 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 46 | 0 | | | |
| *California Medical Facility (CMF)* | 84 | 79 | 1 | | | |
| High Custody | 700 | 654 | 43 | | | |
| *California Health Care Facility (CHCF)* | 360 | 324 | 0 | | | |
| *CMF* | 94 | 92 | 5 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Dorms* | 44 | 40 | 8 | | | |
| *SVPP Single Cells* | 202 | 198 | 27 | | | |
| *Penal Code 1370s (Incomp. to stand trial)* | | | 3 | | | |
| **Acute Psychiatric Program (APP)**[2] | 372 | 325 | 30 | | | |
| CHCF | 154 | 115 | 0 | | | |
| CMF | 218 | 210 | 30 | | | |
| | 40 | 39 | 0 | 75 | 45 | 6 |
| California Institution for Women (CIW) | | | | 45 | 45 | 6 |
| Patton State Hospital (PSH) | | | | 30 | 0 | 0 |
| San Quentin (SQ) | 40 | 39 | 0 | | | |
| **Penal Code 2974s (Parolees)** | | 3 | 0 | | | |
| Metro State Hospital (MSH) | | 0 | 0 | | | |
| Napa State Hospital (NSH) | | 2 | 0 | | | |
| Patton State Hospital (PSH) | | 1 | 0 | | | |
| **TOTALS (excluding Parolees)** | 35,674 | 36,020 | 95 | 2,216 | 2,336 | 12 |

| | | Total Capacity | Total Census[3] | Total Wait List[2] | Census Percentages | |
|---|---|---|---|---|---|---|
| | | | | | % MHSDS | % CDCR[4] |
| **7301 Cases**[5] Census = 34 Pending = 4 | CCCMS | 29,350 | 29,284 | | 76.35% | 22.69% |
| | EOP | 5,545 | 6,327 | | 16.50% | 4.90% |
| | EOP-ASU | 605 | 670 | 3 | 1.75% | 0.52% |
| | PSU | 364 | 245 | 0 | 0.64% | 0.19% |
| | MHCB | 449 | 426 | 24 | 1.11% | 0.33% |
| | PSYCHIATRIC INPATIENT | 1,577 | 1,404 | 80 | 3.66% | 1.09% |
| | **GRAND TOTAL** | 37,890 | 38,356 | 107 | 100.00% | 29.72% |

1 EOP, ASU-EOP, & PSU may not reflect actual program vacancies because beds can be held vacant for inmate-patients temporarily housed in MHCB and OHU.
2 Consistent with the Mental Health Program Guide transfer timelines, the ASU-EOP Wait List includes cases in non-hubs waiting > 30 days, PSU Wait List includes cases with an original CSR endorsement date > 60 days, MHCB Wait List includes referrals > 24 hours, ICF Wait List includes referrals > 30 days, and APP Wait List includes referrals > 10 days.
3 Census sources: Datamart for CCCMS, EOP; MHTS for MHCB; and DSH Reports for all ICF, APP, and Parolee programs.
4 CDCR pop as of 10/12/16 (OISB). Based on Total In-State Institution Population and Out of State (COCF).
5 Welfare & Institutions Code 7301 cases are a subset of the total MHSDS Population.

CCHCS, Health Care Placement Oversight Program