IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.**
       **Plaintiffs.**

               **vs.**                              No. 2:90-cv-0520 KJM DBP

**EDMUND G. BROWN, JR. et al.,**
       **Defendants**

**SPECIAL MASTER'S REQUEST FOR ENLARGEMENT OF TIME IN WHICH TO REPORT ON DEFENDANTS' IMPLEMENTATION OF THE FEBRUARY 2, 2015 STAFFING REPORT**

Introduction

On June 19, 2014, the court filed an order requiring defendants to review and, as appropriate, revise their existing mental health staffing plan in order to come into compliance with a prior court order concerning maximum mental health staffing vacancy rates, and to report to the court on the results of the review. (ECF No. 5171). Defendants received an extension of time and filed their report on February 13, 2015. (ECF. 5269). The Court ordered the Special Master to report on defendants' staffing plan in his Twenty-Sixth Round Monitoring Report. (ECF No. 5377). In its order dated August 9, 2016, the court ordered the Special Master to issue a stand-alone report within 120 days on the status of mental health staffing and implementation of defendants' staffing plan. (ECF. No. 5477).

For the reasons set forth below, the Special Master requests that he be granted relief from the 120-day reporting deadline and be granted an additional 60 days, or up to and including February 6, 2017 in which to file his report.

Background

Subsequent to the activation of the California Health Care Facility in July of 2013, the court ordered defendants to report on whether the current salary schedule for prison psychiatrists

was competitive both within California and nationally. (ECF 5116 at 12). In a subsequent court order dated June 19, 2014, the court stated that,

> The ongoing difficulties with staffing even with a competitive salary structure suggest, and the Special Master confirms, that it is necessary to revisit and, as appropriate, revise the existing staffing plan in order to resolve the continuing problem of mental health staffing shortages and ensure that defendants come into compliance with the requirements of the June 13, 2002 order concerning maximum mental health staff vacancy rates.
> (ECF. No. 5171 at 3).

The court then ordered defendants to report on the results of a review of their staffing plan on or before September 12, 2014. After receiving an extension of time, defendants filed their report on February 2, 2015. (ECF No. 5269). Their plan consisted of four prongs to address the ongoing shortages: (1) creation of a psychiatric medical assistant (MA) classification to increase retention of staff psychiatrists by relieving them of clerical tasks; (2) expansion of the internship and fellowship programs for psychologists and psychiatrists; (3) increased salaries and retention bonuses for psychiatrists at hard to recruit locations; and (4) increased use and expansion of the telepsychiatry program. *Id* at 2-10. On May 15, 2015, the Special Master was ordered to report to the court on the status of the implementation of defendants' staffing plan proposals within 180 days of the order. (ECF No. 5307 at 6). In an order dated November 10, 2015, (ECF No. 5377), the Court ordered that in lieu of filing a separate report on staffing, the Special Master would include his staffing report and recommendations in his Twenty-Sixth Round Monitoring Report which he filed on May 6, 2016.

In its August 9, 2016 order adopting the recommendations contained in the Special Master's Twenty-Sixth Round Monitoring Report, the court directed the Special Master to issue a stand-alone report on the status of mental health staffing and implementation of defendants'

plan. (ECF No. 5477 at 9). Defendants were also ordered to provide monthly updates to the Special Master on the implementation of the staffing plan and to meet and confer monthly with him in an effort to reach a resolution on the continuing staffing shortages. (*Id* at 8-9).

Updates to the staffing plan were discussed at the July, September and October workgroup meetings. Defendants have indicated that the final staffing plan will be submitted to all the parties prior to the workgroup meetings in December and will be discussed at the meetings. It is anticipated that the following topics will be included in the final staffing proposal:

- funding for the medical assistant classification
- expansion of internship and fellowship programs
- increased salaries at hard to recruit locations
- increased use and expansion of telepsychiatry
- cash compensation for on-call psychiatry
- dual appointments for additional facilities
- expansion of psychiatric nurse practitioners for medication management
- establishment of a mental health academy orientation process to increase retention
- clustering of mental health inmates
- 3CMS population review to reduce the population

## Conclusion

Defendants have put forth solid proposals in their revised staffing plan and implementation has commenced on more than one proposal. However, the complexity of other proposals, which at times involved external factors beyond the control of CDCR, required some additional time to plan and bring to fruition. It is anticipated that defendants will be submitting their final proposal on staffing at the workgroup meetings scheduled for December 6-7, 2016.

Since the Special Master's report on defendants' staffing plan is due at essentially the same time, (December 7, 2016), the Special Master requests that he be granted relief from the

120-day reporting deadline and be granted an additional 60 days, or up to and including February 6, 2017 in which to file his report.

Respectfully Submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr., Esq
Special Master

November 23, 2016