KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DANIELLE F. O'BANNON, State Bar No. 207095
Supervising Deputy Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5826
 E-mail: Damon.McClain@doj.ca.gov
 Telephone:  (415) 703-5750
 Fax:  (415) 703-5843
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL FOR SERVICE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

PLEASE TAKE NOTICE that Damon McClain is associating in as counsel on behalf of the Defendants in this case. Please add him to the service list as follows:

Damon McClain
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5826
E-mail: Damon.McClain@doj.ca.gov

Dated:  November 23, 2016                                Respectfully submitted,

                                                         KAMALA D. HARRIS
                                                         Attorney General of California


                                                         */s/ Damon McClain*
                                                         DAMON MCCLAIN
                                                         Supervising Deputy Attorney General
                                                         *Attorneys for Defendants*

CF1997CS0003
20917785.doc