KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorneys General
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
DAMON MCCLAIN
Supervising Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5826
 E-mail: Damon.McClain@doj.ca.gov
 Telephone: (415) 703-5750
 Fax: (415) 703-5843
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | 2:90-cv-00520 KJM-DB (PC) <br><br> **DEFENDANTS' REQUESTS FOR DISCUSSION AT THE JANUARY 20, 2017 STATUS CONFERENCE** <br><br> Judge:  Kimberly J. Mueller |

Defendants respectfully request that two subjects be added to the agenda for discussion at the January 20, 2017 status conference.

First, Defendants would like to update the Court on their efforts to reach agreement between the parties and the Special Master concerning issues that no longer require Court monitoring, and discuss the development of a process to end Court oversight of those matters for which Defendants have demonstrated constitutional compliance and, ultimately, to bring this matter to a close.  As the Court observed in its August 9, 2016 order, "with clearly articulated

1

1   goals and without unnecessary sidesteps, complete remediation can indeed be achieved in the

2   foreseeable future." (Order, ECF No. 5477, at 2.)

3        Defendants have addressed several remedial tasks identified by the Court and are close to

4   resolving others. But there currently is no mechanism for identifying when Defendants have

5   remedied a central issue in the case and judicial oversight is no longer necessary. Consequently,

6   despite the substantial work that has been done over the years to establish a comprehensive

7   system for delivering a continuum of mental health services within California's prisons, the case

8   appears as large and intractable as ever. Defendants believe that focused and diligent effort on

9   the core remaining issues of the case will speed its final resolution. The January 20 status

10  conference would be an appropriate time for the Court and the parties to discuss this subject in

11  addition to the patient placement challenges on which the Court is currently focused.

12       Second, Defendants would like to discuss scheduling regular (for example, quarterly) status

13  conferences with the Court. In the past, Defendants may not have adequately apprised the Court

14  about the improvements made to the mental health services delivery system for the *Coleman*

15  class. Periodic status conferences would allow Defendants to better apprise the Court of those

16  successes, as well as challenges that arise. The parties would also benefit from the Court's

17  periodic guidance on, among other things, determining when the goals set forth in the Court's

18  August 9, 2016 order discussing the roadmap to the end of federal court oversight may be met.

19  (Order, ECF No. 5477, at 2-3.)

20

    Dated: November 23, 2016                    Respectfully submitted,
21

22                                              KAMALA D. HARRIS
                                                Attorney General of California
23

24

25                                              */s/ Damon McClain*
                                                DAMON MCCLAIN
                                                Supervising Deputy Attorney General
26                                              *Attorneys for Defendants*

27  CF1997CS0003
    20917790.doc

28