UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The Special Master has filed a request for an extension of time up to and including February 6, 2017 in which to file a stand-alone report on the status of mental health staffing and implementation of defendants' staffing plan as required by this court's August 9, 2016 order, ECF No. 5477.

The Special Master's request indicates that defendants did not submit a final staffing plan to him in time for him to meet the deadline set in the court's August 9, 2016 order. At the same time, the Special Master informs the court that "[d]efendants have put forth solid proposals in their revised staffing plan and implementation has commenced on more than one proposal" but that "the complexity of other proposals, which at times involved external factors beyond the control of CDCR, required some additional time to plan and bring to fruition." ECF No. 5523 at 3.

/////

1

    Defendants have separately filed a request for guidance from the court concerning "when the goals set forth in the court's August 9, 2016 order discussing the roadmap to the end of federal court oversight may be met." ECF No. 5525 at 2. The court addresses that request in greater detail in a separate order. For the purposes of this order, the court notes the deadlines it set in the August 9, 2016 order were part of that guidance. As those deadlines slip, the road to the end of court oversight extends further correspondingly. Going forward, the court expects that all necessary steps will be taken in a timely manner by all parties so that the Special Master can meet his reporting deadlines.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. The Special Master's November 23, 2016 request for extension of time, ECF No. 5523, is granted;

    2. The Special Master shall file the staffing report required by the court's August 9, 2016 order on or before February 6, 2017, with this new date now firm.

DATED: December 8, 2016.

                                            UNITED STATES DISTRICT JUDGE