UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to the undersigned by the assigned District Judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of November 2016 and will, by this order, direct that it be paid.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

> Matthew A. Lopes, Jr., Esq.
> Special Master
> Pannone Lopes Devereaux & West LLC
> 317 Iron Horse Way, Suite 301
> Providence, RI 02908

the amount of $560,447.92 for services rendered in November 2016 in accordance with the attached statement; and

/////

1

2. A copy of this order shall be served on the financial department of this court.

Dated: December 14, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole16.nov

2

1   **RALPH COLEMAN, et al.,**                    :
          **Plaintiffs,**                          :
2                                                  :          **No. Civ. S-90-0520 KJM DB P**
          **v.**                                    :
3                                                  :
    **EDMUND G. BROWN, JR., et al.**               :
4         **Defendants.**                           :

5   The Special Master hereby submits his latest statement for fees and disbursements, including
6   those accrued through November 30, 2016.

7   Matthew A. Lopes, Jr., Special Master
          Services                    $33,762.00
8         Disbursements               $23,617.90

9               Total amount due                  $57,379.90

10  Mohamedu F. Jones, J.D., Deputy Special Master
11        Services                    $37,247.00
          Disbursements               $     0.00
12
13              Total amount due                  $37,247.00

14  Kerry F. Walsh, J.D.
          Services                    $39,300.00
15        Disbursements               $     0.00

16              Total amount due                  $39,300.00

17  Kristina M. Hector, J.D.
18        Services                    $33,755.50
          Disbursements               $     0.00
19
20              Total amount due                  $33,755.50

21  Steven W. Raffa, J.D.
          Services                    $39,088.50
22        Disbursements               $     0.00

23              Total amount due                  $39,088.50

24

25  Sarah O. Clifton, J.D.
          Services                    $35,374.00
26        Disbursements               $     0.00

27              Total amount due                  $35,374.00

28                                      3

1

2  Regina M. Costa, MSW., J.D.
            Services              $37,557.50
3           Disbursements         $       0.00

4               Total amount due                    $37,557.50

5  Kerry C. Hughes, M.D.
            Services              $39,500.00
6           Disbursements         $  5,568.89

7               Total amount due                    $45,068.89

8
   Jeffrey L. Metzner, M.D.
9           Services              $  1,075.00
            Disbursements         $       0.00
10
                Total amount due                    $ 1,075.00
11

12 Mary Perrien, Ph.D.
            Services              $30,815.00
13          Disbursements         $  4,014.30

14              Total amount due                    $34,829.30

15
   Patricia M. Williams, J.D.
16          Services              $36,348.50
            Disbursements         $  6,233.44
17
                Total amount due                    $42,581.94
18

19
   Henry A. Dlugacz, MSW, J.D.
20          Services              $11,359.00
            Disbursements         $  2,058.09
21
                Total amount due                    $13,417.09
22

23 Lindsay M. Hayes
            Services              $13,997.00
24          Disbursements         $  1,809.91

25              Total amount due                    $15,806.91

26

27

28
                                   4

Timothy A. Rougeux
             Services              $23,516.80
             Disbursements    $ 1,539.20

                Total amount due           $25,056.00

Cynthia A. Radavsky, M.Ed
             Services              $ 9,442.50
             Disbursements    $ 1,160.44

                Total amount due           $10,602.94

Roderick Q. Hickman
             Services              $ 7,966.50
             Disbursements    $     0.00

                Total amount due           $ 7,966.50

Maria Masotta, Psy.D.
             Services              $24,951.00
             Disbursements    $ 2,779.95

                Total amount due           $27,730.95

Karen Rea PHN, MSN, FNP
             Services              $24,877.99
             Disbursements    $ 1,284.86

                Total amount due           $26,162.85

Barbara Seldin, PH.D
             Services              $27,928.44
             Disbursements    $ 2,518.71

                Total amount due           $30,447.15


**TOTAL AMOUNT TO BE REIMBURSED**        **$560,447.92**


Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master

5