MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, Nineteenth Floor
San Francisco, California 94105-7104
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>      Plaintiffs, <br><br>v. <br><br>EDMUND G. BROWN, JR., et al., <br><br>      Defendants. | Case No. 2:90-cv-00520-KJM-DB <br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2016** <br><br>Judge: Hon. Deborah Barnes |

[3080677-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2016

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2016 to Defendants via overnight delivery on October 27, 2016. The parties completed their meet and confer process on December 14, 2016. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2016, with an agreement to reduce claimed amounts to a total of $594,602.07.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $594,602.07 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from November 28, 2016 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 16, 2016         */s/ Elise Thorn*
                                 Elise Thorn
                                 Deputy Attorney General
                                 Attorneys for Defendants


DATED: December 16, 2016         */s/ Lisa Ells*
                                 Lisa Ells
                                 ROSEN BIEN GALVAN & GRUNFELD LLP
                                 Attorneys for Plaintiffs


IT IS SO ORDERED.

DATED: _____, 2016

                                 _____
                                 Deborah Barnes
                                 United States Magistrate Judge

[3080677-1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2016

EXHIBIT A

# Coleman v. Brown
## Third Quarter of 2016
### July 1, 2016 through September 30, 2016
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $583,372.80 | $568,788.48 | $20,628.32 |
| **Fees on Fees, 489-5** | $5,249.60 | $5,118.36 | $66.91 |
| **Totals** | $588,622.40 | $573,906.84 | $20,695.23 |

**Claimed Total:**   $609,317.63

**Settled Total:**   $594,602.07

3079255

**Coleman v. Brown**
**Third Quarter of 2016**
**July 1, 2016 through September 30, 2016**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Andrew G. Spore | 1.60 | 0.00 | $216.00 | $0.00 | $0.00 |
| Charlotte J. Landes | 191.00 | 181.60 | $216.00 | $39,225.60 | $38,244.96 |
| Christopher D. Hu | 0.90 | 0.00 | $216.00 | $0.00 | $0.00 |
| Dylan Verner-Crist | 440.00 | 421.10 | $216.00 | $90,957.60 | $88,683.66 |
| Eric Monek Anderson | 14.20 | 14.20 | $216.00 | $3,067.20 | $2,990.52 |
| Ernest Galvan | 28.80 | 28.50 | $216.00 | $6,156.00 | $6,002.10 |
| F. Gail LaPurja | 104.40 | 103.30 | $216.00 | $22,312.80 | $21,754.98 |
| Gay C. Grunfeld | 0.20 | 0.00 | $216.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 295.40 | 280.70 | $216.00 | $60,631.20 | $59,115.42 |
| Jennifer L. Stark | 176.20 | 163.50 | $216.00 | $35,316.00 | $34,433.10 |
| Jessica L. Winter | 307.10 | 269.90 | $216.00 | $58,298.40 | $56,840.94 |
| Katherine C. Hamilton | 179.10 | 157.20 | $216.00 | $33,955.20 | $33,106.32 |
| Kelly A. McGraw | 41.80 | 41.40 | $216.00 | $8,942.40 | $8,718.84 |
| Krista Stone-Manista | 173.60 | 169.80 | $216.00 | $36,676.80 | $35,759.88 |
| Lauren W. Vandermortel | 0.50 | 0.00 | $216.00 | $0.00 | $0.00 |
| Linda H. Woo | 214.30 | 214.30 | $216.00 | $46,288.80 | $45,131.58 |
| Lisa A. Ells | 134.20 | 130.40 | $216.00 | $28,166.40 | $27,462.24 |
| Michael W. Bien | 160.90 | 160.70 | $216.00 | $34,711.20 | $33,843.42 |
| Nathalie C. Welch | 46.80 | 46.80 | $216.00 | $10,108.80 | $9,856.08 |
| Penny M. Godbold | 0.60 | 0.00 | $216.00 | $0.00 | $0.00 |
| Sara E. Long | 8.00 | 0.00 | $216.00 | $0.00 | $0.00 |
| Thomas Nolan | 146.60 | 140.80 | $216.00 | $30,412.80 | $29,652.48 |
| **Total** | **2666.20** | **2524.20** | | **$545,227.20** | **$531,596.52** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Kennedy | 7.00 | 7.00 | $216.00 | $1,512.00 | $1,474.20 |
| Alison Hardy | 0.50 | 0.50 | $216.00 | $108.00 | $105.30 |
| Donald Specter | 2.90 | 2.90 | $216.00 | $626.40 | $610.74 |
| Ehsan Sadeghi | 6.20 | 6.20 | $216.00 | $1,339.20 | $1,305.72 |
| Isaac Dalke | 16.00 | 16.00 | $216.00 | $3,456.00 | $3,369.60 |
| Joseph E. Bear | 9.50 | 9.50 | $216.00 | $2,052.00 | $2,000.70 |
| Laura Graham | 12.70 | 12.70 | $216.00 | $2,743.20 | $2,674.62 |
| Margot Mendelson | 38.40 | 38.40 | $216.00 | $8,294.40 | $8,087.04 |
| Meg O'Neill | 0.90 | 0.90 | $216.00 | $194.40 | $189.54 |
| Rana Anabtawi | 0.30 | 0.30 | $216.00 | $64.80 | $63.18 |
| Sarah Hopkins | 1.00 | 1.00 | $216.00 | $216.00 | $210.60 |
| Steven Fama | 76.00 | 76.00 | $216.00 | $16,416.00 | $16,005.60 |
| **Total** | **171.40** | **171.40** | | **$37,022.40** | **$36,096.84** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 5.20 | 5.20 | $216.00 | $1,123.20 | $1,095.12 |
| **Total** | | | | **$1,123.20** | **$1,095.12** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$583,372.80** | **$568,788.48** |

