UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM DB P<br><br><br><br>**ORDER** |

The Special Master has informed the court that defendants have reached out to him concerning a possible request to modify the reports filed monthly concerning census, waitlists and trends for inpatient mental health care. The court requests the assistance of the Special Master in determining possible alternative formats for the reports that may be more helpful in identifying and highlighting information the court needs in order to enforce compliance with the remedial plan and other remedial orders.

IT IS SO ORDERED.

DATED: December 20, 2016

_____
UNITED STATES DISTRICT JUDGE

1