KATHLEEN A. KENEALY
Acting Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF PAM AHLIN IN SUPPORT OF DEFENDANTS' RESPONSE TO QUESTIONS POSED IN DECEMBER 9, 2016, ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Pam Ahlin, declare:

1. I am the Director of the Department of State Hospitals (DSH) and I have personal knowledge of the facts stated in this declaration and if called upon to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Response to Questions Posed in the December 9, 2016, Order.

2. DSH provides inpatient mental health treatment to approximately 2,285 California Department of Corrections and Rehabilitation's (CDCR) patients annually in designated licensed beds at DSH-Atascadero, DSH-Coalinga, and in facilities operated within CDCR prisons,

1

specifically the Vacaville Psychiatric Program, the Salinas Valley Psychiatric Program, and the California Health Care Facility at Stockton.

3. The DSH psychiatric programs offer several levels of clinical care and custodial environments to meet the different needs of the *Coleman* population and create a continuum of care throughout the DSH mental health inpatient system. Patients' clinical needs range from acute to intermediate and patients' custody factors range from low risk to high risk, resulting in some patients moving from locked, single cells to multi-person cells, locked dorms, and unlocked dorms. An individualized clinical assessment determines where a patient's mental health needs will be appropriately and optimally met. As a result of pairing patients' clinical needs with their appropriate housing environment, there are circumstances where DSH beds designated for *Coleman* class members are available but not filled. Under those circumstances, when beds at the state hospitals cannot be used for Coleman patients, they are used for other patients, also subject to court-ordered commitment, but made available for Coleman when the need arises. Coleman class members, however, maintain their placement priority for such beds. Thus, if CDCR clinicians refer a Coleman class member to an inpatient bed and the Coleman-designated space is occupied, DSH makes that bed to the Coleman class member and moves the non-Coleman patient.

4. Due to the recent storms, DSH experienced flooding in its facility at Salinas Valley State Prison caused by a high volume of rain. As a result, DSH has been unable to use 20 high-custody intermediate care beds since October 2016, and an additional 34 high-custody intermediate care beds in January 2017, which constrained capacity and added to waiting times for beds in high demand. To off-set the loss of intermediate care beds, DSH, with the approval of licensing, is using the Isolation Rooms at DSH-Stockton on an emergency basis. DSH and CDCR will ensure that appropriate staff coverage is provided twenty-four hours a day, seven days a week, while these rooms are in use. DSH-Stockton will continue to take new admissions from the referral waitlist, utilizing the Isolation Rooms for patients nearing discharge readiness and backfilling with admissions. Construction has begun and repairs are ongoing. Currently, it is estimated that the beds at Salinas Valley State Prison will be back on-line and available for use by

2

the middle of March 2017.  DSH and CDCR are taking immediate steps to provide continued mental health services to those patients impacted by the rain damage.

5. As to the feasibility of contracting with community hospitals to provide inpatient mental health care to class members when DSH capacity is full, recent exploration of community options demonstrated a lack of community resources. Specifically, in December 2014, DSH distributed a Request For Information to all licensed Institution for Mental Disease facilities in California via direct contact and posting to the State of California's online procurement system – BidSync. Over 50 licensed facilities were asked to provide information relative to types of beds available for contract, services provided and security provisions available. Statewide, there were only 3 - 5 empty available beds at any given time. These facilities primarily provide mental health services to patients in the community or conserved under the Lanterman Petris Short Act. The results of this request are indicative of the ongoing shortage of secure mental health beds available outside the boundaries of DSH and CDCR facilities, which is also reflected in the continued increase of Lanterman Petris Short Act patients referred to the state hospitals for treatment.

6. As of January 11, 2017, there were 29 inmate-patients waiting for placement in an acute care bed, none of whom were waiting beyond program guide timelines, 10 inmate-patients waiting for placement in a low-custody intermediate care bed, none of whom were waiting beyond program guide timelines, and 79 inmate-patients waiting for placement in high-custody intermediate care beds, 29 of whom were waiting beyond program guide timelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on January 13, 2017.

*/s/ Pam Ahlin*
PAM AHLIN
Director, Department of State Hospitals

(*original signature retained by attorney*)

CF1997CS0003

3

Decl. of P. Ahlin in Supp. of Defs.' Response to Questions Posed in 12/9/16 Order (2:90-cv-00520 KJM-DB (PC))