KATHLEEN A. KENEALY
Acting Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 323-4025
  Fax:  (916) 324-5205
  E-mail:  Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF KATHERINE TEBROCK IN SUPPORT OF DEFENDANTS' RESPONSE TO QUESTIONS POSED IN THE DECEMBER 9, 2016 ORDER** |

I, Katherine Tebrock, declare:

1.   I am the Deputy Director of the California Department of Corrections and Rehabilitation's (CDCR) statewide Mental Health Services Delivery System.  I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify.  I make this declaration in support of Defendants' Response to Questions Posed in the December 9, 2016 Order.

/ / /

1

2.   I was appointed as Deputy Director of the Statewide Mental Health Program in November 2015.  I am familiar with the numerous and complex policies and procedures that govern the prison mental health care delivery system at the institutional level and have visited and evaluated the prisons with mental health care programs.  I am also responsible for and supervise the mental health system's headquarters and regional teams, and am familiar with *Coleman* mandates.  I previously served as Chief Deputy General Counsel of Policy with CDCR's Office of Legal Affairs, where my duties included management and oversight of the health care legal team, including the *Coleman* class action litigation.

3.   As of January 9, 2017, CDCR provides care to approximately 38,266 patients in the Mental Health Services Delivery System including outpatient and inpatient beds.  CDCR provides inpatient care in Mental Health Crisis Beds and at Psychiatric Inpatient Programs at the California Institution for Women and San Quentin.  Additional inpatient mental health services are currently provided by the Department of State Hospitals (DSH) in licensed beds at the Vacaville Psychiatric Program at California Medical Facility, the Salinas Valley Psychiatric Program at Salinas Valley State Prison, the Stockton Psychiatric Program at the California Health Care Facility, and at DSH facilities at Coalinga and Atascadero.

4.   To expand capacity of inpatient beds available to *Coleman* class members, CDCR plans to reopen 72 inpatient beds on the first floor of the California Medical Facility's L-Wing, referred to as L1.  Assuming approval of waivers of state and federal laws, the project is expected to be completed in April 2017.  CDCR will provide the Special Master activation schedules as soon as they are available.

5.   The 2017-18 Governor's Budget proposes to construct two 50-bed, flexible use, inpatient units.  The beds will primarily be used as Mental Health Crisis Beds but can be flexed for use as an Acute Psychiatric Program or Intermediate Care Facility as needed.  The construction of these 100 beds will help address the longstanding need for crisis beds in the southern part of the state.  Fifty beds will be located at R.J. Donovan State Prison and 50 beds will be located at the California Institution for Men.  The project is expected to be completed by summer 2021.

6. The Governor's Budget proposes that CDCR assume operation of the inpatient beds currently operated by DSH and located within CDCR institutions by July 1, 2017. CDCR's plan to transfer and manage the inpatient programs will result in significant improvements and efficiencies. Because CDCR will manage the entire referral and placement process, it projects that referral times in acute-care programs may be reduced by as much 50 percent (from six to three business days), and by as much as 40 percent in high-custody, intermediate-care programs (from fifteen to nine business days). CDCR Inpatient Coordinators will be directly responsible for utilization management of these beds, including making local referrals, determining appropriate-care levels, and managing timeliness and referral quality. Further, CDCR Inpatient Coordinators will receive the least restrictive housing designations much sooner in the process. Because referrals will be an internal CDCR process, CDCR Headquarters staff will be able to review referrals much more quickly, and the DSH confirmation step will be eliminated.

7. Legislative review of the Budget Change Proposal will occur in the form of budget hearings before the end of June, but this proposal requires no additional appropriation. If approved, CDCR plans to transition the psychiatric inpatient programs from DSH beginning on July 1, 2017, with a full roll-out over a 2-year period. CDCR will provide the Special Master with activation updates as the project progresses.

