KATHLEEN A. KENEALY
Acting Attorney General of California
ATTORNEY GENERAL
WILLIAM C. KWONG
ACTING SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS, WAITLISTS AND TRENDS REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care. (ECF No. 5367.) A letter from Defendants CDCR and DSH is attached enclosing Defendants' Psychiatric Inpatient Programs Census Report, Defendants'

1

Psychiatric Inpatient Program Referral/Waitlist for the Month of December November 2016, and CDCR's Psychiatric Inpatient Programs Trends report, as Exhibits A, B, and C, respectively.

Dated: January 17, 2017

Respectfully submitted,

KATHLEEN A. KENEALY
Acting Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
12556499

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                            EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



January 17, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANTS' MONTHLY CENSUS, WAITLISTS AND TREND REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

Under the Court's October 13, 2015 Order and the June 24, 2016 Order modifying it, the California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit information on patient census and waitlists for inpatient mental health care. (ECF Nos. 5367 and 5458.)

Enclosed are Defendants' Psychiatric Inpatient Programs Census report, Defendants' December 2016 Psychiatric Inpatient Program Referral/Waitlist, and CDCR's Psychiatric Inpatient Programs Trends report, Exhibits A, B, and C, respectively. All three reports are based on data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA). The reports also reflect data collected daily at a single point in time and, as a result, should not be used for purposes outside of the reports.

The Psychiatric Inpatient Programs Census Report identifies the number of patients in each inpatient program by custody level scores, patients committed under court orders (PC 1370 and WIC 7301), and patients who have not yet received a custody level score. The report also identifies the number of patients who were clinically placed in custody settings higher than their Least Restrictive Housing designation for the Male Intermediate Care Facility (High Custody) programs and the Male Intermediate Care Facility (Low Custody) dorm beds at DSH-Vacaville. Exhibit A, fn. 6.

The Referral/Waitlist report (Exhibit B) was revised to reflect referral process changes required by CDCR and DSH's Memorandum of Understanding (MOU). The report includes the number of inmates in each step of the referral process and shows, on both a daily basis and a monthly average, the number of new inmates referred to inpatient care and waiting placement in an inpatient bed, and those transitioning between levels of care and/or inpatient programs (i.e., DSH internal transfers). The Pending Acceptance and Level of Care Determination column includes both new referrals and patients already in an inpatient setting.

The Psychiatric Inpatient Programs Trends report (Exhibit C) was also revised because of changes made under the MOU. Specifically, the report's first page includes a chart showing the percentage of inmates in the different stages of the referral process, and the Notes section on page one includes a description and definition of the new time periods contained in the Joint CDCR and DSH Policy on Referral, Admission, and Movement, implemented on May 1, 2016. This report also provides the average number of inmates who have not transferred to the endorsed inpatient program within 72 hours of endorsement, listed as "Beyond 72-hr Transfer Timeframe Avg for Period." The Program Guide requires that "inmate-patients who have been accepted shall be transported to [DSH] within 72 hours of bed assignment." In July 2016, CDCR and DSH agreed that patients referred to DSH for inpatient care would be endorsed to a program by HCPOP upon receipt of a Decision Form indicating the inmate's accepted level of care, i.e., Acute or Intermediate. This new process will save time by eliminating redundant inpatient referral reviews. But moving the endorsement date to the referral process's beginning has resulted in more inmates being reported as endorsed and pending transfer beyond the 72-hr transfer timeframe, even though those inmates are within the 10 and 30-day Program Guide transfer time limits.

On December 20, 2016, the Court issued an order requesting the assistance of the Special Master in determining possible alternative formats for the monthly inpatient reports that may be more helpful in identifying and highlighting information the court needs in order to enforce compliance with the remedial plan and other remedial orders. Defendants have met and conferred with the Special Master regarding alternative formats for the monthly inpatient reports and will be submitting a final version of proposed alternative reports for consideration this week.

