```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

RALPH COLEMAN, et al.,              No. 2:90-cv-0520-KJM-DB P

     Plaintiffs,

  v.                                **MINUTES**

EDMUND G. BROWN, JR., et al.,       Date: January 23, 2017
                                    Deputy Clerk: C. Schultz
     Defendant(s).                 Court Reporter: Michelle Babbitt
_____/


**Counsel for Plaintiffs:**   Michael Bien, Lisa Ells,
                              Krista Stone-Manista, Jessica Winter

**Counsel for Defendants:**   Elise Thorn, Chad Stegeman,
                              Damon McClain, Danielle O'Bannon,
                              Christine Ciccotti

**Evidentiary Hearing:**

10:20 a.m.   All parties represented as noted above. Also present at defense counsel table, Katherine Tebrock, Deputy Director of the California Department of Corrections and Rehabilitation, and Pamela Ahlin, Director of the Department of State Hospitals. The court clarified the purpose of the hearing and advised the parties it intended to proceed with a focused evidentiary hearing to address questions 2, 4, 5, 8, 9, 11 and 12 from the court's January 19, 2017 Order (ECF No. 5551).

10:30 a.m.   The court took a short recess to allow the parties to discuss a time estimate for the hearing.

10:50 a.m.   Court back in session. All parties present. The court and counsel discussed which witnesses will address which questions and the time estimates needed for each witness. Defense witness, Pamela Ahlin, sworn and testified on direct. (Examination conducted by Attorney Elise Thorn.)

11:40 a.m.   Cross examination of Ms. Ahlin, began. (Examination conducted by Attorney Lisa Ells.)

12:15 p.m.   All parties excused for a lunch break.

| | |
|---|---|
| 1:20 p.m. | Court back in session.  All parties present.  Cross examination of Ms. Ahlin continued.  (Examination conducted by Attorney Lisa Ells.) |
| 2:00 p.m. | Redirect examination of Ms. Ahlin began.  (Examination conducted by Attorney Elise Thorn.) |
| 2:15 p.m. | Witness excused for purposes of this hearing.  Defense witness, Dr. Katherine Warburton, sworn and testified on direct.  (Examination conducted by Attorney Elise Thorn.) |
| 2:25 p.m. | Cross examination of Dr. Katherine Warburton began.  (Examination conducted by Attorney Michael Bien.) |
| 2:45 p.m. | All parties excused for an afternoon break. |
| 3:00 p.m. | Court back in session.  All parties present.  The court directed the parties point the court to where in the record the floorplan of ASH is located, or file a copy of the floorplan by the end of the week. Cross examination of Dr. Katherine Warburton continued.  (Examination conducted by Attorney Michael Bien.) |
| 3:10 p.m. | Witness excused for purposes of this hearing.  Defense Witness, Katherine Tebrock, sworn and testified on direct.  (Examination conducted by Attorney Danielle O'Bannon.) |
| 3:45 p.m. | Cross examination of Ms. Tebrock began.  (Examination conducted by Attorney Lisa Ells.) |
| 4:30 p.m. | Redirect examination of Ms. Tebrock began.  (Examination conducted by Attorney Danielle O'Bannon.) |
| 4:45 p.m. | Witness excused for purposes of this hearing.  The court reviewed with the parties what needs to be filed by close of business on Friday, January 27, 2017; whereupon, the matter will be submitted.  The parties are to submit individual exhibit lists; a record citation to identify where in the record the floorplan for ASH and CSH can be found, and if not in the record than defense shall file those floorplans with a legend; Exhibit 2A to include MHCB information (defendants to file); and identification of MDOs the court can take judicial notice of (after meet & confer efforts).  The court advised the parties that a further order will issue that will allow for very focused briefing. |
| 4:55 p.m. | Court adjourned. |

**TIME IN COURT:** 4 Hours, 55 Minutes