**Lisa Ells**

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Thursday, January 12, 2017 1:47 PM |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: Monthly Coleman Report, November 2016 |

---

**From:** Owens, Teresa@CDCR
**Sent:** Thursday, January 12, 2017 1:46:36 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Mohamedu Jones; Matt Lopes; Jeff Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Kathryn Burns, MD, MPH; Henry D. Dlugacz; Kerry Walsh; Patricia M. Williams; Michael W. Bien; 'dspecter@prisonlaw.com'; Steve Fama
**Cc:** Laura Ceballos; Nick Weber; Ponciano, Angela@CDCR; Elise Thorn; Rekart, John@CDCR; Tebrock, Katherine@CDCR; akirby@prisonlaw.com; Christine Ciccotti; Caluag, Ashley@CDCR
**Subject:** Monthly Coleman Report, November 2016

Good afternoon,

The monthly Coleman Report for November, 2016, has been posted to the FTP site.

Please note the below reports are not available, and are not included:

- Enclosure 6 b, MIS Report.
- Enclosure 8 a, Referrals for Transfer to DSH. (The report is currently being re-coded).

Additionally, the "Reason for Admission" data field is blank on Enclosure 7 a, Inpatient Psychiatric Aging Report. The field is currently being re-coded.

CDCR staff may view the report at the following link:

\\Hcsegcfile1\public$\Mental Health\A2-PROGRAM INFORMATION\Coleman Reports\2016

Thank you,

Teresa Owens
Health Program Specialist I
DHCS Mental Health Program, Quality Management
916-691-0302

*CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*



Save Our Water | Learn easy ways to save water during
California's drought at SaveOurWater.com



PLAINTIFF'S
EXHIBIT

CASE
NO.

EXHIBIT
NO. B

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of November - 2016**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| NURSE PRACTITIONER CF | 9278 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 12.00 | 12.00 | 11.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 8.33% |
| PSYCH-CLINIC CF | 9283 | 25.00 | 25.00 | 23.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 8.00% |
| REC THERAPIST CF | 9286 | 5.50 | 5.50 | 5.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 9.09% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 3.50 | 3.50 | 4.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -14.29% |
| SR PSYCH CF/SUP | 9288 | 3.00 | 3.00 | 2.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 16.67% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 10.00 | 9.00 | 7.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 30.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **83.00** | **82.00** | **70.50** | **11.50** | **1.00** | **0.00** | **0.00** | **0.00** | **11.50** | **13.86%** |

| CEN | Class Code | FY 16/17 Authorized Per 7A | SCO DATA Established | Filled | Vacant | 918 | 920 | ADJUSTMENTS Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | | | | | | | | | | | |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.00 | -0.12 | -2.40% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **12.00** | **12.00** | **12.00** | **0.00** | **0.00** | **0.00** | **0.12** | **0.00** | **-0.12** | **-1.00%** |

| CHCF | Class Code | FY 16/17 Authorized Per 7A | SCO DATA Established | Filled | Vacant | 918 | 920 | ADJUSTMENTS Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | | | | | | | | | | | |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |

Thursday, January 05, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 3 of 22
8:40:02 AM
Report Generated By:
Program Supp

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of November - 2016

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 3.95 | 0.00 | -4.95 | -38.08% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| LEAP CANDIDATE/I C | 4687 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 26.00 | 25.00 | 21.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 19.23% |
| PSYCH-CLINIC CF | 9283 | 46.00 | 49.00 | 31.00 | 18.00 | 0.00 | 0.00 | 0.46 | 0.00 | 14.54 | 31.61% |
| REC THERAPIST CF | 9286 | 26.00 | 27.00 | 24.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 7.69% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SP | 9287 | 6.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 6.00 | 6.00 | 5.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 16.67% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 24.00 | 21.00 | 8.00 | 13.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 66.67% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | 163.00 | 166.00 | 124.00 | 42.00 | 0.00 | 0.00 | 4.41 | 0.00 | 34.59 | 21.22% |

| **CIM** | Class Code | FY 16/17 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 19.00 | 19.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 14.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 25.50 | 25.00 | 23.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.50 | 5.88% |
| REC THERAPIST CF | 9286 | 6.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, January 05, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 4 of 22
8:40:02 AM
Report Generated By:
Program Supp

**Correctional Health Care Services**
**Mental Health Institution Vacancies**
**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of November - 2016**

| Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 4.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 75.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 22.30 | 20.00 | 17.00 | 3.00 | 0.00 | 0.00 | 3.78 | 0.00 | 1.52 | 6.82% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 3.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| NURSE PRACTITIONER CF | 9278 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 2.80 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 28.57% |
| OFFICE TECH (T) | 1139 | 19.30 | 17.00 | 14.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 27.46% |
| PROGRAM ASST (MENTAL DISABILITIES-SAFETY) | 8102 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY) | 8103 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| PSYCH-CLINIC CF | 9283 | 26.90 | 27.50 | 27.50 | 0.00 | 0.00 | 0.00 | 0.60 | 0.00 | -1.20 | -4.46% |
| REC THERAPIST CF | 9286 | 9.10 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 1.52 | 0.00 | 2.58 | 28.35% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 3.80 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.80 | 47.37% |
| SR PSYCH CF/SP | 9287 | 7.40 | 6.00 | 4.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.40 | 32.43% |
| SR PSYCH CF/SUP | 9288 | 3.20 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 6.25% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 55.40 | 59.00 | 47.00 | 12.00 | 2.00 | 0.00 | 1.63 | 0.00 | 4.77 | 8.61% |
| STAFF SERVICES MANAGER I | 4800 | 0.40 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.20 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 100.00% |
| TRAINING OFFICER I | 5197 | 2.90 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.90 | 65.52% |
| **Totals** | | 174.60 | 162.70 | 135.50 | 27.20 | 4.00 | 0.00 | 7.53 | 0.00 | 27.57 | 15.79% |

| SVSP | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, January 05, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 19 of 22

8:40:02 AM
Report Generated By:
Program Supp

Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**

As Of November - 2016

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 19.00 | 19.00 | 14.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 26.32% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| HEALTH REC TECH I | 1869 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 20.00 | 20.00 | 19.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 5.00% |
| PSYCH-CLINIC CF | 9283 | 43.00 | 40.00 | 25.00 | 15.00 | 0.00 | 0.00 | 3.78 | 0.00 | 14.22 | 33.07% |
| REC THERAPIST CF | 9286 | 19.00 | 19.00 | 14.00 | 5.00 | 0.00 | 0.00 | 0.23 | 0.00 | 4.77 | 25.11% |
| SR PSYCH CF/SP | 9287 | 6.50 | 6.50 | 6.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 7.69% |
| SR PSYCH CF/SUP | 9288 | 6.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 9.00 | 9.00 | 1.00 | 8.00 | 0.00 | 0.00 | 1.15 | 0.00 | 6.85 | 76.11% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **132.50** | **129.50** | **92.00** | **37.50** | **0.00** | **0.00** | **5.16** | **0.00** | **35.34** | **26.67%** |

| VSP | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 16.00 | 17.00 | 16.00 | 1.00 | 0.00 | 0.00 | 0.61 | 0.00 | -0.61 | -3.81% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 16.00 | 16.00 | 15.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 6.25% |
| PSYCH-CLINIC CF | 9283 | 23.00 | 23.00 | 20.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 13.04% |
| REC THERAPIST CF | 9286 | 10.00 | 10.00 | 6.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 40.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 3.50 | 3.50 | 4.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -14.29% |

Thursday, January 05, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 20 of 22

8:40:02 AM

Report Generated By:

Program Supp