STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                   EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
1600 Ninth Street, Room 400
Sacramento, CA 95814



January 4, 2016

| | | |
|---|---|---|
| Matthew A. Lopes, Jr., Esq.<br>Office of the Special Master<br>Pannone, Lopes & Devereaux, LLC<br>317 Iron Horse Way, Suite 301<br>Providence, RI 02908 | via: | Maneesh Sharma<br>Danielle O'Bannon<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA  94244-2550 |

### RE:  MONTHLY STAFFING REPORT FOR DSH FACILITIES

DSH is providing the following information on *Coleman* related staffing for DSH facilities.

The enclosed report contains data for *Coleman* related positions: total number of authorized positions for direct care staffing and treatment team staffing; positions filled; over-time, full-time equivalent positions; contracted full-time equivalent positions; and the overall percentage of vacancies for November 2016.

If you have any questions or concerns, please feel free to contact Candius Burgess, Patient Management Unit, at (916) 654-0090.

Sincerely,

*George Maynard*

GEORGE MAYNARD
Deputy Director
Hospital Strategic Planning and Implementation Division
Department of State Hospitals

Enclosures



PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO.

## DEPARTMENT OF STATE HOSPITALS
### Direct Care, Mental Health Treatment Team and Administrative Staff
### Staff Levels for Coleman Patients
### November 1, 2016 through November 30, 2016
### Report submitted December 1, 2016

| Department of State Hospitals - Salinas Valley | | | Facility Totals as of November 30, 2016 - Average Daily Census - 227 Intermediate | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 4.00 | 6.00 | 10.00 | 10.20 | 0.00 | 0.00 | 10.20 | 0.00 | 0.00% |
| Psychiatrist | 4.00 | 6.00 | 10.00 | 7.00 | 2.13 | 0.00 | 9.13 | 0.87 | 8.70% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 4.00 | 6.00 | 10.00 | 9.41 | 0.00 | 0.00 | 9.41 | 0.59 | 5.90% |
| Rehabilitation Therapist | 4.00 | 6.00 | 10.00 | 10.00 | 0.00 | 0.01 | 10.01 | 0.00 | 0.00% |
| Total, Mental Health Treatment Team Staffing | 16.00 | 24.00 | 40.00 | 36.61 | 2.13 | 0.01 | 38.75 | 1.25 | 3.14% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 31.00 | 0.00 | 31.00 | 15.00 | 0.00 | 2.32 | 17.32 | 13.68 | 44.13% |
| Medical Technical Assistant | 165.00 | 0.00 | 165.00 | 149.00 | 0.00 | 29.41 | 178.41 | 0.00 | 0.00% |
| Registered Nurse | 50.00 | 0.00 | 50.00 | 40.00 | 0.00 | 5.50 | 45.50 | 4.50 | 9.00% |
| Total, Direct Care Nursing Staff | 246.00 | 0.00 | 246.00 | 204.00 | 0.00 | 37.23 | 241.23 | 4.77 | 1.94% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 1.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Psychologist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 30.00 | 0.00 | 30.00 | 18.43 | 0.00 | 4.03 | 22.46 | 7.54 | 25.12% |
| Supervising Registered Nurse | 19.00 | 3.00 | 22.00 | 12.00 | 0.00 | 0.00 | 12.00 | 10.00 | 45.45% |
| Unit Supervisor | 0.00 | 5.00 | 5.00 | 3.00 | 0.00 | 0.00 | 3.00 | 2.00 | 40.00% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | 313.00 | 35.00 | 348.00 | 278.04 | 2.13 | 41.26 | 321.43 | 26.57 | 7.63% |

(1) Authorized positions are based on the number of positions in the Governor's 2015/16 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2015/16 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

4

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
November 1, 2016 through November 30, 2016
Report submitted December 1, 2016

| Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Department of State Hospitals - Stockton** | | | Facility Totals as of November 30, 2016 - Average Daily Census - 132 Acute 327 Intermediate | | | | | | |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 31.00 | 0.00 | 31.00 | 30.00 | 0.00 | 0.45 | 30.45 | 0.55 | 1.76% |
| Psychiatrist | 33.00 | 0.00 | 33.00 | 24.00 | 0.58 | 1.31 | 25.89 | 7.11 | 21.56% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 33.00 | 0.00 | 33.00 | 24.00 | 0.56 | 0.00 | 24.56 | 8.44 | 25.58% |
| Rehabilitation Therapist | 32.00 | 0.00 | 32.00 | 26.00 | 0.00 | 0.00 | 26.00 | 6.00 | 18.75% |
| Total, Mental Health Treatment Team Staffing | 129.00 | 0.00 | 129.00 | 104.00 | 1.14 | 1.76 | 106.90 | 22.10 | 17.13% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 430.00 | 0.00 | 430.00 | 377.00 | 0.00 | 0.00 | 377.00 | 53.00 | 12.33% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 174.00 | 0.00 | 174.00 | 147.00 | 0.00 | 0.00 | 147.00 | 27.00 | 15.52% |
| Total, Direct Care Nursing Staff | 604.00 | 0.00 | 604.00 | 524.00 | 0.00 | 0.00 | 524.00 | 80.00 | 13.25% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 24.00 | 0.00 | 24.00 | 22.00 | 0.00 | 0.00 | 22.00 | 2.00 | 8.33% |
| Unit Supervisor | 18.00 | 0.00 | 18.00 | 16.00 | 0.00 | 0.00 | 16.00 | 2.00 | 11.11% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | 787.00 | 0.00 | 787.00 | 677.00 | 1.14 | 1.76 | 679.90 | 107.10 | 13.61% |

(1) Authorized positions are based on the number of positions in the Governor's 2015/16 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2015/16 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | Acute Direct Care and ICF High Custody Direct Care | ICF Treatment Team (Per Discipline) | Acute Treatment Team (Per Discipline) |
|---|---|---|---|
| AM Shift | 1 to 6 | 1 to 35 | 1 to 15 |
| PM Shift | 1 to 6 | - | - |
| NOC | 1 to 12 | - | - |

5