State of California — EDMUND G. BROWN JR., Governor
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



DEFENDANT'S EXHIBIT
CASE NO. 90-520
EXHIBIT NO. 1

## DSH *Coleman* Patient Census and Waitlist Report
Data As Of: 1/20/2017

### Acute Care Patients

| DSH Facility - Acute | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct | DSH Internal | |
| DSH-STK | 154 | 138 | 6 | 0 | 10 | 0 | | | | 33 |
| DSH-V | 218 | 206 | 12 | 0 | 0 | 0 | | | | |
| Total | 372 | 344 | 18 | 0 | 10 | 0 | 0 | 33 | 0 | (Includes 3 Waiting >10 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct | DSH Internal | |
| DSH-A[4] | 256 | 215 | 1 | 0 | 0 | 40 | | | | 4 |
| DSH-C | 50 | 46 | 3 | 0 | 0 | 1 | | | | |
| DSH-P[5] | 30 | 0 | 0 | 0 | 0 | 30 | | | | |
| Total | 336 | 261 | 4 | 0 | 0 | 71 | | | | (Includes 0 Waiting >30 Days) |
| Total Excluding DSH-P | 306 | 261 | 4 | 0 | 0 | 41 | 0 | 3 | 1 | |

### Intermediate Care Low Custody - Locked Dorms

| DSH Facility - Locked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct | DSH Internal | |
| DSH-V | 84 | 76 | 3 | 0 | 0 | 5 | | | | 7 |
| Total | 84 | 76 | 3 | 0 | 0 | 5 | 4 | 0 | 3 | (Includes 0 Waiting >30 Days) |

### Intermediate Care High Custody

| DSH Facility - High Custody | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct | DSH Internal | |
| DSH-SV Multiperson Cells | 44 | 39 | 0 | 0 | 0 | 5 | | | | 90 |
| DSH-SV Single Cells | 202 | 137 | 7 | 58 | 0 | 0 | | | | |
| DSH-STK Single Cells | 360 | 337 | 23 | 0 | 0 | 0 | | | | |
| DSH-V Single Cells | 94 | 94 | 0 | 0 | 0 | 0 | | | | |
| Total | 700 | 607 | 30 | 58 | 0 | 5 | 5 | 74 | 11 | (Includes 29 Waiting >30 Days) |

[1] Beds on hold include beds held for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfers to DSH.

[2] Redlined beds are temporarily unavailable due to repairs. Currently, Units C5 and C6 at DSH-Salinas Valley have numerous beds redlined due to water intrusion in patient rooms caused by extensive rain and roof damage. Repairs are currently underway and these numbers are subject to change.

[3] Isolation rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use. CHCF is converting 16 isolation rooms to single cell rooms at DSH-STK. The construction is scheduled to begin on April 17, 2017 (the original construction delayed due to necessary structural design revisions). Due to redlined cells at DSH-Salinas Valley, DSH-Stockton has implemented emergency measures to utilize the 24 ICF Medical Isolation Rooms for inpatient treatment. Subject to change based on completion of repairs to DSH-Salinas Valley units.

[4] Of the 215 patients currently residing at DSH-A, 4 are in the Acute program.

[5] Beds at DSH-P are for female patients only. There is currently no waitlist for DSH-P.

Source: BUMMs

Defs' EX 1