

DEFENDANT'S EXHIBIT
CASE NO. 90-520
EXHIBIT NO. 2

## CDCR Psychiatric Inpatient Programs (PIP)
### *Coleman* Patient Census and Waitlist Report as of January 20, 2017

| CDCR Female Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 45 | 0 | 0 | 0 | | | | | |
| Total | 45 | 45 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 |

| CDCR Male Condemned Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 38 | 0 | 0 | 2 | | | | | |
| Total | 40 | 38 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |

Data Source: RIPA

CCHCS, Health Care Placement Oversight Program