**DEFENDANT'S EXHIBIT**
CASE NO. 90-520
EXHIBIT NO. 3

PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 01/20/2017

Time: 11:03 AM

| Facility | Bed Capacity | Beds Occupied | | Unoccupied Beds |
|---|---|---|---|---|
| **Male Acute Care Programs** | | | | |
| DSH-Vacaville | 218 | No Score: | 9 | 12 |
| | | Level I: | 10 | |
| | | Level II: | 53 | |
| | | Level III: | 40 | |
| | | Level IV | 94 | |
| | | Total Census: | 206 | |
| DSH-Stockton | 154 | No Score: | 11 | 16 |
| | | Level I: | 4 | |
| | | Level II: | 29 | (10 isolation rms) |
| | | Level III: | 16 | |
| | | Level IV | 78 | |
| | | Total Census: | 138 | |
| DSH-Atascadero | 0 | No Score: | 0 | 0 |
| | | Level I: | 1 | |
| | | Level II: | 2 | |
| | | Level III: | 1 | |
| | | Level IV | 2 | |
| | | Total Census: | 6 | |
| Totals for Male Acute | 372 | | 350 | 28 |
| **Male Intermediate Care Facility (High Custody) Programs** | | | | |
| DSH-Stockton | 360 | No Score: | 30 | 21 |
| | | Level I: | 4 | |
| | | Level II: | 50 | (24 isolation rms) |
| | | Level III: | 54 | |
| | | Level IV | 201 | |
| | | Total Census: | 339 | |
| | | Total out of LRH: | 178 | |
| DSH-Vacaville | 94 | No Score: | 3 | 0 |
| | | Level I: | 5 | |
| | | Level II: | 22 | |
| | | Level III: | 22 | |
| | | Level IV | 42 | |
| | | Total Census: | 94 | |
| | | Total out of LRH: | 68 | |

Def. Ex. 2

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 01/20/2017**

| Facility | Bed Capacity | Beds Occupied | | Unoccupied Beds |
|---|---|---|---|---|
| DSH-Salinas Valley | 202 | No Score: | 1 | 63 |
| | | Level I: | 3 | |
| | | Level II: | 16 | |
| | | Level III: | 23 | |
| | | Level IV | 81 | |
| | | PC 1370: | 13 | |
| | | WIC 7301: | 2 | |
| | | Total Census: | 139 | |
| | | Total out of LRH: | 84 | |
| DSH-Salinas valley Multi-person cells | 44 | No Score: | 0 | 7 |
| | | Level I: | 0 | |
| | | Level II: | 1 | |
| | | Level III: | 12 | |
| | | Level IV | 24 | |
| | | PC 1370: | 0 | |
| | | WIC 7301: | 0 | |
| | | Total Census: | 37 | |
| | | Total out of LRH: | 4 | |
| Totals for Male ICF High Custody | 700 | | 609 | 91 |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 3 | 8 |
| | | Level I: | 5 | |
| | | Level II: | 27 | |
| | | Level III: | 17 | |
| | | Level IV | 24 | |
| | | Total Census: | 76 | |
| | | Total out of LRH: | 20 | |
| DSH-Atascadero | 256 | No Score: | 1 | 46 |
| | | Level I: | 9 | |
| | | Level II: | 119 | |
| | | Level III: | 41 | |
| | | Level IV | 40 | |
| | | Total Census: | 210 | |
| DSH-Coalinga | 50 | No Score: | 0 | 4 |
| | | Level I: | 2 | |
| | | Level II: | 23 | |
| | | Level III: | 12 | |
| | | Level IV | 9 | |
| | | Total Census: | 46 | |
| Totals for Male ICF Low Custody | 390 | | 332 | 58 |

Time: 11:03 AM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 01/20/2017**

| Facility | Bed Capacity | Beds Occupied | | Unoccupied Beds |
|---|---|---|---|---|
| **Male Condemned Program** | | | | |
| San Quentin-PIP | 40 | Total Census: | 38 | 2 |
| **Female Programs** | | | | |
| DSH-Patton | 30 | No Score: | 0 | 30 |
| | | Level I: | 0 | |
| | | Level II: | 0 | |
| | | Level III: | 0 | |
| | | Level IV | 0 | |
| | | Total Census: | 0 | |
| California Institution for Women-PIP | 45 | No Score: | 2 | 0 |
| | | Level I: | 1 | |
| | | Level II: | 12 | |
| | | Level III: | 7 | |
| | | Level IV | 23 | |
| | | Total Census: | 45 | |
| Totals for Female ICF/Acute | 75 | | 45 | 30 |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | | |
| GRAND TOTALS | 1577 | | 1374 | 209 |

- ❖ Beds Occupied: For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility – enhanced custody/security needs of a patient can best be met in a CDCR Institution.
- ❖ Male Acute Care Programs: Acute beds at DSH-Vacaville and DSH-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.
- ❖ DSH-Atascadero: The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.
- ❖ Total Out of LRH (Least Restrictive Housing): Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.
- ❖ Female Programs: Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.
- ❖ Unoccupied Beds: [Capacity] – [Census]. Unusable isolation rooms at DSH-Stockton noted; however, DSH would have more information regarding redlined beds and beds on hold.