XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DANIELLE F. O'BANNON, State Bar No. 207095
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHAD STEGEMAN, State Bar No. 225745
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-4025
 Fax: (916) 324-5205
 E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**JANUARY 23, 2017 STATUS CONFERENCE JOINT EXHIBIT LIST** |

On January 20, 2017, the Court held a status conference related to Defendants' provision of inpatient care to *Coleman* class members. The parties introduced the following exhibits into evidence at the status conference:

Defendants' Exhibits:

1. The Department of State Hospital's Census and Waitlist Report as of January 20, 2017.

2. The California Department of Corrections and Rehabilitation Psychiatric Inpatient Program (PIP) *Coleman* Patient Census and Waitlist Report as of January 18, 2017.

///

[3095175-1]                                                         1

3. The Health Care Placement Oversight Program's Psychiatric Inpatient Programs Census Report as of January 20, 2017.

<u>Plaintiffs' Exhibits</u>:

A. Department of State Hospitals' Monthly Bed Utilization Report, as of December 31, 2016, filed under seal on January 17, 2017.

B. Department of State Hospitals Administrative Letter No. AL2015-17, Joint Policy and Procedure re: Referral, Admission and Movement, issued November 2015.

C. Excerpts from Correctional Health Care Services, Mental Health Institution Vacancies: Summary by Classification, as of November 2016.

D. Excerpts from Department of State Hospitals, Direct Care, Mental Health Treatment Team and Administrative Staff, Staff Levels for *Coleman* Patients, November 1, 2016 through November 30, 2016.

At the Court's request, Defendants submit six additional exhibits (Exhibits 4-9), as described in Defendants' Additional Exhibits and Information, and the Supporting Declaration of George Maynard, filed concurrently herewith.

Dated: January 27, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General


*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*


*/s/ Jessica Winter*
JESSICA WINTER
*Attorney for Plaintiffs*

CF1997CS0003
32735234.doc

[3095175-1]

2