XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DANIELLE F. O'BANNON, State Bar No. 207095
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
CHAD STEGEMAN, State Bar No. 225745
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Fax: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' ADDITIONAL EXHIBITS AND INFORMATION FOR JANUARY 23, 2017 STATUS CONFERENCE** |

On January 20, 2017, the Court held a status conference related to Defendants' provision of inpatient care to *Coleman* class members. At the status conference, the Court requested Defendants submit additional exhibits or information by January 27, 2017. Defendants' response to the Court's request is as follows:

Defendants' Additional Exhibits:

(Exhibits 1 – 3 were introduced in to evidence at the status conference on January 20, 2017)

Exhibit 4.   California Department of Corrections and Rehabilitation's Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of January 20, 2017.

1

Declaration of George Maynard including, as follows:

Exhibit 5.   Infrastructure Master Plan of the Department of State Hospitals-Atascadero (filed under seal).

Exhibit 6.   Floorplan of the Department of State Hospitals-Atascadero Acute Unit 1 (filed under seal).

Exhibit 7.   Floorplan of the Department of State Hospitals-Atascadero Intermediate Care Unit 31 (filed under seal).

Exhibit 8.   Infrastructure Master Plan of the Department of State Hospitals-Coalinga (filed under seal).

Exhibit 9.   Floorplan of the Department of State Hospitals-Coalinga Intermediate Care Unit 121 (filed under seal).

Additionally, Defendants' October 30, 2015 Report in Response to the Court's August 21, 2015 Order identifies one of the statutory authorities for the Department of State Hospital's responsibilities for mentally disordered offenders: Cal. Pen. Code § 2972.  (ECF No. 5347 at 8.) The additional pertinent statutes are Cal. Pen. Code §§ 2962, 2970.

Dated:  January 27, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Christine M. Ciccotti*
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
Additional Exhibits and Information.pdf.doc

2