# COLEMAN v. BROWN

# EXHIBIT 4

## CDCR Mental Health Crisis Bed
## *Coleman* Patient Census and Waitlist Report as of
## January 20, 2017

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 331 | | 96 | 32 | 29 | 5 |
| Female Programs | 22 | 10 | | 12 | 7 | 1 | 4 |
| Totals | 449 | 341 | | 108 | 39 | 30 | 9 |

*Beds Redlined* are not available for this date.
The number of *Available Beds* does not reflect the number of beds that may be temporarily redlined/offline.

Data Source:
Census and Available Beds from Datamart as of early a.m. on 1/20/17.
Beds Assigned and Referrals Pending from HEART as of 1/20/17 4:05 p.m.

CCHCS, Health Care Placement Oversight Program