XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DANIELLE F. O'BANNON, State Bar No. 207095
Supervising Deputy Attorney General
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-4025
  Facsimile: (916) 324-5205
  E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                     Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF GEORGE MAYNARD, IN SUPPORT OF DEFENDANTS' ADDITIONAL EXHIBITS AND INFORMATION FOR JANUARY 23, 2017 STATUS CONFERENCE**<br><br>Judge: The Honorable Kimberly J. Mueller |

    I, George Maynard, make this declaration in support of Defendants' Additional Exhibits and Information for the Court's January 23, 2017 Status Conference, and declare as follows:

    1.    I am the Deputy Director of Strategic Planning and Implementation for the Department of State Hospitals (DSH). I make the following declaration of facts based upon my own knowledge. If called, I can testify competently to the facts contained in this declaration.

    2.    Public release of the floor and site plans of the Department of State Hospitals at Atascadero and Coalinga could jeopardize the institution's safety and security, as patients could use them to develop plans for escape or to commit violence on other patients or staff. In DSH's

///

1

routine course of business, we maintain the confidentiality of these documents to ensure the institution's safety and security.

3. Attached to Defendants' Additional Exhibits and Information for the January 23, 2017 status conference, are the following exhibits, which are submitted under seal:

Exhibit 5. Infrastructure Master Plan of the Department of State Hospitals-Atascadero;

Exhibit 6. Floorplan of Department of State Hospitals-Atascadero Acute Unit 1, which currently houses *Coleman* patients;

Exhibit 7. Floorplan of the Department of State Hospitals-Atascadero Intermediate Care Unit 31, which is an example of a typical intermediate-care unit that houses *Coleman* patients;

Exhibit 8. Infrastructure Master Plan of the Department of State Hospitals-Coalinga;

Exhibit 9. Floorplan of the Department of State Hospitals-Coalinga Intermediate-Care Unit 121 which currently houses *Coleman* patients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27 day of January, 2017.

                                                */s/ George Maynard*
                                                GEORGE MAYNARD

CF1997CS0003
32731666.doc

2

Decl. Maynard Supp. Defs. Additional Ex. and Information for January 23, 2017 Status Conference
(2:90-cv-00520 KJM-DB (PC))

COLEMAN v. BROWN

EXHIBIT 5

FILED UNDER SEAL

**COLEMAN v. BROWN**

**EXHIBIT 6**

**FILED UNDER SEAL**

COLEMAN v. BROWN

EXHIBIT 7

FILED UNDER SEAL

COLEMAN v. BROWN

EXHIBIT 8

FILED UNDER SEAL

**COLEMAN v. BROWN**

**EXHIBIT 9**

**FILED UNDER SEAL**