XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DANIELLE F. O'BANNON, State Bar No. 207095
Supervising Deputy Attorney General
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-4025
 Fax: (916) 324-5205
 E-mail: Christine.Ciccotti@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF DEFENDANTS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141 IN SUPPORT OF DEFENDANTS' ADDITIONAL EXHIBITS AND INFORMATION FOR JANUARY 23, 2017 STATUS CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 141, Defendants submitted to the Court by electronic mail a Request to Seal Documents ("Request"), namely Exhibits 5 through 9 attached to the declaration of George Maynard, filed in support of Defendants' Additional Exhibits and Information for January 23, 2017 Status Conference as follows:

Exhibit 5.   Infrastructure Master Plan of the Department of State Hospitals-Atascadero (1 page);

Exhibit 6.   Floorplan of the Department of State Hospitals-Atascadero Acute Unit 1 (1 page);

1

Exhibit 7.   Floorplan of the Department of State Hospitals-Atascadero Intermediate-Care Unit 31 (1 page);

Exhibit 8.   Infrastructure Master Plan of the Department of State Hospitals-Coalinga (1 page);

Exhibit 9.   Floorplan of the Department of State Hospitals-Coalinga Intermediate-Care Unit 121 (1 page).

The Request, the five exhibits listed above, and the accompanying proposed order were provided to the Court by electronic mail and served on Plaintiffs' counsel by electronic mail and Federal Express on January 27, 2017.

Dated:  January 27, 2017                          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Christine M. Ciccotti*

CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
32731700_1.doc

2