# TABLE OF APPENDICES

1    Executive Summary & Health Care Access Quality Reports – August through November 2016

2    Human Resources Recruitment and Retention Reports – September through December 2016

3    CPR Financial Statements – September through December 2016