XAVIER BECERRA
Attorney General
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
MANEESH SHARMA, State Bar No. 280084
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO RESPOND TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFENDANTS' STAFFING PLAN** |

The parties stipulate as follows:

On February 6, 2017, the Special Master filed his Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan. (ECF No. 5564.)

Under Rule 53(f)(1) of the Federal Rules of Civil Procedure, the parties have 21 days to move to reject or modify a special master report. The current deadline to object to or move to modify the February 6 report is February 27, 2017. The parties have conferred and agree that

1

1  additional time is necessary to prepare and file their respective responses to the Special Master's
2  February 6 report.
3      The Special Master has indicated that he does not object to the parties' stipulation to extend
4  the time to respond to the February 6 report.
5      The parties therefore stipulate that the time for the parties to file responses to the Special
6  Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants'
7  Staffing Plan should be extended 31 days, until March 30, 2017.

Dated: February 21, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Michael W. Bien*
MICHAEL W. BIEN
*Attorney for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____.

_____
KIMBERLY J. MUELLER
Judge, United States District Court

2

Stip. and [Proposed Order] Extend. Time to Respond to the Special Master's Report (2:90-cv-00520 KJM-DB (PC))