1  XAVIER BECERRA
   ATTORNEY GENERAL
2  WILLIAM C. KWONG
   ACTING SENIOR ASSISTANT ATTORNEY GENERAL
3  DANIELLE F. O'BANNON
   JAY C. RUSSELL
4  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
5  MANEESH SHARMA, State Bar No. 280084
   CHRISTINE M. CICCOTTI, State Bar No. 238695
6  CHAD STEGEMAN, State Bar No. 225745
   Deputy Attorneys General
7   1300 I Street, Suite 125
    P.O. Box 944255
8   Sacramento, CA 94244-2550
    Telephone:  (916) 324-4921
9   Fax:  (916) 324-5205
    E-mail:  Elise.Thorn@doj.ca.gov
10 *Attorneys for Defendants*

11                IN THE UNITED STATES DISTRICT COURT
12              FOR THE EASTERN DISTRICT OF CALIFORNIA
13                       SACRAMENTO DIVISION
14

15

16 **RALPH COLEMAN, et al.,**          2:90-cv-00520 KJM-DB (PC)

17                      Plaintiffs,    **STIPULATION AND ORDER
                                       EXTENDING THE TIME TO RESPOND
18            v.                       TO THE SPECIAL MASTER'S REPORT
                                       ON THE STATUS OF MENTAL
19 **EDMUND G. BROWN JR., et al.,**    HEALTH STAFFING AND THE
                                       IMPLEMENTATION OF DEFENDANTS'
20                      Defendants.    STAFFING PLAN**

21

22

23        The parties stipulate as follows:

24        On February 6, 2017, the Special Master filed his Report on the Status of Mental Health

25 Staffing and the Implementation of Defendants' Staffing Plan.  (ECF No. 5564.)

26        Under Rule 53(f)(1) of the Federal Rules of Civil Procedure, the parties have 21 days to

27 move to reject or modify a special master report.  The current deadline to object to or move to

28 modify the February 6 report is February 27, 2017.  The parties have conferred and agree that

                                        1

1   additional time is necessary to prepare and file their respective responses to the Special Master's

2   February 6 report.

3        The Special Master has indicated that he does not object to the parties' stipulation to extend

4   the time to respond to the February 6 report.

5        The parties therefore stipulate that the time for the parties to file responses to the Special

6   Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants'

7   Staffing Plan should be extended 31 days, until March 30, 2017.

8   Dated:  February 21, 2017                    Respectfully submitted,

9                                               XAVIER BECERRA
                                                Attorney General of California
10                                              DANIELLE F. O'BANNON
                                                Supervising Deputy Attorney General
11
                                                /s/ Elise Owens Thorn
12
                                                ELISE OWENS THORN
13                                              Deputy Attorney General
                                                Attorneys for Defendants
14

15

16                                              /s/ Michael W. Bien
                                                MICHAEL W. BIEN
17                                              Attorney for Plaintiffs

18

19

20                              **ORDER**

21        The court first notes there is a difference between the 21 day period in Federal Rule of Civil

22   Procedure 53(f)(2) and the ten day period in Section C of the Order of Reference filed December

23   11, 1995, ECF No. 640 at 8.  The parties' filing reflects they assume the former controls the

24   deadline for filing responses to the Special Master's February 6, 2017 Report on the Status of

25   Mental Health Staffing and the Implementation of Defendants' Staffing Plan (Staffing Report),

26   ECF No. 5564.  If the Order of Reference controls, responses were due February 17, 2017.  *See*

27   Fed. R. Civ. P. 6(a)(1).  In view of the parties' agreement that the time for responses should be

28   extended to March 30, 2017, and the Special Master's concurrence with this agreement, the court

2

1   need not resolve which period controls, or whether the stipulation was filed before or after the

2   time for filing responses has expired.  *Cf.* Fed. R. Civ. P. 6(b)(1); L.R. 144(d) (E.D.Cal.).  The

3   stipulation to extend until March 30, 2017 the time for the parties to file responses to the Special

4   Master's Staffing Report is APPROVED.

5        IT IS SO ORDERED.

6   DATED:  February 23, 2017

7

8   _____

9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28