IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141 IN SUPPORT OF DEFENDANTS' ADDITIONAL EXHIBITS AND INFORMATION FOR JANUARY 23, 2017 STATUS CONFERENCE** |

On January 27, 2017, Defendants submitted to the Court by electronic mail a Request to Seal Documents ("Request"), namely the following five exhibits attached to the declaration of George Maynard filed in support of Defendant's Additional Exhibits and Information for January 23, 2017 Status Conference:

Exhibit 5.   Infrastructure Master Plan of the Department of State Hospitals-Atascadero (1 page);

Exhibit 6.   Floorplan of the Department of State Hospitals-Atascadero Acute Unit 1 (1 page);

Exhibit 7.   Floorplan of the Department of State Hospitals-Atascadero Intermediate-Care Unit 31 (1 page);

///

1

Exhibit 8.   Infrastructure Master Plan of the Department of State Hospitals-Coalinga (1 page);

Exhibit 9.   Floorplan of the Department of State Hospitals-Coalinga Intermediate-Care Unit 121 (1 page).

These documents consist of information that if released, would reveal confidential information that could threaten the institutional safety and security of the Department of State Hospitals at Atascadero and Coalinga.

The Court, having reviewed Defendants' request and good cause appearing therefor, hereby grants Defendants' Request to Seal Documents.

**IT IS SO ORDERED.**

DATED:  March 7, 2017.

_____
UNITED STATES DISTRICT JUDGE

2

Order Granting Defs.' Req. to Seal Docs. In Support of Defs. Addt'l Ex. and Info. For Jan. 23, 2017 Status Conference  (2:90-cv-00520 KJM-DB (PC))