XAVIER BECERRA
Attorney General
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS AND WAITLISTS REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care. (ECF No. 5367.) Defendants have done so since that time.

On June 24, 2016, the Court approved and ordered a stipulation by the parties modifying its October 13, 2015 order and the templates for the monthly inpatient reports. (ECF No. 5458.)

1

1          On November 10, 2016, the parties appeared before the Court for a status conference to
2  address access to inpatient care for *Coleman* class members.  During the conference, the Court
3  indicated that it was very difficult to merge the various inpatient care reports, was concerned that
4  the monthly reporting did not give the Court the information it needed, and suggested a better
5  dashboard may assist the Court in reconciling the reports on these topics.  (Transcript of
6  Proceedings at 33:4-13, *Coleman v. Brown*, No. 2:90-cv-00520 (Nov. 10, 2016).)
7          On December 20, 2016, the Court entered an order requesting "the assistance of the Special
8  Master in determining possible alternative formats for the reports that may be more helpful in
9  identifying and highlighting information the court needs in order to enforce compliance with the
10  remedial plan and other remedial orders."  (ECF No. 5537.)  Under direction from the Special
11  Master, Defendants submitted to the Special Master and Plaintiffs revised templates that capture
12  data concerning patient census and waitlists for inpatient mental health care, including CDCR's
13  Mental Health Crisis Bed units.  Under the direction of the Special Master, the parties have met
14  and conferred regarding Defendants' proposed revised templates.
15          Attached is a letter from Defendants CDCR and DSH enclosing their monthly inpatient
16  reports for February 2017, using the revised templates, as follows: (1) the "DSH *Coleman* Patient
17  Census and Waitlist Report," attached as Exhibit A; (2) the "CDCR Psychiatric Inpatient
18  Programs (PIP) *Coleman* Patient Census and Waitlist Report," attached as Exhibit B; (3) the
19  "CDCR  Mental Health Crisis Bed Patient Census and Waitlist Report," attached as Exhibit C;
20  and (4) a modified version of the current Census report, attached as Exhibit D.  The Special
21  Master and Plaintiffs have approved Defendants' proposed revised templates.
22          To ensure that the parties can identify patients waiting beyond Program Guide timeframes
23  for transfer from CDCR to DSH inpatient care, Defendants respectfully request leave of Court to
24  replace the current monthly inpatient waitlist and trends report with the reports identified above
25  as Exhibits A through D .  The revised templates include the following information for each level
26  of care at each custodial level, and at each inpatient program:
27          a.      Total patient census.
28          b.      Total capacity.

      c.    Total number of beds on hold – which are reserved for patients in transit.

      d.    Total number of available beds.

      e.    Total number of patients pending acceptance for inpatient care.

      f.    Total number of patients accepted for inpatient care but not yet transferred.

      g.    Total number of patients accepted for inpatient care waiting beyond the Program Guide timeframes for transfer.

      h.    Total number of patients at each custodial level, and total patients housed out of their Least Restrictive Housing designation.

The modified version of the current Census report (Exhibit D) removes data reported in the proposed DSH *Coleman* Patient Census and Waitlist Report (Exhibit A), and focuses solely on reporting on the number of patients at each custodial level, and the number of patients housed outside of their Least Restrictive Housing designation.

Defendants respectfully request that the Court, following review of the revised templates populated with the monthly inpatient data for February 2017, modify its June 24, 2016 order with respect to Defendants' monthly filing of inpatient reports.

Dated:  March 15, 2017                             Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                   EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 15, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANTS' MONTHLY CENSUS, WAITLISTS AND TREND REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

Under the Court's October 13, 2015 Order and the June 24, 2016 order modifying it (ECF Nos. 5367 and 5458), the California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit information on patient census and waitlists for inpatient mental health care.

Under the Court's December 20, 2016 Order, CDCR and DSH developed revised templates for the reports on patient census and waitlists for inpatient mental health care. CDCR and DSH submitted the revised templates to the Special Master and Plaintiffs and the parties met and conferred regarding the form of the revised templates. CDCR and DSH understand that Plaintiffs do not object to the proposed revised templates, which are attached as Exhibits A through D.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, is based on data from the DSH Bed Utilization Management report. The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report, and Defendants' Psychiatric Inpatient Programs Census report are attached as Exhibits B, C, and D, respectively. All three reports are based on data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA). The reports also reflect data collected daily at a single point in time and, as a result, should not be used for purposes outside of the reports. The Psychiatric Inpatient Programs Census Report (Exhibit D) identifies the number of patients in each inpatient program by custody level scores, patients committed under court orders (PC 1370 and WIC 7301), and patients who have not yet received a custody level score. The report also identifies the number of patients who were clinically placed in custody settings higher than their Least Restrictive Housing designation for the Male Intermediate Care Facility (High Custody) programs and the Male Intermediate Care Facility (Low Custody) dorm beds at DSH-Vacaville. Exhibit D, fn. 6.

