MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, Nineteenth Floor
San Francisco, California  94105-7104
Telephone:   (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:   (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California  94111
Telephone:   (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2016**<br><br>Judge:  Hon. Deborah Barnes |

[3109480-1]

1       Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2 Statement for the Fourth Quarter of 2016 to Defendants via overnight delivery on
3 February 3, 2017.  The parties completed their meet and confer process on March 16,
4 2017.  The parties have resolved all disputes regarding fees and costs for the Fourth
5 Quarter of 2016, with an agreement to reduce claimed amounts to a total of $608,486.77.
6       THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
7 $608,486.77 plus interest is due and collectable as of forty-five days from the date of entry
8 of this Order.  Interest on these fees and costs will run from March 9, 2017 (31 days after
9 Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.
10 § 1961.
11       IT IS SO STIPULATED.

13 DATED: March 17, 2017       */s/ Elise Thorn*
14       Elise Thorn
      Deputy Attorney General
15       Attorneys for Defendants

17 DATED: March 17, 2017       */s/ Lisa Ells*
18       Lisa Ells
      ROSEN BIEN GALVAN & GRUNFELD LLP
19       Attorneys for Plaintiffs

21       IT IS SO ORDERED.
22 DATED: _____, 2017

25       Deborah Barnes
      United States Magistrate Judge

[3109480-1]

# EXHIBIT A

**Coleman v. Brown**
**Fourth Quarter of 2016**
**October 1, 2016 through December 31, 2016**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $590,954.40 | $579,135.31 | $23,690.09 |
| **Fees on Fees, 489-5** | $5,615.20 | $5,502.89 | $158.48 |
| **Totals** | **$596,569.60** | **$584,638.20** | **$23,848.57** |
| **Claimed Total:** |  | **$620,418.17** |  |
| **Settled Total:** |  | **$608,486.77** |  |

3095787

**Coleman v. Brown**
**Fourth Quarter of 2016**
**October 1, 2016 through December 31, 2016**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Charlotte J. Landes | 169.10 | 164.00 | $216.00 | $35,424.00 | $34,715.52 |
| Christopher D. Hu | 0.20 | 0.00 | $216.00 | $0.00 | $0.00 |
| Dylan Verner-Crist | 369.40 | 361.90 | $216.00 | $78,170.40 | $76,606.99 |
| Ernest Galvan | 62.20 | 62.00 | $216.00 | $13,392.00 | $13,124.16 |
| F. Gail LaPurja | 155.90 | 152.50 | $216.00 | $32,940.00 | $32,281.20 |
| Gregorio Z. Gonzalez | 158.70 | 145.50 | $216.00 | $31,428.00 | $30,799.44 |
| Jennifer L. Stark | 206.50 | 198.90 | $216.00 | $42,962.40 | $42,103.15 |
| Jenny S. Yelin | 4.90 | 0.00 | $216.00 | $0.00 | $0.00 |
| Jessica L. Winter | 390.50 | 383.20 | $216.00 | $82,771.20 | $81,115.78 |
| Katherine C. Hamilton | 99.80 | 87.70 | $216.00 | $18,943.20 | $18,564.34 |
| Kelly A. McGraw | 29.10 | 28.60 | $216.00 | $6,177.60 | $6,054.05 |
| Krista Stone-Manista | 179.20 | 171.10 | $216.00 | $36,957.60 | $36,218.45 |
| Linda H. Woo | 113.40 | 110.60 | $216.00 | $23,889.60 | $23,411.81 |
| Lisa A. Ells | 170.10 | 163.50 | $216.00 | $35,316.00 | $34,609.68 |
| Michael S. Nunez | 3.60 | 0.00 | $216.00 | $0.00 | $0.00 |
| Michael W. Bien | 156.50 | 154.80 | $216.00 | $33,436.80 | $32,768.06 |
| Nathalie C. Welch | 37.20 | 36.60 | $216.00 | $7,905.60 | $7,747.49 |
| Pablo Lastra | 0.50 | 0.00 | $216.00 | $0.00 | $0.00 |
| Sara E. Long | 159.20 | 127.00 | $216.00 | $27,432.00 | $26,883.36 |
| Thomas Nolan | 96.10 | 93.80 | $216.00 | $20,260.80 | $19,855.58 |
| **Total** | **2562.10** | **2441.70** | | **$527,407.20** | **$516,859.06** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Corene Kendrick | 0.40 | 0.40 | $216.00 | $86.40 | $84.67 |
| Donald Specter | 20.80 | 20.80 | $216.00 | $4,492.80 | $4,402.94 |
| Ehsan Sadeghi | 3.30 | 3.30 | $216.00 | $712.80 | $698.54 |
| Isaac Dalke | 10.40 | 10.40 | $216.00 | $2,246.40 | $2,201.47 |
| Joseph E. Bear | 2.80 | 2.80 | $216.00 | $604.80 | $592.70 |
| Laura Graham | 0.60 | 0.60 | $216.00 | $129.60 | $127.01 |
| Margot Mendelson | 38.90 | 38.90 | $216.00 | $8,402.40 | $8,234.35 |
| Meg O'Neill | 26.40 | 26.40 | $216.00 | $5,702.40 | $5,588.35 |
| Sara Norman | 47.40 | 47.40 | $216.00 | $10,238.40 | $10,033.63 |
| Sarah Hopkins | 0.70 | 0.70 | $216.00 | $151.20 | $148.18 |
| Sia Henry | 29.70 | 29.70 | $216.00 | $6,415.20 | $6,286.90 |
| Steven Fama | 110.70 | 110.70 | $216.00 | $23,911.20 | $23,432.98 |
| **Total** | **292.10** | **292.10** | | **$63,093.60** | **$61,831.72** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 2.10 | 2.10 | $216.00 | $453.60 | $444.53 |
| **Total** | | | | **$453.60** | **$444.53** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$590,954.40** | **$579,135.31** |

