XAVIER BECERRA
Attorney General
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATED REQUEST TO FILE REPLY MEMORANDA TO RESPONSES TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFENDANTS' STAFFING PLAN** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

The parties stipulate as follows:

On February 6, 2017, the Special Master filed his Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan. (ECF No. 5564.)

On February 23, 2017, the Court approved the parties' stipulation and extended the deadline for the parties to file responses to the Special Master's February 6 report to March 30, 2017. (ECF No 5571.)

///

1

To ensure that the issues raised by the parties' respective responses to the February 6 staffing report are fully briefed, the parties request leave of court to file replies to the responses filed on March 30, 2017. To minimize the delay caused by this request, the parties agree that the deadline to file such replies is April 13, 2017.

Dated: March 20, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Lisa Ells*

LISA ELLS
*Attorney for Plaintiffs*

CF1997CS0003
32806040.doc

2

Stip. and [Proposed Order] Extend. Time to Respond to the Special Master's Report (2:90-cv-00520 KJM-DB (PC))