IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On February 6, 2017, the Special Master filed his Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan. (ECF No. 5564.)

On February 23, 2017, the Court approved the parties' stipulation and extended the deadline for the parties to file responses to the responses to the Special Master's February 6 report to March 30, 2017. (ECF No 5571.)

On March 20, 2017, the parties submitted a stipulated request to file replies to the responses to the Special Master's February 6 report.

/ / /

/ / /

/ / /

/ / /

1     Pursuant to the parties' stipulation, the parties are granted leave to file replies to the responses to the Special Master's February 6 report. The deadline to file such replies is April 13, 2017. IT IS SO ORDERED.

Dated: _____      _____
                                                                          The Honorable Kimberly J. Mueller

CF1997CS0003
32806042.doc