UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to the undersigned by the assigned District Judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of February 2017 and will, by this order, direct that it be paid.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

> Matthew A. Lopes, Jr., Esq.
> Special Master
> Pannone Lopes Devereaux & O'Gara LLC
> Northwoods Office Park, Suite 215N
> 1301 Atwood Avenue
> Johnston, RI 02919

the amount of $405,994.22 for services rendered in February 2017 in accordance with the attached statement; and

1

2. A copy of this order shall be served on the financial department of this court.

Dated: March 21, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole17.feb

2

| | |
|---|---|
| RALPH COLEMAN, et al., | : |
|     Plaintiffs, | : |
| v. | : No. Civ. S-90-0520 KJM DB P |
| | : |
| EDMUND G. BROWN, JR., et al. | : |
|     Defendants. | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2017.

Matthew A. Lopes, Jr., Special Master
|  |  |  |
|---|---|---|
| Services | $25,744.00 | |
| Disbursements | $16,399.28 | |
| Total amount due | | $42,143.28 |

Mohamedu F. Jones, J.D., Deputy Special Master
|  |  |  |
|---|---|---|
| Services | $38,720.00 | |
| Disbursements | $     0.00 | |
| Total amount due | | $38,720.00 |

Kerry F. Walsh, J.D.
|  |  |  |
|---|---|---|
| Services | $23,969.00 | |
| Disbursements | $     0.00 | |
| Total amount due | | $23,969.00 |

Kristina M. Hector, J.D.
|  |  |  |
|---|---|---|
| Services | $32,618.00 | |
| Disbursements | $     0.00 | |
| Total amount due | | $32,618.00 |

Steven W. Raffa, J.D.
|  |  |  |
|---|---|---|
| Services | $36,943.00 | |
| Disbursements | $     0.00 | |
| Total amount due | | $36,943.00 |

Sarah O. Clifton, J.D.
   Services       $30,570.50
   Disbursements    $     0.00

     Total amount due     $30,570.50

Regina M. Costa, MSW., J.D.
   Services       $35,882.50
   Disbursements    $0.00

     Total amount due     $35,882.50

Kerry C. Hughes, M.D.
   Services       $23,245.00
   Disbursements    $2,144.32

     Total amount due     $25,389.32

Jeffrey L. Metzner, M.D.
   Services       $8,120.00
   Disbursements    $485.17

     Total amount due     $8,605.17

Mary Perrien, Ph.D.
   Services       $12,832.00
   Disbursements    $1,326.08

     Total amount due     $14,158.08

Patricia M. Williams, J.D.
   Services       $6,599.00
   Disbursements    $1,434.11

     Total amount due     $8,033.11

Henry A. Dlugacz, MSW, J.D.
   Services       $15,065.00
   Disbursements    $846.91

     Total amount due     $15,911.91

Lindsay M. Hayes
    Services        $19,575.00
    Disbursements      $887.19

      Total amount due      $20,462.19

Timothy A. Rougeux
    Services        $12,408.00
    Disbursements      $0.00

      Total amount due      $12,408.00

Cynthia A. Radavsky, M.Ed
    Services        $5,781.00
    Disbursements      $0.00

      Total amount due      $5,781.00

Roderick Q. Hickman
    Services        $14,828.50
    Disbursements      $0.00

      Total amount due      $14,828.50

Maria Masotta, Psy.D.
    Services        $15,783.00
    Disbursements      $1,829.20

      Total amount due      $17,612.20

Karen Rea PHN, MSN, FNP
    Services        $15,450.00
    Disbursements      $0.00

      Total amount due      $15,450.00

Barbara Seldin, PH.D

| | | |
|---|---|---|
| | Services | $6,075.00 |
| | Disbursements | $433.46 |
| | Total amount due | $6,508.46 |

**TOTAL AMOUNT TO BE REIMBURSED**                               **$405,994.22**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master

6