UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

It has come to the court's attention that a request to seal a document entitled "Confidential Declaration of Aaron Fischer in Support of Plaintiffs' Response to the Special Master's Report on the Adequacy of Inpatient Mental Health Care for CDCR Inmates and Request for Additional Orders" ("Confidential Fischer Declaration") has not been ruled on. After review of the request, the court has determined that pages 6 and 7 of Exhibit A to the Confidential Fischer Declaration, which is a letter dated May 12, 2014 and addressed to Special Master Lopes, contain confidential information covered by protective orders in this action. The remainder of the declaration does not meet the "high threshold of showing that 'compelling reasons'" require that it be sealed. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citation omitted). Accordingly, the court intends to grant the request as to pages 6 and 7 of Exhibit A to the Confidential Fischer Declaration and to file the remainder of the Confidential Fischer Declaration on the public record nunc pro tunc to July 1,

1

2014 unless, within five days from the date of this order plaintiffs file a request to withdraw the Confidential Fischer Declaration and the accompanying request to seal.

In accordance with the above, IT IS HEREBY ORDERED that within five days from the date of this order plaintiffs shall inform the court in writing whether they consent to the partial grant of their request to seal as set forth in this order or, instead, whether they withdraw the request and the accompanying declaration.

DATED:  March 23, 2017

_____
UNITED STATES DISTRICT JUDGE