DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNIFER L. STARK – 267062
KRISTA STONE-MANISTA – 269083
JESSICA WINTER – 294237
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>             Plaintiffs, <br><br>       v. <br><br> EDMUND G. BROWN, JR., et al., <br><br>             Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br> **NOTICE OF PLAINTIFFS' CONSENT TO THE COURT'S PARTIAL GRANT OF THE JUNE 30, 2014 REQUEST TO SEAL** <br><br> Judge: Hon. Kimberly J. Mueller |

1  On June 30, 2014, Plaintiffs requested to seal a document entitled "Confidential Declaration of Aaron Fischer in Support of Plaintiffs' Response to the Special Master's Report on the Adequacy of Inpatient Mental Health Care for CDCR Inmates and Request for Additional Orders" ("Confidential Fischer Declaration").  *See* Notice of Pls.' Req. to File Under Seal Pursuant to Local R. 141, ECF No. 5177-2.

On March 24, 2017, the Court issued an order stating that it intends to grant Plaintiffs' request to seal pages 6 and 7 of Exhibit A to the Confidential Fischer Declaration and to file the remainder of the Confidential Fischer Declaration on the public record nunc pro tunc to July 1, 2014.  *See* ECF No. 5585.

Plaintiffs hereby consent to the Court's partial grant of their June 30, 2014 request to seal the Confidential Fischer Declaration.

DATED: March 27, 2017        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Jennifer L. Stark*
      Jennifer L. Stark

Attorneys for Plaintiffs