3079255

Coleman v. Brown
Third Quarter of 2016
July 1, 2016 through September 30, 2016
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $4,815.20 | $4,815.20 |
| Outside Copying | $6,372.66 | $6,372.66 |
| Transcription | $3,270.90 | $3,270.90 |
| Telephone | $26.15 | $26.15 |
| Postage and Delivery | $1,523.05 | $1,523.05 |
| Westlaw/Lexis/PACER | $387.95 | $387.95 |
| Travel | $2,845.46 | $2,845.46 |

**Total** $19,241.37

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $695.20 | $695.20 |
| Travel | $325.65 | $325.65 |
| Postage | $366.10 | $366.10 |

**Total** $1,386.95

**Grand Total** $20,628.32

Coleman v. Brown
Third Quarter of 2016
July 1, 2016 through September 30, 2016
Fees on Fees, 489-5

### Rosen Bien Galvan & Grunfeld

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 0.10 | 0.00 | $216.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.40 | 0.00 | $216.00 | $0.00 | $0.00 |
| Linda Woo | 6.20 | 6.20 | $216.00 | $1,339.20 | $1,305.72 |
| Lisa Ells | 16.10 | 16.00 | $216.00 | $3,456.00 | $3,369.60 |
| Total | 16.10 | 16.00 | | $4,795.20 | $4,675.32 |

### Prison Law Office

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.30 | 1.30 | $200.00 | $260.00 | $253.50 |
| Total | 1.30 | 1.30 | | $260.00 | $253.50 |

### American Civil Liberties Union

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.90 | 0.90 | $216.00 | $194.40 | $189.54 |
| Total | 0.90 | 0.90 | | $194.40 | $189.54 |

**GRAND TOTAL**                                      $5,249.60      $5,118.36

3079255

Coleman v. Brown
Third Quarter of 2016
July 1, 2016 through September 30, 2016
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-house Copying | $48.80 | $48.80 |
| Postage and Delivery | $18.11 | $18.11 |
| **Total** | | **$66.91** |

**GRAND TOTAL** $66.91