8. To reduce the demand for inpatient care, CDCR has implemented a three-phased clinical skills training program for CDCR clinicians who will assist staff in treatment planning and assessment. Case formulation training (the program's first phase), will provide clinical staff better foundation for assessing patient needs and developing treatment plans. Improved treatment plans result in improved identification of treatment goals and facilitate measuring a patient's progress in achieving those goals. Mental Health Crisis Bed triage training (the program's second phase) will improve clinicians' ability to recognize crises and prescribe inpatient treatment. These first two program phases began in 2016. The training's third phase–Interdisciplinary Treatment Team training—will make Interdisciplinary Treatment Teams more complete, with teams confirming that measurable treatment goals are identified and tracked, and that the teams

3

1   are working towards patient improvement. CDCR's three initiatives designed to reduce the need

2   for inpatient beds are expected to be fully implemented by mid-2017.

3       9.   CDCR attempted to secure beds in community hospitals to provide inpatient care to

4   inmates. In 2012 and 2013, the California Correctional Health Care System worked through its

5   Health Net contractor to attempt to locate alternative Mental Health Crisis Beds. Only three

6   hospitals responded. Two of the facilities did not meet security requirements due to the location

7   and building designs. These facilities offered only ten to fifteen beds and CDCR was required to

8   provide the staffing. The third potential contractor wanted CDCR to build and staff the unit .

9   This facility also failed to meet security requirements. The California Correctional Health Care

10  Systems Medical Contracts unit also looked at skilled nursing facilities; however, those facilities

11  were not willing to have custody officers guarding patients given that they provide services to

12  community families. The California Correctional Health Care System also contacted hospitals

13  without success. A few were willing to take patients, but only for a limited number of beds. The

14  California Correctional Health Care System has continued to explore available options for use of

15  community hospital beds. Should they locate a hospital with available beds, it would take at least

16  six months to define the scope of the contract and for CDCR to do a security assessment.

17      10.  While awaiting placement in an inpatient bed, CDCR inmates receive care

18  commensurate with their current level of care placement. If an inmate is waiting in a Mental

19  Health Crisis Bed for acute or intermediate care they receive treatment as required by Chapter

20  Five of the Mental Health Services Delivery System Program Guide, 2009 Revision. Treatment

21  in those units includes, at a minimum, daily clinical rounds from a psychiatrist or psychologist,

22  medication evaluation and management, individualized treatment plans that typically include

23  brief intensive therapy, rehabilitation therapy, weekly Interdisciplinary Treatment Team

24  meetings, and twenty-four hour nursing care. For inmate-patients in Mental Health Crisis Bed

25  during the last six months of 2016, CDCR met Program Guide timeline requirements at a rate of

26  90 percent or greater for required Primary Clinician contacts and treatment team meetings. If an

27  inmate is waiting for acute or intermediate placement while in an Enhanced Outpatient Program,

28

1  the inmate will continue to receive Enhanced Outpatient Program level of care until they are

2  placed at a higher level of care.

3       11.  Since 2006, CDCR has contracted with a consulting firm to produce a mental health

4  bed need study based on CDCR's bi-annual population projections.   The 2016 population

5  projections were released with the Governor's January 10, 2017 budget and the Mental Health

6  Bed Needs Study based on those projections was submitted to the Special Master and Plaintiffs

7  on January 11, 2017.  The 2016 projections show no need for additional inpatient beds. The fall

8  2016 projections indicate an increase need for low-custody intermediate-care beds and a decrease

9  in the need for high-custody intermediate-care beds.

10       12.  CDCR monitors bed needs on a daily basis using its mental health performance report

11  and reports generated by the Health Care Placement Oversight Program, which  provide daily

12  census and bed availability for all mental health beds within the system.  These reports help

13  management identify pressures in the system and allow patient movement and transfers to

14  available beds.