Sincerely,

*/s/ Katherine Tebrock*                                             */s/ Pam Ahlin*

KATHERINE TEBROCK                                          PAM AHLIN
Deputy Director                                                        Director
Statewide Mental Health Program                          Department of State Hospitals

# Exhibit A

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
| PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF December 19, 2016 | | | | | | | |
| Male Acute Care Programs[5] | | | | | | | |
| DSH-Vacaville | 218 | No Score: | 4 | 4 | 0 | 0 | 0 |
| | | Level I: | 14 | | | | |
| | | Level II: | 55 | | | | |
| | | Level III: | 41 | | | | |
| | | Level IV: | 100 | | | | |
| | | Total: | 214 | | | | |
| DSH-Stockton | 154 | No Score: | 14 | 7 | 0 | 10 | 0 |
| | | Level I: | 4 | | | | |
| | | Level II: | 23 | | | | |
| | | Level III: | 18 | | | | |
| | | Level IV: | 78 | | | | |
| | | Total: | 137 | | | | |
| DSH-Atascadero[8] | 0 | No Score: | 0 | 0 | 0 | 0 | 0 |
| | | Level I: | 0 | | | | |
| | | Level II: | 6 | | | | |
| | | Level III: | 0 | | | | |
| | | Level IV: | 1 | | | | |
| | | Total: | 7 | | | | |
| **Total Male Acute** | **372** | **TOTAL:** | **358** | **11** | **0** | **10** | **0** |
| Male Intermediate Care Facility (High Custody) Programs | | | | | | | |
| DSH-Stockton | 360 | No Score: | 25 | 9 | 0 | 24 | 0 |
| | | Level I: | 7 | | | | |
| | | Level II: | 47 | | | | |
| | | Level III: | 48 | | | | |
| | | Level IV: | 200 | | | | |
| | | Total: | 327 | | | | |
| | | Total out of LRH[6]: | 171 | | | | |
| DSH-Vacaville | 94 | No Score: | 4 | 3 | 0 | 0 | 0 |
| | | Level I: | 2 | | | | |
| | | Level II: | 24 | | | | |
| | | Level III: | 25 | | | | |
| | | Level IV: | 36 | | | | |
| | | Total: | 91 | | | | |
| | | Total out of LRH[6]: | 64 | | | | |
| DSH-Salinas Valley | 202 | No Score: | 1 | 4 | 23 | 0 | 0 |
| | | Level I: | 3 | | | | |
| | | Level II: | 22 | | | | |
| | | Level III: | 27 | | | | |
| | | Level IV: | 106 | | | | |
| | | PC 1370: | 14 | | | | |
| | | WIC 7301: | 2 | | | | |
| | | Total: | 175 | | | | |
| | | Total out of LRH[6]: | 104 | | | | |
| DSH-Salinas Valley Multi-person Cells | 44 | No Score: | 0 | 0 | 0 | 0 | 3 |
| | | Level I: | 0 | | | | |
| | | Level II: | 3 | | | | |
| | | Level III: | 10 | | | | |
| | | Level IV: | 28 | | | | |
| | | PC 1370: | 0 | | | | |
| | | WIC 7301: | 0 | | | | |
| | | Total: | 41 | | | | |
| | | Total out of LRH[6]: | 5 | | | | |
| **Total Male ICF High Custody** | **700** | **TOTAL:** | **634** | **16** | **23** | **24** | **3** |

| Facility | Bed Capacity | Beds Occupied[1] | | Beds on hold[2] | Beds redlined[3] | Isolation rooms[4] | Beds available |
|---|---|---|---|---|---|---|---|
| **Male Intermediate Care Facility (Low Custody) Programs** ||||||||
| DSH-Vacaville Dorms | 84 | No Score: | 1 | 3 | 0 | 0 | 0 |
| | | Level I: | 5 | | | | |
| | | Level II: | 30 | | | | |
| | | Level III: | 17 | | | | |
| | | Level IV: | 28 | | | | |
| | | **Total:** | **81** | | | | |
| | | *Total out of LRH[6] :* | 22 | | | | |
| DSH-Atascadero | 256 | No Score: | 1 | 2 | 0 | 0 | 38 |
| | | Level I: | 9 | | | | |
| | | Level II: | 119 | | | | |
| | | Level III: | 39 | | | | |
| | | Level IV: | 41 | | | | |
| | | **Total:** | **209** | | | | |
| DSH-Coalinga | 50 | No Score: | 0 | 0 | 0 | 0 | 6 |
| | | Level I: | 2 | | | | |
| | | Level II: | 20 | | | | |
| | | Level III: | 12 | | | | |
| | | Level IV: | 10 | | | | |
| | | **Total:** | **44** | | | | |
| **Total Male ICF Low Custody** | **390** | **TOTAL:** | **334** | **5** | **0** | **0** | **44** |
| **Male Condemned Program** ||||||||
| **San Quentin-PIP** | **40** | **TOTAL:** | **40** | **0** | **0** | **0** | **0** |
| **Female Programs[7]** ||||||||
| DSH-Patton | 30 | Level I: | 0 | 0 | 0 | 0 | 30 |
| | | Level II: | 0 | | | | |
| | | Level III: | 0 | | | | |
| | | Level IV: | 0 | | | | |
| | | **Total:** | **0** | | | | |
| California Institution for Women-PIP | 45 | No Score: | 3 | 0 | 0 | 0 | 2 |
| | | Level I: | 1 | | | | |
| | | Level II: | 12 | | | | |
| | | Level III: | 6 | | | | |
| | | Level IV: | 21 | | | | |
| | | **Total:** | **43** | | | | |
| **Total Female** | **75** | **TOTAL:** | **43** | **0** | **0** | **0** | **32** |
| **Total Inpatient Program Capacity and Availability – Male and Female** ||||||||
| **GRAND TOTALS** | **1,577** | | **1409** | **32** | **23** | **34** | **79** |