Although Plaintiffs do not object to the proposed revised templates (Exhibits A – D), they do object to the omission of reports previously filed monthly, titled Defendants' Psychiatric Inpatient Program Referral/Waitlist and CDCR's Psychiatric Inpatient Programs Trends report.

Plaintiffs' objections are without merit because the revised templates provide all of the data the Court requires to assess whether Defendants are meeting Program Guide requirements for transfer to inpatient care.  Further, as previously described in the cover letter submitting Defendants' inpatient reports, the accuracy of compliance with certain Program Guide timelines reported in the Psychiatric Inpatient Programs Trends report has been impacted by changes to the referral process.  (ECF No. 5535 and ECF No. 5549.)  Specifically, the trends report provides the average number of inmates who have not transferred to the endorsed inpatient program within 72 hours of endorsement, listed as "Beyond 72-hr Transfer Timeframe Avg for Period."  The Program Guide requires that "inmate-patients who have been accepted shall be transported to [DSH] within 72 hours of bed assignment."  In July 2016, CDCR and DSH agreed that patients referred to DSH for inpatient care would be endorsed to a program when the referral is first sent to DSH, instead of waiting to endorse until a bed is assigned.  This new process was intended to save time by eliminating redundant inpatient referral reviews.  But moving the endorsement date to the referral process's beginning resulted in more inmates being reported as endorsed and pending transfer beyond the 72-hr transfer timeframe, even though those inmates are within the 10 and 30-day Program Guide transfer time limits.

DSH also reports the Status of roof repairs/redlined beds at Salinas Valley Psychiatric Program:

As a result of rain and storm related damage affecting patient rooms, DSH had at its highest point 71 beds redlined and not available for patient use. This included 38 beds in Unit C5 and 33 beds in Unit C6.  Interim roofing repairs have been completed at C-5 and the number of rooms redlined now stands at 5. These rooms require additional repair as a result of electrical and plumbing damage.  All available beds in C5 are now in use or have beds assigned for patient admission from the ICF waitlist.

Interim roofing repairs are now being conducted on C-6 and repairs are expected to be completed by Mid-April. Upon confirmation of the effectiveness of roof repairs, additional rooms will be brought back online for patient use.  Until such time as all SVPP beds are online or the waitlist exhausted, DSH will continue to utilize the Medical Isolation Rooms within the ICF program at DSH-Stockton.

Sincerely,

*/s/ Katherine Tebrock*                                              */s/ Pam Ahlin*

KATHERINE TEBROCK                                        PAM AHLIN
Deputy Director                                                        Director
Statewide Mental Health Program                         Department of State Hospitals

# Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

## DSH CDCR Patient Census and Waitlist Report
Data as of: 2/27/17

### Acute Care Patients

| DSH Facility - Acute | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Atascadero[6] | - | 7 | 0 | 0 | 0 | 0 | | | | |
| Stockton | 154 | 136 | 7 | 0 | 10 | 0 | | | | |
| Vacaville | 218 | 207 | 10 | 1 | 0 | 0 | | | | |
| **Total** | **372** | **350** | **17** | **1** | **10** | **0** | **6** | **32** | **1** | **39** |
| | | | | | | | | | | (Includes 7 Waiting >10 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Atascadero[6] | 256 | 212 | 3 | 0 | 0 | 34 | | | | |
| Coalinga | 50 | 49 | 1 | 0 | 0 | 0 | | | | |
| **Total** | **306** | **261** | **4** | **0** | **0** | **34** | **1** | **6** | **1** | **8** |
| | | | | | | | | | | (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Patton[7] | 30 | 0 | 0 | 0 | 0 | 30 | | | | |
| **Total** | **30** | **0** | **0** | **0** | **0** | **30** | **0** | **0** | **0** | **0** |
| | | | | | | | | | | (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Locked Dorms

| DSH Facility - Locked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Vacaville | 84 | 71 | 2 | 0 | 0 | 10 | | | | |
| **Total** | **84** | **71** | **2** | **0** | **0** | **10** | **1** | **3** | **1** | **5** |
| | | | | | | | | | | (Includes 1 Waiting >30 Days) |