3095787

**Coleman v. Brown**
**Fourth Quarter of 2016**
**October 1, 2016 through December 31, 2016**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $3,760.00 | $3,760.00 |
| Outside Copying | $3,867.34 | $3,867.34 |
| Transcription | $3,775.57 | $3,775.57 |
| Telephone | $29.25 | $29.25 |
| Postage and Delivery | $1,249.41 | $1,249.41 |
| Westlaw/Lexis/PACER | $442.18 | $442.18 |
| Travel | $4,861.37 | $4,861.37 |
| **Total** | | **$17,985.12** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $894.80 | $894.80 |
| Travel | $4,405.10 | $4,405.10 |
| Postage | $405.07 | $405.07 |
| **Total** | | **$5,704.97** |

**Grand Total** $23,690.09

3095787

## Coleman v. Brown
## Fourth Quarter of 2016
## October 1, 2016 through December 31, 2016
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.90 | 0.90 | $216.00 | $194.40 | $190.51 |
| Linda Woo | 7.00 | 7.00 | $216.00 | $1,512.00 | $1,481.76 |
| Lisa Ells | 16.80 | 16.80 | $216.00 | $3,628.80 | $3,556.22 |
| **Total** | **16.80** | **16.80** | | **$5,335.20** | **$5,228.49** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.40 | 1.40 | $200.00 | $280.00 | $274.40 |
| **Total** | **1.40** | **1.40** | | **$280.00** | **$274.40** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.00 | 0.00 | $216.00 | $0.00 | $0.00 |
| **Total** | **0.00** | **0.00** | | **$0.00** | **$0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$5,615.20** | **$5,502.89** |

**Coleman v. Brown**
**Fourth Quarter of 2016**
**October 1, 2016 through December 31, 2016**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-house Copying | $91.00 | $91.00 |
| Postage and Delivery | $67.48 | $67.48 |
| **Total** | | **$158.48** |

**GRAND TOTAL**              $158.48

3095787