15       13.  CDCR and DSH work together through meetings and telephone conferences on a

16  daily basis to monitor census levels at the inpatient programs and to admit patients to those

17  programs as expeditiously as possible pursuant to the policies adopted as part of the 2015

18  Memorandum of Understanding between the departments.

19       14.  CDCR continues to increase its Enhanced Outpatient Program and Mental Health

20  Crisis Bed capacity.  CDCR opened an additional 450 Enhanced Outpatient Program beds for

21  males and continues to fill available open beds.  CDCR also intends to add an additional 1367

22  Enhanced Outpatient Program beds for males and an additional 62 Enhanced Outpatient Program

23  beds for females over the next six months.  On January 10, 2017, CDCR submitted an updated

24  bed plan to the Special Master and the parties as an attachment to its Staffing Plan.  A copy of

25  that bed plan is attached as Exhibit A.

26       15.  In addition to increasing the supply of Enhanced Outpatient Program beds, CDCR is

27  addressing the demand for Enhanced Outpatient Program care by drafting a directive to the field

28  to remind staff that all patients receiving Enhanced Outpatient Program level of care meet the

5

Decl. K. Tebrock in Supp. of Defs.' Response to Questions Posed in 12/9/16 Order (2:90-cv-00520 KJM DB (PC)

1    criteria for that care.  CDCR presented a draft memorandum explaining the proposal for the

2    reviews to the Special Master and Plaintiffs in December, 2016.  Once that policy is finalized,

3    CDCR plans to conduct a review of each Enhanced Outpatient Program patient at his or her next

4    appointment to identify patients who meet criteria for discharge from the Enhanced Outpatient

5    Program level of care.  This review will further CDCR's efforts to meet the Program Guide's

6    objective to "provide clinical intervention to the individual to the least restrictive clinical and

7    custodial environment."  (Mental Health Services Delivery System Program Guide, 2009

8    Revision, 12-4-1.)  The clinical reviews will be completed within 120 days after the

9    memorandum is issued.

10        16.  In addition to expanding available beds and addressing the demand for care, CDCR is

11   working to ensure that Mental Health Crisis Beds are used efficiently by improving the utilization

12   of the beds.  To that end, CDCR is implementing the following five initiatives.

13        a.    A Dialectical Behavior Therapy program at California Medical Facility.  This

14   program is an evidence-based, outpatient treatment program has been effective with patients who

15   repeatedly require inpatient treatment, and is expected to improve these patients' level of

16   functioning and reduce their need for inpatient services.

17        b.    Clinical training program.  CDCR has initiated a three-phase, clinical skills

18   training series that focuses on clinical evaluation and treatment skills.  Training in these skills will

19   assist staff in planning and assessing treatment, which will ultimately reduce inpatient care needs.

20        c.    Crisis Intervention Teams at California Institution for Women and Salinas

21   Valley State Prison.  This effort has been implemented at Salinas Valley State Prison and has

22   already enhanced patient services after hours and resulted in reduced need for inpatient care.  The

23   Crisis Intervention Team program will activate at California Institution for Women on January 30,

24   2017.  CDCR will evaluate the efficacy of the Crisis Intervention Teams and will consider the use

25   of Crisis Intervention Teams at additional institutions with high numbers of Mental Health Crisis

26   Bed placement and treatment referrals.

27        d.    CDCR and the California Correctional Health Care Services have contracted

28   with a consulting firm, Global Productivity Services, to evaluate 30-day re-admissions.  The

1   assessment project should be completed by Spring 2017.  The goal is to develop systemic

2   processes that will reduce the percentage of 30 day re-admissions and to ensure that patients who

3   are discharged from a Mental Health Crisis Bed continue to improve after discharge so that

4   repeated admissions are unnecessary.

5          e.      CDCR is constantly identifying best practices to implement statewide.

6   Currently, best practices at Richard J. Donovan State Prison are being implemented at California

7   State Prison, Sacramento.  These include making clinical staff available after hours, regular tier

8   walks to improve patient communication and identify those who may require increased in

9   services, an incentive program, and a pain management program.  These proactive practices have

10  reduced the need for inpatient services at Richard J. Donovan State Prison.

11         17.  California State Proposition 57 passed and is likely to have some impact on the

12  number of inmates receiving mental health services.  CDCR is currently drafting regulations

13  which are anticipated to take effect October 1, 2017.