[1] For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV.  Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above.  Patients with "no score" have not completed Reception Center processing.  PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral.  WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

[2] Beds on hold are reserved for patients pending transfer.  Based on DSH Reports.

[3] Beds redlined are beds that are temporarily unavailable due to repairs.  Based on DSH Reports.

[4] Isolation rooms are cells that for licensing reasons physically differ from the other cells in the program, i.e., have showers or restricted sightlines into the cell.  As a result these cells are deemed inappropriate for everyday use.  Defendants are evaluating whether some of these rooms can be modified to permit everyday use.  Based on DSH Reports.

[5] Acute beds at DSH-Vacaville and DSH-Stockton are single cell.  Thus, custody level and least restrictive housing categories do not apply.

[6] Least Restrictive Housing (LRH) is determined by CDCR.  The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.

[7] Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.

[8] The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity.  This census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

# Exhibit B

## PSYCHIATRIC INPATIENT PROGRAM
### REFERRAL/WAITLIST FOR DECEMBER 2016 [2]

| DATE | PENDING ACCEPTANCE & LOC DETERMINATION[3] | PENDING LRH DETERMINATION[3] | PENDING ENDORSEMENT/ BED AVAILABILITY[3] | ENDORSED TO ACUTE & PENDING TRANSFER | | ENDORSED TO ICF (HC) & PENDING TRANSFER | | ENDORSED TO ICF (LC) & PENDING TRANSFER | | ENDORSED TO CONDEMNED & PENDING TRANSFER | ENDORSED TO FEMALE & PENDING TRANSFER | TOTAL[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | FROM CDCR | FROM DSH | | | |
| 1 | 42 | 6 | 0 | 32 | 3 | 85 | 10 | 6 | 8 | 0 | 0 | 192 |
| 2 | 35 | 14 | 0 | 36 | 3 | 83 | 21 | 6 | 9 | 0 | 0 | 207 |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | 39 | 0 | 0 | 34 | 0 | 82 | 29 | 7 | 9 | 0 | 0 | 200 |
| 6 | 42 | 3 | 0 | 31 | 0 | 83 | 28 | 5 | 8 | 0 | 1 | 201 |
| 7 | 48 | 3 | 0 | 33 | 2 | 80 | 27 | 7 | 7 | 0 | 1 | 208 |
| 8 | 44 | 3 | 0 | 35 | 0 | 80 | 26 | 4 | 3 | 0 | 0 | 195 |
| 9 | 44 | 2 | 0 | 33 | 0 | 76 | 25 | 1 | 6 | 0 | 0 | 187 |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | 46 | 1 | 0 | 35 | 0 | 76 | 23 | 1 | 7 | 0 | 0 | 189 |
| 13 | 54 | 1 | 0 | 38 | 1 | 76 | 23 | 1 | 6 | 0 | 0 | 200 |
| 14 | 45 | 6 | 0 | 38 | 0 | 74 | 19 | 3 | 6 | 0 | 1 | 192 |
| 15 | 31 | 6 | 0 | 42 | 0 | 72 | 15 | 3 | 9 | 0 | 0 | 178 |
| 16 | 30 | 5 | 0 | 36 | 3 | 70 | 17 | 3 | 10 | 0 | 1 | 175 |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | 27 | 9 | 0 | 33 | 2 | 70 | 13 | 3 | 9 | 0 | 1 | 167 |
| 20 | 26 | 4 | 0 | 39 | 0 | 70 | 12 | 4 | 5 | 0 | 0 | 160 |
| 21 | 26 | 12 | 0 | 39 | 2 | 68 | 7 | 3 | 6 | 0 | 0 | 163 |
| 22 | 39 | 6 | 0 | 36 | 1 | 64 | 6 | 6 | 7 | 0 | 0 | 165 |
| 23 | 40 | 0 | 0 | 38 | 0 | 63 | 6 | 6 | 6 | 0 | 2 | 161 |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | 39 | 7 | 0 | 31 | 2 | 61 | 6 | 3 | 8 | 0 | 2 | 159 |
| 28 | 33 | 10 | 0 | 31 | 1 | 61 | 6 | 6 | 8 | 0 | 0 | 156 |
| 29 | 36 | 4 | 0 | 25 | 8 | 72 | 5 | 4 | 6 | 0 | 0 | 160 |
| 30 | 33 | 2 | 0 | 32 | 0 | 71 | 4 | 4 | 4 | 0 | 0 | 150 |
| 31 | | | | | | | | | | | | |
| MONTHLY AVERAGE | 38 | 5 | 0 | 36 | | 89 | | 11 | | 0 | 0 | 179 |