### Intermediate Care High Custody

| DSH Facility - High Custody | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Salinas Valley Multiperson Cells | 44 | 37 | 0 | 0 | 0 | 6 | | | | |
| Salinas Valley Single Cells | 202 | 130 | 9 | 60 | 0 | 0 | | | | |
| Stockton Single Cells | 360 | 353 | 4 | 0 | 0 | 0 | | | | |
| Vacaville Single Cells | 94 | 91 | 2 | 0 | 0 | 0 | | | | |
| **Total** | **700** | **611** | **15** | **60** | **0** | **6** | **11** | **78** | **24** | **113** |
| | | | | | | | | | | (Includes 40 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfer to DSH.
[2] Redlined beds are temporarily unavailable due to repairs. Currently, Units C5 and C6 at DSH-Salinas Valley have numerous beds redlined due to water intrusion in patient rooms caused by extensive rain and roof damage. Repairs are currently underway and these numbers are subject to change.
[3] Medical isolation rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use. CHCF is converting 16 medical isolation rooms to single cell rooms at DSH-STK. The construction is scheduled to begin on May 26, 2017 (the original construction delayed due to necessary structural design revisions). Due to redlined cells at DSH-Salinas Valley, DSH-Stockton has implemented emergency measures to utilize the 24 ICF medical isolation rooms for inpatient treatment. Subject to change based on completion of repairs to DSH-Salinas Valley units.
[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.
[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
[6] Bed capacity of 256 beds at DSH-A is counted in the Intermediate Care Low Custody - Unlocked Dorms bed capacity. Patients in the DSH-A census are sometimes treated in the Acute Care program at DSH-A (i.e., within the 256 beds), and therefore those patients are counted separately in the Acute Care census.
[7] Beds at DSH-P are for female patients only. There is currently no waitlist for DSH-P.

Source: BUMMs

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
***Coleman* Patient Census and Waitlist Report as of**
**February 27, 2017**

| CDCR Female Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 44 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **45** | **44** | **0** | **0** | **1** | **0** | **0** | **0** | **0** | **0** |

| CDCR Male Condemned Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 36 | 0 | 0 | 4 | 1 | 0 | 1 | 0 | 0 |
| **Total** | **40** | **36** | **0** | **0** | **4** | **1** | **0** | **1** | **0** | **0** |

# Exhibit C

# CDCR Mental Health Crisis Bed
## *Coleman* Patient Census and Waitlist Report as of February 27, 2017

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 336 | 13 | 78 | 32 | 27 | 6 |
| Female Programs | 22 | 17 | 0 | 5 | 7 | 1 | 6 |
| **Totals** | **449** | **353** | **13** | **83** | **39** | **28** | **12** |

Data Source: HEART

CCHCS, Health Care Placement Oversight Program

# Exhibit D

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 02/27/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| DSH-Vacaville | 218 | No Score: | 7 |
| | | Level I: | 8 |
| | | Level II: | 54 |
| | | Level III: | 36 |
| | | Level IV | 101 |
| | | **Total Census:** | **206** |
| DSH-Stockton | 154 | No Score: | 17 |
| | | Level I: | 6 |
| | | Level II: | 29 |
| | | Level III: | 16 |
| | | Level IV | 66 |
| | | **Total Census:** | **134** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 2 |
| | | Level IV | 0 |
| | | **Total Census:** | **6** |
| **Totals for Male Acute** | **372** | | **346** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| DSH-Stockton | 360 | No Score: | 31 |
| | | Level I: | 5 |
| | | Level II: | 55 |
| | | Level III: | 58 |
| | | Level IV | 206 |
| | | **Total Census:** | **355** |
| | | *Total out of LRH:* | *177* |
| DSH-Vacaville | 94 | No Score: | 2 |
| | | Level I: | 5 |
| | | Level II: | 20 |
| | | Level III: | 25 |
| | | Level IV | 40 |
| | | **Total Census:** | **92** |
| | | *Total out of LRH:* | *61* |

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 02/27/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| DSH-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 16 |
| | | Level III: | 23 |
| | | Level IV | 78 |
| | | PC 1370: | 11 |
| | | WIC 7301: | 3 |
| | | Total Census: | 134 |
| | | *Total out of LRH:* | *83* |
| DSH-Salinas valley Multi-person cells | 44 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 3 |
| | | Level III: | 11 |
| | | Level IV | 23 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | Total Census: | 37 |
| | | *Total out of LRH:* | *6* |
| **Totals for Male ICF High Custody** | **700** | | **618** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 2 |
| | | Level I: | 3 |
| | | Level II: | 27 |
| | | Level III: | 14 |
| | | Level IV | 25 |
| | | Total Census: | 71 |
| | | *Total out of LRH:* | *14* |
| DSH-Atascadero | 256 | No Score: | 1 |
| | | Level I: | 12 |
| | | Level II: | 121 |
| | | Level III: | 39 |
| | | Level IV | 40 |
| | | Total Census: | 213 |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 25 |
| | | Level III: | 15 |
| | | Level IV | 8 |
| | | Total Census: | 49 |
| **Totals for Male ICF Low Custody** | **390** | | **333** |

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 02/27/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| San Quentin-PIP | 40 | Total Census: | 36 |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | Total Census: | 0 |
| California Institution for Women-PIP | 45 | No Score: | 2 |
| | | Level I: | 1 |
| | | Level II: | 11 |
| | | Level III: | 5 |
| | | Level IV | 25 |
| | | Total Census: | 44 |
| **Totals for Female ICF/Acute** | **75** | | **44** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1577** | | **1377** |

- **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.
- **Male Acute Care Programs:** Acute beds at DSH-Vacaville and DSH-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.
- **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.
- **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.
- **Female Programs:** Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.