14         18.  CDCR also has a unit that helps manage and monitor the transfer and movement of

15  patients, monitor bed need, provide projections based upon bed use, project future need, assign

16  patients to crisis beds, monitor transfer timelines, and arrange for patient transport.  CDCR

17  recently improved clinicians' access to the crisis bed referral process.  On July 29, 2016, the

18  California Correctional Health Care System deactivated the Mental Health Crisis Bed Hotline, a

19  system that was designed to facilitate clinicians' referrals.  However, the hotline was not available

20  24 hours a day, seven days per week, which limited its usefulness.  The new system has multiple

21  live contacts – both telephone and e-mail – available seven days a week, 24 hours per day, for

22  crisis-bed referrals.

23         19.  CDCR's quality management team monitors transfer timelines and referral numbers

24  daily, and develops solutions with the Division of Adult Institutions, Health Care Placement

25  Oversight Program, and others as necessary, when transfer times exceed those set forth in the

26  Program Guide.

27         20.  As of January 11, 2017, there were 38 inmate-patients waiting for placement in a

28  crisis bed, 9 of whom were waiting over 24 hours.

1   21. I declare under penalty of perjury under the laws of the United States of America that

2   the foregoing is true and correct.  Executed in Sacramento, California on January 13, 2017.

3                                              */s/ Katherine Tebrock*_____
                                               KATHERINE TEBROCK
4                                              Deputy Director, Statewide Mental Health Program

5                                              *(original signature retained by attorney)*

6

7

8

9

10  CF1997CS0003
    Formatted FINAL_Tebrock Decl. Final.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. K. Tebrock in Supp. of Defs.' Response to Questions Posed in 12/9/16 Order (2:90-cv-00520 KJM DB (PC)

# Exhibit A

California Department of Corrections and Rehabilitation
Division of Health Care Services
Mental Health Program

## MALE BED PLAN
## CALIFORNIA HEALTH CARE FACILITIES - MENTAL HEALTH PROGRAM
### Projections through 2017 - Updated numbers 1/12/17

### Previous Bed Plan Numbers

| Level of Care: | Permanent Program Capacity | + | Temporary Capacity | = | Net Capacity | Proposed Changes Capacity: | = | Mental Health Bed Need Study - McManis Spring 2017 Population Projections - Need to 2017 | over/ (under) need |
|---|---|---|---|---|---|---|---|---|---|
| EOP | 3205 | | 160 | | 9,803 | 448 | | 3,655 | 148 |
| ASU | 519 | | 47 | | 550 | -16 | | 639 | -89 |
| PSU | 384 | | 0 | | 512 | 128 | | 474 | 38 |
| MHCB | 241 | | 114 | | 389 | 34 | | 343 | 46 |
| Acute | 130 | | 68 | | 232 | 34 | | 232 | 0 |
| ICF Low Custody | 390 | | 0 | | 340 | -50 | | 276 | 64 |
| ICF High Custody | 192 | | 382 | | 624 | 50 | | 556 | 68 |
| **Total:** | 5,061 | | 761 | | 6,400 | 628 | | 6,175 | 275 |

### Bed Plan Numbers

| Level of Care: | Permanent Capacity | + | Temporary Capacity | + | Proposed Changes to Capacity | = | Net Capacity | | Mental Health Bed Need Study - McManis Fall 2016 Population Projections - Need to 2017 | over/ (under) need | Mental Health Bed Need Study - McManis Fall 2016 Population Projections - Need to 2017 *NO-Occupancy* Standard* | over/ (under) need |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EOP | 6,926 | | -201 | | 1,007 | | 6,692 | | 5,811 | 786 | 5,520 | 1,077 |
| ASU | 585 | | 0 | | 0 | | 585 | | 786 | -201 | 747 | -162 |
| PSU | 300 | | 0 | | 0 | | 300 | | 390 | -90 | 371 | -71 |
| MHCB | 373 | | 0 | | 0 | | 373 | | 495 | -122 | 446 | -73 |
| PIP | 40 | | 0 | | 0 | | 40 | | 43 | -3 | 39 | 1 |
| Acute | 412 | | 0 | | 0 | | 412 | | 365 | 47 | 328 | 84 |
| ICF Low Custody | 390 | | 0 | | 0 | | 390 | | 360 | 30 | 324 | 66 |
| ICF High Custody | 700 | | 0 | | 72 | | 772 | | 701 | 71 | 631 | 141 |
| **Total:** | 8,684 | | -324 | | 1,109 | | 9,469 | | 8,951 | | 8,406 | |