[1] The total provides the sum of inmates waiting to be placed in an inpatient bed.

[2] The referral/waitlist provides the total number of inmates waiting to be placed in an inpatient bed. For the purposes of this report, an inmate is on a waitlist for inpatient mental health care starting the date the completed packet referring the inmate for inpatient care is received by DSH from CDCR. See Order filed August 21, 2015 at 2 & n.1. For referrals from CDCR to its Psychiatric Inpatient Programs (PIP) at San Quentin State Prison and California Institution for Women, an inmate is on the referral waitlist starting on when CDCR Statewide Mental Health Program transmits the referral packet to the PIP. For referrals from one DSH inpatient level of care or DSH facility to another (acute to intermediate, intermediate to acute, ICF-HC to ICF-LC), a patient is on the referral waitlist starting on the date that a Decision Form confirming the level of care is posted to SharePoint. As a result, this chart includes patients whose referrals may be rescinded or rejected, as provided by the Program Guide, who succeed in challenging their inpatient placement in a Vitek hearing, or who have paroled from custody; it also will include patients who have been accepted and assigned a bed but are in transit to their inpatient program. Further, because patients are referred and placed into inpatient programs daily, the individual patients on the waitlist are constantly changing and inmate-patients may have more than one referral per month should their mental health status require a change in level of care after an initial referral and admission to an inpatient program. Therefore, this chart does not reflect the length of time between a completed referral and placement in an inpatient program or the total number of patients referred during the month.

[3] These data elements reflect the progression of referrals through the new requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016. In these phases of "waiting," level of care, least restrictive housing, and inpatient program endorsement location are being determined.

# Exhibit C

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
## Weekly Average Census and Pending List Data
### January - December 2016



### TOTAL INPATIENT PROGRAMS PENDING LIST BY CATEGORY
May - December 2016

| Category | Count | % |
|---|---|---|
| Pending Acceptance & LOC Determination | 56 | 26% |
| Pending LRH Determination | 54 | 25% |
| Pending Endorsement/Bed Availability | 5 | 2% |
| Endorsed & Pending Transfer | 101 | 47% |

### TOTAL INPATIENT PROGRAMS PENDING LIST

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Pending List | 85 | 74 | 78 | 76 | 151 | 218 | 193 | 194 | 302 | 300 | 185 | 179 |

**TOTAL PENDING LIST AVG FOR MAY - DECEMBER = 215**
Beyond Endorsement Timeframe Avg for Period = **62**
Beyond 72-hr Transfer Timeframe Avg for Period = **82**

**NOTES:**
1. The time periods identified in this report reflect the requirements of the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds, which was implemented on May 1, 2016, and does not alter the transfer timelines set forth in the MHSDS Program Guide.
2. **Report revised beginning May 2016** to capture the new process under the Joint CDCR and DSH Policy on Referral, Admission, and Movement of patients into inpatient beds. All data, except capacities, are weekly averages for the month. Data is as of every Monday from the Referrals to Inpatient Programs Application (RIPA).
3. Definitions:
   * **Pending List:** Includes ALL inmate-patients waiting for an ICF or APP bed. Inmate-patients are placed on the Pending List as soon as the referral is sent to the inpatient program (which is deemed the same day of receipt by the inpatient program). Inmate-patients are removed from the Pending List once admitted and transferred into an ICF or APP bed, is rejected by the inpatient program, or the referral is rescinded.
   * **Endorsed and Pending Transfer:** Includes inmate-patients on the Pending List that have been endorsed by HCPOP, but have not yet transferred to the endorsed inpatient program.
   * **Beyond Timeframe for Endorsement:** Includes inmate-patients on the Pending List that have not been endorsed for transfer within 7 business days of sending an ICF referral to the inpatient program, or within 3 business days of sending an APP referral to the inpatient program.
   * **Beyond Timeframe for Transfer:** Includes inmate-patients on the Pending List that have not transferred to the endorsed inpatient program within 72 hours of HCPOP endorsement.