### Table #A: Mental health bed capacity as of 1/12/17

| Institution | EOP | ASU | PSU | MHCB | Acute/ PIP | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| CHCF/DNCA | 375 | 50 | | 98 | 154 | | 360 | 1,037 |
| CIM | | | | | | | | 34 |
| CMC | 452 | 100 | | 50 | | | | 602 |
| CMF | 447 | 58 | | 50 | 218 | 84 | | 957 |
| COR | 300 | 100 | | 24 | | | | 424 |
| HDSP | | | | 10 | | | | 10 |
| KVSP | 96 | | | 12 | | | | 108 |
| LAC | 600 | 100 | | 12 | | | | 712 |
| MCSP | 774 | 50 | | 8 | | | | 832 |
| NKSP | | | | 10 | | | | 10 |
| PBSP | | | | 76 | | | | 76 |
| PVSP | 66 | | | 10 | | | | 76 |
| RJD | 894 | 63 | | 14 | | | | 971 |
| SAC | 514 | 64 | 300 | 24 | | | | 902 |
| SATF | 352 | | | 20 | | | | 372 |
| SOL | | | | 9 | | | | 9 |
| SQ | | | | 40 | | | | 40 |
| SVSP | 588 | | | 10 | | | 246 | 844 |
| VSP | 372 | | | | | | | 372 |
| WSP | | | | 6 | | | | 6 |
| **Total:** | 5,830 | 585 | 300 | 427 | 412 | 84 | 700 | 8,335 |
| **Department of State Hospital Beds:** | | | | | | | | |
| ASH | | 256 | | | | 256 | | 256 |
| CSH | | 50 | | | | 50 | | 50 |
| | | 306 | | | | 306 | | 306 |
| Grand Total (ISH + CDCR) | 5,830 | 585 | 300 | 427 | 412 | 390 | 700 | 8,644 |

### Table #B: Temporary Capacity as of 1/12/17

| Institution | EOP | ASU | PSU | MHCB | Acute/ PIP | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| CHCF/DNCA | | | | | | | | 0 |
| CIM | | | | -34 | | | | -34 |
| CMC | 190 | | | | | | | 190 |
| CMF | | | | | 72 | | | 72 |
| COR | 214 | | | | | | | 214 |
| HDSP | | | | | | | | 0 |
| KVSP | 96 | | | | | | | 96 |
| LAC | 150 | | | | | | | 150 |
| MCSP | -60 | | | | | | | -60 |
| NKSP | | | | | | | | 0 |
| PBSP | -66 | | | | | | | -66 |
| PVSP | | | | | | | | 0 |
| RJD | -30 | | | | | | | -30 |
| SAC | -20 | | | | | | | -20 |
| SATF | 220 | | | | | | | 220 |
| SOL | | | | | | | | 0 |
| SQ | 233 | | | | | | | 233 |
| SVSP | | | | | | | | 0 |
| VSP | -180 | | | | | | | -180 |
| WSP | | | | | | | | 0 |
| **Total:** | -270 | 0 | 0 | -34 | 0 | 0 | 0 | -324 |
| **Department of State Hospital Beds:** | | | | | | | | |
| ASH | | | | | | | | 0 |
| CSH | | | | | | | | 0 |
| | | | | | | | | 0 |
| Grand Total (ISH + CDCR) | -270 | 0 | 0 | -54 | 0 | 0 | 0 | -324 |