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*

## VPP-ICF DORMS (DSH)

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 4 | 5 | 4 | 5 | 1 | 2 | 1 | 6 | 4 | 9 | 7 | 7 |
| Avg Census | 63 | 65 | 75 | 82 | 80 | 80 | 82 | 81 | 81 | 79 | 83 | 80 |
| Total | 67 | 70 | 79 | 87 | 81 | 82 | 83 | 88 | 85 | 88 | 90 | 87 |
| Cap | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 |

CENSUS AVG FOR MAY- DECEMBER = 81
*Endorsed and Pending Transfer Avg for Period = 5*
*Beyond 72-hr Transfer Timeframe Avg for Period = 4*



## ASH-ICF DORMS (DSH)

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 6 | 10 | 9 | 4 | 1 | 1 | 3 | 5 | 2 | 4 | 3 | 4 |
| Avg Census | 191 | 225 | 250 | 249 | 248 | 233 | 221 | 212 | 210 | 216 | 217 | 212 |
| Total | 197 | 236 | 259 | 252 | 249 | 233 | 224 | 217 | 212 | 219 | 220 | 216 |
| Cap | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 | 256 |

CENSUS AVG FOR MAY- DECEMBER = 221
*Endorsed and Pending Transfer Avg for Period = 3*
*Beyond 72-hr Transfer Timeframe Avg for Period = 2*

## CSH-ICF DORMS (DSH)

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 2 |
| Avg Census | 49 | 49 | 48 | 48 | 47 | 44 | 40 | 38 | 38 | 44 | 48 | 46 |
| Total | 49 | 49 | 48 | 48 | 47 | 44 | 40 | 38 | 38 | 47 | 49 | 48 |
| Cap | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |

CENSUS AVG FOR MAY- DECEMBER= 43
*Endorsed and Pending Transfer Avg for Period = 1*
*Beyond 72-hr Transfer Timeframe Avg for Period = 1*





# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)

Weekly Average Census and Pending List Data

***January - December 2016***

## VPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 8 | 21 | 20 | 24 | 17 |
| Avg Census | 92 | 87 | 86 | 86 | 84 | 87 | 90 | 90 | 93 | 91 | 92 | 92 |
| Total | 92 | 87 | 87 | 87 | 85 | 88 | 92 | 98 | 114 | 111 | 116 | 109 |
| Cap | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 | 94 |

CENSUS AVG FOR MAY- DECEMBER= 90
*Endorsed and Pending Transfer Avg for Period = 12*
*Beyond 72-hr Transfer Timeframe Avg for Period =11*

## SVPP-ICF HIGH (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 18 | 14 | 15 | 19 | 9 | 2 | 9 | 28 | 30 | 36 | 47 | 46 |
| Avg Census Multi | 22 | 21 | 22 | 27 | 33 | 35 | 34 | 38 | 40 | 40 | 43 | 42 |
| Avg Census Single | 189 | 187 | 176 | 169 | 161 | 156 | 161 | 178 | 190 | 195 | 184 | 177 |
| Total | 228 | 222 | 212 | 214 | 203 | 193 | 204 | 244 | 260 | 271 | 273 | 265 |
| Cap | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 |

CENSUS AVG FOR MAY- DECEMBER= 213
*Endorsed and Pending Transfer Avg for Period = 26*
*Beyond 72-hr Transfer Timeframe Avg for Period = 23*

## CHCF-ICF HIGH (DSH)

24 isolation cells considered unusable.

Effective 7/11/16, cap decreased 390 to 360 (flipped to APP).