### Table #C: PROPOSED Permanent Changes in Capacity

| Institution | EOP | ASU | PSU | MHCB | Acute/ PIP | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| CHCF/DNCA | | | | | | | | 0 |
| CIM | | | | | | | | 0 |
| CMC | | | | | | | | 0 |
| CMF | | | | | | | 72 | 72 |
| COR | | | | | | | | 0 |
| HDSP | | | | | | | | 0 |
| KVSP | | | | | | | | 0 |
| LAC | | | | | | | | 0 |
| MCSP | | | | | | | | 0 |
| NKSP | | | | | | | | 0 |
| PBSP | | | | | | | | 0 |
| PVSP | | | | | | | | 0 |
| RJD | | | | | | | | 0 |
| SAC | | | | | | | | 0 |
| SATF | | | | | | | | 0 |
| SOL | | | | | | | | 0 |
| SQ | | | | | | | | 0 |
| SVSP | | | | | | | | 0 |
| VSP | | | | | | | | 0 |
| WSP | | | | | | | | 0 |
| **Total:** | 1,037 | 0 | 0 | 0 | 0 | 0 | 72 | 1,109 |
| **Department of State Hospital Beds:** | | | | | | | | |
| ASH | | | | | | | | 0 |
| CSH | | | | | | | | 0 |
| Grand Total (ISH + CDCR) | 1,037 | 0 | 0 | 0 | 0 | 0 | 72 | 1,109 |

### Table #D: PROPOSED Net number of mental health beds

| Institution | EOP | ASU | PSU | MHCB | Acute/ PIP | ICF | ICF-H | Total |
|---|---|---|---|---|---|---|---|---|
| CHCF/DNCA | 375 | 50 | | 98 | 154 | | 360 | 1,037 |
| CIM | | | | | | | | 0 |
| CMC | 642 | 100 | | 50 | | | | 792 |
| CMF | 447 | 58 | | 50 | 218 | 84 | 166 | 1,023 |
| COR | 514 | 100 | | 24 | | | | 638 |
| HDSP | | | | 10 | | | | 10 |
| KVSP | 192 | | | 12 | | | | 204 |
| LAC | 750 | 100 | | 12 | | | | 862 |
| MCSP | 714 | 50 | | 8 | | | | 772 |
| NKSP | | | | 10 | | | | 10 |
| PBSP | | | | 66 | | | | 66 |
| PVSP | | | | 6 | | | | 6 |
| RJD | 864 | 63 | | 14 | | | | 941 |
| SAC | 514 | 64 | 300 | 24 | | | | 902 |
| SATF | 572 | | | 20 | | | | 592 |
| SOL | | | | 9 | | | | 9 |
| SQ | 233 | | | 40 | | | | 273 |
| SVSP | 588 | | | 10 | | | 246 | 844 |
| VSP | 192 | | | | | | | 192 |
| WSP | | | | 6 | | | | 6 |
| **Total:** | 6,597 | 585 | 300 | 373 | 412 | 84 | 772 | 9,123 |
| **Department of State Hospital Beds:** | | | | | | | | |
| ASH | | 256 | | | | 256 | | 256 |
| CSH | | 50 | | | | 50 | | 50 |
| | | 306 | | | | 306 | | 306 |
| Grand Total (ISH + CDCR) | 6,597 | 585 | 300 | 373 | 412 | 390 | 772 | 9,429 |

1) All proposals are preliminary as site assessments to identify treatment and program space have not been evaluated.
2) CDCR would like to open discussions with the Special Master and Plaintiffs regarding additional open dormitory settings for future program expansion.