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 2 | 1 | 2 | 1 | 2 | 4 | 3 | 12 | 21 | 25 | 24 | 27 |
| Avg Census | 269 | 265 | 245 | 246 | 268 | 263 | 295 | 318 | 330 | 324 | 326 | 328 |
| Total | 271 | 266 | 246 | 246 | 270 | 267 | 297 | 330 | 351 | 349 | 350 | 355 |
| Usable Cap | 364 | 364 | 364 | 364 | 364 | 364 | 336 | 336 | 336 | 336 | 336 | 336 |
| Cap | 390 | 390 | 390 | 390 | 390 | 390 | 360 | 360 | 360 | 360 | 360 | 360 |

CENSUS AVG FOR MAY- DECEMBER= 306
*Endorsed and Pending Transfer Avg for Period = 15*
*Beyond 72-hr Transfer Timeframe Avg for Period = 13*

# PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)
Weekly Average Census and Pending List Data
*January - December 2016*



### VPP-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 52 | 41 | 42 | 39 | 21 | 7 | 9 | 17 | 30 | 23 | 19 | 15 |
| Avg Census | 204 | 199 | 195 | 203 | 206 | 203 | 204 | 207 | 208 | 209 | 202 | 212 |
| Total | 256 | 240 | 236 | 242 | 227 | 210 | 213 | 224 | 238 | 232 | 221 | 226 |
| Cap | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 |

CENSUS AVG FOR MAY- DECEMBER= 206
*Endorsed and Pending Transfer Avg for Period = 18*
*Beyond 72-hr Transfer Timeframe Avg for Period = 12*

### CHCF-APP (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 2 | 1 | 5 | 3 | 5 | 4 | 9 | 27 | 42 | 32 | 19 | 13 |
| Avg Census | 93 | 90 | 84 | 103 | 105 | 106 | 105 | 119 | 129 | 124 | 130 | 135 |
| Total | 95 | 91 | 89 | 106 | 109 | 110 | 114 | 145 | 171 | 156 | 149 | 154 |
| Usable Cap | 116 | 116 | 116 | 116 | 116 | 116 | 144 | 144 | 144 | 144 | 144 | 144 |
| Cap | 124 | 124 | 124 | 124 | 124 | 124 | 154 | 154 | 154 | 154 | 154 | 154 |

10 isolation cells considered unusable.
Effective 7/11/16, cap increased 124 to 154 (flipped from ICF).

CENSUS AVG FOR MAY- DECEMBER= 119
*Endorsed and Pending Transfer Avg for Period = 20*
*Beyond 72-hr Transfer Timeframe Avg for Period = 16*

### ASH-APP Dorms (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | | | | | | | | | | 0 | 1 | 1 |
| Avg Census | | | | | | | | | | 3 | 6 | 6 |
| Total | | | | | | | | | | 3 | 6 | 7 |
| Cap | | | | | | | | | | 0 | 0 | 0 |

First admission on 10/17/16.

CENSUS AVG FOR MAY - DECEMBER= 5
*Endorsed and Pending Transfer Avg for Period = 1*
*Beyond 72-hr Transfer Timeframe Avg for Period = 1*

### SQ PIP - APP/ICF (CDCR)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Avg Census | 40 | 39 | 36 | 35 | 38 | 37 | 37 | 39 | 39 | 39 | 39 | 40 |
| Total | 40 | 39 | 36 | 36 | 38 | 37 | 37 | 39 | 39 | 39 | 39 | 40 |
| Cap | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 | 40 |

Program for condemned inmates.

CENSUS AVG FOR MAY - DECEMBER= 39
*Endorsed and Pending Transfer Avg for Period = 0*
*Beyond 72-hr Transfer Timeframe Avg for Period = 0*

**PSYCHIATRIC INPATIENT PROGRAMS TRENDS (ACUTE / INTERMEDIATE LEVEL OF CARE)**
Weekly Average Census and Pending List Data
*January - December 2016*

### CIW PIP - APP/ICF (CDCR)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 1 | 2 | 2 | 5 | 0 | 1 | 1 | 7 | 8 | 5 | 1 | 1 |
| Avg Census | 39 | 36 | 41 | 45 | 45 | 44 | 44 | 46 | 46 | 45 | 45 | 43 |
| Total | 40 | 38 | 43 | 50 | 45 | 45 | 44 | 53 | 54 | 50 | 46 | 44 |
| Cap | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |

CENSUS AVG FOR MAY - DECEMBER= 45
Endorsed and Pending Transfer Avg for Period = 3
Beyond 72-hr Transfer Timeframe Avg for Period = 3

### PSH-APP/ICF (DSH)

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avg Endorsed & Pending Tx | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Avg Census | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cap | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |

CENSUS AVG FOR MAY - DECEMBER= 0
Endorsed and Pending Transfer Avg for Period = 0
Beyond 72-hr Transfer Timeframe Avg for Period = 0