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program

# FEMALE BED PLAN
# CALIFORNIA HEALTH CARE FACILITIES - MENTAL HEALTH PROGRAM

Projections through 2017 - Updated numbers 1/12/17

## Previous Bed Plan Numbers

| Level of Care: | Current Program Capacity: | + | New Capacity: | - | Returned Capacity: | = | Net Capacity: | Mental Health Bed Need Study - McManis Spring 2013 Populations Projections - Need to 2013 | over/(under) need |
|---|---|---|---|---|---|---|---|---|---|
| EOP | 129 | | 0 | | 0 | | 129 | 85 | 44 |
| ASU | 19 | | 1 | | 0 | | 20 | 13 | 7 |
| PSU | 20 | | 0 | | 0 | | 20 | 22 | -2 |
| MHCB | 22 | | 0 | | 0 | | 22 | 8 | 14 |
| Acute/ICF | 30 | | 45 | | -30 | | 45 | 17 | 28 |
| Total: | 220 | | 46 | | -30 | | 236 | 145 | 91 |

## Bed Plan Numbers

| Level of Care: | Permanent Program Capacity: | + | Temporary Capacity: | + | Proposed Changes to Capacity: | = | Net Capacity: | Mental Health Bed Need Study - McManis Fall 2016 Population Projections - Need to 2017 | over/(under) need | Mental Health Bed Need Study - McManis Fall 2016 Population Projections - Need to 2017 "NO Occupancy Standard" | over/(under) need |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EOP | 129 | | 0 | | 62 | | 191 | 183 | 8 | 174 | 17 |
| ASU | 20 | | 0 | | 0 | | 20 | 10 | 10 | 9 | 11 |
| PSU | 20 | | 0 | | 0 | | 20 | 12 | 8 | 12 | 8 |
| MHCB | 22 | | 0 | | 0 | | 22 | 30 | -8 | 27 | -5 |
| Acute/ICF | 45 | | 30 | | 0 | | 75 | 55 | 20 | 50 | 25 |
| Total: | 236 | | 30 | | 62 | | 328 | 290 | | 272 | |

### Table #A: Mental health bed capacity as of 1/12/17

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | 54 | 10 | 20 | 12 | | 129 |
| CIW | 75 | 10 | | 10 | 45 | 236 |
| FWF | | | | | | 0 |
| **Total:** | 129 | 20 | 20 | 22 | 45 | |
| **Department of State Hospital Beds:** | | | | | | |
| PSH | | | | | 30 | 30 |
| **Total:** | 0 | 0 | 0 | 0 | 30 | 30 |
| **Grand Total: (DSH Hospital + CDCR)** | 129 | 20 | 20 | 22 | 45 | 236 |

### Table #B: Temporary Capacity as of 1/12/17

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | | | | | | 0 |
| CIW | | | | | | 0 |
| FWF | | | | | | 0 |
| **Total:** | 0 | 0 | 0 | 0 | 0 | 0 |
| **Department of State Hospital Beds:** | | | | | | |
| PSH | | | | | 30 | 30 |
| **Total:** | 0 | 0 | 0 | 0 | 30 | 30 |
| **Grand Total: (DSH Hospital + CDCR)** | 0 | 0 | 0 | 0 | 30 | 30 |

### Table #C: PROPOSED Permanent Changes in Capacity as of 1/12/17

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | 62 | | | | | 62 |
| CIW | | | | | | 0 |
| FWF | | | | | | 0 |
| **Total:** | 62 | 0 | 0 | 0 | 0 | 62 |
| **Department of State Hospital Beds:** | | | | | | |
| PSH | | | | | | 0 |
| **Total:** | 0 | 0 | 0 | 0 | 0 | 0 |
| **Grand Total: (DSH Hospital + CDCR)** | 62 | 0 | 0 | 0 | 0 | 62 |

### Table #D: PROPOSED Net number of mental health beds

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | 116 | 10 | 20 | 12 | | 138 |
| CIW | 75 | 10 | | 10 | 45 | 160 |
| FWF | | | | | | 0 |
| **Total:** | 191 | 20 | 20 | 22 | 45 | 298 |
| **Department of State Hospital Beds:** | | | | | | |
| PSH | | | | | 30 | 30 |
| **Total:** | 0 | 0 | 0 | 0 | 30 | 30 |
| **Grand Total: (DSH Hospital + CDCR)** | 191 | 20 | 20 | 22 | 75 | 328 |